UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>This pleading relates only to this Title III case.[2]<br><br>(Jointly Administered)<br><br>Re: Dkts. 8297, 9099 and 9121. |

### NOTICE OF APPEAL OF DKT. 9099 AND DKT. 9121 WITH RESPECT TO CLAIMS NO. 152470 & NO. 152283

TO THE HONORABLE COURT:

COME NOW, creditors Jorge A. Diaz Mayoral and Juan A. Frau Escudero ("Movants"), by the undersigned counsel, and, appeals to the United States Court of Appeals for the First Circuit, under 28 U.S.C. § 158(d)(1), from the United States District Court for the District of Puerto Rico rulings and orders identified below:

1.      The appellants, Jorge A. Diaz Mayoral and Juan A. Frau Escudero (hereinafter jointly "Movants"), are creditors of the Debtors and parties to the controversies in the rulings and orders subject to the appeal.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] This clarification is made in accordance with the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases*. See, Docket No. 167 at ¶ 5 of p. 4.

2.      The rulings and orders subject of this appeal are:

a.      Indicative ruling informed during the September 11, 2019 Hearing sustaining the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico To Claims Based On Investments In Mutual Funds* (Dkt. 8297) with respect to Movants' Claims No. 152470 and No. 152283. (Dkt. 8689, 8690);

b.      Order entered on November 4, 2019 sustaining, in general, the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico To Claims Based On Investments In Mutual Funds* (Dkt. 8297). (Dkt. 9099); and

c.      Order entered on November 6, 2019 sustaining the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico To Claims Based On Investments In Mutual Funds* (Dkt. 8297) with respect to Movants' Claims No. 152470 and No. 152283. (Dkt. 9121).

3.      The Movants appeal the above listed rulings and orders sustaining the *Sixty-Fourth Omnibus Objection* (Dkt. 8297) only with respect to Movants' Claims No. 152470 & No. 152283. (Dkt. 9099 and 9121).

4.      The parties to the rulings and orders appealed from are the Movants and the Financial Oversight and Management Board as representative for the Commonwealth. The names, addresses and telephone numbers of the respective attorneys of the parties and other potentially interested parties are as follows:

FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO

O'NEILL & BORGES LLC
Hermann D. Bauer
herman@oneillborges.com
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

PROSKAUER ROSE LLP
Martin J. Bienenstock
mbienenstock@proskauer.com
Brian S. Rosen
brosen@proskauer.com
Eleven Times Square
New York, N.Y. 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

MUNGER, TOLLES & OLSON, LLP
Donald B. Verrilli, Jr.
Donald.Verrilli@mto.com
Ginger D. Anders
Ginger.Anders@mto.com
Chad I. Golder
Chad.Golder@mto.com
Sarah G. Boyce
Sarah.Boyce@mto.com
Adele M. El-Khouri
Adele.El-Khouri@mto.com
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357

OFFICE OF THE US TRUSTEE (UST)
Monsita Lecaroz Arribas,
Monsita.Lecaroz@usdoj.gov
USTP.Region21@usdoj.gov
ustpregion21.hr.ecf@usdoj.gov
Ochoa Building, 500 Tanca Street,
Suite 301
San Juan, PR 00901
(787)729-7453

THE UNITED STATES OF AMERICA

U.S. DEPARTMENT OF JUSTICE, CIVIL
DIVISION
W. Stephen Muldrow
w.stephen.muldrow@usdoj.gov
Rosa E. Rodriguez-Velez
rosa.e.rodriguez@usdoj.gov
Mark Gallagher
mark.gallagher@usdoj.gov
Thomas G. Ward
thomas.g.ward@usdoj.gov
Jean Lin
jean.lin@usdoj.gov
Cesar A. Lopez-Morales
cesar.a.lopez-morales@usdoj.gov
Micheal Quinn
michael.quinn3@usdoj.gov
David S. Jones
david.jones6@usdoj.gov
Mathew Troy
matthew.troy@usdoj.gov
Jonathan Jacobson

jonathan.e.jacobson@usdoj.gov
Laura Hunt
laura.a.hunt@usdoj.gov
Christopher K. Connolly
christopher.connolly@usdoj.gov
Ward. Benson
ward.w.benson@usdoj.gov
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY

MARINI PIETRANTONI MUÑIZ LLC
Luis C. Marini Biaggi
lmarini@mpmlawpr.com
Carolina Velaz Rivero
cvelaz@mpmlawpr.com
Mauricio O. Muniz Luciano
mmuniz@mpmlawpr.com
250 Ponce De León Ave., Suite 900
San Juan, PR 00918
(787) 705-2171

O'MELVENY & MYERS LLP
John Rapisardi
jrapisardi@omm.com
Suzzanne Uhland
suhland@omm.com
William J. Sushon
wsushon@omm.com
Daniel S. Shamah
dshamah@omm.com
7 Times Square
New York, N.Y. 10036
*and*
Ashley Pavel
apavel@omm.com
Diana M. Pérez
dperez@omm.com
Madhu Pocha
mpocha@omm.com
M. Randall Oppenheimer
roppenheimer@omm.com
1999 Avenue of the Stars 8th Floor
Los Angeles, California 90067-6035

*and*
Walter Dellinger
wdellinger@omm.com
Peter Friedman
pfriedman@omm.com
1625 Eye Street, NW
Washington, D.C. 20006

Mohammad S. Yassin
mohammad.yassin@aafaf.pr.gov
Robert Sánchez Vilella (Minillas)
Government Center
De Diego Avenue, Stop 22
San Juan, Puerto Rico 00907

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

CASILLAS, SANTIAGO & TORRES LLC
Diana M. Batlle-Barasorda

dbatlle@cstlawpr.com
Alberto J. E. Añeses Negrón
aaneses@cstlawpr.com
Ericka C. Montull-Novoa
emontull@cstlawpr.com
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, P.R. 00901-2419

PAUL HASTINGS LLP
Luc A. Despins
lucdespins@paulhastings.com
Andrew V. Tenzer
andrewtenzer@paulhastings.com
Michael Comerford
michaelcomerford@paulhastings.com
G. Alexander Bongartz
alexbongartz@paulhastings.com
200 Park Avenue
New York, N.Y. 10166

5.     Movants have not had access to Dkt. 8690 (see Exhibit 1), but a copy of the *Order* and *Memorandum Order* are attached as Exhibit 2 and 3. Also attached as Exhibit 4 and 5 are notification lists of the orders, which includes persons and entities that are not parties to the appeal.

WHEREFORE, the Movants herein, Mr. Diaz Mayoral and Mr. Frau Escudero, respectfully pray that this Honorable Court take note of the above Notice of Appeal of the above listed rulings and orders.

CERTIFICATE OF SERVICE: I HEREBY CERTIFY that, on this same date, the foregoing has been filed with the Court's CM/ECF system, which will automatically send an exact copy to all parties so subscribed on this 20th day of November, 2019, including the attorneys for the Financial Oversight and Management Board as representative for the Commonwealth: Hermann D. Bauer and Daniel J. Pérez-Refojos, both of O'neill & Borges, LLC and Martin J. Bienenstock of Proskauer Rose, LLP.

RESPECTFULLY SUBMITTED, in San Juan, PR, this 20th day of November, 2019.

Attorney for
Jorge A. Díaz Mayoral and
Juan A. Frau Escudero

s/Monique J. Díaz Mayoral
Monique J. Díaz Mayoral
USDC-PR No. 225712
diazmayorallaw@gmail.com
P.O. Box 364134
San Juan PR 00936-4134
Tel. 787-552-2000
Fax 1-888-620-2043

Documents filed electronically prior to Dec. 1, 2003 in cases closed over one year are restricted. Available ONLY at the public terminals at the Clerks Office. Access to SEALED MOTIONS is limited to parties authorized pursuant to P.R. LBR 9018-1(d).

Case:17-03283-LTS Doc#:9279 Filed:11/20/19 Entered:11/20/19 23:25:49 Desc: Main Document Page 6 of 1243

**Exhibit 1**

**Exhibit 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING SIXTY-FOURTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO TO CLAIMS BASED ON INVESTMENTS IN MUTUAL FUNDS

Upon the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* (Docket Entry No. 8297, the "Sixty-Fourth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Sixty-Fourth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Sixty-Fourth Omnibus Objection

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-Fourth Omnibus Objection.

Document Page 2 of 23

and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being
proper pursuant to PROMESA section 307(a); and due and proper notice of the Sixty-Fourth
Omnibus Objection having been provided to those parties identified therein, and no other or further
notice being required; and the Court having determined that the claims identified in Exhibit A to
the Sixty-Fourth Omnibus Objection seek recovery of amounts for which the Commonwealth is
not liable; and the Court having determined that the relief sought in the Sixty-Fourth Omnibus
Objection is in the best interest of the Commonwealth and its creditors, and all the parties in
interest; and the Court having determined that the legal and factual bases set forth in the Sixty-
Fourth Omnibus Objection establish just cause for the relief granted herein; and after due
deliberation and sufficient cause appearing therefor, it is

ORDERED that the Sixty-Fourth Omnibus Objection is GRANTED as set forth herein;
and it is further

ORDERED that the claims identified in Exhibit A to the Sixty-Fourth Omnibus Objection
are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the claims identified in
Exhibit A to the Sixty-Fourth Omnibus Objection from the official claims registry in the
Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising
from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: November 4, 2019

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Exhibit 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                        PROMESA
                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                             No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                               (Jointly Administered)
et al.,

      Debtors.[1]
-----------------------------------------------------------x

MEMORANDUM ORDER DENYING MOTION TO ALTER OR AMEND
ORDER SUSTAINING OBJECTION (DKT. 8297) TO CLAIMS NO. 152470 & NO. 152283

Before the Court is the *Motion to Alter or Amend Order Sustaining Objection*

*(Dkt. 8297) to Claims No. 152470 & No. 152283* (Docket Entry No. 8760,[2] the "Motion") filed

by Jorge A. Díaz Mayoral ("Mayoral") and Juan A. Frau Escudero ("Escudero") (together, the

"Movants"). The Motion seeks reconsideration pursuant to Rule 59(e) of the Federal Rules of

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references herein are to entries in Case No. 17-3283.

Civil Procedure ("Rule 59(e)"),[3] Federal Rule of Bankruptcy Procedure 3008, and Section 502(j)

of the United States Bankruptcy Code, 11 U.S.C. § 502(j) ("Section 502(j)"), of this Court's

ruling (the "September 11 Ruling") issued on the record during the September 11, 2019,

Omnibus Hearing and memorialized in an order dated November 4, 2019 (Docket Entry No.

9099), which overruled Movants' response to the *Sixty-Fourth Omnibus Objection (Substantive)*

*of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* (Docket

Entry No. 8297, the "Objection"). Specifically, the Court held that Movants, as investors in

mutual funds that in turn may have held bonds issued by the Commonwealth, lack standing to

assert claims based upon their ownership interests in such funds and, as a result, disallowed their

proofs of claim.[4] (See *Transcript of September 11, 2019 Hearing Before the Honorable Laura*

*Taylor Swain* (Docket Entry No. 8691), 81:12-15; Ord. at 2.) The Court has considered carefully

all of the parties' submissions[5] and, for the reasons that follow, the Motion is denied and the

Claims remain disallowed.

      A party moving for relief under Rule 59(e) must (i) clearly establish a manifest

error of law or fact; (ii) clearly establish a manifest injustice; (iii) present newly discovered or

previously unavailable evidence; or (iv) establish an intervening change in controlling law. See

---

[3]    Rule 59(e) is made applicable in these proceedings by Federal Rule of Bankruptcy
Procedure 9023.

[4]    The claims filed by Mayoral and Escudero were logged by Prime Clerk as Proof of Claim
Nos. 152470 and 152283, respectively (together, the "Claims").

[5]    The Court notes that Movants have labeled their reply brief in further support of the
Motion a "preliminary reply." (See *Preliminary Reply to Opposition to Motion to Alter
or Amend Order Sustaining Objection (Dkt. 8297) to Claims No. 152470 & 152283*
(Docket Entry No. 8863, the "Reply"). Given that the final deadline to submit the Reply
was October 15, 2019 (after having twice been extended at Movants' request), and the
order granting Movants' second extension request provided that "[n]o further extensions
will be granted" (*Order Granting Motion for Brief Additional Extension of Time* (Docket
Entry No. 8852), the Court deems the Motion fully briefed.

Marie v. Allied Home Mortg. Corp., 402 F.3d 1, 7 n.2 (1st Cir. 2005). "[A] motion for reconsideration of a previous order is an extraordinary remedy that must be used sparingly because of interest in finality and conservation of scarce judicial resources." In re Pabon Rodriguez, 233 B.R. 212, 220 (Bankr. D.P.R. 1999), aff'd, 2000 WL 35916017 (B.A.P. 1st Cir. 2000), aff'd, 17 F. App'x 5 (1st Cir. 2001). Accordingly, a Rule 59(e) motion "does not provide a vehicle for a party to undo its own procedural failures or to introduce new evidence or advance arguments that could and should have been presented to the district court prior to judgment." Quality Cleaning Prods. R.C., Inc. v. SCA Tissue N. Am., LLC, 794 F.3d 200, 208 (1st Cir. 2015) (citation and internal quotation marks omitted). A party's disagreement with the court's decision and desire to have the court "rethink its holding" are not grounds for reconsideration. Rosario-Mendez v. Hewlett Packard Caribe, 660 F. Supp. 2d 229, 234 (D.P.R. 2009).

Movants contend that, in sustaining the Objection as to their Claims, the Court failed to consider that Movants could, pursuant to Puerto Rico law, seek payment from the Commonwealth based upon the personal injury that they suffered as a result of their ownership interests in mutual funds that had invested in Commonwealth bonds. Movants further argue that the Court erred as a matter of law in concluding that they lack standing to assert claims predicated on injuries sustained by the mutual funds directly. In reply, Movants also assert that the *Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 8765, the "Proposed Plan) and the *Disclosure Statement for the Title III Joint Plan of Adjustment for the Commonwealth for Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* (Docket Entry No. 8766, the "Disclosure Statement") constitute or contain new evidence warranting reconsideration. Movants seek leave to either (i) supplement their response

regarding the personal injury they sustained, or, alternatively, (ii) present evidence at a hearing in
an effort to demonstrate their personal injury, or, alternatively, (iii) amend their Claims to
present evidence regarding their personal injury, which would then be subject to any future
objection by the Commonwealth.  (Mot. at 9.)

Movants have failed to identify any basis under Rule 59(e) for reconsideration of
the Court's decision to disallow their Claims.  Initially, Movants' attempt to reformulate their
theory of liability at this juncture to one based on personal injury under Article 1802 of the
Puerto Rico Civil Code, 31 L.P.R.A. § 5141, is unavailing, as they could have, but did not, raise
such an argument in their response to the Objection.  See Venegas-Hernandez v. Sonolux
Records, 370 F.3d 183, 189-90 (1st Cir. 2004) ("[P]arties cannot use Rule 59(e) motions to raise
new arguments that could have been made before judgment issued or to undo their own
procedural failures.").  In any event, Movants cite no authority suggesting that they could assert
cognizable claims against the Commonwealth under Article 1802 or, even assuming they could,
that this Court's ruling with respect to the derivative nature of the Claims and Movants' lack of
standing would not preclude the proposed modified claims.

Movants' challenge to the Court's legal conclusions regarding their failure to
establish standing is similarly misplaced.  In evaluating the Objection and Movants' response
thereto, the Court considered and rejected the same arguments now raised in support of the
Motion, and Movants identify no case law that undermines the Court's determinations in that
regard.   Indeed, as relevant here, Gordon v. Fundamental Investors, Inc., 362 F. Supp 41
(S.D.N.Y. 1973)—a non-binding decision cited in the Motion that was also relied on by the
Commonwealth and considered by the Court in connection with the Objection—provides only
that, in certain circumstances, "a shareholder has a direct right to attack a corporate transaction

which dilutes his proportionate ownership." Id. at 44 (citations omitted). The Motion does not explain why this Court's finding that Movants lack standing to assert direct claims against the Commonwealth based upon their investments in mutual funds is manifestly inconsistent with Gordon, much less with any authority that is binding on this Court.

As to Movants' argument regarding new evidence, absent a description of how any content in the Proposed Plan and Disclosure Statement should alter the September 11 Ruling, Movants' contention that the Commonwealth's submission of such materials requires invocation of the extraordinary remedy of reconsideration is unpersuasive. In fact, much of the purportedly new evidence identified by Movants was available when they filed their original response to the Objection. Finally, neither the Movants' inability to seek redress from the Commonwealth in this Court for the financial injury that they have allegedly sustained nor any other consequence of the September 11 Ruling described in the Motion rises to the level of a "manifest injustice" within the meaning of Rule 59(e). See United States v. Garcia-Ortiz, 792 F.3d 184, 190 (1st Cir. 2015) ("A finding of manifest injustice requires a definite and firm conviction that a prior ruling on a material matter is unreasonable or obviously wrong, as well as a finding of prejudice." (quoting United States v. Wallace, 573 F.3d 82, 89 (1st Cir. 2009))). Having failed to clearly establish a manifest error of law or fact, present newly discovered or previously unavailable relevant evidence, or establish manifest injustice, Movants have presented no valid grounds for reconsideration under Rule 59(e).[6]

Nor does Section 502(j) of the Bankruptcy Code provide a basis for reconsideration here. "Reconsideration of a claim under [Section] 502(j) is a two-step process:

---

[6]     Movants raise no arguments pertaining to, and the Court is not otherwise aware of, any intervening change in law that would warrant reconsideration under Rule 59(e).

[it requires] (1) a showing of cause for reconsideration; and (2) a determination of the claim

according to the equities of the case." In re Gonzalez, 490 B.R. 642, 651 (B.A.P. 1st Cir. 2013)

(citations omitted). Because "cause" as required by Section 502(j) is not defined, "the

bankruptcy court is given wide discretion in determining what constitutes adequate cause for the

reconsideration of a claim." Id. (citation omitted). Courts in the First Circuit have, in

considering Section 502(j) motions, borrowed the standards applicable to motions under Rule

60(b) of the Federal Rules of Civil Procedure ("Rule 60(b)"). See, e.g., id. at 651-52; In re

Funez, No. 12-01737 BKT, 2013 WL 2948920, at *1 (Bankr. D.P.R. June 14, 2013).[7] "A party

moving for reconsideration of an order disallowing its claim bears the burden of showing

'cause,' without which there can be no basis for the allowance of a previously disallowed claim

according to the equities of the case." Scotiabank de P.R. v. Lorenzo (In re Lorenzo), No. BAP

---

[7]     Rule 60(b) permits a court to grant reconsideration of a final judgment, order, or
proceeding for any of the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could
> not have been discovered in time to move for a new trial under Rule
> 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic),
> misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released, or discharged; it is
> based on an earlier judgment that has been reversed or vacated; or
> applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b); see also Annobil v. Worcester Skilled Care Ctr., Inc., No. CIV.A.
11-40131-TSH, 2014 WL 7384758, at *2 (D. Mass. Dec. 29, 2014) ("[A] party who
seeks relief under [Rule 60(b)] must establish, at the very least '. . . that exceptional
circumstances exist, favoring extraordinary relief; that if the judgment is set aside, [the
movant] has the right stuff to mount a potentially meritorious claim or defense; and that
no unfair prejudice will accrue to the opposing parties should the motion be granted.'"
(quoting Rivera-Velazquez v. Hartford Steam Boiler Inspection & Ins. Co., 750 F.3d 1,
3-4 (1st Cir. 2014))).

PR 15-011, 2015 WL 4537792, at *5 (B.A.P. 1st Cir. July 24, 2015) (citation omitted), aff'd, 637 F. App'x 623 (1st Cir. 2016).

Here, Movants have made no showing that any of the circumstances enumerated in Rule 60(b) are present. For that reason, and for substantially the same reasons that relief under Rule 59(e) is unwarranted, Movants have not demonstrated cause for reconsideration pursuant to Section 502(j). Cf. Lempert v. Power, 618 F. App'x 3, 3 n.2 (D.C. Cir. 2015) (noting that "[t]he substantive standards for [Rules] 59(e) and 60(b) are similar"). The Court therefore need not address the second prong of the Section 502(j) test.

Movants have failed to establish a basis for reconsideration of the September 11 Ruling under either Rule 59(e) or Bankruptcy Code Section 502(j). Accordingly, the Motion is denied and the Claims remain disallowed. This Order resolves Docket Entry No. 8760.

SO ORDERED.

Dated: November 6, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

EXHIBIT 4 – NOTICE OF DKT. 9099

17-03283-LTS9 Notice will be electronically mailed to:

ROBERTO ABESADA AGUET on behalf of Counter-Claimant QTCB Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor Davidson Kempner Capital
Management LP
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor OZ Management II LP
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor OZ Management, LP
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor QTBC Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor QTCB Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor River Canyon Fund Management,
LLC
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Interested Party Canyon Capital Advisors
LLC
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Intervenor QTCB Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

IYEN A. ACOSTA, on behalf of Creditor Morovis Community Health Center, Inc.
iacosta@renocavanaugh.com

FERNANDO E. AGRAIT on behalf of Interested Party INSTITUTO DE
COMPETITIVIDAD Y SOSTENIBILIDAD ECONOMICA DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Interested Party PUERTO RICO HOSPITAL
ASSOCIATION
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Interested Party PV PROPERTIES, INC

agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Interested Party Windmar Renewable Energy, Inc.
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor ASOCIACION DE CONTRATISTAS
DE ENERGIA RENOVABLE
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor ASOCIACION DE CONTRATISTAS Y
CONSULTORES DE ENERGIA RENOVABLE DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor ASOCIACION DE RESTAURANTES
DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor CAMARA DE MERCADEO,
INDUSTRIA Y DISTRIBUCION DE ALIMENTOS
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor CENTRO UNIDO DE DETALLISTAS
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor INSTITUTO DE COMPETITIVIDAD Y
SOSTENIBILIDAD ECONOMICA DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor PUERTO RICO HOSPITAL
ASSOCIATION
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor PUERTO RICO MANUFACTURERS
ASSOCIATION
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor PV PROPERTIES, INC
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor Windmar Renewable Energy, Inc.
agraitfe@agraitlawpr.com

JASON R AGUILO SURO on behalf of Other Professional Bluhaus Capital LLC
jaguilo@pmalaw.com, docketclerk@pmalaw.com

RACHEL EHRLICH ALBANESE on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
rachel.albanese@dlapiper.com

RACHEL EHRLICH ALBANESE on behalf of Interested Party UNIVERSITY OF
PUERTO RICO
rachel.albanese@dlapiper.com

JUAN A ALBINO GONZALEZ on behalf of Interested Party Maria Judith Diaz
anibal031@gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE JUANA DIAZ
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE LARES Y REGION CENTRAL
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor Cooperativa de Ahorro y Credito
de Ciales
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor FONDO DE INVERSION Y
DESARROLLO COOPERATIVO, INC
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Defendant Caribbean Temporary
Services, Inc.
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

JULIA D. ALONZO on behalf of Debtor COMMONWEALTH OF PUERTO RICO
jalonzo@proskauer.com

JULIA D. ALONZO on behalf of Defendant Financial Oversight and Management Board
for Puerto Rico
jalonzo@proskauer.com

CARLOS C ALSINA BATISTA on behalf of Creditor KDC SOLAR, LLC
carlos.alsina.batista@gmail.com, mrivera@prquiebra.com;Cablaw.psc@gmail.com

CARLOS C ALSINA BATISTA on behalf of Creditor Aida Iris Rossy Clemente
carlos.alsina.batista@gmail.com, mrivera@prquiebra.com;Cablaw.psc@gmail.com

MARIA TERESA ALVAREZ SANTOS on behalf of Defendant RICARDO ROSSELLO
NEVARES

maria.alvarez2@popular.com

PETER AMEND on behalf of Creditor Cantor-Katz Collateral Monitor LLC
pamend@orrick.com

GINGER D. ANDERS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Ginger.Anders@mto.com

GINGER D. ANDERS on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Ginger.Anders@mto.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Baxter Sales & Distribution
Puerto Rico Corp.
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Genesis Security Services,
Inc.
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Official Committee of
Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Committee Official
Committee of Retired Employees of the Commonwealth of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Committee Official
Committee of Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Interested Party Official Committee
of Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Interested Party Official Committee
of Unsecured Creditors of the Commonwealth of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Intervenor Official Committee of
Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico

aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF
PUERTO RICO
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff THE SPECIAL CLAIMS
COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico,
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee of
Unsecured Creditors of All Title III Debtors (Other than COFINA)
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The
Commonwealth of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Debtors (Other Than COFINA)
aaneses@cstlawpr.com, aaneses@gmail.com

MARK A. ANGELOV on behalf of Creditor AMBAC ASSURANCE CORPORATION
mark.angelov@arentfox.com

MARK A. ANGELOV on behalf of Interested Party Aguirre Offshore Gasport, LLC
Mark.Angelov@arentfox.com

PHILIP D. ANKER on behalf of Consultant Citigroup Global Markets Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Creditor J.P. Morgan Securities LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Citigroup Global Markets Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Goldman Sachs & Co. LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party MORGAN STANLEY
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Merrill Lynch, Pierce, Fenner & Smith
Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party RBC Capital Markets, LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Santander Securities, LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party UBS Financial Services Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party UBS Securities LLC
philip.anker@wilmerhale.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Autopistas Metropolitanas de
Puerto Rico, LLC
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Autopistas de PR, LLC
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Puerto Rico Telephone Company
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Rexach Hermanos, Inc.
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor SCOTIABANK DE PUERTO RICO
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Interested Party Aguirre Offshore Gasport,
LLC

aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Interested Party Ramirez & Co.
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Aristeia Horizon, LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 1, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 10, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 2, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 3, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 4, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 5, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 6, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 7, LLC

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 8, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 9, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Fideicomiso Plaza
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Golden Tree Asset
Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Old Bellows Partners LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Scoggin Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Taconic Opportunity Master
Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Tilden Park Capital
Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Whitebox Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Aristea Horizons, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor CRS Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Camino Cipres LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Camino Roble LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Canary SC Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Canyon Balanced Master Fund, Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Canyon Value Realization Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Crescent 1, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Cyrus Select Opportunities Master Fund,
Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Cyrus Special Strategies Master Fund,
L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 1, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 10, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 2, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 3, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 4, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 5, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 6, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 7, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 8, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 9, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Merced Partners IV, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Merced Partners Limited Partnership
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Merced Partners V, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Pandora Select Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor River Canyon Fund Management, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Scoggin International Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Scoggin Worldwide Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Taconic Master Fund 1.5 L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Taconic Opportunity Master Fund L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor The Varde Skyway Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Tilden Park Investment Master Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Varde Credit Partners Master, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Varde Investment Partners (Offshore)
Master, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Varde Investment Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Asymmetric Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Institutional Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Term Credit Fund I L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Jose F Rodriguez-Perello
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Aristeia Horizon, LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 1, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 10, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 2, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 3, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 4, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 5, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 6, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 7, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 8, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 9, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Fideicomiso Plaza
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Golden Tree Asset Management
LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Old Bellows Partners LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Scoggin Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Taconic Opportunity Master Fund
LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Tilden Park Capital Management
LP

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Whitebox Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Aristea Horizons, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party CRS Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Camino Cipres LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Camino Roble LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Canary SC Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Canyon Capital Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Crescent 1, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Cyrus Opportunities Master Fund
II, Ltd.

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 1, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 10, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 2, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 3, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 4, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 5, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 6, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 7, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 8, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 9, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Lawful Constitutional Debt
Coalition
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Merced Partners IV, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Merced Partners Limited
Partnership
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Merced Partners V, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party River Canyon Fund Management
LLC

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Scoggin International Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Scoggin Worldwide Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Taconic Master Fund 1.5 L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Taconic Opportunity Master Fund
L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party The Varde Skyway Master Fund,
L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Tilden Park Investment Master
Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Varde Credit Partners Master,
L.P.

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Varde Investment Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Jose F Rodriguez-Perello
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Aristeia Horizon, LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 4, LLC

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Fideicomiso Plaza
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Old Bellows Partners LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Scoggin Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Whitebox Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

HIRAM M. ARNAUD on behalf of Interested Party Service Employees International
Union
harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Interested Party United Auto Workers International
Union
harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Intervenor American Federation of Teachers, AFL-
CIO
harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Intervenor International Union, United Automobile,
Aerospace and Agricultural Implement Workers of

harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Intervenor Service Employees International Union
harnaud@cwsny.com

JOHN ARRASTIA, on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-law.com

JOHN ARRASTIA, on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-law.com

JOHN ARRASTIA, on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-law.com

JOHN ARRASTIA, on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-law.com

JOHN ARRASTIA, on behalf of Plaintiff The Official Committee Of Unsecured Creditors
Of The Commonwealth Of Puerto Rico,
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-law.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor Abengoa Puerto Rico,
S.E.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor Abengoa, S.A.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant Caribe Tecno, Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant Gonzalez Padin
Realty Company, Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant LS Innovative
Education Center, Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant Puerto Rico Supplies
Group Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party Aurelius
Investment, LLC
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party Aurelius
Opportunities Fund, LLC
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party Lex Claims,
LLC
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Intervenor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

MICHAEL L. ARTZ on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
MArtz@afscme.org

MICHAEL L. ARTZ on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
MArtz@afscme.org

ANN M. ASHTON on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
aashton@proskauer.com

ANN M. ASHTON on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
aashton@proskauer.com

Crystal N. Acevedo on behalf of Creditor US BANK NATIONAL ASSOCIATION
cacevedo@riveratulla.com

Crystal N. Acevedo on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
cacevedo@riveratulla.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff ANGEL MATOS-GARCIA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff BRENDA LOPEZ-DE-ARRARAS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff CARLOS BIANCHI-ANGLERO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff JAVIER APONTE-DALMAU
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff JESUS SANTA-RODRIGUEZ

acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff JOSE VARELA-FERNANDEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LUIS ORTIZ-LUGO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LUIS TORRES-CRUZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LUIS VEGA-RAMOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LYDIA MENDEZ-SILVA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff MANUEL NATAL-ALBELO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff RAMON CRUZ-BURGOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff Rafael Hernandez-Montanez
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ANGEL GONZALEZ-DAMUDT
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ANGEL MATOS-GARCIA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff BRENDA LOPEZ-DE-ARRARAS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CARLOS BIANCHI-ANGLERO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CARLOS DELGADO-ALTIERI
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CARMEN MALDONADO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CIRILO TIRADO-RIVERA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff HERIBERTO VELEZ-VELEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ISIDRO NEGRON-IRIZARRY
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JAVIER APONTE-DALMAU
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JESUS MARQUEZ-RODRIGUEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JESUS SANTA-RODRIGUEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JORGE GONZALEZ-OTERO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JOSE DIAZ-COLLAZO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JOSE SANTIAGO-RIVERA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JOSE VARELA-FERNANDEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JULIA NAZARIO-FUENTES
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LUIS ORTIZ-LUGO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LUIS TORRES-CRUZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LUIS VEGA-RAMOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LYDIA MENDEZ-SILVA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff MANUEL NATAL-ALBELO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff MARCOS CRUZ-MOLINA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff MIGUEL PEREIRA-CASTILLO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff OSCAR SANTIAGO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff PEDRO GARCIA-FIGUEROA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff RAMON CRUZ-BURGOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff RAMON HERNANDEZ-TORRES
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ROBERTO RAMIREZ-KURTZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ROBERTO RIVERA-RUIZ DE PORRAS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ROSSANA LOPEZ-LEON
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff Rafael Hernandez-Montanez
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff SERGIO TORRES-TORRES
acevedovila1@gmail.com, anibal@optimpr.com

Iyen A Acosta on behalf of Creditor Concilio de Salud Integral de Loiza, Inc.
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor Corporacion de Servicios de Salud y Medicina
Avanzada
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor HPM FOUNDATION, INC.
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor Migrant Health Center, Inc.
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor NEOMED CENTER, INC.
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor Salud Integral en la Montana
iacosta@renocavanaugh.com

Adam M. Adler on behalf of Interested Party Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Interested Party Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk, LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk, LLC
ecf@primeclerk.com

Eliezer Aldarondo-Ortiz on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296
and 13-1560 and consolidated cases
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Defendant THOMAS RIVERA-SCHATZ
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Intervenor-Defendant Federacion de Alcaldes de
Puerto Rico, Inc.
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Plaintiff Carlos J. Mendez Nunez
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Plaintiff Thomas Rivera - Schatz
ealdarondo@alblegal.net, alb@alblegal.net

Elsie Alex
wfalex@aol.com

Claudio Aliff-Ortiz on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296 and 13-1560 and consolidated cases
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Defendant THOMAS RIVERA-SCHATZ
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Intervenor-Defendant Federacion de Alcaldes de Puerto Rico, Inc.
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Plaintiff Carlos J. Mendez Nunez
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Plaintiff Thomas Rivera - Schatz
califf@alblegal.net, alb@alblegal.net

Harry Anduze on behalf of Defendant Gui-Mer-Fe Inc.
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito Abraham Rosa
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito Dr. Manuel Zeno Gandia
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Ciales
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Juana Diaz
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Lares y Region Central
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Rincon
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Vega Alta
handuze@microjuris.com

Rafael M Arrillaga-Romany on behalf of Interested Party Popular Democratic Party
Caucus of the Senate of Puerto Rico
rafael.arrillaga@icloud.com, rafael.arrillaga@gmail.com

Mani Ayyar
mayyar29@gmail.com

INGRID BAGBY on behalf of Creditor ASSURED GUARANTY CORP
Ingrid.Bagby@cwt.com

INGRID BAGBY on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
Ingrid.Bagby@cwt.com

INGRID BAGBY on behalf of Interested Party Assured Guaranty Corp.
Ingrid.Bagby@cwt.com

INGRID BAGBY on behalf of Interested Party Assured Guaranty Municipal Corp.
Ingrid.Bagby@cwt.com

DEREK J. BAKER on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
dbaker@reedsmith.com

NICHOLAS BAKER on behalf of Creditor SOLA LTD
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Solus Alternative Asset Management LP
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Solus Opportunities Fund 5 LP
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Ultra Master LTD
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Ultra NB LLC
nbaker@stblaw.com

DAVID J. BALL on behalf of Creditor Davidson Kempner Capital Management LP
david.ball@bracewell.com

DAVID J. BALL on behalf of Creditor OZ Management II LP
david.ball@bracewell.com

DAVID J. BALL on behalf of Creditor OZ Management, LP
david.ball@bracewell.com

DAVID J. BALL on behalf of Creditor River Canyon Fund Management, LLC
david.ball@bracewell.com

DAVID J. BALL on behalf of Interested Party C & A, S.E.
david.ball@bracewell.com

DAVID J. BALL on behalf of Interested Party Canyon Capital Advisors LLC
david.ball@bracewell.com

DAVID J. BALL on behalf of Interested Party River Canyon Fund Management LLC
david.ball@bracewell.com

EHUD BARAK on behalf of Debtor COMMONWEALTH OF PUERTO RICO
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Defendant The Financial Oversight and Management Board
for Puerto Rico
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Plaintiff Financial Oversight and Management Board for
Puerto Rico as representative of the Employee Retirement System of the Government
of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

LUKE A BAREFOOT on behalf of Interested Party The Puerto Rico Central Recovery
and Reconstruction Office
lbarefoot@cgsh.com

LUKE A BAREFOOT on behalf of Interested Party The Puerto Rico Public-Private
Partnerships Authority
lbarefoot@cgsh.com

EDGARDO BARRETO-PAGAN on behalf of Defendant UNIVERSITY OF PUERTO
RICO
Edgardo_barreto@yahoo.com

EDGARDO BARRETO-PAGAN on behalf of Defendant CELESTE FREYTE-
GONZALEZ
Edgardo_barreto@yahoo.com

EDGARDO BARRETO-PAGAN on behalf of Plaintiff UNIVERSITY OF PUERTO RICO
Edgardo_barreto@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor American Federation of Teachers as
Agent of Asociacion de Maestros de Puerto Rico Local Sindical
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor Asociacion de Maestros de Puerto
Rico
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor Asociacion de Maestros de Puerto
Rico -Local Sindical
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor WorldNet Telecommunications Inc
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Plaintiff American Federation of Teachers,
AFL-CIO
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

NICHOLAS BASSETT on behalf of Creditor Official Committee of Unsecured Creditors
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Creditor Committee Official Committee of
Unsecured Creditors
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Interested Party Official Committee of Unsecured
Creditors
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff The Official Committee of Unsecured
Creditors of All Title III Debtors (Other than COFINA)
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Debtors (Other Than COFINA)
nicholasbassett@paulhastings.com

DIANA M. BATLLE-BARASORDA on behalf of Creditor Official Committee of
Unsecured Creditors
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Creditor Committee Official Committee
of Retired Employees of the Commonwealth of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Creditor Committee Official Committee
of Unsecured Creditors
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Interested Party Official Committee of
Unsecured Creditors
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Interested Party Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Intervenor Official Committee of
Unsecured Creditors

dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff Committee of Unsecured Creditors of the Commonwealth of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee Of Unsecured Creditors Of The Commonwealth Of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee Of Unsecured Creditors Of The Commonwealth Of Puerto Rico,
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee of Unsecured Creditors of All Title III Debtors (Other than COFINA)
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee of Unsecured Creditors of the Debtors (Other Than COFINA)
dbatlle@cstlawpr.com

LAWRENCE A. BAUER on behalf of Defendant Puerto Rico Public Building Authority
lawrence.bauer@nortonrosefullbright.com

LAWRENCE A. BAUER on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO
lawrence.bauer@nortonrosefullbright.com

HERMANN D BAUER ALVAREZ on behalf of Consultant Citigroup Global Markets Inc.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Consultant McKinsey & Company, Inc. Washington D.C.

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Consultant Pension Trustee Advisors Inc.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Consultant Andrew Wolfe
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Counter-Defendant COMMONWEALTH
OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor AMBAC ASSURANCE
CORPORATION
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor Ad Hoc Group of General
Obligation Bondholders
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor Official Committee of Unsecured
Creditors

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO ELECTRIC
POWER AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO ELECTRIC
POWER AUTHORITY
hermann.bauer@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor Puerto Rico Public Buildings
Authority (PBA)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant COMMONWEALTH OF PR
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant COMMONWEALTH OF P.R.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Commonwealth of Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Financial Oversight
Management Board
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Puerto Rico Electric Power
Authority
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Puerto Rico Highways &
Transportation Authority
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Puerto Rico Highways and
Transportation Authority
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant THE COMMONWEALTH OF
PUERTO RICO

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant The Commonwealth of Puerto
Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ANA J MATOSANTOS
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ANDREW G BIGGS
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ARTHUR J GONZALEZ
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Ana J. Matosantos

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Andrew G. Biggs
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Arthur J. Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant CARLOS M. GARCIA
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Carlos M Garcia
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Carlos M. Garcia
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant DAVID A SKEEL, JR
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant David A. Skeel, Jr.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ELIAS SANCHEZ
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant JOSE B CARRION III

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant JOSE IVAN MARRERO ROSADO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant JOSE R GONZALEZ
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose B. Carrion III
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose R Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose R. Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant NATALIE A. JARESKO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Natalie A Jaresko
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant RAUL MALDONADO
GAUTIER
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant RICARDO ROSSELLO
NEVARES
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Financial Advisor Ernst & Young, LLP
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Financial Advisor Phoenix Management
Services, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Assured Guaranty Corp.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Assured Guaranty
Municipal Corp.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party BANCO POPULAR DE
PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Banco Santander Puerto
Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party COMMONWEALTH OF
PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Citigroup Global Markets
Inc.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Epiq Bankruptcy
Solutions, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Puerto Rico Public
Buildings Authority (PBA)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party The Financial Oversight
and Management Board for Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Other Professional Epiq Bankruptcy
Solutions, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Other Professional Prime Clerk, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff Jacana Holdings III LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The
Commonwealth of Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

ARTURO V BAUERMEISTER on behalf of Interested Party Asociacion de Jubilados de
la Judicatura de Puerto Rico, Inc.
avb@sbgblaw.com, abauermeister@dtslaw.com

ANNE E. BEAUMONT on behalf of Interested Party SIDLEY AUSTIN LLP
abeaumont@fklaw.com

JANE BECKER WHITAKER on behalf of Creditor Anne Catesby Jones
jbecker@caribe.net, janebeckerwhitaker@yahoo.com

JANE BECKER WHITAKER on behalf of Creditor Jorge Valdes Llauger
jbecker@caribe.net, janebeckerwhitaker@yahoo.com

LAURA BELENDEZ FERRERO on behalf of Creditor Michael E. Danuz Reyes
lbelendez@msn.com, Laura.belendez@gmail.com

LAURA BELENDEZ FERRERO on behalf of Defendant Empresas Loyola I, S. en C-
S.E.
lbelendez@msn.com, Laura.belendez@gmail.com

LAURA BELENDEZ FERRERO on behalf of Defendant Empresas Loyola, Inc.
lbelendez@msn.com, Laura.belendez@gmail.com

AJ BENNAZAR ZEQUEIRA on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
ajb@bennazar.org, bgm.csp@bennazar.org

AJ BENNAZAR ZEQUEIRA on behalf of Creditor Committee Official Committee of
Retired Employees of the Commonwealth of Puerto Rico
ajb@bennazar.org, bgm.csp@bennazar.org

AJ BENNAZAR ZEQUEIRA on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
ajb@bennazar.org, bgm.csp@bennazar.org

BRUCE BENNETT on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Altair Global Opportunities Fund (A), LLC
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Andalusian Global Designated Activity
Company
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Distressed Opportunities
Fund LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Distressed Opportunities
International Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Institutional Partners, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner International, Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Partners
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor GMO Credit Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor GMO Global Real Return (UCITS) Fund
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor GMO Implementation Fund
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Laguna Ray, L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor M.H. Davdison & Co.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Mason Capital Master Fund LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Nokota Capital Master Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.

bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund X, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oceana Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Ocher Rose L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND
FUND INC
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor PWCM Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity
Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico GNMA and U.S. Government
Target Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Bond Fund I
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II

bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Redwood Master Fund, Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor SV Credit, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Silver Point Capital Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Silver Point Capital Offshore Master Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Interested Party GoldenTree Asset Management LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Interested Party Taconic Master Fund 1.5 L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Interested Party Taconic Opportunity Master Fund L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff Crown Managed Accounts for and
on behalf of Crown/PW SP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff LMA SPC for and on behalf of Map 98 Segregated Portfolio
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff Oceana Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff PWCM Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff Pentwater Merger Arbitrage Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Andalusian Global Designated Activity Company
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Mason Capital Master Fund LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel 2), L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Ocher Rose L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Bond Fund I
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff SV Credit, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund,
Inc.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Andalusian Global Limited
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Mason Capital Master Fund LP
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Nokota Capital Master Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series
B)
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Ocher Rose
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor SV Credit, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Interested Party Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

PHILIP BENTLEY on behalf of Creditor MUTUAL FUND GROUP
pbentley@kramerlevin.com

PHILIP BENTLEY on behalf of Intervenor MUTUAL FUND GROUP
pbentley@kramerlevin.com

WALTER BENZIJA on behalf of Creditor Lehman Brothers Holdings Inc.
wbenzija@halperinlaw.net

ROBERT S. BEREZIN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
robert.berezin@weil.com

ROBERT S. BEREZIN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
robert.berezin@weil.com

STEVE W. BERMAN on behalf of Creditor Anne Catesby Jones
steve@hbsslaw.com

STEVE W. BERMAN on behalf of Creditor Jorge Valdes Llauger
steve@hbsslaw.com

EDILBERTO BERRIOS PEREZ on behalf of Creditor Ariadne Febles Gordian
eberriosperez@berrioslongo.com,
flongoquinones@berrioslongo.com;maviles@berrioslongo.com

EDILBERTO BERRIOS PEREZ on behalf of Creditor Edilberto Berrios-Perez
eberriosperez@berrioslongo.com,
flongoquinones@berrioslongo.com;maviles@berrioslongo.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor Funeraria Shalom Memorial
Inc
a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor Master Link Corporation
a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor Wide Range Corporation

a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor RAFAEL RODRIGUEZ
QUINTANA
a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor REINALDO VINCENTY
PEREZ
a_betancourt@lugomender.com, wlugo@lugomender.com

MARTIN J. BIENENSTOCK on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor Puerto Rico Public Buildings Authority
(PBA)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant COMMONWEALTH OF PR
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Financial Oversight Management
Board
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Puerto Rico Electric Power
Authority
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Puerto Rico Highways &
Transportation Authority
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD OF PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant ANA J MATOSANTOS

mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant ANDREW G BIGGS
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant ARTHUR J GONZALEZ
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Ana J. Matosantos
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Andrew G. Biggs
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Arthur J. Gonzalez
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant CARLOS M. GARCIA
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Carlos M Garcia
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant DAVID A SKEEL, JR
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant David A. Skeel, Jr.
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant JOSE B CARRION III
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant JOSE R GONZALEZ
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Jose B. Carrion III
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Jose R Gonzalez
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Jose R. Gonzalez
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant NATALIE A. JARESKO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Natalie A Jaresko
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico

mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
mbienenstock@proskauer.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor PUERTO RICO LEGAL
ADVOCATES PSC
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor SALVADOR ROVIRA
RODRIGUEZ ATTORNEYS AT LAW
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor CARLOS A RODRIGUEZ
HERRERA
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor SALVADOR ROVIRA
RODRIGUEZ
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

CHARLES A. BIMBELA on behalf of Creditor Pandora Select Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Asymmetric Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Institutional Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Term Credit Fund I L.P.
cbimbela@scvrlaw.com

DAVID E. BLABEY, JR on behalf of Creditor Invesco/Oppenheimer Funds
dblabey@kramerlevin.com

DAVID E. BLABEY, JR on behalf of Creditor MUTUAL FUND GROUP
dblabey@kramerlevin.com

DAVID E. BLABEY, JR on behalf of Intervenor MUTUAL FUND GROUP
dblabey@kramerlevin.com

JOSE JULIAN BLANCO DALMAU on behalf of Creditor Caribbean Hospital Corporation
jblanco@fpglaw.com, jblancodalmau@gmail.com

JAMES R. BLISS on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Creditor Official Committee of Unsecured Creditors
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Creditor Committee Official Committee of Unsecured
Creditors
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Intervenor Official Committee of Unsecured Creditors
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff Committee of Unsecured Creditors of the
Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff The Official Committee Of Unsecured Creditors
Of The Commonwealth Of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff The Official Committee of Unsecured Creditors of
the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff The Official Committee of Unsecured Creditors of the Debtors (Other Than COFINA)
jamesbliss@paulhastings.com

MATTHEW S. BLUMIN on behalf of Intervenor AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
mblumin@afscme.org

BRADLEY R. BOBROFF on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Bbobroff@proskauer.com

BRADLEY R. BOBROFF on behalf of Debtor PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
Bbobroff@proskauer.com

BRADLEY R. BOBROFF on behalf of Defendant Financial Oversight and Management Board for Puerto Rico
Bbobroff@proskauer.com

BRADLEY R. BOBROFF on behalf of Defendant Puerto Rico Highways & Transportation Authority
Bbobroff@proskauer.com

JOSHUA S. BOLIAN, on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS
jbolian@robbinsrussell.com

JOSHUA S. BOLIAN, on behalf of Creditor Ad Hoc Group of General Obligation Bondholders
jbolian@robbinsrussell.com

G. ALEXANDER BONGARTZ, on behalf of Creditor Official Committee of Unsecured Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbassett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.com

ADAM J. BOOKMAN on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
adam.bookman@weil.com

SARAH G. BOYCE on behalf of Defendant FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
Sarah.Boyce@mto.com

GERMAN BRAU RAMIREZ on behalf of Defendant Wal-Mart Puerto Rico Inc.
german.brau@bioslawpr.com,
dannette.negron@bioslawpr.com;germanbrau@hotmail.com

GUY BRENNER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
gbrenner@proskauer.com

GUY BRENNER on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
gbrenner@proskauer.com

GUY BRENNER on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant COMMONWEALTH OF PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant ANA J MATOSANTOS
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant ANDREW G BIGGS
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant ARTHUR J GONZALEZ
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Ana J. Matosantos
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Andrew G. Biggs
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Arthur J. Gonzalez
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant CARLOS M. GARCIA
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Carlos M. Garcia
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant DAVID A SKEEL, JR
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant David A. Skeel, Jr.
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant JOSE B CARRION III
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant JOSE R GONZALEZ
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Jose Gonzalez
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Jose B. Carrion III
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Jose R. Gonzalez
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant NATALIE A. JARESKO
gbrenner@proskauer.com

GUY BRENNER on behalf of Interested Party THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Plaintiff FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Plaintiff Financial Oversight and Management Board for
Puerto Rico as representative of the Employee Retirement System of the Government
of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
gbrenner@proskauer.com

ALLAN S. BRILLIANT on behalf of Creditor Davidson Kempner Capital Management LP
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Creditor PEAJE INVESTMENTS LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Interested Party PEAJE INVESTMENTS LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Interested Party Peaje Investment, LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Plaintiff Peaje Investment, LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

MARIEL BRONEN on behalf of Creditor PEAJE INVESTMENTS LLC
mariel.bronen@decher.com

MARIEL BRONEN on behalf of Interested Party Peaje Investment, LLC
mariel.bronen@decher.com

CHARLES A. BROWN on behalf of Interested Party Goldman Sachs & Co. LLC
cbrown@goodwinlaw.com

BETH M. BROWNSTEIN on behalf of Interested Party Aguirre Offshore Gasport, LLC
Beth.Brownstein@arentfox.com

CRAIG A. BRUENS on behalf of Creditor Syncora Capital Assurance Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Creditor Syncora Capital Assurance, Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Creditor Syncora Guarantee Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Creditor Syncora Guarantee, Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Interested Party Syncora Capital Assurance, Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Interested Party Syncora Guarantee, Inc.
cabruens@debevoise.com

JAIME BRUGUERAS on behalf of Creditor O. Luna Universidad Interamericana, Inc.
jbrugue@mbbclawyers.com, jaime.brugueras@gmail.com

BOB B. BRUNER on behalf of Defendant Puerto Rico Public Building Authority
bob.bruner@nortonrosefullbright.com

BOB B. BRUNER on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY OF
PUERTO RICO
bob.bruner@nortonrosefullbright.com

G ERIC BRUNSTAD, on behalf of Creditor PEAJE INVESTMENTS LLC
eric.brunstad@dechert.com

G. ERIC BRUNSTAD on behalf of Interested Party Peaje Investment, LLC
eric.brunstad@dechert.com

G. ERIC BRUNSTAD on behalf of Plaintiff Peaje Investment, LLC
eric.brunstad@dechert.com

DOUGLAS BUCKLEY on behalf of Creditor Invesco/Oppenheimer Funds
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor MUTUAL FUND GROUP
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor OFI Global Institutional Inc.
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor OPPENHEIMER FUNDS
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor Oppenheimer Funds
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Intervenor MUTUAL FUND GROUP
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

NATHAN BULL on behalf of Creditor ASSURED GUARANTY CORP
nathan.bull@cwt.com

NATHAN BULL on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
nathan.bull@cwt.com

HERIBERTO J. BURGOS PEREZ on behalf of Counter-Defendant ASSURED
GUARANTY CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Counter-Defendant ASSURED
GUARANTY MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Creditor ASSURED GUARANTY CORP

hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Creditor ASSURED GUARANTY
MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party ASSURED GUARANTY
CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party ASSURED GUARANTY
MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party Assured Guaranty
Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party Assured Guaranty
Municipal Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Intervenor Assured Guaranty Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Intervenor Assured Guaranty Municipal
Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff ASSURED GUARANTY CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff ASSURED GUARANTY
MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff Assured Guaranty Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff Assured Guaranty Municipal
Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff Financial Guaranty Insurance
Company
hburgos@cabprlaw.com

RICARDO BURGOS VARGAS on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
rburgoslaw@gmail.com, rburgos@devconlaw.com

RICARDO BURGOS VARGAS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
rburgoslaw@gmail.com, rburgos@devconlaw.com

RICARDO BURGOS VARGAS on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
rburgoslaw@gmail.com, rburgos@devconlaw.com

RICARDO BURGOS VARGAS on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
rburgoslaw@gmail.com, rburgos@devconlaw.com

WANDYMAR BURGOS VARGAS on behalf of Debtor COMMONWEALTH OF
PUERTO RICO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Oficina del Gobernador
Estado Libre Asociado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Francisco Pares Alicea
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant GERARDO JOSE PORTELA
FRANCO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant JOSE IVAN MARRERO
ROSARIO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Jose Ivan Marrero Rosado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Jose Ivan Marrero Rosado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant RAUL MALDONADO
GAUTIER
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant RICARDO ROSSELLO
NEVARES
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Ricardo Rosello Nevares
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Ricardo Antonio Rossello
Nevares
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant TERESITA FUENTES
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant WANDA VAZQUEZ GARCED
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party COMMONWEALTH OF
PUERTO RICO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party Jose Ivan Marrero
Rosado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party RAUL MALDONADO
GAUTIER
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party Ricardo Rosello
Nevares
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

DONALD BURKE on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co

m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor ACP MASTER, LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AURELIUS INVESTMENT, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AUTONOMY MASTER FUND LIMITED
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor Aurelius Capital Master, Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor Aurelius Convergence Master, Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS II LLC

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS III LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS IV LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS V LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor LEX CLAIMS, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor LMAP 903 LIMITED
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MCP HOLDINGS MASTER LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co

m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MPR INVESTORS LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor P MONARCH RECOVERY LTD

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Creditor P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Creditor PERMAL STONE LION FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Creditor PINEHURST PARTNERS, L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Creditor PRISMA SPC HOLDINGS LTD. SEGREGATED PORTFOLIO AG
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Creditor RRW I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Creditor SENATOR GLOBAL OPPORTUNITY MASTER FUND LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Creditor SL LIQUIDATION FUND L.P

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor SL PUERTO RICO FUND II L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor SL PUERTO RICO FUND L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant ACP Master, Ltd.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Aurelius Capital Master, Ltd.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Aurelius Investment, LLC,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Aurelius Opportunities Fund, LLC,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Autonomy Master Fund Limited
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Corbin Opportunity Fund, L.P.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Lex Claims, LLC,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Pinehurst Partners, L.P.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff ACP Master, Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Capital Master, Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Convergence Master, Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Investment, LLC

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Opportunities Fund, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Autonomy Master Fund Limited
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Corbin Opportunity Fund, L.P.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff FCO Special Opportunities (A1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff FCO Special Opportunities (D1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co

m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff Jacana Holdings I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff Jacana Holdings II LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff Jacana Holdings III LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff Jacana Holdings IV LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff Jacana Holdings V LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff LMAP 903 Limited
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff Lex Claims, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.com,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.com

DONALD BURKE on behalf of Plaintiff MCP Holdings Master LP

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff MPR Investors LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Capital Master Partners II LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Capital Master Partners III LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Capital Master Partners IV LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff P Monarch Recovery Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Pinehurst Partners, LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff RRW I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

GILLIAN GROARKE BURNS on behalf of Creditor ASSURED GUARANTY CORP
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Interested Party Assured Guaranty Corp.
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Interested Party Assured Guaranty Municipal
Corp.
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Plaintiff Assured Guaranty Corp.
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Plaintiff Assured Guaranty Municipal Corp.
gillian.burns@cwt.com

ANTHONY F. BUSCARINO on behalf of Creditor Official Committee of Unsecured
Creditors
anthonybuscarino@paulhastings.com

DANIEL J. BUSSEL on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
dbussel@ktbslaw.com

DANIEL J. BUSSEL on behalf of Interested Party Bettina Whyte
dbussel@ktbslaw.com

ALICE J. BYOWITZ on behalf of Creditor Ad Hoc Group of PREPA Bondholders
abyowitz@kramerlevin.com

Maria I Baco Alfaro on behalf of Creditor RESUN (Barceloneta) LLC
maria.baco@msn.com

Stephen M. Baldini on behalf of Creditor Cobra Acquisitions LLC
sbaldini@akingump.com

Carlos R. Baralt Suarez on behalf of Defendant Estudio Tecnicos, Inc.
cbaralt@delgadofernandez.com, carlos.baralt@gmail.com

B. Andrew Bednark on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
abednark@omm.com

Ward W. Benson on behalf of Creditor United States of America on behalf of the
Internal Revenue Service
ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Ward W. Benson on behalf of Interested Party United States of America on behalf of the
Alcohol and Tobacco Tax and Trade Bureau
ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Ward W. Benson on behalf of Interested Party United States of America on behalf of the
Internal Revenue Service
ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Judith Berkan on behalf of Creditor Centro de Periodismo Investigativo, Inc.
berkanj@microjuris.com, bermen@prtc.net;mendezmaryjo@microjuris.com

Judith Berkan on behalf of Interested Party GILBERTO ARES CANDELARIA
berkanj@microjuris.com, bermen@prtc.net;mendezmaryjo@microjuris.com

Donald S. Bernstein, on behalf of Creditor Commonwealth Bondholder Group

donald.bernstein@davispolk.com,
jarret.erickson@davispolk.com;ecf.ct.papers@davispolk.com

Stephen A. Best on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbest@brownrudnick.com, cennis@brownrudnick.com

Stephen A. Best on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
sbest@brownrudnick.com, cennis@brownrudnick.com

Stephen A. Best on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
sbest@brownrudnick.com, cennis@brownrudnick.com

Stephen A. Best, on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
sbest@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville, on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
sbeville@brownrudnick.com, cennis@brownrudnick.com

Nirav Bhatt on behalf of Creditor Ad Hoc Group of Noteholders of FGIC-Insured Notes
nbhatt@sheppardmullin.com

Ryan M. Billings, on behalf of Creditor ManpowerGroup, Inc.
rbillings@kmksc.com, cborman@kmksc.com

Jeffrey E. Bjork on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
jeff.bjork@lw.com

Katiuska Bolanos on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
kbolanos@diazvaz.law

Katiuska Bolanos on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
kbolanos@diazvaz.law

Joshua S. Bolian on behalf of Plaintiff ACP Master, Ltd
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Capital Master, Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Convergence Master, Ltd
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Investment, LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Opportunities Fund, LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Autonomy Master Fund Limited
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Corbin Opportunity Fund, L.P.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff FCO Special Opportunities (A1) LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff FCO Special Opportunities (D1) LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings I LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings II LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings III LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings IV LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings V LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff LMAP 903 Limited
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Lex Claims, LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff MCP Holdings Master LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff MPR Investors LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Capital Master Partners II LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Capital Master Partners III LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Capital Master Partners IV LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff P Monarch Recovery Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Pinehurst Partners, LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff RRW I LLC
jbolian@robbinsrussell.com

G. Alexander Bongartz on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Creditor Official Committee of Unsecured Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Creditor Committee Official Committee of
Unsecured Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Interested Party Official Committee of Unsecured
Creditors

alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Intervenor Official Committee of Unsecured
Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Other Professional THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass

ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff The Official Committee of Unsecured
Creditors of All Title III Debtors (Other than COFINA)
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of
Puerto Rico
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Debtors (Other Than COFINA)
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

Robert S. Brady on behalf of Defendant BANCO POPULAR DE PUERTO RICO
bankfilings@ycst.com

Robert S. Brady on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
bankfilings@ycst.com

Robert S. Brady on behalf of Interested Party POPULAR, INC.
bankfilings@ycst.com

Robert S. Brady on behalf of Interested Party Popular Securities, LLC
bankfilings@ycst.com

Randall A. Brater on behalf of Creditor AMBAC ASSURANCE CORPORATION
randall.brater@arentfox.com

Matthew L. Brod on behalf of Creditor AMBAC ASSURANCE CORPORATION
MBrod@milbank.com

Yelizaveta L. Burton on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
liza.burton@lw.com

IRIS J. CABRERA GOMEZ on behalf of Creditor US BANK NATIONAL ASSOCIATION
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Creditor US Bank Trust National Association
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. Bank National
Association, Trustee
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. Bank Trust National
Association, Fiscal Agent
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. Bank Trust National
Association, Trustee
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party US Bank National Association,
Fiscal Agent
icabrera@riveratulla.com, virizarry@riveratulla.com

JASON W. CALLEN on behalf of Creditor Financial Guaranty Insurance Company
jason.callen@butlersnow.com

JASON W. CALLEN on behalf of Interested Party Financial Guaranty Insurance
Company
jason.callen@butlersnow.com

ROBERTO CAMARA FUERTES on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Creditor AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Defendant Ambac Assurance
Corporation,
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Intervenor AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Plaintiff AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

PETER L. CANZANO on behalf of Defendant Puerto Rico Public Building Authority
peter.canzano@nortonrosefullbright.com

PETER L. CANZANO on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY
OF PUERTO RICO
peter.canzano@nortonrosefullbright.com

CARLOS ENRIQUE CARDONA FERNANDEZ on behalf of Creditor PUERTO RICO
LAND ADMINISTRATION
carloscardonafe@hotmail.com, ccardonafe@yahoo.com

JOSE F CARDONA JIMENEZ on behalf of Creditor CONSTRUCTORA SANTIAGO II,
CORP.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor FERROVIAL AGROMAN, LLC
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor FERROVIAL AGROMAN, S.A.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor PEERLESS OIL & CHEMICALS,
INC.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor TAMRIO, INC.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor TEC GENERAL CONTRACTORS,
CORP.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Defendant CARLOS SUAREZ VAZQUEZ
jf@cardonalaw.com

GERARDO A. CARLO ALTIERI on behalf of Counter-Claimant PBA Funds
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor Candlewood Investment Group
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor Fir Tree Partners
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor Las Monjas Realty II, SE
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor PBA Funds
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Blackrock Financial
Management, Inc.
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Candlewood Constellation SPC
Ltd.
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Candlewood Investment Group,
LP
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Deutsche Bank Securities, Inc.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Emso Asset Management
Limited,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Crescent Fund, a Series of
FPA Funds Trust,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Global Opportunity Fund, a
Series of FPA Hawkeye Fund, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Hawkeye Fund, a Series of
FPA Hawkeye Fund, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Select Drawdown L.P.
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Select Fund, L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Value Partners Fund, a
Series of FPA Hawkeye Fund, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FT COC (E) Holdings, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FT SOF IV Holdings, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Capital Opportunity
Master Fund III, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Capital Opportunity
Master Fund, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Partners
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Value Master Fund,
LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant First Pacific Advisors, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Global Flexible Fund, a Sub-
Fund of Nedgroup Investment Funds PLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com
GERARDO A. CARLO ALTIERI on behalf of Defendant JNL Multi-Manager Alternative
Fund, a Series of JNL Services Trust
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Lannan Foundation,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Linkactiv, Inc.

legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Litman Gregory Masters
Alternative Strategies Fund, a Series of Litman Gregory Funds Trust,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Mason Capital Master Fund,
L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Pelican Fund LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Silver Point Capital Fund, L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Silver Point Capital Offshore
Master Fund, L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Ulysses Offshore Fund, Ltd.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Ulysses Partners, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant VR Advisory Services, Ltd.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant VR Global Partners, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Intervenor PBA Funds
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

J. MITCHELL CARRINGTON on behalf of Creditor Financial Guaranty Insurance
Company
mitch.carrington@butlersnow.com,
velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com

J. MITCHELL CARRINGTON on behalf of Interested Party Financial Guaranty
Insurance Company
mitch.carrington@butlersnow.com,
velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com

J. MITCHELL CARRINGTON on behalf of Plaintiff Financial Guaranty Insurance
Company
mitch.carrington@butlersnow.com,
velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com

DAVID A CARRION BARALT on behalf of Creditor PFZ Properties, Inc.
davidcarrionb@aol.com, david@carrionconsulting.com

DAVID A CARRION BARALT on behalf of Plaintiff PFZ PROPERTIES INC
davidcarrionb@aol.com, david@carrionconsulting.com

JOSE W. CARTAGENA on behalf of Creditor Jose A Rey
jwc@jwcartagena.com, jwcartagena@gmail.com

JOSE W. CARTAGENA on behalf of Creditor Jose W Cartagena
jwc@jwcartagena.com, jwcartagena@gmail.com

JOSE W. CARTAGENA on behalf of Interested Party Hilda O Cartagena
jwc@jwcartagena.com, jwcartagena@gmail.com

JOSE W. CARTAGENA on behalf of Interested Party Julie I Escudero
jwc@jwcartagena.com, jwcartagena@gmail.com

MICHAEL CARUSO on behalf of Interested Party Arc American
mcaruso@csglaw.com

LETICIA M. CASALDUC RABELL on behalf of Interested Party Depository Trust
Company
leticia.casalduc@indianowilliams.com, leticiahome@gmail.com

RICARDO F CASELLAS on behalf of Creditor ASSURED GUARANTY CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Interested Party Assured Guaranty Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Interested Party Assured Guaranty Municipal
Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Intervenor Assured Guaranty Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Intervenor Assured Guaranty Municipal Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff ASSURED GUARANTY CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff Assured Guaranty Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff Assured Guaranty Municipal Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff Financial Guaranty Insurance Company
rcasellas@cabprlaw.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Creditor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Interested Party NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Intervenor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

JUAN J. CASILLAS on behalf of Creditor Baxter Sales & Distribution Puerto Rico Corp.
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Genesis Security Services, Inc.
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Official Committee of Unsecured Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Committee Official Committee of Unsecured
Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Interested Party Official Committee of Unsecured
Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Intervenor Official Committee of Unsecured Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Other Professional Zolfo Cooper, LLC
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff Committee of Unsecured Creditors of the
Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico,
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee of Unsecured Creditors
of All Title III Debtors (Other than COFINA)
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee of Unsecured Creditors
of the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee of Unsecured Creditors
of the Debtors (Other Than COFINA)
jcasillas@cstlawpr.com, jperez@cstlawpr.com

RAUL CASTELLANOS-MALAVE on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
castellanoslaw@gmail.com, rcastellanos@devconlaw.com

RAUL CASTELLANOS-MALAVE on behalf of Defendant Carlos Contreras-Aponte
castellanoslaw@gmail.com, rcastellanos@devconlaw.com

RICARDO L CASTILLO FILIPPETTI on behalf of Interested Party Maritza Nieves Torres
castilloricardo977@gmail.com, filippetti_r@hotmail.com

RICARDO L CASTILLO FILIPPETTI on behalf of Interested Party Milagros Mendez
Arvelo
castilloricardo977@gmail.com, filippetti_r@hotmail.com

RHONDA CASTILLO GAMMILL on behalf of Creditor Carlos Ifarraguerri-Gomez
rhoncat@netscape.net

RHONDA CASTILLO GAMMILL on behalf of Creditor Helvia Cruz-Ybarra
rhoncat@netscape.net

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Capital Assurance Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Capital Assurance,
Inc.

scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Guarantee Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Guarantee, Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Interested Party Syncora Capital
Assurance, Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Interested Party Syncora Guarantee,
Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

IVAN M CASTRO ORTIZ on behalf of Defendant THOMAS RIVERA-SCHATZ
icastro@alblegal.net

IVAN M CASTRO ORTIZ on behalf of Plaintiff Thomas Rivera - Schatz
icastro@alblegal.net

AMY CATON on behalf of Creditor Ad Hoc Group of PREPA Bondholders
acaton@kramerlevin.com

AMY CATON on behalf of Creditor Invesco/Oppenheimer Funds
acaton@kramerlevin.com

AMY CATON on behalf of Creditor MUTUAL FUND GROUP
acaton@kramerlevin.com

AMY CATON on behalf of Creditor OPPENHEIMER FUNDS
acaton@kramerlevin.com

AMY CATON on behalf of Intervenor MUTUAL FUND GROUP
acaton@kramerlevin.com

JOSEPH C. CELENTINO on behalf of Creditor Cortland Capital Market Services LLC
JCCelentino@wlrk.com

JOSEPH C. CELENTINO on behalf of Creditor SCOTIABANK DE PUERTO RICO
JCCelentino@wlrk.com

ANABELLE CENTENO on behalf of Creditor Puerto Rico Industrial Development
Company
anabelle.centeno@pridco.pr.gov

LUCIA CHAPMAN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
chapman@lsellp.com

ALEXANDER L. CHENEY on behalf of Interested Party Bettina Whyte
acheney@willkie.com

RICHARD A. CHESLEY on behalf of Interested Party UNIVERSITY OF PUERTO RICO
richard.chesley@dlapiper.com

GUSTAVO A CHICO BARRIS on behalf of Plaintiff AMBAC ASSURANCE
CORPORATION
gchico@ferraiuoli.com, edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com

ANA CHILINGARISHVILI on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
Ana.Chilingarishvili@maslon.com

JEREMY M. CHRISTIANSEN on behalf of Interested Party Aurelius Investment, LLC
jchristiansen@gibsondunn.com

JEREMY M. CHRISTIANSEN on behalf of Interested Party Aurelius Opportunities Fund,
LLC
jchristiansen@gibsondunn.com

JEREMY M. CHRISTIANSEN on behalf of Interested Party Lex Claims, LLC
jchristiansen@gibsondunn.com

THOMAS N CIANTRA, on behalf of Creditor Service Employees International Union
tciantra@cwsny.com

THOMAS N CIANTRA, on behalf of Creditor United Auto Workers International Union
tciantra@cwsny.com

CARLOS A CINTRON GARCIA on behalf of Interested Party SOMOS, Inc.
cintrongarcialaw@gmail.com, G65615@notify.cincompass.com

BRANDON C. CLARK on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
bclark@proskauer.com

RONALD ALEXANDER CLARK on behalf of Interested Party BACARDI
CORPORATION
aclark@cov.com

RONALD ALEXANDER CLARK on behalf of Interested Party BACARDI INTERNATIONAL LIMITED
aclark@cov.com

DAVID D. CLEARY on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
clearyd@gtlaw.com

EDUARDO JOSE COBIAN ROIG on behalf of Creditor Integrand Assurance Company
legal@cobianroig.com

HUMBERTO F COBO ESTRELLA on behalf of Interested Party Antonio Cosme-Calderon
hcobo@hcounsel.com, humbertocobo@hotmail.com

HUMBERTO F COBO ESTRELLA on behalf of Interested Party Luz Pizarro-Correa
hcobo@hcounsel.com, humbertocobo@hotmail.com

DIANNE COFFINO on behalf of Interested Party BACARDI CORPORATION
dcoffino@cov.com

DIANNE COFFINO on behalf of Interested Party BACARDI INTERNATIONAL LIMITED
dcoffino@cov.com

DEBRA J. COHEN on behalf of Creditor Lehman Brothers Holdings Inc.
dcohen@halperinlaw.net

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Atlantic Medical Center, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Camuy Health Center, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Centro de Salud de Lares, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Centro de Servicios Primarios de Salud de Patillas, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Ciales Primary Health
Center, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Corporacion de Servicios
Medicos Primarios y Prevencion de Hatillo, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Costa Salud, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Hospital General
Castaner, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Rincon Health Center, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

KEVIN COLLINS on behalf of Creditor Roche Diagnostics Corporation
kevin.collins@btlaw.com

SONIA COLON COLON on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Creditor AMBAC ASSURANCE CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Defendant Ambac Assurance Corporation,
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Intervenor AMBAC ASSURANCE
CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

YASMIN COLON COLON on behalf of Plaintiff Asociacion de Profesoras y Profesores
del Recinto Universitario de Mayaguez, Inc. (APRUM)

colonyasmin@hotmail.com,
YCOLONLAW@LIVE.COM;YCOLON@VCRLAW.COM;ColonYR85009@notify.bestcas
e.com

FRANCISCO E COLON RAMIREZ on behalf of Interested Party Gladys Garcia-Rubiera
fecolon@colonramirez.com, fecolon@gmail.com

MICHAEL COMERFORD on behalf of Creditor OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Creditor Official Committee of Unsecured
Creditors
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Creditor Committee Official Committee of
Unsecured Creditors
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Intervenor Official Committee of Unsecured
Creditors
MICHAELCOMERFORD@PAULHASTINGS.COM

ADA M CONDE on behalf of Creditor Centro de Orientacion y Ayuda Psiquiatrica, Inc.
courtnotices1611@gmail.com,
1611bank@gmail.com;1611lawandjustice@gmail.com;estudiolegalpr@yahoo.com;cond
eprlaw@gmail.com;condebank@gmail.com;CONDEAR53874@notify.bestcase.com

CARMEN D CONDE TORRES on behalf of Creditor Cantor-Katz Collateral Monitor LLC
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor Huellas Therapy Corp.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor INTEGRA DESIGN GROUP,
P.S.C.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor Lehman Brothers Holdings Inc.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor Procesos de Informatica, Inc.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Ecolift Corporation
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Huellas Therapy Corp.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Integra Design Group PSC
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Procesos de Informatica, Inc.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Interested Party BACARDI CORPORATION
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Interested Party BACARDI
INTERNATIONAL LIMITED
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Interested Party Whitefish Energy Holdings,
LLC
notices@condelaw.com, conde.associates@gmail.com

DANIEL S. CONNOLLY on behalf of Creditor Davidson Kempner Capital Management
LP
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor OZ Management II LP
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor OZ Management, LP
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor QTCB Noteholder Group
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor River Canyon Fund Management, LLC
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Interested Party Canyon Capital Advisors LLC

daniel.connolly@bracewell.com, mco@bracewell.com

MICHAEL L. COOK on behalf of Attorney Duff & Phelps, LLC
michael.cook@srz.com

DAVID COOPER on behalf of Creditor Canyon Balanced Master Fund, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Canyon Value Realization Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Pandora Select Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Asymmetric Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Institutional Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Term Credit Fund I L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Aristea Horizons, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party CRS Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Camino Cipres LLC
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Camino Roble LLC
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Canary SC Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Canyon Capital Advisors LLC

davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Crescent 1, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Cyrus Opportunities Master Fund II, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Cyrus Select Opportunities Master Fund,
Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Cyrus Special Strategies Master Fund,
L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 1, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 10, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 2, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 3, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 4, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 5, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 6, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 7, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 8, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 9, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Merced Partners IV, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Merced Partners Limited Partnership
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Merced Partners V, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party SB Special Situation Master Fund SPC,
Segregated Portfolio D
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Scoggin International Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Scoggin Worldwide Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Taconic Master Fund 1.5 L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Taconic Opportunity Master Fund L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party The Varde Skyway Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Tilden Park Investment Master Fund LP
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Varde Credit Partners Master, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Varde Investment Partners (Offshore)
Master, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Varde Investment Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Aristea Horizons, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor CRS Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Camino Cipres LLC
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Camino Roble LLC
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Canary SC Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Canyon Value Realization Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Crescent 1, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 1, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 10, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 2, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 3, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 4, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 5, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 6, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 7, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 8, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 9, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Merced Partners IV, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Merced Partners Limited Partnership
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Merced Partners V, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Pandora Select Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Scoggin International Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Scoggin Worldwide Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Taconic Master Fund 1.5 L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Taconic Opportunity Master Fund L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor The Varde Skyway Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Tilden Park Investment Master Fund LP
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Varde Credit Partners Master, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Varde Investment Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Institutional Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Term Credit Fund I L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Jose F Rodriguez-Perello
davidcooper@quinnemanuel.com

COOPERATIVA DE AHORRO Y CREDITO LOMAS VERDES
vrodriguez@lomasverdes.coop

ANDRES L. CORDOVA on behalf of Creditor Levy Echeandia Trust., et al.
acordova@juris.inter.edu, alcp70022@gmail.com

RAMON COTO OJEDA on behalf of Creditor Metric Engineering Inc,
rco@crlawpr.com, nac@crlawpr.com;wmm@crlawpr.com

RAMON COTO OJEDA on behalf of Interested Party MESIROW FINANCIAL, INC.
rco@crlawpr.com, nac@crlawpr.com;wmm@crlawpr.com

MARIA HERMINIA COTTO NIEVES on behalf of Creditor Carlos Caraballo Martinez
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor ELIZABETH SILVA VEGA
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor GERTRUDIS VEGA
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor GUILLERMO SANCHEZ
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor ISMAEL CENTENO
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor JUAN GONZALEZ
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor JUAN A ZARAGOZA
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor JULIO ANGEL TORO
MERCADO
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor MILAGROS GONZALEZ
VALENTIN
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor NOELIA BRAVO QUILES
maria.cotto@gmail.com, mariacotto@pucpr.edu

ALBENIZ COURET FUENTES on behalf of Creditor Siemens Transportation
Partnership Puerto Rico, S.E.
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Defendant Bank of New York Mellon as
PRIFA Indenture Trustee
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Defendant THE BANK OF NEW YORK
MELLON
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Interested Party THE BANK OF NEW
YORK MELLON
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Intervenor THE BANK OF NEW YORK
MELLON
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

SERGIO CRIADO on behalf of Creditor Davidson Kempner Capital Management LP
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor OZ Management II LP
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor OZ Management, LP
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor QTBC Noteholder Group
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor QTCB Noteholder Group
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor River Canyon Fund Management, LLC
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor Tomas Correa-Acevedo
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Interested Party Canyon Capital Advisors LLC
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Intervenor QTCB Noteholder Group
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

NICHOLAS P. CROWELL on behalf of Interested Party Banco Santander Puerto Rico
ncrowell@sidley.com,

NICHOLAS P. CROWELL on behalf of Interested Party Santander Asset Management,
LLC
ncrowell@sidley.com,

NICHOLAS P. CROWELL on behalf of Interested Party Santander Securities, LLC
ncrowell@sidley.com,

JOHN K CUNNINGHAM, on behalf of Creditor PUERTO RICO AAA PORTFOLIO
BOND FUND II INC
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor PUERTO RICO AAA PORTFOLIO
BOND FUND INC
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor PUERTO RICO AAA PORTFOLIO
TARGET MATURITY FUND INC
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund,
Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II,
Inc
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Bond Fund I
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund III,
Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Mortgae-Backed & U.S. Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Mortgage-Backed &U.S Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico Fund
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II,
Inc
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Bond Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund II,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund III,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund V,
Inc,
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Tax-Free Puerto Rico Target Maturity
Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto RIco AAA Portfolio
Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond
Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund
II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund
III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund
IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund
V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund
VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed IncomeFund,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Bond
Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free
Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free
Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free
Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free
Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free
Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free
Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Mortgage-Backed
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant UBS IRA Select Growth & Income Puerto Rico Fund
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund VI, Inc.

jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Bond
Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Mortgage-
Backed
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund
II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant UBS IRA Select Growth &
Income Puerto Rico Fund
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II,
Inc
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Bond Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund, Inc.
jcunningham@whitecase.com

CHARLES ALFRED CUPRILL on behalf of Creditor Asociacion de Empleados del Estado Libre Asociado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Asociasion de Empleados del Estado Libre Asociado de Puerto Rico

cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Estate of Pedro Vicenty
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Estate of Yesmin Galib Frau
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Tallaboa Industrial Deveopment,
Inc.
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Carlos A Costas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Carmen Ana Rovira
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Jorge Lucas Perez Valdivieso
Torruella
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Lolita Gandarilla de Casasnovas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Lucas Perez Valdivieso Torruella
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Lucas Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Luis A. Rivera Siaca
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Margarita Guzman de Vincenty

cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Maria Cristina Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Maria Emilia Casasnovas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Maria Teresa Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Olga I. Trinidad Nieves
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Pedro Luis Casasnovas Balado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Raul E. Casasnovas Balado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Yesmin Marie Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Estates of Fuentes
Benejam
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Puerto Rico Horse Owners
Association, Inc.
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Lolita Gandarilla de
Casasnovas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Pedro Luis Casasnovas
Balado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Plaintiff Puerto Rico Horse Owners
Association, Inc.
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

THOMAS J CURTIN, on behalf of Interested Party Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J CURTIN, on behalf of Interested Party Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Creditor ASSURED GUARANTY CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Interested Party Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Interested Party Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Intervenor Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Intervenor Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff ASSURED GUARANTY CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

KELLY M. CURTIS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
kcurtis@proskauer.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE LARES Y REGION CENTRAL
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor FONDO DE INVERSION Y
DESARROLLO COOPERATIVO, INC
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JESUS E CUZA on behalf of Creditor First Transit of Puerto Rico, Inc.
jesus.cuza@hklaw.com, gelsy.rivas@hklaw.com;marta.urra@hklaw.com

Victor Calderon on behalf of Plaintiff Carlos J. Mendez Nunez
victor@calderon-law.com, victorcalderon@yahoo.com

Victor Calderon on behalf of Plaintiff Thomas Rivera - Schatz
victor@calderon-law.com, victorcalderon@yahoo.com

Jorge A. Candelaria Serrano on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
jorge.candelaria@oneillborges.com,
docket_clerk@oneillborges.com;jorge.candelaria@ecf.courtdrive.com;yaritza.orozco@o
neillborges.com

Victor D Candelario Vega on behalf of Creditor SC5EJT LLC
vcandelario@qaclaw.com, vcandelario@vcvlaw.com

Pedro E. Carbonera-Pardo
pedrocarbonera@yahoo.com, pcarbonera@trabajo.pr.gov

Ileana Cristina Cardona on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
icardona@iccflaw.com

Courtney R Carroll on behalf of Plaintiff FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
courtneyrcarroll@gierbolinicarroll.com, courtneyrcarroll@yahoo.com

Jose Francisco Cartaya on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cartayaj@gmail.com

Jose Francisco Cartaya on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cartayaj@gmail.com

Zachary W. Chalett on behalf of Defendant Financial Oversight and Management Board
for Puerto Rico
ZChalett@proskauer.com

Zachary W. Chalett on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
ZChalett@proskauer.com

Francisco L. Charles Gomez on behalf of Creditor JOSE ENRIQUE ORTIZ RIVERA
fcharleslaw@gmail.com

Benjamin G. Chew on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
bchew@brownrudnick.com

Julie E. Cohen, on behalf of Interested Party MORGAN STANLEY
julie.cohen@skadden.com, wendy.lamanna@skadden.com

Reed Collins on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
reed.collins@weil.com

Christopher K. Connolly on behalf of Defendant GOVERNMENT OF THE UNITED
STATES OF AMERICA
christopher.connolly@usdoj.gov

Christopher K. Connolly on behalf of Interested Party United States of America
christopher.connolly@usdoj.gov

Scott P. Cooper on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
SCooper@proskauer.com

Diego R Corral on behalf of Interested Party MMM HEALTHCARE INC
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Interested Party PMC MEDICARE CHOICE
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO
ABRAHAM ROSA
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO VEGA
ALTA
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito Dr. Manuel Zeno
Gandia
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Ciales
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Juana Diaz
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Lares y Region
Central
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Rincon
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

John Couriel on behalf of Other Professional Independent Investigator Kobre & Kim,
LLP
John.Couriel@kobrekim.com

Roxana Cruz Rivera on behalf of Defendant Learning Alliance LLC
rcruz@vnblegal.com

Roxana Cruz Rivera on behalf of Interested Party LEARNING ALLIANCES LLC
rcruz@vnblegal.com

Jose Luis Cumbas on behalf of Creditor CD BULDERS INC.
jlcumbastorres@gmail.com

Lady E Cumpiano on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
lcumpiano@yahoo.com, lcumpiano@smclawpr.com,lcumpiano@ecf.courtdrive.com

MARGARET A. DALE on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mdale@proskauer.com

MARGARET A. DALE on behalf of Defendant COMMONWEALTH OF PUERTO RICO
mdale@proskauer.com

MARGARET A. DALE on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
mdale@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Defendant COMMONWEALTH OF PUERTO RICO

wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
wdalsen@proskauer.com

RAMON E DAPENA on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT
LP
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Creditor Goldman Sachs Asset Management, L.P.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party CITIGROUP INC.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party Citibank, N.A.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party Citigroup Global Markets Inc.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party Goldman Sachs & Co. LLC
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

SCOTT I. DAVIDSON on behalf of Defendant GDB Debt Recovery Authority
sdavidson@kslaw.com

SCOTT I. DAVIDSON on behalf of Defendant David Pauker
sdavidson@kslaw.com

SCOTT I. DAVIDSON on behalf of Defendant JORGE L. PADILLA
sdavidson@kslaw.com

SCOTT I. DAVIDSON on behalf of Defendant Matthew Karp
sdavidson@kslaw.com

JOSEPH P. DAVIS, III on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
davisjo@gtlaw.com

JOSEPH P. DAVIS, III on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
davisjo@gtlaw.com

LILLIAN T DE LA CRUZ TORRES on behalf of Interested Party Oficina de Etica
Gubernamental
ldelacruz@oeg.pr.gov

FERNANDO DE LA HOZ on behalf of Creditor Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II,
Inc
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Bond Fund I
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund II,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund III,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V,
Inc,
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Tax-Free Puerto Rico Target Maturity
Fund, Inc.
fdelahoz@whitecase.com

PETER D. DECHIARA on behalf of Creditor Service Employees International Union
pdechiara@cwsny.com

PETER D. DECHIARA on behalf of Creditor United Auto Workers International Union
pdechiara@cwsny.com

PETER D. DECHIARA on behalf of Interested Party Service Employees International
Union
pdechiara@cwsny.com

PETER D. DECHIARA on behalf of Interested Party United Auto Workers International
Union

pdechiara@cwsny.com

PAUL DEFILIPPO on behalf of Creditor KDC SOLAR, LLC
pdefilippo@wmd-law.com

FRANCISCO DEL CASTILLO OROZCO on behalf of Creditor Official Committee of
Retired Employees of Puerto Rico
francisco.delcastillo@bennazar.org

ROBERTO DEL TORO MORALES on behalf of Defendant Universal Group, Inc.,
rtoro@universalpr.com

ROBERTO DEL TORO MORALES on behalf of Defendant Universal Insurance
Company,
rtoro@universalpr.com

ROBERTO DEL TORO MORALES on behalf of Interested Party Eastern America
Insurance Agency, Inc.
rtoro@universalpr.com

LUIS F DEL VALLE EMMANUELLI on behalf of Counter-Defendant The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Debtor EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Debtor PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant RICARDO ROSSELLO
NEVARES
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant TERESITA FUENTES
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party COMMONWEALTH
OF PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party Financial Oversight
and Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Other Professional Independent Investigator Kobre & Kim, LLP
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Plaintiff THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Plaintiff The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court-filings-3911@ecf.pacerpro.com

LEANDRO F. DELGADO on behalf of Interested Party Autonomous Municipality of San Juan
LDelgado@winston.com

MICHAEL J. DELL on behalf of Creditor Ad Hoc Group of PREPA Bondholders
mdell@kramerlevin.com

WALTER DELLINGER on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
wdellinger@omm.com

KAROL K. DENNISTON on behalf of Interested Party Bank of America Merrill Lynch
karol.denniston@squirepb.com

DANIEL S. DESATNIK on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
ddesatnik@proskauer.com

LUC A. DESPINS, on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
lucdespins@paulhastings.com

LUC A. DESPINS, on behalf of Creditor Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

LUC A. DESPINS, on behalf of Creditor Committee Official Committee of Unsecured
Creditors
lucdespins@paulhastings.com

LUC A. DESPINS, on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
lucdespins@paulhastings.com

ERIN E. DEXTER on behalf of Creditor AMBAC ASSURANCE CORPORATION
EDexter@milbnak.com

REGGIE DIAZ HERNANDEZ on behalf of Creditor Tradewinds Energy Barceloneta,
LLC
rdiaz@bdslawpr.com

REGGIE DIAZ HERNANDEZ on behalf of Interested Party Tradewinds Energy Vega
Baja, LLC
rdiaz@bdslawpr.com

ELDIA M DIAZ OLMO on behalf of Defendant Arieta & Son Assurance Corporation
diazolmo@villamil.net

RICARDO DIAZ SOTO on behalf of Interested Party VOZ ACTIVA, INC.
rdiazsoto@yahoo.com, wilny422@hotmail.com;diazsotolaw@gmail.com

KELLY DIBLASI on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
kelly.diblasi@weil.com

KELLY DIBLASI on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
kelly.diblasi@weil.com

KELLY DIBLASI on behalf of Intervenor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
kelly.diblasi@weil.com

KELLY DIBLASI on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION

kelly.diblasi@weil.com

KELLY DIBLASI, on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
kelly.diblasi@weil.com

BRIAN M DICK BIASCOECHEA on behalf of Creditor Ad Hoc Group of Noteholders of
FGIC-Insured Notes
bmd@bmdcounselors.com

BRIAN M DICK BIASCOECHEA on behalf of Defendant Didacticos, Inc.
bmd@bmdcounselors.com

BRIAN M DICK BIASCOECHEA on behalf of Defendant Suzuki del Caribe, Inc.
bmd@bmdcounselors.com

MARIA J. DICONZA on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
mdiconza@omm.com

MARIA J. DICONZA on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
mdiconza@omm.com

ANNA G. DIMON on behalf of Creditor AMBAC ASSURANCE CORPORATION
Adimon@milbank.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Altair Global Credit Opportunities
Fund (A), LLC
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Altair Global Opportunities Fund (A),
LLC
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Andalusian Global Designated
Activity Company
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Andalusian Global Limited
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Distressed
Opportunities Fund LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Distressed
Opportunities International Ltd.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Institutional
Partners, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner International,
Ltd.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Partners
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor GMO Credit Opportunities Fund,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor GMO Global Real Return (UCITS)
Fund
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor GMO Implementation Fund
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Glendon Opportunities Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Laguna Ray, L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor M.H. Davdison & Co.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Mason Capital Master Fund LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Nokota Capital Master Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oak Tree Opportunities Fund IX,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oak Tree-Forrest Multi-Strategy,
LLC (Series B)
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree Opportunities Fund IX
(Parallel 2), L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree Value Opportunities Fund,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree-Forrest Multi-Strategy,
L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Ocher Rose
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Ocher Rose L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor PUERTO RICO AAA PORTFOLIO
BOND FUND INC
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund II, Inc
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund II,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund III,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund IV,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund V,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Bond Fund I
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund II, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund III, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund IV, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc,
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund VI, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc. II
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor SV Credit, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Silver Point Capital Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Silver Point Capital Offshore Master
Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.

cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor UBS IRA Select Growth & Income
Puerto Rico Fund
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Glendon Opportunities Fund,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party GoldenTree Asset
Management LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Taconic Master Fund 1.5
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Andalusian Global Designated
Activity Company
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Glendon Opportunities Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Mason Capital Master Fund LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree Opportunities Fund IX
(Parallel 2), L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree Value Opportunities Fund,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree-Forrest Multi-Strategy,
L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Ocher Rose L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff SV Credit, L.P.
cdipompeo@jonesday.com

MICHAEL S. DOLUISIO on behalf of Creditor PEAJE INVESTMENTS LLC
michael.doluisio@dechert.com

MICHAEL S. DOLUISIO on behalf of Interested Party Peaje Investment, LLC
michael.doluisio@dechert.com

MICHAEL S. DOLUISIO on behalf of Plaintiff Peaje Investment, LLC
michael.doluisio@dechert.com

VICTORIA DORFMAN on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Andalusian Global Designated Activity
Company
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Glendon Opportunities Fund, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Mason Capital Master Fund LP
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Nokota Capital Master Fund, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Ocher Rose L.L.C.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor SV Credit, L.P.
vdorfman@jonesday.com

JOHN T. DUFFEY on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
john.duffey@maslon.com

JAMES C. DUGAN, on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
jdugan@willkie.com, mao@willkie.com

JAMES C. DUGAN, on behalf of Interested Party Bettina Whyte
jdugan@willkie.com, mao@willkie.com

ANDREW R. DUNLAP on behalf of Plaintiff MBIA INSURANCE CORPORATION
adunlap@selendygay.com

ANDREW R. DUNLAP on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
adunlap@selendygay.com

DENNIS F. DUNNE on behalf of Creditor AMBAC ASSURANCE CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milba
nk.com

DENNIS F. DUNNE on behalf of Defendant Ambac Assurance Corporation,
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milba
nk.com

DENNIS F. DUNNE on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milba
nk.com

DENNIS F. DUNNE on behalf of Intervenor AMBAC ASSURANCE CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milbank.com

DENNIS F. DUNNE on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milbank.com

Jose R Davila on behalf of Interested Party Asociacion de Jubilados de la Judicatura de
Puerto Rico, Inc.
jdavila@sbgblaw.com, avazquez@sbgblaw.com

Juan R Davila-Diaz on behalf of Interested Party Arnaldo Ortiz-Ortiz
davilajuanr@yahoo.com

Juan R Davila-Diaz on behalf of Interested Party Glenda Colon-Figueroa
davilajuanr@yahoo.com

Stephen M. DeGenaro on behalf of Creditor Andalusian Global Designated Activity
Company
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Crown Managed Accounts for and on
behalf of Crown/PW SP
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Glendon Opportunities Fund, L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Mason Capital Master Fund LP
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Oceana Master Fund Ltd.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Ocher Rose
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor PWCM Master Fund Ltd.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Pentwater Merger Arbitrage Master Fund
Ltd.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor SV Credit, L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Interested Party Glendon Opportunities Fund, L.P.
sdegenaro@jonesday.com

Aurivette Deliz on behalf of Creditor Total Petroleum Puerto Rico Corp.
adeliz@smlawpr.com, auri.deliz@gmail.com

Luc A. Despins on behalf of Counter-Defendant The Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of
Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Creditor Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Creditor Committee Official Committee of Unsecured
Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Interested Party Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Intervenor Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Other Professional THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff Committee of Unsecured Creditors of the
Commonwealth of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee Of Unsecured Creditors Of
The Commonwealth Of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee of Unsecured Creditors of
All Title III Debtors (Other than COFINA)
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee of Unsecured Creditors of
the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee of Unsecured Creditors of
the Debtors (Other Than COFINA)
lucdespins@paulhastings.com

Arturo Diaz-Angueira on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
adiaz@diazvaz.law

Arturo Diaz-Angueira on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
adiaz@diazvaz.law

Monique Diaz-Mayoral on behalf of Creditor Jorge Arturo Diaz Mayoral
mjd@mcvpr.com

Monique Diaz-Mayoral on behalf of Creditor Juan Antonio Frau Escudero
mjd@mcvpr.com

Ira S. Dizengoff on behalf of Creditor Cobra Acquisitions LLC
idizengoff@akingump.com

John T Dorsey on behalf of Defendant BANCO POPULAR DE PUERTO RICO

bankfilings@ycst.com

John T Dorsey on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
bankfilings@ycst.com

John T Dorsey on behalf of Interested Party POPULAR, INC.
bankfilings@ycst.com

John T Dorsey on behalf of Interested Party Popular Securities, LLC
bankfilings@ycst.com

Philip C. Dublin on behalf of Creditor Cobra Acquisitions LLC
pdublin@akingump.com

David L. Dubrow on behalf of Creditor AMBAC ASSURANCE CORPORATION
david.dubrow@arentfox.com

DANIEL G. EGAN on behalf of Creditor Knighthead Capital Management, LLC
Daniel.Egan@ropesgray.com

ADELE M. EL-KHOURI on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Adele.El-Khouri@mto.com

ADELE M. EL-KHOURI on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Adele.El-Khouri@mto.com

MATTHEW B. ELGIN, on behalf of Creditor Andalusian Global Designated Activity
Company
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Crown Managed Accounts for and on behalf
of Crown/PW SP
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Glendon Opportunities Fund, L.P.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Mason Capital Master Fund LP
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.

melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Oceana Master Fund Ltd.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Ocher Rose
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor PWCM Master Fund Ltd.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Pentwater Merger Arbitrage Master Fund
Ltd.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor SV Credit, L.P.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Interested Party Glendon Opportunities Fund, L.P.
melgin@jonesday.com

MARK C. ELLENBERG on behalf of Creditor ASSURED GUARANTY CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Intervenor Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Intervenor Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff ASSURED GUARANTY CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Federacion de Maestros de
Puerto Rico
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Sistema de Retiro de los
Empleados de la Autoridad de Energia Electrica (SREAEE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor UTIER
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Union de Medicos de la
Corporacion del Fondo del Seguro del Estado Corp. (UMCFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant GERARDO JOSE
PORTELA FRANCO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant JOSE MARRERO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant NATALIE A. JARESKO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant RAUL MALDONADO
GAUTIER
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant RICARDO ROSSELLO
NEVARES
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Interested Party PROSOL UTIER
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Interested Party Union de
Trabajadores de la Industria Electrica y Riego (UTIER)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Interested Party (APRUM) Asociacion
de Profesores y Profesoras del Recinto Universitario de Mayaguez, Inc.
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Intervenor Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Hermandad de Empleados
del Fondo del Seguro del Estado, Inc
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Union de Medicos de la
Corporacion del Fondo del Seguro del Estado Corp. (UMCFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Eva E Melendez Fraguada
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Francisco J Reyes Marquez
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Jose E Ortiz Torres
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Lizbeth Mercado Cordero
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

RICHARD HUNTER ENGMAN on behalf of Creditor Mason Capital Master Fund LP
rengman@masoncap.com

ELIAN NOEMI ESCALANTE DE JESUS on behalf of Creditor BELLA INTERNATIONAL
CORPORATION
elian.escalante@gmail.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Aristeia Horizon, LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 1,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings
10, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 2,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 3,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 4,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 5,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 6,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 7,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 8,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 9, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Fideicomiso Plaza
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Golden Tree Asset Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Old Bellows Partners LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Scoggin Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Taconic Opportunity Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Tilden Park Capital Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Whitebox Advisors LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor CRS Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Camino Cipres LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Camino Roble LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Canary SC Master Fund, L.P.

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Canyon Balanced Master Fund, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Canyon Value Realization Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Crescent 1, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 1, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 10, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 2, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 3, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 4, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 5, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 6, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 7, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 8, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 9, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Merced Partners IV, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Merced Partners Limited
Partnership
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Merced Partners V, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Pandora Select Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor River Canyon Fund
Management, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor SB Special Situation Master
Fund SPC, Segregated Portfolio D
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Scoggin International Fund
Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Scoggin Worldwide Fund Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Taconic Master Fund 1.5 L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Taconic Opportunity Master
Fund L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor The Canyon Value Realization
Master Fund, L.P.

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor The Varde Skyway Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Tilden Park Investment Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Varde Credit Partners Master, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Varde Investment Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Asymmetric Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Institutional Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Term Credit Fund I L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Jose F Rodriguez-Perello
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Aristeia Horizon, LP

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 1,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 10,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 2,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 3,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 4,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 5,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 6,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 7,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 8,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 9,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Fideicomiso Plaza
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Golden Tree Asset
Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Old Bellows Partners
LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Scoggin Management
LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Taconic Master Fund
1.5 LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Taconic Opportunity
Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Tilden Park Capital
Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Whitebox Advisors
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Aristea Horizons, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party CRS Master Fund,
L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Camino Cipres LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Camino Roble LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Canary SC Master
Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Canyon Capital
Advisors LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Crescent 1, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Cyrus Opportunities
Master Fund II, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Cyrus Select
Opportunities Master Fund, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Cyrus Special
Strategies Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 1,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 10,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 2,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 3,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 4,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 5,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 6,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 7, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 8, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 9, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Lawful Constitutional Debt Coalition
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Merced Partners IV, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Merced Partners Limited Partnership
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Merced Partners V, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party River Canyon Fund Management LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party SB Special Situation Master Fund SPC, Segregated Portfolio D
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Scoggin International Fund Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Scoggin Worldwide Fund Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Taconic Master Fund
1.5 L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Taconic Opportunity
Master Fund L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party The Varde Skyway
Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Tilden Park
Investment Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Varde Credit Partners
Master, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Varde Investment
Partners (Offshore) Master, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Varde Investment
Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Jose F Rodriguez-
Perello
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Aristeia Horizon,
LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 1, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 10, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 2, LLC

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 3, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 4, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 5, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 6, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 7, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 8, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 9, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Fideicomiso
Plaza
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Golden Tree
Asset Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Lawful
Constitutional Debt Coalition
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Old Bellows
Partners LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Scoggin
Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Taconic Master
Fund 1.5 LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Taconic
Opportunity Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Tilden Park
Capital Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Whitebox
Advisors LLC
escalera@reichardescalera.com, matos@reichardescalera.com

JO ANN ESTADES BOYER on behalf of Creditor Jose Rafael Lopez Medina
joestades@gmail.com

Gary F. Eisenberg on behalf of Creditor GMS Group, LLC
geisenberg@perkinscoie.com

David Elbaum on behalf of Creditor J.P. Morgan Securities LLC
david.elbaum@stblaw.com

Grant J. Esposito on behalf of Counter-Claimant PBA Funds
gesposito@mofo.com

Grant J. Esposito on behalf of Creditor PBA Funds
gesposito@mofo.com

Grant J. Esposito on behalf of Intervenor PBA Funds
gesposito@mofo.com

Joshua A. Esses on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
JEsses@proskauer.com

Alberto Estrella, on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

Alberto G Estrella on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

Alberto G Estrella on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

Alberto G Estrella on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

CHANTEL L.. FEBUS on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant COMMONWEALTH OF PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
cfebus@proskauer.com

JAMES L. FELDESMAN, on behalf of Defendant Administracion de Seguros de Salud
de Puerto Rico
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Atlantic Medical Center, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Camuy Health Center, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Centro de Medicina Familiar Julio
Palmieri Ferri, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Centro de Salud de Lares, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Centro de Servicios Primarios de Salud
de Patillas, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Ciales Primary Health Center, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Corporacion de Servicios Medicos
Primarios y Prevencion de Hatillo, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Hospital General Castaner, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Rincon Health Center, Inc.
jfeldesman@ftlf.com

MICHAEL A. FERNANDEZ on behalf of Interested Party Autonomous Municipality of
San Juan
MAFernandez@winston.com

MICHAEL A. FERNANDEZ on behalf of Intervenor Autonomous Municipality of San
Juan
MAFernandez@winston.com

ORLANDO FERNANDEZ on behalf of Creditor Liberty Cablevision of Puerto Rico LLC
ofernandez@oflawoffice.com, vilma@oflawoffice.com

UBALDO M FERNANDEZ on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ubaldo.fernandez@oneillborges.com

UBALDO M FERNANDEZ on behalf of Defendant Financial Oversight Management
Board
ubaldo.fernandez@oneillborges.com

UBALDO M FERNANDEZ on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ubaldo.fernandez@oneillborges.com

MANUEL FERNANDEZ BARED on behalf of Counter-Claimant MUTUAL FUND
GROUP
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor Ad Hoc Group of PREPA
Bondholders
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor Invesco/Oppenheimer Funds
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor MUTUAL FUND GROUP
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor OPPENHEIMER FUNDS
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor COMMONWEALTH OF
PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor PUERTO RICO ELECTRIC
POWER AUTHORITY
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant Puerto Rico Highways &
Transportation Authority
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant THE COMMONWEALTH
OF PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Altair Global Credit
Opportunities Fund (A), LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Altair Global Opportunities
Fund (A), LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Andalusian Global
Designated Activity Company
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Andalusian Global Limited
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Appaloosa Management LP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Crown Managed Accounts
for and on behalf of Crown/PW SP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Glendon Opportunities Fund,
L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor LMA SPC for and on behalf
of Map 98 Segregated Portfolio
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Mason Capital Management,
LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Mason Capital Master Fund
LP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Nokota Capital
Management, LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Nokota Capital Master Fund,
L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oak Tree Opportunities
Fund I (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oak Tree Opportunities
Fund IX, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund X, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oceana Master Fund Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Ocher Rose
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Ocher Rose L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor PWCM Master Fund Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Pentwater Merger Arbitrage
Master Fund Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Redwood Master Fund, Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor SV Credit, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Andalusian Global
Designated Activity Company
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Glendon Opportunities Fund,
L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Mason Capital Master Fund
LP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree Opportunities Fund
IX (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree Opportunities Fund
IX, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree Value Opportunities
Fund, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree-Forrest Multi-
Strategy, L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Ocher Rose L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff SV Credit, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

CARLOS FERNANDEZ NADAL on behalf of Creditor AUTONOMOUS MUNICIPALITY
OF PONCE
carlosfernandez@cfnlaw.com, dzcorrea@cfnlaw.com;ashley@cfnlaw.com

CARLOS FERNANDEZ NADAL on behalf of Creditor ILEANA ORTIZ SANTIAGO
carlosfernandez@cfnlaw.com, dzcorrea@cfnlaw.com;ashley@cfnlaw.com

CARLOS FERNANDEZ NADAL on behalf of Creditor JULIO E LEANDRY
HERNANDEZ
carlosfernandez@cfnlaw.com, dzcorrea@cfnlaw.com;ashley@cfnlaw.com

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Creditor ALEXANDRA MARINI
QUESADA
eliaslaureano@gmail.com, elias.fernandez@upr.edu

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Creditor Orlando Marini Roman
eliaslaureano@gmail.com, elias.fernandez@upr.edu

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Creditor VICTOR MARINI
QUESADA
eliaslaureano@gmail.com, elias.fernandez@upr.edu

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Defendant O'Neill Security &
Consultant Serv Inc.
eliaslaureano@gmail.com, elias.fernandez@upr.edu

DAGMAR I FERNANDEZ TOLEDO on behalf of Creditor Mirta Vincenty Cardona
df-law@outlook.com

VERONICA FERRAIUOLI HORNEDO on behalf of Creditor Asociacion de Suscripcion
Conjunta del Seguro de Responsabilidad Obligatorio
vero@ferraiuoli.pr, vero.ferraiuoli@gmail.com

VERONICA FERRAIUOLI HORNEDO on behalf of Plaintiff Carlos J. Mendez Nunez
vero@ferraiuoli.pr, vero.ferraiuoli@gmail.com

VERONICA FERRAIUOLI HORNEDO on behalf of Plaintiff Thomas Rivera - Schatz
vero@ferraiuoli.pr, vero.ferraiuoli@gmail.com

RALPH C. FERRARA on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
rferrara@proskauer.com

RALPH C. FERRARA on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
rferrara@proskauer.com

CARLA FERRARI LUGO on behalf of Creditor MUNICIPIO DE SAN JUAN
ferrarilugo@gmail.com, cflaw.bk@gmail.com

RAFAEL FERREIRA CINTRON on behalf of Creditor Bec Co Inc. d/b/a Empacadora Hill
Brothers
rfc@thefinancialattorneys.com, mrc@thefinancialattorneys.com

ENRIQUE G FIGUEROA LLINAS on behalf of Creditor Mitchell De Jesus-Soto
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Defendant UNIVERSITY OF PUERTO
RICO
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Defendant Darrel Hillman
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Interested Party BANK OF AMERICA,
N.A.
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Interested Party Merrill Lynch, Pierce,
Fenner & Smith Inc.
efl@bobonislaw.com

LINETTE FIGUEROA TORRES on behalf of Creditor Ad Hoc Group of PREPA
Bondholders
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor First Puerto Rico Family of Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Franklin Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Invesco Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Invesco/Oppenheimer Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Knighthead Capital Management,
LLC
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor MUTUAL FUND GROUP
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor OFI Global Institutional Inc.
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor OPPENHEIMER FUNDS
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Oppenheimer Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Cross Defendant MUTUAL FUND GROUP
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Interested Party Santander Asset
Management, LLC
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Intervenor MUTUAL FUND GROUP
lft@tcm.law, cvazquez@tcm.law

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor DATA ACCESS
COMMUNICATION CORP.
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor EDIFICIO BULA INC
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor La Quinta Shopping
Center, Corp.
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor Netwave Equipment Co.
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor Nustream
Communications

quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Interested Party ONDA VIRTUAL
LLC
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

MARIA MERCEDES FIGUEROA Y MORGADE on behalf of Creditor Medley Credit
Opportunity Cayman Fund LP
figueroaymorgadelaw@yahoo.com

MARIA MERCEDES FIGUEROA Y MORGADE on behalf of Creditor PAN AMERICAN
GRAIN CO., INC.
figueroaymorgadelaw@yahoo.com

MARIA MERCEDES FIGUEROA Y MORGADE on behalf of Creditor ARCADIO BIGIO-
ROMERO
figueroaymorgadelaw@yahoo.com
KEVIN D. FINGER on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
fingerk@gtlaw.com

MOSHE A. FINK on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
moshe.fink@weil.com

MICHAEL A. FIRESTEIN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Defendant Puerto Rico Highways &
Transportation Authority
Mfirestein@proskauer.com

ROSS FIRSENBAUM on behalf of Defendant Citigroup Global Markets Inc.
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant Goldman Sachs & Co. LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant J.P. Morgan Securities LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant Morgan Stanley & Co. LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant RBC CAPITAL MARKETS LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant Santander Securities, LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant UBS Financial Services Inc.
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM on behalf of Defendant UBS Securities LLC
ross.firsenbaum@wilmerhale.com

MICHAEL B FISCO on behalf of Plaintiff VOYA INSTITUTIONAL TRUST COMPANY
michael.fisco@faegrebd.com

MARSHALL H. FISHMAN on behalf of Consultant Citigroup Global Markets Inc.
mfishman@goodwinlaw.com

MARSHALL H. FISHMAN on behalf of Interested Party CITIGROUP INC.
mfishman@goodwinlaw.com

MARSHALL H. FISHMAN on behalf of Interested Party Citibank, N.A.
mfishman@goodwinlaw.com

MARSHALL H. FISHMAN on behalf of Interested Party Citigroup Global Markets Inc.
mfishman@goodwinlaw.com

DANIEL A. FLIMAN on behalf of Creditor Pandora Select Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Asymmetric Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Institutional Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Term Credit Fund I L.P.
dfliman@stroock.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Citigroup Global
Markets Inc.
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Goldman Sachs & Co.
LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant J.P. Morgan Securities
LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Merrill Lynch, Pierce,
Fenner & Smith Inc.
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Morgan Stanley & Co.
LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant RBC CAPITAL
MARKETS LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Santander Securities,
LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant UBS Financial
Services Inc.

lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant UBS Securities LLC
lfr@mcvpr.com

CARL FORBES, JR. on behalf of Debtor COMMONWEALTH OF PUERTO RICO
cforbes@proskauer.com

CARL FORBES, JR. on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
cforbes@proskauer.com

CARL FORBES, JR. on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
cforbes@proskauer.com

CARL FORBES, JR. on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
cforbes@proskauer.com

JUAN C FORTUNO FAS on behalf of Creditor Santander Asset Management, LLC
bkfilings@fortuno-law.com, fortuno@ecf.inforuptcy.com

LUIS FRED SALGADO on behalf of Creditor COOPERATIVA A/C EMPLEADOS
MUNICIPALES DE GUAYNABO
luisfredsalgado@hotmail.com

LUIS FRED SALGADO on behalf of Creditor COOPERATIVA A/C EMPLEADOS
MUNICIPALES DE GUAYNABO
luisfredsalgado@hotmail.com

BRYCE L. FRIEDMAN on behalf of Creditor SOLA LTD
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Solus Alternative Asset Management LP
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Solus Opportunities Fund 5 LP
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Ultra Master LTD
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Ultra NB LLC
bfriedman@stblaw.com

PETER FRIEDMAN on behalf of Cross Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Puerto Rico Fiscal and Financial Advisory
Authority for the Commonwealth of Puerto Rico
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant The Government Development Bank of
Puerto Rico
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Christian Sobrino
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Christian Sobrino Vega
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant GERARDO JOSE PORTELA FRANCO
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Omar J. Marrero
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant RICARDO ROSSELLO NEVARES
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Ricardo Rosello Nevares
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant WANDA VAZQUEZ GARCED
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Interested Party Ankura Consulting Group, LLC
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY

pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Plaintiff The Puerto Rico Fiscal Agency and Financial
Advisory Authority
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN, on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

JARED FRIEDMANN on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jared.friedmann@weil.com

JARED FRIEDMANN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jared.friedmann@weil.com

JARED FRIEDMANN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jared.friedmann@weil.com

ALEXIS FUENTES HERNANDEZ on behalf of Creditor Puerto Rico Hospital Supply,
Inc.
alex@fuentes-law.com, fuenteslaw@icloud.com

ISABEL M FULLANA on behalf of Creditor FINCA MATILDE,INC.
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant COOPERATIVA DE AHORRO &
CREDITO HATILLO
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant COOPERATIVA DE AHORRO &
CREDITO ROOSEVELT ROADS
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant COOPERATIVA DE AHORRO &
CREDITO SAN RAFAEL
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Coop A/C Roosevelt Roads,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Coop A/C San Rafael,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de Seguros de Vida
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de A/C Camuy,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de A/C Maunabo,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de A/C Oriental,

isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de Ahorro y Credito de
Hatillo,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

David Farrington Yates on behalf of Other Professional Independent Investigator Kobre
& Kim, LLP
Farrington.Yates@kobrekim.com

Elizabeth A Fegan on behalf of Creditor Anne Catesby Jones
beth@feganscott.com, info@feganscott.com

Elizabeth A Fegan on behalf of Creditor Jorge Valdes Llauger
beth@feganscott.com, info@feganscott.com

James L. Feldesman on behalf of Plaintiff Atlantic Medical Center, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Camuy Health Services, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Centro de Salud Familiar Dr. Julio Palmieri
Ferri, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Centro de Salud de Lares, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Centro de Servicios Primarios de Salud de
Patillas, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Ciales Primary Health Care Services, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Corporacion de Servicios Integrales de Salud
Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Corporacion de Servicios Medicos Primarios
y Prevencion de Hatillo, Inc.

jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Costa Salud, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Hospital General Castaner, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Rio Grande Community Health Center, Inc.
jfeldesman@ftlf.com

Matthew Feldman on behalf of Attorney Willkie Farr & Gallagher LLP
mfeldman@willkie.com, mao@willkie.com

Matthew Feldman on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
mfeldman@willkie.com, mao@willkie.com

Matthew Feldman on behalf of Interested Party Bettina Whyte
mfeldman@willkie.com, mao@willkie.com

Jamie J. Fell on behalf of Creditor SOLA LTD
jamie.fell@stblaw.com

Jamie J. Fell on behalf of Creditor Solus Opportunities Fund 5 LP
jamie.fell@stblaw.com

Jamie J. Fell on behalf of Interested Party Ultra Master LTD
jamie.fell@stblaw.com

Jamie J. Fell on behalf of Interested Party Ultra NB LLC
jamie.fell@stblaw.com

Cristina Fernandez on behalf of Creditor Committee Official Committee of Unsecured
Creditors
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff The Official Committee Of Unsecured Creditors
Of The Commonwealth Of Puerto Rico
cfernandez@cstlawpr.com

Carlos J. Fernandez Lugo on behalf of Interested Party Solar Energy Industries
Association
cfl@mcvpr.com

David J. Fioccola on behalf of Counter-Claimant PBA Funds
dfioccola@mofo.com

David J. Fioccola on behalf of Creditor PBA Funds
dfioccola@mofo.com

David J. Fioccola on behalf of Intervenor PBA Funds
dfioccola@mofo.com

David R. Fox on behalf of Creditor Andalusian Global Designated Activity Company
drfox@jonesday.com

David R. Fox on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
drfox@jonesday.com

David R. Fox on behalf of Creditor Glendon Opportunities Fund, L.P.
drfox@jonesday.com

David R. Fox on behalf of Creditor LMA SPC for and on behalf of Map 98 Segregated
Portfolio
drfox@jonesday.com

David R. Fox on behalf of Creditor Mason Capital Master Fund LP
drfox@jonesday.com

David R. Fox on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
drfox@jonesday.com

David R. Fox on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
drfox@jonesday.com

David R. Fox on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.

drfox@jonesday.com

David R. Fox on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
drfox@jonesday.com

David R. Fox on behalf of Creditor Oceana Master Fund Ltd.
drfox@jonesday.com

David R. Fox on behalf of Creditor Ocher Rose
drfox@jonesday.com

David R. Fox on behalf of Creditor PWCM Master Fund Ltd.
drfox@jonesday.com

David R. Fox on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
drfox@jonesday.com

David R. Fox on behalf of Creditor SV Credit, L.P.
drfox@jonesday.com

Fred Westercamp Trust
oldschooltjw@hotmail.com

Antonio Fuentes Gonzalez on behalf of Creditor C/P Fuentes-Viguie
antoniofuentesgonzalez@yahoo.com, antoniofv@gmail.com

Antonio Fuentes Gonzalez on behalf of Creditor ANTONIO FUENTES GONZALEZ
antoniofuentesgonzalez@yahoo.com, antoniofv@gmail.com

Antonio Fuentes Gonzalez on behalf of Creditor Maria Y. Viguie Fernandez
antoniofuentesgonzalez@yahoo.com, antoniofv@gmail.com

MARK GALLAGHER on behalf of Interested Party United States of America on behalf of
Environmental Protection Agency
mark.gallagher@usdoj.gov

JOSE L. GANDARA on behalf of Creditor PATRICIA MOSCOSO
mail@bglegal.net

JUAN CARLOS GARAY MASSEY on behalf of Creditor AGRO INDUSTRIAS DEL
ESTE, CORP.
juans@prtc.net, jcgaray@prw.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com

JUAN CARLOS GARAY MASSEY on behalf of Creditor INSURANCE COMMISIONER
OF PUERTO RICO AS LIQUIDATOR OF PREFERRED HEALTH, INC.
juans@prtc.net, jcgaray@prw.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com

JUAN CARLOS GARAY MASSEY on behalf of Creditor INSURANCE COMMISSIONER
OF PUERTO RICO AS LIQUIDATOR OF NATIONAL INSURANCE COMPANY
juans@prtc.net, jcgaray@prw.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com

CARLA GARCIA BENITEZ on behalf of Debtor COMMONWEALTH OF PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Commonwealth of Puerto Rico
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Puerto Rico Electric Power Authority
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant ANA J MATOSANTOS
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant ANDREW G BIGGS
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant ARTHUR J GONZALEZ

carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Carlos M Garcia
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant DAVID A SKEEL, JR
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant JOSE B CARRION III
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Jose R Gonzalez
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant NATALIE A. JARESKO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Financial Advisor Phoenix Management
Services, LLC
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO

carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

ROSAMAR GARCIA FONTAN on behalf of Creditor Cortland Capital Market Services
LLC
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Creditor MANAGEMENT CONSULTANTS
& COMPUTER SERVICES INC.
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Creditor Rexach Hermanos, Inc.
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Creditor SCOTIABANK DE PUERTO RICO
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Interested Party PUERTO RICO SOLAR
ENERGY INDUSTRIES ASSOCIATION CORP. (SESA-PR)
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Interested Party Ramirez & Co.
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Interested Party Solar Energy Industries
Association

rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

JEAN PHILIP GAUTHIER INESTA on behalf of Defendant Corporacion Publica para la
Supervision y Seguro de Cooperativas de Puerto Rico
jpglaw@outlook.com, jpglaw@live.com

MARIAELENA GAYO-GUITIAN, on behalf of Creditor Tradewinds Energy Barceloneta,
LLC
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Interested Party Tradewinds Energy Vega
Baja, LLC
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Plaintiff OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico,
mguitian@gjb-law.com, chopkins@gjb-law.com

JOHN H. GENOVESE on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico,
jgenovese@gjb-law.com

TOBY L. GERBER on behalf of Defendant Puerto Rico Public Building Authority

toby.gerber@nortonrosefullbright.com

TOBY L. GERBER on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY OF
PUERTO RICO
toby.gerber@nortonrosefullbright.com

JORGE LUIS GERENA MENDEZ on behalf of Creditor Migrant Health Center, Inc.
jlgere@gmail.com, jorgegerena@yahoo.com

IAN HEATH GERSHENGORN on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
igershengorn@jenner.com

FERNANDO J GIERBOLINI on behalf of Creditor PEAJE INVESTMENTS LLC
fgierbolini@msglawpr.com, kdiaz@msglawpr.com

FERNANDO J GIERBOLINI on behalf of Interested Party Peaje Investment, LLC
fgierbolini@msglawpr.com, kdiaz@msglawpr.com

FERNANDO J GIERBOLINI on behalf of Plaintiff Peaje Investment, LLC
fgierbolini@msglawpr.com, kdiaz@msglawpr.com

MIGUEL E GIERBOLINI GIERBOLINI on behalf of Attorney Gierbolini & Carroll Law
Offices, PSC
miguelgierbolini@gierbolinicarroll.com, miguelgierbolini@gmail.com

MIGUEL E GIERBOLINI GIERBOLINI on behalf of Plaintiff FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
miguelgierbolini@gierbolinicarroll.com, miguelgierbolini@gmail.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Angel L Martinez-Alvarez
jgildelama@aol.com, jgil@gildelamadrid-psc.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Carlos Guzman-Nieves
jgildelama@aol.com, jgil@gildelamadrid-psc.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Orlando Arroyo-Morales
jgildelama@aol.com, jgil@gildelamadrid-psc.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Sammy Baez-Figueroa
jgildelama@aol.com, jgil@gildelamadrid-psc.com

CHARLES P GILMORE on behalf of Creditor Carmen M. Huertas & Jose Buitrago
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor CARMEN M. HUERTAS
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Edlin S. Buitrago Huertas
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Helvia S. Caparros Saltos
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Jose Buitrago
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Patrick D. O'Neill
cpg@go-law.com, yalfonseca@go-law.com

PAUL R. GLASSMAN on behalf of Creditor AUTONOMOUS MUNICIPALITY OF
PONCE
pglassman@sycr.com

PAUL R. GLASSMAN on behalf of Creditor AUTONOMOUS MUNICIPALITY OF
PONCE (AMP)
pglassman@sycr.com

FAUSTO DAVID GODREAU ZAYAS on behalf of Creditor GMS Group, LLC
dg@g-glawpr.com, zi@g-glawpr.com

FAUSTO DAVID GODREAU ZAYAS on behalf of Creditor Mark Elliot
dg@g-glawpr.com, zi@g-glawpr.com

JAY M. GOFFMAN, on behalf of Creditor Vitol Inc.
jay.goffman@skadden.com, wendy.lamanna@skadden.com

CHAD I. GOLDER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Chad.Golder@mto.com

CHAD I. GOLDER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Chad.Golder@mto.com

DARREN GOLDMAN on behalf of Creditor Aristea Horizons, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor CRS Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Camino Cipres LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Camino Roble LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Canary SC Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Canyon Balanced Master Fund, Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Canyon Value Realization Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Crescent 1, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Cyrus Select Opportunities Master Fund,
Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 1, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 10, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 2, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 3, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 4, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 5, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 6, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 7, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 8, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 9, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Merced Partners IV, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Merced Partners Limited Partnership
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Merced Partners V, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Pandora Select Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Scoggin International Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Scoggin Worldwide Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Taconic Master Fund 1.5 L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Taconic Opportunity Master Fund L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor The Varde Skyway Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Tilden Park Investment Master Fund LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Varde Credit Partners Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Varde Investment Partners (Offshore)
Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Varde Investment Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Asymmetric Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Institutional Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Term Credit Fund I L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Aristea Horizons, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party CRS Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Camino Cipres LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Camino Roble LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Canary SC Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Canyon Capital Advisors LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Crescent 1, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Cyrus Opportunities Master Fund II,
Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Cyrus Select Opportunities Master
Fund, Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 1, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 10, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 2, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 3, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 4, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 5, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 6, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 7, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 8, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 9, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Lawful Constitutional Debt Coalition
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Merced Partners IV, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Merced Partners Limited Partnership
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Merced Partners V, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party River Canyon Fund Management
LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Scoggin International Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Scoggin Worldwide Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Taconic Master Fund 1.5 L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Taconic Opportunity Master Fund
L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party The Varde Skyway Master Fund,
L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Tilden Park Investment Master Fund
LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Varde Credit Partners Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Varde Investment Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Aristeia Horizon, LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Fideicomiso Plaza
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Golden Tree Asset
Management LP

darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Old Bellows Partners LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Scoggin Management LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Whitebox Advisors LLC
darrengoldman@quinnemanuel.com

RACHEL B. GOLDMAN on behalf of Creditor QTCB Noteholder Group
rachel.goldman@bracewell.com

MARCIA GOLDSTEIN on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

YARYMAR GONZALEZ CARRASQUILLO on behalf of Interested Party Puerto Rico
Energy Bureau
ygc@halspr.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Governing Board of the
University of Puerto Rico
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Alan Rodriguez-Perez
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Alejandro Camporreale-
Mundo
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Antonio Monroig-
Malatrassi
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Emilio Colon-Beltran
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Eric Perez-Torres
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Mayra Olavarria-Cruz
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Neftali Soto-Santiago
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Walter Alomar-Jimenez
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Zoraida Buxo-Santiago
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Interested Party Angely Aponte-
Pagan
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Interested Party Beatriz Nieves-Lpez

bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Interested Party Javier Andino-Gaudin
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Governing Board of the University of Puerto Rico
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Alejandro Camporreale-Mundo
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Antonio Monroig-Malatrassi
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Emilio Colon-Beltran
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Eric Perez-Torres
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Neftali Soto-Santiago
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Walter Alomar-Jimenez
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Zoraida Buxo-Santiago
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

RUBEN GONZALEZ MARRERO on behalf of Interested Party Martami, Inc
rgm@microjuris.com,
Lawofficergm@gmail.com;velascolaw@hotmail.com;rgmattorney1pr@gmail.com

RAFAEL A GONZALEZ VALIENTE on behalf of Creditor GMS Group, LLC
rgv@g-glawpr.com, zi@g-glawpr.com

RAFAEL A GONZALEZ VALIENTE on behalf of Creditor Mark Elliot
rgv@g-glawpr.com, zi@g-glawpr.com

IVONNE GONZALEZ-MORALES on behalf of Creditor Abraham-Gimenez Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Abram-Diaz Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Acevedo-Arocho Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Acevedo-Camacho Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Beltran-Cintron Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Cruz-Santos Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor GROUP OF CREDITORS OF THE CONSOLIDATED CFI JUDGMENT DATED APRIL 22, 2016
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Lopez-Rosario Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Perez-Colon Plaintiff Group
ivonnegm@prw.net

DOUGLAS R. GOODING on behalf of Creditor John Hancock Investments
dgooding@choate.com

YEHUDA GOOR on behalf of Creditor PEAJE INVESTMENTS LLC
yehuda.goor@dechert.com

YEHUDA GOOR on behalf of Interested Party Peaje Investment, LLC
yehuda.goor@dechert.com

J. BARTON GOPLERUD on behalf of Creditor Anne Catesby Jones
goplerud@sagwlaw.com

J. BARTON GOPLERUD on behalf of Creditor Jorge Valdes Llauger
goplerud@sagwlaw.com

ROBERT D. GORDON on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Cross Defendant The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Interested Party Official Committee of Retired
Employees of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Interested Party Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT A. GRAHAM on behalf of Creditor Morovis Community Health Center, Inc.
rgraham@renocavanaugh.com

CHRISTOPHER NEIL GRAY, on behalf of Interested Party THE BANK OF NEW YORK
MELLON
cgray@reedsmith.com, ecf-11371410655f@ecf.pacerpro.com

JESSE GREEN on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND
INC
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico GNMA and U.S. Government Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Bond Fund I
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Mortgage-Backed & U.S. Government
Securities Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Mortgage-Backed &U.S Government
Securities Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jgreen@whitecase.com

JAMES T. GROGAN, III on behalf of Creditor Official Committee of Unsecured Creditors
jamesgrogan@paulhastings.com

JAMES M. GROSS on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Andalusian Global Designated Activity
Company
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Glendon Opportunities Fund, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Mason Capital Master Fund LP
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Nokota Capital Master Fund, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Ocher Rose L.L.C.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor SV Credit, L.P.
jgross@jonesday.com

JORGE LUIS GUERRERO CALDERON on behalf of Interested Party Elena Alonso
tuttieguerrero@yahoo.com

JORGE LUIS GUERRERO CALDERON on behalf of Interested Party Laura E Climent
tuttieguerrero@yahoo.com

PHILIP MICHAEL GUFFY on behalf of Creditor MUTUAL FUND GROUP
pguffy@kramerlevin.com

PHILIP MICHAEL GUFFY on behalf of Intervenor MUTUAL FUND GROUP
pguffy@kramerlevin.com

BOJAN GUZINA on behalf of Creditor AES PR Limited Partnership
bguzina@sidley.com

KURT F. GWYNNE on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
kgwynne@reedsmith.com

KURT F. GWYNNE on behalf of Interested Party THE BANK OF NEW YORK MELLON
kgwynne@reedsmith.com

KURT F. GWYNNE on behalf of Intervenor THE BANK OF NEW YORK MELLON
kgwynne@reedsmith.com

Carlos G Garcia Miranda on behalf of Plaintiff Puerto Rico Horse Owners Association,
Inc.
cgarcia@garciariveralaw.com

Andrew K. Glenn on behalf of Interested Party Whitebox Advisors LLC
AGlenn@kasowitz.com

Adam J. Goldberg on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
adam.goldberg@lw.com

Josue Gonzalez-Ortiz on behalf of Interested Party Alvin Marrero-Mendez
josuegobnkr@gmail.com, jgonzalez-ortiz@aclu.org

C. Neil Gray on behalf of Defendant Bank of New York Mellon as PRIFA Indenture
Trustee
cgray@reedsmith.com, ecf-11371410655f@ecf.pacerpro.com

C. Neil Gray on behalf of Defendant THE BANK OF NEW YORK MELLON
cgray@reedsmith.com, ecf-11371410655f@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MARIE B. HAHN on behalf of Creditor Service Employees International Union
mhahn@cwsny.com

MARIE B. HAHN on behalf of Creditor United Auto Workers International Union
mhahn@cwsny.com

JACLYN A. HALL on behalf of Creditor ASSURED GUARANTY CORP
jaclyn.hall@cwt.com

JACLYN A. HALL on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
jaclyn.hall@cwt.com

JACLYN A. HALL on behalf of Interested Party Assured Guaranty Corp.
jaclyn.hall@cwt.com

JACLYN A. HALL on behalf of Interested Party Assured Guaranty Municipal Corp.
jaclyn.hall@cwt.com

CAITLIN J. HALLIGAN on behalf of Plaintiff MBIA INSURANCE CORPORATION
challigan@selendygay.com

CAITLIN J. HALLIGAN on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
challigan@selendygay.com

DOUGLAS HALLWARD-DRIEMEIER on behalf of Creditor Knighthead Capital
Management, LLC
Douglas.Hallward-Driemeier@ropesgray.com

ALAN D. HALPERIN on behalf of Creditor Lehman Brothers Holdings Inc.
ahalperin@halperinlaw.net

ELLEN M HALSTEAD, on behalf of Interested Party Assured Guaranty Corp.
ellen.halstead@cwt.com

ELLEN M HALSTEAD, on behalf of Interested Party Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Creditor ASSURED GUARANTY CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Interested Party Assured Guaranty Corp.

ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Interested Party Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Intervenor Assured Guaranty Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Intervenor Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff ASSURED GUARANTY CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff Assured Guaranty Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

NATAN M. HAMERMAN on behalf of Creditor Ad Hoc Group of PREPA Bondholders
nhamerman@kramerlevin.com

PAUL JAMES HAMMER on behalf of Interested Party NextGen Healthcare Inc.
phammer@estrellallc.com, phammer@ecf.courtdrive.com

PAUL JAMES HAMMER on behalf of Interested Party Quality Systems, Inc.
phammer@estrellallc.com, phammer@ecf.courtdrive.com

CARRIE V. HARDMAN on behalf of Interested Party BANK OF AMERICA, N.A.
CHardman@winston.com

CARRIE V. HARDMAN on behalf of Interested Party MERRILL LYNCH CAPITAL
SERVICES, INC.
CHardman@winston.com

CARRIE V. HARDMAN on behalf of Interested Party Merrill Lynch, Pierce, Fenner &
Smith Inc.
CHardman@winston.com

ANDREW C. HARMEYER on behalf of Interested Party Peaje Investment, LLC

andrew.harmeyer@dechert.com,
yehuda.goor@dechert.com,stuart.steinberg@dechert.com,robert.jossen@dechert.com

ADAM M. HARRIS on behalf of Creditor Knighthead Capital Management, LLC
Adam.Harris@ropesgray.com

CHRISTOPHER HARRIS on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
christopher.harris@lw.com

MARK D. HARRIS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
mharris@proskauer.com

MARK D. HARRIS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
mharris@proskauer.com

MARK D. HARRIS on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant ANA J MATOSANTOS
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant ANDREW G BIGGS
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant ARTHUR J GONZALEZ
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Ana J. Matosantos

mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Andrew G. Biggs
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Arthur J. Gonzalez
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant CARLOS M. GARCIA
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant DAVID A SKEEL, JR
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant David A. Skeel, Jr.
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant JOSE B CARRION III
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant JOSE R GONZALEZ
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Jose B. Carrion III
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Jose R. Gonzalez
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant NATALIE A. JARESKO
mharris@proskauer.com

MATTHEW B. HARRIS on behalf of Interested Party VOYA INSTITUTIONAL TRUST
COMPANY
matthew.harris@faegrebd.com

LINDSAY C. HARRISON on behalf of Creditor Official Committee of Retired Employees
of Puerto Rico
lharrison@jenner.com

HOWARD R HAWKINS, on behalf of Interested Party Assured Guaranty Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R HAWKINS, on behalf of Interested Party Assured Guaranty Municipal
Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Counter-Defendant ASSURED GUARANTY
CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Counter-Defendant ASSURED GUARANTY
MUNICIPAL CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Creditor ASSURED GUARANTY CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Creditor Syncora Guarantee Inc.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party ASSURED GUARANTY CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party ASSURED GUARANTY
MUNICIPAL CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party Assured Guaranty Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party Assured Guaranty Municipal
Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Intervenor Assured Guaranty Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Intervenor Assured Guaranty Municipal Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff ASSURED GUARANTY CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff Assured Guaranty Corp.

howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff Assured Guaranty Municipal Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS, JR. on behalf of Creditor ASSURED GUARANTY CORP
howard.hawkins@cwt.com

HOWARD R. HAWKINS, JR. on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
howard.hawkins@cwt.com

NATHAN A. HAYNES on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
haynesn@gtlaw.com

ERIC P. HEICHEL on behalf of Interested Party Depository Trust Company
eheichel@eisemanlevine.com

BETH HEIFETZ on behalf of Plaintiff Andalusian Global Designated Activity Company
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Glendon Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Mason Capital Master Fund LP
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel 2), L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Ocher Rose L.L.C.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff SV Credit, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Altair Global Credit Opportunities Fund (A), LLC
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Andalusian Global Limited
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Glendon Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Mason Capital Master Fund LP
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Ocher Rose
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor SV Credit, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Interested Party Glendon Opportunities Fund, L.P.
bheifetz@jonesday.com

JAMES M. HEISER on behalf of Interested Party MESIROW FINANCIAL, INC.
heiser@chapman.com

MELISSA HERNANDEZ CARRASQUILLO on behalf of Creditor CONTINENTAL
CASUALTY COMPANY
mhernandez@scvrlaw.com, notices@scvrlaw.com

MELISSA HERNANDEZ CARRASQUILLO on behalf of Creditor WESTERN SURETY
COMPANY
mhernandez@scvrlaw.com, notices@scvrlaw.com

FEDERICO HERNANDEZ DENTON on behalf of Plaintiff MBIA INSURANCE
CORPORATION
f.hernandezdenton@gmail.com

FEDERICO HERNANDEZ DENTON on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
f.hernandezdenton@gmail.com

CARLOS M HERNANDEZ LOPEZ on behalf of Interested Party Autonomous
Municipality of San Juan
charliehernandezlaw@gmail.com

JUAN J HERNANDEZ LOPEZ DE VICTORIA on behalf of Creditor Michael E. Danuz
Reyes
jjhernandez@inveniolawpr.com,
mzuluaga@inveniolawpr.com;inveniolawllc@gmail.com

JUAN J HERNANDEZ LOPEZ DE VICTORIA on behalf of Defendant Empresas Loyola,
Inc.
jjhernandez@inveniolawpr.com,
mzuluaga@inveniolawpr.com;inveniolawllc@gmail.com

EDGARDO J HERNANDEZ OHARRIZ on behalf of Creditor Estate of Delia Hernandez
ehernandez@lawservicespr.com,
gsantiago@lawservicespr.com;hos.lawfirm@yahoo.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Hermanos Torres Torres, Inc.
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor German Torres-Berrios
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Juan Alberto Torres-Berrios
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor ORLANDO TORRES BERRIOS-
SINFOROSO
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Ramon A. Bonilla Martinez
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Vilma Teresa Torres-Lopez
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Viviana Ortiz-Mercado
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

ANGELA K. HERRING on behalf of Creditor Cortland Capital Market Services LLC
akherring@wlrk.com

ANGELA K. HERRING on behalf of Creditor SCOTIABANK DE PUERTO RICO
akherring@wlrk.com

GABRIEL HERTZBERG on behalf of Creditor AMBAC ASSURANCE CORPORATION
ghertzberg@curtis.com

BRIAN W. HINE on behalf of Creditor Altair Global Credit Opportunities Fund (A), LLC
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Andalusian Global Designated Activity Company
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Mason Capital Master Fund LP
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund X, L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oceana Master Fund Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Ocher Rose
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor PWCM Master Fund Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Redwood Master Fund, Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor SV Credit, L.P.
bwhine@hineogulluk.com

WILLIAM J. HINE on behalf of Creditor Altair Global Credit Opportunities Fund (A), LLC
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Andalusian Global Designated Activity Company
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Glendon Opportunities Fund, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio

wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Mason Capital Master Fund LP
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund X, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oceana Master Fund Ltd.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Ocher Rose
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor PWCM Master Fund Ltd.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Redwood Master Fund, Ltd.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor SV Credit, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Interested Party Glendon Opportunities Fund, L.P.
wjhine@jonesday.com

DEBORA HOEHNE on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
debora.hoehne@weil.com

STEPHAN E. HORNUNG on behalf of Debtor COMMONWEALTH OF PUERTO RICO
hornung@lsellp.com

STEPHAN E. HORNUNG on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
HORNUNG@LSELLP.COM

GREGORY A. HOROWITZ on behalf of Creditor Ad Hoc Group of PREPA Bondholders
ghorowitz@kramerlevin.com

GREGORY A. HOROWITZ on behalf of Creditor MUTUAL FUND GROUP
ghorowitz@kramerlevin.com

Scott M. Heimberg on behalf of Creditor Cobra Acquisitions LLC
sheimberg@akingump.com

Carlos M Hernandez on behalf of Intervenor Autonomous Municipality of San Juan
charliehernandezlaw@gmail.com

Keri L. Holleb on behalf of Creditor Official Committee of Retired Employees of Puerto
Rico
khotaling@jenner.com

Ellen V. Holloman on behalf of Creditor ASSURED GUARANTY CORP
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Interested Party Assured Guaranty Corp.
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Interested Party Assured Guaranty Municipal Corp.
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Plaintiff Assured Guaranty Corp.
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Plaintiff Assured Guaranty Municipal Corp.
ellenl.holloman@cwt.com

Laura A Hunt on behalf of Defendant UNITED STATES OF AMERICA
laura.a.hunt@usdoj.gov, fedprog.ecf@usdoj.gov

DAVID INDIANO on behalf of Creditor Asociacion Puertorriquena de la Judicatura, Inc.
david.indiano@indianowilliams.com

DAVID INDIANO on behalf of Interested Party Depository Trust Company
david.indiano@indianowilliams.com

Gregorio Igartua on behalf of Interested Party Gregorio Igartua
bufeteigartua@yahoo.com

BRYAN E. JACOBSON on behalf of Interested Party MESIROW FINANCIAL, INC.
bjacob@chapman.com

JONATHAN JACOBSON on behalf of Creditor United States of America
jonathan.e.jacobson@usdoj.gov

TOBIAS B. JACOBY on behalf of Creditor MUTUAL FUND GROUP
tjacoby@kramerlevin.com

GLENN C JAMES on behalf of Creditor Conjugal partnership of Lauren De Pablo y
Rolando Martinez Finale
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Deianeira Martinez De Pablo
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Lauren De Pablo
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Olga Martinez Finale as inheritor of Ondina
Finale
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Pedro Rolando Martinez Torres by him and as
inheritor of Ondina Finale
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Rolando Martinez Finale by him and as inheritor of Ondina Finale
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Interested Party Stephen T Mangiaracina
glenncarljameslawoffices@gmail.com

MICHAEL R JIMENEZ BREA on behalf of Creditor Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica
mjimenezbrea@gmail.com

MICHAEL R JIMENEZ BREA on behalf of Creditor Cooperativa de Ahorro y Credito de Caparra
mjimenezbrea@gmail.com

ANDREW JIMENEZ CANCEL on behalf of Interested Party SIDLEY AUSTIN LLP
ajimenez@ajlawoffices.com,
bankr.notices@gmail.com;ajimenez@ecf.courtdrive.com;G60665@notify.cincompass.com

PEDRO JIMENEZ-RODRIGUEZ on behalf of Creditor Abengoa Puerto Rico, S.E.
pjime@icepr.com

PEDRO JIMENEZ-RODRIGUEZ on behalf of Creditor Abengoa, S.A.
pjime@icepr.com

PEDRO JIMENEZ-RODRIGUEZ on behalf of Defendant VOYA INSTITUTIONAL TRUST COMPANY
pjime@icepr.com

PEDRO JIMENEZ-RODRIGUEZ on behalf of Plaintiff VOYA INSTITUTIONAL TRUST COMPANY
pjime@icepr.com

MICHAEL SHANE JOHNSON on behalf of Creditor US BANK NATIONAL ASSOCIATION
shane.johnson@hoganlovells.com

MICHAEL SHANE JOHNSON on behalf of Creditor US Bank Trust National Association
shane.johnson@hoganlovells.com

JENNIFER L. JONES on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
jljones@proskauer.com

ROBERT J. JOSSEN on behalf of Interested Party Peaje Investment, LLC
robert.jossen@dechert.com, nycmanagingclerks@dechert.com

SAIGE JUTRAS OFTEDAL on behalf of Creditor John Hancock Investments
softedal@choate.com

Jeffrey L. Jonas on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
jjonas@brownrudnick.com

Jeffrey L. Jonas on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
jjonas@brownrudnick.com

Jeffrey L. Jonas on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
jjonas@brownrudnick.com

David S. Jones on behalf of Defendant GOVERNMENT OF THE UNITED STATES OF
AMERICA
david.jones6@usdoj.gov

David S. Jones on behalf of Interested Party United States of America
david.jones6@usdoj.gov

JAMES W KAPP, on behalf of Creditor Goldman Sachs Asset Management, L.P.
jkapp@mwe.com

JAMES W. KAPP on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT LP
jkapp@mwe.com

JAMES W. KAPP on behalf of Interested Party GOLDMAN SACHS ASSET
MANAGEMENT LP
jkapp@mwe.com

ERIC KAY on behalf of Counter-Claimant Aristeia Horizon, LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 1, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 10, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 2, LLC

erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 3, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 4, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 5, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 6, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 7, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 8, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 9, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Fideicomiso Plaza
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Golden Tree Asset Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Old Bellows Partners LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Scoggin Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Taconic Opportunity Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Tilden Park Capital Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Whitebox Advisors LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Canyon Balanced Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Canyon Value Realization Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Pandora Select Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Asymmetric Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Institutional Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Term Credit Fund I L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Aristeia Horizon, LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 1, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 10, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 2, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 3, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 4, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 5, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 6, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 7, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 8, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 9, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Fideicomiso Plaza
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Golden Tree Asset Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Old Bellows Partners LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Scoggin Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Taconic Opportunity Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Tilden Park Capital Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Whitebox Advisors LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Aristea Horizons, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party CRS Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Camino Cipres LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Camino Roble LLC

erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Canary SC Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Canyon Capital Advisors LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Crescent 1, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Cyrus Opportunities Master Fund II, Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Cyrus Select Opportunities Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Cyrus Special Strategies Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 1, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 10, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 2, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 3, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 4, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 5, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 6, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 7, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 8, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 9, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Lawful Constitutional Debt Coalition
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Merced Partners IV, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Merced Partners Limited Partnership
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Merced Partners V, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party River Canyon Fund Management LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party SB Special Situation Master Fund SPC,
Segregated Portfolio D
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Scoggin International Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Scoggin Worldwide Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Taconic Master Fund 1.5 L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Taconic Opportunity Master Fund L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party The Varde Skyway Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Tilden Park Investment Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Varde Credit Partners Master, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Varde Investment Partners (Offshore) Master,
L.P.

erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Varde Investment Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Aristeia Horizon, LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Fideicomiso Plaza
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Golden Tree Asset Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Lawful Constitutional Debt Coalition
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Old Bellows Partners LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Scoggin Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Taconic Opportunity Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Tilden Park Capital Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Whitebox Advisors LLC
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Aristea Horizons, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor CRS Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Camino Cipres LLC
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Camino Roble LLC
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Canary SC Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Canyon Value Realization Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Crescent 1, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 1, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 10, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 2, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 3, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 4, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 5, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 6, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 7, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 8, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 9, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Merced Partners IV, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Merced Partners Limited Partnership
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Merced Partners V, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Pandora Select Partners, L.P.

erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor SB Special Situation Master Fund SPC, Segregated
Portfolio D
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Scoggin International Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Scoggin Worldwide Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Taconic Master Fund 1.5 L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Taconic Opportunity Master Fund L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor The Varde Skyway Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Tilden Park Investment Master Fund LP
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Varde Credit Partners Master, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Varde Investment Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Institutional Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Term Credit Fund I L.P.

erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Jose F Rodriguez-Perello
erickay@quinnemanuel.com

LEO KAYSER, III on behalf of Interested Party Ramirez & Co.
lkayser@515law.com

LEO KAYSER, III on behalf of Interested Party Samuel A. Ramirez & Co.
lkayser@515law.com

ROBIN E. KELLER on behalf of Creditor US BANK NATIONAL ASSOCIATION
robin.keller@hoganlovells.com

ROBIN E. KELLER on behalf of Creditor US Bank Trust National Association
robin.keller@hoganlovells.com

KYLE J KIMPLER on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J KIMPLER, on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com; bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor ACP MASTER, LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor AURELIUS INVESTMENT, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor AUTONOMY MASTER FUND LIMITED
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS II LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS III LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS IV LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS V LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor LEX CLAIMS, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor LMAP 903 LIMITED
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MCP HOLDINGS MASTER LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH DEBT RECOVERY MASTER FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MPR INVESTORS LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor P MONARCH RECOVERY LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor PERMAL STONE LION FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor PINEHURST PARTNERS, L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor PRISMA SPC HOLDINGS LTD. SEGREGATED PORTFOLIO AG
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor RRW I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SENATOR GLOBAL OPPORTUNITY MASTER FUND LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SL LIQUIDATION FUND L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SL PUERTO RICO FUND II L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SL PUERTO RICO FUND L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff ACP Master, Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Investment, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Opportunities Fund, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Autonomy Master Fund Limited
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Corbin Opportunity Fund, L.P.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff FCO Special Opportunities (A1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff FCO Special Opportunities (D1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings II LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings III LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings IV LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings V LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff LMAP 903 Limited
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Lex Claims, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff MCP Holdings Master LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff MPR Investors LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Capital Master Partners II LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Capital Master Partners III LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Capital Master Partners IV LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff P Monarch Recovery Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Pinehurst Partners, LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff RRW I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

STEPHEN B. KINNAIRD on behalf of Creditor Official Committee of Retired Employees
of Puerto Rico
stephenkinnaird@paulhastings.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Aristeia Horizon, LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 1, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 10, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 2, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 3, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 4, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 5, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 6, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 7, LLC

susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 8, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 9, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Golden Tree Asset Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Scoggin Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Taconic Opportunity Master Fund
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Tilden Park Capital Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Canyon Balanced Master Fund, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Canyon Value Realization Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Pandora Select Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Service Employees International Union
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Asymmetric Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Institutional Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Term Credit Fund I L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Aristeia Horizon, LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 1, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 10, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 2, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 3, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 4, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 5, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 6, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 7, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 8, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 9, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Golden Tree Asset Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Scoggin Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Taconic Opportunity Master Fund
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Tilden Park Capital Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Aristea Horizons, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party CRS Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Camino Cipres LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Camino Roble LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Canary SC Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Canyon Capital Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Crescent 1, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Cyrus Opportunities Master Fund
II, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Cyrus Select Opportunities Master
Fund, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 1, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 10, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 2, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 3, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 4, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 5, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 6, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 7, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 8, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 9, L.L.C.

susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Lawful Constitutional Debt
Coalition
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Merced Partners IV, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Merced Partners Limited
Partnership
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Merced Partners V, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party River Canyon Fund Management
LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Scoggin International Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Scoggin Worldwide Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Taconic Master Fund 1.5 L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Taconic Opportunity Master Fund
L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party The Varde Skyway Master Fund,
L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Tilden Park Investment Master
Fund LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Varde Credit Partners Master, L.P.

susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Varde Investment Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Aristeia Horizon, LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Scoggin Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Aristea Horizons, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor CRS Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Camino Cipres LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Camino Roble LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Canary SC Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Canyon Value Realization Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Crescent 1, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Cyrus Select Opportunities Master Fund,
Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Cyrus Special Strategies Master Fund,
L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 1, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 10, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 2, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 3, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 4, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 5, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 6, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 7, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 8, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 9, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Merced Partners IV, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Merced Partners Limited Partnership
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Merced Partners V, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Pandora Select Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Scoggin International Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Scoggin Worldwide Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Taconic Master Fund 1.5 L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Taconic Opportunity Master Fund L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor The Varde Skyway Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Tilden Park Investment Master Fund LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Varde Credit Partners Master, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Varde Investment Partners (Offshore)
Master, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Varde Investment Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Institutional Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Term Credit Fund I L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Jose F Rodriguez-Perello
susheelkirpalani@quinnemanuel.com

ANDREW KISSNER on behalf of Creditor PBA Funds
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Blackrock Financial Management, Inc.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Candlewood Constellation SPC Ltd.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Candlewood Investment Group, LP
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Deutsche Bank Securities, Inc.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Emso Asset Management Limited,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Crescent Fund, a Series of FPA
Funds Trust,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,

akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Select Drawdown L.P.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Select Fund, L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FT COC (E) Holdings, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FT SOF IV Holdings, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Capital Opportunity Master Fund
III, LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Capital Opportunity Master Fund,
LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Partners
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Value Master Fund, LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree, Inc.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant First Pacific Advisors, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant JNL Multi-Manager Alternative Fund, a
Series of JNL Services Trust
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Lannan Foundation,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Litman Gregory Masters Alternative
Strategies Fund, a Series of Litman Gregory Funds Trust,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Mason Capital Master Fund, L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Pelican Fund LP,
akissner@mofo.com
ANDREW KISSNER on behalf of Defendant Silver Point Capital Fund, L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Ulysses Offshore Fund, Ltd.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Ulysses Partners, LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant VR Advisory Services, Ltd.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant VR Global Partners, LP,
akissner@mofo.com

KENNETH N. KLEE on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
kklee@ktbslaw.com

KENNETH N. KLEE on behalf of Interested Party Bettina Whyte
kklee@ktbslaw.com

BRIAN J. KLEIN on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
Brian.Klein@Maslon.com

EMIL A. KLEINHAUS, on behalf of Creditor SCOTIABANK DE PUERTO RICO
eakleinhaus@wlrk.com

YELENA Z. KONANOVA, on behalf of Plaintiff MBIA INSURANCE CORPORATION

lkonanova@selendygay.com, mco@selendygay.com;Paralegals@selendygay.com

YELENA Z. KONANOVA, on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
lkonanova@selendygay.com, mco@selendygay.com;Paralegals@selendygay.com

JEFFREY B. KORN on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico Sales Tax Financing Corporation
jkorn@willkie.com

JEFFREY B. KORN on behalf of Interested Party Bettina Whyte
jkorn@willkie.com

GLENN M KURTZ, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND II INC
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND INC
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND INC
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Mortgae-Backed & U.S.
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico
Fund
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico GNMA and U.S. Government
Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund
II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund II,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund III,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed IncomeFund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Mortgage-Backed
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity
Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant UBS IRA Select Growth & Income
Puerto Rico Fund
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed IncomeFund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Mortgage-Backed
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Target
Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant UBS IRA Select Growth &
Income Puerto Rico Fund
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund,
Inc.
gkurtz@whitecase.com

Elizabeth S. Kardos on behalf of Other Professional Zolfo Cooper, LLC
ekardos@zolfocooper.com

Colin R. Kass on behalf of Defendant COMMONWEALTH OF PUERTO RICO
ckass@proskauer.com

Colin R. Kass on behalf of Defendant FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
ckass@proskauer.com

Colin R. Kass on behalf of Defendant Natalie A Jaresko
ckass@proskauer.com

Colin R. Kass on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
ckass@proskauer.com

Emil A. Kleinhaus on behalf of Creditor Cortland Capital Market Services LLC
eakleinhaus@wlrk.com

STANFORD G. LADNER on behalf of Creditor Financial Guaranty Insurance Company
Stan.Ladner@butlersnow.com

STANFORD G. LADNER on behalf of Interested Party Financial Guaranty Insurance Company
Stan.Ladner@butlersnow.com

STANFORD G. LADNER on behalf of Plaintiff Financial Guaranty Insurance Company
Stan.Ladner@butlersnow.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Conjugal Partnership Crespo-Colon
pjlandrau@lawyer.com, landrau@email.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Janice Vanessa Colon-Velez
pjlandrau@lawyer.com, landrau@email.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Javier Perez-Rivera
pjlandrau@lawyer.com, landrau@email.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Perfecto Crespo Bermudez
pjlandrau@lawyer.com, landrau@email.com

DANIEL J. LANIGAN on behalf of Creditor US BANK NATIONAL ASSOCIATION
daniel.lanigan@hoganlovells.com

DANIEL J. LANIGAN on behalf of Creditor US Bank Trust National Association
daniel.lanigan@hoganlovells.com

SCOTT D. LATON on behalf of Creditor Solus Alternative Asset Management LP
slaton@klmllp.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor PUERTO RICO AAA
PORTFOLIO BOND FUND II INC
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor PUERTO RICO AAA
PORTFOLIO BOND FUND INC
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor PUERTO RICO AAA
PORTFOLIO TARGET MATURITY FUND INC
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund II, Inc
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund,
Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Bond Fund
I
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc,
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc. II
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Mortgae-Backed &
U.S. Government Securities Fund, Inc.

alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Mortgage-Backed
&U.S Government Securities Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor UBS IRA Select Growth & Income
Puerto Rico Fund
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund IV, Inc.

alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico GNMA
& U.S. Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Bond Fund I
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Mortgage-Backed
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant UBS IRA Select
Growth & Income Puerto Rico Fund
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund II, Inc
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund II,
Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund
III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund
IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund V,
Inc.

alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Bond Fund I
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Tax-Free Puerto Rico Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Respondent Edward D. Jones & Co.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ARIEL N. LAVINBUK on behalf of Creditor ACP MASTER, LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor AURELIUS INVESTMENT, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor AUTONOMY MASTER FUND LIMITED
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor Aurelius Capital Master, Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor Aurelius Convergence Master, Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS I LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS II LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS III LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS IV LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS V LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor LEX CLAIMS, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor LMAP 903 LIMITED
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MCP HOLDINGS MASTER LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MPR INVESTORS LLC

alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor P MONARCH RECOVERY LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor PERMAL STONE LION FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor PINEHURST PARTNERS, L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor RRW I LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SL LIQUIDATION FUND L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SL PUERTO RICO FUND II L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SL PUERTO RICO FUND L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff ACP Master, Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Capital Master, Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Convergence Master, Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Investment, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Opportunities Fund, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Autonomy Master Fund Limited
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Corbin Opportunity Fund, L.P.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff FCO Special Opportunities (A1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff FCO Special Opportunities (D1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings I LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings II LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings III LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings IV LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings V LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff LMAP 903 Limited
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Lex Claims, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff MCP Holdings Master LP

alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff MPR Investors LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Capital Master Partners II LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Capital Master Partners III LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Capital Master Partners IV LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff P Monarch Recovery Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Pinehurst Partners, LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff RRW I LLC
alavinbuk@robbinsrussell.com

JAMES LAWLOR on behalf of Creditor KDC SOLAR, LLC
jlawlor@wmd-law.com

DAVID L. LAWTON on behalf of Counter-Claimant QTCB Noteholder Group
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor Davidson Kempner Capital Management LP
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor OZ Management II LP
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor OZ Management, LP
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor QTBC Noteholder Group
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor QTCB Noteholder Group
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor River Canyon Fund Management, LLC
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Interested Party Canyon Capital Advisors LLC
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Intervenor QTCB Noteholder Group
david.lawton@morganlewis.com

ANDREW M. LEBLANC on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Creditor AMBAC ASSURANCE CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Defendant Ambac Assurance Corporation,
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Intervenor AMBAC ASSURANCE
CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
aleblanc@milbank.com

MONSITA LECAROZ ARRIBAS on behalf of U.S. Trustee US TRUSTEE-REGION 21
Monsita.Lecaroz@usdoj.gov, Monsita.Lecaroz@usdoj.gov

MONSITA LECAROZ ARRIBAS on behalf of U.S. Trustee MONSITA LECAROZ
ARRIBAS
Monsita.Lecaroz@usdoj.gov, Monsita.Lecaroz@usdoj.gov

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

GARY S. LEE on behalf of Counter-Claimant PBA Funds
glee@mofo.com

GARY S. LEE on behalf of Creditor Candlewood Investment Group
glee@mofo.com

GARY S. LEE on behalf of Creditor Fir Tree Partners
glee@mofo.com

GARY S. LEE on behalf of Creditor PBA Funds
glee@mofo.com

GARY S. LEE on behalf of Defendant Blackrock Financial Management, Inc.
glee@mofo.com

GARY S. LEE on behalf of Defendant Candlewood Constellation SPC Ltd.
glee@mofo.com

GARY S. LEE on behalf of Defendant Candlewood Investment Group, LP
glee@mofo.com

GARY S. LEE on behalf of Defendant Deutsche Bank Securities, Inc.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Emso Asset Management Limited,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Global Opportunity Fund, a Series of FPA
Hawkeye Fund, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Hawkeye Fund, a Series of FPA Hawkeye
Fund, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Select Drawdown L.P.
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Select Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FT COC (E) Holdings, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FT SOF IV Holdings, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Capital Opportunity Master Fund III, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Capital Opportunity Master Fund, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Partners
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Value Master Fund, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree, Inc.
glee@mofo.com

GARY S. LEE on behalf of Defendant First Pacific Advisors, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant Global Flexible Fund, a Sub-Fund of Nedgroup
Investment Funds PLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant JNL Multi-Manager Alternative Fund, a Series of
JNL Services Trust
glee@mofo.com

GARY S. LEE on behalf of Defendant Lannan Foundation,
glee@mofo.com

GARY S. LEE on behalf of Defendant Litman Gregory Masters Alternative Strategies
Fund, a Series of Litman Gregory Funds Trust,
glee@mofo.com

GARY S. LEE on behalf of Defendant Mason Capital Master Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Pelican Fund LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Silver Point Capital Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Silver Point Capital Offshore Master Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Ulysses Offshore Fund, Ltd.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Ulysses Partners, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant VR Advisory Services, Ltd.,
glee@mofo.com

GARY S. LEE on behalf of Defendant VR Global Partners, LP,
glee@mofo.com

GARY S. LEE on behalf of Intervenor PBA Funds
glee@mofo.com

REX LEE on behalf of Creditor River Canyon Fund Management, LLC
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Aristea Horizons, L.P.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Canyon Capital Advisors LLC
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 1, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 10, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 2, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 3, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 4, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 5, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 6, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 7, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 8, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 9, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party GoldenTree Asset Management LP
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party River Canyon Fund Management LLC
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Scoggin Management LP
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Taconic Master Fund 1.5 L.P.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Taconic Opportunity Master Fund L.P.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Tilden Park Capital Management LP

susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

ROBERTO LEFRANC MORALES on behalf of Creditor John Hancock Investments
rlm@martilaw.com, jnazario@martilaw.com

MARC R. LEPELSTAT on behalf of Interested Party Arc American
mlepelstat@csglaw.com

RICHARD LEVIN on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
rlevin@jenner.com

RICHARD LEVIN on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rlevin@jenner.com

RICHARD LEVIN on behalf of Intervenor The Official Committee of Retired Employees
of the Commonwealth of Puerto Rico
rlevin@jenner.com

SHARON LEVINE on behalf of Intervenor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
slevine@saul.com

SIDNEY P. LEVINSON on behalf of Creditor Andalusian Global Designated Activity
Company
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Crown Managed Accounts for and on
behalf of Crown/PW SP
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Glendon Opportunities Fund, L.P.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Mason Capital Master Fund LP
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.

slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Oceana Master Fund Ltd.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Ocher Rose
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor PWCM Master Fund Ltd.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor SV Credit, L.P.
slevinson@jonesday.com

JEFFREY W. LEVITAN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Debtor PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Debtor PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant COMMONWEALTH OF PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Interested Party FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Plaintiff THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
JLevitan@proskauer.com

JEAN LIN on behalf of Interested Party UNITED STATES OF AMERICA
jean.lin@usdoj.gov

ADRIAN R LINARES PALACIOS on behalf of Creditor Stericycle of Puerto Rico, Inc.
Alinares2020@yahoo.com

EDWARD R. LINDEN on behalf of Creditor Solus Alternative Asset Management LP
Edward.linden@stblaw.com

LUIS F LLACH ZUNIGA on behalf of Creditor Official Committee of Unsecured
Creditors
lllach@cstlawpr.com

IVAN J LLADO on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT LP
ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

IVAN J LLADO on behalf of Creditor Goldman Sachs Asset Management, L.P.
ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

IVAN J LLADO on behalf of Interested Party GOLDMAN SACHS ASSET
MANAGEMENT LP
ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

IVAN J LLADO on behalf of Interested Party Goldman Sachs & Co. LLC

ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

PAUL J. LOCKWOOD on behalf of Interested Party UBS Financial Services Inc.
paul.lockwood@skadden.com

KENDRA LOOMIS on behalf of Counter-Claimant PBA Funds
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Ad Hoc Group of Constitutional Debt Holders
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Candlewood Investment Group
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Fir Tree Partners
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Las Monjas Realty II, SE
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor PBA Funds
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor PLAZA LAS AMERICAS
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Wilmington Trust, National Association, as
Successor Indenture Trustee for GDB Senior Notes
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Blackrock Financial Management, Inc.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Candlewood Constellation SPC Ltd.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Candlewood Investment Group, LP
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Deutsche Bank Securities, Inc.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Emso Asset Management Limited,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Select Drawdown L.P.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Select Fund, L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FT COC (E) Holdings, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FT SOF IV Holdings, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Capital Opportunity Master Fund III,
LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Capital Opportunity Master Fund,
LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Partners
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Value Master Fund, LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant First Pacific Advisors, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant JNL Multi-Manager Alternative Fund, a
Series of JNL Services Trust
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Lannan Foundation,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Linkactiv, Inc.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Litman Gregory Masters Alternative
Strategies Fund, a Series of Litman Gregory Funds Trust,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Mason Capital Master Fund, L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Pelican Fund LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Silver Point Capital Fund, L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Ulysses Offshore Fund, Ltd.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Ulysses Partners, LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant VR Advisory Services, Ltd.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant VR Global Partners, LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Intervenor PBA Funds
loomislegal@gmail.com

ANDRES W. LOPEZ on behalf of Defendant COMMONWEALTH OF PUERTO RICO
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Defendant Christian Sobrino Vega
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Defendant GERARDO JOSE PORTELA FRANCO
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
andres@awllaw.com

MARIE E LOPEZ ADAMES on behalf of Defendant Retirement Board of the Goverment
of Puerto Rico
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Carlos Molina Rodriguez
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Nydza Irizarry
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Reinaldo Del Valle Cruz
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Rolando Ortiz Velazquez
lopmarie@aol.com, lopmarie@aol.com

WILBERT LOPEZ MORENO on behalf of Interested Party Darren Soto
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Interested Party Nydia M Velazquez
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Interested Party Raul M Grijalva
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Hermandad de Empleados del Fondo
del Seguro del Estado, Inc
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Union de Medicos de la Corporacion
del Fondo del Seguro del Estado Corp. (UMCFSE)
wilbert_lopez@yahoo.com

JENNIFER LOPEZ NEGRON on behalf of Defendant UNIVERSITY OF PUERTO RICO
j.lopez.negron@gmail.com

GISELLE LOPEZ SOLER on behalf of Defendant GOVERNMENT DEVELOPMENT
BANK
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Defendant Christian Sobrino
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Defendant Christian Sobrino-Vega
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Defendant JOSE SANTIAGO
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Interested Party Government Development Bank
for Puerto Rico
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

CESAR A. LOPEZ-MORALES on behalf of Intervenor UNITED STATES OF AMERICA
cesar.a.lopez-morales@usdoj.gov

RICARDO R. LOZADA FRANCO on behalf of Interested Party Peaje Investment, LLC
riclozfra@gmail.com

RICARDO R. LOZADA FRANCO on behalf of Plaintiff Peaje Investment, LLC
riclozfra@gmail.com

LUIS R LUGO EMANUELLI on behalf of Creditor Joel Isander Cuadrado Delgado
lawlugo1@gmail.com, lawlugo1@outlook.com

LUIS R LUGO EMANUELLI on behalf of Creditor Sonia Ivette Carrasquillo Calderon
lawlugo1@gmail.com, lawlugo1@outlook.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE JUANA DIAZ
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO RINCON
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

EYCK O LUGO RIVERA on behalf of Defendant First Hospital Panamericano, Inc.
elugo@edgelegalpr.com, eellsworth@edgelegalpr.com

EYCK O LUGO RIVERA on behalf of Examiner Brady C. Williamson
elugo@edgelegalpr.com, eellsworth@edgelegalpr.com

MICHAEL LUSKIN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
LUSKIN@LSELLP.COM

MICHAEL LUSKIN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
LUSKIN@LSELLP.COM

MICHAEL LUSKIN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
luskin@lsellp.com

JOHN F. LYNCH on behalf of Creditor Cortland Capital Market Services LLC
jlynch@wlrk.com

Damian R. LaPlaca on behalf of Defendant Printech, Inc.
damian.laplaca@gmail.com, dlaplaca@plfpr.com

Lawrence A. Larose on behalf of Creditor Ad Hoc Group of Noteholders of FGIC-
Insured Notes
llarose@sheppardmullin.com

Todd Larson on behalf of Intervenor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
todd.larson@weil.com

Edgard Lebron on behalf of Interested Party Concilio Nacional de Policias
edgardlebron23@gmail.com, edgardlebron@yahoo.com

Edgard Lebron on behalf of Interested Party Frente Unido de Policias Organizados
edgardlebron23@gmail.com, edgardlebron@yahoo.com

Angela M. Libby, on behalf of Creditor Commonwealth Bondholder Group
angela.libby@davispolk.com, ecf.ct.papers@davispolk.com

Jason M. Liberi on behalf of Interested Party MORGAN STANLEY
jason.liberi@skadden.com

Jason M. Liberi on behalf of Interested Party Morgan Stanley Smith Barney LLC
jason.liberi@skadden.com

Steven Liong-Rodriguez on behalf of Plaintiff MBIA INSURANCE CORPORATION
sliong@vclawpr.com, stevenliong@outlook.com

Steven Liong-Rodriguez on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
sliong@vclawpr.com, stevenliong@outlook.com

T. Charlie Liu on behalf of Respondent Edward D. Jones & Co.
charlie.liu@morganlewis.com

Luis Manuel Lluberas on behalf of Creditor BB&T Securities, LLC
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Luis Manuel Lluberas on behalf of Creditor Branch Banking and Trust Company
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Luis Manuel Lluberas on behalf of Creditor Regions Bank
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Luis Manuel Lluberas on behalf of Creditor The Huntington National Bank
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Michael F. Lotito on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
mlotito@omm.com

CHRISTOPHER R. MADDUX on behalf of Creditor Financial Guaranty Insurance
Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

CHRISTOPHER R. MADDUX on behalf of Interested Party Financial Guaranty
Insurance Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

CHRISTOPHER R. MADDUX on behalf of Plaintiff Financial Guaranty Insurance
Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

CHRISTOPHER R. MADDUX, on behalf of Creditor Financial Guaranty Insurance
Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

GRANT R. MAINLAND on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Creditor AMBAC ASSURANCE CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Defendant Ambac Assurance Corporation,
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Intervenor AMBAC ASSURANCE CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
gmainland@milbank.com

SHARLENE M MALAVE-VALLINES on behalf of Defendant VOYA INSTITUTIONAL
TRUST COMPANY
smalave@amgprlaw.com, candi.menendez@cabreraauto.com

SHARLENE M MALAVE-VALLINES on behalf of Plaintiff VOYA INSTITUTIONAL
TRUST COMPANY
smalave@amgprlaw.com, candi.menendez@cabreraauto.com

ELAINE M MALDONADO on behalf of Defendant THE BANK OF NEW YORK MELLON
emaldonado@smlawpr.com

ELAINE M MALDONADO on behalf of Interested Party THE BANK OF NEW YORK
MELLON
emaldonado@smlawpr.com

ELAINE M MALDONADO on behalf of Intervenor THE BANK OF NEW YORK MELLON
emaldonado@smlawpr.com

JENNIFER L. MALIN on behalf of Interested Party BANK OF AMERICA, N.A.
jmalin@winston.com

JENNIFER L. MALIN on behalf of Interested Party MERRILL LYNCH CAPITAL
SERVICES, INC.
jmalin@winston.com

JENNIFER L. MALIN on behalf of Interested Party Merrill Lynch, Pierce, Fenner &
Smith Inc.
jmalin@winston.com

STEPHEN T. MANGIARACINA on behalf of Interested Party Stephen T Mangiaracina
STMangiaracina@aol.com

RAUL S MARIANI FRANCO on behalf of Interested Party Autonomous Municipality of
San Juan
marianifrancolaw@gmail.com

RAUL S MARIANI FRANCO on behalf of Intervenor Autonomous Municipality of San
Juan
marianifrancolaw@gmail.com

LUIS C MARINI BIAGGI on behalf of Cross Defendant PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant Puerto Rico Fiscal and Financial
Advisory Authority for the Commonwealth of Puerto Rico
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant The Government Development Bank of
Puerto Rico
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant Christian Sobrino
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant GERARDO JOSE PORTELA FRANCO
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant Omar J. Marrero
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant RICARDO ROSSELLO NEVARES
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant WANDA VAZQUEZ GARCED
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Interested Party Ankura Consulting Group, LLC
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Interested Party Government Development Bank
for Puerto Rico
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Plaintiff The Puerto Rico Fiscal Agency and
Financial Advisory Authority
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

ROXANNE MARQUEZ on behalf of Creditor CD BULDERS INC.
cumbasymarquez@yahoo.com, roxanne@prtc.net

WILLIAM MARRERO QUINONES on behalf of Creditor PUBLIC BUILDINGS
AUTHORITY OF PUERTO RICO
wmq@wmarrerolaw.com, williemarrero@yahoo.com

WILLIAM MARRERO QUINONES on behalf of Creditor PUERTO RICO BUILDINGS
AUTHORITY
wmq@wmarrerolaw.com, williemarrero@yahoo.com

DAVID R MARTIN on behalf of Interested Party David R Martin
dmartin@abogar.com, assistant@abogar.com

GREGG M. MASHBERG on behalf of Debtor COMMONWEALTH OF PUERTO RICO
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
gmashberg@proskauer.com

RICHARD G. MASON, on behalf of Creditor SCOTIABANK DE PUERTO RICO
rgmason@wlrk.com

CAMERON S. MATHESON on behalf of Creditor SCOTIABANK DE PUERTO RICO
cmatheson@mmlawus.com

KURT A. MAYR on behalf of Counter-Claimant QTCB Noteholder Group
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor Davidson Kempner Capital Management LP
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor OZ Management II LP
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor OZ Management, LP
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor QTBC Noteholder Group
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor QTCB Noteholder Group
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor River Canyon Fund Management, LLC
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Interested Party Canyon Capital Advisors LLC
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Intervenor QTCB Noteholder Group
kurt.mayr@morganlewis.com

EDWARD MCCARTHY on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
eddward.mccarthy@weil.com

MARK A. MCDERMOTT, on behalf of Creditor Vitol Inc.
mark.mcdermott@skadden.com, wendy.lamanna@skadden.com

ELIZABETH L. MCKEEN on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority

emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant GERARDO JOSE PORTELA
FRANCO
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant Omar J. Marrero
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant WANDA VAZQUEZ GARCED
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Interested Party Ankura Consulting Group, LLC
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Plaintiff The Puerto Rico Fiscal Agency and
Financial Advisory Authority
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
emckeen@omm.com, rdietz@omm.com

CURTIS MECHLING, on behalf of Creditor American Federation of Teachers as Agent
of Asociacion de Maestros de Puerto Rico Local Sindical
cmechling@stroock.com, mmagzamen@stroock.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPACA
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
AGUAS BUENAS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
CABO ROJO
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
CAGUAS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
JESUS OBRERO
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C LAS
PIEDRAS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
LOMAS VERDES
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C LOS
HERMANOS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C SAN
JOSE
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
SAULO D. RODRIGUEZ
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
YAUCO
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party EDUCOOP
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party FEDECOOP
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party GERENCOOP
vmedina@mhlex.com

ANDREW J. MELNICK on behalf of Creditor SCOTIABANK DE PUERTO RICO
amelnick@mmlawus.com

JESSICA E MENDEZ COLBERG on behalf of Creditor Federacion de Maestros de
Puerto Rico
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Interested Party Hospital San Juan
Capestrano, Inc
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Interested Party PROSOL UTIER
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Intervenor Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Hermandad de Empleados del
Fondo del Seguro del Estado, Inc
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Union de Medicos de la
Corporacion del Fondo del Seguro del Estado Corp. (UMCFSE)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

MARGARITA MERCADO ECHEGARAY on behalf of Plaintiff EDUARDO BHATIA
GAUTIER
margaritalmercado@gmail.com

HOMEL MERCADO JUSTINIANO on behalf of Defendant Creative Educational &
Psychological Services, Inc.
hmjlaw2@gmail.com, hmjlaw@yahoo.com;hmjlaw2@ecf.inforuptcy.com

MARIANO A MIER ROMEU on behalf of Interested Party Assured Guaranty Corp.
mmier@cabprlaw.com, marianomier4@gmail.com

MARIANO A MIER ROMEU on behalf of Interested Party Assured Guaranty Municipal
Corp.
mmier@cabprlaw.com, marianomier4@gmail.com

MARIANO A MIER ROMEU on behalf of Interested Party GAM Realty LLC
mmier@cabprlaw.com, marianomier4@gmail.com

ATARA MILLER on behalf of Counter-Claimant AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Creditor AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Defendant Ambac Assurance Corporation,
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Interested Party AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Intervenor AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

PETER W MILLER on behalf of Creditor Fe-Ri Construction, Inc.
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Creditor Ariel Ferdman
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Defendant STATE INSURANCE FUND
CORPORATION
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Defendant Javier Rivera Rios
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Interested Party Elias Sanchez-Sifonte
pwm@wbmvlaw.com, prwolverine@gmail.com

RACHEL G. MILLER ZIEGLER on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
rachel.miller-ziegler@mto.com

RACHEL G. MILLER ZIEGLER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
rachel.miller-ziegler@mto.com

SHERRY MILLMAN, on behalf of Creditor American Federation of Teachers as Agent of
Asociacion de Maestros de Puerto Rico Local Sindical
smillman@stroock.com, mmagzamen@stroock.com

DOUGLAS S. MINTZ on behalf of Creditor Cantor-Katz Collateral Monitor LLC
dmintz@orrick.com

ROSENDO E MIRANDA LOPEZ on behalf of Creditor FIDEICOMISO HERNANDEZ
CASTRODAD
notificatio@rmirandalex.net

GABRIEL MIRANDA RIVERA on behalf of Debtor Puerto Rico Public Buildings
Authority (PBA)
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Defendant Natalie A Jaresko

gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Interested Party Citigroup Global Markets
Inc.
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

NANCY A. MITCHELL on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
nmitchell@omm.com

NANCY A. MITCHELL on behalf of Interested Party Ankura Consulting Group, LLC
nmitchell@omm.com

THOMAS MOERS MAYER on behalf of Creditor Ad Hoc Group of PREPA Bondholders
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Creditor Invesco/Oppenheimer Funds
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Creditor MUTUAL FUND GROUP
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Creditor OPPENHEIMER FUNDS
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Intervenor MUTUAL FUND GROUP
tmayer@kramerlevin.com

DANIEL MOLINA LOPEZ on behalf of Creditor Roche Diagnostics Corporation
dmolinalaw@gmail.com, noticesdml@yahoo.com

LUZ CELENIA MOLINELLI GONZALEZ on behalf of Defendant Corporacion Publica
para la Supervision y Seguro de Cooperativas de Puerto Rico
luzmolinelli@gmail.com, luzmolinelli@yahoo.com

NEAL D. MOLLEN on behalf of Creditor Official Committee of Unsecured Creditors

ne'almollen@paulhastings.com

JOHN J. MONAGHAN on behalf of Creditor First Transit of Puerto Rico, Inc.
bos-bankruptcy@hklaw.com

JOHN J. MONAGHAN on behalf of Creditor First Transit of Puerto Rico, Inc.
bos-bankruptcy@hklaw.com

DORA L MONSERRATE PENAGARICANO on behalf of Creditor PEAJE
INVESTMENTS LLC
dmonserrate@gmail.com, lortiz@msglawpr.com

DORA L MONSERRATE PENAGARICANO on behalf of Interested Party Peaje
Investment, LLC
dmonserrate@gmail.com, lortiz@msglawpr.com

DORA L MONSERRATE PENAGARICANO on behalf of Plaintiff Peaje Investment, LLC
dmonserrate@gmail.com, lortiz@msglawpr.com

FELIX J. MONTANEZ MIRANDA on behalf of Interested Party Bank of America Merrill
Lynch
fmontanezmiran@yahoo.com

ERICKA C. MONTULL-NOVOA on behalf of Creditor Official Committee of Unsecured
Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Creditor Committee Official Committee of
Retired Employees of the Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Creditor Committee Official Committee of
Unsecured Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Interested Party Official Committee of
Unsecured Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Interested Party Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Intervenor Official Committee of Unsecured
Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff Committee of Unsecured Creditors
of the Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico,
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of All Title III Debtors (Other than COFINA)
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The
Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Debtors (Other Than COFINA)
emontull@cstlawpr.com

GABRIEL MORGAN on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
gabriel.morgan@weil.com

GABRIEL MORGAN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gabriel.morgan@weil.com

GABRIEL MORGAN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gabriel.morgan@weil.com

GABRIEL MORGAN on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
gabriel.morgan@weil.com

GABRIEL A MORGAN, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gabriel.morgan@weil.com

MATTHEW J. MORRIS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
MMorris@proskauer.com

RICHARD J. MORVILLO on behalf of Creditor Scottrade, Inc.
rmorvillo@orrick.com

RICHARD J. MORVILLO on behalf of Creditor TD Ameritrade Clearing, Inc.
rmorvillo@orrick.com

JOHN EDWARD MUDD on behalf of Creditor CMA Architects & Engineers LLC
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor Corporacin de Servicios Integrales de
Salud del Area de Barranquitas, Comero, Corozal, Naranjito y Orocovis
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor MUNICIPALITY OF SAN SEBASTIAN
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor PBJL Energy Corporation
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor Salud Integral en la Montana
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor Servicios Integrales de la Montaa
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant Administracion de Seguros de Salud de
Puerto Rico
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant Alpha Guards Management Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant Cabrera & Ramos Transporte, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party Alpha Guards Management, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party Cabrera & Ramos Transporte, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party MUNICIPALITY OF SAN SEBASTIAN
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party PBJL Energy Corporation
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party Iris Rodriguez-Vazquez
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Atlantic Medical Center, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff CORPORACION DE SERVICIOS INTEGRALES DE SALUD DEL AREA DE BARRANQUITAS, COMERIO, COROZAL, NARANJITO Y OROCOVIS
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Camuy Health Center, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Centro de Salud de Lares, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Centro de Servicios Primarios de Salud de Patillas, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Ciales Primary Health Center, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Corporacin de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito y Orocovis
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Corporacion de Servicios Integrales de
Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Corporacion de Servicios Medicos
Primarios y Prevencion de Hatillo, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Costa Salud, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Hospital General Castaner, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Rincon Health Center, Inc.
johnmuddlaw@gmail.com

TARIQ MUNDIYA on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
tmundiya@willkie.com

TARIQ MUNDIYA on behalf of Interested Party Bettina Whyte
tmundiya@willkie.com

TIMOTHY W. MUNGOVAN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant COMMONWEALTH OF PR
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Financial Oversight Management
Board
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Puerto Rico Electric Power Authority
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Puerto Rico Highways &
Transportation Authority
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant ANA J MATOSANTOS
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant ANDREW G BIGGS
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant ARTHUR J GONZALEZ
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Ana J. Matosantos

tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Andrew G. Biggs
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Arthur J. Gonzalez
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant CARLOS M. GARCIA
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Carlos M Garcia
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant DAVID A SKEEL, JR
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant David A. Skeel, Jr.
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant JOSE B CARRION III
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant JOSE R GONZALEZ
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Jose B. Carrion III
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Jose R Gonzalez
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Jose R. Gonzalez
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant NATALIE A. JARESKO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Natalie A Jaresko
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

MAURICIO O MUNIZ LUCIANO on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
mmuniz@mpmlawpr.com, graya@mpmlawpr.com;mmuniz@ecf.courtdrive.com

EDGARDO MUNOZ on behalf of Creditor COOPERATIVA A/C ISABELA
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor COOPERATIVA DE AHORRO Y CRDITO DE
ISABELA
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor COOPERATIVA DE AHORRO Y CREDITO
DE ISABELA
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor EDGARDO MUNOZ PSC
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor QUEBRADA BONITA CRL
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

Steve Y. Ma on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
sma@proskauer.com

Roberto O. Maldonado-Nieves on behalf of Creditor Union Independiente de
Empleados of the Puerto Rico Water and Sewer Authority
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Asociacion Jubilados de
Autoridad de Energia Electrica
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Asociacion de Inspectores
de Juegos de Azar
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union Independiente de
Empleados of the Puerto Rico Water and Sewer Authority
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union Insular de
Trabajadores Industriales y Construcciones Electricas
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union Nacional de
Educadores y Trabajadores de Educacion
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados
Profesionales Independiente
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados
Profesionales Independientes
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados de
Oficina y Profesionales de AEP
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados del
Banco de la Vivienda
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de empleados de
oficina comercio
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party VAMOS Movimiento de
Concertacion Ciudadana
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party MANUEL NATAL-ALBELO
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Rene Pinto-Lugo
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Asociacion de Inspectores de
Juegos de Azar
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Asociacion de Jubilados de AEE
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff UNETE

romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Empleados Oficina Comercio
y Ramas Anexas Puertos
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Independiente Autoridad de
Acueductos
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Insular de Trabajadores
Industriales y Construcciones Electricas
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Trabajadores Banco Vivienda
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union de Empleados Profesionales
Independiente
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union de Empleados de Oficina y
Profesionales de AEP
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff VAMOS Movimiento de
Concertacion Ciudadana
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Rene Pinto-Lugo
romn1960@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Defendant BANCO POPULAR DE
PUERTO RICO
donna.maldonado@popular.com, donna404@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Interested Party BANCO POPULAR DE
PUERTO RICO
donna.maldonado@popular.com, donna404@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Interested Party POPULAR, INC.
donna.maldonado@popular.com, donna404@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Interested Party Popular Securities, LLC
donna.maldonado@popular.com, donna404@gmail.com

Stephen T Mangiaracina on behalf of Interested Party Stephen T Mangiaracina
stmangiaracina@aol.com

Jorge Martinez-Luciano on behalf of Intervenor-Defendant Asociacion de Alcaldes de
Puerto Rico
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff ANGEL MATOS-GARCIA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff BRENDA LOPEZ-DE-
ARRARAS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff CARLOS BIANCHI-ANGLERO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JAVIER APONTE-DALMAU
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JESUS SANTA-RODRIGUEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JOSE DIAZ-COLLAZO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JOSE VARELA-FERNANDEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LUIS ORTIZ-LUGO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LUIS TORRES-CRUZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LUIS VEGA-RAMOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LYDIA MENDEZ-SILVA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff MANUEL NATAL-ALBELO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff RAMON CRUZ-BURGOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff Rafael Hernandez-Montanez
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Other Professional Prime Clerk
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ANGEL GONZALEZ-DAMUDT
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ANGEL MATOS-GARCIA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff BRENDA LOPEZ-DE-ARRARAS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CARLOS BIANCHI-ANGLERO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CARLOS DELGADO-ALTIERI
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CARMEN MALDONADO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CIRILO TIRADO-RIVERA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff HERIBERTO VELEZ-VELEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ISIDRO NEGRON-IRIZARRY
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JAVIER APONTE-DALMAU
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JESUS MARQUEZ-RODRIGUEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JESUS SANTA-RODRIGUEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JORGE GONZALEZ-OTERO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JOSE DIAZ-COLLAZO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JOSE SANTIAGO-RIVERA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JOSE VARELA-FERNANDEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JULIA NAZARIO-FUENTES
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LUIS ORTIZ-LUGO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LUIS TORRES-CRUZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LUIS VEGA-RAMOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LYDIA MENDEZ-SILVA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff MANUEL NATAL-ALBELO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff MARCOS CRUZ-MOLINA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff MIGUEL PEREIRA-CASTILLO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff OSCAR SANTIAGO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff PEDRO GARCIA-FIGUEROA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff RAMON CRUZ-BURGOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff RAMON HERNANDEZ-TORRES
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ROBERTO RAMIREZ-KURTZ

jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ROBERTO RIVERA-RUIZ DE PORRAS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ROSSANA LOPEZ-LEON
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff Rafael Hernandez-Montanez
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff SERGIO TORRES-TORRES
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Richard G. Mason on behalf of Creditor Cortland Capital Market Services LLC
rgmason@wlrk.com

Rachel Jaffe Mauceri on behalf of Respondent Edward D. Jones & Co.
rachel.mauceri@morganlewis.com

Hector M Mayol-Kauffmann on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
hector.mayol@bennazar.org, hectormayol@yahoo.com

Hector M Mayol-Kauffmann on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
hector.mayol@bennazar.org, hectormayol@yahoo.com

MICHAEL CRAIG McCALL on behalf of Creditor Del Valle Group, S.P.
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Fideicomiso Del Valle Martinez II
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Fideocomiso Del Valle Martinez II
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Reliable Equipment Corporation
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Maria A. Martinez
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Pablo Del Valle Rivera
craigmcc@me.com, michaelm@caribe.net

Aaron G. McCollough on behalf of Interested Party BMO Capital Markets GKST
amccollough@mcguirewoods.com

Aaron G. McCollough on behalf of Interested Party Jefferies LLC
amccollough@mcguirewoods.com

KELLY McDONALD on behalf of Interested Party EcoElectrica, L.P.
Kelly.McDonald@shearman.com

MATTHEW D. McGILL on behalf of Interested Party Aurelius Investment, LLC
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Interested Party Aurelius Opportunities Fund, LLC
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Interested Party Lex Claims, LLC
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Plaintiff ASSURED GUARANTY CORP
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
mmcgill@gibsondunn.com

LORRAINE S. McGOWEN on behalf of Interested Party RBC Capital Markets, LLC
LMcGowen@orrick.com

Thomas P. McLish on behalf of Creditor Cobra Acquisitions LLC
tmclish@akingump.com

Curtis C. Mechling on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
cmechling@stroock.com, mmagzamen@stroock.com

Curtis C. Mechling on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
cmechling@stroock.com, mmagzamen@stroock.com

Curtis C. Mechling on behalf of Plaintiff American Federation of Teachers, AFL-CIO
cmechling@stroock.com, mmagzamen@stroock.com

Jose R. Mendez-Bonnin
menema51@gmail.com

Michael T. Mervis on behalf of Defendant Financial Oversight and Management Board
for Puerto Rico
MMervis@proskauer.com

Michael T. Mervis on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
MMervis@proskauer.com

Sherry Millman, on behalf of Creditor AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
smillman@stroock.com, mmagzamen@stroock.com

Sherry Millman, on behalf of Plaintiff AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
smillman@stroock.com, mmagzamen@stroock.com

Sherry J. Millman on behalf of Plaintiff American Federation of Teachers, AFL-CIO
smillman@stroock.com, mmagzamen@stroock.com

Joseph Minias on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jminias@willkie.com, mao@willkie.com

Joseph Minias on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
jminias@willkie.com, mao@willkie.com

Joseph Minias on behalf of Interested Party Bettina Whyte
jminias@willkie.com, mao@willkie.com

Jesus R Morales-Cordero on behalf of Creditor MANAGERIAL EMPLOYEES OF THE
HTA
moracor@gmail.com, bufetemoralescordero@gmail.com

Stephanie N. Morrison on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
stephanie.morrison@weil.com

Joseph L. Motto on behalf of Interested Party MERRILL LYNCH CAPITAL SERVICES,
INC.
jmotto@winston.com

Joseph L. Motto on behalf of Interested Party Merrill Lynch, Pierce, Fenner & Smith Inc.
jmotto@winston.com

David A. Munkittrick on behalf of Defendant COMMONWEALTH OF PUERTO RICO

kmunkittrick@proskauer.com

David A. Munkittrick on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
kmunkittrick@proskauer.com

David A. Munkittrick on behalf of Defendant Natalie A Jaresko
kmunkittrick@proskauer.com

David A. Munkittrick on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
kmunkittrick@proskauer.com

Luisa Murray Soto
lumurr@gmail.com, luisamurr@yahoo.com

NILDA M NAVARRO CABRER on behalf of Attorney NILDA M NAVARRO CABRER
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Defendant Bettina Whyte, as agent of, the
Puerto Rico Sales Tax Financing Corporation
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Interested Party BMO Capital Markets
GKST
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Interested Party Jefferies LLC
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Interested Party Bettina Whyte
licnav@prtc.net

CYNTHIA NAVARRO PAGAN on behalf of Creditor COOPERATIVA A/C LA
PUERTORRIQUENA
navarrosanj@aol.com

MIGUEL A. NAZARIO on behalf of Creditor Trinity Services I, LLC
man@nblawpr.com

LEMUEL NEGRON COLON on behalf of Creditor Cooperativa de Ahorro y Credito
Caribecoop.
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Cooperativa de Ahorro y Credito
Jayucoop
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Farmacia La Ventana, Inc.
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor PONCE REAL ESTATE
CORPORATION
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Jose R. Criado
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Josefina Del Valle
lemuel.law@gmail.com

PETER G. NEIMAN on behalf of Consultant Citigroup Global Markets Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Creditor J.P. Morgan Securities LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Citigroup Global Markets Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Goldman Sachs & Co. LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party MORGAN STANLEY
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Merrill Lynch, Pierce, Fenner & Smith
Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party RBC Capital Markets, LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Santander Securities, LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party UBS Financial Services Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party UBS Securities LLC

peter.neiman@wilmerhale.com

DEBORAH NEWMAN on behalf of Interested Party Lawful Constitutional Debt Coalition
deborahnewman@quinnemanuel.com

FLOYD C. NEWTON, III on behalf of Defendant GDB Debt Recovery Authority
fnewton@kslaw.com

FLOYD C. NEWTON, III on behalf of Defendant David Pauker
fnewton@kslaw.com

FLOYD C. NEWTON, III on behalf of Defendant JORGE L. PADILLA
fnewton@kslaw.com

FLOYD C. NEWTON, III on behalf of Defendant Matthew Karp
fnewton@kslaw.com

PEDRO NICOT SANTANA on behalf of Creditor Caribbean Hospital Corporation
pedronicot@gmail.com

JUAN C. NIEVES GONZALEZ on behalf of Creditor Committee Official Committee of
Unsecured Creditors
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Creditor Marcia Gil-Caraballo
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff THE SPECIAL CLAIMS
COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico
jnieves@cstlawpr.com, agarcia@cstlawpr.com

ANIBAL JOSE NUNEZ GONZALEZ on behalf of Creditor Total Petroleum Puerto Rico
Corp.

anunez@smclawpr.com, notifications.ajn@gmail.com,anunez@ecf.courtdrive.com

William J. Natbony on behalf of Interested Party Assured Guaranty Corp.
william.natbony@cwt.com

William J. Natbony on behalf of Interested Party Assured Guaranty Municipal Corp.
william.natbony@cwt.com

William J. Natbony on behalf of Intervenor Assured Guaranty Corp.
william.natbony@cwt.com

William J. Natbony on behalf of Intervenor Assured Guaranty Municipal Corp.
william.natbony@cwt.com

David Neier on behalf of Creditor Medley Credit Opportunity Cayman Fund LP
DNeier@winston.com

James A. Newton on behalf of Creditor Fir Tree Partners
jnewton@mofo.com

James A. Newton on behalf of Defendant Blackrock Financial Management, Inc.
jnewton@mofo.com

James A. Newton on behalf of Defendant Candlewood Constellation SPC Ltd.
jnewton@mofo.com

James A. Newton on behalf of Defendant Candlewood Investment Group, LP
jnewton@mofo.com

James A. Newton on behalf of Defendant Deutsche Bank Securities, Inc.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Emso Asset Management Limited,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Select Drawdown L.P.
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Select Fund, L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FT COC (E) Holdings, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FT SOF IV Holdings, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Capital Opportunity Master Fund III,
LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Capital Opportunity Master Fund, LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Partners
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Value Master Fund, LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant First Pacific Advisors, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant JNL Multi-Manager Alternative Fund, a Series
of JNL Services Trust
jnewton@mofo.com

James A. Newton on behalf of Defendant Lannan Foundation,
jnewton@mofo.com

James A. Newton on behalf of Defendant Litman Gregory Masters Alternative
Strategies Fund, a Series of Litman Gregory Funds Trust,

jnewton@mofo.com

James A. Newton on behalf of Defendant Mason Capital Master Fund, L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Pelican Fund LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant Silver Point Capital Fund, L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Ulysses Offshore Fund, Ltd.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Ulysses Partners, LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant VR Advisory Services, Ltd.,
jnewton@mofo.com

James A. Newton on behalf of Defendant VR Global Partners, LP,
jnewton@mofo.com

WESTON L. O'BLACK on behalf of Creditor Vitol Inc.
woblack@susmangodfrey.com

PATRICK D O'NEILL on behalf of Creditor Carmen M. Huertas & Jose Buitrago
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor CARMEN M. HUERTAS
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Edlin S. Buitrago Huertas
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Helvia S. Caparros Saltos
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Jose Buitrago
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Patrick D. O'Neill

pdo@go-law.com, yalfonseca@go-law.com

Paul Bradley O'Neill on behalf of Creditor Invesco/Oppenheimer Funds
boneill@kramerlevin.com

Paul Bradley O'Neill on behalf of Creditor OPPENHEIMER FUNDS
boneill@kramerlevin.com

SEVAN J. OGULLUK on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Andalusian Global Designated Activity
Company
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Crown Managed Accounts for and on behalf
of Crown/PW SP
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Glendon Opportunities Fund, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Mason Capital Master Fund LP
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund IX (Parallel),
L.P.

sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund X, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oceana Master Fund Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Ocher Rose
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor PWCM Master Fund Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Redwood Master Fund, Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor SV Credit, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Interested Party Glendon Opportunities Fund, L.P.
sogulluk@jonesday.com

RAFAEL A OJEDA DIEZ on behalf of Defendant Jaime B. Fuster Estate
rafaelojeda@ojedalawpr.com

LUIS A OLIVER on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Defendant LS Innovative Education Center, Inc.
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Aurelius Capital Management, LP
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Aurelius Investment, LLC
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Aurelius Opportunities Fund, LLC
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Lex Claims, LLC
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Intervenor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant GDB Debt Recovery Authority
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant David Pauker
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant JORGE L. PADILLA
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant Matthew Karp
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

RAFAEL V OLIVIERI GEIGEL on behalf of Creditor ANTILLES POWER DEPOT, INC.
lawrog@gmail.com, n_cruzmartinez@yahoo.com

THEODORE B. OLSON on behalf of Interested Party Aurelius Investment, LLC
tolson@gibsondunn.com

THEODORE B. OLSON on behalf of Interested Party Aurelius Opportunities Fund, LLC
tolson@gibsondunn.com

THEODORE B. OLSON on behalf of Interested Party Lex Claims, LLC
tolson@gibsondunn.com

MIGUEL OPPENHEIMER on behalf of Creditor Corporacion Marcaribe Investment
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Lumar Development Corp.
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Carmen Gloria Acevedo Pagan
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Hector Acevedo Pagan
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Vicente Perez-Acevedo
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Virgilio Fernando Acevedo Rivera
miguelo@oppenheimerlaw.com

RANDALL OPPENHEIMER on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
roppenheimer@omm.com

GARY ORSECK on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor ACP MASTER, LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AURELIUS INVESTMENT, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AUTONOMY MASTER FUND LIMITED
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor Ad Hoc Group of General Obligation Bondholders
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor Aurelius Capital Master, Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor Aurelius Convergence Master, Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS I LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS II LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS III LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS IV LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS V LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor LEX CLAIMS, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor LMAP 903 LIMITED
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MCP HOLDINGS MASTER LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH DEBT RECOVERY MASTER FUND
LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
gorseck@robbinsrussell.com
GARY ORSECK on behalf of Creditor MPR INVESTORS LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor P MONARCH RECOVERY LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor PERMAL STONE LION FUND LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor PINEHURST PARTNERS, L.P

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor PRISMA SPC HOLDINGS LTD. SEGREGATED
PORTFOLIO AG
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor RRW I LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SENATOR GLOBAL OPPORTUNITY MASTER
FUND LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SL LIQUIDATION FUND L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SL PUERTO RICO FUND II L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SL PUERTO RICO FUND L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant ACP Master, Ltd.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Aurelius Capital Master, Ltd.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Aurelius Investment, LLC,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Aurelius Opportunities Fund, LLC,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Autonomy Master Fund Limited
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Corbin Opportunity Fund, L.P.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Lex Claims, LLC,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Pinehurst Partners, L.P.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Intervenor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff ACP Master, Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Capital Master, Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Convergence Master, Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Investment, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Opportunities Fund, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Autonomy Master Fund Limited
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Corbin Opportunity Fund, L.P.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff FCO Special Opportunities (A1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff FCO Special Opportunities (D1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings I LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings II LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings III LLC

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings IV LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings V LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff LMAP 903 Limited
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Lex Claims, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff MCP Holdings Master LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff MPR Investors LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Capital Master Partners II LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Capital Master Partners III LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Capital Master Partners IV LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff P Monarch Recovery Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Pinehurst Partners, LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff RRW I LLC
gorseck@robbinsrussell.com

ORLANDO ORTIZ CINTRON on behalf of Creditor ILEANA ORTIZ SANTIAGO
orlando1701@gmail.com

ORLANDO ORTIZ CINTRON on behalf of Creditor JULIO E LEANDRY HERNANDEZ
orlando1701@gmail.com

LUIS RAMON ORTIZ SEGURA on behalf of Creditor AIG INSURANCE COMPANY -
PUERTO RICO
l.ortizsegura@ploolaw.com;, luisortizsegura@gmail.com

LUIS RAMON ORTIZ SEGURA on behalf of Creditor P.R. Used Oil Collectors, Inc.
l.ortizsegura@ploolaw.com;, luisortizsegura@gmail.com

LUIS RAMON ORTIZ SEGURA on behalf of Defendant S.H.V.P. Motor Corp.
l.ortizsegura@ploolaw.com;, luisortizsegura@gmail.com

GEORGE OTERO CALERO on behalf of Interested Party SAMUEL RODRIGUEZ
CLAUDIO
otero_and_assoc@hotmail.com

ROBERTO OTERO ORTEGA on behalf of Interested Party Gerson Gonzalez-Ricano
rotero@legalcounselorspr.com, rotero@ccdlawpr.com

Jose Ramon Olmo-Rodriguez on behalf of Interested Party Rose Marie Flores-Perez
jrolmo1@gmail.com, olmorody@gmail.com

Ricardo L. Ortiz-Colon on behalf of Creditor MANAGEMENT CONSULTANTS &
COMPUTER SERVICES INC.
rortiz@rloclaw.onmicrosoft.com, ortizcolonricardo@gmail.com

FRANSHESKA JANET PABON on behalf of Interested Party M Solar Generating LLC
FPabon@lvvlaw.com, NCruz@lvvlaw.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Aristeia Horizon, LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
1, LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
10, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
2, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
3, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
4, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
5, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
6, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
7, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings 8, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings 9, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Fideicomiso Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Golden Tree Asset Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Old Bellows Partners LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Scoggin Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Taconic Opportunity Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Tilden Park Capital
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Whitebox Advisors
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Aristea Horizons, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor CRS Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Camino Cipres LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Camino Roble LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canary SC Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canyon Balanced Master
Fund, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canyon Capital Advisors LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canyon Value Realization
Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cobra Acquisitions LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Crescent 1, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cyrus Opportunities Master
Fund II, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cyrus Select Opportunities
Master Fund, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cyrus Special Strategies
Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 1, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 10, L.L.C.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 2, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 3, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 4, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 5, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 6, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 7, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 8, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 9, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Merced Partners IV, L.P.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Merced Partners Limited
Partnership
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Merced Partners V, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Pandora Select Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor River Canyon Fund
Management LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor River Canyon Fund
Management, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor SB Special Situation Master
Fund SPC, Segregated Portfolio D
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Scoggin International Fund
Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Scoggin Worldwide Fund Ltd.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Taconic Master Fund 1.5 L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Taconic Opportunity Master
Fund L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor The Canyon Value Realization
Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor The Varde Skyway Master
Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Tilden Park Investment
Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Varde Credit Partners Master,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Varde Investment Partners
(Offshore) Master, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Varde Investment Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Asymmetric Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Institutional Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Term Credit Fund I L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Jose F Rodriguez-Perello
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Aristeia Horizon, LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 1, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 10, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 2, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 3, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 4, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 5, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 6, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescalera.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 7, LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 8,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 9,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Fideicomiso Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Golden Tree Asset
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Old Bellows Partners
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Scoggin Management
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Taconic Master Fund
1.5 LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Taconic Opportunity
Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Tilden Park Capital
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Whitebox Advisors
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Aristea Horizons, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Aristeia Capital, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party CRS Master Fund,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Camino Cipres LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Camino Roble LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Canary SC Master
Fund, L.P.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Canyon Capital
Advisors LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Crescent 1, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Capital
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Opportunities
Master Fund II, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Select
Opportunities Master Fund, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Special
Strategies Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 1,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 10,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 2,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 3,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 4,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 5,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 6,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 7,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 8,
L.L.C.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 9,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Fideicomiso Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party GoldenTree Asset
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Lawful Constitutional
Debt Coalition
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Merced Partners IV,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Merced Partners
Limited Partnership
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Merced Partners V,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party River Canyon Fund
Management LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party SB Special Situation
Master Fund SPC, Segregated Portfolio D
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Scoggin International
Fund Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Scoggin Management
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Scoggin Worldwide
Fund Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Taconic Capital
Advisors L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Taconic Master Fund
1.5 L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Taconic Opportunity
Master Fund L.P.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party The Varde Skyway
Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Tilden Park Capital
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Tilden Park
Investment Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Varde Credit Partners
Master, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Varde Investment
Partners (Offshore) Master, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Varde Investment
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Whitebox Advisors
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Jose F Rodriguez-
Perello
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Aristeia Horizon,
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 1, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 10, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 2, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 3, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 4, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 5, LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 6, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 7, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 8, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 9, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Fideicomiso
Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Golden Tree
Asset Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Lawful
Constitutional Debt Coalition
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Old Bellows
Partners LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Scoggin
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Taconic Master
Fund 1.5 LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Taconic
Opportunity Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Tilden Park
Capital Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Whitebox
Advisors LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

BRIAN E. PASTUSZENSKI on behalf of Interested Party Goldman Sachs & Co. LLC
bpastuszenski@goodwinlaw.com

TEAGUE PATERSON on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
tpaterson@afscme.org

TEAGUE PATERSON on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
tpaterson@afscme.org

TEAGUE P PATERSON, on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
tpaterson@afscme.org

JAMES L. PATTON, on behalf of Interested Party BANCO POPULAR DE PUERTO
RICO
jpatton@ycst.com

ASHLEY PAVEL on behalf of Interested Party Ankura Consulting Group, LLC
apavel@omm.com

ASHLEY PAVEL on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
apavel@omm.com

GERARDO PAVIA CABANILLAS on behalf of Creditor Super Asphalt Pavement, Corp.
gerardopavialaw@msn.com

DANIEL M. PAYNE on behalf of Creditor SCOTIABANK DE PUERTO RICO
dpayne@mmlawus.com

JAMES M. PECK on behalf of Counter-Claimant PBA Funds
jpeck@mofo.com

JAMES M. PECK on behalf of Creditor Candlewood Investment Group
jpeck@mofo.com

JAMES M. PECK on behalf of Creditor Fir Tree Partners
jpeck@mofo.com

JAMES M. PECK on behalf of Creditor PBA Funds
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Blackrock Financial Management, Inc.
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Candlewood Constellation SPC Ltd.
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Candlewood Investment Group, LP
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Deutsche Bank Securities, Inc.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Emso Asset Management Limited,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Select Drawdown L.P.
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Select Fund, L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FT COC (E) Holdings, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FT SOF IV Holdings, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Capital Opportunity Master Fund III,
LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Capital Opportunity Master Fund, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Partners
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Value Master Fund, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant First Pacific Advisors, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant JNL Multi-Manager Alternative Fund, a Series
of JNL Services Trust
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Lannan Foundation,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Litman Gregory Masters Alternative Strategies
Fund, a Series of Litman Gregory Funds Trust,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Mason Capital Master Fund, L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Pelican Fund LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Silver Point Capital Fund, L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Ulysses Offshore Fund, Ltd.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Ulysses Partners, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant VR Advisory Services, Ltd.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant VR Global Partners, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Intervenor PBA Funds
jpeck@mofo.com

JORGE I. PEIRATS on behalf of Interested Party Pietrantoni Mendez & Alvarez LLC
jpeirats@pmalaw.com

THOMAS T. PENNINGTON, on behalf of Creditor Morovis Community Health Center, Inc.
tpennington@renocavanaugh.com

WILLIAM Z. PENTELOVITCH on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
bill.pentelovitch@maslon.com

DIANA M. PEREZ on behalf of Defendant PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
dperez@omm.com

DIANA M. PEREZ on behalf of Defendant Christian Sobrino Vega
dperez@omm.com

DIANA M. PEREZ on behalf of Defendant GERARDO JOSE PORTELA FRANCO
dperez@omm.com

DIANA M. PEREZ on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
dperez@omm.com

KATIRIA M PEREZ on behalf of Interested Party Consuelo Ramos Aguiar
katiriap@yahoo.com

DIANA PEREZ SEDA on behalf of Creditor ASSURED GUARANTY CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party ASSURED GUARANTY CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party ASSURED GUARANTY MUNICIPAL CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party Assured Guaranty Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party Assured Guaranty Municipal Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Intervenor Assured Guaranty Corp.

dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Intervenor Assured Guaranty Municipal Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff ASSURED GUARANTY CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff Assured Guaranty Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff Assured Guaranty Municipal Corp.
dperez@cabprlaw.com

FREDDIE PEREZ GONZALEZ on behalf of Creditor Caribbean Hospital Corporation
fperez@fpglaw.com, fredper@prtc.net

FREDDIE PEREZ GONZALEZ on behalf of Creditor Freddie Perez Gonzalez
fperez@fpglaw.com, fredper@prtc.net

FREDDIE PEREZ GONZALEZ on behalf of Creditor Mercedes Irizarry Ferrer
fperez@fpglaw.com, fredper@prtc.net

CARMENELISA PEREZ KUDZMA on behalf of Creditor Corporacion Marcaribe
Investment
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Lumar Development Corp.
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Carmen Gloria Acevedo Pagan
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Hector Acevedo Pagan
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Vicente Perez-Acevedo
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Virgilio Fernando Acevedo
Rivera
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Interested Party Virgilio Fernando
Acevedo Rivera
carmenelisa@pklolaw.com, mesmus@aol.com

ERIC PEREZ OCHOA on behalf of Counter-Claimant NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

RICARDO R PEREZ PIETRI on behalf of Interested Party POPULAR AUTO LLC
rperez@ppdrlaw.com, juanita@ppdrlaw.com

DANIEL J PEREZ REFOJOS on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Debtor Puerto Rico Public Buildings Authority
(PBA)

daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant COMMONWEALTH OF PR
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant COMMONWEALTH OF P.R.
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party Citigroup Global Markets
Inc.
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

KEVIN J. PERRA on behalf of Debtor COMMONWEALTH OF PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant COMMONWEALTH OF PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant ANA J MATOSANTOS
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant ANDREW G BIGGS
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant ARTHUR J GONZALEZ
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Ana J. Matosantos
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Andrew G. Biggs

KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Arthur J. Gonzalez
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant CARLOS M. GARCIA
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Carlos M. Garcia
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant DAVID A SKEEL, JR
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant David A. Skeel, Jr.
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant JOSE B CARRION III
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant JOSE R GONZALEZ
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Jose Gonzalez
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Jose B. Carrion III
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Jose R. Gonzalez
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant NATALIE A. JARESKO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Plaintiff FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
KPerra@proskauer.com

JONATHAN PERRELLE on behalf of Creditor Solus Alternative Asset Management LP
jperrelle@klmllp.com

LANORA C. PETTIT on behalf of Creditor ACP MASTER, LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS CAPITAL MASTER, LTD

lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS CONVERGENCE MASTER, LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS INVESTMENT, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AUTONOMY MASTER FUND LIMITED
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor Aurelius Capital Master, Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor Aurelius Convergence Master, Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS I LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS II LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS III LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS IV LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS V LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor LEX CLAIMS, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor LMAP 903 LIMITED
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MCP HOLDINGS MASTER LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MPR INVESTORS LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor P MONARCH RECOVERY LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff ACP Master, Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Capital Master, Ltd.

lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Convergence Master, Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Investment, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Opportunities Fund, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Autonomy Master Fund Limited
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Corbin Opportunity Fund, L.P.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff FCO Special Opportunities (A1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff FCO Special Opportunities (D1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings I LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings II LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings III LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings IV LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings V LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff LMAP 903 Limited
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Lex Claims, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff MCP Holdings Master LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff MPR Investors LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Capital Master Partners II LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Capital Master Partners III LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Capital Master Partners IV LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff P Monarch Recovery Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Pinehurst Partners, LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff RRW I LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

BRIAN D. PFEIFFER on behalf of Creditor Doral Financial Corporation

brian.pfeiffer@whitecase.com

ROBERT J. PFISTER on behalf of Interested Party Bettina Whyte
rpfister@ktbslaw.com

MARIA E PICO on behalf of Creditor Financial Guaranty Insurance Company
mpico@rexachpico.com

MARIA E PICO on behalf of Interested Party Financial Guaranty Insurance Company
mpico@rexachpico.com

MARIA E PICO on behalf of Plaintiff Financial Guaranty Insurance Company
mpico@rexachpico.com

LESLIE A. PLASKON on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Creditor Official Committee of Unsecured Creditors
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Creditor Committee Official Committee of Unsecured
Creditors
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Intervenor Official Committee of Unsecured Creditors
leslieplaskon@paulhastings.com

MADHU POCHA on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
mpocha@omm.com

MADHU POCHA on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
mpocha@omm.com

FRANK POLA, JR on behalf of Interested Party Depository Trust Company
fpola@onelinkpr.net

FRANK POLA, JR on behalf of Interested Party Josue Ismael Saavedra Vera
fpola@onelinkpr.net

JONATHAN D POLKES, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

MATTHEW P. PORCELLI on behalf of Creditor Autopistas Metropolitanas de Puerto
Rico, LLC
mporcelli@gibsondunn.com

BRIAN J. PORONSKY on behalf of Interested Party Wells Fargo Bank, National
Association
brian.poronsky@kattenlaw.com

BRIAN J. PORONSKY on behalf of Interested Party Wells Fargo Securities, LLC
brian.poronsky@kattenlaw.com

PETER JOHN PORRATA on behalf of Creditor Michael Melendez
email@peterjohnporrata.com,
pjp@peterjohnporrata.com;peterjohnporrata@gmail.com;peterjohnporrata@yahoo.com;
peterjohnporrata@aol.com

PAUL V. POSSINGER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant COMMONWEALTH OF PR
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant COMMONWEALTH OF PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant Natalie A Jaresko
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.

ppossinger@proskauer.com

DAVID POWLEN on behalf of Creditor Roche Diagnostics Corporation
david.powlen@btlaw.com

ROBERTO L. PRATS PALERM on behalf of Creditor GILA LLC
rprats@rpplaw.com, mchiesa@rpplaw.com

MEGAN PREUSKER on behalf of Interested Party GOLDMAN SACHS ASSET
MANAGEMENT LP
mpreusker@mwe.com

Luis E Pabon Roca on behalf of Creditor Bermudez, Longo, Diaz-Masso, LLC
lpabonroca@microjuris.com, facciopabonroca@microjuris.com

Tanaira Padilla on behalf of Plaintiff Asociacion Puertorriquena de Profesores
Universitarios
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Angel Rodriguez-Rivera
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Annabell C. Segarra
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Frances Bothwell-del Toro
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Heriberto Marin-Centeno
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Ivette Bonet-Rivera
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Javier Cordova-Iturregui
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Lida Orta-Anes
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Nydia E. Cheverez-Rodriguez
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Yohana De Jesus-Berrios
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Julio J Pagan-Perez on behalf of Defendant Puerto Rico Public Building Authority
julio.pagan@g2la.com, jjpaganlawoffice@gmail.com

Julio J Pagan-Perez on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY
OF PUERTO RICO
julio.pagan@g2la.com, jjpaganlawoffice@gmail.com

Luis E. Palou Balsa on behalf of Creditor Celeste Gomez Biamon
lpb@npclawyers.com

Luis E. Palou Balsa on behalf of Creditor GLENDA LIZ RIVERA MORALES
lpb@npclawyers.com

Luis E. Palou Balsa on behalf of Creditor JAVIER ANTONIO BRANA LIZARDI
lpb@npclawyers.com

Luis E. Palou Balsa on behalf of Creditor JOSE ANTONIO DIAZ MARCANO
lpb@npclawyers.com

Angela M. Papalaskaris on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Angela M. Papalaskaris on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Angela M. Papalaskaris on behalf of Plaintiff The Special Claims Committee of the
Financial Oversight and Management Board for Puerto Rico, by and through its
Members
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Angela M. Papalaskaris, on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Matthew E. Papez on behalf of Creditor Andalusian Global Designated Activity
Company
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Glendon Opportunities Fund, L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Mason Capital Master Fund LP
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oceana Master Fund Ltd.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Ocher Rose
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor PWCM Master Fund Ltd.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor SV Credit, L.P.
mpapez@jonesday.com

Ken Pasquale on behalf of Plaintiff American Federation of Teachers, AFL-CIO
kpasquale@stroock.com, mmagzamen@stroock.com

Kenneth Pasquale, on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
kpasquale@stroock.com, mmagzamen@stroock.com

Kenneth Pasquale, on behalf of Creditor American Federation of Teachers as Agent of
Asociacion de Maestros de Puerto Rico Local Sindical

kpasquale@stroock.com, mmagzamen@stroock.com

James L Patton on behalf of Defendant BANCO POPULAR DE PUERTO RICO
jpatton@ycst.com

James L Patton on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
jpatton@ycst.com

James L Patton on behalf of Interested Party Popular Securities, LLC
jpatton@ycst.com

Susana I Penagaricano-Brown on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant Administracion de Seguros de
Salud de Puerto Rico
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant COMMONWEALTH OF PR
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant Francisco Pares Alicea
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant Jose Alberto Maymo Azize
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant RICARDO ROSSELLO
NEVARES
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant WANDA VAZQUEZ GARCED
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Thomas T Pennington on behalf of Creditor Concilio de Salud Integral de Loiza, Inc.
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor Corporacion de Servicios de Salud y
Medicina Avanzada
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor HPM FOUNDATION, INC.
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor Migrant Health Center, Inc.
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor NEOMED CENTER, INC.
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor Salud Integral en la Montana
tpennington@renocavanaugh.com

Isel M. Perez, on behalf of Creditor Andalusian Global Designated Activity Company
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Glendon Opportunities Fund, L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor LMA SPC for and on behalf of Map 98 Segregated
Portfolio
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Mason Capital Master Fund LP
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oceana Master Fund Ltd.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Ocher Rose
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor PWCM Master Fund Ltd.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor SV Credit, L.P.
iperez@jonesday.com

Nayda Ivette Perez-Roman on behalf of Creditor Ad Hoc Group of PREPA Bondholders
nperez@tcmrslaw.com, naydaperez@gmail.com

Nayda Ivette Perez-Roman on behalf of Creditor Knighthead Capital Management, LLC
nperez@tcmrslaw.com, naydaperez@gmail.com

Sarah E. Phillips on behalf of Creditor SOLA LTD
sarah.phillips@stblaw.com

Sarah E. Phillips on behalf of Creditor Solus Opportunities Fund 5 LP
sarah.phillips@stblaw.com

Sarah E. Phillips on behalf of Interested Party Ultra Master LTD
sarah.phillips@stblaw.com

Sarah E. Phillips on behalf of Interested Party Ultra NB LLC
sarah.phillips@stblaw.com

Andres F. Pico-Ramirez on behalf of Counter-Claimant AD HOC GROUP OF
GENERAL OBLIGATION BONDHOLDERS
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant ACP Master, Ltd.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Aurelius Capital Master, Ltd.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Aurelius Investment, LLC,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Aurelius Opportunities Fund, LLC,

apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Autonomy Master Fund Limited
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Corbin Opportunity Fund, L.P.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Lex Claims, LLC,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Pinehurst Partners, L.P.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff ACP Master, Ltd
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Capital Master, Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Convergence Master, Ltd
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Investment, LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Opportunities Fund, LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Autonomy Master Fund Limited
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Corbin Opportunity Fund, L.P.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff FCO Special Opportunities (A1) LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff FCO Special Opportunities (D1) LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings I LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings II LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings III LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings IV LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings V LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff LMAP 903 Limited
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Lex Claims, LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff MCP Holdings Master LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff MPR Investors LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Alternative Solutions Master
Fund Ltd
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Capital Master Partners II LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Capital Master Partners III LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Capital Master Partners IV LP

apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Special Opportunities Master
Fund Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff P Monarch Recovery Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Pinehurst Partners, LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff RRW I LLC
apico@jgl.com

Jaime E. Pico-Rodriguez on behalf of Interested Party Grisell Cuevas-Rodriguez
pico@laborcounsels.com

JESSICA M QUILICHINI ORTIZ on behalf of Creditor COOP A/C LA COMERIENA
quilichinilaw@gmail.com

JESSICA M QUILICHINI ORTIZ on behalf of Creditor COOP A/C VEGABAJENA
quilichinilaw@gmail.com

JESSICA M QUILICHINI ORTIZ on behalf of Plaintiff COOP A/C VEGABAJENA
quilichinilaw@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor COOP A/C LA COMERIENA
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor COOP A/C VEGABAJENA
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor COOPERATIVA A/C ROOSEVELT
ROADS
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor Quality Equipment, Inc.
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Plaintiff COOP A/C VEGABAJENA
quilichinipazbkc@gmail.com

VICTOR J QUINONES on behalf of Creditor GOLDMAN SACHS ASSET
MANAGEMENT LP
vquinones@sydneydenson.com

VICTOR J QUINONES on behalf of Creditor Goldman Sachs Asset Management, L.P.
vquinones@sydneydenson.com

DAMARIS QUINONES VARGAS on behalf of Creditor IKON SOLUTIONS INC
damarisqv@bufetequinones.com, notices@bufetequinones.com

JORGE R QUINTANA LAJARA on behalf of Creditor Del Valle Group, S.P.
quintanalajara@yahoo.es

SANDY QUSBA on behalf of Creditor SOLA LTD
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Solus Alternative Asset Management LP
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Solus Opportunities Fund 5 LP
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Ultra Master LTD
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Ultra NB LLC
squsba@stblaw.com

Michael J Quinn on behalf of Creditor United States of America
michael.quinn3@usdoj.gov

Roberto C. Quinones Rivera on behalf of Creditor SCOTIABANK DE PUERTO RICO
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Creditor Scottrade, Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Creditor TD Ameritrade Clearing, Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Citigroup Global Markets Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Goldman Sachs & Co. LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant J.P. Morgan Securities LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Merrill Lynch, Pierce, Fenner &
Smith Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Morgan Stanley & Co. LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant RBC CAPITAL MARKETS LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Santander Securities, LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant UBS Financial Services Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant UBS Securities LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Barclays Capital Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party RBC Capital Markets, LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party RBC Dominion Securities Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Raymond James
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Samuel A. Ramirez & Co.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party UBS Financial Services Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party UBS Financial Services
Incorporated of Puerto Rico

rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party UBS Securities LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Wells Fargo Bank, National
Association
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Wells Fargo Clearing
Services LLC aka or fka First Clearing LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Wells Fargo Securities, LLC
rcq@mcvpr.com

Vilmarys M Quinones-Cintron on behalf of Defendant First Hospital Panamericano, Inc.
vqc@edgelegalpr.com, vilmarys87@gmail.com

Vilmarys M Quinones-Cintron on behalf of Examiner Brady C. Williamson
vqc@edgelegalpr.com, vilmarys87@gmail.com

LANDON S. RAIFORD on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
lraiford@jenner.com

LANDON S. RAIFORD on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
lraiford@jenner.com

JOSE LUIS RAMIREZ COLL
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Attorney Duff & Phelps, LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor AES PR Limited Partnership
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Arc American
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Commonwealth Bondholder Group
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Cortland Capital Market Services
LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor J.P. Morgan Securities LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Marathon Asset Management, LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Siemens Transportation Partnership
Puerto Rico, S.E.
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Sistema de Retiro de la Universidad
de Puerto Rico
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Solus Alternative Asset Management
LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Solus Opportunities Fund 5 LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Ultra Master LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Ultra NB LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor University of Puerto Rico Retirement
System Trust

jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Arc American
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Sistema de Retiro de la
Universidad de Puerto Rico
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Solus Alternative Asset
Management LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Ultra Master LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Ultra NB LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

SERGIO A RAMIREZ DE ARELLANO on behalf of Creditor Concilio de Salud Integral
de Loiza, Inc.
sramirez@sarlaw.com, sramirez@ecf.courtdrive.com

SERGIO A RAMIREZ DE ARELLANO on behalf of Creditor NEOMED CENTER, INC.
sramirez@sarlaw.com, sramirez@ecf.courtdrive.com

JOSE L RAMIREZ-COLL on behalf of Creditor SOLA LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE L RAMIREZ-COLL on behalf of Creditor SOLA LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

LUIS R RAMOS CARTAGENA on behalf of Creditor Genesis Security Services, Inc.
lramos@plclawpr.com, agarcia@cstlawpr.com

GUILLERMO J RAMOS LUINA on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE JUANA DIAZ
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO RINCON
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party Angel R. Figueroa
Jaramillo
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party Erasto Zayas Lopez
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party JOSE RAMON RIVERA
RIVERA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party Ralphie Dominicci Rivera
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Asociacion Puertorriquena de
Profesores Universitarios
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito
Abraham Rosa
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito
Dr. Manuel Zeno Gandia
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Ciales
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Juana Diaz
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Lares y Region Central
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Rincon
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Vega Alta
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Angel Rodriguez-Rivera
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Annabell C. Segarra
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Frances Bothwell-del Toro
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Heriberto Marin-Centeno
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Ivette Bonet-Rivera
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Javier Cordova-Iturregui
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Lida Orta-Anes
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Nydia E. Cheverez-Rodriguez
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Yohana De Jesus-Berrios
gramlui@yahoo.com

JOHN J RAPISARDI, on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY

jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Puerto Rico Fiscal and Financial Advisory
Authority for the Commonwealth of Puerto Rico
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant The Government Development Bank of
Puerto Rico
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Christian Sobrino
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Christian Sobrino Vega
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant GERARDO JOSE PORTELA FRANCO
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Omar J. Marrero
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant RICARDO ROSSELLO NEVARES
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant WANDA VAZQUEZ GARCED
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Interested Party Ankura Consulting Group, LLC
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Plaintiff The Puerto Rico Fiscal Agency and Financial
Advisory Authority
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
jrapisardi@omm.com

LARY ALAN RAPPAPORT on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant Puerto Rico Highways &
Transportation Authority
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant Natalie A Jaresko
Lrappaport@proskauer.com

STEPHEN L. RATNER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Financial Oversight Management Board
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Puerto Rico Electric Power Authority
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Puerto Rico Highways & Transportation
Authority
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant ANA J MATOSANTOS
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant ANDREW G BIGGS
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant ARTHUR J GONZALEZ
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Ana J. Matosantos
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Andrew G. Biggs
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Arthur J. Gonzalez
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant CARLOS M. GARCIA
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Carlos M Garcia
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant DAVID A SKEEL, JR
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant David A. Skeel, Jr.
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant JOSE B CARRION III
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant JOSE R GONZALEZ
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Jose B. Carrion III
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Jose R Gonzalez
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Jose R. Gonzalez
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant NATALIE A. JARESKO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Natalie A Jaresko
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
sratner@proskauer.com

JASON M. REED on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
Jason.Reed@Maslon.com

JAMES A. REEDER, Jr. on behalf of Interested Party Saybolt, LP
jareeder@jonesday.com

WENDY B. REILLY on behalf of Creditor Syncora Capital Assurance Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor Syncora Capital Assurance, Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor Syncora Guarantee Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor Syncora Guarantee, Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor JORGE SALA
wbreilly@debevoise.com

MICHAEL J. REISS on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
michael.reiss@lw.com

BRITTNEY R. RENZULLI on behalf of Creditor AMBAC ASSURANCE CORPORATION
Brenzulli@milbank.com

JULISSA REYNOSO, on behalf of Interested Party Autonomous Municipality of San
Juan
jreynoso@winston.com, docketny@winston.com

ROBERT A RICH on behalf of Defendant Learning Alliance LLC
rrich2@huntonak.com

JONATHAN E. RICHMAN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant COMMONWEALTH OF PR
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant Financial Oversight Management
Board
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
jerichman@proskauer.com

NANETTE RICKENBACH on behalf of Creditor LORD ELECTRIC COMPANY OF
PUERTO RICO
nrickenbach@rickenbachpr.com

WALTER RIEMAN on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor ACP MASTER, LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor AURELIUS INVESTMENT, LLC

wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor AUTONOMY MASTER FUND LIMITED
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor Aurelius Capital Master, Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor Aurelius Convergence Master, Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS I LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS II LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS III LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS IV LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS V LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor LEX CLAIMS, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor LMAP 903 LIMITED
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MCP HOLDINGS MASTER LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MPR INVESTORS LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor P MONARCH RECOVERY LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor PERMAL STONE LION FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor PINEHURST PARTNERS, L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor RRW I LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SL LIQUIDATION FUND L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SL PUERTO RICO FUND II L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SL PUERTO RICO FUND L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff ACP Master, Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Capital Master, Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Convergence Master, Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Investment, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Opportunities Fund, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Autonomy Master Fund Limited
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Corbin Opportunity Fund, L.P.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff FCO Special Opportunities (A1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff FCO Special Opportunities (D1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings I LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings II LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings III LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings IV LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings V LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff LMAP 903 Limited
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Lex Claims, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff MCP Holdings Master LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff MPR Investors LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Capital Master Partners II LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Capital Master Partners III LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Capital Master Partners IV LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff P Monarch Recovery Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Pinehurst Partners, LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff RRW I LLC
wrieman@paulweiss.com

WALTER RIEMAN, on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
wrieman@paulweiss.com

EMANUEL RIER on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
rier.emanuel@gmail.com

EMANUEL RIER on behalf of Interested Party Lourdes Perdigon
rier.emanuel@gmail.com

EMANUEL RIER on behalf of Interested Party Maria Judith Marchand-Sanchez
rier.emanuel@gmail.com

EMANUEL RIER on behalf of Interested Party Thamari Gonzalez Martinez
rier.emanuel@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Pandora Select Partners, L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Advisors LLC
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Asymmetric Partners, L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Caja Blanca Fund, LP
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox GT Fund, LP
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Institutional Partners, L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Multi Strategy Partners,
L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Multi-Strategy Partners,
L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Term Credit Fund I L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 27K
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 27K,
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 28K
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 28K,
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 48K

mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 48K,
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Interested Party Whitebox Advisors LLC
mrios@arroyorioslaw.com, moraimarios@gmail.com

HERNANDO A. RIVERA on behalf of Creditor CESAR CASTILLO INC
harlawpr@gmail.com

FRANCISCO J RIVERA ALVAREZ on behalf of Creditor Adalberto Mendoza Vallejo
pacolaw1@yahoo.com

FRANCISCO J RIVERA ALVAREZ on behalf of Creditor Medelicia Vallejo Del Valle
pacolaw1@yahoo.com

FRANCISCO J RIVERA ALVAREZ on behalf of Creditor Zaira Garriga Gil
pacolaw1@yahoo.com

JUAN R RIVERA FONT on behalf of Interested Party Banco Santander Puerto Rico
juan@riverfont.com, jriverafont@yahoo.com;lourdes@riverafont.com

JUAN R RIVERA FONT on behalf of Interested Party Santander Asset Management,
LLC
juan@riverfont.com, jriverafont@yahoo.com;lourdes@riverafont.com

JUAN R RIVERA FONT on behalf of Interested Party Santander Securities, LLC
juan@riverfont.com, jriverafont@yahoo.com;lourdes@riverafont.com

J. RAMON RIVERA MORALES on behalf of Counter-Claimant AD HOC GROUP OF
GENERAL OBLIGATION BONDHOLDERS
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor ACP MASTER, LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AD HOC RETIREE COMMITTEE
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS CAPITAL MASTER,
LTD

rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS CONVERGENCE
MASTER, LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS INVESTMENT, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS OPPORTUNITIES
FUND, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AUTONOMY CAPITAL (JERSEY)
LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AUTONOMY MASTER FUND
LIMITED
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Ad Hoc Group of General
Obligation Bondholders
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Aurelius Capital Master, Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Aurelius Convergence Master, Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor CORBIN OPPORTUNITY FUND,
L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Commonwealth Bondholder Group
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Corbin Opportunity Fund, L.P.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(A1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(D1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(E1) LLC MASTER SERIES 1
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS I LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS II LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS III LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS IV LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS V LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor LEX CLAIMS, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor LMAP 903 LIMITED
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MCP HOLDINGS MASTER LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH ALTERNATIVE
SOLUTIONS MASTER FUND LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS II LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS III LP

rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH DEBT RECOVERY
MASTER FUND LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH SPECIAL
OPPORTUNITIES MASTER FUND LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MPR INVESTORS LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor P MONARCH RECOVERY LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor P STONE LION IE, A FUND OF
PERMAL MANAGED ACCOUNT PLATFORM ICAV
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PERMAL STONE LION FUND
LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PINEHURST PARTNERS, L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PINEHURST PARTNERS, L.P.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor RRW I LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SENATOR GLOBAL
OPPORTUNITY MASTER FUND LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SL LIQUIDATION FUND L.P

rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SL PUERTO RICO FUND II L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SL PUERTO RICO FUND L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Interested Party Aurelius Opportunities
Fund, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Interested Party Lex Claims, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Intervenor AD HOC GROUP OF
GENERAL OBLIGATION BONDHOLDERS
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff ACP Master, Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Capital Master, Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Convergence Master, Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Investment, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Opportunities Fund, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Autonomy Master Fund Limited
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Corbin Opportunity Fund, L.P.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff FCO Special Opportunities (A1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff FCO Special Opportunities (D1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff FCO Special Opportunities (E1)
LLC - Master Series 1
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Fundamental Credit Opportunities
Master Fund LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings I LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings II LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings III LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings IV LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings V LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff LMAP 903 Limited
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Lex Claims, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff MCP Holdings Master LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff MPR Investors LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Alternative Solutions
Master Fund Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Capital Master Partners II
LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Capital Master Partners
III LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Capital Master Partners
IV LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Debt Recovery Master
Fund Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Special Opportunities
Master Fund Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff P Monarch Recovery Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Pinehurst Partners, LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Prisma SPC Holdings Ltd -
Segregated Portfolio AG
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff RRW I LLC
rrivera@jgl.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Aristeia Horizon, LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 1, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 10, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 2, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 3, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 4, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 5, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 6, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 7, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 8, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 9, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Golden Tree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Old Bellows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Taconic Master Fund 1.5
LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Taconic Opportunity Master
Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Aristea Horizons, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor CRS Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Camino Cipres LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Camino Roble LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canary SC Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canyon Balanced Master Fund, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canyon Capital Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canyon Value Realization Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Crescent 1, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Capital Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Opportunities Master Fund II,
Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Select Opportunities Master
Fund, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Special Strategies Master
Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 1, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 10, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 2, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 3, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 4, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 5, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 6, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 7, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 8, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 9, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor GoldenTree Asset Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Merced Partners IV, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Merced Partners Limited Partnership
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Merced Partners V, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Old Belows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Pandora Select Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor River Canyon Fund Management
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor SB Special Situation Master Fund SPC, Segregated Portfolio D
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Scoggin International Fund Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Scoggin Worldwide Fund Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Taconic Master Fund 1.5 L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Taconic Opportunity Master Fund L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor The Varde Skyway Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Tilden Park Capital Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Tilden Park Investment Master Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Varde Credit Partners Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Varde Investment Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Asymmetric Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Institutional Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Multi Strategy Partners,
L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Multi-Strategy Partners,
L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Term Credit Fund I L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Jose F Rodriguez-Perello
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Aristeia Horizon, LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 1, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 10, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 2, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 3, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 4, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 5, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 6, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 7, LLC

riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 8, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 9, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Golden Tree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Old Bellows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Taconic Opportunity Master
Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Aristea Horizons, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Aristeia Capital, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party CRS Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Camino Cipres LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Camino Roble LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Canary SC Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Canyon Capital Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Crescent 1, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Capital Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Opportunities Master
Fund II, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Special Strategies
Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 1, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 10, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 2, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 3, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 4, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 5, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 6, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 7, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 8, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 9, L.L.C.
riverac@reichardescalera.com
CARLOS R. RIVERA ORTIZ on behalf of Interested Party Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party GoldenTree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Lawful Constitutional Debt
Coalition
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Merced Partners IV, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Merced Partners Limited
Partnership
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Merced Partners V, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Old Bellows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party River Canyon Fund
Management LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party SB Special Situation Master
Fund SPC, Segregated Portfolio D
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Scoggin International Fund
Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Scoggin Worldwide Fund Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Taconic Capital Advisors L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Taconic Master Fund 1.5 L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party The Varde Skyway Master
Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Tilden Park Investment
Master Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Varde Credit Partners
Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Varde Investment Partners,
L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Jose F Rodriguez-Perello
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Aristeia Horizon, LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 1,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 10,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 2,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 3,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 4,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 5,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 6,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 7,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 8,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 9,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Lawful Constitutional
Debt Coalition
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Old Bellows Partners
LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Scoggin Management
LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Taconic Master Fund
1.5 LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Taconic Opportunity
Master Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Whitebox Advisors LLC
riverac@reichardescalera.com

ARTEMIO RIVERA RIVERA on behalf of Creditor Luis F. Gonzalez-Colon
art@sjlaw.com

JUAN P RIVERA ROMAN on behalf of Creditor MUNICIPALITY OF GUAYANILLA
riveraroman@hotmail.com

NINO F. RIVERA-HERNANDEZ, on behalf of Interested Party Oficina de Etica
Gubernamental
nrivera@oeg.pr.gov, ninofrivera@gmail.com

KELLY RIVERO-ALEN on behalf of Creditor Sistema de Retiro de la Universidad de
Puerto Rico
kellyrivero@hotmail.com

KELLY RIVERO-ALEN on behalf of Creditor Solus Alternative Asset Management LP
kellyrivero@hotmail.com

KELLY RIVERO-ALEN on behalf of Interested Party Sistema de Retiro de la
Universidad de Puerto Rico
kellyrivero@hotmail.com

JUDITH RIVLIN on behalf of Creditor AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
jrivlin@afscme.org

JUDITH RIVLIN on behalf of Plaintiff AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
jrivlin@afscme.org

JUDITH RIVLIN, on behalf of Creditor AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
jrivlin@afscme.org

NELSON ROBLES DIAZ on behalf of Attorney Nelson Robles Diaz
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor COOP A/C DE FLORIDA
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Alicia Perez Rivera
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Carmen S. Cortes Calo
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Eva Medina
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Irmita Guzman
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Jorge L. Marin
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Juan Ortiz De la Renta
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor LILLIAN GUZMAN
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Lillian Guzman
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Maribel Garcia Navarrete
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

JENNIFER L. ROCHE on behalf of Debtor COMMONWEALTH OF PUERTO RICO
jroche@proskauer.com

JENNIFER L. ROCHE on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
jroche@proskauer.com

MANUEL A. RODRIGUEZ on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com,
rsegui@rodriguezbanchs.com;info@rodriguezbanchs.com

MANUEL A RODRIGUEZ BANCHS on behalf of Plaintiff AMERICAN FEDERATION OF
STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com

CARLA TERESA RODRIGUEZ BERNIER on behalf of Creditor Norma Bernier
carla.rodriguezbernier@yahoo.com, utopiamia@yahoo.com

ENID S RODRIGUEZ BINET on behalf of Creditor MAO&ASSOCIATES
erb@rodriguezbinetlaw.com, notices@rodriguezbinetlaw.com

ENID S RODRIGUEZ BINET on behalf of Creditor Carmen Rodriguez-Colon
erb@rodriguezbinetlaw.com, notices@rodriguezbinetlaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Interested Party Roxana Lopez-Leon
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Defendant Asociacion de
Alcaldes de Puerto Rico
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff ANGEL MATOS-
GARCIA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff BRENDA LOPEZ-DE-
ARRARAS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff CARLOS BIANCHI-ANGLERO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JAVIER APONTE-DALMAU
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JESUS SANTA-RODRIGUEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JOSE DIAZ-COLLAZO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JOSE VARELA-FERNANDEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LUIS ORTIZ-LUGO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LUIS TORRES-CRUZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LUIS VEGA-RAMOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LYDIA MENDEZ-SILVA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff MANUEL NATAL-ALBELO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff RAMON CRUZ-BURGOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff Rafael Hernandez-Montanez
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ANGEL GONZALEZ-DAMUDT

emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ANGEL MATOS-GARCIA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff BRENDA LOPEZ-DE-ARRARAS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CARLOS BIANCHI-ANGLERO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CARLOS DELGADO-ALTIERI
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CARMEN MALDONADO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CIRILO TIRADO-RIVERA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff HERIBERTO VELEZ-VELEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ISIDRO NEGRON-IRIZARRY
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JAVIER APONTE-DALMAU
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JESUS MARQUEZ-RODRIGUEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JESUS SANTA-RODRIGUEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JORGE GONZALEZ-OTERO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JOSE DIAZ-COLLAZO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JOSE SANTIAGO-RIVERA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JOSE VARELA-FERNANDEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JULIA NAZARIO-FUENTES
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LUIS ORTIZ-LUGO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LUIS TORRES-CRUZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LUIS VEGA-RAMOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LYDIA MENDEZ-SILVA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff MANUEL NATAL-ALBELO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff MARCOS CRUZ-MOLINA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff MIGUEL PEREIRA-CASTILLO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff OSCAR SANTIAGO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff PEDRO GARCIA-FIGUEROA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff RAMON CRUZ-BURGOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff RAMON HERNANDEZ-TORRES
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ROBERTO RAMIREZ-KURTZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ROBERTO RIVERA-RUIZ DE
PORRAS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ROSSANA LOPEZ-LEON
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff Rafael Hernandez-Montanez
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff SERGIO TORRES-TORRES
emil@mlrelaw.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Defendant Administracion de
Seguros de Salud de Puerto Rico
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Atlantic Medical Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Camuy Health Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Camuy Health Services, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Medicina Familiar
Julio Palmieri Ferri, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Salud Familiar Dr.
Julio Palmieri Ferri, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Salud de Lares,
Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Servicios
Primarios de Salud de Patillas, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Ciales Primary Health Care
Services, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Ciales Primary Health
Center, Inc.

mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Costa Salud, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Hospital General Castaner, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Rincon Health Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Rio Grande Community Health Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Capital Assurance Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Capital Assurance, Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Guarantee Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Guarantee, Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Interested Party Syncora Capital Assurance, Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Interested Party Syncora Guarantee, Inc.
crodriguez-vidal@gaclaw.com

MANUEL A. RODRIGUEZ-BANCHS on behalf of Creditor AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com

MANUEL A. RODRIGUEZ-BANCHS on behalf of Plaintiff AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com

RAFAEL ROMAN-JIMENEZ on behalf of Interested Party MARIA COLON-CRISPIN
rafaromanj@gmail.com

SALVATORE A ROMANELLO, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
salvatore.romanello@weil.com

SALVATORE A. ROMANELLO on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
salvatore.romanello@weil.com

SALVATORE A. ROMANELLO on behalf of Interested Party NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
salvatore.romanello@weil.com

SALVATORE A. ROMANELLO on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
salvatore.romanello@weil.com

MELISSA ROOT on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
mroot@jenner.com

MELISSA ROOT on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
mroot@jenner.com

MELISSA ROOT on behalf of Intervenor The Official Committee of Retired Employees
of the Commonwealth of Puerto Rico
mroot@jenner.com

BRIAN S. ROSEN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor Puerto Rico Public Buildings Authority (PBA)
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Defendant COMMONWEALTH OF PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Interested Party FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Plaintiff THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
brosen@proskauer.com

RICHARD A ROSEN, on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor ACP MASTER, LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AURELIUS INVESTMENT, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AUTONOMY MASTER FUND LIMITED
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor Aurelius Capital Master, Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor Aurelius Convergence Master, Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS I LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS II LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS III LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS IV LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS V LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor LEX CLAIMS, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor LMAP 903 LIMITED
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MCP HOLDINGS MASTER LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS II LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS III LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MPR INVESTORS LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor P MONARCH RECOVERY LTD

rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor PERMAL STONE LION FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor PINEHURST PARTNERS, L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor PRISMA SPC HOLDINGS LTD. SEGREGATED PORTFOLIO AG
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor RRW I LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SENATOR GLOBAL OPPORTUNITY MASTER FUND LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SL LIQUIDATION FUND L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SL PUERTO RICO FUND II L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SL PUERTO RICO FUND L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Intervenor AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff ACP Master, Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Capital Master, Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Convergence Master, Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Investment, LLC

rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Opportunities Fund, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Autonomy Master Fund Limited
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Corbin Opportunity Fund, L.P.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff FCO Special Opportunities (A1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff FCO Special Opportunities (D1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings I LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings II LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings III LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings IV LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings V LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff LMAP 903 Limited
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Lex Claims, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff MCP Holdings Master LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff MPR Investors LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Capital Master Partners II LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Capital Master Partners III LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Capital Master Partners IV LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff P Monarch Recovery Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Pinehurst Partners, LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff RRW I LLC
rrosen@paulweiss.com

ANDREW N ROSENBERG on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
arosenberg@paulweiss.com

ANDREW N ROSENBERG, on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Counter-Claimant AD HOC GROUP OF
GENERAL OBLIGATION BONDHOLDERS
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor ACP MASTER, LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor AURELIUS INVESTMENT, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor AURELIUS OPPORTUNITIES FUND,
LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor AUTONOMY MASTER FUND
LIMITED
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor Aurelius Capital Master, Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor Aurelius Convergence Master, Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(A1) LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(D1) LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(E1) LLC MASTER SERIES 1
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS I LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS II LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS III LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS IV LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS V LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor LEX CLAIMS, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor LMAP 903 LIMITED
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MCP HOLDINGS MASTER LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH ALTERNATIVE
SOLUTIONS MASTER FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS II LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS III LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH DEBT RECOVERY
MASTER FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH SPECIAL
OPPORTUNITIES MASTER FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MPR INVESTORS LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor P MONARCH RECOVERY LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor P STONE LION IE, A FUND OF
PERMAL MANAGED ACCOUNT PLATFORM ICAV
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor PERMAL STONE LION FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor PINEHURST PARTNERS, L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor RRW I LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SL LIQUIDATION FUND L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SL PUERTO RICO FUND II L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SL PUERTO RICO FUND L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor Committee Official Committee of
Unsecured Creditors
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant ACP Master, Ltd.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Aurelius Capital Master, Ltd.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Aurelius Investment, LLC,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Aurelius Opportunities Fund, LLC,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Autonomy Master Fund Limited
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Corbin Opportunity Fund, L.P.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Lex Claims, LLC,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Pinehurst Partners, L.P.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff ACP Master, Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Capital Master, Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Convergence Master, Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Investment, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Opportunities Fund, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Autonomy Master Fund Limited
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Corbin Opportunity Fund, L.P.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff FCO Special Opportunities (A1) LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff FCO Special Opportunities (D1) LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Fundamental Credit Opportunities
Master Fund LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings I LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings II LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings III LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings IV LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings V LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff LMAP 903 Limited
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Lex Claims, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff MCP Holdings Master LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff MPR Investors LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Alternative Solutions Master
Fund Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Capital Master Partners II LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Capital Master Partners III
LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Capital Master Partners IV
LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Debt Recovery Master Fund
Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Special Opportunities Master
Fund Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff P Monarch Recovery Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Pinehurst Partners, LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Prisma SPC Holdings Ltd -
Segregated Portfolio AG
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff RRW I LLC
arosenberg@paulweiss.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Andalusian Global Designated Activity
Company
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Glendon Opportunities Fund, L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Mason Capital Master Fund LP
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel
2), L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Ocher Rose L.L.C.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff SV Credit, L.P.
brosenblum@jonesday.com

ANGEL E ROTGER SABAT on behalf of Interested Party MORGAN STANLEY
arotger@scvrlaw.com, notices@scvrlaw.com

ANGEL E ROTGER SABAT on behalf of Interested Party Morgan Stanley Smith Barney
LLC
arotger@scvrlaw.com, notices@scvrlaw.com

ALEX R. ROVIRA on behalf of Interested Party Banco Santander Puerto Rico
arovira@sidney.com

ALEX R. ROVIRA on behalf of Interested Party Santander Asset Management, LLC
arovira@sidney.com

ALEX R. ROVIRA on behalf of Interested Party Santander Securities, LLC
arovira@sidney.com

TIFFANY ROWE, on behalf of Interested Party RBC Capital Markets, LLC
trowe@orrick.com

JAVIER J RUA-JOVET on behalf of Interested Party Coto Laurel Solar Farm, Inc.
javrua@gmail.com, jrj@conecta.pr

JAVIER J RUA-JOVET on behalf of Interested Party PV PROPERTIES, INC
javrua@gmail.com, jrj@conecta.pr

JAVIER J RUA-JOVET on behalf of Interested Party Windmar Renewable Energy, Inc.
javrua@gmail.com, jrj@conecta.pr

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Alfredo Alvarez Rivera
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Aristides Martin Gonzalez
Norat
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmelo Cotto Rodriguez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmen Dueno Berrios
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmen Beatriz Ramos
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmen Victoria Gutierrez-
Rivera
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Diana Franco-Flores
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Emilio Moreno-Melendez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Ernesto Lopez Aviles
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Gabriel Huertas-Gonzalez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Irma I. Gonzalez Reyes
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Ismael Guzman Lopez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Jesus De Alicea
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Juana Cortes Oyola
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Leiliany Santiago Aviles
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Leonel Fernandez
Fernandez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Leslie Jay Bonilla Sauder

carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Liz Rus-Franco
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Lourdes Sierra Lopez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis Vaquer Ocasio
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis Antonio Berrios-Febo
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis M. Matos Garced
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis Rafael Torres Saez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Magaly Sosa Soto
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Manuel Cruz Mejia
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Manuel Franco-Flores
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Manuel Ortiz Vazquez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Margarita Rivera Tirado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Maria Rivera Delgado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Maria V. Diaz Lopez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Maritza Diaz Rodriguez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Merlyn Falcon Malave
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Nelida Celeste Hernandez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Omayra E. Laboy Lind
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Quintin Rivera Segarra
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Rafael Figueroa Longo
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Rosaura Rivera Tirado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Santos Febres Quinonez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Sonia M. Arroyo Graulau
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party William Rivera Tirado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Zulmarie Torres Rodriguez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

ZACHARY RUSSELL on behalf of Interested Party Lawful Constitutional Debt Coalition
zacharyrussell@quinnemanuel.com

ZACHARY RUSSELL on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
zacharyrussell@quinnemanuel.com

Seetha Ramachandran on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
SRamachandran@proskauer.com

Juan Carlos Ramirez-Ortiz on behalf of Debtor COMMONWEALTH OF PUERTO RICO
juramirez@justicia.pr.gov,
jcramirezjusticia@gmail.com;spenagaricano@justicia.pr.gov;wburgos@justicia.pr.gov;m
artorres@justicia.pr.gov

Jose O. Ramos- Gonzalez on behalf of Interested Party Saybolt, LP

rgtolaw@gmail.com

Brian M. Resnick, on behalf of Creditor Commonwealth Bondholder Group
brian.resnick@davispolk.com,
samuel.wagreich@davispolk.com,Stephanie.massman@davispolk.com,Gregory.morris
on@davispolk.com,enrique.colon-
baco@davispolk.com,adam.rosenfeld@davispolk.com

Janelle A Reyes-Maisonet on behalf of Creditor UBS Trust Company of Puerto Rico
jreyes@sanpir.com

Janelle A Reyes-Maisonet on behalf of Financial Advisor Filsinger Energy Partners, Inc.
jreyes@sanpir.com

Janelle A Reyes-Maisonet on behalf of Other Professional Filsinger Energy Partners,
Inc.
jreyes@sanpir.com

Julissa Reynoso on behalf of Intervenor Autonomous Municipality of San Juan
jreynoso@winston.com, docketny@winston.com

Parker A. Rider-Longmaid on behalf of Creditor Andalusian Global Designated Activity
Company
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Crown Managed Accounts for and on
behalf of Crown/PW SP
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Glendon Opportunities Fund, L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Mason Capital Master Fund LP
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oceana Master Fund Ltd.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Ocher Rose
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor PWCM Master Fund Ltd.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor SV Credit, L.P.
priderlongmaid@jonesday.com

Manuel Rivera-Aguilo on behalf of Creditor US BANK NATIONAL ASSOCIATION
marivera@riveratulla.com

Manuel Rivera-Aguilo on behalf of Creditor US Bank Trust National Association
marivera@riveratulla.com

Manuel Rivera-Aguilo on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
marivera@riveratulla.com

Allan A Rivera-Fernandez on behalf of Interested Party Josue Aquino-Colon
arivera@excelsas.com

Carlos E Rivera-Justiniano on behalf of Plaintiff Carlos J. Mendez Nunez
lcdo.carlos.e.riverajustiniano@gmail.com, drakontosus@yahoo.com

Victor Manuel Rivera-Rios on behalf of Creditor Caribbean Airport Facilities, Inc.
victorriverarios@rcrtrblaw.com

Victor Manuel Rivera-Rios on behalf of Creditor South Parcel of Puerto Rico, S.E.
victorriverarios@rcrtrblaw.com

Victor M. Rivera-Rivera on behalf of Interested Party COMPLIANCE AND RESEARCH,
INC.
vicrivera01@yahoo.com

Jared S. Roach on behalf of Defendant Bank of New York Mellon as PRIFA Indenture
Trustee
jroach@reedsmith.com

Jared S. Roach on behalf of Interested Party THE BANK OF NEW YORK MELLON
jroach@reedsmith.com

Lawrence S. Robbins on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor ACP MASTER, LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AURELIUS INVESTMENT, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AUTONOMY MASTER FUND LIMITED
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor Aurelius Capital Master, Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor Aurelius Convergence Master, Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS I LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS II LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS III LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS IV LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS V LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor LEX CLAIMS, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor LMAP 903 LIMITED
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MCP HOLDINGS MASTER LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP

jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MPR INVESTORS LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor P MONARCH RECOVERY LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor PERMAL STONE LION FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor PINEHURST PARTNERS, L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor RRW I LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SL LIQUIDATION FUND L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SL PUERTO RICO FUND II L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SL PUERTO RICO FUND L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff ACP Master, Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Capital Master, Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Convergence Master, Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Investment, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Opportunities Fund, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Autonomy Master Fund Limited
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Corbin Opportunity Fund, L.P.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff FCO Special Opportunities (A1) LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff FCO Special Opportunities (D1) LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings I LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings II LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings III LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings IV LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings V LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff LMAP 903 Limited
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Lex Claims, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff MCP Holdings Master LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff MPR Investors LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Capital Master Partners II LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Capital Master Partners III LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Capital Master Partners IV LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff P Monarch Recovery Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Pinehurst Partners, LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff RRW I LLC
jlee@robbinsrussell.com

Maria Celeste RodrIguez Miranda on behalf of Creditor Morovis Community Health
Center, Inc.
mcrm100@msn.com, tita.rodriguezmiranda@gmail.com

Maria A Rodriguez Medina on behalf of Interested Party Civil Rights Commission of
Puerto Rico
mrodriguez@cdc.pr.gov

Rafael E. Rodriguez Rivera on behalf of Plaintiff Centro de Periodismo Investigativo Inc.
rrodriguez@juris.inter.edu, rerr99@gmail.com

David R Rodriguez-Burns on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296
and 13-1560 and consolidated cases
drodriguez@alblegal.net

David R Rodriguez-Burns on behalf of Intervenor-Defendant Federacion de Alcaldes de
Puerto Rico, Inc.
drodriguez@alblegal.net

David R Rodriguez-Burns on behalf of Plaintiff Carlos J. Mendez Nunez
drodriguez@alblegal.net

David R Rodriguez-Burns on behalf of Plaintiff Thomas Rivera - Schatz
drodriguez@alblegal.net

Ingrid M. Rodriguez-Ramirez on behalf of Interested Party CENTRO EDUCATIVO
PARA CIEGOS E IMPEDIDOS, INC.
imrrlaw@gmail.com

Paul A Rodriguez-Velez on behalf of Interested Party EcoElectrica, L.P.
prodriguez@prvlaw.com

Israel Roldan Gonzalez on behalf of Plaintiff Carlos J. Mendez Nunez
irg@roldanlawpr.com, roldangonzalezpr@yahoo.com

Israel Roldan Gonzalez on behalf of Plaintiff Thomas Rivera - Schatz
irg@roldanlawpr.com, roldangonzalezpr@yahoo.com

Isis A. Roldan Marquez on behalf of Plaintiff Carlos J. Mendez Nunez
irm@roldanlawpr.com

Isis A. Roldan Marquez on behalf of Plaintiff Thomas Rivera - Schatz
irm@roldanlawpr.com

Benjamin Rosenblum, on behalf of Creditor Altair Global Opportunities Fund (A), LLC
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Appaloosa Management LP
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Glendon Opportunities Fund, L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Mason Capital Management, LLC
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Nokota Capital Management, LLC
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oak Tree Opportunities Fund I (Parallel 2),
L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Ocher Rose
brosenblum@jonesday.com

Marc Eric Rosenthal on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
mrosenthal@proskauer.com

Tiffany Rowe on behalf of Creditor Scottrade, Inc.
trowe@orrick.com

Tiffany Rowe on behalf of Creditor TD Ameritrade Clearing, Inc.
trowe@orrick.com

Scott Rutsky on behalf of Debtor COMMONWEALTH OF PUERTO RICO
srutsky@proskauer.com

HECTOR SALDANA EGOZCUE on behalf of Creditor UNITED SURETY & INDEMNITY
COMPANY
hse@saldanalaw.com, brenda.perez@saldanalaw.com;

JUAN C SALICHS POU on behalf of Creditor Doral Financial Corporation
jsalichs@splawpr.com, jcslawfirm@onelinkpr.net

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Aristeia Horizon, LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 1, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 10,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 2, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 3, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 4, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 5, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 6, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 7, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 8, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 9, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Fideicomiso Plaza
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Golden Tree Asset
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Old Bellows Partners LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Scoggin Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Taconic Master Fund 1.5
LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Taconic Opportunity
Master Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Tilden Park Capital
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Whitebox Advisors LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Aristea Horizons, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor CRS Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Camino Cipres LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Camino Roble LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Canary SC Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Canyon Balanced Master Fund, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Canyon Value Realization Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Crescent 1, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 1, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 10, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 2, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 3, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 4, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 5, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 6, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 7, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 8, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 9, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Merced Partners IV, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Merced Partners Limited
Partnership
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Merced Partners V, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Pandora Select Partners, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor River Canyon Fund Management,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor SB Special Situation Master Fund
SPC, Segregated Portfolio D
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Scoggin International Fund Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Scoggin Worldwide Fund Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Taconic Master Fund 1.5 L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Taconic Opportunity Master Fund
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor The Canyon Value Realization
Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor The Varde Skyway Master Fund,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Tilden Park Investment Master
Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Varde Credit Partners Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Varde Investment Partners
(Offshore) Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Varde Investment Partners, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Asymmetric Partners,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Institutional Partners, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Multi Strategy Partners,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Multi-Strategy Partners,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Term Credit Fund I L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Jose F Rodriguez-Perello
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Aristeia Horizon, LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 1, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 10, LLC

danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 2, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 3, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 4, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 5, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 6, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 7, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 8, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 9, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Fideicomiso Plaza
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Golden Tree Asset
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Old Bellows Partners LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Scoggin Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Taconic Opportunity Master
Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Tilden Park Capital
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Whitebox Advisors LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Aristea Horizons, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party CRS Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Camino Cipres LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Camino Roble LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Canary SC Master Fund,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Canyon Capital Advisors
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Crescent 1, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Cyrus Opportunities Master
Fund II, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Cyrus Special Strategies
Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 1, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 10, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 2, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 3, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 4, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 5, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 6, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 7, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 8, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 9, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Lawful Constitutional Debt Coalition
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Merced Partners IV, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Merced Partners Limited Partnership
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Merced Partners V, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party River Canyon Fund Management LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party SB Special Situation Master
Fund SPC, Segregated Portfolio D
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Scoggin International Fund
Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Scoggin Worldwide Fund
Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Taconic Master Fund 1.5
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party The Varde Skyway Master
Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Tilden Park Investment
Master Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Varde Credit Partners
Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Varde Investment Partners,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Jose F Rodriguez-Perello
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Aristeia Horizon, LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Fideicomiso Plaza
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Golden Tree Asset Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Lawful Constitutional
Debt Coalition
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Old Bellows Partners
LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Scoggin Management
LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Taconic Master Fund
1.5 LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Taconic Opportunity
Master Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Whitebox Advisors
LLC
danielsalinas@quinnemanuel.com

JOSE C SANCHEZ on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND
FUND INC
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor PUERTO RICO AAA PORTFOLIO TARGET
MATURITY FUND INC
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico GNMA and U.S. Government
Target Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Bond Fund I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Mortgae-Backed & U.S.
Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico
Fund
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund
II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund II,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund III,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund IV,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund V,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund VI,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed IncomeFund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Bond Fund I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Mortgage-Backed
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant UBS IRA Select Growth & Income
Puerto Rico Fund
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed IncomeFund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Bond Fund I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free Fund V, Inc.

jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Mortgage-Backed
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund II,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant UBS IRA Select Growth &
Income Puerto Rico Fund
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Bond Fund I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Respondent Edward D. Jones & Co.
jsanchez@phgslaw.com

JOSE A SANCHEZ GIRONA on behalf of Creditor CONTINENTAL CASUALTY
COMPANY
jsanchez@scvrlaw.com, notices@scvrlaw.com

JOSE A SANCHEZ GIRONA on behalf of Creditor WESTERN SURETY COMPANY
jsanchez@scvrlaw.com, notices@scvrlaw.com

ANAIS SANCHEZ PENA on behalf of Creditor Carlos Roman Torres
asanchez@sanchezpenalaw.com, anaissanchezpena@yahoo.com

JOSE J SANCHEZ VELEZ on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jsanchez@bdslawpr.com, bankruptcy@bdslawpr.com

JOSE J SANCHEZ VELEZ on behalf of Interested Party Tradewinds Energy Vega Baja,
LLC
jsanchez@bdslawpr.com, bankruptcy@bdslawpr.com

WILLIAM SANTIAGO SASTRE
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Defendant Administracion de Seguros de
Salud de Puerto Rico
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Alianza Comunitaria
Ambientalista del Sureste, Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Alianza Comunitaria
Ambientalista del Sureste, Inc.,
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Amigos del Rio Guaynabo,
Inc

wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Coalicion de
Organizaciones Anti Incineracion, Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Comite Dialogo Ambiental
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Comite Yabucoeno Pro-
Calidad de Vida, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party El Puente de Williamsburg,
Inc.-Enlace Latino de Accion Climatica
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party El Puente de Williamsburg,
Inc.-Enlace de Accion Climatica
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Mayaguezanos por la
Salud y el Ambiente, Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Sierra Club Puerto Rico,
Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party WILLIAM SANTIAGO
SASTRE
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Atlantic Medical Center, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Camuy Health Center, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Centro de Medicina Familiar Julio
Palmieri Ferri, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Centro de Salud de Lares, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Centro de Servicios Primarios de
Salud de Patillas, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Ciales Primary Health Center, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Corporacion de Servicios Medicos
Primarios y Prevencion de Hatillo, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Hospital General Castaner, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPACA
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
AGUAS BUENAS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
CABO ROJO
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
CAGUAS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
JESUS OBRERO
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C LAS
PIEDRAS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
LOMAS VERDES
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C LOS
HERMANOS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C SAN
JOSE
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
SAULO D. RODRIGUEZ
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
YAUCO
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party EDUCOOP
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party FEDECOOP
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party GERENCOOP
rsantiago@mhlex.com

JOSE ANGEL SANTINI BONILLA on behalf of Creditor COOP A/C BARRANQUITAS
santilawoffice@yahoo.com

JOSE ANGEL SANTINI BONILLA on behalf of Interested Party COOPERATIVA A/C
SAN JOSE
santilawoffice@yahoo.com

JOSE JAVIER SANTOS MIMOSO on behalf of Creditor Siemens Transportation
Partnership Puerto Rico, S.E.

jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

JOSE JAVIER SANTOS MIMOSO on behalf of Defendant THE BANK OF NEW YORK
MELLON
jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

JOSE JAVIER SANTOS MIMOSO on behalf of Interested Party THE BANK OF NEW
YORK MELLON
jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

JOSE JAVIER SANTOS MIMOSO on behalf of Intervenor THE BANK OF NEW YORK
MELLON
jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

ISAAC S. SASSON, on behalf of Creditor Whitebox Term Credit Fund I L.P.
isasson@kasowitz.com

ERIC A SCHAFFER on behalf of Defendant Bank of New York Mellon as PRIFA
Indenture Trustee
eschaffer@reedsmith.com

ERIC A SCHAFFER, on behalf of Interested Party THE BANK OF NEW YORK
MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Defendant THE BANK OF NEW YORK MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Interested Party THE BANK OF NEW YORK
MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Intervenor THE BANK OF NEW YORK MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

MATTHEW SCHECK on behalf of Interested Party Lawful Constitutional Debt Coalition
matthewscheck@quinnemanuel.com

MATTHEW SCHECK on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
matthewscheck@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Aristeia Horizon, LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 1, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 10, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 2, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 3, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 4, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 5, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 6, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 7, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 8, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 9, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Fideicomiso Plaza
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Golden Tree Asset Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Old Bellows Partners LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Scoggin Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Taconic Master Fund 1.5 LP

katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Taconic Opportunity Master Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Tilden Park Capital Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Whitebox Advisors LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Aristea Horizons, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor CRS Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Camino Cipres LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Camino Roble LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Canary SC Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Canyon Balanced Master Fund, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Canyon Value Realization Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Crescent 1, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 1, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 10, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 2, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 3, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 4, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 5, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 6, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 7, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 8, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 9, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Merced Partners IV, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Merced Partners Limited Partnership
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Merced Partners V, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Pandora Select Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Scoggin International Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Scoggin Worldwide Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Taconic Master Fund 1.5 L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Taconic Opportunity Master Fund L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor The Varde Skyway Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Tilden Park Investment Master Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Varde Credit Partners Master, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Varde Investment Partners (Offshore) Master,
L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Varde Investment Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Asymmetric Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Institutional Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Term Credit Fund I L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Jose F Rodriguez-Perello

katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Aristeia Horizon, LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 1, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 10, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 2, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 3, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 4, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 5, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 6, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 7, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 8, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 9, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Fideicomiso Plaza
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Golden Tree Asset Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Old Bellows Partners LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Scoggin Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Taconic Opportunity Master Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Tilden Park Capital Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Whitebox Advisors LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Aristea Horizons, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party CRS Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Camino Cipres LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Camino Roble LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Canary SC Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Canyon Capital Advisors LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Crescent 1, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Cyrus Opportunities Master Fund II,
Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Cyrus Select Opportunities Master
Fund, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Cyrus Special Strategies Master Fund,
L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 1, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 10, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 2, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 3, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 4, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 5, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 6, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 7, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 8, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 9, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Merced Partners IV, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Merced Partners Limited Partnership
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Merced Partners V, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party River Canyon Fund Management LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Scoggin International Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Scoggin Worldwide Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Taconic Master Fund 1.5 L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Taconic Opportunity Master Fund L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party The Varde Skyway Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Tilden Park Investment Master Fund
LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Varde Credit Partners Master, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Varde Investment Partners (Offshore)
Master, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Varde Investment Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Aristeia Horizon, LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Fideicomiso Plaza
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Golden Tree Asset Management
LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Old Bellows Partners LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Scoggin Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Tilden Park Capital Management
LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Whitebox Advisors LLC
katescherling@quinnemanuel.com

DAVID M. SCHLECKER on behalf of Interested Party THE BANK OF NEW YORK
MELLON
dschlecker@reedsmith.com

MARTIN L. SEIDEL, on behalf of Interested Party Bettina Whyte
mseidel@willkie.com, mao@willkie.com

ERIC SEILER on behalf of Interested Party SIDLEY AUSTIN LLP
eseiler@fklaw.com

PHILIPPE Z. SELENDY on behalf of Plaintiff MBIA INSURANCE CORPORATION
pselendy@selendygay.com

PHILIPPE Z. SELENDY on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
pselendy@selendygay.com

RICHARD M. SELTZER on behalf of Creditor Service Employees International Union
rseltzer@cwsny.com

RICHARD M. SELTZER on behalf of Creditor United Auto Workers International Union
rseltzer@cwsny.com

LEE R SEPULVADO RAMOS, on behalf of Creditor Total Petroleum Puerto Rico Corp.
lsepulvado@smclawpr.com, leesepulvado@gmail.com;lsepulvado@ecf.courtdrive.com

LEE R SEPULVADO RAMOS, on behalf of Interested Party THE BANK OF NEW
YORK MELLON
lsepulvado@smclawpr.com, leesepulvado@gmail.com;lsepulvado@ecf.courtdrive.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor CESAR CAMINERO
RAMOS
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor EMMANUEL RODRIGUEZ
COLLAZO
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor JUAN ALBERTO
SANTIAGO MELENDEZ
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor JULIO RANCEL LOPEZ
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor LUIS MODESTO
RODRIGUEZ RIVERA
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor RAFAEL BONILLA RIVERA
serrano.urdaz.law@hotmail.com

CASEY J SERVAIS, on behalf of Interested Party Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J SERVAIS, on behalf of Interested Party Assured Guaranty Municipal Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Creditor ASSURED GUARANTY CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Interested Party Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Interested Party Assured Guaranty Municipal Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Intervenor Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Intervenor Assured Guaranty Municipal Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff ASSURED GUARANTY CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff Assured Guaranty Municipal Corp.
casey.servais@cwt.com

K. JOHN SHAFFER on behalf of Interested Party Lawful Constitutional Debt Coalition
johnshaffer@quinnemanuel.com

K. JOHN SHAFFER on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
johnshaffer@quinnemanuel.com

PAUL V. SHALHOUB on behalf of Interested Party Bettina Whyte
pshalhoub@willkie.com

DANIEL S. SHAMAH on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
dshamah@omm.com

DANIEL S. SHAMAH on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
dshamah@omm.com

KAITLIN P SHEEHAN, on behalf of Creditor Goldman Sachs Asset Management, L.P.
ksheehan@mwe.com, amauro@mwe.com

KAITLIN P. SHEEHAN on behalf of Creditor GOLDMAN SACHS ASSET
MANAGEMENT LP
ksheehan@mwe.com, amauro@mwe.com

LOCHLAN F. SHELFER on behalf of Interested Party Aurelius Investment, LLC
lshelfer@gibsondunn.com

LOCHLAN F. SHELFER on behalf of Interested Party Aurelius Opportunities Fund, LLC
lshelfer@gibsondunn.com

LOCHLAN F. SHELFER on behalf of Interested Party Lex Claims, LLC
lshelfer@gibsondunn.com

GREGORY SILBERT on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

MIGUEL SIMONET SIERRA on behalf of Creditor Service Employees International
Union
msimonet@llvslaw.com, cmatias@llvslaw.com

MIGUEL SIMONET SIERRA on behalf of Creditor United Auto Workers International
Union
msimonet@llvslaw.com, cmatias@llvslaw.com

JAMES RYAN SIMS on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Andalusian Global Designated Activity
Company
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Glendon Opportunities Fund, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Mason Capital Master Fund LP
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Nokota Capital Master Fund, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Ocher Rose L.L.C.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor SV Credit, L.P.
rsims@jonesday.com

LUKE A SIZEMORE, on behalf of Interested Party THE BANK OF NEW YORK
MELLON
lseizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
lseizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Defendant THE BANK OF NEW YORK MELLON
lseizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Interested Party THE BANK OF NEW YORK
MELLON
lsizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Intervenor THE BANK OF NEW YORK MELLON
lseizemore@reedsmith.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Andalusian Global Designated
Activity Company
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Glendon Opportunities Fund, L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Mason Capital Master Fund LP
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Oak Tree Opportunities Fund IX,
L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Oaktree Opportunities Fund IX
(Parallel 2), L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Oaktree Opportunities Fund IX,
L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Ocher Rose
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Ocher Rose L.L.C.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor PUERTO RICO AAA PORTFOLIO
BOND FUND II INC
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor PUERTO RICO AAA PORTFOLIO
BOND FUND INC
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor PUERTO RICO AAA PORTFOLIO
TARGET MATURITY FUND INC
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
csloane@whitecase.com
CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund II, Inc
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund II,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund III,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund IV,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund V,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund VI,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Bond Fund I
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc,
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc. II
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Mortgae-Backed &
U.S. Government Securities Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Mortgage-Backed
&U.S Government Securities Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor SV Credit, L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor UBS IRA Select Growth & Income
Puerto Rico Fund
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto RIco AAA Portfolio
Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico AAA Portfolio
Bond Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico AAA Portfolio
Bond Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed
IncomeFund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Bond Fund I
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund IV, Inc.

csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Mortgage-
Backed
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Tax-Free Puerto Rico
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Tax-Free Puerto Rico
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant UBS IRA Select Growth &
Income Puerto Rico Fund
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico GNMA &
U.S. Government Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Bond Fund I
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund V, Inc.

csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico
Mortgage-Backed
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant UBS IRA Select
Growth & Income Puerto Rico Fund
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of U.S. Trustee US TRUSTEE-REGION 21
csloane@whitecase.com

WILLIAM P SMITH, on behalf of Creditor Goldman Sachs Asset Management, L.P.
wsmith@mwe.com

WILLIAM P. SMITH on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT
LP
wsmith@mwe.com

WILLIAM P. SMITH on behalf of Interested Party GOLDMAN SACHS ASSET
MANAGEMENT LP
wsmith@mwe.com

ZACHARY H. SMITH on behalf of Interested Party Government Development Bank for
Puerto Rico

zacharysmith@mvalaw.com

SPARKLE L. SOOKNANAN on behalf of Creditor Altair Global Opportunities Fund (A),
LLC
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Andalusian Global Designated Activity
Company
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Andalusian Global Limited
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Appaloosa Management LP
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Glendon Opportunities Fund, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Mason Capital Management, LLC
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Mason Capital Master Fund LP
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Nokota Capital Management, LLC
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Nokota Capital Master Fund, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oak Tree Opportunities Fund I
(Parallel 2), L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oaktree Opportunities Fund IX
(Parallel 2), L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oaktree Value Opportunities Fund,
L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Ocher Rose
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Ocher Rose L.L.C.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor SV Credit, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Andalusian Global Designated Activity
Company
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Glendon Opportunities Fund, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Mason Capital Master Fund LP
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree Opportunities Fund IX
(Parallel 2), L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree Value Opportunities Fund,
L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Ocher Rose L.L.C.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff SV Credit, L.P.
ssooknanan@jonesday.com

JOSE SOSA LLORENS on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
jose.sosa@dlapiper.com, Laura.Ferran@dlapiper.com

JOSE SOSA LLORENS on behalf of Interested Party UNIVERSITY OF PUERTO RICO
jose.sosa@dlapiper.com, Laura.Ferran@dlapiper.com

MARTIN A SOSLAND, on behalf of Creditor Financial Guaranty Insurance Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

MARTIN A. SOSLAND on behalf of Creditor Financial Guaranty Insurance Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

MARTIN A. SOSLAND on behalf of Interested Party Financial Guaranty Insurance
Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

MARTIN A. SOSLAND on behalf of Plaintiff Financial Guaranty Insurance Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

FREDRIC SOSNICK on behalf of Interested Party EcoElectrica, L.P.
FSosnick@Shearman.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Aristeia Horizon, LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 1, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 10, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 2, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 3, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 4, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 5, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 6, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 7, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 8, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 9, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Golden Tree Asset
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Scoggin Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Taconic Opportunity Master
Fund LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Tilden Park Capital
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Whitebox Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Creditor River Canyon Fund Management, LLC

zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Aristeia Horizon, LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 1, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 10, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 2, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 3, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 4, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 5, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 6, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 7, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 8, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 9, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Golden Tree Asset Management
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Scoggin Management LP

zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Taconic Opportunity Master Fund
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Tilden Park Capital Management
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Whitebox Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Aristea Horizons, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Aristeia Capital, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party CRS Master Fund, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Camino Cipres LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Camino Roble LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Canary SC Master Fund, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Canyon Capital Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Crescent 1, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Capital Partners, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Opportunities Master Fund
II, Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 1, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 10, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 2, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 3, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 4, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 5, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 6, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 7, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 8, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 9, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party GoldenTree Asset Management
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Merced Partners IV, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Merced Partners Limited Partnership
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Merced Partners V, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party River Canyon Fund Management LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party SB Special Situation Master Fund SPC, Segregated Portfolio D
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Scoggin International Fund Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Scoggin Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Scoggin Worldwide Fund Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Taconic Capital Advisors L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Taconic Master Fund 1.5 L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Taconic Opportunity Master Fund L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party The Varde Skyway Master Fund, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Tilden Park Capital Management LP

zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Tilden Park Investment Master
Fund LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Varde Credit Partners Master,
L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Varde Investment Partners, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Whitebox Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Jose F Rodriguez-Perello
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Aristeia Horizon, LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Scoggin Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Whitebox Advisors LLC
zarelderecho@gmail.com

JUAN B. SOTO BALBAS on behalf of Creditor Muncipio de Gurabo
jsotobalbas@gmail.com

JUAN B. SOTO BALBAS on behalf of Creditor ADRIAN MERCADO JIMENEZ
jsotobalbas@gmail.com

ANDREW J. SOVEN on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
asoven@reedsmith.com

GEORGE A. SPADORO on behalf of Interested Party Arc American
gspadoro@csglaw.com

MEGHAN K. SPILLANE on behalf of Consultant Citigroup Global Markets Inc.
mspillane@goodwinlaw.com

MEGHAN K. SPILLANE on behalf of Interested Party CITIGROUP INC.
mspillane@goodwinlaw.com

MEGHAN K. SPILLANE on behalf of Interested Party Citibank, N.A.
mspillane@goodwinlaw.com

MEGHAN K. SPILLANE on behalf of Interested Party Citigroup Global Markets Inc.
mspillane@goodwinlaw.com

KATHLEEN M. ST. JOHN on behalf of Creditor First Transit of Puerto Rico, Inc.
bos-bankruptcy@hklaw.com

LAURA STAFFORD on behalf of Debtor COMMONWEALTH OF PUERTO RICO
lstafford@proskauer.com

MARK T. STANCIL on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor ACP MASTER, LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AURELIUS INVESTMENT, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AUTONOMY MASTER FUND LIMITED
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor Aurelius Capital Master, Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor Aurelius Convergence Master, Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS I LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS II LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS III LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS IV LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS V LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor LEX CLAIMS, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor LMAP 903 LIMITED
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MCP HOLDINGS MASTER LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MPR INVESTORS LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor P MONARCH RECOVERY LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor PERMAL STONE LION FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor PINEHURST PARTNERS, L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor RRW I LLC

mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SL LIQUIDATION FUND L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SL PUERTO RICO FUND II L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SL PUERTO RICO FUND L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant ACP Master, Ltd.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Aurelius Capital Master, Ltd.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Aurelius Investment, LLC,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Aurelius Opportunities Fund, LLC,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Autonomy Master Fund Limited
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Corbin Opportunity Fund, L.P.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Lex Claims, LLC,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Pinehurst Partners, L.P.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff ACP Master, Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Capital Master, Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Convergence Master, Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Investment, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Opportunities Fund, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Autonomy Master Fund Limited
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Corbin Opportunity Fund, L.P.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff FCO Special Opportunities (A1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff FCO Special Opportunities (D1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings I LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings II LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings III LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings IV LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings V LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff LMAP 903 Limited
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Lex Claims, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff MCP Holdings Master LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff MPR Investors LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Capital Master Partners II LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Capital Master Partners III LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Capital Master Partners IV LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff P Monarch Recovery Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Pinehurst Partners, LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff RRW I LLC
mstancil@robbinsrussell.com

CATHERINE STEEGE, on behalf of Creditor Official Committee of Retired Employees
of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

ARTHUR STEINBERG on behalf of Defendant GDB Debt Recovery Authority
asteinberg@kslaw.com

ARTHUR STEINBERG on behalf of Defendant David Pauker
asteinberg@kslaw.com

ARTHUR STEINBERG on behalf of Defendant JORGE L. PADILLA
asteinberg@kslaw.com

ARTHUR STEINBERG on behalf of Defendant Matthew Karp
asteinberg@kslaw.com

STUART T. STEINBERG, on behalf of Creditor PEAJE INVESTMENTS LLC
stuart.steinberg@dechert.com

STUART T. STEINBERG, on behalf of Interested Party Peaje Investment, LLC
stuart.steinberg@dechert.com

STUART T. STEINBERG, on behalf of Plaintiff Peaje Investment, LLC
stuart.steinberg@dechert.com

ROBERT STERN on behalf of Interested Party RBC Capital Markets, LLC
RStern@orrick.com

GEOFFREY S. STEWART on behalf of Plaintiff Andalusian Global Designated Activity
Company
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Glendon Opportunities Fund, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Mason Capital Master Fund LP
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel
2), L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.

gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Ocher Rose L.L.C.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff SV Credit, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Altair Global Credit Opportunities Fund
(A), LLC
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Andalusian Global Limited
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Glendon Opportunities Fund, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Mason Capital Master Fund LP
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Nokota Capital Master Fund, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oaktree Opportunities Fund IX
(Parallel 2), L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oaktree Value Opportunities Fund,
L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Ocher Rose
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor SV Credit, L.P.

gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Interested Party Glendon Opportunities Fund, L.P.
gstewart@jonesday.com

KATARINA STIPEC-RUBIO, on behalf of Defendant VOYA INSTITUTIONAL TRUST COMPANY
kstipec@amgprlaw.com, smolina@amgprlaw.com

KATARINA STIPEC-RUBIO, on behalf of Plaintiff VOYA INSTITUTIONAL TRUST COMPANY
kstipec@amgprlaw.com, smolina@amgprlaw.com

JESUS M SUAREZ on behalf of Creditor Official Committee of Unsecured Creditors
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Plaintiff The Official Committee Of Unsecured Creditors Of The Commonwealth Of Puerto Rico,
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JUAN MANUEL SUAREZ COBO on behalf of Interested Party JUAN MANUEL SUAREZ COBO
suarezcobo@gmail.com,
pennyrose@legalpartnerspr.com;ecf.suarezcobo@gmail.com;R40319@notify.bestcase.

com;noemi@legalpartnerspr.com;maribel@legalpartnerspr.com;cgonzalez@legalpartne
rspr.com

JUAN MANUEL SUAREZ COBO on behalf of Interested Party Juan M. Suarez-Cobo
suarezcobo@gmail.com,
pennyrose@legalpartnerspr.com;ecf.suarezcobo@gmail.com;R40319@notify.bestcase.
com;noemi@legalpartnerspr.com;maribel@legalpartnerspr.com;cgonzalez@legalpartne
rspr.com

KENNETH C SURIA RIVERA on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, Acting by and through the Members of the Special
Claims Committee
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, acting by and through the Members of the Special
Claims Committee
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Plaintiff THE SPECIAL CLAIMS
COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Plaintiff The Special Claims Committee of the
Financial Oversight and Management Board for Puerto Rico, by and through its
Members
kcsuria@welo.net

WILLIAM J. SUSHON on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant Puerto Rico Fiscal and Financial Advisory
Authority for the Commonwealth of Puerto Rico
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant The Puerto Rico Fiscal Agency and Financial Advisory Authority
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant Christian Sobrino
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant RICARDO ROSSELLO NEVARES
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant WANDA VAZQUEZ GARCED
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Plaintiff The Puerto Rico Fiscal Agency and Financial Advisory Authority
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
wsushon@omm.com

Jaime L. Sanabria Montanez on behalf of Interested Party Asociacion de Jubilados de la Judicatura de Puerto Rico, Inc.
jsanabria@sbgblaw.com, avazquez@sbgblaw.com

Alejandro Argeo Santiago Martinez on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party Aurelius Investment, LLC
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party Aurelius Opportunities Fund, LLC
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party Lex Claims, LLC
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
asantiago@amgprlaw.com, as4117@georgetown.edu

Richard J. Schell on behalf of Creditor PEAJE INVESTMENTS LLC
rschell@msglawpr.com

Richard J. Schell on behalf of Interested Party Peaje Investment, LLC
rschell@msglawpr.com

Richard J. Schell on behalf of Plaintiff Peaje Investment, LLC
rschell@msglawpr.com

Margaret Mary Schierberl on behalf of Interested Party The Puerto Rico Central
Recovery and Reconstruction Office
mschierberl@cgsh.com

Margaret Mary Schierberl on behalf of Interested Party The Puerto Rico Public-Private
Partnerships Authority
mschierberl@cgsh.com

Shai Schmidt on behalf of Creditor Pandora Select Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Asymmetric Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Caja Blanca Fund, LP
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox GT Fund, LP
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Institutional Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Term Credit Fund I L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Interested Party Whitebox Advisors LLC
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Rosa M. Segui-Cordero on behalf of Interested Party Federacion Central de
Trabajadores, Local 481, UFCW
rosasegui@yahoo.com, rsegui@rodriguezbanchs.com;manuel@rodriguezbanchs.com

Martin L. Seidel on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
mseidel@willkie.com, mao@willkie.com

Paul V. Shalhoub on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
pshalhoub@willkie.com, mao@willkie.com

Paul V. Shalhoub on behalf of Interested Party Bettina Whyte
pshalhoub@willkie.com, mao@willkie.com

Rosa Sierra on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
rsierra@brownrudnick.com, cennis@brownrudnick.com

Rosa Sierra on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
rsierra@brownrudnick.com, cennis@brownrudnick.com

Rosa Sierra, on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
rsierra@brownrudnick.com, cennis@brownrudnick.com

Clarisa Sola-Gomez on behalf of Creditor Bermudez, Longo, Diaz-Masso, LLC
clarisasola@hotmail.com, facciopabonroca@microjuris.com

Louis M. Solomon on behalf of Interested Party THE BANK OF NEW YORK MELLON
lsolomon@reedsmith.com

E. Andrew Southerling on behalf of Interested Party BMO Capital Markets GKST
asoutherling@mcguirewoods.com

E. Andrew Southerling on behalf of Interested Party Jefferies LLC
asoutherling@mcguirewoods.com

Claudia Z. Springer on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
cspringer@reedsmith.com

David F. Staber on behalf of Creditor Cobra Acquisitions LLC
dstaber@akingump.com

Katherine Stadler on behalf of Examiner Brady C. Williamson
kstadler@gklaw.com

Catherine L Steege on behalf of Creditor Committee Official Committee of Retired Employees of the Commonwealth of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

Catherine L Steege on behalf of Interested Party Official Committee of Retired Employees of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

Catherine L Steege on behalf of Intervenor The Official Committee of Retired Employees of the Commonwealth of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

Benjamin J Steele on behalf of Other Professional Prime Clerk LLC
bsteele@primeclerk.com, puertoricoteam@primeclerk.com

Benjamin J Steele on behalf of Other Professional Prime Clerk, LLC
bsteele@primeclerk.com, puertoricoteam@primeclerk.com

Katarina Stipec-Rubio on behalf of Creditor Abengoa Puerto Rico, S.E.
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Creditor Abengoa, S.A.
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Abengoa Puerto Rico, S.E.
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Abengoa, S.A.
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Aurelius Investment, LLC
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Aurelius Opportunities Fund, LLC
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Lex Claims, LLC
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party VOYA INSTITUTIONAL TRUST COMPANY
kstipec@amgprlaw.com, smolina@amgprlaw.com

EDNA M TEJEDA OYOLA on behalf of Creditor Doral Financial Corporation
etejeda@splawpr.com, etejedalaw@gmail.com

ANDREW V. TENZER on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Creditor Official Committee of Unsecured Creditors
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Creditor Committee Official Committee of
Unsecured Creditors
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Intervenor Official Committee of Unsecured
Creditors
ANDREWTENZER@PAULHASTINGS.COM

DANIELLE E. TEPPER on behalf of Interested Party SIDLEY AUSTIN LLP
dtepper@fklaw.com

CHRIS THEODORIDIS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
ctheodoridis@proskauer.com

CHRIS THEODORIDIS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
ctheodoridis@proskauer.com

CHRIS THEODORIDIS on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
ctheodoridis@proskauer.com

MEGAN THIBERT-IND on behalf of Creditor GOLDMAN SACHS ASSET
MANAGEMENT LP
mthibert-ind@mwe.com, ncoco@mwe.com;rhatter@mwe.com;ascheibe@mwe.com

MEGAN THIBERT-IND, on behalf of Creditor Goldman Sachs Asset Management, L.P.
mthibert-ind@mwe.com, ncoco@mwe.com;rhatter@mwe.com;ascheibe@mwe.com

MY CHI TO on behalf of Creditor Syncora Capital Assurance Inc.
mcto@debevoise.com

MY CHI TO on behalf of Creditor Syncora Capital Assurance, Inc.
mcto@debevoise.com

MY CHI TO on behalf of Creditor Syncora Guarantee Inc.
mcto@debevoise.com

MY CHI TO on behalf of Creditor Syncora Guarantee, Inc.
mcto@debevoise.com

MY CHI TO on behalf of Interested Party Syncora Capital Assurance, Inc.
mcto@debevoise.com

MY CHI TO on behalf of Interested Party Syncora Guarantee, Inc.
mcto@debevoise.com

MARC J. TOBAK on behalf of Creditor Commonwealth Bondholder Group
marc.tobak@davispolk.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JETSTREAM FEDERAL
CREDIT UNION
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ALONDRA JANISSE NEGRON
SANTANA
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor CARMEN LYDIA RIOS
ARROYO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor DARIANA LIZ MARRERO
MARRERO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor DEBORAH MARIE SANTANA
MARRERO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ELENA ARROYO VAZQUEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ELENA MARIE MARRERO
RIOS
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ERICK JOEL SANTANA MARRERO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor FELIX OMAR COLON BERNARD
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor HECTOR CESARIO SANTIAGO RIVERA
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Ismael Rivera Grau
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JANZEL DANIEL QUINTANA ROSADO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JOSE VAZQUEZ FELICIANO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JOSEPH NEGRON VAZQUEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor LORNA LEE MARRERO RIOS
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Lourdes Morales Reyes
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Luis Enrique Pacheco Nunez
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor MARTA VAZQUEZ TORRES
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Maria Elena Garcia Caballero
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor NEFTALY MENDEZ VAZQUEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor PABLO JUAN RIOS ARROYO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor RAYMOND ARMANDO
NEGRON LOPEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor REY REYES REYES
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor RUTH ROSADO BERRIOS
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor VIRGINIA DIAZ DELGADO
toledo.bankruptcy@gmail.com

DAVID S. TORBORG on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Andalusian Global Designated Activity
Company
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Glendon Opportunities Fund, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Mason Capital Master Fund LP
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Nokota Capital Master Fund, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Ocher Rose L.L.C.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor SV Credit, L.P.
dstorborg@JonesDay.com

ANGELICA TORO on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
angelica.toro@popular.com, sylvia.martinez@popular.com

LIRIO DEL MAR TORRES on behalf of Creditor CUERPO ORGANIZADO DE LA
POLICIA , INC
liriotorresjust@gmail.com, r42832@notify.bestcase.com;ezdocslirio@gmail.com

RAMON TORRES RODRIGUEZ on behalf of Creditor ANNETTE MARY BLASINI
BATISTA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

RAMON TORRES RODRIGUEZ on behalf of Creditor ANTONIA RITA BLASINI
BATISTA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

RAMON TORRES RODRIGUEZ on behalf of Creditor SILVIA BATISTA CASTRESANA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

RAMON TORRES RODRIGUEZ on behalf of Creditor SILVIA CONSUELO BLASINI
BATISTA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

LUCAS C. TOWNSEND on behalf of Interested Party Aurelius Investment, LLC
ltownsend@gibsondunn.com

LUCAS C. TOWNSEND on behalf of Interested Party Aurelius Opportunities Fund, LLC
ltownsend@gibsondunn.com

LUCAS C. TOWNSEND on behalf of Interested Party Lex Claims, LLC
ltownsend@gibsondunn.com

MATTHEW TRIGGS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
mtriggs@proskauer.com

MATTHEW J. TROY on behalf of Creditor United States of America
matthew.troy@usdoj.gov, CorpFin.ECF@usdoj.gov

MATTHEW J. TROY on behalf of Interested Party UNITED STATES OF AMERICA
matthew.troy@usdoj.gov, CorpFin.ECF@usdoj.gov

ERIC A. TULLA on behalf of Creditor US BANK NATIONAL ASSOCIATION

etulla@riveratulla.com, virizarry@riveratulla.com

ERIC A. TULLA on behalf of Creditor US Bank Trust National Association
etulla@riveratulla.com, virizarry@riveratulla.com

ERIC A. TULLA on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
etulla@riveratulla.com, virizarry@riveratulla.com

ERIC A. TULLA on behalf of Interested Party U.S. Bank Trust National Association,
Trustee
etulla@riveratulla.com, virizarry@riveratulla.com

Andrew M. Thau on behalf of Interested Party Lawful Constitutional Debt Coalition
athau@whiteboxadvisors.com

Allison S. Thornton on behalf of Creditor Cobra Acquisitions LLC
athornton@akingump.com

Sonia Ivette Torres Pabon on behalf of Interested Party Cetera Investment Services
LLC
storres@melendeztorreslaw.com, vmartinez@melendeztorreslaw.com

Sheila J Torres-Delgado on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296
and 13-1560 and consolidated cases
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Defendant THOMAS RIVERA-SCHATZ
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Intervenor-Defendant Federacion de Alcaldes de
Puerto Rico, Inc.
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Plaintiff Carlos J. Mendez Nunez
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Plaintiff Thomas Rivera - Schatz
storres@alblegal.net, lrodriguez@alblegal.net

ANN MARIE UETZ on behalf of Interested Party Whitefish Energy Holdings, LLC
auetz@foley.com

SUZZANNE UHLAND on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant The Government Development Bank of
Puerto Rico
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant Christian Sobrino Vega
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant GERARDO JOSE PORTELA FRANCO
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant Omar J. Marrero
suhland@omm.com

SUZZANNE UHLAND on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

SUZZANNE UHLAND on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

SUZZANNE UHLAND, on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

US TRUSTEE-REGION 21
ustpregion21.hr.ecf@usdoj.gov

HECTOR E VALDES ORTIZ on behalf of Creditor COOPERATIVA DE SEGUROS
MULTIPLES DE PUERTO RICO
hvaldes@v-olaw.com, valdeshe@gmail.com

JOSE-ENRICO VALENZUELA ALVARADO on behalf of Plaintiff Carlos Perez-Molina
jeva@valenzuelalaw.net

LUISA S VALLE CASTRO on behalf of Creditor Cantor-Katz Collateral Monitor LLC
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Huellas Therapy Corp.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor INTEGRA DESIGN GROUP, P.S.C.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Lehman Brothers Holdings Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Lehman Brothers Holdings, Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Procesos de Informatica, Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Defendant Huellas Therapy Corp.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Defendant Integra Design Group PSC
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Defendant Procesos de Informatica, Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Interested Party BACARDI CORPORATION
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Interested Party BACARDI INTERNATIONAL
LIMITED
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Interested Party Whitefish Energy Holdings, LLC
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

FERNANDO VAN DERDYS on behalf of Creditor Aristea Horizons, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor CRS Master Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Camino Cipres LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Camino Roble LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canary SC Master Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Balanced Master Fund, Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Balanced Master Fund, Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Value Realization Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Value Realization Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Crescent 1, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Cyrus Opportunities Master Fund II,
Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Cyrus Select Opportunities Master
Fund, Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Cyrus Special Strategies Master
Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 1, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 10, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 2, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 3, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 4, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 5, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 6, L.L.C.

fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 7, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 8, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 9, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Merced Partners IV, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Merced Partners Limited Partnership
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Merced Partners V, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Pandora Select Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Pandora Select Partners, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Pandora Select Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor River Canyon Fund Management,
LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor SB Special Situation Master Fund
SPC, Segregated Portfolio D
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Scoggin International Fund Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Scoggin Worldwide Fund Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Taconic Master Fund 1.5 L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Taconic Opportunity Master Fund L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Varde Skyway Master Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Tilden Park Investment Master Fund
LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Varde Credit Partners Master, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Varde Investment Partners (Offshore)
Master, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Varde Investment Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Asymmetric Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Asymmetric Partners, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Asymmetric Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Institutional Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Institutional Partners, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Institutional Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Multi-Strategy Partners,
L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Multi-Strategy Partners,
L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Term Credit Fund I L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Term Credit Fund I L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Term Credit Fund I L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Jose F Rodriguez-Perello
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Aristea Horizons, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party CRS Master Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Camino Cipres LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Camino Roble LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Canary SC Master Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Canyon Capital Advisors LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Crescent 1, L.P.

fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Cyrus Opportunities Master
Fund II, Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Cyrus Special Strategies
Master Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 1, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 10, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 2, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 3, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 4, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 5, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 6, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 7, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 8, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 9, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Merced Partners IV, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Merced Partners Limited
Partnership
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Merced Partners V, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party River Canyon Fund
Management LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party SB Special Situation Master
Fund SPC, Segregated Portfolio D
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Scoggin International Fund
Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Scoggin Worldwide Fund Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Taconic Master Fund 1.5 L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party The Varde Skyway Master
Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Tilden Park Investment
Master Fund LP
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Varde Credit Partners Master,
L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Varde Investment Partners,
L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Jose F Rodriguez-Perello
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Aristeia Horizon, LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 1,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 10,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 2,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 3,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 4,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 5,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 6,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 7,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 8,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 9,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Fideicomiso Plaza
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Old Bellows Partners LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Scoggin Management
LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Taconic Master Fund 1.5
LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Taconic Opportunity
Master Fund LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Whitebox Advisors LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

JANE PATRICIA VAN KIRK on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor Ad Hoc Group of PREPA
Bondholders
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor Invesco/Oppenheimer Funds
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor MUTUAL FUND GROUP
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor OPPENHEIMER FUNDS
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Interested Party Oppenheimer Funds
jvankirk@tcm.law

PIETER VAN TOL on behalf of Creditor US BANK NATIONAL ASSOCIATION
pieter.vantol@hoganlovells.com

PIETER VAN TOL on behalf of Creditor US Bank Trust National Association
pieter.vantol@hoganlovells.com

MARK VAZQUEZ, on behalf of Creditor Anne Catesby Jones
markv@hbsslaw.com

MARK VAZQUEZ, on behalf of Creditor Jorge Valdes Llauger
markv@hbsslaw.com

MARALIZ VAZQUEZ MARRERO on behalf of Creditor PUERTO RICO AAA
PORTFOLIO BOND FUND II INC
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor PUERTO RICO AAA
PORTFOLIO BOND FUND INC
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor PUERTO RICO AAA
PORTFOLIO TARGET MATURITY FUND INC
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto RIco AAA Portfolio
Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund II, Inc
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund,
Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Bond
Fund I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Mortgae-Backed & U.S. Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Mortgage-Backed &U.S Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor UBS IRA Select Growth &
Income Puerto Rico Fund
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
IncomeFund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico GNMA &
U.S. Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Bond Fund I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Mortgage-
Backed
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Tax-Free Puerto Rico
Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Tax-Free Puerto Rico
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.

mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant UBS IRA Select Growth
& Income Puerto Rico Fund
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico GNMA
& U.S. Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Bond Fund I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Mortgage-Backed
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant UBS IRA Select
Growth & Income Puerto Rico Fund

mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund II, Inc
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund,
Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Bond Fund
I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Tax-Free Puerto Rico Fund II,
Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Tax-Free Puerto Rico Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

HENRY VAZQUEZ-IRIZARRY on behalf of Interested Party C & A, S.E.
hvilaw@gmail.com

JAVIER A VEGA VILLALBA on behalf of Creditor Fe-Ri Construction, Inc.
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Creditor Ariel Ferdman
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Defendant STATE INSURANCE FUND
CORPORATION

jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Defendant Javier Rivera Rios
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Interested Party Elias Sanchez-Sifonte
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

CAROLINA VELAZ RIVERO on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant Puerto Rico Fiscal and Financial
Advisory Authority for the Commonwealth of Puerto Rico
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant The Government Development
Bank of Puerto Rico
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant The Puerto Rico Fiscal Agency
and Financial Advisory Authority
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant Christian Sobrino
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant WANDA VAZQUEZ GARCED
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Intervenor PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Plaintiff The Puerto Rico Fiscal Agency and
Financial Advisory Authority
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Plaintiff Hon. Ricardo Antonio Rosello
Nevares
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

DONALD B. VERRILLI on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Donald.Verrilli@mto.com

DONALD B. VERRILLI on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Donald.Verrilli@mto.com

MARIA E VICENS RIVERA on behalf of Creditor C/P Fuentes-Viguie
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor FINCA MATILDE,INC.
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor FINCA PERSEVERANCIA, INC.
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor ISLA DEL RIO, INC
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor SUCESION PASTOR MANDRY
MERCADO
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor SUCESION SASTRE WIRSHING
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor ANTONIO FUENTES GONZALEZ
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor ISMAEL L PURCELL SOLER
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor Liana Rivera Olivieri
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor MARIA E VICENS

mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor Maria Y. Viguie Fernandez
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Interested Party C/P Purcell Collazo
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Interested Party Alys Collazo Bougeois
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

HAROLD D VICENTE COLON on behalf of Plaintiff MBIA INSURANCE
CORPORATION
hdvc@vc-law.net

HAROLD D VICENTE COLON on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
hdvc@vc-law.net

HAROLD D. VICENTE-GONZALEZ on behalf of Creditor Fir Tree Partners
hvicente@vclawpr.com, pochart@vclawpr.com

HAROLD D. VICENTE-GONZALEZ on behalf of Plaintiff MBIA INSURANCE
CORPORATION
hvicente@vclawpr.com, pochart@vclawpr.com

HAROLD D. VICENTE-GONZALEZ on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
hvicente@vclawpr.com, pochart@vclawpr.com

WILLIAM M VIDAL on behalf of Creditor Cardinal Health PR 120, Inc.
william.m.vidal@gmail.com

WILLIAM M VIDAL on behalf of Creditor Insight Management Group, Inc.
william.m.vidal@gmail.com

WILLIAM M VIDAL on behalf of Creditor Softek, Inc.
william.m.vidal@gmail.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant GDB Debt
Recovery Authority

cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant David Pauker
cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant JORGE L.
PADILLA
cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant Matthew Karp
cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

RAMON L VINAS BUESO on behalf of Interested Party MCS ADVANTAGE, INC
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

RAMON L VINAS BUESO on behalf of Interested Party MCS Health Management
Options, Inc.
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

RAMON L VINAS BUESO on behalf of Interested Party MCS LIFE INSURANCE
COMPANY
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

RAMON L VINAS BUESO on behalf of Interested Party Medical Card System, Inc.
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

Carlos M Vergne-Vargas on behalf of Creditor COOPERATIVA DE AHORRO Y
CRDITO DE ISABELA
carlosvergne@aol.com, dsantos@gonzalezmunozlaw.com

Gustavo J Viviani Melendez on behalf of Creditor UBS Trust Company of Puerto Rico
gviviani@lsphlaw.com, gustavoviviani@yahoo.com

Gustavo J Viviani Melendez on behalf of Financial Advisor Filsinger Energy Partners,
Inc.
gviviani@lsphlaw.com, gustavoviviani@yahoo.com

Francisco Javier Vizcarrondo Torres on behalf of Creditor Bernice Beauchamp-
Velazquez
fvizcarrondo@fjvtlaw.com, fvizcarrondo@gmail.com

Alana M. Vizcarrondo- Santana on behalf of Creditor Cobra Acquisitions LLC

vizcarrondo@reichardescalera.com

HELGI C. WALKER on behalf of Interested Party Aurelius Investment, LLC
hwalker@gibsondunn.com

HELGI C. WALKER on behalf of Interested Party Aurelius Opportunities Fund, LLC
hwalker@gibsondunn.com

HELGI C. WALKER on behalf of Interested Party Lex Claims, LLC
hwalker@gibsondunn.com

BLAIR M. WARNER on behalf of Creditor AES PR Limited Partnership
Blair.Warner@sidley.com

HADASSA R. WAXMAN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
hwaxman@proskauer.com

CARL N. WEDOFF on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
cwedoff@jenner.com

STEVEN O. WEISE on behalf of Debtor COMMONWEALTH OF PUERTO RICO
sweise@proskauer.com

STEVEN O. WEISE on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

sweise@proskauer.com

STEVEN O. WEISE on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
sweise@proskauer.com

STEVEN O. WEISE on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
sweise@proskauer.com

STEVEN O. WEISE on behalf of Defendant COMMONWEALTH OF PUERTO RICO
sweise@proskauer.com

STEVEN O. WEISE on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
sweise@proskauer.com

STEVEN O. WEISE on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sweise@proskauer.com

ERIC I. WEISS on behalf of Creditor AMBAC ASSURANCE CORPORATION
Eweiss@milbank.com

JONATHAN M. WEISS on behalf of Defendant Bettina Whyte, as agent of, the Puerto
Rico Sales Tax Financing Corporation
jweiss@ktbslaw.com

JONATHAN M. WEISS on behalf of Interested Party Bettina Whyte
jweiss@ktbslaw.com

BRIAN WELLS on behalf of Creditor American Federation of Teachers as Agent of
Asociacion de Maestros de Puerto Rico Local Sindical
bwells@stroock.com

CLARK T. WHITMORE on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
Clark.Whitmore@Maslon.com

MATT J. WILLIAMS on behalf of Creditor Autopistas Metropolitanas de Puerto Rico,
LLC
mjwilliams@gibsondunn.com

ERIC WINSTON on behalf of Creditor Canyon Balanced Master Fund, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Canyon Value Realization Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Pandora Select Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Asymmetric Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Institutional Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Term Credit Fund I L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Aristea Horizons, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party CRS Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Camino Cipres LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Camino Roble LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Canary SC Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Canyon Capital Advisors LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Crescent 1, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Cyrus Opportunities Master Fund II, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Cyrus Select Opportunities Master Fund, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Cyrus Special Strategies Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 1, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 10, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 2, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 3, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 4, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 5, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 6, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 7, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 8, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 9, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Merced Partners IV, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Merced Partners Limited Partnership
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Merced Partners V, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party River Canyon Fund Management LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party SB Special Situation Master Fund SPC,
Segregated Portfolio D
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Scoggin International Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Scoggin Worldwide Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Taconic Master Fund 1.5 L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Taconic Opportunity Master Fund L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party The Varde Skyway Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Tilden Park Investment Master Fund LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Varde Credit Partners Master, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Varde Investment Partners (Offshore)
Master, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Varde Investment Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Aristeia Horizon, LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 2, LLC

ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Fideicomiso Plaza
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Golden Tree Asset Management LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Old Bellows Partners LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Scoggin Management LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Taconic Opportunity Master Fund
LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Tilden Park Capital Management LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Whitebox Advisors LLC

ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Aristea Horizons, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor CRS Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Camino Cipres LLC
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Camino Roble LLC
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Canary SC Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Canyon Value Realization Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Crescent 1, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 1, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 10, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 2, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 3, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 4, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 5, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 6, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 7, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 8, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 9, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Merced Partners IV, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Merced Partners Limited Partnership
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Merced Partners V, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Pandora Select Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Scoggin International Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Scoggin Worldwide Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Taconic Master Fund 1.5 L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Taconic Opportunity Master Fund L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor The Varde Skyway Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Tilden Park Investment Master Fund LP
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Varde Credit Partners Master, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Varde Investment Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Institutional Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Term Credit Fund I L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Jose F Rodriguez-Perello
ericwinston@quinnemanuel.com

NOREEN WISCOVITCH RENTAS on behalf of Creditor Bankruptcy Estate of Romualdo Rivera Andrini, Case No. 18-00981
courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

NOREEN WISCOVITCH RENTAS on behalf of Creditor NOREEN WISCOVITCH RENTAS
courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

KEITH H. WOFFORD on behalf of Creditor Knighthead Capital Management, LLC
keith.wofford@ropesgray.com

AMY R. WOLF, on behalf of Creditor SCOTIABANK DE PUERTO RICO
arwolf@wlrk.com

SHANNON B. WOLF on behalf of Counter-Claimant QTCB Noteholder Group
shannon.wolf@morganlewis.com

SHANNON B. WOLF on behalf of Creditor QTBC Noteholder Group
shannon.wolf@morganlewis.com

SHANNON B. WOLF on behalf of Creditor QTCB Noteholder Group
shannon.wolf@morganlewis.com

SHANNON B. WOLF on behalf of Intervenor QTCB Noteholder Group
shannon.wolf@morganlewis.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Capital Assurance Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Capital Assurance, Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Guarantee Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Guarantee, Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Interested Party Syncora Capital Assurance, Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Interested Party Syncora Guarantee, Inc.
eworenklein@debevoise.com

JAMES B. WORTHINGTON on behalf of Creditor OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Creditor Official Committee of Unsecured
Creditors
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Creditor Committee Official Committee of
Retired Employees of the Commonwealth of Puerto Rico
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Creditor Committee Official Committee of Unsecured Creditors
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Interested Party Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Intervenor Official Committee of Unsecured Creditors
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Plaintiff The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Plaintiff The Official Committee of Unsecured Creditors of the Debtors (Other Than COFINA)
jamesworthington@paulhastings.com

Thomas George Ward on behalf of Interested Party UNITED STATES OF AMERICA
thomas.g.ward@usdoj.gov

Justin S. Weddle on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
jweddle@brownrudnick.com

Stuart A Weinstein-Bacal on behalf of Creditor Fe-Ri Construction, Inc.
sawbacal@aol.com, swb@wbmvlaw.com

Stuart A Weinstein-Bacal on behalf of Creditor Ariel Ferdman
sawbacal@aol.com, swb@wbmvlaw.com

Stuart A Weinstein-Bacal on behalf of Defendant Javier Rivera Rios
sawbacal@aol.com, swb@wbmvlaw.com

Edward S. Weisfelner on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff The Special Claims Committee of the
Financial Oversight and Management Board for Puerto Rico, by and through its
Members
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Trevor J. Welch on behalf of Interested Party Whitebox Advisors LLC
mrios@arroyorioslaw.com

Jeffrey Williams on behalf of Creditor Asociacion Puertorriquena de la Judicatura, Inc.
jeffrey.williams@indianowilliams.com

Brady C. Williamson on behalf of Examiner Brady C. Williamson
bwilliam@gklaw.com

Samuel C. Wisotzkey on behalf of Creditor ManpowerGroup, Inc.
swisotzkey@kmksc.com

Amy R. Wolf on behalf of Creditor Cortland Capital Market Services LLC
arwolf@wlrk.com

Lucy C. Wolf on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
Lwolf@proskauer.com

LYNNE B XERRAS on behalf of Creditor First Transit of Puerto Rico, Inc.
Bos-Bankruptcy@hklaw.com

ANTONIO YANEZ, JR. on behalf of Interested Party Bettina Whyte
ayanez@willkie.com

MOHAMMAD S YASSIN on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY

mohammad.yassin@aafaf.pr.gov, yassin.mohammad@gmail.com

STEPHEN YOUNGMAN on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
stephen.youngman@weil.com

STEPHEN YOUNGMAN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
stephen.youngman@weil.com

Antonio Yanez on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
ayanez@willkie.com, mao@willkie.com

Antonio Yanez on behalf of Interested Party Bettina Whyte
ayanez@willkie.com, mao@willkie.com

Jonathan K. Youngwood on behalf of Creditor J.P. Morgan Securities LLC
jyoungwood@stblaw.com

JARED D. ZAJAC on behalf of Debtor COMMONWEALTH OF PUERTO RICO
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Defendant COMMONWEALTH OF PUERTO RICO
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
jzajac@proskauer.com

JASON N ZAKIA, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND II INC
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND INC
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND INC
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Mortgae-Backed & U.S.
Government Securities Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico
Fund
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico GNMA and U.S. Government
Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.

jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jzakia@whitecase.com
JASON N. ZAKIA on behalf of Cross Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund
II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed IncomeFund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Mortgage-Backed
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant UBS IRA Select Growth & Income Puerto Rico Fund
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund II,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund III,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund IV,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund V,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund VI,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed IncomeFund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Mortgage-Backed
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Tax-Free Puerto Rico Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant UBS IRA Select Growth & Income
Puerto Rico Fund
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity Fund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.

jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund, Inc.
jzakia@whitecase.com

NESTOR DAVID ZAMORA SANTOS on behalf of Creditor Cooperativa De Ahorro Y
Credito De Empleados De La Autoridad De Energia Electrica
lcdo.nestorzamora@gmail.com, nestorzamora86@gmail.com

KATHRYN S. ZECCA on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor ACP MASTER, LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AURELIUS INVESTMENT, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AUTONOMY MASTER FUND LIMITED
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor Aurelius Capital Master, Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor Aurelius Convergence Master, Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP

kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC MASTER SERIES 1
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES MASTER FUND LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS I LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS II LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS III LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS IV LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS V LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor LEX CLAIMS, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor LMAP 903 LIMITED
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MCP HOLDINGS MASTER LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MPR INVESTORS LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor P MONARCH RECOVERY LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor PERMAL STONE LION FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor PINEHURST PARTNERS, L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor RRW I LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SL LIQUIDATION FUND L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SL PUERTO RICO FUND II L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SL PUERTO RICO FUND L.P

kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant ACP Master, Ltd.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Aurelius Capital Master, Ltd.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Aurelius Investment, LLC,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Aurelius Opportunities Fund, LLC,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Autonomy Master Fund Limited
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Corbin Opportunity Fund, L.P.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Lex Claims, LLC,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Pinehurst Partners, L.P.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff ACP Master, Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Capital Master, Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Convergence Master, Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Investment, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Opportunities Fund, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Autonomy Master Fund Limited

kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Corbin Opportunity Fund, L.P.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff FCO Special Opportunities (A1) LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff FCO Special Opportunities (D1) LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings I LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings II LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings III LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings IV LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings V LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff LMAP 903 Limited
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Lex Claims, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff MCP Holdings Master LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff MPR Investors LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Capital Master Partners II LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Capital Master Partners III LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Capital Master Partners IV LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff P Monarch Recovery Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Pinehurst Partners, LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio AG
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff RRW I LLC
kzecca@robbinsrussell.com

KAREN R ZEITUNI on behalf of Creditor Ad Hoc Group of General Obligation Bondholders
kzeituni@paulweiss.com

KAREN R ZEITUNI, on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Counter-Claimant AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor ACP MASTER, LTD

kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor AURELIUS INVESTMENT, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor AUTONOMY MASTER FUND LIMITED
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS I LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS II LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS III LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS IV LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS V LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor LEX CLAIMS, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor LMAP 903 LIMITED
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MCP HOLDINGS MASTER LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MPR INVESTORS LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor P MONARCH RECOVERY LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor PERMAL STONE LION FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor PINEHURST PARTNERS, L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor RRW I LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SL LIQUIDATION FUND L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SL PUERTO RICO FUND II L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SL PUERTO RICO FUND L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant ACP Master, Ltd.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Aurelius Capital Master, Ltd.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Aurelius Investment, LLC,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Aurelius Opportunities Fund, LLC,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Autonomy Master Fund Limited
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Corbin Opportunity Fund, L.P.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Lex Claims, LLC,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Pinehurst Partners, L.P.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff ACP Master, Ltd
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Investment, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Opportunities Fund, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Autonomy Master Fund Limited
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Corbin Opportunity Fund, L.P.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff FCO Special Opportunities (A1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff FCO Special Opportunities (D1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings I LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings II LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings III LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings IV LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings V LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff LMAP 903 Limited
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Lex Claims, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff MCP Holdings Master LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff MPR Investors LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Capital Master Partners II LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Capital Master Partners III LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Capital Master Partners IV LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff P Monarch Recovery Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Pinehurst Partners, LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff RRW I LLC
kzeituni@paulweiss.com

MAJA ZERJAL on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Defendant Financial Oversight and Management Board for
Puerto Rico
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor AmeriNational Community
Services, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Autopistas Metropolitanas de
Puerto Rico, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Autopistas de PR, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Badillo Saatchi & Saatchi Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Bio-Medical Applications of
Puerto Rico, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Cantor-Katz Collateral
Monitor LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Cortland Capital Market
Services LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Evertec Group, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor MMM Healthcare, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor ManpowerGroup, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor N. Harris Computer
Corporation
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor PATTERN SANTA ISABEL
LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Populicom, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Promotions & Direct, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Puerto Rico Telephone
Company
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Rexach Hermanos, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor SCOTIABANK DE PUERTO
RICO
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Transcore Atlantic, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Aguirre Offshore
Gasport, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Barclays Capital Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Destilerias Serralles,
Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party RBC Capital Markets,
LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party RBC Dominion
Securities Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party UBS Financial
Services Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party UBS Securities LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Wells Fargo Bank,
National Association
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Wells Fargo Clearing
Services LLC aka or fka First Clearing LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Wells Fargo
Securities, LLC

nzt@mcvpr.com

ZACHARY S. ZWILLINGER on behalf of Creditor Official Committee of Unsecured
Creditors
zacharyzwillinger@paulhastings.com

Eduardo Zayas Marxuach on behalf of Creditor Vitol Inc.
ezm@mcvpr.com

Eduardo Zayas Marxuach on behalf of Interested Party Vitol Inc.
ezm@mcvpr.com

Dani Zylberberg on behalf of Creditor Ad Hoc Group of General Obligation Bondholders
dzylberberg@robbinsrussell.com

17-03283-LTS9 Notice will not be electronically mailed to:

65 INFANTERIA SHOPPING CENTER,
LLC
P.O. BOX 195582
SAN JUAN, PR 00919-5582

ARCOS DORADOS PUERTO RICO
LLC
MONTEHIEDRA OFFICE CENTER
9615
LOS ROMEROS AVE. SUITE 307
SAN JUAN, PR 00926-7031

Sheron Abela
33 Roberta Lane
Syosset, NY 11791

Carole Abrams
7776 B Lexington Club Blvd.
Del Ray Beach, FL 33446

Harold Abrams
7776 B Lexington Club Blvd.
Del Ray Beach, FL 33446

Lawrence M. Adams
2814 Banyan Blvd. Cir. NW
Boca Raton, FL 33431

Barry Adelman
29 Denison Court
Groton, CT 06340

Sidney Adlerstein
150 Overlook Ave. Apt 9B
Hackensack, NJ 07061

Iris Alameda Robles
Urb. La Guadalupe
1904 Calle La Milagrosa
Ponce, PR 00730

Alan R. Koss Rev. Trust
c/o Alan R. Koss
27 Woodland Road
New City, NY 10956

William F. Alex
46-15 54 Road
Maspeth, NY 11378-1019

Allan and Carolyn David Living Trust
c/o Allan David
5 Corona
Irvine, CA 92603

Daniel Almeida Medina
Inst. Ponce Adulto 1000
Modulo 4S #208
3699 Ponce By Pass
Ponce, PR 00728

Ethel Alvarez
Paseo del Monte Md-6
Monte Claro
Bayamon, PR 00961

Alyson H. Glassman Trust
c/o Larry D. Glassman
1000 S. Federal Hwy
Boynton Beach, FL 33435

Antonio J Amadeo Murga on behalf of
Creditor Juan Carlos Perez-Irene
A.J. Amadeo Murga Law Offices
1225 Ave. Ponce de Leon
Suite 904
San Juan, PR 00907-3915

Antonio J Amadeo Murga on behalf of
Interested Party Gladys Garcia-Rubiera
A.J. Amadeo Murga Law Offices
1225 Ave. Ponce de Leon
Suite 904
San Juan, PR 00907-3915

June C. Andrade Muriel
Urb. San Juan Gardens
Calle San Bruno 112
San Juan, PR 00926

Shirley Maria Antonucci
1172 Via Della Costrella
Henderson, NV 89011

Alberto J. Aristizabal Ocampo
Urb. Haciendas del Monte
#4921 Paseo de Catalana
Coto Laurel, PR 00780

James J. Armstrong
278 Marina Dr.
Hutchinson Is, FL 34949

Mary E. Arnold
20559 310th St.
McClelland, IA 51548

Robert Arnold
20559 310th St.
McClelland, IA 51548

Craig Ashinoff
193 Arbor St.
Cranford, NJ 07016

Edward F. Aul, Jr.
2407 Honeysuckle Road
Chapel Hill, NC 27514

Hedwig M. Auletta
452 Huntington Ave.
Buffalo, NY 14214

Amilda J. Avila Virella
5347 Ave. Isla Verde, Apt 1214
Carolina, PR 00979-5509

Lillian Teresa Azize Alvarez
#787 Diana Street
Urbanizacion Dos Pinos
San Juan, PR 00923

MARCELO M. BLACKBURN on behalf
of Interested Party Autonomous
Municipality of San Juan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

MARCELO M. BLACKBURN on behalf
of Intervenor Autonomous Municipality
of San Juan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

MARK D. BLOOM on behalf of
Interested Party PUERTO RICO
FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY
Greenberg Traurig PA
333 S.E. 2nd Avenue
Miami, FL 33131

WANDYMAR BURGOS-VARGAS on
behalf of Defendant ALEJANDRO J
GARCIA-PADILLA
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Hon. Ricardo
Antonio Rossello Nevares
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant JOSE IVAN
MARRERO ROSADO
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant RAUL
MALDONADO GAUTIER
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant RICARDO
ROSSELLO NEVARES
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Raul Maldonado
Gautier
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Ricardo Antonio
Rosello Nevares
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Teresa Fuentes
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

Judith Ann Bacon
80 Poor Farm Rd
Pennington, NJ 08534

Ghassan N. Bader
9719 Sunset Circle
Lenexa, KS 66220

Maria Del Rocio Badillo
Estancias del Parque
E8 Calle A
Guaynabo, PR 00969

Luis Baerga
Urb. Bucare 5 Calle Diamante
Guaynabo, PR 00969-5114

Yvonne Baerga Varela
Urb. Santa Maria
1842 Calle Reina de las Flores
San Juan, PR 00927

Laurence Baker
264 Burr Rd
Commack, NY 11725

Norman D. Baker, Jr.
7745 Indian Oaks Drive
Apartment # H-219
Vero Beach, FL 32966-2440

Bankruptcy Estate of Marta N. Torres
Rosa, Case No. 18-02226
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918

Bankruptcy Estate of Rama
Construction, SE, Bankr. Case No. 18-
00879
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918

Bankruptcy Estate of Tactical Security
Police Force Case no. 15-05575
400 Calle Juan Calaf
PMB 136
San Juan, PR 00918

Edward Barbour
601 W. Jackson Blvd.
Unit 1203
Chicago, IL 60661

Bard Shannon Limited
PO Box 2001
Las Piedras, PR 00771

Eva Barna
11011 Queens Blvd.
Apt. 32G
Forest Hills, NY 11375

Vivian Barna
11011 Queens Blvd. Apt. 32G
Forest Hills, NY 11375

Maritza Barris
Urb. Diplo
U-5 Calle 3
Naguabo, PR 00718

Ulises Barros
4 Lois Place
Fanwood, NJ 07023

Joel Barry Brown
2 Henlopen Court
Lewes, DE 19958-1768

Barry Reichman & Meryl Reichman
JT/WROS TOD Jeffrey S. Reichman
c/o Barry Reichman
17 Round Hill Rd
Scotch Plains, NJ 07076

John Robert Bateman
5045 Cassandra Way
Reno, NV 89523-1876

Richard Bell
8662 Carmel Mountain Way
Boyton Beach, FL 33473

Sheldon Bender
1377 Stevenson Road
Hewlett, NY 11557

Bruce Bennett

,

Louise Bentivegna
817 Mountain Laurel RD
Fairfield, CT 06824

Sharon Bergel
10 Wendover Lane
Suffern, NY 10901

John Bergman
306 Townsvalley Rd.
River Falls, WI 54022

Stanley Bernstein
194 Fen Way
Syosset, NY 11791

David Berrong
208 Michael Dr.
Ovideo, FL 32765

Sheila A. Binkley
275 Emerson St.
Upland, CA 91784

Linda W. Bird
2790 NE 57th Ct.
Fort Lauderdale, FL 33308-2724

Stephen Bittel
c/o Scott Fitzgerald
801 Arthur Godfrey Rd.
Suite 600
Miami Beach, FL 33140

John Edward Blanco
Trustee - The Blanco Living Trust
101 Plaza Real South #701
Boca Raton, FL 33432

Angel Blanco Bottey
100 Juan Antonio Corretjer
Apt. 708
San Juan, PR 00901-2609

Bonney Goldstein Rev. Trust
c/o Bonney Goldstein
79 Fiesta Way
Fort Lauderdale, FL 33301

Jose M. Bonnin Loubriel
2815 El Monte Street
Urb. El Monte
Ponce, PR 00716-4837

Charles Bordin
9 Leatherstocking Lane
Scarsdale, NY 10583

Joseph E. Borg
11921 Seminole Dr.
Smithsburg, MD 21783

Boston Trust & Investment Management
Company
c/o Thomas Boland
One Beacon St.
Fl 33
Boston, MA 02108

Joseph Botticello
56 High Ridge Dr.
Vernon, CT 06066

Michael Bowhay
11058 Wellshire Lane
Frisco, TX 75035-3638

Kenneth Boyd
2218 148th Street
Winterset, IA 50273

Jill Bracco
3 Prospect St
Mendham, NJ 07945

Salvatore Bracco
3 Prospect St
Mendham, NJ 07945

Rafael E. Bracero
Alto Apolo Estates
B-6 D Street
Guaynabo, PR 00969

Veronica M. Branch
3536 Texas Ave., SE
Washington, DC 20020

Louis Brinn
PO Box 768
Plainview, NY 11803-0768

Rosalie Brinn
PO Box 768
Plainview, NY 11803-0768

Joseph Brita
1605 N. Cedar Crest Blvd.
Suite 504
Allentown, PA 18104

Paul Brotman
7261 113th St. Apt. 51
Forest Hills, NY 11375

Alan R. Brown
11200 N.W. 6 St.
Plantation, FL 33325-2018

Irene G. Brown
1377 Patuxent Ridge Road
Odenton, MD 21113-6002

Joyce Brown
3159 Harrington Dr.
Boca Raton, FL 33496

Mabel C. Brown
7134 Fodor Rd
New Albany, OH 43054

Wilodyne Bruce
1430 Howard Ave.
Eau Claire, WI 54703

Bruce R. Brilliantine Revocable Living
Trust
PO BOX 352
Crosswicks, NJ 08515

Kerry Brusca
1201 Green Way
Woodbury, NY 11797

Michael Brusca
1201 Green Way
Woodbury, NY 11797

Robert Brusca
1201 Green Way
Woodbury, NY 11797

Elliott K. Bryer
5 West 86th St.
Apt 9A
New York, NY 10024-3664

Richard Burack
PO BOX 299
Remsenburg, NY 11960

JUAN M. CANCIO-BIAGGI on behalf of
Creditor Luis Montes-Valentin
Hato Rey Center
268 Ave. Ponce de Leon
Suite 1402
San Juan, PR 00918

DANIEL L. CANTOR, on behalf of
Interested Party PUERTO RICO
FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

CARNEGIE LEARNING, INC
PO BOX 6001
HERMITAGE, PA 16148-1001

LUCIA CHAPMAN on behalf of Debtor
COMMONWEALTH OF PUERTO RICO
LUSKIN, STERN & EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

LUCIA CHAPMAN on behalf of Debtor
PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
LUSKIN, STERN & EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

CHARLES J. COOPER, on behalf
of Interested Party Aristeia Capital, L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Cyrus Capital Partners,
L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 1,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 10,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 2,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 3,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 4,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 5,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 6,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 7,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 8,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 9,
L.L.C.

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Fideicomiso Plaza
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party GoldenTree Asset
Management LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Scoggin Management
LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Taconic Capital
Advisors L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Tilden Park Capital
Management LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Whitebox Advisors LLC
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Jose F Rodriguez-
Perello
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CREDITO FAMILIAR
c/o Liz M. Rodriguez
METRO OFFICE PARK
3 CALLE 1 STE 502
GUAYNABO, PR 00968

Rosario Cafaro
3 Dana Dr.
Livingston, NJ 07039

Arlene Caine
9777 Bowline Dr. #201
West Palm Beach, FL 33411

Henry C. Callihan, Jr.
24 Augusta Way
North Chelmsford, MA 01863

Lisa M. Campagna
2000 S. Highway A1A, Apt. N407
Jupiter, FL 33477

Richard Candella
4609 Tamarind Cir.
Coconut Creek, FL 33063-3824

Maryanne Cannilla
81 Pace Drive South
West Islip, NY 11795

Daniel L Cantor on behalf of Defendant
The Government Development Bank of
Puerto Rico
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Daniel L Cantor on behalf of Defendant
The Puerto Rico Fiscal Agency and
Financial Advisory Authority
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Lizandra Carrero Aviles
HC 2 Box 5420
Rincon, PR 00677

Dean L. Carson
527 Lenox Ave.
Westfield, NJ 07090-2160

Bruce Carswell
15 Bunker Hill Drive
Washington Crossing, PA 18977

Rafael Castro Lang
PO BOX 9023222
San Juan, PR 00902-3222

Jorge L. Catala Monge
Box 2259
Guaynabo, PR 00970-2259

Carmen R. Cebollero-De Dragoni
35017 Emajagua Street
Urb. Jacaranda
Ponce, PR 00730

Centro del Sur Mall LLC
PO Box 195582
San Juan, PR 00919

Marsie Chaiken
5950 North Fountains Ave. #3101
Tucson, AZ 85704

Marvin Chaiken
5950 North Fountains Ave. #3101
Tucson, AZ 85704

Sandra K. Chang
2500 Kalakaua Avenue, Ste 2105
Honolulu, HI 96815

Chanin Family Limited Partnership
c/o Henry L. Chanin, General Partner
2203 Versailles Ct.
Henderson, NV 89074

Charlotte Winkler Rev Trust DTD
c/o Charlotte Winkler
389 Gifford St. #451
Falmouth, MA 02540

Roy Chesseri
1009 Cheroque Ter.
Lake Ariel, PA 18436

Onally Chinwala
32 Betsy Ross Dr.
Allentown, NJ 08501

Shafia Chinwala
32 Betsy Ross Dr.
Allentown, NJ 08501

Wayne Chisenhall
99/146 MI, SG
San Klang, San Kamphaeng
Chiang Mai,

David M. Christensen
18375 SE Federal Hwy.
Jupiter, FL 33469

Irvin Christensen
670 Pioneer
Soda Springs, ID 83276

Chudow Family Trust 2015
c/o Gary Chudow
14 Virginia Rd.
Centereach, NY 11720-2711

Lewis L. Claffey
4801 Mount Ararat Drive
San Diego, CA 92111

Herschel Clopper
4 Ford Lane
Framingham, MA 01701

Manuel Cobian Roig on behalf of
Creditor DIANA IRIS MORALES LOPEZ
Manuel Cobian Roig Law Offices
PO Box 177
Guaynabo, PR 00970

Adrien Coblentz
90 West Main Street
Mendham, NJ 07945

Alan Cochran
4122 Bruning Ct.
Fairfax, VA 22032

Kenneth Cogliano
25521 La Mirada St.
Laguna Hills, CA 92653

Israel Cohen
406 N Broadway
Nyack, NY 10960

Steven Cohen
6 Thames Ave.
Piscataway, NJ 08854-529

Betsy Cohn
5 Willowood Dr
Ewing, NJ 08628

Peter Collotta
PO Box 594
Stowe, VT 05672

Sven Comas del Toro
Urb. Hostos
#6 Calle Luis de Celis
Mayaguez, PR 00682

David B. Comroe
729 Oak Springs Rd.
Bryn Mawr, PA 19010

Rona D. Comroe
729 Oak Springs Rd.
Bryn Mawr, PA 19010

Valerie Concepcion-Cintron on behalf of
Debtor COMMONWEALTH OF
PUERTO RICO
,
lic.valerie.concepcion@gmail.com

Coop Las Piedras
c/o Rafael A. Leon
PO BOX 100
Las Piedras, PR 00771

Paul S. Cooper
12 Vickens Ave.
Bridgeton, NJ 08302

Edwin Corey
24 Woodside Rd.
Springfield, NJ 07081-2701

Scott Corin
232 Rock O'Dundee Rd.
Dartmouth, MA 02748

Barbara Corwin
2542 Coco Plum Blvd. Apt 802
Boca Raton, FL 33469

Cheryl D. Crohan
59 Marva Lane
Stamford, CT 06903

Juan Cruz Rodriguez
Institucion Ponce 1000 M-44-211
PO Box 3699 Ponce By Pass
Ponce, PR 00728-1504

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DE LARES Y REGION
CENTRAL
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO
GANDIA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
FONDO DE INVERSION Y
DESARROLLO COOPERATIVO, INC
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

PETER D. DOYLE on behalf of Debtor
COMMONWEALTH OF PUERTO RICO
Proskauer Rose LLP
Eleven Times Square
New York, NY 10033

Barbara Daniels
1345 Talbot Ave.
Berkeley, CA 94702

Timothy Daniels
1345 Talbot Ave.
Berkeley, CA 94702

John P. Day
PO Box 803
Sheridan, NY 82801

Alan DeFabbio
108 Passaic Ave., B10
Nutley, NJ 07110

James P. DeFranco, Jr.
4322 193rd St.
Flushing, NY 11358

Leo T. Delaney
722 Cedarbrook Rd.
Bridgewater, NJ 08807

Juan J. Delgado
PO Box 2073
Yabucoa, PR 00767

Steven Della Salla
7 Esther De Pew St.
S.I., NY 10306

Anthony Demaio
1028 Douglas Ave.
Wantagh, NY 11793

Ramesh R. Desai
135 Weber Road
North Wales, PA 19454

Devine Living Trust
2265 S. Lagoon Cir
Clearwater, FL 33765

Archie L. Devore
1140 N 80th St.
Lincoln, NE 68505

Gloria L. Diaz Lopez
PO BOX 330190
Ponce, PR 00733-0190

Ute Dienstbach
15249 W. Melissa Lane
Surprise, AZ 85374

Lois J. Doan
PO BOX 1209
Harlan, KY 40831

Otis Doan, Jr.
PO BOX 1209
Harlan, KY 40831

Donald H. Moskin Family Trust Acct.
c/o Donald Moskin
Apt 401
19434 Waters Reach Ln
Boca Raton, FL 33434

Donna Cinelli as TTEE of the Donna
Cinelli Trust U/A DTD
c/o Donna Cinelli
27 Ridge Drive
West Hurley, NY 12491

Kathleen Donoghue
,

Arlene H. Doroszka
220 East Main St.
Riverhead, NY 11901

Rae Marie Dougan
W10766 Ghost Hill Rd
Columbus, WI 53925

William D. Dougan
W10766 Ghost Hill Rd
Columbus, WI 53925

Lorenzo Dragoni
35017 Emajagua Street
Urb. Jacaranda
Ponce, PR 00730

David J. Dreyfuss
1422 Blue Field Ave.
Longmont, CO 80504-2684

Adam Duncan
3 Davis Court
Westfield, NJ 07090

Karie Dunks
9165 Seasons Terrace
Vero Beach, FL 32963

Maryann Dusza
05537 East St.
Winfield, IL 60190

Lawrence B. Dvores
28 Sherbrooke Parkway
Livingston, NJ 07039

MARK C. ELLENGERG on behalf of
Creditor ASSURED GUARANTY CORP
Cadwalader, Wickersham & Taff LLP
700 Sixth Street, N.W.
Washington, DC 20001

MARK C. ELLENGERG on behalf of
Creditor ASSURED GUARANTY
MUNICIPAL CORP
Cadwalader, Wickersham & Taff LLP
700 Sixth Street, N.W.
Washington, DC 20001

ENCANTO RESTAURANT, INC
MONTEHIEDRA OFFICE CENTER
9615
AVE. LOS ROMEROS SUITE 200
SAN JUAN, PR 00926-7037

Melvin Eisenberg
3890 Nobel Dr., Unit 1508
San Diego, CA 92122

Howard Elconin
3724 Eagle Hammock Dr.
Sarasota, FL 34240

Judith Elias
79 Hardwood Rd.
Monroe TWP, NJ 08831

Edwin B. Emery, Jr.
7605 Palisade Way
Fair Oaks, CA 95628

Encody Inc.
c/o Harry Matthew Pelaez
PO Box 280
Bayamon, PR 00960-280

Epiq Corporate Restructuring LLC
777 Third Avenue
New York, NY 10017

Mary B.C. Estabrook
88 North Hill Road, Apt #105
North Branford, CT 06471

Estate of Arthur M. Huss
c/o Richard Huss
370 Edinboro Road
Staten Island, NY 10306

Estate of Rose W. David
c/o Allan David
5 Corona
Irvine, CA 92603

Carmel Esteves
19434 Estuary Dr
Boca Raton, FL 33498

Rick A. Evans
23544 SW Gage Rd.
Wilsonville, OR 97070

Angel Miguel Ezquerro Preciado
Condominio Costa Linda 80 B
3613 Ave. Isla Verde
Carolina, PR 00979

F & J Tanzer Family Limited Partnership
47 Old Chimney Road
Upper Saddle River, NJ 07458

FERNANDO FELICIANO AGUIAR
CALLE 11A #Q-7 STA MONICA
BAYAMON, PR 00957

ENRIQUE G FIGUEROA LLINAS on
behalf of Interested Party MERRILL
LYNCH CAPITAL SERVICES, INC.
BOBONIS BOBONIS & RODZ
POVENTUD
129 DE DIEGO AVENUE
SAN JUAN, PR 00911-1927

Fanny Kobrin & Nathan Kobrin JT Ten
Unit #13
731 Wynnewood Rd
Ardmore, PA 19003

Anne Farley
c/o Peter C. Hein
101 Central Park West, Apt. 14E
New York, NY 10023

James Farrant, Jr.
PO Box 11916
San Juan, PR 00922-1916

Doris Fazio
163 Kipp Ave.
Elmwood Park, NJ 07407-1122

Mel Feder
612 Woodmere Blvd.
Woodmere, NY 11598

Sybil Feder
612 Woodmere Blvd.
Woodmere, NY 11598

Eleanor Feigenbaum
3200 Riviera Dr.
Delray Beach, FL 33445

Betty Feit
69-10 108th St. Apt. 3J
Forest Hills, NY 11375

Renee Feit
6910 108th St., Apt. 4J
Forest Hills, NY 11375-3817

Lois Feldman
5407 Viburnum St.
Delray Beach, FL 33484

Carmen Felix Mendez
PO BOX 2442
Canovanas, PR 00729

Thomas E. Feltgen
PO BOX 2373
Valparaiso, IN 46384

Jose R. Femenias Alvarez
PO BOX 192384
San Juan, PR 00919-2384

Jacqueline Fennell
1091 Mission Ridge Dr.
Manteca, CA 95337

Robert Lee Fennell
1091 Mission Ridge Dr.
Manteca, CA 95337

John E. Ferman
5210 Sunset Ridge
Mason, OH 45040

Rafael Fernandez
12731 Mozart St
Blue Island, IL 60406-1920

Ramona Fernandez
12731 Mozart St
Blue Island, IL 60406-1920

Francisco A. Fernandez Martinez
Praderas de Navarro
451 Aventurina
Gurabo, PR 00778-9006

Celia Fernandez de Gutierrez
Condominio Laguna
Calle Hoare #548 Apt. 11
San Juan, PR 00907

Fideicomiso Plaza
c/o Elizabeth Plaza
3 Dorado Beach East
Dorado, P 00646

Luis I. Figueroa Adorno
HC-61 Box 4742
Trujillo Alto, PR 00976-9723

Myron Finkel
434 East 57th Street
New York, NY 10022

Jonathan Fish
3716 86th Street
Apt 32
Jackson Heights, NY 11372

Fisher Investment
c/o Forest Fisher
1417 Antigua Way
Newport Beach, CA 92660

Amarilys Flores Flores
PO Box 177
Comerio, PR 00782

Gary A. Foote
4740 S. Ocean Blvd. Apt #1509
Highland Beach, FL 33487

Cherryl Foreman
19 Willow Rd.
Churchville, PA 18966

Joseph Foreman
19 Willow Rd.
Churchville, PA 18966

James D. Fornari
25 Central Park West
Apt. 3Q
New York, NY 10023

Jean Foschetti
419 Little Quarry Rd.
Gaithersburg, MD 20878

Dorothy Fox
261K Signs Road
Staten Island, NY 10314

Elliot C. Fox
261K Signs Road
Staten Island, NY 10314

Michael Franceschini
29 Harbor Circle
Centerport, NY 11721

Martin L. Frank
7247 Via Palomar
Boca Raton, FL 33433

Frank Koval & Fern Burch Living
Revocable Trust
c/o Fran Koval & Fern Burch, Trustees
1220 Brewster Drive
El Cerrito, CA 94530-2524

Donald T. Freese
PO BOX 384704
Waikoloa, HI 96738

Alan Friedman
124 Lander Ave.
Staten Island, NY 10314

Migdalia Fuentes Caban
#5 Calle Paloma
Moca, PR 00676

Karen Odalys Fuentes Rivera
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

Ivan Fuentes Vazquez
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

G.R. y Asociados, S.E.
c/o Roberto Colon
PO BOX 305
Catano, PR 00963-0305

Jason Galbraith
243 Mountwell Avenue
Haddonfield, NJ 08033

Marlene Gallagher
3129 32 Street
Astoria, NY 11106

Keith Gambino
3805 Golfview Road
Sebring, FL 33875

Elfa Garcia
P.O. Box 523
San German, PR 00683

Carmen I. Garcia Pacheco
PO BOX 7536
Ponce, PR 00732-7536

Thomas Garuccio
80 Winthrop Road
Monroe TWP, NJ 008831

David J. Gaynor
450 North Park Road #701
Hollywood, FL 33021
Kurt Gebauer
257 Topsaw Ln.
Moncks Corner, SC 29461

Therese Gennawey
171 Emory Road
Mineola, NY 11501

Marcia Gil-Caraballo

,

Gunther G. Glaser
1147 Homeland Park St.
Villages, FL 32162

Steven Glassman
3862 South Lake Drive
Boynton Beach, FL 33435

William Goldschmidt
753 Hollis Rd
Hollis, ME 04042

Bernard Goldstein
3112 Gracefield Rd., Apt #203
Silver Spring, MD 20904

Gloria Goldstein
c/o Bernard Goldstein
3112 Gracefield Rd., Apt #203
Silver Spring, MD 20904

Marilyn Goldstein
371 Lonesome Trl.
Waterbury, VT 05676

Oscar Gonzalez Badillo on behalf of
Creditor Universidad Central del Caribe,
Inc.
Gonzalez Badillo Law Office
1055 Marginal J. F. Kennedy
Suite 303
San Juan, PR 00920-1708

Efrain Gonzalez Caro
PO Box 781
Hormigueros, PR 00660

Maribel Gonzalez Fontanez
Jardines de Carolina
KK 44 Calle K
Carolina, PR 00987-1925

Maria M. Gonzalez Guzman
c/o Waldemar Davila Acosta
PO Box 358
Boqueron, PR 00622-0358

Harold Gonzalez Rosario
#609 Calle 1
Tintillo Hills
Guaynabo, PR 00966

Rufo E. Gonzalez Rosario
#609 Calle 1
Tintillo Hills
Guaynabo, PR 00966

Caroline Goodman
c/o Howard Goodman
175 Viera Drive
Palm Beach Gardens, FL 33418

Darcie L. Gordon
6551 Kings Creek Terr.
Boynton Beach, FL 33437

Deborah H. Gordon
1240 Noonan Dr.
Sacramento, CA 95822

Susan Gordon
401 E. 74th St.
Apt. 20R
NYC, NY 10021

Sydney Gordon
6551 Kings Creek Terr.
Boynton Beach, FL 33437

Bonnie Gossels
15 Bennett Road
Wayland, MA 01778

Elaine Gossels
Trustee
17 Bennett Road
Wayland, MA 01778

Fred A. Gregory
11227 136th Ave.
Kenosha, WI 53142

Grekory Equipment Corp.
c/o Jose R. Femenias
PO Box 192384
San Juan, PR 00919-2384

Larry S. Grodjeski
632 Edgewater Drive
Unit 732
Dunedin, FL 34698

Josefina Guinot Melendez
PO BOX 8790
Humacao, PR 00792

Phyllis Gutfleish
11561 Pallas Dr.
Boynton Beach, FL 33437-6426

Joaquin Fernandez Gutierrez
Condominio Laguna
Calle Hoare #548 Apt.11
San Juan, PR 00907

JAMES HEYWORTH on behalf of
Interested Party Banco Santander
Puerto Rico
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

JAMES HEYWORTH on behalf of
Interested Party Santander Asset
Management, LLC
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

JAMES HEYWORTH on behalf of
Interested Party Santander Securities,
LLC
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

Howard D. Haft
1391 Valley Rd. Apt. G
Wayne, NJ 07470

Duncan M. Hall
14320 Tandem Blvd. Apt 4310
Austin, TX 78728-6671

Lawrence Phillip Hamitton
1542 Satellite Dr.
Sparks, NV 89436

Sharon Lucille Hamitton
1542 Satellite Dr.
Sparks, NV 89436

Linda B. Handelsman
416 East First Street
Bloomington, IN 47401

M L Handley
PO Box 412
Stuart, FL 34995

Edmund K. Harding
8959 Woodcreek Cir.
Wilmington, NC 28411

Peter C. Hein
101 Central Park West, Apt. 14E
New York, NY 10023

Miriam Z. Held
8877 Tulare Drive Unit 308B
Huntington Beach, CA 92646

Helene Mendelson Revocable Trust
c/o Sherry Scher, Trustee
536 Pacing Way
Westbury, NY 11590

Griselle Hernandez
PO BOX 598
Arecibo, PR 00613

Allan Herzog
555 California St.
Suite 2300
San Francisco, CA 94104

David Hildes
41 Twin Brooks
Saddle River, NJ 07458

Matthew Himmelstein
22 Sandy Cove Rd., Apt. 501
Sarasota, FL 34242

Moneer Hindi
9108 Belle Haven NE
Albuquerque, NM 87112

Robert Hirst
608 Edgehill Road
Wilmington, DE 19807

Richard Hisey
439 Stearns Street
Carlisle, MA 01741

Beverly Hochheimer
70 Piccadilly Road
Great Neck, NY 11023

Frank Hochheimer
70 Piccadilly Road
Great Neck, NY 11023

Paul K. Hoffman
18351 Whitney Dr.
Santa Ana, CA 92705

Kenton B. Holm
33788 Walnut Grove
Dr Unit 5
Lewes, DE 19958

James D. Holt
4368 Eastwicke Blvd.
Stow, OH 44224

Gerald Horowitz
7 Maiden Stone Lane
Monroe Township, NJ 08831

John Hover
3203 Grand Canyon St.
Fort Collins, CO 80525

Walter J. Howard
5 Swayze Dr.
Latham, NY 12110

Robert C. Huberty
4304 Cinnamon Path
Liverpool, NY 13090

Robert B. Hughes
10957 SW 82nd Ter.
Ocala, FL 34481

Craig S. Hurovitz
10625 Willow Oak Ct.
Wellington, FL 33414

Vincent J. Incopero
PO Box 146
Elmhurst, IL 60126

Iron Mountain Information Management,
LLC
1 Federal St.
Boston, MA 02110

Isroff Family LLC
c/o Charles Isroff
19187 Chapel Creek Drive
Boca Raton, FL 33434

Hilda Izquierdo
1632 Navarra
Ponce, PR 00730-4059

Joseph Izzo
208 R. Lareine Ave.
Bradley Beach, NJ 07720

JM Dyer Jr
JM Dyer Co
PO BOX 620
Corsicana, TX 75151

JRF Gold Distributors Inc.
c/o Rolando Rojas Torre
Calle Zarzuela SF-2
Mansion del Sur
Toa Baja, PR 00949

Nancy P. Jacklin
3131 Connecticut Ave. NW
Apt. 2709
Washington, DC 20008

Natalie Jacobs
9 Prospect Park West 11B
Brooklyn, NY 11215

Jayne Jacoby
Trustee
4210 Pointe Gate Dr.
Livingston, NJ 07039

Bruce W. James
239 McNear Dr.
San Rafael, CA 94901

James & EL Bartlett
c/o James Bartlett
7723 Eglantine Lane
New Port Richey, FL 34654

Theodore Japp
13514 County Rd. P30
Blair, NE 68008

James L. Jarrard
1595 Montrose Terrace
Dubuque, IA 52001

Jean Spencer Trust
12990 Kirkendall Rd.
Burlington, IA 52601

Lawrence S. Jezouit
309 Freeman Street
Hartford, CT 06106-4222

John Pollak & Nancy Crowfoot JT Ten
TOD
3704 Franklin Ave.
Des Moines, IA 50310

Joseph and Michele Gabai Trust
c/o Joseph and Michele Gabai, Trustees
256 South Palm Drive
Beverly Hills, CA 90212-3516

Yazmin Jove Medina
PO BOX 192384
San Juan, PR 00919-2384

KANOSO AUTO SALES INC
PO BOX 1446
SAN GERMAN, PR 00683

KDR LLC
c/o Ruth Calcaterra
2189 Audrain Rd. 565
Vandalia, MO 63382

Evan Kallan
19 Club Pointe Dr.
White Plains, NY 10605

Elaine Kamsler
601 SW 141st Ave. Apt. 111
Pembroke Pines, FL 33027

Linda A. Kaye
27 Hunter Rd
Avon, CT 06001

Lisa L. Keane
2313 Barren Hill Rd.
Lafayette, PA 19444

Beatrice Keleher
5 Woodcreek Ct.
Deer Park, NY 11729

Joseph D. Keleher
5 Woodcreek Ct.
Deer Park, NY 11729

Diane Kessler
65 Greenberg Pkway
Hocbrook, NY 11784

Klasky Trust
c/o Jack Klasky
30961 Steeplechase Dr.
San Juan Capistrano, CA 92675

Constance Klein
2829 Mesa Rd. SE
Rio Rancho, NM 87124-7221

Leon Klein
9 Star Farm Road
Purchase, NY 10577

Lloyd Klein
2829 Mesa Rd. SE
Rio Rancho, NM 87124-7221

Carol Klenfner
70 West 95 St.
Apt. 17 K
New York, NY 10025

Carol A. Kline
1012 N Shore Dr. NE Unit 52
Saint Petersburg, FL 33701

Esther Klitnick
Fl 2 776 E. 3rd St.
Brooklyn, NY 11218

Knopf Family Trust
c/o Elaine Berel, Trustee
1619 Third Ave., Apt. 17H
New York, NY 10128

Angel A. Kock
Urb. Ext. Parkville
26 Calle Colorado
Guaynabo, PR 00969-3924

Caryl Komornik
95 Intervale Rd. #11
Stamford, CT 06905

Joseph A. Koory
55 S. Hale St., Unit 409
Palatine, IL 60067

Allan W. Kreider
1126 Severnview Dr.
Crownsville, MD 21032

Ira Kronenberg
179 Garfield Ave.
Passaic, NJ 07055-2412

Denis A. Krusos
One Lloyd Harbor Road
Lloyd Harbor, NY 11743

Robert H. Kullas
PO BOX 4918
Carmel, CA 93921-4918

Craig Kurtz
11959 N. Hickory Grove Rd.
Dunlap, IL 61525

Hugo E. Kurtz
221 N. Hogan St #125
Jacksonville, FL 32202

CARLOS, ESQ LUGO-FIOL on behalf of
Creditor UNITED SURETY &
INDEMNITY COMPANY
SALDANA 7 SALDANA EGOZCUE,
PSC
Popular Center - Suite 1420
208 Ponce de Leon Avenue
San Juan, PR 00918-1050

Suzanne LaCroix Robinson
34 Dogwood Dr.
West Orange, NJ 07052

Helen Elaine LaFoe
16509 E 54th St. S
Box #8
Independence, MO 64055

John J. LaGrua
POA Madeline LaGrua
8703 Tauton Dr.
Huntersville, NC 28078

Laboratorios Ramirez, Inc.
c/o Raul Ramirez
8133 Calle Concordia Ste. 101
Ponce, PR 00717-1543

Ivonne Laborde Negron
1560 Miguel Pou Blvd.
401 Paseo de la Reina
Ponce, PR 00716

Steven Lander
165 Waverly Ave.
East Rockaway, NY 11518

Laurie B. Goldstein Rev. Trust
c/o Laurie B. Goldtein Kestecher
12240 Glacier Bay Drive
Boynton Beach, FL 33473

Lee A. Lawrence
70 8th Ave., Apt 4
Brooklyn, NY 11217

Lawrence Trust
c/o Garry Lawrence
7626 Dartmoor Ave.
Goleta, CA 93117

Cheryl Lawton
257 Topsaw Ln
Moncks Corner, SC 29461

James F. Leggett
P.O. Box 7925
Tacoma, WA 98417

Donna R. Lerner
1180 S. Ocean Blvd. Apt 7E
Boca Raton, FL 33432

Jeffrey P. Lerner
1180 S. Ocean Blvd. Apt 7E
Boca Raton, FL 33432

Emily Leung
c/o David Lerner Associates, Inc.
477 Jericho Trunpike
PO BOX 9006
Syosset, NY 11791-9006

Selig Levine
37 Byron Dr
Avon, CT 06001-4507

Abe Levy
4875 Pelican Colony Blvd APT 301
Bonita Springs, FL 34134-6916

Saul M. Levy
700 North South Road
Scranton, PA 18504-1432

Arnold C. Lewis
373 Town Place Cir.
Buffalo Grove, IL 60089-6711

Susan D. Lewis
525 E. 86th Street
Apt. 3A
New York, NY 10028

Jesus Librada Sanz
Urb. Alturas de Villas del Rey
El Damasco G-5
Caguas, PR 00717-6745

Caren Linden
c/o RBC Wealth Management
200 Nyala Farms Road
Suite One
Westport, CT 06880-6265

Lindsey Family Trust
c/o Jim & Sally Lindsey
18 Cypress Ave.
Kenfield, CA 94904-1018

Rex C. Link
406 Coyle Pkwy
Cottage Grove, WI 53527- 8146

Jules B. Lipow
1623 Pelican Cove Rd.
BA 122
Sarasota, FL 34231

Joan Lipsig
350 S. Ocean Blvd
Apt. #12B
Boca Raton, FL 33432

Shen Tai Liu
8318 Saddleback Ledge Ave.
Las Vegas, NV 89147

Tammy T. Liu
8318 Saddleback Ledge Ave.
Las Vegas, NV 89147

Jose F. Lluch Garcia
P.O. Box 523
San German, PR 00683

Gerard Loev
8 Lounsbury Rd.
Mount Kisco, NY 10549

Myrta Lopez Molina
Urb. Hucares W3-66
C/B Gracian
San Juan, PR 00926

Luis A. Lopez Sullivan
Granda St. No. 629
Yauco, PR 00698

Susan D. Loring
445 Mahnken Dr.
Bridgewater, NJ 08807

Beverly J. Loss
718 County Road 3746
Wolfe City, TX 75496

Kenneth Loss
718 County Road 3746
Wolfe City, TX 75496

Milagros Loubriel
Golden Gate Diamante A-17
Guaynabo, PR 00968-3413

Joseph T. Lowery
3 Martin Lane
Flemington, NJ 08822

Seymour Lukin
Apt 29G
340 E 93rd St.
New York, NY 10128

Patricia Lynch
PO Box 1766
Staten Island, NY 10306

Timothy J. Lyons
393 RockPort Ln.
Birmingham, AL 35242

M.T. Rockers
c/o John Rothschild
2623 Lakeside Drive
Harveys Lake, PA 18618

MCT Limited Partnership
c/o Cheryl Friedman
46 Rockledge Drive
Livingston, NJ 07039

MIRTA MENDEZ HERNANDEZ
CALLE JUAN RODRIGUEZ NUMERO
488
BO. MANI
MAYAGUEZ, PR 00680

MITSUBISHI MOTOR SALES OF
CARIBBEAN INC.
P.O. Box 192216
San Juan, PR 00919-2216

Tai-Ann Ma
30806 Casilina Drive
Rancho Palos Verdes, CA 90275

Yan-Chow Ma
30806 Casilina Drive
Rancho Palos Verdes, CA 90275

Eric MacLennan
44565 Harmony Lane
Belleville, MI 48111

Angel B. Malave
PO BOX 860
Mayaguez, PR 00681

Maritza Maldonado Lopez
#609 Calle 1
Tintillo Hills
Guaynabo, PR 00966

Feliz Maldonado Rivera
#225 Carr. 2
Cond. Villa Caparra Plaza Apt. 1201
Guaynabo, PR 00966

Edwin Maldonado Santiago
Urb. Jardines de Ponce
Paseo Azucena K-1
Ponce, PR 00730

Douglas H. Malin
15622 Spring Meadow Ln.
Granger, IN 46530-6504

Eugene Mancuso
59 Massachusetts St. South
Staten Island, NY 10307

Mauricio Mandalaovi
Arcos 1825 6-B
Capital Federal 1425,

Javier Mandry Mercado
1326 Salud Street Apt. 1101
Ponce, PR 00717

Sheryl Manning
864 NW Albemarle Terrace
Portland, OR 97210

Roslyn Manor
239 Hungry Harbor Rd.
Valley Stream, NY 11581

Manu R. Shah & Chinta M. Shah &
Rushabh M. Shah JT/ WRCS
c/o Manu R. Shah
2001 Greentree Road
Cherryhill, NJ 08003

Lawrence S. Marden
18369 N. Kokopelli CT
Surprise, AZ 85374

Arthur S. Margolia
437 Scarsdale Road
Tuckahoe, NY 10707-2118

Barbara J. Margolia
437 Scarsdale Road
Tuckahoe, NY 10707-2118

Marie V. Krokar Trust
John C. Lisicich, Trustee
7296 174th Street
Tinley Park, IL 60477-3212

Naomi S. Marrow
11 Hunting Ridge Place
Chappaqiua, NY 10514-2105

Paul B. Marrow
11 Hunting Ridge Place
Chappaqiua, NY 10514-2105

Betty W. Martin
PO Box 1443
McCall, ID 83638

Maria Teresita Martin
Caparra Hills
Yagrumo H-22
Guaynabo, PR 00968

Antonio Martin Cervera
Caparra Hills
Yagrumo H-22
Guaynabo, PR 00968

Manuel B. Martinez Giraud
PO BOX 183
Arecibo, PR 00613

Evelyn Martino Gonzalez
PO Box 32441
Palm Beach Gardens, FL 33420-2441

Miriam Ivette Matos Santos
Urb. Buena Ventura
1111 Magnolila
Mayaguez, PR 00680

Carol E. Matula
5 Hastings Rd.
Berkeley Heights, NJ 07922

Maxwell Keith Trust
c/o Maxwell & Terry Keith
133 Commonwealth Ave.
San Francisco, CA 94118

Susan McCormack
18 Thackeray Rd.
Wellesley, MA 02481

Margaret M. Meath
1132 Balsam St.
New Richmond, WI 54017

Cordelia B. Medina
721 Windmill Dr
Las Cruces, NM 88011

David C. Medina
1725 Foster Road
Las Cruces, NM 88001

Laura Medina
1725 Foster Road
Las Cruces, NM 88001

Julio Medina Figueroa
488 Calle Juan Rodriguez
Bo. El Mani
Mayaguez, PR 00680

Diana Melnick
8279 Summerbreeze Ln.
Boca Raton, FL 33496

Jack Melnick
8279 Summerbreeze Ln.
Boca Raton, FL 33496

Maria Mendez Crespo
Urb. Las Veredas
Calle Laureles #65
Camuy, PR 00627

Manuel Mendez Garcia
508 Ave. Sagrado Corazon
San Juan, PR 00915

Robert Messer
158 Pershing Rd.
Englewood Cliffs, NJ 07632

Alvin Meyers
2164 Brown St.
Brooklyn, NY 11229

Linda S. Meyers
12862 Stoneybrooke Ct.
South Lyon, MI 48178-8531

Deborah Milano
299 Connie Wright Rd.
Irmo, SC 29063

Robert J. Miller
425 Dockside Dr.
Naples, FL 34110

Warren Min
804 Milan Ave.
South Pasadena, CA 91030

Marie Minimi
520 Victor St #38
Saddle Brook, NJ 07663

Anthony Minutoli
6035 75th Street
Middle Village, NY 11379

Rose Minutoli
6035 75th Street
Middle Village, NY 11379

Yahya Moadel
6 Engineers Rd.
Roslyn, NY 11576

Angeles Molina Iturrondo
Ext. Villa Caparra
Florencia E-6
Guaynabo, PR 00966

Valerie Moliterno
409 39th Ave. N
Myrtle Beach, FL 29577-2703

Delfina Monserrate Diaz
506 Brown Ct.
Fruitland Park, FL 34731

Thomas Moraca
1030 Cypress Way
Boca Raton, FL 33486

Ramon Luis Morales Maldonado
Calle 20 2N #47
Urb. Alto Monte
Caguas, PR 00725

Charles Muhando
524 Oak Ridge Avenue
North Plain Field, NJ 07063

ROBERT E. NIES on behalf of
Interested Party Arc American
Chiesa, Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052

Marie R Nagel
2040 W. Wayzata Blvd. Apt. 111
Long Lake, MN 55356-5608

Rose Nathanson
7739 Southampton Ter. Apt 214G
Tamarac, FL 33321-9172

Allegra Natt
32 Sheridan Ave.
Metuchen, NJ 08840-2612

Bertram G. Neiterman
1120 99St #502
Bay Harbor Is., FL 33154

Heriberto Nieves Dominguez
Complejo Correccional Guayama
Anexo 296 Edif. 1-D #053
PO BOX 1005
Guayama, PR 00785

Ruben Nieves Lugardo
PO BOX 2442
Canovanas, PR 00729

Robert S. Nowie
73461 Haystack Rd.
Palm Desert, CA 92260-6059

O'NEILL & GILMORE LAW OFFICE,
LLC
,

Kathryn OConnell
8510 W. 10th Ave.
Lakewood, CO 80215

Leo OConnell
8510 W. 10th Ave.
Lakewood, CO 80215

Marie E. Ocampo
3 Martin Lane
Flemington, NJ 08822

Matthew Olian
2354 E. Harold St.
Philadelphia, PA 19125

Oracle America, Inc.
Buchalter, A Professional Corporation
c/o Shawn Christianson
55 2nd St. 17th Fl.
USA
San Francisco, Ca 94105

Oracle Caribbean, Inc.
Buchalter, A Professional Corporation
c/o Shawn M. Christianson
55 2nd St. 17th Fl.
San Francisco, Ca 94105

Jeffrey L. Ostroff
4980 Fairfield Rd.
Fairfield, PA 17320

Steven M. Oursler, Sr.
19475 Jack Stone Ln.
Drayden, MD 20630-3404

David J. Owens
11923 Stoney Batter Rd.
Kingsville, MD 21087

HALEY N. PROCTOR, on behalf of
Interested Party Aristeia Capital, L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Canyon Capital
Advisors LLC
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Cyrus Capital Partners,
L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 1,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 10,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 2,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 3,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 4,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 5,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 6,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 7,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 8,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 9,
L.L.C.
Cooper & Kirk, PLLC

1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Fideicomiso Plaza
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party GoldenTree Asset
Management LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Scoggin Management
LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Taconic Capital
Advisors L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Tilden Park Capital
Management LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Whitebox Advisors LLC
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Jose F Rodriguez-
Perello

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Joe M. Pace
8316 Snug Hill Lane
Potomac, MD 20854

Maureen Pacini
1437 Last Oak Ct.
Fort Collins, CO 80525-5581

Paddock Investment Trust
c/o Larry D. Glassman
1000 S. Federal Hwy.
Boynton Beach, FL 33435

Leida Pagan Torres
#67 Calle Alhambra
Urb. Sultana
Mayaguez, PR 00680

Theresa P. Patella
120 Morris Ave Apt. C6
Rockville Centre, NY 11570

Anthony Patti
1108 Lakefield Walk
Marietta, GA 30064

Paul Hastings LLP
,

Bernard Pearlman
15 West 72nd St.
Apt 22H
New York, NY 10023-3460

Lester Pedell
c/o Iris Pedell
25 Windsor Ln.
Boynton Beach, FL 33436

Herminio Perez Garcia
PO BOX 6684
Bayamon, PR 00960

Kermit A. Perez Molinari
Urb. Valle Verde
Calle Arboleda 952
Ponce, PR 00716-3513

Hiram Perez Soto
Urb. Villas de Parana
Calle 11 Bloque S-1#5
San Juan, PR 00926

Pershing LLC
,

Richand Perskin
One Bonaire Drive
Dix Hills, NY 11746

Peter Leavitt and Olga Stavros Leavitt
JT TEN
28 Glenwood Road
Fanwood, NJ 07023-1425

Richard Petersen
108 Fallwood Parkway
Farmingdale, NY 11735

Gary S. Pfisterer
16 Shaw Road
Wales, MA 01081

Arturo Pico Vidal
PO Box 7375
Ponce PR 00732-7375,

Jerry Pisecki
3642 Caddington Ter.
Midlothian, VA 23113

Ronald R. Plano
2305 Baldwin Run
The Villages, FL 32162

Miguel Pomales Castro
PMB 92 PO BOX 71325
San Juan, PR 00936

Doris Zoe Pons-Pagan
Alturas de Borinquen Gardens
KK-6 Orchis St.
San Juan, PR 00926

Rodolfo Popelnik
3409 Ave. Isla Verde
Apto. 1502
Carolina, PR 00979

Kathleen Probst
883 Meadow Ln
Franklin Lks, NJ 07417-1112

John Puskac
1492 N. Lamb Blvd.
Apt. #1104
Las Vegas, NV 89110

Sara Quinones Irizarry
Cascada 1818 Valle Verde
Ponce, PR 00716-3606

Jose F. Quinones Soto
Urb. Milaville
145 Calle Moradilla
San Juan, PR 00926-5124

R.J. Hughes
c/o Robert B. Hughes, Trustee
10957 SW 82nd Ter.
Ocala, FL 34481

JOSE L RAMIREZ-COLL on behalf of
Creditor Solus Opportunities Fund 5 LP
ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PA 00908

JOSE L RAMIREZ-COLL on behalf of
Creditor Solus Opportunities Fund 5 LP
ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PR 00908

JOSE L RAMIREZ-COLL on behalf of
Creditor Ultra Master LTD
ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PA 00908

JOSE L RAMIREZ-COLL on behalf of
Creditor Ultra NB LLC
ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PA 00908

RCG PR Investments LLC
c/o Roberto Colon
PO BOX 305
Catano, PR 00963-0305

REPARTO METROPOLITANO
SHOPPING CENTER LLC
PO BOX 195582
SAN JUAN, PR 00919

J. RAMON RIVERA MORALES, on
behalf of Counter-Claimant AD HOC
GROUP OF GENERAL OBLIGATION
BONDHOLDERS
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant ACP Master, Ltd.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Aurelius Capital
Master, Ltd.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Aurelius
Investment, LLC,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Aurelius
Opportunities Fund, LLC,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Autonomy Master
Fund Limited
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Corbin Opportunity
Fund, L.P.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Lex Claims, LLC,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Pinehurst Partners,
L.P.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Intervenor AD HOC GROUP
OF GENERAL OBLIGATION
BONDHOLDERS
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

EDWIN RODRIGUEZ
Urb. Torremolino DF19
Guaynabo, PR 00969

CARLOS A RODRIGUEZ HERRERA
URB SAN FRANCISCO
1704 DIAMELA ST
SAN JUAN, PR 00927

RWK CS Trust
7580 Fintry Drive
Greensboro, NC 27409

Allan C. Rabinowitz
911 Park Avenue
Apt 9B
New York, NY 10075

Raul Ramirez
8133 Calle Concordia Ste. 101
Ponce, PR 00717-1543

Francisco M. Ramirez-Rivera
613 Ponce de Leon Ave.
Apt. 901
San Juan, PR 00907

Francisco M. Ramirez-Rivera on behalf
of Creditor Francisco M. Ramirez-Rivera
Goldman Antonetti & Cordova LLC
PO Box 70364
San Juan, PR 00936-8364

Orestes Ramos on behalf of Interested
Party Government Development Bank
for Puerto Rico
,

Walter B. Ratliff
38 Winged Foot
Boerne, TX 78006

Edward Reiner
10008 East Purdue Ave.
Scottsdale, AZ 85258

Michael J. Remillard
3569 Old Smithville Hwy N.
Sparta, TN 38583

Carmen M. Reyes Reyes
124 North Coast Village
Vega Alta, PR 00692

Harvey Richman
176 Dove Drive
Fortson, GA 31808

Kenneth Ring
150 Hill Hollow Road
Watchung, NJ 07069

Sheryl Ring
150 Hill Hollow Road
Watchung, NJ 07069

Carmen Iris Rivera Cosme
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

Luis H. Rivera Gonzalez
PO BOX 5136
Aguadilla, PR 00605

Angel Rivera Torrales
Condominio Hato Rey Centro
130 Arterial Hostos, Apt. Q101
San Juan, PR 00918

Robert Collins Revocable Trust
c/o Joseph E. Franjul
3530 Mystic Pointe Drive
Apt. 3213
Aventura, FL 33180

Keila Robles Figueroa
Urb. Monte Brisas
8 Calle B
Gurabo, PR 00778-4023

Lilia M. Rodriguez Colon
613 Ave. Ponce De Leon, Apt. 901
San Juan, PR 00907

Roy Louis Rodriguez Delgado
HC-03 Box 11159
Juana Diaz, PR 00795

Nestor Rodriguez Marty
5347 Ave. Isla Verde, Apt 1214
Carolina, PR 00979-5509

Ernesto Rodriguez Rodriguez
PO BOX 330190
Ponce, PR 00733-0190

William A. Rogato
102 Amherst Place
Goldsboro, NC 27534

Vijay Rohatgi
1321 Camino Teresa
Solana Beach, CA 92075

Rona Iris Rothman Revocable Trust
c/o Rona Rothman
477 Misty Oaks Run
Casselberry, FL 32707

Maria Rosello
HC2 Box 3469
Santa Isabel, PR 00757

Steven Rosen
174 Oakwood Ct.
Naples, FL 34110

Iris P. Rosenblatt
111 Hamlet Hill #405
Baltimore, MD 21210

Robert Rosenbouch
10540 Royal Caribbean Circle
Boyton Beach, FL 33473

Sandra Rosenbouch
10540 Royal Caribbean Circle
Boyton Beach, FL 33473

Linda Rosin
1230 County Route 60
Elmira, NY 14901

Lora G. Rosner
7801 34th Avenue
Apt. 57
Jackson Heights, NY 11372

Lois Ross
3070 Eunice Ave.
Spring Hill, FL 34609

Jorge L. Rosso
5760 S.W. 107 St.
Miami, FL 33156

Radames Ruiz Velez
HC-02 Box 17145
Rio Grande, PR 00745

Angel Ruiz-Rivera
Ext. Villa Rica
AA-27 Calle Santa Rita
Bayamon, PR 00960

Lawrence Russo
5520 E Palo Verde Drive
Paradise Valley, AZ 85253

David Ryan
PO BOX 3232
Easton, PA 18043

ROBERT L SCHNELL on behalf of
Plaintiff VOYA INSTITUTIONAL TRUST
COMPANY
FAEGRE BAKER DANIELS LLP
2200 WELLS FARGO CENTER
90 S 7TH STREET
MINNEAPOLIS, MN 55402

ANDREW W. STERN on behalf of
Interested Party Banco Santander
Puerto Rico
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

ANDREW W. STERN on behalf of
Interested Party Santander Asset
Management, LLC
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

ANDREW W. STERN on behalf of
Interested Party Santander Securities,
LLC
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

Enrique Alfonso Sabater
Urb. Santa Maria
1842 Calle Reina de las Flores
San Juan, PR 00927

Carlos J. Sagardia Abreu on behalf of
Creditor B.P. S.E.
1353 Ave. Luis Vigoreaux
PMB 678
Guaynabo, PR 00966

Carlos J. Sagardia Abreu on behalf of
Creditor Bahia Park S.E.
1353 Ave. Luis Vigoreaux
PMB 678
Guaynabo, PR 00966

Robert Saland
9448 West Broadview Drive
Bay Harbor Islands, FL 33154

Arthur Samodovitz
200 Rano Blvd #4C-27
Vestal, NY 13850

Maria T. San Miguel
PO Box 11679
San Juan, PR 00922

Miriam Sanchez Lebron
HC-04 BOX 4001
Humacao, PR 00791-8900

Eliezer Santana Baez
50 Carr. 5 Unit A-501
Edif. 3-J Ind. Luchetti
Bayamon, PR 00961-7403

Hector Santos Diaz
Urb. El Rocio
#37 Calle Limoncillo
Cayey, PR 00736

Ann Marie Sarno
30 Lawrence Rd.
Randolph, NJ 07869

Paul Sarno
30 Lawrence Rd.
Randolph, NJ 07869

John Sasser
9 Radler Rd.
Preston, CT 06360

Susan Sasser
9 Radler Rd.
Preston, CT 06360

Saul and Theresa Esman Foundation
c/o Charles E. Rutherford, Esq.
2101 NW Corporate Blvd.
Suite 206
Boca Raton, FL 33431

Betty Sayburn
212.93 16th Avenue
Bayside, NY 11360

Douglas R. Sayer
1260 Morris Avenue
Bryn Mawr, PA 19010-1712

MaryAnne Scardino
240 19 Memphis Ave.
Rosedale, NY 11422

Sherry Scher
536 Pacing Way
Westbury, NY 11590

Schiffer Living Trust
c/o Marcia L. Schiffer
5746 Crystal Shores Dr.
Apt. 408
Boynton Beach, FL 33437

William Schimel
3-21 Summit Ave.
Fair Lawn, NJ 07410

Robert F. Schott
44 Fieldcrest Road
New Cannan, CT 06840

Lynn Schrier-Behler
704 S Union St.
Alexandria, VA 22314

Susan E. Schur
76 Highland Avenue
Somerville, MA 02143

Daniel W. Schwartz
19333 W Country Club Dr.
Apt 1901
Aventura, FL 33180

Robert W. Scisco, Jr.
110 Hollywood Ave.
Willow Branch, NJ 07764

Brian Scully
14 South St
West Haven, CT 06516

Ellen Scully
14 South St.
West Haven, CT 06516

Searle and Company
c/o John Eberly
333 Greenwich Avenue
Greenwich, CT 06830

Second Bridge Capital RMBS Fund I
c/o David Shaw
49W 23rd Street
8th Floor
New York, NY 10010

Richard D. Seifert
PO Box 82066
Fairbanks, AK 99708-2066

Jeffrey Sellers
22703 Camino del Mar, Apt. 26
Boca Raton, FL 33433

Julio H. Sepulveda Ramos
PO Box 43
Hormigueros, PR 00660

John Shabato
6610 NE 21st Dr.
Fort Lauderdale, FL 33308

Zui Shamam
3700 Kensignton St.
Hollywood, FL 33021

Nora Shang
6 Coventry Walk
Ithaca, NY 14850

Peter Shanovich
5206 Juniper Ln.
West Bend, WI 53095

Paul D. Sheeler
545 Stoney Lane
State College, PA 16801

Shahab Sheikholeslam
320 26th Ave. N.
St. Petersburg, FL 33704

Edward Shelton
866 Heritage Hills
Somers, NY 10589

Elizabeth Sickelco
63 Bennett Road
Wilbraham, MA 01095

Ariel Siegel
10 Wendover Lane
Suffern, NY 10901

David Siegel
10 Wendover Lane
Suffern, NY 10901

Elliot Siegel
710 Sound View Road
Oyster Bay, NY 11771

Judy G. Silber
47 Old Chimney Road
Upper Saddle River, NJ 07458

Frederick Silberstein
2910 NW 25th Terr
Boca Raton, FL 33434

Andrew I Silfen on behalf of Interested
Party Aguirre Offshore Gasport, LLC
Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
andrew.silfen@arentfox.com

Lorraine Silverstein
13101 S.W. 15th Ct Apt 210
Pembroke Pines, FL 33027-2467

Scott D. Simmons
2536 Ambling Circle
Crofton, MD 21114

Diane Sipics
1605 N. Cedar Crest Blvd.
Suite 504
Allentown, PA 18104

Grace Skidell
112 Foxwood Dr
Jericho, NY 11753

Gladys Smith
801 Vanosdale #102
Knoxville, TN 37909

Barbara K. Snyder
3675 No. Country Club Drive
Aventura, FL 33180

Irvin J. Snyder
205 Society Hill Blvd.
Cherry Hill, NJ 08003

Ruy Solis
1875 Evergreen Ridge Way
Reno, NV 89523

Carl Solomon
29 Devonshire Rd. So.
Cedar Grove, NJ 07009-2023

Lawrence Solomon
6375 Noble Rd.
West Bloomfield, MI 48322

Robert Solomon
177 Railroad Ave. House B
Greenwhich, CT 06830

Myrna Y. Soto Torres
Calle Torres Nadal #978
Urb. Villas de Rio Canas
Ponce, PR 00728-1937

Bernard Stein
21 Bay Hill Drive
Bloomfield, CT 06002

Marlene S. Stein
21 Bay Hill Drive
Bloomfield, CT 06002

Alan Stevens
74 Hamlet Drive
Hauppauge, NY 11788

William R. Stockman
6431 NE 150th Ave.
Williston, FL 32696

Donna Struletz
404 E 66th St., #3E
New York, NY 10065

Moises Suarez
508 Ave. Sagrado Corazon
San Juan, PR 00915

Marie M. Suatoni
313 Mott Rd.
Fayetteville, NY 13066

Richard A. Suatoni
319 Mott Rd.
Fayetteville, NY 13066-1845

Stanley M. Sussman
624 Dane Ct.
New Castle, DE 19720

Stephen Sussman
5178 Polly Park Lane
Boyton Beach, FL 33437

Susan C. Tanowitz
2111 E. Belt Line Rd.
#134-A
Richardson, TX 75081

Floyd R. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458

Ira Tanzer
22 Old Fort Lane
Southhampton, NY 11968

Shoshannah D. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458

Ernest Tarmin
474 Ocean Avenue
Lynbrook, NY 11563

Leslie Taub
5 Brunswick St.
Staten Island, NY 10314

Izak Teller
9 Wimisink Road
Sherman, CT 06784

The Jain Family Trust
c/o Surendra & Kala Jain
1825 Paseo Del Sol
Palos Verdes, CA 90274-1602

The McKenzie Family Trust
c/o William R. McKenzie
4550 E. Wild Coyote Trl.
Tucson, AZ 85739

Dennis Thompson
11514 Sun Rd.
Dade City, FL 33525-1828

Eva Maria Toerey-Curvino
313 Teaneck Rd.
Teaneck, NJ 07666

Ernest Tornincasa
1955 Paulding Ave.
Bronx, NY 10462

Francisco de A. Toro De Osuna
#28 Urb. Ext. Quintas de Santa Maria
Mayaguez, PR 00682

Jorge Luis Torres
Urb. Venus Gardens
756 Calle Piscis
San Juan, PR 00926

Manuel A. Torres Diaz
Urb. La Colina
B20 Calle B
Guaynabo, PR 00969-3261

Aracelia Torres Irizarry
PO Box 361204
San Juan, PR 00936-1204

Aurelio Torres Ponsa
300 Stonington Rd.
Silver Spring, MD 20902

Elizabeth Towle
98 Pageant St.
Rio Communities, NM 87002

Helen K. Tracy
8447 Quail Meadow Way
West Palm Beach, FL 33412

Richard Tracy
6123 220th St.
Oakland Gardens, NY 11364

Raymond J. Troiani
114 Belvidere Rd.
Phillipsburg, NJ 08865

John J. Trombadore
7522 NW 110th Dr.
Parkland, FL 33076

William G. Troy
PO Box 41651
Phoenix, AZ 85080

Trust U/W Herbert J. Mendelson
c/o Sherry Scher, Trustee
536 Pacing Way
Westbury, NY 11590

Barbara Tuck
3 Town House Place, Apt. 3L
Great Neck, NY 11021

Barbara J. Tucker
3668 Appling Lake Dr.
Memphis, TN 38133

Rhoda Tucker
185 Bay Drive
Woodmere, NY 11598

Steven B. Tucker
3409 Hollow Branch Ct.
Chesterfield, VA 23832

Kathleen V. Urbanski
39 Woodshire Drive
Erial, NJ 08081

HAROLD D. VICENTE on behalf of
Defendant Fir Tree, Inc.
PO BOX 11609
SAN JUAN, PR 00910-1609

Jan Valentine
12 Campbell Farms Road
Belen, NM 87002

Neil Vander Groef
989 Stillwater Rd.
Newton, NJ 07860

Josefina Varela Gonzalez
Urb. Bucare 5 Calle Diamante
Guaynabo, PR 00969-5114

Edwin Vargas Velazquez
RR4 Box 26413
Toa Alta, PR 00953

Bradford C. Vassey
665 S. Gouldsboro Rd.
Gouldsboro, ME 04607

Jose A. Vazquez Padilla
Parcelas Soledad
1376 Calle J
Mayaguez, PR 00682-7659

Enrique Vazquez Quintana
Urb. El Remanso
F15 Corriente St.
San Juan, PR 00926

William T. Vetterling
35 Turning Mill Rd
Lexington, MA 02420-1319

Paul Viditch
2954 Secret Way
Commerce Township, MI 48390

Eva Judith Viera
Hacienda Constancia
Calle Estancia 711
Hormigueros, PR 00660

Richard M. Villastrigo
230 Houtz Lane
Port Matilda, PA 16870

Vivian Hile Trust
c/o Vivian Hile
126 Sparrow Drive
Apt. 13 B
Royal Palm Beach, FL 33411

STUART WEINSTEIN BACAL on behalf
of Defendant STATE INSURANCE
FUND CORPORATION
INDIANO WILLIAMS & WEINSTEIN
BACAL
BCO.PONCE BDLG.21 FL.268
M.RIVERA
SAN JUAN, PR 00918

STUART WEINSTEIN BACAL on behalf
of Interested Party Elias Sanchez-
Sifonte
INDIANO WILLIAMS & WEINSTEIN
BACAL
BCO.PONCE BDLG.21 FL.268
M.RIVERA
SAN JUAN, PR 00918

Timothy S. Wade
7 Cedarcrest Ct.
Doylestown, PA 18901

Cindy Wade Weathers
104 Kathy Ave.
Quitman, MS 39355

Debra Wasyl
31 Beidler Drive
Washington Crossing, PA 18977

Larry Weiner
94 Locust La.
Upper Saddle River, NJ 07458

Lynn Weingarten
205 Bon Air Ave.
New Rochelle, NY 10804

William Weiss
PO Box 789
West Rutland, VT 05777

Robert J. Welsch
128 Cherry Hills Dr.
Aiken, SC 29803

Wendy Goodman Rev. Trust
c/o Wendy Goodman
533-1 NW 48th Street
Coconut Creek, FL 33073

Jeffrey M. Whiting
PO Box 1
Suring, WI 54174

James Wiatrowski
100 Crestview Lane
Waupaca, WI 54981-1152

Donald Widder
12 Marin Bay Park Ct.
San Rafael, CA 94901

Bruce Wiederspiel
2783 Columbia Falls Stage Rd
Columbia Falls, MT 59912

Joan Wiesen
45 Sutton Pl S Apt. 20E
New York, NY 10022

William Earl and Marlene N. Lansford
Rev. Trust Agent 2016
4610 N. 149th St.
Brookfield, WI 53005

Jeffrey S. Winslow
1500 E. Rosser St.
Prescott, AZ 86301

Mitchell F. Winslow
5935 N. Bailey Ave.
Prescott, AZ 86305-7461

Fred Winter
10 Annette Drive
Edison, NJ 08820

Robert L. Wise
3 Interlaken Drive
Interlaken, Nj 07712

Sheila Wolf
5835 Coolwater Cove
Dallas, TX 75252

Michael A. Wolridge
4006 Balmorhea Ave/
Houston, TX 77039

John Michael Wolstencroft
145 Hampton Cricle
Bluffton, SC 29909

Brian R. Wright
205 7th St.
Hoboken, NJ 07030

STEPHEN YOUNGMAN on behalf of
Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
Weil, Gotshal & Manges LLLP
200 Crescent Court
Suite 300
Dallas, TX 75201

Qiao Yan
2833 Rainfield Ave.
Westlake Village, CA 91362

Sherry L. Yeary
2902 Gilmer Ave.
Abilene, TX 79606

Benson Yomtov
Trustee Yomtov Family Trust
80 Harris Drive
Oceanside, NY 11572

Harriet Yomtov
Trustee, Yomtov Family Trust
80 Harris Drive
Oceanside, NY 11572

ZF Revocable Trust
c/o Zack Feinsilver
4775 Technology Way
Boca Raton, FL 33431

Michael Zaretsky
19 Winter St
Forest Hills, NY 11375

Rose Zaretsky
19 Winter St
Forest Hills, NY 11375

Flor Zayas de Navarro
Calle Eclipse C-29
Ponce, PR 00716

Konstantin W. Zois
360 Tremont Pl
Orange, NJ 07050

Matthew Zucker
3081 NE 42nd St.
Ft Lauderdale, FL 33308

Joel Zytnick
100 Cerasi Dr. Apt. PH9
West Mifflin, PA 15122-4207

Arminda de Choudens Farraro
PO Box 192471
San Juan, PR 00919-2471

17-03283-LTS9 These participants in a related case have chosen not to receive notice
from this case:

Rebecca Cutri-Kohart on behalf of
Defendant UNITED STATES OF
AMERICA
rebecca.cutri-kohart@usdoj.gov,
fedprog.ecf@usdoj.gov

Heriberto Lopez on behalf of Interested
Party KPMG LLP
hlopez@hlopezlaw.com

EXHIBIT 5 – NOTICE OF DKT. 9121

17-03283-LTS9 Notice was be electronically mailed to:

ROBERTO ABESADA AGUET on behalf of Counter-Claimant QTCB Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor Davidson Kempner Capital
Management LP
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor OZ Management II LP
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor OZ Management, LP
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor QTBC Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor QTCB Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Creditor River Canyon Fund Management,
LLC
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Interested Party Canyon Capital Advisors
LLC
, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

ROBERTO ABESADA AGUET on behalf of Intervenor QTCB Noteholder Group
ra@calopsc.com, rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com

IYEN A. ACOSTA, on behalf of Creditor Morovis Community Health Center, Inc.
iacosta@renocavanaugh.com

FERNANDO E. AGRAIT on behalf of Interested Party INSTITUTO DE
COMPETITIVIDAD Y SOSTENIBILIDAD ECONOMICA DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Interested Party PUERTO RICO HOSPITAL
ASSOCIATION
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Interested Party PV PROPERTIES, INC

agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Interested Party Windmar Renewable Energy, Inc.
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor ASOCIACION DE CONTRATISTAS
DE ENERGIA RENOVABLE
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor ASOCIACION DE CONTRATISTAS Y
CONSULTORES DE ENERGIA RENOVABLE DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor ASOCIACION DE RESTAURANTES
DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor CAMARA DE MERCADEO,
INDUSTRIA Y DISTRIBUCION DE ALIMENTOS
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor CENTRO UNIDO DE DETALLISTAS
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor INSTITUTO DE COMPETITIVIDAD Y
SOSTENIBILIDAD ECONOMICA DE PUERTO RICO
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor PUERTO RICO HOSPITAL
ASSOCIATION
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor PUERTO RICO MANUFACTURERS
ASSOCIATION
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor PV PROPERTIES, INC
agraitfe@agraitlawpr.com

FERNANDO E. AGRAIT on behalf of Intervenor Windmar Renewable Energy, Inc.
agraitfe@agraitlawpr.com

JASON R AGUILO SURO on behalf of Other Professional Bluhaus Capital LLC
jaguilo@pmalaw.com, docketclerk@pmalaw.com

RACHEL EHRLICH ALBANESE on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
rachel.albanese@dlapiper.com

RACHEL EHRLICH ALBANESE on behalf of Interested Party UNIVERSITY OF
PUERTO RICO
rachel.albanese@dlapiper.com

JUAN A ALBINO GONZALEZ on behalf of Interested Party Maria Judith Diaz
anibal031@gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE JUANA DIAZ
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE LARES Y REGION CENTRAL
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor Cooperativa de Ahorro y Credito
de Ciales
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Creditor FONDO DE INVERSION Y
DESARROLLO COOPERATIVO, INC
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

ENRIQUE M ALMEIDA BERNAL on behalf of Defendant Caribbean Temporary
Services, Inc.
adecfmail@gmail.com,
almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@
gmail.com

JULIA D. ALONZO on behalf of Debtor COMMONWEALTH OF PUERTO RICO
jalonzo@proskauer.com

JULIA D. ALONZO on behalf of Defendant Financial Oversight and Management Board
for Puerto Rico
jalonzo@proskauer.com

CARLOS C ALSINA BATISTA on behalf of Creditor KDC SOLAR, LLC
carlos.alsina.batista@gmail.com, mrivera@prquiebra.com;Cablaw.psc@gmail.com

CARLOS C ALSINA BATISTA on behalf of Creditor Aida Iris Rossy Clemente
carlos.alsina.batista@gmail.com, mrivera@prquiebra.com;Cablaw.psc@gmail.com

MARIA TERESA ALVAREZ SANTOS on behalf of Defendant RICARDO ROSSELLO
NEVARES

maria.alvarez2@popular.com

PETER AMEND on behalf of Creditor Cantor-Katz Collateral Monitor LLC
pamend@orrick.com

GINGER D. ANDERS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Ginger.Anders@mto.com

GINGER D. ANDERS on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Ginger.Anders@mto.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Baxter Sales & Distribution
Puerto Rico Corp.
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Genesis Security Services,
Inc.
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Official Committee of
Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Committee Official
Committee of Retired Employees of the Commonwealth of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Creditor Committee Official
Committee of Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Interested Party Official Committee
of Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Interested Party Official Committee
of Unsecured Creditors of the Commonwealth of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Intervenor Official Committee of
Unsecured Creditors
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico

aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF
PUERTO RICO
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff THE SPECIAL CLAIMS
COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico,
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee of
Unsecured Creditors of All Title III Debtors (Other than COFINA)
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The
Commonwealth of Puerto Rico
aaneses@cstlawpr.com, aaneses@gmail.com

ALBERTO JUAN ENRIQUE ANESES on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Debtors (Other Than COFINA)
aaneses@cstlawpr.com, aaneses@gmail.com

MARK A. ANGELOV on behalf of Creditor AMBAC ASSURANCE CORPORATION
mark.angelov@arentfox.com

MARK A. ANGELOV on behalf of Interested Party Aguirre Offshore Gasport, LLC
Mark.Angelov@arentfox.com

PHILIP D. ANKER on behalf of Consultant Citigroup Global Markets Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Creditor J.P. Morgan Securities LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Citigroup Global Markets Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Goldman Sachs & Co. LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party MORGAN STANLEY
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Merrill Lynch, Pierce, Fenner & Smith
Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party RBC Capital Markets, LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party Santander Securities, LLC
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party UBS Financial Services Inc.
philip.anker@wilmerhale.com

PHILIP D. ANKER on behalf of Interested Party UBS Securities LLC
philip.anker@wilmerhale.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Autopistas Metropolitanas de
Puerto Rico, LLC
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Autopistas de PR, LLC
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Puerto Rico Telephone Company
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor Rexach Hermanos, Inc.
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Creditor SCOTIABANK DE PUERTO RICO
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Interested Party Aguirre Offshore Gasport,
LLC

aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

ANTONIO A ARIAS LARCADA on behalf of Interested Party Ramirez & Co.
aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Aristeia Horizon, LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 1, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 10, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 2, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 3, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 4, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 5, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 6, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 7, LLC

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 8, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Decagon Holdings 9, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Fideicomiso Plaza
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Golden Tree Asset
Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Old Bellows Partners LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Scoggin Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Taconic Opportunity Master
Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Tilden Park Capital
Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Counter-Claimant Whitebox Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Aristea Horizons, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor CRS Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Camino Cipres LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Camino Roble LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Canary SC Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Canyon Balanced Master Fund, Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Canyon Value Realization Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Crescent 1, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Cyrus Select Opportunities Master Fund,
Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Cyrus Special Strategies Master Fund,
L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 1, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 10, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 2, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 3, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 4, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 5, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 6, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 7, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 8, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Decagon Holdings 9, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Merced Partners IV, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Merced Partners Limited Partnership
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Merced Partners V, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Pandora Select Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor River Canyon Fund Management, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Scoggin International Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Scoggin Worldwide Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Taconic Master Fund 1.5 L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Taconic Opportunity Master Fund L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor The Varde Skyway Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Tilden Park Investment Master Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Creditor Varde Credit Partners Master, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Varde Investment Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Asymmetric Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Institutional Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Whitebox Term Credit Fund I L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Creditor Jose F Rodriguez-Perello
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Aristeia Horizon, LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 1, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 10, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 2, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 3, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 4, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 5, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 6, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 7, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 8, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Decagon Holdings 9, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Fideicomiso Plaza
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Golden Tree Asset Management
LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Old Bellows Partners LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Scoggin Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Taconic Opportunity Master Fund
LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Tilden Park Capital Management
LP

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Cross-Claimant Whitebox Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Aristea Horizons, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party CRS Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Camino Cipres LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Camino Roble LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Canary SC Master Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Canyon Capital Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Crescent 1, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Cyrus Opportunities Master Fund
II, Ltd.

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 1, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 10, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 2, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 3, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 4, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 5, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 6, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 7, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 8, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Decagon Holdings 9, L.L.C.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Lawful Constitutional Debt
Coalition
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Merced Partners IV, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Merced Partners Limited
Partnership
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Merced Partners V, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party River Canyon Fund Management
LLC

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Scoggin International Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Scoggin Worldwide Fund Ltd.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Taconic Master Fund 1.5 L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Taconic Opportunity Master Fund
L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party The Varde Skyway Master Fund,
L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Tilden Park Investment Master
Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Varde Credit Partners Master,
L.P.

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Varde Investment Partners, L.P.
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Interested Party Jose F Rodriguez-Perello
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Aristeia Horizon, LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 4, LLC

arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Fideicomiso Plaza
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gma
il.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Old Bellows Partners LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Scoggin Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Taconic Opportunity Master Fund LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Tilden Park Capital Management LP
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

SYLVIA M. ARIZMENDI on behalf of Intervenor-Defendant Whitebox Advisors LLC
arizmendis@reichardescalera.com,
riverac@reichardescalera.com;rodriguezi@reichardescalera.com;smarizmendi85@gmail.com

HIRAM M. ARNAUD on behalf of Interested Party Service Employees International Union
harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Interested Party United Auto Workers International Union
harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Intervenor American Federation of Teachers, AFL-CIO
harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Intervenor International Union, United Automobile, Aerospace and Agricultural Implement Workers of

harnaud@cwsny.com

HIRAM M. ARNAUD on behalf of Intervenor Service Employees International Union
harnaud@cwsny.com

JOHN ARRASTIA, on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-
law.com

JOHN ARRASTIA, on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-
law.com

JOHN ARRASTIA, on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-
law.com

JOHN ARRASTIA, on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-
law.com

JOHN ARRASTIA, on behalf of Plaintiff The Official Committee Of Unsecured Creditors
Of The Commonwealth Of Puerto Rico,
jarrastia@gjb-law.com, jzamora@gjb-law.com;hgray@gjb-law.com;jsardina@gjb-
law.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor Abengoa Puerto Rico,
S.E.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor Abengoa, S.A.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Creditor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant Caribe Tecno, Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant Gonzalez Padin
Realty Company, Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant LS Innovative
Education Center, Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Defendant Puerto Rico Supplies
Group Inc.
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party Aurelius
Investment, LLC
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party Aurelius
Opportunities Fund, LLC
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party Lex Claims,
LLC
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Interested Party NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Intervenor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

LOURDES ARLENE ARROYO PORTELA on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
larroyo@amgprlaw.com,
docketclerk@amgprlaw.com;egarcia@amgprlaw.com;ycruz@amgprlaw.com

MICHAEL L. ARTZ on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
MArtz@afscme.org

MICHAEL L. ARTZ on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
MArtz@afscme.org

ANN M. ASHTON on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
aashton@proskauer.com

ANN M. ASHTON on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
aashton@proskauer.com

TRISTAN G. AXELROD on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
taxelrod@brownrudnick.com

Crystal N. Acevedo on behalf of Creditor US BANK NATIONAL ASSOCIATION
cacevedo@riveratulla.com

Crystal N. Acevedo on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
cacevedo@riveratulla.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff ANGEL MATOS-GARCIA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff BRENDA LOPEZ-DE-ARRARAS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff CARLOS BIANCHI-ANGLERO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff JAVIER APONTE-DALMAU
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff JESUS SANTA-RODRIGUEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff JOSE VARELA-FERNANDEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LUIS ORTIZ-LUGO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LUIS TORRES-CRUZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LUIS VEGA-RAMOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff LYDIA MENDEZ-SILVA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff MANUEL NATAL-ALBELO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff RAMON CRUZ-BURGOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Intervenor-Plaintiff Rafael Hernandez-Montanez
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ANGEL GONZALEZ-DAMUDT
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ANGEL MATOS-GARCIA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff BRENDA LOPEZ-DE-ARRARAS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CARLOS BIANCHI-ANGLERO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CARLOS DELGADO-ALTIERI
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CARMEN MALDONADO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff CIRILO TIRADO-RIVERA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff HERIBERTO VELEZ-VELEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ISIDRO NEGRON-IRIZARRY
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JAVIER APONTE-DALMAU
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JESUS MARQUEZ-RODRIGUEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JESUS SANTA-RODRIGUEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JORGE GONZALEZ-OTERO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JOSE DIAZ-COLLAZO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JOSE SANTIAGO-RIVERA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JOSE VARELA-FERNANDEZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff JULIA NAZARIO-FUENTES
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LUIS ORTIZ-LUGO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LUIS TORRES-CRUZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LUIS VEGA-RAMOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff LYDIA MENDEZ-SILVA

acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff MANUEL NATAL-ALBELO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff MARCOS CRUZ-MOLINA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff MIGUEL PEREIRA-CASTILLO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff OSCAR SANTIAGO
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff PEDRO GARCIA-FIGUEROA
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff RAMON CRUZ-BURGOS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff RAMON HERNANDEZ-TORRES
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ROBERTO RAMIREZ-KURTZ
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ROBERTO RIVERA-RUIZ DE PORRAS
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff ROSSANA LOPEZ-LEON
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff Rafael Hernandez-Montanez
acevedovila1@gmail.com, anibal@optimpr.com

Anibal Acevedo Vila on behalf of Plaintiff SERGIO TORRES-TORRES
acevedovila1@gmail.com, anibal@optimpr.com

Iyen A Acosta on behalf of Creditor Concilio de Salud Integral de Loiza, Inc.
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor Corporacion de Servicios de Salud y Medicina
Avanzada
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor HPM FOUNDATION, INC.

iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor Migrant Health Center, Inc.
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor NEOMED CENTER, INC.
iacosta@renocavanaugh.com

Iyen A Acosta on behalf of Creditor Salud Integral en la Montana
iacosta@renocavanaugh.com

Adam M. Adler on behalf of Interested Party Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Interested Party Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk, LLC
ecf@primeclerk.com

Adam M. Adler on behalf of Other Professional Prime Clerk, LLC
ecf@primeclerk.com

Eliezer Aldarondo-Ortiz on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296
and 13-1560 and consolidated cases
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Defendant THOMAS RIVERA-SCHATZ
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Intervenor-Defendant Federacion de Alcaldes de
Puerto Rico, Inc.
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Plaintiff Carlos J. Mendez Nunez
ealdarondo@alblegal.net, alb@alblegal.net

Eliezer Aldarondo-Ortiz on behalf of Plaintiff Thomas Rivera - Schatz
ealdarondo@alblegal.net, alb@alblegal.net

Elsie Alex
wfalex@aol.com

Claudio Aliff-Ortiz on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296 and 13-1560 and consolidated cases
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Defendant THOMAS RIVERA-SCHATZ
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Intervenor-Defendant Federacion de Alcaldes de Puerto Rico, Inc.
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Plaintiff Carlos J. Mendez Nunez
califf@alblegal.net, alb@alblegal.net

Claudio Aliff-Ortiz on behalf of Plaintiff Thomas Rivera - Schatz
califf@alblegal.net, alb@alblegal.net

Harry Anduze on behalf of Defendant Gui-Mer-Fe Inc.
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito Abraham Rosa
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito Dr. Manuel Zeno Gandia
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Ciales
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Juana Diaz
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Lares y Region
Central
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Rincon
handuze@microjuris.com

Harry Anduze on behalf of Plaintiff Cooperativa de Ahorro y Credito de Vega Alta
handuze@microjuris.com

Rafael M Arrillaga-Romany on behalf of Interested Party Popular Democratic Party
Caucus of the Senate of Puerto Rico
rafael.arrillaga@icloud.com, rafael.arrillaga@gmail.com

Mani Ayyar
mayyar29@gmail.com

INGRID BAGBY on behalf of Creditor ASSURED GUARANTY CORP
Ingrid.Bagby@cwt.com

INGRID BAGBY on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
Ingrid.Bagby@cwt.com

INGRID BAGBY on behalf of Interested Party Assured Guaranty Corp.
Ingrid.Bagby@cwt.com

INGRID BAGBY on behalf of Interested Party Assured Guaranty Municipal Corp.
Ingrid.Bagby@cwt.com

DEREK J. BAKER on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
dbaker@reedsmith.com

NICHOLAS BAKER on behalf of Creditor SOLA LTD
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Solus Alternative Asset Management LP
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Solus Opportunities Fund 5 LP
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Ultra Master LTD
nbaker@stblaw.com

NICHOLAS BAKER on behalf of Creditor Ultra NB LLC
nbaker@stblaw.com

DAVID J. BALL on behalf of Creditor Davidson Kempner Capital Management LP
david.ball@bracewell.com

DAVID J. BALL on behalf of Creditor OZ Management II LP
david.ball@bracewell.com

DAVID J. BALL on behalf of Creditor OZ Management, LP
david.ball@bracewell.com

DAVID J. BALL on behalf of Creditor River Canyon Fund Management, LLC
david.ball@bracewell.com

DAVID J. BALL on behalf of Interested Party C & A, S.E.
david.ball@bracewell.com

DAVID J. BALL on behalf of Interested Party Canyon Capital Advisors LLC
david.ball@bracewell.com

DAVID J. BALL on behalf of Interested Party River Canyon Fund Management LLC
david.ball@bracewell.com

EHUD BARAK on behalf of Debtor COMMONWEALTH OF PUERTO RICO
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Defendant The Financial Oversight and Management Board
for Puerto Rico
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

EHUD BARAK on behalf of Plaintiff Financial Oversight and Management Board for
Puerto Rico as representative of the Employee Retirement System of the Government
of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
ebarak@proskauer.com, ehud-barak-4192@ecf.pacerpro.com

LUKE A BAREFOOT on behalf of Interested Party The Puerto Rico Central Recovery
and Reconstruction Office
lbarefoot@cgsh.com

LUKE A BAREFOOT on behalf of Interested Party The Puerto Rico Public-Private
Partnerships Authority
lbarefoot@cgsh.com

EDGARDO BARRETO-PAGAN on behalf of Defendant UNIVERSITY OF PUERTO
RICO
Edgardo_barreto@yahoo.com

EDGARDO BARRETO-PAGAN on behalf of Defendant CELESTE FREYTE-
GONZALEZ
Edgardo_barreto@yahoo.com

EDGARDO BARRETO-PAGAN on behalf of Plaintiff UNIVERSITY OF PUERTO RICO
Edgardo_barreto@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor American Federation of Teachers as
Agent of Asociacion de Maestros de Puerto Rico Local Sindical
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor Asociacion de Maestros de Puerto
Rico
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor Asociacion de Maestros de Puerto
Rico -Local Sindical
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Creditor WorldNet Telecommunications Inc
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

JOSE L BARRIOS RAMOS on behalf of Plaintiff American Federation of Teachers,
AFL-CIO
jbarrios@prestigelegalpr.com, jowydc@yahoo.com

NICHOLAS BASSETT on behalf of Creditor Official Committee of Unsecured Creditors
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Creditor Committee Official Committee of
Unsecured Creditors
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Interested Party Official Committee of Unsecured
Creditors
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff The Official Committee of Unsecured
Creditors of All Title III Debtors (Other than COFINA)
nicholasbassett@paulhastings.com

NICHOLAS BASSETT on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Debtors (Other Than COFINA)
nicholasbassett@paulhastings.com

DIANA M. BATLLE-BARASORDA on behalf of Creditor Official Committee of
Unsecured Creditors
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Creditor Committee Official Committee
of Retired Employees of the Commonwealth of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Creditor Committee Official Committee
of Unsecured Creditors
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Interested Party Official Committee of
Unsecured Creditors
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Interested Party Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico

dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Intervenor Official Committee of
Unsecured Creditors
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico,
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of All Title III Debtors (Other than COFINA)
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The
Commonwealth of Puerto Rico
dbatlle@cstlawpr.com

DIANA M. BATLLE-BARASORDA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Debtors (Other Than COFINA)
dbatlle@cstlawpr.com

LAWRENCE A. BAUER on behalf of Defendant Puerto Rico Public Building Authority
lawrence.bauer@nortonrosefullbright.com

LAWRENCE A. BAUER on behalf of Interested Party PUBLIC BUILDINGS
AUTHORITY OF PUERTO RICO
lawrence.bauer@nortonrosefullbright.com

HERMANN D BAUER ALVAREZ on behalf of Consultant Citigroup Global Markets Inc.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Consultant McKinsey & Company, Inc.
Washington D.C.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Consultant Pension Trustee Advisors Inc.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Consultant Andrew Wolfe
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Counter-Defendant COMMONWEALTH
OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor AMBAC ASSURANCE
CORPORATION
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor Ad Hoc Group of General
Obligation Bondholders
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Creditor Official Committee of Unsecured
Creditors
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO ELECTRIC
POWER AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO ELECTRIC
POWER AUTHORITY
hermann.bauer@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Debtor Puerto Rico Public Buildings
Authority (PBA)

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant COMMONWEALTH OF PR
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant COMMONWEALTH OF P.R.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Commonwealth of Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Financial Oversight
Management Board
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Financial Oversight and Management Board for Puerto Rico as representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Puerto Rico Electric Power Authority
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Puerto Rico Highways & Transportation Authority
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Puerto Rico Highways and Transportation Authority
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant THE COMMONWEALTH OF
PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD OF PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant The Commonwealth of Puerto
Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ANA J MATOSANTOS
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ANDREW G BIGGS
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ARTHUR J GONZALEZ
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Ana J. Matosantos
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Andrew G. Biggs
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Arthur J. Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant CARLOS M. GARCIA
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Carlos M Garcia
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Carlos M. Garcia
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant DAVID A SKEEL, JR
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant David A. Skeel, Jr.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant ELIAS SANCHEZ
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant JOSE B CARRION III

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant JOSE IVAN MARRERO ROSADO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant JOSE R GONZALEZ
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose B. Carrion III
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose R Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Jose R. Gonzalez
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant NATALIE A. JARESKO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant Natalie A Jaresko
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant RAUL MALDONADO
GAUTIER
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Defendant RICARDO ROSSELLO
NEVARES
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Financial Advisor Ernst & Young, LLP
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Financial Advisor Phoenix Management
Services, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Assured Guaranty Corp.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Assured Guaranty
Municipal Corp.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party BANCO POPULAR DE
PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Banco Santander Puerto
Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party COMMONWEALTH OF
PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Citigroup Global Markets
Inc.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Epiq Bankruptcy
Solutions, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party Puerto Rico Public
Buildings Authority (PBA)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO

herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party The Financial Oversight
and Management Board for Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Interested Party The Financial Oversight
and Management Board for Puerto Rico, as Representative of the Commonwealth of
Puerto Rico, et al.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Other Professional Epiq Bankruptcy
Solutions, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Other Professional Prime Clerk, LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff Jacana Holdings III LLC
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

HERMANN D BAUER ALVAREZ on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The
Commonwealth of Puerto Rico
herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-
counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

ARTURO V BAUERMEISTER on behalf of Interested Party Asociacion de Jubilados de
la Judicatura de Puerto Rico, Inc.
avb@sbgblaw.com, abauermeister@dtslaw.com

ANNE E. BEAUMONT on behalf of Interested Party SIDLEY AUSTIN LLP
abeaumont@fklaw.com

JANE BECKER WHITAKER on behalf of Creditor Anne Catesby Jones
jbecker@caribe.net, janebeckerwhitaker@yahoo.com

JANE BECKER WHITAKER on behalf of Creditor Jorge Valdes Llauger
jbecker@caribe.net, janebeckerwhitaker@yahoo.com

LAURA BELENDEZ FERRERO on behalf of Creditor Michael E. Danuz Reyes
lbelendez@msn.com, Laura.belendez@gmail.com

LAURA BELENDEZ FERRERO on behalf of Defendant Empresas Loyola I, S. en C-
S.E.
lbelendez@msn.com, Laura.belendez@gmail.com

LAURA BELENDEZ FERRERO on behalf of Defendant Empresas Loyola, Inc.
lbelendez@msn.com, Laura.belendez@gmail.com

AJ BENNAZAR ZEQUEIRA on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
ajb@bennazar.org, bgm.csp@bennazar.org

AJ BENNAZAR ZEQUEIRA on behalf of Creditor Committee Official Committee of
Retired Employees of the Commonwealth of Puerto Rico
ajb@bennazar.org, bgm.csp@bennazar.org

AJ BENNAZAR ZEQUEIRA on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
ajb@bennazar.org, bgm.csp@bennazar.org

BRUCE BENNETT on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Altair Global Opportunities Fund (A), LLC
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Andalusian Global Designated Activity
Company
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Distressed Opportunities
Fund LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Distressed Opportunities
International Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Institutional Partners, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner International, Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Davidson Kempner Partners
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor GMO Credit Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor GMO Global Real Return (UCITS) Fund
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor GMO Implementation Fund
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Laguna Ray, L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor M.H. Davdison & Co.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Mason Capital Master Fund LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Nokota Capital Master Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.

bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Opportunities Fund X, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Oceana Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Ocher Rose L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND
FUND INC
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor PWCM Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity
Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico GNMA and U.S. Government
Target Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Bond Fund I
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II

bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Redwood Master Fund, Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor SV Credit, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Silver Point Capital Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Silver Point Capital Offshore Master Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Interested Party GoldenTree Asset Management LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Interested Party Taconic Master Fund 1.5 L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Interested Party Taconic Opportunity Master Fund L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff Crown Managed Accounts for and
on behalf of Crown/PW SP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff LMA SPC for and on behalf of Map 98 Segregated Portfolio
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff Oceana Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff PWCM Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Intervenor-Plaintiff Pentwater Merger Arbitrage Master Fund Ltd.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Andalusian Global Designated Activity Company
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Mason Capital Master Fund LP
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel 2), L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Ocher Rose L.L.C.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Bond Fund I
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff SV Credit, L.P.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
bbennett@jonesday.com

BRUCE BENNETT on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund,
Inc.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Andalusian Global Limited
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Mason Capital Master Fund LP
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Nokota Capital Master Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series
B)
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor Ocher Rose
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Creditor SV Credit, L.P.
bbennett@jonesday.com

BRUCE BENNETT, on behalf of Interested Party Glendon Opportunities Fund, L.P.
bbennett@jonesday.com

PHILIP BENTLEY on behalf of Creditor MUTUAL FUND GROUP
pbentley@kramerlevin.com

PHILIP BENTLEY on behalf of Intervenor MUTUAL FUND GROUP
pbentley@kramerlevin.com

WALTER BENZIJA on behalf of Creditor Lehman Brothers Holdings Inc.
wbenzija@halperinlaw.net

ROBERT S. BEREZIN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
robert.berezin@weil.com

ROBERT S. BEREZIN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
robert.berezin@weil.com

STEVE W. BERMAN on behalf of Creditor Anne Catesby Jones
steve@hbsslaw.com

STEVE W. BERMAN on behalf of Creditor Jorge Valdes Llauger
steve@hbsslaw.com

EDILBERTO BERRIOS PEREZ on behalf of Creditor Ariadne Febles Gordian
eberriosperez@berrioslongo.com,
flongoquinones@berrioslongo.com;maviles@berrioslongo.com

EDILBERTO BERRIOS PEREZ on behalf of Creditor Edilberto Berrios-Perez
eberriosperez@berrioslongo.com,
flongoquinones@berrioslongo.com;maviles@berrioslongo.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor Funeraria Shalom Memorial
Inc
a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor Master Link Corporation
a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor Wide Range Corporation

a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor RAFAEL RODRIGUEZ
QUINTANA
a_betancourt@lugomender.com, wlugo@lugomender.com

ALEXIS A BETANCOURT VINCENTY on behalf of Creditor REINALDO VINCENTY
PEREZ
a_betancourt@lugomender.com, wlugo@lugomender.com

MARTIN J. BIENENSTOCK on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Debtor Puerto Rico Public Buildings Authority
(PBA)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant COMMONWEALTH OF PR
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Financial Oversight Management
Board
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Puerto Rico Electric Power
Authority
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Puerto Rico Highways &
Transportation Authority
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD OF PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant ANA J MATOSANTOS

mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant ANDREW G BIGGS
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant ARTHUR J GONZALEZ
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Ana J. Matosantos
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Andrew G. Biggs
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Arthur J. Gonzalez
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant CARLOS M. GARCIA
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Carlos M Garcia
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant DAVID A SKEEL, JR
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant David A. Skeel, Jr.
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant JOSE B CARRION III
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant JOSE R GONZALEZ
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Jose B. Carrion III
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Jose R Gonzalez
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Jose R. Gonzalez
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant NATALIE A. JARESKO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Defendant Natalie A Jaresko
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico

mbienenstock@proskauer.com

MARTIN J. BIENENSTOCK on behalf of Plaintiff The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
mbienenstock@proskauer.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor PUERTO RICO LEGAL ADVOCATES PSC
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor SALVADOR ROVIRA RODRIGUEZ ATTORNEYS AT LAW
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor CARLOS A RODRIGUEZ HERRERA
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

ALEXANDRA BIGAS VALEDON on behalf of Creditor SALVADOR ROVIRA RODRIGUEZ
alexandra.bigas@gmail.com, alexandra.bigas@ecf.courtdrive.com

CHARLES A. BIMBELA on behalf of Creditor Pandora Select Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Asymmetric Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Institutional Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
cbimbela@scvrlaw.com

CHARLES A. BIMBELA on behalf of Creditor Whitebox Term Credit Fund I L.P.
cbimbela@scvrlaw.com

DAVID E. BLABEY, JR on behalf of Creditor Invesco/Oppenheimer Funds
dblabey@kramerlevin.com

DAVID E. BLABEY, JR on behalf of Creditor MUTUAL FUND GROUP
dblabey@kramerlevin.com

DAVID E. BLABEY, JR on behalf of Intervenor MUTUAL FUND GROUP
dblabey@kramerlevin.com

JOSE JULIAN BLANCO DALMAU on behalf of Creditor Caribbean Hospital Corporation
jblanco@fpglaw.com, jblancodalmau@gmail.com

JAMES R. BLISS on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Creditor Official Committee of Unsecured Creditors
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Creditor Committee Official Committee of Unsecured
Creditors
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Intervenor Official Committee of Unsecured Creditors
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff Committee of Unsecured Creditors of the
Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff The Official Committee Of Unsecured Creditors
Of The Commonwealth Of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff The Official Committee of Unsecured Creditors of
the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
jamesbliss@paulhastings.com

JAMES R. BLISS on behalf of Plaintiff The Official Committee of Unsecured Creditors of
the Debtors (Other Than COFINA)
jamesbliss@paulhastings.com

MATTHEW S. BLUMIN on behalf of Intervenor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
mblumin@afscme.org

BRADLEY R. BOBROFF on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Bbobroff@proskauer.com

BRADLEY R. BOBROFF on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
Bbobroff@proskauer.com

BRADLEY R. BOBROFF on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
Bbobroff@proskauer.com

BRADLEY R. BOBROFF on behalf of Defendant Puerto Rico Highways &
Transportation Authority
Bbobroff@proskauer.com

JOSHUA S. BOLIAN, on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jbolian@robbinsrussell.com

JOSHUA S. BOLIAN, on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
jbolian@robbinsrussell.com

G. ALEXANDER BONGARTZ, on behalf of Creditor Official Committee of Unsecured
Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

ADAM J. BOOKMAN on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
adam.bookman@weil.com

SARAH G. BOYCE on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Sarah.Boyce@mto.com

GERMAN BRAU RAMIREZ on behalf of Defendant Wal-Mart Puerto Rico Inc.
german.brau@bioslawpr.com,
dannette.negron@bioslawpr.com;germanbrau@hotmail.com

GUY BRENNER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
gbrenner@proskauer.com

GUY BRENNER on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
gbrenner@proskauer.com

GUY BRENNER on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant COMMONWEALTH OF PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant ANA J MATOSANTOS
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant ANDREW G BIGGS
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant ARTHUR J GONZALEZ
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Ana J. Matosantos
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Andrew G. Biggs
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Arthur J. Gonzalez
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant CARLOS M. GARCIA
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Carlos M. Garcia
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant DAVID A SKEEL, JR
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant David A. Skeel, Jr.
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant JOSE B CARRION III
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant JOSE R GONZALEZ
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Jose Gonzalez
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Jose B. Carrion III
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant Jose R. Gonzalez
gbrenner@proskauer.com

GUY BRENNER on behalf of Defendant NATALIE A. JARESKO
gbrenner@proskauer.com

GUY BRENNER on behalf of Interested Party THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Plaintiff FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
gbrenner@proskauer.com

GUY BRENNER on behalf of Plaintiff Financial Oversight and Management Board for
Puerto Rico as representative of the Employee Retirement System of the Government
of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
gbrenner@proskauer.com

ALLAN S. BRILLIANT on behalf of Creditor Davidson Kempner Capital Management LP
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Creditor PEAJE INVESTMENTS LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Interested Party PEAJE INVESTMENTS LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Interested Party Peaje Investment, LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

ALLAN S. BRILLIANT on behalf of Plaintiff Peaje Investment, LLC
allan.brilliant@dechert.com, brett.stone@dechert.com,yehuda.goor@dechert.com

MARIEL BRONEN on behalf of Creditor PEAJE INVESTMENTS LLC
mariel.bronen@decher.com

MARIEL BRONEN on behalf of Interested Party Peaje Investment, LLC
mariel.bronen@decher.com

CHARLES A. BROWN on behalf of Interested Party Goldman Sachs & Co. LLC
cbrown@goodwinlaw.com

BETH M. BROWNSTEIN on behalf of Interested Party Aguirre Offshore Gasport, LLC
Beth.Brownstein@arentfox.com

CRAIG A. BRUENS on behalf of Creditor Syncora Capital Assurance Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Creditor Syncora Capital Assurance, Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Creditor Syncora Guarantee Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Creditor Syncora Guarantee, Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Interested Party Syncora Capital Assurance, Inc.
cabruens@debevoise.com

CRAIG A. BRUENS on behalf of Interested Party Syncora Guarantee, Inc.
cabruens@debevoise.com

JAIME BRUGUERAS on behalf of Creditor O. Luna Universidad Interamericana, Inc.
jbrugue@mbbclawyers.com, jaime.brugueras@gmail.com

BOB B. BRUNER on behalf of Defendant Puerto Rico Public Building Authority
bob.bruner@nortonrosefullbright.com

BOB B. BRUNER on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY OF
PUERTO RICO
bob.bruner@nortonrosefullbright.com

G ERIC BRUNSTAD, on behalf of Creditor PEAJE INVESTMENTS LLC
eric.brunstad@dechert.com

G. ERIC BRUNSTAD on behalf of Interested Party Peaje Investment, LLC
eric.brunstad@dechert.com

G. ERIC BRUNSTAD on behalf of Plaintiff Peaje Investment, LLC
eric.brunstad@dechert.com

DOUGLAS BUCKLEY on behalf of Creditor Invesco/Oppenheimer Funds
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor MUTUAL FUND GROUP
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor OFI Global Institutional Inc.
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor OPPENHEIMER FUNDS
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Creditor Oppenheimer Funds
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

DOUGLAS BUCKLEY on behalf of Intervenor MUTUAL FUND GROUP
dbuckley@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

NATHAN BULL on behalf of Creditor ASSURED GUARANTY CORP
nathan.bull@cwt.com

NATHAN BULL on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
nathan.bull@cwt.com

HERIBERTO J. BURGOS PEREZ on behalf of Counter-Defendant ASSURED
GUARANTY CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Counter-Defendant ASSURED
GUARANTY MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Creditor ASSURED GUARANTY CORP

hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Creditor ASSURED GUARANTY
MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party ASSURED GUARANTY
CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party ASSURED GUARANTY
MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party Assured Guaranty
Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Interested Party Assured Guaranty
Municipal Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Intervenor Assured Guaranty Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Intervenor Assured Guaranty Municipal
Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff ASSURED GUARANTY CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff ASSURED GUARANTY
MUNICIPAL CORP
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff Assured Guaranty Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff Assured Guaranty Municipal
Corp.
hburgos@cabprlaw.com

HERIBERTO J. BURGOS PEREZ on behalf of Plaintiff Financial Guaranty Insurance
Company
hburgos@cabprlaw.com

RICARDO BURGOS VARGAS on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
rburgoslaw@gmail.com, rburgos@devconlaw.com

RICARDO BURGOS VARGAS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
rburgoslaw@gmail.com, rburgos@devconlaw.com

RICARDO BURGOS VARGAS on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
rburgoslaw@gmail.com, rburgos@devconlaw.com

RICARDO BURGOS VARGAS on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
rburgoslaw@gmail.com, rburgos@devconlaw.com

WANDYMAR BURGOS VARGAS on behalf of Debtor COMMONWEALTH OF
PUERTO RICO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Oficina del Gobernador
Estado Libre Asociado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Francisco Pares Alicea
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant GERARDO JOSE PORTELA
FRANCO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant JOSE IVAN MARRERO
ROSARIO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Jose Ivan Marrero Rosado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Jose Ivan Marrero Rosado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant RAUL MALDONADO
GAUTIER
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant RICARDO ROSSELLO
NEVARES
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Ricardo Rosello Nevares
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant Ricardo Antonio Rossello
Nevares
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant TERESITA FUENTES
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Defendant WANDA VAZQUEZ GARCED
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party COMMONWEALTH OF
PUERTO RICO
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party Jose Ivan Marrero
Rosado
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party RAUL MALDONADO
GAUTIER
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

WANDYMAR BURGOS VARGAS on behalf of Interested Party Ricardo Rosello
Nevares
wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

DONALD BURKE on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co

m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor ACP MASTER, LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AURELIUS INVESTMENT, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor AUTONOMY MASTER FUND LIMITED
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor Aurelius Capital Master, Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor Aurelius Convergence Master, Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS II LLC

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS III LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS IV LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor JACANA HOLDINGS V LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor LEX CLAIMS, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor LMAP 903 LIMITED
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MCP HOLDINGS MASTER LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co

m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor MPR INVESTORS LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor P MONARCH RECOVERY LTD

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor PERMAL STONE LION FUND LTD
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor PINEHURST PARTNERS, L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor PRISMA SPC HOLDINGS LTD. SEGREGATED
PORTFOLIO AG
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor RRW I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor SENATOR GLOBAL OPPORTUNITY MASTER
FUND LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor SL LIQUIDATION FUND L.P

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor SL PUERTO RICO FUND II L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Creditor SL PUERTO RICO FUND L.P
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant ACP Master, Ltd.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Aurelius Capital Master, Ltd.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Aurelius Investment, LLC,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Aurelius Opportunities Fund, LLC,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Autonomy Master Fund Limited
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Corbin Opportunity Fund, L.P.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Lex Claims, LLC,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Defendant Pinehurst Partners, L.P.,
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff ACP Master, Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Capital Master, Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Convergence Master, Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Investment, LLC

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Aurelius Opportunities Fund, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Autonomy Master Fund Limited
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Corbin Opportunity Fund, L.P.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff FCO Special Opportunities (A1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff FCO Special Opportunities (D1) LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co

m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Jacana Holdings I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Jacana Holdings II LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Jacana Holdings III LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Jacana Holdings IV LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Jacana Holdings V LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff LMAP 903 Limited
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Lex Claims, LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff MCP Holdings Master LP

dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff MPR Investors LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Capital Master Partners II LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Capital Master Partners III LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Capital Master Partners IV LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff P Monarch Recovery Ltd.
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Pinehurst Partners, LP
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

DONALD BURKE on behalf of Plaintiff RRW I LLC
dburke@robbinsrussell.com,
jbolian@robbinsrussell.com,jlee@robbinsrussell.com,cchasecarpino@robbinsrussell.co
m,alavinbuk@robbinsrussell.com,gorseck@robbinsrussell.com,nturner@robbinsrussell.
com

GILLIAN GROARKE BURNS on behalf of Creditor ASSURED GUARANTY CORP
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Interested Party Assured Guaranty Corp.
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Interested Party Assured Guaranty Municipal
Corp.
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Plaintiff Assured Guaranty Corp.
gillian.burns@cwt.com

GILLIAN GROARKE BURNS on behalf of Plaintiff Assured Guaranty Municipal Corp.
gillian.burns@cwt.com

ANTHONY F. BUSCARINO on behalf of Creditor Official Committee of Unsecured
Creditors
anthonybuscarino@paulhastings.com

DANIEL J. BUSSEL on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
dbussel@ktbslaw.com

DANIEL J. BUSSEL on behalf of Interested Party Bettina Whyte
dbussel@ktbslaw.com

ALICE J. BYOWITZ on behalf of Creditor Ad Hoc Group of PREPA Bondholders
abyowitz@kramerlevin.com

Maria I Baco Alfaro on behalf of Creditor RESUN (Barceloneta) LLC
maria.baco@msn.com

Stephen M. Baldini on behalf of Creditor Cobra Acquisitions LLC
sbaldini@akingump.com

Carlos R. Baralt Suarez on behalf of Defendant Estudio Tecnicos, Inc.
cbaralt@delgadofernandez.com, carlos.baralt@gmail.com

B. Andrew Bednark on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
abednark@omm.com

Ward W. Benson on behalf of Creditor United States of America on behalf of the
Internal Revenue Service
ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Ward W. Benson on behalf of Interested Party United States of America on behalf of the
Alcohol and Tobacco Tax and Trade Bureau
ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Ward W. Benson on behalf of Interested Party United States of America on behalf of the
Internal Revenue Service
ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Judith Berkan on behalf of Creditor Centro de Periodismo Investigativo, Inc.
berkanj@microjuris.com, bermen@prtc.net;mendezmaryjo@microjuris.com

Judith Berkan on behalf of Interested Party GILBERTO ARES CANDELARIA
berkanj@microjuris.com, bermen@prtc.net;mendezmaryjo@microjuris.com

Donald S. Bernstein, on behalf of Creditor Commonwealth Bondholder Group

donald.bernstein@davispolk.com,
jarret.erickson@davispolk.com;ecf.ct.papers@davispolk.com

Stephen A. Best on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbest@brownrudnick.com, cennis@brownrudnick.com

Stephen A. Best on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
sbest@brownrudnick.com, cennis@brownrudnick.com

Stephen A. Best on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
sbest@brownrudnick.com, cennis@brownrudnick.com

Stephen A. Best, on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
sbest@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
sbeville@brownrudnick.com, cennis@brownrudnick.com

Sunni P. Beville, on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
sbeville@brownrudnick.com, cennis@brownrudnick.com

Nirav Bhatt on behalf of Creditor Ad Hoc Group of Noteholders of FGIC-Insured Notes
nbhatt@sheppardmullin.com

Ryan M. Billings, on behalf of Creditor ManpowerGroup, Inc.
rbillings@kmksc.com, cborman@kmksc.com

Jeffrey E. Bjork on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
jeff.bjork@lw.com

Katiuska Bolanos on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
kbolanos@diazvaz.law

Katiuska Bolanos on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
kbolanos@diazvaz.law

Joshua S. Bolian on behalf of Plaintiff ACP Master, Ltd
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Capital Master, Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Convergence Master, Ltd
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Investment, LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Aurelius Opportunities Fund, LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Autonomy Master Fund Limited
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Corbin Opportunity Fund, L.P.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff FCO Special Opportunities (A1) LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff FCO Special Opportunities (D1) LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings I LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings II LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings III LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings IV LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Jacana Holdings V LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff LMAP 903 Limited
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Lex Claims, LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff MCP Holdings Master LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff MPR Investors LLC
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Capital Master Partners II LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Capital Master Partners III LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Capital Master Partners IV LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff P Monarch Recovery Ltd.
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Pinehurst Partners, LP
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
jbolian@robbinsrussell.com

Joshua S. Bolian on behalf of Plaintiff RRW I LLC
jbolian@robbinsrussell.com

G. Alexander Bongartz on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Creditor Official Committee of Unsecured Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Creditor Committee Official Committee of
Unsecured Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Interested Party Official Committee of Unsecured
Creditors

alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Intervenor Official Committee of Unsecured
Creditors
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Other Professional THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass

ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff The Official Committee of Unsecured
Creditors of All Title III Debtors (Other than COFINA)
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of
Puerto Rico
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

G. Alexander Bongartz on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Debtors (Other Than COFINA)
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbass
ett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.c
om

Robert S. Brady on behalf of Defendant BANCO POPULAR DE PUERTO RICO
bankfilings@ycst.com

Robert S. Brady on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
bankfilings@ycst.com

Robert S. Brady on behalf of Interested Party POPULAR, INC.
bankfilings@ycst.com

Robert S. Brady on behalf of Interested Party Popular Securities, LLC
bankfilings@ycst.com

Randall A. Brater on behalf of Creditor AMBAC ASSURANCE CORPORATION
randall.brater@arentfox.com

Matthew L. Brod on behalf of Creditor AMBAC ASSURANCE CORPORATION
MBrod@milbank.com

Yelizaveta L. Burton on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
liza.burton@lw.com

IRIS J. CABRERA GOMEZ on behalf of Creditor US BANK NATIONAL ASSOCIATION
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Creditor US Bank Trust National Association
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. Bank National
Association, Trustee
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. Bank Trust National
Association, Fiscal Agent
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party U.S. Bank Trust National
Association, Trustee
icabrera@riveratulla.com, virizarry@riveratulla.com

IRIS J. CABRERA GOMEZ on behalf of Interested Party US Bank National Association,
Fiscal Agent
icabrera@riveratulla.com, virizarry@riveratulla.com

JASON W. CALLEN on behalf of Creditor Financial Guaranty Insurance Company
jason.callen@butlersnow.com

JASON W. CALLEN on behalf of Interested Party Financial Guaranty Insurance
Company
jason.callen@butlersnow.com

ROBERTO CAMARA FUERTES on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Creditor AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Defendant Ambac Assurance
Corporation,
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Intervenor AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

ROBERTO CAMARA FUERTES on behalf of Plaintiff AMBAC ASSURANCE
CORPORATION
rcamara@ferraiuoli.com, camara.robert@gmail.com;rcamara@ecf.courtdrive.com

PETER L. CANZANO on behalf of Defendant Puerto Rico Public Building Authority
peter.canzano@nortonrosefullbright.com

PETER L. CANZANO on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY
OF PUERTO RICO
peter.canzano@nortonrosefullbright.com

CARLOS ENRIQUE CARDONA FERNANDEZ on behalf of Creditor PUERTO RICO
LAND ADMINISTRATION
carloscardonafe@hotmail.com, ccardonafe@yahoo.com

JOSE F CARDONA JIMENEZ on behalf of Creditor CONSTRUCTORA SANTIAGO II,
CORP.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor FERROVIAL AGROMAN, LLC
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor FERROVIAL AGROMAN, S.A.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor PEERLESS OIL & CHEMICALS,
INC.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor TAMRIO, INC.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Creditor TEC GENERAL CONTRACTORS,
CORP.
jf@cardonalaw.com

JOSE F CARDONA JIMENEZ on behalf of Defendant CARLOS SUAREZ VAZQUEZ
jf@cardonalaw.com

GERARDO A. CARLO ALTIERI on behalf of Counter-Claimant PBA Funds
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor Candlewood Investment Group
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor Fir Tree Partners
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor Las Monjas Realty II, SE
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Creditor PBA Funds
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Blackrock Financial
Management, Inc.
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Candlewood Constellation SPC
Ltd.
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Candlewood Investment Group,
LP
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Deutsche Bank Securities, Inc.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Emso Asset Management
Limited,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Crescent Fund, a Series of
FPA Funds Trust,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Global Opportunity Fund, a
Series of FPA Hawkeye Fund, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Hawkeye Fund, a Series of
FPA Hawkeye Fund, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Select Drawdown L.P.
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Select Fund, L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FPA Value Partners Fund, a
Series of FPA Hawkeye Fund, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FT COC (E) Holdings, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant FT SOF IV Holdings, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Capital Opportunity
Master Fund III, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Capital Opportunity
Master Fund, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Partners
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Fir Tree Value Master Fund,
LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant First Pacific Advisors, LLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com
GERARDO A. CARLO ALTIERI on behalf of Defendant Global Flexible Fund, a Sub-
Fund of Nedgroup Investment Funds PLC,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant JNL Multi-Manager Alternative
Fund, a Series of JNL Services Trust
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Lannan Foundation,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Linkactiv, Inc.

legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Litman Gregory Masters
Alternative Strategies Fund, a Series of Litman Gregory Funds Trust,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Mason Capital Master Fund,
L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Pelican Fund LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Silver Point Capital Fund, L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Silver Point Capital Offshore
Master Fund, L.P.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Ulysses Offshore Fund, Ltd.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant Ulysses Partners, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant VR Advisory Services, Ltd.,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Defendant VR Global Partners, LP,
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

GERARDO A. CARLO ALTIERI on behalf of Intervenor PBA Funds
legalassistantgaclegal@gmail.com;docketstitleiii@gmail.com

J. MITCHELL CARRINGTON on behalf of Creditor Financial Guaranty Insurance
Company
mitch.carrington@butlersnow.com,
velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com

J. MITCHELL CARRINGTON on behalf of Interested Party Financial Guaranty
Insurance Company
mitch.carrington@butlersnow.com,
velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com

J. MITCHELL CARRINGTON on behalf of Plaintiff Financial Guaranty Insurance
Company
mitch.carrington@butlersnow.com,
velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com

DAVID A CARRION BARALT on behalf of Creditor PFZ Properties, Inc.
davidcarrionb@aol.com, david@carrionconsulting.com

DAVID A CARRION BARALT on behalf of Plaintiff PFZ PROPERTIES INC
davidcarrionb@aol.com, david@carrionconsulting.com

JOSE W. CARTAGENA on behalf of Creditor Jose A Rey
jwc@jwcartagena.com, jwcartagena@gmail.com

JOSE W. CARTAGENA on behalf of Creditor Jose W Cartagena
jwc@jwcartagena.com, jwcartagena@gmail.com

JOSE W. CARTAGENA on behalf of Interested Party Hilda O Cartagena
jwc@jwcartagena.com, jwcartagena@gmail.com

JOSE W. CARTAGENA on behalf of Interested Party Julie I Escudero
jwc@jwcartagena.com, jwcartagena@gmail.com

MICHAEL CARUSO on behalf of Interested Party Arc American
mcaruso@csglaw.com

LETICIA M. CASALDUC RABELL on behalf of Interested Party Depository Trust
Company
leticia.casalduc@indianowilliams.com, leticiahome@gmail.com

RICARDO F CASELLAS on behalf of Creditor ASSURED GUARANTY CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Interested Party Assured Guaranty Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Interested Party Assured Guaranty Municipal
Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Intervenor Assured Guaranty Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Intervenor Assured Guaranty Municipal Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff ASSURED GUARANTY CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff Assured Guaranty Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff Assured Guaranty Municipal Corp.
rcasellas@cabprlaw.com

RICARDO F CASELLAS on behalf of Plaintiff Financial Guaranty Insurance Company
rcasellas@cabprlaw.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Creditor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Interested Party NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Intervenor NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

ALEXANDRA C. CASELLAS CABRERA on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
acasellas@amgprlaw.com, alecasellas7@gmail.com

JUAN J. CASILLAS on behalf of Creditor Baxter Sales & Distribution Puerto Rico Corp.
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Genesis Security Services, Inc.
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Official Committee of Unsecured Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Creditor Committee Official Committee of Unsecured
Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Interested Party Official Committee of Unsecured
Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Intervenor Official Committee of Unsecured Creditors
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Other Professional Zolfo Cooper, LLC
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff Committee of Unsecured Creditors of the
Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico,
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee of Unsecured Creditors
of All Title III Debtors (Other than COFINA)
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee of Unsecured Creditors
of the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
jcasillas@cstlawpr.com, jperez@cstlawpr.com

JUAN J. CASILLAS on behalf of Plaintiff The Official Committee of Unsecured Creditors
of the Debtors (Other Than COFINA)
jcasillas@cstlawpr.com, jperez@cstlawpr.com

RAUL CASTELLANOS-MALAVE on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
castellanoslaw@gmail.com, rcastellanos@devconlaw.com

RAUL CASTELLANOS-MALAVE on behalf of Defendant Carlos Contreras-Aponte
castellanoslaw@gmail.com, rcastellanos@devconlaw.com

RICARDO L CASTILLO FILIPPETTI on behalf of Interested Party Maritza Nieves Torres
castilloricardo977@gmail.com, filippetti_r@hotmail.com

RICARDO L CASTILLO FILIPPETTI on behalf of Interested Party Milagros Mendez
Arvelo
castilloricardo977@gmail.com, filippetti_r@hotmail.com

RHONDA CASTILLO GAMMILL on behalf of Creditor Carlos Ifarraguerri-Gomez
rhoncat@netscape.net

RHONDA CASTILLO GAMMILL on behalf of Creditor Helvia Cruz-Ybarra
rhoncat@netscape.net

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Capital Assurance Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Capital Assurance,
Inc.

scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Guarantee Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Creditor Syncora Guarantee, Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Interested Party Syncora Capital
Assurance, Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

SOLYMAR CASTILLO MORALES on behalf of Interested Party Syncora Guarantee,
Inc.
scastillo@gaclaw.com, jrosado@gaclaw.com

IVAN M CASTRO ORTIZ on behalf of Defendant THOMAS RIVERA-SCHATZ
icastro@alblegal.net

IVAN M CASTRO ORTIZ on behalf of Plaintiff Thomas Rivera - Schatz
icastro@alblegal.net

AMY CATON on behalf of Creditor Ad Hoc Group of PREPA Bondholders
acaton@kramerlevin.com

AMY CATON on behalf of Creditor Invesco/Oppenheimer Funds
acaton@kramerlevin.com

AMY CATON on behalf of Creditor MUTUAL FUND GROUP
acaton@kramerlevin.com

AMY CATON on behalf of Creditor OPPENHEIMER FUNDS
acaton@kramerlevin.com

AMY CATON on behalf of Intervenor MUTUAL FUND GROUP
acaton@kramerlevin.com

JOSEPH C. CELENTINO on behalf of Creditor Cortland Capital Market Services LLC
JCCelentino@wlrk.com

JOSEPH C. CELENTINO on behalf of Creditor SCOTIABANK DE PUERTO RICO
JCCelentino@wlrk.com

ANABELLE CENTENO on behalf of Creditor Puerto Rico Industrial Development
Company
anabelle.centeno@pridco.pr.gov

LUCIA CHAPMAN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
chapman@lsellp.com

ALEXANDER L. CHENEY on behalf of Interested Party Bettina Whyte
acheney@willkie.com

RICHARD A. CHESLEY on behalf of Interested Party UNIVERSITY OF PUERTO RICO
richard.chesley@dlapiper.com

GUSTAVO A CHICO BARRIS on behalf of Plaintiff AMBAC ASSURANCE
CORPORATION
gchico@ferraiuoli.com, edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com

ANA CHILINGARISHVILI on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
Ana.Chilingarishvili@maslon.com

JEREMY M. CHRISTIANSEN on behalf of Interested Party Aurelius Investment, LLC
jchristiansen@gibsondunn.com

JEREMY M. CHRISTIANSEN on behalf of Interested Party Aurelius Opportunities Fund,
LLC
jchristiansen@gibsondunn.com

JEREMY M. CHRISTIANSEN on behalf of Interested Party Lex Claims, LLC
jchristiansen@gibsondunn.com

THOMAS N CIANTRA, on behalf of Creditor Service Employees International Union
tciantra@cwsny.com

THOMAS N CIANTRA, on behalf of Creditor United Auto Workers International Union
tciantra@cwsny.com

CARLOS A CINTRON GARCIA on behalf of Interested Party SOMOS, Inc.
cintrongarcialaw@gmail.com, G65615@notify.cincompass.com

BRANDON C. CLARK on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
bclark@proskauer.com

RONALD ALEXANDER CLARK on behalf of Interested Party BACARDI
CORPORATION
aclark@cov.com

RONALD ALEXANDER CLARK on behalf of Interested Party BACARDI
INTERNATIONAL LIMITED
aclark@cov.com

DAVID D. CLEARY on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
clearyd@gtlaw.com

EDUARDO JOSE COBIAN ROIG on behalf of Creditor Integrand Assurance Company
legal@cobianroig.com

HUMBERTO F COBO ESTRELLA on behalf of Interested Party Antonio Cosme-
Calderon
hcobo@hcounsel.com, humbertocobo@hotmail.com

HUMBERTO F COBO ESTRELLA on behalf of Interested Party Luz Pizarro-Correa
hcobo@hcounsel.com, humbertocobo@hotmail.com

DIANNE COFFINO on behalf of Interested Party BACARDI CORPORATION
dcoffino@cov.com

DIANNE COFFINO on behalf of Interested Party BACARDI INTERNATIONAL LIMITED
dcoffino@cov.com

DEBRA J. COHEN on behalf of Creditor Lehman Brothers Holdings Inc.
dcohen@halperinlaw.net

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Atlantic Medical Center,
Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Camuy Health Center, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Centro de Medicina
Familiar Julio Palmieri Ferri, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Centro de Salud de Lares,
Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Centro de Servicios
Primarios de Salud de Patillas, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Ciales Primary Health
Center, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Corporacion de Servicios
Medicos Primarios y Prevencion de Hatillo, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Costa Salud, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Hospital General
Castaner, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

MARIA CELESTE COLBERG GUERRA on behalf of Plaintiff Rincon Health Center, Inc.
mcc@rmlawpr.com, mccolberg@gmail.com

KEVIN COLLINS on behalf of Creditor Roche Diagnostics Corporation
kevin.collins@btlaw.com

SONIA COLON COLON on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Creditor AMBAC ASSURANCE CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Defendant Ambac Assurance Corporation,
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Intervenor AMBAC ASSURANCE
CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

SONIA COLON COLON on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com

YASMIN COLON COLON on behalf of Plaintiff Asociacion de Profesoras y Profesores
del Recinto Universitario de Mayaguez, Inc. (APRUM)

colonyasmin@hotmail.com,
YCOLONLAW@LIVE.COM;YCOLON@VCRLAW.COM;ColonYR85009@notify.bestcase.com

FRANCISCO E COLON RAMIREZ on behalf of Interested Party Gladys Garcia-Rubiera
fecolon@colonramirez.com, fecolon@gmail.com

MICHAEL COMERFORD on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Creditor Official Committee of Unsecured Creditors
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Creditor Committee Official Committee of Retired Employees of the Commonwealth of Puerto Rico
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Creditor Committee Official Committee of Unsecured Creditors
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Interested Party Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico
MICHAELCOMERFORD@PAULHASTINGS.COM

MICHAEL COMERFORD on behalf of Intervenor Official Committee of Unsecured Creditors
MICHAELCOMERFORD@PAULHASTINGS.COM

ADA M CONDE on behalf of Creditor Centro de Orientacion y Ayuda Psiquiatrica, Inc.
courtnotices1611@gmail.com,
1611bank@gmail.com;1611lawandjustice@gmail.com;estudiolegalpr@yahoo.com;condeprlaw@gmail.com;condebank@gmail.com;CONDEAR53874@notify.bestcase.com

CARMEN D CONDE TORRES on behalf of Creditor Cantor-Katz Collateral Monitor LLC
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor Huellas Therapy Corp.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor INTEGRA DESIGN GROUP, P.S.C.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor Lehman Brothers Holdings Inc.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Creditor Procesos de Informatica, Inc.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Ecolift Corporation
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Huellas Therapy Corp.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Integra Design Group PSC
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Defendant Procesos de Informatica, Inc.
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Interested Party BACARDI CORPORATION
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Interested Party BACARDI
INTERNATIONAL LIMITED
notices@condelaw.com, conde.associates@gmail.com

CARMEN D CONDE TORRES on behalf of Interested Party Whitefish Energy Holdings,
LLC
notices@condelaw.com, conde.associates@gmail.com

DANIEL S. CONNOLLY on behalf of Creditor Davidson Kempner Capital Management
LP
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor OZ Management II LP
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor OZ Management, LP
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor QTCB Noteholder Group
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Creditor River Canyon Fund Management, LLC
daniel.connolly@bracewell.com, mco@bracewell.com

DANIEL S. CONNOLLY on behalf of Interested Party Canyon Capital Advisors LLC

daniel.connolly@bracewell.com, mco@bracewell.com

MICHAEL L. COOK on behalf of Attorney Duff & Phelps, LLC
michael.cook@srz.com

DAVID COOPER on behalf of Creditor Canyon Balanced Master Fund, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Canyon Value Realization Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Pandora Select Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Asymmetric Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Institutional Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Creditor Whitebox Term Credit Fund I L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Aristea Horizons, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party CRS Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Camino Cipres LLC
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Camino Roble LLC
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Canary SC Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Canyon Capital Advisors LLC

davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Crescent 1, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Cyrus Opportunities Master Fund II, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Cyrus Select Opportunities Master Fund,
Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Cyrus Special Strategies Master Fund,
L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 1, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 10, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 2, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 3, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 4, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 5, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 6, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 7, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 8, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Decagon Holdings 9, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Merced Partners IV, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Merced Partners Limited Partnership
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Merced Partners V, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party SB Special Situation Master Fund SPC,
Segregated Portfolio D
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Scoggin International Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Scoggin Worldwide Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Taconic Master Fund 1.5 L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Taconic Opportunity Master Fund L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party The Varde Skyway Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Tilden Park Investment Master Fund LP
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Varde Credit Partners Master, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Varde Investment Partners (Offshore)
Master, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER on behalf of Interested Party Varde Investment Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Aristea Horizons, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor CRS Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Camino Cipres LLC
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Camino Roble LLC
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Canary SC Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Canyon Value Realization Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Crescent 1, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 1, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 10, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 2, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 3, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 4, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 5, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 6, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 7, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 8, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Decagon Holdings 9, L.L.C.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Merced Partners IV, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Merced Partners Limited Partnership
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Merced Partners V, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Pandora Select Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Scoggin International Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Scoggin Worldwide Fund Ltd.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Taconic Master Fund 1.5 L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Taconic Opportunity Master Fund L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor The Varde Skyway Master Fund, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Tilden Park Investment Master Fund LP
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Varde Credit Partners Master, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Varde Investment Partners (Offshore) Master,
L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Varde Investment Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Institutional Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Whitebox Term Credit Fund I L.P.
davidcooper@quinnemanuel.com

DAVID COOPER, on behalf of Creditor Jose F Rodriguez-Perello
davidcooper@quinnemanuel.com

COOPERATIVA DE AHORRO Y CREDITO LOMAS VERDES
vrodriguez@lomasverdes.coop

ANDRES L. CORDOVA on behalf of Creditor Levy Echeandia Trust., et al.
acordova@juris.inter.edu, alcp70022@gmail.com

RAMON COTO OJEDA on behalf of Creditor Metric Engineering Inc,
rco@crlawpr.com, nac@crlawpr.com;wmm@crlawpr.com

RAMON COTO OJEDA on behalf of Interested Party MESIROW FINANCIAL, INC.
rco@crlawpr.com, nac@crlawpr.com;wmm@crlawpr.com

MARIA HERMINIA COTTO NIEVES on behalf of Creditor Carlos Caraballo Martinez
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor ELIZABETH SILVA VEGA
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor GERTRUDIS VEGA
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor GUILLERMO SANCHEZ
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor ISMAEL CENTENO
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor JUAN GONZALEZ
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor JUAN A ZARAGOZA
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor JULIO ANGEL TORO
MERCADO
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor MILAGROS GONZALEZ
VALENTIN
maria.cotto@gmail.com, mariacotto@pucpr.edu

MARIA HERMINIA COTTO NIEVES on behalf of Creditor NOELIA BRAVO QUILES
maria.cotto@gmail.com, mariacotto@pucpr.edu

ALBENIZ COURET FUENTES on behalf of Creditor Siemens Transportation
Partnership Puerto Rico, S.E.
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Defendant Bank of New York Mellon as
PRIFA Indenture Trustee
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Defendant THE BANK OF NEW YORK
MELLON
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Interested Party THE BANK OF NEW
YORK MELLON
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

ALBENIZ COURET FUENTES on behalf of Intervenor THE BANK OF NEW YORK
MELLON
acouret@smclawpr.com, acouret@ecf.courtdrive.com,sbetancourt@smclawpr.com

SERGIO CRIADO on behalf of Creditor Davidson Kempner Capital Management LP
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor OZ Management II LP
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor OZ Management, LP
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor QTBC Noteholder Group
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor QTCB Noteholder Group
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor River Canyon Fund Management, LLC
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Creditor Tomas Correa-Acevedo
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Interested Party Canyon Capital Advisors LLC
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

SERGIO CRIADO on behalf of Intervenor QTCB Noteholder Group
scriado@calopsc.com, scriado@yahoo.com;ecarrasquillo@calopsc.com

NICHOLAS P. CROWELL on behalf of Interested Party Banco Santander Puerto Rico
ncrowell@sidley.com,

NICHOLAS P. CROWELL on behalf of Interested Party Santander Asset Management,
LLC
ncrowell@sidley.com,

NICHOLAS P. CROWELL on behalf of Interested Party Santander Securities, LLC
ncrowell@sidley.com,

JOHN K CUNNINGHAM, on behalf of Creditor PUERTO RICO AAA PORTFOLIO
BOND FUND II INC
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor PUERTO RICO AAA PORTFOLIO
BOND FUND INC
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor PUERTO RICO AAA PORTFOLIO
TARGET MATURITY FUND INC
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund,
Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II,
Inc
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Bond Fund I
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund III,
Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Mortgae-Backed & U.S. Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Puerto Rico Mortgage-Backed &U.S Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K CUNNINGHAM, on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico Fund
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II,
Inc
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Bond Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund II,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund III,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund V,
Inc,
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed Income Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Fixed IncomeFund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Bond Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Puerto Rico Mortgage-Backed
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Cross Defendant UBS IRA Select Growth & Income Puerto Rico Fund
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund VI, Inc.

jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Bond
Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund VI, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Investors Tax-
Free Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Puerto Rico Mortgage-
Backed
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund
II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Intervenor-Defendant UBS IRA Select Growth &
Income Puerto Rico Fund
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II,
Inc
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Bond Fund I
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund,
Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
jcunningham@whitecase.com

JOHN K. CUNNINGHAM on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity
Fund, Inc.
jcunningham@whitecase.com

CHARLES ALFRED CUPRILL on behalf of Creditor Asociacion de Empleados del
Estado Libre Asociado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Asociasion de Empleados del
Estado Libre Asociado de Puerto Rico

cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Estate of Pedro Vicenty
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Estate of Yesmin Galib Frau
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Tallaboa Industrial Deveopment,
Inc.
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Carlos A Costas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Carmen Ana Rovira
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Jorge Lucas Perez Valdivieso
Torruella
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Lolita Gandarilla de Casasnovas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Lucas Perez Valdivieso Torruella
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Lucas Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Luis A. Rivera Siaca
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Margarita Guzman de Vincenty

cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Maria Cristina Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Maria Emilia Casasnovas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Maria Teresa Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Olga I. Trinidad Nieves
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Pedro Luis Casasnovas Balado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Raul E. Casasnovas Balado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Creditor Yesmin Marie Valdivieso Galib
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Estates of Fuentes
Benejam
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Puerto Rico Horse Owners
Association, Inc.
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Lolita Gandarilla de
Casasnovas
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Interested Party Pedro Luis Casasnovas
Balado
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

CHARLES ALFRED CUPRILL on behalf of Plaintiff Puerto Rico Horse Owners
Association, Inc.
cacuprill@cuprill.com,
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

THOMAS J CURTIN, on behalf of Interested Party Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J CURTIN, on behalf of Interested Party Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Creditor ASSURED GUARANTY CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Interested Party Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Interested Party Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Intervenor Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Intervenor Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff ASSURED GUARANTY CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL CORP
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff Assured Guaranty Corp.
thomas.curtin@cwt.com

THOMAS J. CURTIN on behalf of Plaintiff Assured Guaranty Municipal Corp.
thomas.curtin@cwt.com

KELLY M. CURTIS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
kcurtis@proskauer.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE LARES Y REGION CENTRAL
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JUAN A CUYAR COBB on behalf of Creditor FONDO DE INVERSION Y
DESARROLLO COOPERATIVO, INC
fccplawpr1@gmail.com;jcc@fclawpr.com, jcc_fccplaw@yahoo.com

JESUS E CUZA on behalf of Creditor First Transit of Puerto Rico, Inc.
jesus.cuza@hklaw.com, gelsy.rivas@hklaw.com;marta.urra@hklaw.com

Victor Calderon on behalf of Plaintiff Carlos J. Mendez Nunez
victor@calderon-law.com, victorcalderon@yahoo.com

Victor Calderon on behalf of Plaintiff Thomas Rivera - Schatz
victor@calderon-law.com, victorcalderon@yahoo.com

Jorge A. Candelaria Serrano on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
jorge.candelaria@oneillborges.com,
docket_clerk@oneillborges.com;jorge.candelaria@ecf.courtdrive.com;yaritza.orozco@o
neillborges.com

Victor D Candelario Vega on behalf of Creditor SC5EJT LLC
vcandelario@qaclaw.com, vcandelario@vcvlaw.com

Pedro E. Carbonera-Pardo
pedrocarbonera@yahoo.com, pcarbonera@trabajo.pr.gov

Ileana Cristina Cardona on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
icardona@iccflaw.com

Courtney R Carroll on behalf of Plaintiff FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
courtneyrcarroll@gierbolinicarroll.com, courtneyrcarroll@yahoo.com

Jose Francisco Cartaya on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cartayaj@gmail.com

Jose Francisco Cartaya on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cartayaj@gmail.com

Zachary W. Chalett on behalf of Defendant Financial Oversight and Management Board
for Puerto Rico
ZChalett@proskauer.com

Zachary W. Chalett on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
ZChalett@proskauer.com

Francisco L. Charles Gomez on behalf of Creditor JOSE ENRIQUE ORTIZ RIVERA
fcharleslaw@gmail.com

Benjamin G. Chew on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
bchew@brownrudnick.com

Julie E. Cohen, on behalf of Interested Party MORGAN STANLEY
julie.cohen@skadden.com, wendy.lamanna@skadden.com

Reed Collins on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
reed.collins@weil.com

Christopher K. Connolly on behalf of Defendant GOVERNMENT OF THE UNITED
STATES OF AMERICA
christopher.connolly@usdoj.gov

Christopher K. Connolly on behalf of Interested Party United States of America
christopher.connolly@usdoj.gov

Scott P. Cooper on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
SCooper@proskauer.com

Diego R Corral on behalf of Interested Party MMM HEALTHCARE INC
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Interested Party PMC MEDICARE CHOICE
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO
ABRAHAM ROSA
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff COOPERATIVA DE AHORRO Y CREDITO VEGA
ALTA
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito Dr. Manuel Zeno
Gandia
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Ciales
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Juana Diaz
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Lares y Region
Central
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

Diego R Corral on behalf of Plaintiff Cooperativa de Ahorro y Credito de Rincon
corraldieg@gmail.com, diego.corral@protonmail.com;dcorralgonzalez@icloud.com

John Couriel on behalf of Other Professional Independent Investigator Kobre & Kim,
LLP
John.Couriel@kobrekim.com

Roxana Cruz Rivera on behalf of Defendant Learning Alliance LLC
rcruz@vnblegal.com

Roxana Cruz Rivera on behalf of Interested Party LEARNING ALLIANCES LLC
rcruz@vnblegal.com

Jose Luis Cumbas on behalf of Creditor CD BULDERS INC.
jlcumbastorres@gmail.com

Lady E Cumpiano on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
lcumpiano@yahoo.com, lcumpiano@smclawpr.com,lcumpiano@ecf.courtdrive.com

MARGARET A. DALE on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mdale@proskauer.com

MARGARET A. DALE on behalf of Defendant COMMONWEALTH OF PUERTO RICO
mdale@proskauer.com

MARGARET A. DALE on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
mdale@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Defendant COMMONWEALTH OF PUERTO RICO

wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
wdalsen@proskauer.com

WILLIAM D. DALSEN on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
wdalsen@proskauer.com

RAMON E DAPENA on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT
LP
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Creditor Goldman Sachs Asset Management, L.P.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party CITIGROUP INC.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party Citibank, N.A.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party Citigroup Global Markets Inc.
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

RAMON E DAPENA on behalf of Interested Party Goldman Sachs & Co. LLC
ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com

SCOTT I. DAVIDSON on behalf of Defendant GDB Debt Recovery Authority
sdavidson@kslaw.com

SCOTT I. DAVIDSON on behalf of Defendant David Pauker
sdavidson@kslaw.com

SCOTT I. DAVIDSON on behalf of Defendant JORGE L. PADILLA
sdavidson@kslaw.com

SCOTT I. DAVIDSON on behalf of Defendant Matthew Karp
sdavidson@kslaw.com

JOSEPH P. DAVIS, III on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
davisjo@gtlaw.com

JOSEPH P. DAVIS, III on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
davisjo@gtlaw.com

LILLIAN T DE LA CRUZ TORRES on behalf of Interested Party Oficina de Etica
Gubernamental
ldelacruz@oeg.pr.gov

FERNANDO DE LA HOZ on behalf of Creditor Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II,
Inc
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Bond Fund I
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund II,
Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
fdelahoz@whitecase.com

FERNANDO DE LA HOZ on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
fdelahoz@whitecase.com

PETER D. DECHIARA on behalf of Creditor Service Employees International Union
pdechiara@cwsny.com

PETER D. DECHIARA on behalf of Creditor United Auto Workers International Union
pdechiara@cwsny.com

PETER D. DECHIARA on behalf of Interested Party Service Employees International Union
pdechiara@cwsny.com

PETER D. DECHIARA on behalf of Interested Party United Auto Workers International Union

pdechiara@cwsny.com

PAUL DEFILIPPO on behalf of Creditor KDC SOLAR, LLC
pdefilippo@wmd-law.com

FRANCISCO DEL CASTILLO OROZCO on behalf of Creditor Official Committee of
Retired Employees of Puerto Rico
francisco.delcastillo@bennazar.org

ROBERTO DEL TORO MORALES on behalf of Defendant Universal Group, Inc.,
rtoro@universalpr.com

ROBERTO DEL TORO MORALES on behalf of Defendant Universal Insurance
Company,
rtoro@universalpr.com

ROBERTO DEL TORO MORALES on behalf of Interested Party Eastern America
Insurance Agency, Inc.
rtoro@universalpr.com

LUIS F DEL VALLE EMMANUELLI on behalf of Counter-Defendant The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Debtor EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Debtor PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant RICARDO ROSSELLO
NEVARES
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Defendant TERESITA FUENTES
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party COMMONWEALTH
OF PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party Financial Oversight
and Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Interested Party The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Other Professional Independent
Investigator Kobre & Kim, LLP
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Plaintiff THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LUIS F DEL VALLE EMMANUELLI on behalf of Plaintiff The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
dvelawoffices@gmail.com,
dvelawoffices@onelinkpr.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;court
-filings-3911@ecf.pacerpro.com

LEANDRO F. DELGADO on behalf of Interested Party Autonomous Municipality of San
Juan
LDelgado@winston.com

MICHAEL J. DELL on behalf of Creditor Ad Hoc Group of PREPA Bondholders
mdell@kramerlevin.com

WALTER DELLINGER on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
wdellinger@omm.com

KAROL K. DENNISTON on behalf of Interested Party Bank of America Merrill Lynch
karol.denniston@squirepb.com

DANIEL S. DESATNIK on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
ddesatnik@proskauer.com

LUC A. DESPINS, on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
lucdespins@paulhastings.com

LUC A. DESPINS, on behalf of Creditor Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

LUC A. DESPINS, on behalf of Creditor Committee Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

LUC A. DESPINS, on behalf of Interested Party Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico
lucdespins@paulhastings.com

ERIN E. DEXTER on behalf of Creditor AMBAC ASSURANCE CORPORATION
EDexter@milbnak.com

REGGIE DIAZ HERNANDEZ on behalf of Creditor Tradewinds Energy Barceloneta, LLC
rdiaz@bdslawpr.com

REGGIE DIAZ HERNANDEZ on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
rdiaz@bdslawpr.com

ELDIA M DIAZ OLMO on behalf of Defendant Arieta & Son Assurance Corporation
diazolmo@villamil.net

RICARDO DIAZ SOTO on behalf of Interested Party VOZ ACTIVA, INC.
rdiazsoto@yahoo.com, wilny422@hotmail.com;diazsotolaw@gmail.com

KELLY DIBLASI on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
kelly.diblasi@weil.com

KELLY DIBLASI on behalf of Interested Party NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
kelly.diblasi@weil.com

KELLY DIBLASI on behalf of Intervenor NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
kelly.diblasi@weil.com

KELLY DIBLASI on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

kelly.diblasi@weil.com

KELLY DIBLASI, on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
kelly.diblasi@weil.com

BRIAN M DICK BIASCOECHEA on behalf of Creditor Ad Hoc Group of Noteholders of
FGIC-Insured Notes
bmd@bmdcounselors.com

BRIAN M DICK BIASCOECHEA on behalf of Defendant Didacticos, Inc.
bmd@bmdcounselors.com

BRIAN M DICK BIASCOECHEA on behalf of Defendant Suzuki del Caribe, Inc.
bmd@bmdcounselors.com

MARIA J. DICONZA on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
mdiconza@omm.com

MARIA J. DICONZA on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
mdiconza@omm.com

ANNA G. DIMON on behalf of Creditor AMBAC ASSURANCE CORPORATION
Adimon@milbank.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Altair Global Credit Opportunities
Fund (A), LLC
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Altair Global Opportunities Fund (A),
LLC
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Andalusian Global Designated
Activity Company
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Andalusian Global Limited
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Distressed
Opportunities Fund LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Distressed
Opportunities International Ltd.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Institutional
Partners, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner International,
Ltd.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Davidson Kempner Partners
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor GMO Credit Opportunities Fund,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor GMO Global Real Return (UCITS)
Fund
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor GMO Implementation Fund
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Glendon Opportunities Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Laguna Ray, L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor M.H. Davdison & Co.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Mason Capital Master Fund LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Nokota Capital Master Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oak Tree Opportunities Fund IX,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Ocher Rose
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Ocher Rose L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Official Committee of Retired Employees of Puerto Rico
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND INC
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund II,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund III,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund IV,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund V,
Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Bond Fund I
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund II, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund III, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund IV, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc,
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund VI, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc. II
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor SV Credit, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Silver Point Capital Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Silver Point Capital Offshore Master
Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.

cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Creditor UBS IRA Select Growth & Income
Puerto Rico Fund
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Glendon Opportunities Fund,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party GoldenTree Asset
Management LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Taconic Master Fund 1.5
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Andalusian Global Designated
Activity Company
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Glendon Opportunities Fund, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Mason Capital Master Fund LP
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree Opportunities Fund IX
(Parallel 2), L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree Value Opportunities Fund,
L.P.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Oaktree-Forrest Multi-Strategy,
L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff Ocher Rose L.L.C.
cdipompeo@jonesday.com

CHRISTOPHER DIPOMPEO on behalf of Plaintiff SV Credit, L.P.
cdipompeo@jonesday.com

MICHAEL S. DOLUISIO on behalf of Creditor PEAJE INVESTMENTS LLC
michael.doluisio@dechert.com

MICHAEL S. DOLUISIO on behalf of Interested Party Peaje Investment, LLC
michael.doluisio@dechert.com

MICHAEL S. DOLUISIO on behalf of Plaintiff Peaje Investment, LLC
michael.doluisio@dechert.com

VICTORIA DORFMAN on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Andalusian Global Designated Activity
Company
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Glendon Opportunities Fund, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Mason Capital Master Fund LP
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Nokota Capital Master Fund, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor Ocher Rose L.L.C.
vdorfman@jonesday.com

VICTORIA DORFMAN on behalf of Creditor SV Credit, L.P.
vdorfman@jonesday.com

JOHN T. DUFFEY on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
john.duffey@maslon.com

JAMES C. DUGAN, on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
jdugan@willkie.com, mao@willkie.com

JAMES C. DUGAN, on behalf of Interested Party Bettina Whyte
jdugan@willkie.com, mao@willkie.com

ANDREW R. DUNLAP on behalf of Plaintiff MBIA INSURANCE CORPORATION
adunlap@selendygay.com

ANDREW R. DUNLAP on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
adunlap@selendygay.com

DENNIS F. DUNNE on behalf of Creditor AMBAC ASSURANCE CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milba
nk.com

DENNIS F. DUNNE on behalf of Defendant Ambac Assurance Corporation,
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milba
nk.com

DENNIS F. DUNNE on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milba
nk.com

DENNIS F. DUNNE on behalf of Intervenor AMBAC ASSURANCE CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milbank.com

DENNIS F. DUNNE on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
bkinney@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;rdizengoff@milbank.com

Jose R Davila on behalf of Interested Party Asociacion de Jubilados de la Judicatura de Puerto Rico, Inc.
jdavila@sbgblaw.com, avazquez@sbgblaw.com

Juan R Davila-Diaz on behalf of Interested Party Arnaldo Ortiz-Ortiz
davilajuanr@yahoo.com

Juan R Davila-Diaz on behalf of Interested Party Glenda Colon-Figueroa
davilajuanr@yahoo.com

Stephen M. DeGenaro on behalf of Creditor Andalusian Global Designated Activity Company
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Crown Managed Accounts for and on behalf of Crown/PW SP
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Glendon Opportunities Fund, L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor LMA SPC for and on behalf of Map 98 Segregated Portfolio
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Mason Capital Master Fund LP
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Oceana Master Fund Ltd.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Ocher Rose
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor PWCM Master Fund Ltd.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor Pentwater Merger Arbitrage Master Fund
Ltd.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Creditor SV Credit, L.P.
sdegenaro@jonesday.com

Stephen M. DeGenaro on behalf of Interested Party Glendon Opportunities Fund, L.P.
sdegenaro@jonesday.com

Aurivette Deliz on behalf of Creditor Total Petroleum Puerto Rico Corp.
adeliz@smlawpr.com, auri.deliz@gmail.com

Luc A. Despins on behalf of Counter-Defendant The Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of
Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Creditor Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Creditor Committee Official Committee of Unsecured
Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Interested Party Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Intervenor Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Other Professional THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff Committee of Unsecured Creditors of the
Commonwealth of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee Of Unsecured Creditors Of
The Commonwealth Of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee of Unsecured Creditors of
All Title III Debtors (Other than COFINA)
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee of Unsecured Creditors of
the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
lucdespins@paulhastings.com

Luc A. Despins on behalf of Plaintiff The Official Committee of Unsecured Creditors of
the Debtors (Other Than COFINA)
lucdespins@paulhastings.com

Arturo Diaz-Angueira on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
adiaz@diazvaz.law

Arturo Diaz-Angueira on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
adiaz@diazvaz.law

Monique Diaz-Mayoral on behalf of Creditor Jorge Arturo Diaz Mayoral
mjd@mcvpr.com

Monique Diaz-Mayoral on behalf of Creditor Juan Antonio Frau Escudero
mjd@mcvpr.com

Ira S. Dizengoff on behalf of Creditor Cobra Acquisitions LLC
idizengoff@akingump.com

John T Dorsey on behalf of Defendant BANCO POPULAR DE PUERTO RICO

bankfilings@ycst.com

John T Dorsey on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
bankfilings@ycst.com

John T Dorsey on behalf of Interested Party POPULAR, INC.
bankfilings@ycst.com

John T Dorsey on behalf of Interested Party Popular Securities, LLC
bankfilings@ycst.com

Philip C. Dublin on behalf of Creditor Cobra Acquisitions LLC
pdublin@akingump.com

David L. Dubrow on behalf of Creditor AMBAC ASSURANCE CORPORATION
david.dubrow@arentfox.com

DANIEL G. EGAN on behalf of Creditor Knighthead Capital Management, LLC
Daniel.Egan@ropesgray.com

ADELE M. EL-KHOURI on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Adele.El-Khouri@mto.com

ADELE M. EL-KHOURI on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Adele.El-Khouri@mto.com

MATTHEW B. ELGIN, on behalf of Creditor Andalusian Global Designated Activity
Company
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Crown Managed Accounts for and on behalf
of Crown/PW SP
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Glendon Opportunities Fund, L.P.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Mason Capital Master Fund LP
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.

melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Oceana Master Fund Ltd.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Ocher Rose
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor PWCM Master Fund Ltd.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Creditor SV Credit, L.P.
melgin@jonesday.com

MATTHEW B. ELGIN, on behalf of Interested Party Glendon Opportunities Fund, L.P.
melgin@jonesday.com

MARK C. ELLENBERG on behalf of Creditor ASSURED GUARANTY CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Interested Party Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Intervenor Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Intervenor Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff ASSURED GUARANTY CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff Assured Guaranty Corp.
mark.ellenberg@cwt.com

MARK C. ELLENBERG on behalf of Plaintiff Assured Guaranty Municipal Corp.
mark.ellenberg@cwt.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Federacion de Maestros de
Puerto Rico
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Sistema de Retiro de los
Empleados de la Autoridad de Energia Electrica (SREAEE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor UTIER
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Creditor Union de Medicos de la
Corporacion del Fondo del Seguro del Estado Corp. (UMCFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant GERARDO JOSE
PORTELA FRANCO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant JOSE MARRERO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant NATALIE A. JARESKO
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant RAUL MALDONADO
GAUTIER
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Defendant RICARDO ROSSELLO
NEVARES
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Interested Party PROSOL UTIER
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Interested Party Union de
Trabajadores de la Industria Electrica y Riego (UTIER)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Interested Party (APRUM) Asociacion
de Profesores y Profesoras del Recinto Universitario de Mayaguez, Inc.
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Intervenor Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Hermandad de Empleados
del Fondo del Seguro del Estado, Inc
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Union de Medicos de la
Corporacion del Fondo del Seguro del Estado Corp. (UMCFSE)
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Eva E Melendez Fraguada
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Francisco J Reyes Marquez
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Jose E Ortiz Torres
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

ROLANDO EMMANUELLI JIMENEZ on behalf of Plaintiff Lizbeth Mercado Cordero
remmanuelli@me.com,
bufeteemmanuelli@gmail.com;EmmanuelliJimenezRR57669@notify.bestcase.com

RICHARD HUNTER ENGMAN on behalf of Creditor Mason Capital Master Fund LP
rengman@masoncap.com

ELIAN NOEMI ESCALANTE DE JESUS on behalf of Creditor BELLA INTERNATIONAL
CORPORATION
elian.escalante@gmail.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Aristeia Horizon, LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 1,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings
10, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 2,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 3,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 4,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 5,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 6,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 7,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 8,
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Decagon Holdings 9, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Fideicomiso Plaza
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Golden Tree Asset Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Old Bellows Partners LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Scoggin Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Taconic Opportunity Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Tilden Park Capital Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Counter-Claimant Whitebox Advisors LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor CRS Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Camino Cipres LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Camino Roble LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Canary SC Master Fund, L.P.

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Canyon Balanced Master
Fund, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Canyon Value Realization
Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Crescent 1, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Cyrus Opportunities Master
Fund II, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Cyrus Select Opportunities
Master Fund, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Cyrus Special Strategies
Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 1, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 10, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 2, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 3, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 4, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 5, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 6, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 7, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 8, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Decagon Holdings 9, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Merced Partners IV, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Merced Partners Limited
Partnership
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Merced Partners V, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Pandora Select Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor River Canyon Fund
Management, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor SB Special Situation Master
Fund SPC, Segregated Portfolio D
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Scoggin International Fund
Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Scoggin Worldwide Fund Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Taconic Master Fund 1.5 L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Taconic Opportunity Master
Fund L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor The Canyon Value Realization
Master Fund, L.P.

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor The Varde Skyway Master
Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Tilden Park Investment Master
Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Varde Credit Partners Master,
L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Varde Investment Partners
(Offshore) Master, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Varde Investment Partners,
L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Asymmetric
Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Institutional
Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Multi Strategy
Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Multi-Strategy
Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Whitebox Term Credit Fund I
L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Creditor Jose F Rodriguez-Perello
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Aristeia Horizon, LP

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 1, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 10, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 2, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 3, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 4, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 5, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 6, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 7, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 8, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Decagon Holdings 9, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Fideicomiso Plaza
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Golden Tree Asset
Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Old Bellows Partners
LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Scoggin Management
LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Taconic Master Fund
1.5 LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Taconic Opportunity
Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Tilden Park Capital
Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Cross-Claimant Whitebox Advisors
LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Aristea Horizons, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party CRS Master Fund,
L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Camino Cipres LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Camino Roble LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Canary SC Master
Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Canyon Capital
Advisors LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Crescent 1, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Cyrus Opportunities
Master Fund II, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Cyrus Select
Opportunities Master Fund, Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Cyrus Special
Strategies Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 1,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 10,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 2,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 3,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 4,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 5,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 6,
L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 7, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 8, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Decagon Holdings 9, L.L.C.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Lawful Constitutional Debt Coalition
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Merced Partners IV, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Merced Partners Limited Partnership
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Merced Partners V, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party River Canyon Fund Management LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party SB Special Situation Master Fund SPC, Segregated Portfolio D
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Scoggin International Fund Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Scoggin Worldwide Fund Ltd.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Taconic Master Fund 1.5 L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Taconic Opportunity Master Fund L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party The Varde Skyway Master Fund, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Tilden Park Investment Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Varde Credit Partners Master, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Varde Investment Partners (Offshore) Master, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Varde Investment Partners, L.P.
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Interested Party Jose F Rodriguez-Perello
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Aristeia Horizon, LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon Holdings 2, LLC

escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 3, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 4, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 5, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 6, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 7, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 8, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Decagon
Holdings 9, LLC
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Fideicomiso
Plaza
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Golden Tree
Asset Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Lawful
Constitutional Debt Coalition
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Old Bellows
Partners LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Scoggin
Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Taconic Master
Fund 1.5 LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Taconic
Opportunity Master Fund LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Tilden Park
Capital Management LP
escalera@reichardescalera.com, matos@reichardescalera.com

RAFAEL ESCALERA RODRIGUEZ on behalf of Intervenor-Defendant Whitebox
Advisors LLC
escalera@reichardescalera.com, matos@reichardescalera.com

JO ANN ESTADES BOYER on behalf of Creditor Jose Rafael Lopez Medina
joestades@gmail.com

Gary F. Eisenberg on behalf of Creditor GMS Group, LLC
geisenberg@perkinscoie.com

David Elbaum on behalf of Creditor J.P. Morgan Securities LLC
david.elbaum@stblaw.com

Grant J. Esposito on behalf of Counter-Claimant PBA Funds
gesposito@mofo.com

Grant J. Esposito on behalf of Creditor PBA Funds
gesposito@mofo.com

Grant J. Esposito on behalf of Intervenor PBA Funds
gesposito@mofo.com

Joshua A. Esses on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
JEsses@proskauer.com

Alberto Estrella, on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

Alberto G Estrella on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

Alberto G Estrella on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

Alberto G Estrella on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
agestrella@estrellallc.com, agestrella@ecf.courtdrive.com

CHANTEL L.. FEBUS on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant COMMONWEALTH OF PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
cfebus@proskauer.com

CHANTEL L.. FEBUS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
cfebus@proskauer.com

JAMES L. FELDESMAN, on behalf of Defendant Administracion de Seguros de Salud
de Puerto Rico
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Defendant COMMONWEALTH OF PUERTO RICO
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Atlantic Medical Center, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Camuy Health Center, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Centro de Salud de Lares, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Centro de Servicios Primarios de Salud de Patillas, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Ciales Primary Health Center, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Hospital General Castaner, Inc.
jfeldesman@ftlf.com

JAMES L. FELDESMAN, on behalf of Plaintiff Rincon Health Center, Inc.
jfeldesman@ftlf.com

MICHAEL A. FERNANDEZ on behalf of Interested Party Autonomous Municipality of San Juan
MAFernandez@winston.com

MICHAEL A. FERNANDEZ on behalf of Intervenor Autonomous Municipality of San Juan
MAFernandez@winston.com

ORLANDO FERNANDEZ on behalf of Creditor Liberty Cablevision of Puerto Rico LLC
ofernandez@oflawoffice.com, vilma@oflawoffice.com

UBALDO M FERNANDEZ on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ubaldo.fernandez@oneillborges.com

UBALDO M FERNANDEZ on behalf of Defendant Financial Oversight Management
Board
ubaldo.fernandez@oneillborges.com

UBALDO M FERNANDEZ on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ubaldo.fernandez@oneillborges.com

MANUEL FERNANDEZ BARED on behalf of Counter-Claimant MUTUAL FUND
GROUP
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor Ad Hoc Group of PREPA
Bondholders
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor Invesco/Oppenheimer Funds
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor MUTUAL FUND GROUP
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

MANUEL FERNANDEZ BARED on behalf of Creditor OPPENHEIMER FUNDS
mfb@tcmrslaw.com, corporate-reorg-1449@ecf.pacerpro.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor COMMONWEALTH OF
PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor PUERTO RICO ELECTRIC
POWER AUTHORITY
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant Puerto Rico Highways &
Transportation Authority
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant THE COMMONWEALTH
OF PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Defendant THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

UBALDO M FERNANDEZ BARRERA on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
ubaldo.fernandez@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez
@ecf.courtdrive.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Altair Global Credit
Opportunities Fund (A), LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Altair Global Opportunities
Fund (A), LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Andalusian Global
Designated Activity Company
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Andalusian Global Limited
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Appaloosa Management LP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Crown Managed Accounts
for and on behalf of Crown/PW SP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Glendon Opportunities Fund,
L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor LMA SPC for and on behalf
of Map 98 Segregated Portfolio
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Mason Capital Management,
LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Mason Capital Master Fund
LP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Nokota Capital
Management, LLC
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Nokota Capital Master Fund,
L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oak Tree Opportunities
Fund I (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oak Tree Opportunities
Fund IX, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Opportunities Fund X, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Oceana Master Fund Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Ocher Rose
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Ocher Rose L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor PWCM Master Fund Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Pentwater Merger Arbitrage
Master Fund Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor Redwood Master Fund, Ltd.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Creditor SV Credit, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Andalusian Global
Designated Activity Company
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Glendon Opportunities Fund,
L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Mason Capital Master Fund
LP
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree Opportunities Fund
IX (Parallel 2), L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree Opportunities Fund
IX, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree Value Opportunities
Fund, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Oaktree-Forrest Multi-
Strategy, L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff Ocher Rose L.L.C.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

ALFREDO FERNANDEZ MARTINEZ on behalf of Plaintiff SV Credit, L.P.
afernandez@delgadofernandez.com, aperez@delgadofernandez.com

CARLOS FERNANDEZ NADAL on behalf of Creditor AUTONOMOUS MUNICIPALITY
OF PONCE
carlosfernandez@cfnlaw.com, dzcorrea@cfnlaw.com;ashley@cfnlaw.com

CARLOS FERNANDEZ NADAL on behalf of Creditor ILEANA ORTIZ SANTIAGO
carlosfernandez@cfnlaw.com, dzcorrea@cfnlaw.com;ashley@cfnlaw.com

CARLOS FERNANDEZ NADAL on behalf of Creditor JULIO E LEANDRY
HERNANDEZ
carlosfernandez@cfnlaw.com, dzcorrea@cfnlaw.com;ashley@cfnlaw.com

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Creditor ALEXANDRA MARINI
QUESADA
eliaslaureano@gmail.com, elias.fernandez@upr.edu

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Creditor Orlando Marini Roman
eliaslaureano@gmail.com, elias.fernandez@upr.edu

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Creditor VICTOR MARINI
QUESADA
eliaslaureano@gmail.com, elias.fernandez@upr.edu

ELIAS LAUREANO FERNANDEZ PEREZ on behalf of Defendant O'Neill Security &
Consultant Serv Inc.
eliaslaureano@gmail.com, elias.fernandez@upr.edu

DAGMAR I FERNANDEZ TOLEDO on behalf of Creditor Mirta Vincenty Cardona
df-law@outlook.com

VERONICA FERRAIUOLI HORNEDO on behalf of Creditor Asociacion de Suscripcion
Conjunta del Seguro de Responsabilidad Obligatorio
vero@ferraiuoli.pr, vero.ferraiuoli@gmail.com

VERONICA FERRAIUOLI HORNEDO on behalf of Plaintiff Carlos J. Mendez Nunez
vero@ferraiuoli.pr, vero.ferraiuoli@gmail.com

VERONICA FERRAIUOLI HORNEDO on behalf of Plaintiff Thomas Rivera - Schatz
vero@ferraiuoli.pr, vero.ferraiuoli@gmail.com

RALPH C. FERRARA on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
rferrara@proskauer.com

RALPH C. FERRARA on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
rferrara@proskauer.com

CARLA FERRARI LUGO on behalf of Creditor MUNICIPIO DE SAN JUAN
ferrarilugo@gmail.com, cflaw.bk@gmail.com

RAFAEL FERREIRA CINTRON on behalf of Creditor Bec Co Inc. d/b/a Empacadora Hill
Brothers
rfc@thefinancialattorneys.com, mrc@thefinancialattorneys.com

ENRIQUE G FIGUEROA LLINAS on behalf of Creditor Mitchell De Jesus-Soto
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Defendant UNIVERSITY OF PUERTO
RICO
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Defendant Darrel Hillman
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Interested Party BANK OF AMERICA,
N.A.
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Interested Party Maria R. Rodriguez
Estate
efl@bobonislaw.com

ENRIQUE G FIGUEROA LLINAS on behalf of Interested Party Merrill Lynch, Pierce,
Fenner & Smith Inc.
efl@bobonislaw.com

LINETTE FIGUEROA TORRES on behalf of Creditor Ad Hoc Group of PREPA
Bondholders
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor First Puerto Rico Family of Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Franklin Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Invesco Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Invesco/Oppenheimer Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Knighthead Capital Management,
LLC
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor MUTUAL FUND GROUP
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor OFI Global Institutional Inc.
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor OPPENHEIMER FUNDS
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Creditor Oppenheimer Funds
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Cross Defendant MUTUAL FUND GROUP
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Interested Party Santander Asset
Management, LLC
lft@tcm.law, cvazquez@tcm.law

LINETTE FIGUEROA TORRES on behalf of Intervenor MUTUAL FUND GROUP
lft@tcm.law, cvazquez@tcm.law

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor DATA ACCESS
COMMUNICATION CORP.
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor EDIFICIO BULA INC
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor La Quinta Shopping
Center, Corp.
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor Netwave Equipment Co.

quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Creditor Nustream
Communications
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

HECTOR JUAN FIGUEROA VINCENTY on behalf of Interested Party ONDA VIRTUAL
LLC
quiebras@elbufetedelpueblo.com,
G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com

MARIA MERCEDES FIGUEROA Y MORGADE on behalf of Creditor Medley Credit
Opportunity Cayman Fund LP
figueroaymorgadelaw@yahoo.com
MARIA MERCEDES FIGUEROA Y MORGADE on behalf of Creditor PAN AMERICAN
GRAIN CO., INC.
figueroaymorgadelaw@yahoo.com

MARIA MERCEDES FIGUEROA Y MORGADE on behalf of Creditor ARCADIO BIGIO-
ROMERO
figueroaymorgadelaw@yahoo.com

KEVIN D. FINGER on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
fingerk@gtlaw.com

MOSHE A. FINK on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
moshe.fink@weil.com

MICHAEL A. FIRESTEIN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
Mfirestein@proskauer.com

MICHAEL A. FIRESTEIN on behalf of Defendant Puerto Rico Highways &
Transportation Authority
Mfirestein@proskauer.com

ROSS FIRSENBAUM, on behalf of Defendant Citigroup Global Markets Inc.
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant Goldman Sachs & Co. LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant J.P. Morgan Securities LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant Merrill Lynch, Pierce, Fenner & Smith
Inc.
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant Morgan Stanley & Co. LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant RBC CAPITAL MARKETS LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant Santander Securities, LLC
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant UBS Financial Services Inc.
ross.firsenbaum@wilmerhale.com

ROSS FIRSENBAUM, on behalf of Defendant UBS Securities LLC
ross.firsenbaum@wilmerhale.com

MICHAEL B FISCO on behalf of Plaintiff VOYA INSTITUTIONAL TRUST COMPANY
michael.fisco@faegrebd.com

MARSHALL H. FISHMAN on behalf of Consultant Citigroup Global Markets Inc.
mfishman@goodwinlaw.com

MARSHALL H. FISHMAN on behalf of Interested Party CITIGROUP INC.
mfishman@goodwinlaw.com

MARSHALL H. FISHMAN on behalf of Interested Party Citibank, N.A.
mfishman@goodwinlaw.com

MARSHALL H. FISHMAN on behalf of Interested Party Citigroup Global Markets Inc.
mfishman@goodwinlaw.com

DANIEL A. FLIMAN on behalf of Creditor Pandora Select Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Asymmetric Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Institutional Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
dfliman@stroock.com

DANIEL A. FLIMAN on behalf of Creditor Whitebox Term Credit Fund I L.P.
dfliman@stroock.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Citigroup Global
Markets Inc.
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Goldman Sachs & Co.
LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant J.P. Morgan Securities
LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Merrill Lynch, Pierce,
Fenner & Smith Inc.
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Morgan Stanley & Co.
LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant RBC CAPITAL
MARKETS LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant Santander Securities, LLC
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant UBS Financial Services Inc.
lfr@mcvpr.com

LESLIE YVETTE FLORES RODRIGUEZ on behalf of Defendant UBS Securities LLC
lfr@mcvpr.com

CARL FORBES, JR. on behalf of Debtor COMMONWEALTH OF PUERTO RICO
cforbes@proskauer.com

CARL FORBES, JR. on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
cforbes@proskauer.com

CARL FORBES, JR. on behalf of Debtor PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
cforbes@proskauer.com

CARL FORBES, JR. on behalf of Debtor PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)
cforbes@proskauer.com

JUAN C FORTUNO FAS on behalf of Creditor Santander Asset Management, LLC
bkfilings@fortuno-law.com, fortuno@ecf.inforuptcy.com

LUIS FRED SALGADO on behalf of Creditor COOPERATIVA A/C EMPLEADOS MUNICIPALES DE GUAYNABO
luisfredsalgado@hotmail.com

LUIS FRED SALGADO on behalf of Creditor COOPERATIVA A/C EMPLEADOS MUNICIPALES DE GUAYNABO
luisfredsalgado@hotmail.com

BRYCE L. FRIEDMAN on behalf of Creditor SOLA LTD
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Solus Alternative Asset Management LP
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Solus Opportunities Fund 5 LP
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Ultra Master LTD
bfriedman@stblaw.com

BRYCE L. FRIEDMAN on behalf of Creditor Ultra NB LLC
bfriedman@stblaw.com

PETER FRIEDMAN on behalf of Cross Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Puerto Rico Fiscal and Financial Advisory
Authority for the Commonwealth of Puerto Rico
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant The Government Development Bank of
Puerto Rico
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Christian Sobrino
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Christian Sobrino Vega
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant GERARDO JOSE PORTELA FRANCO
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Omar J. Marrero
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant RICARDO ROSSELLO NEVARES
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant Ricardo Rosello Nevares
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Defendant WANDA VAZQUEZ GARCED
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Interested Party Ankura Consulting Group, LLC
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY

pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Plaintiff The Puerto Rico Fiscal Agency and Financial
Advisory Authority
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

PETER FRIEDMAN, on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
pfriedman@omm.com,
apavel@omm.com;jbeiswenger@omm.com;joeroth@omm.com;rholm@omm.com;bnev
e@omm.com;iblumberg@omm.com;anadler@omm.com;nmitchell@omm.com;jdalog@
omm.com;emckeen@omm.com;mpocha@omm.com;JJi@omm.com;JJacob

JARED FRIEDMANN on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jared.friedmann@weil.com

JARED FRIEDMANN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jared.friedmann@weil.com

JARED FRIEDMANN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jared.friedmann@weil.com

ALEXIS FUENTES HERNANDEZ on behalf of Creditor Puerto Rico Hospital Supply,
Inc.

alex@fuentes-law.com, fuenteslaw@icloud.com

ISABEL M FULLANA on behalf of Creditor FINCA MATILDE,INC.
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant COOPERATIVA DE AHORRO &
CREDITO HATILLO
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant COOPERATIVA DE AHORRO &
CREDITO ROOSEVELT ROADS
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant COOPERATIVA DE AHORRO &
CREDITO SAN RAFAEL
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Coop A/C Roosevelt Roads,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Coop A/C San Rafael,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de Seguros de Vida
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de A/C Camuy,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de A/C Maunabo,

isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de A/C Oriental,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

ISABEL M FULLANA on behalf of Defendant Cooperativa de Ahorro y Credito de
Hatillo,
isabelfullana@gmail.com,
G7314@notify.cincompass.com;aliciacr59@gmail.com;fullana2@aol.com;ifullana@gafl
egal.com

David Farrington Yates on behalf of Other Professional Independent Investigator Kobre
& Kim, LLP
Farrington.Yates@kobrekim.com

Elizabeth A Fegan on behalf of Creditor Anne Catesby Jones
beth@feganscott.com, info@feganscott.com

Elizabeth A Fegan on behalf of Creditor Jorge Valdes Llauger
beth@feganscott.com, info@feganscott.com

James L. Feldesman on behalf of Plaintiff Atlantic Medical Center, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Camuy Health Services, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Centro de Salud Familiar Dr. Julio Palmieri
Ferri, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Centro de Salud de Lares, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Centro de Servicios Primarios de Salud de
Patillas, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Ciales Primary Health Care Services, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Corporacion de Servicios Integrales de Salud
Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Corporacion de Servicios Medicos Primarios
y Prevencion de Hatillo, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Costa Salud, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Hospital General Castaner, Inc.
jfeldesman@ftlf.com

James L. Feldesman on behalf of Plaintiff Rio Grande Community Health Center, Inc.
jfeldesman@ftlf.com

Matthew Feldman on behalf of Attorney Willkie Farr & Gallagher LLP
mfeldman@willkie.com, mao@willkie.com

Matthew Feldman on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
mfeldman@willkie.com, mao@willkie.com

Matthew Feldman on behalf of Interested Party Bettina Whyte
mfeldman@willkie.com, mao@willkie.com

Jamie J. Fell on behalf of Creditor SOLA LTD
jamie.fell@stblaw.com

Jamie J. Fell on behalf of Creditor Solus Opportunities Fund 5 LP
jamie.fell@stblaw.com

Jamie J. Fell on behalf of Interested Party Ultra Master LTD
jamie.fell@stblaw.com

Jamie J. Fell on behalf of Interested Party Ultra NB LLC
jamie.fell@stblaw.com

Cristina Fernandez on behalf of Creditor Committee Official Committee of Unsecured
Creditors
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
cfernandez@cstlawpr.com

Cristina Fernandez on behalf of Plaintiff The Official Committee Of Unsecured Creditors
Of The Commonwealth Of Puerto Rico
cfernandez@cstlawpr.com

Carlos J. Fernandez Lugo on behalf of Interested Party Solar Energy Industries
Association
cfl@mcvpr.com

David J. Fioccola on behalf of Counter-Claimant PBA Funds
dfioccola@mofo.com

David J. Fioccola on behalf of Creditor PBA Funds
dfioccola@mofo.com

David J. Fioccola on behalf of Intervenor PBA Funds
dfioccola@mofo.com

David R. Fox on behalf of Creditor Andalusian Global Designated Activity Company
drfox@jonesday.com

David R. Fox on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
drfox@jonesday.com

David R. Fox on behalf of Creditor Glendon Opportunities Fund, L.P.
drfox@jonesday.com

David R. Fox on behalf of Creditor LMA SPC for and on behalf of Map 98 Segregated
Portfolio
drfox@jonesday.com

David R. Fox on behalf of Creditor Mason Capital Master Fund LP
drfox@jonesday.com

David R. Fox on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
drfox@jonesday.com

David R. Fox on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
drfox@jonesday.com

David R. Fox on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
drfox@jonesday.com

David R. Fox on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
drfox@jonesday.com

David R. Fox on behalf of Creditor Oceana Master Fund Ltd.
drfox@jonesday.com

David R. Fox on behalf of Creditor Ocher Rose
drfox@jonesday.com

David R. Fox on behalf of Creditor PWCM Master Fund Ltd.
drfox@jonesday.com

David R. Fox on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
drfox@jonesday.com

David R. Fox on behalf of Creditor SV Credit, L.P.
drfox@jonesday.com

Fred Westercamp Trust
oldschooltjw@hotmail.com

Antonio Fuentes Gonzalez on behalf of Creditor C/P Fuentes-Viguie
antoniofuentesgonzalez@yahoo.com, antoniofv@gmail.com

Antonio Fuentes Gonzalez on behalf of Creditor ANTONIO FUENTES GONZALEZ
antoniofuentesgonzalez@yahoo.com, antoniofv@gmail.com

Antonio Fuentes Gonzalez on behalf of Creditor Maria Y. Viguie Fernandez
antoniofuentesgonzalez@yahoo.com, antoniofv@gmail.com

MARK GALLAGHER on behalf of Interested Party United States of America on behalf of
Environmental Protection Agency
mark.gallagher@usdoj.gov

JOSE L. GANDARA on behalf of Creditor PATRICIA MOSCOSO
mail@bglegal.net

JUAN CARLOS GARAY MASSEY on behalf of Creditor AGRO INDUSTRIAS DEL
ESTE, CORP.

juans@prtc.net, jcgaray@prw.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com

JUAN CARLOS GARAY MASSEY on behalf of Creditor INSURANCE COMMISIONER
OF PUERTO RICO AS LIQUIDATOR OF PREFERRED HEALTH, INC.
juans@prtc.net, jcgaray@prw.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com

JUAN CARLOS GARAY MASSEY on behalf of Creditor INSURANCE COMMISSIONER
OF PUERTO RICO AS LIQUIDATOR OF NATIONAL INSURANCE COMPANY
juans@prtc.net, jcgaray@prw.net;suarezcobo@gmail.com;suarezcobo.ecf@gmail.com

CARLA GARCIA BENITEZ on behalf of Debtor COMMONWEALTH OF PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Commonwealth of Puerto Rico

carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Puerto Rico Electric Power Authority
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant ANA J MATOSANTOS
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant ANDREW G BIGGS

carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant ARTHUR J GONZALEZ
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Carlos M Garcia
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant DAVID A SKEEL, JR
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant JOSE B CARRION III
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant Jose R Gonzalez
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Defendant NATALIE A. JARESKO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Financial Advisor Phoenix Management
Services, LLC
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Interested Party Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

CARLA GARCIA BENITEZ on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
carla.garcia@oneillborges.com,
carla.garcia@ecf.courtdrive.com;vilna.cedano@oneillborges.com;docket_clerk@oneillb
orges.com

ROSAMAR GARCIA FONTAN on behalf of Creditor Cortland Capital Market Services
LLC
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Creditor MANAGEMENT CONSULTANTS
& COMPUTER SERVICES INC.
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Creditor Rexach Hermanos, Inc.
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Creditor SCOTIABANK DE PUERTO RICO
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Interested Party PUERTO RICO SOLAR
ENERGY INDUSTRIES ASSOCIATION CORP. (SESA-PR)
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Interested Party Ramirez & Co.

rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

ROSAMAR GARCIA FONTAN on behalf of Interested Party Solar Energy Industries
Association
rgf@mcvpr.com,
rgarciafontan@gmail.com,rgarciafontan@ecf.courtdrive.com,rcv@mcvpr.com

JEAN PHILIP GAUTHIER INESTA on behalf of Defendant Corporacion Publica para la
Supervision y Seguro de Cooperativas de Puerto Rico
jpglaw@outlook.com, jpglaw@live.com

MARIAELENA GAYO-GUITIAN, on behalf of Creditor Tradewinds Energy Barceloneta,
LLC
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Interested Party Tradewinds Energy Vega
Baja, LLC
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Plaintiff OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
mguitian@gjb-law.com, chopkins@gjb-law.com

MARIAELENA GAYO-GUITIAN, on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico,
mguitian@gjb-law.com, chopkins@gjb-law.com

JOHN H. GENOVESE on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jgenovese@gjb-law.com

JOHN H. GENOVESE on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico,
jgenovese@gjb-law.com

TOBY L. GERBER on behalf of Defendant Puerto Rico Public Building Authority
toby.gerber@nortonrosefullbright.com

TOBY L. GERBER on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY OF
PUERTO RICO
toby.gerber@nortonrosefullbright.com

JORGE LUIS GERENA MENDEZ on behalf of Creditor Migrant Health Center, Inc.
jlgere@gmail.com, jorgegerena@yahoo.com

IAN HEATH GERSHENGORN on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
igershengorn@jenner.com

FERNANDO J GIERBOLINI on behalf of Creditor PEAJE INVESTMENTS LLC
fgierbolini@msglawpr.com, kdiaz@msglawpr.com

FERNANDO J GIERBOLINI on behalf of Interested Party Peaje Investment, LLC
fgierbolini@msglawpr.com, kdiaz@msglawpr.com

FERNANDO J GIERBOLINI on behalf of Plaintiff Peaje Investment, LLC
fgierbolini@msglawpr.com, kdiaz@msglawpr.com

MIGUEL E GIERBOLINI GIERBOLINI on behalf of Attorney Gierbolini & Carroll Law
Offices, PSC
miguelgierbolini@gierbolinicarroll.com, miguelgierbolini@gmail.com

MIGUEL E GIERBOLINI GIERBOLINI on behalf of Plaintiff FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
miguelgierbolini@gierbolinicarroll.com, miguelgierbolini@gmail.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Angel L Martinez-Alvarez
jgildelama@aol.com, jgil@gildelamadrid-psc.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Carlos Guzman-Nieves
jgildelama@aol.com, jgil@gildelamadrid-psc.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Orlando Arroyo-Morales
jgildelama@aol.com, jgil@gildelamadrid-psc.com

JULIO ENRIQUE GIL DE LA MADRID on behalf of Creditor Sammy Baez-Figueroa
jgildelama@aol.com, jgil@gildelamadrid-psc.com

CHARLES P GILMORE on behalf of Creditor Carmen M. Huertas & Jose Buitrago
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor CARMEN M. HUERTAS
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Edlin S. Buitrago Huertas
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Helvia S. Caparros Saltos
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Jose Buitrago
cpg@go-law.com, yalfonseca@go-law.com

CHARLES P GILMORE on behalf of Creditor Patrick D. O'Neill
cpg@go-law.com, yalfonseca@go-law.com

PAUL R. GLASSMAN on behalf of Creditor AUTONOMOUS MUNICIPALITY OF
PONCE
pglassman@sycr.com

PAUL R. GLASSMAN on behalf of Creditor AUTONOMOUS MUNICIPALITY OF
PONCE (AMP)
pglassman@sycr.com

FAUSTO DAVID GODREAU ZAYAS on behalf of Creditor GMS Group, LLC
dg@g-glawpr.com, zi@g-glawpr.com

FAUSTO DAVID GODREAU ZAYAS on behalf of Creditor Mark Elliot
dg@g-glawpr.com, zi@g-glawpr.com

JAY M. GOFFMAN, on behalf of Creditor Vitol Inc.
jay.goffman@skadden.com, wendy.lamanna@skadden.com

CHAD I. GOLDER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Chad.Golder@mto.com

CHAD I. GOLDER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Chad.Golder@mto.com

DARREN GOLDMAN on behalf of Creditor Aristea Horizons, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor CRS Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Camino Cipres LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Camino Roble LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Canary SC Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Canyon Balanced Master Fund, Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Canyon Value Realization Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Crescent 1, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Cyrus Select Opportunities Master Fund,
Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 1, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 10, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 2, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 3, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 4, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 5, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 6, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 7, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 8, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Decagon Holdings 9, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Merced Partners IV, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Merced Partners Limited Partnership
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Merced Partners V, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Pandora Select Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Scoggin International Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Scoggin Worldwide Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Taconic Master Fund 1.5 L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Taconic Opportunity Master Fund L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor The Varde Skyway Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Tilden Park Investment Master Fund LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Varde Credit Partners Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Varde Investment Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Asymmetric Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Institutional Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Creditor Whitebox Term Credit Fund I L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Aristea Horizons, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party CRS Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Camino Cipres LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Camino Roble LLC

darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Canary SC Master Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Canyon Capital Advisors LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Crescent 1, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Cyrus Opportunities Master Fund II,
Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Cyrus Select Opportunities Master
Fund, Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 1, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 10, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 2, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 3, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 4, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 5, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 6, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 7, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 8, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Decagon Holdings 9, L.L.C.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Lawful Constitutional Debt Coalition
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Merced Partners IV, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Merced Partners Limited Partnership
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Merced Partners V, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party River Canyon Fund Management
LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Scoggin International Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Scoggin Worldwide Fund Ltd.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Taconic Master Fund 1.5 L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Taconic Opportunity Master Fund
L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party The Varde Skyway Master Fund,
L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Tilden Park Investment Master Fund
LP

darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Varde Credit Partners Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Interested Party Varde Investment Partners, L.P.
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Aristeia Horizon, LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Fideicomiso Plaza

darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Old Bellows Partners LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Scoggin Management LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
darrengoldman@quinnemanuel.com

DARREN GOLDMAN on behalf of Intervenor-Defendant Whitebox Advisors LLC
darrengoldman@quinnemanuel.com

RACHEL B. GOLDMAN on behalf of Creditor QTCB Noteholder Group
rachel.goldman@bracewell.com

MARCIA GOLDSTEIN on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

MARCIA GOLDSTEIN, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
marcia.goldstein@weil.com

YARYMAR GONZALEZ CARRASQUILLO on behalf of Interested Party Puerto Rico
Energy Bureau
ygc@halspr.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Governing Board of the
University of Puerto Rico
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Alan Rodriguez-Perez
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Alejandro Camporreale-
Mundo
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Antonio Monroig-
Malatrassi
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Emilio Colon-Beltran
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Eric Perez-Torres
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Mayra Olavarria-Cruz
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Neftali Soto-Santiago
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Walter Alomar-Jimenez
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Defendant Zoraida Buxo-Santiago
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Interested Party Angely Aponte-Pagan
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Interested Party Beatriz Nieves-Lpez
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO R. GONZALEZ COLON on behalf of Interested Party Javier Andino-Gaudin
bufetefrgonzalez@gmail.com, davilaglenda51@gmail.com;gonzalezmagaz@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Governing Board of the University of Puerto Rico
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Alejandro Camporreale-Mundo
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Antonio Monroig-Malatrassi
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Emilio Colon-Beltran
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Eric Perez-Torres
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Neftali Soto-Santiago
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Walter Alomar-Jimenez
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

FRANCISCO JOSE GONZALEZ MAGAZ on behalf of Defendant Zoraida Buxo-Santiago
gonzalezmagaz@gmail.com, bufetefrgonzalez@gmail.com

RUBEN GONZALEZ MARRERO on behalf of Interested Party Martami, Inc
rgm@microjuris.com,
Lawofficergm@gmail.com;velascolaw@hotmail.com;rgmattorney1pr@gmail.com

RAFAEL A GONZALEZ VALIENTE on behalf of Creditor GMS Group, LLC
rgv@g-glawpr.com, zi@g-glawpr.com

RAFAEL A GONZALEZ VALIENTE on behalf of Creditor Mark Elliot
rgv@g-glawpr.com, zi@g-glawpr.com

IVONNE GONZALEZ-MORALES on behalf of Creditor Abraham-Gimenez Plaintiff
Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Abram-Diaz Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Acevedo-Arocho Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Acevedo-Camacho Plaintiff
Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Beltran-Cintron Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Cruz-Santos Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor GROUP OF CREDITORS OF
THE CONSOLIDATED CFI JUDGMENT DATED APRIL 22, 2016
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Lopez-Rosario Plaintiff Group
ivonnegm@prw.net

IVONNE GONZALEZ-MORALES on behalf of Creditor Perez-Colon Plaintiff Group
ivonnegm@prw.net

DOUGLAS R. GOODING on behalf of Creditor John Hancock Investments
dgooding@choate.com

YEHUDA GOOR on behalf of Creditor PEAJE INVESTMENTS LLC
yehuda.goor@dechert.com

YEHUDA GOOR on behalf of Interested Party Peaje Investment, LLC
yehuda.goor@dechert.com

J. BARTON GOPLERUD on behalf of Creditor Anne Catesby Jones
goplerud@sagwlaw.com

J. BARTON GOPLERUD on behalf of Creditor Jorge Valdes Llauger
goplerud@sagwlaw.com

ROBERT D. GORDON on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Cross Defendant The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Interested Party Official Committee of Retired
Employees of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Interested Party Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT D. GORDON on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rgordon@jenner.com,
MRoot@jenner.com;RLevin@jenner.com;CSteege@jenner.com;Docketing@jenner.co
m;JVanDeventer@jenner.com;wwilliams@jenner.com;cwedoff@jenner.com

ROBERT A. GRAHAM on behalf of Creditor Morovis Community Health Center, Inc.
rgraham@renocavanaugh.com

CHRISTOPHER NEIL GRAY, on behalf of Interested Party THE BANK OF NEW YORK
MELLON
cgray@reedsmith.com, ecf-11371410655f@ecf.pacerpro.com

JESSE GREEN on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND INC
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico GNMA and U.S. Government Target Maturity Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Bond Fund I
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Mortgage-Backed & U.S. Government
Securities Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Puerto Rico Mortgage-Backed &U.S Government
Securities Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jgreen@whitecase.com

JESSE GREEN on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jgreen@whitecase.com

JAMES T. GROGAN, III on behalf of Creditor Official Committee of Unsecured Creditors
jamesgrogan@paulhastings.com

JAMES M. GROSS on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Andalusian Global Designated Activity
Company
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Glendon Opportunities Fund, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Mason Capital Master Fund LP
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Nokota Capital Master Fund, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor Ocher Rose L.L.C.
jgross@jonesday.com

JAMES M. GROSS on behalf of Creditor SV Credit, L.P.
jgross@jonesday.com

JORGE LUIS GUERRERO CALDERON on behalf of Interested Party Elena Alonso
tuttieguerrero@yahoo.com

JORGE LUIS GUERRERO CALDERON on behalf of Interested Party Laura E Climent
tuttieguerrero@yahoo.com

PHILIP MICHAEL GUFFY on behalf of Creditor MUTUAL FUND GROUP
pguffy@kramerlevin.com

PHILIP MICHAEL GUFFY on behalf of Intervenor MUTUAL FUND GROUP

pguffy@kramerlevin.com

BOJAN GUZINA on behalf of Creditor AES PR Limited Partnership
bguzina@sidley.com

KURT F. GWYNNE on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
kgwynne@reedsmith.com

KURT F. GWYNNE on behalf of Interested Party THE BANK OF NEW YORK MELLON
kgwynne@reedsmith.com

KURT F. GWYNNE on behalf of Intervenor THE BANK OF NEW YORK MELLON
kgwynne@reedsmith.com

Carlos G Garcia Miranda on behalf of Plaintiff Puerto Rico Horse Owners Association,
Inc.
cgarcia@garciariveralaw.com

Andrew K. Glenn on behalf of Interested Party Whitebox Advisors LLC
AGlenn@kasowitz.com

Adam J. Goldberg on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
adam.goldberg@lw.com

Josue Gonzalez-Ortiz on behalf of Interested Party Alvin Marrero-Mendez
josuegobnkr@gmail.com, jgonzalez-ortiz@aclu.org

C. Neil Gray on behalf of Defendant Bank of New York Mellon as PRIFA Indenture
Trustee
cgray@reedsmith.com, ecf-11371410655f@ecf.pacerpro.com

C. Neil Gray on behalf of Defendant THE BANK OF NEW YORK MELLON
cgray@reedsmith.com, ecf-11371410655f@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MICHAEL R. HACKETT on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mhackett@proskauer.com, mike-hackett-0023@ecf.pacerpro.com

MARIE B. HAHN on behalf of Creditor Service Employees International Union
mhahn@cwsny.com

MARIE B. HAHN on behalf of Creditor United Auto Workers International Union
mhahn@cwsny.com

JACLYN A. HALL on behalf of Creditor ASSURED GUARANTY CORP
jaclyn.hall@cwt.com

JACLYN A. HALL on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
jaclyn.hall@cwt.com

JACLYN A. HALL on behalf of Interested Party Assured Guaranty Corp.
jaclyn.hall@cwt.com

JACLYN A. HALL on behalf of Interested Party Assured Guaranty Municipal Corp.
jaclyn.hall@cwt.com

CAITLIN J. HALLIGAN on behalf of Plaintiff MBIA INSURANCE CORPORATION
challigan@selendygay.com

CAITLIN J. HALLIGAN on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
challigan@selendygay.com

DOUGLAS HALLWARD-DRIEMEIER on behalf of Creditor Knighthead Capital
Management, LLC
Douglas.Hallward-Driemeier@ropesgray.com

ALAN D. HALPERIN on behalf of Creditor Lehman Brothers Holdings Inc.
ahalperin@halperinlaw.net

ELLEN M HALSTEAD, on behalf of Interested Party Assured Guaranty Corp.
ellen.halstead@cwt.com

ELLEN M HALSTEAD, on behalf of Interested Party Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Creditor ASSURED GUARANTY CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Interested Party Assured Guaranty Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Interested Party Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Intervenor Assured Guaranty Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Intervenor Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff ASSURED GUARANTY CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff Assured Guaranty Corp.
ellen.halstead@cwt.com

ELLEN M. HALSTEAD on behalf of Plaintiff Assured Guaranty Municipal Corp.
ellen.halstead@cwt.com

NATAN M. HAMERMAN on behalf of Creditor Ad Hoc Group of PREPA Bondholders
nhamerman@kramerlevin.com

PAUL JAMES HAMMER on behalf of Interested Party NextGen Healthcare Inc.
phammer@estrellallc.com, phammer@ecf.courtdrive.com

PAUL JAMES HAMMER on behalf of Interested Party Quality Systems, Inc.
phammer@estrellallc.com, phammer@ecf.courtdrive.com

CARRIE V. HARDMAN on behalf of Interested Party BANK OF AMERICA, N.A.
CHardman@winston.com

CARRIE V. HARDMAN on behalf of Interested Party MERRILL LYNCH CAPITAL
SERVICES, INC.
CHardman@winston.com

CARRIE V. HARDMAN on behalf of Interested Party Merrill Lynch, Pierce, Fenner &
Smith Inc.
CHardman@winston.com

ANDREW C. HARMEYER on behalf of Interested Party Peaje Investment, LLC
andrew.harmeyer@dechert.com,
yehuda.goor@dechert.com,stuart.steinberg@dechert.com,robert.jossen@dechert.com

ADAM M. HARRIS on behalf of Creditor Knighthead Capital Management, LLC
Adam.Harris@ropesgray.com

CHRISTOPHER HARRIS on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
christopher.harris@lw.com

MARK D. HARRIS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
mharris@proskauer.com

MARK D. HARRIS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
mharris@proskauer.com

MARK D. HARRIS on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant ANA J MATOSANTOS
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant ANDREW G BIGGS
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant ARTHUR J GONZALEZ
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Ana J. Matosantos
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Andrew G. Biggs
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Arthur J. Gonzalez
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant CARLOS M. GARCIA
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant DAVID A SKEEL, JR
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant David A. Skeel, Jr.
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant JOSE B CARRION III
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant JOSE R GONZALEZ
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Jose B. Carrion III
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant Jose R. Gonzalez
mharris@proskauer.com

MARK D. HARRIS on behalf of Defendant NATALIE A. JARESKO
mharris@proskauer.com

MATTHEW B. HARRIS on behalf of Interested Party VOYA INSTITUTIONAL TRUST
COMPANY
matthew.harris@faegrebd.com

LINDSAY C. HARRISON on behalf of Creditor Official Committee of Retired Employees
of Puerto Rico
lharrison@jenner.com

HOWARD R HAWKINS, on behalf of Interested Party Assured Guaranty Corp.

howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R HAWKINS, on behalf of Interested Party Assured Guaranty Municipal
Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Counter-Defendant ASSURED GUARANTY
CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Counter-Defendant ASSURED GUARANTY
MUNICIPAL CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Creditor ASSURED GUARANTY CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Creditor Syncora Guarantee Inc.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party ASSURED GUARANTY CORP

howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party ASSURED GUARANTY
MUNICIPAL CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party Assured Guaranty Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Interested Party Assured Guaranty Municipal
Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Intervenor Assured Guaranty Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Intervenor Assured Guaranty Municipal Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff ASSURED GUARANTY CORP
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP

howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff Assured Guaranty Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS on behalf of Plaintiff Assured Guaranty Municipal Corp.
howard.hawkins@cwt.com,
nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin
@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com,mark.ellenberg@cwt.com,pr.a
ssured@cwt.com,richard.solow@cwt.com

HOWARD R. HAWKINS, JR. on behalf of Creditor ASSURED GUARANTY CORP
howard.hawkins@cwt.com

HOWARD R. HAWKINS, JR. on behalf of Creditor ASSURED GUARANTY MUNICIPAL
CORP
howard.hawkins@cwt.com

NATHAN A. HAYNES on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
haynesn@gtlaw.com

ERIC P. HEICHEL on behalf of Interested Party Depository Trust Company
eheichel@eisemanlevine.com

BETH HEIFETZ on behalf of Plaintiff Andalusian Global Designated Activity Company
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Glendon Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Mason Capital Master Fund LP
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel 2), L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff Ocher Rose L.L.C.
bheifetz@jonesday.com

BETH HEIFETZ on behalf of Plaintiff SV Credit, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Altair Global Credit Opportunities Fund (A), LLC
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Andalusian Global Limited
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Glendon Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Mason Capital Master Fund LP
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor Ocher Rose
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Creditor SV Credit, L.P.
bheifetz@jonesday.com

BETH HEIFETZ, on behalf of Interested Party Glendon Opportunities Fund, L.P.
bheifetz@jonesday.com

JAMES M. HEISER on behalf of Interested Party MESIROW FINANCIAL, INC.

heiser@chapman.com

MELISSA HERNANDEZ CARRASQUILLO on behalf of Creditor CONTINENTAL
CASUALTY COMPANY
mhernandez@scvrlaw.com, notices@scvrlaw.com

MELISSA HERNANDEZ CARRASQUILLO on behalf of Creditor WESTERN SURETY
COMPANY
mhernandez@scvrlaw.com, notices@scvrlaw.com

FEDERICO HERNANDEZ DENTON on behalf of Plaintiff MBIA INSURANCE
CORPORATION
f.hernandezdenton@gmail.com

FEDERICO HERNANDEZ DENTON on behalf of Plaintiff NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
f.hernandezdenton@gmail.com

CARLOS M HERNANDEZ LOPEZ on behalf of Interested Party Autonomous
Municipality of San Juan
charliehernandezlaw@gmail.com

JUAN J HERNANDEZ LOPEZ DE VICTORIA on behalf of Creditor Michael E. Danuz
Reyes
jjhernandez@inveniolawpr.com,
mzuluaga@inveniolawpr.com;inveniolawllc@gmail.com

JUAN J HERNANDEZ LOPEZ DE VICTORIA on behalf of Defendant Empresas Loyola,
Inc.
jjhernandez@inveniolawpr.com,
mzuluaga@inveniolawpr.com;inveniolawllc@gmail.com

EDGARDO J HERNANDEZ OHARRIZ on behalf of Creditor Estate of Delia Hernandez
ehernandez@lawservicespr.com,
gsantiago@lawservicespr.com;hos.lawfirm@yahoo.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Hermanos Torres Torres, Inc.
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor German Torres-Berrios
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Juan Alberto Torres-Berrios
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor ORLANDO TORRES BERRIOS-
SINFOROSO
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Ramon A. Bonilla Martinez
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Vilma Teresa Torres-Lopez
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

JUAN A HERNANDEZ RIVERA on behalf of Creditor Viviana Ortiz-Mercado
juan@jahrlaw.com, trapicio@yahoo.com;isa@jahrlaw.com;rafaela@jahrlaw.com

ANGELA K. HERRING on behalf of Creditor Cortland Capital Market Services LLC
akherring@wlrk.com

ANGELA K. HERRING on behalf of Creditor SCOTIABANK DE PUERTO RICO
akherring@wlrk.com

GABRIEL HERTZBERG on behalf of Creditor AMBAC ASSURANCE CORPORATION
ghertzberg@curtis.com

BRIAN W. HINE on behalf of Creditor Altair Global Credit Opportunities Fund (A), LLC
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Andalusian Global Designated Activity Company
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Mason Capital Master Fund LP
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.

bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Opportunities Fund X, L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Oceana Master Fund Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Ocher Rose
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor PWCM Master Fund Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor Redwood Master Fund, Ltd.
bwhine@hineogulluk.com

BRIAN W. HINE on behalf of Creditor SV Credit, L.P.
bwhine@hineogulluk.com

WILLIAM J. HINE on behalf of Creditor Altair Global Credit Opportunities Fund (A), LLC
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Andalusian Global Designated Activity Company
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP

wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Glendon Opportunities Fund, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Mason Capital Master Fund LP
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Opportunities Fund X, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Oceana Master Fund Ltd.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Ocher Rose
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor PWCM Master Fund Ltd.

wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor Redwood Master Fund, Ltd.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Creditor SV Credit, L.P.
wjhine@jonesday.com

WILLIAM J. HINE on behalf of Interested Party Glendon Opportunities Fund, L.P.
wjhine@jonesday.com

DEBORA HOEHNE on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
debora.hoehne@weil.com

STEPHAN E. HORNUNG on behalf of Debtor COMMONWEALTH OF PUERTO RICO
hornung@lsellp.com

STEPHAN E. HORNUNG on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
HORNUNG@LSELLP.COM

GREGORY A. HOROWITZ on behalf of Creditor Ad Hoc Group of PREPA Bondholders
ghorowitz@kramerlevin.com

GREGORY A. HOROWITZ on behalf of Creditor MUTUAL FUND GROUP
ghorowitz@kramerlevin.com

Scott M. Heimberg on behalf of Creditor Cobra Acquisitions LLC
sheimberg@akingump.com

Carlos M Hernandez on behalf of Intervenor Autonomous Municipality of San Juan
charliehernandezlaw@gmail.com

Keri L. Holleb on behalf of Creditor Official Committee of Retired Employees of Puerto
Rico
khotaling@jenner.com

Ellen V. Holloman on behalf of Creditor ASSURED GUARANTY CORP
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Interested Party Assured Guaranty Corp.
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Interested Party Assured Guaranty Municipal Corp.
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Plaintiff Assured Guaranty Corp.
ellenl.holloman@cwt.com

Ellen V. Holloman on behalf of Plaintiff Assured Guaranty Municipal Corp.
ellenl.holloman@cwt.com

Laura A Hunt on behalf of Defendant UNITED STATES OF AMERICA
laura.a.hunt@usdoj.gov, fedprog.ecf@usdoj.gov

DAVID INDIANO on behalf of Creditor Asociacion Puertorriquena de la Judicatura, Inc.
david.indiano@indianowilliams.com

DAVID INDIANO on behalf of Interested Party Depository Trust Company
david.indiano@indianowilliams.com

Gregorio Igartua on behalf of Interested Party Gregorio Igartua
bufeteigartua@yahoo.com

BRYAN E. JACOBSON on behalf of Interested Party MESIROW FINANCIAL, INC.
bjacob@chapman.com

JONATHAN JACOBSON on behalf of Creditor United States of America
jonathan.e.jacobson@usdoj.gov

TOBIAS B. JACOBY on behalf of Creditor MUTUAL FUND GROUP
tjacoby@kramerlevin.com

GLENN C JAMES on behalf of Creditor Conjugal partnership of Lauren De Pablo y
Rolando Martinez Finale
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Deianeira Martinez De Pablo
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Lauren De Pablo
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Olga Martinez Finale as inheritor of Ondina
Finale

glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Pedro Rolando Martinez Torres by him and as
inheritor of Ondina Finale
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Creditor Rolando Martinez Finale by him and as inheritor
of Ondina Finale
glenncarljameslawoffices@gmail.com

GLENN C JAMES on behalf of Interested Party Stephen T Mangiaracina
glenncarljameslawoffices@gmail.com

MICHAEL R JIMENEZ BREA on behalf of Creditor Cooperativa De Ahorro Y Credito De
Empleados De La Autoridad De Energia Electrica
mjimenezbrea@gmail.com

MICHAEL R JIMENEZ BREA on behalf of Creditor Cooperativa de Ahorro y Credito de
Caparra
mjimenezbrea@gmail.com

ANDREW JIMENEZ CANCEL on behalf of Interested Party SIDLEY AUSTIN LLP
ajimenez@ajlawoffices.com,
bankr.notices@gmail.com;ajimenez@ecf.courtdrive.com;G60665@notify.cincompass.c
om

PEDRO JIMENEZ-RODRIGUEZ on behalf of Creditor Abengoa Puerto Rico, S.E.
pjime@icepr.com

PEDRO JIMENEZ-RODRIGUEZ on behalf of Creditor Abengoa, S.A.
pjime@icepr.com

PEDRO JIMENEZ-RODRIGUEZ on behalf of Defendant VOYA INSTITUTIONAL
TRUST COMPANY
pjime@icepr.com

PEDRO JIMENEZ-RODRIGUEZ on behalf of Plaintiff VOYA INSTITUTIONAL TRUST
COMPANY
pjime@icepr.com

MICHAEL SHANE JOHNSON on behalf of Creditor US BANK NATIONAL
ASSOCIATION
shane.johnson@hoganlovells.com

MICHAEL SHANE JOHNSON on behalf of Creditor US Bank Trust National Association
shane.johnson@hoganlovells.com

JENNIFER L. JONES on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
jljones@proskauer.com

ROBERT J. JOSSEN on behalf of Interested Party Peaje Investment, LLC
robert.jossen@dechert.com, nycmanagingclerks@dechert.com

SAIGE JUTRAS OFTEDAL on behalf of Creditor John Hancock Investments
softedal@choate.com

Jeffrey L. Jonas on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
jjonas@brownrudnick.com

Jeffrey L. Jonas on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
jjonas@brownrudnick.com

Jeffrey L. Jonas on behalf of Plaintiff The Special Claims Committee of the Financial
Oversight and Management Board for Puerto Rico, by and through its Members
jjonas@brownrudnick.com

David S. Jones on behalf of Defendant GOVERNMENT OF THE UNITED STATES OF
AMERICA
david.jones6@usdoj.gov

David S. Jones on behalf of Interested Party United States of America
david.jones6@usdoj.gov

JAMES W KAPP, on behalf of Creditor Goldman Sachs Asset Management, L.P.
jkapp@mwe.com

JAMES W. KAPP on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT LP
jkapp@mwe.com

JAMES W. KAPP on behalf of Interested Party GOLDMAN SACHS ASSET
MANAGEMENT LP
jkapp@mwe.com

ERIC KAY on behalf of Counter-Claimant Aristeia Horizon, LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 1, LLC

erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 10, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 2, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 3, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 4, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 5, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 6, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 7, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 8, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Decagon Holdings 9, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Fideicomiso Plaza
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Golden Tree Asset Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Old Bellows Partners LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Scoggin Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Taconic Opportunity Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Tilden Park Capital Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Counter-Claimant Whitebox Advisors LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Canyon Balanced Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Canyon Value Realization Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Pandora Select Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Asymmetric Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Institutional Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Creditor Whitebox Term Credit Fund I L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Aristeia Horizon, LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 1, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 10, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 2, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 3, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 4, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 5, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 6, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 7, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 8, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Decagon Holdings 9, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Fideicomiso Plaza
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Golden Tree Asset Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Old Bellows Partners LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Scoggin Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Taconic Opportunity Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Tilden Park Capital Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Cross-Claimant Whitebox Advisors LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Aristea Horizons, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party CRS Master Fund, L.P.

erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Camino Cipres LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Camino Roble LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Canary SC Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Canyon Capital Advisors LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Crescent 1, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Cyrus Opportunities Master Fund II, Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Cyrus Select Opportunities Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Cyrus Special Strategies Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 1, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 10, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 2, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 3, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 4, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 5, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 6, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 7, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 8, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Decagon Holdings 9, L.L.C.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Lawful Constitutional Debt Coalition
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Merced Partners IV, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Merced Partners Limited Partnership
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Merced Partners V, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party River Canyon Fund Management LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party SB Special Situation Master Fund SPC,
Segregated Portfolio D
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Scoggin International Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Scoggin Worldwide Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Taconic Master Fund 1.5 L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Taconic Opportunity Master Fund L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party The Varde Skyway Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Tilden Park Investment Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Varde Credit Partners Master, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Varde Investment Partners (Offshore) Master,
L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Interested Party Varde Investment Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Aristeia Horizon, LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Fideicomiso Plaza
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Golden Tree Asset Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Lawful Constitutional Debt Coalition
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Old Bellows Partners LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Scoggin Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Taconic Opportunity Master Fund LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Tilden Park Capital Management LP
erickay@quinnemanuel.com

ERIC KAY on behalf of Intervenor-Defendant Whitebox Advisors LLC
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Aristea Horizons, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor CRS Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Camino Cipres LLC
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Camino Roble LLC
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Canary SC Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Canyon Value Realization Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Crescent 1, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 1, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 10, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 2, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 3, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 4, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 5, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 6, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 7, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 8, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Decagon Holdings 9, L.L.C.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Merced Partners IV, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Merced Partners Limited Partnership

erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Merced Partners V, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Pandora Select Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor SB Special Situation Master Fund SPC, Segregated
Portfolio D
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Scoggin International Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Scoggin Worldwide Fund Ltd.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Taconic Master Fund 1.5 L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Taconic Opportunity Master Fund L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor The Varde Skyway Master Fund, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Tilden Park Investment Master Fund LP
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Varde Credit Partners Master, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Varde Investment Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Institutional Partners, L.P.

erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Whitebox Term Credit Fund I L.P.
erickay@quinnemanuel.com

ERIC KAY, on behalf of Creditor Jose F Rodriguez-Perello
erickay@quinnemanuel.com

LEO KAYSER, III on behalf of Interested Party Ramirez & Co.
lkayser@515law.com

LEO KAYSER, III on behalf of Interested Party Samuel A. Ramirez & Co.
lkayser@515law.com

ROBIN E. KELLER on behalf of Creditor US BANK NATIONAL ASSOCIATION
robin.keller@hoganlovells.com

ROBIN E. KELLER on behalf of Creditor US Bank Trust National Association
robin.keller@hoganlovells.com

KYLE J KIMPLER on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J KIMPLER, on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor ACP MASTER, LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor AURELIUS INVESTMENT, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor AUTONOMY MASTER FUND LIMITED
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS II LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS III LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS IV LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor JACANA HOLDINGS V LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor LEX CLAIMS, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor LMAP 903 LIMITED
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MCP HOLDINGS MASTER LP

kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III
LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV
LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor MPR INVESTORS LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor P MONARCH RECOVERY LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor PERMAL STONE LION FUND LTD
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor PINEHURST PARTNERS, L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor RRW I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SENATOR GLOBAL OPPORTUNITY MASTER
FUND LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SL LIQUIDATION FUND L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SL PUERTO RICO FUND II L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Creditor SL PUERTO RICO FUND L.P
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff ACP Master, Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Investment, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Aurelius Opportunities Fund, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Autonomy Master Fund Limited
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Corbin Opportunity Fund, L.P.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff FCO Special Opportunities (A1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff FCO Special Opportunities (D1) LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master Series 1
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Fundamental Credit Opportunities Master Fund LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings II LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings III LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings IV LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Jacana Holdings V LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff LMAP 903 Limited
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Lex Claims, LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff MCP Holdings Master LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff MPR Investors LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Capital Master Partners II LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Capital Master Partners III LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Capital Master Partners IV LP

kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff P Monarch Recovery Ltd.
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Pinehurst Partners, LP
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
kzeituni@paulweiss.com;bfiller@paulweiss.com

KYLE J. KIMPLER on behalf of Plaintiff RRW I LLC
kzeituni@paulweiss.com;bfiller@paulweiss.com

STEPHEN B. KINNAIRD on behalf of Creditor Official Committee of Retired Employees
of Puerto Rico
stephenkinnaird@paulhastings.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Aristeia Horizon, LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 1, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 10, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 2, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 3, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 4, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 5, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 6, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 7, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 8, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Decagon Holdings 9, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Golden Tree Asset Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Scoggin Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Taconic Opportunity Master Fund
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Tilden Park Capital Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Counter-Claimant Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Canyon Balanced Master Fund, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Canyon Value Realization Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Pandora Select Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Service Employees International Union
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Asymmetric Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Institutional Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Creditor Whitebox Term Credit Fund I L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Aristeia Horizon, LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 1, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 10, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 2, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 3, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 4, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 5, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 6, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 7, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 8, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Decagon Holdings 9, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Golden Tree Asset Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Scoggin Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Taconic Opportunity Master Fund
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Tilden Park Capital Management
LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Cross-Claimant Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Aristea Horizons, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party CRS Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Camino Cipres LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Camino Roble LLC

susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Canary SC Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Canyon Capital Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Crescent 1, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Cyrus Opportunities Master Fund
II, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Cyrus Select Opportunities Master
Fund, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 1, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 10, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 2, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 3, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 4, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 5, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 6, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 7, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 8, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Decagon Holdings 9, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Lawful Constitutional Debt
Coalition
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Merced Partners IV, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Merced Partners Limited
Partnership
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Merced Partners V, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party River Canyon Fund Management
LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Scoggin International Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Scoggin Worldwide Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Taconic Master Fund 1.5 L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Taconic Opportunity Master Fund
L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party The Varde Skyway Master Fund,
L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Tilden Park Investment Master
Fund LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Varde Credit Partners Master, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Interested Party Varde Investment Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Aristeia Horizon, LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Scoggin Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI on behalf of Intervenor-Defendant Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Aristea Horizons, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor CRS Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Camino Cipres LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Camino Roble LLC
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Canary SC Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Canyon Value Realization Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Crescent 1, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Cyrus Select Opportunities Master Fund,
Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Cyrus Special Strategies Master Fund,
L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 1, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 10, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 2, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 3, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 4, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 5, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 6, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 7, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 8, L.L.C.

susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Decagon Holdings 9, L.L.C.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Merced Partners IV, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Merced Partners Limited Partnership
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Merced Partners V, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Pandora Select Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Scoggin International Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Scoggin Worldwide Fund Ltd.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Taconic Master Fund 1.5 L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Taconic Opportunity Master Fund L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor The Varde Skyway Master Fund, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Tilden Park Investment Master Fund LP
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Varde Credit Partners Master, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Varde Investment Partners (Offshore)
Master, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Varde Investment Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Institutional Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Whitebox Term Credit Fund I L.P.
susheelkirpalani@quinnemanuel.com

SUSHEEL KIRPALANI, on behalf of Creditor Jose F Rodriguez-Perello
susheelkirpalani@quinnemanuel.com

ANDREW KISSNER on behalf of Creditor PBA Funds
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Blackrock Financial Management, Inc.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Candlewood Constellation SPC Ltd.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Candlewood Investment Group, LP
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Deutsche Bank Securities, Inc.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Emso Asset Management Limited,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Crescent Fund, a Series of FPA
Funds Trust,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,

akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Select Drawdown L.P.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Select Fund, L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FT COC (E) Holdings, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant FT SOF IV Holdings, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Capital Opportunity Master Fund
III, LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Capital Opportunity Master Fund,
LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Partners
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree Value Master Fund, LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Fir Tree, Inc.
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant First Pacific Advisors, LLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant JNL Multi-Manager Alternative Fund, a
Series of JNL Services Trust
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Lannan Foundation,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Litman Gregory Masters Alternative
Strategies Fund, a Series of Litman Gregory Funds Trust,
akissner@mofo.com
ANDREW KISSNER on behalf of Defendant Mason Capital Master Fund, L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Pelican Fund LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Silver Point Capital Fund, L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Ulysses Offshore Fund, Ltd.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant Ulysses Partners, LP,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant VR Advisory Services, Ltd.,
akissner@mofo.com

ANDREW KISSNER on behalf of Defendant VR Global Partners, LP,
akissner@mofo.com

KENNETH N. KLEE on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
kklee@ktbslaw.com

KENNETH N. KLEE on behalf of Interested Party Bettina Whyte
kklee@ktbslaw.com

BRIAN J. KLEIN on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
Brian.Klein@Maslon.com

EMIL A. KLEINHAUS, on behalf of Creditor SCOTIABANK DE PUERTO RICO
eakleinhaus@wlrk.com

YELENA Z. KONANOVA, on behalf of Plaintiff MBIA INSURANCE CORPORATION
lkonanova@selendygay.com, mco@selendygay.com;Paralegals@selendygay.com

YELENA Z. KONANOVA, on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
lkonanova@selendygay.com, mco@selendygay.com;Paralegals@selendygay.com

JEFFREY B. KORN on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
jkorn@willkie.com

JEFFREY B. KORN on behalf of Interested Party Bettina Whyte
jkorn@willkie.com

GLENN M KURTZ, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND
FUND II INC
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND
FUND INC
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor PUERTO RICO AAA PORTFOLIO TARGET
MATURITY FUND INC
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity
Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.

gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Mortgae-Backed & U.S.
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
gkurtz@whitecase.com

GLENN M KURTZ, on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico
Fund
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico GNMA and U.S. Government
Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund
II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund II,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Fixed IncomeFund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Bond Fund I
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Puerto Rico Mortgage-Backed
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Cross Defendant UBS IRA Select Growth & Income Puerto Rico Fund
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Fixed IncomeFund,
Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Bond Fund
I
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Puerto Rico Mortgage-Backed
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Intervenor-Defendant UBS IRA Select Growth & Income Puerto Rico Fund
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Bond Fund I

gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
gkurtz@whitecase.com

GLENN M. KURTZ on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund,
Inc.
gkurtz@whitecase.com

Elizabeth S. Kardos on behalf of Other Professional Zolfo Cooper, LLC
ekardos@zolfocooper.com

Colin R. Kass on behalf of Defendant COMMONWEALTH OF PUERTO RICO
ckass@proskauer.com

Colin R. Kass on behalf of Defendant FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
ckass@proskauer.com

Colin R. Kass on behalf of Defendant Natalie A Jaresko
ckass@proskauer.com

Colin R. Kass on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
ckass@proskauer.com

Emil A. Kleinhaus on behalf of Creditor Cortland Capital Market Services LLC
eakleinhaus@wlrk.com

STANFORD G. LADNER on behalf of Creditor Financial Guaranty Insurance Company
Stan.Ladner@butlersnow.com

STANFORD G. LADNER on behalf of Interested Party Financial Guaranty Insurance Company
Stan.Ladner@butlersnow.com

STANFORD G. LADNER on behalf of Plaintiff Financial Guaranty Insurance Company
Stan.Ladner@butlersnow.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Conjugal Partnership Crespo-Colon
pjlandrau@lawyer.com, landrau@email.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Janice Vanessa Colon-Velez
pjlandrau@lawyer.com, landrau@email.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Javier Perez-Rivera
pjlandrau@lawyer.com, landrau@email.com

PEDRO J LANDRAU LOPEZ on behalf of Creditor Perfecto Crespo Bermudez
pjlandrau@lawyer.com, landrau@email.com

DANIEL J. LANIGAN on behalf of Creditor US BANK NATIONAL ASSOCIATION
daniel.lanigan@hoganlovells.com

DANIEL J. LANIGAN on behalf of Creditor US Bank Trust National Association
daniel.lanigan@hoganlovells.com

SCOTT D. LATON on behalf of Creditor Solus Alternative Asset Management LP
slaton@klmllp.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND II INC
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND INC
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor PUERTO RICO AAA
PORTFOLIO TARGET MATURITY FUND INC
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund II, Inc
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund
VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Fixed Income Fund,
Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Bond Fund
I
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc,
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc. II

alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Mortgae-Backed &
U.S. Government Securities Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Puerto Rico Mortgage-Backed
&U.S Government Securities Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Creditor UBS IRA Select Growth & Income
Puerto Rico Fund
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund III, Inc.

alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico GNMA
& U.S. Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Bond Fund I
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Puerto Rico
Mortgage-Backed
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Intervenor-Defendant UBS IRA Select
Growth & Income Puerto Rico Fund
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund II, Inc
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund II,
Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund
III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund
IV, Inc.

alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund V,
Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Fixed Income Fund,
Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Bond Fund I
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund II, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund III, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund IV, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund V, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund VI, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.

alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Plaintiff Tax-Free Puerto Rico Target
Maturity Fund, Inc.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ALICIA I LAVERGNE RAMIREZ on behalf of Respondent Edward D. Jones & Co.
alavergne@lsplawpr.com, alavergneramirez@gmail.com

ARIEL N. LAVINBUK on behalf of Creditor ACP MASTER, LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor AURELIUS INVESTMENT, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor AUTONOMY MASTER FUND LIMITED
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor Aurelius Capital Master, Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor Aurelius Convergence Master, Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS I LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS II LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS III LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS IV LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor JACANA HOLDINGS V LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor LEX CLAIMS, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor LMAP 903 LIMITED
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MCP HOLDINGS MASTER LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor MPR INVESTORS LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor P MONARCH RECOVERY LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor PERMAL STONE LION FUND LTD
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor PINEHURST PARTNERS, L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor RRW I LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SL LIQUIDATION FUND L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SL PUERTO RICO FUND II L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Creditor SL PUERTO RICO FUND L.P
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff ACP Master, Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Capital Master, Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Convergence Master, Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Investment, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Aurelius Opportunities Fund, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Autonomy Master Fund Limited
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Corbin Opportunity Fund, L.P.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff FCO Special Opportunities (A1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff FCO Special Opportunities (D1) LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings I LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings II LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings III LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings IV LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Jacana Holdings V LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff LMAP 903 Limited
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Lex Claims, LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff MCP Holdings Master LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff MPR Investors LLC
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Capital Master Partners II LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Capital Master Partners III LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Capital Master Partners IV LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff P Monarch Recovery Ltd.
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Pinehurst Partners, LP
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
alavinbuk@robbinsrussell.com

ARIEL N. LAVINBUK on behalf of Plaintiff RRW I LLC
alavinbuk@robbinsrussell.com

JAMES LAWLOR on behalf of Creditor KDC SOLAR, LLC
jlawlor@wmd-law.com

DAVID L. LAWTON on behalf of Counter-Claimant QTCB Noteholder Group
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor Davidson Kempner Capital Management LP
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor OZ Management II LP
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor OZ Management, LP
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor QTBC Noteholder Group
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor QTCB Noteholder Group
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Creditor River Canyon Fund Management, LLC
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Interested Party Canyon Capital Advisors LLC
david.lawton@morganlewis.com

DAVID L. LAWTON on behalf of Intervenor QTCB Noteholder Group
david.lawton@morganlewis.com

ANDREW M. LEBLANC on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Creditor AMBAC ASSURANCE CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Defendant Ambac Assurance Corporation,
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Intervenor AMBAC ASSURANCE
CORPORATION
aleblanc@milbank.com

ANDREW M. LEBLANC on behalf of Plaintiff AMBAC ASSURANCE CORPORATION

aleblanc@milbank.com

MONSITA LECAROZ ARRIBAS on behalf of U.S. Trustee US TRUSTEE-REGION 21
Monsita.Lecaroz@usdoj.gov, Monsita.Lecaroz@usdoj.gov

MONSITA LECAROZ ARRIBAS on behalf of U.S. Trustee MONSITA LECAROZ
ARRIBAS
Monsita.Lecaroz@usdoj.gov, Monsita.Lecaroz@usdoj.gov

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

GARY S. LEE on behalf of Counter-Claimant PBA Funds
glee@mofo.com

GARY S. LEE on behalf of Creditor Candlewood Investment Group
glee@mofo.com

GARY S. LEE on behalf of Creditor Fir Tree Partners
glee@mofo.com

GARY S. LEE on behalf of Creditor PBA Funds
glee@mofo.com

GARY S. LEE on behalf of Defendant Blackrock Financial Management, Inc.
glee@mofo.com

GARY S. LEE on behalf of Defendant Candlewood Constellation SPC Ltd.
glee@mofo.com

GARY S. LEE on behalf of Defendant Candlewood Investment Group, LP
glee@mofo.com

GARY S. LEE on behalf of Defendant Deutsche Bank Securities, Inc.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Emso Asset Management Limited,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Global Opportunity Fund, a Series of FPA
Hawkeye Fund, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Hawkeye Fund, a Series of FPA Hawkeye
Fund, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Select Drawdown L.P.
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Select Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FT COC (E) Holdings, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant FT SOF IV Holdings, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Capital Opportunity Master Fund III, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Capital Opportunity Master Fund, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Partners
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree Value Master Fund, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Fir Tree, Inc.
glee@mofo.com

GARY S. LEE on behalf of Defendant First Pacific Advisors, LLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant Global Flexible Fund, a Sub-Fund of Nedgroup
Investment Funds PLC,
glee@mofo.com

GARY S. LEE on behalf of Defendant JNL Multi-Manager Alternative Fund, a Series of
JNL Services Trust
glee@mofo.com

GARY S. LEE on behalf of Defendant Lannan Foundation,
glee@mofo.com

GARY S. LEE on behalf of Defendant Litman Gregory Masters Alternative Strategies
Fund, a Series of Litman Gregory Funds Trust,
glee@mofo.com

GARY S. LEE on behalf of Defendant Mason Capital Master Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Pelican Fund LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant Silver Point Capital Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Silver Point Capital Offshore Master Fund, L.P.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Ulysses Offshore Fund, Ltd.,
glee@mofo.com

GARY S. LEE on behalf of Defendant Ulysses Partners, LP,
glee@mofo.com

GARY S. LEE on behalf of Defendant VR Advisory Services, Ltd.,
glee@mofo.com

GARY S. LEE on behalf of Defendant VR Global Partners, LP,
glee@mofo.com

GARY S. LEE on behalf of Intervenor PBA Funds
glee@mofo.com

REX LEE on behalf of Creditor River Canyon Fund Management, LLC
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Aristea Horizons, L.P.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Canyon Capital Advisors LLC
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 1, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 10, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 2, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 3, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 4, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 5, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 6, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 7, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 8, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Decagon Holdings 9, L.L.C.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Fideicomiso Plaza
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party GoldenTree Asset Management LP
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Old Bellows Partners LP
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party River Canyon Fund Management LLC
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Scoggin Management LP
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Taconic Master Fund 1.5 L.P.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Taconic Opportunity Master Fund L.P.
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Tilden Park Capital Management LP
susheelkirpalani@quinnemanuel.com

REX LEE on behalf of Interested Party Whitebox Advisors LLC
susheelkirpalani@quinnemanuel.com

ROBERTO LEFRANC MORALES on behalf of Creditor John Hancock Investments
rlm@martilaw.com, jnazario@martilaw.com

MARC R. LEPELSTAT on behalf of Interested Party Arc American
mlepelstat@csglaw.com

RICHARD LEVIN on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
rlevin@jenner.com

RICHARD LEVIN on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
rlevin@jenner.com

RICHARD LEVIN on behalf of Intervenor The Official Committee of Retired Employees
of the Commonwealth of Puerto Rico
rlevin@jenner.com

SHARON LEVINE on behalf of Intervenor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
slevine@saul.com

SIDNEY P. LEVINSON on behalf of Creditor Andalusian Global Designated Activity
Company
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Crown Managed Accounts for and on
behalf of Crown/PW SP
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Glendon Opportunities Fund, L.P.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Mason Capital Master Fund LP
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Oceana Master Fund Ltd.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Ocher Rose
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor PWCM Master Fund Ltd.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor Pentwater Merger Arbitrage Master Fund
Ltd.
slevinson@jonesday.com

SIDNEY P. LEVINSON on behalf of Creditor SV Credit, L.P.
slevinson@jonesday.com

JEFFREY W. LEVITAN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant COMMONWEALTH OF PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Interested Party FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Plaintiff THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico
JLevitan@proskauer.com

JEFFREY W. LEVITAN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
JLevitan@proskauer.com

JEAN LIN on behalf of Interested Party UNITED STATES OF AMERICA
jean.lin@usdoj.gov

ADRIAN R LINARES PALACIOS on behalf of Creditor Stericycle of Puerto Rico, Inc.
Alinares2020@yahoo.com

EDWARD R. LINDEN on behalf of Creditor Solus Alternative Asset Management LP
Edward.linden@stblaw.com

LUIS F LLACH ZUNIGA on behalf of Creditor Official Committee of Unsecured
Creditors
lllach@cstlawpr.com

IVAN J LLADO on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT LP
ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

IVAN J LLADO on behalf of Creditor Goldman Sachs Asset Management, L.P.
ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

IVAN J LLADO on behalf of Interested Party GOLDMAN SACHS ASSET MANAGEMENT LP
ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

IVAN J LLADO on behalf of Interested Party Goldman Sachs & Co. LLC
ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com

PAUL J. LOCKWOOD on behalf of Interested Party UBS Financial Services Inc.
paul.lockwood@skadden.com

KENDRA LOOMIS on behalf of Counter-Claimant PBA Funds
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Ad Hoc Group of Constitutional Debt Holders
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Candlewood Investment Group
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Fir Tree Partners
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Las Monjas Realty II, SE
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor PBA Funds
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor PLAZA LAS AMERICAS
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Creditor Wilmington Trust, National Association, as Successor Indenture Trustee for GDB Senior Notes
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Blackrock Financial Management, Inc.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Candlewood Constellation SPC Ltd.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Candlewood Investment Group, LP
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Deutsche Bank Securities, Inc.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Emso Asset Management Limited,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Select Drawdown L.P.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Select Fund, L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FT COC (E) Holdings, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant FT SOF IV Holdings, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Capital Opportunity Master Fund III,
LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Capital Opportunity Master Fund,
LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Partners
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Fir Tree Value Master Fund, LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant First Pacific Advisors, LLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant JNL Multi-Manager Alternative Fund, a
Series of JNL Services Trust
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Lannan Foundation,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Linkactiv, Inc.
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Litman Gregory Masters Alternative
Strategies Fund, a Series of Litman Gregory Funds Trust,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Mason Capital Master Fund, L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Pelican Fund LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Silver Point Capital Fund, L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Ulysses Offshore Fund, Ltd.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant Ulysses Partners, LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant VR Advisory Services, Ltd.,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Defendant VR Global Partners, LP,
loomislegal@gmail.com

KENDRA LOOMIS on behalf of Intervenor PBA Funds
loomislegal@gmail.com

ANDRES W. LOPEZ on behalf of Defendant COMMONWEALTH OF PUERTO RICO
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Defendant Christian Sobrino Vega
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Defendant GERARDO JOSE PORTELA FRANCO
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
andres@awllaw.com

ANDRES W. LOPEZ on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
andres@awllaw.com

MARIE E LOPEZ ADAMES on behalf of Defendant Retirement Board of the Goverment
of Puerto Rico
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Carlos Molina Rodriguez
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Nydza Irizarry
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Reinaldo Del Valle Cruz
lopmarie@aol.com, lopmarie@aol.com

MARIE E LOPEZ ADAMES on behalf of Defendant Rolando Ortiz Velazquez
lopmarie@aol.com, lopmarie@aol.com

WILBERT LOPEZ MORENO on behalf of Interested Party Darren Soto
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Interested Party Nydia M Velazquez
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Interested Party Raul M Grijalva
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Hermandad de Empleados del Fondo
del Seguro del Estado, Inc
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
wilbert_lopez@yahoo.com

WILBERT LOPEZ MORENO on behalf of Plaintiff Union de Medicos de la Corporacion
del Fondo del Seguro del Estado Corp. (UMCFSE)
wilbert_lopez@yahoo.com

JENNIFER LOPEZ NEGRON on behalf of Defendant UNIVERSITY OF PUERTO RICO
j.lopez.negron@gmail.com

GISELLE LOPEZ SOLER on behalf of Defendant GOVERNMENT DEVELOPMENT
BANK
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Defendant Christian Sobrino
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Defendant JOSE SANTIAGO
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

GISELLE LOPEZ SOLER on behalf of Interested Party Government Development Bank
for Puerto Rico
gls@lopezsolerlaw.com, gisellelopezsoler@yahoo.com

CESAR A. LOPEZ-MORALES on behalf of Intervenor UNITED STATES OF AMERICA
cesar.a.lopez-morales@usdoj.gov

RICARDO R. LOZADA FRANCO on behalf of Interested Party Peaje Investment, LLC
riclozfra@gmail.com

RICARDO R. LOZADA FRANCO on behalf of Plaintiff Peaje Investment, LLC
riclozfra@gmail.com

LUIS R LUGO EMANUELLI on behalf of Creditor Joel Isander Cuadrado Delgado
lawlugo1@gmail.com, lawlugo1@outlook.com

LUIS R LUGO EMANUELLI on behalf of Creditor Sonia Ivette Carrasquillo Calderon
lawlugo1@gmail.com, lawlugo1@outlook.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE JUANA DIAZ
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

WIGBERTO LUGO MENDER on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO RINCON
wlugo@lugomender.com, LMGroup.LLC.Law@gmail.com

EYCK O LUGO RIVERA on behalf of Defendant First Hospital Panamericano, Inc.
elugo@edgelegalpr.com, eellsworth@edgelegalpr.com

EYCK O LUGO RIVERA on behalf of Examiner Brady C. Williamson
elugo@edgelegalpr.com, eellsworth@edgelegalpr.com

MICHAEL LUSKIN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
LUSKIN@LSELLP.COM

MICHAEL LUSKIN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
LUSKIN@LSELLP.COM

MICHAEL LUSKIN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
luskin@lsellp.com

JOHN F. LYNCH on behalf of Creditor Cortland Capital Market Services LLC
jlynch@wlrk.com

Damian R. LaPlaca on behalf of Defendant Printech, Inc.
damian.laplaca@gmail.com, dlaplaca@plfpr.com

Lawrence A. Larose on behalf of Creditor Ad Hoc Group of Noteholders of FGIC-
Insured Notes
llarose@sheppardmullin.com

Todd Larson on behalf of Intervenor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
todd.larson@weil.com

Edgard Lebron on behalf of Interested Party Concilio Nacional de Policias
edgardlebron23@gmail.com, edgardlebron@yahoo.com

Edgard Lebron on behalf of Interested Party Frente Unido de Policias Organizados
edgardlebron23@gmail.com, edgardlebron@yahoo.com

Angela M. Libby, on behalf of Creditor Commonwealth Bondholder Group
angela.libby@davispolk.com, ecf.ct.papers@davispolk.com

Jason M. Liberi on behalf of Interested Party MORGAN STANLEY
jason.liberi@skadden.com

Jason M. Liberi on behalf of Interested Party Morgan Stanley Smith Barney LLC
jason.liberi@skadden.com

Steven Liong-Rodriguez on behalf of Plaintiff MBIA INSURANCE CORPORATION
sliong@vclawpr.com, stevenliong@outlook.com

Steven Liong-Rodriguez on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
sliong@vclawpr.com, stevenliong@outlook.com

T. Charlie Liu on behalf of Respondent Edward D. Jones & Co.
charlie.liu@morganlewis.com

Luis Manuel Lluberas on behalf of Creditor BB&T Securities, LLC
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Luis Manuel Lluberas on behalf of Creditor Branch Banking and Trust Company
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Luis Manuel Lluberas on behalf of Creditor Regions Bank
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Luis Manuel Lluberas on behalf of Creditor The Huntington National Bank
luislluberas@mvalaw.com, luis.lluberas@gmail.com

Michael F. Lotito on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
mlotito@omm.com

CHRISTOPHER R. MADDUX on behalf of Creditor Financial Guaranty Insurance
Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

CHRISTOPHER R. MADDUX on behalf of Interested Party Financial Guaranty
Insurance Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

CHRISTOPHER R. MADDUX on behalf of Plaintiff Financial Guaranty Insurance
Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

CHRISTOPHER R. MADDUX, on behalf of Creditor Financial Guaranty Insurance
Company
chris.maddux@butlersnow.com, velvet.johnson@butlersnow.com

GRANT R. MAINLAND on behalf of Counter-Claimant AMBAC ASSURANCE
CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Creditor AMBAC ASSURANCE CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Defendant Ambac Assurance Corporation,
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Interested Party AMBAC ASSURANCE
CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Intervenor AMBAC ASSURANCE CORPORATION
gmainland@milbank.com

GRANT R. MAINLAND on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
gmainland@milbank.com

SHARLENE M MALAVE-VALLINES on behalf of Defendant VOYA INSTITUTIONAL
TRUST COMPANY
smalave@amgprlaw.com, candi.menendez@cabreraauto.com

SHARLENE M MALAVE-VALLINES on behalf of Plaintiff VOYA INSTITUTIONAL
TRUST COMPANY
smalave@amgprlaw.com, candi.menendez@cabreraauto.com

ELAINE M MALDONADO on behalf of Defendant THE BANK OF NEW YORK MELLON
emaldonado@smlawpr.com

ELAINE M MALDONADO on behalf of Interested Party THE BANK OF NEW YORK
MELLON
emaldonado@smlawpr.com

ELAINE M MALDONADO on behalf of Intervenor THE BANK OF NEW YORK MELLON
emaldonado@smlawpr.com

JENNIFER L. MALIN on behalf of Interested Party BANK OF AMERICA, N.A.
jmalin@winston.com

JENNIFER L. MALIN on behalf of Interested Party MERRILL LYNCH CAPITAL
SERVICES, INC.
jmalin@winston.com

JENNIFER L. MALIN on behalf of Interested Party Merrill Lynch, Pierce, Fenner &
Smith Inc.
jmalin@winston.com

STEPHEN T. MANGIARACINA on behalf of Interested Party Stephen T Mangiaracina
STMangiaracina@aol.com

RAUL S MARIANI FRANCO on behalf of Interested Party Autonomous Municipality of
San Juan
marianifrancolaw@gmail.com

RAUL S MARIANI FRANCO on behalf of Intervenor Autonomous Municipality of San
Juan
marianifrancolaw@gmail.com

LUIS C MARINI BIAGGI on behalf of Cross Defendant PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant Puerto Rico Fiscal and Financial
Advisory Authority for the Commonwealth of Puerto Rico
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant The Government Development Bank of
Puerto Rico
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant Christian Sobrino
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant GERARDO JOSE PORTELA FRANCO
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant Omar J. Marrero
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant RICARDO ROSSELLO NEVARES
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Defendant WANDA VAZQUEZ GARCED
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Interested Party Ankura Consulting Group, LLC
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Interested Party Government Development Bank
for Puerto Rico
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Plaintiff The Puerto Rico Fiscal Agency and
Financial Advisory Authority
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

LUIS C MARINI BIAGGI on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
lmarini@mpmlawpr.com, lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

ROXANNE MARQUEZ on behalf of Creditor CD BULDERS INC.
cumbasymarquez@yahoo.com, roxanne@prtc.net

WILLIAM MARRERO QUINONES on behalf of Creditor PUBLIC BUILDINGS
AUTHORITY OF PUERTO RICO
wmq@wmarrerolaw.com, williemarrero@yahoo.com

WILLIAM MARRERO QUINONES on behalf of Creditor PUERTO RICO BUILDINGS
AUTHORITY
wmq@wmarrerolaw.com, williemarrero@yahoo.com

DAVID R MARTIN on behalf of Interested Party David R Martin
dmartin@abogar.com, assistant@abogar.com

GREGG M. MASHBERG on behalf of Debtor COMMONWEALTH OF PUERTO RICO
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
gmashberg@proskauer.com

GREGG M. MASHBERG on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
gmashberg@proskauer.com

RICHARD G. MASON, on behalf of Creditor SCOTIABANK DE PUERTO RICO
rgmason@wlrk.com

CAMERON S. MATHESON on behalf of Creditor SCOTIABANK DE PUERTO RICO
cmatheson@mmlawus.com

KURT A. MAYR on behalf of Counter-Claimant QTCB Noteholder Group
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor Davidson Kempner Capital Management LP
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor OZ Management II LP
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor OZ Management, LP
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor QTBC Noteholder Group
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor QTCB Noteholder Group
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Creditor River Canyon Fund Management, LLC
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Interested Party Canyon Capital Advisors LLC
kurt.mayr@morganlewis.com

KURT A. MAYR on behalf of Intervenor QTCB Noteholder Group
kurt.mayr@morganlewis.com

EDWARD MCCARTHY on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
eddward.mccarthy@weil.com

MARK A. MCDERMOTT, on behalf of Creditor Vitol Inc.
mark.mcdermott@skadden.com, wendy.lamanna@skadden.com

ELIZABETH L. MCKEEN on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority

emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant GERARDO JOSE PORTELA
FRANCO
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant Omar J. Marrero
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Defendant WANDA VAZQUEZ GARCED
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Interested Party Ankura Consulting Group, LLC
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Plaintiff The Puerto Rico Fiscal Agency and
Financial Advisory Authority
emckeen@omm.com, rdietz@omm.com

ELIZABETH L. MCKEEN on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
emckeen@omm.com, rdietz@omm.com

CURTIS MECHLING, on behalf of Creditor American Federation of Teachers as Agent
of Asociacion de Maestros de Puerto Rico Local Sindical
cmechling@stroock.com, mmagzamen@stroock.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPACA
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
AGUAS BUENAS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
CABO ROJO
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
CAGUAS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
JESUS OBRERO
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C LAS
PIEDRAS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
LOMAS VERDES
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C LOS
HERMANOS
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C SAN
JOSE
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
SAULO D. RODRIGUEZ
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party COOPERATIVA A/C
YAUCO
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party EDUCOOP
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party FEDECOOP
vmedina@mhlex.com

VANESSA MEDINA ROMERO on behalf of Interested Party GERENCOOP
vmedina@mhlex.com

ANDREW J. MELNICK on behalf of Creditor SCOTIABANK DE PUERTO RICO
amelnick@mmlawus.com

JESSICA E MENDEZ COLBERG on behalf of Creditor Federacion de Maestros de
Puerto Rico
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Interested Party Hospital San Juan
Capestrano, Inc
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Interested Party PROSOL UTIER
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Intervenor Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Asociacion de Empleados
Gerenciales del Fondo del Seguro del Estado Corp. (AEGFSE)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Asociacion de Profesoras y
Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Hermandad de Empleados del
Fondo del Seguro del Estado, Inc
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Union de Empleados de la
Corporacion del Fondo del Seguro del Estado (UECFSE)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

JESSICA E MENDEZ COLBERG on behalf of Plaintiff Union de Medicos de la
Corporacion del Fondo del Seguro del Estado Corp. (UMCFSE)
jessica@bufete-emmanuelli.com,
bufeteemmanuelli@gmail.com;remmanuelli@me.com;mendez.colberg@gmail.com;Em
manuelliJimenezRR57669@notify.bestcase.com

MARGARITA MERCADO ECHEGARAY on behalf of Plaintiff EDUARDO BHATIA
GAUTIER
margaritalmercado@gmail.com

HOMEL MERCADO JUSTINIANO on behalf of Defendant Creative Educational &
Psychological Services, Inc.
hmjlaw2@gmail.com, hmjlaw@yahoo.com;hmjlaw2@ecf.inforuptcy.com

MARIANO A MIER ROMEU on behalf of Interested Party Assured Guaranty Corp.
mmier@cabprlaw.com, marianomier4@gmail.com

MARIANO A MIER ROMEU on behalf of Interested Party Assured Guaranty Municipal
Corp.
mmier@cabprlaw.com, marianomier4@gmail.com

MARIANO A MIER ROMEU on behalf of Interested Party GAM Realty LLC
mmier@cabprlaw.com, marianomier4@gmail.com

ATARA MILLER on behalf of Counter-Claimant AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Creditor AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Defendant Ambac Assurance Corporation,
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Interested Party AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Intervenor AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

ATARA MILLER on behalf of Plaintiff AMBAC ASSURANCE CORPORATION
amiller@milbank.com, AutoDocketECF@milbank.com

PETER W MILLER on behalf of Creditor Fe-Ri Construction, Inc.
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Creditor Ariel Ferdman
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Defendant STATE INSURANCE FUND
CORPORATION
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Defendant Javier Rivera Rios
pwm@wbmvlaw.com, prwolverine@gmail.com

PETER W MILLER on behalf of Interested Party Elias Sanchez-Sifonte
pwm@wbmvlaw.com, prwolverine@gmail.com

RACHEL G. MILLER ZIEGLER on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
rachel.miller-ziegler@mto.com

RACHEL G. MILLER ZIEGLER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
rachel.miller-ziegler@mto.com

SHERRY MILLMAN, on behalf of Creditor American Federation of Teachers as Agent of
Asociacion de Maestros de Puerto Rico Local Sindical
smillman@stroock.com, mmagzamen@stroock.com

DOUGLAS S. MINTZ on behalf of Creditor Cantor-Katz Collateral Monitor LLC
dmintz@orrick.com

ROSENDO E MIRANDA LOPEZ on behalf of Creditor FIDEICOMISO HERNANDEZ
CASTRODAD
notificatio@rmirandalex.net

GABRIEL MIRANDA RIVERA on behalf of Debtor Puerto Rico Public Buildings
Authority (PBA)
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Defendant Natalie A Jaresko

gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Interested Party Citigroup Global Markets
Inc.
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

GABRIEL MIRANDA RIVERA on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk
@oneillborges.com

NANCY A. MITCHELL on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
nmitchell@omm.com

NANCY A. MITCHELL on behalf of Interested Party Ankura Consulting Group, LLC
nmitchell@omm.com

THOMAS MOERS MAYER on behalf of Creditor Ad Hoc Group of PREPA Bondholders
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Creditor Invesco/Oppenheimer Funds
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Creditor MUTUAL FUND GROUP
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Creditor OPPENHEIMER FUNDS
tmayer@kramerlevin.com

THOMAS MOERS MAYER on behalf of Intervenor MUTUAL FUND GROUP
tmayer@kramerlevin.com

DANIEL MOLINA LOPEZ on behalf of Creditor Roche Diagnostics Corporation
dmolinalaw@gmail.com, noticesdml@yahoo.com

LUZ CELENIA MOLINELLI GONZALEZ on behalf of Defendant Corporacion Publica
para la Supervision y Seguro de Cooperativas de Puerto Rico
luzmolinelli@gmail.com, luzmolinelli@yahoo.com

NEAL D. MOLLEN on behalf of Creditor Official Committee of Unsecured Creditors

neallmollen@paulhastings.com

JOHN J. MONAGHAN on behalf of Creditor First Transit of Puerto Rico, Inc.
bos-bankruptcy@hklaw.com

JOHN J. MONAGHAN on behalf of Creditor First Transit of Puerto Rico, Inc.
bos-bankruptcy@hklaw.com

DORA L MONSERRATE PENAGARICANO on behalf of Creditor PEAJE
INVESTMENTS LLC
dmonserrate@gmail.com, lortiz@msglawpr.com

DORA L MONSERRATE PENAGARICANO on behalf of Interested Party Peaje
Investment, LLC
dmonserrate@gmail.com, lortiz@msglawpr.com

DORA L MONSERRATE PENAGARICANO on behalf of Plaintiff Peaje Investment, LLC
dmonserrate@gmail.com, lortiz@msglawpr.com

FELIX J. MONTANEZ MIRANDA on behalf of Interested Party Bank of America Merrill
Lynch
fmontanezmiran@yahoo.com

ERICKA C. MONTULL-NOVOA on behalf of Creditor Official Committee of Unsecured
Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Creditor Committee Official Committee of
Retired Employees of the Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Creditor Committee Official Committee of
Unsecured Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Interested Party Official Committee of
Unsecured Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Interested Party Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Intervenor Official Committee of Unsecured
Creditors
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff Committee of Unsecured Creditors
of the Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico,
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of All Title III Debtors (Other than COFINA)
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The
Commonwealth of Puerto Rico
emontull@cstlawpr.com

ERICKA C. MONTULL-NOVOA on behalf of Plaintiff The Official Committee of
Unsecured Creditors of the Debtors (Other Than COFINA)
emontull@cstlawpr.com

GABRIEL MORGAN on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
gabriel.morgan@weil.com

GABRIEL MORGAN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gabriel.morgan@weil.com

GABRIEL MORGAN on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gabriel.morgan@weil.com

GABRIEL MORGAN on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
gabriel.morgan@weil.com

GABRIEL A MORGAN, on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
gabriel.morgan@weil.com

MATTHEW J. MORRIS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
MMorris@proskauer.com

RICHARD J. MORVILLO on behalf of Creditor Scottrade, Inc.
rmorvillo@orrick.com

RICHARD J. MORVILLO on behalf of Creditor TD Ameritrade Clearing, Inc.
rmorvillo@orrick.com

JOHN EDWARD MUDD on behalf of Creditor CMA Architects & Engineers LLC
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor Corporacin de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito y Orocovis
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor MUNICIPALITY OF SAN SEBASTIAN
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor PBJL Energy Corporation
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor Salud Integral en la Montana
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Creditor Servicios Integrales de la Montaa
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant Administracion de Seguros de Salud de Puerto Rico
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant Alpha Guards Management Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant COMMONWEALTH OF PUERTO RICO
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Defendant Cabrera & Ramos Transporte, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party Alpha Guards Management, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party Cabrera & Ramos Transporte,
Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party MUNICIPALITY OF SAN
SEBASTIAN
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party PBJL Energy Corporation
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Interested Party Iris Rodriguez-Vazquez
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Atlantic Medical Center, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff CORPORACION DE SERVICIOS
INTEGRALES DE SALUD DEL AREA DE BARRANQUITAS, COMERIO, COROZAL,
NARANJITO Y OROCOVIS
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Camuy Health Center, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Centro de Medicina Familiar Julio Palmieri
Ferri, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Centro de Salud de Lares, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Centro de Servicios Primarios de Salud de
Patillas, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Ciales Primary Health Center, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Corporacin de Servicios Integrales de
Salud del Area de Barranquitas, Comero, Corozal, Naranjito y Orocovis
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Corporacion de Servicios Integrales de
Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Corporacion de Servicios Medicos
Primarios y Prevencion de Hatillo, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Costa Salud, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Hospital General Castaner, Inc.
johnmuddlaw@gmail.com

JOHN EDWARD MUDD on behalf of Plaintiff Rincon Health Center, Inc.
johnmuddlaw@gmail.com

TARIQ MUNDIYA on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
tmundiya@willkie.com

TARIQ MUNDIYA on behalf of Interested Party Bettina Whyte
tmundiya@willkie.com

TIMOTHY W. MUNGOVAN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant COMMONWEALTH OF PR
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Financial Oversight Management
Board
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Puerto Rico Electric Power Authority
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Puerto Rico Highways &
Transportation Authority
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant ANA J MATOSANTOS
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant ANDREW G BIGGS
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant ARTHUR J GONZALEZ
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Ana J. Matosantos

tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Andrew G. Biggs
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Arthur J. Gonzalez
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant CARLOS M. GARCIA
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Carlos M Garcia
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant DAVID A SKEEL, JR
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant David A. Skeel, Jr.
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant JOSE B CARRION III
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant JOSE R GONZALEZ
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Jose B. Carrion III
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Jose R Gonzalez
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Jose R. Gonzalez
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant NATALIE A. JARESKO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Defendant Natalie A Jaresko
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

TIMOTHY W. MUNGOVAN on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
tmungovan@proskauer.com, tim-mungovan-3990@ecf.pacerpro.com

MAURICIO O MUNIZ LUCIANO on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
mmuniz@mpmlawpr.com, graya@mpmlawpr.com;mmuniz@ecf.courtdrive.com

EDGARDO MUNOZ on behalf of Creditor COOPERATIVA A/C ISABELA
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor COOPERATIVA DE AHORRO Y CRDITO DE
ISABELA
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor COOPERATIVA DE AHORRO Y CREDITO
DE ISABELA
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor EDGARDO MUNOZ PSC
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

EDGARDO MUNOZ on behalf of Creditor QUEBRADA BONITA CRL
emunozpsc@gmail.com, gcruz111@yahoo.com;emunoz2@gmail.com

Steve Y. Ma on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
sma@proskauer.com

Roberto O. Maldonado-Nieves on behalf of Creditor Union Independiente de
Empleados of the Puerto Rico Water and Sewer Authority
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Asociacion Jubilados de
Autoridad de Energia Electrica
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Asociacion de Inspectores
de Juegos de Azar
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union Independiente de
Empleados of the Puerto Rico Water and Sewer Authority
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union Insular de
Trabajadores Industriales y Construcciones Electricas
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union Nacional de
Educadores y Trabajadores de Educacion
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados
Profesionales Independiente
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados
Profesionales Independientes
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados de
Oficina y Profesionales de AEP
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de Empleados del
Banco de la Vivienda
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Union de empleados de
oficina comercio
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party VAMOS Movimiento de
Concertacion Ciudadana
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party MANUEL NATAL-ALBELO
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Interested Party Rene Pinto-Lugo
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Asociacion de Inspectores de
Juegos de Azar
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Asociacion de Jubilados de AEE
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff UNETE

romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Empleados Oficina Comercio
y Ramas Anexas Puertos
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Independiente Autoridad de
Acueductos
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Insular de Trabajadores
Industriales y Construcciones Electricas
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union Trabajadores Banco Vivienda
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union de Empleados Profesionales
Independiente
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Union de Empleados de Oficina y
Profesionales de AEP
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff VAMOS Movimiento de
Concertacion Ciudadana
romn1960@gmail.com

Roberto O. Maldonado-Nieves on behalf of Plaintiff Rene Pinto-Lugo
romn1960@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Defendant BANCO POPULAR DE
PUERTO RICO
donna.maldonado@popular.com, donna404@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Interested Party BANCO POPULAR DE
PUERTO RICO
donna.maldonado@popular.com, donna404@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Interested Party POPULAR, INC.
donna.maldonado@popular.com, donna404@gmail.com

Donna Alexa Maldonado-Rivera on behalf of Interested Party Popular Securities, LLC
donna.maldonado@popular.com, donna404@gmail.com

Stephen T Mangiaracina on behalf of Interested Party Stephen T Mangiaracina
stmangiaracina@aol.com

Jorge Martinez-Luciano on behalf of Intervenor-Defendant Asociacion de Alcaldes de
Puerto Rico
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff ANGEL MATOS-GARCIA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff BRENDA LOPEZ-DE-
ARRARAS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff CARLOS BIANCHI-ANGLERO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JAVIER APONTE-DALMAU
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JESUS SANTA-RODRIGUEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JOSE DIAZ-COLLAZO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff JOSE VARELA-FERNANDEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LUIS ORTIZ-LUGO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LUIS TORRES-CRUZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LUIS VEGA-RAMOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff LYDIA MENDEZ-SILVA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff MANUEL NATAL-ALBELO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff RAMON CRUZ-BURGOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Intervenor-Plaintiff Rafael Hernandez-Montanez
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Other Professional Prime Clerk
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ANGEL GONZALEZ-DAMUDT
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ANGEL MATOS-GARCIA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff BRENDA LOPEZ-DE-ARRARAS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CARLOS BIANCHI-ANGLERO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CARLOS DELGADO-ALTIERI
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CARMEN MALDONADO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff CIRILO TIRADO-RIVERA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff HERIBERTO VELEZ-VELEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ISIDRO NEGRON-IRIZARRY
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JAVIER APONTE-DALMAU
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JESUS MARQUEZ-RODRIGUEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JESUS SANTA-RODRIGUEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JORGE GONZALEZ-OTERO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JOSE DIAZ-COLLAZO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JOSE SANTIAGO-RIVERA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JOSE VARELA-FERNANDEZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff JULIA NAZARIO-FUENTES
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LUIS ORTIZ-LUGO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LUIS TORRES-CRUZ
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LUIS VEGA-RAMOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff LYDIA MENDEZ-SILVA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff MANUEL NATAL-ALBELO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff MARCOS CRUZ-MOLINA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff MIGUEL PEREIRA-CASTILLO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff OSCAR SANTIAGO
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff PEDRO GARCIA-FIGUEROA
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff RAMON CRUZ-BURGOS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff RAMON HERNANDEZ-TORRES
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ROBERTO RAMIREZ-KURTZ

jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ROBERTO RIVERA-RUIZ DE PORRAS
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff ROSSANA LOPEZ-LEON
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff Rafael Hernandez-Montanez
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Jorge Martinez-Luciano on behalf of Plaintiff SERGIO TORRES-TORRES
jorge@mlrelaw.com, squalus@rocketmail.com;secre@mlrelaw.com

Richard G. Mason on behalf of Creditor Cortland Capital Market Services LLC
rgmason@wlrk.com

Rachel Jaffe Mauceri on behalf of Respondent Edward D. Jones & Co.
rachel.mauceri@morganlewis.com

Hector M Mayol-Kauffmann on behalf of Creditor Official Committee of Retired
Employees of Puerto Rico
hector.mayol@bennazar.org, hectormayol@yahoo.com

Hector M Mayol-Kauffmann on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
hector.mayol@bennazar.org, hectormayol@yahoo.com

MICHAEL CRAIG McCALL on behalf of Creditor Del Valle Group, S.P.
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Fideicomiso Del Valle Martinez II
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Fideocomiso Del Valle Martinez II
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Reliable Equipment Corporation
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Maria A. Martinez
craigmcc@me.com, michaelm@caribe.net

MICHAEL CRAIG McCALL on behalf of Creditor Pablo Del Valle Rivera
craigmcc@me.com, michaelm@caribe.net

Aaron G. McCollough on behalf of Interested Party BMO Capital Markets GKST
amccollough@mcguirewoods.com

Aaron G. McCollough on behalf of Interested Party Jefferies LLC
amccollough@mcguirewoods.com

KELLY McDONALD on behalf of Interested Party EcoElectrica, L.P.
Kelly.McDonald@shearman.com

MATTHEW D. McGILL on behalf of Interested Party Aurelius Investment, LLC
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Interested Party Aurelius Opportunities Fund, LLC
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Interested Party Lex Claims, LLC
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Plaintiff ASSURED GUARANTY CORP
mmcgill@gibsondunn.com

MATTHEW D. McGILL on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL
CORP
mmcgill@gibsondunn.com

LORRAINE S. McGOWEN on behalf of Interested Party RBC Capital Markets, LLC
LMcGowen@orrick.com

Thomas P. McLish on behalf of Creditor Cobra Acquisitions LLC
tmclish@akingump.com

Curtis C. Mechling on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
cmechling@stroock.com, mmagzamen@stroock.com

Curtis C. Mechling on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
cmechling@stroock.com, mmagzamen@stroock.com

Curtis C. Mechling on behalf of Plaintiff American Federation of Teachers, AFL-CIO
cmechling@stroock.com, mmagzamen@stroock.com

Jose R. Mendez-Bonnin
menema51@gmail.com

Michael T. Mervis on behalf of Defendant Financial Oversight and Management Board
for Puerto Rico
MMervis@proskauer.com

Michael T. Mervis on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
MMervis@proskauer.com

Sherry Millman, on behalf of Creditor AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
smillman@stroock.com, mmagzamen@stroock.com

Sherry Millman, on behalf of Plaintiff AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
smillman@stroock.com, mmagzamen@stroock.com

Sherry J. Millman on behalf of Plaintiff American Federation of Teachers, AFL-CIO
smillman@stroock.com, mmagzamen@stroock.com

Joseph Minias on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jminias@willkie.com, mao@willkie.com

Joseph Minias on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
jminias@willkie.com, mao@willkie.com

Joseph Minias on behalf of Interested Party Bettina Whyte
jminias@willkie.com, mao@willkie.com

Jesus R Morales-Cordero on behalf of Creditor MANAGERIAL EMPLOYEES OF THE
HTA
moracor@gmail.com, bufetemoralescordero@gmail.com

Stephanie N. Morrison on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
stephanie.morrison@weil.com

Joseph L. Motto on behalf of Interested Party MERRILL LYNCH CAPITAL SERVICES,
INC.
jmotto@winston.com

Joseph L. Motto on behalf of Interested Party Merrill Lynch, Pierce, Fenner & Smith Inc.
jmotto@winston.com

David A. Munkittrick on behalf of Defendant COMMONWEALTH OF PUERTO RICO

kmunkittrick@proskauer.com

David A. Munkittrick on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
kmunkittrick@proskauer.com

David A. Munkittrick on behalf of Defendant Natalie A Jaresko
kmunkittrick@proskauer.com

David A. Munkittrick on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
kmunkittrick@proskauer.com

Luisa Murray Soto
lumurr@gmail.com, luisamurr@yahoo.com

NILDA M NAVARRO CABRER on behalf of Attorney NILDA M NAVARRO CABRER
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Defendant Bettina Whyte, as agent of, the
Puerto Rico Sales Tax Financing Corporation
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Interested Party BMO Capital Markets
GKST
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Interested Party Jefferies LLC
licnav@prtc.net

NILDA M NAVARRO CABRER on behalf of Interested Party Bettina Whyte
licnav@prtc.net

CYNTHIA NAVARRO PAGAN on behalf of Creditor COOPERATIVA A/C LA
PUERTORRIQUENA
navarrosanj@aol.com

MIGUEL A. NAZARIO on behalf of Creditor Trinity Services I, LLC
man@nblawpr.com

LEMUEL NEGRON COLON on behalf of Creditor Cooperativa de Ahorro y Credito
Caribecoop.
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Cooperativa de Ahorro y Credito Jayucoop
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Farmacia La Ventana, Inc.
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor PONCE REAL ESTATE CORPORATION
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Jose R. Criado
lemuel.law@gmail.com

LEMUEL NEGRON COLON on behalf of Creditor Josefina Del Valle
lemuel.law@gmail.com

PETER G. NEIMAN on behalf of Consultant Citigroup Global Markets Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Creditor J.P. Morgan Securities LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Citigroup Global Markets Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Goldman Sachs & Co. LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party MORGAN STANLEY
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Merrill Lynch, Pierce, Fenner & Smith Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party RBC Capital Markets, LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party Santander Securities, LLC
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party UBS Financial Services Inc.
peter.neiman@wilmerhale.com

PETER G. NEIMAN on behalf of Interested Party UBS Securities LLC

peter.neiman@wilmerhale.com

DEBORAH NEWMAN on behalf of Interested Party Lawful Constitutional Debt Coalition
deborahnewman@quinnemanuel.com

FLOYD C. NEWTON, III on behalf of Defendant GDB Debt Recovery Authority
fnewton@kslaw.com

FLOYD C. NEWTON, III on behalf of Defendant David Pauker
fnewton@kslaw.com

FLOYD C. NEWTON, III on behalf of Defendant JORGE L. PADILLA
fnewton@kslaw.com

FLOYD C. NEWTON, III on behalf of Defendant Matthew Karp
fnewton@kslaw.com

PEDRO NICOT SANTANA on behalf of Creditor Caribbean Hospital Corporation
pedronicot@gmail.com

JUAN C. NIEVES GONZALEZ on behalf of Creditor Committee Official Committee of
Unsecured Creditors
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Creditor Marcia Gil-Caraballo
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff THE SPECIAL CLAIMS
COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS
jnieves@cstlawpr.com, agarcia@cstlawpr.com

JUAN C. NIEVES GONZALEZ on behalf of Plaintiff The Official Committee Of
Unsecured Creditors Of The Commonwealth Of Puerto Rico
jnieves@cstlawpr.com, agarcia@cstlawpr.com

ANIBAL JOSE NUNEZ GONZALEZ on behalf of Creditor Total Petroleum Puerto Rico
Corp.

anunez@smclawpr.com, notifications.ajn@gmail.com,anunez@ecf.courtdrive.com

William J. Natbony on behalf of Interested Party Assured Guaranty Corp.
william.natbony@cwt.com

William J. Natbony on behalf of Interested Party Assured Guaranty Municipal Corp.
william.natbony@cwt.com

William J. Natbony on behalf of Intervenor Assured Guaranty Corp.
william.natbony@cwt.com

William J. Natbony on behalf of Intervenor Assured Guaranty Municipal Corp.
william.natbony@cwt.com

David Neier on behalf of Creditor Medley Credit Opportunity Cayman Fund LP
DNeier@winston.com

James A. Newton on behalf of Creditor Fir Tree Partners
jnewton@mofo.com

James A. Newton on behalf of Defendant Blackrock Financial Management, Inc.
jnewton@mofo.com

James A. Newton on behalf of Defendant Candlewood Constellation SPC Ltd.
jnewton@mofo.com

James A. Newton on behalf of Defendant Candlewood Investment Group, LP
jnewton@mofo.com

James A. Newton on behalf of Defendant Deutsche Bank Securities, Inc.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Emso Asset Management Limited,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Select Drawdown L.P.
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Select Fund, L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FT COC (E) Holdings, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant FT SOF IV Holdings, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Capital Opportunity Master Fund III,
LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Capital Opportunity Master Fund, LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Partners
jnewton@mofo.com

James A. Newton on behalf of Defendant Fir Tree Value Master Fund, LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant First Pacific Advisors, LLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
jnewton@mofo.com

James A. Newton on behalf of Defendant JNL Multi-Manager Alternative Fund, a Series
of JNL Services Trust
jnewton@mofo.com

James A. Newton on behalf of Defendant Lannan Foundation,
jnewton@mofo.com

James A. Newton on behalf of Defendant Litman Gregory Masters Alternative
Strategies Fund, a Series of Litman Gregory Funds Trust,

jnewton@mofo.com

James A. Newton on behalf of Defendant Mason Capital Master Fund, L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Pelican Fund LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant Silver Point Capital Fund, L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Ulysses Offshore Fund, Ltd.,
jnewton@mofo.com

James A. Newton on behalf of Defendant Ulysses Partners, LP,
jnewton@mofo.com

James A. Newton on behalf of Defendant VR Advisory Services, Ltd.,
jnewton@mofo.com

James A. Newton on behalf of Defendant VR Global Partners, LP,
jnewton@mofo.com

WESTON L. O'BLACK on behalf of Creditor Vitol Inc.
woblack@susmangodfrey.com

PATRICK D O'NEILL on behalf of Creditor Carmen M. Huertas & Jose Buitrago
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor CARMEN M. HUERTAS
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Edlin S. Buitrago Huertas
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Helvia S. Caparros Saltos
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Jose Buitrago
pdo@go-law.com, yalfonseca@go-law.com

PATRICK D O'NEILL on behalf of Creditor Patrick D. O'Neill

pdo@go-law.com, yalfonseca@go-law.com

Paul Bradley O'Neill on behalf of Creditor Invesco/Oppenheimer Funds
boneill@kramerlevin.com

Paul Bradley O'Neill on behalf of Creditor OPPENHEIMER FUNDS
boneill@kramerlevin.com

SEVAN J. OGULLUK on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Andalusian Global Designated Activity
Company
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Crown Managed Accounts for and on behalf
of Crown/PW SP
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Glendon Opportunities Fund, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Mason Capital Master Fund LP
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Huntington Investment Fund II, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2),
L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund IX (Parallel),
L.P.

sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund X (Parallel 2), L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund X (Parallel), L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Opportunities Fund X, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Oceana Master Fund Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Ocher Rose
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor PWCM Master Fund Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor Redwood Master Fund, Ltd.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Creditor SV Credit, L.P.
sogulluk@jonesday.com

SEVAN J. OGULLUK on behalf of Interested Party Glendon Opportunities Fund, L.P.
sogulluk@jonesday.com

RAFAEL A OJEDA DIEZ on behalf of Defendant Jaime B. Fuster Estate
rafaelojeda@ojedalawpr.com

LUIS A OLIVER on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Creditor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Defendant LS Innovative Education Center, Inc.
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Aurelius Capital Management, LP
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Aurelius Investment, LLC
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Aurelius Opportunities Fund, LLC
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party Lex Claims, LLC
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Intervenor NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

LUIS A OLIVER on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
loliver@amgprlaw.com, luiggioliver@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant GDB Debt Recovery Authority
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant David Pauker
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant JORGE L. PADILLA
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

ILEANA OLIVER FALERO on behalf of Defendant Matthew Karp
ileanaoliver@yahoo.com, oliver.assocs@gmail.com

RAFAEL V OLIVIERI GEIGEL on behalf of Creditor ANTILLES POWER DEPOT, INC.
lawrog@gmail.com, n_cruzmartinez@yahoo.com

THEODORE B. OLSON on behalf of Interested Party Aurelius Investment, LLC
tolson@gibsondunn.com

THEODORE B. OLSON on behalf of Interested Party Aurelius Opportunities Fund, LLC
tolson@gibsondunn.com

THEODORE B. OLSON on behalf of Interested Party Lex Claims, LLC
tolson@gibsondunn.com

MIGUEL OPPENHEIMER on behalf of Creditor Corporacion Marcaribe Investment
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Lumar Development Corp.
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Carmen Gloria Acevedo Pagan
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Hector Acevedo Pagan
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Vicente Perez-Acevedo
miguelo@oppenheimerlaw.com

MIGUEL OPPENHEIMER on behalf of Creditor Virgilio Fernando Acevedo Rivera
miguelo@oppenheimerlaw.com

RANDALL OPPENHEIMER on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
roppenheimer@omm.com

GARY ORSECK on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor ACP MASTER, LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AURELIUS INVESTMENT, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor AUTONOMY MASTER FUND LIMITED
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor Ad Hoc Group of General Obligation Bondholders
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor Aurelius Capital Master, Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor Aurelius Convergence Master, Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS I LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS II LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS III LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS IV LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor JACANA HOLDINGS V LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor LEX CLAIMS, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor LMAP 903 LIMITED
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MCP HOLDINGS MASTER LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MONARCH DEBT RECOVERY MASTER FUND
LTD
gorseck@robbinsrussell.com
GARY ORSECK on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor MPR INVESTORS LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor P MONARCH RECOVERY LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor PERMAL STONE LION FUND LTD
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor PINEHURST PARTNERS, L.P

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor PRISMA SPC HOLDINGS LTD. SEGREGATED
PORTFOLIO AG
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor RRW I LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SENATOR GLOBAL OPPORTUNITY MASTER
FUND LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SL LIQUIDATION FUND L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SL PUERTO RICO FUND II L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Creditor SL PUERTO RICO FUND L.P
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant ACP Master, Ltd.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Aurelius Capital Master, Ltd.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Aurelius Investment, LLC,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Aurelius Opportunities Fund, LLC,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Autonomy Master Fund Limited
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Corbin Opportunity Fund, L.P.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Lex Claims, LLC,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Defendant Pinehurst Partners, L.P.,
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Intervenor AD HOC GROUP OF GENERAL OBLIGATION
BONDHOLDERS
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff ACP Master, Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Capital Master, Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Convergence Master, Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Investment, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Aurelius Opportunities Fund, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Autonomy Master Fund Limited
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Corbin Opportunity Fund, L.P.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff FCO Special Opportunities (A1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff FCO Special Opportunities (D1) LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings I LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings II LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings III LLC

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings IV LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Jacana Holdings V LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff LMAP 903 Limited
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Lex Claims, LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff MCP Holdings Master LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff MPR Investors LLC
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Capital Master Partners II LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Capital Master Partners III LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Capital Master Partners IV LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff P Monarch Recovery Ltd.
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Pinehurst Partners, LP
gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG

gorseck@robbinsrussell.com

GARY ORSECK on behalf of Plaintiff RRW I LLC
gorseck@robbinsrussell.com

ORLANDO ORTIZ CINTRON on behalf of Creditor ILEANA ORTIZ SANTIAGO
orlando1701@gmail.com

ORLANDO ORTIZ CINTRON on behalf of Creditor JULIO E LEANDRY HERNANDEZ
orlando1701@gmail.com

LUIS RAMON ORTIZ SEGURA on behalf of Creditor AIG INSURANCE COMPANY -
PUERTO RICO
l.ortizsegura@ploolaw.com;, luisortizsegura@gmail.com

LUIS RAMON ORTIZ SEGURA on behalf of Creditor P.R. Used Oil Collectors, Inc.
l.ortizsegura@ploolaw.com;, luisortizsegura@gmail.com

LUIS RAMON ORTIZ SEGURA on behalf of Defendant S.H.V.P. Motor Corp.
l.ortizsegura@ploolaw.com;, luisortizsegura@gmail.com

GEORGE OTERO CALERO on behalf of Interested Party SAMUEL RODRIGUEZ
CLAUDIO
otero_and_assoc@hotmail.com

ROBERTO OTERO ORTEGA on behalf of Interested Party Gerson Gonzalez-Ricano
rotero@legalcounselorspr.com, rotero@ccdlawpr.com

Jose Ramon Olmo-Rodriguez on behalf of Interested Party Rose Marie Flores-Perez
jrolmo1@gmail.com, olmorody@gmail.com

Ricardo L. Ortiz-Colon on behalf of Creditor MANAGEMENT CONSULTANTS &
COMPUTER SERVICES INC.
rortiz@rloclaw.onmicrosoft.com, ortizcolonricardo@gmail.com

FRANSHESKA JANET PABON on behalf of Interested Party M Solar Generating LLC
FPabon@lvvlaw.com, NCruz@lvvlaw.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Aristeia Horizon, LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
1, LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
10, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
2, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
3, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
4, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
5, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
6, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
7, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
8, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Decagon Holdings
9, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Fideicomiso Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Golden Tree Asset
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Old Bellows
Partners LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Scoggin
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Taconic Master
Fund 1.5 LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Taconic Opportunity
Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Tilden Park Capital
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Counter-Claimant Whitebox Advisors
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Aristea Horizons, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor CRS Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Camino Cipres LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Camino Roble LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canary SC Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canyon Balanced Master
Fund, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canyon Capital Advisors LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Canyon Value Realization
Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cobra Acquisitions LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Crescent 1, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cyrus Opportunities Master
Fund II, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cyrus Select Opportunities
Master Fund, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Cyrus Special Strategies
Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 1, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 10, L.L.C.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 2, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 3, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 4, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 5, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 6, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 7, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 8, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Decagon Holdings 9, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Merced Partners IV, L.P.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Merced Partners Limited
Partnership
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Merced Partners V, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Pandora Select Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor River Canyon Fund
Management LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor River Canyon Fund
Management, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor SB Special Situation Master
Fund SPC, Segregated Portfolio D
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Scoggin International Fund
Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Scoggin Worldwide Fund Ltd.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Taconic Master Fund 1.5 L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Taconic Opportunity Master
Fund L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor The Canyon Value Realization
Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor The Varde Skyway Master
Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Tilden Park Investment
Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Varde Credit Partners Master,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Varde Investment Partners
(Offshore) Master, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Varde Investment Partners,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Asymmetric
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Institutional
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Multi Strategy
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Multi-Strategy
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Whitebox Term Credit Fund I
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Creditor Jose F Rodriguez-Perello
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Aristeia Horizon, LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 1,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 10,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 2,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 3,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 4,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 5,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 6,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 7,
LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 8,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Decagon Holdings 9,
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Fideicomiso Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Golden Tree Asset
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Old Bellows Partners
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Scoggin Management
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Taconic Master Fund
1.5 LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Taconic Opportunity
Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Tilden Park Capital
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Cross-Claimant Whitebox Advisors
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Aristea Horizons, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Aristeia Capital, L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party CRS Master Fund,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Camino Cipres LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Camino Roble LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Canary SC Master
Fund, L.P.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Canyon Capital
Advisors LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Crescent 1, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Capital
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Opportunities
Master Fund II, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Select
Opportunities Master Fund, Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Cyrus Special
Strategies Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 1,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 10,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 2,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 3,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 4,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 5,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 6,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 7,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 8,
L.L.C.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Decagon Holdings 9,
L.L.C.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Fideicomiso Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party GoldenTree Asset
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Lawful Constitutional
Debt Coalition
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Merced Partners IV,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Merced Partners
Limited Partnership
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Merced Partners V,
L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party River Canyon Fund
Management LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party SB Special Situation
Master Fund SPC, Segregated Portfolio D
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Scoggin International
Fund Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Scoggin Management
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Scoggin Worldwide
Fund Ltd.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Taconic Capital
Advisors L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Taconic Master Fund
1.5 L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Taconic Opportunity
Master Fund L.P.

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party The Varde Skyway
Master Fund, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Tilden Park Capital
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Tilden Park
Investment Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Varde Credit Partners
Master, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Varde Investment
Partners (Offshore) Master, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Varde Investment
Partners, L.P.
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Whitebox Advisors
LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Interested Party Jose F Rodriguez-
Perello
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Aristeia Horizon,
LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 1, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 10, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 2, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 3, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 4, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 5, LLC

pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 6, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 7, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 8, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Decagon
Holdings 9, LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Fideicomiso
Plaza
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Golden Tree
Asset Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Lawful
Constitutional Debt Coalition
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Old Bellows
Partners LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Scoggin
Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Taconic Master
Fund 1.5 LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Taconic
Opportunity Master Fund LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Tilden Park
Capital Management LP
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

GUSTAVO ADOLFO PABON RICO on behalf of Intervenor-Defendant Whitebox
Advisors LLC
pabong@reichardescalera.com,
pabong@reichardescalera.com;gustavopabon@outlook.com;rodriguezi@reichardescal
era.com

BRIAN E. PASTUSZENSKI on behalf of Interested Party Goldman Sachs & Co. LLC
bpastuszenski@goodwinlaw.com

TEAGUE PATERSON on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
tpaterson@afscme.org

TEAGUE PATERSON on behalf of Plaintiff AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
tpaterson@afscme.org

TEAGUE P PATERSON, on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
tpaterson@afscme.org

JAMES L. PATTON, on behalf of Interested Party BANCO POPULAR DE PUERTO
RICO
jpatton@ycst.com

ASHLEY PAVEL on behalf of Interested Party Ankura Consulting Group, LLC
apavel@omm.com

ASHLEY PAVEL on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
apavel@omm.com

GERARDO PAVIA CABANILLAS on behalf of Creditor Super Asphalt Pavement, Corp.
gerardopavialaw@msn.com

DANIEL M. PAYNE on behalf of Creditor SCOTIABANK DE PUERTO RICO
dpayne@mmlawus.com

JAMES M. PECK on behalf of Counter-Claimant PBA Funds
jpeck@mofo.com

JAMES M. PECK on behalf of Creditor Candlewood Investment Group
jpeck@mofo.com

JAMES M. PECK on behalf of Creditor Fir Tree Partners
jpeck@mofo.com

JAMES M. PECK on behalf of Creditor PBA Funds
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Blackrock Financial Management, Inc.
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Candlewood Constellation SPC Ltd.
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Candlewood Investment Group, LP
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Deutsche Bank Securities, Inc.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Emso Asset Management Limited,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Crescent Fund, a Series of FPA Funds
Trust,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Global Opportunity Fund, a Series of
FPA Hawkeye Fund, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Hawkeye Fund, a Series of FPA
Hawkeye Fund, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Select Drawdown L.P.
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Select Fund, L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FPA Value Partners Fund, a Series of FPA
Hawkeye Fund, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FT COC (E) Holdings, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant FT SOF IV Holdings, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Capital Opportunity Master Fund III,
LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Capital Opportunity Master Fund, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Partners
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Fir Tree Value Master Fund, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant First Pacific Advisors, LLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Global Flexible Fund, a Sub-Fund of
Nedgroup Investment Funds PLC,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant JNL Multi-Manager Alternative Fund, a Series
of JNL Services Trust
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Lannan Foundation,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Litman Gregory Masters Alternative Strategies
Fund, a Series of Litman Gregory Funds Trust,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Mason Capital Master Fund, L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Pelican Fund LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Silver Point Capital Fund, L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Silver Point Capital Offshore Master Fund,
L.P.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Ulysses Offshore Fund, Ltd.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant Ulysses Partners, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant VR Advisory Services, Ltd.,
jpeck@mofo.com

JAMES M. PECK on behalf of Defendant VR Global Partners, LP,
jpeck@mofo.com

JAMES M. PECK on behalf of Intervenor PBA Funds
jpeck@mofo.com

JORGE I. PEIRATS on behalf of Interested Party Pietrantoni Mendez & Alvarez LLC
jpeirats@pmalaw.com

THOMAS T. PENNINGTON, on behalf of Creditor Morovis Community Health Center, Inc.
tpennington@renocavanaugh.com

WILLIAM Z. PENTELOVITCH on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
bill.pentelovitch@maslon.com

DIANA M. PEREZ on behalf of Defendant PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
dperez@omm.com

DIANA M. PEREZ on behalf of Defendant Christian Sobrino Vega
dperez@omm.com

DIANA M. PEREZ on behalf of Defendant GERARDO JOSE PORTELA FRANCO
dperez@omm.com

DIANA M. PEREZ on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
dperez@omm.com

KATIRIA M PEREZ on behalf of Interested Party Consuelo Ramos Aguiar
katiriap@yahoo.com

DIANA PEREZ SEDA on behalf of Creditor ASSURED GUARANTY CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party ASSURED GUARANTY CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party ASSURED GUARANTY MUNICIPAL CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party Assured Guaranty Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Interested Party Assured Guaranty Municipal Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Intervenor Assured Guaranty Corp.

dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Intervenor Assured Guaranty Municipal Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff ASSURED GUARANTY CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL CORP
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff Assured Guaranty Corp.
dperez@cabprlaw.com

DIANA PEREZ SEDA on behalf of Plaintiff Assured Guaranty Municipal Corp.
dperez@cabprlaw.com

FREDDIE PEREZ GONZALEZ on behalf of Creditor Caribbean Hospital Corporation
fperez@fpglaw.com, fredper@prtc.net

FREDDIE PEREZ GONZALEZ on behalf of Creditor Freddie Perez Gonzalez
fperez@fpglaw.com, fredper@prtc.net

FREDDIE PEREZ GONZALEZ on behalf of Creditor Mercedes Irizarry Ferrer
fperez@fpglaw.com, fredper@prtc.net

CARMENELISA PEREZ KUDZMA on behalf of Creditor Corporacion Marcaribe
Investment
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Lumar Development Corp.
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Carmen Gloria Acevedo Pagan
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Hector Acevedo Pagan
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Vicente Perez-Acevedo
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Creditor Virgilio Fernando Acevedo
Rivera
carmenelisa@pklolaw.com, mesmus@aol.com

CARMENELISA PEREZ KUDZMA on behalf of Interested Party Virgilio Fernando
Acevedo Rivera
carmenelisa@pklolaw.com, mesmus@aol.com

ERIC PEREZ OCHOA on behalf of Counter-Claimant NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

ERIC PEREZ OCHOA on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
epo@amgprlaw.com, docketclerk@amgprlaw.com;ycruz@amgprlaw.com

RICARDO R PEREZ PIETRI on behalf of Interested Party POPULAR AUTO LLC
rperez@ppdrlaw.com, juanita@ppdrlaw.com

DANIEL J PEREZ REFOJOS on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Debtor Puerto Rico Public Buildings Authority
(PBA)

daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant COMMONWEALTH OF PR
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant COMMONWEALTH OF P.R.
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico as representative of the Employee Retirement
System of the Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Defendant THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party Citigroup Global Markets
Inc.
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

DANIEL J PEREZ REFOJOS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
daniel.perez@oneillborges.com,
daniel.perez@ecf.courtdrive.com;ivette.morales@oneillborges.com;Docket_Clerk@onei
llborges.com

KEVIN J. PERRA on behalf of Debtor COMMONWEALTH OF PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant COMMONWEALTH OF PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant ANA J MATOSANTOS
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant ANDREW G BIGGS
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant ARTHUR J GONZALEZ
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Ana J. Matosantos
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Andrew G. Biggs

KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Arthur J. Gonzalez
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant CARLOS M. GARCIA
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Carlos M. Garcia
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant DAVID A SKEEL, JR
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant David A. Skeel, Jr.
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant JOSE B CARRION III
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant JOSE R GONZALEZ
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Jose Gonzalez
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Jose B. Carrion III
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant Jose R. Gonzalez
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Defendant NATALIE A. JARESKO
KPerra@proskauer.com

KEVIN J. PERRA on behalf of Plaintiff FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO
KPerra@proskauer.com

JONATHAN PERRELLE on behalf of Creditor Solus Alternative Asset Management LP
jperrelle@klmllp.com

LANORA C. PETTIT on behalf of Creditor ACP MASTER, LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS CAPITAL MASTER, LTD

lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS CONVERGENCE MASTER, LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS INVESTMENT, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor AUTONOMY MASTER FUND LIMITED
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor Aurelius Capital Master, Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor Aurelius Convergence Master, Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS I LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS II LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS III LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS IV LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor JACANA HOLDINGS V LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor LEX CLAIMS, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor LMAP 903 LIMITED
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MCP HOLDINGS MASTER LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor MPR INVESTORS LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Creditor P MONARCH RECOVERY LTD
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff ACP Master, Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Capital Master, Ltd.

lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Convergence Master, Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Investment, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Aurelius Opportunities Fund, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Autonomy Master Fund Limited
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Corbin Opportunity Fund, L.P.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff FCO Special Opportunities (A1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff FCO Special Opportunities (D1) LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings I LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings II LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings III LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings IV LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Jacana Holdings V LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff LMAP 903 Limited
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Lex Claims, LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff MCP Holdings Master LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff MPR Investors LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Capital Master Partners II LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Capital Master Partners III LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Capital Master Partners IV LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff P Monarch Recovery Ltd.
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Pinehurst Partners, LP
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

LANORA C. PETTIT on behalf of Plaintiff RRW I LLC
lpettit@robbinsrussell.com, psiegal@robbinsrussell.com

BRIAN D. PFEIFFER on behalf of Creditor Doral Financial Corporation

brian.pfeiffer@whitecase.com

ROBERT J. PFISTER on behalf of Interested Party Bettina Whyte
rpfister@ktbslaw.com

MARIA E PICO on behalf of Creditor Financial Guaranty Insurance Company
mpico@rexachpico.com

MARIA E PICO on behalf of Interested Party Financial Guaranty Insurance Company
mpico@rexachpico.com

MARIA E PICO on behalf of Plaintiff Financial Guaranty Insurance Company
mpico@rexachpico.com

LESLIE A. PLASKON on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Creditor Official Committee of Unsecured Creditors
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Creditor Committee Official Committee of Unsecured
Creditors
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
leslieplaskon@paulhastings.com

LESLIE A. PLASKON on behalf of Intervenor Official Committee of Unsecured Creditors
leslieplaskon@paulhastings.com

MADHU POCHA on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
mpocha@omm.com

MADHU POCHA on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
mpocha@omm.com

FRANK POLA, JR on behalf of Interested Party Depository Trust Company
fpola@onelinkpr.net

FRANK POLA, JR on behalf of Interested Party Josue Ismael Saavedra Vera
fpola@onelinkpr.net

JONATHAN D POLKES, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

JONATHAN D. POLKES on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
jonathan.polkes@weil.com

MATTHEW P. PORCELLI on behalf of Creditor Autopistas Metropolitanas de Puerto
Rico, LLC
mporcelli@gibsondunn.com

BRIAN J. PORONSKY on behalf of Interested Party Wells Fargo Bank, National
Association
brian.poronsky@kattenlaw.com

BRIAN J. PORONSKY on behalf of Interested Party Wells Fargo Securities, LLC
brian.poronsky@kattenlaw.com

PETER JOHN PORRATA on behalf of Creditor Michael Melendez
email@peterjohnporrata.com,
pjp@peterjohnporrata.com;peterjohnporrata@gmail.com;peterjohnporrata@yahoo.com;
peterjohnporrata@aol.com

PAUL V. POSSINGER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant COMMONWEALTH OF PR
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant COMMONWEALTH OF PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant The Financial Oversight and
Management Board for Puerto Rico
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Defendant Natalie A Jaresko
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
ppossinger@proskauer.com

PAUL V. POSSINGER on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.

ppossinger@proskauer.com

DAVID POWLEN on behalf of Creditor Roche Diagnostics Corporation
david.powlen@btlaw.com

ROBERTO L. PRATS PALERM on behalf of Creditor GILA LLC
rprats@rpplaw.com, mchiesa@rpplaw.com

MEGAN PREUSKER on behalf of Interested Party GOLDMAN SACHS ASSET
MANAGEMENT LP
mpreusker@mwe.com

Luis E Pabon Roca on behalf of Creditor Bermudez, Longo, Diaz-Masso, LLC
lpabonroca@microjuris.com, facciopabonroca@microjuris.com

Tanaira Padilla on behalf of Plaintiff Asociacion Puertorriquena de Profesores
Universitarios
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Angel Rodriguez-Rivera
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Annabell C. Segarra
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Frances Bothwell-del Toro
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Heriberto Marin-Centeno
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Ivette Bonet-Rivera
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Javier Cordova-Iturregui
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Lida Orta-Anes
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Nydia E. Cheverez-Rodriguez
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Tanaira Padilla on behalf of Plaintiff Yohana De Jesus-Berrios
tanairapadilla@yahoo.com, kmartinez.rllaw@gmail.com

Julio J Pagan-Perez on behalf of Defendant Puerto Rico Public Building Authority
julio.pagan@g2la.com, jjpaganlawoffice@gmail.com

Julio J Pagan-Perez on behalf of Interested Party PUBLIC BUILDINGS AUTHORITY
OF PUERTO RICO
julio.pagan@g2la.com, jjpaganlawoffice@gmail.com

Luis E. Palou Balsa on behalf of Creditor Celeste Gomez Biamon
lpb@npclawyers.com

Luis E. Palou Balsa on behalf of Creditor GLENDA LIZ RIVERA MORALES
lpb@npclawyers.com

Luis E. Palou Balsa on behalf of Creditor JAVIER ANTONIO BRANA LIZARDI
lpb@npclawyers.com

Luis E. Palou Balsa on behalf of Creditor JOSE ANTONIO DIAZ MARCANO
lpb@npclawyers.com

Angela M. Papalaskaris on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Angela M. Papalaskaris on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Angela M. Papalaskaris on behalf of Plaintiff The Special Claims Committee of the
Financial Oversight and Management Board for Puerto Rico, by and through its
Members
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Angela M. Papalaskaris, on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
apapalaskaris@brownrudnick.com, cennis@brownrudnick.com

Matthew E. Papez on behalf of Creditor Andalusian Global Designated Activity
Company
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Glendon Opportunities Fund, L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Mason Capital Master Fund LP
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Oceana Master Fund Ltd.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Ocher Rose
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor PWCM Master Fund Ltd.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
mpapez@jonesday.com

Matthew E. Papez on behalf of Creditor SV Credit, L.P.
mpapez@jonesday.com

Ken Pasquale on behalf of Plaintiff American Federation of Teachers, AFL-CIO
kpasquale@stroock.com, mmagzamen@stroock.com

Kenneth Pasquale, on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
kpasquale@stroock.com, mmagzamen@stroock.com

Kenneth Pasquale, on behalf of Creditor American Federation of Teachers as Agent of
Asociacion de Maestros de Puerto Rico Local Sindical

kpasquale@stroock.com, mmagzamen@stroock.com

James L Patton on behalf of Defendant BANCO POPULAR DE PUERTO RICO
jpatton@ycst.com

James L Patton on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
jpatton@ycst.com

James L Patton on behalf of Interested Party Popular Securities, LLC
jpatton@ycst.com

Susana I Penagaricano-Brown on behalf of Debtor COMMONWEALTH OF PUERTO
RICO
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant Administracion de Seguros de
Salud de Puerto Rico
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant COMMONWEALTH OF PR
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant Francisco Pares Alicea
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant Jose Alberto Maymo Azize
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Susana I Penagaricano-Brown on behalf of Defendant WANDA VAZQUEZ GARCED
penagaricanobrownusdc@gmail.com, spenagaricano@justicia.pr.gov

Thomas T Pennington on behalf of Creditor Concilio de Salud Integral de Loiza, Inc.
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor Corporacion de Servicios de Salud y
Medicina Avanzada
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor HPM FOUNDATION, INC.
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor Migrant Health Center, Inc.

tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor NEOMED CENTER, INC.
tpennington@renocavanaugh.com

Thomas T Pennington on behalf of Creditor Salud Integral en la Montana
tpennington@renocavanaugh.com

Isel M. Perez, on behalf of Creditor Andalusian Global Designated Activity Company
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Crown Managed Accounts for and on behalf of
Crown/PW SP
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Glendon Opportunities Fund, L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor LMA SPC for and on behalf of Map 98 Segregated
Portfolio
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Mason Capital Master Fund LP
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC (Series B)
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Oceana Master Fund Ltd.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Ocher Rose
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor PWCM Master Fund Ltd.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor Pentwater Merger Arbitrage Master Fund Ltd.
iperez@jonesday.com

Isel M. Perez, on behalf of Creditor SV Credit, L.P.
iperez@jonesday.com

Nayda Ivette Perez-Roman on behalf of Creditor Ad Hoc Group of PREPA Bondholders
nperez@tcmrslaw.com, naydaperez@gmail.com

Nayda Ivette Perez-Roman on behalf of Creditor Knighthead Capital Management, LLC
nperez@tcmrslaw.com, naydaperez@gmail.com

Sarah E. Phillips on behalf of Creditor SOLA LTD
sarah.phillips@stblaw.com

Sarah E. Phillips on behalf of Creditor Solus Opportunities Fund 5 LP
sarah.phillips@stblaw.com

Sarah E. Phillips on behalf of Interested Party Ultra Master LTD
sarah.phillips@stblaw.com

Sarah E. Phillips on behalf of Interested Party Ultra NB LLC
sarah.phillips@stblaw.com

Andres F. Pico-Ramirez on behalf of Counter-Claimant AD HOC GROUP OF
GENERAL OBLIGATION BONDHOLDERS
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant ACP Master, Ltd.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Aurelius Capital Master, Ltd.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Aurelius Investment, LLC,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Aurelius Opportunities Fund, LLC,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Autonomy Master Fund Limited
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Corbin Opportunity Fund, L.P.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Lex Claims, LLC,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Defendant Pinehurst Partners, L.P.,
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff ACP Master, Ltd
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Capital Master, Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Convergence Master, Ltd
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Investment, LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Aurelius Opportunities Fund, LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Autonomy Master Fund Limited
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Corbin Opportunity Fund, L.P.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff FCO Special Opportunities (A1) LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff FCO Special Opportunities (D1) LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings I LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings II LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings III LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings IV LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Jacana Holdings V LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff LMAP 903 Limited
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Lex Claims, LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff MCP Holdings Master LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff MPR Investors LLC
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Alternative Solutions Master
Fund Ltd
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Capital Master Partners II LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Capital Master Partners III LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Capital Master Partners IV LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Monarch Special Opportunities Master
Fund Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff P Monarch Recovery Ltd.
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Pinehurst Partners, LP
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
apico@jgl.com

Andres F. Pico-Ramirez on behalf of Plaintiff RRW I LLC
apico@jgl.com

Jaime E. Pico-Rodriguez on behalf of Interested Party Grisell Cuevas-Rodriguez
pico@laborcounsels.com

JESSICA M QUILICHINI ORTIZ on behalf of Creditor COOP A/C LA COMERIENA
quilichinilaw@gmail.com

JESSICA M QUILICHINI ORTIZ on behalf of Creditor COOP A/C VEGABAJENA
quilichinilaw@gmail.com

JESSICA M QUILICHINI ORTIZ on behalf of Plaintiff COOP A/C VEGABAJENA
quilichinilaw@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor COOP A/C LA COMERIENA
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor COOP A/C VEGABAJENA
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor COOPERATIVA A/C ROOSEVELT
ROADS
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Creditor Quality Equipment, Inc.
quilichinipazbkc@gmail.com

CARLOS A QUILICHINI PAZ on behalf of Plaintiff COOP A/C VEGABAJENA
quilichinipazbkc@gmail.com

VICTOR J QUINONES on behalf of Creditor GOLDMAN SACHS ASSET
MANAGEMENT LP
vquinones@sydneydenson.com

VICTOR J QUINONES on behalf of Creditor Goldman Sachs Asset Management, L.P.
vquinones@sydneydenson.com

DAMARIS QUINONES VARGAS on behalf of Creditor IKON SOLUTIONS INC
damarisqv@bufetequinones.com, notices@bufetequinones.com

JORGE R QUINTANA LAJARA on behalf of Creditor Del Valle Group, S.P.
quintanalajara@yahoo.es

SANDY QUSBA on behalf of Creditor SOLA LTD
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Solus Alternative Asset Management LP
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Solus Opportunities Fund 5 LP
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Ultra Master LTD
squsba@stblaw.com

SANDY QUSBA on behalf of Creditor Ultra NB LLC
squsba@stblaw.com

Michael J Quinn on behalf of Creditor United States of America
michael.quinn3@usdoj.gov

Roberto C. Quinones Rivera on behalf of Creditor SCOTIABANK DE PUERTO RICO
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Creditor Scottrade, Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Creditor TD Ameritrade Clearing, Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Citigroup Global Markets Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Goldman Sachs & Co. LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant J.P. Morgan Securities LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Merrill Lynch, Pierce, Fenner &
Smith Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Morgan Stanley & Co. LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant RBC CAPITAL MARKETS LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant Santander Securities, LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant UBS Financial Services Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Defendant UBS Securities LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Barclays Capital Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party RBC Capital Markets, LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party RBC Dominion Securities Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Raymond James
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Samuel A. Ramirez & Co.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party UBS Financial Services Inc.
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party UBS Financial Services
Incorporated of Puerto Rico
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party UBS Securities LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Wells Fargo Bank, National
Association
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Wells Fargo Clearing
Services LLC aka or fka First Clearing LLC
rcq@mcvpr.com

Roberto C. Quinones Rivera on behalf of Interested Party Wells Fargo Securities, LLC
rcq@mcvpr.com

Vilmarys M Quinones-Cintron on behalf of Defendant First Hospital Panamericano, Inc.
vqc@edgelegalpr.com, vilmarys87@gmail.com

Vilmarys M Quinones-Cintron on behalf of Examiner Brady C. Williamson
vqc@edgelegalpr.com, vilmarys87@gmail.com

LANDON S. RAIFORD on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
lraiford@jenner.com

LANDON S. RAIFORD on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
lraiford@jenner.com

JOSE LUIS RAMIREZ COLL
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Attorney Duff & Phelps, LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor AES PR Limited Partnership
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Arc American
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Commonwealth Bondholder Group
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Cortland Capital Market Services LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor J.P. Morgan Securities LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Marathon Asset Management, LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Siemens Transportation Partnership Puerto Rico, S.E.
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Sistema de Retiro de la Universidad de Puerto Rico
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Solus Alternative Asset Management LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Solus Opportunities Fund 5 LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Ultra Master LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor Ultra NB LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Creditor University of Puerto Rico Retirement System Trust
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Arc American

jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Sistema de Retiro de la
Universidad de Puerto Rico
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Solus Alternative Asset
Management LP
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Ultra Master LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE LUIS RAMIREZ COLL on behalf of Interested Party Ultra NB LLC
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

SERGIO A RAMIREZ DE ARELLANO on behalf of Creditor Concilio de Salud Integral
de Loiza, Inc.
sramirez@sarlaw.com, sramirez@ecf.courtdrive.com

SERGIO A RAMIREZ DE ARELLANO on behalf of Creditor NEOMED CENTER, INC.
sramirez@sarlaw.com, sramirez@ecf.courtdrive.com

JOSE L RAMIREZ-COLL on behalf of Creditor SOLA LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

JOSE L RAMIREZ-COLL on behalf of Creditor SOLA LTD
jramirez@amrclaw.com,
afarmer@amrclaw.com;trodriguez@amrclaw.com;mperez@amrclaw.com

LUIS R RAMOS CARTAGENA on behalf of Creditor Genesis Security Services, Inc.
lramos@plclawpr.com, agarcia@cstlawpr.com

GUILLERMO J RAMOS LUINA on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DE JUANA DIAZ
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO GANDIA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Creditor COOPERATIVA DE AHORRO Y
CREDITO RINCON
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party Angel R. Figueroa
Jaramillo
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party Erasto Zayas Lopez
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party JOSE RAMON RIVERA
RIVERA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Interested Party Ralphie Dominicci Rivera
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Asociacion Puertorriquena de
Profesores Universitarios
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito
Abraham Rosa
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito
Dr. Manuel Zeno Gandia
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Ciales
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Juana Diaz
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Lares y Region Central
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Rincon
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Cooperativa de Ahorro y Credito de
Vega Alta
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Angel Rodriguez-Rivera
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Annabell C. Segarra
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Frances Bothwell-del Toro
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Heriberto Marin-Centeno
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Ivette Bonet-Rivera
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Javier Cordova-Iturregui
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Lida Orta-Anes
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Nydia E. Cheverez-Rodriguez
gramlui@yahoo.com

GUILLERMO J RAMOS LUINA on behalf of Plaintiff Yohana De Jesus-Berrios
gramlui@yahoo.com

JOHN J RAPISARDI, on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY

jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Puerto Rico Fiscal and Financial Advisory
Authority for the Commonwealth of Puerto Rico
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant The Government Development Bank of
Puerto Rico
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Christian Sobrino
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Christian Sobrino Vega
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant GERARDO JOSE PORTELA FRANCO
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant Omar J. Marrero
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant RICARDO ROSSELLO NEVARES
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Defendant WANDA VAZQUEZ GARCED
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Interested Party Ankura Consulting Group, LLC
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Plaintiff The Puerto Rico Fiscal Agency and Financial
Advisory Authority
jrapisardi@omm.com

JOHN J. RAPISARDI on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
jrapisardi@omm.com

LARY ALAN RAPPAPORT on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant COMMONWEALTH OF PUERTO
RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant Financial Oversight and
Management Board for Puerto Rico
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant Puerto Rico Highways &
Transportation Authority
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Lrappaport@proskauer.com

LARY ALAN RAPPAPORT on behalf of Defendant Natalie A Jaresko
Lrappaport@proskauer.com

STEPHEN L. RATNER on behalf of Debtor COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Financial Oversight Management Board
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Puerto Rico Electric Power Authority
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Puerto Rico Highways & Transportation
Authority
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant ANA J MATOSANTOS
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant ANDREW G BIGGS
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant ARTHUR J GONZALEZ
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Ana J. Matosantos
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Andrew G. Biggs
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Arthur J. Gonzalez
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant CARLOS M. GARCIA
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Carlos M Garcia
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant DAVID A SKEEL, JR
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant David A. Skeel, Jr.
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant JOSE B CARRION III
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant JOSE R GONZALEZ
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Jose B. Carrion III
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Jose R Gonzalez
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Jose R. Gonzalez
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant NATALIE A. JARESKO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Defendant Natalie A Jaresko
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Plaintiff FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sratner@proskauer.com

STEPHEN L. RATNER on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
sratner@proskauer.com

JASON M. REED on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
Jason.Reed@Maslon.com

JAMES A. REEDER, Jr. on behalf of Interested Party Saybolt, LP
jareeder@jonesday.com

WENDY B. REILLY on behalf of Creditor Syncora Capital Assurance Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor Syncora Capital Assurance, Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor Syncora Guarantee Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor Syncora Guarantee, Inc.
wbreilly@debevoise.com

WENDY B. REILLY on behalf of Creditor JORGE SALA
wbreilly@debevoise.com

MICHAEL J. REISS on behalf of Creditor AUTONOMY CAPITAL (JERSEY) LP
michael.reiss@lw.com

BRITTNEY R. RENZULLI on behalf of Creditor AMBAC ASSURANCE CORPORATION
Brenzulli@milbank.com

JULISSA REYNOSO, on behalf of Interested Party Autonomous Municipality of San
Juan
jreynoso@winston.com, docketny@winston.com

ROBERT A RICH on behalf of Defendant Learning Alliance LLC
rrich2@huntonak.com

JONATHAN E. RICHMAN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Debtor PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA)
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant COMMONWEALTH OF PR
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant Financial Oversight Management
Board
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico
jerichman@proskauer.com

JONATHAN E. RICHMAN on behalf of Defendant THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
jerichman@proskauer.com

NANETTE RICKENBACH on behalf of Creditor LORD ELECTRIC COMPANY OF
PUERTO RICO
nrickenbach@rickenbachpr.com

WALTER RIEMAN on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor ACP MASTER, LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor AURELIUS INVESTMENT, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor AUTONOMY MASTER FUND LIMITED
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor Aurelius Capital Master, Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor Aurelius Convergence Master, Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS I LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS II LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS III LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS IV LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor JACANA HOLDINGS V LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor LEX CLAIMS, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor LMAP 903 LIMITED
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MCP HOLDINGS MASTER LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS III
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS IV
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor MPR INVESTORS LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor P MONARCH RECOVERY LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor PERMAL STONE LION FUND LTD
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor PINEHURST PARTNERS, L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor RRW I LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SL LIQUIDATION FUND L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SL PUERTO RICO FUND II L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Creditor SL PUERTO RICO FUND L.P
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff ACP Master, Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Capital Master, Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Convergence Master, Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Investment, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Aurelius Opportunities Fund, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Autonomy Master Fund Limited
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Corbin Opportunity Fund, L.P.

wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff FCO Special Opportunities (A1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff FCO Special Opportunities (D1) LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings I LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings II LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings III LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings IV LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Jacana Holdings V LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff LMAP 903 Limited
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Lex Claims, LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff MCP Holdings Master LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff MPR Investors LLC
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Capital Master Partners II LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Capital Master Partners III LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Capital Master Partners IV LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff P Monarch Recovery Ltd.
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Pinehurst Partners, LP
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio
AG
wrieman@paulweiss.com

WALTER RIEMAN on behalf of Plaintiff RRW I LLC
wrieman@paulweiss.com

WALTER RIEMAN, on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
wrieman@paulweiss.com

EMANUEL RIER on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
rier.emanuel@gmail.com

EMANUEL RIER on behalf of Interested Party Lourdes Perdigon
rier.emanuel@gmail.com

EMANUEL RIER on behalf of Interested Party Maria Judith Marchand-Sanchez
rier.emanuel@gmail.com

EMANUEL RIER on behalf of Interested Party Thamari Gonzalez Martinez
rier.emanuel@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Pandora Select Partners, L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Advisors LLC
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Asymmetric Partners, L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Caja Blanca Fund, LP
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox GT Fund, LP
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Institutional Partners, L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Multi Strategy Partners,
L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Multi-Strategy Partners,
L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Creditor Whitebox Term Credit Fund I L.P.
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 27K
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 27K,
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 28K
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 28K,
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 48K
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Defendant Defendant 48K,
mrios@arroyorioslaw.com, moraimarios@gmail.com

MORAIMA S RIOS ROBLES on behalf of Interested Party Whitebox Advisors LLC
mrios@arroyorioslaw.com, moraimarios@gmail.com

HERNANDO A. RIVERA on behalf of Creditor CESAR CASTILLO INC
harlawpr@gmail.com

FRANCISCO J RIVERA ALVAREZ on behalf of Creditor Adalberto Mendoza Vallejo
pacolaw1@yahoo.com

FRANCISCO J RIVERA ALVAREZ on behalf of Creditor Medelicia Vallejo Del Valle
pacolaw1@yahoo.com

FRANCISCO J RIVERA ALVAREZ on behalf of Creditor Zaira Garriga Gil
pacolaw1@yahoo.com

JUAN R RIVERA FONT on behalf of Interested Party Banco Santander Puerto Rico
juan@riverfont.com, jriverafont@yahoo.com;lourdes@riverafont.com

JUAN R RIVERA FONT on behalf of Interested Party Santander Asset Management, LLC
juan@riverfont.com, jriverafont@yahoo.com;lourdes@riverafont.com

JUAN R RIVERA FONT on behalf of Interested Party Santander Securities, LLC
juan@riverfont.com, jriverafont@yahoo.com;lourdes@riverafont.com

J. RAMON RIVERA MORALES on behalf of Counter-Claimant AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor ACP MASTER, LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AD HOC RETIREE COMMITTEE
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS CAPITAL MASTER, LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS CONVERGENCE MASTER, LTD

rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS INVESTMENT, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AURELIUS OPPORTUNITIES
FUND, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AUTONOMY CAPITAL (JERSEY)
LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor AUTONOMY MASTER FUND
LIMITED
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Ad Hoc Group of General
Obligation Bondholders
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Aurelius Capital Master, Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Aurelius Convergence Master, Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor CORBIN OPPORTUNITY FUND,
L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Commonwealth Bondholder Group
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor Corbin Opportunity Fund, L.P.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(A1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(D1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(E1) LLC MASTER SERIES 1
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS I LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS II LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS III LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS IV LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor JACANA HOLDINGS V LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor LEX CLAIMS, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor LMAP 903 LIMITED
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MCP HOLDINGS MASTER LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH ALTERNATIVE
SOLUTIONS MASTER FUND LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS II LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS III LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP

rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH DEBT RECOVERY
MASTER FUND LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MONARCH SPECIAL
OPPORTUNITIES MASTER FUND LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor MPR INVESTORS LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor P MONARCH RECOVERY LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor P STONE LION IE, A FUND OF
PERMAL MANAGED ACCOUNT PLATFORM ICAV
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PERMAL STONE LION FUND
LTD
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PINEHURST PARTNERS, L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PINEHURST PARTNERS, L.P.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor RRW I LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SENATOR GLOBAL
OPPORTUNITY MASTER FUND LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SL LIQUIDATION FUND L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SL PUERTO RICO FUND II L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Creditor SL PUERTO RICO FUND L.P
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Interested Party Aurelius Opportunities
Fund, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Interested Party Lex Claims, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Intervenor AD HOC GROUP OF
GENERAL OBLIGATION BONDHOLDERS
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff ACP Master, Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Capital Master, Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Convergence Master, Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Investment, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Aurelius Opportunities Fund, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Autonomy Master Fund Limited
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Corbin Opportunity Fund, L.P.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff FCO Special Opportunities (A1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff FCO Special Opportunities (D1) LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff FCO Special Opportunities (E1)
LLC - Master Series 1
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Fundamental Credit Opportunities
Master Fund LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings I LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings II LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings III LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings IV LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Jacana Holdings V LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff LMAP 903 Limited
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Lex Claims, LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff MCP Holdings Master LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff MPR Investors LLC
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Alternative Solutions
Master Fund Ltd
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Capital Master Partners II
LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Capital Master Partners
III LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Capital Master Partners
IV LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Debt Recovery Master
Fund Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Monarch Special Opportunities
Master Fund Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff P Monarch Recovery Ltd.
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Pinehurst Partners, LP
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff Prisma SPC Holdings Ltd -
Segregated Portfolio AG
rrivera@jgl.com

J. RAMON RIVERA MORALES on behalf of Plaintiff RRW I LLC
rrivera@jgl.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Aristeia Horizon, LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 1, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 10, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 2, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 3, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 4, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 5, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 6, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 7, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 8, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Decagon Holdings 9, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Golden Tree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Old Bellows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Taconic Master Fund 1.5
LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Taconic Opportunity Master
Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Counter-Claimant Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Aristea Horizons, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor CRS Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Camino Cipres LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Camino Roble LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canary SC Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canyon Balanced Master Fund, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canyon Capital Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Canyon Value Realization Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Crescent 1, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Capital Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Opportunities Master Fund II,
Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Select Opportunities Master
Fund, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Cyrus Special Strategies Master
Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 1, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 10, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 2, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 3, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 4, L.L.C.

riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 5, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 6, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 7, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 8, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Decagon Holdings 9, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor GoldenTree Asset Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Merced Partners IV, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Merced Partners Limited Partnership
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Merced Partners V, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Old Belows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Pandora Select Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor River Canyon Fund Management
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor SB Special Situation Master Fund
SPC, Segregated Portfolio D
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Scoggin International Fund Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Scoggin Worldwide Fund Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Taconic Master Fund 1.5 L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Taconic Opportunity Master Fund
L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor The Canyon Value Realization
Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor The Varde Skyway Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Tilden Park Capital Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Tilden Park Investment Master Fund
LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Varde Credit Partners Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Varde Investment Partners (Offshore)
Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Varde Investment Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Asymmetric Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Institutional Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Whitebox Term Credit Fund I L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Creditor Jose F Rodriguez-Perello
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Aristeia Horizon, LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 1, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 10, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 2, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 3, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 4, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 5, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 6, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 7, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 8, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Decagon Holdings 9, LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Golden Tree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Old Bellows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Taconic Opportunity Master
Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Cross-Claimant Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Aristea Horizons, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Aristeia Capital, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party CRS Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Camino Cipres LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Camino Roble LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Canary SC Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Canyon Capital Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Crescent 1, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Capital Partners, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Opportunities Master
Fund II, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Cyrus Special Strategies
Master Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 1, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 10, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 2, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 3, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 4, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 5, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 6, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 7, L.L.C.

riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 8, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Decagon Holdings 9, L.L.C.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party GoldenTree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Lawful Constitutional Debt
Coalition
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Merced Partners IV, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Merced Partners Limited
Partnership
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Merced Partners V, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Old Bellows Partners LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party River Canyon Fund
Management LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party SB Special Situation Master
Fund SPC, Segregated Portfolio D
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Scoggin International Fund
Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Scoggin Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Scoggin Worldwide Fund Ltd.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Taconic Capital Advisors L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Taconic Master Fund 1.5 L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party The Varde Skyway Master
Fund, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Tilden Park Investment
Master Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Varde Credit Partners
Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Varde Investment Partners,
L.P.
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Whitebox Advisors LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Interested Party Jose F Rodriguez-Perello
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Aristeia Horizon, LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 1,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 10,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 2,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 3,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 4,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 5,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 6,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 7,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 8,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Decagon Holdings 9,
LLC
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Fideicomiso Plaza
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Lawful Constitutional
Debt Coalition
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Old Bellows Partners
LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Scoggin Management
LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Taconic Master Fund
1.5 LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Taconic Opportunity
Master Fund LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
riverac@reichardescalera.com

CARLOS R. RIVERA ORTIZ on behalf of Intervenor-Defendant Whitebox Advisors LLC
riverac@reichardescalera.com

ARTEMIO RIVERA RIVERA on behalf of Creditor Luis F. Gonzalez-Colon
art@sjlaw.com

JUAN P RIVERA ROMAN on behalf of Creditor MUNICIPALITY OF GUAYANILLA
riveraroman@hotmail.com

NINO F. RIVERA-HERNANDEZ, on behalf of Interested Party Oficina de Etica
Gubernamental
nrivera@oeg.pr.gov, ninofrivera@gmail.com

KELLY RIVERO-ALEN on behalf of Creditor Sistema de Retiro de la Universidad de
Puerto Rico
kellyrivero@hotmail.com

KELLY RIVERO-ALEN on behalf of Creditor Solus Alternative Asset Management LP
kellyrivero@hotmail.com

KELLY RIVERO-ALEN on behalf of Interested Party Sistema de Retiro de la
Universidad de Puerto Rico
kellyrivero@hotmail.com

JUDITH RIVLIN on behalf of Creditor AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
jrivlin@afscme.org

JUDITH RIVLIN on behalf of Plaintiff AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
jrivlin@afscme.org

JUDITH RIVLIN, on behalf of Creditor AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES (AFSCME)
jrivlin@afscme.org

NELSON ROBLES DIAZ on behalf of Attorney Nelson Robles Diaz
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor COOP A/C DE FLORIDA
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Alicia Perez Rivera
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Carmen S. Cortes Calo
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Eva Medina
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Irmita Guzman
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Jorge L. Marin
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Juan Ortiz De la Renta
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor LILLIAN GUZMAN
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Lillian Guzman
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

NELSON ROBLES DIAZ on behalf of Creditor Maribel Garcia Navarrete
nroblesdiaz@gmail.com, nrdbankruptcy@gmail.com

JENNIFER L. ROCHE on behalf of Debtor COMMONWEALTH OF PUERTO RICO
jroche@proskauer.com

JENNIFER L. ROCHE on behalf of Defendant Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
jroche@proskauer.com

MANUEL A. RODRIGUEZ on behalf of Creditor AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com,
rsegui@rodriguezbanchs.com;info@rodriguezbanchs.com

MANUEL A RODRIGUEZ BANCHS on behalf of Plaintiff AMERICAN FEDERATION OF
STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com

CARLA TERESA RODRIGUEZ BERNIER on behalf of Creditor Norma Bernier
carla.rodriguezbernier@yahoo.com, utopiamia@yahoo.com

ENID S RODRIGUEZ BINET on behalf of Creditor MAO&ASSOCIATES
erb@rodriguezbinetlaw.com, notices@rodriguezbinetlaw.com

ENID S RODRIGUEZ BINET on behalf of Creditor Carmen Rodriguez-Colon
erb@rodriguezbinetlaw.com, notices@rodriguezbinetlaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Interested Party Roxana Lopez-Leon
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Defendant Asociacion de
Alcaldes de Puerto Rico
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff ANGEL MATOS-
GARCIA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff BRENDA LOPEZ-DE-
ARRARAS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff CARLOS BIANCHI-
ANGLERO

emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JAVIER APONTE-DALMAU
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JESUS SANTA-RODRIGUEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JOSE DIAZ-COLLAZO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff JOSE VARELA-FERNANDEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LUIS ORTIZ-LUGO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LUIS TORRES-CRUZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LUIS VEGA-RAMOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff LYDIA MENDEZ-SILVA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff MANUEL NATAL-ALBELO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff RAMON CRUZ-BURGOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Intervenor-Plaintiff Rafael Hernandez-Montanez
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ANGEL GONZALEZ-DAMUDT
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ANGEL MATOS-GARCIA

emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff BRENDA LOPEZ-DE-ARRARAS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CARLOS BIANCHI-ANGLERO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CARLOS DELGADO-ALTIERI
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CARMEN MALDONADO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff CIRILO TIRADO-RIVERA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff HERIBERTO VELEZ-VELEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ISIDRO NEGRON-IRIZARRY
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JAVIER APONTE-DALMAU
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JESUS MARQUEZ-RODRIGUEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JESUS SANTA-RODRIGUEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JORGE GONZALEZ-OTERO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JOSE DIAZ-COLLAZO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JOSE SANTIAGO-RIVERA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JOSE VARELA-FERNANDEZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff JULIA NAZARIO-FUENTES
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LUIS ORTIZ-LUGO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LUIS TORRES-CRUZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LUIS VEGA-RAMOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff LYDIA MENDEZ-SILVA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff MANUEL NATAL-ALBELO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff MARCOS CRUZ-MOLINA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff MIGUEL PEREIRA-CASTILLO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff OSCAR SANTIAGO
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff PEDRO GARCIA-FIGUEROA
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff RAMON CRUZ-BURGOS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff RAMON HERNANDEZ-TORRES
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ROBERTO RAMIREZ-KURTZ
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ROBERTO RIVERA-RUIZ DE
PORRAS
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff ROSSANA LOPEZ-LEON
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff Rafael Hernandez-Montanez
emil@mlrelaw.com

EMIL RODRIGUEZ ESCUDERO on behalf of Plaintiff SERGIO TORRES-TORRES
emil@mlrelaw.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Defendant Administracion de
Seguros de Salud de Puerto Rico
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Defendant COMMONWEALTH OF
PUERTO RICO
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Atlantic Medical Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Camuy Health Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Camuy Health Services, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Medicina Familiar
Julio Palmieri Ferri, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Salud Familiar Dr.
Julio Palmieri Ferri, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Salud de Lares,
Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Centro de Servicios
Primarios de Salud de Patillas, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Ciales Primary Health Care
Services, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Ciales Primary Health
Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Corporacion de Servicios
Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Corporacion de Servicios
Medicos Primarios y Prevencion de Hatillo, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Costa Salud, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Hospital General Castaner,
Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Rincon Health Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

MIGUEL J RODRIGUEZ MARXUACH on behalf of Plaintiff Rio Grande Community
Health Center, Inc.
mrm@rmlawpr.com, mfg@rmlawpr.com;mcc@rmlawpr.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Capital Assurance Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Capital Assurance, Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Guarantee Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Creditor Syncora Guarantee, Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Interested Party Syncora Capital
Assurance, Inc.
crodriguez-vidal@gaclaw.com

CARLOS A RODRIGUEZ VIDAL on behalf of Interested Party Syncora Guarantee, Inc.
crodriguez-vidal@gaclaw.com

MANUEL A. RODRIGUEZ-BANCHS on behalf of Creditor AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com

MANUEL A. RODRIGUEZ-BANCHS on behalf of Plaintiff AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME)
manuel@rodriguezbanchs.com

RAFAEL ROMAN-JIMENEZ on behalf of Interested Party MARIA COLON-CRISPIN
rafaromanj@gmail.com

SALVATORE A ROMANELLO, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
salvatore.romanello@weil.com

SALVATORE A. ROMANELLO on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
salvatore.romanello@weil.com

SALVATORE A. ROMANELLO on behalf of Interested Party NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
salvatore.romanello@weil.com

SALVATORE A. ROMANELLO on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
salvatore.romanello@weil.com

MELISSA ROOT on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
mroot@jenner.com

MELISSA ROOT on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
mroot@jenner.com

MELISSA ROOT on behalf of Intervenor The Official Committee of Retired Employees
of the Commonwealth of Puerto Rico
mroot@jenner.com

BRIAN S. ROSEN on behalf of Debtor COMMONWEALTH OF PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Debtor Puerto Rico Public Buildings Authority (PBA)
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Defendant COMMONWEALTH OF PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Interested Party FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Plaintiff THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico
brosen@proskauer.com

BRIAN S. ROSEN on behalf of Plaintiff The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
brosen@proskauer.com

RICHARD A ROSEN, on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor ACP MASTER, LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AURELIUS INVESTMENT, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor AUTONOMY MASTER FUND LIMITED
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor Aurelius Capital Master, Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor Aurelius Convergence Master, Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS I LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS II LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS III LLC

rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS IV LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor JACANA HOLDINGS V LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor LEX CLAIMS, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor LMAP 903 LIMITED
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MCP HOLDINGS MASTER LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS II LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS III LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor MPR INVESTORS LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor P MONARCH RECOVERY LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor PERMAL STONE LION FUND LTD
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor PINEHURST PARTNERS, L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor RRW I LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SL LIQUIDATION FUND L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SL PUERTO RICO FUND II L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Creditor SL PUERTO RICO FUND L.P
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff ACP Master, Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Capital Master, Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Convergence Master, Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Investment, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Aurelius Opportunities Fund, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Autonomy Master Fund Limited
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Corbin Opportunity Fund, L.P.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff FCO Special Opportunities (A1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff FCO Special Opportunities (D1) LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings I LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings II LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings III LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings IV LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Jacana Holdings V LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff LMAP 903 Limited
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Lex Claims, LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff MCP Holdings Master LP

rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff MPR Investors LLC
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Capital Master Partners II LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Capital Master Partners III LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Capital Master Partners IV LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff P Monarch Recovery Ltd.
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Pinehurst Partners, LP
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
rrosen@paulweiss.com

RICHARD A. ROSEN on behalf of Plaintiff RRW I LLC
rrosen@paulweiss.com

ANDREW N ROSENBERG on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
arosenberg@paulweiss.com

ANDREW N ROSENBERG, on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Counter-Claimant AD HOC GROUP OF
GENERAL OBLIGATION BONDHOLDERS
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor ACP MASTER, LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor AURELIUS INVESTMENT, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor AURELIUS OPPORTUNITIES FUND,
LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor AUTONOMY MASTER FUND
LIMITED
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor Aurelius Capital Master, Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor Aurelius Convergence Master, Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(A1) LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(D1) LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FCO SPECIAL OPPORTUNITIES
(E1) LLC MASTER SERIES 1
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS I LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS II LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS III LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS IV LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor JACANA HOLDINGS V LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor LEX CLAIMS, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor LMAP 903 LIMITED
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MCP HOLDINGS MASTER LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH ALTERNATIVE
SOLUTIONS MASTER FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS II LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS III LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH DEBT RECOVERY
MASTER FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MONARCH SPECIAL
OPPORTUNITIES MASTER FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor MPR INVESTORS LLC

arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor P MONARCH RECOVERY LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor P STONE LION IE, A FUND OF
PERMAL MANAGED ACCOUNT PLATFORM ICAV
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor PERMAL STONE LION FUND LTD
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor PINEHURST PARTNERS, L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor RRW I LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SL LIQUIDATION FUND L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SL PUERTO RICO FUND II L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor SL PUERTO RICO FUND L.P
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Creditor Committee Official Committee of
Unsecured Creditors
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant ACP Master, Ltd.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Aurelius Capital Master, Ltd.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Aurelius Investment, LLC,

arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Aurelius Opportunities Fund, LLC,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Autonomy Master Fund Limited
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Corbin Opportunity Fund, L.P.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Lex Claims, LLC,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Defendant Pinehurst Partners, L.P.,
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff ACP Master, Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Capital Master, Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Convergence Master, Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Investment, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Aurelius Opportunities Fund, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Autonomy Master Fund Limited
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Corbin Opportunity Fund, L.P.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff FCO Special Opportunities (A1) LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff FCO Special Opportunities (D1) LP

arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Fundamental Credit Opportunities
Master Fund LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings I LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings II LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings III LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings IV LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Jacana Holdings V LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff LMAP 903 Limited
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Lex Claims, LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff MCP Holdings Master LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff MPR Investors LLC
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Alternative Solutions Master
Fund Ltd
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Capital Master Partners II LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Capital Master Partners III
LP

arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Capital Master Partners IV
LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Debt Recovery Master Fund
Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Monarch Special Opportunities Master
Fund Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff P Monarch Recovery Ltd.
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Pinehurst Partners, LP
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff Prisma SPC Holdings Ltd -
Segregated Portfolio AG
arosenberg@paulweiss.com

ANDREW N. ROSENBERG on behalf of Plaintiff RRW I LLC
arosenberg@paulweiss.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Andalusian Global Designated Activity
Company
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Glendon Opportunities Fund, L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Mason Capital Master Fund LP
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel
2), L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff Ocher Rose L.L.C.
brosenblum@jonesday.com

BENJAMIN ROSENBLUM on behalf of Plaintiff SV Credit, L.P.
brosenblum@jonesday.com

ANGEL E ROTGER SABAT on behalf of Interested Party MORGAN STANLEY
arotger@scvrlaw.com, notices@scvrlaw.com

ANGEL E ROTGER SABAT on behalf of Interested Party Morgan Stanley Smith Barney
LLC
arotger@scvrlaw.com, notices@scvrlaw.com

ALEX R. ROVIRA on behalf of Interested Party Banco Santander Puerto Rico
arovira@sidney.com

ALEX R. ROVIRA on behalf of Interested Party Santander Asset Management, LLC
arovira@sidney.com

ALEX R. ROVIRA on behalf of Interested Party Santander Securities, LLC
arovira@sidney.com

TIFFANY ROWE, on behalf of Interested Party RBC Capital Markets, LLC
trowe@orrick.com

JAVIER J RUA-JOVET on behalf of Interested Party Coto Laurel Solar Farm, Inc.
javrua@gmail.com, jrj@conecta.pr

JAVIER J RUA-JOVET on behalf of Interested Party PV PROPERTIES, INC
javrua@gmail.com, jrj@conecta.pr

JAVIER J RUA-JOVET on behalf of Interested Party Windmar Renewable Energy, Inc.
javrua@gmail.com, jrj@conecta.pr

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Alfredo Alvarez Rivera
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Aristides Martin Gonzalez
Norat
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmelo Cotto Rodriguez

carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmen Dueno Berrios
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmen Beatriz Ramos
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Carmen Victoria Gutierrez-
Rivera
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Diana Franco-Flores
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Emilio Moreno-Melendez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Ernesto Lopez Aviles
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Gabriel Huertas-Gonzalez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Irma I. Gonzalez Reyes
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Ismael Guzman Lopez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Jesus De Alicea
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Juana Cortes Oyola
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Leiliany Santiago Aviles
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Leonel Fernandez
Fernandez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Leslie Jay Bonilla Sauder
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Liz Rus-Franco
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Lourdes Sierra Lopez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis Vaquer Ocasio
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis Antonio Berrios-Febo
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis M. Matos Garced
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Luis Rafael Torres Saez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Magaly Sosa Soto
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Manuel Cruz Mejia
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Manuel Franco-Flores
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Manuel Ortiz Vazquez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Margarita Rivera Tirado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Maria Rivera Delgado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Maria V. Diaz Lopez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Maritza Diaz Rodriguez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Merlyn Falcon Malave
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Nelida Celeste Hernandez

carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Omayra E. Laboy Lind
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Quintin Rivera Segarra
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Rafael Figueroa Longo
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Rosaura Rivera Tirado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Santos Febres Quinonez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Sonia M. Arroyo Graulau
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party William Rivera Tirado
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

CARLOS A RUIZ RODRIGUEZ on behalf of Interested Party Zulmarie Torres Rodriguez
carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

ZACHARY RUSSELL on behalf of Interested Party Lawful Constitutional Debt Coalition
zacharyrussell@quinnemanuel.com

ZACHARY RUSSELL on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
zacharyrussell@quinnemanuel.com

Seetha Ramachandran on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
SRamachandran@proskauer.com

Juan Carlos Ramirez-Ortiz on behalf of Debtor COMMONWONWEALTH OF PUERTO RICO
juramirez@justicia.pr.gov,
jcramirezjusticia@gmail.com;spenagaricano@justicia.pr.gov;wburgos@justicia.pr.gov;m
artorres@justicia.pr.gov

Juan Carlos Ramirez-Ortiz on behalf of Defendant Francisco Pares Alicea

juramirez@justicia.pr.gov,
jcramirezjusticia@gmail.com;spenagaricano@justicia.pr.gov;wburgos@justicia.pr.gov;m
artorres@justicia.pr.gov

Juan Carlos Ramirez-Ortiz on behalf of Defendant Jose Alberto Maymo Azize
juramirez@justicia.pr.gov,
jcramirezjusticia@gmail.com;spenagaricano@justicia.pr.gov;wburgos@justicia.pr.gov;m
artorres@justicia.pr.gov

Juan Carlos Ramirez-Ortiz on behalf of Defendant WANDA VAZQUEZ GARCED
juramirez@justicia.pr.gov,
jcramirezjusticia@gmail.com;spenagaricano@justicia.pr.gov;wburgos@justicia.pr.gov;m
artorres@justicia.pr.gov

Jose O. Ramos- Gonzalez on behalf of Interested Party Saybolt, LP
rgtolaw@gmail.com

Brian M. Resnick, on behalf of Creditor Commonwealth Bondholder Group
brian.resnick@davispolk.com,
samuel.wagreich@davispolk.com,Stephanie.massman@davispolk.com,Gregory.morris
on@davispolk.com,enrique.colon-
baco@davispolk.com,adam.rosenfeld@davispolk.com

Janelle A Reyes-Maisonet on behalf of Creditor UBS Trust Company of Puerto Rico
jreyes@sanpir.com

Janelle A Reyes-Maisonet on behalf of Financial Advisor Filsinger Energy Partners, Inc.
jreyes@sanpir.com

Janelle A Reyes-Maisonet on behalf of Other Professional Filsinger Energy Partners,
Inc.
jreyes@sanpir.com

Julissa Reynoso on behalf of Intervenor Autonomous Municipality of San Juan
jreynoso@winston.com, docketny@winston.com

Parker A. Rider-Longmaid on behalf of Creditor Andalusian Global Designated Activity
Company
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Crown Managed Accounts for and on
behalf of Crown/PW SP
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Glendon Opportunities Fund, L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor LMA SPC for and on behalf of Map 98
Segregated Portfolio
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Mason Capital Master Fund LP
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oaktree Opportunities Fund IX (Parallel
2), L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Oceana Master Fund Ltd.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Ocher Rose
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor PWCM Master Fund Ltd.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor Pentwater Merger Arbitrage Master
Fund Ltd.
priderlongmaid@jonesday.com

Parker A. Rider-Longmaid on behalf of Creditor SV Credit, L.P.
priderlongmaid@jonesday.com

Manuel Rivera-Aguilo on behalf of Creditor US BANK NATIONAL ASSOCIATION
marivera@riveratulla.com

Manuel Rivera-Aguilo on behalf of Creditor US Bank Trust National Association
marivera@riveratulla.com

Manuel Rivera-Aguilo on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE

marivera@riveratulla.com

Allan A Rivera-Fernandez on behalf of Interested Party Josue Aquino-Colon
arivera@excelsas.com

Carlos E Rivera-Justiniano on behalf of Plaintiff Carlos J. Mendez Nunez
lcdo.carlos.e.riverajustiniano@gmail.com, drakontosus@yahoo.com

Victor Manuel Rivera-Rios on behalf of Creditor Caribbean Airport Facilities, Inc.
victorriverarios@rcrtrblaw.com

Victor Manuel Rivera-Rios on behalf of Creditor South Parcel of Puerto Rico, S.E.
victorriverarios@rcrtrblaw.com

Victor M. Rivera-Rivera on behalf of Interested Party COMPLIANCE AND RESEARCH,
INC.
vicrivera01@yahoo.com

Jared S. Roach on behalf of Defendant Bank of New York Mellon as PRIFA Indenture
Trustee
jroach@reedsmith.com

Jared S. Roach on behalf of Interested Party THE BANK OF NEW YORK MELLON
jroach@reedsmith.com

Lawrence S. Robbins on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor ACP MASTER, LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AURELIUS INVESTMENT, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor AUTONOMY MASTER FUND LIMITED
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor Aurelius Capital Master, Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor Aurelius Convergence Master, Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS I LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS II LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS III LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS IV LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor JACANA HOLDINGS V LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor LEX CLAIMS, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor LMAP 903 LIMITED

jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MCP HOLDINGS MASTER LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor MPR INVESTORS LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor P MONARCH RECOVERY LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor PERMAL STONE LION FUND LTD
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor PINEHURST PARTNERS, L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor RRW I LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SL LIQUIDATION FUND L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SL PUERTO RICO FUND II L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Creditor SL PUERTO RICO FUND L.P
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff ACP Master, Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Capital Master, Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Convergence Master, Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Investment, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Aurelius Opportunities Fund, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Autonomy Master Fund Limited
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Corbin Opportunity Fund, L.P.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff FCO Special Opportunities (A1) LP

jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff FCO Special Opportunities (D1) LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings I LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings II LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings III LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings IV LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Jacana Holdings V LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff LMAP 903 Limited
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Lex Claims, LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff MCP Holdings Master LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff MPR Investors LLC
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Capital Master Partners II LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Capital Master Partners III LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Capital Master Partners IV LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff P Monarch Recovery Ltd.
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Pinehurst Partners, LP
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
jlee@robbinsrussell.com

Lawrence S. Robbins on behalf of Plaintiff RRW I LLC
jlee@robbinsrussell.com

Maria Celeste RodrIguez Miranda on behalf of Creditor Morovis Community Health
Center, Inc.
mcrm100@msn.com, tita.rodriguezmiranda@gmail.com

Maria A Rodriguez Medina on behalf of Interested Party Civil Rights Commission of
Puerto Rico
mrodriguez@cdc.pr.gov

Rafael E. Rodriguez Rivera on behalf of Plaintiff Centro de Periodismo Investigativo Inc.
rrodriguez@juris.inter.edu, rerr99@gmail.com

David R Rodriguez-Burns on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296
and 13-1560 and consolidated cases
drodriguez@alblegal.net

David R Rodriguez-Burns on behalf of Intervenor-Defendant Federacion de Alcaldes de
Puerto Rico, Inc.
drodriguez@alblegal.net

David R Rodriguez-Burns on behalf of Plaintiff Carlos J. Mendez Nunez
drodriguez@alblegal.net

David R Rodriguez-Burns on behalf of Plaintiff Thomas Rivera - Schatz
drodriguez@alblegal.net

Ingrid M. Rodriguez-Ramirez on behalf of Interested Party CENTRO EDUCATIVO
PARA CIEGOS E IMPEDIDOS, INC.
imrrlaw@gmail.com

Paul A Rodriguez-Velez on behalf of Interested Party EcoElectrica, L.P.
prodriguez@prvlaw.com

Israel Roldan Gonzalez on behalf of Plaintiff Carlos J. Mendez Nunez
irg@roldanlawpr.com, roldangonzalezpr@yahoo.com

Israel Roldan Gonzalez on behalf of Plaintiff Thomas Rivera - Schatz
irg@roldanlawpr.com, roldangonzalezpr@yahoo.com

Isis A. Roldan Marquez on behalf of Plaintiff Carlos J. Mendez Nunez
irm@roldanlawpr.com

Isis A. Roldan Marquez on behalf of Plaintiff Thomas Rivera - Schatz
irm@roldanlawpr.com

Benjamin Rosenblum, on behalf of Creditor Altair Global Opportunities Fund (A), LLC
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Appaloosa Management LP
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Glendon Opportunities Fund, L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Mason Capital Management, LLC
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Nokota Capital Management, LLC
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oak Tree Opportunities Fund I (Parallel 2),
L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
brosenblum@jonesday.com

Benjamin Rosenblum, on behalf of Creditor Ocher Rose
brosenblum@jonesday.com

Marc Eric Rosenthal on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
mrosenthal@proskauer.com

Tiffany Rowe on behalf of Creditor Scottrade, Inc.
trowe@orrick.com

Tiffany Rowe on behalf of Creditor TD Ameritrade Clearing, Inc.
trowe@orrick.com

Scott Rutsky on behalf of Debtor COMMONWEALTH OF PUERTO RICO
srutsky@proskauer.com

HECTOR SALDANA EGOZCUE on behalf of Creditor UNITED SURETY & INDEMNITY
COMPANY
hse@saldanalaw.com, brenda.perez@saldanalaw.com;

JUAN C SALICHS POU on behalf of Creditor Doral Financial Corporation
jsalichs@splawpr.com, jcslawfirm@onelinkpr.net

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Aristeia Horizon, LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 1, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 10,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 2, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 3, LLC

danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 4, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 5, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 6, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 7, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 8, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Decagon Holdings 9, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Fideicomiso Plaza
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Golden Tree Asset
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Old Bellows Partners LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Scoggin Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Taconic Master Fund 1.5
LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Taconic Opportunity
Master Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Tilden Park Capital
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Counter-Claimant Whitebox Advisors LLC

danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Aristea Horizons, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor CRS Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Camino Cipres LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Camino Roble LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Canary SC Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Canyon Balanced Master Fund, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Canyon Value Realization Fund,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Crescent 1, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Cyrus Opportunities Master Fund II,
Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Cyrus Select Opportunities Master
Fund, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Cyrus Special Strategies Master
Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 1, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 10, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 2, L.L.C.

danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 3, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 4, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 5, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 6, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 7, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 8, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Decagon Holdings 9, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Merced Partners IV, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Merced Partners Limited
Partnership
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Merced Partners V, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Pandora Select Partners, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor River Canyon Fund Management,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor SB Special Situation Master Fund
SPC, Segregated Portfolio D
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Scoggin International Fund Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Scoggin Worldwide Fund Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Taconic Master Fund 1.5 L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Taconic Opportunity Master Fund
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor The Canyon Value Realization
Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor The Varde Skyway Master Fund,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Tilden Park Investment Master
Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Varde Credit Partners Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Varde Investment Partners
(Offshore) Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Varde Investment Partners, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Asymmetric Partners,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Institutional Partners, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Multi Strategy Partners,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Multi-Strategy Partners,
L.P.

danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Whitebox Term Credit Fund I L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Creditor Jose F Rodriguez-Perello
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Aristeia Horizon, LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 1, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 10, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 2, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 3, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 4, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 5, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 6, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 7, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 8, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Decagon Holdings 9, LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Fideicomiso Plaza
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Golden Tree Asset
Management LP

danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Old Bellows Partners LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Scoggin Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Taconic Opportunity Master
Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Tilden Park Capital
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Cross-Claimant Whitebox Advisors LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Aristea Horizons, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party CRS Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Camino Cipres LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Camino Roble LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Canary SC Master Fund,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Canyon Capital Advisors
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Crescent 1, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Cyrus Opportunities Master
Fund II, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Cyrus Special Strategies
Master Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 1, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 10,
L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 2, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 3, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 4, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 5, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 6, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 7, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 8, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Decagon Holdings 9, L.L.C.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Lawful Constitutional Debt
Coalition
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Merced Partners IV, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Merced Partners Limited
Partnership
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Merced Partners V, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party River Canyon Fund
Management LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party SB Special Situation Master
Fund SPC, Segregated Portfolio D
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Scoggin International Fund
Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Scoggin Worldwide Fund
Ltd.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Taconic Master Fund 1.5
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party The Varde Skyway Master
Fund, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Tilden Park Investment
Master Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Varde Credit Partners
Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Varde Investment Partners,
L.P.
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Interested Party Jose F Rodriguez-Perello
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Aristeia Horizon, LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 1,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 10,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 2,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 3,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 4,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 5,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 6,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 7,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 8,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Decagon Holdings 9,
LLC
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Fideicomiso Plaza
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Lawful Constitutional
Debt Coalition
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Old Bellows Partners
LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Scoggin Management
LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Taconic Master Fund
1.5 LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Taconic Opportunity
Master Fund LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
danielsalinas@quinnemanuel.com

DANIEL SALINAS SERRANO on behalf of Intervenor-Defendant Whitebox Advisors
LLC
danielsalinas@quinnemanuel.com

JOSE C SANCHEZ on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND
FUND INC

jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor PUERTO RICO AAA PORTFOLIO TARGET
MATURITY FUND INC
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico GNMA and U.S. Government Target Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Bond Fund I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Mortgae-Backed & U.S. Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Puerto Rico Mortgage-Backed &U.S Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico
Fund
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund
II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund II,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund III,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund IV,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund V,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed Income Fund VI,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Fixed IncomeFund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Bond Fund I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Puerto Rico Mortgage-Backed
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Cross Defendant UBS IRA Select Growth & Income
Puerto Rico Fund

jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund
VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Fixed IncomeFund,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Bond Fund
I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Puerto Rico Mortgage-Backed
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund II,
Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant Tax-Free Puerto Rico Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Intervenor-Defendant UBS IRA Select Growth &
Income Puerto Rico Fund
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity
Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Bond Fund I
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund, Inc.
jsanchez@phgslaw.com

JOSE C SANCHEZ on behalf of Respondent Edward D. Jones & Co.
jsanchez@phgslaw.com

JOSE A SANCHEZ GIRONA on behalf of Creditor CONTINENTAL CASUALTY COMPANY
jsanchez@scvrlaw.com, notices@scvrlaw.com

JOSE A SANCHEZ GIRONA on behalf of Creditor WESTERN SURETY COMPANY
jsanchez@scvrlaw.com, notices@scvrlaw.com

ANAIS SANCHEZ PENA on behalf of Creditor Carlos Roman Torres
asanchez@sanchezpenalaw.com, anaissanchezpena@yahoo.com

JOSE J SANCHEZ VELEZ on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jsanchez@bdslawpr.com, bankruptcy@bdslawpr.com

JOSE J SANCHEZ VELEZ on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
jsanchez@bdslawpr.com, bankruptcy@bdslawpr.com

WILLIAM SANTIAGO SASTRE
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Defendant Administracion de Seguros de Salud de Puerto Rico
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Defendant COMMONWEALTH OF PUERTO RICO

wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Alianza Comunitaria
Ambientalista del Sureste, Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Alianza Comunitaria
Ambientalista del Sureste, Inc.,
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Amigos del Rio Guaynabo,
Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Coalicion de
Organizaciones Anti Incineracion, Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Comite Dialogo Ambiental
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Comite Yabucoeno Pro-
Calidad de Vida, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party El Puente de Williamsburg,
Inc.-Enlace Latino de Accion Climatica
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party El Puente de Williamsburg,
Inc.-Enlace de Accion Climatica
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Mayaguezanos por la
Salud y el Ambiente, Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party Sierra Club Puerto Rico, Inc
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Interested Party WILLIAM SANTIAGO SASTRE
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Atlantic Medical Center, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Camuy Health Center, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Centro de Salud de Lares, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Centro de Servicios Primarios de Salud de Patillas, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Ciales Primary Health Center, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

WILLIAM SANTIAGO SASTRE on behalf of Plaintiff Hospital General Castaner, Inc.
wssbankruptcy@gmail.com,
fbatallagarcia@gmail.com;allanosarboleda@gmail.com;grivera@orientalbank.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPACA
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
AGUAS BUENAS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
CABO ROJO
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
CAGUAS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
JESUS OBRERO
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C LAS
PIEDRAS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
LOMAS VERDES
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C LOS
HERMANOS
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C SAN
JOSE
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
SAULO D. RODRIGUEZ
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party COOPERATIVA A/C
YAUCO
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party EDUCOOP
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party FEDECOOP
rsantiago@mhlex.com

RAFAEL M SANTIAGO-ROSA on behalf of Interested Party GERENCOOP
rsantiago@mhlex.com

JOSE ANGEL SANTINI BONILLA on behalf of Creditor COOP A/C BARRANQUITAS
santilawoffice@yahoo.com

JOSE ANGEL SANTINI BONILLA on behalf of Interested Party COOPERATIVA A/C
SAN JOSE
santilawoffice@yahoo.com

JOSE JAVIER SANTOS MIMOSO on behalf of Creditor Siemens Transportation
Partnership Puerto Rico, S.E.
jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

JOSE JAVIER SANTOS MIMOSO on behalf of Defendant THE BANK OF NEW YORK
MELLON
jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

JOSE JAVIER SANTOS MIMOSO on behalf of Interested Party THE BANK OF NEW
YORK MELLON
jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

JOSE JAVIER SANTOS MIMOSO on behalf of Intervenor THE BANK OF NEW YORK
MELLON
jsantos@smclawpr.com, santosmimoso@hotmail.com,jsantos@ecf.courtdrive.com

ISAAC S. SASSON, on behalf of Creditor Whitebox Term Credit Fund I L.P.
isasson@kasowitz.com

ERIC A SCHAFFER on behalf of Defendant Bank of New York Mellon as PRIFA
Indenture Trustee
eschaffer@reedsmith.com

ERIC A SCHAFFER, on behalf of Interested Party THE BANK OF NEW YORK
MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Defendant THE BANK OF NEW YORK MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Interested Party THE BANK OF NEW YORK
MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

ERIC A. SCHAFFER on behalf of Intervenor THE BANK OF NEW YORK MELLON
eschaffer@reedsmith.com, lsizemore@reedsmith.com

MATTHEW SCHECK on behalf of Interested Party Lawful Constitutional Debt Coalition
matthewscheck@quinnemanuel.com

MATTHEW SCHECK on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
matthewscheck@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Aristeia Horizon, LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 1, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 10, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 2, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 3, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 4, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 5, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 6, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 7, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 8, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Decagon Holdings 9, LLC

katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Fideicomiso Plaza
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Golden Tree Asset Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Old Bellows Partners LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Scoggin Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Taconic Opportunity Master Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Tilden Park Capital Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Counter-Claimant Whitebox Advisors LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Aristea Horizons, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor CRS Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Camino Cipres LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Camino Roble LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Canary SC Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Canyon Balanced Master Fund, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Canyon Value Realization Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Crescent 1, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 1, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 10, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 2, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 3, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 4, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 5, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 6, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 7, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 8, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Decagon Holdings 9, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Merced Partners IV, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Merced Partners Limited Partnership
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Merced Partners V, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Pandora Select Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Scoggin International Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Scoggin Worldwide Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Taconic Master Fund 1.5 L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Taconic Opportunity Master Fund L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor The Varde Skyway Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Tilden Park Investment Master Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Varde Credit Partners Master, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Varde Investment Partners (Offshore) Master,
L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Varde Investment Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Asymmetric Partners, L.P.

katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Institutional Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Whitebox Term Credit Fund I L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Creditor Jose F Rodriguez-Perello
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Aristeia Horizon, LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 1, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 10, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 2, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 3, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 4, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 5, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 6, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 7, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 8, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Decagon Holdings 9, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Fideicomiso Plaza
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Golden Tree Asset Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Old Bellows Partners LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Scoggin Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Taconic Opportunity Master Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Tilden Park Capital Management LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Cross-Claimant Whitebox Advisors LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Aristea Horizons, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party CRS Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Camino Cipres LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Camino Roble LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Canary SC Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Canyon Capital Advisors LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Crescent 1, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Cyrus Opportunities Master Fund II,
Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Cyrus Select Opportunities Master
Fund, Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Cyrus Special Strategies Master Fund,
L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 1, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 10, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 2, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 3, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 4, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 5, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 6, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 7, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 8, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Decagon Holdings 9, L.L.C.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Merced Partners IV, L.P.

katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Merced Partners Limited Partnership
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Merced Partners V, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party River Canyon Fund Management LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Scoggin International Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Scoggin Worldwide Fund Ltd.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Taconic Master Fund 1.5 L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Taconic Opportunity Master Fund L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party The Varde Skyway Master Fund, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Tilden Park Investment Master Fund
LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Varde Credit Partners Master, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Varde Investment Partners (Offshore)
Master, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Interested Party Varde Investment Partners, L.P.
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Aristeia Horizon, LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Fideicomiso Plaza
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Golden Tree Asset Management
LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Old Bellows Partners LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Scoggin Management LP

katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Tilden Park Capital Management
LP
katescherling@quinnemanuel.com

KATE SCHERLING on behalf of Intervenor-Defendant Whitebox Advisors LLC
katescherling@quinnemanuel.com

DAVID M. SCHLECKER on behalf of Interested Party THE BANK OF NEW YORK
MELLON
dschlecker@reedsmith.com

MARTIN L. SEIDEL, on behalf of Interested Party Bettina Whyte
mseidel@willkie.com, mao@willkie.com

ERIC SEILER on behalf of Interested Party SIDLEY AUSTIN LLP
eseiler@fklaw.com

PHILIPPE Z. SELENDY on behalf of Plaintiff MBIA INSURANCE CORPORATION
pselendy@selendygay.com

PHILIPPE Z. SELENDY on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
pselendy@selendygay.com

RICHARD M. SELTZER on behalf of Creditor Service Employees International Union
rseltzer@cwsny.com

RICHARD M. SELTZER on behalf of Creditor United Auto Workers International Union
rseltzer@cwsny.com

LEE R SEPULVADO RAMOS, on behalf of Creditor Total Petroleum Puerto Rico Corp.
lsepulvado@smclawpr.com, leesepulvado@gmail.com;lsepulvado@ecf.courtdrive.com

LEE R SEPULVADO RAMOS, on behalf of Interested Party THE BANK OF NEW
YORK MELLON
lsepulvado@smclawpr.com, leesepulvado@gmail.com;lsepulvado@ecf.courtdrive.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor CESAR CAMINERO
RAMOS
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor EMMANUEL RODRIGUEZ
COLLAZO
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor JUAN ALBERTO
SANTIAGO MELENDEZ
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor JULIO RANCEL LOPEZ
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor LUIS MODESTO
RODRIGUEZ RIVERA
serrano.urdaz.law@hotmail.com

MIGUEL ANGEL SERRANO URDAZ on behalf of Creditor RAFAEL BONILLA RIVERA
serrano.urdaz.law@hotmail.com

CASEY J SERVAIS, on behalf of Interested Party Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J SERVAIS, on behalf of Interested Party Assured Guaranty Municipal Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Creditor ASSURED GUARANTY CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Creditor ASSURED GUARANTY MUNICIPAL CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Interested Party Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Interested Party Assured Guaranty Municipal Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Intervenor Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Intervenor Assured Guaranty Municipal Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff ASSURED GUARANTY CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff ASSURED GUARANTY MUNICIPAL CORP
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff Assured Guaranty Corp.
casey.servais@cwt.com

CASEY J. SERVAIS on behalf of Plaintiff Assured Guaranty Municipal Corp.
casey.servais@cwt.com

K. JOHN SHAFFER on behalf of Interested Party Lawful Constitutional Debt Coalition
johnshaffer@quinnemanuel.com

K. JOHN SHAFFER on behalf of Intervenor-Defendant Lawful Constitutional Debt
Coalition
johnshaffer@quinnemanuel.com

PAUL V. SHALHOUB on behalf of Interested Party Bettina Whyte
pshalhoub@willkie.com

DANIEL S. SHAMAH on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
dshamah@omm.com

DANIEL S. SHAMAH on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
dshamah@omm.com

KAITLIN P SHEEHAN, on behalf of Creditor Goldman Sachs Asset Management, L.P.
ksheehan@mwe.com, amauro@mwe.com

KAITLIN P. SHEEHAN on behalf of Creditor GOLDMAN SACHS ASSET
MANAGEMENT LP
ksheehan@mwe.com, amauro@mwe.com

LOCHLAN F. SHELFER on behalf of Interested Party Aurelius Investment, LLC
lshelfer@gibsondunn.com

LOCHLAN F. SHELFER on behalf of Interested Party Aurelius Opportunities Fund, LLC
lshelfer@gibsondunn.com

LOCHLAN F. SHELFER on behalf of Interested Party Lex Claims, LLC
lshelfer@gibsondunn.com

GREGORY SILBERT on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT on behalf of Intervenor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT on behalf of Plaintiff NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION
gregory.silbert@weil.com

GREGORY SILBERT, on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
gregory.silbert@weil.com

MIGUEL SIMONET SIERRA on behalf of Creditor Service Employees International
Union
msimonet@llvslaw.com, cmatias@llvslaw.com

MIGUEL SIMONET SIERRA on behalf of Creditor United Auto Workers International
Union
msimonet@llvslaw.com, cmatias@llvslaw.com

JAMES RYAN SIMS on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Andalusian Global Designated Activity
Company
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Glendon Opportunities Fund, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Mason Capital Master Fund LP
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Nokota Capital Master Fund, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor Ocher Rose L.L.C.
rsims@jonesday.com

JAMES RYAN SIMS on behalf of Creditor SV Credit, L.P.
rsims@jonesday.com

LUKE A SIZEMORE, on behalf of Interested Party THE BANK OF NEW YORK MELLON
lseizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Debtor PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)
lseizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Defendant THE BANK OF NEW YORK MELLON
lseizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Interested Party THE BANK OF NEW YORK MELLON
lsizemore@reedsmith.com

LUKE A. SIZEMORE on behalf of Intervenor THE BANK OF NEW YORK MELLON
lseizemore@reedsmith.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Andalusian Global Designated Activity Company
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Glendon Opportunities Fund, L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Mason Capital Master Fund LP
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Ocher Rose
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Ocher Rose L.L.C.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND II INC
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND INC
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND INC
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund II,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund III,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund IV,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund V,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund VI,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Fixed Income Fund,
Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico GNMA and U.S.
Government Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Bond Fund I
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc,
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Investors Tax-Free
Fund, Inc. II
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Mortgae-Backed &
U.S. Government Securities Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Puerto Rico Mortgage-Backed
&U.S Government Securities Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor SV Credit, L.P.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Creditor UBS IRA Select Growth & Income
Puerto Rico Fund
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto RIco AAA Portfolio
Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico AAA Portfolio
Bond Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico AAA Portfolio
Bond Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed Income
Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Fixed
IncomeFund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.

csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Bond Fund I
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Puerto Rico Mortgage-
Backed
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Tax-Free Puerto Rico
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Tax-Free Puerto Rico
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Cross Defendant UBS IRA Select Growth &
Income Puerto Rico Fund
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico GNMA &
U.S. Government Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Bond Fund I

csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund III, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund IV, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund V, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund VI, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico Investors
Tax-Free Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Puerto Rico
Mortgage-Backed
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Fund II, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of Intervenor-Defendant UBS IRA Select
Growth & Income Puerto Rico Fund
csloane@whitecase.com

CHERYL TEDESCHI SLOANE on behalf of U.S. Trustee US TRUSTEE-REGION 21
csloane@whitecase.com

WILLIAM P SMITH, on behalf of Creditor Goldman Sachs Asset Management, L.P.
wsmith@mwe.com

WILLIAM P. SMITH on behalf of Creditor GOLDMAN SACHS ASSET MANAGEMENT
LP
wsmith@mwe.com

WILLIAM P. SMITH on behalf of Interested Party GOLDMAN SACHS ASSET
MANAGEMENT LP
wsmith@mwe.com

ZACHARY H. SMITH on behalf of Interested Party Government Development Bank for
Puerto Rico
zacharysmith@mvalaw.com

SPARKLE L. SOOKNANAN on behalf of Creditor Altair Global Opportunities Fund (A),
LLC
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Andalusian Global Designated Activity
Company
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Andalusian Global Limited
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Appaloosa Management LP
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Glendon Opportunities Fund, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Mason Capital Management, LLC
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Mason Capital Master Fund LP
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Nokota Capital Management, LLC
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Nokota Capital Master Fund, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oak Tree Opportunities Fund I
(Parallel 2), L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oaktree Opportunities Fund IX
(Parallel 2), L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Oaktree Value Opportunities Fund,
L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Ocher Rose
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor Ocher Rose L.L.C.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Creditor SV Credit, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Andalusian Global Designated Activity
Company
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Glendon Opportunities Fund, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Mason Capital Master Fund LP
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree Opportunities Fund IX
(Parallel 2), L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree Value Opportunities Fund,
L.P.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff Ocher Rose L.L.C.
ssooknanan@jonesday.com

SPARKLE L. SOOKNANAN on behalf of Plaintiff SV Credit, L.P.
ssooknanan@jonesday.com

JOSE SOSA LLORENS on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
jose.sosa@dlapiper.com, Laura.Ferran@dlapiper.com

JOSE SOSA LLORENS on behalf of Interested Party UNIVERSITY OF PUERTO RICO
jose.sosa@dlapiper.com, Laura.Ferran@dlapiper.com

MARTIN A SOSLAND, on behalf of Creditor Financial Guaranty Insurance Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

MARTIN A. SOSLAND on behalf of Creditor Financial Guaranty Insurance Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

MARTIN A. SOSLAND on behalf of Interested Party Financial Guaranty Insurance
Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

MARTIN A. SOSLAND on behalf of Plaintiff Financial Guaranty Insurance Company
martin.sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,jason.callen@butlersnow
.com

FREDRIC SOSNICK on behalf of Interested Party EcoElectrica, L.P.
FSosnick@Shearman.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Aristeia Horizon, LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 1, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 10, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 2, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 3, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 4, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 5, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 6, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 7, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 8, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Decagon Holdings 9, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Golden Tree Asset
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Scoggin Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Taconic Master Fund 1.5 LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Taconic Opportunity Master
Fund LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Tilden Park Capital
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Counter-Claimant Whitebox Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Creditor River Canyon Fund Management, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Aristeia Horizon, LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 1, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 10, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 2, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 3, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 4, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 5, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 6, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 7, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 8, LLC

zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Decagon Holdings 9, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Golden Tree Asset Management
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Scoggin Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Taconic Master Fund 1.5 LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Taconic Opportunity Master Fund
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Tilden Park Capital Management
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Cross-Claimant Whitebox Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Aristea Horizons, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Aristeia Capital, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party CRS Master Fund, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Camino Cipres LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Camino Roble LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Canary SC Master Fund, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Canyon Capital Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Crescent 1, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Capital Partners, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Opportunities Master Fund
II, Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Cyrus Special Strategies Master
Fund, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 1, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 10, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 2, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 3, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 4, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 5, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 6, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 7, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 8, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Decagon Holdings 9, L.L.C.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party GoldenTree Asset Management
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Merced Partners IV, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Merced Partners Limited
Partnership
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Merced Partners V, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party River Canyon Fund Management
LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party SB Special Situation Master Fund
SPC, Segregated Portfolio D
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Scoggin International Fund Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Scoggin Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Scoggin Worldwide Fund Ltd.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Taconic Capital Advisors L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Taconic Master Fund 1.5 L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Taconic Opportunity Master Fund
L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party The Varde Skyway Master Fund,
L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Tilden Park Capital Management
LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Tilden Park Investment Master
Fund LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Varde Credit Partners Master,
L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Varde Investment Partners, L.P.
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Whitebox Advisors LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Interested Party Jose F Rodriguez-Perello
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Aristeia Horizon, LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 10, LLC

zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Fideicomiso Plaza
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Golden Tree Asset
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Old Bellows Partners LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Scoggin Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Taconic Opportunity Master
Fund LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
zarelderecho@gmail.com

ZAREL J SOTO ACABA on behalf of Intervenor-Defendant Whitebox Advisors LLC
zarelderecho@gmail.com

JUAN B. SOTO BALBAS on behalf of Creditor Muncipio de Gurabo
jsotobalbas@gmail.com

JUAN B. SOTO BALBAS on behalf of Creditor ADRIAN MERCADO JIMENEZ
jsotobalbas@gmail.com

ANDREW J. SOVEN on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
asoven@reedsmith.com

GEORGE A. SPADORO on behalf of Interested Party Arc American
gspadoro@csglaw.com

MEGHAN K. SPILLANE on behalf of Consultant Citigroup Global Markets Inc.
mspillane@goodwinlaw.com

MEGHAN K. SPILLANE on behalf of Interested Party CITIGROUP INC.
mspillane@goodwinlaw.com

MEGHAN K. SPILLANE on behalf of Interested Party Citibank, N.A.
mspillane@goodwinlaw.com

MEGHAN K. SPILLANE on behalf of Interested Party Citigroup Global Markets Inc.
mspillane@goodwinlaw.com

KATHLEEN M. ST. JOHN on behalf of Creditor First Transit of Puerto Rico, Inc.
bos-bankruptcy@hklaw.com

LAURA STAFFORD on behalf of Debtor COMMONWEALTH OF PUERTO RICO
lstafford@proskauer.com

MARK T. STANCIL on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor ACP MASTER, LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AURELIUS INVESTMENT, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor AUTONOMY MASTER FUND LIMITED
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor Aurelius Capital Master, Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor Aurelius Convergence Master, Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS I LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS II LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS III LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS IV LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor JACANA HOLDINGS V LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor LEX CLAIMS, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor LMAP 903 LIMITED
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MCP HOLDINGS MASTER LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS II
LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor MPR INVESTORS LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor P MONARCH RECOVERY LTD

mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor PERMAL STONE LION FUND LTD
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor PINEHURST PARTNERS, L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor RRW I LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SL LIQUIDATION FUND L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SL PUERTO RICO FUND II L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Creditor SL PUERTO RICO FUND L.P
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant ACP Master, Ltd.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Aurelius Capital Master, Ltd.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Aurelius Investment, LLC,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Aurelius Opportunities Fund, LLC,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Autonomy Master Fund Limited
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Corbin Opportunity Fund, L.P.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Lex Claims, LLC,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Defendant Pinehurst Partners, L.P.,
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff ACP Master, Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Capital Master, Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Convergence Master, Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Investment, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Aurelius Opportunities Fund, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Autonomy Master Fund Limited
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Corbin Opportunity Fund, L.P.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff FCO Special Opportunities (A1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff FCO Special Opportunities (D1) LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Fundamental Credit Opportunities Master Fund
LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings I LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings II LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings III LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings IV LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Jacana Holdings V LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff LMAP 903 Limited
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Lex Claims, LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff MCP Holdings Master LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff MPR Investors LLC
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Alternative Solutions Master Fund Ltd
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Capital Master Partners II LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Capital Master Partners III LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Capital Master Partners IV LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Monarch Special Opportunities Master Fund Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff P Monarch Recovery Ltd.
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Pinehurst Partners, LP
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated Portfolio AG
mstancil@robbinsrussell.com

MARK T. STANCIL on behalf of Plaintiff RRW I LLC
mstancil@robbinsrussell.com

CATHERINE STEEGE, on behalf of Creditor Official Committee of Retired Employees of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

ARTHUR STEINBERG on behalf of Defendant GDB Debt Recovery Authority
asteinberg@kslaw.com

ARTHUR STEINBERG on behalf of Defendant David Pauker
asteinberg@kslaw.com

ARTHUR STEINBERG on behalf of Defendant JORGE L. PADILLA
asteinberg@kslaw.com

ARTHUR STEINBERG on behalf of Defendant Matthew Karp
asteinberg@kslaw.com

STUART T. STEINBERG, on behalf of Creditor PEAJE INVESTMENTS LLC
stuart.steinberg@dechert.com

STUART T. STEINBERG, on behalf of Interested Party Peaje Investment, LLC
stuart.steinberg@dechert.com

STUART T. STEINBERG, on behalf of Plaintiff Peaje Investment, LLC
stuart.steinberg@dechert.com

ROBERT STERN on behalf of Interested Party RBC Capital Markets, LLC
RStern@orrick.com

GEOFFREY S. STEWART on behalf of Plaintiff Andalusian Global Designated Activity
Company
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Glendon Opportunities Fund, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Mason Capital Master Fund LP
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree Opportunities Fund IX (Parallel
2), L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree Opportunities Fund IX, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree Value Opportunities Fund, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Oaktree-Forrest Multi-Strategy, L.L.C.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff Ocher Rose L.L.C.
gstewart@jonesday.com

GEOFFREY S. STEWART on behalf of Plaintiff SV Credit, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Altair Global Credit Opportunities Fund
(A), LLC
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Andalusian Global Limited
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Glendon Opportunities Fund, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Mason Capital Master Fund LP
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Nokota Capital Master Fund, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oak Tree Opportunities Fund IX, L.P.

gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oak Tree-Forrest Multi-Strategy, LLC
(Series B)
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oaktree Opportunities Fund IX
(Parallel 2), L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Oaktree Value Opportunities Fund,
L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor Ocher Rose
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Creditor SV Credit, L.P.
gstewart@jonesday.com

GEOFFREY S. STEWART, on behalf of Interested Party Glendon Opportunities Fund,
L.P.
gstewart@jonesday.com

KATARINA STIPEC-RUBIO, on behalf of Defendant VOYA INSTITUTIONAL TRUST
COMPANY
kstipec@amgprlaw.com, smolina@amgprlaw.com

KATARINA STIPEC-RUBIO, on behalf of Plaintiff VOYA INSTITUTIONAL TRUST
COMPANY
kstipec@amgprlaw.com, smolina@amgprlaw.com

JESUS M SUAREZ on behalf of Creditor Official Committee of Unsecured Creditors
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-
law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Creditor Tradewinds Energy Barceloneta, LLC
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-
law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Interested Party Tradewinds Energy Vega Baja, LLC
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-
law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO

jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JESUS M SUAREZ on behalf of Plaintiff The Official Committee Of Unsecured Creditors Of The Commonwealth Of Puerto Rico,
jsuarez@gjb-law.com, jzamora@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;ssiff@gjb-law.com

JUAN MANUEL SUAREZ COBO on behalf of Interested Party JUAN MANUEL SUAREZ COBO
suarezcobo@gmail.com, pennyrose@legalpartnerspr.com;ecf.suarezcobo@gmail.com;R40319@notify.bestcase.com;noemi@legalpartnerspr.com;maribel@legalpartnerspr.com;cgonzalez@legalpartnerspr.com

JUAN MANUEL SUAREZ COBO on behalf of Interested Party Juan M. Suarez-Cobo
suarezcobo@gmail.com, pennyrose@legalpartnerspr.com;ecf.suarezcobo@gmail.com;R40319@notify.bestcase.com;noemi@legalpartnerspr.com;maribel@legalpartnerspr.com;cgonzalez@legalpartnerspr.com

KENNETH C SURIA RIVERA on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, Acting by and through the Members of the Special Claims Committee
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, acting by and through the Members of the Special Claims Committee
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Interested Party The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Plaintiff THE SPECIAL CLAIMS
COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS
kcsuria@welo.net

KENNETH C SURIA RIVERA on behalf of Plaintiff The Special Claims Committee of the
Financial Oversight and Management Board for Puerto Rico, by and through its
Members
kcsuria@welo.net

WILLIAM J. SUSHON on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant Puerto Rico Fiscal and Financial Advisory
Authority for the Commonwealth of Puerto Rico
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant Christian Sobrino
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant RICARDO ROSSELLO NEVARES
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Defendant WANDA VAZQUEZ GARCED
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Plaintiff The Puerto Rico Fiscal Agency and
Financial Advisory Authority
wsushon@omm.com

WILLIAM J. SUSHON on behalf of Plaintiff Hon. Ricardo Antonio Rosello Nevares
wsushon@omm.com

Jaime L. Sanabria Montanez on behalf of Interested Party Asociacion de Jubilados de
la Judicatura de Puerto Rico, Inc.
jsanabria@sbgblaw.com, avazquez@sbgblaw.com

Alejandro Argeo Santiago Martinez on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party Aurelius Investment,
LLC
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party Aurelius Opportunities
Fund, LLC
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party Lex Claims, LLC
asantiago@amgprlaw.com, as4117@georgetown.edu

Alejandro Argeo Santiago Martinez on behalf of Interested Party NATIONAL PUBLIC
FINANCE GUARANTEE CORPORATION
asantiago@amgprlaw.com, as4117@georgetown.edu

Richard J. Schell on behalf of Creditor PEAJE INVESTMENTS LLC
rschell@msglawpr.com

Richard J. Schell on behalf of Interested Party Peaje Investment, LLC
rschell@msglawpr.com

Richard J. Schell on behalf of Plaintiff Peaje Investment, LLC
rschell@msglawpr.com

Margaret Mary Schierberl on behalf of Interested Party The Puerto Rico Central
Recovery and Reconstruction Office
mschierberl@cgsh.com

Margaret Mary Schierberl on behalf of Interested Party The Puerto Rico Public-Private
Partnerships Authority
mschierberl@cgsh.com

Shai Schmidt on behalf of Creditor Pandora Select Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Asymmetric Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Caja Blanca Fund, LP
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox GT Fund, LP

sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Institutional Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Creditor Whitebox Term Credit Fund I L.P.
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Shai Schmidt on behalf of Interested Party Whitebox Advisors LLC
sschmidt@kasowitz.com, Courtnotices@kasowitz.com

Rosa M. Segui-Cordero on behalf of Interested Party Federacion Central de
Trabajadores, Local 481, UFCW
rosasegui@yahoo.com, rsegui@rodriguezbanchs.com;manuel@rodriguezbanchs.com

Martin L. Seidel on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
mseidel@willkie.com, mao@willkie.com

Paul V. Shalhoub on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
pshalhoub@willkie.com, mao@willkie.com

Paul V. Shalhoub on behalf of Interested Party Bettina Whyte
pshalhoub@willkie.com, mao@willkie.com

Rosa Sierra on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
rsierra@brownrudnick.com, cennis@brownrudnick.com

Rosa Sierra on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
rsierra@brownrudnick.com, cennis@brownrudnick.com

Rosa Sierra, on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
rsierra@brownrudnick.com, cennis@brownrudnick.com

Clarisa Sola-Gomez on behalf of Creditor Bermudez, Longo, Diaz-Masso, LLC
clarisasola@hotmail.com, facciopabonroca@microjuris.com

Louis M. Solomon on behalf of Interested Party THE BANK OF NEW YORK MELLON

lsolomon@reedsmith.com

E. Andrew Southerling on behalf of Interested Party BMO Capital Markets GKST
asoutherling@mcguirewoods.com

E. Andrew Southerling on behalf of Interested Party Jefferies LLC
asoutherling@mcguirewoods.com

Claudia Z. Springer on behalf of Creditor Siemens Transportation Partnership Puerto
Rico, S.E.
cspringer@reedsmith.com

David F. Staber on behalf of Creditor Cobra Acquisitions LLC
dstaber@akingump.com

Katherine Stadler on behalf of Examiner Brady C. Williamson
kstadler@gklaw.com

Catherine L Steege on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

Catherine L Steege on behalf of Interested Party Official Committee of Retired
Employees of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

Catherine L Steege on behalf of Intervenor The Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
csteege@jenner.com, docketing@jenner.com;thooker@jenner.com;mroot@jenner.com

Benjamin J Steele on behalf of Other Professional Prime Clerk LLC
bsteele@primeclerk.com, puertoricoteam@primeclerk.com

Benjamin J Steele on behalf of Other Professional Prime Clerk, LLC
bsteele@primeclerk.com, puertoricoteam@primeclerk.com

Katarina Stipec-Rubio on behalf of Creditor Abengoa Puerto Rico, S.E.
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Creditor Abengoa, S.A.
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Abengoa Puerto Rico, S.E.
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Abengoa, S.A.

kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Aurelius Investment, LLC
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Aurelius Opportunities Fund, LLC
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party Lex Claims, LLC
kstipec@amgprlaw.com, smolina@amgprlaw.com

Katarina Stipec-Rubio on behalf of Interested Party VOYA INSTITUTIONAL TRUST
COMPANY
kstipec@amgprlaw.com, smolina@amgprlaw.com

EDNA M TEJEDA OYOLA on behalf of Creditor Doral Financial Corporation
etejeda@splawpr.com, etejedalaw@gmail.com

ANDREW V. TENZER on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Creditor Official Committee of Unsecured Creditors
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Creditor Committee Official Committee of Retired
Employees of the Commonwealth of Puerto Rico
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Creditor Committee Official Committee of
Unsecured Creditors
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Interested Party Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico
ANDREWTENZER@PAULHASTINGS.COM

ANDREW V. TENZER on behalf of Intervenor Official Committee of Unsecured
Creditors
ANDREWTENZER@PAULHASTINGS.COM

DANIELLE E. TEPPER on behalf of Interested Party SIDLEY AUSTIN LLP
dtepper@fklaw.com

CHRIS THEODORIDIS on behalf of Debtor COMMONWEALTH OF PUERTO RICO
ctheodoridis@proskauer.com

CHRIS THEODORIDIS on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
ctheodoridis@proskauer.com

CHRIS THEODORIDIS on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
ctheodoridis@proskauer.com

MEGAN THIBERT-IND on behalf of Creditor GOLDMAN SACHS ASSET
MANAGEMENT LP
mthibert-ind@mwe.com, ncoco@mwe.com;rhatter@mwe.com;ascheibe@mwe.com

MEGAN THIBERT-IND, on behalf of Creditor Goldman Sachs Asset Management, L.P.
mthibert-ind@mwe.com, ncoco@mwe.com;rhatter@mwe.com;ascheibe@mwe.com

MY CHI TO on behalf of Creditor Syncora Capital Assurance Inc.
mcto@debevoise.com

MY CHI TO on behalf of Creditor Syncora Capital Assurance, Inc.
mcto@debevoise.com

MY CHI TO on behalf of Creditor Syncora Guarantee Inc.
mcto@debevoise.com

MY CHI TO on behalf of Creditor Syncora Guarantee, Inc.
mcto@debevoise.com

MY CHI TO on behalf of Interested Party Syncora Capital Assurance, Inc.
mcto@debevoise.com

MY CHI TO on behalf of Interested Party Syncora Guarantee, Inc.
mcto@debevoise.com

MARC J. TOBAK on behalf of Creditor Commonwealth Bondholder Group
marc.tobak@davispolk.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JETSTREAM FEDERAL
CREDIT UNION
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ALONDRA JANISSE NEGRON
SANTANA
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor CARMEN LYDIA RIOS
ARROYO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor DARIANA LIZ MARRERO
MARRERO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor DEBORAH MARIE SANTANA
MARRERO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ELENA ARROYO VAZQUEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ELENA MARIE MARRERO
RIOS
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor ERICK JOEL SANTANA
MARRERO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor FELIX OMAR COLON
BERNARD
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor HECTOR CESARIO SANTIAGO
RIVERA
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Ismael Rivera Grau
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JANZEL DANIEL QUINTANA
ROSADO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JOSE VAZQUEZ FELICIANO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor JOSEPH NEGRON VAZQUEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor LORNA LEE MARRERO RIOS
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Lourdes Morales Reyes
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Luis Enrique Pacheco Nunez
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor MARTA VAZQUEZ TORRES
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor Maria Elena Garcia Caballero
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor NEFTALY MENDEZ VAZQUEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor PABLO JUAN RIOS ARROYO
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor RAYMOND ARMANDO
NEGRON LOPEZ
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor REY REYES REYES
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor RUTH ROSADO BERRIOS
toledo.bankruptcy@gmail.com

OSVALDO TOLEDO MARTINEZ on behalf of Creditor VIRGINIA DIAZ DELGADO
toledo.bankruptcy@gmail.com

DAVID S. TORBORG on behalf of Creditor Altair Global Credit Opportunities Fund (A),
LLC
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Andalusian Global Designated Activity
Company
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Glendon Opportunities Fund, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Mason Capital Master Fund LP
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Nokota Capital Master Fund, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree Opportunities Fund IX (Parallel 2), L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree Opportunities Fund IX, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree Value Opportunities Fund, L.P.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Oaktree-Forrest Multi-Strategy, L.L.C.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor Ocher Rose L.L.C.
dstorborg@JonesDay.com

DAVID S. TORBORG on behalf of Creditor SV Credit, L.P.
dstorborg@JonesDay.com

ANGELICA TORO on behalf of Interested Party BANCO POPULAR DE PUERTO RICO
angelica.toro@popular.com, sylvia.martinez@popular.com

LIRIO DEL MAR TORRES on behalf of Creditor CUERPO ORGANIZADO DE LA POLICIA , INC
liriotorresjust@gmail.com, r42832@notify.bestcase.com;ezdocslirio@gmail.com

RAMON TORRES RODRIGUEZ on behalf of Creditor ANNETTE MARY BLASINI BATISTA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

RAMON TORRES RODRIGUEZ on behalf of Creditor ANTONIA RITA BLASINI BATISTA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

RAMON TORRES RODRIGUEZ on behalf of Creditor SILVIA BATISTA CASTRESANA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

RAMON TORRES RODRIGUEZ on behalf of Creditor SILVIA CONSUELO BLASINI BATISTA
rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

LUCAS C. TOWNSEND on behalf of Interested Party Aurelius Investment, LLC
ltownsend@gibsondunn.com

LUCAS C. TOWNSEND on behalf of Interested Party Aurelius Opportunities Fund, LLC
ltownsend@gibsondunn.com

LUCAS C. TOWNSEND on behalf of Interested Party Lex Claims, LLC
ltownsend@gibsondunn.com

MATTHEW TRIGGS on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
mtriggs@proskauer.com

MATTHEW J. TROY on behalf of Creditor United States of America
matthew.troy@usdoj.gov, CorpFin.ECF@usdoj.gov

MATTHEW J. TROY on behalf of Interested Party UNITED STATES OF AMERICA
matthew.troy@usdoj.gov, CorpFin.ECF@usdoj.gov

ERIC A. TULLA on behalf of Creditor US BANK NATIONAL ASSOCIATION
etulla@riveratulla.com, virizarry@riveratulla.com

ERIC A. TULLA on behalf of Creditor US Bank Trust National Association
etulla@riveratulla.com, virizarry@riveratulla.com

ERIC A. TULLA on behalf of Interested Party U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE
etulla@riveratulla.com, virizarry@riveratulla.com

ERIC A. TULLA on behalf of Interested Party U.S. Bank Trust National Association,
Trustee
etulla@riveratulla.com, virizarry@riveratulla.com

Andrew M. Thau on behalf of Interested Party Lawful Constitutional Debt Coalition
athau@whiteboxadvisors.com

Allison S. Thornton on behalf of Creditor Cobra Acquisitions LLC
athornton@akingump.com

Sonia Ivette Torres Pabon on behalf of Interested Party Cetera Investment Services
LLC
storres@melendeztorreslaw.com, vmartinez@melendeztorreslaw.com

Sheila J Torres-Delgado on behalf of Creditor 191 plaintiffs in Civil Case Nos. 13-1296
and 13-1560 and consolidated cases
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Defendant THOMAS RIVERA-SCHATZ
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Intervenor-Defendant Federacion de Alcaldes de
Puerto Rico, Inc.
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Plaintiff Carlos J. Mendez Nunez
storres@alblegal.net, lrodriguez@alblegal.net

Sheila J Torres-Delgado on behalf of Plaintiff Thomas Rivera - Schatz
storres@alblegal.net, lrodriguez@alblegal.net

ANN MARIE UETZ on behalf of Interested Party Whitefish Energy Holdings, LLC
auetz@foley.com

SUZZANNE UHLAND on behalf of Defendant PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant The Government Development Bank of
Puerto Rico
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant The Puerto Rico Fiscal Agency and
Financial Advisory Authority
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant Christian Sobrino Vega
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant GERARDO JOSE PORTELA FRANCO
suhland@omm.com

SUZZANNE UHLAND on behalf of Defendant Omar J. Marrero
suhland@omm.com

SUZZANNE UHLAND on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

SUZZANNE UHLAND on behalf of Intervenor PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

SUZZANNE UHLAND, on behalf of Interested Party PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
suhland@omm.com

US TRUSTEE-REGION 21
ustpregion21.hr.ecf@usdoj.gov

HECTOR E VALDES ORTIZ on behalf of Creditor COOPERATIVA DE SEGUROS
MULTIPLES DE PUERTO RICO
hvaldes@v-olaw.com, valdeshe@gmail.com

JOSE-ENRICO VALENZUELA ALVARADO on behalf of Plaintiff Carlos Perez-Molina
jeva@valenzuelalaw.net

LUISA S VALLE CASTRO on behalf of Creditor Cantor-Katz Collateral Monitor LLC
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Huellas Therapy Corp.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor INTEGRA DESIGN GROUP, P.S.C.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Lehman Brothers Holdings Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Lehman Brothers Holdings, Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Creditor Procesos de Informatica, Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Defendant Huellas Therapy Corp.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Defendant Integra Design Group PSC
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Defendant Procesos de Informatica, Inc.
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Interested Party BACARDI CORPORATION
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Interested Party BACARDI INTERNATIONAL
LIMITED

notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

LUISA S VALLE CASTRO on behalf of Interested Party Whitefish Energy Holdings, LLC
notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

FERNANDO VAN DERDYS on behalf of Creditor Aristea Horizons, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor CRS Master Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Camino Cipres LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Camino Roble LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canary SC Master Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Balanced Master Fund, Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Balanced Master Fund, Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Value Realization Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Canyon Value Realization Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Crescent 1, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Cyrus Opportunities Master Fund II,
Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Cyrus Select Opportunities Master
Fund, Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Cyrus Special Strategies Master
Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 1, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 10, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 2, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 3, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 4, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 5, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 6, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 7, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 8, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Decagon Holdings 9, L.L.C.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Merced Partners IV, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Merced Partners Limited Partnership
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Merced Partners V, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Pandora Select Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Pandora Select Partners, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Pandora Select Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor River Canyon Fund Management,
LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor SB Special Situation Master Fund
SPC, Segregated Portfolio D
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Scoggin International Fund Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Scoggin Worldwide Fund Ltd.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Taconic Master Fund 1.5 L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Taconic Opportunity Master Fund L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Canyon Value Realization Master
Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor The Varde Skyway Master Fund, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Tilden Park Investment Master Fund
LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Varde Credit Partners Master, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Varde Investment Partners (Offshore) Master, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Varde Investment Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Asymmetric Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Asymmetric Partners, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Asymmetric Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Institutional Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Institutional Partners, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Institutional Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Multi Strategy Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Term Credit Fund I L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Term Credit Fund I L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Whitebox Term Credit Fund I L.P.
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Creditor Jose F Rodriguez-Perello

fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Aristea Horizons, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party CRS Master Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Camino Cipres LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Camino Roble LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Canary SC Master Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Canyon Capital Advisors LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Crescent 1, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Cyrus Opportunities Master
Fund II, Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Cyrus Select Opportunities
Master Fund, Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Cyrus Special Strategies
Master Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 1, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 10, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 2, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 3, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 4, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 5, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 6, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 7, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 8, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Decagon Holdings 9, L.L.C.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Merced Partners IV, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Merced Partners Limited
Partnership
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Merced Partners V, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party River Canyon Fund
Management LLC
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party SB Special Situation Master
Fund SPC, Segregated Portfolio D
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Scoggin International Fund
Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Scoggin Worldwide Fund Ltd.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Taconic Master Fund 1.5 L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Taconic Opportunity Master
Fund L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party The Varde Skyway Master
Fund, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Tilden Park Investment
Master Fund LP
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Varde Credit Partners Master,
L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Varde Investment Partners
(Offshore) Master, L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Varde Investment Partners,
L.P.
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Interested Party Jose F Rodriguez-Perello
fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Aristeia Horizon, LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 1,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 10,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 2,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 3,
LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Fideicomiso Plaza
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Golden Tree Asset Management LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Old Bellows Partners LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Scoggin Management LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Taconic Opportunity Master Fund LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Tilden Park Capital
Management LP
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

FERNANDO VAN DERDYS on behalf of Intervenor-Defendant Whitebox Advisors LLC
fvanderdys@gmail.com, fvanderdys@yahoo.com;fvander@reichardescalera.com

JANE PATRICIA VAN KIRK on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor Ad Hoc Group of PREPA
Bondholders
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor Invesco/Oppenheimer Funds
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor MUTUAL FUND GROUP
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Creditor OPPENHEIMER FUNDS
jvankirk@tcm.law

JANE PATRICIA VAN KIRK on behalf of Interested Party Oppenheimer Funds
jvankirk@tcm.law

PIETER VAN TOL on behalf of Creditor US BANK NATIONAL ASSOCIATION
pieter.vantol@hoganlovells.com

PIETER VAN TOL on behalf of Creditor US Bank Trust National Association
pieter.vantol@hoganlovells.com

MARK VAZQUEZ, on behalf of Creditor Anne Catesby Jones
markv@hbsslaw.com

MARK VAZQUEZ, on behalf of Creditor Jorge Valdes Llauger
markv@hbsslaw.com

MARALIZ VAZQUEZ MARRERO on behalf of Creditor PUERTO RICO AAA
PORTFOLIO BOND FUND II INC
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor PUERTO RICO AAA
PORTFOLIO BOND FUND INC

mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor PUERTO RICO AAA
PORTFOLIO TARGET MATURITY FUND INC
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto RIco AAA Portfolio
Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund II, Inc
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Bond
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico AAA Portfolio Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund
VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico GNMA and U.S. Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Bond Fund I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II

mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Mortgae-Backed &
U.S. Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Puerto Rico Mortgage-Backed
&U.S Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Tax-Free Puerto Rico Fund II,
Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor Tax-Free Puerto Rico Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Creditor UBS IRA Select Growth &
Income Puerto Rico Fund
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
Income Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Fixed
IncomeFund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico GNMA &
U.S. Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Bond Fund I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund VI, Inc.

mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Investors
Tax-Free Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Puerto Rico Mortgage-
Backed
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Tax-Free Puerto Rico
Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Tax-Free Puerto Rico
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant Tax-Free Puerto Rico
Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Cross Defendant UBS IRA Select Growth
& Income Puerto Rico Fund
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto RIco AAA
Portfolio Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico AAA
Portfolio Bond Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
Income Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico Fixed
IncomeFund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico GNMA
& U.S. Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Bond Fund I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Investors Tax-Free Fund, Inc.

mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Puerto Rico
Mortgage-Backed
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant Tax-Free Puerto
Rico Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Intervenor-Defendant UBS IRA Select
Growth & Income Puerto Rico Fund
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico AAA Portfolio Bond
Fund II, Inc
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund
V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Fixed Income Fund,
Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Bond Fund
I
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund II, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund III, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund IV, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund V, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund VI, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Investors Tax-Free
Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Puerto Rico Mortgage-Backed &
U.S. Government Securities Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Tax-Free Puerto Rico Fund II,
Inc.

mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
mvazquez@diazvaz.law

MARALIZ VAZQUEZ MARRERO on behalf of Plaintiff Tax-Free Puerto Rico Target
Maturity Fund, Inc.
mvazquez@diazvaz.law

HENRY VAZQUEZ-IRIZARRY on behalf of Interested Party C & A, S.E.
hvilaw@gmail.com

JAVIER A VEGA VILLALBA on behalf of Creditor Fe-Ri Construction, Inc.
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Creditor Ariel Ferdman
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Defendant STATE INSURANCE FUND
CORPORATION
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Defendant Javier Rivera Rios
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

JAVIER A VEGA VILLALBA on behalf of Interested Party Elias Sanchez-Sifonte
jvv@wbmvlaw.com, javier.a.vega@gmail.com;sawbacal@aol.com;swb@wbmvlaw.com

CAROLINA VELAZ RIVERO on behalf of Defendant PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant Puerto Rico Fiscal and Financial
Advisory Authority for the Commonwealth of Puerto Rico
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant The Government Development
Bank of Puerto Rico
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant The Puerto Rico Fiscal Agency
and Financial Advisory Authority
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant Christian Sobrino
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Defendant WANDA VAZQUEZ GARCED
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Intervenor PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Plaintiff The Puerto Rico Fiscal Agency and
Financial Advisory Authority
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CAROLINA VELAZ RIVERO on behalf of Plaintiff Hon. Ricardo Antonio Rosello
Nevares
cvelaz@mpmlawpr.com, carolina.velaz@gmail.com;iadorno@mpmlawpr.com

DONALD B. VERRILLI on behalf of Debtor COMMONWEALTH OF PUERTO RICO
Donald.Verrilli@mto.com

DONALD B. VERRILLI on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
Donald.Verrilli@mto.com

MARIA E VICENS RIVERA on behalf of Creditor C/P Fuentes-Viguie
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor FINCA MATILDE,INC.
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor FINCA PERSEVERANCIA, INC.
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor ISLA DEL RIO, INC
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor SUCESION PASTOR MANDRY
MERCADO

mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor SUCESION SASTRE WIRSHING
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor ANTONIO FUENTES GONZALEZ
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor ISMAEL L PURCELL SOLER
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor Liana Rivera Olivieri
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor MARIA E VICENS
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Creditor Maria Y. Viguie Fernandez
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Interested Party C/P Purcell Collazo
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

MARIA E VICENS RIVERA on behalf of Interested Party Alys Collazo Bougeois
mevicens@yahoo.com,
mevicenslawoffice@gmail.com;VicensMR88106@notify.bestcase.com

HAROLD D VICENTE COLON on behalf of Plaintiff MBIA INSURANCE
CORPORATION
hdvc@vc-law.net

HAROLD D VICENTE COLON on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
hdvc@vc-law.net

HAROLD D. VICENTE-GONZALEZ on behalf of Creditor Fir Tree Partners
hvicente@vclawpr.com, pochart@vclawpr.com

HAROLD D. VICENTE-GONZALEZ on behalf of Plaintiff MBIA INSURANCE
CORPORATION
hvicente@vclawpr.com, pochart@vclawpr.com

HAROLD D. VICENTE-GONZALEZ on behalf of Plaintiff NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
hvicente@vclawpr.com, pochart@vclawpr.com

WILLIAM M VIDAL on behalf of Creditor Cardinal Health PR 120, Inc.
william.m.vidal@gmail.com

WILLIAM M VIDAL on behalf of Creditor Insight Management Group, Inc.
william.m.vidal@gmail.com

WILLIAM M VIDAL on behalf of Creditor Softek, Inc.
william.m.vidal@gmail.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant GDB Debt
Recovery Authority
cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant David Pauker
cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant JORGE L.
PADILLA
cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

CHARLES EDWARD VILARO VALDERRABANO on behalf of Defendant Matthew Karp
cvilaro@CCSLLP.com,
usdc_notices@ccsllp.com;charlesvilaro@gmail.com;charlesvilaro@yahoo.com

RAMON L VINAS BUESO on behalf of Interested Party MCS ADVANTAGE, INC
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

RAMON L VINAS BUESO on behalf of Interested Party MCS Health Management
Options, Inc.
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

RAMON L VINAS BUESO on behalf of Interested Party MCS LIFE INSURANCE
COMPANY
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

RAMON L VINAS BUESO on behalf of Interested Party Medical Card System, Inc.
ramonvinas@vinasllc.com, ecfprb@vinasllc.com

Carlos M Vergne-Vargas on behalf of Creditor COOPERATIVA DE AHORRO Y
CRDITO DE ISABELA
carlosvergne@aol.com, dsantos@gonzalezmunozlaw.com

Gustavo J Viviani Melendez on behalf of Creditor UBS Trust Company of Puerto Rico
gviviani@lsphlaw.com, gustavoviviani@yahoo.com

Gustavo J Viviani Melendez on behalf of Financial Advisor Filsinger Energy Partners,
Inc.
gviviani@lsphlaw.com, gustavoviviani@yahoo.com

Francisco Javier Vizcarrondo Torres on behalf of Creditor Bernice Beauchamp-
Velazquez
fvizcarrondo@fjvtlaw.com, fvizcarrondo@gmail.com

Alana M. Vizcarrondo- Santana on behalf of Creditor Cobra Acquisitions LLC
vizcarrondo@reichardescalera.com

HELGI C. WALKER on behalf of Interested Party Aurelius Investment, LLC
hwalker@gibsondunn.com

HELGI C. WALKER on behalf of Interested Party Aurelius Opportunities Fund, LLC
hwalker@gibsondunn.com

HELGI C. WALKER on behalf of Interested Party Lex Claims, LLC
hwalker@gibsondunn.com

BLAIR M. WARNER on behalf of Creditor AES PR Limited Partnership
Blair.Warner@sidley.com

HADASSA R. WAXMAN on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Interested Party THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
hwaxman@proskauer.com

HADASSA R. WAXMAN on behalf of Plaintiff Financial Oversight and Management
Board for Puerto Rico as representative of the Employee Retirement System of the
Government of the Commonwealth of Puerto Rico Puerto Rico (Debtor)
hwaxman@proskauer.com

CARL N. WEDOFF on behalf of Creditor Official Committee of Retired Employees of
Puerto Rico
cwedoff@jenner.com

STEVEN O. WEISE on behalf of Debtor COMMONWEALTH OF PUERTO RICO
sweise@proskauer.com

STEVEN O. WEISE on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
sweise@proskauer.com

STEVEN O. WEISE on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
sweise@proskauer.com

STEVEN O. WEISE on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
sweise@proskauer.com

STEVEN O. WEISE on behalf of Defendant COMMONWEALTH OF PUERTO RICO
sweise@proskauer.com

STEVEN O. WEISE on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
sweise@proskauer.com

STEVEN O. WEISE on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
sweise@proskauer.com

ERIC I. WEISS on behalf of Creditor AMBAC ASSURANCE CORPORATION
Eweiss@milbank.com

JONATHAN M. WEISS on behalf of Defendant Bettina Whyte, as agent of, the Puerto
Rico Sales Tax Financing Corporation
jweiss@ktbslaw.com

JONATHAN M. WEISS on behalf of Interested Party Bettina Whyte
jweiss@ktbslaw.com

BRIAN WELLS on behalf of Creditor American Federation of Teachers as Agent of
Asociacion de Maestros de Puerto Rico Local Sindical
bwells@stroock.com

CLARK T. WHITMORE on behalf of Interested Party U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
Clark.Whitmore@Maslon.com

MATT J. WILLIAMS on behalf of Creditor Autopistas Metropolitanas de Puerto Rico,
LLC
mjwilliams@gibsondunn.com

ERIC WINSTON on behalf of Creditor Canyon Balanced Master Fund, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Canyon Value Realization Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Pandora Select Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor The Canyon Value Realization Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Asymmetric Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Institutional Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Multi-Strategy Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Creditor Whitebox Term Credit Fund I L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Aristea Horizons, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party CRS Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Camino Cipres LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Camino Roble LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Canary SC Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Canyon Capital Advisors LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Crescent 1, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Cyrus Opportunities Master Fund II, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Cyrus Select Opportunities Master Fund,
Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Cyrus Special Strategies Master Fund,
L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 1, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 10, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 2, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 3, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 4, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 5, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 6, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 7, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 8, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Decagon Holdings 9, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Merced Partners IV, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Merced Partners Limited Partnership
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Merced Partners V, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party River Canyon Fund Management LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party SB Special Situation Master Fund SPC,
Segregated Portfolio D
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Scoggin International Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Scoggin Worldwide Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Taconic Master Fund 1.5 L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Taconic Opportunity Master Fund L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party The Varde Skyway Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Tilden Park Investment Master Fund LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Varde Credit Partners Master, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Varde Investment Partners (Offshore)
Master, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Interested Party Varde Investment Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Aristeia Horizon, LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 1, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 10, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 2, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 3, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 4, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 5, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 6, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 7, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 8, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Decagon Holdings 9, LLC
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Fideicomiso Plaza
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Golden Tree Asset Management LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Old Bellows Partners LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Scoggin Management LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Taconic Master Fund 1.5 LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Taconic Opportunity Master Fund
LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Tilden Park Capital Management LP
ericwinston@quinnemanuel.com

ERIC WINSTON on behalf of Intervenor-Defendant Whitebox Advisors LLC
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Aristea Horizons, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor CRS Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Camino Cipres LLC
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Camino Roble LLC
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Canary SC Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Canyon Balanced Master Fund, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Canyon Value Realization Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Crescent 1, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Cyrus Opportunities Master Fund II, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Cyrus Select Opportunities Master Fund, Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Cyrus Special Strategies Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 1, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 10, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 2, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 3, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 4, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 5, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 6, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 7, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 8, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Decagon Holdings 9, L.L.C.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Merced Partners IV, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Merced Partners Limited Partnership
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Merced Partners V, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Pandora Select Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor SB Special Situation Master Fund SPC,
Segregated Portfolio D
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Scoggin International Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Scoggin Worldwide Fund Ltd.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Taconic Master Fund 1.5 L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Taconic Opportunity Master Fund L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor The Canyon Value Realization Master Fund,
L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor The Varde Skyway Master Fund, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Tilden Park Investment Master Fund LP
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Varde Credit Partners Master, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Varde Investment Partners (Offshore) Master,
L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Varde Investment Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Asymmetric Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Institutional Partners, L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Multi Strategy Partners, L.P.

ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Whitebox Term Credit Fund I L.P.
ericwinston@quinnemanuel.com

ERIC WINSTON, on behalf of Creditor Jose F Rodriguez-Perello
ericwinston@quinnemanuel.com

NOREEN WISCOVITCH RENTAS on behalf of Creditor Bankruptcy Estate of Romualdo
Rivera Andrini, Case No. 18-00981
courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

NOREEN WISCOVITCH RENTAS on behalf of Creditor NOREEN WISCOVITCH
RENTAS
courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

KEITH H. WOFFORD on behalf of Creditor Knighthead Capital Management, LLC
keith.wofford@ropesgray.com

AMY R. WOLF, on behalf of Creditor SCOTIABANK DE PUERTO RICO
arwolf@wlrk.com

SHANNON B. WOLF on behalf of Counter-Claimant QTCB Noteholder Group
shannon.wolf@morganlewis.com

SHANNON B. WOLF on behalf of Creditor QTBC Noteholder Group
shannon.wolf@morganlewis.com

SHANNON B. WOLF on behalf of Creditor QTCB Noteholder Group
shannon.wolf@morganlewis.com

SHANNON B. WOLF on behalf of Intervenor QTCB Noteholder Group
shannon.wolf@morganlewis.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Capital Assurance Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Capital Assurance, Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Guarantee Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Creditor Syncora Guarantee, Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Interested Party Syncora Capital Assurance, Inc.
eworenklein@debevoise.com

ELIE J. WORENKLEIN on behalf of Interested Party Syncora Guarantee, Inc.
eworenklein@debevoise.com

JAMES B. WORTHINGTON on behalf of Creditor OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Creditor Official Committee of Unsecured
Creditors
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Creditor Committee Official Committee of
Retired Employees of the Commonwealth of Puerto Rico
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Creditor Committee Official Committee of
Unsecured Creditors
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Interested Party Official Committee of
Unsecured Creditors of the Commonwealth of Puerto Rico
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Intervenor Official Committee of Unsecured
Creditors
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of
Puerto Rico
jamesworthington@paulhastings.com

JAMES B. WORTHINGTON on behalf of Plaintiff The Official Committee of Unsecured
Creditors of the Debtors (Other Than COFINA)
jamesworthington@paulhastings.com

Thomas George Ward on behalf of Interested Party UNITED STATES OF AMERICA
thomas.g.ward@usdoj.gov

Justin S. Weddle on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
jweddle@brownrudnick.com

Stuart A Weinstein-Bacal on behalf of Creditor Fe-Ri Construction, Inc.
sawbacal@aol.com, swb@wbmvlaw.com

Stuart A Weinstein-Bacal on behalf of Creditor Ariel Ferdman
sawbacal@aol.com, swb@wbmvlaw.com

Stuart A Weinstein-Bacal on behalf of Defendant Javier Rivera Rios
sawbacal@aol.com, swb@wbmvlaw.com

Edward S. Weisfelner on behalf of Interested Party The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto
Rico, et al.
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff THE SPECIAL CLAIMS COMMITTEE OF
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMBERS
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff The Official Committee Of Unsecured
Creditors Of The Commonwealth Of Puerto Rico
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Edward S. Weisfelner on behalf of Plaintiff The Special Claims Committee of the
Financial Oversight and Management Board for Puerto Rico, by and through its
Members
sbeville@brownrudnick.com;cennis@brownrudnick.com;rsierra@brownrudnick.com

Trevor J. Welch on behalf of Interested Party Whitebox Advisors LLC
mrios@arroyorioslaw.com

Jeffrey Williams on behalf of Creditor Asociacion Puertorriquena de la Judicatura, Inc.
jeffrey.williams@indianowilliams.com

Brady C. Williamson on behalf of Examiner Brady C. Williamson
bwilliam@gklaw.com

Samuel C. Wisotzkey on behalf of Creditor ManpowerGroup, Inc.
swisotzkey@kmksc.com

Amy R. Wolf on behalf of Creditor Cortland Capital Market Services LLC
arwolf@wlrk.com

Lucy C. Wolf on behalf of Interested Party The Financial Oversight and Management
Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al.
Lwolf@proskauer.com

LYNNE B XERRAS on behalf of Creditor First Transit of Puerto Rico, Inc.
Bos-Bankruptcy@hklaw.com

ANTONIO YANEZ, JR. on behalf of Interested Party Bettina Whyte
ayanez@willkie.com

MOHAMMAD S YASSIN on behalf of Interested Party PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY AUTHORITY
mohammad.yassin@aafaf.pr.gov, yassin.mohammad@gmail.com

STEPHEN YOUNGMAN on behalf of Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
stephen.youngman@weil.com

STEPHEN YOUNGMAN on behalf of Interested Party NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
stephen.youngman@weil.com

Antonio Yanez on behalf of Defendant Bettina Whyte, as agent of, the Puerto Rico
Sales Tax Financing Corporation
ayanez@willkie.com, mao@willkie.com

Antonio Yanez on behalf of Interested Party Bettina Whyte
ayanez@willkie.com, mao@willkie.com

Jonathan K. Youngwood on behalf of Creditor J.P. Morgan Securities LLC
jyoungwood@stblaw.com

JARED D. ZAJAC on behalf of Debtor COMMONWEALTH OF PUERTO RICO
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Debtor PUERTO RICO ELECTRIC POWER
AUTHORITY
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Defendant COMMONWEALTH OF PUERTO RICO
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Defendant EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
jzajac@proskauer.com

JARED D. ZAJAC on behalf of Defendant FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
jzajac@proskauer.com

JASON N ZAKIA, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND
II INC
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor PUERTO RICO AAA PORTFOLIO BOND FUND
INC
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor PUERTO RICO AAA PORTFOLIO TARGET
MATURITY FUND INC
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico AAA Portfolio Target Maturity Fund,
Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund V, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc. II
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Mortgae-Backed & U.S.
Government Securities Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Puerto Rico Mortgage-Backed &U.S
Government Securities Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N ZAKIA, on behalf of Creditor UBS IRA Select Growth & Income Puerto Rico
Fund
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto RIco AAA Portfolio Target Maturity Fund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund II, Inc
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico AAA Portfolio Bond Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Fixed Income Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico GNMA and U.S. Government
Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund II, Inc.

jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund V, Inc,
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Investors Tax-Free Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
jzakia@whitecase.com
JASON N. ZAKIA on behalf of Creditor Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Creditor Tax-Free Puerto Rico Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico AAA Portfolio Bond Fund
II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed Income Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Fixed IncomeFund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund II,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund
VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Investors Tax-Free Fund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Puerto Rico Mortgage-Backed
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant Tax-Free Puerto Rico Target Maturity
Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Cross Defendant UBS IRA Select Growth & Income
Puerto Rico Fund
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto RIco AAA Portfolio Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico AAA Portfolio Bond
Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund II,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund III,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund IV,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund V,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed Income Fund VI,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Fixed IncomeFund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico GNMA & U.S.
Government Target Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Investors Tax-Free
Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Puerto Rico Mortgage-Backed
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant Tax-Free Puerto Rico Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Intervenor-Defendant UBS IRA Select Growth & Income
Puerto Rico Fund
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto RIco AAA Portfolio Target Maturity Fund,
Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico AAA Portfolio Bond Fund II, Inc
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Fixed Income Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico GNMA & U.S. Government Target
Maturity Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Bond Fund I
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund III, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund IV, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund V, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund VI, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Investors Tax-Free Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Puerto Rico Mortgage-Backed & U.S.
Government Securities Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Tax-Free Puerto Rico Fund II, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Tax-Free Puerto Rico Fund, Inc.
jzakia@whitecase.com

JASON N. ZAKIA on behalf of Plaintiff Tax-Free Puerto Rico Target Maturity Fund, Inc.
jzakia@whitecase.com

NESTOR DAVID ZAMORA SANTOS on behalf of Creditor Cooperativa De Ahorro Y
Credito De Empleados De La Autoridad De Energia Electrica
lcdo.nestorzamora@gmail.com, nestorzamora86@gmail.com

KATHRYN S. ZECCA on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor ACP MASTER, LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AURELIUS INVESTMENT, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor AUTONOMY MASTER FUND LIMITED
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor Aurelius Capital Master, Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor Aurelius Convergence Master, Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS I LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS II LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS III LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS IV LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor JACANA HOLDINGS V LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor LEX CLAIMS, LLC

kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor LMAP 903 LIMITED
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MCP HOLDINGS MASTER LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS II LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS III LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH CAPITAL MASTER
PARTNERS IV LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor MPR INVESTORS LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor P MONARCH RECOVERY LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor PERMAL STONE LION FUND LTD
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor PINEHURST PARTNERS, L.P

kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor RRW I LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SL LIQUIDATION FUND L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SL PUERTO RICO FUND II L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Creditor SL PUERTO RICO FUND L.P
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant ACP Master, Ltd.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Aurelius Capital Master, Ltd.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Aurelius Investment, LLC,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Aurelius Opportunities Fund, LLC,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Autonomy Master Fund Limited
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Corbin Opportunity Fund, L.P.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Lex Claims, LLC,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Defendant Pinehurst Partners, L.P.,
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff ACP Master, Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Capital Master, Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Convergence Master, Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Investment, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Aurelius Opportunities Fund, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Autonomy Master Fund Limited
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Corbin Opportunity Fund, L.P.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff FCO Special Opportunities (A1) LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff FCO Special Opportunities (D1) LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff FCO Special Opportunities (E1) LLC -
Master Series 1
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings I LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings II LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings III LLC

kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings IV LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Jacana Holdings V LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff LMAP 903 Limited
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Lex Claims, LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff MCP Holdings Master LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff MPR Investors LLC
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Capital Master Partners II LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Capital Master Partners III LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Capital Master Partners IV LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff P Monarch Recovery Ltd.
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Pinehurst Partners, LP
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
kzecca@robbinsrussell.com

KATHRYN S. ZECCA on behalf of Plaintiff RRW I LLC
kzecca@robbinsrussell.com

KAREN R ZEITUNI on behalf of Creditor Ad Hoc Group of General Obligation
Bondholders
kzeituni@paulweiss.com

KAREN R ZEITUNI, on behalf of Creditor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Counter-Claimant AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor ACP MASTER, LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor AURELIUS INVESTMENT, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor AURELIUS OPPORTUNITIES FUND, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor AUTONOMY MASTER FUND LIMITED
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor CORBIN OPPORTUNITY FUND, L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FCO SPECIAL OPPORTUNITIES (A1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FCO SPECIAL OPPORTUNITIES (D1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FCO SPECIAL OPPORTUNITIES (E1) LLC
MASTER SERIES 1
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS I LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS II LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS III LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS IV LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor JACANA HOLDINGS V LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor LEX CLAIMS, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor LMAP 903 LIMITED
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MCP HOLDINGS MASTER LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
II LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
III LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH CAPITAL MASTER PARTNERS
IV LP

kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH DEBT RECOVERY MASTER
FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor MPR INVESTORS LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor P MONARCH RECOVERY LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor P STONE LION IE, A FUND OF PERMAL
MANAGED ACCOUNT PLATFORM ICAV
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor PERMAL STONE LION FUND LTD
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor PINEHURST PARTNERS, L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor PRISMA SPC HOLDINGS LTD.
SEGREGATED PORTFOLIO AG
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor RRW I LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SENATOR GLOBAL OPPORTUNITY
MASTER FUND LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SL LIQUIDATION FUND L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SL PUERTO RICO FUND II L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Creditor SL PUERTO RICO FUND L.P
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant ACP Master, Ltd.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Aurelius Capital Master, Ltd.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Aurelius Investment, LLC,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Aurelius Opportunities Fund, LLC,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Autonomy Master Fund Limited
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Corbin Opportunity Fund, L.P.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Lex Claims, LLC,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Defendant Pinehurst Partners, L.P.,
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Intervenor AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff ACP Master, Ltd
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Capital Master, Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Convergence Master, Ltd
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Investment, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Aurelius Opportunities Fund, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Autonomy Master Fund Limited
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Corbin Opportunity Fund, L.P.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff FCO Special Opportunities (A1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff FCO Special Opportunities (D1) LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff FCO Special Opportunities (E1) LLC - Master
Series 1
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Fundamental Credit Opportunities Master
Fund LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings I LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings II LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings III LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings IV LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Jacana Holdings V LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff LMAP 903 Limited
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Lex Claims, LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff MCP Holdings Master LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff MPR Investors LLC
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Alternative Solutions Master Fund
Ltd

kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Capital Master Partners II LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Capital Master Partners III LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Capital Master Partners IV LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Debt Recovery Master Fund Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Monarch Special Opportunities Master Fund
Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff P Monarch Recovery Ltd.
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Pinehurst Partners, LP
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff Prisma SPC Holdings Ltd - Segregated
Portfolio AG
kzeituni@paulweiss.com

KAREN R. ZEITUNI on behalf of Plaintiff RRW I LLC
kzeituni@paulweiss.com

MAJA ZERJAL on behalf of Debtor COMMONWEALTH OF PUERTO RICO
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor PUERTO RICO ELECTRIC POWER AUTHORITY
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY

mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Debtor PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA)
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

MAJA ZERJAL on behalf of Defendant Financial Oversight and Management Board for
Puerto Rico
mzerjal@proskauer.com,
dbrennan@proskauer.com;InformationTechnology@pr0skauer.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor AmeriNational Community
Services, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Autopistas Metropolitanas de
Puerto Rico, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Autopistas de PR, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Badillo Saatchi & Saatchi Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Bio-Medical Applications of
Puerto Rico, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Cantor-Katz Collateral
Monitor LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Cortland Capital Market
Services LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Evertec Group, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor MMM Healthcare, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor ManpowerGroup, Inc.

nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor N. Harris Computer
Corporation
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor PATTERN SANTA ISABEL
LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Populicom, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Promotions & Direct, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Puerto Rico Telephone
Company
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Rexach Hermanos, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor SCOTIABANK DE PUERTO
RICO
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Creditor Transcore Atlantic, Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Aguirre Offshore
Gasport, LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Barclays Capital Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Destilerias Serralles,
Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party RBC Capital Markets,
LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party RBC Dominion
Securities Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party UBS Financial
Services Inc.
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party UBS Securities LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Wells Fargo Bank,
National Association
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Wells Fargo Clearing
Services LLC aka or fka First Clearing LLC
nzt@mcvpr.com

NAYUAN ZOUAIRABANI TRINIDAD on behalf of Interested Party Wells Fargo
Securities, LLC
nzt@mcvpr.com

ZACHARY S. ZWILLINGER on behalf of Creditor Official Committee of Unsecured
Creditors
zacharyzwillinger@paulhastings.com

Eduardo Zayas Marxuach on behalf of Creditor Vitol Inc.
ezm@mcvpr.com

Eduardo Zayas Marxuach on behalf of Interested Party Vitol Inc.
ezm@mcvpr.com

Dani Zylberberg on behalf of Creditor Ad Hoc Group of General Obligation Bondholders
dzylberberg@robbinsrussell.com

17-03283-LTS9 Notice was not electronically mailed to:

65 INFANTERIA SHOPPING CENTER,
LLC
P.O. BOX 195582
SAN JUAN, PR 00919-5582

ARCOS DORADOS PUERTO RICO
LLC

MONTEHIEDRA OFFICE CENTER
9615
LOS ROMEROS AVE. SUITE 307
SAN JUAN, PR 00926-7031

Sheron Abela
33 Roberta Lane
Syosset, NY 11791

Carole Abrams
7776 B Lexington Club Blvd.
Del Ray Beach, FL 33446

Harold Abrams
7776 B Lexington Club Blvd.
Del Ray Beach, FL 33446

Lawrence M. Adams
2814 Banyan Blvd. Cir. NW
Boca Raton, FL 33431

Barry Adelman
29 Denison Court
Groton, CT 06340

Sidney Adlerstein
150 Overlook Ave. Apt 9B
Hackensack, NJ 07061

Iris Alameda Robles
Urb. La Guadalupe
1904 Calle La Milagrosa
Ponce, PR 00730

Alan R. Koss Rev. Trust
c/o Alan R. Koss
27 Woodland Road
New City, NY 10956

William F. Alex
46-15 54 Road
Maspeth, NY 11378-1019

Allan and Carolyn David Living Trust
c/o Allan David
5 Corona
Irvine, CA 92603

Daniel Almeida Medina
Inst. Ponce Adulto 1000
Modulo 4S #208
3699 Ponce By Pass
Ponce, PR 00728

Ethel Alvarez
Paseo del Monte Md-6
Monte Claro
Bayamon, PR 00961

Alyson H. Glassman Trust
c/o Larry D. Glassman
1000 S. Federal Hwy
Boynton Beach, FL 33435

Antonio J Amadeo Murga on behalf of
Creditor Juan Carlos Perez-Irene
A.J. Amadeo Murga Law Offices
1225 Ave. Ponce de Leon
Suite 904
San Juan, PR 00907-3915

Antonio J Amadeo Murga on behalf of
Interested Party Gladys Garcia-Rubiera
A.J. Amadeo Murga Law Offices
1225 Ave. Ponce de Leon
Suite 904
San Juan, PR 00907-3915

June C. Andrade Muriel
Urb. San Juan Gardens
Calle San Bruno 112
San Juan, PR 00926

Shirley Maria Antonucci
1172 Via Della Costrella
Henderson, NV 89011

Alberto J. Aristizabal Ocampo
Urb. Haciendas del Monte
#4921 Paseo de Catalana
Coto Laurel, PR 00780

James J. Armstrong
278 Marina Dr.
Hutchinson Is, FL 34949

Mary E. Arnold
20559 310th St.
McClelland, IA 51548

Robert Arnold
20559 310th St.
McClelland, IA 51548

Craig Ashinoff
193 Arbor St.
Cranford, NJ 07016

Edward F. Aul, Jr.
2407 Honeysuckle Road
Chapel Hill, NC 27514

Hedwig M. Auletta
452 Huntington Ave.
Buffalo, NY 14214

Amilda J. Avila Virella
5347 Ave. Isla Verde, Apt 1214
Carolina, PR 00979-5509

Lillian Teresa Azize Alvarez
#787 Diana Street
Urbanizacion Dos Pinos
San Juan, PR 00923

MARCELO M. BLACKBURN on behalf
of Interested Party Autonomous
Municipality of San Juan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

MARCELO M. BLACKBURN on behalf
of Intervenor Autonomous Municipality
of San Juan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

MARK D. BLOOM on behalf of
Interested Party PUERTO RICO
FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY
Greenberg Traurig PA
333 S.E. 2nd Avenue
Miami, FL 33131

WANDYMAR BURGOS-VARGAS on
behalf of Defendant ALEJANDRO J
GARCIA-PADILLA
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Hon. Ricardo
Antonio Rossello Nevares
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant JOSE IVAN
MARRERO ROSADO
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant RAUL
MALDONADO GAUTIER
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant RICARDO
ROSSELLO NEVARES
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Raul Maldonado
Gautier
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Ricardo Antonio
Rosello Nevares
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

WANDYMAR BURGOS-VARGAS on
behalf of Defendant Teresa Fuentes
PURTO RICO DEPARTMENT OF
JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

Judith Ann Bacon
80 Poor Farm Rd
Pennington, NJ 08534

Ghassan N. Bader
9719 Sunset Circle
Lenexa, KS 66220

Maria Del Rocio Badillo
Estancias del Parque
E8 Calle A
Guaynabo, PR 00969

Luis Baerga
Urb. Bucare 5 Calle Diamante
Guaynabo, PR 00969-5114

Yvonne Baerga Varela
Urb. Santa Maria
1842 Calle Reina de las Flores

San Juan, PR 00927

Laurence Baker
264 Burr Rd
Commack, NY 11725

Norman D. Baker, Jr.
7745 Indian Oaks Drive
Apartment # H-219
Vero Beach, FL 32966-2440

Bankruptcy Estate of Marta N. Torres
Rosa, Case No. 18-02226
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918

Bankruptcy Estate of Rama
Construction, SE, Bankr. Case No. 18-
00879
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918

Bankruptcy Estate of Tactical Security
Police Force Case no. 15-05575
400 Calle Juan Calaf
PMB 136
San Juan, PR 00918

Edward Barbour
601 W. Jackson Blvd.
Unit 1203
Chicago, IL 60661

Bard Shannon Limited
PO Box 2001
Las Piedras, PR 00771

Eva Barna
11011 Queens Blvd.
Apt. 32G
Forest Hills, NY 11375

Vivian Barna
11011 Queens Blvd. Apt. 32G

Forest Hills, NY 11375

Maritza Barris
Urb. Diplo
U-5 Calle 3
Naguabo, PR 00718

Ulises Barros
4 Lois Place
Fanwood, NJ 07023

Joel Barry Brown
2 Henlopen Court
Lewes, DE 19958-1768

Barry Reichman & Meryl Reichman
JT/WROS TOD Jeffrey S. Reichman
c/o Barry Reichman
17 Round Hill Rd
Scotch Plains, NJ 07076

John Robert Bateman
5045 Cassandra Way
Reno, NV 89523-1876

Richard Bell
8662 Carmel Mountain Way
Boyton Beach, FL 33473

Sheldon Bender
1377 Stevenson Road
Hewlett, NY 11557

Bruce Bennett
,

Louise Bentivegna
817 Mountain Laurel RD
Fairfield, CT 06824

Sharon Bergel
10 Wendover Lane
Suffern, NY 10901

John Bergman
306 Townsvalley Rd.

River Falls, WI 54022

Stanley Bernstein
194 Fen Way
Syosset, NY 11791

David Berrong
208 Michael Dr.
Ovideo, FL 32765

Sheila A. Binkley
275 Emerson St.
Upland, CA 91784

Linda W. Bird
2790 NE 57th Ct.
Fort Lauderdale, FL 33308-2724

Stephen Bittel
c/o Scott Fitzgerald
801 Arthur Godfrey Rd.
Suite 600
Miami Beach, FL 33140

John Edward Blanco
Trustee - The Blanco Living Trust
101 Plaza Real South #701
Boca Raton, FL 33432

Angel Blanco Bottey
100 Juan Antonio Corretjer
Apt. 708
San Juan, PR 00901-2609

Bonney Goldstein Rev. Trust
c/o Bonney Goldstein
79 Fiesta Way
Fort Lauderdale, FL 33301

Jose M. Bonnin Loubriel
2815 El Monte Street
Urb. El Monte
Ponce, PR 00716-4837

Charles Bordin
9 Leatherstocking Lane

Scarsdale, NY 10583

Joseph E. Borg
11921 Seminole Dr.
Smithsburg, MD 21783

Boston Trust & Investment Management
Company
c/o Thomas Boland
One Beacon St.
Fl 33
Boston, MA 02108

Joseph Botticello
56 High Ridge Dr.
Vernon, CT 06066

Michael Bowhay
11058 Wellshire Lane
Frisco, TX 75035-3638

Kenneth Boyd
2218 148th Street
Winterset, IA 50273

Jill Bracco
3 Prospect St
Mendham, NJ 07945

Salvatore Bracco
3 Prospect St
Mendham, NJ 07945

Rafael E. Bracero
Alto Apolo Estates
B-6 D Street
Guaynabo, PR 00969

Veronica M. Branch
3536 Texas Ave., SE
Washington, DC 20020

Louis Brinn
PO Box 768
Plainview, NY 11803-0768

Rosalie Brinn
PO Box 768
Plainview, NY 11803-0768

Joseph Brita
1605 N. Cedar Crest Blvd.
Suite 504
Allentown, PA 18104

Paul Brotman
7261 113th St. Apt. 51
Forest Hills, NY 11375

Alan R. Brown
11200 N.W. 6 St.
Plantation, FL 33325-2018

Irene G. Brown
1377 Patuxent Ridge Road
Odenton, MD 21113-6002

Joyce Brown
3159 Harrington Dr.
Boca Raton, FL 33496

Mabel C. Brown
7134 Fodor Rd
New Albany, OH 43054

Wilodyne Bruce
1430 Howard Ave.
Eau Claire, WI 54703

Bruce R. Brilliantine Revocable Living
Trust
PO BOX 352
Crosswicks, NJ 08515

Kerry Brusca
1201 Green Way
Woodbury, NY 11797

Michael Brusca
1201 Green Way
Woodbury, NY 11797

Robert Brusca
1201 Green Way
Woodbury, NY 11797

Elliott K. Bryer
5 West 86th St.
Apt 9A
New York, NY 10024-3664

Richard Burack
PO BOX 299
Remsenburg, NY 11960

JUAN M. CANCIO-BIAGGI on behalf of
Creditor Luis Montes-Valentin
Hato Rey Center
268 Ave. Ponce de Leon
Suite 1402
San Juan, PR 00918

DANIEL L. CANTOR, on behalf of
Interested Party PUERTO RICO
FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

CARNEGIE LEARNING, INC
PO BOX 6001
HERMITAGE, PA 16148-1001

LUCIA CHAPMAN on behalf of Debtor
COMMONWEALTH OF PUERTO RICO
LUSKIN, STERN & EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

LUCIA CHAPMAN on behalf of Debtor
PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY
LUSKIN, STERN & EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

CHARLES J. COOPER, on behalf of
Interested Party Aristeia Capital, L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Cyrus Capital Partners,
L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 1,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 10,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 2,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 3,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 4,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.

Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 5,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 6,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 7,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 8,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Decagon Holdings 9,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Fideicomiso Plaza
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party GoldenTree Asset
Management LP

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Scoggin Management
LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Taconic Capital
Advisors L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Tilden Park Capital
Management LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Whitebox Advisors LLC
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CHARLES J. COOPER, on behalf of
Interested Party Jose F Rodriguez-
Perello
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

CREDITO FAMILIAR
c/o Liz M. Rodriguez
METRO OFFICE PARK
3 CALLE 1 STE 502
GUAYNABO, PR 00968

Rosario Cafaro
3 Dana Dr.

Livingston, NJ 07039

Arlene Caine
9777 Bowline Dr. #201
West Palm Beach, FL 33411

Henry C. Callihan, Jr.
24 Augusta Way
North Chelmsford, MA 01863

Lisa M. Campagna
2000 S. Highway A1A, Apt. N407
Jupiter, FL 33477

Richard Candella
4609 Tamarind Cir.
Coconut Creek, FL 33063-3824

Maryanne Cannilla
81 Pace Drive South
West Islip, NY 11795

Daniel L Cantor on behalf of Defendant
The Government Development Bank of
Puerto Rico
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Daniel L Cantor on behalf of Defendant
The Puerto Rico Fiscal Agency and
Financial Advisory Authority
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Lizandra Carrero Aviles
HC 2 Box 5420
Rincon, PR 00677

Dean L. Carson
527 Lenox Ave.
Westfield, NJ 07090-2160

Bruce Carswell
15 Bunker Hill Drive

Washington Crossing, PA 18977

Rafael Castro Lang
PO BOX 9023222
San Juan, PR 00902-3222

Jorge L. Catala Monge
Box 2259
Guaynabo, PR 00970-2259

Carmen R. Cebollero-De Dragoni
35017 Emajagua Street
Urb. Jacaranda
Ponce, PR 00730

Centro del Sur Mall LLC
PO Box 195582
San Juan, PR 00919

Marsie Chaiken
5950 North Fountains Ave. #3101
Tucson, AZ 85704

Marvin Chaiken
5950 North Fountains Ave. #3101
Tucson, AZ 85704

Sandra K. Chang
2500 Kalakaua Avenue, Ste 2105
Honolulu, HI 96815

Chanin Family Limited Partnership
c/o Henry L. Chanin, General Partner
2203 Versailles Ct.
Henderson, NV 89074

Charlotte Winkler Rev Trust DTD
c/o Charlotte Winkler
389 Gifford St. #451
Falmouth, MA 02540

Roy Chesseri
1009 Cheroque Ter.
Lake Ariel, PA 18436

Onally Chinwala

32 Betsy Ross Dr.
Allentown, NJ 08501

Shafia Chinwala
32 Betsy Ross Dr.
Allentown, NJ 08501

Wayne Chisenhall
99/146 MI, SG
San Klang, San Kamphaeng
Chiang Mai,

David M. Christensen
18375 SE Federal Hwy.
Jupiter, FL 33469

Irvin Christensen
670 Pioneer
Soda Springs, ID 83276

Chudow Family Trust 2015
c/o Gary Chudow
14 Virginia Rd.
Centereach, NY 11720-2711

Lewis L. Claffey
4801 Mount Ararat Drive
San Diego, CA 92111

Herschel Clopper
4 Ford Lane
Framingham, MA 01701

Manuel Cobian Roig on behalf of
Creditor DIANA IRIS MORALES LOPEZ
Manuel Cobian Roig Law Offices
PO Box 177
Guaynabo, PR 00970

Adrien Coblentz
90 West Main Street
Mendham, NJ 07945

Alan Cochran
4122 Bruning Ct.
Fairfax, VA 22032

Kenneth Cogliano
25521 La Mirada St.
Laguna Hills, CA 92653

Israel Cohen
406 N Broadway
Nyack, NY 10960

Steven Cohen
6 Thames Ave.
Piscataway, NJ 08854-529

Betsy Cohn
5 Willowood Dr
Ewing, NJ 08628

Peter Collotta
PO Box 594
Stowe, VT 05672

Sven Comas del Toro
Urb. Hostos
#6 Calle Luis de Celis
Mayaguez, PR 00682

David B. Comroe
729 Oak Springs Rd.
Bryn Mawr, PA 19010

Rona D. Comroe
729 Oak Springs Rd.
Bryn Mawr, PA 19010

Valerie Concepcion-Cintron on behalf of
Debtor COMMONWEALTH OF
PUERTO RICO
,
lic.valerie.concepcion@gmail.com

Coop Las Piedras
c/o Rafael A. Leon
PO BOX 100
Las Piedras, PR 00771

Paul S. Cooper

12 Vickens Ave.
Bridgeton, NJ 08302

Edwin Corey
24 Woodside Rd.
Springfield, NJ 07081-2701

Scott Corin
232 Rock O'Dundee Rd.
Dartmouth, MA 02748

Barbara Corwin
2542 Coco Plum Blvd. Apt 802
Boca Raton, FL 33469

Cheryl D. Crohan
59 Marva Lane
Stamford, CT 06903

Juan Cruz Rodriguez
Institucion Ponce 1000 M-44-211
PO Box 3699 Ponce By Pass
Ponce, PR 00728-1504

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO ABRAHAM ROSA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DE AGUADA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DE LARES Y REGION
CENTRAL
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DE RINCON
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DEL VALENCIANO
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO DR. MANUEL ZENO
GANDIA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
COOPERATIVA DE AHORRO Y
CREDITO VEGA ALTA
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

ZELMA DAVILA on behalf of Creditor
FONDO DE INVERSION Y
DESARROLLO COOPERATIVO, INC
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919

PETER D. DOYLE on behalf of Debtor
COMMONWEALTH OF PUERTO RICO
Proskauer Rose LLP
Eleven Times Square
New York, NY 10033

Barbara Daniels
1345 Talbot Ave.
Berkeley, CA 94702

Timothy Daniels
1345 Talbot Ave.
Berkeley, CA 94702

John P. Day
PO Box 803
Sheridan, NY 82801

Alan DeFabbio
108 Passaic Ave., B10
Nutley, NJ 07110

James P. DeFranco, Jr.
4322 193rd St.
Flushing, NY 11358

Leo T. Delaney
722 Cedarbrook Rd.
Bridgewater, NJ 08807

Juan J. Delgado
PO Box 2073
Yabucoa, PR 00767

Steven Della Salla
7 Esther De Pew St.
S.I., NY 10306

Anthony Demaio
1028 Douglas Ave.
Wantagh, NY 11793

Ramesh R. Desai
135 Weber Road
North Wales, PA 19454

Devine Living Trust
2265 S. Lagoon Cir
Clearwater, FL 33765

Archie L. Devore
1140 N 80th St.
Lincoln, NE 68505

Gloria L. Diaz Lopez
PO BOX 330190

Ponce, PR 00733-0190

Ute Dienstbach
15249 W. Melissa Lane
Surprise, AZ 85374

Lois J. Doan
PO BOX 1209
Harlan, KY 40831

Otis Doan, Jr.
PO BOX 1209
Harlan, KY 40831

Donald H. Moskin Family Trust Acct.
c/o Donald Moskin
Apt 401
19434 Waters Reach Ln
Boca Raton, FL 33434

Donna Cinelli as TTEE of the Donna
Cinelli Trust U/A DTD
c/o Donna Cinelli
27 Ridge Drive
West Hurley, NY 12491

Kathleen Donoghue

,

Arlene H. Doroszka
220 East Main St.
Riverhead, NY 11901

Rae Marie Dougan
W10766 Ghost Hill Rd
Columbus, WI 53925

William D. Dougan
W10766 Ghost Hill Rd
Columbus, WI 53925

Lorenzo Dragoni
35017 Emajagua Street
Urb. Jacaranda
Ponce, PR 00730

David J. Dreyfuss
1422 Blue Field Ave.
Longmont, CO 80504-2684

Adam Duncan
3 Davis Court
Westfield, NJ 07090

Karie Dunks
9165 Seasons Terrace
Vero Beach, FL 32963

Maryann Dusza
05537 East St.
Winfield, IL 60190

Lawrence B. Dvores
28 Sherbrooke Parkway
Livingston, NJ 07039

MARK C. ELLENBERG on behalf of
Creditor ASSURED GUARANTY CORP
Cadwalader, Wickersham & Taff LLP
700 Sixth Street, N.W.
Washington, DC 20001

MARK C. ELLENBERG on behalf of
Creditor ASSURED GUARANTY
MUNICIPAL CORP
Cadwalader, Wickersham & Taff LLP
700 Sixth Street, N.W.
Washington, DC 20001

ENCANTO RESTAURANT, INC
MONTEHIEDRA OFFICE CENTER
9615
AVE. LOS ROMEROS SUITE 200
SAN JUAN, PR 00926-7037

Melvin Eisenberg
3890 Nobel Dr., Unit 1508
San Diego, CA 92122

Howard Elconin
3724 Eagle Hammock Dr.
Sarasota, FL 34240

Judith Elias
79 Hardwood Rd.
Monroe TWP, NJ 08831

Edwin B. Emery, Jr.
7605 Palisade Way
Fair Oaks, CA 95628

Encody Inc.
c/o Harry Matthew Pelaez
PO Box 280
Bayamon, PR 00960-280

Epiq Corporate Restructuring LLC
777 Third Avenue
New York, NY 10017

Mary B.C. Estabrook
88 North Hill Road, Apt #105
North Branford, CT 06471

Estate of Arthur M. Huss
c/o Richard Huss
370 Edinboro Road
Staten Island, NY 10306

Estate of Rose W. David
c/o Allan David
5 Corona
Irvine, CA 92603

Carmel Esteves
19434 Estuary Dr
Boca Raton, FL 33498

Rick A. Evans
23544 SW Gage Rd.
Wilsonville, OR 97070

Angel Miguel Ezquerro Preciado
Condominio Costa Linda 80 B
3613 Ave. Isla Verde
Carolina, PR 00979

F & J Tanzer Family Limited Partnership

47 Old Chimney Road
Upper Saddle River, NJ 07458

FERNANDO FELICIANO AGUIAR
CALLE 11A #Q-7 STA MONICA
BAYAMON, PR 00957

ENRIQUE G FIGUEROA LLINAS on
behalf of Interested Party MERRILL
LYNCH CAPITAL SERVICES, INC.
BOBONIS BOBONIS & RODZ
POVENTUD
129 DE DIEGO AVENUE
SAN JUAN, PR 00911-1927

Fanny Kobrin & Nathan Kobrin JT Ten
Unit #13
731 Wynnewood Rd
Ardmore, PA 19003

Anne Farley
c/o Peter C. Hein
101 Central Park West, Apt. 14E
New York, NY 10023

James Farrant, Jr.
PO Box 11916
San Juan, PR 00922-1916

Doris Fazio
163 Kipp Ave.
Elmwood Park, NJ 07407-1122

Mel Feder
612 Woodmere Blvd.
Woodmere, NY 11598

Sybil Feder
612 Woodmere Blvd.
Woodmere, NY 11598

Eleanor Feigenbaum
3200 Riviera Dr.
Delray Beach, FL 33445

Betty Feit

69-10 108th St. Apt. 3J
Forest Hills, NY 11375

Renee Feit
6910 108th St., Apt. 4J
Forest Hills, NY 11375-3817

Lois Feldman
5407 Viburnum St.
Delray Beach, FL 33484

Carmen Felix Mendez
PO BOX 2442
Canovanas, PR 00729

Thomas E. Feltgen
PO BOX 2373
Valparaiso, IN 46384

Jose R. Femenias Alvarez
PO BOX 192384
San Juan, PR 00919-2384

Jacqueline Fennell
1091 Mission Ridge Dr.
Manteca, CA 95337

Robert Lee Fennell
1091 Mission Ridge Dr.
Manteca, CA 95337

John E. Ferman
5210 Sunset Ridge
Mason, OH 45040

Rafael Fernandez
12731 Mozart St
Blue Island, IL 60406-1920

Ramona Fernandez
12731 Mozart St
Blue Island, IL 60406-1920

Francisco A. Fernandez Martinez
Praderas de Navarro
451 Aventurina

Gurabo, PR 00778-9006

Celia Fernandez de Gutierrez
Condominio Laguna
Calle Hoare #548 Apt. 11
San Juan, PR 00907

Fideicomiso Plaza
c/o Elizabeth Plaza
3 Dorado Beach East
Dorado, P 00646

Luis I. Figueroa Adorno
HC-61 Box 4742
Trujillo Alto, PR 00976-9723

Myron Finkel
434 East 57th Street
New York, NY 10022

Jonathan Fish
3716 86th Street
Apt 32
Jackson Heights, NY 11372

Fisher Investment
c/o Forest Fisher
1417 Antigua Way
Newport Beach, CA 92660

Amarilys Flores Flores
PO Box 177
Comerio, PR 00782

Gary A. Foote
4740 S. Ocean Blvd. Apt #1509
Highland Beach, FL 33487

Cherryl Foreman
19 Willow Rd.
Churchville, PA 18966

Joseph Foreman
19 Willow Rd.
Churchville, PA 18966

James D. Fornari
25 Central Park West
Apt. 3Q
New York, NY 10023

Jean Foschetti
419 Little Quarry Rd.
Gaithersburg, MD 20878

Dorothy Fox
261K Signs Road
Staten Island, NY 10314

Elliot C. Fox
261K Signs Road
Staten Island, NY 10314

Michael Franceschini
29 Harbor Circle
Centerport, NY 11721

Martin L. Frank
7247 Via Palomar
Boca Raton, FL 33433

Frank Koval & Fern Burch Living
Revocable Trust
c/o Fran Koval & Fern Burch, Trustees
1220 Brewster Drive
El Cerrito, CA 94530-2524

Donald T. Freese
PO BOX 384704
Waikoloa, HI 96738

Alan Friedman
124 Lander Ave.
Staten Island, NY 10314

Migdalia Fuentes Caban
#5 Calle Paloma
Moca, PR 00676

Karen Odalys Fuentes Rivera
Carr. 779 KM 8.8
Barrio Palmas

Comerio, PR 00782

Ivan Fuentes Vazquez
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

G.R. y Asociados, S.E.
c/o Roberto Colon
PO BOX 305
Catano, PR 00963-0305

Jason Galbraith
243 Mountwell Avenue
Haddonfield, NJ 08033

Marlene Gallagher
3129 32 Street
Astoria, NY 11106

Keith Gambino
3805 Golfview Road
Sebring, FL 33875

Elfa Garcia
P.O. Box 523
San German, PR 00683

Carmen I. Garcia Pacheco
PO BOX 7536
Ponce, PR 00732-7536

Thomas Garuccio
80 Winthrop Road
Monroe TWP, NJ 008831

David J. Gaynor
450 North Park Road #701
Hollywood, FL 33021

Kurt Gebauer
257 Topsaw Ln.
Moncks Corner, SC 29461

Therese Gennawey
171 Emory Road

Mineola, NY 11501

Marcia Gil-Caraballo
,

Gunther G. Glaser
1147 Homeland Park St.
Villages, FL 32162

Steven Glassman
3862 South Lake Drive
Boynton Beach, FL 33435

William Goldschmidt
753 Hollis Rd
Hollis, ME 04042

Bernard Goldstein
3112 Gracefield Rd., Apt #203
Silver Spring, MD 20904

Gloria Goldstein
c/o Bernard Goldstein
3112 Gracefield Rd., Apt #203
Silver Spring, MD 20904

Marilyn Goldstein
371 Lonesome Trl.
Waterbury, VT 05676

Oscar Gonzalez Badillo on behalf of
Creditor Universidad Central del Caribe,
Inc.
Gonzalez Badillo Law Office
1055 Marginal J. F. Kennedy
Suite 303
San Juan, PR 00920-1708

Efrain Gonzalez Caro
PO Box 781
Hormigueros, PR 00660

Maribel Gonzalez Fontanez
Jardines de Carolina
KK 44 Calle K
Carolina, PR 00987-1925

Maria M. Gonzalez Guzman
c/o Waldemar Davila Acosta
PO Box 358
Boqueron, PR 00622-0358

Harold Gonzalez Rosario
#609 Calle 1
Tintillo Hills
Guaynabo, PR 00966

Rufo E. Gonzalez Rosario
#609 Calle 1
Tintillo Hills
Guaynabo, PR 00966

Caroline Goodman
c/o Howard Goodman
175 Viera Drive
Palm Beach Gardens, FL 33418

Darcie L. Gordon
6551 Kings Creek Terr.
Boynton Beach, FL 33437

Deborah H. Gordon
1240 Noonan Dr.
Sacramento, CA 95822

Susan Gordon
401 E. 74th St.
Apt. 20R
NYC, NY 10021

Sydney Gordon
6551 Kings Creek Terr.
Boynton Beach, FL 33437

Bonnie Gossels
15 Bennett Road
Wayland, MA 01778

Elaine Gossels
Trustee
17 Bennett Road
Wayland, MA 01778

Fred A. Gregory
11227 136th Ave.
Kenosha, WI 53142

Grekory Equipment Corp.
c/o Jose R. Femenias
PO Box 192384
San Juan, PR 00919-2384

Larry S. Grodjeski
632 Edgewater Drive
Unit 732
Dunedin, FL 34698

Josefina Guinot Melendez
PO BOX 8790
Humacao, PR 00792

Phyllis Gutfleish
11561 Pallas Dr.
Boynton Beach, FL 33437-6426

Joaquin Fernandez Gutierrez
Condominio Laguna
Calle Hoare #548 Apt.11
San Juan, PR 00907

JAMES HEYWORTH on behalf of
Interested Party Banco Santander
Puerto Rico
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

JAMES HEYWORTH on behalf of
Interested Party Santander Asset
Management, LLC
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

JAMES HEYWORTH on behalf of
Interested Party Santander Securities,
LLC
Sidney Austin LLP

787 Seventh Ave.
New York, NY 10019-6018

Howard D. Haft
1391 Valley Rd. Apt. G
Wayne, NJ 07470

Duncan M. Hall
14320 Tandem Blvd. Apt 4310
Austin, TX 78728-6671

Lawrence Phillip Hamitton
1542 Satellite Dr.
Sparks, NV 89436

Sharon Lucille Hamitton
1542 Satellite Dr.
Sparks, NV 89436

Linda B. Handelsman
416 East First Street
Bloomington, IN 47401

M L Handley
PO Box 412
Stuart, FL 34995

Edmund K. Harding
8959 Woodcreek Cir.
Wilmington, NC 28411

Peter C. Hein
101 Central Park West, Apt. 14E
New York, NY 10023

Miriam Z. Held
8877 Tulare Drive Unit 308B
Huntington Beach, CA 92646

Helene Mendelson Revocable Trust
c/o Sherry Scher, Trustee
536 Pacing Way
Westbury, NY 11590

Griselle Hernandez
PO BOX 598

Arecibo, PR 00613

Allan Herzog
555 California St.
Suite 2300
San Francisco, CA 94104

David Hildes
41 Twin Brooks
Saddle River, NJ 07458

Matthew Himmelstein
22 Sandy Cove Rd., Apt. 501
Sarasota, FL 34242

Moneer Hindi
9108 Belle Haven NE
Albuquerque, NM 87112

Robert Hirst
608 Edgehill Road
Wilmington, DE 19807

Richard Hisey
439 Stearns Street
Carlisle, MA 01741

Beverly Hochheimer
70 Piccadilly Road
Great Neck, NY 11023

Frank Hochheimer
70 Piccadilly Road
Great Neck, NY 11023

Paul K. Hoffman
18351 Whitney Dr.
Santa Ana, CA 92705

Kenton B. Holm
33788 Walnut Grove
Dr Unit 5
Lewes, DE 19958

James D. Holt
4368 Eastwicke Blvd.

Stow, OH 44224

Gerald Horowitz
7 Maiden Stone Lane
Monroe Township, NJ 08831

John Hover
3203 Grand Canyon St.
Fort Collins, CO 80525

Walter J. Howard
5 Swayze Dr.
Latham, NY 12110

Robert C. Huberty
4304 Cinnamon Path
Liverpool, NY 13090

Robert B. Hughes
10957 SW 82nd Ter.
Ocala, FL 34481

Craig S. Hurovitz
10625 Willow Oak Ct.
Wellington, FL 33414

Vincent J. Incopero
PO Box 146
Elmhurst, IL 60126

Iron Mountain Information Management,
LLC
1 Federal St.
Boston, MA 02110

Isroff Family LLC
c/o Charles Isroff
19187 Chapel Creek Drive
Boca Raton, FL 33434

Hilda Izquierdo
1632 Navarra
Ponce, PR 00730-4059

Joseph Izzo
208 R. Lareine Ave.

Bradley Beach, NJ 07720

JM Dyer Jr
JM Dyer Co
PO BOX 620
Corsicana, TX 75151

JRF Gold Distributors Inc.
c/o Rolando Rojas Torre
Calle Zarzuela SF-2
Mansion del Sur
Toa Baja, PR 00949

Nancy P. Jacklin
3131 Connecticut Ave. NW
Apt. 2709
Washington, DC 20008

Natalie Jacobs
9 Prospect Park West 11B
Brooklyn, NY 11215

Jayne Jacoby
Trustee
4210 Pointe Gate Dr.
Livingston, NJ 07039

Bruce W. James
239 McNear Dr.
San Rafael, CA 94901

James & EL Bartlett
c/o James Bartlett
7723 Eglantine Lane
New Port Richey, FL 34654

Theodore Japp
13514 County Rd. P30
Blair, NE 68008

James L. Jarrard
1595 Montrose Terrace
Dubuque, IA 52001

Jean Spencer Trust
12990 Kirkendall Rd.

Burlington, IA 52601

Lawrence S. Jezouit
309 Freeman Street
Hartford, CT 06106-4222

John Pollak & Nancy Crowfoot JT Ten
TOD
3704 Franklin Ave.
Des Moines, IA 50310

Joseph and Michele Gabai Trust
c/o Joseph and Michele Gabai, Trustees
256 South Palm Drive
Beverly Hills, CA 90212-3516

Yazmin Jove Medina
PO BOX 192384
San Juan, PR 00919-2384

KANOSO AUTO SALES INC
PO BOX 1446
SAN GERMAN, PR 00683

KDR LLC
c/o Ruth Calcaterra
2189 Audrain Rd. 565
Vandalia, MO 63382

Evan Kallan
19 Club Pointe Dr.
White Plains, NY 10605

Elaine Kamsler
601 SW 141st Ave. Apt. 111
Pembroke Pines, FL 33027

Linda A. Kaye
27 Hunter Rd
Avon, CT 06001

Lisa L. Keane
2313 Barren Hill Rd.
Lafayette, PA 19444

Beatrice Keleher

5 Woodcreek Ct.
Deer Park, NY 11729

Joseph D. Keleher
5 Woodcreek Ct.
Deer Park, NY 11729

Diane Kessler
65 Greenberg Pkway
Hocbrook, NY 11784

Klasky Trust
c/o Jack Klasky
30961 Steeplechase Dr.
San Juan Capistrano, CA 92675

Constance Klein
2829 Mesa Rd. SE
Rio Rancho, NM 87124-7221

Leon Klein
9 Star Farm Road
Purchase, NY 10577

Lloyd Klein
2829 Mesa Rd. SE
Rio Rancho, NM 87124-7221

Carol Klenfner
70 West 95 St.
Apt. 17 K
New York, NY 10025

Carol A. Kline
1012 N Shore Dr. NE Unit 52
Saint Petersburg, FL 33701

Esther Klitnick
Fl 2 776 E. 3rd St.
Brooklyn, NY 11218

Knopf Family Trust
c/o Elaine Berel, Trustee
1619 Third Ave., Apt. 17H
New York, NY 10128

Angel A. Kock
Urb. Ext. Parkville
26 Calle Colorado
Guaynabo, PR 00969-3924

Caryl Komornik
95 Intervale Rd. #11
Stamford, CT 06905

Joseph A. Koory
55 S. Hale St., Unit 409
Palatine, IL 60067

Allan W. Kreider
1126 Severnview Dr.
Crownsville, MD 21032

Ira Kronenberg
179 Garfield Ave.
Passaic, NJ 07055-2412

Denis A. Krusos
One Lloyd Harbor Road
Lloyd Harbor, NY 11743

Robert H. Kullas
PO BOX 4918
Carmel, CA 93921-4918

Craig Kurtz
11959 N. Hickory Grove Rd.
Dunlap, IL 61525

Hugo E. Kurtz
221 N. Hogan St #125
Jacksonville, FL 32202

CARLOS, ESQ LUGO-FIOL on behalf of
Creditor UNITED SURETY &
INDEMNITY COMPANY
SALDANA 7 SALDANA EGOZCUE,
PSC
Popular Center - Suite 1420
208 Ponce de Leon Avenue
San Juan, PR 00918-1050

Suzanne LaCroix Robinson
34 Dogwood Dr.
West Orange, NJ 07052

Helen Elaine LaFoe
16509 E 54th St. S
Box #8
Independence, MO 64055

John J. LaGrua
POA Madeline LaGrua
8703 Tauton Dr.
Huntersville, NC 28078

Laboratorios Ramirez, Inc.
c/o Raul Ramirez
8133 Calle Concordia Ste. 101
Ponce, PR 00717-1543

Ivonne Laborde Negron
1560 Miguel Pou Blvd.
401 Paseo de la Reina
Ponce, PR 00716

Steven Lander
165 Waverly Ave.
East Rockaway, NY 11518

Laurie B. Goldstein Rev. Trust
c/o Laurie B. Goldtein Kestecher
12240 Glacier Bay Drive
Boynton Beach, FL 33473

Lee A. Lawrence
70 8th Ave., Apt 4
Brooklyn, NY 11217

Lawrence Trust
c/o Garry Lawrence
7626 Dartmoor Ave.
Goleta, CA 93117

Cheryl Lawton
257 Topsaw Ln
Moncks Corner, SC 29461

James F. Leggett
P.O. Box 7925
Tacoma, WA 98417

Donna R. Lerner
1180 S. Ocean Blvd. Apt 7E
Boca Raton, FL 33432

Jeffrey P. Lerner
1180 S. Ocean Blvd. Apt 7E
Boca Raton, FL 33432

Emily Leung
c/o David Lerner Associates, Inc.
477 Jericho Trunpike
PO BOX 9006
Syosset, NY 11791-9006

Selig Levine
37 Byron Dr
Avon, CT 06001-4507

Abe Levy
4875 Pelican Colony Blvd APT 301
Bonita Springs, FL 34134-6916

Saul M. Levy
700 North South Road
Scranton, PA 18504-1432

Arnold C. Lewis
373 Town Place Cir.
Buffalo Grove, IL 60089-6711

Susan D. Lewis
525 E. 86th Street
Apt. 3A
New York, NY 10028

Jesus Librada Sanz
Urb. Alturas de Villas del Rey
El Damasco G-5
Caguas, PR 00717-6745

Caren Linden
c/o RBC Wealth Management

200 Nyala Farms Road
Suite One
Westport, CT 06880-6265

Lindsey Family Trust
c/o Jim & Sally Lindsey
18 Cypress Ave.
Kenfield, CA 94904-1018

Rex C. Link
406 Coyle Pkwy
Cottage Grove, WI 53527- 8146

Jules B. Lipow
1623 Pelican Cove Rd.
BA 122
Sarasota, FL 34231

Joan Lipsig
350 S. Ocean Blvd
Apt. #12B
Boca Raton, FL 33432

Shen Tai Liu
8318 Saddleback Ledge Ave.
Las Vegas, NV 89147

Tammy T. Liu
8318 Saddleback Ledge Ave.
Las Vegas, NV 89147

Jose F. Lluch Garcia
P.O. Box 523
San German, PR 00683

Gerard Loev
8 Lounsbury Rd.
Mount Kisco, NY 10549

Myrta Lopez Molina
Urb. Hucares W3-66
C/B Gracian
San Juan, PR 00926

Luis A. Lopez Sullivan
Granda St. No. 629

Yauco, PR 00698

Susan D. Loring
445 Mahnken Dr.
Bridgewater, NJ 08807

Beverly J. Loss
718 County Road 3746
Wolfe City, TX 75496

Kenneth Loss
718 County Road 3746
Wolfe City, TX 75496

Milagros Loubriel
Golden Gate Diamante A-17
Guaynabo, PR 00968-3413

Joseph T. Lowery
3 Martin Lane
Flemington, NJ 08822

Seymour Lukin
Apt 29G
340 E 93rd St.
New York, NY 10128

Patricia Lynch
PO Box 1766
Staten Island, NY 10306

Timothy J. Lyons
393 RockPort Ln.
Birmingham, AL 35242

M.T. Rockers
c/o John Rothschild
2623 Lakeside Drive
Harveys Lake, PA 18618

MCT Limited Partnership
c/o Cheryl Friedman
46 Rockledge Drive
Livingston, NJ 07039

MIRTA MENDEZ HERNANDEZ

CALLE JUAN RODRIGUEZ NUMERO
488
BO. MANI
MAYAGUEZ, PR 00680

MITSUBISHI MOTOR SALES OF
CARIBBEAN INC.
P.O. Box 192216
San Juan, PR 00919-2216

Tai-Ann Ma
30806 Casilina Drive
Rancho Palos Verdes, CA 90275

Yan-Chow Ma
30806 Casilina Drive
Rancho Palos Verdes, CA 90275

Eric MacLennan
44565 Harmony Lane
Belleville, MI 48111

Angel B. Malave
PO BOX 860
Mayaguez, PR 00681

Maritza Maldonado Lopez
#609 Calle 1
Tintillo Hills
Guaynabo, PR 00966

Feliz Maldonado Rivera
#225 Carr. 2
Cond. Villa Caparra Plaza Apt. 1201
Guaynabo, PR 00966

Edwin Maldonado Santiago
Urb. Jardines de Ponce
Paseo Azucena K-1
Ponce, PR 00730

Douglas H. Malin
15622 Spring Meadow Ln.
Granger, IN 46530-6504

Eugene Mancuso

59 Massachusetts St. South
Staten Island, NY 10307

Mauricio Mandalaovi
Arcos 1825 6-B
Capital Federal 1425,

Javier Mandry Mercado
1326 Salud Street Apt. 1101
Ponce, PR 00717

Sheryl Manning
864 NW Albemarle Terrace
Portland, OR 97210

Roslyn Manor
239 Hungry Harbor Rd.
Valley Stream, NY 11581

Manu R. Shah & Chinta M. Shah &
Rushabh M. Shah JT/ WRCS
c/o Manu R. Shah
2001 Greentree Road
Cherryhill, NJ 08003

Lawrence S. Marden
18369 N. Kokopelli CT
Surprise, AZ 85374

Arthur S. Margolia
437 Scarsdale Road
Tuckahoe, NY 10707-2118

Barbara J. Margolia
437 Scarsdale Road
Tuckahoe, NY 10707-2118

Marie V. Krokar Trust
John C. Lisicich, Trustee
7296 174th Street
Tinley Park, IL 60477-3212

Naomi S. Marrow
11 Hunting Ridge Place
Chappaqiua, NY 10514-2105

Paul B. Marrow
11 Hunting Ridge Place
Chappaqiua, NY 10514-2105

Betty W. Martin
PO Box 1443
McCall, ID 83638

Maria Teresita Martin
Caparra Hills
Yagrumo H-22
Guaynabo, PR 00968

Antonio Martin Cervera
Caparra Hills
Yagrumo H-22
Guaynabo, PR 00968

Manuel B. Martinez Giraud
PO BOX 183
Arecibo, PR 00613

Evelyn Martino Gonzalez
PO Box 32441
Palm Beach Gardens, FL 33420-2441

Miriam Ivette Matos Santos
Urb. Buena Ventura
1111 Magnolila
Mayaguez, PR 00680

Carol E. Matula
5 Hastings Rd.
Berkeley Heights, NJ 07922

Maxwell Keith Trust
c/o Maxwell & Terry Keith
133 Commonwealth Ave.
San Francisco, CA 94118

Susan McCormack
18 Thackeray Rd.
Wellesley, MA 02481

Margaret M. Meath
1132 Balsam St.

New Richmond, WI 54017

Cordelia B. Medina
721 Windmill Dr
Las Cruces, NM 88011

David C. Medina
1725 Foster Road
Las Cruces, NM 88001

Laura Medina
1725 Foster Road
Las Cruces, NM 88001

Julio Medina Figueroa
488 Calle Juan Rodriguez
Bo. El Mani
Mayaguez, PR 00680

Diana Melnick
8279 Summerbreeze Ln.
Boca Raton, FL 33496

Jack Melnick
8279 Summerbreeze Ln.
Boca Raton, FL 33496

Maria Mendez Crespo
Urb. Las Veredas
Calle Laureles #65
Camuy, PR 00627

Manuel Mendez Garcia
508 Ave. Sagrado Corazon
San Juan, PR 00915

Robert Messer
158 Pershing Rd.
Englewood Cliffs, NJ 07632

Alvin Meyers
2164 Brown St.
Brooklyn, NY 11229

Linda S. Meyers
12862 Stoneybrooke Ct.

South Lyon, MI 48178-8531

Deborah Milano
299 Connie Wright Rd.
Irmo, SC 29063

Robert J. Miller
425 Dockside Dr.
Naples, FL 34110

Warren Min
804 Milan Ave.
South Pasadena, CA 91030

Marie Minimi
520 Victor St #38
Saddle Brook, NJ 07663

Anthony Minutoli
6035 75th Street
Middle Village, NY 11379

Rose Minutoli
6035 75th Street
Middle Village, NY 11379

Yahya Moadel
6 Engineers Rd.
Roslyn, NY 11576

Angeles Molina Iturrondo
Ext. Villa Caparra
Florencia E-6
Guaynabo, PR 00966

Valerie Moliterno
409 39th Ave. N
Myrtle Beach, FL 29577-2703

Delfina Monserrate Diaz
506 Brown Ct.
Fruitland Park, FL 34731

Thomas Moraca
1030 Cypress Way
Boca Raton, FL 33486

Ramon Luis Morales Maldonado
Calle 20 2N #47
Urb. Alto Monte
Caguas, PR 00725

Charles Muhando
524 Oak Ridge Avenue
North Plain Field, NJ 07063

ROBERT E. NIES on behalf of
Interested Party Arc American
Chiesa, Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052

Marie R Nagel
2040 W. Wayzata Blvd. Apt. 111
Long Lake, MN 55356-5608

Rose Nathanson
7739 Southampton Ter. Apt 214G
Tamarac, FL 33321-9172

Allegra Natt
32 Sheridan Ave.
Metuchen, NJ 08840-2612

Bertram G. Neiterman
1120 99St #502
Bay Harbor Is., FL 33154

Heriberto Nieves Dominguez
Complejo Correccional Guayama
Anexo 296 Edif. 1-D #053
PO BOX 1005
Guayama, PR 00785

Ruben Nieves Lugardo
PO BOX 2442
Canovanas, PR 00729

Robert S. Nowie
73461 Haystack Rd.
Palm Desert, CA 92260-6059

O'NEILL & GILMORE LAW OFFICE,
LLC
,

Kathryn OConnell
8510 W. 10th Ave.
Lakewood, CO 80215

Leo OConnell
8510 W. 10th Ave.
Lakewood, CO 80215

Marie E. Ocampo
3 Martin Lane
Flemington, NJ 08822

Matthew Olian
2354 E. Harold St.
Philadelphia, PA 19125

Oracle America, Inc.
Buchalter, A Professional Corporation
c/o Shawn Christianson
55 2nd St. 17th Fl.
USA
San Francisco, Ca 94105

Oracle Caribbean, Inc.
Buchalter, A Professional Corporation
c/o Shawn M. Christianson
55 2nd St. 17th Fl.
San Francisco, Ca 94105

Jeffrey L. Ostroff
4980 Fairfield Rd.
Fairfield, PA 17320

Steven M. Oursler, Sr.
19475 Jack Stone Ln.
Drayden, MD 20630-3404

David J. Owens
11923 Stoney Batter Rd.
Kingsville, MD 21087

HALEY N. PROCTOR, on behalf of
Interested Party Aristeia Capital, L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Canyon Capital
Advisors LLC
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Cyrus Capital Partners,
L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 1,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 10,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 2,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 3,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.

Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 4,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 5,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 6,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 7,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 8,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Decagon Holdings 9,
L.L.C.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Fideicomiso Plaza

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party GoldenTree Asset
Management LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Scoggin Management
LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Taconic Capital
Advisors L.P.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Tilden Park Capital
Management LP
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Whitebox Advisors LLC
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

HALEY N. PROCTOR, on behalf of
Interested Party Jose F Rodriguez-
Perello
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Joe M. Pace

8316 Snug Hill Lane
Potomac, MD 20854

Maureen Pacini
1437 Last Oak Ct.
Fort Collins, CO 80525-5581

Paddock Investment Trust
c/o Larry D. Glassman
1000 S. Federal Hwy.
Boynton Beach, FL 33435

Leida Pagan Torres
#67 Calle Alhambra
Urb. Sultana
Mayaguez, PR 00680

Theresa P. Patella
120 Morris Ave Apt. C6
Rockville Centre, NY 11570

Anthony Patti
1108 Lakefield Walk
Marietta, GA 30064

Paul Hastings LLP

,

Bernard Pearlman
15 West 72nd St.
Apt 22H
New York, NY 10023-3460

Lester Pedell
c/o Iris Pedell
25 Windsor Ln.
Boynton Beach, FL 33436

Herminio Perez Garcia
PO BOX 6684
Bayamon, PR 00960

Kermit A. Perez Molinari
Urb. Valle Verde
Calle Arboleda 952
Ponce, PR 00716-3513

Hiram Perez Soto
Urb. Villas de Parana
Calle 11 Bloque S-1#5
San Juan, PR 00926

Pershing LLC
,

Richand Perskin
One Bonaire Drive
Dix Hills, NY 11746

Peter Leavitt and Olga Stavros Leavitt
JT TEN
28 Glenwood Road
Fanwood, NJ 07023-1425

Richard Petersen
108 Fallwood Parkway
Farmingdale, NY 11735

Gary S. Pfisterer
16 Shaw Road
Wales, MA 01081

Arturo Pico Vidal
PO Box 7375
Ponce PR 00732-7375,

Jerry Pisecki
3642 Caddington Ter.
Midlothian, VA 23113

Ronald R. Plano
2305 Baldwin Run
The Villages, FL 32162

Miguel Pomales Castro
PMB 92 PO BOX 71325
San Juan, PR 00936

Doris Zoe Pons-Pagan
Alturas de Borinquen Gardens
KK-6 Orchis St.
San Juan, PR 00926

Rodolfo Popelnik
3409 Ave. Isla Verde
Apto. 1502
Carolina, PR 00979

Kathleen Probst
883 Meadow Ln
Franklin Lks, NJ 07417-1112

John Puskac
1492 N. Lamb Blvd.
Apt. #1104
Las Vegas, NV 89110

Sara Quinones Irizarry
Cascada 1818 Valle Verde
Ponce, PR 00716-3606

Jose F. Quinones Soto
Urb. Milaville
145 Calle Moradilla
San Juan, PR 00926-5124

R.J. Hughes
c/o Robert B. Hughes, Trustee
10957 SW 82nd Ter.
Ocala, FL 34481

JOSE L RAMIREZ-COLL on behalf of
Creditor Solus Opportunities Fund 5 LP
ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PA 00908

JOSE L RAMIREZ-COLL on behalf of
Creditor Solus Opportunities Fund 5 LP
ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PR 00908

JOSE L RAMIREZ-COLL on behalf of
Creditor Ultra Master LTD

ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PA 00908

JOSE L RAMIREZ-COLL on behalf of
Creditor Ultra NB LLC
ANTONETTI MONTALVO & RAMIREZ
COLL
PO BOX 13128
SAN JUAN, PA 00908

RCG PR Investments LLC
c/o Roberto Colon
PO BOX 305
Catano, PR 00963-0305

REPARTO METROPOLITANO
SHOPPING CENTER LLC
PO BOX 195582
SAN JUAN, PR 00919

J. RAMON RIVERA MORALES, on
behalf of Counter-Claimant AD HOC
GROUP OF GENERAL OBLIGATION
BONDHOLDERS
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant ACP Master, Ltd.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Aurelius Capital
Master, Ltd.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Aurelius
Investment, LLC,

JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Aurelius
Opportunities Fund, LLC,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Autonomy Master
Fund Limited
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Corbin Opportunity
Fund, L.P.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Lex Claims, LLC,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Defendant Pinehurst Partners,
L.P.,
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

J. RAMON RIVERA MORALES, on
behalf of Intervenor AD HOC GROUP
OF GENERAL OBLIGATION
BONDHOLDERS
JIMENEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

EDWIN RODRIGUEZ
Urb. Torremolino DF19
Guaynabo, PR 00969

CARLOS A RODRIGUEZ HERRERA
URB SAN FRANCISCO
1704 DIAMELA ST
SAN JUAN, PR 00927

RWK CS Trust
7580 Fintry Drive
Greensboro, NC 27409

Allan C. Rabinowitz
911 Park Avenue
Apt 9B
New York, NY 10075

Raul Ramirez
8133 Calle Concordia Ste. 101
Ponce, PR 00717-1543

Francisco M. Ramirez-Rivera
613 Ponce de Leon Ave.
Apt. 901
San Juan, PR 00907

Francisco M. Ramirez-Rivera on behalf
of Creditor Francisco M. Ramirez-Rivera
Goldman Antonetti & Cordova LLC
PO Box 70364
San Juan, PR 00936-8364

Orestes Ramos on behalf of Interested
Party Government Development Bank
for Puerto Rico
,

Walter B. Ratliff
38 Winged Foot
Boerne, TX 78006

Edward Reiner
10008 East Purdue Ave.
Scottsdale, AZ 85258

Michael J. Remillard
3569 Old Smithville Hwy N.
Sparta, TN 38583

Carmen M. Reyes Reyes
124 North Coast Village
Vega Alta, PR 00692

Harvey Richman
176 Dove Drive
Fortson, GA 31808

Kenneth Ring
150 Hill Hollow Road
Watchung, NJ 07069

Sheryl Ring
150 Hill Hollow Road
Watchung, NJ 07069

Carmen Iris Rivera Cosme
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

Luis H. Rivera Gonzalez
PO BOX 5136
Aguadilla, PR 00605

Angel Rivera Torrales
Condominio Hato Rey Centro
130 Arterial Hostos, Apt. Q101
San Juan, PR 00918

Robert Collins Revocable Trust
c/o Joseph E. Franjul
3530 Mystic Pointe Drive
Apt. 3213
Aventura, FL 33180

Keila Robles Figueroa
Urb. Monte Brisas
8 Calle B
Gurabo, PR 00778-4023

Lilia M. Rodriguez Colon

613 Ave. Ponce De Leon, Apt. 901
San Juan, PR 00907

Roy Louis Rodriguez Delgado
HC-03 Box 11159
Juana Diaz, PR 00795

Nestor Rodriguez Marty
5347 Ave. Isla Verde, Apt 1214
Carolina, PR 00979-5509

Ernesto Rodriguez Rodriguez
PO BOX 330190
Ponce, PR 00733-0190

William A. Rogato
102 Amherst Place
Goldsboro, NC 27534

Vijay Rohatgi
1321 Camino Teresa
Solana Beach, CA 92075

Rona Iris Rothman Revocable Trust
c/o Rona Rothman
477 Misty Oaks Run
Casselberry, FL 32707

Maria Rosello
HC2 Box 3469
Santa Isabel, PR 00757

Steven Rosen
174 Oakwood Ct.
Naples, FL 34110

Iris P. Rosenblatt
111 Hamlet Hill #405
Baltimore, MD 21210

Robert Rosenbouch
10540 Royal Caribbean Circle
Boyton Beach, FL 33473

Sandra Rosenbouch
10540 Royal Caribbean Circle

Boyton Beach, FL 33473

Linda Rosin
1230 County Route 60
Elmira, NY 14901

Lora G. Rosner
7801 34th Avenue
Apt. 57
Jackson Heights, NY 11372

Lois Ross
3070 Eunice Ave.
Spring Hill, FL 34609

Jorge L. Rosso
5760 S.W. 107 St.
Miami, FL 33156

Radames Ruiz Velez
HC-02 Box 17145
Rio Grande, PR 00745

Angel Ruiz-Rivera
Ext. Villa Rica
AA-27 Calle Santa Rita
Bayamon, PR 00960

Lawrence Russo
5520 E Palo Verde Drive
Paradise Valley, AZ 85253

David Ryan
PO BOX 3232
Easton, PA 18043

ROBERT L SCHNELL on behalf of
Plaintiff VOYA INSTITUTIONAL TRUST
COMPANY
FAEGRE BAKER DANIELS LLP
2200 WELLS FARGO CENTER
90 S 7TH STREET
MINNEAPOLIS, MN 55402

ANDREW W. STERN on behalf of
Interested Party Banco Santander
Puerto Rico
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

ANDREW W. STERN on behalf of
Interested Party Santander Asset
Management, LLC
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

ANDREW W. STERN on behalf of
Interested Party Santander Securities,
LLC
Sidney Austin LLP
787 Seventh Ave.
New York, NY 10019-6018

Enrique Alfonso Sabater
Urb. Santa Maria
1842 Calle Reina de las Flores
San Juan, PR 00927

Carlos J. Sagardia Abreu on behalf of
Creditor B.P. S.E.
1353 Ave. Luis Vigoreaux
PMB 678
Guaynabo, PR 00966

Carlos J. Sagardia Abreu on behalf of
Creditor Bahia Park S.E.
1353 Ave. Luis Vigoreaux
PMB 678
Guaynabo, PR 00966

Robert Saland
9448 West Broadview Drive
Bay Harbor Islands, FL 33154

Arthur Samodovitz
200 Rano Blvd #4C-27
Vestal, NY 13850

Maria T. San Miguel
PO Box 11679
San Juan, PR 00922

Miriam Sanchez Lebron
HC-04 BOX 4001
Humacao, PR 00791-8900

Eliezer Santana Baez
50 Carr. 5 Unit A-501
Edif. 3-J Ind. Luchetti
Bayamon, PR 00961-7403

Hector Santos Diaz
Urb. El Rocio
#37 Calle Limoncillo
Cayey, PR 00736

Ann Marie Sarno
30 Lawrence Rd.
Randolph, NJ 07869

Paul Sarno
30 Lawrence Rd.
Randolph, NJ 07869

John Sasser
9 Radler Rd.
Preston, CT 06360

Susan Sasser
9 Radler Rd.
Preston, CT 06360

Saul and Theresa Esman Foundation
c/o Charles E. Rutherford, Esq.
2101 NW Corporate Blvd.
Suite 206
Boca Raton, FL 33431

Betty Sayburn
212.93 16th Avenue
Bayside, NY 11360

Douglas R. Sayer
1260 Morris Avenue

Bryn Mawr, PA 19010-1712

MaryAnne Scardino
240 19 Memphis Ave.
Rosedale, NY 11422

Sherry Scher
536 Pacing Way
Westbury, NY 11590

Schiffer Living Trust
c/o Marcia L. Schiffer
5746 Crystal Shores Dr.
Apt. 408
Boynton Beach, FL 33437

William Schimel
3-21 Summit Ave.
Fair Lawn, NJ 07410

Robert F. Schott
44 Fieldcrest Road
New Cannan, CT 06840

Lynn Schrier-Behler
704 S Union St.
Alexandria, VA 22314

Susan E. Schur
76 Highland Avenue
Somerville, MA 02143

Daniel W. Schwartz
19333 W Country Club Dr.
Apt 1901
Aventura, FL 33180

Robert W. Scisco, Jr.
110 Hollywood Ave.
Willow Branch, NJ 07764

Brian Scully
14 South St
West Haven, CT 06516

Ellen Scully

14 South St.
West Haven, CT 06516

Searle and Company
c/o John Eberly
333 Greenwich Avenue
Greenwich, CT 06830

Second Bridge Capital RMBS Fund I
c/o David Shaw
49W 23rd Street
8th Floor
New York, NY 10010

Richard D. Seifert
PO Box 82066
Fairbanks, AK 99708-2066

Jeffrey Sellers
22703 Camino del Mar, Apt. 26
Boca Raton, FL 33433

Julio H. Sepulveda Ramos
PO Box 43
Hormigueros, PR 00660

John Shabato
6610 NE 21st Dr.
Fort Lauderdale, FL 33308

Zui Shamam
3700 Kensignton St.
Hollywood, FL 33021

Nora Shang
6 Coventry Walk
Ithaca, NY 14850

Peter Shanovich
5206 Juniper Ln.
West Bend, WI 53095

Paul D. Sheeler
545 Stoney Lane
State College, PA 16801

Shahab Sheikholeslam
320 26th Ave. N.
St. Petersburg, FL 33704

Edward Shelton
866 Heritage Hills
Somers, NY 10589

Elizabeth Sickelco
63 Bennett Road
Wilbraham, MA 01095

Ariel Siegel
10 Wendover Lane
Suffern, NY 10901

David Siegel
10 Wendover Lane
Suffern, NY 10901

Elliot Siegel
710 Sound View Road
Oyster Bay, NY 11771

Judy G. Silber
47 Old Chimney Road
Upper Saddle River, NJ 07458

Frederick Silberstein
2910 NW 25th Terr
Boca Raton, FL 33434

Andrew I Silfen on behalf of Interested
Party Aguirre Offshore Gasport, LLC
Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
andrew.silfen@arentfox.com

Lorraine Silverstein
13101 S.W. 15th Ct Apt 210
Pembroke Pines, FL 33027-2467

Scott D. Simmons
2536 Ambling Circle
Crofton, MD 21114

Diane Sipics
1605 N. Cedar Crest Blvd.
Suite 504
Allentown, PA 18104

Grace Skidell
112 Foxwood Dr
Jericho, NY 11753

Gladys Smith
801 Vanosdale #102
Knoxville, TN 37909

Barbara K. Snyder
3675 No. Country Club Drive
Aventura, FL 33180

Irvin J. Snyder
205 Society Hill Blvd.
Cherry Hill, NJ 08003

Ruy Solis
1875 Evergreen Ridge Way
Reno, NV 89523

Carl Solomon
29 Devonshire Rd. So.
Cedar Grove, NJ 07009-2023

Lawrence Solomon
6375 Noble Rd.
West Bloomfield, MI 48322

Robert Solomon
177 Railroad Ave. House B
Greenwhich, CT 06830

Myrna Y. Soto Torres
Calle Torres Nadal #978
Urb. Villas de Rio Canas
Ponce, PR 00728-1937

Bernard Stein
21 Bay Hill Drive
Bloomfield, CT 06002

Marlene S. Stein
21 Bay Hill Drive
Bloomfield, CT 06002

Alan Stevens
74 Hamlet Drive
Hauppauge, NY 11788

William R. Stockman
6431 NE 150th Ave.
Williston, FL 32696

Donna Struletz
404 E 66th St., #3E
New York, NY 10065

Moises Suarez
508 Ave. Sagrado Corazon
San Juan, PR 00915

Marie M. Suatoni
313 Mott Rd.
Fayetteville, NY 13066

Richard A. Suatoni
319 Mott Rd.
Fayetteville, NY 13066-1845

Stanley M. Sussman
624 Dane Ct.
New Castle, DE 19720

Stephen Sussman
5178 Polly Park Lane
Boyton Beach, FL 33437

Susan C. Tanowitz
2111 E. Belt Line Rd.
#134-A
Richardson, TX 75081

Floyd R. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458

Ira Tanzer
22 Old Fort Lane
Southhampton, NY 11968

Shoshannah D. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458

Ernest Tarmin
474 Ocean Avenue
Lynbrook, NY 11563

Leslie Taub
5 Brunswick St.
Staten Island, NY 10314

Izak Teller
9 Wimisink Road
Sherman, CT 06784

The Jain Family Trust
c/o Surendra & Kala Jain
1825 Paseo Del Sol
Palos Verdes, CA 90274-1602

The McKenzie Family Trust
c/o William R. McKenzie
4550 E. Wild Coyote Trl.
Tucson, AZ 85739

Dennis Thompson
11514 Sun Rd.
Dade City, FL 33525-1828

Eva Maria Toerey-Curvino
313 Teaneck Rd.
Teaneck, NJ 07666

Ernest Tornincasa
1955 Paulding Ave.
Bronx, NY 10462

Francisco de A. Toro De Osuna
#28 Urb. Ext. Quintas de Santa Maria
Mayaguez, PR 00682

Jorge Luis Torres
Urb. Venus Gardens
756 Calle Piscis
San Juan, PR 00926

Manuel A. Torres Diaz
Urb. La Colina
B20 Calle B
Guaynabo, PR 00969-3261

Aracelia Torres Irizarry
PO Box 361204
San Juan, PR 00936-1204

Aurelio Torres Ponsa
300 Stonington Rd.
Silver Spring, MD 20902

Elizabeth Towle
98 Pageant St.
Rio Communities, NM 87002

Helen K. Tracy
8447 Quail Meadow Way
West Palm Beach, FL 33412

Richard Tracy
6123 220th St.
Oakland Gardens, NY 11364

Raymond J. Troiani
114 Belvidere Rd.
Phillipsburg, NJ 08865

John J. Trombadore
7522 NW 110th Dr.
Parkland, FL 33076

William G. Troy
PO Box 41651
Phoenix, AZ 85080

Trust U/W Herbert J. Mendelson
c/o Sherry Scher, Trustee
536 Pacing Way
Westbury, NY 11590

Barbara Tuck
3 Town House Place, Apt. 3L
Great Neck, NY 11021

Barbara J. Tucker
3668 Appling Lake Dr.
Memphis, TN 38133

Rhoda Tucker
185 Bay Drive
Woodmere, NY 11598

Steven B. Tucker
3409 Hollow Branch Ct.
Chesterfield, VA 23832

Kathleen V. Urbanski
39 Woodshire Drive
Erial, NJ 08081

HAROLD D. VICENTE on behalf of
Defendant Fir Tree, Inc.
PO BOX 11609
SAN JUAN, PR 00910-1609

Jan Valentine
12 Campbell Farms Road
Belen, NM 87002

Neil Vander Groef
989 Stillwater Rd.
Newton, NJ 07860

Josefina Varela Gonzalez
Urb. Bucare 5 Calle Diamante
Guaynabo, PR 00969-5114

Edwin Vargas Velazquez
RR4 Box 26413
Toa Alta, PR 00953

Bradford C. Vassey
665 S. Gouldsboro Rd.
Gouldsboro, ME 04607

Jose A. Vazquez Padilla
Parcelas Soledad
1376 Calle J
Mayaguez, PR 00682-7659

Enrique Vazquez Quintana
Urb. El Remanso
F15 Corriente St.
San Juan, PR 00926

William T. Vetterling
35 Turning Mill Rd
Lexington, MA 02420-1319

Paul Viditch
2954 Secret Way
Commerce Township, MI 48390

Eva Judith Viera
Hacienda Constancia
Calle Estancia 711
Hormigueros, PR 00660

Richard M. Villastrigo
230 Houtz Lane
Port Matilda, PA 16870

Vivian Hile Trust
c/o Vivian Hile
126 Sparrow Drive
Apt. 13 B
Royal Palm Beach, FL 33411

STUART WEINSTEIN BACAL on behalf
of Defendant STATE INSURANCE
FUND CORPORATION
INDIANO WILLIAMS & WEINSTEIN
BACAL
BCO.PONCE BDLG.21 FL.268
M.RIVERA
SAN JUAN, PR 00918

STUART WEINSTEIN BACAL on behalf
of Interested Party Elias Sanchez-
Sifonte

INDIANO WILLIAMS & WEINSTEIN
BACAL
BCO.PONCE BDLG.21 FL.268
M.RIVERA
SAN JUAN, PR 00918

Timothy S. Wade
7 Cedarcrest Ct.
Doylestown, PA 18901

Cindy Wade Weathers
104 Kathy Ave.
Quitman, MS 39355

Debra Wasyl
31 Beidler Drive
Washington Crossing, PA 18977

Larry Weiner
94 Locust La.
Upper Saddle River, NJ 07458

Lynn Weingarten
205 Bon Air Ave.
New Rochelle, NY 10804

William Weiss
PO Box 789
West Rutland, VT 05777

Robert J. Welsch
128 Cherry Hills Dr.
Aiken, SC 29803

Wendy Goodman Rev. Trust
c/o Wendy Goodman
533-1 NW 48th Street
Coconut Creek, FL 33073

Jeffrey M. Whiting
PO Box 1
Suring, WI 54174

James Wiatrowski
100 Crestview Lane
Waupaca, WI 54981-1152

Donald Widder
12 Marin Bay Park Ct.
San Rafael, CA 94901

Bruce Wiederspiel
2783 Columbia Falls Stage Rd
Columbia Falls, MT 59912

Joan Wiesen
45 Sutton Pl S Apt. 20E
New York, NY 10022

William Earl and Marlene N. Lansford
Rev. Trust Agent 2016
4610 N. 149th St.
Brookfield, WI 53005

Jeffrey S. Winslow
1500 E. Rosser St.
Prescott, AZ 86301

Mitchell F. Winslow
5935 N. Bailey Ave.
Prescott, AZ 86305-7461

Fred Winter
10 Annette Drive
Edison, NJ 08820

Robert L. Wise
3 Interlaken Drive
Interlaken, Nj 07712

Sheila Wolf
5835 Coolwater Cove
Dallas, TX 75252

Michael A. Wolridge
4006 Balmorhea Ave/
Houston, TX 77039

John Michael Wolstencroft
145 Hampton Cricle
Bluffton, SC 29909

Brian R. Wright
205 7th St.
Hoboken, NJ 07030

STEPHEN YOUNGMAN on behalf of
Creditor NATIONAL PUBLIC FINANCE
GUARANTEE CORPORATION
Weil, Gotshal & Manges LLLP
200 Crescent Court
Suite 300
Dallas, TX 75201

Qiao Yan
2833 Rainfield Ave.
Westlake Village, CA 91362

Sherry L. Yeary
2902 Gilmer Ave.
Abilene, TX 79606

Benson Yomtov
Trustee Yomtov Family Trust
80 Harris Drive
Oceanside, NY 11572

Harriet Yomtov
Trustee, Yomtov Family Trust
80 Harris Drive
Oceanside, NY 11572

ZF Revocable Trust
c/o Zack Feinsilver
4775 Technology Way
Boca Raton, FL 33431

Michael Zaretsky
19 Winter St
Forest Hills, NY 11375

Rose Zaretsky
19 Winter St
Forest Hills, NY 11375

Flor Zayas de Navarro
Calle Eclipse C-29
Ponce, PR 00716

Konstantin W. Zois
360 Tremont Pl
Orange, NJ 07050

Matthew Zucker
3081 NE 42nd St.
Ft Lauderdale, FL 33308

Joel Zytnick
100 Cerasi Dr. Apt. PH9
West Mifflin, PA 15122-4207

Arminda de Choudens Farraro
PO Box 192471
San Juan, PR 00919-2471

17-03283-LTS9 These participants in a related case chose not to receive notice from
this case:

Rebecca Cutri-Kohart on behalf of
Defendant UNITED STATES OF
AMERICA
rebecca.cutri-kohart@usdoj.gov,
fedprog.ecf@usdoj.gov

Heriberto Lopez on behalf of Interested
Party KPMG LLP
hlopez@hlopezlaw.com