# **EXHIBIT A**

**El Nuevo Día**

# TRUBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FIANANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO et al, DEUDORES

PROMESA: TÍTULO III, Caso No – 17 BK 3283-LTS
(ADMINISTRADO CONJUNTAMENTE)
"ESTE AVISO REQUIERES ACCIÓN EN O ANTES DEL 18 DE NOVIEMBRE DE 2019"

# AFIDAVIT

Yo, Carmencita Santana Rosado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DIA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**11 DE OCTUBRE DE 2019**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. _11 OCT. 2019_ 20__.

Afidávit No. _57144_ del Registro.

Jurado y reconocido ante mi por Carmencita Santana Rosado, vecina de San Juan, mayor de edad, soltera, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. _11 OCT. 2019_ 20__.

NOTARIO



***ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL 18 DE NOVIEMBRE DE 2019***

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br>Deudores.[1] | PROMESA<br>Título III<br>Caso Núm. 17-BK-3283 (LTS)<br>(Administrado Conjuntamente) |
| In re:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante del<br>SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO<br>DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,<br>Deudor. | PROMESA<br>Título III<br>Caso Núm. 17-BK-3566 (LTS) |

**AVISO DE (A) OBJECIONES A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A RECLAMACIONES INCOADAS POR TENEDORES DE BONOS EMITIDOS POR EL SISTEMA DE RETIRO DE EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y (B) PROCEDIMIENTOS INICIALES PARA LAS OBJECIONES A ESTAS RECLAMACIONES, INCLUYENDO LA FECHA LÍMITE PARA PRESENTAR EL AVISO DE PARTICIPACIÓN**

Este aviso es para los tenedores de bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE").

Por favor tenga presente que (i) el Comité Oficial de Acreedores No Asegurados (el "Comité") ha presentado objeciones, cada una fechada al 12 de marzo de 2019 [Caso Núm. 17-bk-3283, Dkt. No. 5580 y 5586; Caso Núm. 17-bk-3566, Dkt. Núm. 381 y 384] (conjuntamente, las "Objeciones del Comité de Acreedores"), a reclamaciones contra el SRE incoadas por tenedores de Bonos SRE (los "Tenedores de Bonos SRE"); y (ii) el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico ("Comité de Retirados") ha presentado una objeción fechada al 23 de abril de 2019 [Caso Núm. 17-bk-3283; Dkt. Núm. 6482; Caso Núm. 17-bk-3566, Dkt. Núm. 469] (la "Objeción del Comité de Retirados", y conjuntamente con las Objeciones del Comité de Acreedores, las "Objeciones de los Comités"), a reclamaciones incoadas por Tenedores de Bonos SRE contra el SRE y el ELA. El texto completo de las Objeciones de los Comités puede accederse a través del siguiente enlace: http://cases.primeclerk.com/ERSClaimsObjections.

Tenga también presente que el Comité de Acreedores y el Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico ("CER") conjuntamente incoaron los procedimientos adversativos ("Acciones") números 19-355, 19-356, 19-357, 19-358, 19-359, 19-360 y 19-361 al presentar demandas ("Demandas PA") contra ciertos demandados (cada demandado, un "Demandado PA") para, entre otras cosas, recuperar dineros pagados por cuenta de los Bonos SRE previo al comienzo del caso de Título III del SRE.[2] Las Demandas PA pueden accederse en Internet a través del siguiente enlace: https://cases.primeclerk.com/puertoricoavoidanceactions/

También note que la Junta de Supervisión y Administración Financiera para Puerto Rico ("Junta") presentó una objeción, con fecha del 22 de mayo de 2019 [Caso Núm. 17-bk-3283, Dkt. Núm. 7075] (la "Objeción de la Junta"), a la reclamación incoada por The Bank of New York Mellon, Agente Fiscal para los Bonos SRE ("Agente Fiscal"), contra el ELA.

El Comité de Acreedores, el Comité de Retirados, la Junta y el CER en adelante son "Objetores". Las Objeciones de los Comités, las alegaciones en el cargo uno de las Demandas PA, la Objeción de la Junta y cualquier Objeción Adicional a Reclamaciones (según se define en los Procedimientos Iniciales para Objeciones) en adelante son "Objeciones a Reclamaciones".

