**EXHIBIT B**

**El Diario**



## Affidavit of Publication State of New York County of New York, ss:
The undersigned, **Esperanza Ruiz,** is an Account Executive of
EL DIARIO/LA PRENSA a company of Impremedia, located at
15 Metro Tech Center, 7th Floor, Brooklyn, NY 11201

This is a daily newspaper published in **New York State.** The legal notice of
**The Commonwealth of Puerto Rico**
was published in said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

Said Notice was published on:

Friday, October 11, 2019

Subscribed and sworn to before me this

day of  10-16-2019

Esperanza Ruiz
Account Executive

Notary Public, New York County, N.Y.

JEAN M HANSFRED
Notary Public – State of New York
NO. 01HA6335068
Qualified in Kings County
My Commission Expires Dec 28, 2019

15 Metro Tech Center, 7th Fl. Brooklyn, NY 11201   Phone: (212) 807-4763   Fax: (212) 807-4617

**1320 Avisos Legales**

### *ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL 18 DE NOVIEMBRE DE 2019*
### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br>Deudores.[1] | PROMESA<br>Título III<br>Caso Núm. 17-BK-3283 (LTS)<br>(Administrado Conjuntamente) |
| In re:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante del<br>SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO<br>DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,<br>Deudor. | PROMESA<br>Título III<br>Caso Núm. 17-BK-3566 (LTS) |

**AVISO DE (A) OBJECIONES A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A RECLAMACIONES INCOADAS POR TENEDORES DE BONOS EMITIDOS POR EL SISTEMA DE RETIRO DE EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y (B) PROCEDIMIENTOS INICIALES PARA LAS OBJECIONES A ESTAS RECLAMACIONES, INCLUYENDO LA FECHA LÍMITE PARA PRESENTAR EL AVISO DE PARTICIPACIÓN**

Este aviso es para los tenedores de bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE").

Por favor tenga presente que (i) el Comité Oficial de Acreedores No Asegurados (el "Comité") ha presentado objeciones, cada una fechada al 12 de marzo de 2019 [Caso Núm. 17-bk-3283, Dkt. No. 5580 y 5586; Caso Núm. 17-bk-3566, Dkt. Núm. 381 y 384] (conjuntamente, las "Objeciones del Comité de Acreedores"), a reclamaciones contra el SRE incoadas por tenedores de Bonos SRE (los "Tenedores de Bonos SRE"); y (ii) el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico (el "Comité de Retirados") ha presentado una objeción fechada al 23 de abril de 2019 [Caso Núm. 17-bk-3283; Dkt. Núm. 6482; Caso Núm. 17-bk-3566, Dkt. Núm. 469] (la "Objeción del Comité de Retirados", y conjuntamente con las Objeciones del Comité de Acreedores, las "Objeciones de los Comités"), a reclamaciones incoadas por Tenedores de Bonos SRE contra el SRE y el ELA. El texto completo de las Objeciones de los Comités puede accederse a través del siguiente enlace: http://cases.primeclerk.com/ERSClaimsObjections.

Tenga también presente que el Comité de Acreedores y el Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico ("CER") conjuntamente incoaron los procedimientos adversativos ("Acciones") números 19-355, 19-356, 19-357, 19-358, 19-359, 19-360 y 19-361 al presentar demandas ("Demandas PA") contra ciertos demandados (cada demandado, un "Demandado PA") para, entre otras cosas, recuperar dineros pagados por cuenta de los Bonos SRE previo al comienzo del caso de Título III del SRE.[2] Las Demandas PA pueden accederse en Internet a través del siguiente enlace: https://cases.primeclerk.com/puertoricoavoidanceactions/

También note que la Junta de Supervisión y Administración Financiera para Puerto Rico ("Junta") presentó una objeción, con fecha del 22 de mayo de 2019 [Caso Núm. 17-bk-3283, Dkt. Núm. 7075] (la "Objeción de la Junta"), a la reclamación incoada por The Bank of New York Mellon, Agente Fiscal para los Bonos SRE ("Agente Fiscal"), contra el ELA.

El Comité de Acreedores, el Comité de Retirados, la Junta y el CER en adelante son "Objetores". Las Objeciones de los Comités, las alegaciones en el cargo uno de las Demandas PA, la Objeción de la Junta y cualquier Objeción Adicional a Reclamaciones (según se define en los Procedimientos Iniciales para Objeciones) en adelante son "Objeciones a Reclamaciones".

