# **EXHIBIT C**

**El Nuevo Herald**

# Miami Herald
### el Nuevo Herald

State of: Florida  
County of: Monroe, Dade and Broward

October 11, 2019

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as EL Nuevo Herald has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for Puerto-Rico legal notice ( LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO) was distributed to Publishers full circulations (EL Nuevo Herald ) On the 11th day of October, 2019

By: _Matthew Weisberg_

Subscribed and sworn to before me this 11th day of October 2019

Notary public: _____

Notary seal:



# Miami Herald
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 I ********@miamiherald.com I www.miamiherald.com I www.elnuevoherald.com

Case:17-03283-LTS Doc#:9293-3 Filed:11/21/19 Entered:11/21/19 19:27:24 Desc: Exhibit C - El Nuevo Herald Page 3 of 3

# El calvario de los niños venezolanos en Colombia

POR LINA VANEGAS
AFP
BOGOTÁ



LA VENEZOLANA Yisela Palencia junto sus hijos en un cuarto en Bogotá, el 4 de julio del 2019.
JUAN BARRETO AFP via Getty Images

Wilbelys "no existe", es una bebé sin patria. Ariana, de seis años, tiene siete mudanzas a cuestas. Jazmín, en plena adolescencia, lleva una temporada sin ir a la escuela. Los hijos del éxodo venezolano viven su propio drama en Colombia.

Migrantes de todas las edades huyen a diario de una Venezuela en crisis, asfixiada por la hiperinflación y el desabastecimiento. A Colombia han llegado oficialmente 197,428 menores de edad, pero la cifra es mayor porque muchos arriban de forma irregular, según la autoridad migratoria.

En otras circunstancias vivir en el extranjero hubiera sido una ilusión, pero esta generación llega "con un duelo muy grande", asegura Sandra Perdomo, directora de la Fundación Zión, que atiende a migrantes.

Muchos no entienden "lo que están viviendo", señala, y peor aún, "han perdido la esperanza (...) no están pudiendo ser niños".

### SIN PATRIA

A dos semanas de dar a luz, Yisela Palencia cruzó la frontera por un paso ilegal. En los hospitales de la otrora potencia petrolera escaseaba lo mínimo para atender un parto. Por eso se aventuró por las peligrosas "trochas" que conectan a Venezuela con la ciudad colombiana de Cúcuta.

Con sus hijos de 5 y 8 años de la mano y el vientre a punto de reventar, cruzó clandestinamente estas rutas, al acecho de grupos armados y contrabandistas. Indocumentados, temían quedarse estancados en los rigurosos controles migratorios. Dos días de viaje fueron recompensados con el alivio de reencontrarse con su esposo en Bogotá.

El nacimiento de Wilbelys prometía traer nuevas alegrías a la familia, pero un vacío jurídico hizo aún más tortuosa su bienvenida. La bebé no pudo obtener la nacionalidad de sus padres por la ausencia de servicio consular venezolano en Colombia. Tampoco pudo hacerse colombiana, porque la legislación no permite nacionalizarse por solo por nacer en suelo cafetero.

"Mi hija no tiene patria y prácticamente no es reconocida, ni acá en Colombia ni en Venezuela (...), prácticamente mi hija no existe", dice Palencia, de 32 años.

Como Wilbelys, en Colombia hay 24,000 hijos de venezolanos en riesgo de apatridia. Por eso, el presidente Iván Duque firmó en agosto un decreto para ofrecer la nacionalidad a esos niños.

Cuando Yisela escuchó al mandatario decir "hoy se les entrega la nacionalidad colombiana", pensó que la pesadilla había terminado para su hija, que cumplió un año en agosto. Pero en la autoridad de registro le dijeron que la recibirán apenas en diciembre.

Naciones Unidas ha identificado a cuatro millones de apátridas en 78 países del mundo, que frecuentemente son discriminados y enfrentan limitaciones para acceder a derechos básicos de salud, educación, movilidad y participación social.

"Uno no decide dónde nacer y los niños no tienen la culpa de lo que pasa", lamenta la madre.

### SIN CASA

Arianna Celis sale de la escuela con un uniforme diferente al de sus compañeros. Hace un mes entró al colegio Agustín Fernández, en el norte de Bogotá, pero aún no tiene los implementos escolares.

