**PROPOSED ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) X | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) X | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**[PROPOSED] ORDER GRANTING
ERS BONDHOLDERS' MOTION FOR ALLOWANCE AND
PAYMENT OF POST-PETITION AND ADMINISTRATIVE EXPENSE CLAIMS**

Upon consideration of the *ERS Bondholders' Motion for Allowance and Payment of Post-Petition and Administrative Expense Claims* (the "Motion")[1] filed by Movants, the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter

---

[1] Capitalized terms used but not otherwise defined herein will have the meaning as set forth in the Motion.

2

pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Claims of Movants are hereby allowed as post-petition and administrative expense claims.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: _____

_____
LAURA TAYLOR SWAIN
United States District Judge