UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                  PROMESA
                                                        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                        (Jointly Administered)
et al.,

     Debtors.[1]
---------------------------------------------------------x

<u>PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT (ERS)</u>

     The attached additional <u>pro se</u> Notices of Participation have been received by the

Court for filing in the above-captioned cases pursuant to the *Order Establishing Initial Procedures*

*with Respect to (I) Objections of Official Committee of Unsecured Creditors and Official*

*Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy*

*Rule 3007, to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (ERS)
November 18, 2019

*Government of  Commonwealth of  Puerto Rico, (II) Count One of  Certain Complaints Alleging*

*That Such Bonds Were Issued Ultra Vires and   (III) Establishing Claim Objection Deadline for*

*Certain ERS Bond Claims* (Docket Entry No. 8818 in Case No. 17-3283).

1. Kenia Arana

2. Jack L. Orr and Barbara J. Orr

3. Joseph M. Dunlavy

4. Julio Delgado

5. Maria T. Garcia-Toledo

6. Blaine Ratliff

7. John L. Treadway

8. Jerline B. Brewer

9. Betty Amos

10. Linda Kay Ellis Hopson

11. Larry Treadway

12. Frances Ely Ratliff

13. John G. Bury and Natalia Bury


Dated:  November 18, 2019