*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------- X

In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
      as representative of                 :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*       :   (Jointly Administered)
                                                :
      Debtors.[1]                         :
-------------------------------------------------------------------- X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
      as representative of                 :   Case No. 17-BK-3566 (LTS)
                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE          :
GOVERNMENT OF THE COMMONWEALTH OF               :
PUERTO RICO,                                    :
                                                :
      Debtor.                             :
-------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION**
**OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Kenia Arana* | — |
| Participant Name | Firm Name (if applicable) |
| — | — |
| Contact Person (if Participant is not an individual) | Contact Person |
| *keniaarana15@gmail.com* | — |
| Email Address | Email Address |
| *Condominio Playa Serena Norte* | — |
| Address line 1 | Address line 1 |
| *7061 Carr. 187 Apto. 502* | — |
| Address line 2 | Address line 2 |
| *Carolina, PR 00979* | — |
| City, State Zip Code | City, State Zip Code |
| *Puerto Rico - USA* | — |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____X_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

   _____ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

      (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Kenia Arana
Cond. Playa Serena Norte
7061 Carr. 187 Apto. 502
Carolina, PR 00979






The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Charden Avenue
San Juan, PR 00918-1767

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2019 NOV 18  PM 5:19
RECEIVED & FILED

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III
                                                          :
as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
                                                          :
Debtors.[1]                              :
------------------------------------------------------------------ X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III
                                                          :
as representative of                     :   Case No. 17-BK-3566 (LTS)
                                                          :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF        :
PUERTO RICO,                             :
                                                          :
Debtor.                                  :
------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

------------------------

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Jack L Orr + Barbara J Orr | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| barbieo22e hotmail.com | |
| Email Address | Email Address |
| 5331 E Woodruff Dr | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| New Castle, IN 47362 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X____ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\*

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216MAC4

   (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or NO (please circle one).

By: _____

   Signature

   Jack L Orr & Barbara J Orr
   Print Name

   _____
   Title (if Participant is not an Individual)

   11/13/19
   Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



Hasler   FIRST-CLASS MAIL
11/13/2019
US POSTAGE   $001.15⁰

ZIP 67206
011D11650520



## Riedl First Securities

COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

**FIRST Class Mail**
First Class Mail

The Clerk of the United States
District Court for the District of
Puerto Rico, Rm 150 Federal Bldg.
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                                        :

THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
        as representative of                  :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*     :    (Jointly Administered)
                                              :
        Debtors.[1]                           :
------------------------------------------------------------------ X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
        as representative of                  :    Case No. 17-BK-3566 (LTS)
                                              :
THE EMPLOYEES RETIREMENT SYSTEM OF THE        :
GOVERNMENT OF THE COMMONWEALTH OF             :
PUERTO RICO,                                  :
                                              :
        Debtor.                               :
------------------------------------------------------------------ X

NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Joseph M Dunlavy | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jdunlavyckansasbusiness financing.com | |
| Email Address | Email Address |
| 2420 Bramfield CR | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Wichita KS 67226 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216MAC4

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or NO (please circle one).

By: _____
Signature

JOSEPH M DUNLAVY
Print Name

_____
Title (if Participant is not an Individual)

10-23-19
Date

Instructions for Serving and Filing Notice of Participation:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



FIRST-CLASS MAIL

Hasler
11/13/2019
US POSTAGE $001.15⁰

ZIP 67206
011D11650520



**Riedl First
Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. STE 400
Wichita, KS 67206-4213

**First Class Mail**

The Clerk of the United States
District Court for the District of
Puerto Rico, Rm 150 Federal Bldg.
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
     as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                          :   (Jointly Administered)
                                                                   :
     Debtors.[1]                           :
------------------------------------------------------------------ X

In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
     as representative of                  :   Case No. 17-BK-3566 (LTS)
                                                                   :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                             :
GOVERNMENT OF THE COMMONWEALTH OF                                  :
PUERTO RICO,                                                       :
                                                                   :
     Debtor.                               :
------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Julio Delgado Toledo_ | _____ |
| Participant Name | Firm Name (if applicable) |
| _____ | _____ |
| Contact Person (if Participant is not an individual) | Contact Person |
| _____ | _____ |
| Email Address | Email Address |
| _juliodelgado@Gmail.com_ | _____ |
| Address line 1 | Address line 1 |
| _Box 98_ | _____ |
| Address line 2 | Address line 2 |
| _Hatillo PR. 00659_ | _____ |
| City, State Zip Code | City, State Zip Code |
| _USA_ | _____ |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); _or_

