# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Transmittal of Record to the Court of Appeals

**DATE: November 22, 2019**

Lead BK Case: 17-3283-LTS
Related USCA Cases: N/A

**APPEAL FEE PAID ($505):** YES __X__  NO ____

**CASE CAPTION:** In Re: Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:**   YES ____  NO __X__

**MOTIONS PENDING:**   YES __X__  NO ____

**NOTICE OF APPEAL FILED BY:** Jorge Arturo Diaz Mayoral, Juan Antonio Frau Escudero

**APPEAL FROM:** Order entered on 11/04/2019, Memorandum Order entered on 11/06/2019.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries** 8297, 9099, 9121, 9278, 9279, 9301

**VOLUMES:**

I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c: CM/ECF Parties, Appeals Clerk