TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| ALMA E. QUIÑONES VÉLEZ<br><br>RECLAMANTE<br><br>VS<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,<br><br>DEUDORES. | RADICACIÓN: RÉPLICA<br><br>POR CONDUCTO: DERECHO PROPIO<br><br>RECLAMO: 127843<br><br>REFERENTE: OBJECIÓN E IMPUGNACIÓN<br><br>ASUNTO: REMEDIO SOLICITADO POR EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, (ELA) DEUDORES PROMESA,<br>TÍTULO III<br><br>Núm.: 17BK3283-LTS<br><br>(ADMINISTRADA COJUNTAMENTE)<br><br>**Y QUE GUARDA RELACIÓN CON ELA, la ACT y el SRE.**<br><br>ALEGACIÓN DEUDORES: RECLAMOS DEFICIENTES<br><br>FECHA RADICACIÓN: 24-OCTUBRE-2019 |

**REMEDIO QUE ESTA RECLAMANTE OBJETA E IMPUGNA DE LOS DEUDORES (ELA): OCTOGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. POR: (RECLAMOS DEFICIENTES).**

1

## COMPARECENCIA DE LA RECLAMANTE

## AL HONORABLE TRIBUNAL:

1. Comparece Alma E. Quiñones Vélez mayor de edad, casada, vecina de Guánica, P.R., con seguro social 9077 y muy respetuosamente, Expone, Alega y Solicita.

## DISCULPA Y PETICIÓN ESPECIAL AL HON. TRIBUNAL

2. Le suplico a este Hon. Tribunal, que me perdone por haber radicado esta réplica en español, puesto que no domino el idioma inglés. Y siguiendo los pasos de las instrucciones para radicar una réplica de la misma Octogésima Novena Objeción Global radicada por los abogados de los deudores en las últimas páginas de dicho escrito, llamé a Prime Clerk LLC a los teléfonos 1(844)-822-9231 y/ó 1(646)-486-7944 donde hablan en español y estos me indicaron que radicara mi réplica ante este Hon. Tribunal en español, ya que no sé el idioma inglés. Por lo que solicito muy respetuosamente a este Hon. Tribunal y a cualquier otra de las partes que las contestaciones que me envíen sean en español. Agradeciendo a todas las partes por estas gestiones.

## HECHOS Y ALEGATOS DE LOS ABOGADOS DE LOS DEUDORES

3. El 24 de octubre de 2019 las firmas de abogados O'NEILL & BORGES LLC y PROSKAUER ROSE LLP en representación de la Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del (ELA) la (ACT) y el (SRE) (DEUDORES) radicaron ante este Hon. Tribunal una Octogésima Novena Objeción Global. Ver documento del 1 al 12. En la misma versa que le solicitaron al Hon. Tribunal un remedio para que se rechacen los reclamos deficientes en su totalidad del

2

Anexo A, en el cual está incluída esta reclamante. Ver documento 7, párrafo 13, última oración.

4. En el escrito de los abogados de los deudores radicado a este Hon. Tribunal éstos alegan que por orden del Hon. Tribunal enviaron el 19 de agosto de 2019 unas cartas a todos los reclamantes para darles la oportunidad que A: les proporcionaran más información de sus reclamos. Como el número de ley del reclamo, las fechas en cuestión, la cantidad de la reclamación y en qué fundamento se basaban sus reclamos, esto fue a través de Prime Clerk LLC y dieron una fecha límite para contestar la carta hasta el 25 de septiembre de 2019. Ver documento 13, 14, 15, 16, y 17. B: También explicaron que no se limiten a copiar únicamente lo puesto en la reclamación inicial que escribieran todos los fundamentos de las reclamaciones. Ver documento 13, último párrafo, última oración.

5. En los alegatos de los abogados de los deudores explican que ninguno de los reclamantes en el Anexo A. respondió a los envíos de las cartas el 19 de agosto de 2019 y que por consecuencia no pudieron determinar la validez de los reclamos hechos por los reclamantes por que las reclamaciones iniciales eran deficientes. Ver documento 9, oración 18 y 19 del escrito de los abogados de los deudores Octogésima Novena Objeción Global. Las cartas en cuestión se titularon como: "Información Solicitada Para Procesar Su Reclamación" por Prime Clerk LLC. Ver documento 15.

