Alma E. Quiñones Vélez
P.O. Box 1478
Guánica, P.R. 00653

7017 0660 0000

U.S. POSTAGE
FCM LG ENV
ENSENADA, P
00647
NOV 14 19
AMOUNT
$8.5
R2305K132755

Original: Hon. Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767