# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that yesterday, November 21, 2019, the *Joinder of the Bank of New York Mellon, as Fiscal Agent, in ERS Bondholders' Motions for Allowance of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Administrative Expenses Claims* [Case No. 17-Bk-3283, Docket 9298 & 9299; Case No. 17-Bk-3284, Docket No. 712 & 713] was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also hereby certifies that today, a copy thereof was sent by U.S. mail to the U.S. Trustee for the District of Puerto Rico at:

> US Trustee for the District of Puerto Rico
> Edificio Ochoa
> 500 Tanca Street, Suite 301
> San Juan, P.R. 00901-1922

Dated: November 22, 2019     SEPULVADO, MALDONADO &COURET

By:   *s/ Albéniz Couret Fuentes*
      Albéniz Couret Fuentes
      USDC-PR Bar No. 222207
      AON Center, Suite 990
      304 Ponce de León Ave.
      Telephone: (787) 765-5656
      Facsimile: (787) 294-0073
      Email: acouret@smlawpr.com