# EXHIBIT C

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br>    Debtors. | PROMESA Title III <br> Case No. 17-BK-3282 (LTS) <br><br> (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. PROPOSED LOCAL CONFLICTS
COUNSEL FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>JUNE 1, 2019 – JUNE 30, 2019</u>**

The Commonwealth of Puerto Rico, *et al.*  July 12, 2019

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 002

Re: The Financial Oversight and Management Board for Puerto Rico,
as representative of The Commonwealth of Puerto Rico, *et al.*
Debtors under Title III
June 1, 2019 – June 30, 2019

Professional services rendered by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**            $2,947.50
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $294.75 |
| Interim Compensation for Professional Services (90%) | $2,652.75 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $2,652.75 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

## EXHIBIT A

### SERVICES RENDERED BY
### ILEANA C. CARDONA FERNÁNDEZ, ESQ.

### JUNE 1, 2019 – JUNE 30, 2019

### TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 13.1 | $2,947.50 |
| **TOTAL** | | | **13.1** | **$2,947.50** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 002
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: July 10, 2019

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:

General Matters
Wal-Mart Avoidance Action – Case No. 19-00267
Microsoft Corporation Avoidance Action – Case No. 19-00290
Gila, LLC Avoidance Action – Case No. 19-00354
Hospira PR, LLC Avoidance Action – Case No. 19-00186
Wells Fargo Avoidance Action – Case No. 19-00360
PREPA Fuel Oil Avoidance Action – Case No. 19-00388
First Medical Health Plan, Inc. – T.A.
Instituto de Banca y Comercio, Inc. – T.A.
Microsoft Caribbean, Inc. – T.A.

## INVOICE

For professional services rendered in connection with the above captioned matter from: June 1, 2019 through June 30, 2019.

# GENERAL

| DATE   | DETAILS | HOURS | VALUE |
|--------|---------|-------|-------|
| 6/4/19 | Email exchange with Brown Rudnick, DGC and PR Teams re: scheduling call to discuss Master Matrix. (**0.1 hour**) <br><br> Call w/ Brown Rudnick, DGC and PR Teams to discuss Master Matrix. (**0.6 hours**) | 0.7 | $157.50 |
| 6/5/19 | Email to PR Team re: Exhibit 1 in letters to vendors. (**0.1 hours**) | 0.1 | $22.50 |
|        | **TOTAL** | **0.8 hour** | **$180.00** |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 002
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: July 10, 2019

# WAL-MART OF PUERTO RICO - 19-00267

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/5/19 | Phone call w/ Defense Counsel re: letter to vendor phase #1. (**0.2 hours**).<br><br>Updated letter to vendor template with vendor info. (**0.2 hours**) | 0.4 | $90.00 |
| 6/6/19 | Finalized letter to vendor with exhibits for send out. (**0.2 hours**) | 0.2 | $45.00 |
| 6/14/19 | Examined email sent by counsel for Wal-Mart of PR re: documents substantiating their defense. (**0.2 hours**) | 0.2 | $45.00 |
| 6/19/19 | Email exchange with R. Wexler and BR team re: receipt and review of documents sent by opposing counsel. (**0.1 hours**) | 0.1 | $22.50 |
| 6/20/19 | Conducted in-depth review of documents sent by Wal-Mart Counsel in response to document request correspondence:<br>- Letter by Wal-Mart counsel discussing their position<br>- Exhibits 1 thru 11 of letter by Wal-Mart counsel discussing their position.  (**1.6 hours**)<br><br>Drafted email to BR and DGC team re: first impression of document analysis following review of documents sent by Wal-Mart counsel. (**0.2 hours**)<br><br>Email exchange with BR and DGC team re: scheduling call to discuss impressions on documents sent by Wal-Mart counsel. (**0.2 hours**) | 2 | $450.00 |
| 6/25/19 | Reviewed spreadsheet sent by DGC in advance of scheduled phone call with BR and DGC team. (**0.2 hours**)<br><br>Participated in phone call with DGC and BR team re: documents received from Walmart counsel; discussed impressions and next steps. (**0.8 hours**) | 1 | |
| 6/27/19 | Held phone call with counsel for Wal-Mart re: further evidence inquiry, | 0.4 | |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 002
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: July 10, 2019

|  | | | |
|---|---|---|---|
|  | pending appeal, and other claims. (**0.3 hours**)  Drafted email to US team re: outcome of phone call with counsel for Wal-Mart. (**0.1 hours**) | | |
|  | **TOTAL** | **4.3 hours** | **$967.50** |

## MICROSOFT CORPORATION - 19-00290

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/3/19 | Prepared Notice of Appearance. (**0.2 hours**)  Filed Notice of Appearance. (**0.1 hours**) | 0.3 | $67.50 |
| 6/14/19 | Familiarized w. case file as provided by Estrella LLC (**0.3 hours**)  Read filed Adv. Pro, complaint and ancillary documents (**0.5 hours**) | 0.8 | $180 |
|  | **TOTAL** | **1.1 hour** | **$247.50** |

