# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>  Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF**
**ILEANA C. CARDONA FERNANDEZ, ESQ. PROPOSED LOCAL CONFLICTS**
**COUNSEL FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR**
**PUERTO RICO, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE**
**FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF**
**JULY 1, 2019 – JULY 31, 2019**

The Commonwealth of Puerto Rico, *et al.*　　　　　　　　　　August 6, 2019

### FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 003

Re:　The Financial Oversight and Management Board for Puerto Rico,
　　　as representative of The Commonwealth of Puerto Rico, *et al.*
　　　Debtors under Title III
　　　<u>July 1, 2019 – July 31, 2019</u>

Professional services rendered by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**　　　　　　　　　　**$4,680.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $468.00 |
| Interim Compensation for Professional Services (90%) | $4,212.00 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $4,212.00 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

## EXHIBIT A

### SERVICES RENDERED BY
### ILEANA C. CARDONA FERNÁNDEZ, ESQ.

### JULY 1, 2019 – JULY 31, 2019

### TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 20.8 | $4,680.00 |
| **TOTAL** | | | **20.8** | **$4,680.00** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 003
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: August 10, 2019

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:

General Matters
Wal-Mart Avoidance Action – Case No. 19-00267
Microsoft Corporation Avoidance Action – Case No. 19-00290
Gila, LLC Avoidance Action – Case No. 19-00354
Hospira PR, LLC Avoidance Action – Case No. 19-00186
Wells Fargo Avoidance Action – Case No. 19-00360
First Medical Health Plan, Inc. – Tolling Agreement.
Instituto de Banca y Comercio, Inc. –Tolling Agreement
Microsoft Caribbean, Inc. – Tolling Agreement

## INVOICE

For professional services rendered in connection with the above captioned matters from: July 1, 2019 through July 31, 2019.

# General

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 7/2/19 | Preparation of Second Monthly Fee Statement draft. (**0.6 hours**) | 0.6 | $135.00 |
| 7/5/19 | Preparation of First Interim Fee Application. (**2.8 hours**) | 2.8 | $630.00 |
| 7/8/19 | Examined email from R. Sierra re: status of informal resolution process. (**0.1 hour**) Continued preparation of First Interim Fee Application (**0.3 hours**) Drafted email to BR re: review of IFA. (**0.1 hour**) | 0.5 | $112.50 |
| 7/12/19 | Examined email by BR team re: general update on status. (**0.1 hour**) | 0.3 | $67.50 |

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 003  
**Client** – PRO-001  
**Date**: August 10, 2019

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| | Calendared and analyzed important dates and milestones DN 7941 Order re: Vendor Action Procedures and Settlement Authority (**0.2 hours**) | | |
| 7/16/19 | Finalizing Interim Fee Application. (**0.3 hours**) | 0.3 | $67.50 |
| 7/18/19 | Email exchange w/ team re: Omnibus hearing. (**0.1 hours**) | 0.1 | $22.50 |
| 7/19/19 | Prepared and submitted August 2019 budget. (**0.2 hours**) | 0.2 | $45.00 |
| 7/24/19 | Prepared and submitted Certification for monthly statement June. (**0.2 hours**) | 0.2 | $45.00 |
| 7/30/19 | Examined email by R. Sierra re: strategy and next steps. (**0.2 hours**)<br><br>Examined email by R. Sierra re: document review and recommendations. (**0.1 hour**)<br><br>Examined, analyzed, and provided comments on proposed NDA draft (**0.6 hours**) | 0.9 | $202.50 |
| 7/31/19 | Email exchange w/ team re: scheduling strategy call. (**0.1 hours**)<br><br>Examined NDA changes and emails as circulated by team. (**0.2 hours**) | 0.3 | $67.50 |
| | **TOTAL** | **6.2** | **$1,395.00** |

## 19-00267 – Wal-Mart of Puerto Rico

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 7/2/19 | Performed research pursuant to call held on 6.25.19 re: transfer of monies and contract substantiation. (**1.6 hours**) | 1.6 | $360.00 |
| 7/3/19 | Continued research pursuant to call held on 6.25.19 re: transfer of monies and contract substantiation. (**2.6 hours**)<br><br>Performed research re: reasonable equivalence argument applicability to the facts of this case. (**0.7 hours**) | 3.3 | $742.50 |
| 7/8/19 | Examined Resolution sent by opposing counsel re: conclusion of administrative procedure between vendor and Treasury dept. (**0.3 hours**) | 1.3 | $292.50 |

| Ileana C. Cardona Fernández, Esq. | | **Invoice No.** 003 | |
| 787-484-8202 | | **Client** – PRO-001 | |
| icardona@iccflaw.com | | **Date**: August 10, 2019 | |

