# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>       Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF**
**ILEANA C. CARDONA FERNANDEZ, ESQ. PROPOSED LOCAL CONFLICTS**
**COUNSEL FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR**
**PUERTO RICO, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE**
**FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF**
<u>**AUGUST 1, 2019 – AUGUST 31, 2019**</u>

The Commonwealth of Puerto Rico, *et al.* September 10, 2019

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 005

Re: The Financial Oversight and Management Board for Puerto Rico,
as representative of The Commonwealth of Puerto Rico, *et al.*
Debtors under Title III
August 1, 2019 – August 31, 2019

Professional services rendered by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**          **$2,565.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $256.50 |
| Interim Compensation for Professional Services (90%) | $2,308.50 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $2,308.50 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

# EXHIBIT A

## SERVICES RENDERED BY
## ILEANA C. CARDONA FERNÁNDEZ, ESQ.

### AUGUST 1, 2019 – AUGUST 31, 2019

### TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 11.4 | $2,565.00 |
| **TOTAL** | | | **11.4** | **$2,565.00** |

# EXHIBIT B

| | | |
|---|---|---|
| Ileana C. Cardona Fernández, Esq.<br>787-484-8202<br>icardona@iccflaw.com | | **Invoice No.** 006<br>**Client** – PRO-001<br>**Date**: September 10, 2019 |

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:  PREPA Fuel Oil Avoidance Action – Case No. 19-00388

<u>**INVOICE**</u>

For professional services rendered in connection with the above captioned matter from: <u>August 1, 2019 through August 31, 2019.</u>

# PREPA FUEL OIL AVOIDANCE ACTION – 19-00388

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 8/1/19 | Email exchange with team re: today's call w/ opposing counsel. (**0.2 hours**)<br><br>Prepped for phone call w/ opposing counsel. (**0.1 hour**)<br><br>Participated in call w/ opposing counsel. (**0.5 hour**) | 0.8 | $180.00 |
| 8/6/19 | Email exchange with team re: last week's call (**0.1 hour**) | 0.1 | $22.50 |
| 8/7/19 | Revised draft re: extension of time. (**0.2 hour**)<br><br>Held call w/ Opposing counsel for Carlos Méndez & Assoc. (**0.2 hours**) | 0.4 | $90.00 |
| 8/8/19 | Held call w/ opposing counsel for Carlos Méndez re: extension of time (**0.2 hours**)<br><br>Email exchange w/ opposing counsel for Carlos Méndez re: extension of time (**0.1 hour**) | 0.3 | $67.50 |
| 8/13/19 | Examined Motion for Extension of time to answer by defendants (**0.1 hour**)<br><br>Examined Order granting MET. (**0.1 hour**) | 0.2 | $45.00 |

| Ileana C. Cardona Fernández, Esq. | | **Invoice No.** 006 | |
|---|---|---|---|
| 787-484-8202 | | **Client** – PRO-001 | |
| icardona@iccflaw.com | | **Date**: September 10, 2019 | |

| | | | |
|---|---|---|---|
| 8/14/19 | Examined email exchange and memorandum by BR re: update on adv complaint. (**0.2 hours**) | 0.2 | $45.00 |
| 8/15/19 | Examined email exchange re: update on adv complaint (**0.1 hour**) | 0.1 | $22.50 |
| 8/17/19 | Examined communications by opposing counsel for Vitol sent 8.16.19 (**1 hour**) | 1 hour | $225.00 |
| 8/19/19 | Examined exhibits submitted by counsel for Vitol in letter sent 8.16.19. (**1.6 hour**)<br><br>Researched Law 458-2000, Law 428-2004 and Article 1258 of PR Civil Code as cited in Vitol communication. (**0.4 hour**)<br><br>Prepared for telephone conference with team re: communication by opposing counsel for Vitol. (**0.6 hour**)<br><br>Participated in telephone conference with team re: Vitol (**0.1 hour**) | 2.7 hours | $607.50 |
| 8/21/19 | Drafted email to team re: potential stay of litigation. (**0.2 hours**)<br><br>Email exchange with team re: potential stay. (**0.2 hour**) | 0.4 | $90.00 |
| 8/23/19 | Prepared for call w/ J. Suarez (**0.3 hour**)<br><br>Participated in call w/ UCC (**0.1 hour**)<br><br>Drafted email to team re: conclusion of call w/ UCC (**0.1 hour**)<br><br>Examined email exchange w/ team following call w/ UCC (**0.2 hour**) | 0.7 | $157.50 |
| 8/24/19 | Examined email exchange between team re: call next week. (**0.1 hour**) | 0.1 | $22.50 |
| 8/26/19 | Call w/ R. Sierra re: communication from Vitol defendants. (**0.2 hour**) | 0.2 | $45.00 |
| 8/28/19 | Drafted email to Vitol defendants re: communication. (**0.2 hour**)<br><br>Prepared for team call re: case status (**0.6 hour**) | 1.1 | $247.50 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 006
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: September 10, 2019

|  |  |  |  |
|---|---|---|---|
|  | Participated in team call re: case status (**0.3 hour**) |  |  |
| 8/30/19 | Examined email from Vitol counsel re: extension (**0.1 hour**)<br><br>Examined email from Saybolt LP counsel re: sub of counsel (**0.1 hour**)<br><br>Examined email from E. Lyttle re: stay applicability. (**0.1 hour**) | 0.3 | $67.50 |

**TOTAL:**      8.6 hours          $1,935.00

**BALANCE DUE:**      $1,935.00

**Check payable to:**      Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

63487832 v1

# EXHIBIT C

## **EXHIBIT C**

## **PROFESSIONAL CERTIFICATION**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

**PRINCIPAL CERTIFICATION**

I hereby authorize the submission of this Fourth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from August 1, 2019 through August 31, 2019.

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

63487825 v1