# EXHIBIT F

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. PROPOSED LOCAL CONFLICTS
COUNSEL FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>SEPTEMBER 1, 2019 – SEPTEMBER 30, 2019</u>**

The Commonwealth of Puerto Rico, *et al.*            October 10, 2019

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 007

Re:     The Financial Oversight and Management Board for Puerto Rico,
as representative of The Commonwealth of Puerto Rico, *et al.*
Debtors under Title III
September 1, 2019 – September 30, 2019

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq. Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee

**Total Amount of Compensation**          **$3,982.50**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $398.25 |
| Interim Compensation for Professional Services (90%) | $3,584.25 |
| Plus Reimbursement for Actual and Necessary Expenses | $400.00 |
| Total Requested Payment Less Holdback | $3,984.25 |

## **FEE STATEMENT INDEX**

| | |
|---|---|
| **Exhibit A** | **Time and Compensation Breakdown** |
| **Exhibit B** | **Time Entries – Invoice** |
| **Exhibit C** | **Professional Certification** |
| **Exhibit D** | **Principal Certification** |

# EXHIBIT A

## EXHIBIT A

### SERVICES RENDERED BY
### ILEANA C. CARDONA FERNÁNDEZ, ESQ.

### SEPTEMBER 1, 2019 – SEPTEMBER 30, 2019

### TIME AND COMPENSATION BREAKDOWN

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 17.7 | $3,982.50 |
| **TOTAL** | | | **17.7** | **$3,982.50** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 007
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: October 10, 2019

**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:

General Matters
Wal-Mart Avoidance Action – Case No. 19-00267
Microsoft Corporation Avoidance Action – Case No. 19-00290
Instituto de Banca y Comercio – Tolling Agreement
First Medical Health Plan, Inc. – Tolling Agreement
Microsoft Caribbean, Inc. – Tolling Agreement

## INVOICE

For professional services rendered and expenses incurred in connection with the above captioned matters from: September 1, 2019 through September 30, 2019.

# General

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 9/4/19 | Monthly statement Aug. preparation. **(0.6 hours)** | 0.6 | $135.00 |
| 9/11/19 | Examined email exchange re: Monthly Statements **(0.1 hour)** | 0.1 | $22.50 |
| 9/12/19 | Examined email exchange re: Final Monthly Statements **(0.1 hour)** | 0.1 | $22.50 |
| 9/19/19 | Prepared and submitted October 2019 budget. **(0.3 hour)** | 0.3 | $67.50 |
| 9/21/19 | Email to C. Ennis re: Statement **(0.1 hour)** | 0.1 | $22.50 |
| 9/23/19 | Prepared and submitted Title III Declarations for Monthly Statement August. **(0.2 hour)** | 0.2 | $45.00 |
| | TOTAL | 1.4 | $315.00 |

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 007  
**Client** – PRO-001  
**Date**: October 10, 2019

# 19-00267 – Wal-Mart PR

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 9/3/19 | Examined email exchange re: proof of claim. **(0.1 hour)**<br><br>Examined email exchange w/ opposing counsel. **(0.2 hour)**<br><br>Call w/ R. Sierra re: dismissal / research **(0.3 hour)**<br><br>Organized research plan per call w/ R. Sierra **(0.2 hour)** | 0.8 | $180.00 |
| 9/4/19 | Research re: Paulian action; return of moneys. **(1 hour)** | 1 | $225.00 |
| 9/5/19 | Examined email exchange w/ opposing counsel and team re: extension **(0.2 hour)**<br><br>Examined email exchange re: proof of claim. **(0.2 hour)**<br><br>Examined email re: memo from R. Sierra. **(0.1 hour)**<br><br>Examined memo draft by R. Sierra re: research points. **(0.3 hour)**<br><br>Continued research re: ownership / possession / control. **(1.2 hour)** | 2 | $550.00 |
| 9/6/19 | Continued research re: ownership / possession & fraudulent transfers. **(2 hours)**<br><br>Examined email exchange w/ opposing counsel re: stipulation. **(0.1 hour)** | 2.1 | $472.50 |
| 9/8/19 | Finalized and submitted memo re: ownership / possession & fraudulent transfers. **(0.3 hour)**<br><br>Examined, downloaded and saved joint stipulation re: extension of time to answer motion to dismiss. **(0.1 hour)** | 0.4 | $90.00 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 007
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: October 10, 2019

