# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **THE FINANCIAL OVERSIGHT AND** ) | **PROMESA** |
| **MANAGEMENT BOARD FOR PUERTO RICO,** ) | **Title III** |
| ) | |
| as representative of ) | **Case No. 17-BK-3283 (LTS)** |
| ) | |
| **THE COMMONWEALTH OF PUERTO RICO,** ) | **(Jointly Administered)** |
| et al., ) | |
| Debtors ) | |
| ) | |
| **In re:** ) | |
| ) | **PROMESA** |
| **THE FINANCIAL OVERSIGHT AND** ) | **Title III** |
| **MANAGEMENT BOARD FOR PUERTO RICO,** ) | |
| ) | **Case No. 17-BK-3566 (LTS)** |
| as representative of ) | |
| ) | |
| **THE EMPLOYEES RETIREMENT SYSTEM** ) | |
| **OF THE GOVERNMENT OF THE** ) | |
| **COMMONWEALTH OF PUERTO RICO,** ) | |
| Debtors ) | |

## NOTICE OF APPERANCE

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned attorney for Rosa E. Lespier Santiago, request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

**Norberto Colón Alvarado, Esq.**
46 Calle Castillo
Ponce, Puerto Rico 00730
Tel.: (787) 843-4272
e-mail: norbertocolonalvarado@yahoo.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written

or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on the same date, I gave the above document to the Clerk of the Court, who files it through the CM/ECF System, which sends notification of such filing to all parties who in this case have registered for receipt of notice by electronic mail.

**In Ponce, Puerto Rico, on November 25, 2019**

**/S/Norberto Colón Alvarado**
**Norberto Colón Alvarado**
**USDCPR 226102**
46 Calle Castillo
Ponce, Puerto Rico 00730
Tel.: (787) 843-4272
e-mail: norbertocolonalvarado@yahoo.com