UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.¹ | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTIONS OF ERS BONDHOLDERS AND FISCAL AGENT
FOR ALLOWANCE AND PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed (i) *ERS Bondholders' Motion and Request for Allowance and Payment of Post-Petition Administrative Expense Claims* (Docket Entry No. 9285 in Case No. 17-3283 and Docket Entry No. 707 in Case No. 17-3566), (ii) *ERS Bondholders' Motion and Request for Allowance and Payment of Post-Petition Administrative Expense Claims* (Docket Entry No. 9294 in Case No. 17-3283 and Docket Entry No. 710 in Case No. 17-3566), and (iii) the *Motion of Bank of New York Mellon, as Fiscal Agent, for Allowance of Administrative Expense Claim* (Docket Entry No. 9299 in Case No. 17-3283 and Docket Entry No. 713 in Case No. 17-3566) filed by certain groups of ERS bondholders represented by Jones Day and White & Case LLP, and The Bank of New York Mellon, as Fiscal Agent for the ERS bonds (collectively, the "Motions").

Opposition papers to the Motions, if any, must be filed by **January 14, 2020**. Reply papers must be filed by **January 21, 2020**. The Motions will be heard by the Court in connection with the Omnibus Hearing scheduled for **January 29, 2020 at 9:30 a.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: November 25, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge