**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**
**TRANSPORTATION REVENUE BONDS**

MATERIAL EVENT NOTICE
(NOTICE OF PURCHASE, DEFEASANCE AND REDEMPTION)

Dated:  September 22, 2011

Puerto Rico Highways and Transportation Authority (the "Authority") hereby gives notice as follows:

1. On September 22, 2011, the Authority and Autopistas Metropolitanas de Puerto Rico, LLC, a consortium between Goldman Sachs Infrastructure Partners II, L.P. and Abertis Infraestructuras ("Metropistas") reached financial close on the Toll Road Concession Agreement, pursuant to which the Authority granted to Metropistas the right to operate toll roads PR-22 and PR-5 (the "Toll Roads") for a term of 40 years (the "Concession Agreement"), during which period Metropistas will have the right to charge, collect and retain the tolls imposed on the Toll Roads and is obligated to make significant investments in the rehabilitation of the Toll Roads.  In exchange, the Authority received an upfront payment from Metropistas (the "Concession Fee"), a portion of which the Authority used to reimburse itself in full for all the costs of the Toll Roads paid in part from bond proceeds and as a result the tolls generated from the Toll Roads will no longer be subject to the lien of the Resolutions and will no longer be available to pay principal of or interest on the Authority's bonds.  The Authority will use such reimbursement to defease, redeem or pay the purchase price of certain bonds ("Transportation Revenue Bonds") issued under its Resolution No. 98-06 adopted by the Authority on February 26, 1998, as amended (the "Resolution").

2. On August 18, 2011, the Authority offered an Invitation to Tender Bonds to the owners of the various bonds issued by the Authority.  The table attached hereto as Exhibit A shows the applicable Series, maturity dates, and the respective principal amounts of the Transportation Revenue Bonds purchased on September 22, 2011 from a portion of the Concession Fee (the "Purchased Bonds").

3. Also on September 22, 2011, the Authority used a portion of the Concession Fee to defease certain Transportation Revenue Bonds of the applicable Series, having the respective maturity dates, and in the respective principal amounts specified in the table attached hereto as Exhibit B (the "Defeased Bonds").

4. Also reflected in Exhibit B, to the extent applicable, are the redemption dates and redemption prices for the Defeased Bonds that are to be redeemed prior to their respective maturity dates and for the Defeased Bonds which represent only a portion of a particular Transportation Revenue Bonds, the original CUSIP number, the new CUSIP for the Defeased Bond and the new CUSIP for the portion of such Transportation Revenue Bond that will remain Outstanding under the Resolution.  The Bank of New York Mellon, as fiscal agent under the Resolution and as escrow agent for the Defeased Bonds, has been instructed to cause to be selected by lot, the allocable portion of the partially defeased Transportation Revenue Bonds that are Defeased Bonds.

5. The pledge and lien created by the Resolution for the benefit of the holders of the Purchased Bonds and the Defeased Bonds, and all other rights granted to the holders thereof under the Resolution is discharged and satisfied.

6. The Corporation delivers this Material Event Notice (Notice of Purchase, Defeasance and Redemption) pursuant to the various Continuing Disclosure Undertakings delivered by the Authority in connection with the Bonds issued under the Resolution from time to time.

Capitalized terms used herein and not defined shall have the meaning given to them in the Resolution.

Dated as of the date and year written above.

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

By: _____
Authorized Representative

**EXHIBIT A**

| Series | Maturity Date July 1, | Principal Amount Accepted for Tender | CUSIP Number |
|---|---|---|---|
| 2002E | 2019 | $ 200,000 | 745190HE1 |
| 2002E | 2020 | 75,000 | 745190HF8 |
| 2005L | 2020 | 1,135,000 | 745190UF3 |
| 2002E | 2021 | 550,000 | 745190HG6 |
| 2005L | 2021 | 355,000 | 745190UG1 |
| 2007N | 2021 | 2,665,000 | 745190ZC5 |
| 2005L | 2022 | 710,000 | 745190UH9 |
| 2007N | 2022 | 2,770,000 | 745190ZD3 |
| 2007N | 2030 | 5,640,000 | 745190ZM3 |
| 2007N | 2031 | 8,650,000 | 745190ZN1 |
| 2007N | 2032 | 24,255,000 | 745190ZP6 |
| 2007N | 2033 | 12,730,000 | 745190ZQ4 |
| 2007N | 2034 | 4,885,000 | 745190ZR2 |
| 2005L | 2030 | 16,680,000 | 745190UM8 |
| 2005L | 2035 | 7,235,000 | 745190UP1 |
| 2007N | 2036 | 10,745,000 | 745190ZS0 |
| 1998A | 2038 | 29,035,000 | 745190AY4 |
| 2005L | 2038 | 25,660,000 | 745190UQ9 |
| 2007N | 2039 | 20,475,000 | 745190ZT8 |

13615824.6

A-1

**EXHIBIT B**

**Series 1998 A Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2028 | $1,890,000 | 10/24/2011 | $3,610,000 | 745190H68 | 7451903S5 | 7451903T3 |
| 2038 | 7,000,000 | 10/24/2011 | 5,025,000 | 745190H76 | 745190Z84 | 745190Z92 |

Mandatory Redemption

The Series 1998 A Bonds maturing on July 1, 2028 are subject to redemption in part on July 1, 2023 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for
1998A Bonds maturing July 1, 2028 that will remain outstanding**

| Year | Amount |
|---|---|
| 2023 | $530,000 |
| 2024 | 560,000 |
| 2025 | 585,000 |
| 2026 | 615,000 |
| 2027 | 645,000 |
| 2028 | 675,000 |

The Series 1998 A Bonds maturing on July 1, 2038 are subject to redemption in part on July 1, 2032 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for
1998A Bonds maturing July 1, 2038 that will remain outstanding**

| Year | Amount |
|---|---|
| 2032 | $960,000 |
| 2035 | 375,000 |
| 2036 | 1,165,000 |
| 2037 | 1,230,000 |
| 2038 | 1,295,000 |

**Series 2002 D Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2032 | $10,965,000 | July 1, 2012 | $105,075,000 | 745190J58 | 7451902A5 | 7451902B3 |

Mandatory Redemption

    The Series 2002D Bonds maturing on July 1, 2032 are subject to redemption in part on July 1, 2028 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for
2002DBonds maturing July 1, 2032 that will remain outstanding**

| Year | Amount |
|---|---|
| 2028 | $25,350,000 |
| 2029 | 26,600,000 |
| 2030 | 27,865,000 |
| 2031 | 18,315,000 |
| 2032 | 6,945,000 |

**Series 2002 E Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2012 | $12,005,000 | At maturity | $21,040,000 | 745190GX0 | 7451903Q9 | 7451903R7 |

**Series 2003 G Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2012 | $ 770,000 | At maturity | $ 990,000 | 745190JQ2 | 7451902C1 | 7451902L1 |
| 2013 | 3,375,000 | At maturity | - | 745190JR0 | - | - |
| 2014 | 16,375,000 | July 1, 2013 | 4,255,000 | 745190JT6 | 7451902D9 | 7451902M9 |
| 2015 | 16,655,000 | July 1, 2013 | 3,210,000 | 745190JV1 | 7451902E7 | 7451902N7 |
| 2016 | 14,640,000 | July 1, 2013 | 4,020,000 | 745190JW9 | 7451902F4 | 7451902P2 |
| 2017 | 9,760,000 | July 1, 2013 | - | 745190JX7 | - | - |
| 2018 | 11,095,000 | July 1, 2013 | - | 745190JY5 | - | - |
| 2019 | 11,440,000 | July 1, 2013 | 5,750,000 | 745190JZ2 | 7451902G2 | 7451902Q0 |
| 2020 | 5,545,000 | July 1, 2013 | 255,000 | 745190K31 | 7451902H0 | 7451902R8 |
| 2021 | 5,095,000 | July 1, 2013 | - | 745190K49 | - | - |
| 2033 | 435,000 | July 1, 2013 | 48,990,000 | 745190K64 | 7451902J6 | 7451902S6 |
| 2042 | 250,000 | July 1, 2013 | 89,505,000 | 745190K72 | 7451902K3 | 7451902T4 |

Mandatory Redemption

The Series 2003 G Bonds maturing on July 1, 2033 are subject to redemption in part on July 1, 2029 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for**
**2003 G Bonds maturing July 1, 2033 that will remain outstanding**

| Year | Amount |
|---|---|
| 2029 | $ 8,940,000 |
| 2030 | 9,395,000 |
| 2031 | 9,575,000 |
| 2032 | 10,355,000 |
| 2033 | 10,725,000 |

The Series 2003 G Bonds maturing on July 1, 2042 are subject to redemption in part on July 1, 2034 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for**
**2003 G Bonds maturing July 1, 2042 that will remain outstanding**

| Year | Amount |
|---|---|
| 2034 | $11,415,000 |
| 2035 | 11,990,000 |
| 2036 | 8,150,000 |
| 2037 | 8,555,000 |
| 2038 | 8,985,000 |
| 2039 | 9,435,000 |
| 2040 | 9,905,000 |
| 2041 | 10,400,000 |
| 2042 | 10,670,000 |

**Series 2003 H Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2013 | $ 895,000 | At maturity | - | 745190KR8 | - | - |
| 2017 | 695,000 | July 1, 2013 | - | 745190KV9 | - | - |
| 2018 | 590,000 | July 1, 2013 | $135,000 | 745190KW7 | 7451902U1 | 7451902W7 |
| 2035[1] | 31,555,000 | July 1, 2012 | 12,720,000 | 745190Z76 | 7451903U0 | 7451903V8 |
| 2035[2] | 290,000 | July 1, 2013 | 3,120,000 | 745190L30 | 7451902V9 | 7451902X5 |

[1] 2035 Term Bond bearing interest at 5.45% per annum.
[2] 2035 Term Bond bearing interest at 5.00% per annum.

<u>Mandatory Redemption</u>

The Series 2003 H Bonds maturing on July 1, 2035 and bearing interest at 5.45% per annum are subject to redemption in part on July 1, 2023 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for**
**2003 H Bonds maturing July 1, 2035 and bearing interest at 5.45%**
**that will remain outstanding**

| Year | Amount |
|---|---|
| 2023 | $410,000 |
| 2024 | 425,000 |
| 2025 | 435,000 |
| 2026 | 450,000 |
| 2027 | 465,000 |
| 2028 | 485,000 |
| 2029 | 500,000 |
| 2032† | 9,550,000 |

† Final maturity

The Series 2003 H Bonds maturing on July 1, 2035 and bearing interest at 5.00% per annum are subject to redemption in part on July 1, 2029 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for**
**2003 H Bonds maturing July 1, 2035 and bearing interest at 5.00%**
**that will remain outstanding**

| Year | Amount |
|---|---|
| 2029 | $420,000 |
| 2030 | 440,000 |
| 2031 | 460,000 |
| 2032 | 485,000 |
| 2033 | 510,000 |
| 2034 | 245,000 |
| 2035 | 560,000 |

**Series 2004 I Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2012 | $ 400,000 | At maturity | - | 745190PA0 | - | - |
| 2013 | 415,000 | At maturity | - | 745190PB8 | - | - |
| 2022 | 1,520,000 | July 1, 2014 | $12,125,000 | 745190PL6 | 7451902Y3 | 7451902Z0 |

**Series 2004 J Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2013 | $5,220,000 | At maturity | - | 745190QB7 | - | - |
| 2017 | 5,270,000 | July 1, 2014 | $1,075,000 | 745190QF8 | 7451903E6 | 7451903K2 |
| 2018 | 1,175,000 | July 1, 2014 | 5,485,000 | 745190QG6 | 7451903F3 | 7451903L0 |
| 2020 | 1,685,000 | July 1, 2014 | 5,660,000 | 745190QJ0 | 7451903G1 | 7451903M8 |
| 2021 | 110,000 | July 1, 2014 | 465,000 | 745190QK7 | 7451903H9 | 7451903N6 |
| 2029 | 1,560,000 | July 1, 2014 | 51,070,000 | 745190QT8 | 7451903J5 | 7451903P1 |

Mandatory Redemption

The Series 2004 J Bonds maturing on July 1, 2029 are subject to redemption in part on July 1, 2025 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for 2004 J Bonds maturing July 1, 2029 that will remain outstanding**

| Year | Amount |
|---|---|
| 2025 | $ 9,525,000 |
| 2026 | 10,000,000 |
| 2027 | 10,500,000 |
| 2028 | 11,025,000 |
| 2029 | 10,020,000 |

**Series 2005 K Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2013[1] | $ 525,000 | At maturity | - | 745190SW9 | - | - |
| 2013[2] | 2,025,000 | At maturity | 6,955,000 | 745190SX7 | 7451903A4 | 7451903B2 |

[1] 2013 Bond bearing interest at 3.875% per annum.
[2] 2013 Bond bearing interest at 5.00% per annum.

13615824.6

**Series 2005 L Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2012 | $830,000 | At maturity | - | 745190TX6 | - | - |
| 2013 | 860,000 | At maturity | - | 745190TY4 | - | - |

**Series 2007 M Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2013 | $2,930,000 | At maturity | - | 745190XX1 | - | - |
| 2046 | 10,000 | July 1, 2017 | $103,630,000 | 745190YZ5 | 7451903C0 | 7451903D8 |

<u>Mandatory Redemption</u>

The Series 2007 M Bonds maturing on July 1, 2046 are subject to redemption in part on July 1, 2038 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1998 Sinking Fund) from moneys in the 1998 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for 2007 M Bonds maturing July 1, 2046 that will remain outstanding**

| Year | Amount |
|---|---|
| 2038 | $ 9,400,000 |
| 2039 | 9,870,000 |
| 2040 | 10,365,000 |
| 2041 | 10,880,000 |
| 2042 | 11,425,000 |
| 2043 | 11,995,000 |
| 2044 | 12,595,000 |
| 2045 | 13,225,000 |
| 2046 | 13,875,000 |

13615824.6