UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>   Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 7419, 7908, 8426, 8635, 8839, 8887, 8993**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>**This document relates to the COFINA Title III case only and will be filed in the main case and COFINA Title III case.** |

**INFORMATIVE MOTION REGARDING EXTENSION OF COFINA'S DEADLINE TO REPLY TO THE UNITED STATES' RESPONSE TO CLAIM OBJECTION**

To the Honorable United States District Court Judge Laura Taylor Swain:

  The Financial Oversight and Management Board for Puerto Rico, as COFINA's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), and the Fiscal Agency and Financial Advisory Authority ("AAFAF"), on its own behalf and as the sole entity authorized to act on behalf of all of Puerto Rico's governmental entities, including COFINA, by and through the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, hereby inform the Court that the United States Department of the Treasury/Internal Revenue Service (the "IRS") has consented to (i) an extension of COFINA's deadline to reply to the *United States Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim*, filed on October 25, 2019 (Case No. 17-03283-LTS, ECF No. 8993; Case No. 17-03284-LTS, ECF No. 686) (the "Response"), and (ii) an adjournment of the hearing (the "Hearing") for the Court to consider COFINA's Objection (Case No. 1703283-LTS, ECF No. 7419; Case No. 17-03284-LTS, ECF No. 643), the IRS's Response (Case No. 17-03283-LTS, ECF No. 8993; Case No. 17-03284-LTS, ECF No. 686), and COFINA's reply. Per agreement with the IRS, COFINA's new deadline to reply will be December 24, 2019, at 4:00 p.m. (Atlantic Time), and the Hearing will be adjourned to January 29, 2020, at 9:30 a.m. (Atlantic Time).

*[Remainder of page intentionally left blank]*

Dated: San Juan, Puerto Rico
November 25, 2019

*/s/ John J. Rapisardi*
John J. Rapisardi (*pro hac vice*)
Suzzanne Uhland (*pro hac vice*)
Peter Friedman (*pro hac vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower
Seven Times Square
New York, NY 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisor Authority*

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel.: (787) 705-2171
Fax: (787) 936-7494

*Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisor Authority*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel.: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board, as representative for COFINA*

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel.: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board, as representative COFINA*