# **EXHIBIT B**

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Barclays Capital Inc./LE, Barclays Cap/Fixed and Barclays Cap/ London | Attn: Roberto C. Quiñones-Rivera, Esq.<br>Mcconnell Valdés LLC<br>270 Muñoz Rivera Avenue<br>Hato Rey, PR 00918 | 19-00356 |
| Defendant 55H and Defendant 56H | Attn: Atty. Moraima S. Ríos-Robles<br>Arroyo & Rios Law Offices, P.S.C.<br>PMB 688<br>1353 Ave. Luis Vigoreaux  Guaynabo, PR 00966 | 19-00359 |
| Defendant 7Y | Attn: German J. Brau-Ramirez<br>Bauzá Brau Hernández Irizarry & Silva<br>PO Box 13669<br>San Juan, PR 00908 | 19-00356 |
| Defendant 7Y | Attn: Matthew D. McGill<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036 | 19-00356 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station  San Juan, PR 00910-1750 | 19-00356 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station  San Juan, PR 00910-1750 | 19-00357 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernández Juncos Station San Juan, PR 00910-1750 | 19-00356 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernández Juncos Station San Juan, PR 00910-1750 | 19-00357 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor Los Angeles, CA 90071 | 19-00356 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor Los Angeles, CA 90071 | 19-00357 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Sparkle L. Sooknanan<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00356 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Sparkle L. Sooknanan<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00357 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station San Juan, PR 00910-1750 | 19-00356 |
| Defendant Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110 | 19-00356 |
| Defendants Altair Global Credit Opportunities Fund (A), LLC, Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station San Juan, PR 00910-1750 | 19-00361 |
| Defendants Altair Global Credit Opportunities Fund (A), LLC, Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station San Juan, PR 00910-1750 | 19-00361 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Defendants Altair Global Credit Opportunities Fund (A), LLC, Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor Los Angeles, CA 90071 | 19-00361 |
| Defendants Altair Global Credit Opportunities Fund (A), LLC, Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Sparkle L. Sooknanan<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00361 |
| Defendants Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>P.O. Box 11750<br>Fernández Juncos Station San Juan, PR 00910-1750 | 19-00359 |
| Defendants Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>P.O. Box 11750<br>Fernández Juncos Station San Juan, PR 00910-1750 | 19-00359 |
| Defendants Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor Los Angeles, CA 90071 | 19-00359 |
| Defendants Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Sparkle L. Sooknanan<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00359 |
| Iris Rodríguez | Attn: John E. Mudd<br>Law Offices John E. Mudd<br>PO Box 194134<br>San Juan, PR 00919 | 19-00361 |
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station  San Juan, PR 00910-1750 | 19-00359 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110 | 19-00359 |
| Noria Osorio De Cordero | P.O. Box 367753<br>Jorge Cancio-Valdivia<br>San Juan, PR 00936-7753 | 19-00357 |
| Noria Osorio De Cordero | Urb. Horizons 109 Calle San Pablo<br>Julio C. Cayere Quidgley<br>San Juan, PR 00926-5317 | 19-00357 |
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station San Juan, PR 00910-1750 | 19-00357 |
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110 | 19-00357 |
| Sculptor Capital LP f/k/n OZ Management LP, and its participating funds and/or accounts | Attn: Kurt Mayr, David Lawton, and Shannon Wolf<br>Morgan, Lewis & Bockius, LLP<br>One State Street<br>Hartford, CT 06103-3178 | 19-00355 |
| Sculptor Capital LP f/k/n OZ Management LP, and its participating funds and/or accounts | Centro Internacional de Mercadeo, Torre II<br>Correa Acevedo & Abesada Law Offices, PSC<br># 90 Carr. 165, Suite 407<br>Guaynabo, PR 00968 | 19-00355 |