## **EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| February-19 | Title III | 2/7/2019 | Andrew Wolfe | Parking fee | $ 3.88 | 1 | $3.88 | parking fee for meeting at DevTec |
| February-19 | Title III | 2/14/2019 | Andrew Wolfe | Legal fees for filing | $ 225.00 | 1 | $225.00 | Legal filing fees for January work |

| TOTAL IN FEB | | | | | | | $228.88 | |
|---|---|---|---|---|---|---|---|---|

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| March-19 | Title III | 3/12/2019 | Andrew Wolfe | Legal fees for filing | $ 630.00 | 1 | $630.00 | Legal filing fees for February work |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL IN MARCH | | | | | | | **$630.00** | |