Carlos L. Merced v. Caldero-López, et al., 16-2469 (April 2, 2019)
**Importance:** High

Esteemed counsel:

I acknowledge receipt of your Notices requesting the modification of the Automatic Stay for the continuance of the proceedings in the cases: Arturo Centeno v. López Figueroa, et al. 16-2483; Xiomara Rivera; Carlos L. Merced v. Caldero-López, et al., 16-2469. We will review the Notices and circle back to you.

s/SIPB
# Susana I. Peñagarícano Brown
Director
Federal Litigation and Bankruptcy Division
Commonwealth of Puerto Rico
Department of Justice
spenagaricano@justicia.pr.gov

Calle Teniente César González #677
Esq. Ave. Jesús T. Piñero
San Juan, PR 00919

P.O. Box 9020192
San Juan, P.R. 00902-0192


**From:** Virgenmina Rivera <vrivera@aclu.org>
**Sent:** Tuesday, April 2, 2019 4:29 PM
**To:** hermann.bauer@oneillborges.com; ubaldo.fernandez@oneillborges.com; Perez, Diana M. <dperez@omm.com>; andres@awllaw.com
**Cc:** William Ramirez <wramirez@aclu.org>; Fermin Arraiza <FArraiza@aclu.org>
**Subject:** Automatic stay for Civil No. 16-2483 & Civil No. 16-2469
**Importance:** High

Here are the stay letters for civil cases nos. 16-2483 (Arturo Centeno) and 16-2469 (Xiomara Rivera and Carlos L. Merced) enclosed prepared by Fermín Arraiza, Esq.

**Virgenmina Rivera CAP**
Administrative Assistant
ACLU of PR
Union Plaza, Suite 1105
416 Ponce de León
San Juan, PR 00918
■ 787.753.8493 ■ Fax 787.753.4268 ■
Hours: 9am to 5pm


vrivera@aclu.org
www.aclu-pr.org

## FW: Lift of Automatic stay Notices (Centeno v. López Figueroa, et. al. et al. 16-2483; Xiomara Rivera; Carlos L. Merced v. Caldero-López, et al., 16-2469) (April 2, 2019)

**Susana Peñagaricano** <spenagaricano@justicia.pr.gov>
Mon 4/15/2019 1:31 PM

To: Virgenmina Rivera <vrivera@aclu.org>; Fermin Arraiza <FArraiza@aclu.org>
Cc: Carolina Velaz Rivero <cvelaz@mpmlawpr.com>; Luis Marini <lmarini@mpmlawpr.com>; Garau Gonzalez, Ivan (AAFAF) <ivan.garau@aafaf.pr.gov>; Wandymar Burgos Vargas <wburgos@justicia.pr.gov>; Iván J. Ramírez Camacho <ivramirez@justicia.pr.gov>

📎 2 attachments (572 KB)
xiomara rivera stay.pdf; Arturo Centeno stay letter.pdf;

Esteemed counsel:

As per the protocol set by the court's order, after having the opportunity to evaluate movant's allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF's legal representatives, that the best course of action in the cases *Xiomara Rivera Cruz; Carlos Merced Centeno v. Caldero-López, et al.,* 16-2469; *Arturo Centeno v. López-Figueroa, et al.,* 16-2483, is **to decline the request to modify stay due to the procedural stage of these actions, which are still in the preliminary phase.**

Please, **confirm receipt** of this electronic mail.

/s/ SIPB
# Susana I. Peñagarícano Brown

Director
Federal Litigation and Bankruptcy Division
Commonwealth of Puerto Rico
Department of Justice
spenagaricano@justicia.pr.gov
787-721-2900 Ext 1404

Calle Teniente César González #677
Esq. Ave. Jesús T. Piñero
San Juan, PR 00919

P.O. Box 9020192
San Juan, P.R. 00902-0192

**From:** Susana Peñagaricano
**Sent:** Wednesday, April 03, 2019 2:29 PM
**To:** 'vrivera@aclu.org'; 'farraiza@aclu.org'
**Cc:** 'Carolina Velaz Rivero'; 'Luis Marini'; 'Garau Gonzalez, Ivan (AAFAF)'; Wandymar Burgos Vargas; Iván J. Ramírez Camacho
**Subject:** FW: Lift of Automatic stay Notices (Centeno v. López Figueroa, et. al. et al. 16-2483; Xiomara Rivera;