# Exhibit B

```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF PUERTO RICO

   IN RE:                              * PROMESA TITLE III
                                       *
   THE FINANCIAL OVERSIGHT AND         * CASE NO. 3:17-bk-03283 (LTS)
   MANAGEMENT BOARD FOR PUERTO RICO    *
                                       *
        As representatives of          *
                                       *
   THE COMMONWEALTH OF PUERTO RICO     *
   RICO; Et Al.                        *
                                       *
        Debtor                         *
   **********************************
   IN RE:                              * PROMESA TITLE III
                                       *
   THE FINANCIAL OVERSIGHT AND         * CASE NO. 3:17-cv-01685 (LTS)
   MANAGEMENT BOARD FOR PUERTO RICO    *
                                       *
        As representative of           * CASE NO. 3:17-bk-03566 (LTS)
                                       *
   THE EMPLOYEES RETIREMENT SYSTEM     *
   OF THE GOVERNMENT OF THE COMMON-    *
   WEALTH OF PUERTO RICO               *
                                       *
        Debtor                         *
   **********************************

           DEPOSITION OF MR. MOHAMMAD SALEH YASSIN-MAHMUD

   DATE     :   MAY 29, 2019

   TIME     :   9:03 a.m.

   CLIENT   :   JONES DAY

   ADDRESS  :   600 Brickell Avenue, Suite 3300
                Miami, Florida

   HELD AT  :   Delgado & Fernández
                Professional Offices Complex
                1001 San Roberto Street
                Second floor
                San Juan, Puerto Rico
```

Case:17-03283-LTS Doc#:9346-2 Filed:11/26/19 Entered:11/26/19 16:05:57 Desc:
Exhibit B Page 3 of 7

1    MR. STEWART:

2        Q    Okay. And so other than the hundred and ninety

3    million four hundred no more...

4        A    Approximately.

5        Q    ...sure, other than the hundred ninety million

6    four hundred thousand dollars no more ERS available funds

7    were transferred to the Secretary?

8        A    To the best of my knowledge.

# REDACTED

1    DEPONENT:

2        Yes.

3    MR. STEWART:

4        Q    How many visits did you have?

5        A    I don't recall. Exactly but I can probably,

6    maybe around four or five.

7        Q    What were the names of the legislators you met

8    with to discuss the statute?

9        A    The, mostly the, Lourdes Ramos who heads the

10    subcommittee on pensions of the house...

11        Q    Mmhm.

12        A    ...and Senator Miguel Romero who heads the

13    senate committee on, on pension related matters.

14        Q    Okay. So let's go back to where we were.

15        A    Yes.

16        Q    It speaks about the payment the pensions

17    systems are unable to make...

18        A    Yes.

19        Q    ...and was it your view at the time the pension

20    systems were not able to make pension payments?

21        A    They were facing liquidity issues, yes.

22        Q    Were they able to make, pay any part of the

23    pension payments to your knowledge?

24        A    Remember that on July 1st they pre-funded 390

25    million which was the, necessary to get the budget

1     certified and once that pre-funding was made...
2          Q    Mmhm.
3          A    ...we did not go back to them.
4          Q    Mmhm. Okay. And that they, I think you told me
5     the three ninety, one ninety point four came from the ERS?
6          A    I believe one hundred and ninety, four hundred
7     came from ERS.
8          Q    And the rest came from the other systems?
9          A    Mostly TRS if my memory doesn't fail.
10         Q    Okay. And then the balance of the money at ERS
11    stayed at ERS, correct?
12         A    Yes.
13         Q    In a still...
14         A    You have, you have to confirm with ERS because
15    I don't run their operation.
16         Q    But to your knowledge.
17         A    To the best of my knowledge, yes.
18         Q    And, and it is still there?
19         A    To the best of my knowledge but you, you should
20    confirm with the ERS office.
21         Q    Okay. So let's go, oh, by the way, let's go to
22    2, Page 2...
23         A    Page 2-O...
24         Q    ..the number, okay, now we're doing numbered
25    pages. First paragraph, the bottom of the paragraph...

151

1    an ERS for 2011 the list of expenses were 28.5, other
2    expense is 18.8 and in 2015 it was 25.9, 43.1 and I guess
3    they have an average at the bottom.
4         Q    Mmhm. To your knowledge, is this accurate?
5         A    Well, they pay in, I mean, I don't pay, but ERS
6    and TRS pays him a lot of money to, to be accurate, so
7    presumably that, that is their job as they were supposed
8    to do, that's, yes.
9         Q    Would you know what the administrative expenses
10   have been since Fiscal Year 2015-2016?
11        A    I would refer you to, to the, to individual
12   systems.
13        Q    You don't have any independent knowledge?
14        A    No.
15        Q    Okay.
16        A    Let's go back to our Exhibit 10 and in
17   particular Page 30.
18        Q    Yes.
19        A    There's something about "Transitory
20   Provisions", do you see that...
21        Q    Yes.
22        A    ...on Page 30?
23        Q    At the right bottom and in section 51-C it
24   says: "Retirement system administrators shall take all
25   necessary steps to liquidate their assets and transfer the

152

1  proceeds to the General Fund" and it goes to talk about
2  other things. Do you know if ERS in fact has done that?
3  MR. SUSHON:
4      Object to the form.
5  DEPONENT:
6      Besides the pre-funding of the 190 million dollars?
7  MR. STEWART:
8      Q    Mmhm.
9      A    To the best of my knowledge, no.
10     Q    Do you know why they have not?
11     A    That's privileged.
12 MR. SUSHON:
13     You can answer his question yes or no, it's whatever
14 you do know, a reason for that.
15 DEPONENT:
16     I, yes I know, it's privileged.
17 MR. SUSHON:
18     Okay.
19 MR. STEWART:
20     Q    His answer is you know why but you can't tell
21 me, is that right?
22     A    Exactly.
23     Q    Okay. Do you know whether the statute was
24 amended to allow ERS to not transfer all the proceeds to
25 the General Fund?