# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, <br><br> Deudores.[1] | PROMESA, Título III <br><br> Núm. 17 BK 3283-LTS <br><br> **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**RÉPLICA A LA OCTOGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ELA DE PUERTO RICO, DE LA ACT DE PUERTO RICO Y DEL SRE DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS.**

Comparece al Honorable Tribunal la Peticionaria / Demandante Rebecca Carrasquillo Marcano, Número de Caso 17 BK 03566-LTS Deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Número de Reclamación 63093:

1. Que me opongo a que se desestime mi reclamación por no proporcionar el monto de la reclamación, por ser indeterminado, según su Notificación.
2. Que mi reclamación es por concepto de una pensión de retiro por años de servicio.
3. Que comencé a trabajar con el Gobierno del ELA desde julio de 1979, bajo la Ley #447 de 1951, Ley de Sistema de Retiro. Dicha Ley estipulaba un contrato bajo el cual iba a recibir el 75% de mi salario al momento de la jubilación.
Que me retiré con 34 años de servicio y mi jubilación se vio afectada con una reducción del 10% al amparo de la Ley #3 del 4 de abril de 2013, que enmendó la Ley de los Sistemas de Retiro. **Que estoy recibiendo una pensión anual de $52,678.32 hasta mi fallecimiento, actualmente tengo 60 años. (Se adjunta copia del formulario 480.7C del Departamento de Hacienda del Gobierno de Puerto Rico – Declaración de Ingresos del Año Contributivo 2018), con la cual pueden determinar la cuantía de la reclamación.
Que otra reducción a la pensión equivaldría a una reducción del 20% aproximadamente. Que al día de hoy el ELA no ha aprobado ninguna Ley al respecto que valide la nueva reducción, por lo que sería ilegal dicha nueva reducción, lo que sería una violación unilateral al contrato de empleo. Que en la alternativa sugiero se reduzca a aquellas personas retiradas que no han recibido ninguna reducción en su pensión.**
4. **NO autorizo otra reducción a mi pensión, de acuerdo a la Ley Federal Employment Retirement Act del 1974.**

---

[1] i) El Estado Libre Asociado de Puerto Rico (ELA) (núm. de procedimiento de quiebra 17 BK 3283- LTS) (últimos 4 dígitos del número federal de contribuyente: 3481); ii) La Corporación del Fondo de interés Apremiante de Puerto Rico (COFINA) (núm. de procedimiento de quiebra 17 BK 3284- LTS) (últimos 4 dígitos del número federal de contribuyente: 8474); iii) La Autoridad de Carreteras y Transportación de Puerto Rico (la ACT) (núm. de procedimiento de quiebra 17 BK 3567-LTS) ) (últimos 4 dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SRE) (núm. de procedimiento de quiebra 17 BK 3566- LTS) (últimos 4 dígitos del número federal de contribuyente: 9686); v) La Autoridad de Energía Eléctrica de Puerto Rico (AEE) (núm. de procedimiento de quiebra 17 BK 4780- LTS) (últimos 4 dígitos del número federal de contribuyente: 3747); vi) La Autoridad de Edificios Públicos de Puerto Rico (AEP y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19 BK-5532-LTS) (últimos 4 dígitos del número federal de contribuyente: 3801) (los números de causa radicadas conforme al Título III figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).

Por lo antes expresado, solicito muy respetuosamente al Honorable Tribunal tome conocimiento de lo antes expresado y resuelva conforme a derecho.

Certifico haber enviado copia de esta Moción a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores, a las siguientes direcciones:

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J, Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongarts

En San Juan, Puerto Rico, hoy, 19 de noviembre de 2019.

*[firma]*

Rebecca Carrasquillo Marcano
Urb. Quintas de Flamingo
Calle 3 D-5
Bayamón, Puerto Rico 00959-4854
recamar.rebecca@gmail.com

---

1 i) El Estado Libre Asociado de Puerto Rico (ELA) (núm. de procedimiento de quiebra 17 BK 3283- LTS) (últimos 4 dígitos del número federal de contribuyente: 3481); ii) La Corporación del Fondo de interés Apremiante de Puerto Rico (COFINA) (núm. de procedimiento de quiebra 17 BK 3284- LTS) (últimos 4 dígitos del número federal de contribuyente: 8474); iii) La Autoridad de Carreteras y Transportación de Puerto Rico (la ACT) (núm. de procedimiento de quiebra 17 BK 3567- LTS) ) (últimos 4 dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SRE) (núm. de procedimiento de quiebra 17 BK 3566- LTS) (últimos 4 dígitos del número federal de contribuyente: 9686); v) La Autoridad de Energía Eléctrica de Puerto Rico (AEE) (núm. de procedimiento de quiebra 17 BK 4780- LTS) (últimos 4 dígitos del número federal de contribuyente: 3747); vi) La Autoridad de Edificios Públicos de Puerto Rico (AEP y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19 BK-5532-LTS) (últimos 4 dígitos del número federal de contribuyente: 3801) (los números de causa radicadas conforme al Título III figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).