Rebecca Carrasquillo
Urb. Quintas de Flamingo
Calle 3 D-5
Bayamón, PR 00959



RECEIVED & FILED
2019 NOV 21 PM 3: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

19 NOV '19 PM 2 L

$ 006.85
0001924212  NOV 19 2019
MAILED FROM ZIP CODE 00961



CERTIFIED MAIL

7019 0160 0000 4729 5870

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767