INTAKE DROP BOX
RECEIVED & FILED
2019 NOV 22 AM 9:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| | (Administrada Conjuntamente) |
| como representante de | |
| | La presente radicación guarda relación con la reclamación número 20617 |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros | |
| Deudores | |

RÉPLICA A "SEPTUAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS"

Comparece Karen I. González Sepúlveda por derecho propio y muy respetuosamente expone y solicita:

1. La parte compareciente fue empleada de varias agencias gubernamentales del Gobierno del Estado Libre Asociado de Puerto Rico, por lo que es participante del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE").

2. Como tal, radicó la reclamación número 20617 en la que se estimó cierta cantidad cotizada en el mencionado Sistema de Retiro.

1

3. La información requerida en cuanto a la compareciente es:
   a) Nombre: Karen I. González Sepúlveda.
   b) Seguro Social: XXX-XX-6291
   c) Dirección postal: Urbanización Villa San Antón, O-18, Casimiro Febres, Carolina, P.R. 00987
   d) Teléfono: (787) 514-1408.
   e) Dirección de correo electrónico: inerak@gmail.com.
   f) Abogado designado: No aplica.
   g) Persona autorizada para llegar a un acuerdo: Karen I. González Sepúlveda

4. La parte compareciente replica a la Septuagésima Novena Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los Que Se Alegan Intereses Sobre la Base de las Reivindicaciones Salariales, Laborales o Por Servicios Prestados, ante el hecho de que se verían afectados sus intereses sobre sus aportaciones al referido Sistema de Retiro y que podría menoscabar el recibo de tales aportaciones conforme a la leyes aplicables.

5. Se une a este escrito la Certificación emitida por SRE el 20 de noviembre de 2019 en la cual se estima un balance de las aportaciones de la parte compareciente al referido Sistema de Retiro para un total estimado de $54,472.48. (Anejo I).

En San Juan, Puerto Rico, a 22 de noviembre de 2019.

Certifico que, dentro del término para ello, he de notificar la presente Réplica a los siguientes: Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York, 10036-8299, A/A: Martin J. Bienenstock, Brian S. Rosen; Counsel for the Creditors' Commitee, Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166, A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

Karen I. González Sepúlveda

2