**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

20 de noviembre de 2019

Agencia: 138 - OFIC. CENTRAL DE ASESORAMIENTO LABORAL

KAREN GONZALEZ SEPULVEDA
PO BOX 2046
CANOVANAS, PR 00729-2046

Seguro Social: XXX-XX-6291

A base de la información en nuestros registros, al 20 de noviembre de 2019 usted posee:

Fecha de Nacimiento: redacted 1972
Fecha de Ingreso al Servicio Público: 30 de junio de 1999
Fecha de Comienzo de Cotización: 30 de junio de 1999

Género: Femenino

| Ley 1 al 30 de junio de 2013 | Ley 3 - 2013 al 30 de junio de 2017 | Ley 106 |
|---|---|---|
| Años Acreditados: 7.5 | Tiempo Trabajado: 3.06<br>Aportaciones: 21,022.90<br>Intereses: 6,032.30<br>Gastos Teneduría: 0.00 | Tiempo Trabajado: 0<br>Aportaciones: 0.00<br>Intereses: 0.00<br>Gastos Teneduría: 0.00 |
| **Servicio No Cotizado**<br>Pagado: 0.00<br>Tiempo: 0.00 | **Transferido Ley 1**<br>Aportaciones: 24,851.43<br>Intereses: 2,565.85 | |
| Balance Acumulado: 0.00<br>Beneficio: 0.00 | Total Aportaciones: 54,472.48<br>Beneficio: 243.10 | Total Aportaciones: 0.00<br>Beneficio: 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov