INTAKE DROP BOX
RECEIVED & FILED

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

2019 NOV 22 AM 9:10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| En el asunto de: | PROMESA |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Título III |
| | Núm. 17 BK 3283-LTS |
| | (Administrada Conjuntamente) |
| como representante de | |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros | La presente radicación guarda relación con la reclamación número 21402 |
| Deudores | |

RÉPLICA A "OCTOGÉSIMA TERCERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS"

Comparece Gladys C. Sepúlveda Santiago por derecho propio y muy respetuosamente expone y solicita:

1. La parte compareciente es empleada del Departamento de Salud del Gobierno del Estado Libre Asociado de Puerto Rico, por lo que es participante del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE").

2. Como tal, radicó la reclamación número 21402 en la que se estimó cierta cantidad cotizada, tomando en cuenta que la compareciente continúa aportando a SRE.

3. La información requerida en cuanto a la compareciente es:

    a) Nombre: Gladys C. Sepúlveda Santiago.
    b) Seguro Social: XXX-XX-1486

1

    c) Dirección: Urbanización Alturas de Flamboyán, Calle 12, W-10, Bayamón, P.R. 00959.

    d) Teléfono: (787) 514-1408.

    e) Dirección de correo electrónico: inerak@gmail.com.

    f) Abogado designado: No aplica.

    g) Persona autorizada para llegar a un acuerdo: Gladys C. Sepúlveda Santiago.

4. La parte compareciente replica a la "Octogésima Tercera Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los Que Se Alegan Intereses Sobre la Base de las Reivindicaciones Salariales, Laborales o Por Servicios Prestados", ante el hecho de que se verían afectados sus intereses sobre sus aportaciones al referido Sistema de Retiro y para el cual continúa aportando y que podría menoscabar su futura jubilación, conforme a las leyes aplicables.

5. Se une a este escrito la Certificación emitida por SRE el 20 de noviembre de 2019 en la cual se estima un balance de las aportaciones de la parte compareciente al referido Sistema de Retiro para un total estimado de $45,908.12, para el cual esta parte se reserva el derecho a objetar. (Anejo I).

En San Juan, Puerto Rico, a 22 de noviembre de 2019.

Certifico que, dentro del término para ello, he de notificar la presente Réplica mediante correo postal a los siguientes: Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York, 10036-8299, A/A: Martin J. Bienenstock, Brian S. Rosen; Counsel for the Creditors' Commitee, Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166, A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

*[signature]*
Gladys C. Sepúlveda Santiago