GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

20 de noviembre de 2019

### Agencia: 164 - DEPARTAMENTO DE SALUD

GLADYS C SEPULVEDA GLADYS
URB ALTURAS DE FLAMBOY
W 10 C 12
BAYAMON, PR 00959

Seguro Social: XXX-XX-1486

A base de la información en nuestros registros, al 20 de noviembre de 2019 usted posee:

Fecha de Nacimiento: redacted 1952

Género: Femenino

Fecha de Ingreso al Servicio Público: 16 de julio de 1994
Fecha de Comienzo de Cotización: 16 de julio de 1994

| Ley 1 al 30 de junio de 2013 | Ley 3 - 2013 al 30 de junio de 2017 | Ley 106 |
|---|---|---|
| Años Acreditados: 16.75 | Tiempo Trabajado: 4 | Tiempo Trabajado: 2.33 |
| | Aportaciones: 10,658.40 | Aportaciones: 5,431.65 |
| | Intereses: 858.23 | Intereses: 0.00 |
| | Gastos Teneduría: 0.00 | Gastos Teneduría: 0.00 |
| Servicio No Cotizado | | |
| Pagado: 0.00 | | |
| Tiempo: 0.00 | | |
| Balance Acumulado: 28,959.84 | Total Aportaciones: 11,516.63 | Total Aportaciones: 5,431.65 |
| Beneficio: 518.70 | Beneficio: 80.95 | Beneficio: 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00910 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • ✎ www.retiro.pr.gov