# EXHIBIT A

Basis supporting documentation for asserting a claim against the Employees Retirement System of the Government to the Commonwealth of Puerto Rico

— 4 —

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: FERNANDO FUENTES FELIX**  
PO BOX 8272  
HUMACAO, PR 00792

Seguro Social: XXX-XX-4016

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DEL TRABAJO Y RECURSOS HUMANOS |
| Años de Servicio: | 30.5 |
| Balance de Aportaciones: | $94,231.83 |

Esta certificación fue emitida el 26 de octubre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019102645085748

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940  PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545  www.retiro.pr.gov