Fernando E. Fuentes Felix
PO Box 8272
Humacao, P.R. 00792

CERTIFIED MAIL
7019 1120 0001 1592 1051

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
NOV 21, 19
AMOUNT
$7.45
R2305M146813-07

TO: Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 NOV 22 PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR