RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2019 NOV 25 PM 4:08

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br><br>Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**MOCION INFORMATIVA INCLUYENDO EL FORMULARIO 480.7C, DEL DEPARTAMENTO DE HACIENDA DEL GOBIERNO DE PUERTO RICO, DEL AÑO CONTRIBUTIVO 2018, CON RELACION A LA RÉPLICA A LA OCTOGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ELA DE PUERTO RICO, DE LA ACT DE PUERTO RICO Y DEL SRE DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS.**

Comparece al Honorable Tribunal la Peticionaria / Demandante Rebecca Carrasquillo Marcano, Número de Caso 17 BK 03566-LTS Deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Número de Reclamación 63093:

1. Que por omisión o inadvertencia no se incluyó el formulario 480.7C del Departamento de Hacienda del Gobierno de Puerto Rico del año contributivo 2018 en la Réplica anterior, del 19 de noviembre de 2019.
2. Que estamos incluyendo con esta Moción copia de dicho formulario.

**Por lo antes expresado, solicito muy respetuosamente al Honorable Tribunal tome conocimiento de lo antes expresado y resuelva conforme a derecho.**

**Certifico haber enviado copia de esta Moción a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores, a las siguientes direcciones:**

    Secretaría (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan, PR 00918-1767

    Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
    Proskauer Rose LLP
    Eleven Times Square
    Nueva York, Nueva York 10036-8299
    A/A: Martin J, Bienenstock
    Brian S. Rosen

---

[1] i) El Estado Libre Asociado de Puerto Rico (ELA) (núm. de procedimiento de quiebra 17 BK 3283- LTS) (últimos 4 dígitos del número federal de contribuyente: 3481); ii) La Corporación del Fondo de interés Apremiante de Puerto Rico (COFINA) (núm. de procedimiento de quiebra 17 BK 3284- LTS) (últimos 4 dígitos del número federal de contribuyente: 8474); iii) La Autoridad de Carreteras y Transportación de Puerto Rico (la ACT) (núm. de procedimiento de quiebra 17 BK 3567-LTS) ) (últimos 4 dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SRE) (núm. de procedimiento de quiebra 17 BK 3566- LTS) (últimos 4 dígitos del número federal de contribuyente: 9686); v) La Autoridad de Energía Eléctrica de Puerto Rico (AEE) (núm. de procedimiento de quiebra 17 BK 4780- LTS) (últimos 4 dígitos del número federal de contribuyente: 3747); vi) La Autoridad de Edificios Públicos de Puerto Rico (AEP y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19 BK-5532-LTS) (últimos 4 dígitos del número federal de contribuyente: 3801) (los números de causa radicadas conforme al Título III figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongarts

**En San Juan, Puerto Rico, hoy, 21 de noviembre de 2019.**

*[signature]*

Rebecca Carrasquillo Marcano
Urb. Quintas de Flamingo
Calle 3 D-5
Bayamón, Puerto Rico 00959-4854
recamar.rebecca@gmail.com

---

1 i) El Estado Libre Asociado de Puerto Rico (ELA) (núm. de procedimiento de quiebra 17 BK 3283- LTS) (últimos 4 dígitos del número federal de contribuyente: 3481); ii) La Corporación del Fondo de interés Apremiante de Puerto Rico (COFINA) (núm. de procedimiento de quiebra 17 BK 3284- LTS) (últimos 4 dígitos del número federal de contribuyente: 8474); iii) La Autoridad de Carreteras y Transportación de Puerto Rico (la ACT) (núm. de procedimiento de quiebra 17 BK 3567-LTS) ) (últimos 4 dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SRE) (núm. de procedimiento de quiebra 17 BK 3566- LTS) (últimos 4 dígitos del número federal de contribuyente: 9686); v) La Autoridad de Energía Eléctrica de Puerto Rico (AEE) (núm. de procedimiento de quiebra 17 BK 4780- LTS) (últimos 4 dígitos del número federal de contribuyente: 3747); vi) La Autoridad de Edificios Públicos de Puerto Rico (AEP y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19 BK-5532-LTS) (últimos 4 dígitos del número federal de contribuyente: 3801) (los números de causa radicadas conforme al Título III figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).