Formulario **480.7C**
Form
Rev. 07.18

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
Departamento de Hacienda - Department of the Treasury
**DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
**AÑO CONTRIBUTIVO - TAXABLE YEAR: 2018**

F0419479552

☐ Enmendado - Amended: ( ___ / ___ / ___ )

**Número de Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| **Núm. de Identificación Patronal - Employer Identification No.** 660433481 | **Núm. de Seguro Social - Social Security No.** redacted9904 | **Núm. de Identificación Patronal - Employer Identification No.** 660433481 |
| **Nombre - Name** ADMINISTRACION DE SISTEMAS DE RETIRO | **Nombre - Name** REBECCA CARRASQUILLO MARCANO | **Nombre del Plan - Name of Plan** ADMINISTRACION DE SISTEMAS DE RETIRO |
| **Dirección - Address** PO BOX 42003 SAN JUAN PR 00940-2003 | **Dirección - Address** QTAS DE FLAMINGO D5 CALLE 3 BAYAMON PR 00959-4854 | **Nombre de quien auspicia el plan - Plan sponsor's name** ADMINISTRACION DE SISTEMAS DE RETIRO **Fecha en que comenzó a recibir la pensión:** Date on which you started to receive the pension: |
| **Código Postal - Zip Code** | **Código Postal - Zip Code** | Día/Day 1  Mes/Month 6  Año/Year 2013 |

Marque el encasillado correspondiente: – Check the corresponding box:

| Forma de Distribución: – Form of Distribution: | | | Tipo de Plan o Anualidad: – Plan or Annuity Type: | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Total Lump Sum | ☐ Parcial Partial | ☒ Pagos Periódicos Periodic Payments | ☒ Gubernamental Governmental | ☐ Privado Calificado Qualified Private | ☐ No Calificado Non Qualified | ☐ Anualidad Fija Fixed Annuity | ☐ Anualidad Variable Variable Annuity |

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| **1. Aportación Vía Transferencia** Rollover Contribution | | **16. Cantidad Distribuida** Amount Distributed | 52,678.32 |
| **2. Distribución Vía Transferencia** Rollover Distribution | | **17. Cantidad Tributable** Taxable Amount | 52,378.32 |
| **3. Costo de la Pensión o Anualidad** Cost of Pension or Annuity | 110,871.04 | **18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) -** Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| **4. Fondo de Retiro Gubernamental** Governmental Retirement Fund | 0.00 | | |
| **5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans** | 0.00 | **19. Aportaciones Voluntarias** After-Tax Contributions | 0.00 |
| **6. Contribución Retenida sobre una Distribución Total (20%)** Tax Withheld from Lump Sum Distributions (20%) | | **20. Ingresos Exentos** Exempt Income | 300.00 |
| **7. Contribución Retenida sobre una Distribución Total (10%)** Tax Withheld from Lump Sum Distributions (10%) | | **21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María** | |
| **8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans** | | | |
| **9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%)** | | **A. Exentas** Exempt | 0.00 |
| **10. Contribución Retenida sobre Anualidades** Tax Withheld from Annuities | | **B. Tributables** Taxable | 0.00 |
| **11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account** | | **C. Cantidad sobre la cual se Pagó por Adelantado** Amount over which a Prepayment was Made | 0.00 |
| **12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%)** Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | **D. Aportaciones Voluntarias** After-Tax Contributions | 0.00 |
| **13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a una Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%)** | | **E. Total (Sume líneas 21A a la 21D)** Total (Add lines 21A through 21D) | 0.00 |
| **14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions** | | **22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María** | 0.00 |
| **15. Contribución Retenida sobre Otras Distribuciones** Tax Withheld from Other Distributions | | **23. Código de Distribución** Distribution Code | A |
| | | **Razones para el Cambio** Reasons for the Change | |

| Número de Cuenta Account Number 584139904 | Número de Control Control Number 180065227 | Número de Control de la Declaración Informativa Original Control Number of Original Informative Return |
|---|---|---|

**FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES -** FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA