Rebecca Carrasquillo
Urb. Quintas de Flamingo
Calle 3 D-5
Bayamón, PR 00959

**CERTIFIED MAIL**

7019 0160 0000 4729 5993

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

