## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED

2019 NOV 25  AM 11:03

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>Como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros<br><br>Deudores | PROMESA,<br><br>Título III<br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda** relación con el ELA, la ACT y el SRE |

### RÉPLICA A LA OCTOGÉSIMA OBJECIÓN GLOBAL

COMPARECE MARTA T. MEAUX PEREDA, número de caso 17 BK 03566-LTS; Núm. de reclamación 22710, por derecho propio y ante este Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, EXPONE y SOLICITA:

1. El 24 de octubre de 2019, los deudores del epígrafe radicaron la Octogésima Objeción Global sobre reclamos deficientes.

2. Que soy una de los (las) reclamantes afectadas por dicha objeción designándose mi reclamación como una reclamación defectuosa.

3. El defecto consiste en no haber incluido como parte de mi reclamo, una certificación expedida por el deudor: *Administración del Sistema de Retiro de los Empleados del Gobierno y la Judicatura* acreditativa de la cantidad acumulada en mi cuenta de participante.

4. Que mi reclamo está incluido a la página 121 y 109 del Anexo A :

    a. *No. de Reclamación* : 22710 ; *Fecha Presentación* : 5/25/2018 *Deudor*: Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ; *Monto de la Reclamación alegada* : $47,483 *(*cantidad no está actualizada por el Sistema de Retiro*)

Mediante la presente, se une a este escrito la certificación correspondiente y se solicita se dé por cumplida la Orden emitida relacionada al asunto sobre reclamaciones defectuosas

**Sometido** en San Juan Puerto Rico, hoy **25** de noviembre de 2019.

**Certifico:** haber radicado en el día de hoy 25 de noviembre de 2019 el original del presente escrito en la Secretaría del Tribunal de Distrito de Estados Unidos para Puerto Rico, y el envío de copia así radicada a:

- Los abogados de la Junta de Supervisión - Proskauer Rose LLP A/A Martin J. Bienstock y Brian S. Rosen, a su dirección en Eleven Times Square, New York, NY 10036-8299,
- y a: Los abogados del Comité de Acreedores – Paul Hastings LLP 200 Park Avenue, New York, NY 10266 A/A Luc. A Despins, James Bliss, James Worthington y G. Alexander Bongartz.

*[firma]*

**MARTA T. MEAUX PEREDA**
*Dirección Postal*:
Urb. El Pilar, #112 Calle San Tomás
San Juan, PR 00926

*Cellular Phones* (787)-379-8836/
(787)-249-6666
*email*: mtmeaux@gmail.com