## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certifico que, la participante *Marta Meaux Pereda,* xxx-xx-7094, pertenece a la matrícula del Sistema de Retiro de los Empleados del Gobierno y la Judicatura. Nuestros registros indican que tiene acumulado en la cuenta de aportaciones *$47,483.05*, según se desglosa:

Balance en el Programa Híbrido (Ley 3)
De julio de 2000 a junio de 2017: $44,372.97

Balance en cuenta PayGo (Ley 106)
De julio de 2017 al presente: 3,110.08
Total: $47,483.05

Al presente, la participante no ha iniciado gestión alguna relacionado a la jubilación o al reembolso de sus aportaciones.

Se expide esta certificación, hoy 25 de mayo de 2018, en San Juan, Puerto Rico a petición del participante.

*Certifico correcto,*

**Lumarie Figueroa Vázquez**
Supervisora de Sección
Estado de Cuentas y Pago de Anualidades
Área de Servicios a Participantes



437 Ave. Ponce de León San Juan, P.R. 00917-3711 · PO Box 42003 San Juan, P.R. 00940-2203
@comunicaciones@retiro.pr.gov · 787.777.1500 · 787.767.1108 · www.retiro.pr.gov

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



US POSTAGE PAID

TOPPAN MERRILL

**USPS PRIORITY MAIL®**

**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

\*\*\*CUST PR 1845 SRF 36961 PackID: 750 MMLID: 1058819 SVC: 80th Omni
MEAUX PEREDA, MARTA T
URB EL PILAR
112 C SAN TOMAS
SAN JUAN, PR 00926

Zone 8

2

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| MEAUX PEREDA, MARTA T | 22710 | 5/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $47,483.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| MEAUX PEREDA, MARTA T | 22710 | 5/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $47,483.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).