

INTAKE DROP BOX
RECEIVED & FILED

2019 NOV 26 AM 8: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de:<br>JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO.<br><br>como representante de<br><br>Estado Libre Asociado de Puerto Rico y otros,<br><br>Deudores. | PROMESA.<br>Titulo III<br><br>Núm. 17BK 3283-LTS<br>Claim Number: 20771<br><br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con ELA, la ACT y el SER. |
|---|---|

REPLICA A LA OCTOGESIMA TERCERA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REINVINDICACIONES SALARIALES, ALBORALES O POR SERVICIOS PRESTADOS

Comparece la abogada que suscribe, y somete contestación al cuestionario enviado para someter información adicional.

1. Cuál es el fundamento de su reclamación?

Una acción legal pendiente de resolución en la comisión apelativa de servicio público, Caso Numero 2000-03-1325. Reclasificación de Director Ejecutivo IV a V por realizar funciones adicionales a las de su

puesto y adjudicación de pasos por méritos autorizados por la autoridad nominadora y pago de diferencial por retención. Ley núm. 89 de 12 de julio de 1979 y Ley núm. 5 de 14 de octubre de 1975 aplicable a los hechos del caso.

2. **Cuál es el monto de su reclamación?**

El monto de la reclamación es un aproximado dependiendo del monto del diferencial y la reclasificación rondaría en o alrededor de $10,000.

3. **Empleo: Si su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

Se relaciona con un empleo anterior habido en el Departamento de Servicios Contra la Adicción del Estado Libre Asociado de Puerto Rico (ASSMCA).

**3(a) Identifique el organismo o departamento específico en el que trabaja o trabajo:**

Departamento de Servicios Contra la Adicción del Estado Libre Asociado de Puerto Rico (ASSMCA).

**3(b): Identifique las fechas de empleo con relación a su reclamación:**

Ano:1974-2000

**3(c): Últimos cuatro dígitos del seguro social:**

xxx-xx-6513

**3(d): Cual es la naturaleza de su reclamacion**

Salarios impagados

4. **Acción legal: su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

Si

**4(a) Identifique el departamento o agencia que es parte de esta acción.**

Departamento de Servicios Contra la Adicción del Estado Libre Asociado de Puerto Rico (ASSMCA). Gobierno de Puerto Rico.

**4(b) Identifique el nombre y la dirección del Tribunal o agencia donde está pendiente de resolución:**

Comisión Apelativa De Servicio Publico Caso

**4(c)Numero de Caso:**

Numero CI-2000-03-1325.

**4(d) Titulo epígrafe o nombre del caso:**

Genoveva Ríos Quintero v. ASSMCA

**4(e) Estado del Caso**

En espera de  señalamiento.

**4 (f) Tiene usted una sentencia impaga?**

No

**CERTIFICO:** He radicado personalmente este escrito en la Secretaria del Tribunal de Distrito de los Estados Unidos Núm. 150 Chardon Avenue, Federal Building San Juan, PR 00918 y enviado copia fiel y exacta de este escrito a Abogado de la Junta de Supervisión , Proskauer Rose LLP, Eleven Times Square, Nueva York NY 10036-8299, A/A Martin J.Bienenstock, Brian S. Rosen, Abogado del Comite de Acreedores, Paul Hastings LLP 200 Park Avenue Nueva York, NY 10166, A/A: Luc A. Desins, James Bliss, James Wortington, G. Alexander Bongartz.

En San Juan, Puerto Rico a   26  de noviembre de 2019.

f/VIVIAN NEGRON RODRIGUEZ
Abogada
RUA 7412
Asociación de Empleados ELA
Departamento de Asuntos Legales
P.O. Box 70199
San Juan, P.R. 00936-8190
Tel. 787-641-2021 Ext. 1236
vnegron@aeela.com