# Réplica a la objeción Global

Datos de contacto: Demandante
   Aurea I. Pérez Cuebero
   Ext. Marbella #63
   Calle Sevilla
   Aguadilla PR. 00603

Teléfono 787 234-0790
Correo electrónico : abrahamdetiti@yahoo.com.

Claim # 54978
Debtor! Commonwealth of PR.

Anejo: Adjunto copia nombre del tribunal, nombres
de deudores, Título de la objeción y documentos para justificación
__Motivos__ para __oponerse__ a la objeción legal

    Soy maestra del Depto de Educación de
P.R. Empecé en el Depto con mi maestría.
Llevo alrededor de 16 años de servicio.
Sometí al Depto de Educación todas las
evidencias relacionada con mi carrera
Magisterial, cumplí con todos los requisitos
y nunca me pagaron la Activación
de la Carrera Magisterial. Ni el primer,
segundo y tercer paso de la carrera.
Adjunto le incluyo la evidencia de
cuando llevé los papeles al Depto. de

Educación en San Juan y ponchados como recibidos. Al día de hoy no he recibido ningún pago o cambio en mi sueldo correspondiente a mi carrera Magisterial. El Depto de Educación está conciente en cuanto a toda la documentación que envié y llevé personalmente y cumplí con los requisitos y que dicho Depto. me deben. Y aún no han hecho nada. Adjunto les envío copia de los documentos que llevé y la hoja como que fueron recibidos a tiempo y que cumplí positivamente dichos pasos de la Carrera Magisteral. De ser necesaria más evidencia estoy disponible en presentarla.

Mi número Kronos 114678 Depto de Educación- Escuela Ana M. Javariz Aguadilla Tel. 787 891 2260 -Escuela SS. 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

Tampoco recibí los pagos de los aumentos de algunos años según las leyes 96, 161 y 144. Según ellos algunos años, no era permanente. Pero la Asociación informó que aun no siendo permanente me correspondían.

De necesitar más información
comuniquense conmigo al 787-234-0790
o a mi correo electrónico abrahamdetitie,
yahoo-com.

Att

Aurea l Pérez Cubero