Hearing Date: December 11, 2019, at 9:30AM (Atlantic Standard Time)
Response Deadline: November 26, 2019 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

### EIGHTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Perez Cubero, Aurea I. | 54978 | 6/28/18 | Commonwealth of Puerto Rico | $50,000.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | |



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

Anejo 1
OCM-07 enmendada

Oficina de Carrera Magisterial

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL

Honorable __Rafael Román Meléndez__
Secretario de Educación

De conformidad con lo establecido, en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito revisión de salario de las etapas: __1, __2, X 3, __4, __5 del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: __II, X III, __IV.

Nombre del solicitante: Aurea I. Pérez Cubero
Seguro social: redacted 0022
Categoría de la permanencia: nivel 4to-Sexto Elemental
Teléfono: 787-234-0790
Correo electrónico: abrahamdetiti@yahoo.com
Escuela: Ana M. Javariz
Distrito escolar: Aguadilla
Región educativa: Mayaguez

Firma del solicitante: Aurea Pérez Cubero
Fecha: 13 de marzo de 2015

Recibido por: _____
Director

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel.: 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.





DEPARTAMENTO DE EDUCACIÓN

Oficina de la Carrera Magisterial

Anejo 1
OCM-06

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el profesor __Aurea T. Pérez Cuben__ seguro social __redacted__ de la Escuela __Ana M. Javariz__ del Distrito Escolar de __Aguadilla__ radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el período de 1.° de abril de 2014 al 1.° de abril de 2019 (5 años).

Certificamos, además, que el Comité de Evaluación analizó dicho plan, al utilizar como referencia el Capítulo VI del mismo reglamento; y que fue aprobado hoy, __20__ de __mayo__ de 20__14__.
(mayo ó junio)

COTEJADO AUG 16 2014 CARRERA MAGISTERIAL

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| Carlos Crespo Crespo | Cph C C | DIRECTOR / SUPERINTENDENTE |
| Zoraida Soto Hernández | Zoraida Soto Hernández | REP. DOCENCIA / FACILITADOR |
| Joel García Camona | | REP. DEL CONSEJO ESCOLAR |

ACTIVACIÓN: PRIMERA VEZ __X__    REACTIVACIÓN ____

PLAN: NIVEL II ____ NIVEL III __X__ NIVEL IV ____

FECHA EN QUE EL SOLICITANTE RADICÓ LA SOLICITUD: __30__ DE ABRIL DE 20__14__

**NOTA: EL DIRECTOR TIENE QUE COMPLETAR ESTE DOCUMENTO EN TODAS SUS PARTES.**

COTEJADO AUG 16 2014

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

Oficina de Carrera Magisterial

Anejo 3

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN 2015

Escuela : Ana Maria Javariz
Director : Joselito Jimenez
Distrito : Aguadilla
Región : Mayaguez

Hoy, 7 de abril de 2015, hice entrega de las solicitudes analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente personal activo en la Carrera Magisterial:

| Nombre | Puesto |
|---|---|
| 1. Yehlitza Cuevas Jiménez | Consejera |
| 2. Gladys Salas González | maestra E.E |
| 3. Aurea I. Pérez Cubero | maestra 4-6to |
| 4. Michelle Cardona Morales | maestra K-3ro |
| 5. | |

Certifico correcto,

Joselito Jimenez
**Nombre del director**

_____
**Firma del director**

Elisa E. González Martinez
**Nombre enlace regional**

Elisa E. González Martinez
**Firma del enlace regional**

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACION
Escuela Ana María Javariz
Aguadilla, Puerto Rico
Tel. (787) 891-2260

**Escuela Ana María Javariz**
Tel. (787)891-2260
Fax: 787)882-5175

# Hoja de Trámite



Fecha: 7 de abril de 2015.

De: Joselito Jiménez
    Director

Para: Agro. Elisa E. González Martínez

**Asuntos:**

Reclamación de nivel y revisión de salario del personal docente activo en la carrera magisterial.
Sra. Yelitza Cuevas Jiménez
Sra. Gladys B. Salas González
Sra. Aurea I. Pérez Cubero
Sra. Michelle Cardona Morales

( X ) Acción Pendiente                    ( ) Firmar devolver
( ) Para su información                   ( ) Otros:_____

Recibido por: _Elisa E. González Mart__    Fecha: 7/abril/2015