PRESS FIRMLY TO SEAL

PME 1-Day
AGUADILLA, PR
00603
NOV 25, 19
AMOUNT
$25.50
R2304W120031-07

1005   00918




# PRIORITY
## ★ MAIL
## EXPRESS

OUR FASTEST SERVICE IN

WHEN USED INTERNATIONAL
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013   OD: 12.5 x

PS10001000006

VISIT US AT USPS.COM®



UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL EXPRESS®

EE 324 300 087 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE 787 234 0790

Aurea I. Pérez Cubero
Ext Marbella #63
Calle Sevilla
Aguadilla PR 00603

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED ...
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)   PHONE (    )

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R.
ZIP + 4® (U.S. ADDRESSES ONLY)
0 0 9 1 8 - 1 7 6 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code 00605 | Scheduled Delivery Date (MM/DD/YY) 11/26 | Postage $ 25.50 | |
| Date Accepted (MM/DD/YY) 11/26 | Scheduled Delivery Time ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted 1122 ☑ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 25.50 | |
| Weight lbs. 3 ozs. | ☑ Flat Rate | Acceptance Employee Initials J.N. | |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, JULY 2018   PSN 7690-02-000-9996

RECEIVED & FILED
2019 NOV 26 PM 4:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

+ Money Back Guarantee for U.S. destinations only.




UNITED STATES POSTAL SERVICE