# **Exhibit 4**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

        Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

[PROPOSED] ORDER ADDRESSING THE FILING OF AN AMENDED REPORT BY THE MEDIATION TEAM AND EXTENDING (A) STAY PERIOD, (B) MANDATORY MEDIATION, AND (C) CERTAIN DEADLINES RELATED THERETO

    The Mediation Team filed its Interim Report and Recommendation of the Mediation Team (Docket Entry No. ___ in Case No. 17-3283, the "Interim Report") on November 27, 2019, in which it provided interim scheduling orders for certain contested matters and adversary proceedings addressing critical issues in the Title III cases and explained why it was not able to address scheduling with respect to all of the issues identified by this Court in its *Order Regarding Stay Period and Mandatory Mediation* (Docket Entry No. 8244 in Case No. 17-3283, the "Stay Order") at that time. Through the Interim Report, the Mediation Team

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

requested this Court's entry of the Interim Orders[2] pending a hearing on its proposed Amended Report, along with the entry of an order (i) extending the stay of the contested matters and adversary proceedings listed on Appendix I to the Stay Order and otherwise subjected to the stay by later order of the Court (collectively, the "Stayed Proceedings"),[3] except to the extent inconsistent with an order of the Court subsequent to entry of the Stay Order, including one of the Interim Orders, (ii) extending mandatory mediation to permit parties to continue to participate in discussions and communications facilitated by the Mediation Team, and (iii) extending certain dates and deadlines related thereto. The Court, having reviewed carefully all of the parties' submissions, hereby orders that:

1. The Interim Orders be entered subject to being (i) modified following the hearing on the Amended Report, (ii) set aside in their entirety following the hearing on the Amended Report, or (iii) made final following the hearing on the Amended Report.

2. If the parties cannot agree or come to substantial agreement with respect to scheduling orders and other matters, the Mediation Team shall file the Amended Report on or before **January 10, 2020**.

3. If the Amended Report is filed by the Mediation Team, any responses or objections to the Amended Report shall be filed by **January 20, 2020**.

4. A hearing to consider (i) approval of any proposed scheduling order facilitated by the Mediation Team, including the Interim Orders, (ii) the Amended Report, if filed, and any responses and objections thereto, and (iii) the extent, if any, to which any or all of the Stayed Proceedings not already exempted from the stay by a final order of the Court shall be further stayed, is hereby set for **January 29, 2020**, in conjunction with the Omnibus Hearing that is scheduled to commence at **9:30 a.m. (Atlantic Standard Time)** on that date.

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Report.

[3] In addition to the contested matters and adversary proceedings listed on Appendix I of the Stay Order, the Stayed Proceedings also include: (i) 18-AP-59; (ii) *The DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection* (Docket Entry No. 7643 in Case No. 17-3283); (iii) *Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico against Commonwealth of Puerto Rico [Claim Number 29,485]* (Docket Entry No. 8000 in Case No. 17-3283), and (iv) *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay* (Docket Entry No. 8536 in Case No. 3283).

5. To the extent not otherwise addressed pursuant to an order of the Court subsequent to entry of the Stay Order, including one of the Interim Orders, the Stayed Proceedings are stayed until **January 31, 2020**.

6. The Mediation Team may request further modification of the Amended Report deadline for good cause shown, and in such request may recommend further extension of the stay of the Stayed Proceedings, along with appropriate other deadlines and/or hearing dates.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

SO ORDERED.

Dated: December __, 2019

_____
LAURA TAYLOR SWAIN
United States District Judge