Maria Franco Soto
The Coliseum Tower
Apt. 2202
576 Arterial B Ave.
S J P.R. 00918-1400





7019 1120 0001 1592 1037

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
NOV 21 19
AMOUNT
$8.35
R2305M146813-07

1000        00918

Para:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767