Frances E. Pérez Soto
Calle 11
RR-15, Urb. Villa Madrid
Coamo, P.R. 00769



CERTIFIED MAIL

7019 1120 0001 1592 0993




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
NOV 21, 19
AMOUNT
$7.45
1000          00918          R2305M146813-07

RECEIVED & FILED
2019 NOV 22 PM 4: 01
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

To: Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767