```
Court Name: District Court
Division: 1
Receipt Number: PRX100068469
Cashier ID: vdiaz
Transaction Date: 11/27/2019
Payer Name: CAMARA-FUERTES, ROBERTO A
------------------------------------
PRO HOC VICE
 For: CAMARA-FUERTES, ROBERTO A
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:      $600.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: FERRAIUOLI, LLC
 Check/Money Order Num: 21839
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: FERRAIUOLI, LLC
 Check/Money Order Num: 21838
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-BK-3283-LTS PHV OF JONATHAN
OHRING, ESQ. & JOHN J. HUGHES III
THRU CAMARA-FUERTES, ROBERTO A
```