# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

## APPLICATION OF JONATHAN OHRING
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW Jonathan Ohring, Esq.** (the "Applicant"), and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney with the law firm Milbank LLP with offices at:

   | | | |
   |---|---|---|
   | **Address** | : | 55 Hudson Yards <br> New York, NY 10001-2163 |
   | **E-Mail** | : | JOhring@milbank.com |
   | **Telephone** | : | (212) 530-5147 |
   | **Fax** | : | (212) 530-5219 |

2. Applicant will sign all pleadings with the name <u>Jonathan Ohring.</u>

3. Applicant does not reside in the Commonwealth of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).



Case:17-03283-LTS Doc#:9372 Filed:11/27/19 Entered:11/27/19 16:34:19 Desc: Main
Document Page 2 of 4

Application of Jonathan Ohring to Appear Pro Hac Vice
In re Commonwealth of Puerto Rico
Title III Case No. 17-bk-3283-LTS
Page 2 of 3

4. Applicant has been retained as counsel by Ambac Assurance Corporation ("Ambac"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Since January 31, 2011, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where Applicant regularly practices law. Applicant's bar license number is 4893954.

6. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| State of New York | January 31, 2011 |
| State of New Jersey | November 29, 2010 |
| U.S. District Court for the Southern District of New York | October 07, 2014 |
| U.S. District Court for the Eastern District of New York | October 29, 2014 |
| U.S. Court of Appeals for the Second Circuit | August 30, 2017 |
| U.S. Supreme Court | March 20, 2017 |

7. Applicant is a member in good standing of the bars of the courts listed in paragraph 6.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three (3) years, Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.



Case:17-03283-LTS Doc#:9372 Filed:11/27/19 Entered:11/27/19 16:34:19 Desc: Main
Document Page 3 of 4

Application of Jonathan Ohring to Appear Pro Hac Vice
In re Commonwealth of Puerto Rico
Title III Case No. 17-bk-3283-LTS
Page 3 of 3

11. Local counsel of record associated with Applicant in this matter is:

| | | |
|---|---|---|
| **Name** | : | Roberto A. Cámara-Fuertes |
| **USDC-PR Bar No.** | : | 219002 |
| **Email** | : | rcamara@ferraiuoli.com |
| **Address** | : | P.O. Box 195168 |
| | | San Juan, PR 00919-5168 |
| **Telephone No.** | : | (787) 776-7000 x 366 |
| **Fax No.** | : | (787) 776-7001 |

12. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico and agrees to comply with them in their entirety.

13. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 26th day of November, 2019.

/s/ Jonathan Ohring
Jonathan Ohring

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this ____ of November, 2019.

*s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF participants in this case.

In San Juan, Puerto Rico, this ____ day of November, 2019.

**Ferraiuoli** LLC
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara Fuertes*
Roberto A. Cámara Fuertes
USDC-PR 219002
Email: rcamara@ferraiuoli.com

