UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al*., | This filing relates to the Commonwealth. |
| Debtors.[1] | |

ORDER GRANTING FORTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO SUBSEQUENTLY AMENDED CLAIMS

Upon the *Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims* (Docket Entry No. 7275, the "Forty-Eighth Omnibus Objection"),[2] dated June 6, 2019, filed by the Commonwealth of Puerto Rico (the "Commonwealth"), for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Forty-Eighth Omnibus Objection and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-Eighth Omnibus Objection.

supporting exhibits thereto; and the Court having jurisdiction to consider the Forty-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Forty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and Proof of Claim No. 37571 being duplicative of a master proof of claim, and all other claims identified in the column titled "Claims to be Disallowed" in Exhibit A hereto (collectively, the "Claims to Be Disallowed"), having been amended and superseded by the subsequently filed proofs of claim identified in the column titled "Remaining Claims" in Exhibit A hereto (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Forty-Eighth Omnibus Objection is in the best interests of the Commonwealth and its creditors, and all the parties in interest; and the Court having ordered that Leida Pagán Torres be required to file an informative motion in further support of her *Objection to Notice of the Forty-Eighth Omnibus Objection (Non-Substantive of the Commonwealth of Puerto Rico to Subsequently Amended Claims* [EF No. 7662] no later than August 7, 2019, two weeks after the hearing on the Forty-Eighth Omnibus Objection held on July 24, 2019 (the "July 24 Hearing"); and no such informative motion having been filed by August 7, 2019 or later; and, upon the record of the July 24 Hearing, and the rulings made therein, the Court having determined that the legal and factual bases set forth in the Forty-Eighth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Forty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that Proof of Claim No. 37571 and the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed and Proof of Claim No. 37571 from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: December 3, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge