UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER IN CONNECTION WITH INFORMATIVE MOTION REGARDING MOTION REQUESTING
RELIEF OF STAY UNDER 362(D)(1) OF THE BANKRUPTCY CODE (DOCKET ENTRY NO. 9384)

        The Court has received and reviewed the *Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 9384 in Case No. 17-3283, the "Informative Motion") filed by the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). In the Informative Motion, the Oversight Board states that the parties to the *Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 2434 in Case No. 17-3283, the "Lift Stay Motion") have "reached an agreement in principle to resolve the Lift Stay Motion and are working on definitive documentation of the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

agreement." The parties request that the Court adjourn the December 11, 2019, hearing on the Lift Stay Motion, and state that they will file a further status update on December 16, 2019.

The hearing in connection with the Lift Stay Motion, which is currently scheduled for Wednesday, December 11, 2019 at 9:30 a.m. (Atlantic Standard Time), is hereby adjourned to the Omnibus Hearing scheduled for January 29, 2020 at 9:30 a.m. (Atlantic Standard Time) in San Juan. The parties to the Lift Stay Motion shall file an additional status report and any further scheduling proposal by December 16, 2019 at 5:00 p.m. (Atlantic Standard Time).

SO ORDERED.

Dated: December 3, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge