UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING ADJOURNMENT OF HEARING,
AND TRANSLATION AND INTERPRETATION SERVICES, IN CONNECTION
WITH CERTAIN RESPONSES TO EIGHTIETH OMNIBUS OBJECTION TO CLAIMS

The Court has received the responses of Rebecca Carrasquillo Marcano and Marta T. Meaux Pereda (each a "Respondent," and together, the "Respondents") (Docket Entry Nos. 9356, 9361, and 9362 in Case No. 17-3283,[2] collectively, the "Responses") to the *Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (Docket Entry No. 8967, the "Objection"), filed by the Commonwealth, HTA, and ERS (collectively, the "Debtors").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

The Responses are in Spanish, contain attachments in Spanish, and/or are based upon proofs of claim that were filed in Spanish. It appears possible that the Respondents may wish to appear in Court in connection with the Objection and that, in such event, Spanish-English interpretation services may be necessary.

The Debtors are directed to promptly meet and confer with the Respondents. To the extent that the Debtors intend to continue to prosecute the Objection relating to the Respondents' claims, the Oversight Board is directed to file certified translations of any Spanish-language portions of the Responses contemporaneously with the Debtors' reply in support of the Objection. To the extent that any Respondent intends to appear at the hearing in connection with the Objection, the Oversight Board shall provide any necessary interpretation services for such Respondent. The Oversight Board is directed to consult with the Court Services Section of the United States District Court for the District of Puerto Rico to procure suitable interpreter services.

To ensure adequate time for consultation, translation, and procurement of interpretation services, the hearing on the Objection is adjourned from December 11, 2019 to **January 29, 2020 at 9:30 a.m. (Atlantic Standard Time)**, insofar as it relates to the Respondents' claims. Each Respondent is free to bring to the hearing at his or her own expense a certified Spanish-English interpreter if such Respondent does not wish to utilize the services of the interpreter provided by the Debtors.

The Debtors are directed to serve a copy of this Order on each Respondent and file a certificate of such service within seven (7) days of the date hereof.

SO ORDERED.

Dated: December 3, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge