THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, *et al,*<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al,*<br><br>Debtors[1] | PROMESA<br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

**UBS TRUST COMPANY OF PUERTO RICO'S WITHDRAWAL OF
"RESPONSE TO 'NINETY FORTH OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS'" (Dckt. 9175)**

TO THE HONORABLE COURT:

    COMES NOW UBS Trust Company of Puerto Rico ("UBS Trust"), representing the Dennis Correa Lopes[2] [sic] Retirement Plan (the "Claimant"), and respectfully states and prays:

    1.    On November 15, 2019, UBS Trust filed its response to the Commonwealth's 94th omnibus objection to claims, representing the Claimant, whose claim #39831 had been objected (Docket 9175).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The correct last name is Lopez.

2.	UBS Trust alleged that it had amended claim # 39831 on November 13, 2019, to add an Annex to Amended Proof of Claim, explaining the claim; the Official Documents of the Bonds and the account statement as evidence of the bonds held by Claimant, the issuer of the bond, the CUSIP number and the face value of the bonds.

3.	The amended proof of claim was filed with Prime Clerk, who logged the amended claim as a new claim, Claim # 172375 and withdrew the original claim.

4.	Considering that the 94th omnibus objection was directed at Claim # 39831, which has been withdrawn, and Claim # 172375 is not affected by the objection, UBS Trust respectfully requests to withdraw its response to the 94th.

WHEREFORE, UBS Trust respectfully requests to withdraw its response to the Commonwealth's 94th objection to claim #39831, Docket 9175.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this date I electronically filed the forgoing, with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

In San Juan, Puerto Rico, this 3rd day of December 2019.

*/s/Gustavo J. Viviani Meléndez*
USDC 229513
Sánchez Pirillo LLC
P.O. Box 11917
San Juan, Puerto Rico 00922-1917
Tel. 787-522-6776
Fax. 787-522-6777
gviviani@sanpir.com