UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 19 BK 5523-LTS<br><br>(Jointly Administered)<br><br>This Order relates only to PBA. |

ORDER EXTENDING THE DATE FOR THE
PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO FILE CREDITOR MATRIX

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Motion of Puerto Rico Buildings Authority for an Order Extending the Date to File Creditor Matrix*, filed on November 21, 2019 (Docket Entry No. 9292 in Case No. 17-3283 and Docket Entry No. 20 in Case No. 19-5523, the "Motion") by the Puerto Rico Buildings Authority ("PBA"),[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is appropriate, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The date by which PBA shall file the Creditor Matrix shall be extended to and including **January 10, 2020**.

3. The relief granted herein is without prejudice to PBA's right to seek further extensions of time to file the Creditor Matrix, to file a motion to modify the contents of the Creditor Matrix, or to amend the Creditor Matrix during this Title III Case.

4. The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves Docket Entry No. 9292 in Case No. 17-3283 and Docket Entry No. 20 in Case No. 19-5523.

**SO ORDERED.**

Dated:  December 3, 2019          /s/ Laura Taylor Swain
                                   Honorable Laura Taylor Swain
                                   United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.