*Hearing Date: December 11, 2019 at 9:30 A.M. (AST)*
*Objection Deadline: October 25, 2019 at 4 p.m. (AST)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-4780 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE PUERTO RICO ELECTRIC POWER AUTHORITY | Adv. Pro. No. 19-00388<br><br>**NOTICE OF HEARING ON *MARRERO* PLAINTIFFS' MOTION TO INTERVENE** |

1

|  |  |
|---|---|
| as co-trustees respectively, of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>INSPECTORATE AMERICA CORPORATION; SAYBOLT LP; ALTOL CHEMICAL ENVIRONMENTAL LABORATORY INC. D/B/A ALCHEM LABORATORY; ALTOL ENVIRONMENTAL SERVICES, INC.; CARLOS R. MENDEZ & ASSOCIATES; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; TRAFIGURA LIMITED; TRAFIGURA ARGENTINA S.A.; VITOL S.A., INC.; VITOL, INC.,<br><br>Defendants, |  |

**PLEASE TAKE NOTICE** that, on September 17, 2019, the *Marrero* Plaintiffs[1] filed *The Marrero Plaintiffs' Motion To Intervene* (Dkt. 9) in the adversary proceeding known as *The Special Claims Committee Of The Financial Oversight And Management Board For Puerto Rico, Acting By And Through Its Members, And The Official Committee Of Unsecured Creditors Of The Puerto Rico Electric Power Authority As Co-Trustees Respectively, Of The Puerto Rico Electric Power Authority v. Inspectorate America Corporation; Saybolt LP; Altol Chemical Environmental Laboratory Inc. D/B/A Alchem Laboratory; Altol Environmental Services, Inc.; Carlos R. Mendez & Associates; Trafigura Trading LLC; Trafigura Beheer B.V.; Trafigura*

---

[1] The "*Marrero* Plaintiffs" are the named plaintiffs, Anne Catesby Jones and Jorge Valdes Llauger, and the certified class they represent. *See* Opinion and Order, *Marrero-Rolon, et al. v. Autoridad de Energia Electrica, et al.*, Case No. 15-01167 (JAG) (D.P.R. Sept. 30, 2018) [D.I. 623] (granting class certification).

2

*Limited; Trafigura Argentina S.A.; Vitol S.A., Inc.; Vitol, Inc*., Adv. Pro. No. 19-00388;

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2019, the following pleadings were filed in response:

- *The Special Claims Committee's Objection to Marrero Plaintiffs' Motion To Intervene* (Dkt. 29);

- *The Official Committee of Unsecured Creditors' Opposition To The Marrero Plaintiffs' Motion To Intervene* (Dkt. 30);

- *Defendants Inspectorate America Corporation, Saybolt LP, Vitol, Inc., Vitol S.A., Inc., Carlos R. Méndez & Associates, Trafigura Argentina S.A., Trafigura Beheer, B.V., Trafigura Limited, And Trafigura Trading LLC's Opposition To The Marrero Plaintiffs' Motion To Intervene* (Dkt. 31).

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2019, the Marrero Plaintiffs filed *The Marrero Plaintiffs' Combined Reply In Support of Motion to Intervene and Opposition to Motion To Stay Adversary Proceeding* (Dkt. 43);

**PLEASE TAKE FURTHER NOTICE** that the objection deadline was October 25, 2019;

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Judge, in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal Building, Office 150, San Juan, P.R. 00918-1767 on **December 11, 2019 at 9:30 a.m. (Atlantic Standard Time)**, or as soon thereafter as counsel maybe heard, to consider the relief sought by the Movants in the Motion To Intervene.

Respectfully submitted in San Juan, Puerto Rico this 3rd day of December, 2019

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
312-264-0100
beth@feganscott.com

*By: /s/ Jane A. Becker Whitaker*
Jane A. Becker Whitaker
USDC NUMBER 205110
P.O. Box 9023914
San Juan, Puerto Rico 00902
Telephone: (787) 945-2406
E-mail: jbw@beckerviseppo.com

Mark T. Vazquez
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
E-mail: markv@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

J. Barton Goplerud
Andrew Howie
SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
E-mail: goplerud@sagwlaw.com

E-mail:
howie@sagwlaw.com
*Counsel for the Marrero Plaintiffs*

5

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, affirm that the foregoing was filed on December 3, 2019 on ECF, which automatically served all counsel of record.

Dated: December 3, 2019

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
312-264-0100
beth@feganscott.com