*Hearing Date: December 11, 2019 at 9:30 A.M. (AST)*
*Objection Deadline: October 25, 2019 at 4 p.m. (AST)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-4780 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE PUERTO RICO ELECTRIC POWER AUTHORITY | Adv. Pro. No. 19-00388<br><br>**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE DECEMBER 11, 2019 OMNIBUS HEARING** |

1

as co-trustees respectively, of

THE PUERTO RICO ELECTRIC POWER AUTHORITY,

Plaintiffs,

v.

INSPECTORATE AMERICA CORPORATION; SAYBOLT LP; ALTOL CHEMICAL ENVIRONMENTAL LABORATORY INC. D/B/A ALCHEM LABORATORY; ALTOL ENVIRONMENTAL SERVICES, INC.; CARLOS R. MENDEZ & ASSOCIATES; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; TRAFIGURA LIMITED; TRAFIGURA ARGENTINA S.A.; VITOL S.A., INC.; VITOL, INC.,

Defendants,

The *Marrero* Plaintiffs[1] submit this informative motion in response to the court's Order Regarding Procedures for Attendance, Participation and Observation of December 11-12, 2019 Omnibus Hearing setting forth guidelines for parties wishing to be heard at the December 11-12, 2019 omnibus hearing.

1. The Order requests that counsel who intend to speak at the hearing file an informative motion stating the names of all attending counsel and identifying the parties for which they intend to appear, the agenda items in connection with they intend to speak, and the location at which they intend to appeal.

---

[1] The "*Marrero* Plaintiffs" are the named plaintiffs, Anne Catesby Jones and Jorge Valdes Llauger, and the certified class they represent. *See* Opinion and Order, *Marrero-Rolon, et al. v. Autoridad de Energia Electrica, et al.*, Case No. 15-01167 (JAG) (D.P.R. Sept. 30, 2018) [D.I. 623] (granting class certification).

2

2. Elizabeth A. Fegan of Fegan Scott, LLC and Jane Becker Whitaker of Becker Viseppo will appear in person on behalf of the Marrero Plaintiffs at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal Building, Office 150, San Juan, P.R. 00918-1767.

3. Ms. Fegan requests to be heard on *The Marrero Plaintiffs' Motion To Intervene* (Dkt. 9) in the adversary proceeding known as *The Special Claims Committee Of The Financial Oversight And Management Board For Puerto Rico, Acting By And Through Its Members, And The Official Committee Of Unsecured Creditors Of The Puerto Rico Electric Power Authority As Co-Trustees Respectively, Of The Puerto Rico Electric Power Authority v. Inspectorate America Corporation; Saybolt LP; Altol Chemical Environmental Laboratory Inc. D/B/A Alchem Laboratory; Altol Environmental Services, Inc.; Carlos R. Mendez & Associates; Trafigura Trading LLC; Trafigura Beheer B.V.; Trafigura Limited; Trafigura Argentina S.A.; Vitol S.A., Inc.; Vitol, Inc.*, Adv. Pro. No. 19-00388, and any other motion in Adv. Pro. No. 19-00388 affecting the interests of the Marrero Plaintiffs.

Respectfully submitted in San Juan, Puerto Rico this 3rd day of December, 2019

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
312-264-0100
beth@feganscott.com

By: */s/ Jane A. Becker Whitaker*
Jane A. Becker Whitaker
USDC NUMBER 205110
P.O. Box 9023914
San Juan, Puerto Rico 00902
Telephone: (787) 945-2406
E-mail: jbw@beckerviseppo.com

Mark T. Vazquez
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
E-mail: markv@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

J. Barton Goplerud
Andrew Howie
SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
E-mail: goplerud@sagwlaw.com
E-mail: howie@sagwlaw.com
*Counsel for the Marrero Plaintiffs*

4

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, affirm that the foregoing was filed on December 3, 2019 on ECF, which automatically served all counsel of record.

Dated: December 3, 2019

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
312-264-0100
beth@feganscott.com