**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

PROMESA
Title III

No. 17 BK 3283-LTS

Jointly Administered

This filing related to the Commonwealth, HTA, and ERS

| |
|---|
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>**As representative of**<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                    **Debtors.** |

## MOCION EN CONTESTACION A REQUERIMIENTO PRESENTANDO PRUEBA DE SER PARTICIPANTE DEL SISTEMA DE RETIRO DEL GOBIERNO DE PUERTO RICO

El propósito de la ley del Sistema de retiro de los empleados del Gobierno de Puerto Rico es proveer seguridad económica a través del pago de una pensión vitalicia, a todos los servidores públicos que finalizan sus funciones con el Gobierno que cualifican para la misma y al momento me continúan cobrando Retiro sin futuro por actuaciones irresponsables. La meta del Gobierno es asegurarse que el ingreso que recibían los pensionados sea uno que se ajuste a sus necesidades y al nivel de vida de cada uno de ellos. Además el sistema se estableció con el fin de atraer empleados idóneos al Gobierno, retenerlos en el servicio público y proveerles para un Retiro sistemático, unos medios de subsistencia dignos y razonables una vez terminada su vida productiva.

El que funcionarios del servicio de confianza de Puerto Rico haya hecho mal uso del fideicomiso que se nutre de las aportaciones de los participantes activos y del patrono junto al rendimiento de las inversiones por razones que al día de hoy están bajo el Sagrado Manto de la Impunidad y el Secreto Solemne de la corrupción al no responder el Funcionario del Servicio de Confianza y la Empresa que en mutuo acuerdo llevan a cabo las transacciones de delito y tiene que responder la víctima, el servidor público de Puerto Rico por consecuencias del delito de Funcionarios del Servicio de Confianza.

EN LOS MERITOS DE LO ANTERIOR, se solicita muy respetuosamente que se tome la prueba adjunta de su participante de Sistema de Retiro del Gobierno de Puerto Rico.

POR TODO LO CUAL, solicito al Honorable Tribunal Federal de Puerto Rico tome conocimiento de lo antes expuesto emitiendo cualquier pronunciamiento que en derecho proceda.

CERTIFICO, haber entregado al Hon. Tribunal Federal en Puerto Rico a la siguiente dirección United States District Clerks Office,  150 Ave. Carlos Chardon  Ste.150, San Juan, PR 00918-1767 relacionado al caso Promesa, Title III, No. 17 BK-3283-LTS,  Jointly Administered, This filing relates to the Commonwealth, HTA, and ERS.  Además certifico haber enviado mediante carta de correo certificada a la siguiente dirección –
PRIME CLERK, Grand Central Station, P.O. Box 4850, New York, NY10163-4850

RESPETUOSAMENTE SOMETIDO,
En San Juan, Puerto Rico, martes,  26  de noviembre de 2019.

Luis Manuel Carrión López
P.O. Box 394
Luquillo, PR.  00773
Tel. 787-446-7866

Anejo-Adjunto documento oficial suministrado por Gobierno de Puerto Rico.