

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

20 de noviembre de 2019

Agencia: 201 - A.A.A.

LUIS MANUEL CARRION LOPEZ
PO BOX 394

Seguro Social: XXX-XX-0342

LUQUILLO, PR 00773-0773

A base de la información en nuestros registros, al 20 de noviembre de 2019 usted posee:

Fecha de Nacimiento: 28 de agosto de 1980   *julio*   Género: Masculino
Fecha de Ingreso al Servicio Público: 01 de noviembre de 2011
Fecha de Comienzo de Cotización: 01 de noviembre de 2011

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 4.08  *2* | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.25 |
| | | Aportaciones: | 10,970.97 | Aportaciones: | 5,641.83 |
| | | Intereses: | 1,818.46 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | Transferido Ley R2000 | | *Reembolso* | |
| Pagado: | 0.00 | Aportaciones: | 4,657.71 | | |
| Tiempo: | 0.00 | Intereses: | 10.36 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 17,457.50 | Total Aportaciones: | 5,641.83 |
| Beneficio: | 0.00 | Beneficio: | 72.17 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

*8.75 años de servicio*
*Ley - Reforma 2000*
*Pensión a los 65 años*

Unidad de Estado de Cuenta
Área de Participantes

**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov