Luis M. Cruz Lugo
PO Box 394
Luquillo PR. 00773

Case 17-03283-LTS Doc#: 9410-2 Filed: 12/03/19 Entered: 12/04/19 10:20:58 Desc:
Envelope Page 1 of 1

7018 0360 0000 9222 6842

United States District Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, PR.
00918-1767

RECEIVED & FILED
2019 DEC -3 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

0091831706 C018