UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

ORDER GRANTING SEVENTY-SECOND OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO BONDHOLDER
CLAIMS ASSERTING AMOUNTS FOR WHICH THE COMMONWEALTH IS NOT LIABLE

Upon the *Seventy-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth Is Not Liable* (Docket Entry No. 8698, the "Seventy-Second Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated September 12, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Seventy-Second Omnibus Objection.

set forth in the Seventy-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Seventy-Second Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Seventy-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in <u>Exhibit A</u> to the Seventy-Second Omnibus Objection seek recovery of amounts for which the Commonwealth is not liable and that some of these claims are also partially duplicative of one or more Master Claims; and the Court having determined that the relief sought in the Seventy-Second Omnibus Objection is in the best interests of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Seventy-Second Omnibus Objection establish just cause for the relief granted herein; and the Court having overruled any objections to the relief sought in the Seventy-Second Omnibus Objection; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Seventy-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in <u>Exhibit A</u> to the Seventy-Second Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the claims identified in <u>Exhibit A</u> to the Seventy-Second Omnibus Objection from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: December 4, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge