**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

MATERIAL EVENT NOTICE
(NOTICE OF TENDER, DEFEASANCE AND REDEMPTION)

Dated:  September 22, 2011

Puerto Rico Highways and Transportation Authority (the "Authority") hereby gives notice as follows:

1. On September 22, 2011, the Authority and Autopistas Metropolitanas de Puerto Rico, LLC, a consortium between Goldman Sachs Infrastructure Partners II, L.P. and Abertis Infraestructuras ("Metropistas") reached financial close on the Toll Road Concession Agreement, pursuant to which the Authority granted to Metropistas the right to operate toll roads PR-22 and PR-5 (the "Toll Roads") for a term of 40 years (the "Concession Agreement"), during which period Metropistas will have the right to charge, collect and retain the tolls imposed on the Toll Roads and is obligated to make significant investments in the rehabilitation of the Toll Roads.  In exchange, the Authority received an upfront payment from Metropistas (the "Concession Fee"), a portion of which the Authority used to reimburse itself in full for all the costs of the Toll Roads paid in part from bond proceeds and as a result the tolls generated from the Toll Roads will no longer be subject to the lien of the Resolutions and will no longer be available to pay principal of or interest on the Authority's bonds.  The Authority will use such reimbursement to defease, redeem or pay the purchase price of certain bonds ("Transportation Revenue Bonds") issued under its Resolution No. 68-18 adopted by the Authority on June 13, 1968, as amended (the "Resolution").

2. On August 18, 2011, the Authority offered an Invitation to Tender Bonds to the owners of the various bonds issued by the Authority.  The table attached hereto as  Exhibit A  shows the applicable Series, maturity dates, and the respective principal amounts of the Transportation Revenue Bonds purchased on September 22, 2011 from a portion of the Concession Fee (the "Purchased Bonds").

3. Also on September 22, 2011, the Authority used a portion of the Concession Fee to defease certain Transportation Revenue Bonds of the applicable Series, having the respective maturity dates, and in the respective principal amounts issued in the table attached hereto as Exhibit B (the "Defeased Bonds").

4. Also reflected in Exhibit B, to the extent applicable, are the redemption dates and redemption prices for the Defeased Bonds that are to be redeemed prior to their respective maturity dates and for the Defeased Bonds which represent only a portion of a particular Transportation Revenue Bonds, the original CUSIP number, the new CUSIP for the Defeased Bond and the new CUSIP for the portion of such Transportation Revenue Bond that will remain Outstanding under the Resolution.   The Bank of New York Mellon, as fiscal agent under the Resolution and as escrow agent for the Defeased Bonds, has been instructed to cause to be selected by lot, the allocable portion of the partially defeased Transportation Revenue Bonds that are Defeased  Bonds.

5. The pledge and lien created by the Resolution for the benefit of the holders of the Purchased Bonds and the Defeased Bonds, and all other rights granted to the holders thereof under the Resolution is discharged and satisfied.

6. The Corporation delivers this Material Event Notice (Notice of Purchase, Defeasance and Redemption) pursuant to the various Continuing Disclosure Undertakings delivered by the Authority in connection with the Bonds issued under the Resolution from time to time.

Capitalized terms used herein and not defined shall have the meaning given to them in the Resolution.

Dated as of the date and year written above.

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

By: _____
Authorized Representative

13616338.3

A-1

**EXHIBIT A**

| Series | Maturity Date July 1, | Principal Amount Accepted for Tender | CUSIP Number |
|---|---|---|---|
| 1996Z | 2015 | $ 6,325,000 | 745181PC5 |
| 2007CC | 2016 | 9,590,000 | 745181A56 |
| 2005BB | 2017 | 5,960,000 | 745181ZJ9 |
| 2005BB | 2018 | 10,025,000 | 745181ZK6 |

13616338.2

A-1

**EXHIBIT B**

**Series 1993W Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2013 | $53,915,000 | At maturity | - | 745181BZ9 | - | - |
| 2015 | 36,990,000 | At maturity | $15,260,000 | 745181CB1 | 745181L21 | 745181L39 |

Mandatory Redemption

The Series 1993 W Bonds maturing on July 1, 2015 are subject to redemption in part on July 1, 2014 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1968 Sinking Fund) from moneys in the 1968 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for**
**1993W Bonds maturing July 1, 2015 that will be outstanding**

| Year | Amount |
|---|---|
| 2014 | $ 11,900,000 |
| 2015 | 3,360,000 |

**Series 1993 X Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2013 | $16,485,000 | At maturity | $4,800,000 | 745181CA3 | 745181L47 | 745181L62 |
| 2015 | 37,890,000 | At maturity | $11,455,000 | 745181FD4 | 745181L54 | 745181L70 |

Mandatory Redemption

The Series 1993 X Bonds maturing on July 1, 2013 are subject to redemption in part on July 1, 2012 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1968 Sinking Fund) from moneys in the 1968 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for**
**1993X Bonds maturing July 1, 2013 that will be outstanding**

| Year | Amount |
|---|---|
| 2012 | $ 4,800,000 |
| 2013 | - |

13616338.2

The Series 1993 X Bonds maturing on July 1, 2015 are subject to redemption in part on July 1, 2014 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1968 Sinking Fund) from moneys in the 1968 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for
1993X Bonds maturing July 1, 2015 that will be outstanding**

| Year | Amount |
|---|---|
| 2014 | - |
| 2015 | $11,455,000 |

**Series 1996Z Bonds**

| Maturity date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | CUSIP | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2013 | $ 115,000 | At maturity | $ 8,570,000 | 745181PA9 | 745181L88 | 745181M46 |
| 2014 | 4,995,000 | At maturity | 12,210,000 | 745181PB7 | 745181L96 | 745181M53 |
| 2016 | 865,000 | At maturity | 18,595,000 | 745181PD3 | 745181M20 | 745181M61 |

**Series 1996Z Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2018 | $22,825,000 | At Maturity | $19,775,000 | 745181PE1 | 745181M38 | 745181M79 |

Mandatory Redemption

The Series 1996 Z Bonds maturing on July 1, 2018 are subject to redemption in part on July 1, 2017 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1968 Sinking Fund) from moneys in the 1968 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for
1996Z Bonds maturing July 1, 2018 that will be outstanding**

| Year | Amount |
|---|---|
| 2017 | - |
| 2018 | $19,755,000 |

[Remainder of page intentionally left blank.]

13616338.2

**Series 2003AA Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2012 | $1,060,000 | At maturity | - | 745181WZ6 | - | - |
| 2012 | 3,050,000 | At maturity | - | 745181WY9 | - | - |
| 2013 | 2,725,000 | At maturity | - | 745181XA0 | - | - |
| 2015 | 1,825,000 | At maturity | - | 745181XB8 | - | - |
| 2016 | 31,160,000 | At maturity | - | 745181XD4 | - | - |
| 2016 | 9,365,000 | At maturity | - | 745181XC6 | - | - |
| 2017 | 24,855,000 | At maturity | $16,870,000 | 745181XF9 | 745181M95 | 745181N60 |
| 2017 | 520,000 | At maturity | - | 745181XE2 | - | - |
| 2018 | 42,020,000 | At maturity | 1,770,000 | 745181XH5 | 745181N29 | 745181N78 |
| 2018 | 860,000 | At maturity | - | 745181XG7 | - | - |
| 2019 | 56,050,000 | At maturity | 12,310,000 | 745181XK8 | 745181N37 | 745181N86 |
| 2019 | 235,000 | At maturity | - | 745181XJ1 | - | - |
| 2020 | 22,860,000 | At maturity | 13,015,000 | 745181XM4 | 745181N45 | 745181N94 |
| 2020 | 325,000 | At maturity | - | 745181XL6 | - | - |
| 2022 | 1,580,000 | At maturity | - | 745181XP7 | - | - |

**2003AA Bonds**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2026 | $77,620,000 | At Maturity | $110,775,000 | 745181K89 | 745181M87 | 745181N52 |

Mandatory Redemption

The Series 2003AA Bonds maturing on July 1, 2026 are subject to redemption in part on July 1, 2020 and in each July 1 immediately after the fiscal year for which there is an Amortization Requirement to the extent of the Amortization Requirement for said bonds (less the amount of bonds retired by purchase from moneys in the 1968 Sinking Fund) from moneys in the 1968 Senior Sinking Fund at par plus accrued interest in the years and in the amounts set forth below:

**Amortization Requirement for
2003AA Bonds maturing July 1, 2026 that will be outstanding**

| Year | Amount |
|---|---|
| 2020 | $35,000,000 |
| 2021 | 42,620,000 |
| 2023 | - |
| 2024 | - |
| 2025 | - |
| 2026 | - |

[Remainder of page intentionally left blank.]

**Series 2005 BB**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2012 | $ 70,000 | At maturity | - | 745181ZD2 | - | - |
| 2013 | 75,000 | At maturity | - | 745181ZE0 | - | - |
| 2014 | 80,000 | At maturity | - | 745181ZF7 | - | - |
| 2015 | 80,000 | At maturity | - | 745181ZG5 | - | - |
| 2016 | 85,000 | At maturity | - | 745181ZH3 | - | - |
| 2022 | 22,180,000 | At maturity | $39,900,000 | 745181ZL4 | 745181P27 | 745181P35 |

**Series 2007 CC**

| Maturity Date, July 1 | Defeased Amount | Maturity or Redemption Date | Principal Amount to Remain Outstanding | Original CUSIP Number | CUSIP Number For the Defeased Bonds | CUSIP Number for Bonds to Remain Outstanding |
|---|---|---|---|---|---|---|
| 2012 | $1,020,000.00 | At maturity | - | 745181ZZ3 | - | - |
| 2013 | 1,070,000.00 | At maturity | - | 745181A23 | - | - |
| 2014 | 1,125,000.00 | At maturity | - | 745181A31 | - | - |
| 2015 | 1,180,000.00 | At maturity | - | 745181A49 | - | - |
| 2017 | 836,191.80 | At maturity | - | 745181A64 | - | - |
| 2018 | 798,229.35 | At maturity | - | 745181A72 | - | - |
| 2019 | 761,558.85 | At maturity | - | 745181A80 | - | - |
| 2020 | 727,080.75 | At maturity | - | 745181A98 | - | - |
| 2022 | 659,425.00 | At maturity | - | 745181B30 | - | - |

13616338.2