UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In Re: | * | PROMESA |
| THE FINANCIAL OVERSIGHT AND | | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | * | |
| | | Case No 17-BK-3283-LTS |
| As representative of | * | |
| | | **Re: ECF DK. 6871, 6879,** |
| THE COMMONWEALTH OF PUERTO RICO, et al., | * | **7084, 7312, 7534, 7845, 8207** |
| | | **8383, 8496, 8587, 8709, 8842** |
| Debtors[1] | * | **8873, 8901, 8905, 8950, 8995** |

**MOTION SUBMITTING EXHIBIT 2 WAIVER**

To the Honorable United States Magistrate Judge Judith Gail Dein:

On October 11, 2019, The Commonwealth of Puerto Rico ( the "Debtor) filed a Motion Informing Compliance with Rule 2004 Request that had been filed by Cuerpo Organizado de la Policia, Inc. ("Movant" or "COPI"). (Docket Num. 8842). The movant respectfully understands that the debtor did not fully comply with the request for productions of documents made by COPI in their Motion filed on May 8, 2019. (Docket Num. 6871).

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. An Opposition to debtor's Motion Informing Compliance With Rule 2004 was filed on November 1, 2019. (docket 9092)

2. Inadvertently the exhibit 2 the Waiver was not attached to the above referenced motion.

3. Based on the above the present motion is being filed in order to submit with the Honorable Court Exhibit 2 the Waiver.

**WHEREFORE; pray the Honorable Court to be informed.**

CERTIFICATION: I hereby certify that on 12/4/2019 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Trustee assigned to the case, and I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants: all CREDITORS IN THE MASTER MAILING LISTING.

Dated: December 4, 2019
Mayaguez, Puerto Rico

/s/ *Lirio Del Mar Torres*
LIRIO TORRES LAW OFFICE
Lirio Del Mar Torres, Esq., USDC-PR 225814
PO Box 3552
Mayaguez, PR 00681-3552
Telephone: (787) 265-5050
liriotorresjust@gmail.com
*Counsel to Cuerpo Organizado de la Policia, Inc. (COPI)*

Elección y Relevo Del Empleado
Página 2 de 2

## AVISO

El empleado que elija estar conforme con el pago del monto de la deuda notificada por concepto de ajuste salarial, recibirá mediante cheque el pago por dicha cantidad en concepto de liquidación de deuda de años anteriores. Dicha elección será final e irrevocable y constituye un relevo total y absoluto, y una renuncia de derechos de toda reclamación actual o potencial, basada en la relación de empleo y/o la terminación del mismo, bajo cualquier ley aplicable. Esta renuncia de derechos tendrá el efecto de una transacción total, de toda acción o derecho, actual o potencial, conocido o sin conocer, que el empleado tenga, pueda tener o haya tenido, relacionada con su empleo y/o la terminación del mismo. El efecto de este relevo y la correspondiente renuncia de derechos, será el de cosa juzgada.

El empleado asegura y afirma que no tienen presentada, en la actualidad, alguna reclamación, demanda, querella, cargo o queja, ni han solicitado investigación alguna, ya sea judicial, administrativa, o de cualquier otra índole, ante cualquier foro, ya sea judicial, administrativo u otro, en relación a la deuda por concepto de ajuste salarial, contra las Partes Relevadas. Sin embargo, si USTED tiene presentada alguna reclamación, demanda, querella, cargo, queja, o ha solicitado o iniciado alguna investigación, ya sea judicial, administrativa, o de cualquier otra índole, ante cualquier foro, ya sea judicial, administrativo u otro, en relación a la deuda por concepto de ajuste salarial, USTED desistirá, y desiste a través de este documento, voluntariamente y con perjuicio de dicha reclamación o reclamaciones, y solicita el cierre y archivo con perjuicio de toda y cualquier reclamación, demanda, querella, cargo, queja o investigación contra el Negociado de la Policía de Puerto Rico, haya solicitado, iniciado o la que se haya unido.

_____
(Firma del Empleado)

_____
(Fecha)