# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** ) <br> ) <br> **THE COMMONWEALTH OF PUERTO** ) <br> **RICO** *et al*., ) <br> ) <br> **Debtors.**[1] ) <br> ) <br> ) <br> ) <br> ) | **PROMESA Title III** <br><br> **No. 17 BK 3283-LTS** <br> **(Jointly Administered)** <br><br> Re: Dkt. Nos. 642 [Case No. 17-3284] 662 [Case No. 17-3566], 620, 622 [Case No. 17-3567], 1510 [Case No. 17-4780], 1512 [Case No. 17-4780], 5917, 7756, 7967, 7968, 8003, 8247 |

## FEE EXAMINER'S SUPPLEMENTAL REPORT ON UNCONTESTED INTERIM AND FINAL FEE APPLICATIONS RECOMMENDED FOR COURT APPROVAL

TO:   HON. LAURA TAYLOR SWAIN,
         UNITED STATES DISTRICT JUDGE

With this supplemental report, the Fee Examiner recommends 11 previously deferred and still uncontested interim fee applications and one final COFINA fee application for the Court's approval, with adjustments, through the entry of the attached proposed order at or before the December 11, 2019 omnibus hearing.

## SUPPLEMENTAL REPORT

On October 23, 2019, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the October 30, 2019 Omnibus*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Hearing* [Dkt. No. 8934] (the "**Sixth Interim Fee Period Report**"). The Sixth Interim Fee Period Report recommended the approval of a group of previously deferred uncontested interim fee applications for the Fifth Interim Fee Period (October 1, 2018-January 31, 2019) and an initial group of uncontested interim fee applications for the Sixth Interim Fee Period (February 1, 2019-May 31, 2019). Additionally, the Sixth Interim Fee Period Report recommended the approval—on a final basis—of an initial group of fee applications covering the entire COFINA Final Fee Period (May 5, 2017 through February 12, 2019) ("**Final COFINA Applications**"). It also notified the Court, the parties and the public of the consensual deferral of a group of applications for later consideration (the "**Deferred Fee Applications**").

On October 29, 2019, the Court entered the *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Sixth Compensation Period From February 1, 2019 Through May 31, 2019* [Dkt. No. 9046] (the "**Sixth Interim Compensation Order**") allowing, with adjustments, 25 interim fee applications.

Also on October 29, 2019, the Court entered the *Omnibus Order Awarding Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for COFINA Final Fee Period* [Dkt. No. 9047] (the "**Final COFINA Compensation Order**") allowing, with adjustments, five Final COFINA Applications.

The Fee Examiner has completed negotiations with the applicants for consensual adjustments to the additional applications identified herein. The Fee Examiner now recommends for approval, on an uncontested basis, 11 additional interim applications as outlined on **Exhibit A** and the one additional Final COFINA Application listed on **Exhibit B** and detailed on **Exhibit C**—all without objection. The Deferred Fee Applications listed on **Exhibits D** and **E** remain the subject of discussions. Those applications will, with the continued consent of the

2

applicants and with the Court's permission, be deferred to the January 29, 2020 omnibus hearing or a later date.

## RECOMMENDATIONS

Pursuant to the Interim Compensation Order, the Court may grant an Interim Fee Application without a hearing if the Fee Examiner recommends approval of the Interim Fee Application(s) in full or in part, and there are no objections from a party in interest. *Interim Compensation Order* at ¶ 2(j). There have been no objections filed to these applications.

Attached to this Supplemental Report are the following proposed orders, embodying the consensual reductions recommended in this report:

- **Exhibit F** is a proposed *Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Sixth Interim Compensation Period* (the "**Proposed Supplemental Sixth Interim Compensation Order**"); and

- **Exhibit G** is a proposed *Supplemental Omnibus Order Awarding Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for COFINA Final Fee Period* (the "**Proposed Supplemental Final COFINA Compensation Order**").

Both proposed orders in MS Word format will be submitted to chambers upon the filing of this Supplemental Report.

In light of this report and the continued absence of objection, the Fee Examiner asks that the Court enter the Proposed Supplemental Sixth Interim Compensation Order and Proposed Supplemental Final COFINA Compensation Order at its earliest convenience.

Dated: December 4, 2019.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

        EDGE LEGAL STRATEGIES, PSC

        *s/Eyck O. Lugo*
        Eyck O. Lugo
        Vilmarys M. Quiñones Cintrón
        252 Ponce de León Avenue
        Citibank Tower, 12th Floor
        San Juan, PR 00918
        Telephone: (787) 522-2000
        Facsimile: (787) 522-2010

        *Puerto Rico Counsel for Fee Examiner*

        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609

        Brady Williamson (*Pro Hac Vice*)
        *Fee Examiner*

        Katherine Stadler (*Pro Hac Vice*)
        *Counsel for the Fee Examiner*

21559244.1

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Sixth Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | | |
| | *Neutral Vendor for FOMB* | | | | | | | | |
| 1 | EPIQ Corporate Restructuring, LLC and EPIQ eDiscovery Solutions [Dkt. No. 5917] | 8/14/2018 - 11/30/2018 | $ 148,745.00 | | $ 4,211.88 | $ 103,537.58 | $ - | $ 144,533.12 | $ 103,537.58 |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | |
| | *Claims Counsel to FOMB* | | | | | | | | |
| 2-a | Brown Rudnick LLP [Dkt. No. 7756] | 2/1 - 5/31/2019 | $ 4,367,756.50 | FN1 | $ 245,093.77 | $ 212,390.70 | $ 7,007.62 | $ 4,122,662.73 | $ 205,383.08 |
| | *Claims Counsel to FOMB- PREPA* | | | | | | | | |
| 2-b | Brown Rudnick LLP [17-04780 Dkt. No. 1512] | 2/1 - 5/31/2019 | $ 99,228.00 | | $ 5,568.11 | $ - | $ - | $ 93,659.89 | $ - |
| | *Claims Counsel to FOMB- HTA* | | | | | | | | |
| 2-c | Brown Rudnick LLP [17-03567 Dkt. No. 622] | 2/1 - 5/31/2019 | $ 70,730.00 | | $ 3,968.97 | $ - | $ - | $ 66,761.03 | $ - |
| | *Financial Advisor to FOMB* | | | | | | | | |
| 3-a | DiCicco, Gulman & Company LLP [Dkt. No. 8247] | 3/1 - 5/31/2019 | $ 1,458,637.50 | | $ 16,639.19 | $ - | $ - | $ 1,441,998.31 | $ - |
| | *Financial Advisor to FOMB- PREPA* | | | | | | | | |
| 3-b | DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 1510] | 3/1 - 5/31/2019 | $ 55,875.00 | | $ 637.39 | $ - | $ - | $ 55,237.61 | $ - |
| | *Financial Advisor to FOMB- ERS* | | | | | | | | |
| 3-c | DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 662] | 3/1 - 5/31/2019 | $ 26,175.00 | | $ 298.59 | $ - | $ - | $ 25,876.41 | $ - |
| | *Financial Advisor to FOMB- HTA* | | | | | | | | |
| 3-d | DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 620] | 3/1 - 5/31/2019 | $ 145,725.00 | | $ 1,662.34 | $ - | $ - | $ 144,062.66 | $ - |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | | |
| 4 | Jenner & Block LLP [Dkt. No. 7967] | 2/1 - 5/31/2019 | $ 1,971,702.85 | | $ 30,000.00 | $ 83,881.88 | $ 7,051.05 | $ 1,941,702.85 | $ 76,830.83 |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 5 | Luskin, Stern & Eisler LLP [Dkt. No. 7968] | 2/1 - 5/31/2019 | $ 152,665.50 | | $ 500.00 | $ 900.41 | $ 156.71 | $ 152,165.50 | $ 743.70 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 6 | Zolfo Cooper, LLC [Dkt. No. 8003] | 2/1 - 5/31/2019 | $ 2,210,319.00 | | $ 83,302.26 | $ 4,564.13 | $ - | $ 2,127,016.74 | $ 4,564.13 |

**FN1** The fees Brown Rudnick requests in the first interim applications for HTA and PREPA were originally requested in the Commonwealth's second interim application. Brown Rudnick subsequently filed separate first interim applications for those fees. Accordingly, the Commonwealth application's fee request was adjusted to exclude the amounts requested separately in the HTA and PREPA applications.

**FINAL Fee Application Recommended for Approval:**

| Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|
| *Puerto Rico Counsel for AAFAF* | | | | | | | |
| **Marini Pietrantoni Muniz LLC [17-03284 Dkt. No. 642]** | 3/1/2018 - 2/12/2019 | $ 41,366.70 | $ 2,991.03 | $ 57.00 | $ - | $ 38,375.67 | $ 57.00 |

**EXHIBIT C**

| SUMMARY OF INTERIM FEE APPLICATIONS (COFINA) - MARINI PIETRANTONI MUÑIZ ||||||||
|---|---|---|---|---|---|---|---|
| **Fee Period** | **Fees Requested** | **Recommended Adjustments** | **Fees Approved by Court** | **Expenses Requested** | **Recommended Adjustments** | **Expenses Approved by Court** | **Interim Order Date & Docket Number** |
| **Third Interim** [Dkt. No. 3583] (3/1/2018 – 5/31/2018) | $3,286.35 | $777.03 | $2,509.32 | $0.00 | $0.00 | $0.00 | 11/9/2018 [Dkt. No. 4200] |
| **Fourth Interim** [Dkt. No. 4316] (6/1/2018 - 9/30/2018) | $7,062.75 | $56.25 | $7,006.50 | $57.00 | $0.00 | $57.00 | 4/26/2019 [Dkt. No. 6523] |
| **Fifth Interim** [Dkt. No. 5825] (10/1/2018 – 2/12/2019) | $31,017.60 | $1,212.75 | $29,804.85 | $0.00 | $0.00 | $0.00 | 9/25/2019 [Dkt. No. 8753] |
| **Total Fees and Expenses Approved by Interim Order:** | | | **$39,320.67** | | | **$57.00** | |

| FINAL FEE APPLICATION RECOMMENDATION ||||
|---|---|---|---|
| **Docket Number** | **Final Fee Period Dates** | **Fees** | **Expenses** |
| [COFINA Dkt. No. 642[1]] | 3/1/2018 to 2/12/2019 | $41,366.70 | $57.00 |
| Final Recommended Adjustments[2] | | ($2,991.03) | $0.00 |
| **Final Recommended Fee Award** | | **$38,375.67** | **$57.00** |

---

[1] The application at COFINA Dkt. No. 642 [Case No. 17-03284] was not filed separately in the main docket.

[2] The final recommended fee adjustment of $2,991.03 is the following: a correction to reflect the interim adjustment of $777.03 from the third interim application, $1,212.75 from the fifth interim fee application, which had not yet been resolved when MPM filed its final application, and an adjustment of $1,001.25 for post-Effective Date fees.

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Sixth Fee Period Applications Recommend for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Third Interim Fee Period (February 1 - May 31, 2018)* | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 4020]** | 2/01 - 5/31/2018 | $ 1,803,571.43 | | $ 40,912.98 | | | |
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 2 | **Ankura Consulting Group, LLC [Dkt. No. 4358]** | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 199,003.27 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 3 | **Ankura Consulting Group, LLC [Dkt. No. 1048 (17-04780)]** | 6/01 - 9/30/2018 | $ 2,779,593.00 | | $ 216,596.27 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 4 | **Citigroup Global Markets Inc. [Dkt. No. 4897]** | 6/01 - 9/30/2018 | $ 1,975,000.00 | | $ 20,450.63 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 5 | **Deloitte Consulting LLP [Dkt. No. 9274]** | 8/01 - 9/30/2018 | $ 653,692.09 | | $ - | | | |
| | *Debtors' Financial Advisor* | | | | | | | |
| 6 | **Deloitte Financial Advisory Services LLP [Dkt. No. 8520]** | 6/01 - 9/30/2018 | $ 3,021,163.10 | | $ 116,696.34 | | | |
| | *Financial Advisor and Investment Banker to AAFAF* | | | | | | | |
| 7 | **Rothschild & Co US Inc. [Dkt. No. 8512] - THIRD IFA** | 10/01/2018 - 2/28/2019 | $ 2,540,000.00 | | $ - | | | |
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 8 | **Ankura Consulting Group, LLC [Dkt. No. 8454]** | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | | $ 181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 9 | **Ankura Consulting Group, LLC [Dkt. No. 1137 (17-04780)]** | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 10 | **Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-04780 Dkt. No. 1133]** | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 11 | **Deloitte Consulting LLP [Dkt. No. 9275]** | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | | $ 304,050.65 | | | |
| | *Independent Forensic Analysis Team to FOMB* | | | | | | | |
| 12 | **Duff & Phelps LLC [Dkt. No. 5800; amnded Dkt. No. 8450]** | 11/1/2018 - 1/31/2019 | $ 1,914,104.50 | | $ 71,798.08 | | | |
| | *Counsel for PREPA* | | | | | | | |
| 13 | **Greenberg Traurig [Dkt. No. 5716 and 17-04780 Dkt. No. 1129]** | 10/1/2018 - 1/31/2019 | $ 1,040,868.60 | | $ 18,115.44 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 14-a | **O'Melveny & Myers [Dkt. No. 6042 and 1147 (17-04780)]** | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | | $ 57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 14-b | **O'Melveny & Myers [Dkt. No. 6043]** | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | | $ 16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 14-c | **O'Melveny & Myers [Dkt. No. 6044]** | 10/1/2018 - 1/31/2019 | $ 188,464.21 | | $ 10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 14-d | **O'Melveny & Myers [Dkt. No. 6045]** | 10/1/2018 - 1/31/2019 | $ 180,162.60 | | $ 6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 14-e | **O'Melveny & Myers [Dkt. No. 6047]** | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | | $ 136,119.82 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Sixth Fee Period Applications Recommend for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 15 | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604]** | 2/1 - 5/31/2019 | $ 2,890,183.50 | | $ 276,996.38 | | | |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | |
| 16 | **Brattle Group, Inc., The [Dkt. No. 8177]** | 3/25 - 5/31/2019 | $ 682,490.92 | | $ 1,625.67 | | | |
| | *Independent Forensic Analysis Team to FOMB* | | | | | | | |
| 17 | **Duff & Phelps LLC [Dkt. No. 7997]** | 2/1 - 5/31/2019 | $ 350,401.50 | | $ 8,574.81 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 18 | **Ernst & Young LLP [Dkt. No. 8786]** | 2/1 - 5/31/2019 | $ 4,505,960.45 | | $ 196,914.62 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 19 | **Marini Pietrantoni Muniz LLC [Dkt. No. 8006]** | 2/1 - 5/31/2019 | $ 195,857.30 | | $ 4,793.02 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 20-a | **O'Melveny & Myers [Dkt. No. 8180]** | 2/1 - 5/31/2019 | $ 2,873,762.15 | | $ 244,200.68 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 20-b | **O'Melveny & Myers [17-03567 Dkt. No. 615]** | 2/1 - 5/31/2019 | $ 85,817.14 | | $ 1,037.31 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 20-c | **O'Melveny & Myers [17-03566 Dkt. No. 658]** | 2/1 - 5/31/2019 | $ 2,292,671.25 | | $ 64,457.00 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 20-d | **O'Melveny & Myers [17-04780 Dkt. No. 1489]** | 2/1 - 5/31/2019 | $ 4,809,921.59 | | $ 129,968.65 | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 21 | **O'Neill & Borges LLC [Dkt. No. 8539]** | 2/1 - 5/31/2019 | $ 310,485.60 | | $ 4,808.81 | | | |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 22 | **Paul Hastings LLP [Dkt. No. 8004]** | 2/1 - 5/31/2019 | $ 8,183,931.00 | | $ 182,540.62 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 23 | **PJT Partners LP [Dkt. No. 8014]** | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | *Counsel to Debtors' - Commonwealth* | | | | | | | |
| 24-a | **Proskauer Rose LLP [Dkt. No. 8734]** | 2/1 - 5/31/2019 | $ 7,846,461.30 | | $ 255,078.07 | | | |
| | *Counsel to Debtors' - ERS* | | | | | | | |
| 24-b | **Proskauer Rose LLP [Dkt. No. 8737]** | 2/1 - 5/31/2019 | $ 2,254,297.80 | | $ 49,940.91 | | | |
| | *Counsel to Debtors' - HTA* | | | | | | | |
| 24-c | **Proskauer Rose LLP [Dkt. No. 8739]** | 2/1 - 5/31/2019 | $ 342,267.00 | | $ 4,108.10 | | | |
| | *Counsel to Debtors' - PREPA* | | | | | | | |
| 24-d | **Proskauer Rose LLP [Dkt. No. 8743]** | 2/1 - 5/31/2019 | $ 5,257,162.20 | | $ 163,334.07 | | | |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 25 | **Wolfe, Andrew [Dkt. No. 9333]** | 2/1 - 5/31/2019 | $ 100,000.00 | | $ 858.88 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Investment Banker and Financial Advisor FOMB - COFINA* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 7341 and 17-03284 Dkt. No. 639]** | 5/5/2017 - 2/12/2019 | $ 5,873,156.76 | | $ - | | | |
| | *Counsel to AAFAF* | | | | | | | |
| 2 | **DLA Piper [Dkt. No. 7973]** | 6/1/2017 - 4/30/2019 | $ 3,144,379.59 | | $ 40,693.07 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 3 | **O'Melveny & Myers [17-03284 Dkt. No. 640]** | 5/5/2017 - 2/12/2019 | $ 8,674,704.03 | | $ 78,506.01 | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 4 | **O'Neill & Borges LLC [Dkt. No. 7717]** | 5/5/2017 - 2/12/2019 | $ 183,261.60 | | $ 8,022.35 | | | |
| | *Bankruptcy Counsel to Debtors - COFINA* | | | | | | | |
| 5 | **Proskauer Rose LLP [Dkt. No.7428 and 17-03284 Dkt. No. 644]** | 5/5/2017 - 2/12/2019 | $ 7,761,268.26 | | $ 175,857.99 | | | |
| | *Financial Advisor and Investment Banker to AAFAF* | | | | | | | |
| 6 | **Rothschild & Co US Inc. [Dkt. No. 8512]** | 4/1/2018 - 2/28/2019 | $ 7,617,096.77 | | $ 36,050.83 | | | |

# EXHIBIT F

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | **PROMESA** |
| | **Title III** |
| **THE FINANCIAL OVERSIGHT AND** | |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | **No. 17 BK 3283-LTS** |
| | |
| As a representative of | **(Jointly Administered)** |
| | |
| **THE COMMONWEALTH OF PUERTO RICO** | **Re: ECF Dkt. Nos.** 662 [Case No. 17-3566], 620 [Case No. 17-3567], 622 [Case No. 17-3567], 1510 [Case No. 17-4780], 1512 [Case No. 17-4780], 5917, 7756, 7967, 7968, 8003, 8247 |
| *et al.*, | |
| **Debtors.**[1] | |
| | **Hearing date:** December 11, 2019 at 9:30 a.m. (AST) |
| | **Objections filed:** none |

## SUPPLEMENTAL OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE SIXTH COMPENSATION PERIOD FROM FEBRUARY 1, 2019 THROUGH MAY 31, 2019

This matter coming before the Court on the interim fee applications (together 662 [Case No. 17-3566], 620 [Case No. 17-3567], 622 [Case No. 17-3567], 1510 [Case No. 17-4780], 1512 [Case No. 17-4780], 5917, 7756, 7967, 7968, 8003, and 8247 the ("**Applications**")) indicated as "Recommended for Approval" on the attached **Exhibit A**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. \_\_\_\_]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Applications are GRANTED on an interim basis, to the extent set forth on the attached **Exhibit A**.

2

2. Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Periods and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Periods, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Periods.

4. Pursuant to the Fee Examiner's report, the interim fee applications listed on **Exhibit D** of the report, [Dkt. Nos. 615 [Case No. 17-3567], 658 [Case No. 17-3566], 1048 [Case No. 17-4780], 1137 [Case No. 17-4780], 1489 [Case No. 17-4780], 1604 [Case No. 17-4780], 4020, 4358, 4897, 5716 [Case No. 17-4780 Dkt. No. 1129], 5800 [Amended Dkt. No. 8450], 5810 [Case No. 17-4780 Dkt. No. 1133], 6042 [Case No. 17-4780 Dkt. No. 1147], 6043, 6044, 6045, 6047, 7997, 8004, 8006, 8014, 8177, 8180, 8454, 8512, 8520, 8539, 8734, 8737, 8739, 8743, 8786, 9274, 9275, 9333] remain adjourned for consideration at a later hearing date.

SO ORDERED.

Dated: December ____, 2019

                                              LAURA TAYLOR SWAIN
                                              United States District Judge

21559873.1

# EXHIBIT G

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | **PROMESA** |
| | **Title III** |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | **No. 17 BK 3283-LTS** |
| As a representative of | **(Jointly Administered)** |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | **Re: ECF Nos. 642 [Case No. 17-3284]** |
| **Debtors.**[1] | **Hearing date:** December 11, 2019 at 9:30 a.m. (AST) |
| | **Objections filed:** none |

## SUPPLEMENTAL OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR COFINA FINAL FEE PERIOD

This matter coming before the Court on the final fee application Dkt. No. 642 [Case No. 17-3284] the ("**Application**") indicated as "Recommended for Approval" on the attached **Exhibit B**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicant for the specific period of time set forth in the Application (the "**Compensation Period**"); filed in accordance with the *Order*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. ____]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications, and no objections having been filed; now therefore

      IT IS HEREBY ORDERED THAT:

    1.     The application listed on the attached **Exhibit B** is GRANTED on a final basis with the adjustments outlined therein. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay, on a final basis, to the applicant listed on **Exhibit B** 100 percent of the fees and 100 percent of the expenses listed under the columns "Final Fees Recommended for Approval."

    2.     Pursuant to the Fee Examiner's report, the final fee applications listed on **Exhibit E** of the report, [Dkt. Nos. 640 [Case No. 17-3284], 7341 [Case No. 17-3284 Dkt.

2

No. 639], 7428 [Case No. 17-3284 Dkt. No. 644], 7717, 7973, and 8512] remain adjourned for consideration at a later hearing date.

    SO ORDERED.

Dated: December \_\_\_\_, 2019

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

21559862.1