## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACQLAND MANAGEMENT & CONSULTING GROUP, INC.<br>P.O. BOX 22066<br>UNIVERSITY STATION<br>SAN JUAN, PR 00931 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69515 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de San Juan and Departamento Diseño Urbano y Desarrollo de Proyectos, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36259 | $ 5,400.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudaciones de Ingresos Municipales, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AP CONSTRUCTION Y/O ALMACÉN DE PUERTAS, INC.<br>PO BOX 800459<br>COTO LAUREL, PR 00780-0459 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25480 | $ 45,377.89 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BEC CO. INC. D/B/A EMPACADORA HILL BROTHERS<br>FERREIRA CINTRON LAW OFFICES, P.S.C.<br>PMB 274, 405 ESMERALDA AVENUE, SUITE 2<br>GUAYNABO, PR 00969 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6332 | $ 19,999.59 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración de Servicios Médicos, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23498 | $ 3,597.81 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración de Seguros de Salud, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>ATTN: GRACIELA VAZQUEZ<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23058 | $ 1,305.03 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25460 | $ 3,207.84 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de los Puertos de Puerto Rico, which is not part of the Title III proceedings.

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28147 | $ 2,710.14 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28053 | $ 1,731.50 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28057 | $ 20,075.86 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28106 | $ 2,720.03 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudaciones de Ingresos Municipales, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49795 | $ 143.90 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico - Cayey, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 25952 | $ 3,180.74 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autopistas Metropolitanas de Puerto Rico, LLC, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | CORREA APONTE, LAWRENCE<br>PMB 114<br>425 CARR 693<br>DORADO, PR 00646 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6352 | $ 4,800.70 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio de Arecibo, which is not part of the Title III proceedings.

Seventy-Seventh Omnibus Objection
Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | DANOSA CARIBBEAN INC<br>LOTE 29<br>COMPLEJO INDUSTRIAL LUCHETTI<br>BAYAMON, PR 00961 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132838 | $ 44,288.26 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de los Puertos de Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | DIAZ MASSO, FRANCISCO<br>BERMUDEZ, LONGO, DIAZ-MASSO, LLC<br>P O BOX 192596<br>SAN JUAN, PR 00919 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60525 | $ 275,711.94 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153425 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Compañía de Fomento Industrial, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | DOWNTOWN DEVELOPMENT, CORP.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 5/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27262 | $ 70,729.15 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración de Compensaciones por Accidentes de Automóviles, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42543 | $ 374.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Hospital UPR - Dr. Federico Trilla, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44548 | $ 45.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio de Dorado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44550 | $ 40,118.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio de Arroyo, which is not part of the Title III proceedings.

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44513 | $ 978.98 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de Caguas, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44644 | $ 7,650.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Banco Gubernamental de Fomento para Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48023 | $ 8,456.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52999 | $ 481.23 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Programa WIC Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | DUENAS TRAILERS RENTAL INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45253 | $ 4,218.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico - Division Pre-Intervención, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | DUENAS TRAILERS RENTAL, INC<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44516 | $ 22,115.50 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de San Juan, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44553 | $ 1,968.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

## Seventy-Seventh Omnibus Objection
## Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | DUENAS TRAILERS RENTAL, INC.<br>ATTN: JUDITH DUENAS PENA<br>DIRECTORA DPTO CREDITO Y COBROS<br>P.O. BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44564 | $ 43,941.80* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de San Juan, which is not part of the Title III proceedings. | | | | | |
| 30 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44576 | $ 396.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Guardia Costanera, which is not part of the Title III proceedings. | | | | | |
| 31 | DUENAS TRAILERS RENTAL, INC.<br>ATTN: JUDITH DUENAS PENA<br>DIRECTORA DPTO CREDITO Y COBROS<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44593 | $ 1,811.12 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad del Distrito del Centro de Convenciones, which is not part of the Title III proceedings. | | | | | |
| 32 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44509 | $ 2,680.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico - Carolina - Division Pre-Intervención, which is not part of the Title III proceedings. | | | | | |
| 33 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46347 | $ 3,861.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings. | | | | | |
| 34 | DUENAS TRAILERS RENTAL, INC.<br>P.O. BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44538 | $ 47,289.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de San Juan, which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR 00715 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7692 | $ 32,554.49 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Instituto de Cultura Puertorriqueña, which is not part of the Title III proceedings. | | | | | |
| 36 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR 00715 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7386 | $ 48,402.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de Ponce, which is not part of the Title III proceedings. | | | | | |
| 37 | FE-RI CONSRUCTION, INC.<br>WEINSTEIN-BACAL, MILLER & VEGA, PSC<br>GONZALEZ PADIN BUILDING - PENTHOUSE<br>154 RAFAEL CORDERO STREET<br>SAN JUAN, PR 00901 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14540 | $ 1,044,145.53 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Instituto de Cultura Puertorriqueña, which is not part of the Title III proceedings. | | | | | |
| 38 | GRAFE CONSTRUCTION CORP<br>ADALBERTO FELICIANO CRESPO<br>RR 2 BOX 4160<br>ANASCO, PR 00610 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14307 | $ 203,210.75 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio de Las Marias, which is not part of the Title III proceedings. | | | | | |
| 39 | HCC FACILITY & UTILITIES SERVICE DIVISION INC<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14225 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings. | | | | | |
| 40 | HERNANDEZ-BAUZA, PSC, ARQUITECTOS<br>P. O. BOX 361090<br>SAN JUAN, PR 00963-1090 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4209 | $ 8,687.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings. | | | | | |
| 41 | HERNANDEZ-BUAZA, PSC, ARQUITECTOS<br>PO BOX 361090<br>SAN JUAN, PR 00936-1090 | 3/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2582 | $ 8,687.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | LABORATORIO CLINICO Y BAC RODRIGUEZINC<br>100 CALLE JOSE C BARBOSA<br>LAS PIEDRAS, PR 00771 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8435 | $ 13,942.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporación del Fondo del Seguro del Estado, which is not part of the Title III proceedings. | | | | | |
| 43 | LIBERTY CABLEVISION OF PUERTO RICO LLC<br>C/O ORLANDO FERNANDEZ, ESQ.<br>#27 CALLE GONZALEZ GIUSTI STE 300<br>GUAYNABO, PR 00968-3076 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18909 | $ 142.56 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sistema de Retiro Para Maestros, which is not part of the Title III proceedings. | | | | | |
| 44 | LIBERTY CABLEVISION OF PUERTO RICO LLC<br>C/O ORLANDO FERNANDEZ, ESQ.<br>#27 CALLE GONZALEZ GIUSTI STE 300<br>GUAYNABO, PR 00968-3076 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18704 | $ 127.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sistema de Retiro Para Maestros, which is not part of the Title III proceedings. | | | | | |
| 45 | LLUCH GARCIA, JOSE F<br>PO BOX 523<br>SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5382 | $ 11,565.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Banco Gubernamental de Fomento para Puerto Rico, which is not part of the Title III proceedings. | | | | | |
| 46 | LUIS JIMENEZ, PEDRO<br>ST 1, C-11, ESTANCIAS DE SAN FERNANDO<br>CAROLINA, PR 00985 | 4/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5782 | $ 1,950.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Banco Gubernamental de Fomento para Puerto Rico, which is not part of the Title III proceedings. | | | | | |
| 47 | MUNOZ BAEZ, JOSE M<br>PO BOX 3752<br>MAYAGUEZ, PR 00681 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114414 | $ 33,450.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio de Mayaguez, which is not part of the Title III proceedings. | | | | | |
| 48 | NEW ENGLAND SINAI HOSPITAL AND REHAB CENTER<br>150 YORK CENTER<br>STOUGHTON, MA 02072 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11849 | $ 59,124.44 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Medicare Y Medicaid, which is not part of the Title III proceedings. | | | | | |

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | OSBA MANAGEMENT CORPORATION<br>BOX 337<br>VEGA BAJA, PR 00694 | 2/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168150 | $ 3,520.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | PERFECT ELECTRIC SERV CONTRACTOR<br>RIO BLANCO<br>PO BOX 829<br>NAGUABO, PR 00744-0829 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16232 | $ 54,961.74 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth. Proof of Claim and supporting documentation only show liability between Claimant and Instituto de Cultura Puertorriqueña, which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | PREPA NETWORKS, LLC<br>PO BOX 16636<br>SAN JUAN, PR 00908-6636 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27987 | $ 25,459.50 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de los Puertos de Puerto Rico, which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | PROFESSIONAL MICROFILM & IMAGING, INC.<br>ERNESTO VALDERAS<br>PO BOX 366238<br>SAN JUAN, PR 00936 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30228 | $ 42,695.69 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico, which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | PROJECT MANAGEMENT SERVICES PSC<br>1336 CALLE SALUD<br>PONCE, PR 00717 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47194 | $ 5,150.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | PRWG<br>CORUJO INDUSTRIAL PARK<br>ROAD 866<br>BAYAMON, PR 00961 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47448 | $ 1,600.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | RAFAEL ROIG Y ASOCIADOS<br>PMB 538<br>138 WINSTON CHURCHILL AVE<br>SAN JUAN, PR 00926-6023 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14164 | $ 9,600.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Fiscal Agency and Financial Advisory Authority, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | REYNALDO RODRIGUEZ LLAUGER, MD<br>R.R. LL NEUROBEHAVIORAL & MEDICAL CONSULTANTS, CSP<br>PO BOX 193127<br>SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17030 | $ 44,200.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporación del Fondo del Seguro del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | RODGANCONSTRUCTION CORP<br>310 SAN FRANCISCO SUITE 32<br>SAN JUAN, PR 00901 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89862 | $ 145,946.79 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Fideicomiso Perpetuo para las Comunidades Especiales and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | ROYAL 2000 RENTAL & LEASING, CORP.<br>VELAZQUEZ-TRAVIESO ABOGADOS, PSC<br>PO BOX 9023580<br>SAN JUAN, PR 00902-3580 | 4/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7724 | $ 124,009.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico - Mayagüez, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | SONELL, TRANSPORTE<br>BO CELADA CARR 181<br>HC 3 BOX 34471<br>GURABO, PR 00778 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162256 | $ 20,011.15 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad Metropolitana de Autobuses, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | TECHNICAL DISTRIBUTORS<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25850 | $ 96,155.75 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de San Juan, which is not part of the Title III proceedings.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34391 | $ 23,614.98 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de San Juan, which is not part of the Title III proceedings. | | | | | |
| 62 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32072 | $ 1,200.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico en Bayamon, which is not part of the Title III proceedings. | | | | | |
| 63 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34377 | $ 3,975.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociación de Empleados del Estado Libre Asociado de Puerto Rico, which is not part of the Title III proceedings. | | | | | |
| 64 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34388 | $ 1,725.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración de Compensaciones por Accidentes de Automóviles, which is not part of the Title III proceedings. | | | | | |
| 65 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970-3826 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34392 | $ 42,450.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autónomo de San Juan, which is not part of the Title III proceedings. | | | | | |
| 66 | TRANSPORTE SONNELL<br>ALDACONDO & LOPEZ BRAS<br>ALB PLAZA SUITE 400<br>16 RD. 199<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161625 | $ 890.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico, Río Piedras, which is not part of the Title III proceedings. | | | | | |
| 67 | TROPICAL ASPHALT SOLUTIONS CORP<br>98 RUTA 25<br>ISABELA, PR 00662 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36105 | $ 37,667.39 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio de Arecibo, which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Seventh Omnibus Objection
### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5480 | $ 125,713.74 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and La Corporación del Centro Cardiovascular de Puerto Rico y del Caribe, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20532 | $ 8,886.16 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporación del Fondo del Seguro del Estado, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19609 | $ 492,527.99 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro Comprensivo de Cáncer, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | VAZ CONTRACTOR , INC.<br>PO BOX 175 MERCEDITA<br>PONCE, PR 00715-0000 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15046 | $ 10,257.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Banco Gubernamental de Fomento para Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32227 | $ 3,817.85 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico en Ponce, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42252 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico, which is not part of the Title III proceedings.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Seventh Omnibus Objection
## Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | ZIMMETRY ENVIROMENTAL MANAGEMENT<br>PO BOX 3545<br>BAYAMON, PR 00958 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55640 | $ 11,449.20 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, which is not part of the Title III proceedings.

| | | TOTAL | $ 3,494,836.19* |
|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts