**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DE** *[insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos]\**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

------------------------------------------------------------- X

In re:

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III

  como representante de : Caso Núm. 17-BK-3283 (LTS)

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et* : (Administrado Conjuntamente)
*al.*,

  Deudores.[13]

------------------------------------------------------------- X

EPÍGRAFE DE PROCEDIMIENTO ADVERSATIVO

------------------------------------------------------------- X

**NOTIFICACIÓN DE PROCEDIMIENTOS INICIALES PARA
EL CARGO UNO DE LA DEMANDA, INCLUYENDO LA FECHA LÍMITE PARA
PRESENTAR AVISO DE COMPARECENCIA**

---

[13] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iii) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (iv) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]*

**Instrucciones para Notificar y Presentar el Aviso de Participación:** Este Aviso de Participación tiene que ser (i) notificado mediante correo electrónico a las Partes a Notificar establecidas en el párrafo 8 de los Procedimientos para Objeciones, y (ii) presentado electrónicamente ante el Tribunal de Distrito conforme a sus procedimientos de presentación electrónica de casos. **Si el Participante no tiene representación legal, el Participante puede someter una copia en papel de este Aviso de Participación ante el Tribunal de Distrito mediante correo o entregado a la mano a: Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767.**

*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]*

Este Aviso de Participación tiene que ser notificado y presentado en o antes del [*insertar fecha 40 días a partir de notificación de la orden*] siguiendo las instrucciones que se encuentran al final de este documento.

En ausencia de un permiso concedido por el Tribunal de Distrito luego de mostrar justa causa, cualquier parte que tenga conocimiento de los Procedimientos Iniciales para Objeciones pero (a) no presenta un Aviso de Participación, o (b) presenta un Aviso de Participación luego del [*insertar fecha 40 días después de la notificación de la Orden*] de 2019, estará impedida de presentar mociones separadas con respecto a las Objeciones a Reclamaciones (según se definen en los Procedimientos Iniciales para Objeciones), incluyendo presentar cualquier Objeción Adicional a Reclamaciones (según se define en los Procedimientos Iniciales para Objeciones).

La parte identificada a continuación ("Participante"), por la presente notifica al Comité Oficial de Acreedores No Asegurados, al Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico, a la Junta de Supervisión y Administración Financiera para Puerto Rico, al Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, que tiene la intención de participar en el litigio de las Objeciones a Reclamaciones con respecto a los bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE").

Para garantizar todos los derechos de participación en el litigio de las Objeciones a Reclamaciones, el Participante provee toda la información solicitada en los incisos 1 al 3 a continuación:

1. Información de contacto del Participante, incluyendo correo electrónico, y el de su representante legal, si alguno:

| **Nombre del Participante e Información de Contacto** | **Información de Contacto de la Representación Legal (si alguna)** |
|---|---|
| _____ Nombre del Participante | _____ Nombre de la firma (si aplica) |
| _____ Persona contacto (si el Participante no es un individuo) | _____ Persona contacto |
| _____ Correo electrónico | _____ Correo electrónico |
| _____ Dirección línea 1 | _____ Dirección línea 1 |

2

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL** [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]*

_____     _____
Dirección línea 2                Dirección línea 2


_____     _____
Ciudad, Estado, Código Postal    Ciudad, Estado, Código Postal


_____     _____
País                             País

2. El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

    _____ pretende **apoyar** el remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **inválidos**); *o*

    __X__ pretende **oponerse** al remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **válidos**).

3. Si el Participante no es tenedor de un Bono SRE, puede saltar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos SRE, el Participante tiene que responder a los siguientes párrafos (a) y (b) según el mejor conocimiento del Participante.

    (a) Provea el número CUSIP de todos los Bonos SRE del Participante:

    

    (b) ¿El Participante compró alguno de sus Bonos SRE, total o parcialmente, en el mercado secundario?  SI o **NO** (por favor, **circule uno**).

Por: _/s/ Francisco Fernandez_____
   Firma

_FRANCISCO Fernandez_
Nombre en letra de molde

_____
Título (si el Participante no es un individuo)

_Dec. 2, 2019, (12-2-2019)_
Fecha

3

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DE** *[insertar fecha 40 días a partir de notificación de orden dando lugar a moción de procedimientos]*\*

   Usted está recibiendo esta notificación porque usted (o su cliente) es un demandado en el procedimiento adversativo de epígrafe iniciado por el Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico (el "CER") y el Comité Oficial de Acreedores No Asegurados (el "Comité de Acreedores", junto al CER, los "Demandantes"), donde los Demandantes buscan, entre otras cosas, recuperar dineros pagados a usted o a su beneficio con respecto a los bonos emitidos por el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE"). Por favor note que, además del procedimiento adversativo de epígrafe, los Demandantes incoaron seis otros procedimientos adversativos (conjuntamente con el procedimiento adversativo en epígrafe, las "Acciones") contra otros demandados (cada demandado, un "Demandado PA") por esencialmente los mismos motivos. El cargo uno de cada demanda (las "Alegaciones del Cargo Uno") presentada en las Acciones (cada demanda, un "Demanda PA") alega que los Bonos SRE fueron emitidos *ultra vires*. *Véase* Pro. Adv. Núm. 19-355, 19-356, 19-357, 19-358, 19-359, 19-360 y 19-361.

   Por favor note que, además de las Acciones, (i) el Comité de Acreedores ha presentado objeciones, cada una fechada al 12 de marzo de 2019 [Caso Núm. 17-bk-3283, Dkt. No. 5580 y 5586; Caso Núm. 17-bk-3566, Dkt. Núm. 381 y 384] (conjuntamente, las "Objeciones del Comité de Acreedores"), a las reclamaciones incoadas por tenedores de Bonos SRE (los "Tenedores de Bonos SRE"); y (ii) el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico (el "Comité de Retirados", junto al Comité de Acreedores, los "Comités") ha presentado una objeción, fechada al 23 de abril de 2019, a reclamaciones incoadas por Tenedores de Bonos SRE [Caso Núm. 17-bk-3283, Dkt. Núm. 6482; Caso Núm. 17-bk-3566, Dkt. Núm. 469] (la "Objeción del Comité de Retirados", y, junto a las Objeciones del Comité de Acreedores, las "Objeciones de los Comités").[14] Las Objeciones de los Comités alegan que los Bonos SRE fueron emitidos *ultra vires*. La Objeción del Comité de Retirados también arguye que todas las Reclamaciones de Bonos SRE que han sido o pueden ser incoadas contra el ELA también son inválidas por motivos *ultra vires*, entre otros motivos.

   Por favor también note que el _____ de 2019, el Tribunal de Distrito aprobó ciertos procedimientos iniciales con respecto al litigio de las objeciones a las Reclamaciones de Bonos SRE ("Procedimientos Iniciales para Objeciones") estableciendo un procedimiento para que las partes participen en las objeciones a las Reclamaciones de Bonos SRE (como se definen en los Procedimientos Iniciales para Objeciones). A tenor con los Procedimientos Iniciales para Objeciones, en la medida en que aún no lo ha hecho, <u>usted está obligado</u> a presentar un Aviso de Comparecencia en la Acción correspondiente en o antes del *[insertar fecha 40 días a partir de la notificación de la orden]* ("Fecha Límite de Participación").

   En ausencia de un permiso concedido por el Tribunal de Distrito luego de mostrar justa causa, si (a) no presenta un Aviso de Comparecencia, o (b) presenta un Aviso de Comparecencia luego de la Fecha Límite de Participación, estará impedido de presentar mociones separadas relacionadas a las Objeciones a Reclamaciones (como se definen en los Procedimientos Iniciales para Objeciones), incluyendo presentar cualquier Objeción

---

[14] Si usted aún es tenedor de Bonos SRE, debe también recibir una notificación separada sobre las Objeciones a Reclamaciones.

*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DE *[insertar fecha 40 días a partir de notificación de orden dando lugar a moción de procedimientos]*

Adicional a Reclamaciones (como se define en los Procedimientos Iniciales para Objeciones).

En este momento no hay un calendario establecido para someter alegatos con respecto a las Alegaciones del Cargo Uno o alguna otra objeción a las Reclamaciones de Bonos SRE. No obstante, favor tome nota que se espera que se establezca prontamente un calendario para presentar alegatos sobre las Alegaciones del Cargo Uno y otras objeciones a Reclamaciones de Bonos SRE.

[bloque de firmas de cada demanda]