Francisco Fernando Ruiz
Resid. Actos de la Policía
1600 Ramal 842, Apto. 806
San Juan, P.R. 00926-9651

RECEIVED & FILED
2019 DEC -4 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria del Tribunal de Distrito
de los E.U. para el Distrito de P.R.
Oficina 150 del Edificio Federal
150 Avenida Carlos Chardón
San Juan, P.R. 00918-1767