UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
|---|---|

## MOTION TO INFORM APPEARANCE OF CANTOR-KATZ COLLATERAL MONITOR, LLC AT OMNIBUS HEARING SCHEDULED FOR DECEMBER 11-12, 2019

**TO THE HONORABLE COURT:**

**COMES NOW**, Cantor-Katz Collateral Monitor, LLC (the "Collateral Monitor"), by and through its undersigned counsel, hereby submits this motion to inform in compliance with this Honorable Court's *Order Regarding Procedures for Attendance, Participation and Observation of December 11-12, 2019 Omnibus Hearing* [Dkt. No. 9388] (the "Hearing Procedures Order"), and respectfully states as follows:

1. Douglas S. Mintz and/or Peter J. Amend, of Orrick, Herrington & Sutcliffe LLP, may appear in person on behalf of the Collateral Monitor at the Hearing (as defined in the Hearing Procedures Order) on December 11-12, 2019 in Courtroom 3 of the United States District Court

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747). and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

for the District of Puerto Rico, 150 Chardon Street, Federal Building, San Juan, Puerto Rico. (the "San Juan Courtroom")

2. Mr. Mintz and/or Mr. Amend may present argument related to the Interim Report and Recommendation of the Mediation Team [Dkt. No. 9365] and any other related response or pleading thereafter submitted.

3. Mr. Mintz and/or Mr. Amend, on behalf of the Collateral Monitor, also reserve the right to address the Court with respect to any other matter set forth in the Agenda to be filed by the Oversight Board on December 9, 2019. The Collateral Monitor, through its counsel, further reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III cases.

4. Carmen D. Conde Torres, Esq. and Luisa S. Valle Castro, Esq. will attend the hearing and be seated at in the San Juan courtroom.

**WHEREFORE**, for the foregoing reasons, the Collateral Monitor respectfully requests that this Honorable Court take notice of its compliance with the Hearing Procedures Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of December 2019.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

/s/Carmen D. Conde Torres
Carmen D. Conde Torres, Esq.
USDC 207312

/s/Luisa S. Valle Castro
Luisa S. Valle Castro, Esq.
USDC No. 215611

**C. CONDE & ASSOC.**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900;
Facsimile: 787-729-2203
E-mail:condecarmen@condelaw.com
*Counsel for Cantor-Katz Collateral Monitor, LLC*

/s/ Douglas S. Mintz
Douglas S. Mintz, Esq.
(admitted pro hac vice)

/s/ Peter J. Amend
Peter J. Amend, Esq.
(admitted pro hace vice)

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for Cantor-Katz Collateral Monitor LLC,*

3