```
                                              :COUNT DIST.
                                              )00000000000
Court Name: District Court
Division: 1
Receipt Number: PRX100068607
Cashier ID: arodrigu
Transaction Date: 12/05/2019
Payer Name: MCCONNELL VALDES LLC
-----------------------------------
PRO HOC VICE
 For: MCCONNELL VALDES LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 123004
 Amt Tendered:  $300.00
-----------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF
STHEPHEN J. DELLA-PENNA

THRU: ROBERTO C. QUINONES-RIVERA
```