**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ――――――――――――――――――――――― ) | |
| In re: ) | |
| ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, ) | |
| as representative of ) | Case No. 3:17-bk-03283 (LTS) |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ――――――――――――――――――――― X | |
| ) | |
| In re: ) | |
| ) | |
| THE FINANCIAL OVERSIGHT AND ) | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO ) | Title III |
| ) | |
| as representative of ) | Case No. 3:17-cv-01685 (LTS) |
| ) | Case No. 3:17-bk-03566 (LTS) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| GOVERNMENT OF THE COMMONWEALTH OF ) | |
| PUERTO RICO, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ----------------------------------------------------------------- x | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) SS: |
| COUNTY OF CUYAHOGA | ) |

Monika T. Barrios, being duly sworn, deposes and says:

    1.   I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland,

Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned

cases.

NAI-1510281748v1

2.   On December 3, 2019, an employee of Jones Day caused a copy of the following

to be served:

- *Reply In Support of Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Appointment as Trustees Under 11 U.S.C. § 926* (the "Reply") [Case No. 17-03283, Docket No. 9391 and Case No. 17-03566, Docket No. 733]

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on

the service list attached hereto as Exhibit A.

3.   On December 4, 2019, I caused a copy of the Reply to be served via e-mail upon

the parties listed on the service list attached hereto as Exhibit B.

4.   On December 5, 2019, I caused the Reply to be served via U.S. First Class Mail

upon the parties listed on the service list, attached hereto as Exhibit C.

/s/ Monika T. Barrios
Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 5th day of December 2019

/s/ Mark Walters
Mark Walters, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires August 26, 2020

## Exhibit A

aaa@mcvpr.com;
aaneses@cstlawpr.com;
abhishek.kalra@lehmanholdings.com;
abyowitz@kramerlevin.com;
acasellas@amgprlaw.com;
acasepr@gmail.com;
acaton@kramerlevin.com;
acevedovila1@gmail.com;
acordova@juris.inter.edu;
acouret@smlawpr.com;
adam.goldberg@lw.com;
adeliz@smlawpr.com;
Adiaz@cnrd.com;
adtoro@pico-blanco.com;
afernandez@delgadofernandez.com;
agestrella@estrellallc.com;
AGlenn@kasowitz.com;
agraitfe@agraitlawpr.com;
ajb@bennazar.org;
ajimenez@ajlawoffices.com;
AKHerring@wlrk.com;
akissner@mofo.com;
alavergne@lsplawpr.com;
alavergne@sanpir.com;
alex@fuenteslaw.com;
alexandra.bigas@gmail.com;
alexbongartz@paulhastings.com;
alinares2020@yahoo.com;
allan.brilliant@dechert.com;
amiller@milbank.com;
Ana.chilingarishvili@maslon.com;
andres@awllaw.com;
andrewtenzer@paulhastings.com;
anevares@nsaclaw.com;
angela.libby@davispolk.com;
anthonybuscarino@paulhastings.com;
antoniofuentesgonzalez@yahoo.com;
anunez@smlawpr.com;
apavel@omm.com;
aperez@kpmg.com;
apico@jgl.com;
arizmendis@reichardescalera.com;
arosenberg@paulweiss.com;
arotger@scvrlaw.com;

Arthursail@stny.rr.com;
Arwolf@wlrk.com;
asantiago@amgprlaw.com;
asociaciongerencialescfse@gmail.com;
auetz@foley.com;
ausubopr88@gmail.com;
avalencia@cnrd.com;
avb@sbgblaw.com;
ayanez@willkie.com;
bankruptcynoticeschr@sec.gov;
barrios.jl@outlook.com;
bbennett@jonesday.com;
bbobroff@proskauer.com;
bchew@brownrudnick.com;
belkgrovas@gmail.com;
beth@feganscott.com;
bfriedman@stblaw.com;
bgm.csp@bennazar.org;
bguzina@sidley.com;
bheifetz@jonesday.com;
bill.natbony@cwt.com;
bill.pentelovitch@maslon.com;
bjquintana@quintanapr.com;
bkfilings@fortuno-law.com;
blair.warner@sidley.com;
bmd@bmdcounselors.com;
boneill@kramerlevin.com;
bos-bankruptcy@hklaw.com;
bpastuszenski@goodwinlaw.com;
Brian.klein@maslon.com;
brian.pfeiffer@whitecase.com;
brian.resnick@davispolk.com;
BRosen@proskauer.com;
brosenblum@jonesday.com;
bufetefrgonzalez@gmail.com;
buzz.rochelle@romclaw.com;
cabruens@debevoise.com;
cacuprill@cuprill.com;
califf@alblegal.net;
c-aquino@prepa.com;
Carla.garcia@oneillborges.com;
carla.rodriguezbernier@yahoo.com;
carlos.iguina@multinationalpr.com;
carlos.lugo@saldanalaw.com;

carloscardonafe@hotmail.com;
carloslsuarez@gmail.com;
carlosvergne@aol.com;
carmen.herrero@prepa.com;
casey.servais@cwt.com;
castilloricardo977@gmail.com;
cbg@bobonislaw.com;
cbrown@goodwinlaw.com;
ccuprill@cuprill.com;
cdipompeo@jonesday.com;
CEO@aafaf.pr.gov;
cetj@maaspr.com;
cfebus@proskauer.com;
cgarcia@garciariveralaw.com;
cgray@reedsmith.com;
chardman@winston.com;
charliehernandezlaw@gmail.com;
chris.maddux@butlersnow.com;
christopher.connolly@usdoj.gov;
christopher.harris@lw.com;
cintrongarcialaw@gmail.com;
clarisasola@hotmail.com;
Clark.whitmore@maslon.com;
claudia.quinones@indianowilliams.com;
Clearyd@gtlaw.com;
cmechling@stroock.com;
condecarmen@condelaw.com;
contact@genesissecuritypr.com;
corraldieg@gmail.com;
courtneyrcarroll@gierbolinicarroll.com;
craigmcc@me.com;
crodriguez-vidal@gaclaw.com;
csloane@whitecase.com;
cspringer@reedsmith.com;
csteege@jenner.com;
cvelaz@mpmlawpr.com;
cwedoff@jenner.com;
damarisqv@bufetequinones.com;
daniel.bustos@excelerateenergy.com;
daniel.connolly@bracewell.com;
Daniel.Egan@ropesgray.com;
daniel.elkort@patternenergy.com;
daniel.lanigan@hoganlovells.com;
daniel.perez@oneillborges.com;
danielsalinas@quinnemanuel.com;
david.elbaum@stblaw.com;

david.indiano@indianowilliams.com;
david.lawton@morganlewis.com;
david.powlen@btlaw.com;
davidcarrionb@aol.com;
dbatlle@cstlawpr.com;
dblabey@kramerlevin.com;
dbuckley@kramerlevin.com;
dburke@robbinsrussell.com;
dbussel@ktbslaw.com;
dcantor@omm.com;
ddunne@milbank.com;
deindprcorresp@mad.uscourts.gov;
delapena.sylvia@gmail.com;
dg@g-glawpr.com;
dgooding@choate.com;
diazsotolaw@gmail.com;
dkaron@karonllc.com;
dmolinalaw@gmail.com;
dmonserrate@msglawpr.com;
donald.bernstein@davispolk.com;
Donna.Maldonado@popular.com;
dortiz@elpuente.us;
Douglas.Hallward-
Driemeier@ropesgray.com;
dperez@cabprlaw.com;
dperez@omm.com;
drodriguez.alb@gmail.com;
drodriguez@alblegal.net;
dschlecker@reedsmith.com;
dvelawoffices@gmail.com;
Eakleinhaus@wlrk.com;
ealdarondo@alblegal.net;
ealdarondo@alblegal.net;
ealmeida@almeidadavila.com;
ebarak@proskauer.com;
Edgardo_barreto@yahoo.com;
eduardo@cobianroig.com;
edward.linden@stblaw.com;
efl@bobonislaw.com;
ehernandez@lawservicespr.com;
ejcr@corretjerlaw.com;
elian.escalante@gmail.com;
ellen.halstead@cwt.com;
emaldonado@smlawpr.com;
emckeen@omm.com;
emil@mlrelaw.com;

emontull@cstlawpr.com;
emunozPSC@gmail.com;
epo@amgprlaw.com;
erb@rodriguezbinetlaw.com;
eric.brunstad@dechert.com;
erickay@quinnemanuel.com;
ericwinston@quinnemanuel.com;
erovira@polymerpr.com;
escalera@reichardescalera.com;
eschaffer@reedsmith.com;
estudiolegalrivera2@gmail.com;
etejeda@splawpr.com;
etulla@riveratulla.com;
eweisfelner@brownrudnick.com;
eworenklein@debevoise.com;
ezm@mcvpr.com;
fdearmas@ciacpr.com;
fecolon@colonramirez.com;
ferraric@ferrarilawpr.com;
fgierbolini@msglawpr.com;
figueroaymorgadelaw@yahoo.com;
filippetti_r@hotmail.com;
finanzas@asg.pr.gov;
fingerk@gtlaw.com;
fjramos@martilaw.com;
fmontanezmiran@yahoo.com;
fpabon@lvvlaw.com;
francisco.delcastillo@bennazar.org;
fserra@sampr.com;
fsilva@claropr.com;
FSosnick@Shearman.com;
gabriel.morgan@weil.com;
gacarlo@carlo-altierilaw.com;
gaclegal@gmail.com;
gar@crlawpr.com;
garciamirandalaw@gmail.com;
gbrenner@proskauer.com;
geisenberg@perkinscoie.com;
gerardopavialaw@msn.com;
ghorowitz@kramerlevin.com;
gkurtz@whitecase.com;
GLee@mofo.com;
glenncarljameslawoffices@gmail.com;
gls@lopezsolerlaw.com;
gmainland@milbank.com;
gmchg24@gmail.com;

gonzalezbadillo@gmail.com;
goplerud@sagwlaw.com;
gorseck@robbinsrussell.com;
gpavia@pavialazaro.com;
gpaz@populicom.com;
gramlui@yahoo.com;
gregory.silbert@weil.com;
gspadoro@csglaw.com;
gstewart@jonesday.com;
gviviani@sanpir.com;
handuze@microjuris.com;
harlawpr@gmail.com;
haynesn@gtlaw.com;
hburgos@cabprlaw.com;
hector.mayol@bennazar.org;
hector.saldana@saldanalaw.com;
hermann.bauer@oneillborges.com;
hernandezrodriguezlaw@gmail.com;
howard.hawkins@cwt.com;
hreynolds@delvallegroup.net;
Huttonj@gtlaw.com;
hvaldes@v-olaw.com;
hvicente@vclawpr.com;
hwalker@gibsondunn.com;
iacosta@renocavanaugh.com;
icabrera@riveratulla.com;
icastro@alblegal.net;
ifullana@gaflegal.com;
ileanaortix@outlook.com;
info@NSACLAW.com;
ioliver@ccsllp.com;
iperez@jonesday.com;
irg@roldanlawpr.com;
irm@roldanlawpr.com;
ivan.llado@mbcdlaw.com;
ivandialo2001@yahoo.com;
ivonnegm@prw.net;
jaclyn.hall@cwt.com;
jaimeenriquecruzalvarez@gmail.com;
jalonzo@proskauer.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
janebeckerwhitaker@gmail.com;
jareeder@jonesday.com;
JArmstrong@harriscomputer.com;
jarrastia@gjb-law.com;

jason.callen@butlersnow.com;
Jason.reed@maslon.com;
javier.a.vega@gmail.com;
javrua@gmail.com;
Jay.goffman@skadden.com;
jbolian@robbinsrussell.com;
jbrugue@mbbclawyers.com;
jcanfield@stroock.com;
jcasillas@cstlawpr.com;
jchristiansen@gibsondunn.com;
jcunningham@whitecase.com;
jdugan@willkie.com;
Jean.lin@usdoj.gov;
jeff.bjork@lw.com;
jemudd@yahoo.com;
jerichman@proskauer.com;
jessica@bufete-emmanuelli.com;
jesther27@aol.com;
jesus.cuza@hklaw.com;
jeva@valenzuelalaw.net;
jf@cardonalaw.com;
jfeldesman@FTLF.com;
jfigueroa@arroyorioslaw.com;
jfnevares-law@microjuris.com;
jgenovese@gjb-law.com;
jgross@jonesday.com;
jkapp@mwe.com;
jkorn@willkie.com;
JLawlor@wmd-law.com;
JLevitan@proskauer.com;
jlg@joselgarcia.com;
jlgere@gmail.com;
jlopez@constructorasantiago.com;
jmalin@winston.com;
jmenen6666@gmail.com;
jminias@willkie.com;
jmoralesb@microjuris.com;
jmotto@winston.com;
jnazario@martilaw.com;
jnewton@mofo.com;
Jnieves@gonzalezmunozlaw.com;
john.duffey@maslon.com;
johnshaffer@quinnemanuel.com;
jonathan.polkes@weil.com;
jorge@mlrelaw.com;
jorgequintanalajara@gmail.com;

jose.enrico.valenzuela1@gmail.com;
jose.sosa@dlapiper.com;
jpalmore@mofo.com;
jpatton@ycst.com;
JPeck@mofo.com;
JPGLaw@outlook.com;
jpsala_pr@yahoo.com;
Jramirez@amrclaw.com;
jrapisardi@omm.com;
jreyes@sanpir.com;
jreynoso@winston.com;
jrivlin@afscme.org;
jsalichs@splawpr.com;
jsanabria@sbgblaw.com;
jsanchez@bdslawpr.com;
jsanchez@lsplawpr.com;
jsanchez@sanpir.com;
jsanchez@scvrlaw.com;
jsantiago@choate.com;
jsantos@smlawpr.com;
jsoto@jbsblaw.com;
jsuarez@gjb-law.com;
juan@jahrlaw.com;
juan@riverafont.com;
juans@prtc.net;
juans@prtc.net;
julia.mignuccisanchez@gmail.com;
julian.fernandez@metropistas.com;
julio.pagan@g2la.com;
jvankirk@tcmrslaw.com;
jvannah@santandersecurities.com;
jvilarino@vilarinolaw.com;
jvv@wbmvlaw.com;
jwarren@cwplaw.com;
jwc@jwcartagena.com;
jweiss@ktbslaw.com;
jyoungwood@stblaw.com;
jzakia@whitecase.com;
katescherling@quinnemanuel.com;
Kbolanos@cnrd.com;
kcsuria@estrellallc.com;
kcsuria@welo.net;
kdm@romclaw.com;
Keith.Wofford@ropesgray.com;
kelly.diblasi@weil.com;
Kellyrivero@hotmail.com;

kevin.collins@btlaw.com;
kgwynne@reedsmith.com;
khansen@stroock.com;
kklee@ktbslaw.com;
kperra@proskauer.com;
ksheehan@mwe.com;
kstipec@amgprlaw.com;
kurt.mayr@morganlewis.com;
kzecca@robbinsrussell.com;
l.ortizsegura@ploolaw.com;
larroyo@amgprlaw.com;
Laura.A.Hunt@usdoj.gov;
lawlugo1@gmail.com;
lawrence.bauer@nortonrosefulbright.com;
lawrog@gmail.com;
lcancel@nsaclaw.com;
lcdo.carlos.e.riverajustiniano@gmail.com;
lcumpiano@yahoo.com;
ldelacruz@oeg.pr.gov;
legal.fmpr@gmail.com;
lemuel.law@gmail.com;
leticia.casalduc@indianowilliams.com;
Lft@tcmrslaw.com;
lhughes@mofo.com;
liza.burton@lw.com;
lllach@cstlawpr.com;
lmarini@mpmlawpr.com;
Lnegron@kpmg.com;
loliver@amgprlaw.com;
loomislegal@gmail.com;
lpabonroca@microjuris.com;
lrappaport@proskauer.com;
LRappaport@proskauer.com;
lrobbins@robbinsrussell.com;
ls.valle@condelaw.com;
lsaldana@scvrlaw.com
lsb@sbsmnlaw.com;
lshelfer@gibsondunn.com;
lsizemore@reedsmith.com;
ltorres@cstlawpr.com;
lucdespins@paulhastings.com;
luis.vazquez@peerlessoil.com;
luisfredsalgado@hotmail.com;
luislluberas@mvalaw.com;
lypagan@trabajo.pr.gov;
malvarez@mpmlawpr.com;

man@nblawpr.com;
manuel@rodriguezbanchs.com;
marcia.goldstein@weil.com;
margaritalmercado@gmail.com;
maria.baco@msn.com;
mariae.hernandez@prepa.com;
marianifrancolaw@gmail.com;
marielopad@gmail.com;
marivera@riveratulla.com;
mark.ellenberg@cwt.com;
mark.gallagher@usdoj.gov;
mark.mcdermott@skadden.com;
markv@hbsslaw.com;
martin.sosland@butlersnow.com;
martz@afscme.org;
matthewscheck@quinnemanuel.com;
maxtruj@gmail.com;
mbarulli@choate.com;
mbienenstock@proskauer.com;
Mcantor4@mac.com;
mcaruso@csglaw.com;
mcrm100@msn.com;
mcto@debevoise.com;
melgin@jonesday.com;
mevicens@yahoo.com;
Mfb@tcmrslaw.com;
mfeldman@willkie.com;
mfirestein@proskauer.com;
mfredericks@amerintls.com;
mfvelezquiebras@gmail.com;
mguitian@gjb-law.com;
MHackett@proskauer.com;
MHahn@cwsny.com;
mhernandez@scvrlaw.com;
michael.cook@srz.com;
michael.doluisio@dechert.com;
michael.reiss@lw.com;
michaelcomerford@paulhastings.com;
michele.meises@whitecase.com;
migade19@hotmail.com;
miguelgierbolini@gierbolinicarroll.com;
Mimi.M.Wong@irscounsel.treas.gov;
mitch.carrington@butlersnow.com;
mlepelstat@csglaw.com;
mmcgill@gibsondunn.com;
mmercado@mercado-echegaray-law.com;

mmier@cabprlaw.com;
mmo@oronozlaw.com;
Mohammad.Yassin@aafaf.pr.gov;
mpico@rexachpico.com;
mpocha@omm.com;
mrios@arroyorioslaw.com;
mrm@rmlawpr.com;
mroot@jenner.com;
mseidel@willkie.com;
msimonet@msglawpr.com;
mstancil@robbinsrussell.com;
mthibert-ind@mwe.com;
mtrelles@pmalaw.com;
mvazquez@lsplawpr.com;
mvega@senado.pr.gov;
mzerjal@proskauer.com;
n.tactuk@ferrovial.com;
Nathan.bull@cwt.com;
navarro@navarrolawpr.com;
nbaker@stblaw.com;
nhamerman@kramerlevin.com;
nicholasbassett@paulhastings.com;
notificaciones@bufete-emmanuelli.com;
nperez@tcmrslaw.com;
nrickenbach@rickenbachpr.com;
NYROBankruptcy@sec.gov;
nzt@mcvpr.com;
ofernandez@oflawoffice.com;
oramos@pmalaw.com;
orlando.gonzalez@publicisone.com;
orlando1701@gmail.com;
ortizcolonricardo@gmail.com;
Otero_and_assoc@hotmail.com;
Paula.Flowers@TransCore.com
pdechiara@cwsny.com;
peajeinfo@dechert.com;
pedronicot@gmail.com;
penagaricanobrownusdc@gmail.com;
peter.canzano@nortonrosefulbright.com;
pevarfon@gmail.com;
pfriedman@omm.com;
pglassman@sycr.com;
phammer@krcl.com;
pieter.vantol@hoganlovells.com;
pjime@icepr.com;
pjime@lawfirm-pr.com;

pola@frankpolajr.com;
ppossinger@proskauer.com;
prcr@mcvpr.com;
prodriguez@prvlaw.com;
prosol@utier.org;
prwolverine@gmail.com;
pshalhoub@willkie.com;
puertoricoteam@primeclerk.com;
pwm@wbmvlaw.com;
quiebras@elbufetedelpueblo.com;
quilichinipazc@microjuris.com;
r.miranda@rmirandalex.net;
ra@calopsc.com;
rachel.albanese@dlapiper.com;
rachel.mauceri@morganlewis.com;
Rafael.Echevarria@evertecinc.com;
rafael.ortiz.mendoza@gmail.com;
ramon.dapena@mbcdlaw.com;
ramonvinas@vinasllc.com;
rbillings@kmksc.com;
rbonilla@bspr.com;
rbrady@ycst.com;
rburgos@adameslaw.com;
rcamara@ferraiuoli.com;
rcasellas@cabprlaw.com;
rcastellanos@devconlaw.com;
rco@crlawpr.com;
rcq@mcvpr.com;
rcruz@vnblegal.com;
rdesoto@mapfrepr.com;
rdiaz@bdslawpr.com;
rebecabarnes@bufetebarnes.com;
rebecca.cutri-kohart@usdoj.gov;
remmanuelli@me.com;
rfc@thefinancialattorneys.com;
rgf@mcvpr.com;
Rgmason@wlrk.com;
rgordon@jenner.com;
rgtolaw@gmail.com;
rgv@g-glawpr.com;
rhoncat@netscape.net;
rich.katz@torquepointllc.com;
richard.chesley@dlapiper.com;
riverac@reichardescalera.com;
riveraroman@hotmail.com;
rlatorre@delvallegroup.net;

rlevin@jenner.com;
rlm@martilaw.com;
rnies@csglaw.com;
robert.berezin@weil.com;
robert.schnell@faegrebd.com;
robin.keller@hoganlovells.com;
rolando@bufete-emmanuelli.com;
romn1960@gmail.com;
roppenheimer@omm.com;
rortiz@rloclaw.onmicrosoft.com;
rosasegui@yahoo.com;
Roy.purcell@scotiabank.com;
rprats@rpplaw.com;
rrich2@huntonak.com;
rrivera@jgl.com;
rrodriguez@juris.inter.edu;
rschell@msglawpr.com;
rtoro@universalpr.com;
rtorres@torresrodlaw.com;
rvalentin@calopsc.com;
salalawyers@yahoo.com;
sanchez.lebron501@gmail.com;
santilawoffice@yahoo.com;
santos.giancarlo@gmail.com;
Saultoledo22@yahoo.com;
sawbacal@aol.com;
sbest@brownrudnick.com;
sbeville@brownrudnick.com;
scastillo@gaclaw.com;
schristianson@buchalter.com;
scolon@ferraiuoli.com;
scriado@calopsc.com;
secbankruptcy@sec.gov;
serrano.urdaz.law@hotmail.com;
serviceqa@primeclerk.com;
shannon.wolf@morganlewis.com;
skyhighelevators@gmail.com;
smillman@stroock.com;
softedal@choate.com;
squsba@stblaw.com;
sramirez@sarlaw.com;
sratner@proskauer.com;
SSchmidt@kasowitz.com;
ssooknanan@jonesday.com;
stan.ladner@butlersnow.com;
stansoffice@aol.com;

steve@hbsslaw.com;
storres@alblegal.net;
stuart.steinberg@dechert.com;
suarezcobo@gmail.com;
suhland@omm.com;
susheelkirpalani@quinnemanuel.com;
swb@wbmvlaw.com;
sweise@proskauer.com;
swisotzkey@kmksc.com;
tanairapadilla@yahoo.com;
thomas.curtin@cwt.com;
Thomas.g.ward@usdoj.gov;
Thomas.M.Rath@irscounsel.treas.gov;
tmayer@kramerlevin.com;
tmundiya@willkie.com;
tmungovan@proskauer.com;
toby.gerber@nortonrosefulbright.com;
toledo.bankruptcy@gmail.com;
tolson@gibsondunn.com;
tpaterson@afscme.org;
tpennington@renocavanaugh.com;
TRowe@orrick.com;
tuttieguerrero@yahoo.com;
TWelch@kasowitz.com;
ubaldo.fernandez@oneillborges.com;
unionecfse@yahoo.com;
USTP.Region21@usdoj.gov;
valvarados@gmail.com;
vbantnerpeo@buchalter.com;
velez.hector@epa.gov;
ventas@deya.com;
vero@ferraiuoli.pr;
victor.quinones@mbcdlaw.com;
victor@calderon-law.com;
victorriverarios@rcrtrblaw.com;
vizcarrondo@reichardescalera.com;
wardlow.w.benson@usdoj.gov;
wburgos@justicia.pr.gov;
wdalsen@proskauer.com;
wilbert_lopez@yahoo.com;
william.m.vidal@gmail.com;
wlugo@lugomender.com;
wmq@wmarrerolaw.com;
wsmith@mwe.com;
wssbankruptcy@gmail.com;
xavier.carol@abertis.com;

yehuda.goor@dechert.com;
ygc@rclopr.com;
ygc1@prtc.net;
ytoyos@ramostoyoslaw.com;
zacharyrussell@quinnemanuel.com;
zdavila@almeidadavila.com

A–8

## **Exhibit B**

droman@ubarri-romanlaw.com;
drfox@jonesday.com;
lfr@mcvpr.com;
norbertocolonalvarado@yahoo.com;
Paul.lockwood@skadden.com;
SwainDPRCorresp@nysd.uscourts.gov;

**Exhibit C**

| | |
|---|---|
| United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan United States<br>Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 | Hon. Judith G. Dein<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA  02210 |
| AmeriCorps<br>Attn:  Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC  20525 | Antilles Power Depot, Inc.<br>Attn:  Raymond Texidor<br>PO Box 81090<br>Carolina, PR  00981-0190 |
| Office of the United States Trustee<br>for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR  00901-1922 | Integrand Assurance Company<br>Urb. Caparra Heights<br>369 Ensenada<br>San Juan, PR  00920 |
| Department of Defense (DOD)<br>Attn:  Mark Esper<br>1400 Defense Pentagon<br>Washington, DC  20301-1400 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR  00902-0192 |
| Department of Homeland Security (DHS)<br>Attn:  David Pekoske<br>245 Murray Lane., SW<br>Washington, DC  20528-0075 | Department of Energy (DOE)<br>Attn:  Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC  20585 |
| Department of Human and Health Services<br>Attn:  Alex M. Azar II<br>200 Independence Ave, SW<br>Washington, DC  20201 | Department of Housing and<br>Urban Development (HUD)<br>Attn:  Ben Carson<br>451 7th Street, SW<br>Washington, DC  20410 |
| Department of Transportation (DOT)<br>Attn:  Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC  20590 | Department of the Interior (DOI)<br>Attn:  David Bernhardt<br>1849 C St., NW<br>Washington, DC  20240 |
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Department of Veterans Affairs (VA)<br>Attn:  Robert Wilkie<br>810 Vermont Ave., NW<br>Washington, DC  20420 |

| | |
|---|---|
| Federal Emergency Management Agency (FEMA)<br>Attn:  Bob Fenton<br>500 C St., SW<br>Washington, DC  20472 | Jaime Rodríguez Avilés<br>128 Apartamento<br>201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco, PR  00698 |
| Small Business Administration (SBA)<br>Attn:  Linda McMahon<br>409 3rd St., SW<br>Washington, DC  20416 | Federal Communications Commission (FCC)<br>Attn:  Ajit Pai<br>445 12th St., SW<br>Washington, DC  20554 |
| Wanda Vázquez Garced, through the Secretary of Justice<br>The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR  00901 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn:  Rafael M. Santiago-Rosa &<br> Vanessa Medina-Romero<br>PO Box 190095<br>San Juan, PR  00919-0095 |
| U.S. Attorney for the District of Puerto Rico<br>Attn:  Rosa E. Rodriguez-Velez,<br> U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR  00918 | US Army Corps of Engineers<br>Attn:  Todd T. Semonite<br>441 G St., NW<br>Washington, DC  20548 |
| U.S. Department of Commerce<br>Attn:  Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC  20230 | U.S. Department of Agriculture<br>Attn:  Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC  20250 |
| U.S. Department of Health and Services<br>Attn:  Amanda Barlow<br>330 C St., SW<br>Washington, DC  20201 | U.S. Department of Education (ED)<br>Attn:  Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC  20202 |
| U.S. Department of Labor (DOL)<br>Attn:  Eugene Scalia<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC  20210 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC  20001 |
| Metro Pavia Health System<br>Attn:  Zarel J. Soto Abaca<br>PO Box 3180<br>Carolina, PR  00984 | Counsel to PFZ Properties, Inc.<br>Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR  00979-5729 |

| | |
|---|---|
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | Reliable Equipment Corporation<br>Attn: Marylin Del Valle, General Manager<br>PO Box 2316<br>Toa Baja, PR 00951-2316 |
| Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, PR 00908 | Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR 00936-8344 |
| The Unitech Engineering Group S.E.<br>Attn: Ramón Ortiz Carro<br>205 Calle Eleonor Roosevelt<br>San Juan, PR 00918-3096 | Pablo Del Valle Rivera<br>Counsel for Pablo Del Valle Rivera and<br>Maria A. Matinez, Tenants in Common<br>PO Box 2319<br>Toa Baja, PR 00951 |
| Asociación de Profesoras y Profesores<br>del Recinto Universitario de Mayagüez, Inc.<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | Economics and Statistics Administration<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC 20230 |
| Puerto Rico Electric Power Authority<br>Attn: Office of the General Counsel<br>PO Box 364267<br>San Juan, PR 00936-4267 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa, Esq.<br>    Vanessa Medina-Romero, Esq.<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 |
| Alan Friedman<br>124 Lander Ave.<br>Staten Island, NY 10314 | SOMOS, Inc.<br>1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan, PR 00909 |
| Ing. José F. Ortiz Vázquez<br>Autoridad de Energia Electrica<br>PO Box 70151<br>San Juan, Puerto Rico 00936 | Fuentes Law Offices, LLC<br>Attn: Alexis Fuentes Hernández<br>PO Box 9022266<br>San Juan, PR 00902-2726 |
| Liberty Cablevision of Puerto Rico, LLC<br>Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan, PR 00919-2296 | Cohen, Weiss and Simon LLP<br>Attn: Hiram M. Arnaud<br>900 Third Ave<br>21st Floor<br>New York, NY 10022 |

NAI-1510281748v1　　　　　　　　　　　C–3

| | |
|---|---|
| Sepulvado & Maldonado, PSC<br>Attn: José Javier Santos Mimoso,<br>Elaine Maldonado Matias,<br>Aníbal J. Núñez González,<br>Aurivette Deliz Delgado &<br>Albéniz Couret Fuente<br>304 Ave Ponce de Leon, # 990<br>San Juan, PR 00918-2029 | Davidson Kempner Capital Management LP<br>520 Madison Avenue<br>30th Floor<br>New York, NY 10022 |
| Coto & Associates<br>Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago<br>MCS Plaza, Suite 800<br>255 Ponce de León Ave.<br>Hato Rey, PR 00918 | G RG Engineering S E<br>Attn: President or General Counsel<br>Urb. Belisa 1515 Calle Bori<br>San Juan, PR 00928 |
| Carlos Alsina Batista Law Offices, PSC<br>Attn: Carlos C. Alsina Batista<br>1519 Ponce De León Ave.<br>Firstbank Bldg., Suite 513<br>San Juan, PR 00909 | Muniz Burgos Contractors, Corp.<br>Attn: President or General Counsel<br>Condominio Parque De Las Fuentes PH204<br>680 Calle Cesar Gonzalez<br>San Juan, PR 00918-3912 |
| Correction Corporation of America<br>Attn: President or General Counsel<br>10 Burton Hills Boulevard<br>Nashville, TN 37215 | Quintero Construction S E<br>Attn: President or General Counsel<br>Carr 734 Km 0.5 Bo Arenas<br>Cidra, PR 00739 |
| Edgordo Seda Arroyo<br>FCI Fairton<br>Federal Correctional Institution<br>P.O. Box 420<br>Fairton, NJ 08320 | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Sistema de Retiro AEE<br>PO Box 13978<br>San Juan, PR 00908-3978 |
| Puerto Rico Industrial Development Company<br>Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan, PR 00936-2350 | |