# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT DECEMBER 11, 2019 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

UBS Financial Services Incorporated of Puerto Rico ("UBS Financial"), by and through the undersigned counsel, hereby submits this Informative Motion in response to this Honorable

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

Court's *Order Regarding Procedures for Attendance, Participation and Observation of December 11-12, 2019 Omnibus Hearing* [Case No. 17-BK-3283-LTS, Dkt. No. 9388], setting forth guidelines for parties wishing to be heard at the December 11, 2019 hearing (the "Hearing"), and respectfully INFORMS:

1. Roberto C. Quiñones-Rivera of McConnell Valdés LLC and Paul J. Lockwood and Stephen J. Della Penna of Skadden, Arps, Slate, Meagher & Flom LLP, will appear in person on behalf of UBS Financial at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Counsel seeks to be heard and address the following:

   a. *Motion of UBS Financial Services Incorporated of Puerto Rico for Relief From the Automatic Stay* [Case No. 17-BK-3283-LTS, Dkt. No. 8823];

   b. *Objection of the Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust to the Motion of UBS Financial Services Incorporated of Puerto Rico for Relief From the Automatic Stay* [Case No. 17-BK-3283-LTS, Dkt. No. 9341]; and

   c. *Reply in Further Support of Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay* [Case No. 17-BK-3283-LTS, TO BE FILED ON 12/6/2019]

2. Furthermore, designated counsel, on behalf of UBS Financial, respectfully reserves the right to respond, as necessary, to statements made at the Hearing or otherwise by any party in connection with the Title III case.

   **WHEREFORE**, designated counsel, on behalf of UBS Financial, respectfully requests this Honorable Court to take notice of the information stated above.

Respectfully Submitted:

In San Juan, Puerto Rico, this 5th day of December, 2019.

| | |
|---|---|
| OF COUNSEL: | McCONNELL VALDÉS LLC |
| | 270 Muñoz Rivera Ave. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Hato Rey, Puerto Rico 00918 |
| | Tel.: (787) 250-2631 |
| Paul J. Lockwood (*admitted pro hac vice*) | Fax: (787) 759-9225 |
| Stephen J. Della Penna | |
|   (*pro hac vice admission pending*) | By: */s/Roberto C. Quiñones-Rivera* |
| One Rodney Square |     Roberto C. Quiñones-Rivera, Esq. |
| P.O. Box 636 |     USDC-PR Bar No. 211512 |
| Wilmington, Delaware 19899-0636 |     rcq@mcvpr.com |
| Tel.: (302) 651-3000 | |
| Fax: (302) 651-3001 | *Counsel for UBS Financial Services Incorporated of Puerto Rico* |

862002-WILSR01A - MSW