**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- x

In re:                                                                 :
                                                                       :
                                                                       :
THE FINANCIAL OVERSIGHT AND                                            : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                      : Title III
                                                                       :
          as representative of                                        : Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                              : (Jointly Administered)
                                                                       :
          Debtors.[1]                                                  :
---------------------------------------------------------------------- x

**INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS REGARDING DECEMBER 11-12 OMNIBUS HEARING**

The Official Committee of Unsecured Creditors of the all Title III Debtors (other than PBA

and COFINA) (the "Committee") hereby submits this informative motion in response to the

Court's Order Regarding Procedures for Attendance, Participation and Observation of December

11-12, 2019 Omnibus Hearing [ECF No9388] (the "Scheduling Order") and in support thereof

states:

1.       John Arrastia of Genovese Joblove & Battista, P.A., as Special Litigation Counsel,

will appear in person on behalf of the Committee at the Hearing (as described in the Scheduling

Order) in Courtroom 3 of the United States District Court of Puerto Rico, 150 Carlos Chardon

Street, Federal Building, San Juan, Puerto Rico, and address, as necessary, the following matters:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a
bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax
identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-
3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of
Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No.
17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID:  3808), (iv) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474),
and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four
Digits of Federal Tax ID:  3747).

a)      Motion to Stay Adversary Proceeding [ECF No. 38] in Adv. Pro. No. 19-00388;

b)      The Marrero Plaintiffs' Combined Reply in Support of Motion to Intervene and Opposition to Motion to Stay Adversary Proceeding [ECF No. 43] in Adv. Pro. No. 19-00388;

c)      Statement of No Objection and Reservation of Rights of the Defendants in Connection with the Special Claims Committee's Motion to Stay Adversary Proceeding [ECF No. 44] in Adv. Pro. No. 19-00388;

d)      Official Committee of Unsecured Creditors' Opposition to the Motion to Stay Plaintiffs' Adversary Proceeding [ECF No. 45] in Adv. Pro. No. 19-00388;

e)      Defendants Vitol Inc. & Vitol S.A.'s Objection to the Special Claims Committee's Motion to Stay Adversary Proceeding [ECF No. 46] in Adv. Pro. No. 19-00388;

f)      Omnibus Reply of The Special Claims Committee of The Financial Oversight and Management Board for Puerto Rico, acting by and Through its Members, to Motion to Stay Adversary Proceeding. [ECF No. 56] in Adv. Pro. No. 19-00388;

g)      Any objections, responses, statements, joinders, or replies to any of the foregoing pleading; and

h)      Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

Respectfully submitted this 6th day of December, 2019

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Special Litigation Counsel to the Official Committee*
*of Unsecured Creditors*
Miami Tower- 44th Floor
100 SE 2nd Street,
Miami, FL 33131
Telephone: 305-349-2300
Facsimile: (305) 349-2310

/s/ *John Arrastia*
John H. Genovese, Esq. (Pro Hac Vice)
jgenovese@gjb-law.com
John Arrastia, Esq. (Pro Hac Vice)
jarrastia@gjb-law.com
Jesus M. Suarez, Esq. (Pro Hac Vice)
jsuarez@gjb-law.com
Mariaelena Gayo-Guitian (Pro Hac Vice)
mguitian@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF

notification upon all parties in interest registered to receive electronic notification on this matter

(which is incorporated herein by reference) on this 6th day of December, 2019

  /s/   John Arrastia
    John Arrastia, Esq.