**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Docket No. 8297 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>THIS PLEADING RELATES ONLY TO THESE TITLE III CASES[2] |

### INFORMATIVE MOTION REGARDING ATTENDANCE
### OF MGIC INDEMNITY CORPORATION AT DECEMBER 11, 2019 HEARING

COMES NOW, MGIC Indemnity Corporation ("MGIC"), by and through the undersigned legal counsel, and, in compliance with this Honorable Court's *Order*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] This clarification is made in accordance to the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases.* See, Case No. 17-BK-3283-LTS, Docket No. 167 at ¶ 5 of p. 4.

*Regarding Procedures for Attendance, Participation and Observation of December 11-12, 2019 Omnibus Hearing* (the "Scheduling Order") (Dkt. No. 9388), hereby, very respectfully, informs the Court as follows:

1. Pursuant to the Court's Order Regarding Procedures for Attendance, Participation and Observation (Case No. 17-BK-3283-LTS, Dkt. No. 9388), MGIC hereby informs that Monique Diaz Mayoral of McConnell Valdés, LLC, will personally appear at the San Juan Courthouse of the United States District Court for the District of Puerto Rico on behalf of MGIC at the omnibus hearing set for December 11, 2019, at 9:30 am.

2. Counsel Diaz Mayoral may present argument related to the *Seventy-Fifth Omnibus Objection to Claims* (Case No. 17-BK-3283-LTS, Docket No. 8960); the Movants' Response (Case No. 17-BK-3283-LTS, Docket No. 9326); the Debtor's Reply (Case No. 17-BK-3283-LTS, Docket No. 9423); all other motions, responses, replies, or filings related to the above including other creditor's responses.

3. MGIC further reserves the right to present oral argument, through Counsel Diaz Mayoral, in connection with the pleadings to be identified in the Hearing's agenda (which has yet to be filed) to the extent that any of these pleadings either relate to, or affect MGIC's rights in the Title III proceedings, or otherwise respond, as necessary, to any statements made by any party at the Hearing or otherwise as to any related matters of the instant Title III case.

**WHEREFORE**, MGIC Indemnity Corporation, respectfully requests that this Honorable Court take notice of the above, deem that MGIC has complied with the Scheduling Order and allow the above informed appearance.

**I Hereby Certify** that the foregoing has been filed with the Court's CM/ECF which will automatically send an exact copy to all parties so subscribed on this 6th day of December, 2019.

Respectfully Submitted.

In San Juan, PR, this 6th day of December, 2019.

**McConnell Valdés LLC**
*Attorneys for MGIC Indemnity Corporation*
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5619/5675
Facsimile: 787-759-8282

By: *s/Monique Díaz-Mayoral*
Monique Díaz-Mayoral
USDC No. 225712
Email: mjd@mcvpr.com