**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF (A) ADJOURNMENT AS TO CERTAIN CLAIMS**
**AND (B) SUBMISSION OF AMENDED SCHEDULE FOR THE EIGHTY-SIXTH**
**OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF**
**PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION**
**AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT**
**OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

1.        Scheduled for hearing on December 11, 2019 are various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

2.        Since the filing of the Eighty-Sixth Omnibus Objection, the Debtors have received

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

additional supplemental mailings submitted by claimants subject thereto.  In order to review these

additional supplemental mailings, and in particular, to evaluate whether such claimants shall be

transferred into the administrative reconciliation process, the Debtors hereby adjourn the hearing

on the Eighty-Sixth Omnibus Objection to the January Hearing, solely with respect to the

following claims: Proofs of Claim Nos. 48219, 52970, 66094, 153941, 157734, 37740, 45358,

50282, 67417, 68285, 68608, 71885, 157502, 158213, 138858, 57150, 123788, 126966, 155135,

79322, 67430, 70059, 51068, 54550, 49036, 37252, 69047, 139367, 156208, 54573, 57055, 89054,

49479, 57077, 90061, 47998, 58573, 89082, 55413, 77936, and 159197, and submit as Attachment

1 hereto a revised proposed order on the Eighty-Sixth Omnibus Objection and an accompanying

amended schedule of claims subject to the Eighty-Sixth Omnibus Objection.


Dated:  December 6, 2019                              Respectfully submitted,
        San Juan, Puerto Rico

                                                     /s/ *Hermann D. Bauer*
                                                     Hermann D. Bauer
                                                     USDC No. 215205
                                                     Carla García Benítez
                                                     USDC No. 203708
                                                     **O'NEILL & BORGES LLC**
                                                     250 Muñoz Rivera Ave., Suite 800
                                                     San Juan, PR 00918-1813
                                                     Tel:  (787) 764-8181
                                                     Fax:  (787) 753-8944

                                                     *Attorneys for the Financial Oversight and
                                                     Management Board for Puerto Rico, as
                                                     representative for the Commonwealth, HTA,
                                                     and ERS*

                                                     /s/ *Martin J. Bienenstock*
                                                     Martin J. Bienenstock (*pro hac vice*)
                                                     Brian S. Rosen (*pro hac vice*)
                                                     **PROSKAUER ROSE LLP**
                                                     Eleven Times Square
                                                     New York, NY 10036

Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight
and Management Board for the Puerto Rico,
as representative for the Commonwealth,
HTA, and ERS*