**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF (A) ADJOURNMENT AS TO CERTAIN CLAIMS
AND (B) SUBMISSION OF AMENDED SCHEDULE FOR THE EIGHTY-SEVENTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF
PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

1.      Scheduled for hearing on December 11, 2019 are various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

2.      Since the filing of the Eighty-Seventh Omnibus Objection, the Debtors have

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

received additional supplemental mailings submitted by claimants subject thereto.  In order to

review these additional supplemental mailings, and in particular, to evaluate whether such

claimants shall be transferred into the administrative reconciliation process, the Debtors hereby

adjourn the hearing on the Eighty-Seventh Omnibus Objection to the January Hearing, solely with

respect to the following claims: Proofs of Claim Nos. 41605, 56107, 60091, 73965, 74709, 86793,

94912, 38194, 51587, 73569, 91024, 98245, 98427, 100968, 106873, 46941, 55127, 33866,

135052, 53941, 41731, 59695, 36642, 50710, 70657, 83771, 160243, 55560, 50513, 55712, 76481,

83951, 91012, 46946, 51816, 86725, 56258, 63817, 106359, 63793, 43483, 45936, 78037, 56534,

58956, 139541, 128066, 84144, 72847, and 108451, and submit as Attachment 1 hereto a revised

proposed order on the Eighty-Seventh Omnibus Objection and an accompanying amended

schedule of claims subject to the Eighty-Seventh Omnibus Objection.


Dated:  December 6, 2019                                 Respectfully submitted,
        San Juan, Puerto Rico

                                                         /s/ *Hermann D. Bauer*
                                                         Hermann D. Bauer
                                                         USDC No. 215205
                                                         Carla García Benítez
                                                         USDC No. 203708
                                                         **O'NEILL & BORGES LLC**
                                                         250 Muñoz Rivera Ave., Suite 800
                                                         San Juan, PR 00918-1813
                                                         Tel:  (787) 764-8181
                                                         Fax:  (787) 753-8944

                                                         *Attorneys for the Financial Oversight and
                                                         Management Board for Puerto Rico, as
                                                         representative for the Commonwealth, HTA,
                                                         and ERS*

                                                         /s/ *Martin J. Bienenstock*
                                                         Martin J. Bienenstock (*pro hac vice*)
                                                         Brian S. Rosen (*pro hac vice*)
                                                         **PROSKAUER ROSE LLP**
                                                         Eleven Times Square

New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight
and Management Board for the Puerto Rico,
as representative for the Commonwealth,
HTA, and ERS*