# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION
## OF FINANCIAL GUARANTY INSURANCE COMPANY
## FOR APPEARANCE AT DECEMBER 11-12, 2019, OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("***FGIC***"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at December 11-12, 2019, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland and María Emilia Picó intend to appear on behalf of FGIC at the Hearing[1] in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 on the following items:

**Case No. 17-bk-3283**

    a. *Interim Report and Recommendation of the Mediation Team* [Dkt. #9365].

    b. *Response of National Public Finance Guarantee Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., and the Invesco*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of December 11-12, 2019, Omnibus Hearing* [Case No. 17-3283, Dkt. # 9388] (the "***Order***").

*Funds to Interim Report and Recommendation of the Medication Team* [Dkt. 9440].

c. *Response, Limited Objection, and Reservation of Rights of Financial Guaranty Insurance Company with Respect to the Interim Report and Recommendation of the Mediation Team* [Dkt. #9485].

d. *Ambac Assurance Corporation's Response and Reservation of Rights with Respect to the Interim Report and Recommendation of the Mediation Team*.

2. Further, Martin A. Sosland and María Emilia Picó also reserve the right to present argument or respond to any agenda item, matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Dated: December 6, 2019.

                                          Respectfully submitted,

                                        REXACH & PICÓ, CSP

                                        By: */s/ María E. Picó*
                                             María E. Picó
                                           USDC-PR 123214
                                           802 Ave. Fernández Juncos
                                           San Juan PR 00907-4315
                                           Telephone: (787) 723-8520
                                           Facsimile: (787) 724-7844
                                           E-mail: mpico@rexachpico.com

        BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    Jason W. Callen (*pro hac vice*)
    150 3rd Avenue, South, Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    E-mail: jason.callen@butlersnow.com

    *Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: December 6, 2019.

    Respectfully submitted,

By: */s/ Martin A. Sosland*
    Martin A. Sosland

    *Attorney for Financial Guaranty Insurance Company*

3

50420555.v1