In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Sixth Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | | |
| | *Neutral Vendor for FOMB* | | | | | | | | |
| 1 | EPIQ Corporate Restructuring, LLC and EPIQ eDiscovery Solutions [Dkt. No. 5917] | 8/14/2018 - 11/30/2018 | $ 148,745.00 | | $ 4,211.88 | $ 103,537.58 | $ - | $ 144,533.12 | $ 103,537.58 |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | |
| | *Claims Counsel to FOMB* | | | | | | | | |
| 2-a | Brown Rudnick LLP [Dkt. No. 7756] | 2/1 - 5/31/2019 | $ 4,367,756.50 | FN1 | $ 245,093.77 | $ 212,390.70 | $ 7,007.62 | $ 4,122,662.73 | $ 205,383.08 |
| | *Claims Counsel to FOMB- PREPA* | | | | | | | | |
| 2-b | Brown Rudnick LLP [17-04780 Dkt. No. 1512] | 2/1 - 5/31/2019 | $ 99,228.00 | | $ 5,568.11 | $ - | $ - | $ 93,659.89 | $ - |
| | *Claims Counsel to FOMB- HTA* | | | | | | | | |
| 2-c | Brown Rudnick LLP [17-03567 Dkt. No. 622] | 2/1 - 5/31/2019 | $ 70,730.00 | | $ 3,968.97 | $ - | $ - | $ 66,761.03 | $ - |
| | *Financial Advisor to FOMB* | | | | | | | | |
| 3-a | DiCicco, Gulman & Company LLP [Dkt. No. 8247] | 3/1 - 5/31/2019 | $ 1,458,637.50 | | $ 16,639.19 | $ - | $ - | $ 1,441,998.31 | $ - |
| | *Financial Advisor to FOMB- PREPA* | | | | | | | | |
| 3-b | DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 1510] | 3/1 - 5/31/2019 | $ 55,875.00 | | $ 637.39 | $ - | $ - | $ 55,237.61 | $ - |
| | *Financial Advisor to FOMB- ERS* | | | | | | | | |
| 3-c | DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 662] | 3/1 - 5/31/2019 | $ 26,175.00 | | $ 298.59 | $ - | $ - | $ 25,876.41 | $ - |
| | *Financial Advisor to FOMB- HTA* | | | | | | | | |
| 3-d | DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 620] | 3/1 - 5/31/2019 | $ 145,725.00 | | $ 1,662.34 | $ - | $ - | $ 144,062.66 | $ - |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | | |
| 4 | Jenner & Block LLP [Dkt. No. 7967] | 2/1 - 5/31/2019 | $ 1,971,702.85 | | $ 30,000.00 | $ 83,881.88 | $ 7,051.05 | $ 1,941,702.85 | $ 76,830.83 |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 5 | Luskin, Stern & Eisler LLP [Dkt. No. 7968] | 2/1 - 5/31/2019 | $ 152,665.50 | | $ 500.00 | $ 900.41 | $ 156.71 | $ 152,165.50 | $ 743.70 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 6 | Zolfo Cooper, LLC [Dkt. No. 8003] | 2/1 - 5/31/2019 | $ 2,210,319.00 | | $ 83,302.26 | $ 4,564.13 | $ - | $ 2,127,016.74 | $ 4,564.13 |

**FN1** The fees Brown Rudnick requests in the first interim applications for HTA and PREPA were originally requested in the Commonwealth's second interim application. Brown Rudnick subsequently filed separate first interim applications for those fees. Accordingly, the Commonwealth application's fee request was adjusted to exclude the amounts requested separately in the HTA and PREPA applications.