**FINAL Fee Application Recommended for Approval:**

| Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|
| *Puerto Rico Counsel for AAFAF* | | | | | | | |
| **Marini Pietrantoni Muniz LLC [17-03284 Dkt. No. 642]** | 3/1/2018 - 2/12/2019 | $ 41,366.70 | $ 2,991.03 | $ 57.00 | $ - | $ 38,375.67 | $ 57.00 |

as of 12/4/2019