# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO | No. 17-BK-3283-LTS |
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY | No. 17-BK-4780-LTS |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>as co-trustees of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>v.<br><br>INSPECTORATE AMERICA CORPORATION, et al., | No. 19-AP-388-LTS |

**DEFENDANTS VITOL INC. & VITOL S.A.'S INFORMATIVE MOTION & REQUEST TO BE HEARD AT DECEMBER 11–12 OMNIBUS HEARING**

7016138v1/014718

PLEASE TAKE NOTICE that, pursuant to this Court's Order Regarding Procedures for Attendance, Participation, and Observation of December 11–12, 2019, Omnibus Hearing, Vitol Inc. ("VIC") and Vitol S.A. ("VSA") respectfully state as follows:

1. Michael C. Kelso of Susman Godfrey LLP will appear on behalf of VIC in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007. Andrés W. López of The Law Offices of Andrés W. López will appear on behalf of VSA in Courtroom 3 in the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal Building, San Juan, Puerto Rico 00918.

2. Mr. Kelso and Mr. López request to be heard on behalf of VIC and VSA on the Motion to Stay Adversary Proceeding filed by the Special Claims Committee for the Financial Oversight and Management Board for Puerto Rico in the adversary proceeding styled *Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico et al. v. Inspectorate America Corp. et al.*, ECF 38, Case No. 19-ap-388, the Objection to the Special Claims Committee's Motion to Stay Adversary Proceeding filed by VIC and VSA in that same adversary proceeding (ECF 46) and all related papers.

3. Mr. Kelso and Mr. López reserve the right to be heard on any matter raised by any party at the December 11–12, 2019, Omnibus Hearing that concerns VIC and VSA and that relates to the Title III cases, any adversary proceeding pending in the Title III Cases, or any other matter raised at the Omnibus Hearing.

| | |
|---|---|
| Date: December 6, 2019 | Respectfully Submitted, |
| THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C. | SUSMAN GODFREY LLP |
| 902 Fernández Juncos Ave.<br>Miramar<br>San Juan, Puerto Rico 00907<br>P.O. Box 13909<br>San Juan, Puerto Rico 00908<br>Telephone: (787) 294-9508 | 1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Fax: (713) 654-6666 |
| s/Andrés W. López<br>ANDRÉS W. LÓPEZ<br>USDC No. 215311<br>Andres@awllaw.com | s/ Neal S. Manne<br>Pro Hac Vice Pending<br>nmanne@susmangodfrey.com |
| *Counsel for Vitol S.A. and Vitol Inc.* | s/ Alex Kaplan<br>Pro Hac Vice Pending<br>akaplan@susmangodfrey.com |
| | s/ Weston O'Black<br>Pro Hac Vice Pending<br>woblack@susmangodfrey.com |
| | s/ Michael Kelso<br>Pro Hac Vice Pending<br>mkelso@susmangodfrey.com |
| | s/ Krisina Zuñiga<br>Pro Hac Vice Pending<br>kzuniga@susmangodfrey.com |
| | *Counsel for Vitol Inc.* |

7016138v1/014718

## CERTIFICATE OF SERVICE

This certifies that on December 6, 2019, the following counsel of record have been served a copy of the foregoing document through the Court's CM/ECF service:

| | | |
|---|---|---|
| John Arrastia<br>John Genovese<br>Jesus Suarez<br>Mariaelena Gayo-Guitian<br>Genovese Joblove &<br>Battista, P.A.<br>100 S.E. 2d Street<br>Suite 4400<br>Miami, Florida 33131<br>jarrastia@gjb-law.com<br>jgenovese@gjb-law.com<br>jsuarez@gjb-law.com<br>mguitian@gjb-law.com | Juan J. Casillas Ayala<br>Alberto J.E. Añeses Negrón<br>Israel Fernández Rodríguez<br>Juan C. Nieves González<br>Cristina B. Fernández Niggemann<br>Casillas, Santiago & Torres LLC<br>PO Box 195075<br>San Juan, Puerto Rico 00919<br>jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com<br>ifernandez@cstlawpr.com<br>jnieves@cstlawpr.com<br>cfernandez@cstlawpr.com | Ileana C. Cardona-Fernández<br>1609 Calle Orlando<br>Urb. Estancias de San Gerardo<br>San Juan, Puerto Rico 00926<br>icardona@iccflaw.com |

This further certifies that on December 6, 2019, the United States Trustee for Region 21 was served a copy of this document by United States Priority Mail at the address below.

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

s/ Andrés W. López<br>
Andrés W. López

7016138v1/014718