## Consultation of the Contract Registry

### Search criteria

**Government entity**
Select an entity

**Contract No.**

**Contractor**

**Service Category**
ADVERTISING, REPRESENTATION OR ARTISx.

**Type of service**
Select a type of service

**Amount**
$         $

**Grant Date**
03/05/2017  -  01/12/2019

**Effective date**
Desde  -  Hasta

[Search]  [Delete]

### Frequent Searches - All Entities

### Results

To show  10  records

| Contract No. | Contractors | Awarded in | Valid since | Validity Until | Amount | Type of serv |
|---|---|---|---|---|---|---|
| 2020-S00014 | ALEXANDER PEREIRA GONZALEZ DBA PELELE PHOTOGRAPHY | Jul / 03/2019 | Jul / 03/2019 | Sep / 30/2019 | $ 9,000.00 | PHOTOGRAPHER SI |
| 2020-S00013 | ARM CONSULTING GROUP LLC | 01 / Aug / 2019 | 01 / Aug / 2019 | Aug / 31/2019 | $ 5,000.00 | ADVERTISING SERV |
| 2020-RT0162 | LUIS J. MOURA PIÑEIRO | 12 / Nov / 2019 | 12 / Nov / 2019 | Dec / 31/2019 | $ 2,625.00 | PRESS OFFICER SER |
| 2020-RT0007 | DAMASO R. DE JESUS CADIZ | Jul / 01/2019 | Jul / 01/2019 | Dec / 31/2019 | $ 24,600.00 | PUBLIC RELATIONS |
| 2020-PRH129 | GFR MEDIA, LLC. | Oct / 29/2019 | Oct / 29/2019 | Jun / 30/2020 | $ 25,000.00 | ADVERTISING SERV |
| 2020-PPP008 | Sandra Gutierrez Davila | Jul / 30/2019 | Jul / 30/2019 | Jun / 30/2020 | $ 96,000.00 | PUBLIC RELATIONS |
| 2020-MS0072 | DIANA L. RODRIGUEZ QUIRINDONGO | 05 / Aug / 2019 | 05 / Aug / 2019 | 07 / Jun / 2020 | $ 8,000.00 | TRAMOYA SERVICE |
| 2020-MS0070 | FRANCHESKA CHAPMAN SANTANA | 05 / Aug / 2019 | 05 / Aug / 2019 | 07 / Jun / 2020 | $ 8,000.00 | TRAMOYA SERVICE |
| 2020-MS0067 | KEVIN RIVAS RODRIGUEZ | 05 / Aug / 2019 | 05 / Aug / 2019 | 07 / Jun / 2020 | $ 10,000.00 | TRAMOYA SERVICE |
| 2020-MS0066 | EVELYN SURO NEGRON | 05 / Aug / 2019 | 05 / Aug / 2019 | Jun / 30/2020 | $ 15,404.40 | TRAMOYA SERVICE |

Showing records from 1 to 10 of a total of 6,063 records

Previous  1  two  3  4  5  ...  607  Following

Office of the Comptroller of Puerto Rico
Consultation of the Contract Registry
Hein 12/19 Decl. 0021                                                Exhibit B        1/1