| Núm. Contrato | Enmienda | Contratista | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Categoría de Servicio | Tipo de Servicio | Entidad | Nombre de Entidad | Cancelación Efectiva en |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009-B00085 | B | TARGET POINT, INC. | 29/03/2019 | 29/03/2019 | 30/04/2019 | $5,450.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 4065 | Municipio de San Juan | |
| 2015-000043 | B | RINNOVA INC | 30/06/2017 | 30/06/2017 | 30/09/2017 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE REPRESENTACIÓN | 3159 | Autoridad del Distrito del Centro de Convenciones de Puerto Rico | |
| 2016-000043 | C | RINNOVA INC | 30/09/2017 | 30/09/2017 | 31/03/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE REPRESENTACIÓN | 3159 | Autoridad del Distrito del Centro de Convenciones de Puerto Rico | |
| 2016-000043 | D | RINNOVA INC | 28/03/2018 | 28/03/2018 | 30/06/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE REPRESENTACIÓN | 3159 | Autoridad del Distrito del Centro de Convenciones de Puerto Rico | |
| 2016-000201 | A | INSIGHT COMMUNICATIONS, CORP. | 14/01/2019 | 14/01/2019 | 16/04/2019 | $191,295.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | B | INSIGHT COMMUNICATIONS, CORP. | 15/04/2019 | 15/04/2019 | 30/09/2019 | $771,375.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | C | INSIGHT COMMUNICATIONS, CORP. | 30/09/2019 | 30/09/2019 | 31/05/2020 | $1,122,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000202 | A | TELECONTACTO - TELECONTACT, INC. | 15/01/2019 | 15/01/2019 | 16/04/2019 | $24,525.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000202 | B | TELECONTACTO - TELECONTACT, INC. | 11/04/2019 | 11/04/2019 | 30/09/2019 | $771,375.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000202 | C | TELECONTACTO - TELECONTACT, INC. | 30/09/2019 | 30/09/2019 | 31/05/2020 | $1,122,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000333 | H | Cortes Seguinot, Edwin | 31/08/2017 | 31/08/2017 | 30/11/2017 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | I | Cortes Seguinot, Edwin | 30/11/2017 | 30/11/2017 | 30/06/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | J | Cortes Seguinot, Edwin | 25/06/2018 | 29/06/2018 | 31/12/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | K | Cortes Seguinot, Edwin | 04/12/2018 | 30/12/2018 | 28/02/2019 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | L | Cortes Seguinot, Edwin | 26/02/2019 | 28/02/2019 | 30/05/2019 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | M | Cortes Seguinot, Edwin | 19/06/2019 | 30/06/2019 | 31/12/2019 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000438 | C | CARLOS R. ALBERTY FRAGOSO | 23/06/2017 | 23/06/2017 | 30/06/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 3190 | Instituto de Cultura Puertorriqueña | |
| 2016-000438 | D | CARLOS R. ALBERTY FRAGOSO | 22/06/2018 | 22/06/2018 | 30/06/2019 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 3190 | Instituto de Cultura Puertorriqueña | |
| 2016-003013 | B | CORPORACION DE BELLAS ARTES DE CAGUAS, CORP. | 15/06/2017 | 15/06/2017 | 30/06/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 4013 | Municipio de Caguas; Area Local de Desarrollo Laboral de Caguas/Guayama (ALDL Caguas/Guayama) | |
| 2016-160051 | B | WINTOL MEDIA, INC. | 30/06/2017 | 30/06/2017 | 30/06/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 4913 | Caguas/Guayama (ALDL Caguas/Guayama) Area Local de Desarrollo Laboral de | |
| 2016-160051 | C | WINTOL MEDIA, INC. | 29/06/2018 | 29/06/2018 | 30/06/2019 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 4913 | Caguas/Guayama (ALDL Caguas/Guayama) Area Local de Desarrollo Laboral de | |
| 2016-160051 | D | WINTOL MEDIA, INC. | 28/06/2019 | 28/06/2019 | 30/06/2020 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 4913 | Caguas/Guayama (ALDL Caguas/Guayama) Corporación de la Orquesta Sinfónica de Puerto | |
| 2017-000002 | A | MAXIMIANO VALDES SOUBLETTE | 07/08/2017 | 07/08/2017 | 30/06/2018 | $125,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 3195 | Rico | |
| 2017-000002 | B | MAXIMIANO VALDES SOUBLETTE | 01/08/2018 | 01/08/2018 | 30/06/2019 | $125,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 3195 | Corporación de la Orquesta Sinfónica de Puerto Rico | |
| 2017-000017 | | Sr. Juan Manuel Pagán Teitelbaum | 25/05/2017 | 25/05/2017 | 31/12/2017 | $4,500.72 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PRODUCTOR | 3056 | Servicio de Extensión Agrícola | |
| 2017-000017 | A | EDR SOLUTIONS, L.L.C. | 11/05/2017 | 11/05/2017 | 30/06/2017 | $5,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 1537 | Oficina del Contralor Electoral | |
| 2017-000018 | | Digital Audiovisual Services, Inc. | 19/05/2017 | 19/05/2017 | 30/06/2017 | $12,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3059 | Junta de Gobierno de la Universidad de Puerto Rico | |
| 2017-000023 | | CHAD ENTERTAIMENT | 11/05/2017 | 14/05/2017 | 14/05/2017 | $800.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PROMOTOR DE ESPECTÁCULOS PÚBLICOS | 4025 | Municipio de Culebra | |
| 2017-000029 | B | RM Y ASOCIADOS, CORP. | 10/05/2017 | 10/05/2017 | 30/06/2017 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 4061 | Municipio de Río Grande | |
| 2017-000032 | B | Alterna Communications Corp. | 21/06/2017 | 21/06/2017 | 30/06/2017 | $25,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE OFICIAL DE PRENSA | 3060 | Universidad de Puerto Rico en Aguadilla | |
| 2017-000033 | B | Visepo Producciones Inc | 20/07/2017 | 20/07/2017 | 30/09/2017 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PRODUCTOR | 1459 | Oficina del Procurador de las Personas de Edad Avanzada del Estado Libre Asociado de Puerto Rico | |
| 2017-000040 | | ACH COMMUNICATIONS, INC. | 26/06/2017 | 26/06/2017 | 30/09/2017 | $9,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 1526 | Oficina para Asuntos de Seguridad Pública | |
| 2017-000043 | B | ARIEL TORO VEGA | 20/06/2017 | 20/06/2017 | 30/06/2017 | $1,275.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE FOTÓGRAFOS | 4036 | Municipio de Añasco | |
| 2017-000050 | | DRAFT INTEGRATED COMMUNICATIONS | 15/05/2017 | 15/05/2017 | 30/06/2017 | $16,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3225 | Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico | |
| 2017-000052 | | KOI AMERICAS LLC | 09/05/2017 | 09/05/2017 | 30/06/2017 | $250,000.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 3518 | Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico | |
| 2017-000053 | | BIANCA E. ESTRADA ORTIZ | 12/05/2017 | 13/05/2017 | 13/05/2017 | $808.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS ARTÍSTICOS | 4025 | Municipio de Culebra | |
| 2017-000057 | A | KETCHUM, INC | 28/06/2017 | 28/06/2017 | 30/06/2017 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE RELACIONES PÚBLICAS | 3518 | Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico | |
| 2017-000064 | A | GEOAMBIENTE DEL CARIBE, INC. | 29/03/2018 | 29/03/2018 | 31/12/2018 | $0.00 | REPRESENTACIÓN O ARTÍSTICOS SERVICIOS DE PUBLICIDAD, DE | SERVICIOS DE PUBLICIDAD | 2230 | Departamento de Recursos Naturales y Ambientales | |

Hein 12/19 Decl. 0022

Exhibit C

| Núm. Contrato | Enmienda | Contratista | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Categoría de Servicio | Tipo de Servicio | Entidad | Nombre de Entidad | Cancelación Efectivo en |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020-L00042 | | SIMA EVENTS, INC. | 29/08/2019 | 29/08/2019 | 02/09/2019 | $9,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 3080 | Administración de Compensaciones por Accidentes de Automóviles | |
| 2020-MS0018 | | ALEXSANDRA MARRERO GONZALEZ | 25/06/2019 | 29/07/2019 | 22/12/2019 | $7,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico | |
| 2020-MS0035 | | EFRAIN D. OTERO MALDONADO | 05/08/2019 | 05/08/2019 | 22/12/2019 | $3,600.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico | |
| 2020-MS0066 | | EVELYN SURO NEGRON | 05/08/2019 | 05/08/2019 | 30/06/2020 | $15,404.40 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico | |
| 2020-MS0067 | | KEVIN RIVAS RODRIGUEZ | 05/08/2019 | 05/08/2019 | 07/06/2020 | $10,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico | |
| 2020-MS0070 | | FRANCHESKA CHAPMAN SANTANA | 05/08/2019 | 05/08/2019 | 07/06/2020 | $8,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico | |
| 2020-MS0072 | | DIANA L. RODRIGUEZ QUIRINDONGO | 05/08/2019 | 05/08/2019 | 07/06/2020 | $8,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico | |
| 2020-PPP008 | | Sandra Gutierrez Davila | 30/07/2019 | 30/07/2019 | 30/06/2020 | $96,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3512 | Autoridad para Alianzas Público Privadas de Puerto Rico | |
| 2020-PRH129 | | GFR MEDIA, LLC. | 29/10/2019 | 29/10/2019 | 30/06/2020 | $25,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 3175 | Autoridad para el Financiamiento de la Vivienda de Puerto Rico | |
| 2020-RT0007 | | DAMASO R. DE JESUS CADIZ | 01/07/2019 | 01/07/2019 | 31/12/2019 | $24,600.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3063 | Universidad de Puerto Rico en Ponce | |
| 2020-RT0162 | | LUIS J. MOURA PIÑEIRO | 12/11/2019 | 12/11/2019 | 31/12/2019 | $2,625.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE OFICIAL DE PRENSA | 3063 | Universidad de Puerto Rico en Ponce | |
| 2020-S00013 | | ARM CONSULTING GROUP LLC | 01/08/2019 | 01/08/2019 | 31/08/2019 | $5,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 3145 | Autoridad de Edificios Públicos | |
| 2020-S00014 | | ALEXANDER PEREIRA GONZALEZ DBA PELELE PHOTOGRAPHY | 03/07/2019 | 03/07/2019 | 30/09/2019 | $9,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE FOTÓGRAFOS | 3145 | Autoridad de Edificios Públicos | |
| | | | | | | $181,109,121.14 | | | | | |

Exhibit C

Hein 12/19 Decl. 0023