Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

CLERK'S OFFICE
SAN JUAN, P.R.
DEC -6 PM 5:11
RECEIVED AND FILED