UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x
                                                                 :
*In re*                                                          :
                                                                 :  PROMESA
THE FINANCIAL OVERSIGHT AND                                      :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                :
                                                                 :
    as representative of                     :  Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO,                                 :  (Jointly Administered)
*et al.*,[1]                                                     :
                                                                 :
    Debtors.                                 :
                                                                 :
---------------------------------------------------------------- x
                                                                 :
*In re*                                                          :
                                                                 :
                                                                 :  PROMESA
THE FINANCIAL OVERSIGHT AND                                      :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                :
                                                                 :
    as representative of                     :  Case No. 17-BK-04780 (LTS)
                                                                 :
PUERTO RICO ELECTRIC POWER                                       :  **Court Filing Relates Only to PREPA**
AUTHORITY (PREPA)                                                :
                                                                 :
    Debtor.                                  :
---------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

    I hereby certify that Cortland Capital Market Services LLC, as Administrative Agent for certain lenders ("Cortland"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Tenth Amended Notice, Case Management and Administrative*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Procedures Order* (Docket No. 8027 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled:

(i) *Reply in Support of Urgent Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, And Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion.* Filed on December 6, 2019 (Docket No.9494 of Case No.17-03283 and Docket No. 1812 of case 17-04780(LTS)), **by electronic mail upon all the parties listed in the Master Service List on December 09, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on December 09 2019**; and

(ii) Motion to inform regarding Court's Order Granting Motion to Seal for Limited Duration on behalf of Cortland Capital Market Services LLC(Docket No. 9510 of Case No.17-03283 and Docket No. 1813 of case 17-04780 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on December 09, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on December 09 2019**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 9th day of December, 2019.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

> **MCCONNELL VALDÉS LLC**
> *Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*
> 270 Muñoz Rivera Avenue, Suite 7
> Hato Rey, Puerto Rico  00918
> PO Box 364225
> San Juan, Puerto Rico 00936-4225
> Telephone: 787-250-5604
> Facsimile:  787-759-9225
>
> By: *s/Rosamar Garcia-Fontan*
> Rosamar Garcia-Fontan
> USDC-PR No. 221004
> rgf@mcvpr.com