IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 03283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 03566-LTS |
| as representative of | |
| THE EMPLOYMENT RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO ("ERS"), | |
| Debtor. | |

**INFORMATIVE MOTION**
**REGARDING ATTENDANCE AT DECEMBER 11, 2019 HEARING**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

**TO THE HONORABLE COURT:**

Individual Plaintiffs Pedro José Nazario-Serrano, Joel Rivera-Morales, María de Lourdes Gómez-Pérez, Héctor Cruz-Villanueva, Lourdes Rodríguez and Luis M. Jordán-Rivera, all of them retirees/beneficiaries and plaintiffs in the claim for damages, that is currently pending in the Commonwealth of Puerto Rico Court of First Instance, San Juan Part (the "Commonwealth Court"), without submitting to the jurisdiction of this Court, by and through the undersigned counsel, hereby submit this *Informative Motion Regarding Attendance At December 11, 2019 Hearing*, in response to this Honorable Court's *Order Regarding Procedures for Attendance, Participation and Observation of December 11-12, 2019 Omnibus Hearing* [Case No. 17-BK-3283-LTS, Dkt. No. 9388] setting forth guidelines for parties wishing to be heard at the December 11, 2019 hearing (the "*Hearing*"), and respectfully INFORM:

1. Harold D. Vicente-González, Harold D. Vicente-Colón (from Vicente & Cuebas Law Offices) and Francisco Pujol-Meneses (from Pujol Law Offices), will appear in person, at 9:30 a.m., on behalf of the *Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust*, at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Counsel seeks to be heard on the following:

- *Motion of UBS Financial Services Incorporated of Puerto Rico for Relief From the Automatic Stay* [Case No. 17-BK-3283-LTS, Dkt. No. 8823];

- *Objection of the Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust to the Motion of UBS Financial Services Incorporated of Puerto Rico for Relief From the Automatic Stay* [Case No. 17-BK-3283-LTS, Dkt. No. 9341]; and

- *Reply in Further Support of Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay* [Case No. 17-BK-3283-LTS].

2. Furthermore, designated counsel, on behalf of the *Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust*, respectfully reserves the right to respond, if necessary, to statements made at the Hearing or otherwise by any party in connection with this case.

**WHEREFORE**, designated counsel, on behalf of the *Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust*, respectfully requests this Honorable Court to take notice of the information stated above.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY:** That a true and exact copy of this motion was served on counsels for UBS, McConnell Valdes LLC, 270 Muñoz Rivera Avenue, Hato Rey, Puerto Rico 00918 (Attn: **ROBERTO C. QUIÑONES-RIVERA, ESQ**.) and Skadden, Arps, State, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware, 19899 (Attn: **PAUL J. LOCKWOOD, ESQ.**).

In San Juan, Puerto Rico, this 9th day of December, 2019.

**VICENTE & CUEBAS**
P.O. Box 11609
San Juan, PR 00910-1609
Phone No. (787) 751-8000
Fax No. (787) 756-5250

/s/ Harold D. Vicente
**Harold D. Vicente, Esq.**
USDC-PR Bar No. 117711
hvicente@vclawpr.com

/s/ Harold D. Vicente-Colón
**Harold D. Vicente-Colón, Esq.**
USDC-PR Bar No. 211805
hdvc@vclawpr.com

**PUJOL LAW OFFICES, PSC**
P.O. Box 363042
San Juan, PR 00936-3042
Phone No. (787) 724-0900
Fax No. (787) 724-1196

/s/ Francisco Pujol Meneses
**Francisco Pujol Meneses, Esq**.
USDC-PR Bar No. 212706
fpujol@pujollawpr.com

**BUFETE ANDREU & SAGARDÍA**
261 Avenida Domenech
San Juan, Puerto Rico 00918
Phone No. (787) 754-1777/763-8044
Fax No. (787) 763-8045

/s/José A. Andreu Fuentes
USDC-PR Bar No. 204409
jaf@andreu-sagardia.com

*Counsel for Individual Plaintiffs, Beneficiaries of the Retirement System of the Commonwealth of Puerto Rico*