# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON DECEMBER 11-12, 2019 AT 9:30 A.M. AST[2]

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, December 11, 2019**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, December 12, 2019**, from 9:30 a.m. to 12:00 p.m., (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge Honorable Judith G. Dein, United States Magistrate Judge **Courtroom 3** United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Avenue, San Juan, P.R. 00918-1767** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should note that daylight savings time ended on November 3, 2019. As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is 8:30 a.m. Eastern Standard Time, on December 11-12, 2019.

**Video Teleconference**:   The hearing will be broadcast by **video teleconference in Courtroom 17C**[3] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

Copies of Documents:   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

# I.  STATUS REPORTS:

1. **Report from the Oversight Board.**

   Description: The Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will report on (i) the general status and activities of the Oversight Board; (ii) the status of the reformulation of Debtors' ADR proposal; (iii) the status of PRIDCO's RSA and anticipated Title VI filing; and (iv) the general status of relations among the Oversight Board and the Commonwealth and federal government.

2. **Report from AAFAF.**

   Description: The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will provide a general status report on its status and activities, including the status of post-Maria infrastructure repairs and funding.

# II.  FEE APPLICATIONS:

1. **Fourth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C.**

   Description:  Fourth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Render and Reimbursement of Expenses for the Period From April 1, 2019 through September 30, 2019 **[Case No. 17-3283, ECF No. 9262]**

   Related Documents:
      A.  None.

   Status:  This matter is going forward.

   Estimated Time Required: 5 minutes.

---

[3] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

## III. <u>UNCONTESTED MATTERS</u>:

1. **<u>Seventy-Sixth Omnibus Objection to Claims.</u>** The Puerto Rico Highways and Transportation Authority's Seventy-Sixth Omnibus Objection (Substantive) to Duplicate Claims Asserting Amounts for Which the Puerto Rico Highways and Transportation Authority is not Liable **[Case No. 17-3283, ECF No. 8961]**

   <u>Description</u>: The Puerto Rico Highways and Transportation Authority's seventy-sixth omnibus objection (Substantive) to duplicate claims asserting amounts for which the Puerto Rico Highways and Transportation Authority is not liable.

   <u>Objection Deadline</u>:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:
       A.  None.

   <u>Reply, Joinder & Statement Deadlines</u>: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   <u>Replies, Joinders & Statements</u>:
       A.  None.

   <u>Related Documents</u>:
       A.  None.

   <u>Status</u>:  This matter is going forward.

   <u>Estimated Time Required</u>:  5 minutes.

2. **<u>Seventy-Eighth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Seventy-Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8964]**

   <u>Description</u>:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's seventy-eighth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

   <u>Objection Deadline</u>:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:

A.  None

<u>Reply, Joinder & Statement Deadlines</u>: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
A.  None.

<u>Related Documents</u>:
A.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9457]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

3.  **<u>Eighty-Second Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Second Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8969]**

<u>Description</u>:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-second omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

<u>Objection Deadline</u>:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
A.  None

<u>Related Documents</u>:
A.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Second Omnibus Objection (Non-Substantive) of the

Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9463]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

4. **Eighty-Fourth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Fourth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8971]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-fourth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline: November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None

Related Documents:
   A. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9468]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

5. **Eighty-Fifth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Fifth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8973]**

Description:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-fifth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9469]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

6. **Eighty-Sixth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8975]**

Description:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-sixth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
 A. None

Related Documents:
 A. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9470]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

7. **Eighty-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8976]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-seventh omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline: November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A. None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
 A. None

Related Documents:
 A. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9471]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

8. **Eighty-Eighth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8977]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-eighth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9472]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

9. **Ninetieth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninetieth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8979]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the

Commonwealth of Puerto Rico's ninetieth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None

Related Documents:
   A.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9475]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

10. **<u>Ninety-First Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninety-First Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8980]**

Description:  The Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-first omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None

Related Documents:
   A. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended
      Schedule for the Ninety-First Omnibus Objection (Non-Substantive) of the
      Commonwealth of Puerto Rico and Employees Retirement System of the
      Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No.
      9477]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

11. **Ninety-Second Omnibus Objection to Claims.** The Commonwealth of Puerto Rico and the
    Employees Retirement System of the Government of the Commonwealth of Puerto Rico's
    Ninety-Second Omnibus Objection (Non-Substantive) to Deficient Claims Asserting
    Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8981]**

    Description:  The Commonwealth of Puerto Rico and the Employees Retirement System of
    the Government of the Commonwealth of Puerto Rico's ninety-second omnibus objection
    (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico
    statutes.

    Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
       A. None.

    Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard
    Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00
    p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

    Replies, Joinders & Statements:
       A. None

    Related Documents:
       A. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended
          Schedule for the Ninety-Second Omnibus Objection (Non-Substantive) of the
          Commonwealth of Puerto Rico and Employees Retirement System of the
          Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No.
          9478]**

    Status:  This matter is going forward.

    Estimated Time Required:  5 minutes

12. **Ninety-Third Omnibus Objection to Claims.** The Commonwealth of Puerto Rico and the
    Employees Retirement System of the Government of the Commonwealth of Puerto Rico's

Ninety-Third Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8982]**

Description:  The Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-third omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None

Related Documents:
   A.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9479]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

13. **Ninety-Fifth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninety-Fifth Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 8984]**

Description:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-fifth omnibus objection (Non-Substantive) to deficient claims.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9482]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

14. **PREPA's Motion for Undisputed Payment and Release of Insurance Proceeds.** Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds **[Adv. Case No. 19-369, ECF No. 24]**

Description: The Puerto Rico Electric Power Authority's motion requesting entry of an order providing: (i) PREPA may accept from Plaintiffs payment of $1,726,000 as an undisputed payment of insurance proceeds ("Undisputed Amount") under certain commercial property insurance policies issued to PREPA by Plaintiffs for the policy period May 15, 2014 to May 15, 2015 (the "Property Insurance"); (ii) no creditors of PREPA or other parties shall be permitted to interfere with the transfer of the Undisputed Payment to PREPA or PREPA's use of the Undisputed Payment at its discretion; (iii) the Plaintiffs shall not be subject to claims of PREPA's existing creditors or third parties with respect to the Undisputed Payment, and payment to PREPA shall satisfy Insurers' obligations under the Property Insurance with respect to the amount so paid; (iv) no creditor of PREPA or other party shall have any claim against Plaintiffs in respect of the obligation so satisfied by payment of the Undisputed Amount of $1,726,000; (v) Insurers shall not seek a refund, reimbursement, or claw-back of the Undisputed Payment or any portion thereof; (vi) Insurers retain all rights, remedies and defenses under the Property Insurance and at law; (vii) Defendants retain all further rights, remedies and defenses under the Property Insurance, including without limitation the right to seek additional amounts under the Property Insurance; and (viii) except as expressly stated therein, the Order shall not be interpreted to limit any party's rights.

Objection Deadline: November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: December 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. Order Scheduling Briefing of Motion of Puerto Rico Power Authority for Undisputed Payment and Release of Insurance Proceeds **[Adv. Case No. 19-369, ECF No. 25, Case No. 17-3283, ECF No. 9256, Case No. 17-4780, ECF No. 1751]**

Related Documents:
  A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

## IV. **HEARING ON MEDIATION REPORT:**

1. **Interim Report and Recommendation of the Mediation Team** Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9365]**

   Description: Hearing to consider approval of proposed interim scheduling orders applicable to contested matters and adversary proceedings concerning (1) the validity and secured or unsecured status of certain challenged claims on GO and PBA bonds; (2) the rights of holders of revenue bonds issued by HTA, PRIFA, and CCDA against the Commonwealth; (3) the motion for relief from stay filed by the DRA Parties; and (4) a proposed order that authorizes the filing of an Amended Report by the Mediation Team, sets deadlines with respect to that Amended Report, and continues the stay of certain matters and proceedings pending the filing of an Amended Report.

   Objection Deadline:  December 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
     A. Response of National Public Finance Guarantee Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp. and the Invesco Funds to Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9440]**

     B. Response, Limited Objection, and Reservation of Rights of Financial Guaranty Insurance Company with Respect to the Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9485]**

     C. Response of the Financial Oversight and Management Board for Puerto Rico to Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9493]**

     D. Response of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Interim Report and Recommendation of the Mediation Team (ECF No. 9365) **[Case No. 17-3283, ECF No. 9501]**

E.  DRA Parties' Response and Reservation of Rights with Respect to the Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9503]**

F.  Ambac Assurance Corporation's Response and Reservation of Rights with Respect to the Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9504]**

G.  Limited Response and Reservation of Rights of Official Committee of Unsecured Creditors to Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9505]**

H.  Response and Objection of Individual Bondholder to Interim Report and Recommendation of Mediation Team **[Case No. 17-3283, ECF No. 9508]**

Reply, Joinder & Statement Deadlines: December 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A.  Joinder of Puerto Rico Fiscal Agency and Financial Advisory to Response of the Financial Oversight and Management Board for Puerto Rico to Interim Report and Recommendation of the Mediation Team (ECF No. 9493) **[Case No. 17-3283, ECF No. 9506]**

Related Documents:
A.  Order Regarding Stay Period and Mandatory Mediation **[Case No. 17-3283, ECF No. 8244]**

B.  Order Granting Urgent Joint Motion of Oversight Board and AAFAF for Order Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto **[Case No. 17-3283, ECF No. 9016]**

Status:  This matter is going forward.

Estimated Time Required:  60 minutes

## V.  **CONTESTED MATTERS:**

1.  **UBS Financial Services of Puerto Rico's Motion for Relief from Stay.** Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 8823, Case No. 17-3566, ECF No. 677]**

Description:  UBS Financial Services Incorporated of Puerto Rico's motion for relief from the automatic stay to assert counterclaims for breach of contract and indemnification against an ongoing action filed by ERS against UBS under the caption *Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico v. UBS Fin. Servs. Inc. of Puerto Rico*, Civ. No. KAC-2011-1067.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Objection of the Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust to the Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 9341]**

Reply, Joinder & Statement Deadlines: December 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply in Further Support of Motion of UBS Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 9491, Case No. 17-3566, ECF No. 738]**

Related Documents:
    A. Informative Motion Regarding Adjournment of Hearing on, and Extension of Deadline to Object to, the Motion of USB Financial Services Incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 8923, Case No. 17-3566, ECF No. 684]**

    B. Reservation of Rights of the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico Regarding Motion of UBS Financial Services incorporated of Puerto Rico for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 9367]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

2. **Renewed Motion of Certain Secured Creditors of ERS for Appointment as Trustees.** Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Appointment as Trustees Under 11 U.S.C. § 926 **[Case No. 17-3283, ECF No. 9260, Case No. 17-3566, ECF No. 704]**

Description:  Renewed motion of certain secured creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto seeking appointment as trustees, pursuant to § 926 of title 11 of the United States Code, to pursue the claims on behalf of ERS against the Commonwealth of Puerto Rico or, in the alternative, appointing, with the Bondholders' approval, an independent third-party fiduciary, such as Bettina M. Whyte, as trustee to pursue the claims in consultation with the Bondholders, provided that the fees and expenses of such independent third-party fiduciary shall be borne by ERS.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Objection of AAFAF to Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto

Rico for Appointment of a Trustee Under 11 U.S.C. § 926 **[Case No. 17-3283, ECF No. 9342, Case No. 17-3566, ECF No. 726]**

B. Objection of the Financial Oversight and Management Board for Puerto Rico to Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Appointment as Trustees Under 11 U.S.C. § 926 **[Case No. 17-3283, ECF No. 9345, Case No. 17-3566, ECF No. 727]**

C. Objection of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to the ERS Bondholders' Renewed Motion for Appointment as Trustees **[Case No. 17-3283, ECF No. 9346, Case No. 17-3566, ECF No. 728]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Reply in Support of Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Appointment as Trustee Under 11 U.S.C. § 926 **[Case No. 17-3283, ECF No. 9391, Case No. 17-3566, ECF No. 733]**

Related Documents:
A. None.

Status:  This matter is going forward.

Estimated Time Required:  60 minutes

3. **Motion to Stay Adversary Proceeding.** Motion to Stay Adversary Proceeding **[Adv. Case No. 19-388, ECF No. 38]**

Description:  The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, as representative of the Commonwealth of Puerto Rico and its related Title III debtors, including the Puerto Rico Electric Power Authority ("PREPA"), motion for an order staying the above-captioned adversary proceeding for so long as the pre-petition action captioned Marrero-Rolon, et al. v. Autoridad de Energia Electrica, et al., Case No. 15-01167 (JAG) (D.P.R.) shall remain stayed pursuant to the order of this Court.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. The Marrero Plaintiffs' Combined Reply in Support of Motion to Intervene and Opposition to Motion to Stay Adversary Proceeding **[Adv. Case No. 19-388, ECF No. 43]**

B. Official Committee of Unsecured Creditors' Opposition to the Motion to Stay Plaintiffs' Adversary Proceeding **[Adv. Case No. 19-388, ECF No. 45]**

C. Defendants Vitol Inc. & Vitol S.A.'s Objection to the Special Claims Committee's Motion to Stay Adversary Proceeding **[Adv. Case No. 19-388, ECF No. 46]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
A. Omnibus Reply of the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Acting by and Through its Members, to Motion to Stay Adversary Proceeding **[Adv. Case No. 19-388, ECF No. 56]**

Related Documents:
A. Statement of No Objection and Reservation of Rights of the Defendants in Connection with the Special Claims committee's Motion to Stay Adversary Proceeding **[Adv. Case No. 19-388, ECF No. 44]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

4. **Seventy-Fifth Omnibus Objection to Claims.** The Puerto Rico Highways and Transportation Authority's Seventy-Fifth Omnibus Objection (Substantive) to Claims Asserting Amounts for Which the Puerto Rico Highways and Transportation Authority is not Liable **[Case No. 17-3283, ECF No. 8960]**

Description:  The Puerto Rico Highways and Transportation Authority's seventy-fifth omnibus objection (Substantive) to claims asserting amounts for which the Puerto Rico Highways and Transportation Authority is not liable.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Response to Objection to claim, filed by MGIC Indemnity Corporation **[Case No. 17-3283, ECF No. 9326]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Reply of the Puerto Rico Highways and Transportation Authority to Response Filed by MGIC Indemnity Corporation to Seventy-Fifth Omnibus Objection (Substantive) to Claims Asserting Amounts for Which the Puerto Rico Highways and Transportation Authority is not Liable **[Case No. 17-3283, ECF No. 9423]**

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

5.  **Seventy-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico's Seventy-Seventy Omnibus Objection (Non-Substantive) to Claims Asserting Liabilities Owed by Entities that are not Title III Debtors **[Case No. 17-3283, ECF No. 8990]**

Description:  The Commonwealth of Puerto Rico and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico's seventy-seventy omnibus objection (Non-Substantive) to claims asserting liabilities owed by entities that are not Title III Debtors.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Response and Opposition to Seventy-Seventh Omnibus Objection Regarding Claim No. 10493 – Commonwealth of Puerto Rico, filed by Luis J. Costas-Russell **[Case No. 17-3283, ECF No. 9132]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Schedule of the Seventy-Seventy Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System for the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9429]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

6.  **Seventy-Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Seventy-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8965]**

Description:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's seventy-ninth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Response to Seventy-Ninth Omnibus Objection to Claims, filed by Efrain Garcia Rivera **[Case No. 17-3283, ECF No. 9271]**

   B.  Response to Seventy-Ninth Omnibus Objection to Claims, filed by Karen I. Gonzalez-Sepulveda **[Case No. 17-3283, ECF No. 9357]**

   C.  Response to Seventy-Ninth Omnibus Objection to Claims, filed by Fernando E. Fuentes-Felix **[Case No. 17-3283, ECF No. 9359]**

   D.  Response to Seventy-Ninth Omnibus Objection to Claims, filed by Maria Franco-Soto **[Case No. 17-3283, ECF No. 9366]**

Reply, Joinder & Statement Deadlines:  December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Seventy-Ninth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 9392]**

   B.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9458]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

7.  **Eightieth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eightieth Omnibus Objection (Non-

Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8967]**

Description:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eightieth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Response to Eightieth Omnibus Objection to Claims, filed by Rebecca Carrasquillo-Marcano **[Case No. 17-3283, ECF No. 9356]**

   B. Supplemental Response to Eightieth Omnibus Objection to Claims, filed by Rebecca Carrasquillo-Marcano **[Case No. 17-3283, ECF No. 9361]**

   C. Response to Eightieth Omnibus Objection to Claims, filed by Marta T. Meaux-Pereda **[Case No. 17-3283, ECF No. 9362]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None

Related Documents:
   A. Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Eightieth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 9396]**

   B. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9459]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

8. **Eighty-First Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-First Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8968]**

<u>Description</u>:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico's eighty-first omnibus objection (Non-Substantive) to
deficient claims asserting interests based on salary demands, employment or services
provided.

<u>Objection Deadline</u>:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Response to Eighty-First Omnibus Objection to Claims, filed by Aurea I. Perez-
       Cubero **[Case No. 17-3283, ECF No. 9364]**

    B.  Response to Eighty-First Omnibus Objection to Claims, filed by Frances E. Perez-
       Soto **[Case No. 17-3283, ECF No. 9368]**

<u>Reply, Joinder & Statement Deadlines</u>: December 3, 2019 at 4:00 p.m. (Atlantic Standard
Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00
p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None

<u>Related Documents</u>:
    A.  Order Regarding Adjournment of Hearing, and Translation and Interpretation
       Services, In Connection with Certain Responses to Eighty-First Omnibus Objection
       to Claims **[Case No. 17-3283, ECF No. 9401]**

    B.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended
       Schedule for the Eighty-First Omnibus Objection (Non-Substantive) of the
       Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority,
       and Employees Retirement System of the Government of the Commonwealth of
       Puerto Rico **[Case No. 17-3283, ECF No. 9461]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes

9.  **<u>Eighty-Third Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the
    Puerto Rico Highways and Transportation Authority, and the Employees Retirement System
    of the Government of the Commonwealth of Puerto Rico's Eighty-Third Omnibus Objection
    (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands,
    Employment or Services Provided **[Case No. 17-3283, ECF No. 8970]**

<u>Description</u>:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico's eighty-third omnibus objection (Non-Substantive) to

deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response to Seventy-Ninth Omnibus Objection to Claims, filed by Gladys C. Sepulveda-Santiago **[Case No. 17-3283, ECF No. 9358]**

    B. Response to Seventy-Ninth Omnibus Objection to Claims, filed by Vivian Negron-Rodriguez **[Case No. 17-3283, ECF No. 9363]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Eighty-Third Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 9398]**

    B. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9464]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

10. **<u>Eighty-Ninth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8978]**

Description:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-ninth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Response to Eighty-Ninth Omnibus Objection to Claims, filed by Alma E. Quinones Velez **[Case No. 17-3283, ECF No. 9304]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None

Related Documents:
   A.  Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Eighty-Ninth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 9400]**

   B.  Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9474]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

11.  **<u>Ninety-Fourth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninety-Fourth Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 8983]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-fourth omnibus objection (Non-Substantive) to deficient claims.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Asociacion de Empleados del Estado Libre Asociado de Puerto Rico's Answer to the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims **[Case No. 17-3283, ECF No. 9246]**

   B.  Response to Ninety-Fourth Omnibus Objection to Claims, filed by Luis Manuel Carrion Lopez **[Case No. 17-3283, ECF No. 9410]**

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Ninety-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 9417]**

    B. Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 9481]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

## VI. **ADJOURNED MATTERS:**

1. **AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service.** Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

Description:  Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) filed against the Puerto Rico Sales Tax Financing Corporation.

Objection Deadline:  August 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: September 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. None

Related Documents:

A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

B. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

Status:  This matter has been adjourned to the January 29, 2020 omnibus hearing.

Estimated Time Required:  N/A

2. **AMPR's Motion for Relief from Stay.** Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

Description:  Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay to pursue action against the Department of Education of the Commonwealth, the Secretary of the Department of Education of the Commonwealth, Julia Keleher in her official capacity, and the Commonwealth of Puerto Rico.  The action seeks a declaratory judgment concerning causes of action for breach and/or impairment of contractual and vested property rights.

Objection Deadline:  October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

Related Documents:
A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**

B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**

C.  Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

D.  Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**

E.  Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

F.  Joint Informative Motion Regarding Hearing on Motion for Relief from Stay filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

G.  Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 8075]**

Status:  This matter has been adjourned to the March 4, 2020 omnibus hearing.

Estimated Time Required:  N/A

3.  **Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC.** Fee Examiner's Limited Objection to the Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8862]**

Description: The Fee Examiner's limited objection to the amended first interim application of Duff & Phelps LLC for allowance of compensation for services rendered and reimbursement of expenses incurred as independent forensic analysis team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the period of November 1, 2018 through January 31, 2019.

Objection Deadline:  N/A

Responses:
A.  Reply of Duff & Phelps LLC to Fee Examiner's Limited Objections (Doc. No. 8862) to Amended First Application for Allowance of Compensation and Reimbursement of Expenses for Period November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8915]**

Replies, Joinders & Statements:
A.  None

Related Documents:

A. Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8450]**

B. Motion Submitting Supporting Declaration to Fee Examiner's Limited Objection to the Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8866]**

C. Order Setting Deadline for Joint Status Report by Fee Examiner and Duff & Phelps **[Case No. 17-3283, ECF No. 8945]**

D. Order Adjourning Hearing and Setting Amended Deadline for Joint Status Report by Fee Examiner and Duff & Phelps **[Case No. 17-3283, ECF No. 9008]**

E. Order Regarding Joint Status Report by Fee Examiner and Duff & Phelps LLC in Response to Order Dated October 25, 2019 **[Case No. 17-3283, ECF No. 9170]**

Status: This matter has been adjourned to the January 29, 2020 omnibus hearing.

Estimated Time Required: N/A

4. **Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code.** Status Conference Regarding Gladys García-Rubiera *et. al.* Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

Description: Status conference regarding Gladys García-Rubiera *et.al.* motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

Objection Deadline: N/A

Responses:
  A. N/A

Reply, Joinder & Statement Deadlines: The parties to the Lift Stay Motion shall file an additional status report by December 2, 2019 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. N/A

Related Documents:

A. Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(D)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

B. Opinion issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

C. Judgement issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

D. Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

E. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

F. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

G. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

H. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

Status:  This matter has been adjourned to the January 29, 2020 omnibus hearing.

Estimated Time Required:  n/a

5. **Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations.**
Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 7505]**

Description: Ambac Assurance Corporation's motion to compel the Commonwealth of Puerto Rico, AAFAF, and the Financial Oversight and Management Board for Puerto Rico to comply with the Court's orders of December 15, 2017 and February 26, 2018 as they pertain to requests for information regarding the Commonwealth's pension liabilities, as set forth in the Rule 2004 motions dated September 12, 2017 (ECF. No. 1283) and November 28, 2017 (ECF. No. 1870).

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to
      Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF
      No. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)
for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m.
(Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance
      Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

   B. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac
      Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283,
      ECF No. 7588]**

   C. Joinder of Financial Guaranty Insurance Company to Ambac Assurance
      Corporation's Motion to Compel Compliance with the Court's December 15, 2017
      and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the Ad
      Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation,
      Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund
      Group, and National Public Finance Guarantee Corporation for Order Authorizing
      Rule 2004 Examination [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7674]**

   D. Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac
      Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283,
      ECF No. 7714]**

   E. Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance
      Corporation's Motion to Compel Seeking Discovery Pursuant to Rule 2004 [Dkt. No.
      7505] **[Case No. 17-3283, ECF No. 7883]**

Related Documents:
   A. Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF
      No. 8447]**

   B. Second Joint Status Report of Movant Ambac Assurance Corporation and
      Respondents the Financial Oversight and Management Board for Puerto Rico, the
      Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial
      Advisory Authority With Respect to The Pensions Discovery Motions **[Case No. 17-
      3283, ECF No. 8633]**

   C. Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and
      Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the
      Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order

Granting an Adjournment of the Hearing of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

D. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

E. Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G. Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

Status:  This matter has been adjourned to the January 29, 2020 omnibus hearing.

Estimated Time Required:  N/A

6. **Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities.** Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities **[Case No. 17-3283, ECF No. 7507]**

Description:  Ambac Assurance Corporation's motion for entry of order authorizing discovery of the Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico under Bankruptcy Rule 2004 concerning pension liabilities.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF No. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

    A.  Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

    B.  Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

    C.  Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities [Dkt. No. 7507] Discovery **[Case No. 17-3283, ECF No. 7675]**

    D.  Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

    E.  Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion Regarding Pension Liabilities Seeking Discovery Pursuant to Rule 2004 [Dkt. No. 7507] **[Case No. 17-3283, ECF No. 7880]**

    F.  Ambac Assurance Corporation's Omnibus Reply in Further Support of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8230]**

Related Documents:

    A.  Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8447]**

    B.  Second Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to The Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8633]**

    C.  Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an Adjournment of the Hearing of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

    D.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

    E.  Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth

of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F.   Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G.   Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

<u>Status</u>:  This matter has been adjourned to the January 29, 2020 omnibus hearing.

<u>Estimated Time Required</u>:  N/A

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: December 9, 2019
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*       

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/  Hermann D. Bauer*    

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*