IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

**MOTION FOR JOINER OF AMBAC ASSURANCE CORPORATION'S MOTION FOR ENTRY OF ORDER AUTHORIZING DISCOVERY UNDER BANKRUPTCY RULE 2004 CONCERNING COMMONWEALTH CASH RESTRICTION ANALYSIS**

**TO THE HONORABLE COURT:**

COME NOW the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis (Corporación de Servicios Intergrales) and respectfully states as follows:

1. Ambac Assurance filed a motion to conduct discovery pursuant to Bankruptcy Rule 2004 as to Commonwealth Cash restriction analysis (docket 9023). Movant wishes to join in this request since this analysis is of great importance for the determination of accepting or not the Plan of Adjustment which wishes to impose a maximum of 1.8% payment for unsecured creditors such as Corporación de Servicios Intergrales.

WHEREFORE: the Corporación de Servicios Integrales de Salud respectfully requests from the Honorable Court that it take notice of this motion for joinder

Respectfully submitted on this 10th day of December, 2019.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com

2