## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## AMENDED MOTION TO INFORM AMERINATIONAL COMMUNITY SERVICES, LLC'S APPEARANCE AT THE DECEMBER 11-12 OMNIBUS HEARING

**COMES NOW** AmeriNational Community Services, LLC (hereafter "AmeriNat") as servicer for the GDB Debt Recovery Authority (the "DRA") authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the DRA's participation as a creditor in the instant Title III case, by and through the undersigned legal counsel, and respectfully submits this motion to amend its December 5, 2019 informative motion (Dkt. 9438) in compliance with the Court's *Order Regarding Procedures for Attendance, Participation and Observation of December 11-12, 2019 Omnibus Hearing* (the "Scheduling Order") (Dkt. No. 9388):

    1.      Nayuan Zouairabani of McConnell Valdés, LLC will appear on behalf of AmeriNat at the December 11-12 omnibus hearing (the "Hearing") via video teleconference in Courtroom

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2.        Counsel Zouairabani will present argument related to the *Interim Report and Recommendation of the Mediation Team* (the "Interim Report") (Docket No. 9365), as well as any related responses or replies to the Interim Report which includes, but is not limited to, those listed and detailed at item VI of the *Notice of Agenda of Matters Scheduled for the Hearing on December 11-12, 2019 at 9:30 A.M. AST* (the "Hearing Agenda") (Dkt. 9519).

3.        Counsel Zouairabani further reserves the right to present oral argument in connection with any other pleadings identified in the Hearing Agenda to the extent that any of these either relate to, or affect, AmeriNat and/or the DRA's rights in the Title III proceedings, or otherwise respond, as necessary, to any statements made by any party at the Hearing as to any related matters of the instant Title III case

**WHEREFORE**, AmeriNat respectfully requests the Court to take note of the foregoing amendment to its December 5, 2019 informative motion (Dkt. 9438), and deem AmeriNat in compliance with the Scheduling Order (Dkt. 9388).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of December, 2019.

**MCCONNELL VALDÉS LLC**
*Attorneys for AmeriNational Community Services, LLC*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
Telephone: 787-250-5632
Facsimile:  787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, and that we served the foregoing upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Tenth Amended Notice, Case Management, and Administrative Procedures* (Dkt. No. 8027 of Case No. 17-03283 (LTS)).