**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED & FILED
2019 DEC -9  PM 4: 37
U S DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :   Title III
                                                            :
    as representative of                             :   Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                   :   (Jointly Administered)
                                                            :
    Debtors.[1]                                       :
------------------------------------------------------------------- X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :   Title III
                                                            :
    as representative of                             :   Case No. 17-BK-3566 (LTS)
                                                            :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                      :
GOVERNMENT OF THE COMMONWEALTH OF                           :
PUERTO RICO,                                                :
                                                            :
    Debtor.                                           :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Liajay Rivera Garcia* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *dalygrpr @ gmail.com* | |
| Email Address | Email Address |
| *P.O. Box 1042* | |
| Address line 1 | Address line 1 |
| *Caguas - P.R.* | |
| Address line 2 | Address line 2 |
| *00726* | |
| City, State Zip Code | City, State Zip Code |
| *Puerto Rico* | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

\_\_X\_\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    *29216MAC4*

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: _____
Signature

*Liajay Rivero Garcia*
Print Name

*Dueña Original*
Title (if Participant is not an Individual)

*6 de diciembre de 2019*
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

*Nota: Contestación tardía por estar ausente del País.*

3

Vijay Rivera García
P.O. Box 1042
Aguas, P.R. 00726

The Clerk of the United States
District Court for District of P.R.
Room 150 Federal Building
150 Carlos Chardou Avenue
San Juan, P.R. 00918-1767

SAN JUAN PR 006

05 DEC 2019 PM 3 L

2019 DEC - 030 6105
RECEIVED
PM 3:
FILED

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ X
                                    :

In re:                            :

                                 :

THE FINANCIAL OVERSIGHT AND   :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                                 :

      as representative of         :  Case No. 17-BK-3283 (LTS)

                                 :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :  (Jointly Administered)

                                 :

      Debtors.[1]                 :
------------------------------------------------------------ X
                                 :

In re:                            :

                                 :

THE FINANCIAL OVERSIGHT AND   :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                                 :

      as representative of         :  Case No. 17-BK-3566 (LTS)

                                 :

THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF  :
PUERTO RICO,                     :

                                 :

      Debtor.                  :
------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Jaime Rivera Cruz_ | |
| Participant Name | Firm Name (if applicable) |
| _Jaime Rivera Cruz_ | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _jrctessi@gmail.com_ | |
| Email Address | Email Address |
| _P.O. Box 1047_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Coquoi, P.R. 00726_ | |
| City, State Zip Code | City, State Zip Code |
| _Puerto Rico_ | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

    __X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216MBN9

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or (NO) please **circle one**).

By: _____
    Signature

    Jaime Rivera Cruz
    Print Name

    Dueño Original (Mercado Primario)
    Title (if Participant is not an Individual)

    6/diciembre/2019
    Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Nota: No contesté antes por encontrarme de Viaje.

3

Jaime R___
P.O. BOX 1042
Caguas, P.R. 00726

RECEIVED & FILED

2019 DEC -9 PM 4: 37

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court For the District of P.R.
Room 150 Federal Buildings
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767