UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>This pleading relates only to this Title III case.[2]<br><br>(Jointly Administered)<br><br>Re: Dkts. 8297, 9099 and 9121. |

### AMENDED NOTICE OF APPEAL
### OF DKTS. 9099, 9121 AND 9352 WITH RESPECT TO
### CLAIMS NO. 152470 & NO. 152283

TO THE HONORABLE COURT:

COME NOW, creditors Jorge A. Diaz Mayoral and Juan A. Frau Escudero ("Movants"), by the undersigned counsel, and, appeals to the United States Court of Appeals for the First Circuit, under 28 U.S.C. § 158(d)(1), from the United States District Court for the District of Puerto Rico rulings and orders identified below:

1. The appellants, Jorge A. Diaz Mayoral and Juan A. Frau Escudero (hereinafter jointly "Movants"), are creditors of the Debtors and parties to the controversies in the rulings and orders subject to the appeal.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] This clarification is made in accordance to the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases.* See, Docket No. 167 at ¶ 5 of p. 4.

2. The rulings and orders subject of this appeal are:

a. Indicative ruling informed during the September 11, 2019 Hearing sustaining the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico To Claims Based On Investments In Mutual Funds* (Dkt. 8297) with respect to Movants' Claims No. 152470 and No. 152283. (Dkt. 8689, 8690);

b. Order entered on November 4, 2019 sustaining, in general, the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico To Claims Based On Investments In Mutual Funds* (Dkt. 8297). (Dkt. 9099);

c. Order entered on November 6, 2019 sustaining the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico To Claims Based On Investments In Mutual Funds* (Dkt. 8297) with respect to Movants' Claims No. 152470 and No. 152283. (Dkt. 9121); and

d. Order entered on November 26, 2019 denying the relief requested in Dkt. 9279. (Dkt. 9352)

3. The Movants appeal the above listed rulings and orders sustaining the *Sixty-Fourth Omnibus Objection* (Dkt. 8297) only with respect to Movants' Claims No. 152470 & No. 152283. (Dkts. 9099, 9121 and 9352).

4. The parties to the rulings and orders appealed from are the Movants and the Financial Oversight and Management Board as representative for the Commonwealth. The names, addresses and telephone numbers of the respective attorneys of the parties and other potentially interested parties are as follows:

FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO

O'NEILL & BORGES LLC
Hermann D. Bauer
herman@oneillborges.com
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

PROSKAUER ROSE LLP
Martin J. Bienenstock
mbienenstock@proskauer.com
Brian S. Rosen
brosen@proskauer.com
Eleven Times Square
New York, N.Y. 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

2

MUNGER, TOLLES & OLSON, LLP
Donald B. Verrilli, Jr.
Donald.Verrilli@mto.com
Ginger D. Anders
Ginger.Anders@mto.com
Chad I. Golder
Chad.Golder@mto.com
Sarah G. Boyce
Sarah.Boyce@mto.com
Adele M. El-Khouri
Adele.El-Khouri@mto.com
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357

OFFICE OF THE US TRUSTEE (UST)

Monsita Lecaroz Arribas,
Monsita.Lecaroz@usdoj.gov
USTP.Region21@usdoj.gov
ustpregion21.hr.ecf@usdoj.gov
Ochoa Building, 500 Tanca Street,
Suite 301
San Juan, PR 00901
(787)729-7453

THE UNITED STATES OF AMERICA

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
W. Stephen Muldrow
w.stephen.muldrow@usdoj.gov
Rosa E. Rodriguez-Velez
rosa.e.rodriguez@usdoj.gov
Mark Gallagher
mark.gallagher@usdoj.gov
Thomas G. Ward
thomas.g.ward@usdoj.gov
Jean Lin
jean.lin@usdoj.gov
Cesar A. Lopez-Morales
cesar.a.lopez-morales@usdoj.gov
Micheal Quinn
michael.quinn3@usdoj.gov
David S. Jones
david.jones6@usdoj.gov
Mathew Troy
matthew.troy@usdoj.gov
Jonathan Jacobson

jonathan.e.jacobson@usdoj.gov
Laura Hunt
laura.a.hunt@usdoj.gov
Christopher K. Connolly
christopher.connolly@usdoj.gov
Ward. Benson
ward.w.benson@usdoj.gov
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY

MARINI PIETRANTONI MUÑIZ LLC
Luis C. Marini Biaggi
lmarini@mpmlawpr.com
Carolina Velaz Rivero
cvelaz@mpmlawpr.com
Mauricio O. Muniz Luciano
mmuniz@mpmlawpr.com
250 Ponce De León Ave., Suite 900
San Juan, PR 00918
(787) 705-2171

O'MELVENY & MYERS LLP
John Rapisardi
jrapisardi@omm.com
Suzzanne Uhland
suhland@omm.com
William J. Sushon
wsushon@omm.com
Daniel S. Shamah
dshamah@omm.com
7 Times Square
New York, N.Y. 10036
*and*
Ashley Pavel
apavel@omm.com
Diana M. Pérez
dperez@omm.com
Madhu Pocha
mpocha@omm.com
M. Randall Oppenheimer
roppenheimer@omm.com
1999 Avenue of the Stars 8th Floor
Los Angeles, California 90067-6035

3

*and*

Walter Dellinger
wdellinger@omm.com
Peter Friedman
pfriedman@omm.com
1625 Eye Street, NW
Washington, D.C. 20006

Mohammad S. Yassin
mohammad.yassin@aafaf.pr.gov
Robert Sánchez Vilella (Minillas)
Government Center
De Diego Avenue, Stop 22
San Juan, Puerto Rico 00907

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

CASILLAS, SANTIAGO & TORRES LLC
Diana M. Batlle-Barasorda

dbatlle@cstlawpr.com
Alberto J. E. Añeses Negrón
aaneses@cstlawpr.com
Ericka C. Montull-Novoa
emontull@cstlawpr.com
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, P.R. 00901-2419

PAUL HASTINGS LLP
Luc A. Despins
lucdespins@paulhastings.com
Andrew V. Tenzer
andrewtenzer@paulhastings.com
Michael Comerford
michaelcomerford@paulhastings.com
G. Alexander Bongartz
alexbongartz@paulhastings.com
200 Park Avenue
New York, N.Y. 10166

5. Movants have not had access to Dkt. 8690 (see Exhibit 1), but a copy of each of the Orders in Dkts. 9099, 9121 and 9352 are attached as Exhibits 2, 3 and 4.

WHEREFORE, the Movants herein, Mr. Diaz Mayoral and Mr. Frau Escudero, respectfully pray that this Honorable Court take note of the above Amended Notice of Appeal of the above listed rulings and orders.

CERTIFICATE OF SERVICE: I HEREBY CERTIFY that, on this same date, the foregoing has been filed with the Court's CM/ECF system, which will automatically send an exact copy to all parties so subscribed on this 10th day of December, 2019, including the attorneys for the Financial Oversight and Management Board as representative for the Commonwealth: Hermann D. Bauer and Daniel J. Pérez-Refojos, both of O'neill & Borges, LLC and Martin J. Bienenstock of Proskauer Rose, LLP.

4

5

RESPECTFULLY SUBMITTED, in San Juan, PR, this 10th day of December, 2019.

Attorney for
Jorge A. Díaz Mayoral and
Juan A. Frau Escudero

s/Monique J. Díaz Mayoral
Monique J. Díaz Mayoral
USDC-PR No. 225712
diazmayorallaw@gmail.com
P.O. Box 364134
San Juan PR 00936-4134
Tel. 787-552-2000
Fax 1-888-620-2043