UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,[*]

   Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA),

   Debtor.

PROMESA
Title III

Case No. 17-BK-4780 (LTS)

**Court Filing Relates Only to PREPA**

---

**FUEL LINE LENDERS' STATEMENT REGARDING URGENT MOTION TO ENLARGE PAGE LIMIT IN CONNECTION WITH STATEMENT OF THE BONDHOLDER PARTIES IN SUPPORT OF JOINT MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY AND AAFAF PURSUANT TO BANKRUPTCY CODE SECTIONS 362, 502, 922, AND 928, AND BANKRUPTCY RULES 3012(A)(1) AND 9019 FOR ORDER APPROVING SETTLEMENTS EMBODIED IN THE RESTRUCTURING SUPPORT AGREEMENT AND <u>TOLLING CERTAIN LIMITATIONS PERIODS</u>**

---

[*] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

3610892

The Fuel Line Lenders[1] respectfully submit this statement and reservation of rights in response to the Bondholder Parties' *Urgent Motion to Enlarge Page Limit in Connection with Statement of the Bondholder Parties in Support of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Dkt. No. 1818] (the "Urgent Motion").[2]

1. The Fuel Line Lenders do not object to the Bondholder Parties' request to file a 100-page statement in support of their settlement with the Government Parties. The Urgent Motion, however, suggests that the Bondholder Parties intend to use their 100-page statement to make new arguments — including in defense of their claims and liens — that go beyond the arguments put forward by the Government Parties in the 9019 Motion and supplemental filings. *See* Urgent Motion ¶¶ 4, 6. Those new arguments will be submitted on the deadline for *reply* submissions, where new arguments and material are generally not permitted.

2. The Fuel Line Lenders reserve all rights in connection with the Bondholder Parties' statement and other reply submissions, including but not limited to: (a) the right to seek leave to file a sur-reply; and (b) all rights to argue that the submissions of the Bondholder Parties, as the beneficiaries of the settlement, are not relevant to whether the settlement is fair and equitable from the standpoint of the debtor and non-settling creditors.

---

[1] The Fuel Line Lenders are Cortland Capital Market Services LLC ("Cortland"), as successor administrative agent under a Credit Agreement, dated May 4, 2012, among PREPA, Scotiabank de Puerto Rico and certain lenders (the "Scotiabank Credit Agreement"), and SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus"), as lenders under the Scotiabank Credit Agreement and under a Trade Finance Facility Agreement, dated July 20, 2012, between PREPA and Citibank, N.A.

[2] Capitalized terms have the same meanings as in the Urgent Motion.

Dated: December 11, 2019      Respectfully submitted,

| | |
|---|---|
| */s/ Rosamar García-Fontán* | */s/ Emil A. Kleinhaus* |
| Rosamar García-Fontán | Richard G. Mason (admitted *pro hac vice*) |
| USDC-PR No. 221004 | Amy R. Wolf (admitted *pro hac vice*) |
| MCCONNELL VALDÉS LLC | John F. Lynch (admitted *pro hac vice*) |
| 270 Muñoz Rivera Avenue, Suite 7 | Emil A. Kleinhaus (admitted *pro hac vice*) |
| Hato Rey, Puerto Rico 00918 | Angela K. Herring (admitted *pro hac vice*) |
| P.O. Box 364225 | WACHTELL, LIPTON, ROSEN & KATZ |
| San Juan, Puerto Rico 00936-4225 | 51 West 52nd Street |
| Telephone: (787) 250-5612 | New York, New York 10019 |
| Facsimile: (787) 759-9225 | Telephone: (212) 403-1000 |
| Email: rgf@mcvpr.com | Facsimile: (212) 403-2000 |
| | Email: rgmason@wlrk.com |
| |        arwolf@wlrk.com |
| |        jlynch@wlrk.com |
| |        eakleinhaus@wlrk.com |
| |        akherring@wlrk.com |
| | |
| | *Attorneys for Cortland Capital Market Services LLC, as Administrative Agent* |
| | |
| */s/ Jose L. Ramirez-Coll* | */s/ Bryce L. Friedman* |
| Jose L. Ramirez-Coll | Bryce L. Friedman (admitted *pro hac vice*) |
| USDC-PR No. 221702 | Nicholas Baker (admitted *pro hac vice*) |
| ANTONETTI, MONTALVO | Sarah E. Phillips (admitted *pro hac vice*) |
| & RAMIREZ-COLL | SIMPSON THACHER & BARTLETT LLP |
| P.O. Box 13128 | 425 Lexington Avenue |
| San Juan, Puerto Rico 00908 | New York, New York 10017 |
| Telephone: (787) 977-0303 | Telephone: (212) 455-2000 |
| Facsimile: (787) 977-0323 | Facsimile: (212) 455-2502 |
| Email: jramirez@amrclaw.com | Email: bfriedman@stblaw.com |
| |        nbaker@stblaw.com |
| |        sarah.phillips@stblaw.com |
| | |
| | *Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC* |