## **EXHIBIT D**
**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>           Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the<br>Commonwealth, HTA, and<br>ERS.** |

ORDER GRANTING NINETY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT
CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED

Upon the *Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Ninety-Ninth Omnibus Objection"), [2] filed by the Commonwealth of Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Ninety-Ninth Omnibus Objection.

("Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the

Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"),

dated December 12, 2019, for entry of an order disallowing in their entirety certain claims filed

against the Commonwealth, HTA, or ERS, as more fully set forth in the Ninety-Ninth Omnibus

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Ninety-

Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section

306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice

of the Ninety-Ninth Omnibus Objection having been provided to those parties identified therein,

and no other or further notice being required; and each of the claims identified in Exhibit A to the

Ninety-Ninth Omnibus Objection (collectively, the "Deficient Claims") having been found to be

deficient; and the Court having determined that the relief sought in the Ninety-Ninth Omnibus

Objection is in the best interests of the Commonwealth, HTA, ERS, their creditors, and all parties

in interest; and the Court having determined that the legal and factual bases set forth in the Ninety-

Ninth Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Ninety-Ninth Omnibus Objection is GRANTED as set forth

herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the

Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## <u>ANEXO D</u>
**Orden propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
          como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

                                        Deudores. [1]

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

**La presente radicación guarda
relación con el ELA, la ACT y
el SRE.**

ORDEN POR LA QUE SE CONCEDE LA NONAGÉSIMA NOVENA OBJECIÓN GLOBAL
(NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PRUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE
ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES,
LABORALES O SERVICIOS PRESTADOS

Vista la *Nonagésima novena objeción global (no sustantiva) del Estado Libre
Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del
Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a
Reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones*

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título
III, junto con el respectivo número de procedimiento radicado conforme al Título III y los
últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso,
son i) el Estado Libre Asociado de Puerto Rico (núm. de procedimiento de quiebra 17 BK
3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la
Corporación del Fondo de Interés Apremiante de Puerto Rico (núm. de procedimiento de
quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente:
8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (núm. de
procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de
contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado
Libre Asociado de Puerto Rico (núm. de procedimiento de quiebra 17 BK 3566-LTS)
(últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de
Energía Eléctrica de Puerto Rico (núm. de procedimiento de quiebra 17 BK 4780-LTS)
(últimos cuatro dígitos del número federal de contribuyente: 3747) (los números de causas
radicadas conforme al Título III figuran como números de procedimientos de quiebra
debido a limitaciones del programa informático).

*salariales, laborales o servicios prestados* (la "Nonagésima novena objeción global"),[2] radicada

por el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y

Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno

del Estado Libre Asociado de Puerto Rico (el "SRE"), de fecha 12 de diciembre de 2019, en la que

se solicitaba que se dictase una orden que rechazara en su totalidad determinados reclamos

radicados contra el ELA, la ACT o el SRE, según se expone con más detalle en la propia

Nonagésima novena objeción global y los anexos justificativos de la misma; y al tener el Tribunal

jurisdicción para atender la Nonagésima novena objeción global y para conceder el remedio en

ella solicitado conforme a PROMESA, artículo 306(a); y siendo la sede judicial competente

conforme a PROMESA, artículo 307(a); y habiéndose efectuado, en tiempo y forma, la

notificación de la Nonagésima novena objeción global a aquellas partes que en ella se identifican,

sin ser necesario efectuar ninguna otra notificación; y habiéndose concluido que los reclamos

identificados en el Anexo A de la Nonagésima novena objeción global (conjuntamente, los

"Reclamos deficientes") son deficientes; y habiendo determinado el Tribunal que el remedio

solicitado en la Nonagésima novena objeción global redunda en el mejor interés del ELA, de la

ACT, del SRE y de y sus acreedores, así como de la totalidad de las partes interesadas; y habiendo

determinado el Tribunal que las bases de hecho y de derecho establecidas en la Nonagésima

novena objeción global establecen una causa justificada para el remedio aquí concedido; y tras la

debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE DECLARE HA LUGAR a la Nonagésima novena objeción

global, según se establece en el presente documento; además,

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Nonagésima novena objeción global.

SE ORDENA que se rechacen en su totalidad los Reclamos deficientes; asimismo,

SE ORDENA que Prime Clerk, LLC quede autorizada, y reciba instrucciones, para eliminar los Reclamos deficientes del registro oficial de reclamos en el marco de las Causas radicadas conforme al Título III; y por último,

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos