UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   : Title III
                                                                    :
        as representative of                                        : Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             : (Jointly Administered)
                                                                    :
        Debtors.[1]                                                 :
------------------------------------------------------------------- X
```

**INFORMATIVE MOTION REGARDING REVISED NOTICE WITH RESPECT TO OBJECTIONS TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS AND PUERTO RICO PUBLIC BUILDINGS AUTHORITY BONDS**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee"),[2] hereby submits this informative motion in connection with the *Interim Report and Recommendation of the Mediation Team* [Docket No. 9365] (the "Interim Report"),[3] the proposed interim scheduling order with respect to contested matters and adversary proceedings related to GO and PBA bonds (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Report and the exhibits thereto.

"Interim GO/PBA Case Management Order") attached to the Interim Report as Exhibit 1, and the Court's instructions at the December 11, 2019 omnibus hearing with respect to the proposed notice (the "Objection Notice") annexed as Appendix C to the proposed Interim GO/PBA Case Management Order.[4]

1. Counsel to the Committee has revised the Objection Notice in accordance with the Court's instructions at the December 11, 2019 and shared a draft thereof with the Mediation Team, which has shared the draft with the parties that participated in the mediation with respect to the Interim GO/PBA Case Management Order. In response, counsel to the Committee has received a few additional comments, which have been incorporated in the revised Objection Notice.

2. The revised Objection Notice is attached hereto as **Exhibit A**, and a Spanish translation of the revised Objection Notice is attached hereto as **Exhibit B**. In addition, a blackline showing the changes made to the revised Objection Notice (compared to the Objection Notice annexed to the proposed Interim GO/PBA Case Management Order) is attached hereto as **Exhibit C**, and a blackline showing the changes made to the Spanish translation of the revised Objection Notice (compared to the Spanish translation of the Objection Notice annexed to the proposed Interim GO/PBA Case Management Order) is attached hereto as **Exhibit D**.

[*Remainder of page intentionally left blank.*]

---

[4] A Spanish translation of the Objection Notice was attached as Appendix D to the Interim GO/PBA Case Management Order.

WHEREFORE, the Committee respectfully request that the Court take notice of the above.

Dated: December 13, 2019

By: */s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: */s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*