**Exhibit D**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---------------------------------------------------------------------- X
                                                                      ÷
In re:                                                                :
                                                                      ÷
                                                                      ÷
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN   :   PROMESA
FINANCIERA PARA PUERTO RICO,               :   Título III
                                           :
     como representante de                 :   Caso Núm. 17-BK-3283 (LTS)
                                           :
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et*   :   (Administrado Conjuntamente)
*al.,*                                     :
                                           :
     Deudores.[1]                          :
---------------------------------------------------------------------- X

**AVISO DE (I) OBJECIÓN DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, ~~SOBRE~~A (A) RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL ~~DE 2011~~ DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2011 Y (B) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO POR TENEDORES DE CIERTOS BONOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO E (II) ITINERARIO DE ALEGATOS SOBRE MOCIONES DE DESESTIMACIÓN CON RESPECTO A OBJECIONES ~~DE~~A (A) RECLAMACIONES ~~RELACIONADAS A~~PRESENTADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL ~~Y~~ DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2011 , (B) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO POR TENEDORES DE CIERTOS BONOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, Y (C) RECLAMACIONES**

---

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Quiebra Núm. 19-BK-5233-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801)~~(~~ (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**PRESENTADAS O INCOADAS POR TENEDORES DE BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2012 Y 2014**

Está recibiendo este aviso porque (a) ha sido identificado como tenedor de (i) uno o más bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico (el "ELA") en el 2011 (los "Bonos GO 2011") ~~y/o~~ , (ii) uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico (los "Bonos AEP") ~~durante el 2011 y 2012~~ en el 2011 y 2012, y/o (iii) uno o más bonos de obligación general emitidos por el ELA en el 2012 o 2014 (los "Bonos GO 2012-2014") y/o (b) ha sometido aviso de participación con respecto a la orden de procedimientos [~~Dkt~~ Docket Núm. 5143] sobre la *Objeción Ómnibus de (I) la Junta de Supervisión y Administración Financiera Para Puerto Rico, actuando a través del Comité de Reclamaciones Especiales, y (II) Comité Oficial de Acreedores No Asegurados, a tenor con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico* [~~Dkt~~ Docket Núm. 4784] (la "Objeción de Bonos GO 2012-2014").[2]

I.  **Notificación de Objeción de Bonos GO 2011 y Objeción de Bonos AEP**

Por favor tenga en cuenta que el Comité Oficial de Acreedores no Asegurados (el "Comité" u "Objetor") ha presentado (a) una objeción, fechada el 21 de mayo de 2019 [~~Dkt.~~ Docket Núm. 7057] (la "Objeción de Bonos GO 2011") a reclamaciones presentadas o incoadas por titulares de ciertos Bonos GO 2011 y (b) una objeción, fechada el 18 de julio de 2019 [~~Dkt.~~ Docket Núm. 8141] (la "Objeción de Bonos AEP"), a reclamaciones presentadas o incoadas por los titulares de ciertos Bonos AEP contra el ELA basado en una garantía del ELA. Puede encontrar el texto completo de la Objeción de Bonos GO 2011 en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=7057. Puede encontrar el texto completo de la Objeción de Bonos AEP en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=8141.

La Objeción de Bonos GO de 2011 tiene el propósito de rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2011 (las "Reclamaciones de los Bonos GO de 2011"). La Objeción de Bonos AEP tiene el propósito de rechazar e invalidar reclamaciones presentadas o incoadas contra el Estado Libre Asociado basado en ciertos Bonos AEP garantizados por el ELA (las "Reclamaciones de los Bonos AEP"). **Sujeto a los derechos apelativos aplicables, si el Tribunal concede la Objeción de Bonos GO 2011 y/o la Objeción de Bonos AEP total o parcialmente, la recuperación de los titulares de Bonos GO 2011 por cuenta de los Bonos GO 2011 y la recuperación de los titulares de Bonos AEP por cuenta de los Bonos AEP, según aplicable, se eliminará total o parcialmente, y estos reclamantes quedarán prohibidos para siempre de hacer valer dichas reclamaciones contra el ELA, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III, y participar en cualquier distribución en este Caso bajo el Título III por cuenta de dichas Reclamaciones de los Bonos GO de 2011 y Reclamaciones de los Bonos AEP, según aplicable. Por tanto, la Objeción de Bonos GO 2011 y la Objeción de Bonos AEP pueden afectar sus derechos.**

---

[2] La Objeción de Bonos GO 2012-2014 objeta reclamaciones presentadas o incoadas por tenedores de ciertos Bonos de Obligación General emitidos en el 2012 y 2014 (según se detalla en la Objeción a Reclamación GO 2012-2014).

2

Por favor también tenga en cuenta que el Comité y la Junta de Supervisión y Administración Financiera Para Puerto Rico además radicaron la Objeción de Bonos GO 2012-2014 el 14 de enero de 2019, cuyo propósito es rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2012-2014. El Aviso de la Objeción de Bonos GO 2012-2014 fue notificada a los tenedores de los Bonos GO 2012-2014 de conformidad con la orden de procedimiento del Tribunal con fecha del 15 de febrero de 2019 [Docket Núm. 5143].[3]

**II.   Itinerario de Alegatos sobre Mociones de Desestimación con Respecto a Objeción de Bonos GO 2011, Objeción de Bonos AEP, y Objeción de Bonos GO 2012-2014**

Además, tenga en cuenta que el _____, el Tribunal de Distrito emitió una orden para el manejo del caso (la "Orden de Manejo del Caso") aprobando un itinerario de alegatos para mociones de desestimación con respecto a la **Objeción de Bonos GO 2011, la Objeción de Bonos AEP y la Objeción de Bonos GO 2012-2014 (colectivamente, "Objeciones a Reclamaciones")**.

El itinerario de alegatos que gobierna dichas mociones de desestimación es el siguiente:

| | |
|---|---|
| Alegato(s) Inicial para las Partes Identificadas (según definido en la Orden de Manejo del Caso) | 5 de febrero de 2020 |
| Alegato(s) Inicial para todos los demás tenedores de bonos o partes interesadas | 19 de febrero de 2020 |
| Alegato(s) en oposición | 18 de marzo de 2020 |
| Alegato(s) de réplica para las Partes Identificadas | 8 de abril de 2020 |
| Alegato(s) de réplica para todos los demás tenedores de bonos o partes interesadas | 20 de abril de 2020 |
| Vista | 30 de abril de 2020 |

Por favor tenga en cuenta que el itinerario de alegatos antes mencionado puede cambiar, cambios que serán reflejados en órdenes y notificaciones adicionales del tribunal según sea necesario.

Si pretende participar en los alegatos de mociones dispositivas, **deberá cumplir con los requisitos esbozados en la Orden de Manejo del Caso. Una copia de la Orden de Manejo del Caso está incluida con esta Notificación.**[4] Información adicional sobre las Objeciones a

---

[3]   Entre otros asuntos, la orden de procedimientos requería que los tenedores de los Bonos GO 2012-2014 que desearan participar en el litigio de la Objeción de Bonos GO 2012-2014 sometieran aviso de participación en o antes del 16 de abril de 2019.

[4]   La Orden de Manejo del Caso también ordena un itinerario para los alegatos de mociones para desestimar procedimientos adversativos que buscan una determinación sobre, *inter alia*, la validez de los gravámenes de incoados por tenedores de bonos GO y AEP, y, si estos gravámenes son válidos, evitarlos (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296 y 19-297, colectivamente "Impugnaciones de Gravámenes GO"). Los Demandados en las Impugnaciones de Gravámenes GO también recibirán una copia de la Orden de Manejo del Caso.

Reclamaciones, incluyendo cualquier cambio al itinerario de alegatos, estará disponible en el Internet bajo el siguiente enlace: [*insertar LINK de la nueva sección de la página de Prime Clerk que cubre avisos*].

### III.     Información Adicional

Las solicitudes de las versiones en español de este Aviso y cualquier pregunta relacionada con este aviso se deben enviar por escrito a:

>Paul Hastings LLP
>200 Park Avenue
>New York, NY 10166
>Attn: Douglass E. Barron
>NoticeofParticipation@paulhastings.com
>(212) 318-6690

### IV.     Números CUSIP de Bonos Sujetos a Objeciones a Reclamaciones

Los números CUSIP de los bonos de obligación general ~~afectados por~~sujetos a la Objeción de Bonos GO 2011 son~~.~~:

| Emisión | CUSIP | Emisión | CUSIP |
|---|---|---|---|
| 2011 C | 74514LXH5 | 2011 E | 74514LZM2 |
| 2011 C | 74514LXG7 | 2011 E | 74514LZN0 |
| 2011 C | 74514LWZ6 | 2011 E | 74514LZQ3 |
| 2011 C | 74514LXF9 | 2011 E | 74514LZK6 |
| 2011 C | 74514LXD4 | 2011D | 74514LZF7 |
| 2011 C | 74514LWY9 | 2011D | 74514LZC4 |
| 2011 C | 74514LXA0 | 2011D | 74514LZG5 |
| 2011 C | 74514LXE2 | 2011D | 74514LZE0 |
| 2011 C | 74514LXC6 | 2011D | 74514LZB6 |
| 2011 C | 74514LXB8 | 2011D | 74514LZD2 |
| 2011 C | 74514LWX1 | 2011D | 74514LZA8 |
| 2011 PIB | 74514LYW1 | 2011D | 74514LZJ9 |
| 2011 E | 74514LZL4 | 2011D | 74514LZH3 |
| 2011 E | 74514LZP5 | | |

4

| Los números CUSIP de los Bonos AEP ~~afectados por~~<u>sujetos a</u> la Objeción de Bonos AEP son:

| Serie | CUSIP | Serie | CUSIP |
|---|---|---|---|
| R | 745235M57 | S | 745235P54 |
| R | 745235M65 | S | 745235P88 |
| R | 745235M73 | S | 745235P62 |
| R | 745235M81 | S | 745235P70 |
| S | 745235M99 | T | 745235Q20 |
| S | 745235N23 | U | 745235R52 |
| S | 745235N31 | U | 745235R60 |
| S | 745235N49 | U | 745235R78 |
| S | 745235N56 | U | 745235R86 |
| S | 745235N64 | U | 745235S69 |
| S | 745235N72 | U | 745235R94 |
| S | 745235N80 | U | 745235S28 |
| S | 745235N98 | U | 745235S36 |
| S | 745235P21 | U | 745235S44 |
| S | 745235P39 | U | 745235R37 |
| S | 745235P47 | ~~U~~ | ~~745235R37~~ |

<u>Los números CUSIP de los bonos de obligación general sujetos a la Objeción de Bonos GO 2012-2014 son:</u>

| <u>Emisión</u> | <u>CUSIP</u> | <u>Emisión</u> | <u>CUSIP</u> |
|---|---|---|---|
| <u>2012 A</u> | <u>74514LB89</u> | <u>2012 A</u> | <u>74514LB48</u> |
| <u>2012 A</u> | <u>74514LB63</u> | <u>2012 A</u> | <u>74514LA72</u> |
| <u>2012 A</u> | <u>74514LA49</u> | <u>2012 A</u> | <u>74514LC62</u> |
| <u>2012 A</u> | <u>74514LA56</u> | <u>2012 A</u> | <u>74514LB22</u> |
| <u>2012 A</u> | <u>74514LC88</u> | <u>2012 A</u> | <u>74514LC47</u> |
| <u>2012 A</u> | <u>74514LD87</u> | <u>2012 A</u> | <u>74514LC54</u> |
| <u>2012 A</u> | <u>74514LA80</u> | <u>2012 A</u> | <u>74514LD38</u> |
| <u>2012 A</u> | <u>74514LC39</u> | <u>2012 A</u> | <u>74514LA64</u> |
| <u>2012 A</u> | <u>74514LB55</u> | <u>2012 A</u> | <u>74514LA98</u> |
| <u>2012 A</u> | <u>74514LD46</u> | <u>2012 A</u> | <u>74514LB30</u> |
| <u>2012 A</u> | <u>74514LB97</u> | <u>2012 A</u> | <u>74514LB71</u> |
| <u>2012 A</u> | <u>74514LD61</u> | <u>2012 B</u> | <u>74514LA23</u> |
| <u>2012 A</u> | <u>74514LC96</u> | <u>2012 B</u> | <u>74514LZV2</u> |
| <u>2012 A</u> | <u>74514LD79</u> | <u>2012 B</u> | <u>74514LZW0</u> |
| <u>2012 A</u> | <u>74514LC70</u> | <u>2012 B</u> | <u>74514LZX8</u> |
| <u>2012 A</u> | <u>74514LD53</u> | <u>2012 B</u> | <u>74514LZY6</u> |
| <u>2012 A</u> | <u>74514LA31</u> | <u>2012 B</u> | <u>74514LZZ3</u> |
| <u>2012 A</u> | <u>74514LC21</u> | <u>2014</u> | <u>74514LE86</u> |
| <u>2012 A</u> | <u>74514LD20</u> | | |

5