# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Morning session:**
Set: 9:30 AM (AST)
Started: 9:40 AM (AST)
Ended: 12:01 PM (AST)
**Afternoon Session:**
Set: 1:20 PM (AST)
Started: 1:29 PM (AST)
Ended: 3:25 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN /**         DATE: December 11, 2019
**MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte / COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>Debtor | 3:17-BK-3566 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS)

Omnibus Hearing - December 11, 20019

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority<br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| Sciemus Limited, *et al.*<br>Plaintiffs<br><br>v.<br><br>Financial Oversight and Management Board for Puerto Rico, *et al.*<br>Defendants | 3:19-AP-00369 (LTS)<br><br>*in 3:17-BK-4780 (LTS)* |

**Omnibus Hearing held.**

**I.**   **Status Report**
   1. Report from the Oversight Board
   2. Report from AAFAF
**II.**   **Fee Applications**
   1. Fourth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C. [Case No. 17-3283, ECF No. 9262]
      a.   Granted. Order to be issued.
**III.**   **Uncontested Matters**
   1. Seventy-Sixth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8961]
   2. Seventy-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8964]
   3. Eighty-Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8969]
   4. Eighty-Fourth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8971]
   5. Eighty-Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8973]
   6. Eighty-Sixth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8975]

3:17-BK-3283 (LTS)

Omnibus Hearing - December 11, 20019

- 7. Eighty-Seventh Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8976]
- 8. Eighty-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8977]
- 9. Ninetieth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8979]
- 10. Ninety-First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8980]
- 11. Ninety-Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8981]
- 12. Ninety-Third Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8982]

**\*\* Items 1 through 12 - Granted subject to submission of a revised proposed order and a revised version of Exhibit A.**

- 13. Ninety-Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8984]
    - a. Granted subject to submission of a revised proposed order, a revised version of Exhibit A and a supplemental declaration.
- 14. PREPA's Motion for Undisputed Payment and Release of Insurance Proceeds [Adv. Case No. 19-369, ECF No. 24]
    - a. Movants request adjournment until the January 2020 Omnibus Hearing.
    - b. Granted.

### IV. Hearing on Mediation Report

1. Interim Report and Recommendation of the Mediation Team [Case No. 17-3283, ECF No. 9365]
    - a. Mediation Team Leader and respondents heard.
    - b. Parties to submit revised orders.

### V. Contested Matters

1. UBS Financial Services of Puerto Rico's Motion for Relief from Stay [Case No. 17-3283, ECF No. 8823, Case No. 17-3566, ECF No. 677]
    - a. Proposed revised order to be submitted.
2. Renewed Motion of Certain Secured Creditors of ERS for Appointment as Trustees [Case No. 17-3283, ECF No. 9260, Case No. 17-3566, ECF No. 704]
    - a. Matter taken under advisement.
3. Motion to Stay Adversary Proceeding [Adv. Case No. 19-388, ECF No. 38]
    - a. Adjourned until the January 2020 Omnibus Hearing [Adv. Case No. 19-388, ECF No. 61]
4. Seventy-Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8960]
    - a. Counsel for MGIC Indemnity Corporation does not object to the claim being disallowed at this time.
    - b. Debtor to confirm if Exhibit A to the objection is accurate.
    - c. Objection sustained. Order to be issued.
5. Seventy-Seventh Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8990]
    - a. Objection sustained as to the claims listed in Exhibit A at ECF No. 9429. Order to be issued.
6. Seventy-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8965]
7. Eightieth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8967]
8. Eighty-First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8968]
9. Eighty-Third Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8970]
10. Eighty-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8978]
11. Ninety-Fourth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8983]

3:17-BK-3283 (LTS)
Omnibus Hearing - December 11, 20019

**\*\*Items 6 through 11 -  Revised proposed order and revised Exhibit A to be submitted.**

VI. **Adjourned Matters**
 1. AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]
 2. AMPR's Motion for Relief from Stay [Case No. 17-3283, ECF No. 3914]
 3. Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC. [Case No. 17-3283, ECF No. 8862]
 4. Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code. [Case No. 17-3283, ECF No. 2434]
 5. Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations [Case No. 17-3283, ECF No. 7505]
 6. Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities [Case No. 17-3283, ECF No. 7507]

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy