UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES

The Court has received and reviewed the *Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 9534 in Case No. 17-3283, the "Motion") filed by the Commonwealth of Puerto Rico. The Motion is granted to the extent provided herein. Opposition papers to the *Motion for Stay Relief* (Docket Entry No. 9334, the "Lift Stay Motion"), filed by Xiomara Rivera-Cruz and Carlos Luis Merced-Centeno (the "Movants"), must be filed by **December 20, 2019 at 5:00 p.m. (Atlantic Standard Time)**. Movants' reply papers must be filed by **December 27, 2019 at 5:00 p.m. (Atlantic Standard Time)**. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 9534 in Case No. 17-3283.

SO ORDERED.

Dated: December 13, 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge