# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>    Debtors[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

To the Honorable Court:

Creditor, Management, Consultants & Computer Services, Incorporated[2], by counsel, respectfully states and prays:

1. The undersigned attorney and the Firm of Delgado Miranda Law Offices, LLC have been retained by MCCS in this case (Case No. 17 BK 3283-LTS), along with co-counsel Ricardo L. Ortiz-Colón, Esq. *See*, Doc#: 1169. Pursuant to P.R. LBR 2090-1(a) and Fed. R. Bankr. P. 9010, it is requested that this Honorable Court take notice of the appearance of the undersigned and that that all future notices, motions, and documents in this case be served to MCCS, by counsel, through Ricardo L. Ortiz-Colón, Esq., to the address provided in Doc#: 1169

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Hereinafter, "MCCS".

and also through the undersigned, at the address provided below:

> Briseida Y. Delgado-Miranda
> DELGADO MIRANDA LAW OFFICES, LLC
> <u>Mail</u>: PMB 112, 130 Winston Churchill Ave., Ste. 1
> San Juan, PR 00926
> T: (787)717-7178
> E-mail: delgadomirandalaw@gmail.com

2. For avoidance of doubt, this appearance is made without waiving any rights, nor waiving a challenge to jurisdiction in any adversary action and without submitting to the jurisdiction in any adversary action.

**WHEREFORE**, Defendant MCCS respectfully requests that the Honorable Court take notice of the above stated for all pertinent purposes.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 13th day of December, 2019.

> **DELGADO MIRANDA LAW OFFICES, LLC**
> <u>Offices</u>, 1606 Ponce de Leon Ave., Suite 602, San Juan, PR 00909
> <u>Mail</u>: PMB 112, 130 Winston Churchill Ave., Ste. 1
> San Juan, PR 00926
> T: (787)717-7178
>
> *S/BRISEIDA Y. DELGADO-MIRANDA*
> U.S.D.C.P.R. #223214
> E-mail: delgadomirandalaw@gmail.com