# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Ricardo Estrella Warwar (MMLID: 1770757), at an address that has been redacted in the interest of privacy:

- Sixty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate Bond Claims [Docket No. 8289]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on JMMB CORPORATION (MMLID: 1438137), JOSE CARLOS MENDEZ FERNANDEZ, PRESIDENT, 6 HAUGHTON TERRACE 10, KINGSTON, JAMAICA, 00901:

- Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds [Docket No. 8297]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 78th Omnibus Objection Service List attached hereto as **Exhibit A**:

- Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 8964]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 79th Omnibus Objection Service List attached hereto as **Exhibit B**:

- Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 8965]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 80th Omnibus Objection Service List attached hereto as **Exhibit C**:

- Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 8967]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 81st Omnibus Objection Service List attached hereto as **Exhibit D**:

- Eighty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 8968]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 82nd Omnibus Objection Service List attached hereto as **Exhibit E**:

- Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 8969]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 83rd Omnibus Objection Service List attached hereto as **Exhibit F**:

- Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 8970]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 85th Omnibus Objection Service List attached hereto as **Exhibit G**:

- Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8973]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (1) Jesus Garcia Rivera (MMLID: 164554), and (2) Norma I Garrastegui Pacheco (MMLID: 1683924), at addresses that are redacted in the interest of privacy:

- Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8975]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 87th Omnibus Objection Service List attached hereto as **Exhibit H**:

- Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8976]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 88th Omnibus Objection Service List attached hereto as **Exhibit I**:

- Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8977]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 89th Omnibus Objection Service List attached hereto as **Exhibit J**:

- Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8978]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 90th Omnibus Objection Service List attached hereto as **Exhibit K**:

- Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8979]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 91st Omnibus Objection Service List attached hereto as **Exhibit L**:

- Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8980]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 92nd Omnibus Objection Service List attached hereto as **Exhibit M**:

- Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8981]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Concepcion Yambot (MMLID: 1759047), at an address that has been redacted in the interest of privacy:

- Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 8982]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 94th Omnibus Objection Service List attached hereto as **Exhibit N**:

- Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims [Docket No. 8983]

On December 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 95th Omnibus Objection Service List attached hereto as **Exhibit O**:

- Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims [Docket No. 8984]

Dated: December 13, 2019

Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 13, 2019, by Nora Hafez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

6

SRF 38197

**<u>Exhibit A</u>**

Exhibit A

78th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1635995 | ALVAREZ TORRES, VIRGIE M | Address on File | | | | |
| 1774949 | Arocho Gonzalez, Carmen  M. | Address on File | | | | |
| 1645305 | Calo Ruiz, Mariluz | Address on File | | | | |
| 784703 | CENTENO VAZQUEZ, ROBERTO | Address on File | | | | |
| 1603981 | CIORDIA SEDA, RAFAEL  A. | Address on File | | | | |
| 1641444 | CORREA NEGRON, JAIME | Address on File | | | | |
| 1559831 | CRUZ COLLAZO, SIRI A | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit B</u>**

Exhibit B

79th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1597504 | Cubero, Lizette | Address on File | | | | |
| 1547946 | DE JESUS ACEVEDO, JOCELINE | Address on File | | | | |
| 1546320 | Falcon Rodriguez, Javier | Address on File | | | | |
| 645648 | García Díaz, Elliot | Address on File | | | | |
| 1547484 | Hernandez Otero, Katherine | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**<u>Exhibit C</u>**

Exhibit C

80th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1589772 | Irizarry Munoz, Beatriz | Address on File | | | | |
| 1666673 | J. COTTO REYES, PABLO | Address on File | | | | |
| 1700305 | LAUSELL CARRION, JANETT | Address on File | | | | |
| 1701965 | Lebrón Medina, Gilberto Antonio | Address on File | | | | |
| 1592835 | López Ripoll, Yanira | Address on File | | | | |
| 1567452 | Lopez Virola, Mariela | Address on File | | | | |
| 1655721 | Maldonado Martínez, Idalia M | Address on File | | | | |
| 1689364 | Maldonado Santana, Edwin | Address on File | | | | |
| 1573853 | Marrero Santiago, Gladys | Address on File | | | | |
| 1246199 | MARTINEZ HERNANDEZ, KELLIAMS | Address on File | | | | |
| 1699818 | Martínez Santiago, Luis R. | Address on File | | | | |
| 1658922 | Medina Rodriguez, Camille Ivette | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit D</u>**

Exhibit D

81st Omnibus Objection Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1590619 | Nieves Martir, Madelin | Address on File | | | | |
| 1638633 | Nieves Vazquez, Janet | Address on File | | | | |
| 1645057 | Ortiz Melendez, Arleen | Address on File | | | | |
| 1593953 | Ortiz, Lizzette Garriga | Address on File | | | | |
| 1525276 | Pagan Acevedo, Rosa | Address on File | | | | |
| 1467187 | Pérez García, Migdalia | Address on File | | | | |
| 227524 | PEREZ ROVIRA, INGRID G | Address on File | | | | |
| 1054595 | PONCE SALVARREY, MARIA T | Address on File | | | | |
| 427333 | RAMOS MENDEZ, IVETTE | Address on File | | | | |
| 1594367 | RIOS TORRES, SONIA | Address on File | | | | |
| 1641616 | SANTOS ZAYAS, CARMEN M. | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit E</u>**

Exhibit E

82nd Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1547753 | Rivera Rosario, Guillermo | Address on File | | | | |
| 1503340 | Robles Tirado, Omayra | Address on File | | | | |
| 1468141 | Rodriguez Baralt, Miguel  A | Address on File | | | | |
| 1668990 | Rodriguez, Damaris | Address on File | | | | |
| 1690171 | Rosado Lopez, Miguel A. | Address on File | | | | |
| 464881 | SANCHEZ MELENDEZ, ROCHELLY | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit F</u>**

Exhibit F

83rd Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 16048 | ALMEDA ACEVEDO, ALEX | Address on File | | | | |
| 1524303 | Santiago Sanchez, Ivan E. | Address on File | | | | |
| 1622246 | SAURI GONZALEZ, ARLENE | Address on File | | | | |
| 1188207 | SUAREZ ORTIZ, DAURA L | Address on File | | | | |
| 1598879 | Torres Feliciano, Jose Manuel | Address on File | | | | |
| 1508055 | Valentin Rodriguez, Lindjoanairis | Address on File | | | | |
| 74142 | VELEZ CORREA, CARLOS | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit G**

Exhibit G

85th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1573596 | COLLAZO RODRIGUEZ, EDNA DENISE | Address on File | | | | |
| 1756829 | Colon Cora, Wendy J. | Address on File | | | | |
| 1597378 | Colon, Jose J. | Address on File | | | | |
| 1785068 | CRUZ RIVERA, CARLOS A | Address on File | | | | |
| 1752779 | EDNA DENISE COLLAZO RODRIGUEZ | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit H**

Exhibit H

87th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1791043 | Jimenez Diaz, Ann M. | Address on File | | | | |
| 1815283 | Julia Rivera, Muta | Address on File | | | | |
| 768071 | LOPEZ RIPOLL, YANIRA | Address on File | | | | |
| 1649890 | Maldonado Del Valle, María M. | Address on File | | | | |
| 1777166 | Maldonado Pérez, Madeline | Address on File | | | | |
| 1788380 | Maldonado Torres, Elsie L. | Address on File | | | | |
| 1672411 | MARIN RODRIGUEZ, JESSICA | Address on File | | | | |
| 1648183 | Marrero Huertas, Lillian | Address on File | | | | |
| 1662196 | Marrero Perez, Carmen E | Address on File | | | | |
| 1806481 | Marrero Torres, Orlando | Address on File | | | | |
| 1668972 | Martinez Camacho, Hiram | Address on File | | | | |
| 1721224 | MAS MUNIZ, ELIZABETH | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit I</u>**

Exhibit I

88th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1766233 | Meléndez González, Madeline | Address on File | | | | |
| 1742945 | Morales Torres, Genoveva | Address on File | | | | |
| 1640319 | Moya Beniquez, Awilda | Address on File | | | | |
| 1792910 | Murillo Rivera, Diraliz | Address on File | | | | |
| 1689527 | Negron Negron, Antonia | Address on File | | | | |
| 1673841 | Negrón Torres, María T. | Address on File | | | | |
| 1667709 | Olivieri Rivera, Mabel | Address on File | | | | |

**<u>Exhibit J</u>**

Exhibit J

89th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1641359 | Ortiz Núñez, José A. | Address on File | | | | |
| 1751927 | Ortiz Rodriguez, Matilde | Address on File | | | | |
| 1696656 | Ortiz Santana, Leonardo | Address on File | | | | |
| 1576157 | Reyes Malave, Sylvia Ideline | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**<u>Exhibit K</u>**

Exhibit K

90th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1776277 | Rivera Ramírez, Linda | Address on File | | | | |
| 1786165 | RIVERA RAMOS, WANDA I. | Address on File | | | | |
| 1711569 | Rivera Rivera, Glorylú | Address on File | | | | |
| 1694994 | RIVERA VILLAFANE, BRENDA E. | Address on File | | | | |
| 1794879 | RIVERA, OLGA M | Address on File | | | | |
| 2078789 | Rodriguez Quiros, Leyda | Address on File | | | | |
| 1774773 | Rodriguez, Rebecca | Address on File | | | | |
| 1514983 | Rojas, Ralphis Montalvo | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit L**

Exhibit L

91st Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1660067 | Rosado Rivera, Yashira | Address on File | | | | |
| 1792111 | Rosado Rodriguez, Olga I. | Address on File | | | | |
| 1721808 | Rosaly Gerena, Dora H | Address on File | | | | |
| 1640923 | Santos Fernandez, Karmarie | Address on File | | | | |
| 1671962 | Seguí Juarbe, Minerva | Address on File | | | | |
| 1690108 | Silva Concepcion, Sonia M. | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit M**

Exhibit M

92nd Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1792480 | Torres Porrata, Edga M. | Address on File | | | | |
| 535561 | Torres Rivera, Sonia N | Address on File | | | | |
| 1767277 | Vega Soto, Viviana | Address on File | | | | |
| 1650895 | VELEZ CORREA, CARLOS | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                          Page 1 of 1

**Exhibit N**

Exhibit N

94th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 1236695 | BERMUDEZ DIAZ, JOSE M | Address on File | | | | |
| 1626555 | Colón Rivera, Belianis | Address on File | | | | |
| 1125269 | Garcia Vazquez, Nilda E | Address on File | | | | |
| 1674716 | GONZALEZ MOJICA, IVELISSE | Address on File | | | | |
| 1612959 | Meléndez González, Madeline | Address on File | | | | |
| 1692234 | Mercado Sotomayor, Hilda | Address on File | | | | |

**<u>Exhibit O</u>**

Exhibit O

95th Omnibus Objection Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1517303 | Ramirez Rodriguez, Annette | Address on File | | | | |
| 1611513 | Torres Feliciano, José Manuel | Address on File | | | | |
| 1841330 | Torres Morales, Aida A. | Address on File | | | | |
| 1195460 | VARGAS HERNANDES, EDWIN | Address on File | | | | |
| 1471186 | Vazquez Santana, Liduvina | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)