

From: Isaíta González
Calle García Lorca 2007
Urb. El Señorial
San Juan PR
00926

To: The Clerk of the United States
District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767