# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------  x
      :
In re:      :
      :
THE FINANCIAL OVERSIGHT AND      :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :  Title III
      :
      as representative of      :  Case No. 17-BK-3283 (LTS)
      :
THE COMMONWEALTH OF PUERTO RICO *et al.,*      :  (Jointly Administered)
      :
      Debtors.[1]      :
-----------------------------------------------------------------------  x

## ORDER TO SHOW CAUSE

This matter is before the Court on the *Urgent Omnibus Motion for Re-Issuance of*

*Summons and/or Authorization of Service by Publication or Alternative Request for Order to (I)*

*Make Service within a Specified Time or (II) Extend Time for Service for an Appropriate Period*

*Pursuant to Fed. R. Civ. P. 4(M)* (Dkt. No. 9545 in 17-BK-3283) (the "Urgent Motion").

Through the Urgent Motion, the Plaintiffs[2] represent that they have been unable to

effect service of process on the Defendants in the Adversary Proceedings listed in Exhibit 1 of

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms not defined herein shall have the meanings given to them in the Urgent Motion.

the Urgent Motion.  The Plaintiffs request that the Court re-issue expired summonses so that

the Plaintiffs can attempt service again at different addresses they have obtained for the

Defendants.  The Plaintiffs also request leave to make service by publication "if service by

mailing of the summons and complaint appears to be unsuccessful." (Urgent Motion at ¶25).

The dockets in the Adversary Proceedings show Summonses Returned Executed for each

of the Defendants.  Accordingly, the Court ORDERS the Plaintiffs to show cause through one

affidavit of counsel to be filed in each Adversary Proceeding that explains why the Plaintiffs are

requesting summonses to be re-issued for each of the Defendants for whom the Plaintiffs filed

a Summons Returned Executed.[3]  The deadline for the Plaintiffs to file the affidavit is **December
23, 2019.**

The Urgent Motion remains under advisement pending the Court's review of the

Plaintiffs' response to this Order.

SO ORDERED.

<u>/ s / Judith Gail Dein</u>
Judith Gail Dein

December 16, 2019

---

[3] The Court also notes that 19-AP-261, which is included on Exhibit 1 and for which the Plaintiffs seek a
re-issued summons, was voluntarily dismissed by the Plaintiffs on December 5, 2019 and was closed by
the Court on December 9, 2019.