# EXHIBIT 1

# TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM OCTOBER 9, 2019 THROUGH DECEMBER 6, 2019[1]

|   | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Madeline Acevedo Camacho, et als. v. Family Department, et als.*, Civil Case No. 2016-05-1340, Comisión Apelativa del Servicio Público (CASP), Labor Case | Madeline Acevedo Camacho and 2,819 permanent employees from the Puerto Rico Department of Family Affairs | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before CASP, the Puerto Rico Court of Appeals, and the Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | October 16, 2019 |
| 2. | *Luis Rodríguez Rivera v. Departamento de Educación*, Case No. GPE2016-0115(101A), Puerto Rico Court of First Instance, ADA Case | Luis Rodríguez Rivera | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor or any other relief that entails the disbursement of funds by the Commonwealth. | October 17, 2019 |
| 3. | *Sucesión Pastor Mandry Mercado v. Commonwealth of Puerto Rico*, Case No. JAC2008-0853, Puerto Rico Court of First Instance | Sucesión Pastor Mandry Mercado | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court, Court of Appeals of Puerto Rico, and Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the | October 23, 2019 |

---

[1] The *Stipulation Modifying the Automatic Stay Between the Commonwealth of Puerto Rico and Hiram Perez Soto*, dated as of October 29, 2019, was approved by the Court by order dated November 4, 2019, ECF No. 9097, and is not included in this exhibit.

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | Condemnation Proceeding | | | execution and enforcement of any judgment and for any claims for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | |
| 4. | *TEC General Contractors Corp. v. Puerto Rico Electric Power Authority*, Case No. KAC 2010-0833<br><br>Puerto Rico Court of First Instance<br><br>Breach of Contract | TEC General Contractors Corp | PREPA | The Title III Stay is hereby modified solely to the limited extent necessary (i) to enable the Prepetition Action to proceed to final judgment before the Puerto Rico Court of First Instance, the Court of Appeals, and the Supreme Court of Puerto Rico, and (ii) to allow the execution and enforcement of any judgment in the Prepetition Action solely against CSA Architects and Engineers, Inc.; provided, however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III Debtor. | October 28, 2019 |
| 5. | *ELA v. El Ojo de Agua Inc.*, Case No. K EF2008-0188<br><br>Puerto Rico Court of First Instance<br><br>Case No. CC2016-0662<br><br>Supreme Court of Puerto Rico<br><br>Condemnation Proceeding | El Ojo de Agua Development Inc. | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Appeal to proceed to final judgment before the Supreme Court with respect to the determination of costs associated with litigation of the Prepetition Action; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action and the Appeal including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor and any requirement for the Commonwealth to supplement any deposit consigned with the Prepetition Court. | November 7, 2019 |