**EXHIBIT 2**

**TITLE III STAY MODIFICATIONS REGARDING
CONDEMNATION PROCEEDING AGREED TO BY HTA[1]**

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1. | *ACT v. Aurora Colón Rosado*,<br><br>Case No. K EF2016-0011 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Aurora Colón Rosado | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages or any other relief that entails the disbursement of funds by HTA or any other Title III Debtor, and provisional remedies against HTA or any other Title III Debtor and any requirement for HTA to supplement the deposit consigned in the Prepetition Action. | December 6, 2019 |

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Thirteenth Omnibus Motion for Approval of Modifications of the Automatic Stay*.
"Prepetition Court" shall mean the Puerto Rico Court of First Instance.
"Prepetition Action" shall mean the action identified in the column, "Case Information."