**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------------------- x
                                                            :
In re                                                       :
                                                            :
                                                            :   PROMESA
THE FINANCIAL OVERSIGHT AND                                 :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                           :
                                                            :
                                                            :
     as representative of                                   :   Case No. 17-04780-LTS
                                                            :
                                                            :
PUERTO RICO ELECTRIC POWER                                  :   (Jointly Administered)
AUTHORITY (PREPA),*                                         :
                                                            :   Court Filing Relates Only to PREPA
     Debtor.                                                :
                                                            :
                                                            :

----------------------------------------------------------- - x
CORTLAND CAPITAL MARKET SERVICES                            :
LLC, as successor administrative agent for lenders          :
under that certain Credit Agreement, dated as of            :   PROMESA
May 4, 2012, among PREPA, Scotiabank, and the               :   Title III
lenders party thereto, and SOLA LTD, SOLUS                  :
OPPORTUNITIES FUND 5 LP, ULTRA                              :
MASTER LTD, and ULTRA NB LLC,                               :   Adversary Proc. No. 19-00396-LTS
                                                            :
                                                            :
          Plaintiffs,                                       :
                                                            :
v.                                                          :
                                                            :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :
MANAGEMENT BOARD OF PUERTO RICO,                            :
PUERTO RICO ELECTRIC POWER                                  :
AUTHORITY (PREPA), PUERTO RICO FISCAL                       :
AGENCY AND FINANCIAL ADVISORY                               :
AUTHORITY (AAFAF), U.S. BASNK                               :
NATIONAL ASSOCIATION, as successor Trustee                  :
under the trust agreement, as amended and                   :
supplemented, ASSURED GUARANTY CORP.,                       :
ASSURED GUARANTY MUNICIPAL CORP.,                           :
NATIONAL PUBLIC FINANCE GUARANTEE                           :
CORPORATION, SYNCORA GUARANTEE                              :
INC. and AD HOC GROUP OF PREPA                              :
BONDHOLDERS,                                                :
                                                            :
          Defendants.                                       :
----------------------------------------------------------- x
```

**FUEL LINE LENDERS' LIMITED REPLY REGARDING
URGENT UNOPPOSED MOTIONS OF GOVERNMENT PARTIES TO VACATE
<u>HEARING DATE AND FOR EXTENSION OF CERTAIN DEADLINES</u>**

---

\*      The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID:  3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:  8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID:  3801).

The Fuel Line Lenders[1] respectfully submit this limited reply with respect to the *Urgent Unopposed Motion of Government Parties For Eighth Revised Order Extending and Establishing Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement* [Dkt. No. 1824] and the *Urgent Unopposed Motion of the Financial Oversight and Management Board to Vacate Hearing Date and For an Extension of Reply Deadlines in Connection with Motions to Dismiss Plaintiffs' Amended Complaint* [Dkt No. 65 in Adv. Pro. No. 19-AP-396-LTS] (together, the "Urgent Motions").[2]

1.      The Fuel Line Lenders do not object to the relief sought in the Urgent Motions, and believe the Government Parties should be permitted to adjourn the January 14 hearing.  This limited reply addresses discrete matters that have arisen since the Urgent Motions were filed, including issues raised by Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corp. (together, "Assured and National") in their limited objections to the Urgent Motions.  Other than Assured and National, no creditors of PREPA — including other bondholders — have objected to the relief sought.

2.      *First*, while the Fuel Line Lenders do not object to the proposed adjournments, in the event the January 14 hearing is not adjourned, the deadlines for reply filings should not be changed.  Rather, in that circumstance, in order to provide the Court and parties with a

---

[1]      The Fuel Line Lenders are Cortland Capital Market Services LLC ("Cortland"), as successor administrative agent under a Credit Agreement, dated May 4, 2012, among PREPA, Scotiabank de Puerto Rico and certain lenders (the "Scotiabank Credit Agreement"), and SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus"), as lenders under the Scotiabank Credit Agreement and under a Trade Finance Facility Agreement, dated July 20, 2012, between PREPA and Citibank, N.A.

[2]      Capitalized terms have the same meanings as in the Urgent Motions.

reasonable opportunity to prepare for the hearing, reply papers should be filed by the current

deadlines (December 18 for the 9019 Motion and December 23 for the adversary proceedings).

3.      *Second*, assuming the Urgent Motions are granted, the schedule will need to be

adjusted to account for Judge Dein's order, entered yesterday, which authorized the Fuel Line

Lenders and others to file sur-replies by a deadline of January 6, 2020.  [Dkt. No. 1826.]  As set

forth in the Urgent Motions, should the 9019 Hearing be adjourned, the relevant parties have

agreed that the deadline for reply submissions will be set for January 10, 2020, and in any event

no later than 40 days prior to the 9019 Hearing.  As part of an amended schedule, the deadline

for sur-replies will need to be adjusted.  The Fuel Line Lenders intend to work cooperatively

with the Government Parties to propose a new and reasonable deadline for sur-replies (along

with other pre-hearing deadlines).

4.      *Third*, Assured and National have requested that, if the Court adjourns the 9019

Hearing, the hearing on the 9019 Motion and the hearing on the motions to dismiss the adversary

proceedings should be adjourned to the same date, consistent with the current schedule.  In the

interests of efficiency and judicial economy, the Fuel Line Lenders do not object at this time to

the hearings being rescheduled for the same date, while reserving all rights in the event there are

adjournments or delays beyond the currently proposed adjournment.

Dated:  December 17, 2019

 /s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
P.O. Box 364225
San Juan, Puerto Rico  00936-4225
Telephone:  (787) 250-5604
Facsimile:  (787) 759-9225
Email:  nzt@mcvpr.com

Respectfully submitted,

 /s/ Emil A. Kleinhaus
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
John F. Lynch (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  rgmason@wlrk.com
        arwolf@wlrk.com
        jlynch@wlrk.com
        eakleinhaus@wlrk.com
        akherring@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

 /s/ Jose L. Ramirez-Coll
Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO
& RAMIREZ-COLL
P.O. Box 13128
San Juan, Puerto Rico  00908
Telephone:  (787) 977-0303
Facsimile:  (787) 977-0323
Email:  jramirez@amrclaw.com

 /s/ Bryce L. Friedman
Bryce L. Friedman (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
Sarah E. Phillips (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502
Email:  bfriedman@stblaw.com
        nbaker@stblaw.com
        sarah.phillips@stblaw.com

*Attorneys for Cortland Capital Market Services, LLC, as Administrative Agent (with respect to adversary proceeding), SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*

**Error! Unknown document property name.**