# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------------------------ | x : | |
| *In re* | : : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | Title III |
| | : | |
| as representative of | : : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : : : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : : | |
| ------------------------------------------------------------------ | x : | |
| *In re* | : : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | Title III |
| | : | |
| as representative of | : : | Case No. 17-BK-04780 (LTS) |
| | : | |
| PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA), | : : : | |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------------ | x | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## **ORDER**

This matter is before the Court on the *Urgent Motion of PREPA and AAFAF for Leave to Exceed Page Limit for Joint Omnibus Reply to Responses to Rule 9019 Motion* (Dkt. No. 9597 in 17-BK-3283; Dkt. No. 1829 in 17-BK-4780) (the "Urgent Motion").[2]  The Court hereby ALLOWS IN PART the Urgent Motion.  PREPA and AAFAF may file a single Joint Omnibus Reply in support of the 9019 Motion of no more than one hundred twenty-five (125) pages, exclusive of the cover page, table of contents and authorities, signature page, exhibits, and certificate of service.

This order resolves Dkt. No. 9597 in 17-BK-3283 and Dkt. No. 1829 in 17-BK-4780

SO ORDERED.

Dated: December 17, 2019

/s/ Judith G. Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[2]  Capitalized terms not defined herein shall have the meanings given to them in the Urgent Motion.