TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RIC0
JUNTA DE SUPERVICION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DEL ESTADO LIBRE ASOCIADO PARA PUERTO RICO
PROMESA TITULO III CASO NUM. 17-3823-LTS
BUENOS DIAS
SALUDOS

SOLICITUD URGENTE DE EMISION DE ORDEN DE PAGO BAJO EL TITULO III

ESTIMADOS SEÑORES RECURRO NUEVAMENTE EN SU AUXILIO ANTE LA GRAVEDAD DE MI CONDICION DE SALUD POR MI CONDICION DE CANCER EN ETAPA IV NECESITO UN TRANSPLANTE DE MEDULA OSEA PARA PODER SOBREVIVIR POR MI CONDICION DE CANCER EN LOS HUESOS DONDE SE REQUIERE DE US$ 650,000.00 INSCLUYENDO LA TRANSPORTACION MIA Y DE MI ESPOSA A LOS EE.UU. MAS HOSPEDAJE Y TODOS LOS GASTOS RELACIONADOS.

YA LE HE SOMETIDOS TODOS LOS DOCUMENTOS RELACIONADOS DE LOS DAÑOS DE MI DEMANDA CIVIL AL E. L.A. DELAS PERDIDAS DE US$ 1,300,000.00, AHORA DEPUES DE 30 ANOS CON LOS DAÑOS SUFRIDOS EN MI PERSONA, MI FAMILIAS ETC,. SE REQUIERE DEL PAGO DE US$ 2,500,000.00, MIENTRAS MAS TIEMPO PASA MAS SE SE ACUMULAN LOS DAÑOS EN MI PERSONAS POR SUFRIR SOBRES 23 ANOS CON CANCER HACIEDOME METATASIS EN EL CUERPO, AHORA ME COLAPZO EL RINON IZQUIERDO, POR FAVOR NECESITO DE SU AYUDA Y COOPERACION URGENTEMENTE.

VICTOR O. HENSON BOUSQUETS
EXPRES. DE HESON CONST. Y GUAJATACA CONST.
DIR. POSTAL PO BOX 78, SAN SEBASTIAN, PUERTO RICO,00685,
DIR. RES. CALLE 5-J-7 URB. VILLA RITA, SAN SEBASTIAN, PUERTO RICO, 00685,
TEL. CEL. 1-787-232-4185
EMAIL victorhensonb@gmail.com,
(No Tengo Internet)