VICTOR O HENSON BUSQUETS
PO BOX 78
SAN SEBASTIAN, PUERTO RICO 00685



U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
DEC 14, 19
AMOUNT
**$1.00**
R2307M152641-11

TRIBUNAL SUPREMO DE LOS EEUU
TRIBUNAL DE DISTRITO DE PUERTO RICO
JUNTA DE SUPERVICION Y ADMINISTRACIÓN PARA PUERTO RICO
SECRETARIA DEL TRIBUNAL DE DISTRITO
DEMANDA CONTRA TABACALERAS DE LOS ESTADOS UNIDOS
150 SHARDON AVENUE FEDERAL BILDING
SAN JUAN PUERTO RICO 00918

RECEIVED AND FILED
2019 DEC 16 PM 1:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.