## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

                Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

### NOTICE OF JENNER & BLOCK LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO, OF <u>RATE INCREASES EFFECTIVE JANUARY 1, 2020</u>

Jenner & Block LLP ("**Jenner**"), counsel to the Official Committee of Retired Employees

of the Commonwealth of Puerto Rico (the "**Retiree Committee**"), hereby submits this notice in

accordance with the Court's *Order Imposing Additional Presumptive Standards: Rate Increases*

*and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Dkt. No. 7678]

("**Additional Presumptive Standards Order**"), and respectfully states as follows:

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority  (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

As of January 1, 2020, the hourly rates of Jenner attorneys working on matters in this Title III case will increase generally, reflecting firm-wide annual rate increases and/or increases in individual attorneys' seniority.

The hourly rate increases for the professionals expected to be most active in this case are as follows:

| Name of Professional | Title | Year Admitted | Department | 2019 Rate* | 2020 Rate* |
|---|---|---|---|---|---|
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | 1,062.50 | 1,105.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | 977.50 | 1,041.25 |
| SARAH E. HADDY | Partner | 2009 | Employee Benefits | 731.00 | 765.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | 935.00 | 956.25 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | 794.75 | 850.00 |
| EMILY S. LOEB | Partner | 2009 | Investigations, Compliance & Defense | 735.25 | 807.50 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | 731.00 | 765.00 |
| DEVI M. RAO | Partner | 2010 | Appellate & Supreme Court Practice | 726.75 | 752.25 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | 794.75 | 828.75 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | 977.50 | 1,041.25 |
| ADRIENNE LEE BENSON | Associate | 2015 | Appellate & Supreme Court Practice | 582.25 | 641.75 |
| ANDREW C. NOLL | Associate | 2014 | Appellate & Supreme Court Practice | 624.75 | 671.50 |
| KATHERINE A. ROSOFF | Associate | 2017 | Litigation | 493.00 | 565.25 |
| JOHN D. VANDEVENTER | Associate | 2014 | Restructuring & Bankruptcy | 616.25 | 663.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring & Bankruptcy | 735.25 | 748.00 |
| WILLIAM A. WILLIAMS | Associate | 2017 | Restructuring & Bankruptcy | 467.50 | 535.50 |
| LAURA E. PELANEK | Staff Attorney | 2004 | Litigation | 412.25 | 433.50 |

* Includes 15% discount for all professionals.

As set forth in the certification of Robert D. Gordon, attached hereto as **Exhibit A**, the Retiree Committee has authorized the rate increases detailed herein, both with respect to the January 1, 2020 effective date and on a timekeeper-by-timekeeper basis.

WHEREFORE, Jenner respectfully requests that the Court take notice of the foregoing.

2

Dated: December 17, 2019

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

                Debtors.[2]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

**VERIFIED CERTIFICATION OF ROBERT D. GORDON IN SUPPORT
OF THE NOTICE OF JENNER & BLOCK LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE
COMMONWEALTH OF PUERTO RICO, OF
<u>RATE INCREASES EFFECTIVE JANUARY 1, 2020</u>**

I, Robert D. Gordon, hereby certify the following:

1.      I am a partner in the firm of Jenner & Block LLP ("**Jenner**"), and have been duly

admitted to practice law in the States of Illinois, Michigan, and New York.

2.      I am the lead attorney from Jenner representing the Retiree Committee in

connection with the above-captioned Title III Case.  I am authorized to submit this certification in

support of the *Notice of Jenner & Block LLP, Counsel to the Official Committee of Retired*

---

[2] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority  (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Employees of the Commonwealth of Puerto Rico, of Rate Increases Effective January 1, 2020* (the

"**Notice**"), filed contemporaneously herewith.   Except as otherwise noted, I have personal

knowledge of the matters set forth herein.

3.      In accordance with the *Order Imposing Additional Presumptive Standards: Rate*

*Increases and the Retentions of Expert Witnesses or Other Sub-Retained Professionals* [Dkt. No.

7678] ("**Additional Presumptive Standards Order**"), the Retiree Committee authorized the rate

increases identified in the Notice, both with respect to effective date and specific amount, on a

timekeeper-by-timekeeper basis.

4.      Jenner's 2019 and 2020 hourly rate schedules for associates are as follows:

| | STANDARD RATE ($) 2019 | | | | STANDARD RATE ($) 2020 | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS YEAR | CH | DC | NY | LA | CH | DC | NY | LA |
| 2019 | 475 | 485 | 500 | 485 | 510 | 520 | 535 | 520 |
| 2018 | 475 | 485 | 500 | 485 | 570 | 580 | 595 | 580 |
| 2017 | 550 | 560 | 580 | 560 | 630 | 640 | 665 | 640 |
| 2016 | 610 | 620 | 650 | 620 | 695 | 705 | 740 | 705 |
| 2015 | 675 | 685 | 725 | 685 | 745 | 755 | 800 | 755 |
| 2014 | 725 | 735 | 785 | 735 | 780 | 790 | 840 | 790 |
| 2013 | 760 | 770 | 825 | 770 | 815 | 825 | 865 | 825 |
| 2012 | 795 | 805 | 850 | 805 | 830 | 840 | 880 | 840 |
| 2011 | 805 | 815 | 865 | 815 | 830 | 840 | 880 | 840 |
| 2010 | 805 | 815 | 865 | 815 | 830 | 840 | 880 | 840 |

5.      On an annual basis, Jenner evaluates the hourly rates charged by its billing

professionals to determine whether those rates should be increased based on a timekeepers'

developing skills and experience, and consistent with changes in market hourly rates.  In making

this evaluation, Jenner obtains third party consultant information to assist it in determining an

appropriate rate schedule for its billing professionals.  The 2020 rates charged by the billing

professionals working on these Title III cases were set through this process, and are consistent,

both in amount and timing, with rates for Jenner timekeepers not working on these Title III cases.

I certify under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief formed after reasonable inquiry.


Executed on December 17, 2019

                                        */s/ Robert Gordon*
                                        Robert D. Gordon