UNITED STATES DISTRICT COURT

DISTRICT COURT OF PUERTO RICO

------------------------------------------------------------------------X

In Re:

                                        PROMESA

THE FINANCIAL OVERSIGHT AND                   Title III

MANAGEMENT BOARD FOR PUERTO RICO

    as a representative of                           No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,          (Jointly Administered)

*et al.*,

    Debtors

------------------------------------------------------------------------X

[Response to Docket #9365]

**RESPONSE AND OBJECTION OF INDIVIDUAL BONDHOLDER TO INTERIM
REPORT AND RECOMMENDATION OF MEDIATION TEAM**

Dated: December 9, 2019

Mark P. Scher, pro se, submits this Response and Opposition to the Interim Report and Recommendation of the Mediation Team (Docket#9365).

I completely concur with the objections submitted by Peter C Hein, dated December 4, 2019.

In my case, the Puerto Rico bonds were an investment to provide me retirement income. Sadly, I am now living on a reduced level of income. I am appalled that I must limit my expenditures while Puerto Rico government employees are receiving Christmas bonuses. I thought I could depend of the full faith and credit of the government of Puerto Rico. Apparently they are not worth much.

December 9, 2019

Respectfully Submitted,

*Mark P. Scher*

Mark P. Scher, Pro Se
10804 Pebble Brook Lane
Potomac, MD 20854
schers@verizon.net