RECEIVED AND FILED
2019 DEC 16 PM 1:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Mark Scher
10804 Pebble Brook Lane
Potomac, MD 20854

United States District Court for Puerto Rico
Clerk's Office
150 Avenida Carlos E. Chardon, Ste. 150
San Juan, Puerto Rico
00918-1767

00918-170625

CAPITAL DISTRICT 225
10 DEC 2019 PM 2 L



USA FOREVER