## Exhibit A

**Affirmative Consent**

**Real Property Leases Under Affirmative Consent**

| | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | PROPERTY ADDRESS |
|---|---|---|---|---|
| 1 | 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| 2 | 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| 3 | 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| 4 | AGROFRESCO, INC. | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2017-000328 | CARR. 102 KM 16.5 INT LA GARITA CABO ROJO, PR 00623 |
| 5 | AGROFRESCO, INC. | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2017-000342 | CARR. 102 KM 16.5 INT LA GARITA CABO ROJO, PR 00623 |
| 6 | VERDEYA LLC | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2017-000343 | CONDOMINIO SAN ALBERTO, AVE. CONDADO 605, SUITE 621 SAN JUAN, PR 00907-3823 |
| 7 | MARIO DELGADO MIRANDA | CHILDCARE AND CHILDHOOD INTEGRAL DEVELOPMENT ADMINISTRATION | 2014-000161 | 320 Calle Fernandez Garcia, Luquillo PR 00773 |
| 8 | MARIO DELGADO MIRANDA | CHILDCARE AND CHILDHOOD INTEGRAL DEVELOPMENT ADMINISTRATION | 2014-000161 | 320 CALLE FERNANDEZ GARCIA ALTOS LUQUILLO, PR 00773 |
| 9 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO | CONTROLLER'S OFFICE | 2018-000061 | PO BOX 364508   SAN JUAN, PR, 00936-4508 |
| 10 | UNION HOLDINGS, INC. | CONTROLLER'S OFFICE | 2018-000020 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| 11 | UNION HOLDINGS, INC. | CONTROLLER'S OFFICE | 2018-000021 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| 12 | OFFICE PARK, INC. | COOPERATIVE DEVELOPMENT COMMISSION | 2014-000016 | 1 CALLE 65 DE INFANTERIA NTE, STE# 2 LAJAS, PR 00667 |
| 13 | LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 | PO BOX 10089 SAN JUAN, PR 00908 |
| 14 | LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 | PO BOX 10089 SAN JUAN, PR 00908 |
| 15 | LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 | PO BOX 10089 SAN JUAN, PR 00908 |
| 16 | MUNICIPIO DE HUMACAO | Demographic Registry | 2016-DSO906 | |
| 17 | MUNICIPIO DE GUANICA | DEPARTMENT OF AGRICULTURE | 2015-055205 | PO BOX 785   GUANICA, PR, 00653 |
| 18 | SUCN HERIBERTO MARTINEZ MEDINA | DEPARTMENT OF CORRECTION AND REHABILITATION | 2014-032 | PO BOX 144032 ARECIBO, PR 00614 |
| 19 | DESARROLLOS INMOBILIARIOS DE HATO TEJAS, INC. | DEPARTMENT OF EDUCATION | 2014-000128F | EDIF. COLGATE PALMOLIVE #308 , METRO OFFICE PARK, GUAYNABO, PR 00968 |
| 20 | DESARROLLOS INMOBILIARIOS DE HATO TEJAS, INC. | DEPARTMENT OF EDUCATION | 2014-000129F | EDIF. COLGATE PALMOLIVE #308 , METRO OFFICE PARK, GUAYNABO, PR 00968 |
| 21 | LUIS A. RIVERA SIACA | DEPARTMENT OF EDUCATION | 2015-000130 | P.O. BOX 192215   SAN JUAN, PR, 00919 |
| 22 | LUIS A. RIVERA SIACA | DEPARTMENT OF EDUCATION | 2016-000068 | P.O. BOX 192215   SAN JUAN, PR, 00919 |
| 23 | PEDRO R. RUSSE SANTIAGO | DEPARTMENT OF EDUCATION | | HC 02 BOX 6035 MOROVIS, PR 00687-9726 |
| 24 | TAMM INVESTMENT CORP | DEPARTMENT OF EDUCATION | | PO BOX 517 ARECIBO, PR 00613 |
| 25 | ANLE DISTRIBUTING CORP, | DEPARTMENT OF FAMILY | 2017-000095 | PO BOX 10089 SAN JUAN, PR 00908 |
| 26 | RIO DEL PLATA MALL INC | DEPARTMENT OF FAMILY | 2014-000273 | CARR 165 KM 7.4 BO GALEATO TOA ALTA, PR 00953 |
| 27 | RIO DEL PLATA MALL INC | DEPARTMENT OF FAMILY | 2014-000273 | CARR 165 KM 7.4 BO GALEATO TOA ALTA, PR 00953 |
| 28 | UNION HOLDINGS, INC. | DEPARTMENT OF FAMILY | 2015-000022 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| 29 | UNION HOLDINGS, INC. | DEPARTMENT OF FAMILY | 2015-000022 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| 30 | CENTERPLEX INC | DEPARTMENT OF FAMILY | 2015-000305 | CARR #2 KM 133.5 EDIFICIO CENTERPLEX, AGUADA, PR 00602 |
| 31 | HECTOR L RIVERA ROSARIO Y ENELIA RUSSE | DEPARTMENT OF FAMILY | | HC 02 BOX 6617 MOROVIS, PR 00687 |
| 32 | JUAN I. LOPEZ MALAVE | DEPARTMENT OF FAMILY | 2017-000228 | PO BOX 246   LAS PIEDRAS, PR, 00771-0246 |
| 33 | PUERTA DEL NORTE MALL & PARKING SYSTEMS, INC. | DEPARTMENT OF FAMILY | 2016-000240 | CARR NUM ESQ BALDORIOTY MANATI, PR 00674 |
| 34 | SUCESION HERIBERTO MARTINEZ MEDINA | DEPARTMENT OF FAMILY | 2016-000241 | PO BOX 144032   ARECIBO, PR, 00614 |
| 35 | SUNRISE PROPERTIES INC | DEPARTMENT OF FAMILY | | P O BOX 730 LAS PIEDRAS, PR 00771 |
| 36 | CARMEN VICTORIA CARRASQUILLO DIAZ | DEPARTMENT OF HEALTH | 2018-DS0318 | URB JARDINES FAGOT 1811 CALLE CASCADA  PONCE, PR 00716-3602 |
| 37 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2014-DS0552 | CARRETERA #188, INTERSECCION #187 ENTRADA AL PUEBLO DE LOIZA LOIZA, PR 00772-0509 |
| 38 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2014-DS0552 | CARRETERA #188, INTERSECCION #187 ENTRADA AL PUEBLO DE LOIZA LOIZA, PR 00772-0509 |
| 39 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2015-DS0525 | CARRETERA #188, INTERSECCION #187 ENTRADA AL PUEBLO DE LOIZA LOIZA, PR 00772-0509 |
| 40 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. | DEPARTMENT OF HEALTH | 2015-D1S059 | CARRETERA #188, INTERSECCION #187 ENTRADA AL PUEBLO DE LOIZA LOIZA, PR 00772-0509 |
| 41 | HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 |
| 42 | HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 |
| 43 | LUIS FRANCISCO RODRIGUEZ GOTAY | DEPARTMENT OF HEALTH | 2014-DS0751 | EDIF. ORO OFFICE CENTER, SUITE 4 AVE. MUÑOZ MARIN OROCOVIS, PR 00720 |
| 44 | OCHOA ROIG,INC | DEPARTMENT OF HEALTH | 2017-DS0240 | CALLE ACOSTA #1 CAGUAS, PR 00725 |

| | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | PROPERTY ADDRESS |
|---|---|---|---|---|
| 45 | OFFICE PARK, INC. | DEPARTMENT OF HEALTH | 2017-DS0461 | 1 CALLE 65 DE INFANTERIA NTE, STE# 2 LAJAS, PR 00667 |
| 46 | PRIME VENTURE CORPORATION | DEPARTMENT OF HEALTH | 2014-DS0295 | 316 AVE. DE LA CONSTITUCIÓN SAN JUAN, PR 00901 |
| 47 | VILLA COOP AGUSTIN BURGOS RIVERA | DEPARTMENT OF HEALTH | 2017-DS0251 | PO BOX 1554 VILLALBA, PR, 00766 |
| 48 | CENTRO DE PIEZAS PATILLAS INCORPORADO | DEPARTMENT OF HEALTH | 2013-DS0742 | CARR 3 KM 122.9, PATILLAS, PR 00723 |
| 49 | JUAN A. NEGRON BERRIOS | DEPARTMENT OF HEALTH | 2016-DS0807 | PO BOX 1291  OROCOVIS, PR, 00720 |
| 50 | JUAN A. NEGRON BERRIOS | DEPARTMENT OF HEALTH | 2018-DS0146 | PO BOX 1291  OROCOVIS, PR, 00720 |
| 51 | LUIS OSCAR ROIG PACHECO | DEPARTMENT OF HEALTH | 2017-DS0119 | P O BOX 3027  YAUCO, PR, 00698 |
| 52 | REINALDO MORALES MARTINEZ | DEPARTMENT OF HEALTH | 2017-DS0241 | Urb. Cabrera, E-23, Utuado PR 00641 |
| 53 | SANTOS VELEZ SANCHEZ | DEPARTMENT OF HEALTH | 2015-DS1107 | 2770 AVE HOSTO EDF SANTOS VELEZ SUITE 201  MAYAGUEZ, PR, 00681 |
| 54 | STAR FLORIDA CORP. | DEPARTMENT OF HOUSING | 2010-000315 | PMB 140 53 ESMERALDA AVE. GUAYNABO, PR 00969-4429 |
| 55 | VICTORIA RAMOS BATISTA | DEPARTMENT OF HOUSING | | PO BOX 1316 MOROVIS, PR 00687 |
| 56 | HORIZONE PARKING SYSTEM CORP. | DEPARTMENT OF JUSTICE | 2017-000003 | MARGINAL VISTA AZUL CALLE PRINCIPAL D-4 ARECIBO, PR 00612 |
| 57 | IR INVESTMENT CORPORATION | DEPARTMENT OF JUSTICE | 2016-000115 | P O BOX 19600 FERNANDEZ JUNCOS STATION  SAN JUAN, PR, 00910 |
| 58 | OCHOA ROIG,INC | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2017-000626 | CALLE ACOSTA #1 CAGUAS, PR 00725 |
| 59 | ASOCIACION DE PESCA DEPORTIVA DE DORADO | DEPARTMENT OF SPORTS AND RECREATION | 2016-001036 | CIUDAD JARDIN III 21 CALLE UCAR TOA ALTA, PR 00953-4864 |
| 60 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001033 | CAMINO DEL MAR 8040 VIA PLAYERA TOA BAJA, PR 00949 |
| 61 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001034 | CAMINO DEL MAR 8040 VIA PLAYERA TOA BAJA, PR 00949 |
| 62 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001035 | CAMINO DEL MAR 8040 VIA PLAYERA TOA BAJA, PR 00949 |
| 63 | ATLANTIC MASTER PARKING SERVICES, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001036 | CAMINO DEL MAR 8040 VIA PLAYERA TOA BAJA, PR 00949 |
| 64 | ES FITNESS PERFORMANCE | DEPARTMENT OF SPORTS AND RECREATION | 2016-000581 | CALLE A 106 BASE RAMEY AGUADILLA, PR 00603 |
| 65 | LA TERRAZA DEL CONDADO INC | DEPARTMENT OF SPORTS AND RECREATION | 2016-001162 | AVE MAGDALENA 1406 SAN JUAN, PR 00907 |
| 66 | FEDERACION PUERTORRIQUENA DE FUTBOL, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2016-001091 | CALLE LOS ANGELES FINAL, DRD, PROPIEDAD, PISO 2 SAN JUAN, PR 00918 |
| 67 | HILARIO RESTO GARCIA | DEPARTMENT OF SPORTS AND RECREATION | 2016-001038 | P O BOX 488 PALMER  RIO GRANDE, PR, 00721 |
| 68 | PUNTA BORINQUEN GOLF AND COUNTRY CLUB, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2016-000005 | CALLE GOLF, RAMEY AGUADILLA, PR 00604 |
| 69 | PROFESSIONAL RECORDS OF INFORMATION MANAGEMENT INC | DEPARTMENT OF TREASURY | 2018-000141 | SAN MARCOS 10100 CAROLINA, PR 00982-0000 |
| 70 | PUNTA BORINQUEN SHOPPING CENTER, INC. | DEPARTMENT OF TREASURY | 2016-000209 | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 |
| 71 | JUAN I. LOPEZ MALAVE | ENVIRONMENTAL QUALITY BOARD | 2016-000041 | PO  BOX 246  LAS PIEDRAS, PR, 00771-0246 |
| 72 | JENNYMAR CORPORATION | HOUSE OF REPRESENTATIVES | 2018-000076 | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00660 |
| 73 | SUCESION JOSE M. NOLLA MORELL | HOUSE OF REPRESENTATIVES | 2017-000698 | Sabanera de Dorado #80, Camino del Zumbador, Dorado PR 00446 |
| 74 | SUCESION NORBERTO MARRERO GONZALEZ | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950450 | PO BOX 3630 BAYAMON, PR 00958 |
| 75 | JOHNNY RAMOS ORTIZ | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950464 | CALLE 15 A C 2-43 URB.REXVILLE BAYAMON, PR 009570000 |
| 76 | JUAN A. NEGRON BERRIOS | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950279 | PO BOX 1291  OROCOVIS, PR, 00720 |
| 77 | CABAN GOMEZ, BENIGNO A. | OFFICE OF COURT ADMINISTRATION | 2018-000050 | PO BOX 375  ARECIBO, PR 00613 |
| 78 | CAJIGAS GONZALEZ, HERIBERTO | OFFICE OF COURT ADMINISTRATION | 2017-000122 | PO Box 63, Isabela PR 00662 |
| 79 | UNION HOLDINGS, INC. | OFFICE OF THE OMBUDSMAN | 2016-000024 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| 80 | 1064 PONCE DE LEON INC / FIRST BANK | OFFICE OF THE OMBUDSMAN - ELDERS AND PENSIONERS | | CORP COMMERCIAL MORTGAGE DEPARTMENT P O BOX 9146 SAN JUAN, PR 00908-0146 |
| 81 | AA TOWER INC | PUERTO RICO POLICE | | PO BOX 1553 QUEBRADILLAS, PR 00678-1553 |
| 82 | COOPERATIVA DE SERVICIO POLICIA DE P.R. (1) | PUERTO RICO POLICE | 2017-C00136 | PO BOX 70166  SAN JUAN, PR, 00936-8166 |
| 83 | JUAN O SOTOMAYOR Y/O ADA D CLAVEL CAMPOS | PUERTO RICO POLICE | | P O BOX 3264 AGUADILLA, PR 00605-3264 |
| 84 | INDIVIDUAL MANAGEMENT AND CONSULTANT, INC. | SENATE | 2017-000359 | HC 2 BOX 6367 ADJUNTAS, PR 00601 |
| 85 | INTERNATIONAL SAFE DEPOSIT &COURIER SERVICES CORP | SENATE | 2018-000156 | B5 Calle Tabonuco 216 PMB 353, Guaynabo PR 00968 |
| 86 | MUNICIPIO DE GUANICA | SENATE | 2017-000367 | PO BOX 785  GUANICA, PR, 00653 |
| 87 | SANTOS VELEZ SANCHEZ | SENATE | 2017-000315 | 2770 AVE HOSTO EDF SANTOS VELEZ SUITE 201  MAYAGUEZ, PR, 00681 |
| 88 | 800 PONCE DE LEON CORP. | SOCIOECONOMIC DEVELOPMENT OF THE FAMILY ADMINISTRATION | 2015-000070 | AVE. PONCE DE LEON 800 SAN JUAN, PR 00919 |
| 89 | ANGEL L. ARROYO RAMOS | STATE ELECTIONS COMMISSION | 2017-000018 | P O BOX 495  HUMACAO, PR, 00792 |

| | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | PROPERTY ADDRESS |
|---|---|---|---|---|
| 90 | ANGEL F. RIVERA BARRIS | STATE ELECTIONS COMMISSION | 2014-000017 | JUAN R GARZOT 23 NAGUABO, PR 00718 |
| 91 | ANGEL F. RIVERA BARRIS | STATE ELECTIONS COMMISSION | 2015-000115 | JUAN R GARZOT 23 NAGUABO, PR 00718 |
| 92 | Hector Federico Ronda Toro | STATE ELECTIONS COMMISSION | 2015-000122 | P O  BOX 95   CABO ROJO, PR, 00623 |
| 93 | CESAR N. VAZQUEZ | STATE ELECTIONS COMMISSION | 2014-000016 | PO BOX 201   SABANA GRANDE, PR, 00637 |
| 94 | SUCESION ELMA LUCIA VAZQUEZ MARTINEZ | STATE ELECTIONS COMMISSION | 2016-000079 | PO BOX 327   OROCOVIS, PR, 00720 |
| 95 | FUNDACION PUERTORRIQUENA DE LAS HUMANIDADES | STATE HISTORIC CONSERVATION OFFICE | 2018-155001 | PO BOX 9023920, SAN JUAN, PR, SAN JUAN, PR 00902-3920 |
| 96 | LATIN PARKING SYSTEM, INC. | STATE HISTORIC CONSERVATION OFFICE | 2011-155060 | 43 COSMOS LOS ANGELES CAROLINA, PR 00979 |
| 97 | J.CH. REALTY CORPORATION | TRANSPORTATION AND PUBLIC WORKS | 2014-000041 | CARR. #2 KM 49.7 CENTRO COMERCIAL PUERTA DEL SOL MANATI, PR 00674-0000 |
| 98 | Santiago Gonzalez Rivera | TRANSPORTATION AND PUBLIC WORKS | 2014-000040 | Apartado 1737, Utuado PR 00641 |
| 99 | JOHNJAVI CORPORATION, INC. | TRANSPORTATION AND PUBLIC WORKS | 2016-000145 | PO BOX 246 LAS PIEDRAS, PR 00771 |
| 100 | PUNTA BORINQUEN SHOPPING CENTER, INC. | TRANSPORTATION AND PUBLIC WORKS | 2015-000014 | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 |
| 101 | ratorio Clinico Mercado (Juan A. Negron Be | VOCATIONAL REHABILITATION ADMINISTRATION | 2019-000061 | PO BOX 1291   OROCOVIS, PR, 00720 |
| 102 | ALTERNATE CONCEPTS, INC. | HIGHWAYS AND TRANSPORTATION AUTHORITY | 2013-000079 | P.O. BOX 19328 SAN JUAN, PR 00910-1328 |

| PREPA Real Property Leases Under Affirmative Consent | | |
|---|---|---|
| CONTRACTOR | CONTRACT NUMBER | PROPERTY ADDRESS |
| 1  Office Park, Inc. | 2017-P00062 | PR-2 Bo, Sábalos, Mayaguez |