**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| YISETTE GONZÁLEZ ORTIZ<br>URB. ESTANCIAS DE MANATÍ<br>104 CALLE CALAMAR<br>MANATÍ PR 00674<br>(787)340-7404<br>chaygonzalez20@yahoo.com | PROMESA,<br>TÍTULO III<br><br>Núm. 17 BK 3283-LTS<br><br>No. De Reclamación **29577** |

**RÉPLICA A LA CENTÉSIMA OBJECIÓN GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADA DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO EN RECLAMO DEL BONO DE NAVIDAD A PARTIR DEL AÑO 2015 AL PRESENTE Y BONO DE PRODUCTIVIDAD COMO CONSEJERA EN REHABILITACIÓN A PARTIR DEL AÑO 2017**

Se sometió evidencia de reclamo mediante formulario oficial 410 modificado, el 17 de mayo de 2018, peticionando contra el Estado Libre Asociado de Puerto Rico, Administración de Rehabilitación Vocacional, una reclamación laboral, solicitando la diferencia del bono de navidad a partir del 2015 al presente; y el bono de productividad como Consejera en Rehabilitación hasta el 2018.

En el convenio colectivo conforme a la Ley Núm, 73 del 17 de mayo de 2011, supletoria de la Ley Núm. 45, se firmó entre la unión Servidores Públicos Unidos y la Administración de Rehabilitación Vocacional. Dicho convenio tenía vigencia del 13 de diciembre de 2011, hasta el 12 de diciembre de 2014. Posteriormente fue extendida su vigencia hasta el 6 de junio de 2017. Actualmente la Ley 26, lo mantiene vigente hasta el presente. Sin embargo, las cláusulas económicas se han visto afectadas.

Por tanto se solicita la diferencia del pago del bono de navidad que debió ser $1,000.00 en vez de los $600.00 recibidos desde el año 2015 hasta el presente. De igual manera no se recibió bono de productividad a partir del año 2017 hasta el año 2019, los cuales correspondían según los estándares de productividad emitidos por la Administración de Rehabilitación Vocacional.

Se estima la siguiente cantidad adeudada:

$400.00 bono de navidad del año 2015
$400.00 bono de navidad del año 2016
$400.00 bono de navidad del año 2017
$400.00 bono de navidad del año 2018
$400.00 bono de navidad del año 2019
$350.00 bono de productividad como Consejera en Rehabilitación del año 2017
$350.00 bono de productividad como Consejera en Rehabilitación del año 2018
$350.00 bono de productividad como Consejera en Rehabilitación del año 2019
_____
$3,050.00 Total adeudado a la fecha

| 126 Adm. Rehabilitacion Vocacional<br>P.O. BOX 191118<br>San Juan, PR 00919-1118 | Grupo de Pago: SM -Quincenal<br>Desde: 12/02/2019<br>Hasta: 12/02/2019 | Aviso #: 4896863<br>Fecha Aviso: 11/27/2019 |
|---|---|---|
| YISETTE GONZALEZ ORTIZ<br>URB ESTANCIAS DE MANATI<br>104 CALLE CALAMAR<br>MANATI, PR 00674<br>REDACTED | # Empleado: REDACTED 357<br>Dept: 126410-Region Arecibo<br>Lugar: Region Arecibo<br>Titulo: SUP DE CONS DE REHABILITACION<br>Sueldo: $2,910.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 600.00 | | 600.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,792.50 | 30,855.00 |
| Total: | | | 600.00 | 1,792.50 | 31,455.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.70 | 456.10 |
| Fed OASDI/Disability - EE | 37.20 | 1,950.21 |
| PR Withholding | 0.00 | 1,211.17 |
| Total: | 45.90 | 3,617.48 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 2,622.77 |
| Total: | 0.00 | 2,622.77 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 67.60 |
| SM-First Medical Health Plan | 0.00 | 320.00 |
| SM-First Medical Health Plan | 0.00 | 31.50 |
| SC-TRANS OCEANIC LIFE | 0.00 | 222.30 |
| OS-SERV PUBLICOS UNIDOS PR 009 | 0.00 | 64.20 |
| Ahorros-AEELA | 0.00 | 925.65 |
| Total: | 0.00 | 1,631.25 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 20.10 | 1,053.71 |
| SM-First Medical Health Plan | 0.00 | 800.00 |
| SM-First Medical Health Plan | 0.00 | 540.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 600.00 | 0.00 | 45.90 | 0.00 | 554.10 |
| Acumulado: | 31,455.00 | 0.00 | 3,617.48 | 4,254.02 | 23,583.50 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4896863 | 554.10 |
| Total: | 554.10 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Adm. Rehabilitacion Vocacional
P.O. BOX 191118
San Juan, PR 00919-1118

Fecha
11/27/2019

Aviso No.
4896863

Cant. Deposito: $554.10

A la
Cuenta(s) De
YISETTE GONZALEZ ORTIZ
URB ESTANCIAS DE MANATI
104 CALLE CALAMAR
MANATI, PR 00674
Localizacion: Region Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 554.10 |
| Total: | | 554.10 |

## NO-NEGOCIABLE

| 126 Adm. Rehabilitacion Vocacional  Calle Loiza Esquina kings Court , # 1506  San Juan, PR 00902 | | Aviso de Pago Quincenal  Desde: 12/18/2015  Hasta: 12/18/2015 | | Aviso: 0331027  Fecha Aviso: 12/21/2015 |

| YISETTE GONZALEZ ORTIZ  URB LAS GARDENIAS  32 CALLE DALIA  MANATI, PR 00674  SS: XXX-XX-9357 | # Empleado: XXXXX9357  Dept: 126410-Region Norte Arecibo  Lugar: Region Norte Arecibo  Titulo: CONS. REHAB. VOCACIONAL  Sueldo: $2,140.00 Monthly | DATA IMP: Federal PR  Estado Civil: Single Single  Concesiones: 0 0  Pct. Adcl.:  Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Bono de Navidad | | | 600.00 | | 600.00 |
| Pago de Salarios Regulares | | 0.00 | | 1,867.50 | 24,610.00 |
| Bonificaciones | | | 0.00 | | 350.00 |
| Total: | | 600.00 | 1,867.50 | 25,560.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.70 | 370.62 |
| Fed OASDI/Disability - EE | 37.20 | 1,584.72 |
| PR Withholding | 0.00 | 486.11 |
| Total: | 45.90 | 2,441.45 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 0.00 | 2,461.00 |
| Total: | 0.00 | 2,461.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 59.12 |
| OS-SERV PUBLICOS UNIDOS PR 00 | 90.00 | 366.60 |
| Ahorros-AEELA | 0.00 | 738.30 |
| Total: | 0.00 | 1,164.02 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 20.10 | 856.38 |
| GPR Retiro Hibrido | 0.00 | 2,871.02 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 600.00 | 0.00 | 45.90 | 0.00 | 554.10 |
| Acumulado: | 25,560.00 | 0.00 | 2,441.45 | 3,625.02 | 19,493.53 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #0331027 | 554.10 |
| Total: | 554.10 |

MENSAJE:

---

Adm. Rehabilitacion Vocacional  
Calle Loiza Esquina kings Court  
# 1506  
San Juan, PR 00902

Fecha  
12/21/2015

Aviso No.  
331027

Cant. Deposito: $554.10

A la  
Cuenta(s) De

YISETTE GONZALEZ ORTIZ  
URB LAS GARDENIAS  
32 CALLE DALIA  
MANATI, PR 00674  
Localizacion: Region Norte Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 554.10 |
| Total: | | 554.10 |

## NO-NEGOCIABLE

| 126 Adm Rehabilitacion Vocacional | | | Periodo de Pago: Julio hasta | | Aviso: 0782764 |
|---|---|---|---|---|---|
| Calle Loiza Esquina kings Court # 1506 | | | Desde: 05/01/2016 | | Fecha Aviso: 05/13/2016 |
| San Juan, PR 00902 | | | Hasta: 05/15/2016 | | |

| YISETTE GONZALEZ ORTIZ | # Empleado: | XXXXX9357 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB LAS GARDENIAS | Dept: | 126410-Region Norte Arecibo | Estado Civil: | Single | Single |
| 32 CALLE DALIA | Lugar: | Region Norte Arecibo | Concesiones: | 0 | 0 |
| MANATI, PR 00674 | Titulo: | CONS. REHAB. VOCACIONAL | Pct. Adcl.: | | |
| SS: XXX-XX-9357 | Sueldo: | $2,140.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos |
|---|---|---|---|---|---|
| Bonificaciones | | | 350.00 | | 350.00 |
| Pago de Salarios Regulares | | | 0.00 | 720.00 | 9,630.00 |
| Total: | | | 350.00 | 720.00 | 9,980.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 5.07 | 144.71 |
| Fed OASDI/Disability - EE | 21.70 | 618.76 |
| PR Withholding | 24.50 | 205.13 |
| Total: | 51.27 | 968.60 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 0.00 | 963.00 |
| Total: | 0.00 | 963.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 24.12 |
| OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 144.45 |
| Ahorros-AEELA | 0.00 | 288.90 |
| Total: | 0.00 | 457.47 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 11.73 | 334.38 |
| SM-First Medical Health Plan | 0.00 | 720.00 |
| GPR Retiro Hibrido | 0.00 | 1,374.66 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 350.00 | 0.00 | 51.27 | 0.00 | 298.73 |
| Acumulado: | 9,980.00 | 0.00 | 968.60 | 1,420.47 | 7,590.93 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0782764 | 298.73 |
| Total: | 298.73 |

MENSAJE:

---

Adm. Rehabilitacion Vocacional  
Calle Loiza Esquina kings Court  
# 1506  
San Juan, PR 00902

Fecha  
05/13/2016

Aviso No.  
782764

Cant. Deposito: $298.73

A la  
Cuenta(s) De

YISETTE GONZALEZ ORTIZ  
URB LAS GARDENIAS  
32 CALLE DALIA  
MANATI, PR 00674  
Localizacion: Region Norte Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 298.73 |
| Total: | | 298.73 |

## NO-NEGOCIABLE

...... JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| NILDA A. AGOSTO MALDONADO, y otros, | CIVIL NÚM.: K PE2005-0608 |
| Demandante, | SALÓN 907 |
| v. | SOBRE: |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE LA FAMILIA, y otros, | SENTENCIA DECLARATORIA; Y RECLAMACIÓN SALARIOS |
| Demandada. | |

## ORDEN

Examinada la Moción Solicitando Cumplimiento de Sentencia a tenor con la Regla 51 de Procedimiento Civil vigente, se declara Con Lugar la misma.

En consecuencia, se le requiere y ordena a la Secretaria del Departamento de la Familia, Hon. Yanitsia Irizarry Méndez y a la Administración de Rehabilitación Vocacional, por conducto de la Hon. Nydia Colón Zayas, Administradora, para que, so pena de desacato y sin pretexto alguno, dentro del término improrrogable de 20 días, consignen en la Secretaría del Tribunal el importe de los fondos para el pago de la sentencia dictada en el presente caso, incluyendo los intereses legales acumulados a partir de la fecha de la Sentencia. En la alternativa, se Ordena entregar a la representación legal de los demandantes, los cheques que correspondan a cada empleado demandante en pago de la sentencia.

De igual forma, y dentro del mismo término, la parte demandada preparará y radicará en el tribunal, suministrando copia a la representación legal de los demandantes, el informe final de los cómputos realizados conjuntamente por las peritos de las partes donde se determina lo que se adeuda a cada demandante individual, así como las nóminas necesarias para efectuar el pago a los demandantes. Dichas nóminas incluirán: (a) nombre y últimos cuatro dígitos del seguro social, (b) total adeudado a cada demandante, (c) cantidad retenida para el pago de retiro, (d) cantidad neta correspondiente a cada demandante y las aportaciones patronales individuales.

NOTIFÍQUESE.

Dada en San Juan, Puerto Rico a 20 de agosto de 2012.

Yiselle González Ortiz
Urb. Estancias de Manatí
104 calle Calamar
Manatí PR 00674




U.S. POSTAGE PAID
FCM LETTER
MANATI, PR
00674
DEC 16, 19
AMOUNT
**$0.55**
R2305K134648-11

2019 DEC 17 PM 4:06

RECEIVED & FILED

SECRETARÍA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BULDING
SAN JUAN PR 00918-1767