UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER DENYING MOTION OF VICTOR O. HENSON BOUSQUETS WITHOUT PREJUDICE

On December 17, 2019, Victor O. Henson Bousquets (the "Movant") filed a motion on the docket of the above-captioned Title III case (Docket Entry No. 9603 in Case No. 17-3283, the "Motion"). The Motion is written in the Spanish language, and no English language translation was provided. The United States Code provides that all pleadings and proceedings in the United States District Court for the District of Puerto Rico shall be conducted in the English language. See 48 U.S.C. § 864. Rule 5(g) of the Local Rules for the United States

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

District Court for the District of Puerto Rico provides that "[a]ll documents not in the English language which are presented as filed . . . must be accompanied by a certified translation into English" prepared by a qualified interpreter or translator, unless a certified translation is waived "by stipulation of the parties."

Because Movant failed to provide a certified English translation of the Motion, the Motion is terminated without prejudice to renewal in compliance with Rule 5(g) and all other applicable statutes, procedural rules, and orders of the Court. This Order resolves Docket Entry No. 9603 in Case No. 17-3283.

SO ORDERED.

Dated: December 18, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge