```
Court Name: District Court
Division: 1
Receipt Number: PRX100068835
Cashier ID: arodrigu
Transaction Date: 12/18/2019
Payer Name: ZOUAIRABANI, NAYUAN
------------------------------------
PRO HOC VICE
 For: ZOUAIRABANI, NAYUAN
 Case/Party: D-PRX-1-97-NA-0
00003-002
 Amount:          $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: WACHTELL, LIPTON,
 ROSEN & KAT
 Check/Money Order Num: 2363812
 Amt Tendered:    $300.00
------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00
```

17-3283(LTS) PRO HAC VICE OF

MICHAEL H. CASSEL

THRU: ZOUAIRABANI, NAYUAN