**Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | **MATTER 33260.0022 PREPA - General** | | | |
| **201** | **Partner** | Ehud Barak | 789.00 | 13.00 | $10,257.00 |
| | | Gregg M. Mashberg | 789.00 | 0.30 | $236.70 |
| | | Margaret A. Dale | 789.00 | 0.80 | $631.20 |
| | | Paul Possinger | 789.00 | 3.40 | $2,682.60 |
| | **Partner Total** | | | **17.50** | **$13,807.50** |
| | **Associate** | Elliot Stevens | 789.00 | 0.70 | $552.30 |
| | | Laura Stafford | 789.00 | 0.50 | $394.50 |
| | | Philip Omorogbe | 789.00 | 2.30 | $1,814.70 |
| | **Associate Total** | | | **3.50** | **$2,761.50** |
| **201 Total** | | | | **21.00** | **$16,569.00** |
| **202** | **Partner** | Ehud Barak | 789.00 | 0.70 | $552.30 |
| | | Paul Possinger | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **1.50** | **$1,183.50** |
| | **Associate** | Anisha Shenai | 789.00 | 1.90 | $1,499.10 |
| | | Brooke H. Blackwell | 789.00 | 4.10 | $3,234.90 |
| | | Carl Mazurek | 789.00 | 6.00 | $4,734.00 |
| | | Corey I. Rogoff | 789.00 | 0.20 | $157.80 |
| | | Elliot Stevens | 789.00 | 17.50 | $13,807.50 |
| | **Associate Total** | | | **29.70** | **$23,433.30** |
| | **Legal Assistant** | Karina Pantoja | 270.00 | 1.00 | $270.00 |
| | **Legal Assistant Total** | | | **1.00** | **$270.00** |
| **202 Total** | | | | **32.20** | **$24,886.80** |
| **203** | **Partner** | Ehud Barak | 789.00 | 5.40 | $4,260.60 |
| | | Gregg M. Mashberg | 789.00 | 14.80 | $11,677.20 |
| | | Margaret A. Dale | 789.00 | 10.30 | $8,126.70 |
| | | Michael A. Firestein | 789.00 | 5.00 | $3,945.00 |
| | | Paul Possinger | 789.00 | 5.20 | $4,102.80 |
| | | Ralph C. Ferrara | 789.00 | 4.50 | $3,550.50 |
| | **Partner Total** | | | **45.20** | **$35,662.80** |
| | **Associate** | Daniel Desatnik | 789.00 | 3.80 | $2,998.20 |
| | | Elliot Stevens | 789.00 | 2.80 | $2,209.20 |
| | | Jennifer L. Jones | 789.00 | 8.30 | $6,548.70 |
| | | Laura Stafford | 789.00 | 5.60 | $4,418.40 |
| | **Associate Total** | | | **20.50** | **$16,174.50** |
| **203 Total** | | | | **65.70** | **$51,837.30** |
| **204** | **Partner** | Ehud Barak | 789.00 | 4.10 | $3,234.90 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Paul Possinger | 789.00 | 36.10 | $28,482.90 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **40.50** | **$31,954.50** |
| | Associate | Amelia Friedman | 789.00 | 1.00 | $789.00 |
| | | Daniel Desatnik | 789.00 | 0.80 | $631.20 |
| | | Elliot Stevens | 789.00 | 1.00 | $789.00 |
| | | Laura Stafford | 789.00 | 5.30 | $4,181.70 |
| | | Steve Ma | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **8.30** | **$6,548.70** |
| **204 Total** | | | | **48.80** | **$38,503.20** |
| 205 | Partner | Ehud Barak | 789.00 | 0.60 | $473.40 |
| | | Paul Possinger | 789.00 | 6.70 | $5,286.30 |
| | **Partner Total** | | | **7.30** | **$5,759.70** |
| | Associate | Daniel Desatnik | 789.00 | 7.10 | $5,601.90 |
| | **Associate Total** | | | **7.10** | **$5,601.90** |
| **205 Total** | | | | **14.40** | **$11,361.60** |
| 206 | Partner | Ehud Barak | 789.00 | 204.90 | $161,666.10 |
| | | Gregg M. Mashberg | 789.00 | 354.90 | $280,016.10 |
| | | Margaret A. Dale | 789.00 | 9.10 | $7,179.90 |
| | | Martin J. Bienenstock | 789.00 | 12.70 | $10,020.30 |
| | | Michael A. Firestein | 789.00 | 1.00 | $789.00 |
| | | Paul Possinger | 789.00 | 111.00 | $87,579.00 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **693.90** | **$547,487.10** |
| | Associate | Bradley Presant | 789.00 | 13.10 | $10,335.90 |
| | | Brandon C. Clark | 789.00 | 49.10 | $38,739.90 |
| | | Brooke H. Blackwell | 789.00 | 0.90 | $710.10 |
| | | Daniel Desatnik | 789.00 | 199.00 | $157,011.00 |
| | | Elisa Carino | 789.00 | 1.10 | $867.90 |
| | | Elliot Stevens | 789.00 | 123.20 | $97,204.80 |
| | | Jennifer L. Jones | 789.00 | 14.10 | $11,124.90 |
| | | Laura Stafford | 789.00 | 26.60 | $20,987.40 |
| | | Philip Omorogbe | 789.00 | 29.00 | $22,881.00 |
| | | Steve Ma | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **456.30** | **$360,020.70** |
| **206 Total** | | | | **1,150.20** | **$907,507.80** |
| 207 | Partner | Gregg M. Mashberg | 789.00 | 0.20 | $157.80 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Lary Alan Rappaport | 789.00 | 0.40 | $315.60 |
| | | Martin J. Bienenstock | 789.00 | 4.20 | $3,313.80 |
| | | Michael A. Firestein | 789.00 | 4.50 | $3,550.50 |
| | | Paul Possinger | 789.00 | 2.90 | $2,288.10 |
| | | Timothy W. Mungovan | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **13.40** | **$10,572.60** |
| | Associate | Daniel Desatnik | 789.00 | 1.30 | $1,025.70 |
| | | Elliot Stevens | 789.00 | 1.80 | $1,420.20 |
| | | Philip Omorogbe | 789.00 | 1.50 | $1,183.50 |
| | **Associate Total** | | | **4.60** | **$3,629.40** |
| **207 Total** | | | | **18.00** | **$14,202.00** |
| 208 | Partner | Martin J. Bienenstock | 789.00 | 11.30 | $8,915.70 |
| | **Partner Total** | | | **11.30** | **$8,915.70** |
| | Associate | Carl Mazurek | 789.00 | 8.20 | $6,469.80 |
| | **Associate Total** | | | **8.20** | **$6,469.80** |
| **208 Total** | | | | **19.50** | **$15,385.50** |
| 209 | Partner | Paul Possinger | 789.00 | 1.50 | $1,183.50 |
| | **Partner Total** | | | **1.50** | **$1,183.50** |
| **209 Total** | | | | **1.50** | **$1,183.50** |
| 210 | Partner | Brian S. Rosen | 789.00 | 0.30 | $236.70 |
| | | Ehud Barak | 789.00 | 189.90 | $149,831.10 |
| | | Gregg M. Mashberg | 789.00 | 139.90 | $110,381.10 |
| | | Jonathan E. Richman | 789.00 | 0.20 | $157.80 |
| | | Lary Alan Rappaport | 789.00 | 1.30 | $1,025.70 |
| | | Margaret A. Dale | 789.00 | 258.80 | $204,193.20 |
| | | Martin J. Bienenstock | 789.00 | 31.60 | $24,932.40 |
| | | Michael A. Firestein | 789.00 | 1.50 | $1,183.50 |
| | | Michael T. Mervis | 789.00 | 80.80 | $63,751.20 |
| | | Paul M. Hamburger | 789.00 | 0.70 | $552.30 |
| | | Paul Possinger | 789.00 | 215.20 | $169,792.80 |
| | | Ralph C. Ferrara | 789.00 | 7.60 | $5,996.40 |
| | | Steven O. Weise | 789.00 | 4.90 | $3,866.10 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **933.00** | **$736,137.00** |
| | Senior Counsel | Daniel L. Forman | 789.00 | 0.50 | $394.50 |
| | **Senior Counsel Total** | | | **0.50** | **$394.50** |
| | Associate | Adam L. Deming | 789.00 | 3.70 | $2,919.30 |
| | | Anisha Shenai | 789.00 | 22.30 | $17,594.70 |

3

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Bradley Presant | 789.00 | 396.70 | $312,996.30 |
| | | Brandon C. Clark | 789.00 | 478.70 | $377,694.30 |
| | | Brooke H. Blackwell | 789.00 | 10.70 | $8,442.30 |
| | | Carl Mazurek | 789.00 | 180.10 | $142,098.90 |
| | | Daniel Desatnik | 789.00 | 98.30 | $77,558.70 |
| | | Elisa Carino | 789.00 | 63.40 | $50,022.60 |
| | | Elliot Stevens | 789.00 | 31.30 | $24,695.70 |
| | | Emily Kline | 789.00 | 3.40 | $2,682.60 |
| | | Jennifer L. Jones | 789.00 | 660.90 | $521,450.10 |
| | | Laura Stafford | 789.00 | 326.70 | $257,766.30 |
| | | Lucy Wolf | 789.00 | 44.50 | $35,110.50 |
| | | Maja Zerjal | 789.00 | 0.50 | $394.50 |
| | | Philip Omorogbe | 789.00 | 6.90 | $5,444.10 |
| | **Associate Total** | | | **2,328.10** | **$1,836,870.90** |
| | E-Discovery Attorney | Cathleen P. Peterson | 390.00 | 0.30 | $117.00 |
| | | David Olener | 390.00 | 6.20 | $2,418.00 |
| | | James Kay | 390.00 | 129.30 | $50,427.00 |
| | | Yvonne O. Ike | 390.00 | 17.80 | $6,942.00 |
| | **E-Discovery Attorney Total** | | | **153.60** | **$59,904.00** |
| | Law Clerk | Javier Sosa | 270.00 | 107.30 | $28,971.00 |
| | **Law Clerk Total** | | | **107.30** | **$28,971.00** |
| **210 Total** | | | | **3,522.50** | **$2,662,277.40** |
| 211 | Partner | Ehud Barak | 789.00 | 4.20 | $3,313.80 |
| | | Margaret A. Dale | 789.00 | 4.10 | $3,234.90 |
| | | Paul Possinger | 789.00 | 13.60 | $10,730.40 |
| | **Partner Total** | | | **21.90** | **$17,279.10** |
| | Associate | Brandon C. Clark | 789.00 | 4.00 | $3,156.00 |
| | | Jennifer L. Jones | 789.00 | 1.70 | $1,341.30 |
| | **Associate Total** | | | **5.70** | **$4,497.30** |
| **211 Total** | | | | **27.60** | **$21,776.40** |
| 212 | E-Discovery Attorney | Cathleen P. Peterson | 390.00 | 0.40 | $156.00 |
| | | Olga Friedman | 270.00 | 6.60 | $1,782.00 |
| | | | 390.00 | 111.00 | $43,290.00 |
| | | Yvonne O. Ike | 390.00 | 144.10 | $56,199.00 |
| | **E-Discovery Attorney Total** | | | **262.10** | **$101,427.00** |
| | Legal Assistant | Angelo Monforte | 270.00 | 18.90 | $5,103.00 |

4

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Christian Cordova-Pedroza | 270.00 | 1.00 | $270.00 |
| | | Christopher M. Tarrant | 270.00 | 55.40 | $14,958.00 |
| | | Dennis T. Mcpeck | 270.00 | 2.30 | $621.00 |
| | | Eamon Wizner | 270.00 | 3.20 | $864.00 |
| | | Eliot Johnson | 270.00 | 18.80 | $5,076.00 |
| | | Julia L. Sutherland | 270.00 | 13.70 | $3,699.00 |
| | | Karina Pantoja | 270.00 | 6.00 | $1,620.00 |
| | | Laura M. Geary | 270.00 | 61.80 | $16,686.00 |
| | | Lawrence T. Silvestro | 270.00 | 66.50 | $17,955.00 |
| | | Luke C. Dechiario | 270.00 | 25.00 | $6,750.00 |
| | | Olaide M. Adejobi | 270.00 | 15.10 | $4,077.00 |
| | | Olga A. Golinder | 270.00 | 4.80 | $1,296.00 |
| | | Rebecca R. Elsner | 270.00 | 0.80 | $216.00 |
| | | Sara E. Cody | 270.00 | 4.00 | $1,080.00 |
| | | Scarlett A. Neuberger | 270.00 | 17.90 | $4,833.00 |
| | | Shealeen E. Schaefer | 270.00 | 3.20 | $864.00 |
| | | Tal J. Singer | 270.00 | 2.50 | $675.00 |
| | | Victoria L. Klevan | 270.00 | 4.00 | $1,080.00 |
| | **Legal Assistant Total** | | | **324.90** | **$87,723.00** |
| | Prac. Support | Joseph Klock | 270.00 | 6.80 | $1,836.00 |
| | | Rachel L. Fox | 270.00 | 2.50 | $675.00 |
| | | Eric R. Chernus | 270.00 | 140.00 | $37,800.00 |
| | **Prac. Support Total** | | | **149.30** | **$40,311.00** |
| **212 Total** | | | | **736.30** | **$229,461.00** |
| 213 | Partner | Paul Possinger | 789.00 | 2.50 | $1,972.50 |
| | **Partner Total** | | | **2.50** | **$1,972.50** |
| **213 Total** | | | | **2.50** | **$1,972.50** |
| 215 | Partner | Ehud Barak | 789.00 | 9.50 | $7,495.50 |
| | | Lary Alan Rappaport | 789.00 | 0.10 | $78.90 |
| | | Martin J. Bienenstock | 789.00 | 5.20 | $4,102.80 |
| | | Paul Possinger | 789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **15.90** | **$12,545.10** |
| | Associate | Amelia Friedman | 789.00 | 6.20 | $4,891.80 |
| | | Maja Zerjal | 789.00 | 10.40 | $8,205.60 |
| | | Philip Omorogbe | 789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **17.10** | **$13,491.90** |
| **215 Total** | | | | **33.00** | **$26,037.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 218 | Associate | Elliot Stevens | 789.00 | 3.30 | $2,603.70 |
|  |  | Philip Omorogbe | 789.00 | 9.10 | $7,179.90 |
|  | **Associate Total** |  |  | **12.40** | **$9,783.60** |
|  | Legal Assistant | Christopher M. Tarrant | 270.00 | 6.50 | $1,755.00 |
|  |  | Natasha Petrov | 270.00 | 55.00 | $14,850.00 |
|  |  | Scarlett A. Neuberger | 270.00 | 4.50 | $1,215.00 |
|  |  | Tal J. Singer | 270.00 | 0.70 | $189.00 |
|  | **Legal Assistant Total** |  |  | **66.70** | **$18,009.00** |
| **218 Total** |  |  |  | **79.10** | **$27,792.60** |
| 220 | Associate | Laura Stafford | 789.00 | 0.30 | $236.70 |
|  |  | Maja Zerjal | 789.00 | 0.40 | $315.60 |
|  |  | Philip Omorogbe | 789.00 | 1.60 | $1,262.40 |
|  | **Associate Total** |  |  | **2.30** | **$1,814.70** |
| **220 Total** |  |  |  | **2.30** | **$1,814.70** |
| **Grand Total** |  |  |  | **5,774.60** | **$4,052,568.30** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0054 PREPA - PREC** | | | | | |
| 201 | Partner | Gregg M. Mashberg | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| | Associate | Laura Stafford | 789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **201 Total** | | | | **0.20** | **$157.80** |
| 206 | Associate | Laura Stafford | 789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **1.20** | **$946.80** |
| **206 Total** | | | | **1.20** | **$946.80** |
| 210 | Partner | Gregg M. Mashberg | 789.00 | 0.20 | $157.80 |
| | | Paul Possinger | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | Associate | Laura Stafford | 789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| **210 Total** | | | | **1.00** | **$789.00** |
| **Grand Total** | | | | **2.40** | **$1,893.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0056 PREPA - UTIER CBA** | | | | | |
| 202 | Partner | Richard M. Corn | 789.00 | 12.20 | $9,625.80 |
| | **Partner Total** | | | **12.20** | **$9,625.80** |
| | Associate | Emily Kline | 789.00 | 15.40 | $12,150.60 |
| | | Sophia J. Alonso | 789.00 | 1.70 | $1,341.30 |
| | | Xiaoyang Ma | 789.00 | 17.60 | $13,886.40 |
| | **Associate Total** | | | **34.70** | **$27,378.30** |
| | Law Clerk | Javier Sosa | 270.00 | 5.80 | $1,566.00 |
| | **Law Clerk Total** | | | **5.80** | **$1,566.00** |
| **202 Total** | | | | **52.70** | **$38,570.10** |
| 203 | Partner | Stephen L. Ratner | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **203 Total** | | | | **0.40** | **$315.60** |
| 204 | Associate | Matthew J. Morris | 789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **0.80** | **$631.20** |
| **204 Total** | | | | **0.80** | **$631.20** |
| 205 | Partner | Seetha Ramachandran | 789.00 | 0.50 | $394.50 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | Associate | Matthew J. Morris | 789.00 | 1.00 | $789.00 |
| | | Sophia J. Alonso | 789.00 | 2.40 | $1,893.60 |
| | **Associate Total** | | | **3.40** | **$2,682.60** |
| **205 Total** | | | | **4.10** | **$3,234.90** |
| 206 | Partner | Jonathan E. Richman | 789.00 | 14.30 | $11,282.70 |
| | **Partner Total** | | | **14.30** | **$11,282.70** |
| | Associate | Alexandra K. Skellet | 789.00 | 5.80 | $4,576.20 |
| | **Associate Total** | | | **5.80** | **$4,576.20** |
| | Law Clerk | Javier Sosa | 270.00 | 0.50 | $135.00 |
| | **Law Clerk Total** | | | **0.50** | **$135.00** |
| **206 Total** | | | | **20.60** | **$15,993.90** |
| 207 | Partner | Scott P. Cooper | 789.00 | 0.90 | $710.10 |
| | | Seetha Ramachandran | 789.00 | 0.80 | $631.20 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **2.00** | **$1,578.00** |
| | Associate | Matthew J. Morris | 789.00 | 2.60 | $2,051.40 |
| | | Sophia J. Alonso | 789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **4.40** | **$3,471.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **207 Total** | | | | **6.40** | **$5,049.60** |
| **208** | **Partner** | Michael A. Firestein | 789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **208 Total** | | | | **0.60** | **$473.40** |
| **210** | **Partner** | Brian S. Rosen | 789.00 | 0.20 | $157.80 |
| | | Chantel L. Febus | 789.00 | 0.20 | $157.80 |
| | | Guy Brenner | 789.00 | 10.20 | $8,047.80 |
| | | Jonathan E. Richman | 789.00 | 270.00 | $213,030.00 |
| | | Lary Alan Rappaport | 789.00 | 0.20 | $157.80 |
| | | Michael A. Firestein | 789.00 | 3.70 | $2,919.30 |
| | | Paul Possinger | 789.00 | 0.30 | $236.70 |
| | | Richard M. Corn | 789.00 | 5.10 | $4,023.90 |
| | | Scott P. Cooper | 789.00 | 142.30 | $112,274.70 |
| | | Seetha Ramachandran | 789.00 | 141.60 | $111,722.40 |
| | | Timothy W. Mungovan | 789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **575.80** | **$454,306.20** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 1.20 | $946.80 |
| | **Senior Counsel Total** | | | **1.20** | **$946.80** |
| | **Associate** | Alexandra K. Skellet | 789.00 | 4.50 | $3,550.50 |
| | | Elliot Stevens | 789.00 | 0.30 | $236.70 |
| | | Laura Stafford | 789.00 | 34.20 | $26,983.80 |
| | | Matthew J. Morris | 789.00 | 218.50 | $172,396.50 |
| | | Mee R. Kim | 789.00 | 15.40 | $12,150.60 |
| | | Seth D. Fier | 789.00 | 121.60 | $95,942.40 |
| | | Sophia J. Alonso | 789.00 | 168.60 | $133,025.40 |
| | | Xiaoyang Ma | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **563.80** | **$444,838.20** |
| | **E-Discovery Attorney** | James Kay | 390.00 | 434.40 | $169,416.00 |
| | **E-Discovery Attorney Total** | | | **434.40** | **$169,416.00** |
| | **Law Clerk** | Javier Sosa | 270.00 | 62.20 | $16,794.00 |
| | **Law Clerk Total** | | | **62.20** | **$16,794.00** |
| **210 Total** | | | | **1,637.40** | **$1,086,301.20** |
| **212** | **E-Discovery Attorney** | Olga Friedman | 390.00 | 36.60 | $14,274.00 |
| | | Shahrezad Aghili Chamberlain | 390.00 | 74.90 | $29,211.00 |
| | | Yvonne O. Ike | 390.00 | 11.20 | $4,368.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **E-Discovery Attorney Total** | | | **122.70** | **$47,853.00** |
| | Law Clerk | Javier Sosa | 270.00 | 0.30 | $81.00 |
| | **Law Clerk Total** | | | **0.30** | **$81.00** |
| | Legal Assistant | Alexandra R. Maloney | 270.00 | 6.30 | $1,701.00 |
| | | Charles H. King | 270.00 | 2.10 | $567.00 |
| | | Christian Cordova-Pedroza | 270.00 | 47.40 | $12,798.00 |
| | | Eamon Wizner | 270.00 | 13.00 | $3,510.00 |
| | | Gabriela A. Urias | 270.00 | 8.00 | $2,160.00 |
| | | Gayathri Jaikumar Menon | 270.00 | 3.00 | $810.00 |
| | | Julia L. Sutherland | 270.00 | 0.90 | $243.00 |
| | | Lawrence T. Silvestro | 270.00 | 1.10 | $297.00 |
| | | Olaide M. Adejobi | 270.00 | 10.30 | $2,781.00 |
| | | Shealeen E. Schaefer | 270.00 | 270.00 | $72,900.00 |
| | | Tayler M. Sherman | 270.00 | 12.30 | $3,321.00 |
| | | Wayne L. Henderson | 270.00 | 2.50 | $675.00 |
| | **Legal Assistant Total** | | | **376.90** | **$101,763.00** |
| | Prac. Support | Lukasz Supronik | 270.00 | 1.20 | $324.00 |
| | | Eric R. Chernus | 270.00 | 19.00 | $5,130.00 |
| | **Prac. Support Total** | | | **20.20** | **$5,454.00** |
| **212 Total** | | | | **520.10** | **$155,151.00** |
| **214** | Partner | Timothy W. Mungovan | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| | Associate | Amelia Friedman | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **214 Total** | | | | **0.70** | **$552.30** |
| **217** | Partner | Richard M. Corn | 789.00 | 2.20 | $1,735.80 |
| | **Partner Total** | | | **2.20** | **$1,735.80** |
| | Associate | Xiaoyang Ma | 789.00 | 11.00 | $8,679.00 |
| | **Associate Total** | | | **11.00** | **$8,679.00** |
| **217 Total** | | | | **13.20** | **$10,414.80** |
| **Grand Total** | | | | **2,257.00** | **$1,316,688.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0059 PREPA – Miscellaneous** | | | | | |
| 202 | Partner | Lary Alan Rappaport | 789.00 | 4.50 | $3,550.50 |
| | **Partner Total** | | | **4.50** | **$3,550.50** |
| | Associate | Elliot Stevens | 789.00 | 2.50 | $1,972.50 |
| | **Associate Total** | | | **2.50** | **$1,972.50** |
| **202 Total** | | | | **7.00** | **$5,523.00** |
| 204 | Partner | Lary Alan Rappaport | 789.00 | 11.20 | $8,836.80 |
| | | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | | Paul Possinger | 789.00 | 1.00 | $789.00 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **12.60** | **$9,941.40** |
| | Associate | Kelly M. Curtis | 789.00 | 13.30 | $10,493.70 |
| | **Associate Total** | | | **13.30** | **$10,493.70** |
| **204 Total** | | | | **25.90** | **$20,435.10** |
| 205 | Partner | Ehud Barak | 789.00 | 0.30 | $236.70 |
| | | Lary Alan Rappaport | 789.00 | 0.50 | $394.50 |
| | | Paul Possinger | 789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **1.80** | **$1,420.20** |
| **205 Total** | | | | **1.80** | **$1,420.20** |
| 206 | Partner | Lary Alan Rappaport | 789.00 | 29.00 | $22,881.00 |
| | | Michael A. Firestein | 789.00 | 0.80 | $631.20 |
| | | Paul Possinger | 789.00 | 3.00 | $2,367.00 |
| | | Stephen L. Ratner | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **33.00** | **$26,037.00** |
| | Associate | Daniel Desatnik | 789.00 | 13.30 | $10,493.70 |
| | | Kelly M. Curtis | 789.00 | 18.40 | $14,517.60 |
| | **Associate Total** | | | **31.70** | **$25,011.30** |
| **206 Total** | | | | **64.70** | **$51,048.30** |
| 207 | Partner | Gregg M. Mashberg | 789.00 | 0.30 | $236.70 |
| | | Lary Alan Rappaport | 789.00 | 2.60 | $2,051.40 |
| | | Margaret A. Dale | 789.00 | 1.20 | $946.80 |
| | | Michael A. Firestein | 789.00 | 1.10 | $867.90 |
| | | Stephen L. Ratner | 789.00 | 0.60 | $473.40 |
| | | Timothy W. Mungovan | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **6.70** | **$5,286.30** |
| | Associate | Daniel Desatnik | 789.00 | 5.60 | $4,418.40 |
| | | Kelly M. Curtis | 789.00 | 5.00 | $3,945.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Matthew I. Rochman | 789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **11.20** | **$8,836.80** |
| **207 Total** | | | | **17.90** | **$14,123.10** |
| 208 | Partner | Jeffrey W. Levitan | 789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | 789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **1.30** | **$1,025.70** |
| | Associate | Elliot Stevens | 789.00 | 1.40 | $1,104.60 |
| | | Maja Zerjal | 789.00 | 1.10 | $867.90 |
| | | Steve Ma | 789.00 | 4.90 | $3,866.10 |
| | **Associate Total** | | | **7.40** | **$5,838.60** |
| **208 Total** | | | | **8.70** | **$6,864.30** |
| 210 | Partner | Lary Alan Rappaport | 789.00 | 15.00 | $11,835.00 |
| | | Margaret A. Dale | 789.00 | 0.90 | $710.10 |
| | | Michael A. Firestein | 789.00 | 2.70 | $2,130.30 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **18.80** | **$14,833.20** |
| | Associate | Daniel Desatnik | 789.00 | 0.40 | $315.60 |
| | | Kelly M. Curtis | 789.00 | 1.70 | $1,341.30 |
| | **Associate Total** | | | **2.10** | **$1,656.90** |
| **210 Total** | | | | **20.90** | **$16,490.10** |
| 212 | Legal Assistant | Christopher M. Tarrant | 270.00 | 0.80 | $216.00 |
| | | Scarlett A. Neuberger | 270.00 | 1.10 | $297.00 |
| | **Legal Assistant Total** | | | **1.90** | **$513.00** |
| **212 Total** | | | | **1.90** | **$513.00** |
| **Grand Total** | | | | **148.80** | **$116,417.10** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | | | | |
| **MATTER 33260.0070  PREPA – UTIER v. Ortiz Vazquez** | | | | | |
| 201 | Partner | Jonathan E. Richman | 789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **1.30** | **$1,025.70** |
| **201 Total** | | | | **1.30** | **$1,025.70** |
| 202 | Senior Counsel | Jennifer L. Roche | 789.00 | 1.40 | $1,104.60 |
| | | Julia D. Alonzo | 789.00 | 0.40 | $315.60 |
| | **Senior Counsel Total** | | | **1.80** | **$1,420.20** |
| | Associate | Eric Wertheim | 789.00 | 9.70 | $7,653.30 |
| | | Marc Palmer | 789.00 | 10.80 | $8,521.20 |
| | **Associate Total** | | | **20.50** | **$16,174.50** |
| | Legal Assistant | Scarlett A. Neuberger | 270.00 | 3.10 | $837.00 |
| | **Legal Assistant Total** | | | **3.10** | **$837.00** |
| **202 Total** | | | | **25.40** | **$18,431.70** |
| 204 | Partner | Jonathan E. Richman | 789.00 | 2.50 | $1,972.50 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **2.60** | **$2,051.40** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 5.60 | $4,418.40 |
| | **Senior Counsel Total** | | | **5.60** | **$4,418.40** |
| **204 Total** | | | | **8.20** | **$6,469.80** |
| 205 | Senior Counsel | Jennifer L. Roche | 789.00 | 0.20 | $157.80 |
| | **Senior Counsel Total** | | | **0.20** | **$157.80** |
| **205 Total** | | | | **0.20** | **$157.80** |
| 206 | Partner | Jonathan E. Richman | 789.00 | 66.60 | $52,547.40 |
| | | Martin J. Bienenstock | 789.00 | 6.40 | $5,049.60 |
| | | Paul Possinger | 789.00 | 2.20 | $1,735.80 |
| | | Stephen L. Ratner | 789.00 | 2.40 | $1,893.60 |
| | | Timothy W. Mungovan | 789.00 | 1.60 | $1,262.40 |
| | **Partner Total** | | | **79.20** | **$62,488.80** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 38.60 | $30,455.40 |
| | | Julia D. Alonzo | 789.00 | 1.10 | $867.90 |
| | **Senior Counsel Total** | | | **39.70** | **$31,323.30** |
| | Associate | Marc Palmer | 789.00 | 1.20 | $946.80 |
| | **Associate Total** | | | **1.20** | **$946.80** |
| | Legal Assistant | Lawrence T. Silvestro | 270.00 | 13.60 | $3,672.00 |
| | **Legal Assistant Total** | | | **13.60** | **$3,672.00** |
| **206 Total** | | | | **133.70** | **$98,430.90** |
| 207 | Partner | Jonathan E. Richman | 789.00 | 0.60 | $473.40 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Partner Total** | | | **0.60** | **$473.40** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 1.10 | $867.90 |
| | **Senior Counsel Total** | | | **1.10** | **$867.90** |
| **207 Total** | | | | **1.70** | **$1,341.30** |
| **210** | **Partner** | Jonathan E. Richman | 789.00 | 1.60 | $1,262.40 |
| | | Paul Possinger | 789.00 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | 789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **3.00** | **$2,367.00** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 8.30 | $6,548.70 |
| | **Senior Counsel Total** | | | **8.30** | **$6,548.70** |
| **210 Total** | | | | **11.30** | **$8,915.70** |
| **212** | **Legal Assistant** | Angelo Monforte | 270.00 | 0.80 | $216.00 |
| | | Olga A. Golinder | 270.00 | 4.40 | $1,188.00 |
| | **Legal Assistant Total** | | | **5.20** | **$1,404.00** |
| **212 Total** | | | | **5.20** | **$1,404.00** |
| **Grand Total** | | | | **187.00** | **$136,176.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0075  PREPA –  Costa Sur Insurance Recovery** | | | | |
| 202 | Partner | Marc E. Rosenthal | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| | Legal Assistant | Scarlett A. Neuberger | 270.00 | 0.20 | $54.00 |
| | **Legal Assistant Total** | | | **0.20** | **$54.00** |
| **202 Total** | | | | **1.10** | **$764.10** |
| 204 | Partner | Marc E. Rosenthal | 789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **204 Total** | | | | **1.70** | **$1,341.30** |
| 205 | Partner | Marc E. Rosenthal | 789.00 | 5.60 | $4,418.40 |
| | **Partner Total** | | | **5.60** | **$4,418.40** |
| **205 Total** | | | | **5.60** | **$4,418.40** |
| 206 | Partner | Marc E. Rosenthal | 789.00 | 7.10 | $5,601.90 |
| | | Martin J. Bienenstock | 789.00 | 4.80 | $3,787.20 |
| | | Paul Possinger | 789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **12.90** | **$10,178.10** |
| | Associate | Brooke H. Blackwell | 789.00 | 9.90 | $7,811.10 |
| | **Associate Total** | | | **9.90** | **$7,811.10** |
| **206 Total** | | | | **22.80** | **$17,989.20** |
| 207 | Partner | Marc E. Rosenthal | 789.00 | 2.60 | $2,051.40 |
| | | Martin J. Bienenstock | 789.00 | 2.70 | $2,130.30 |
| | | Timothy W. Mungovan | 789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **6.60** | **$5,207.40** |
| **207 Total** | | | | **6.60** | **$5,207.40** |
| 208 | Partner | Marc E. Rosenthal | 789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| **208 Total** | | | | **1.10** | **$867.90** |
| 210 | Partner | Marc E. Rosenthal | 789.00 | 29.50 | $23,275.50 |
| | | Paul Possinger | 789.00 | 1.00 | $789.00 |
| | | Stephen L. Ratner | 789.00 | 1.00 | $789.00 |
| | | Timothy W. Mungovan | 789.00 | 3.30 | $2,603.70 |
| | **Partner Total** | | | **34.80** | **$27,457.20** |
| | Associate | Brooke H. Blackwell | 789.00 | 0.20 | $157.80 |
| | | Laura Stafford | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.40** | **$315.60** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **210 Total** | | | | **35.20** | **$27,772.80** |
| **212** | **Legal Assistant** | Angelo Monforte | 270.00 | 1.90 | $513.00 |
| | | Natasha Petrov | 270.00 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **2.30** | **$621.00** |
| | **Prac. Support** | Isaac L. Antoon | 270.00 | 1.20 | $324.00 |
| | **Prac. Support Total** | | | **1.20** | **$324.00** |
| **212 Total** | | | | **3.50** | **$945.00** |
| **214** | **Partner** | Marc E. Rosenthal | 789.00 | 2.50 | $1,972.50 |
| | **Partner Total** | | | **2.50** | **$1,972.50** |
| **214 Total** | | | | **2.50** | **$1,972.50** |
| **Grand Total** | | | | **80.10** | **$61,278.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | **MATTER 33260.0076 PREPA – PREPA Lien Challenge** | | | |
| 204 | Partner | Paul Possinger | 789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **1.30** | **$1,025.70** |
| **204 Total** | | | | **1.30** | **$1,025.70** |
| 206 | Partner | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | | Paul Possinger | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| | Associate | Elisa Carino | 789.00 | 0.20 | $157.80 |
| | | Elliot Stevens | 789.00 | 3.10 | $2,445.90 |
| | | Philip Omorogbe | 789.00 | 7.40 | $5,838.60 |
| | **Associate Total** | | | **10.70** | **$8,442.30** |
| **206 Total** | | | | **11.30** | **$8,915.70** |
| 210 | Partner | Paul Possinger | 789.00 | 1.00 | $789.00 |
| | | Ralph C. Ferrara | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **1.50** | **$1,183.50** |
| | Associate | Elliot Stevens | 789.00 | 0.70 | $552.30 |
| | | Laura Stafford | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.90** | **$710.10** |
| **210 Total** | | | | **2.40** | **$1,893.60** |
| 212 | Legal Assistant | Christopher M. Tarrant | 270.00 | 4.70 | $1,269.00 |
| | | Laura M. Geary | 270.00 | 0.80 | $216.00 |
| | **Legal Assistant Total** | | | **5.50** | **$1,485.00** |
| **212 Total** | | | | **5.50** | **$1,485.00** |
| **Grand Total** | | | | **20.50** | **$13,320.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0079 PREPA – Fuel Line Lenders' Action** | | | | | |
| **202** | Associate | Brandon C. Clark | 789.00 | 0.50 | $394.50 |
| | | Carl Mazurek | 789.00 | 5.70 | $4,497.30 |
| | | Elliot Stevens | 789.00 | 13.00 | $10,257.00 |
| | **Associate Total** | | | **19.20** | **$15,148.80** |
| **202 Total** | | | | **19.20** | **$15,148.80** |
| **204** | Partner | Ehud Barak | 789.00 | 2.80 | $2,209.20 |
| | | Paul Possinger | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **3.00** | **$2,367.00** |
| **204 Total** | | | | **3.00** | **$2,367.00** |
| **205** | Partner | Ehud Barak | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| **205 Total** | | | | **0.80** | **$631.20** |
| **206** | Partner | Ehud Barak | 789.00 | 13.30 | $10,493.70 |
| | | Gregg M. Mashberg | 789.00 | 19.10 | $15,069.90 |
| | | Lary Alan Rappaport | 789.00 | 0.90 | $710.10 |
| | | Margaret A. Dale | 789.00 | 3.10 | $2,445.90 |
| | | Martin J. Bienenstock | 789.00 | 58.40 | $46,077.60 |
| | | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | | Michael T. Mervis | 789.00 | 3.00 | $2,367.00 |
| | | Paul Possinger | 789.00 | 8.10 | $6,390.90 |
| | **Partner Total** | | | **106.20** | **$83,791.80** |
| | Associate | Daniel Desatnik | 789.00 | 57.40 | $45,288.60 |
| | | Elliot Stevens | 789.00 | 23.60 | $18,620.40 |
| | | Jennifer L. Jones | 789.00 | 0.50 | $394.50 |
| | | Laura Stafford | 789.00 | 1.00 | $789.00 |
| | **Associate Total** | | | **82.50** | **$65,092.50** |
| | Legal Assistant | Christopher M. Tarrant | 270.00 | 2.60 | $702.00 |
| | | Laura M. Geary | 270.00 | 0.40 | $108.00 |
| | | Scarlett A. Neuberger | 270.00 | 1.10 | $297.00 |
| | **Legal Assistant Total** | | | **4.10** | **$1,107.00** |
| **206 Total** | | | | **192.80** | **$149,991.30** |
| **207** | Partner | Lary Alan Rappaport | 789.00 | 0.10 | $78.90 |
| | | Margaret A. Dale | 789.00 | 2.30 | $1,814.70 |
| | | Paul Possinger | 789.00 | 3.30 | $2,603.70 |
| | | Timothy W. Mungovan | 789.00 | 2.30 | $1,814.70 |
| | **Partner Total** | | | **8.00** | **$6,312.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Associate | Brandon C. Clark | 789.00 | 0.40 | $315.60 |
| | | Daniel Desatnik | 789.00 | 5.10 | $4,023.90 |
| | | Elliot Stevens | 789.00 | 1.60 | $1,262.40 |
| | | Jennifer L. Jones | 789.00 | 0.40 | $315.60 |
| | | Matthew I. Rochman | 789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **8.10** | **$6,390.90** |
| **207 Total** | | | | **16.10** | **$12,702.90** |
| **210** | Partner | Gregg M. Mashberg | 789.00 | 1.40 | $1,104.60 |
| | | Jonathan E. Richman | 789.00 | 0.80 | $631.20 |
| | | Margaret A. Dale | 789.00 | 4.00 | $3,156.00 |
| | | Paul Possinger | 789.00 | 4.00 | $3,156.00 |
| | | Stephen L. Ratner | 789.00 | 0.50 | $394.50 |
| | | Timothy W. Mungovan | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **11.90** | **$9,389.10** |
| | Associate | Brandon C. Clark | 789.00 | 0.70 | $552.30 |
| | | Carl Mazurek | 789.00 | 0.50 | $394.50 |
| | | Elliot Stevens | 789.00 | 1.20 | $946.80 |
| | | Jennifer L. Jones | 789.00 | 2.70 | $2,130.30 |
| | | Matthew I. Rochman | 789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **5.40** | **$4,260.60** |
| **210 Total** | | | | **17.30** | **$13,649.70** |
| **212** | Legal Assistant | Lawrence T. Silvestro | 270.00 | 2.80 | $756.00 |
| | | Natasha Petrov | 270.00 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **3.20** | **$864.00** |
| **212 Total** | | | | **3.20** | **$864.00** |
| **Grand Total** | | | | **252.40** | **$195,354.90** |