## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0009 HTA - General** | | | | | |
| 201 | Partner | Lary Alan Rappaport | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **201 Total** | | | | **0.90** | **$710.10** |
| 202 | Partner | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | Associate | Amelia Friedman | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **202 Total** | | | | **0.50** | **$394.50** |
| 204 | Associate | Elliot Stevens | 789.00 | 1.00 | $789.00 |
| | **Associate Total** | | | **1.00** | **$789.00** |
| **204 Total** | | | | **1.00** | **$789.00** |
| 206 | Associate | Adam L. Deming | 789.00 | 2.60 | $2,051.40 |
| | | Daniel Desatnik | 789.00 | 3.60 | $2,840.40 |
| | | Elliot Stevens | 789.00 | 4.90 | $3,866.10 |
| | **Associate Total** | | | **11.10** | **$8,757.90** |
| | Legal Assistant | Scarlett A. Neuberger | 270.00 | 1.60 | $432.00 |
| | **Legal Assistant Total** | | | **1.60** | **$432.00** |
| **206 Total** | | | | **12.70** | **$9,189.90** |
| 207 | Partner | Lary Alan Rappaport | 789.00 | 0.80 | $631.20 |
| | | Michael A. Firestein | 789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| | Associate | Elliot Stevens | 789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **0.50** | **$394.50** |
| **207 Total** | | | | **1.90** | **$1,499.10** |
| 208 | Partner | Brian S. Rosen | 789.00 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | 789.00 | 8.60 | $6,785.40 |
| | | Michael A. Firestein | 789.00 | 5.10 | $4,023.90 |
| | | Paul Possinger | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **14.60** | **$11,519.40** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 0.10 | $78.90 |
| | **Senior Counsel Total** | | | **0.10** | **$78.90** |
| **208 Total** | | | | **14.70** | **$11,598.30** |
| 210 | Partner | Brian S. Rosen | 789.00 | 1.10 | $867.90 |
| | | Ehud Barak | 789.00 | 5.10 | $4,023.90 |
| | | Jeffrey W. Levitan | 789.00 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | 789.00 | 2.50 | $1,972.50 |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|------|------|
| | | Michael A. Firestein | 789.00 | 6.30 | $4,970.70 |
| | | Paul Possinger | 789.00 | 1.00 | $789.00 |
| | | Ralph C. Ferrara | 789.00 | 2.50 | $1,972.50 |
| | | Steven O. Weise | 789.00 | 39.90 | $31,481.10 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **59.10** | **$46,629.90** |
| | **Associate** | Amelia Friedman | 789.00 | 0.50 | $394.50 |
| | | Elliot Stevens | 789.00 | 0.90 | $710.10 |
| | | Philip Omorogbe | 789.00 | 0.70 | $552.30 |
| | | Steve Ma | 789.00 | 0.90 | $710.10 |
| | **Associate Total** | | | **3.00** | **$2,367.00** |
| | **E-Discovery Attorney** | James Kay | 390.00 | 5.30 | $2,067.00 |
| | **E-Discovery Attorney Total** | | | **5.30** | **$2,067.00** |
| **210 Total** | | | | **67.40** | **$51,063.90** |
| 215 | **Partner** | Jeffrey W. Levitan | 789.00 | 0.70 | $552.30 |
| | | Lary Alan Rappaport | 789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.20 | $157.80 |
| | **Senior Counsel Total** | | | **0.20** | **$157.80** |
| | **Associate** | Amelia Friedman | 789.00 | 15.70 | $12,387.30 |
| | | Blake Cushing | 789.00 | 0.70 | $552.30 |
| | | Brooke H. Blackwell | 789.00 | 4.40 | $3,471.60 |
| | | Maja Zerjal | 789.00 | 3.50 | $2,761.50 |
| | **Associate Total** | | | **24.30** | **$19,172.70** |
| | **E-Discovery Attorney** | James Kay | 390.00 | 2.60 | $1,014.00 |
| | **E-Discovery Attorney Total** | | | **2.60** | **$1,014.00** |
| **215 Total** | | | | **28.80** | **$21,685.80** |
| 218 | **Associate** | Elliot Stevens | 789.00 | 1.80 | $1,420.20 |
| | | Philip Omorogbe | 789.00 | 8.50 | $6,706.50 |
| | **Associate Total** | | | **10.30** | **$8,126.70** |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 3.80 | $1,026.00 |
| | | Natasha Petrov | 270.00 | 37.40 | $10,098.00 |
| | | Scarlett A. Neuberger | 270.00 | 4.50 | $1,215.00 |
| | | Tal J. Singer | 270.00 | 0.70 | $189.00 |
| | **Legal Assistant Total** | | | **46.40** | **$12,528.00** |
| **218 Total** | | | | **56.70** | **$20,654.70** |
| **Grand Total** | | | | **184.60** | **$117,585.30** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0049 HTA - Ambac** | | | | | |
| **202** | **Partner** | Michael A. Firestein | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **202 Total** | | | | **0.40** | **$315.60** |
| **207** | **Partner** | Michael A. Firestein | 789.00 | 0.10 | $78.90 |
| | | Ralph C. Ferrara | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **0.60** | **$473.40** |
| **219** | **Partner** | Jeffrey W. Levitan | 789.00 | 2.30 | $1,814.70 |
| | | John E. Roberts | 789.00 | 1.20 | $946.80 |
| | | Lary Alan Rappaport | 789.00 | 2.40 | $1,893.60 |
| | | Martin J. Bienenstock | 789.00 | 1.60 | $1,262.40 |
| | | Michael A. Firestein | 789.00 | 4.20 | $3,313.80 |
| | | Stephen L. Ratner | 789.00 | 1.30 | $1,025.70 |
| | | Steven O. Weise | 789.00 | 7.10 | $5,601.90 |
| | | Timothy W. Mungovan | 789.00 | 3.10 | $2,445.90 |
| | **Partner Total** | | | **23.20** | **$18,304.80** |
| | **Associate** | Adam L. Deming | 789.00 | 1.30 | $1,025.70 |
| | | Lucas Kowalczyk | 789.00 | 10.30 | $8,126.70 |
| | **Associate Total** | | | **11.60** | **$9,152.40** |
| **219 Total** | | | | **34.80** | **$27,457.20** |
| **Grand Total** | | | | **35.80** | **$28,246.20** |

3

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0050 HTA - Assured** | | | | | |
| 206 | Partner | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| **206 Total** | | | | **0.10** | **$78.90** |
| 207 | Partner | Jeffrey W. Levitan | 789.00 | 1.70 | $1,341.30 |
| | | Lary Alan Rappaport | 789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **1.90** | **$1,499.10** |
| **207 Total** | | | | **1.90** | **$1,499.10** |
| 210 | Partner | Michael A. Firestein | 789.00 | 0.10 | $78.90 |
| | | Stephen L. Ratner | 789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.50 | $394.50 |
| | **Senior Counsel Total** | | | **0.50** | **$394.50** |
| **210 Total** | | | | **1.20** | **$946.80** |
| 212 | Lit. Support | Laurie A. Henderson | 270.00 | 0.80 | $216.00 |
| | **Lit. Support Total** | | | **0.80** | **$216.00** |
| **212 Total** | | | | **0.80** | **$216.00** |
| 219 | Partner | Jeffrey W. Levitan | 789.00 | 1.30 | $1,025.70 |
| | | John E. Roberts | 789.00 | 2.00 | $1,578.00 |
| | | Lary Alan Rappaport | 789.00 | 2.80 | $2,209.20 |
| | | Mark Harris | 789.00 | 0.90 | $710.10 |
| | | Martin J. Bienenstock | 789.00 | 6.90 | $5,444.10 |
| | | Michael A. Firestein | 789.00 | 4.00 | $3,156.00 |
| | | Stephen L. Ratner | 789.00 | 0.90 | $710.10 |
| | | Steven O. Weise | 789.00 | 5.40 | $4,260.60 |
| | | Timothy W. Mungovan | 789.00 | 2.70 | $2,130.30 |
| | **Partner Total** | | | **26.90** | **$21,224.10** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.70 | $552.30 |
| | **Senior Counsel Total** | | | **0.70** | **$552.30** |
| | **Associate** | Adam L. Deming | 789.00 | 9.50 | $7,495.50 |
| | | Lucas Kowalczyk | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **9.70** | **$7,653.30** |
| **219 Total** | | | | **37.30** | **$29,429.70** |
| **Grand Total** | | | | **41.30** | **$32,170.50** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0051 HTA -  Peaje** | | | | | |
| 201 | **Partner** | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **201 Total** | | | | **0.30** | **$236.70** |
| 202 | **Partner** | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **202 Total** | | | | **0.20** | **$157.80** |
| 204 | **Partner** | Lary Alan Rappaport | 789.00 | 0.50 | $394.50 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **204 Total** | | | | **0.70** | **$552.30** |
| 205 | **Partner** | Lary Alan Rappaport | 789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **205 Total** | | | | **0.70** | **$552.30** |
| 206 | **Partner** | Lary Alan Rappaport | 789.00 | 1.10 | $867.90 |
| | | Matthew Triggs | 789.00 | 6.50 | $5,128.50 |
| | | Michael A. Firestein | 789.00 | 0.70 | $552.30 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **8.90** | **$7,022.10** |
| **206 Total** | | | | **8.90** | **$7,022.10** |
| 207 | **Partner** | Lary Alan Rappaport | 789.00 | 0.20 | $157.80 |
| | | Michael A. Firestein | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **0.30** | **$236.70** |
| 210 | **Partner** | Lary Alan Rappaport | 789.00 | 3.20 | $2,524.80 |
| | | Michael A. Firestein | 789.00 | 1.20 | $946.80 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **4.70** | **$3,708.30** |
| **210 Total** | | | | **4.70** | **$3,708.30** |
| 212 | **Legal Assistant** | Angelo Monforte | 270.00 | 0.40 | $108.00 |
| | | Scarlett A. Neuberger | 270.00 | 0.30 | $81.00 |
| | **Legal Assistant Total** | | | **0.70** | **$189.00** |
| **212 Total** | | | | **0.70** | **$189.00** |
| **Grand Total** | | | | **16.50** | **$12,655.20** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0053 HTA - Miscellaneous** | | | | | |
| 202 | Partner | Michael A. Firestein | 789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | Associate | Elliot Stevens | 789.00 | 3.00 | $2,367.00 |
| | **Associate Total** | | | **3.00** | **$2,367.00** |
| **202 Total** | | | | **3.70** | **$2,919.30** |
| 204 | Partner | Ehud Barak | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **204 Total** | | | | **0.30** | **$236.70** |
| 206 | Partner | Lary Alan Rappaport | 789.00 | 1.80 | $1,420.20 |
| | | Michael A. Firestein | 789.00 | 1.10 | $867.90 |
| | | Seetha Ramachandran | 789.00 | 0.60 | $473.40 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **3.70** | **$2,919.30** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 14.90 | $11,756.10 |
| | **Senior Counsel Total** | | | **14.90** | **$11,756.10** |
| **206 Total** | | | | **18.60** | **$14,675.40** |
| 207 | Partner | Jeffrey W. Levitan | 789.00 | 1.20 | $946.80 |
| | | Lary Alan Rappaport | 789.00 | 1.80 | $1,420.20 |
| | | Michael A. Firestein | 789.00 | 1.80 | $1,420.20 |
| | | Stephen L. Ratner | 789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | 789.00 | 1.60 | $1,262.40 |
| | **Partner Total** | | | **6.60** | **$5,207.40** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 1.50 | $1,183.50 |
| | **Senior Counsel Total** | | | **1.50** | **$1,183.50** |
| **207 Total** | | | | **8.10** | **$6,390.90** |
| 208 | Partner | Antonio N. Piccirillo | 789.00 | 1.50 | $1,183.50 |
| | | Brian S. Rosen | 789.00 | 3.50 | $2,761.50 |
| | | Lary Alan Rappaport | 789.00 | 2.50 | $1,972.50 |
| | | Michael A. Firestein | 789.00 | 1.80 | $1,420.20 |
| | | Seetha Ramachandran | 789.00 | 11.50 | $9,073.50 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **21.80** | **$17,200.20** |
| | Associate | Maja Zerjal | 789.00 | 0.30 | $236.70 |
| | | Steve Ma | 789.00 | 11.50 | $9,073.50 |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | **Associate Total** | | | **11.80** | **$9,310.20** |
| **208 Total** | | | | **33.60** | **$26,510.40** |
| **210** | **Partner** | Lary Alan Rappaport | 789.00 | 0.60 | $473.40 |
| | | Michael A. Firestein | 789.00 | 2.20 | $1,735.80 |
| | | Seetha Ramachandran | 789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **4.10** | **$3,234.90** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 2.50 | $1,972.50 |
| | **Senior Counsel Total** | | | **2.50** | **$1,972.50** |
| | **Associate** | Maja Zerjal | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **210 Total** | | | | **6.80** | **$5,365.20** |
| **212** | **Legal Assistant** | Angelo Monforte | 270.00 | 3.40 | $918.00 |
| | **Legal Assistant Total** | | | **3.40** | **$918.00** |
| **212 Total** | | | | **3.40** | **$918.00** |
| **Grand Total** | | | | **74.50** | **$57,015.90** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | **MATTER 33260.0074 HTA - Lien Avoidance and Secured Status** | | | |
| 202 | Partner | Michael A. Firestein | 789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| | Associate | Christina Assi | 789.00 | 5.90 | $4,655.10 |
| | **Associate Total** | | | **5.90** | **$4,655.10** |
| **202 Total** | | | | **7.00** | **$5,523.00** |
| 204 | Partner | Lary Alan Rappaport | 789.00 | 0.60 | $473.40 |
| | | Michael A. Firestein | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **1.00** | **$789.00** |
| | Associate | Christina Assi | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **204 Total** | | | | **1.70** | **$1,341.30** |
| 205 | Associate | Christina Assi | 789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **0.80** | **$631.20** |
| **205 Total** | | | | **0.80** | **$631.20** |
| 206 | Partner | Jeffrey W. Levitan | 789.00 | 3.00 | $2,367.00 |
| | | Lary Alan Rappaport | 789.00 | 0.40 | $315.60 |
| | | Michael A. Firestein | 789.00 | 3.70 | $2,919.30 |
| | | Paul Possinger | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **7.60** | **$5,996.40** |
| | Associate | Christina Assi | 789.00 | 11.20 | $8,836.80 |
| | | Elliot Stevens | 789.00 | 0.30 | $236.70 |
| | | Laura Stafford | 789.00 | 1.40 | $1,104.60 |
| | | Philip Omorogbe | 789.00 | 5.60 | $4,418.40 |
| | | Zachary Chalett | 789.00 | 1.10 | $867.90 |
| | **Associate Total** | | | **19.60** | **$15,464.40** |
| **206 Total** | | | | **27.20** | **$21,460.80** |
| 207 | Partner | Jeffrey W. Levitan | 789.00 | 4.20 | $3,313.80 |
| | | Lary Alan Rappaport | 789.00 | 1.40 | $1,104.60 |
| | | Michael A. Firestein | 789.00 | 3.70 | $2,919.30 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **9.60** | **$7,574.40** |
| | Associate | Elliot Stevens | 789.00 | 3.20 | $2,524.80 |
| | **Associate Total** | | | **3.20** | **$2,524.80** |
| **207 Total** | | | | **12.80** | **$10,099.20** |
| 208 | Partner | Michael A. Firestein | 789.00 | 2.80 | $2,209.20 |
| | **Partner Total** | | | **2.80** | **$2,209.20** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **208 Total** | | | | **2.80** | **$2,209.20** |
| **210** | **Partner** | Jeffrey W. Levitan | 789.00 | 9.70 | $7,653.30 |
| | | Lary Alan Rappaport | 789.00 | 2.00 | $1,578.00 |
| | | Michael A. Firestein | 789.00 | 17.00 | $13,413.00 |
| | | Timothy W. Mungovan | 789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **29.30** | **$23,117.70** |
| | **Associate** | Christina Assi | 789.00 | 13.70 | $10,809.30 |
| | | Elliot Stevens | 789.00 | 4.80 | $3,787.20 |
| | | Laura Stafford | 789.00 | 15.10 | $11,913.90 |
| | | Zachary Chalett | 789.00 | 2.70 | $2,130.30 |
| | **Associate Total** | | | **36.30** | **$28,640.70** |
| **210 Total** | | | | **65.60** | **$51,758.40** |
| **211** | **Partner** | Michael A. Firestein | 789.00 | 4.50 | $3,550.50 |
| | **Partner Total** | | | **4.50** | **$3,550.50** |
| **211 Total** | | | | **4.50** | **$3,550.50** |
| **212** | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 41.00 | $11,070.00 |
| | | Scarlett A. Neuberger | 270.00 | 1.80 | $486.00 |
| | | Shealeen E. Schaefer | 270.00 | 11.90 | $3,213.00 |
| | | Tal J. Singer | 270.00 | 13.30 | $3,591.00 |
| | **Legal Assistant Total** | | | **68.00** | **$18,360.00** |
| **212 Total** | | | | **68.00** | **$18,360.00** |
| **Grand Total** | | | | **190.40** | **$114,933.60** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0082 HTA -   Assured Motion to Lift Stay** | | | | | |
| **202** | Associate | Elliot Stevens | 789.00 | 2.10 | $1,656.90 |
| | **Associate Total** | | | **2.10** | **$1,656.90** |
| **202 Total** | | | | **2.10** | **$1,656.90** |
| **206** | Partner | Ehud Barak | 789.00 | 3.20 | $2,524.80 |
| | **Partner Total** | | | **3.20** | **$2,524.80** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 1.50 | $1,183.50 |
| | **Senior Counsel Total** | | | **1.50** | **$1,183.50** |
| | Associate | Elliot Stevens | 789.00 | 30.30 | $23,906.70 |
| | **Associate Total** | | | **30.30** | **$23,906.70** |
| **206 Total** | | | | **35.00** | **$27,615.00** |
| **207** | Partner | Timothy W. Mungovan | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **0.40** | **$315.60** |
| **208** | Partner | Jeffrey W. Levitan | 789.00 | 2.10 | $1,656.90 |
| | | Lary Alan Rappaport | 789.00 | 15.20 | $11,992.80 |
| | | Michael A. Firestein | 789.00 | 10.00 | $7,890.00 |
| | **Partner Total** | | | **27.30** | **$21,539.70** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 5.10 | $4,023.90 |
| | **Senior Counsel Total** | | | **5.10** | **$4,023.90** |
| | Associate | Blake Cushing | 789.00 | 1.40 | $1,104.60 |
| | **Associate Total** | | | **1.40** | **$1,104.60** |
| **208 Total** | | | | **33.80** | **$26,668.20** |
| **210** | Partner | Ehud Barak | 789.00 | 2.70 | $2,130.30 |
| | | Michael A. Firestein | 789.00 | 0.40 | $315.60 |
| | | Ralph C. Ferrara | 789.00 | 0.50 | $394.50 |
| | | Steven O. Weise | 789.00 | 1.20 | $946.80 |
| | | Timothy W. Mungovan | 789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **5.40** | **$4,260.60** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 20.80 | $16,411.20 |
| | **Senior Counsel Total** | | | **20.80** | **$16,411.20** |
| | Associate | Blake Cushing | 789.00 | 36.40 | $28,719.60 |
| | | Daniel Desatnik | 789.00 | 0.30 | $236.70 |
| | | Elisa Carino | 789.00 | 27.30 | $21,539.70 |
| | | Elliot Stevens | 789.00 | 1.50 | $1,183.50 |
| | **Associate Total** | | | **65.50** | **$51,679.50** |
| **210 Total** | | | | **91.70** | **$72,351.30** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **212** | **Legal Assistant** | Olga A. Golinder | 270.00 | 1.20 | $324.00 |
| | **Legal Assistant Total** | | | **1.20** | **$324.00** |
| **212 Total** | | | | **1.20** | **$324.00** |
| **Grand Total** | | | | **164.20** | **$128,931.00** |