**Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0007 ERS - General** | | | | | |
| 202 | Partner | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **202 Total** | | | | **0.20** | **$157.80** |
| 204 | Partner | Margaret A. Dale | 789.00 | 1.60 | $1,262.40 |
| | | Paul Possinger | 789.00 | 3.50 | $2,761.50 |
| | **Partner Total** | | | **5.10** | **$4,023.90** |
| | Associate | Joshua A. Esses | 789.00 | 4.90 | $3,866.10 |
| | **Associate Total** | | | **4.90** | **$3,866.10** |
| **204 Total** | | | | **10.00** | **$7,890.00** |
| 206 | Partner | Jeffrey W. Levitan | 789.00 | 5.10 | $4,023.90 |
| | **Partner Total** | | | **5.10** | **$4,023.90** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 1.50 | $1,183.50 |
| | **Senior Counsel Total** | | | **1.50** | **$1,183.50** |
| | Associate | Laura Stafford | 789.00 | 1.30 | $1,025.70 |
| | | William D. Dalsen | 789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **1.80** | **$1,420.20** |
| **206 Total** | | | | **8.40** | **$6,627.60** |
| 207 | Partner | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | E-Discovery Attorney | James Kay | 390.00 | 2.20 | $858.00 |
| | **E-Discovery Attorney Total** | | | **2.20** | **$858.00** |
| **207 Total** | | | | **2.50** | **$1,094.70** |
| 208 | Partner | Brian S. Rosen | 789.00 | 3.00 | $2,367.00 |
| | | Margaret A. Dale | 789.00 | 7.40 | $5,838.60 |
| | **Partner Total** | | | **10.40** | **$8,205.60** |
| **208 Total** | | | | **10.40** | **$8,205.60** |
| 210 | Partner | Brian S. Rosen | 789.00 | 9.60 | $7,574.40 |
| | | Jeffrey W. Levitan | 789.00 | 33.80 | $26,668.20 |
| | | Margaret A. Dale | 789.00 | 25.70 | $20,277.30 |
| | | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | | Paul Possinger | 789.00 | 10.00 | $7,890.00 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | | Steven O. Weise | 789.00 | 28.80 | $22,723.20 |
| | | Timothy W. Mungovan | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **108.80** | **$85,843.20** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 28.40 | $22,407.60 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Senior Counsel Total** | | | **28.40** | **$22,407.60** |
| | **Associate** | Joshua A. Esses | 789.00 | 31.20 | $24,616.80 |
| | | Laura Stafford | 789.00 | 0.30 | $236.70 |
| | | Mee R. Kim | 789.00 | 1.00 | $789.00 |
| | | William D. Dalsen | 789.00 | 17.30 | $13,649.70 |
| | **Associate Total** | | | **49.80** | **$39,292.20** |
| | **E-Discovery Attorney** | James Kay | 390.00 | 3.10 | $1,209.00 |
| | **E-Discovery Attorney Total** | | | **3.10** | **$1,209.00** |
| **210 Total** | | | | **190.10** | **$148,752.00** |
| 211 | **Partner** | Paul Possinger | 789.00 | 2.70 | $2,130.30 |
| | **Partner Total** | | | **2.70** | **$2,130.30** |
| **211 Total** | | | | **2.70** | **$2,130.30** |
| 212 | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 5.70 | $1,539.00 |
| | | Lawrence T. Silvestro | 270.00 | 0.40 | $108.00 |
| | | Scarlett A. Neuberger | 270.00 | 9.90 | $2,673.00 |
| | | Tal J. Singer | 270.00 | 4.70 | $1,269.00 |
| | **Legal Assistant Total** | | | **20.70** | **$5,589.00** |
| **212 Total** | | | | **20.70** | **$5,589.00** |
| 215 | **Partner** | Brian S. Rosen | 789.00 | 9.60 | $7,574.40 |
| | | Jeffrey W. Levitan | 789.00 | 7.00 | $5,523.00 |
| | | Paul Possinger | 789.00 | 4.50 | $3,550.50 |
| | | Steven O. Weise | 789.00 | 15.40 | $12,150.60 |
| | **Partner Total** | | | **36.50** | **$28,798.50** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.70 | $552.30 |
| | **Senior Counsel Total** | | | **0.70** | **$552.30** |
| | **Associate** | Amelia Friedman | 789.00 | 6.30 | $4,970.70 |
| | **Associate Total** | | | **6.30** | **$4,970.70** |
| | **E-Discovery Attorney** | James Kay | 390.00 | 2.60 | $1,014.00 |
| | **E-Discovery Attorney Total** | | | **2.60** | **$1,014.00** |
| **215 Total** | | | | **46.10** | **$35,335.50** |
| 218 | **Associate** | Elliot Stevens | 789.00 | 2.20 | $1,735.80 |
| | | Philip Omorogbe | 789.00 | 3.70 | $2,919.30 |
| | **Associate Total** | | | **5.90** | **$4,655.10** |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 2.80 | $756.00 |
| | | Natasha Petrov | 270.00 | 44.10 | $11,907.00 |
| | | Scarlett A. Neuberger | 270.00 | 2.50 | $675.00 |
| | | Tal J. Singer | 270.00 | 0.70 | $189.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Legal Assistant Total** | | | **50.10** | **$13,527.00** |
| **218 Total** | | | | **56.00** | **$18,182.10** |
| **Grand Total** | | | | **347.10** | **$233,964.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0045 ERS - Altair** | | | | | |
| 201 | Partner | Margaret A. Dale | 789.00 | 3.30 | $2,603.70 |
| | **Partner Total** | | | **3.30** | **$2,603.70** |
| **201 Total** | | | | **3.30** | **$2,603.70** |
| 202 | Partner | Jeffrey W. Levitan | 789.00 | 1.70 | $1,341.30 |
| | | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | | Steven O. Weise | 789.00 | 9.00 | $7,101.00 |
| | **Partner Total** | | | **11.00** | **$8,679.00** |
| | Associate | Alexandra V. Bargoot | 789.00 | 1.50 | $1,183.50 |
| | | Hena Vora | 789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **2.30** | **$1,814.70** |
| **202 Total** | | | | **13.30** | **$10,493.70** |
| 204 | Partner | Brian S. Rosen | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **204 Total** | | | | **0.20** | **$157.80** |
| 206 | Partner | Brian S. Rosen | 789.00 | 2.60 | $2,051.40 |
| | | Jeffrey W. Levitan | 789.00 | 12.70 | $10,020.30 |
| | | Kevin J. Perra | 789.00 | 3.10 | $2,445.90 |
| | | Margaret A. Dale | 789.00 | 1.60 | $1,262.40 |
| | | Paul M. Hamburger | 789.00 | 4.70 | $3,708.30 |
| | | Paul Possinger | 789.00 | 7.60 | $5,996.40 |
| | | Stephen L. Ratner | 789.00 | 0.40 | $315.60 |
| | | Timothy W. Mungovan | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **33.20** | **$26,194.80** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 13.20 | $10,414.80 |
| | **Senior Counsel Total** | | | **13.20** | **$10,414.80** |
| | Associate | Carl Mazurek | 789.00 | 53.10 | $41,895.90 |
| | | Hena Vora | 789.00 | 2.40 | $1,893.60 |
| | | Joshua A. Esses | 789.00 | 130.00 | $102,570.00 |
| | | William D. Dalsen | 789.00 | 34.70 | $27,378.30 |
| | **Associate Total** | | | **220.20** | **$173,737.80** |
| **206 Total** | | | | **266.60** | **$210,347.40** |
| 207 | Partner | Brian S. Rosen | 789.00 | 0.20 | $157.80 |
| | | Jeffrey W. Levitan | 789.00 | 0.50 | $394.50 |
| | | Kevin J. Perra | 789.00 | 8.10 | $6,390.90 |
| | | Margaret A. Dale | 789.00 | 0.70 | $552.30 |
| | | Michael A. Firestein | 789.00 | 3.00 | $2,367.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Paul Possinger | 789.00 | 1.20 | $946.80 |
| | | Stephen L. Ratner | 789.00 | 0.80 | $631.20 |
| | | Timothy W. Mungovan | 789.00 | 3.40 | $2,682.60 |
| | **Partner Total** | | | **17.90** | **$14,123.10** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.30 | $236.70 |
| | **Senior Counsel Total** | | | **0.30** | **$236.70** |
| | **Associate** | Joshua A. Esses | 789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **207 Total** | | | | **18.30** | **$14,438.70** |
| **208** | **Partner** | Brian S. Rosen | 789.00 | 1.40 | $1,104.60 |
| | | Jeffrey W. Levitan | 789.00 | 5.30 | $4,181.70 |
| | **Partner Total** | | | **6.70** | **$5,286.30** |
| | **Associate** | Carl Mazurek | 789.00 | 12.10 | $9,546.90 |
| | **Associate Total** | | | **12.10** | **$9,546.90** |
| **208 Total** | | | | **18.80** | **$14,833.20** |
| **210** | **Partner** | Brian S. Rosen | 789.00 | 10.90 | $8,600.10 |
| | | Jeffrey W. Levitan | 789.00 | 40.60 | $32,033.40 |
| | | Kevin J. Perra | 789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | 789.00 | 130.40 | $102,885.60 |
| | | Michael A. Firestein | 789.00 | 1.20 | $946.80 |
| | | Paul M. Hamburger | 789.00 | 38.20 | $30,139.80 |
| | | Paul Possinger | 789.00 | 2.90 | $2,288.10 |
| | | Ralph C. Ferrara | 789.00 | 0.80 | $631.20 |
| | | Stephen L. Ratner | 789.00 | 0.50 | $394.50 |
| | | Steven O. Weise | 789.00 | 46.20 | $36,451.80 |
| | | Timothy W. Mungovan | 789.00 | 3.30 | $2,603.70 |
| | **Partner Total** | | | **275.40** | **$217,290.60** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 6.30 | $4,970.70 |
| | **Senior Counsel Total** | | | **6.30** | **$4,970.70** |
| | **Associate** | Alexandra V. Bargoot | 789.00 | 0.10 | $78.90 |
| | | Ariella Muller | 270.00 | 1.60 | $432.00 |
| | | Carl Mazurek | 789.00 | 103.20 | $81,424.80 |
| | | Hena Vora | 789.00 | 129.10 | $101,859.90 |
| | | Joshua A. Esses | 789.00 | 5.20 | $4,102.80 |
| | | Laura Stafford | 789.00 | 0.10 | $78.90 |
| | | Lucy Wolf | 789.00 | 0.30 | $236.70 |
| | | Michael R. Hackett | 789.00 | 8.60 | $6,785.40 |
| | | William D. Dalsen | 789.00 | 144.90 | $114,326.10 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Associate Total | | | 393.10 | $309,325.50 |
| 210 Total | | | | 674.80 | $531,586.80 |
| 211 | Partner | Margaret A. Dale | 789.00 | 1.00 | $789.00 |
| | Partner Total | | | 1.00 | $789.00 |
| | Associate | William D. Dalsen | 789.00 | 15.10 | $11,913.90 |
| | Associate Total | | | 15.10 | $11,913.90 |
| 211 Total | | | | 16.10 | $12,702.90 |
| 212 | Legal Assistant | Alexander J. Volpicello | 270.00 | 6.40 | $1,728.00 |
| | | Angelo Monforte | 270.00 | 10.60 | $2,862.00 |
| | | Charles H. King | 270.00 | 5.80 | $1,566.00 |
| | | Christopher M. Tarrant | 270.00 | 42.80 | $11,556.00 |
| | | Eamon Wizner | 270.00 | 38.60 | $10,422.00 |
| | | Eliot Johnson | 270.00 | 4.90 | $1,323.00 |
| | | Joseph P. Wolf | 270.00 | 6.00 | $1,620.00 |
| | | Julia L. Sutherland | 270.00 | 27.70 | $7,479.00 |
| | | Laura M. Geary | 270.00 | 2.50 | $675.00 |
| | | Lawrence T. Silvestro | 270.00 | 110.70 | $29,889.00 |
| | | Luke C. Dechiario | 270.00 | 3.90 | $1,053.00 |
| | | Margaret Lederer | 270.00 | 1.00 | $270.00 |
| | | Olaide M. Adejobi | 270.00 | 2.40 | $648.00 |
| | | Sara E. Cody | 270.00 | 1.30 | $351.00 |
| | | Scarlett A. Neuberger | 270.00 | 6.90 | $1,863.00 |
| | | Tal J. Singer | 270.00 | 7.90 | $2,133.00 |
| | | Tayler M. Sherman | 270.00 | 0.80 | $216.00 |
| | Legal Assistant Total | | | 280.20 | $75,654.00 |
| | Lit. Support | Laurie A. Henderson | 270.00 | 0.80 | $216.00 |
| | Lit. Support Total | | | 0.80 | $216.00 |
| | Prac. Support | Eric R. Chernus | 270.00 | 21.40 | $5,778.00 |
| | Prac. Support Total | | | 21.40 | $5,778.00 |
| 212 Total | | | | 302.40 | $81,648.00 |
| 215 | Partner | Steven O. Weise | 789.00 | 0.30 | $236.70 |
| | Partner Total | | | 0.30 | $236.70 |
| 215 Total | | | | 0.30 | $236.70 |
| 219 | Partner | Brian S. Rosen | 789.00 | 3.70 | $2,919.30 |
| | | Jeffrey W. Levitan | 789.00 | 114.10 | $90,024.90 |
| | | John E. Roberts | 789.00 | 71.50 | $56,413.50 |
| | | Jonathan E. Richman | 789.00 | 4.60 | $3,629.40 |
| | | Kevin J. Perra | 789.00 | 4.00 | $3,156.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Lary Alan Rappaport | 789.00 | 1.20 | $946.80 |
| | | Margaret A. Dale | 789.00 | 2.40 | $1,893.60 |
| | | Mark Harris | 789.00 | 5.30 | $4,181.70 |
| | | Martin J. Bienenstock | 789.00 | 51.00 | $40,239.00 |
| | | Michael A. Firestein | 789.00 | 1.20 | $946.80 |
| | | Paul M. Hamburger | 789.00 | 14.20 | $11,203.80 |
| | | Paul Possinger | 789.00 | 5.40 | $4,260.60 |
| | | Stephen L. Ratner | 789.00 | 1.30 | $1,025.70 |
| | | Steven O. Weise | 789.00 | 231.30 | $182,495.70 |
| | | Timothy W. Mungovan | 789.00 | 3.90 | $3,077.10 |
| | **Partner Total** | | | **515.10** | **$406,413.90** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 12.00 | $9,468.00 |
| | **Senior Counsel Total** | | | **12.00** | **$9,468.00** |
| | **Associate** | Carl Mazurek | 789.00 | 57.50 | $45,367.50 |
| | | Hena Vora | 789.00 | 23.70 | $18,699.30 |
| | | Joshua A. Esses | 789.00 | 110.20 | $86,947.80 |
| | | Lucas Kowalczyk | 789.00 | 27.30 | $21,539.70 |
| | | Matthew I. Rochman | 789.00 | 1.50 | $1,183.50 |
| | | Michael R. Hackett | 789.00 | 3.60 | $2,840.40 |
| | | William D. Dalsen | 789.00 | 56.10 | $44,262.90 |
| | **Associate Total** | | | **279.90** | **$220,841.10** |
| | **Legal Assistant** | Angelo Monforte | 270.00 | 8.40 | $2,268.00 |
| | | Lawrence T. Silvestro | 270.00 | 11.30 | $3,051.00 |
| | **Legal Assistant Total** | | | **19.70** | **$5,319.00** |
| **219 Total** | | | | **826.70** | **$642,042.00** |
| **Grand Total** | | | | **2,140.80** | **$1,521,090.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0046 ERS - Pension Challenge** | | | | | |
| 207 | Partner | Jonathan E. Richman | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **0.40** | **$315.60** |
| 210 | Partner | Jonathan E. Richman | 789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **1.00** | **$789.00** |
| **210 Total** | | | | **1.00** | **$789.00** |
| **Grand Total** | | | | **1.40** | **$1,104.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0068 ERS - Cooperativas de Ahoro y Creditor Vegabajena** | | | | | |
| 202 | Partner | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **202 Total** | | | | **0.30** | **$236.70** |
| 206 | Partner | Lary Alan Rappaport | 789.00 | 11.70 | $9,231.30 |
| | | Martin J. Bienenstock | 789.00 | 6.80 | $5,365.20 |
| | | Michael A. Firestein | 789.00 | 3.00 | $2,367.00 |
| | | Paul Possinger | 789.00 | 1.50 | $1,183.50 |
| | | Steven O. Weise | 789.00 | 8.30 | $6,548.70 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **31.60** | **$24,932.40** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 34.50 | $27,220.50 |
| | **Senior Counsel Total** | | | **34.50** | **$27,220.50** |
| **206 Total** | | | | **66.10** | **$52,152.90** |
| 207 | Partner | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **0.40** | **$315.60** |
| 210 | Partner | Lary Alan Rappaport | 789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | 789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **1.20** | **$946.80** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 0.10 | $78.90 |
| | **Senior Counsel Total** | | | **0.10** | **$78.90** |
| **210 Total** | | | | **1.30** | **$1,025.70** |
| 212 | Legal Assistant | Olga A. Golinder | 270.00 | 5.00 | $1,350.00 |
| | **Legal Assistant Total** | | | **5.00** | **$1,350.00** |
| **212 Total** | | | | **5.00** | **$1,350.00** |
| **Grand Total** | | | | **73.10** | **$55,080.90** |