IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

THE FINANCIAL OVERSIGHT AND MANAGAMENT BOARD OF PUERTO RICO

As representative of the Commonwealth of Puerto Rico

Case No. 17-BK-03283 (LTS)

TITLE III PROMESA

### REQUEST TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

COME NOW Movants, Xiomara Rivera-Cruz and Carlos Luis Merced-Centeno, by themselves and on behalf of their minor son A.O.M.R., through the undersigned attorneys, and respectfully state as follows:

Movants respectfully request from this Honorable Court to withdraw Motion for Relief from Stay (DE 9334) filed on November 26, 2019, from the docket of this case, in light of the Stipulation signed by the parties today.

WHEREFORE, Movants respectfully request that this Court take note of the above and withdraw the Motion for Relief from Stay filed in the instant case.

Respectfully submitted, in San Juan Puerto Rico, this 20th day of December 2019.

S/FERMÍN L. ARRAIZA-NAVAS
FERMÍN L. ARRAIZA-NAVAS
USDC-PR 215705

WILLIAM RAMIREZ-HERNANDEZ
American Civil Liberties Union
 of Puerto Rico
Union Plaza

S/ WILMA REVERON-COLLAZO
Wilma Reveron-Collazo for
ACLU of Puerto Rico
USDC-PR No. 204802
PO Box 9023317
San Juan, PR 00902-3317
Tel. 787-613-4038
Email: wilmarc@prtc.net

1

416 Ponce de León Avenue, Suite 1105
San Juan, PR 00918
Tel: 787-753-8493
Fax: 787-753-4268
E-mail: farraiza@aclu.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this same date, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys of record. Counsel certifies that a copy of the foregoing motion will be serve by email to: Jose A. Contreras, Esq., US Attorney, jose.a.contreras@usdoj.gov; Joel Torres-Ortiz, Esq., joeltorres@justicia.pr.gov; Rafael B. Fernandez Castaner, Esq., rfernandez@justicia.pr.gov; Jaime J. Zampierollo-Vila, Esq., jzampierollo.distrito@gmail.com.

*S/FERMÍN L. ARRAIZA NAVAS*
FERMÍN L. ARRAIZA NAVAS
USDC-PR 215705

2