UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**(Jointly Administered)**<br><br>Re: Dkt. Nos. 8004, 8177 |

**CERTIFICATE OF NO OBJECTION REGARDING CERTAIN SIXTH INTERIM FEE PERIOD APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

I, Eyck O. Lugo, counsel to the Fee Examiner in the above-captioned cases, hereby certify as follows:

1. On July 15, 2019, Paul Hastings LLP ("**Paul Hastings**") filed the *Sixth Interim Fee Application of Paul Hastings LLP, As Counsel to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses for Period From February 1, 2019 Through May 31, 2019* [Dkt. No. 8004] ("**Paul Hastings' Sixth Interim Fee Period Application**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. On July 22, 2019, The Brattle Group, Inc. ("**Brattle**") filed the *First Interim Application of The Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, for the Sixth Interim Fee Period From March 25, 2019 Through May 31, 2019* [Dkt. No. 8177] ("**Brattle's Sixth Interim Fee Period Application**").

3. Objections to either of the aforementioned Sixth Interim Fee Applications were to be filed and served no later than August 12, 2019 (the "**Objection Deadline**").

4. The undersigned certifies that he has reviewed the Court's docket in this case and that no applicable objection, responsive pleading, or request for a hearing with respect to either of the aforementioned applications appears on the docket, and he has received no communication of any kind from any interested party stating an objection to them.

**WHEREFORE,** the Fee Examiner respectfully requests that the Court enter the order filed as **Exhibit D** to the *Fee Examiner's Second Supplemental Report on Uncontested Sixth Interim Fee Applications Recommended for Court Approval* [Dkt. No. ____], which has been submitted to Chambers in MSWord format, at its earliest convenience.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing certification with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 20th day of December, 2019.

                EDGE Legal Strategies, PSC

                *s/Eyck O. Lugo*
                Eyck O. Lugo
                252 Ponce de León Avenue
                Citibank Tower, 12th Floor
                San Juan, PR 00918
                Telephone: (787) 522-2000
                Facsimile: (787) 522-2010

                *Puerto Rico Counsel for Fee Examiner*

                GODFREY & KAHN, S.C.
                One East Main Street, Suite 500
                Madison, WI 53703
                Telephone: (608) 257-3911
                Facsimile: (608) 257-0609

                Katherine Stadler (*Pro Hac Vice*)

                *Counsel for the Fee Examiner*

21626797.3