**EXHIBIT B**

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| 55H and 56H | Attn: Atty. Moraima S. Ríos-Robles<br>Arroyo & Rios Law Offices, P.S.C.<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, PR 00966 | 19-00359 |
| 7Y | Attn: German J. Brau-Ramirez<br>Bauzá Brau Hernández Irizarry & Silva<br>PO Box 13669<br>San Juan, PR 00908<br><br>Attn: Matthew D. McGill<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036 | 19-00356 |

1

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Altair Global Credit Opportunities Fund (A), LLC, Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00361 |
| Barclays Capital Inc./LE, Barclays Cap/Fixed and Barclays Cap/ London | Attn: Roberto C. Quiñones-Rivera, Esq.<br>McConnell Valdés LLC<br>270 Muñoz Rivera Avenue<br>Hato Rey, PR 00918 | 19-00356 |

2

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Iris Rodríguez | Counsel has withdrawn.<br>Pro se defendant's address is:<br>Iris Rodriguez<br>Astralis Condominium<br>Diaz-Wey St., Apt 514<br>Carolina, PR 00979 | 19-00361 |
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>P.O. Box 11750<br>Fernández Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00359 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Noria Osorio De Cordero | Attn: Jorge Cancio-Valdivia<br>PO Box 367753<br>San Juan, PR 00936-7753<br><br>Attn: Julio C. Cayere Quidgley<br>Urb. Horizons 109 Calle San Pablo<br>San Juan, PR 00926-5317 | 19-00357 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00357 |

5

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernández Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00356 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Sculptor Capital LP f/k/n OZ Management LP | Attn: Kurt Mayr, David Lawton, and Shannon Wolf<br>Morgan, Lewis & Bockius, LLP<br>One State Street<br>Hartford, CT 06103-3178<br><br>Attn: Roberto Abesada-Agüet; Sergio Criado; Rocío Del Mar Valentín Colón<br>Correa Acevedo & Abesada Law Offices, PSC<br>Centro Internacional de Mercadeo, Torre II # 90 Carr. 165, Suite 407<br>Guaynabo, PR 00968 | 19-00355 |

7