**EXHIBIT 2**

**r.miranda@rmirandalex.net**

| | |
|---|---|
| **From:** | R.Miranda <r.miranda@rmirandalex.net> |
| **Sent:** | Thursday, December 14, 2017 12:32 PM |
| **To:** | 'Hermann.Bauer@oneillborges.com'; 'ubaldo.fernandez@oneillborges.com'; 'dperez@omm.com'; 'andres@awllaw.com' |
| **Subject:** | 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP.  (KEF2010-0522) |
| **Attachments:** | Notice of Intent to Request the Relief from the Automatic Stay.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Hermann.Bauer@oneillborges.com' | Read: 12/14/2017 1:40 PM |
| | 'ubaldo.fernandez@oneillborges.com' | |
| | 'dperez@omm.com' | |
| | 'andres@awllaw.com' | |

Attached please find our Lift Stay Notice regarding the eminent domain case of reference, pending before the Court of First Instance of San Juan in case number KEF2010-0522.

Please confirm the receipt of this mail and its attachment.

Cordially,

ROSENDO E. MIRANDA LÓPEZ, ESQ.
PO BOX 192096
SAN JUAN PR 00919-2096
TEL: 787-724-3393 FAX: 787-723-6774
WEB: http://www.rmirandalex.net
R.Miranda@rmirandalex.net

Por favor considere antes de imprimir / Please consider before printing.

AVISO DE CONFIDENCIALIDAD: Esta comunicación y sus anejos contiene(n) información perteneciente al LCDO. ROSENDO E. MIRANDA LÓPEZ*, la cual es confidencial y/o legalmente privilegiada. Se entiende que la información es para el uso del individuo o entidad arriba mencionado(s). Si usted no es el recipiente indicado, se le notifica por la presente que cualquier descubrimiento, divulgación, copia o distribución de este mensaje y sus anejos, y el tomar cualquier acción basada en el contenido de esta información está estrictamente prohibido. Si usted ha recibido esta comunicación por error o no es el recipiente a quien se envió la comunicación, por favor bórrelo de su computadora y notifíquenos inmediatamente.
(*) - Admitido a la práctica en Puerto Rico, las Cortes de Distrito Federal y de Quiebras para Puerto Rico y la Corte de Apelaciones del Primer Circuito Federal.

CONFIDENTIALITY NOTE: This communication and its attachments contain(s) information belonging to ROSENDO E. MIRANDA LÓPEZ, ESQ.**, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error or are not the intended recipient, please delete it from your computer and notify us immediately.
(**)- Admitted to practice in Puerto Rico, US District and Bankruptcy Courts for Puerto Rico & US Court of Appeals for the First Circuit.

IRS Circular 230 Note: Pursuant to IRS circular 230, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under Internal Revenue Code or (ii) promotions, marketing, or recommending to another party any transaction or matter addressed herein.

AVIS DE CONFIDENTIALITÉ: Tout courriel que vous recevez de ME. ROSENDO E. MIRANDA LÓPEZ***, y compris ses pièces jointes, peut contenir de l'information de nature confidentielle et privilégiée dirigée exclusivement au destinataire auquel la transmission est destinée et l'expéditeur ne renonce d'aucune manière à ses droits et privilège à cet égard. Toute utilisation ou divulgation de cette information par une personne autre que son destinataire véritable est non autorisée et illégale. Si vous avez reçu un courriel par erreur, nous vous prions de supprimer immédiatement le message dans son intégralité, y compris toutes pièces jointes, et d'en aviser l'expéditeur par retour courriel.

(***) -Admise à exercer à Porto Rico, les Tribunaux du District fédéral et Tribunaux de Faillite pour Porto Rico et la Cour D'Appel du Premier Circuit Fédéral des États-Unis .