**EXHIBIT 3**

## r.miranda@rmirandalex.net

| | |
|---|---|
| **From:** | R.Miranda <r.miranda@rmirandalex.net> |
| **Sent:** | Monday, June 11, 2018 7:03 PM |
| **To:** | 'Carolina Velaz Rivero'; 'dperez@omm.com' |
| **Cc:** | 'Luis Marini' |
| **Subject:** | RE: Registered: RE: 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP.  (KEF2010-0522) (Sent Registered) |

Counsel:

Please proceed.

Thanks,

ROSENDO E. MIRANDA LÓPEZ, ESQ.
PO BOX 190096
SAN JUAN PR 00919-0006
TEL: 787-724-3393 FAX: 787-723-6774
WEB: http://www.rmirandalex.net
RMiranda@rmirandalex.net

Por favor considere antes de imprimir / Please consider before printing.

AVISO DE CONFIDENCIALIDAD: Esta comunicación y sus anejos contiene(n) información perteneciente al LCDO. ROSENDO E. MIRANDA LÓPEZ*, la cual es confidencial y/o legalmente privilegiada. Se entiende que la información es para el uso del individuo o entidad arriba mencionado(s). Si usted no es el recipiente indicado, se le notifica por la presente que cualquier descubrimiento, divulgación, copia o distribución de este mensaje y sus anejos, y el tomar cualquier acción basada en el contenido de esta información está estrictamente prohibido. Si usted ha recibido esta comunicación por error o no es el recipiente a quien se envió la comunicación, por favor bórrelo de su computadora y notifíquenos inmediatamente.
(*) - Admitido a la práctica en Puerto Rico, las Cortes de Distrito Federal y de Quiebras para Puerto Rico y la Corte de Apelaciones del Primer Circuito Federal.

CONFIDENTIALITY NOTE: This communication and its attachments contain(s) information belonging to ROSENDO E. MIRANDA LÓPEZ, ESQ.**, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error or are not the intended recipient, please delete it from your computer and notify us immediately.
(**)- Admitted to practice in Puerto Rico, US District and Bankruptcy Courts for Puerto Rico & US Court of Appeals for the First Circuit.

IRS Circular 230 Note: Pursuant to IRS circular 230, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under Internal Revenue Code or (ii) promotions, marketing, or recommending to another party any transaction or matter addressed herein.

AVIS DE CONFIDENTIALITÉ: Tout couriel que vous recevez de ME. ROSENDO E. MIRANDA LÓPEZ***, y compris ses pièces jointes, peut contenir de l'information de nature confidentielle et privilégiée dirigée exclusivement au destinataire

auquel la transmission est destinée et l'expéditeur ne renonce d'aucune manière à ses droits et privilège à cet égard. Toute utilisation ou divulgation de cette information par une personne autre que son destinataire véritable est non autorisée et illégale. Si vous avez reçu un courriel par erreur, nous vous prions de supprimer immédiatement le message dans son intégralité, y compris toutes pièces jointes, et d'en aviser l'expéditeur par retour courriel.

(***) -Admise à exercer à Porto Rico, les Tribunaux du District fédéral et Tribunaux de Faillite pour Porto Rico et la Cour D'Appel du Premier Circuit Fédéral des États-Unis .


-----Original Message-----
From: Carolina Velaz Rivero [mailto:cvelaz@mpmlawpr.com]
Sent: June 11, 2018 3:08 PM
To: r.miranda@rmirandalex.net; dperez@omm.com
Cc: Luis Marini
Subject: RE: Registered: RE: 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP. (KEF2010-0522) (Sent Registered)

Counsel Miranda,

After having the opportunity to review the lift of stay notice and the background information pertaining to this case, HTA has determined, in coordination with AAFAF legal representatives, to modify the stay as follows:

The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the State Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement the Deposit.

If movant is in agreement with this modification, as expressed above, please inform forthwith so that we can draft the corresponding stipulation. Please note, that any agreement is subject to review of the Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

Let us know if you have any questions.

Regards,

CAROLINA VELAZ RIVERO

| M | P | M |  MARINI PIETRANTONI MUÑIZ LLC

Office 787.705.2171 | Direct 787.705.2175 | Fax 787.936.7494 Email cvelaz@mpmlawpr.com | Web mpmlawpr.com
MCS Plaza, 255 Ponce de León Ave., Suite 500, San Juan PR 00917

This message and any attachments may contain information that is confidential, proprietary or protected by privilege from disclosure. If you are not an intended recipient, please notify the sender and delete the message and any attachments without reading, printing, copying, forwarding or saving them. Thank you.

-----Original Message-----
From: Carolina Velaz Rivero
Sent: Friday, June 1, 2018 12:52 PM
To: r.miranda@rmirandalex.net; dperez@omm.com

2

Cc: Luis Marini <lmarini@mpmlawpr.com>
Subject: RE: Registered: RE: 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP. (KEF2010-0522) (Sent Registered)

Counsel Miranda,

My colleague Luis Marini and I are the local counsels for AAFAF and through coordination with HTA, we are assisting in all the procedures regarding the lift of stay notices. We have reviewed your lift of stay notice with HTA but are confirming some information to provide a response which may resolve the lift of stay notice. We will reach out to you again early next week with HTA's position. If you have any questions, feel free to call us.

Regards,

CAROLINA VELAZ RIVERO

| M | P | M |  MARINI PIETRANTONI MUÑIZ LLC

Office 787.705.2171 | Direct 787.705.2175 | Fax 787.936.7494 Email cvelaz@mpmlawpr.com | Web mpmlawpr.com
MCS Plaza, 255 Ponce de León Ave., Suite 500, San Juan PR 00917

This message and any attachments may contain information that is confidential, proprietary or protected by privilege from disclosure. If you are not an intended recipient, please notify the sender and delete the message and any attachments without reading, printing, copying, forwarding or saving them. Thank you.

-----Original Message-----
From: Hermann Bauer <Hermann.Bauer@oneillborges.com>
Sent: Friday, June 1, 2018 12:43 PM
To: r.miranda@rmirandalex.net; Ubaldo M. Fernández Barrera <ubaldo.fernandez@oneillborges.com>; dperez@omm.com; andres@awllaw.com
Cc: Carolina Velaz Rivero <cvelaz@mpmlawpr.com>; Luis Marini <lmarini@mpmlawpr.com>
Subject: RE: Registered: RE: 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP. (KEF2010-0522) (Sent Registered)

Please address your queries to Luis Marini and Carolina Velaz, copied here.  Best, H



Hermann Bauer



O'Neill & Borges llc
250 Ave. Muñoz Rivera, Ste. 800
San Juan, P.R. 00918-1813

D. 787-282-5723
T. 787-764-8181| F. 787-753-8944
www.oneillborges.com<http://www.oneillborges.com>

[cid:imageb96745.PNG@e05371cd.4a91eb13]

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. Unintended recipient(s) must immediately

delete the e-mail and attachment(s), and notify the sender.     IRS Circular 230 Disclosures: To ensure compliance with requirements imposed

by the IRS, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not

intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promotions,

marketing, or recommending to another party any transaction or matter addressed herein.

Please consider the environment before printing this email.

_____
From: r.miranda@rmirandalex.net [r.miranda@rmirandalex.net]
Sent: Friday, June 01, 2018 11:36 AM
To: Hermann Bauer; Ubaldo M. Fernández Barrera; dperez@omm.com; andres@awllaw.com
Subject: Registered: RE: 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP. (KEF2010-0522) (Sent Registered)

[***RPost Registered Email***]

This is a Registered Email™ message from R.Miranda.

_____
Dear  counsels:

Last time I received a communication from your office, an attorney stated in an e-mail that she will be coordinating the meet and confer.

Weeks has passed with no answer.

You have until Monday to coordinate the meet and confer or I will have to request the Court's intervention.

Cordially,

ROSENDO E. MIRANDA LÓPEZ, ESQ.
PO BOX 190096
SAN JUAN PR 00919-0006
TEL: 787-724-3393 FAX: 787-723-6774
WEB: http://www.rmirandalex.net<http://www.rmirandalex.net/>
RMiranda@rmirandalex.net<mailto:RMiranda@rmirandalex.net>

Por favor considere antes de imprimir / Please consider before printing.

AVISO DE CONFIDENCIALIDAD: Esta comunicación y sus anejos contiene(n) información perteneciente al LCDO.
ROSENDO E. MIRANDA LÓPEZ*, la cual es confidencial y/o legalmente privilegiada. Se entiende que la información es

para el uso del individuo o entidad arriba mencionado(s). Si usted no es el recipiente indicado, se le notifica por la presente que cualquier descubrimiento, divulgación, copia o distribución de este mensaje y sus anejos, y el tomar cualquier acción basada en el contenido de esta información está estrictamente prohibido. Si usted ha recibido esta comunicación por error o no es el recipiente a quien se envió la comunicación, por favor bórrelo de su computadora y notifíquenos inmediatamente.
(*) - Admitido a la práctica en Puerto Rico, las Cortes de Distrito Federal y de Quiebras para Puerto Rico y la Corte de Apelaciones del Primer Circuito Federal.

CONFIDENTIALITY NOTE: This communication and its attachments contain(s) information belonging to ROSENDO E. MIRANDA LÓPEZ, ESQ.**, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error or are not the intended recipient, please delete it from your computer and notify us immediately.
(**)- Admitted to practice in Puerto Rico, US District and Bankruptcy Courts for Puerto Rico & US Court of Appeals for the First Circuit.

IRS Circular 230 Note: Pursuant to IRS circular 230, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under Internal Revenue Code or (ii) promotions, marketing, or recommending to another party any transaction or matter addressed herein.

AVIS DE CONFIDENTIALITÉ: Tout couriel que vous recevez de ME. ROSENDO E. MIRANDA LÓPEZ***, y compris ses pièces jointes, peut contenir de l'information de nature confidentielle et privilégiée dirigée exclusivement au destinataire auquel la transmission est destinée et l'expéditeur ne renonce d'aucune manière à ses droits et privilège à cet égard. Toute utilisation ou divulgation de cette information par une personne autre que son destinataire véritable est non autorisée et illégale. Si vous avez reçu un couriel par erreur, nous vous prions de supprimer immédiatement le message dans son intégralité, y compris toutes pièces jointes, et d'en aviser l'expéditeur par retour couriel.

(***) -Admise à exercer à Porto Rico, les Tribunaux du District fédéral et Tribunaux de Faillite pour Porto Rico et la Cour D'Appel du Premier Circuit Fédéral des États-Unis .

From: R.Miranda [mailto:r.miranda@rmirandalex.net]
Sent: April 26, 2018 5:44 PM
To: 'Hermann.Bauer@oneillborges.com'; 'ubaldo.fernandez@oneillborges.com'; 'ubaldo.fernandez@oneillborges.com'; 'dperez@omm.com'; 'andres@awllaw.com'
Subject: FW: 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP. (KEF2010-0522) (Sent Registered)

Dear brother counsels:

This week I left another message to attorney Hermann Bauer's voice mail requesting to meet and confer in person or through telephone communication, in an attempt to resolve FDR1500, Corp.'s request for relief from automatic stay in the Promesa bankruptcy case, as stated in my letter of December 14, 2017 .

I have not received any return call from Mr. Bauer's office or any other at your law firm.

If by tomorrow I don't have a communication from your office I will be obliged to inform the Court my attempts to comply with the standing order and your absolute lack of communication.

You may also reach me at 787-590-3092.

Cordially,

ROSENDO E. MIRANDA LÓPEZ, ESQ.
PO BOX 190096
SAN JUAN PR 00919-0006
TEL: 787-724-3393 FAX: 787-723-6774
WEB: http://www.rmirandalex.net<http://www.rmirandalex.net/>
RMiranda@rmirandalex.net<mailto:RMiranda@rmirandalex.net>

Por favor considere antes de imprimir / Please consider before printing.

AVISO DE CONFIDENCIALIDAD: Esta comunicación y sus anejos contiene(n) información perteneciente al LCDO. ROSENDO E. MIRANDA LÓPEZ*, la cual es confidencial y/o legalmente privilegiada. Se entiende que la información es para el uso del individuo o entidad arriba mencionado(s). Si usted no es el recipiente indicado, se le notifica por la presente que cualquier descubrimiento, divulgación, copia o distribución de este mensaje y sus anejos, y el tomar cualquier acción basada en el contenido de esta información está estrictamente prohibido. Si usted ha recibido esta comunicación por error o no es el recipiente a quien se envió la comunicación, por favor bórrelo de su computadora y notifíquenos inmediatamente.
(*) - Admitido a la práctica en Puerto Rico, las Cortes de Distrito Federal y de Quiebras para Puerto Rico y la Corte de Apelaciones del Primer Circuito Federal.

CONFIDENTIALITY NOTE: This communication and its attachments contain(s) information belonging to ROSENDO E. MIRANDA LÓPEZ, ESQ.**, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error or are not the intended recipient, please delete it from your computer and notify us immediately.
(**)- Admitted to practice in Puerto Rico, US District and Bankruptcy Courts for Puerto Rico & US Court of Appeals for the First Circuit.

IRS Circular 230 Note: Pursuant to IRS circular 230, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under Internal Revenue Code or (ii) promotions, marketing, or recommending to another party any transaction or matter addressed herein.

AVIS DE CONFIDENTIALITÉ: Tout couriel que vous recevez de ME. ROSENDO E. MIRANDA LÓPEZ***, y compris ses pièces jointes, peut contenir de l'information de nature confidentielle et privilégiée dirigée exclusivement au destinataire auquel la transmission est destinée et l'expéditeur ne renonce d'aucune manière à ses droits et privilège à cet égard. Toute utilisation ou divulgation de cette information par une personne autre que son destinataire véritable est non autorisée et illégale. Si vous avez reçu un couriel par erreur, nous vous prions de supprimer immédiatement le message dans son intégralité, y compris toutes pièces jointes, et d'en aviser l'expéditeur par retour couriel.

(***) -Admise à exercer à Porto Rico, les Tribunaux du District fédéral et Tribunaux de Faillite pour Porto Rico et la Cour D'Appel du Premier Circuit Fédéral des États-Unis .

From: R.Miranda [mailto:r.miranda@rmirandalex.net]
Sent: December 14, 2017 12:32 PM
To: 'Hermann.Bauer@oneillborges.com'; 'ubaldo.fernandez@oneillborges.com'; 'dperez@omm.com'; 'andres@awllaw.com'
Subject: 17 BK 3283-LTS - LIFT STAY NOTICE - HTA v. FDR 1500, CORP. (KEF2010-0522)

Attached please find our Lift Stay Notice regarding the eminent domain case of reference, pending before the Court of First Instance of San Juan in case number KEF2010-0522.

Please confirm the receipt of this mail and its attachment.

Cordially,

ROSENDO E. MIRANDA LÓPEZ, ESQ.
PO BOX 192096
SAN JUAN PR 00919-2096
TEL: 787-724-3393 FAX: 787-723-6774
WEB: http://www.rmirandalex.net<http://www.rmirandalex.net/>
R.Miranda@rmirandalex.net<mailto:R.Miranda@rmirandalex.net>

Por favor considere antes de imprimir / Please consider before printing.

AVISO DE CONFIDENCIALIDAD: Esta comunicación y sus anejos contiene(n) información perteneciente al LCDO. ROSENDO E. MIRANDA LÓPEZ*, la cual es confidencial y/o legalmente privilegiada. Se entiende que la información es para el uso del individuo o entidad arriba mencionado(s). Si usted no es el recipiente indicado, se le notifica por la presente que cualquier descubrimiento, divulgación, copia o distribución de este mensaje y sus anejos, y el tomar cualquier acción basada en el contenido de esta información está estrictamente prohibido. Si usted ha recibido esta comunicación por error o no es el recipiente a quien se envió la comunicación, por favor bórrelo de su computadora y notifíquenos inmediatamente.
(*) - Admitido a la práctica en Puerto Rico, las Cortes de Distrito Federal y de Quiebras para Puerto Rico y la Corte de Apelaciones del Primer Circuito Federal.

CONFIDENTIALITY NOTE: This communication and its attachments contain(s) information belonging to ROSENDO E. MIRANDA LÓPEZ, ESQ.**, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error or are not the intended recipient, please delete it from your computer and notify us immediately.
(**)- Admitted to practice in Puerto Rico, US District and Bankruptcy Courts for Puerto Rico & US Court of Appeals for the First Circuit.

IRS Circular 230 Note: Pursuant to IRS circular 230, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under Internal Revenue Code or (ii) promotions, marketing, or recommending to another party any transaction or matter addressed herein.

AVIS DE CONFIDENTIALITÉ: Tout couriel que vous recevez de ME. ROSENDO E. MIRANDA LÓPEZ***, y compris ses pièces jointes, peut contenir de l'information de nature confidentielle et privilégiée dirigée exclusivement au destinataire auquel la transmission est destinée et l'expéditeur ne renonce d'aucune manière à ses droits et privilège à cet égard. Toute utilisation ou divulgation de cette information par une personne autre que son destinataire véritable est non autorisée et illégale. Si vous avez reçu un couriel par erreur, nous vous prions de supprimer immédiatement le message dans son intégralité, y compris toutes pièces jointes, et d'en aviser l'expéditeur par retour couriel.

(***) -Admise à exercer à Porto Rico, les Tribunaux du District fédéral et Tribunaux de Faillite pour Porto Rico et la Cour D'Appel du Premier Circuit Fédéral des États-Unis .

_____

[https://open.r1.rpost.net/open/images/ocaiJ7aVBvmEPzycYiEsd9ukk2O6jUSMhM0GEIyq.gif]