# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtors.

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3566-LTS

(Jointly Administered)

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**URGENT JOINT MOTION TO VACATE ADMINISTRATIVE EXPENSE
SCHEDULING ORDER AND MODIFY ORDER REGARDING STAY AND
MANDATORY MEDIATION WITH RESPECT TO CERTAIN ISSUES RAISED IN
CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED
TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Court Just Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Creditors' Committee"),[2] the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee" and, together with the Creditors' Committee, the "Committees"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico (the "SCC"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with the FOMB and the SCC, the "Government Parties"), certain groups of ERS bondholders represented by Jones Day and White & Case LLP (the "ERS Bondholder Groups"), and The Bank of New York Mellon, as Fiscal Agent for the ERS bonds (the "Fiscal Agent" and, together with the ERS Bondholder Groups, the Committees, and the Government Parties, the "Parties") hereby file this *Urgent Joint Motion to Vacate Administrative Expense Scheduling Order and Modify Order Regarding Stay and Mandatory Mediation with Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "Motion").  In support of this Motion, the Parties respectfully state as follows:

---

[2] The Creditors' Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

## BACKGROUND

1.      The active ERS litigation parties have made strides towards streamlining and simplifying ERS-related contested matters and adversary proceedings.  To that end, on October 7, 2019, the Court entered an agreed order approving the procedures for objections to claims by holders of bonds issued by ERS [ECF No. 8818] (the "ERS Procedures Order").  Additionally, on October 24, 2019, the Court entered an agreed scheduling order to address matters pending before the Court that relate to the validity of ERS bonds and the scope of liens by the ERS bondholders [ECF No. 8962] (the "ERS Scheduling Order").

2.      Among other things, the ERS Procedures Order set November 21, 2019 as the deadline for the assertion of any post-petition claim (including a request for an administrative expense) against ERS on account of or related to the bonds.  [ECF No. 8818, Ex. 2, ¶ 7.]

3.      On November 21, 2019, (i) certain ERS bondholders filed the *ERS Bondholders' Motion and Request for Allowance and Payment of Post-Petition and Administrative Expense Claims* [ECF No. 9285 in Case No. 17-3283 and ECF No. 707 in Case No. 17-3566], (ii) certain ERS bondholders filed the *ERS Bondholders' Motion and Request for Allowance and Payment of Post-Petition and Administrative Expense Claims* [ECF No. 9294 in Case No. 17-3283 and ECF No. 710 in Case No. 17-3566] (collectively, the "Bondholder Administrative Expense Motions"), (iii) the Fiscal Agent, filed a *Joinder in ERS Bondholders' Motion for Allowance of Administrative Expense Claim* [ECF No. 9298 in Case No. 17-3283 and ECF No. 712 in Case No. 17-3566] (the "BNYM Joinder"), and (iv) the Fiscal Agent, filed a *Motion for Allowance of Administrative Expense Claims* [ECF No. 9299 in Case No. 17-3283 and ECF No. 713 in Case No. 17-3566] (the "Fiscal Agent Administrative Expense Motion" and, together with the

Bondholder Administrative Expense Motions and the BNYM Joinder, the "Administrative Expense Claims Motions").

4.      On November 25, 2019, the Court entered an Order Scheduling Briefing on Motions of ERS Bondholders and Fiscal Agent for Allowance and Payment of Post-Petition Administrative Expense Claims [ECF No. 9322 in Case No. 17-3283 and ECF No. 721 in Case No. 17-03566] (the "Administrative Expense Scheduling Order").  According to that Order, opposition to the Bondholder Administrative Expense Motions and the Fiscal Agent Expense Motion must be filed by January 21, 2020 and the motions are to set be heard at the Omnibus Hearing scheduled for January 29, 2020.

## RELIEF REQUESTED

5.      The Parties jointly request that the Court (i) vacate the Administrative Expense Scheduling Order and (ii) modify the ERS Scheduling Order to stay the Administrative Expense Claims Motions consistent with paragraphs 4-5 of the ERS Scheduling Order, and subject any further scheduling of the Administrative Expense Claims Motions to the meet and confer process set forth in paragraph 6 of the ERS Scheduling Order.

6.      Substantial overlap exists between the Bondholder Administrative Expense Claims Motions, the BNYM Joinder, and the portions of the Retiree Committee's and FOMB's claim objections that are stayed as reflected in paragraphs 4 and 5 of the ERS Scheduling Order. Paragraphs 4 and 5 of the ERS Scheduling Order stay Parts I, II, and VI ¶¶ 98-109 of the Retiree Committee's Objection[3] and Parts I.A.ii, I.B, II, and III of the FOMB Objection[4] (the issues

---

[3] The "Retiree Committee's Objection" means *Omnibus Objection of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of ERS Bonds Against ERS and The Commonwealth* [ECF No. 6482].

raised therein, the "Stayed Issues") until the United States Court of Appeals for the First Circuit

enters a decision in Case Nos. 19-1699 and 19-1700 (consolidated for briefing and argument).

The allegations contained in the Bondholder Administrative Expense Motions and BNYM

Joinder by reference[5] address many of the same issues.  For example, such allegations take

positions with respect to lien existence and survival (*see* Bondholder Administrative Expense

Motions ¶ 36), contracts clause issues (*see id.* ¶ 38), takings clause issues (*see id.* ¶ 37), unjust

enrichment issues (*see id.* ¶¶ 39, 34), and PROMESA section 407 issues (*see id.* ¶ 40).  The

following chart illustrates this substantial overlap of issues:

| Stayed Issue | Allegation In Bondholder Administrative Expense Motions |
| --- | --- |
| No Lien Existence Nor Survival (*see* Retiree Committee's Objection Part VI ¶¶ 98-109; FOMB Objection Parts I.A.ii., I.B.) | "The Post-Petition Legislation transfers the Pledged Property from ERS to the Commonwealth. As decided by the First Circuit, these secured, perfected liens remain on the Pledged Property acquired by the Commonwealth and therefore Movants hold secured claims against the Commonwealth with respect to any Pledged Property in the Commonwealth's possession." (Bondholder Administrative Expense Motions ¶ 36). |
| No Contracts Clause Violations (*see* FOMB Objection Part II.A.; Retiree Committee's Objection Part I ¶¶ 53-58) | "The Commonwealth's Violation of the United States and Puerto Rico Contracts Clauses." (Bondholder Administrative Expense Motions ¶ 38). |
| No Takings Clause Violations (*see* FOMB Objection Part II.B.; Retiree Committee's Objection Part I ¶¶ 47-52) | "The Commonwealth's Taking of the ERS Bondholders' Property Without Just Compensation." (Bondholder Administrative |

[4] The "FOMB Objection" means *Objection of Financial Oversight and Management Board, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against the Commonwealth by The Bank of New York Mellon, as Fiscal Agent (Claim No. 16775)* [ECF No. 7075].

[5] The BNYM Joinder asserts that it "incorporates by reference the factual and legal arguments made by the movants [of the Bondholder Administrative Expense Motions] as if fully set forth herein." BNYM Joinder ¶ 12.

| Stayed Issue | Allegation In Bondholder Administrative Expense Motions |
|---|---|
|  | Expense Motions ¶ 37) |
| No Unjust Enrichment of Commonwealth (*see* FOMB Objection Part III.A.; Retiree Committee's Objection Part I ¶¶ 59-62) | "Unjust Enrichment of the Commonwealth." (Bondholder Administrative Expense Motions ¶ 39); "Unjust Enrichment of ERS." (*Id.* ¶ 34) |
| No Violation of PROMESA Section 407 (*see* FOMB Objection Part III.B.; Retiree Committee's Objection Part I ¶¶ 59-62) | "The Commonwealth's Violation of Section 407 of PROMESA." (Bondholder Administrative Expense Motions ¶ 40). |

7.      Aside from this overlap of issues, the Fiscal Agent Administrative Expense Motion is a mere reservation of rights and not intended to be scheduled for hearing at this time. This motion is intended to preserve the Fiscal Agent's "right to assert, at the appropriate time and only if necessary" an administrative expense for its fees and expenses.  Fiscal Agent Administrative Expense Motion ¶ 3.  The Fiscal Agent did not set an objection deadline or notice its motion for a hearing but merely reserves its right to do so "if and when it becomes appropriate." *Id.* ¶ 4.

8.      The ERS Scheduling Order provides that the parties "shall meet and confer to discuss the schedule for discovery and briefing" of the Stayed Issues upon entry of the First Circuit's decision in Case Nos. 19-1699 and 19-1700.  ERS Scheduling Order, ¶ 6.  To avoid premature or duplicative adjudication of overlapping issues and to preserve judicial resources and efficient administration of these Title III cases, the Administrative Expense Claims Motions should be rescheduled in a manner to be determined by the parties under the meet and confer process consistent with paragraph 6 of the ERS Scheduling Order.

9.      Accordingly, the Parties respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit A (i) vacating the Administrative Expense Scheduling Order and (ii) modifying the ERS Scheduling Order to stay the Administrative

6

Expense Claims Motions consistent with paragraphs 4-5 of the ERS Scheduling Order, and subject any further scheduling of the Administrative Expense Claims Motions to the meet and confer process set forth in paragraph 6 of the ERS Scheduling Order.

**<u>NO PRIOR REQUEST</u>**

10.     No prior request for the relief sought by this Urgent Motion has been made to this or any other court.

Dated:  December 30, 2019                    Respectfully submitted,

                                             */s/ Luc A. Despins*

                                             **PAUL HASTINGS LLP**
                                             Luc A. Despins *(Pro Hac Vice)*
                                             James R. Bliss, Esq. *(Pro Hac Vice)*
                                             James B. Worthington, Esq. *(Pro Hac Vice)*
                                             G. Alexander Bongartz *(Pro Hac Vice)*
                                             200 Park Avenue
                                             New York, New York 10166
                                             Telephone: (212) 318-6000
                                             lucdespins@paulhastings.com
                                             jamesbliss@paulhastings.com
                                             jamesworthington@paulhastings.com
                                             alexbongartz@paulhastings.com

                                             *Counsel to the Official Committee of Unsecured
                                             Creditors*

                                             */s/ Juan J. Casillas Ayala*

                                             **CASILLAS, SANTIAGO & TORRES LLC**
                                             Juan J. Casillas Ayala, Esq. (USDC – PR 218312)
                                             Israel Fernández Rodrígues, Esq. (USDC – PR
                                             22504)
                                             Juan C. Nieves González, Esq. (USDC – PR
                                             231707)
                                             Cristina B. Fernández Niggemann, Esq. (USDC –
                                             PR 306008)
                                             PO Box 195075
                                             San Juan, Puerto Rico 00919-5075
                                             Telephone: (797) 523-3434
                                             Fax: (797) 523-3433
                                             jcasillas@cstlawpr.com
                                             ifernandez@cstlawpr.com
                                             jnieves@cstlawpr.com
                                             cfernandez@ctslawpr.com

                                             *Local Counsel to the Official Committee of
                                             Unsecured Creditors*

/s/ *Margaret A. Dale*
Martin J. Bienenstock
Brian S. Rosen
Jeffrey W. Levitan
Margaret A. Dale
(*Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico as
representative for the Debtors*

/s/ *Luis F. De Valle-Emmanuelli*

Luis F. De Valle-Emmanuelli
P.O. Box 79897
Carolina, PR 00984-9897
Tel: (787) 977-1932
Fax: (787) 722-1932
dvelawoffices@gmail.com

OF COUNSEL FOR A&S LEGAL STUDIO, PSC
434 Avenida Hostos, San Juan, PR
Tel: (787) 751-6764 / 763-0565
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico as
representative of the Employees Retirement System
of the Government of the Commonwealth of Puerto
Rico*

*/s/ Edward S. Weisfelner*

**BROWN RUDNICK LLP**
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@prownrudnick.com

*Counsel to the Special Claims Committee*

*/s/ Alberto Estrella*

**ESTRELLA, LLC**
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

*/s/ Peter Friedman*      

**O'MELVENY & MYERS LLP**
John J. Rapisardi (pro hac vice)
Suzzanne Uhland (pro hac vice)
Peter Friedman (pro hac vice)
7 Times Square
New York, NY 10036

*Counsel for the Puerto Rico Fiscal Agency and
Financial Advisory Authority*

*/s/ Luis C. Marini-Biaggi*      

**MARINI PIETRANTONI MUNIZ LLC**
Luis C. Marini-Biaggi
USDC No. 222301
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Counsel for the Puerto Rico Fiscal Agency and
Financial Advisory Authority*

*/s/ Catherine Steege*      

**JENNER & BLOCK LLP**
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

312-239-5199 (facsimile)

*/s/ A.J. Bennazar-Zequeira*

**BENNAZAR, GARCÍA & MILIÁN, C.S.P**
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of Retired
Employees of Puerto Rico*

*/s/ Alfredo Fernández-Martínez*

Alfredo Fernández-Martínez
**DELGADO & FERNÁNDEZ, LLC**
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel: (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

*/s/ Bruce Bennett*
Bruce Bennett (pro hac vice)
**JONES DAY**
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Tel: (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (pro hac vice)
**JONES DAY**
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (pro hac vice)
Beth Heifetz (pro hac vice)
Sparkle L. Sooknanan (pro hac vice)
**JONES DAY**
51 Louisiana Ave. N.W. Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

*Counsel for ERS Bondholders Andalusian Global
Designated Activity Company, Crown Managed
Accounts for and on behalf of Crown/PW SP,
Glendon Opportunities Fund, L.P., LMA SPC for
and on behalf of Map 98 Segregated Portfolio,
Mason Capital Master Fund, LP, Oaktree-Forrest*

13

*Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd, PWCM Master Fund Ltd., Redwood Master Fund, Ltd., and SV Credit, L.P.*

*/s/ José C. Sánchez-Castro*

José C. Sánchez-Castro USDC-PR 213312
jsanchez@sanpir.com
Alicia I. Lavergne-Ramírez USDC-PR 215112
alavergne@sanpir.com
**SÁNCHEZ PIRILLO LLC**
270 Muñoz Rivera Avenue, Suite 1110, San Juan,
PR 00918
Tel: (787) 522-6776
Fax: (787) 522-6777

*/s/ John K. Cunningham*

John K. Cunningham (pro hac vice)
Glenn M. Kurtz (pro hac vice)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113
jcunningham@whitecase.com
gkurtz@whitecase.com

Jason N. Zakia (pro hac vice)
Cheryl T. Sloane (pro hac vice)
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel: (305) 371-2700
Fax: (305) 358-5744
jzakia@whitecase.com
csloane@whitecase.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund,
Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc.,
Puerto Rico AAA Portfolio Target Maturity Fund,
Inc., Puerto Rico Fixed Income Fund, Inc., Puerto
Rico Fixed Income Fund II, Inc., Puerto Rico Fixed
Income Fund III, Inc., Puerto Rico Fixed Income
Fund IV, Inc., Puerto Rico Fixed Income Fund V,
Inc., Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc., Puerto Rico Investors
Bond Fund I, Puerto Rico Investors Tax-Free Fund,
Inc., Puerto Rico Investors Tax-Free Fund, Inc. II,
Puerto Rico Investors Tax-Free Fund III, Inc.,*

*Puerto Rico Investors Tax-Free Fund IV, Inc.,*
*Puerto Rico Investors Tax-Free Fund V, Inc.,*
*Puerto Rico Investors Tax-Free Fund VI, Inc.,*
*Puerto Rico Mortgage-Backed & U.S. Government*
*Securities Fund, Inc., Tax-Free Puerto Rico Fund,*
*Inc., Tax- Free Puerto Rico Fund II, Inc., and Tax-*
*Free Puerto Rico Target Maturity Fund, Inc.*

**SEPULVADO, MALDONADO & COURET**

*/s/ Albéniz Couret-Fuentes*

Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

**REED SMITH LLP**

*/s/ C. Neil Gray*

Eric A. Schaffer (pro hac vice)
Luke A. Sizemore (pro hac vice)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

C. Neil Gray (pro hac vice)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: cgray@reedsmith.com

*Counsel to The Bank of New York Mellon, as fiscal
agent*

**<u>EXHIBIT A</u>**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[6]

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 3566-LTS

(Jointly Administered)

---

[6] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER GRANTING URGENT JOINT MOTION TO MODIFY ORDER
REGARDING STAY AND MANDATORY MEDIATION WITH RESPECT TO
MOTIONS OF ERS BONDHOLDERS AND FISCAL AGENT FOR ALLOWANCE AND
PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS**

Upon consideration of the Urgent Joint Motion to Modify Order Regarding Stay and
Mandatory Mediation with Respect to Motions of ERS Bondholders and Fiscal Agent for
Allowance and Payment of Post-Petition Administrative Expense Claims (the "Motion"), and the
exhibits attached thereto, and the Court having found and determined that (i) the Court has
jurisdiction to consider the Motions and the relief requested therein pursuant to section 502 of
the Bankruptcy Code as incorporated by section 301 of PROMESA and Bankruptcy Rule 3007,
as incorporated by section 310 of PROMESA; (ii) venue is proper before this Court pursuant to
PROMESA section 307(a); (iii) based on the statements and arguments made in the Motion, the
relief requested in the Motion is in the best interest of ERS, the Commonwealth and their
creditors; and (iv) the legal and factual bases set forth in the Motion establish just cause for the
relief granted herein, it is hereby ORDERED THAT:

1. The relief requested in the Motion is GRANTED to the extent set forth herein.

2. The Administrative Expense Scheduling Order[7] is vacated.

3. The ERS Scheduling Order is modified to stay the Administrative Expense Claims
   Motions consistent with paragraphs 4-5 of the ERS Scheduling Order, and subject any
   further scheduling of the Administrative Expense Claims Motions to the meet and confer
   process set forth in paragraph 6 of the ERS Scheduling Order.

4. Nothing herein shall be construed to modify or amend the ERS Procedures Order,
   including, without limitation, the Claim Objection Deadline (as defined therein).

---

[7] Capitalized terms in this order are defined as set forth in the Motion.

5.  This Court retains jurisdiction with respect to all matters arising from or related to the

implementation of this Order.


SO ORDERED

Dated:


_____
LAURA TAYLOR SWAIN
United States District Judge