Official Form B2100A (as modified) **Exhibit C**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

Fill in this Information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

THE BANK OF NOVA SCOTIA
Name of Transferee

Scotiabank de Puerto Rico
Name of Transferor

Name and Address where notices to transferee should be sent:
Luis Pablo Bautista
40 King St. W.
Toronto ON, M5H 1H1
Canada
Phone: 1-416-933-0569
Last Four Digits of Acct. # _____

Court Claim # (if known): 47658
Amount of Claim: not less than $24,729,692.16
Date Claim Filed: 06/13/2018

Phone: 787-474-5264
Last Four Digits of Acct. # _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By: _____
Transferee/Transferee's Agent

Date: _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.