**EXHIBIT 2**

Additional Service
Parties

hvicente@vclawpr.com
hdvc@vclawpr.com
iortiz@vclawpr.com
f.hernandezdenton@gmail.com
chaves@fc-law.com
clopez@wolfpopperpr.com
rcarrion@wolfpopperpr.com
fpujol@pujollawpr.com
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com
sbest@brownrudnick.com
jjonas@brownrudnick.com
sbeville@brownrudnick.com
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com
agestrella@estrellallc.com
kcsuria@estrellallc.com
jcasillas@cstlawpr.com
irernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com
Lfr@mcvpr.com
ebarak@proskauer.com
mzerjal@proskauer.com
sma@proskauer.com
dperez@omm.com
lmarini@mpmlawpr.com