Las Objeciones a Reclamaciones tienen el propósito de rechazar e invalidar las Reclamaciones de Bonos SRE (según se definen en los Procedimientos Iniciales para Objeciones), incluyendo en la base de que los Bonos SRE fueron emitidos *ultra vires*. **Sujeto a los derechos apelativos aplicables, si, y en la medida en que, el Tribunal conceda las Objeciones a Reclamaciones total o parcialmente, la recuperación de los reclamantes de Bonos SRE por cuenta de los mismos bonos se eliminará total o parcialmente, y estos reclamantes quedarán prohibidos para siempre de hacer valer dichas reclamaciones contra el SRE y el ELA, votar en cualquier plan de ajuste presentado en los Casos bajo el Título III del SRE o del ELA, y participar en cualquier distribución en los Casos bajo el Título III del SRE o del ELA por cuenta de las mismas Reclamaciones de Bonos SRE. Por tanto, las Objeciones a Reclamaciones pueden afectar sus derechos. Como se detalla en el próximo párrafo, usted tiene el derecho de presentar un Aviso de Participación si desea participar en el litigio de las Objeciones a Reclamaciones. El Aviso de Participación tiene que ser presentado en o antes del 18 de noviembre de 2019 (la "Fecha Límite de Participación").**

Además, tenga presente que el 7 de octubre de 2019, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") aprobó ciertos procedimientos iniciales respecto al litigio de las Objeciones a Reclamaciones (los "Procedimientos Iniciales para Objeciones"). Si pretende participar en el litigio de las Objeciones a Reclamaciones, tiene que cumplir con los Procedimientos Iniciales para Objeciones los cuales requieren, entre otras cosas, que presente ante el Tribunal de Distrito y envíe por correo electrónico un Aviso de Participación en o antes de la Fecha Límite de Participación. **Las instrucciones para presentar un Aviso de Participación ante el Tribunal de Distrito, incluso para aquellas personas que no tienen representación legal, se encuentran al final del formulario del Aviso de Participación.**

**AUSENTE UN PERMISO CONCEDIDO POR EL TRIBUNAL DE DISTRITO LUEGO DE MOSTRAR JUSTA CAUSA, SI USTED (A) NO PRESENTA UN AVISO DE PARTICIPACIÓN, O (B) PRESENTA UN AVISO DE PARTICIPACIÓN LUEGO DE LA FECHA LÍMITE DE PARTICIPACIÓN, ESTARÁ IMPEDIDO DE PRESENTAR MOCIONES SEPARADAS CON RESPECTO A LAS OBJECIONES A RECLAMACIONES, INCLUYENDO PRESENTAR CUALQUIER OBJECIÓN ADICIONAL A RECLAMACIONES.**

En este momento no hay un calendario establecido para someter alegatos con respecto a las Objeciones a Reclamaciones en los Casos Título III del SRE ni ELA. **No obstante, por favor tome nota de que se espera que se establezca prontamente un calendario para someter alegatos sobre algunas de las alegaciones en las Objeciones a Reclamaciones.** Se espera que ciertos Tenedores de Bonos SRE que son tenedores de una gran porción de los Bonos SRE se opondrán a cualquier intento de los Objetores a invalidar las reclamaciones basadas en Bonos SRE. Tenedores de Bonos SRE que presenten Avisos de Participación a tenor con los Procedimientos Iniciales para Objeciones tendrán la oportunidad para, pero no estarán obligados, presentar una moción uniéndose a los alegatos presentados por algunos Tenedores de Bonos SRE que son tenedores de gran porción de los Bonos SRE, o presentar un alegato adicional con respecto a las Objeciones a Reclamaciones. Sin embargo, cada Tenedor de Bonos SRE es responsable de proteger sus propios intereses legales.

**Si provee una dirección de correo electrónico en su Aviso de Participación, automáticamente recibirá notificaciones por correo electrónico cuando documentos relevantes a las Objeciones a Reclamaciones, incluyendo calendarios para presentar alegatos relacionados a estos, sean publicados en: http://cases.primeclerk.com/ERSClaimsObjections (la "Página Web de Objeciones SRE"). Si no provee una dirección de correo electrónico en su Aviso de Participación, no recibirá estas notificaciones automáticas y tendrá que visitar la Página Web de Objeciones SRE para ver las notificaciones y otros documentos pertinentes.**

Solicitudes para la versión en español o inglés del Aviso, Procedimientos Iniciales para Objeciones, y el formulario de Aviso de Participación y cualquier pregunta relacionada a este aviso, deben enviarse por escrito a: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn:  Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

Los números CUSIP de los Bonos SRE afectados por las Objeciones a Reclamaciones son:

| CUSIP | CUSIP | CUSIP | CUSIP | CUSIP | CUSIP |
|---|---|---|---|---|---|
| 29216MAF | 29216MAK | 29216MAE | 29216MBG | 29216MBG | 29216MAX |
| 29216MAA | 29216MAL | 29216MBA | 29216MBH | 29216MBH | 29216MAY |
| 29216MAB | 29216MAD | 29216MBB | 29216MBJ | 29216MBJ | 29216MAZ |
| 29216MAG | 29216MAM | 29216MBC | 29216MAT | 29216MAT | 29216MBL |
| 29216MAH | 29216MAN | 29216MBD | 29216MAU | 29216MAU | 29216MBM |
| 29216MAJ | 29216MAP | 29216MBE | 29216MAV | 29216MAV | 29216MBN |
| 29216MAC | 29216MAQ | 29216MBF | 29216MAW | 29216MAW | 29216MBP |

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Si usted es un Demandado PA, también recibirá una notificación aparte bajo el epígrafe de la Acción correspondiente.



Ya es hora de mirar hacia el Caño Martín Peña.

cano3punto7.org

caño 3.7

*g-8 · enlace · fideicomiso*



**EL INTERNET QUE NECESITAS**
100% Internet Satelital
**$100 Gift Card Gratis***
*Tarjeta de Pre-Pago por medio de reembolso al suscribirte*

CLASIFICADO **#1** POR LA FCC
*brindando la velocidad anunciada*

**QHS QUALITY HOME SATELLITE**

SUR, ESTE Y OESTE **866-5633**    CENTRO Y NORTE **226-9554**

POR 4 AÑOS CONSECUTIVOS

**HughesNet.** AUTHORIZED RETAILER

www.QualityHomeSatellite.com

*Oferta válida hasta el 25/09/19. Restricciones aplican. Llama para detalles. HughesNet es una marca registrada de Hughes Network Systems, LLC, una compañía de EchoStar.

---

**metropistas**
an Abertis company

**AVISO AL PÚBLICO**

**INTERRUPCIÓN DEL SERVICIO DE RECARGA EN LA PLAZA DE PEAJE DE TOA BAJA POR TRABAJOS DE CONSTRUCCIÓN**

Metropistas, en coordinación con el Departamento de Transportación y Obras Públicas y la Autoridad de Carreteras y Transportación, anuncia que **desde el viernes 11 de octubre a las 9:00 P.M. hasta el lunes 14 de octubre a las 5:00 A.M., estarán fuera de servicio las dos estaciones de recarga de auto expreso en la plaza de peaje de Toa Baja, en la Autopista PR-22 en dirección hacia Arecibo, debido a trabajos de construcción**. Como alternativa los conductores podrán recargar en las plazas de peaje más cercanas (plaza de Vega Alta y plaza de Buchanan). **Además, durante este fin de semana el carril exclusivo (DTL) se mantendrá en dirección Oeste hacia Arecibo y la primera salida del carril exclusivo hacia Toa Baja permanecerá cerrada por lo que los usuarios pueden tomar la última salida de este carril hacia Dorado**.

Exhortamos a los conductores y al público en general a estar atentos a las señales de tránsito y a otros dispositivos que serán instalados en el área para su seguridad y orientación. Agradecemos su paciencia ante los inconvenientes que esta medida de carácter temporal le pueda ocasionar.

*Trabajamos para que llegues bien.*

---

 

**INVITACIÓN
SUBASTA FORMAL**

La Junta de Subastas de Compras y Suministros de la UPR-Aguadilla, recibirá propuestas para la compra de dos **Generadores Eléctricos** de **200KW** y **350KW**.

| | |
|---|---|
| Número de Subasta: | 28l006126 |
| Fecha de Pre Subasta: | 31 de octubre de 2019 |
| Hora: | 10:30 am |
| Fecha de Subasta: | 21 de noviembre de 2019 |
| Hora: | 10:30 am |

Las cláusulas y documentos de la subasta podrán recogerse en la Oficina de Compras de la UPR-Aguadilla, Edificio 253 de la Calle Belt, Base Ramey en Aguadilla, P.R.; durante los días, 15 de octubre de 2019 al 18 de octubre de 2019, de 8:30 a.m. a 11:00 a.m. y de 1:00 p.m. a 3:30 p.m.

Las propuestas deberán ser entregadas individualmente en sobre sellado y debidamente identificado con el nombre y número de subasta, en o antes del lunes, 21 de noviembre de 2019, a las 10:30 a.m.

Prof. William Muñiz Rivera
Presidente Junta de Subastas

*Patrono con Igualdad de Oportunidad en el Empleo M/M/V/I*