Las Objeciones a Reclamaciones tienen el propósito de rechazar e invalidar las Reclamaciones de Bonos SRE (según se definen en los Procedimientos Iniciales para Objeciones), incluyendo en la base de que los Bonos SRE fueron emitidos *ultra vires*. **Sujeto a los derechos apelativos aplicables, si, y en la medida en que, el Tribunal conceda las Objeciones a Reclamaciones total o parcialmente, la recuperación de los reclamantes de Bonos SRE por cuenta de los mismos bonos se eliminará total o parcialmente, y estos reclamantes quedarán prohibidos para siempre de hacer valer dichas reclamaciones contra el SRE y el ELA, votar en cualquier plan de ajuste presentado en los Casos bajo el Título III del SRE o del ELA, y participar en cualquier distribución en los Casos bajo el Título III del SRE o del ELA por cuenta de las mismas Reclamaciones de Bonos SRE. Por tanto, las Objeciones a Reclamaciones pueden afectar sus derechos. Como se detalla en el próximo párrafo, usted tiene el derecho de presentar un Aviso de Participación si desea participar en el litigio de las Objeciones a Reclamaciones. El Aviso de Participación tiene que ser presentado en o antes del 18 de noviembre de 2019 (la "Fecha Límite de Participación").**

Además, tenga presente que el 7 de octubre de 2019, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") aprobó ciertos procedimientos iniciales respecto al litigio de las Objeciones a Reclamaciones (los "Procedimientos Iniciales para Objeciones"). Si pretende participar en el litigio de las Objeciones a Reclamaciones, tiene que cumplir con los Procedimientos Iniciales para Objeciones los cuales requieren, entre otras cosas, que presente ante el Tribunal de Distrito y envíe por correo electrónico un Aviso de Participación en o antes de la Fecha Límite de Participación. **Las instrucciones para presentar un Aviso de Participación ante el Tribunal de Distrito, incluso para aquellas personas que no tienen representación legal, se encuentran al final del formulario del Aviso de Participación.**

**AUSENTE UN PERMISO CONCEDIDO POR EL TRIBUNAL DE DISTRITO LUEGO DE MOSTRAR JUSTA CAUSA, SI USTED (A) NO PRESENTA UN AVISO DE PARTICIPACIÓN, O (B) PRESENTA UN AVISO DE PARTICIPACIÓN LUEGO DE LA FECHA LÍMITE DE PARTICIPACIÓN, ESTARÁ IMPEDIDO DE PRESENTAR MOCIONES SEPARADAS CON RESPECTO A LAS OBJECIONES A RECLAMACIONES, INCLUYENDO PRESENTAR CUALQUIER OBJECIÓN ADICIONAL A RECLAMACIONES.**

En este momento no hay un calendario establecido para someter alegatos con respecto a las Objeciones a Reclamaciones en los Casos Título III del SRE ni ELA. **No obstante, por favor tome nota de que se espera que se establezca prontamente un calendario para someter alegatos sobre algunas de las alegaciones en las Objeciones a Reclamaciones.** Se espera que ciertos Tenedores de Bonos SRE que son tenedores de una gran porción de los Bonos SRE se opondrán a cualquier intento de los Objetores a invalidar las reclamaciones basadas en Bonos SRE. Tenedores de Bonos SRE que presenten Avisos de Participación a tenor con los Procedimientos Iniciales para Objeciones tendrán la oportunidad para, pero no estarán obligados, presentar una moción uniéndose a los alegatos presentados por algunos Tenedores de Bonos SRE que son tenedores de gran porción de los Bonos SRE, o presentar un alegato adicional con respecto a las Objeciones a Reclamaciones. Sin embargo, cada Tenedor de Bonos SRE es responsable de proteger sus propios intereses legales.

Si provee una dirección de correo electrónico en su Aviso de Participación, automáticamente recibirá notificaciones por correo electrónico cuando documentos relevantes a las Objeciones a Reclamaciones, incluyendo calendarios para presentar alegatos relacionados a estos, sean publicados en: http://cases.primeclerk.com/ERSClaimsObjections (la "Página Web de Objeciones SRE"). Si no provee una dirección de correo electrónico en su Aviso de Participación, no recibirá estas notificaciones automáticas y tendrá que visitar la Página Web de Objeciones SRE para ver las notificaciones y otros documentos pertinentes.

Solicitudes para la versión en español o inglés del Aviso, Procedimientos Iniciales para Objeciones, y el formulario de Aviso de Participación y cualquier pregunta relacionada a este aviso, deben enviarse por escrito a: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

Los números CUSIP de los Bonos SRE afectados por las Objeciones a Reclamaciones son:

| CUSIP | CUSIP | CUSIP | CUSIP | CUSIP |
|---|---|---|---|---|
| 29216MAF | 29216MAK | 29216MAE | 29216MBG | 29216MAX |
| 29216MAA | 29216MAL | 29216MBH | | 29216MAY |
| 29216MAB | 29216MAD | 29216MBB | 29216MBJ | 29216MAZ |
| 29216MAG | 29216MAM | 29216MBC | 29216MAT | 29216MBL |
| 29216MAH | 29216MAN | 29216MBD | 29216MAU | 29216MBM |
| 29216MAJ | 29216MAP | 29216MBE | 29216MAV | 29216MBN |
| 29216MAC | 29216MAQ | 29216MBF | 29216MAW | 29216MBP |

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Si usted es un Demandado PA, también recibirá una notificación aparte bajo el epígrafe de la Acción correspondiente.

971-75809-1

---

## Metropolitan Transportation Authority

Contractors will be required to comply with EEO, D/M/WBE and other federal and state procurement laws, regulations and Executive Orders. View more info at www.mta.info.

### MTA HEADQUARTERS (MTA HQ)

**RFP#: 15502**, MTA is inviting qualified firms to submit proposals **to provide financial and business advisory services with respect to capital infrastructure projects.** To obtain info and/or register for this solicitation please contact Adam Ellsworth at (203) 453-4554 x206917 or @ aellswor@mtabsc.org. Any firm that registers is under no obligation to submit a proposal. Please note that although the Government Sourcing Group (GSG) website references an "Administrative Fee" for "Winning Suppliers," there are **no fees applicable** for MTA Procurements. In order to assist prospective suppliers in the preparation of their proposals, **a pre-proposal conference will be held on Oct. 11, 2019**. Although registration for the pre-proposal conference is not required prospective suppliers who wish to attend are requested to notify Ryan Gardrvits by email (RGardrvits@mtabsc.org) no later than 12:00 P.M. on October 9, 2019. **Due Date & Time:** 10/31/2019 at 12:00 PM EST **Available Date:** 10/03/19

### MTA NEW YORK CITY TRANSIT (NYCT)

**SSE #: 287402, Due Date:** 11/20/19 **Title:** C-40246R Upgrade of CNG Facility Equipment at College Point Bus Depot in the Borough of Queens. More details & MTA-NYCT contact info for the above at:  http://web.mta.info/nyct/procure/conrfp.htm

**BIDS: Opening Date: 10/29/19: #286562**, Contact end approach; **#286570**, Track saw. **Opening Date: 10/30/19: #286551**, Grating section. More details & MTA-NYCT contact info can be found on the MTA Vendor Portal at www.mymta.info

### NYCT SOLE SOURCE PROCUREMENTS

NYCT intends to purchase the following item(s) without competitive bidding from the only known source(s). Any other firm may assert its potential to supply the item(s) by notifying the designated NYCT Contact in writing within 5 business days of this notice

**Contract #: 285288, Desc:** Radiator assy **Mfg/Supplier Part #:** Prevost #7770005 Montreal R #70-8403 **Contact:** B. Cole, MTA-NYCT, 2 Broadway, 19th Flr, New York, NY 10004, (646) 252-6074 **Earliest Award Date:** 10/28/19

**Contract #: 272098, Desc:** Filter, element, main hydraulic tank reburn NYCT# 80-25-0003 **Mfg/Supplier Part #:** New Flyer #070805043 Sunsource #070805043 **Contact:** J. McNeil, MTA-NYCT, 2 Broadway, 19th Flr, New York, NY 10004, (646) 252-6086 **Earliest Award Date:** 10/28/19

### MTA BRIDGES AND TUNNELS (B&T)

*Sealed proposals for the following must be received by B & T at 2 Broadway - Mail Center, NY, NY 10004 (located at the Marketfield St. Entrance).* **Solicitation #: GFM-534 -** Miscellaneous Electrical Construction on an As-Needed Basis at Various B&T Facilities. **Proposal Due Date:** 11/07/2019 at 3:30PM. Project desc at *http://web.mta.info/bandt/procure/conrfp.html*.

### MTA METRO-NORTH RAILROAD (MNR)

MNR will receive sealed bids/proposals for the following item(s) /work. Bids/Proposals must be submitted on the forms included in MNR's solicitation documents by the specified date & time. The solicitation documents can be obtained by emailing the individual mentioned below. **INQUIRY#, DESC,** *(DUE DATE, TIME, CONTACT/EMAIL):* **INQ#: Event# 287240,** Dual primary 30KVA Signal Transformers 100Hz, *(10/29/19, 2:00PM, Edunn1@MNR.ORG);* **INQ#: Event# 287255,** Negative Reactors Type 1 & Type 2 (3125 Amp), *(10/29/19, 2:30PM, Edunn1@MNR.ORG);* **INQ#: 127854,** West-of-Hudson Express Fiber Installation, *(10/16/19, 9:00 AM, kgrady@mnr.org);* **INQ#: 128687,** Waldorf Astoria Freight Elevator Replacement- Fully upgrade and replace the existing Waldorf freight elevator with a state-of-the-art 15,000lb capacity in-ground hydraulic elevator, *(10/31/19, 2:00 PM, ccostanzo@mnr.org);* **INQ#: M702-01-06 -** Waldorf Astoria Freight Elevator Replacement- Provide new fully cooled and/or ventilated Elevator Machine Room and Electrical Room to house equipment directly or indirectly related to the new elevator equipment. *(10/31/19, 2:00 PM, ccostanzo@mnr.org);* **INQ#: M01849 -** Waldorf Astoria Freight Elevator Replacement-Design structural reinforcement as required for new elevator equip. increased loading. *(10/31/19, 2:00 PM, ccostanzo@mnr.org).*

MNR will receive sealed bids for the following item(s) /work. Bids must be submitted on the forms included in MNR's solicitation documents by the specified date and time. The solicitation documents can be obtained by emailing individual mentioned below. This is a Joint Procurement between Metro-North Railroad and Long Island Rail Road (LIRR). MNR and LIRR received these services in the previous 3 years, from a provider outside of New York State. **INQ#: 287818, Desc:** Ultrasonic Rail Testing & Joint Bar Detection Services **Due Date:** 11/7/19 **Time:** 2:30PM **Contact/Email:** Anthony Holmes, Holmes@MNR.ORG

### MTA LONG ISLAND RAIL ROAD (LIRR)

*Documents for the following MTA-LIRR procurements may be obtained by faxing your request to 718-558-3605: Mailed bid submittals should be sent to: MTA – LIRR, Procurement & Logistics Dept., 3rd Floor (M/C 0335), 144-41 94th Ave., Jamaica NY 11435.* **IFB#89815-MW53 -** 3-Year Contract for the Maintenance & Inspection of twelve (12) LIRR Communication Towers located along the Right of Way from Jamaica to Southampton. (Opens 12/5/19). Bidder's Conf. & Site Tour (Not Mandatory) on 11/14/19. Beginning at The Sea Cliff Monopole Tower Located Just Past the Eastbound Platform at The Sea Cliff LIRR Station At 9:30 A.M. Since the LIRR Will Be Providing Transportation (And Will Need to Know How Many Are Attending). It Is Imperative that those Who Plan to Attend Advise LIRR Of Their Intentions by Submitting Site Tour Release Form (comes with Bid) Or Phone Call/Email to Contracting Officer Neil Ackerman at telephone number (718) 558-2661 or njacker@lirr.org. **IFB#150160-MW53** – Sole Source - This advertisement is a public notice that the MTA Long Island Rail Road (LIRR) intends to enter into a sole source contract with Loram Maintenance of Way to provide Rail-Wheel Interface Optimization Services. The purpose of this notice is to invite any firm, which believes that it can perform these services, to so inform the LIRR by letter. If the LIRR is satisfied that a firm is responsible and can provide these services on acceptable terms and conditions, it will consider a competitive procurement. A firm's letter must be; i) received no later than fifteen (15) working days after the date this notice is published; ii) addressed to the Long Island Rail Road, Procurement Department, 144-4194th Avenue, Jamaica, New York 11435, Attention: Neil Ackerman, Contract Specialist, iii) State that the firm can supply equivalent services, and iv) include additional information, which confirms that the firm can supply these or equivalent items. Any questions regarding this notice may be directed to Neil Ackerman at telephone number (718) 558-2661 or njacker@lirr.org. **The Following Solicitations Are Available On The WWW.MYMTA.INFO Portal Only.** *All Vendors Wishing to Participate Please Go To The Portal And Submit Your Proposal.* **IFB#257936 -** Rail High Strength CW 136 (Opens 10/31/19).

931-75872-1



**EL DIARIO** — Busque la ayuda legal que necesita en **Clasificados**



**¿DIVORCIO? ¿CORTE DE FAMILIA?**

Encuentre en nuestras páginas un abogado que lo apoye

**EL DIARIO**

---

**Cursos y Carreras Comerciales en los Clasificados de: EL DIARIO**

**ABOGADOS QUE TE AYUDEN** solo en **EL DIARIO**