Desde que abandonó la ciudad venezolana de Los Teques (norte) en el 2014, se ha mudado siete veces de casa en Colombia. Ha recorrido Bogotá (centro), Duitama (noreste) y Bucaramanga (noreste).

A los seis años, en medio de un mar de timidez, solo pide que no la cambien más de colegio.

"En mi país decimos que estamos del 'timbo al tambo'", explica María Escalona, madre de Arianna y de otra niña de tres años. "Si estos cambios siguen a medida que ella vaya creciendo, le va afectar".

Pero la estabilidad laboral le ha sido esquiva a Carlos Celis, quien con su modesto salario de carnicero debe mantener a la familia. Un contrato aquí y otro allá no le han permitido echar raíces.

María sueña con "tener una estabilidad, tener una casita propia, darle otra calidad de vida a ellas", asegura, señalando a sus hijas que juegan en la habitación. "Eso fue lo que vinimos a hacer aquí en Colombia", concluye esta economista de 39 años, hoy desempleada.

El psicólogo infantil Jhon Herrera advierte que menores como Arianna viven un "duelo" constante por las pérdidas materiales, culturales y personales que conlleva la migración. Incluso están en riesgo de estrés postraumático.

### SIN ESCUELA

Jazmín González mata el tiempo en casa. De la hamaca al televisor transcurren las horas de una jornada escolar que no pudo ser.

A comienzos de año llegó a Bogotá, ilusionada con continuar sus estudios en el colegio que le asignó el distrito cerca de casa. Había aceptado incluso repetir el primer año de bachillerato, pero el rector le pidió un certificado de afiliación a una entidad de salud, que como indocumentada no podía obtener.

Colombia garantiza el acceso a la educación sin excepciones, pero en algunas escuelas hay desinformación.

Con 1.4 millones de migrantes, es el país que más recibe venezolanos y ha clamado por ayuda internacional ante una oleada que lo desborda. Actualmente 190,942 venezolanos estudian en colegios públicos, según cifras oficiales.

Jazmín, de 13 años, quiere regresar, porque en Colombia no tiene "nada que hacer".

Su madre, indígena wayúu, llora por la situación. Quisiera que "siguieran estudiando (...), no son culpables de toda la situación que está pasando en Venezuela", lamenta Elizabeth González.

La experta Perdomo explica que estos niños padecen lo que denominó "la gran tristeza". La madre de Wilbelys lo resume con contundencia en un: "Están perdiendo (...) su infancia".

■ Una venezolana con sus hijos de 5 y 8 años de la mano y el vientre a punto de reventar, cruzó clandestinamente las peligrosas "trochas" que conectan a Venezuela con la ciudad colombiana de Cúcuta



**Epworth Village**
RETIREMENT COMMUNITY

Cuidado responsable y compasivo por más de 70 años

Venga a ver nuestra Recién Remodelada instalación.
Mejoramos nuestra Comunidad para un buen estilo de vida.

*Pregunte por el mes GRATIS o 50% DTO. en Depósito de Seguridad
*Solo para nuevos clientes y hay ciertas restricciones.

**Epworth Village ofrece:**
• Personal afectuoso, amable, atento, compasivo y dedicado.
• Actividades divertidas
• Amplios apartamentos "Estilo Hogareño" de 1 y 2 dormitorios
• Instalaciones independientes y asistidas
• Centro de Rehabilitación y Enfermería con servicio las 24 hr
• Instalación privada de 10 acres con bellas áreas verdes
• Conveniente ubicación cerca de las Autopistas 826 e I-75

Para más información y precios llame al
**786.363.6948 ó 786.363.6624**
www.epworthvillagerc.com

---



**FOX'S**
DESIGNER OFF-PRICE
THE FINE ART OF FASHION
ROPA DE LUJO Y ACCESORIOS

*Annual Fall Event*
SÁBADO 12 DE OCTUBRE
10AM a 6PM

Ofreciendo una selección especial de los mejores diseñadores de esta temporada.

AVENTURA
20335 BISCAYNE BLVD
(305) 932-6803

BOCA RATON
8154 GLADES ROAD
(561) 477-3510

WWW.FOXS.COM

***ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL 18 DE NOVIEMBRE DE 2019***
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

In re:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,
Deudores.

PROMESA
Título III
Caso Núm. 17-BK-3283 (LTS)
(Administrado Conjuntamente)

In re:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
Deudor.

PROMESA
Título III
Caso Núm. 17-BK-3566 (LTS)

AVISO DE (A) OBJECIONES A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A RECLAMACIONES INCOADAS POR TENEDORES DE BONOS EMITIDOS POR EL SISTEMA DE RETIRO DE EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y (B) PROCEDIMIENTOS INICIALES PARA LAS OBJECIONES A RECLAMACIONES, INCLUYENDO LA FECHA LÍMITE PARA PRESENTAR EL AVISO DE PARTICIPACIÓN

Este aviso es para los tenedores de bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE").

Por favor tenga presente que (i) el Comité Oficial de Acreedores No Asegurados (el "Comité") ha presentado objeciones, cada una fechada el 12 de marzo de 2019 [Caso Núm. 17-bk-3283, Dkt. No. 5580 y 5586; Caso Núm. 17-bk-3566, Dkt. Núm. 381 y 384] (conjuntamente, las "Objeciones del Comité de Acreedores"), a reclamaciones contra el SRE incoadas por tenedores de Bonos SRE (los "Tenedores de Bonos SRE"); y (ii) el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico (el "Comité de Retirados") ha presentado una objeción fechada el 23 de abril de 2019 [Caso Núm. 17-bk-3283; Dkt. Núm. 6482; Caso Núm. 17-bk-3566, Dkt. Núm. 469] (la "Objeción del Comité de Retirados", y conjuntamente con las Objeciones del Comité de Acreedores, las "Objeciones de los Comités"), a reclamaciones incoadas por Tenedores de Bonos SRE contra el SRE y el ELA. El texto completo de las Objeciones de los Comités puede accederse a través del siguiente enlace: http://cases.primeclerk.com/ERSClaimsObjections.

Tenga también presente que (i) la Junta de Supervisión y Administración Financiera para Puerto Rico ("JSF") conjuntamente incoaron los procedimientos adversativos, ("Acciones") números 19-355, 19-356, 19-357, 19-358, 19-359, 19-360 y 19-361 al presentar demandas ("Demandas PA") contra ciertas demandadas (cada demandada), un "Demandado PA") para, entre otras cosas, recuperar dineros pagados por cuenta de los Bonos SRE antes de que se diera el comienzo del caso de Título III del SRE.[2] Las Demandas PA pueden accederse en Internet a través del siguiente enlace: https://cases.primeclerk.com/puertoricoavoidanceactions/

También noten que la Junta de Supervisión y Administración Financiera para Puerto Rico ("Junta") presentó una objeción, con fecha del 22 de mayo de 2019 [Caso Núm. 17-bk-3283, Dkt. Núm. 7075] (la "Objeción de la Junta"), a la reclamación incoada por The Bank of New York Mellon, Agente Fiscal para los Bonos SRE ("Agente Fiscal"), contra el ELA.

El Comité de Acreedores, el Comité de Retirados, la Junta y el CER en adelante son "Objetores". Las Objeciones de los Comités, las alegaciones en el cargo uno de las Demandas PA, la Objeción de la Junta y cualquier Objeción Adicional a Reclamaciones (según se define en los Procedimientos Iniciales para Objeciones) en adelante son "Objeciones a Reclamaciones".

Las Objeciones a Reclamaciones tienen el propósito de rechazar e invalidar las Reclamaciones de Bonos SRE (según se definen en los Procedimientos Iniciales para Objeciones), incluyendo en la medida en que el Tribunal conceda las Objeciones a Reclamaciones total o parcialmente, la recuperación de los reclamantes de Bonos SRE por cuenta de los mismos bonos se eliminará total o parcialmente, y estos reclamantes quedarán prohibidos para siempre de hacer valer dichas reclamaciones contra el SRE y el ELA, votar en cualquier plan de ajuste presentado en los Casos bajo el Título III del SRE o del ELA, y participar en cualquier distribución en los Casos bajo el Título III del SRE o del ELA por cuenta de las mismas Reclamaciones de Bonos SRE. Por tanto, las Objeciones a Reclamaciones pueden afectar sus derechos. Como se detalla en el próximo párrafo, usted tiene el derecho de presentar un Aviso de Participación si desea participar en el litigio de las Objeciones a Reclamaciones. La Fecha Límite para presentar el Aviso de Participación es en o antes del 18 de noviembre de 2019 (la "Fecha Límite de Participación").

Además, tenga presente que el 7 de octubre de 2019, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") aprobó ciertos procedimientos iniciales respecto al litigio de las Objeciones a Reclamaciones (los "Procedimientos Iniciales para Objeciones"). Si pretende participar en el litigio de las Objeciones a Reclamaciones, tiene que cumplir con los Procedimientos Iniciales para Objeciones los cuales requieren, entre otras cosas, que presente ante el Tribunal de Distrito y envíe por correo electrónico un Aviso de Participación en o antes de la Fecha Límite de Participación. Las instrucciones para presentar un Aviso de Participación ante el Tribunal de Distrito, incluso para aquellas personas que no tienen representación legal, se encuentran al final del formulario de Aviso de Participación.

AUSENTE UN PERMISO CONCEDIDO POR EL TRIBUNAL DE DISTRITO LUEGO DE MOSTRAR JUSTA CAUSA, SI USTED (A) NO PRESENTA UN AVISO DE PARTICIPACIÓN, O (B) PRESENTA UN AVISO DE PARTICIPACIÓN LUEGO DE LA FECHA LÍMITE DE PARTICIPACIÓN, ESTARÁ IMPEDIDO DE PRESENTAR MOCIONES SEPARADAS CON RESPECTO A LAS OBJECIONES A RECLAMACIONES, INCLUYENDO PRESENTAR CUALQUIER OBJECIÓN ADICIONAL A RECLAMACIONES.

En este momento no hay un calendario establecido para someter alegatos con respecto a las Objeciones a Reclamaciones de los Casos Título III del SRE o de ELA. No obstante, por favor tome nota de que se espera que se establezca prontamente un calendario para someter alegatos sobre algunas de las alegaciones en las Objeciones a Reclamaciones. Se espera que ciertos Tenedores de Bonos SRE que son tenedores de una gran porción de los Bonos SRE se opondrán a cualquier intento de los Objetores a invalidar las reclamaciones basadas en Bonos SRE. Tenedores de Bonos SRE que no presenten Avisos de Participación a tenor con los Procedimientos Iniciales para Objeciones tendrán la oportunidad para, pero no estarán obligados, presentar una moción uniéndose a los alegatos presentados por algunos Tenedores de Bonos SRE que son tenedores de gran porción de los Bonos SRE, o presentar un alegato adicional con respecto a las Objeciones a Reclamaciones. Con embargo, cada Tenedor de Bonos SRE es responsable de proteger sus propios intereses legales.

Si provee una dirección de correo electrónico en su Aviso de Participación, automáticamente recibirá notificaciones por correo electrónico cuando documentos relevantes a las Objeciones a Reclamaciones, incluyendo calendarios para presentar alegatos relacionados a estos, sean publicados en: http://cases.primeclerk.com/ERSClaimsObjections (la "Página Web de Objeciones SRE"). Si no provee una dirección de correo electrónico en su Aviso de Participación, no recibirá estas notificaciones automáticas y tendrá que visitar la Página Web de Objeciones SRE para ver las notificaciones y otros documentos pertinentes.

Solicitudes para la versión en español o inglés del Aviso, Procedimientos Iniciales para Objeciones, y el formulario de Aviso de Participación y cualquier pregunta relacionada a este aviso, deben enviarse por escrito a: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

Los números CUSIP de los Bonos SRE afectados por las Objeciones a Reclamaciones son:

| CUSIP | CUSIP | CUSIP | CUSIP | CUSIP |
|---|---|---|---|---|
| 29216MAF | 29216MAE | 29216MBE | 29216MBG | 29216MAX |
| 29216MAA | 29216MAL | 29216MBA | 29216MBH | 29216MAY |
| 29216MAB | 29216MAD | 29216MBB | 29216MBJ | 29216MAZ |
| 29216MAG | 29216MAN | 29216MBC | 29216MAT | 29216MBL |
| 29216MAH | 29216MAH | 29216MBD | 29216MAU | 29216MBM |
| 29216MAJ | 29216MAP | 29216MBE | 29216MAV | 29216MBN |
| 29216MAC | 29216MAQ | 29216MBF | 29216MAW | 29216MBK |

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico ("ELA") (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-2284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747). (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Si usted es un Demandado PA, también recibirá una notificación aparte bajo el epígrafe de la Acción correspondiente.