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216MAF 7

(b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By:  _____
Signature

Julio Delgado

Print Name

_____
Title (if Participant is not an Individual)

11/15/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Julio Delgado
Box 98
Hatillo P.R. 00659

CERTIFIED MAIL

7014 1200 0001 5011 5644



U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
NOV 16, 19
AMOUNT
**$7.45**
1000        00918        R2305K138159-02

"The Clerk of the U.S. District Court
For The District of Puerto Rico
Room 150 Federal Building.
150 Carlos Chardon Ave.
San Juan P.R. 00918-1767

\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         : Title III
                                                          :
            as representative of                          : Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                 : (Jointly Administered)
                                                          :
            Debtors.[1]                                   :
------------------------------------------------------------------------ X
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         : Title III
                                                          :
            as representative of                          : Case No. 17-BK-3566 (LTS)
                                                          :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                    :
GOVERNMENT OF THE COMMONWEALTH OF                         :
PUERTO RICO,                                              :
                                                          :
            Debtor.                                       :
------------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Maria T Garcia Toledo* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *Juliodelgadie Gmail.com* | |
| Address line 1 | Address line 1 |
| *P.O. Box 98* | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| *Hatillo P.R. 00659* | |
| Country | Country |

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   *29216 MAC 4*

   (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Maria J. Garcia Toledo*
Signature

*MARIA T Garcia Toledo*
Print Name

_____
Title (if Participant is not an Individual)

*11/15/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

MARIA T. Garcia Toledo
BOX 98
Hatillo P.R. 00659

CERTIFIED MAIL

7014 1200 0001 5011 5637

U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
NOV 16, 19
AMOUNT

$7.45

1000

00916

R2305K138159-02

The Clerk of the U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Cardon Ave
SAN JUAN P.R. 00918-1767.

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND           : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     : Title III
:
    as representative of              : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1]                       :
------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND           : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     : Title III
:
    as representative of              : Case No. 17-BK-3566 (LTS)
:
THE EMPLOYEES RETIREMENT SYSTEM OF THE :
GOVERNMENT OF THE COMMONWEALTH OF     :
PUERTO RICO,                          :
:
    Debtor.                           :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Blaine Ratliff_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _blaine.ratliff@LDL.Con_ | |
| Email Address | Email Address |
| _302 Sunset Dr. Suite 107_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Johnson City TN 37604_ | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216 MACY     25,000

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

_____
Blaire Ratliff
Print Name

_____
Trustee
Title (if Participant is not an Individual)

_____
11/14/2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL POSTAGE REQUIRED

Please Recycle



# PRIORITY® MAIL

- Date of deliv
- USPS TRAC international
- Limited inter
- Pick up avai
- Order suppli
- When used i declaration

RECEIVED & FILED
2019 NOV 18  PM 5:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

**PRIORITY ★ MAIL ★**

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Blaine Ratliff
302 Sunset Dr. Suite
Johnson City  TN 37604



**TO:**

The Clerk of the United
State Court for
The District of Puerto Rico
Room 150

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

---

**UNITED STATES POSTAL SERVICE**          Retail

**P**          US POSTAGE PAID
$8.60          Origin: 37604
11/15/19
4744780796-07

**PRIORITY MAIL 3-DAY ®**

0 Lb 2.80 Oz
1004

EXPECTED DELIVERY DAY: 11/18/19          C018

**SHIP TO:**
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR  00918-1706

**USPS TRACKING®NUMBER**

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
|  | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
|  | : |
| Debtor. | : |

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

   This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

   Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

   The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

   To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _JOHN W. TREADWAY_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| _Joker.JohNoi@ktmail.com_ | |
| Address line 1 | Address line 1 |
| _162s Treadway Dr._ | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| _Johsson, TN. 37601_ | |
| Country | Country |
| _USA_ | |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

   \_\_X\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.       If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)       Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216 MAC4     $5,000
29216 mAC4     40,000

   (b)       Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: _____
Signature

_____
Print Name
John L. Treadaway

_____
Title (if Participant is not an Individual)

11/07/2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3



**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL
POSTAGE REQUIRED

# PRIORITY MAIL

- Date of deliv
- USPS TRAC
  internation
- Limited inter
- Pick up avai
- Order suppli
- When used i
  declaration

**PRIORITY ★ MAIL ★**



UNITED STATES POSTAL SERVICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Blaine Ratliff
302 Sunset Dr. Suite 37
Johnson City TN 37604

TO:

The Clerk of the United
State Court for
The District of Puerto Rico
Room 150

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

RECEIVED & FILED
2019 NOV 18  PM 5:18



UNITED STATES POSTAL SERVICE          Retail

**P**    US POSTAGE PAID
         **$8.60**    Origin: 37604
                      11/15/19
                      4744780796-07

**PRIORITY MAIL 3-DAY ®**

0 Lb 2.80 Oz
1004

EXPECTED DELIVERY DAY:  11/18/19

C018

SHIP
TO:    150 AVE CARLOS CHARDON
       STE 150
       SAN JUAN PR  00918-1706

**USPS TRACKING®NUMBER**

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                          :

                             :

THE FINANCIAL OVERSIGHT AND    :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                             :

       as representative of          :  Case No. 17-BK-3283 (LTS)

                             :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)

                             :

       Debtors.[1]                :

------------------------------------------------------------------- X

In re:                          :

                             :

THE FINANCIAL OVERSIGHT AND    :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                             :

       as representative of          :  Case No. 17-BK-3566 (LTS)

                             :

THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF  :
PUERTO RICO,                     :

                             :

       Debtor.                 :

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Jesline B. Brewer_ <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| _____ <br> Email Address | _____ <br> Email Address |
| _1021 Hanover Court_ <br> Address line 1 | _____ <br> Address line 1 |
| _____ <br> Address line 2 | _____ <br> Address line 2 |
| _Kingsport TN 37660_ <br> City, State Zip Code | _____ <br> City, State Zip Code |
| _____ <br> Country | _____ <br> Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216MACY   50,000*

(b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Jerline B Brewer*
Signature

*Jerline B. Brewer*
Print Name

_____
Title (if Participant is not an Individual)

*11 / 14 / 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**




**UNITED STATES POSTAL SERVICE®**

# PRIORITY MAIL

Please Recycle

PRIORITY MAIL
POSTAGE REQUIRED

- Date of deliv
- USPS TRACK
  internationa
- Limited inter
- Pick up avail
- Order suppli
- When used i
  declaration



**PRIORITY MAIL ★**

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Blaine Ratliff
302 Sunset Dr. Suit 07

Johnson City   TN 37604

RECEIVED & FILED
2019 NOV 18   PM 5:18

TO:

The Clerk of the United
State Court for
The District of Puerto Rico
Room 150



Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

**UNITED STATES POSTAL SERVICE®**       *Retail*

**P**   US POSTAGE PAID
$8.60   Origin: 37604
11/15/19
4744780796-07

PRIORITY MAIL 3-DAY ®

0 Lb 2.80 Oz
**1004**

EXPECTED DELIVERY DAY:  11/18/19

C018

SHIP
TO:   150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR  00918-1706

USPS TRACKING®NUMBER



**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :   Title III
                                                                     :
     as representative of                   :   Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                            :   (Jointly Administered)
                                                                     :
     Debtors.[1]                             :
-------------------------------------------------------------------- X

In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :   Title III
                                                                     :
     as representative of                   :   Case No. 17-BK-3566 (LTS)
                                                                     :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                               :
GOVERNMENT OF THE COMMONWEALTH OF                                    :
PUERTO RICO,                                                         :
                                                                     :
     Debtor.                                 :
-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Betty Amos_ <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| _N/A_ <br> Email Address | _____ <br> Email Address |
| _951 Main Street_ <br> Address line 1 | _____ <br> Address line 1 |
| _____ <br> Address line 2 | _____ <br> Address line 2 |
| _Surgoinsville TW 37873_ <br> City, State Zip Code | _____ <br> City, State Zip Code |
| _____ <br> Country | _____ <br> Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

         __X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　　(a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

　　　　　　　　　29216 MA CY          20,000

　　　(b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: _Betty Amos_
Signature

_Betty Amos_
Print Name

_____
Title (if Participant is not an Individual)

_11/14/2017_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



# UNITED STATES POSTAL SERVICE®

## PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED

- Date of deliv
- USPS TRAC
  internation
- Limited inter
- Pick up avai
- Order suppli
- When used i
  declaration

---

# PRIORITY® ★ MAIL ★

**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Blaine Ratliff
302 Sunset Dr. Suite
Johnson City TN 37604



**TO:**

The Clerk of the United
State Court for
The District of Puerto Rico
Room 150

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

---



**UNITED STATES POSTAL SERVICE®**            Retail

**P**    US POSTAGE PAID
         **$8.60**      Origin: 37604
                        11/15/19
                        4744780796-07

**PRIORITY MAIL 3-DAY ®**

                                    0 Lb 2.80 Oz
                                    **1004**

EXPECTED DELIVERY DAY:  11/18/19

                                    C018

SHIP
TO:   150 AVE CARLOS CHARDON
      STE 150
      SAN JUAN PR  00918-1706

**USPS TRACKING®NUMBER**

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
     as representative of                :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*     :    (Jointly Administered)
                                              :
     Debtors.[1]                         :
------------------------------------------------------------------- X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
     as representative of                :    Case No. 17-BK-3566 (LTS)
                                              :
THE EMPLOYEES RETIREMENT SYSTEM OF THE        :
GOVERNMENT OF THE COMMONWEALTH OF             :
PUERTO RICO,                                  :
                                              :
     Debtor.                             :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Linda Hopson_ <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| _____ <br> Email Address | _____ <br> Email Address |
| _615 West E Street # 3_ <br> Address line 1 | _____ <br> Address line 1 |
| _____ <br> Address line 2 | _____ <br> Address line 2 |
| _Elizabethton, TN 37643_ <br> City, State Zip Code | _____ <br> City, State Zip Code |
| _____ <br> Country | _____ <br> Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.       If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If
Participant is a holder of one or more ERS Bonds, Participant must respond to the following
paragraphs (a) and (b) to the best of Participant's knowledge.

(a)       Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216 MB 3          10,000

(b)       Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
market?  YES or **NO** (please **circle one**).

By:  _Linda Kay Ellis Hopson_
Signature

_Linda Kay Ellis Hopson_
Print Name

_____
Title (if Participant is not an Individual)

_11/15/2019_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



# UNITED STATES
# POSTAL SERVICE.

PRIORITY MAIL
POSTAGE REQUIRED

# PRIORITY®
# MAIL

- Date of deliv
- USPS TRACK
  internation
- Limited inter
- Pick up avai
- Order suppli
- When used
  declaration



RECEIVED & FILED
2019 NOV 18  PM 5:18

## PRIORITY
## ★ MAIL ★

UNITED STATES
POSTAL SERVICE.
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Blaine Ratliff
302 Sunset Dr. Suite
Johnson City TN 37604

**TO:**

The Clerk of the United
State Court for
The District of Puerto Rico
Room 150

Label 228, March 2016       FOR DOMESTIC AND INTERNATIONAL USE



---

UNITED STATES
POSTAL SERVICE.                                    Retail

**P**   | US POSTAGE PAID | Origin: 37604
         | **$8.60**        | 11/15/19
         |                  | 4744780796-07

PRIORITY MAIL 3-DAY ®

0 Lb 2.80 Oz

1004

EXPECTED DELIVERY DAY:  11/18/19

C018

SHIP
TO:   150 AVE CARLOS CHARDON
      STE 150
      SAN JUAN PR  00918-1706

USPS TRACKING®NUMBER



*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.[1]

| | |
|---|---|
| : | PROMESA |
| : | Title III |
| : | |
| : | Case No. 17-BK-3283 (LTS) |
| : | |
| : | (Jointly Administered) |

--------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

| | |
|---|---|
| : | PROMESA |
| : | Title III |
| : | |
| : | Case No. 17-BK-3566 (LTS) |
| : | |

--------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Larry Treadway* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *207 Donna Ave* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Elizabethton  TN  37643* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

              29 216 m613        15,000

      (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Larry O Treadway_
Signature

_LARRY O TREADWAY_
Print Name

_____
Title (if Participant is not an Individual)

_11-7-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**UNITED STATES POSTAL SERVICE.**

# PRIORITY® MAIL

- Date of deliv
- USPS TRAC
  internation
- Limited inter
- Pick up avai
- Order suppli
- When used
  declaration

RECEIVED & FILED
2019 NOV 19 PM 5:18
U.S. DISTRICT COURT
SAN JUAN PR

## PRIORITY ★ MAIL ★

**UNITED STATES POSTAL SERVICE.**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Blaine Ratliff
302 Sunset Dr. Suite 
Johnson City, TN 37604

TO:

The Clerk of the united
state Court for
The District of Puerto Rico
Room 150

Label 228, March 2016                    FOR DOMESTIC AND INTERNATIONAL USE



**UNITED STATES POSTAL SERVICE.**                      Retail

**P**   US POSTAGE PAID
        **$8.60**   Origin: 37604
                    11/15/19
                    4744780796-07

PRIORITY MAIL 3-DAY ®

                                    0 Lb 2.80 Oz
                                    1004
EXPECTED DELIVERY DAY:  11/18/19

                                    C018
SHIP
TO:
    150 AVE CARLOS CHARDON
    STE 150
    SAN JUAN PR  00918-1706

USPS TRACKING®NUMBER

PRIORITY MAIL
POSTAGE REQUIRED

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

  :
  :
  :
  :  PROMESA
  :  Title III
  :
  :  Case No. 17-BK-3283 (LTS)
  :
  :  (Jointly Administered)
  :
  :

---------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

  :
  :
  :
  :  PROMESA
  :  Title III
  :
  :  Case No. 17-BK-3566 (LTS)
  :
  :
  :
  :

---------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _France Ratliff_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| _670 Way Cross Road_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Church Hill  TN  37642_ | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__    intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 MACY   25,000
   29216 MBJ8   20,000

   (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Frances Ely Ratliff_
Signature

_Frances Ely Ratliff_
Print Name

_____
Title (if Participant is not an Individual)

_11/14/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**UNITED STATES POSTAL SERVICE**®

PRIORITY MAIL POSTAGE REQUIRED

# PRIORITY® MAIL

- Date of deliv
- USPS TRACK international
- Limited inter
- Pick up avail
- Order suppli
- When used i declaration

PRIORITY® MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Blaine Ratliff
302 Sunset Dr. Suite 37
Johnson City TN 37604

**TO:**
The Clerk of the United
State Court for
The District of Puerto Rico
Room 150

Label 228, March 2016      FOR DOMESTIC AND INTERNATIONAL USE





UNITED STATES POSTAL SERVICE®                    Retail

**P**   US POSTAGE PAID   Origin: 37604
        **$8.60**          11/15/19
                          4744780796-07

PRIORITY MAIL 3-DAY ®

                                    0 Lb 2.80 Oz
                                         1004
EXPECTED DELIVERY DAY:  11/18/19

                                    C018
SHIP
TO:   150 AVE CARLOS CHARDON
      STE 150
      SAN JUAN PR  00918-1706

USPS TRACKING®NUMBER



**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X

In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
            as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,*               :   (Jointly Administered)
                                                        :
            Debtors.[1]                                 :
------------------------------------------------------------------------ X

In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
            as representative of                        :   Case No. 17-BK-3566 (LTS)
                                                        :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                  :
GOVERNMENT OF THE COMMONWEALTH OF                       :
PUERTO RICO,                                            :
                                                        :
            Debtor.                                     :
------------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

   This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

   Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

   The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

   To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *John G Bury & Natalia Bury* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *jburgenterprise@yahoo.com* | |
| Email Address | Email Address |
| *2513 Ponderosa Dr* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Mission TX 78572* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____X_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

    _____intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216 MAC4

    (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____    Nataw Bury
Signature

John G Bury & Natalia Bury
Print Name

_____
Title (if Participant is not an Individual)

11-15-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Case:17-03283-LTS   Doc#:9300-1   Filed:11/18/19   Entered:11/22/19 12:47:03   Desc:
Pro Se Notices of Participation   Page 52 of 63

PAGE   2 OF   2
14
28

BROADRIDGE

MONEY MANAGERS CONFIRMATION REPORT

PAGE      1
10/11/2019

CLIENT : 188               TD AMERITRADE CLEARING, INC
CUSIP   : 29216MAC4        EMPLOYEES RET SYS GOVT C/W PUERTO RICO
MONEY MANAGER :            APJXXXXXX   0000001

RECEIVED & FILED

2019 NOV 18  PM 5: 18

| ACCOUNT NUMBER | SHAREHOLDER NAME / ADDRESS | SHARES |
|---|---|---|
| APJX913337025APJX00 | JOHN G BURY & | 5,000.00000 |
|  | NATALIA BURY JT TEN |  |
|  | 2513 PONDEROSA DR |  |
|  | MISSION  TX  78572-4709 |  |

TOTAL ITEMS :          1
TOTAL SHARES :    5,000.00000

JOHN G BURY
NATALIA BURY
2513 PONDEROSA DR
MISSION, TEXAS 78572



U.S. POSTAGE PAID
PME 2-DAY
MCALLEN, TX
78501
NOV 16, 19
AMOUNT
**$38.00**
1007    00918    R2303S101745-1



PRIORITY
★ MAIL ★
EXPRESS™

GUARANTEED
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

**UNITED STATES
POSTAL SERVICE**

For Domestic Use Only          Label 127R, July 2013

EJ 199 550 131 US



PRIORITY
MAIL
EXPRESS®

UNITED STATES
POSTAL SERVICE®

PO ZIP Code: 78501
Date Accepted: 11-16-19
Time Accepted: 10:57
Scheduled Delivery Date: 11-18-19
Postage: $ 35.20
Return Receipt Fee: $ 2.80
Total Postage & Fees: $ 38.00

PHONE: 956-735-3726

John / Natalia Bury
2513 Ponderosa dr.
Mission, Tx 78572

The Clerk of the United States District Court
for the District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO, ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                         :

THE FINANCIAL OVERSIGHT AND     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                             :

       as representative of        :   Case No. 17-BK-3283 (LTS)
                             :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                             :

         Debtors.[1]           :

------------------------------------------------------------------ X

In re:                         :

THE FINANCIAL OVERSIGHT AND     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                             :

       as representative of        :   Case No. 17-BK-3566 (LTS)
                             :

THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF     :
PUERTO RICO,                           :
                             :

         Debtor.            :

------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

     **This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

     **Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

     The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

     To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _John G Bury & Natalia Bury_ | |
| Participant Name | Firm Name (if applicable) |
| _John G Bury_ | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _jburyenterprise @ yahoo.com_ | |
| Email Address | Email Address |
| _2513 Ponderosa Dr_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Mission Tx 78572_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _X_   intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

        _____intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

            29216 MBN9

        (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **(NO)** (please **circle one**).

By: _____    *Natalia Bury*
    Signature

*John G Bury*        Natalia Bury
Print Name

_____
Title (if Participant is not an Individual)

    11-15-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Case:17-03283-LTS   Doc#:9300-1   Filed:11/18/19   Entered:11/22/19 12:47:03   Desc:
Pro Se Notices of Participation   Page 57 of 63

PAGE    2 OF    2
16
32

BROADRIDGE

PAGE     1

MONEY MANAGERS CONFIRMATION REPORT

10/11/2019

CLIENT : 188        TD AMERITRADE CLEARING, INC
CUSIP  : 29216MBN9  EMPLOYEES RET SYS GOVT C/W PUERTO RICO
MONEY MANAGER :     APJXXXXXX    0000001

---------------------------------------------------------------------------------
ACCOUNT NUMBER       SHAREHOLDER NAME / ADDRESS                SHARES
---------------------------------------------------------------------------------

APJX913337025APJX00  JOHN G BURY &                    10,000.00000
                     NATALIA BURY JT TEN
                     2513 PONDEROSA DR
                     MISSION  TX  78572-4709
---------------------------------------------------------------------------------
TOTAL ITEMS  :            1
TOTAL SHARES :      10,000.00000

JOHN G BURY
NATALIA BURY
2513 PONDEROSA DR
MISSION, TEXAS 78572




U.S. POSTAGE PAID
PME 2-DAY
McALLEN, TX
78501
NOV 16, 19
AMOUNT
**$38.00**
1007    00918    R2303S101745-1

**PRIORITY MAIL EXPRESS**
GUARANTEED ★★★ TRACKED ★★★ INSURED ★
UNITED STATES POSTAL SERVICE®
For Domestic Use Only                Label 127R, July 2013



THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO, ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :   Title III
                                            :
        as representative of                :   Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :   (Jointly Administered)
                                            :
        Debtors.¹                           :
------------------------------------------------------------------- X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :   Title III
                                            :
        as representative of                :   Case No. 17-BK-3566 (LTS)
                                            :
THE EMPLOYEES RETIREMENT SYSTEM OF THE      :
GOVERNMENT OF THE COMMONWEALTH OF           :
PUERTO RICO,                                :
                                            :
        Debtor.                             :
------------------------------------------------------------------- X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *John G Bury & Natalia Bury* | |
| Participant Name | Firm Name (if applicable) |
| *John G Bury* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Jburyenterprise@yahoo.com* | |
| Email Address | Email Address |
| *2513 Ponderosa Dr* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Mission TX 78572* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   ___X___ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

   _____ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216MBL3

(b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____    Natalia Bury
      Signature

John G Bury & Natalia Bury
Print Name

_____
Title (if Participant is not an Individual)

11-15-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Case:17-03283-LTS   Doc#:9300-1   Filed:11/18/19   Entered:11/22/19 12:47:03   Desc:
Pro Se Notices of Participation   Page 62 of 63

PAGE   2 OF   2
15
30

BROADRIDGE

MONEY MANAGERS CONFIRMATION REPORT

PAGE      1

10/11/2019

CLIENT : 188          TD AMERITRADE CLEARING, INC
CUSIP  : 29216MBL3    EMPLOYEES RET SYS GOVT C/W PUERTO RICO
MONEY MANAGER :       APJXXXXXX    0000001

RECEIVED & FILED

2019 NOV 18  PM 5:18

CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| ACCOUNT NUMBER | SHAREHOLDER NAME / ADDRESS | SHARES |
|---|---|---|
| APJX913337025APJX00 | JOHN G BURY & | 30,000.00000 |
| | NATALIA BURY JT TEN | |
| | 2513 PONDEROSA DR | |
| | MISSION  TX  78572-4709 | |

TOTAL ITEMS  :          1
TOTAL SHARES :    30,000.00000

JOHN G BURY
NATALIA BURY
2513 PONDEROSA DR
MISSION, TEXAS 78572




U.S. POSTAGE PAID
PME 2-DAY
MCALLEN, TX
78501
NOV 16 19
AMOUNT
**$38.00**
R2303S101745-1

1007   00918



PRIORITY
★ MAIL ★
EXPRESS™

GUARANTEED
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

**UNITED STATES POSTAL SERVICE®**

For Domestic Use Only          Label 127R, July 2013



EJ 199 550 131 US

PRIORITY
MAIL
EXPRESS®

**UNITED STATES POSTAL SERVICE®**

PHONE ( 956-736-3926

John / Natalia Bury
2513 Ponderosa dr.
Mission, Tx 78572

The Clerk of the United States District Court
for the District of Puerto Rico, Room
150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00916-1767

PO ZIP Code  78501
Date Accepted (MM/DD/YY)  11-16-19
Time Accepted  10:57  AM/PM
Scheduled Delivery Date (MM/DD/YY)  11-18-19
Postage  $ 35.20
Insurance Fee  $
Return Receipt Fee  $ 2.80
COD Fee  $
Total Postage & Fees  $ 38.00

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO, ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767