6. Como consecuencia de lo anterior, los abogados de los deudores le solicitaron a este Hon. Tribunal que dé un HA LUGAR al escrito radicado por los abogados de los

3

deudores Octogésima Novena Objeción Global y que por consecuencia los reclamos hechos por los reclamantes en el Anexo, A. sean rechazados en su totalidad. Estos titulados como: "Reclamos Deficientes" y que este Hon. Tribunal conceda el remedio solicitado. Ver escrito de los abogados de los deudores Octogésima Novena Objeción Global documento 7, párrafo 13, última oración y documento 11.

### HECHOS Y ALEGATOS DE ESTA RECLAMANTE

7. Que esta reclamante se encuentra en el escrito de los abogados de los deudores en la Octogésima Novena Objeción Global en el Anexo A. en español pagina 120 de 178 núm. de reclamación 127843, fechado del 7/5/18 enumerado en el renglón 676 con un reclamo de 9,600.00 dólares, ver documento 18 y en inglés en la página 104 of 154, ver documento 19 del mismo renglón 676 se evidencia confirmación de Prime Clerk LLC de mi reclamación con las fechas y números correspondientes. Ver documento 20. Y en la página 120 de 178 en el renglón 676 dice: "Que esta reclamante no proporciona los fundamentos; ni la documentación para respaldar la reclamación". Ver documento 18.

8. Que los abogados de los deudores en el escrito de Octogésima Novena Objeción Global radicada en este Hon. Tribunal dicen y cito: "Ninguna de las demandantes identificadas en el Anexo A. han respondido a los envíos". Esto se refiere a las cartas enviadas por Prime Clerk LLC el 19 de agosto de 2019. Ver documento 8, oración 16 y documento 9, oración 18.

4

9. Los abogados y los deudores, ambos faltan a la verdad ante este Hon. Tribunal porque nunca y repito nunca ellos me enviaron el documento titulado como: "Información Solicitada para Procesar su Reclamación". Ver documento 15. Porque si lo hubieren enviado esta reclamante lo hubiese llenado y devuelto con mucho gusto ya que mis planteamientos y fundamentos para mi reclamación son sólidos y muy bien evidenciados basados en la ley y derecho.

10. Que los documentos que no me enviaron los representantes de los deudores Prime Clerk LLC son: 13, 14, 15, 16, y 17 y esta reclamante los marcó en la radicación de mi réplica como documentos 13, 14, 15, 15-A, 15-B, 15-C, 16, 16-A y 17. Los cuales usaré como originales para hacer mis planteamientos y fundamentos ya que por instrucciones de Prime Clerk LLC me indicaron que les saque copia a los mismos, los llene y se los envíe junto a la réplica al Hon. Tribunal. Para así explicar los fundamentos de mi reclamación ya que no me otorgaron esa oportunidad de así hacerlo.

11. Esta reclamante le informa a este Hon. Tribunal que Prime Clerk LLC fue selectivo al enviar los documentos para procesar las reclamaciones, porque se los enviaron a unos sí; y a otros no como fue mi caso. Para evidenciar lo aquí expresado, pongo como ejemplo a mi Sr. esposo Héctor López Figueroa a quien sí Prime Clerk LLC le envió los documentos y esta reclamante los va a marcar en la radicación de mi réplica como documentos 21, 22, 23, 24 y 25 y mi esposo los llenó, fundamentó evidenció y contestó muy diligentemente con acuse de recibo núm. 7017-0660-0000-0836-6332 sin embargo, a esta reclamante no le dieron esa oportunidad por lo que repito enviaron estos

5

documentos selectivamente y reafirmo mi planteamiento que los abogados y los deudores faltan a la verdad al decir que le enviaron los documentos a todos los reclamantes cuando eso no es verdad por que a esta reclamante no se los enviaron. Quiero establecer que la dirección de mi esposo y la de esta reclamante es la misma P.O. Box 1478 Guánica, P.R. 00653 y aún así no me enviaron los documentos antes mencionados. No obstante, que diligente fue Prime Clerk LLC para enviarme el escrito de los abogados de los deudores Octogésima Novena Objeción Global que hasta por USPS Priority Mail la enviaron ver documento 26 y 26-A sin embargo, un documento más básico como es el documento 15 que es la "Información Solicitada para Procesar su Reclamación" no lo enviaron a esta reclamante. "Que conveniente para los deudores". Otra evidencia más del mal manejo de este proceso. La pregunta que esta reclamante le hace a los abogados de los deudores es: ¿Por qué la correspondencia de USPS Priority Mail de la Octogésima Novena Objeción Global radicada por los abogados de los deudores llegó a mi apartado postal y el documento de la "Información Solicitada, para Procesar su Reclamación", nunca llegó a esta reclamante a su apartado postal?

12. Que esta reclamante en conversación telefónica con Prime Clerk LLC le indicó a éstos que no habían enviado los documentos antes mencionados y que creía que se lo iban a enviar a un grupo primero y a otro grupo después pero eso no pasó, se lo enviaron a un grupo solamente. Siendo esto algo como dije anteriormente selectivo y viola así este proceso. También el operador de Prime Clerk LLC me manifestó que han sido múltiples llamadas telefónicas de los reclamantes que no les enviaron esos documentos ver documento 15 por lo que repito me dio instrucciones de buscar las últimas páginas del

documento radicado por los abogado de los deudores Octogésima Novena Objeción Global que les saque copia, los llene y los incluya en mi radicación de réplica que vaya a hacer.

13. Pues así esta reclamante ha hecho llené los documentos 13, 14, 15, 15-A, 15-B, 15-C, 16, 16-A y 17 incluyendo en mi réplica estas evidencias con los fundamentos, fechas, cantidades de reclamación y todos los requisitos que piden dichos documentos.

14. Que esta reclamante para evidenciarle a este Hon. Tribunal que el deudor y los abogados faltan a la verdad a este foro. Les evidencio tres fechas diferentes de las cartas de Prime Clerk LLC alegan enviaron a todos los reclamantes cuando no fue así.
A. La primera fecha que dicen los abogados de los deudores que enviaron las cartas fue: 19 de agosto de 2019 ver documento 8, párrafo 16 de la radicación Octogésima Novena Objeción Global dicen que es en esa fecha enviaron a los reclamantes los documentos 13, 14, 15, 16 y 17 y esta reclamante no lo recibió.
B. La segunda fecha que dicen los abogados de los deudores que enviaron las cartas fue: 26 de agosto de 2019 ver documento 13 donde dice que le enviaron a los reclamantes los documentos 13, 14, 15, 16 y 17 y esta reclamante nunca los recibió.
C. La tercera fecha que dicen los abogados de los deudores que enviaron las cartas fue: 9 de septiembre de 2019 ver documento 21 donde dice que le enviaron a los reclamantes los documentos 13, 14, 15, 16, y 17 y nunca se recibieron.

15. Con estas tres fechas diferentes queda claro que los abogados de los deudores están faltando a la verdad porque la pregunta es: ¿Cuál de las tres fechas es correcta? El hecho es que en mi caso nunca esta reclamante recibió los documentos antes mencionados para poder fundamentar los planteamientos de mis reclamos esto porque nunca se me dio esa oportunidad. Solo falta preguntar: ¿A cuántas personas los deudores afirman que le enviaron los documentos antes mencionados sin ser verdad?

## **PLANTEAMIENTOS DE ERROR DE LOS ABOGADOS DE LOS DEUDORES**

16. A. Los abogados de los deudores erraron al radicar un escrito de Octogésima Novena Objeción Global, sin asegurarse que todos los reclamantes fueran debidamente notificados para llenar los documentos 13, 14, 15, 16, y 17, violando automáticamente este proceso al no haberlos enviado.

B. Los abogados de los deudores erraron al tener tres fechas diferentes de notificación para los reclamantes poder llenar los documentos antes mencionados lo que evidencia que no tienen unas fechas claras específicas de envío y que algunos recibieron los documentos y otros no. Otra razón que viola este proceso.

C. Que los abogados de los deudores erraron al decir que los reclamantes no contestaron los envíos de las cartas cuando Prime Clerk LLC fue la que no las envió correctamente.

D. Que los abogados de los deudores erraron al solicitar un remedio al Hon. Tribunal para que rechacen los reclamos de los reclamantes por estos ser deficientes, cuando fueron las malas diligencias que se realizaron las que no permitieron que no se contestaran las cartas por los reclamantes no ser debidamente notificados.

8

## BREVE CONCLUSIÓN

17. Con todo el respeto a este Hon. Tribunal, es claro y preciso que ante las múltiples violaciones procesales que han incurrido los abogados de los deudores, por los múltiples errores cometidos en esta radicación de Octogésima Novena Objeción Global este Hon. Tribunal debería analizar todos los elementos de juicio ya que este caso tienen muchas violaciones antes de tomar una determinación.

## REMEDIO SOLICITADO

18. En vista de las violaciones a los debidos procesos mencionados y haberme incluido en el Anexo A. del escrito de los abogados de los deudores sin tener la oportunidad de hacer mis fundamentos y/o planteamientos correspondientes de mi reclamo, muy respetuosamente le solicito a este Hon. Tribunal los siguiente:

A. Que esta reclamante sea sacada de la lista del escrito de los abogados de los deudores del Anexo A. de la pagina 120 de 178 en español y de la página 104 de 154 en inglés ambas con núm. de renglón 676 y número de reclamo 127843 de los reclamantes hasta tanto verifiquen los documentos 13, 14, 15, 15-A, 15-B, 15-C, 16, 16-A y 17con los fundamentos que estoy incluyendo en mi réplica. Para que sea excluida de la radicación de los abogados de los deudores Octogésima Novena Objeción Global radicada en este Hon. Tribunal.

B. Que dicho remedio solicitado por los abogados de los deudores Octogésima Novena Objeción Global sea declarada NO HA LUGAR paralizando así este proceso y la vista señalada para el 11 de diciembre de 2019, a las 9:30 a.m. hasta tanto sea sacada

9

del escrito del Anexo A. para que analicen, evalúen mis fundamentos y los planteamientos de mi reclamo.

C. Que se me conceda como a cualquier ciudadana los procesos legales correctos y sin más errores de los abogados de los deudores no violando más las notificaciones y cualquier proceso siguiente.

D. Con todo el respeto a este Hon, Tribunal le solicito que analice estos remedios y exprese su sentir en derecho.

## SÚPLICA

Por todo lo cual, le solicito respetuosamente a este Hon. Tribunal que se sirva de lo anterior expuesto, tenga conocimiento de lo pronunciado y dé un HA LUGAR a lo solicitado.

## CERTIFICACIÓN

Certifico haber enviado original y copias fieles y exactas de la presente radicación de esta réplica a las siguientes partes por correo certificado:

1. Original: Hon. Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
   Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan (Puerto Rico) 00918-1767
   Certificación de correo número *7017-0660-0000-0836-9012*

10

2. Copia: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299
   A/A: Martin J. Bienestock
   Brian S. Rosen
   Certificación de correo número 7017-0660-0000-0836-9036

3. Copia: Abogado del Comité de Acreedores (Counsel for the Creditor's Committee)
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz
   Certificación de correo número 7017-0660-0000-0836-9043

4. Copia: Abogados de la Junta de Supervisión Financiera para Puerto Rico
   Hermann D. Bauer
   Num. USDC:215205
   Daniel J. Perez-Refojos
   Num. USDC:303909
   Carla García Benitez
   Num. USDC:203708
   Oneill & Borges LLC
   250 Muñoz Rivera Ave., Suite 800
   San Juan, P.R. 00918-1813
   Certificación de correo número 7017-0660-0000-0836-9050

11

Respetuosamente sometido por correo certificado Hoy __Jueves 14__ de __noviembre__ de __2019__.

Firma Reclamante: _____

Reclamante: Alma E. Quiñones Vélez

Dirección Postal: P.O. Box 1478

Guánica, P.R. 00653

Teléfonos: (787) 941-0100

(939) 257-8844

Email: hectorlopez342@gmail.com

Seguro social: 9077