## GILA, LLC - 19-00354

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/3/19 | Prepared Notice of Appearance. (**0.2 hours**)  Filed Notice of Appearance. (**0.1 hours**) | 0.3 | $67.50 |
| 6/14/19 | Familiarized w. case file as provided by Estrella LLC (**0.5 hours**)  Read filed Adv. Pro, complaint and ancillary documents (**0.5 hours**) | 1.0 | $225.00 |
|  | **TOTAL** | **1.3 hours** | **$292.50** |

Ileana C. Cardona Fernández, Esq. **Invoice No.** 002
787-484-8202 **Client** – PRO-001
icardona@iccflaw.com **Date**: July 10, 2019

## HOSPIRA PR, LLC - 19-00186

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/3/19 | Prepared Notice of Appearance. (**0.2 hours**)  Filed Notice of Appearance. (**0.1 hours**) | 0.3 | $67.50 |
| 6/14/19 | Read filed Adv Pro complaint and ancillary documents (**0.5 hours**) | 0.5 | $112.50 |
| | TOTAL | 0.8 hours | $180.00 |

## WELLS FARGO - 19-00360

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/12/19 | Prepared Notice of Appearance. (**0.2 hours**)  Filed Notice of Appearance. (**0.1 hours**) | 0.3 | $67.50 |
| 6/14/19 | Read, downloaded and saved Order re: Omnibus Motion (DN 5) (**0.2 hours**) | 0.2 | $45.00 |
| 6/15/19 | Initial review of filed Adv Pro complaint. (**0.5 hours**) | 0.5 | $112.50 |
| | TOTAL | 1 hour | $225.00 |

## PREPA FUEL OIL – 19-00388

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/30/19 | Examined Complaint and ancillary documents in advance of filing. (**0.5 hours**)  Filed Complaint and ancillary documents. (**0.5 hours**) | 1 hour | $225.00 |
| | TOTAL | 1 hour | $225.00 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 002
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: July 10, 2019

# FIRST MEDICAL HEALTH PLAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/5/19 | Updated letter to vendor template with vendor info. (**0.2 hours**) | 0.2 | $45.00 |
| 6/6/19 | Finalized letter to vendor with exhibits for send out. (**0.2 hours**) | 0.2 | $45.00 |
| 6/14/19 | Familiarized w. case file documents as provided by Estrella LLC (**0.5 hours**) | 0.5 | $112.50 |
|  | **TOTAL** | **0.9 hours** | **$202.50** |

# INSTITUTO DE BANCA Y COMERCIO, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/5/19 | Updated letter to vendor template with vendor info. (**0.2 hours**) | 0.2 | $45.00 |
| 6/6/19 | Finalized letter to vendor with exhibits for send out. (**0.2 hours**) | 0.2 | $45.00 |
| 6/14/19 | Email exchange with A. Estrella re: information exchange and document production. (**0.1 hours**)<br><br>Familiarized w. case file documents as provided by Estrella LLC (**0.3 hours**) | 0.4 | $90.00 |
|  | **TOTAL** | **0.8 hours** | **$180.00** |

| Ileana C. Cardona Fernández, Esq. | **Invoice No.** 002 |
|---|---|
| 787-484-8202 | **Client** – PRO-001 |
| icardona@iccflaw.com | **Date**: July 10, 2019 |

# MICROSOFT CARIBBEAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 6/5/19 | Updated letter to vendor template with vendor info. (**0.2 hours**) | 0.2 | $45.00 |
| 6/6/19 | Finalized letter to vendor with exhibits for send out. (**0.2 hours**) | 0.2 | $45.00 |
| 6/14/19 | Familiarized w. case file documents as provided by Estrella LLC. (**0.5 hours**) | 0.5 | $112.50 |
| 6/19/19 | Email exchange with opposing counsel re: exhibits in Excel format. (**0.1 hours**) | 0.1 | $22.50 |
| 6/25/19 | Examined emails by opposing counsel re: status of documents to produce (**0.1 hours**) | 0.1 | |
| | TOTAL | **1.1 hours** | **$247.50** |

**TOTAL:  13.1 hours**                                                  **$2,947.75**

**BALANCE DUE:**        $2,947.75

**Check payable to:**   Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

# EXHIBIT C

## **EXHIBIT C**

## **PROFESSIONAL CERTIFICATION**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

**PRINCIPAL CERTIFICATION**

I hereby authorize the submission of the Second Monthly Fee Statement for Ileana C. Cardona Fernandez, Esq. covering the period from June 1, 2019 through June 30, 2019.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight
And Management Board for Puerto Rico

# EXHIBIT D