|  |  |  |  |
|---|---|---|---|
|  | Documented research results re: transfer of monies and contract substantiation in preparation for phone call with team. (**1 hour**) |  |  |
| 7/11/19 | Prepared for phone call with team. (**0.3 hour**)<br><br>Participated in phone call re: results of research w/ US team. (**0.3 hour**)<br><br>Email to team re: proposed course of action and requirements for executive summary and recommendations. (**0.1 hour**) | 0.7 | $157.50 |
| 7/15/19 | Examined email exchange from team re: strategy (**0.1 hour**) | 0.1 | $22.50 |
| 7/18/19 | Reviewed documents provided by Walmart counsel and research results in anticipation of preparation of Executive Summary. (**1 hour**)<br><br>Prepared Executive Summary for team analysis per document exchange, evaluation of facts, and legal research. (**2.3 hours**) | 3.3 | $742.50 |
| 7/19/19 | Finalized summary for submission to US team. (**0.7 hour**) | 0.7 | $157.50 |
| 7/26/19 | Email exchange w. team re: executive summary (**0.1 hour**) | 0.1 | $22.50 |
| 7/29/19 | Email exchange w. opposing counsel re: status of claim determination. (**0.1 hour**) | 0.1 | $22.50 |
| 7/31/19 | Examined, downloaded and saved to file DN 7 – Summons returned exec. (**0.1 hour**)<br><br>Examined email to L. Stafford re: proof of claim. (**0.1 hour**) | 0.2 | $45.00 |
|  | **TOTAL** | 11.4 | $2,565.00 |

| Ileana C. Cardona Fernández, Esq. | **Invoice No.** 003 |
| --- | --- |
| 787-484-8202 | **Client** – PRO-001 |
| icardona@iccflaw.com | **Date**: August 10, 2019 |

## 19-00290 – Microsoft Corporation

| DATE | DETAILS | HOURS | VALUE |
| --- | --- | --- | --- |
| 7/2/19 | Examined documents sent by opposing counsel in email: Letter; exhibit 1 and exhibit 2. (**0.4 hours**) | 0.4 | $90.00 |
| 7/11/19 | Examined invoices sent by opposing counsel in email dated 7.9.19 (**0.5 hours**) | 0.5 | $112.50 |
|  | TOTAL | 0.9 | $202.50 |

## 19-00360 – Wells Fargo

| DATE | DETAILS | HOURS | VALUE |
| --- | --- | --- | --- |
| 7/11/19 | Examined and : DN 6 Notice of Vol. Dismissal WF Clearing. (**0.1 hour**) | 0.1 | $22.50 |
| 7/26/19 | Examined *Order Regarding Stay Period and Mandatory Mediation* issued in Title III case and saved to file. (**0.2 hours**) | 0.2 | $45.00 |
| 7/30/19 | Examined DN 12, DN 13, and DN 14 (**0.1 hour**) | 0.1 | $22.50 |
|  | TOTAL | 0.4 | $90.00 |

## First Medical Health Plan, Inc.

| DATE | DETAILS | HOURS | VALUE |
| --- | --- | --- | --- |
| 7/11/19 | Examined letter sent by counsel for FM. (**0.1 hour**)<br><br>Discussed approach to answering letter w/ US team. (**0.2 hour**)<br><br>Examined applicable legal standard for response to opposing counsel's request on 7.9.19 (**1.1 hour**)<br><br>Drafted response to letter by counsel for FM. (**0.2 hour**) | 1.6 | $360.00 |
| 7/12/19 | Finalized and sent response to letter by opposing counsel. (**0.1 hour**) | 0.1 | $22.50 |
|  | TOTAL | 1.7 | $382.50 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 003
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: August 10, 2019

## Instituto de Banca y Comercio, Inc.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 7/2/19 | Email exchange B. Wexler re: call w/ vendor. (**0.1 hour**) | 0.1 | $22.50 |
|  | TOTAL | 0.1 | $22.50 |

## Microsoft Caribbean, Inc.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 7/5/19 | Examined email by opposing counsel re: additional invoices / contracts. (**0.1 hours**) | 0.1 | $22.50 |
|  | TOTAL | 0.1 | $22.50 |

**TOTAL:**   20.8 hours                              $4,680.00

**BALANCE DUE:**       $4,680.00

**Check payable to:**   Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

63469991 v1

# EXHIBIT C

## **EXHIBIT C**

## **PROFESSIONAL CERTIFICATION**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

**PRINCIPAL CERTIFICATION**

I hereby authorize the submission of this Third Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from July 1, 2019 through July 31, 2019.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

63470764 v1