| | | | |
|---|---|---|---|
| 9/9/19 | Examined IRS opinions and email submitted by T. Axelrod. **(1 hour)**<br><br>Participated in team call w/ UCC **(0.4 hour)** | 1.4 | $315.00 |
| 9/10/19 | Researched applicability of voluntary payment doctrine in PR. **(1 hour)** | 1 | $225.00 |
| 9/12/19 | Examined Order approving stipulation (DN 10) **(0.1 hour)** | 0.1 | $22.50 |
| 9/16/19 | Call w/ R. Sierra re: research paulian action. **(0.4 hours)**<br><br>Email exchange w/ R. Sierra re: case paulian action**. (0.1 hour)**<br><br>Examined *Plaza Bayamón* case. **(0.6 hours)**<br><br>Call w/ R. Sierra re: *Plaza Bayamón* case **(0.4 hour)** | 1.5 | $337.50 |
| 9/17/19 | Continued research re: §3493 CCPR. **(1 hour)** | 1 | $225.00 |
| 9/18/19 | Continued research re: §3493 CCPR. **(1 hour)** | 1 | $225.00 |
| 9/19/19 | Email exchange re: filing fee. **(0.1 hour)**<br><br>Call w/ District Court re: payment of filing fee. **(0.1 hour)** | 0.2 | $45.00 |
| 9/23/19 | Examined memo re: research findings and recommended course of action. **(0.5 hour)**<br><br>Visit to USDC-PR to resolve filing fee payment. **(1.2 hour)** | 1.7 | $382.50 |
| | **TOTAL** | **14.2** | **$3,195.00** |
| 9/23/19 | **EXPENSE**: $400.00 – FILING FEE PAYMENT. | **$400.00** | |
| | **TOTAL** | | **$3,595.00** |

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 007  
**Client** – PRO-001  
**Date**: October 10, 2019

## 19-00290 – Microsoft Corporation

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 9/8/19 | Examined email exchange w/ opposing counsel re: status of case. **(0.1 hour)** | 0.1 | **$22.50** |
| | TOTAL | 0.1 | **$22.50** |

## INSTITUTO DE BANCA Y COMERCIO / NATIONAL UNIVERSITY

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 9/18/19 | Examined email exchange re: contact person. **(0.1 hour)**  Examined email exchange re: proposed amended tolling agreement **(0.1 hour)** | 0.2 | $45.00 |
| 9/20/19 | Examined email exchange re: tolling agreement. **(0.2 hour)** | 0.2 | $45.00 |
| 9/23/19 | Examined email exchange w/ J. Medina **(0.2 hour)** | 0.2 | $45.00 |
| | TOTAL | 0.6 | **$135.00** |

## FIRST MEDICAL HEALTH PLAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 9/13/19 | Examined email exchange re: amendment to Tolling Agreement. **(0.1 hour)**  Examined amended tolling agreement. **(0.2 hours)** | 0.3 | $67.50 |
| | TOTAL | 0.3 | **$67.50** |

## MICROSOFT CARIBBEAN, INC.

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 9/13/19 | Examined email exchange re: status of review and Tolling Agreement. **(0.1 hour)** | 0.1 | $22.50 |
| 9/16/19 | Examined email and proposed amended tolling agreement. **(0.3 hours)** | 0.3 | $67.50 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 007
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: October 10, 2019

| | | | |
|---|---|---|---|
| 9/18/19 | Examined email exchange re: proposed amended tolling agreement **(0.1 hour)** | 0.1 | $22.50 |
| 9/23/19 | Examined email exchange re: additional time to review docs. **(0.1 hour)** | 0.1 | $22.50 |
| 9/24/19 | Email exchange w counsel re scheduling call **(0.1 hour)** | 0.1 | $22.50 |
| 9/25/19 | Email exchange w team re call next week **(0.1 hour)** | 0.1 | $22.50 |
| 9/30/19 | Examined documents sent by R. Wexler re: discussion with counsel. **(0.3 hours)** | 0.3 | $67.50 |
| | TOTAL | 1.1 | **$247.50** |

**TOTAL:**    17.7 hours    **$3,982.50**

**EXPENSES:**    **$400.00**

**BALANCE DUE:**    $4,382.50

**Check payable to:**    Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

# EXHIBIT C

## EXHIBIT C

## PROFESSIONAL CERTIFICATION

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

                                            *s/ Ileana C. Cardona Fernandez*
                                            **Ileana C. Cardona Fernández**
                                            **USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Fifth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from September 1, 2019 through September 30, 2019.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico