## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

          Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

Case No. 17 BK 3566 (LTS)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 26, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Notice of Participation Service List attached hereto as **Exhibit A** and the AP Defendant Service List attached hereto as **Exhibit B**:

- First Supplemental Informative Motion regarding Notices of Participation and Notices of Appearance Filed in Connection with Objections to ERS Bond Claims [Docket No. 9654, Case No. 17-3283; Docket No. 750, Case No. 17-3566]

Dated: December 31, 2019

Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 31, 2019, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 38607

## **Exhibit A**

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|---|---|
| A&B General Consultants Corp. | santiagoalex65@gmail.com |
| Academia Puertorriquena de la Lengua Espanola | info@academiapr.org |
| Acevedo, Nilma* | nacevedod@yahoo.com |
| Acosta Nazario, Andres & Magaly | magaly.acosta.nazario@gmail.com |
| Acosta Nazario, Magaly | magaly.acosta.nazario@gmail.com |
| Acosta-Nazario, Maribel and Magaly | magaly.acosta.nazario@gmail.com |
| Aguilo-Pico, Magda | pedro.quintero@pr.edu |
| Aguirre, Elva M. | afag@me.com |
| Allen, Chet H. | 49hobbs@gmail.com |
| Almeda, Yanira | yaniraalmeda@gmail.com |
| Alvarez, Linette | alvarezlinette@gmail.com |
| Alvarez-Beamud, Marie I. | mariealvarez687@gmail.com |
| Alvarez-Mendez, Carlos* | calvarez@mendezcopr.com |
| Alvarez-Mendez, Sylvia* | calvarez@mendezcopr.com |
| Amadeo, Jose E. | jamadeo@prtc.net |
| Amador-Toledo, Marisabel | yiyiamadoe@yahoo.com |
| Amador-Toledo, Rafael | amadortoledo@hotmail.com |
| Anderson, Virgle J. & Cheryl D. | andersonranches@yahoo.com |
| Antoni, Carlos M. | antonic00926@yahoo.com |
| Aponte-Valderas, Becky M. | beckymaponte@gmail.com |
| Aponte-Valderas, Jose L. | apontevalderas@gmail.com |
| Aponte-Valderas, Lisa M. | laponte@rmmelaw.com |
| Aponte-Valderas, Luis A. | albertoaponte@yahoo.com |
| Arana, Kenia | keniaarana15@gmail.com |
| Arias Guardiola Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Armando Rodriguez-Santana Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Arroyo Calderon, Edgardo | edgardo.arroyo.calderon@gmail.com |
| Audrey C. Scott Decd. IRA | mrbscott@yahoo.com |
| Aulet-Castro, Antonio R. | kititopr@hotmail.com |
| Avila Medina, Fe Mercedes | acs2004_47@hotmail.com |
| Avila-Medina, Angel G. | insnurse@gmail.com |
| Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Ayyar, Mani | mayyar29@gmail.com |
| Balasquide-Frau, Miriam C. | mbschmidt2@aol.com |
| Ballester, Carmina | maggiesuro@gmail.com |
| Banks, Veronica | grbanks@gmail.com |
| Barahona LLC | bcollaza@lawpr.com |
| Barreras, Eliett | eliettambar@gmail.com |
| Barrios-Lugo, Marta | Loti53@hotmail.com |
| Barron Family Revocable Living Trust | danielrbarron@msn.com |
| Belgodere, Felipe | felipegel@prtc.net |
| Bello, Harry A. | hbello55@gmail.com |
| Beltran-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Benitez, Isabel Vazquez | annabellenoa@gmail.com |
| Bermudez-Ortiz, Jose | bermudezortizjose@gmail.com |
| Berrios-Rivera, Magali | magaberi@gmail.com |
| Blackburn, Janet | justtax@sbcglobal.net |
| BofA Securities (fka Merrill Lynch & Co.) | jason.stone@bofa.com; jmotto@winston.com |
| Bonnin, Raul | raul.bonnin@yahoo.com |
| Botet, Rosalina | hiram.vazquez@hub-co.com |
| Bou-Pina, Iris | housuki1941@yahoo.com |
| Brulez, Gary & Pamela | gary@cpamo.com |

# Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Buono-Alcaraz, Juan | jbuono2346@yahoo.com |
| Bury, John G. and Natalia | jburyenterprise@yahoo.com |
| Busquets, David | djbusquets@prtc.net |
| Canales, Freddie | freddiecanales@gmail.com |
| Candelario, Jose H. | candelariojodeh@gmail.com |
| Carbia, Consuelo | conniecarbia@gmail.com |
| Carbia, Orlando A. | orlandocarbia@gmail.com |
| Carlo-Landron, Susan Marie | clsm78@yahoo.com |
| Carlos R. Mendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Carrera, Ivette | ivesusa.carrera@gmail.com |
| Carro-Soto, Jose A. | drcarro2003@yahoo.com |
| Cartagena, Carmen R. | gefrecha@hotmail.com |
| Castellano-Rivera, Bevelyn | bevelyncastellano@hotmail.com |
| Castillo, Lynette | lynette_castillo@yahoo.com |
| Castro, Alida | alida_castro8@yahoo.com |
| Castro-Lang, Rafael | rafacastrolang@gmail.com; rafacastrolanglaw@gmail.com |
| Cintron Cordero, Domingo | ACarpetcleaning47@gmail.com |
| Cintron, Rita | ritamcitron@gmail.com |
| Cirino-Ayala, Pedro A. | Pectorjr7722@yahoo.com |
| Claudio Ballester Rico Estate | vibaponce@yahoo.com |
| Colberg Cabrera Children Trust-Alberto Juan-Colberg, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Cole, James M. | jamesoncole@gmail.com |
| Collazo-Collazo, Cristina | amvc1@aol.com |
| Colon Rodriguez, Filiberto | ficorod4@gmail.com |
| Colon, Felix Antonio | felixmd78@gmail.com |

## Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Colon, Luis A. and de Colon, Maria A. | Bertiecolon@gmail.com |
| Colon, Nelson S. | pachan29@hotmail.com |
| Colon, Teresita | prwec1@gmail.com |
| Colon, Walter E. & Teresita | prwec1@gmail.com |
| Comas del Toro, Jesus and Comas, Herminia | ledorot077@gmail.com |
| Congregacion Hnas. Carmelitas de la Caridad | adamyriamv@gmail.com |
| Cooperativa de Ahorro y Credito de Santa Isabel | vmorales@cacsi.com; marielopad@gmail.com |
| Coss, Lillian | lillianc@live.com |
| Cristy, Alfredo J. | ajcristy73@yahoo.com |
| Cruz, Luis A. | apolocande@yahoo.com |
| Cruz, Lydia | cruzl4477@gmail.com |
| Daniel Barreto Torres Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Davis, Veronica C. | dollyd701@hotmail.com |
| Davis, Wayne | picker629@msn.com |
| de Bello, Carmen Q. | hbello55@gmail.com |
| de Fortuno, Annette Diaz | anettefortuno@yahoo.com |
| De Jesus, Sara E. | sallyedejesus@gmail.com |
| de L. Rodriguez-Gonzalez, Maria | liamlourdesrodriguez2@gmail.com |
| de Lourdes Carvajal, Agnes | roch40@earthlink.net |
| de Munoz, Aida A & Munoz, Edgardo | emunozPSC@gmail.com |
| Dean Lavere Cooley Family Revocable Living Trust | dean@deancooley.com |
| Dean Lavere Cooley Rollover IRA | dean@deancooley.com |
| Dearmond, John E. | enigma0722@aol.com |
| Del C. Osuna, Milagros | yayiosuna@gmail.com |
| Del Carmen Alomar Esteve, Maria | alomar.carmen@gmail.com |
| del Carmen Alvarez, Maria | marunces@gmail.com |
| Delgado-Toledo, Julio | juliodelgado@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Diaz Cuevas, Carlos M. | carlosmdiazcuevas@gmail.com |
| Diaz, Eloy Mena | eloymenadiaz@gmail.com |
| Diaz, Ruben | rubencardio@gmail.com |
| Diaz-Nieves, Andres | diaznieves.diazfranco@gmail.com |
| Diaz-Sola, Cecilio and Torres, Elaine | cdiazsola@gmail.com |
| Diez, Fernando A. | fdo10@aol.com |
| Domenech Morera, Edgar | edgardomenech@gmail.com |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |
| Dra. Coty Benmaman Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Dragoni, Marcos & Aguayo de Dragoni, Maria | abbyaguayo@yahoo.com |
| Duboy, Silvia M. | Silviaduboy@gmail.com |
| Dunlavy, Joseph M | jdunlavy@kansasbusinessfinancing.com |
| Durling, John C. and Jerry L. | johnandchick@yahoo.com |
| Echeandia, Maria J.* | luis_fernando_silva@hotmail.com |
| Ellis, E. Clive | clive_ellis@hotmail.com |
| Empire Gas Company, Inc. | kelly@empigaspr.com |
| Empresas Treviño Ramirez Inc. | jesustrevicoperez@gmail.com |
| ENME Real Estate Corp. | rodriguezcardonia13@yahoo.com |
| Enudio Negron-Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Estate of Andres Lopez | doquinon@msn.com |
| Estate of Carlos A Quilichini Roig | quilichinipa2C@microjuris.com |
| Estate of Isaias E. Martir Soto | diazmartir1@gmail.com |
| Fagundo Alvarez, Alice Miriam | edgardomenech@gmail.com |
| Falcon-Rivera, Miguel A. * | miguelfalconrivera@yahoo.com |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
| --- | --- |
| Febles Negron, Elines | feblescontes@gmail.com |
| Federico A. Souffront Santiago Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Feliciano-Perez, Eladio & Gonzalez-Torres, Carmen | carmingonzalez70@gmail.com |
| Fernandez, Carmen Luisa | lina005pr@gmail.com |
| Fernandez, Rafael A. | becauxrosario@hotmail.com |
| Fernandez-Munoz, Socorro | happywonderwoman@yahoo.com |
| FERPO Consulting Group Inc | ginnette.fernandez@gmail.com |
| Ferrer-Davila, Luis M. | lyfeda2009@gmail.com |
| Fideicomiso B & B | JoseCBacoR@aol.com |
| Fideicomiso Flores-Morales, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Figueria Muniz, Iris M.* | irismfigueroa@gmail.com; ivonnegm.prw.net |
| Figueroa-Soldevila, Maria Aracelis | mfigsol@gmail.com |
| Flores, Carlos M. | carlosflores385@hotmail.com |
| Font, Luis E. | fontpr@yahoo.com |
| Fourquet-Torres, Juan L. | juanfourquet@gmail.com |
| Francisco Toro-De Osuna and Viviana Velez-Perez | img.franciscotoro@gmail.com |
| Frank, Mary J. | mary.j.frank.civ@mail.mi |
| Freieria Umpierre, Enrique | hfreiria@prtc.net |
| Frontera, Osvaldo Antommattel | antorhellm@coqui.net |
| Fuentes, Enrique | hfa5364@gmail.com |
| Fumero-Vidal, Ricardo A. and Aguilo-Pico, Enid M.* | r.fumero@hotmail.com |
| G. Vidal-Santoni Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Gabriel Miranda Target Retirement Plan | gjmirandar@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Galbraith, Jason R. | galbraithjason@yahoo.com |
| Galindez, Julio A. | julio@fprgalindez.com |
| Garcia Barros, Eva Pilar | epgarcia@prtc.net |
| Garcia Gubern Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Garcia Hernandez, Ada I. | adaytito@hotmail.com |
| Garcia Toledo, Alma | almagarciatoledo@yahoo.com |
| Garcia-Navarreto, Maribel | maribel.hernandezgarcia@gmail.com |
| Garcia-Ramirez, Jaime A. | garciaramirez.jaime@gmail.com |
| Garcia-Toledo, Maria T | juliodelgado@gmail.com |
| Gardner, Allison Jean | kgmama3@yahoo.com |
| Garrido-Rincon, Marcos | garridomarco@gmail.com |
| Garrote, Nora E.* | negarrote@venuble.com |
| Gay, Susan | susiegay@yahoo.com |
| GIB Development LLC* | sshub@45equity.com |
| Ginorio Gomez, Victor M | ticoginorio@gmail.com |
| Gomez Vallecillo, Hiram | hiramgomez@me.com |
| Gonzalez Ojeda, Domingo A. | domgon787@aol.com |
| Gonzalez Reyes, Carlos J. | ccjjggrr1@hotmail.com |
| Gonzalez Roig, Emilio | millog@hotmail.com |
| Gonzalez Torres, Carmen | carmingonzalez70@gmail.com |
| Gonzalez, Ismael | isgon15@hotmail.com |
| Gonzalez, Lohr H. | sarahspoleti@sbcglobal.net |
| Gonzalez, Luis | b.diazj@hotmail.com |
| Gonzalez, Magda | aixza_gonzalez@yahoo.com |
| Gonzalez, Sandra | jamadeo@prtc.net |
| Gonzalez-Passalacqua, Jose Ramon | jrgp1@hotmail.com |
| Gonzalez-Quintana, Hector L. | hgg1164@hotmail.com |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Gonzalez-Toro, Marylin | marylintk@gmail.com |
| Graham, Diana E. & Johnson | dgraham217@aol.com |
| Guardiola, Armando | sbaezdixon@gmail.com |
| Gubern-Garcia Living Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Gutierrez Nunez, Carmen M. | gncarmenm@hotmail.com |
| Hale, Carol Z. | czhlks@gmail.com |
| Hanke, Gilberto | 787fishing@gmail.com |
| Hans Mercado-Gonzalez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Hartke, Gary W. | midwestgar49@yahoo.com |
| Hawke, Gilberto | 787fishing@gmail.com |
| Haworth, Steven T. | Shaworth2002@gmail.com |
| Hensley, Michael B and Christy M. | hensley@sktc.net |
| Hernandez, Griselle | supergyzmo@yahoo.com |
| Hernandez-Aldarondo, Tomas | hernandeztomas@hotmail.com |
| Hernandez-Rodriguez, Freddie* | freddie.hernandez55@yahoo.com |
| Highfields Capital I LP | lfr@mcvpr.com; lfr@mcvpr.com |
| Highfields Capital II LP | lfr@mcvpr.com; lfr@mcvpr.com |
| Highfields Capital III LP | lfr@mcvpr.com; lfr@mcvpr.com |
| Hospicio Emmanuel Deferred COMPFBO Moises Rivera, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Ileana Enid Cuerda-Reyes Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Inclan, Julian S. & Pietrantoni de Inclan, Vionette | jinccan@americanpapercorp.com |
| Ines Suarez, Maria * | mispg51@gmail.com |
| Inigo Fas, Fideicomiso | cheinigosz@gmail.com |

## Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | twillis@ofiglobal.com; acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| Irizarry, Fernando and Rodriguez, Maria | maria@fiaarchitects.com |
| Isabel C. Petrovich Estate | paonessal@yahoo.com |
| Isaias F. Martir Soto Estate | diazmartir1@gmail.com |
| Ivaem College, Inc. | finanzas@ivaempr.com |
| Jaime Fernandez (guardian for Roger Breto Fernandez) | jaimejuventudvibra@gmail.com |
| Jansen, Janis L. | jljkse@csy.net |
| Jimenez, Teresita | tereyguigapr@gmail.com |
| Jimenez-Gandara, Maria Elena | maricartor@gmail.com |
| Joglor LLC | joefigueroa@yahoo.com |
| John Hancock Investments | ecaron@jhancock; dgooding@choate.com; softedal@choate.com |
| John Levin-IRA | jlevin6@zoho.com |
| John Levin-Roth-IRA | jlevin6@zoho.com |
| Juan Ramon Gomez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Jubert-Rivera, Nery Jubert | nyjrivera@gmail.com |
| Kochen, Brandon | bkochen@45equity.com |
| Laborde, Ivonne | ivonnelaborde@hotmail.com |
| Landron, Matilde | tontimati@yahoo.com |
| Laracuente, Gregoria | kelvinquinones@gmail.com |
| Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com |
| League, Alvin L. & Evelyn R. | evelynleague@gmail.com |
| Lennox, Jeffrey and Linda | lennox.linda@gmail.com |
| Lennox, Linda | lennox.linda@gmail.com |
| Libby, James | jgolf216@gmail.com |
| Librada-Sanz, Jesus | libradajesus@yahoo.es |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Litespeed Master Fund Ltd. | jamie@litespeedpartners.com |
| Lizardi-Rivera, Rafael I. | pverdehcao@aol.com |
| Llop, Ibrahim | ibra_110P@hotmail.com |
| Lopez-Agudo, Fideicomiso | blanca_aguado@yahoo.com |
| Loubriel Umpierre, Enrique | eloubriel@yahoo.com |
| Lugo Rivera, Fideicomiso | yanitza_vargas@hotmail.com; cardonaalf@gmail.com |
| Luis A. Seguinot Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Lunt, Peter H. | plunt@nvcommercial.com |
| Mansfield, Karen | bluegecko2121@yahoo.com |
| Marchena, Orlando | orlyj27@yahoo.com |
| Marczynski, Christine J. | occhrissea@msn.com |
| Maria R. Rodriguez Estate | rrp@bobonislaw.com; efl@bobonislaw.com |
| Mark G. Scolnick 2007 Trust as Amended | markscolnick@gmail.com |
| Mark Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Marlin, Dennis J. | djm0212@yahoo.com |
| Marlin, Lisa | lisamarlin@icloud.com |
| Marquez-Rivera, Jose R. | manaveiras@hotmail.com |
| Martinez Oliver, Fabian | lumenmendez@hotmail.com |
| Martinez Velez, Iraida A. | indymarvel@gmail.com |
| Matos-Alvarado, Mercedes | mecanara@tim.it |
| Matras, Michael | importmike@aol.com |
| Mattei-Calvo, Hector L. | yauco13@yahoo.com |
| McDavitt, Thomas D. | tmacdee@cox.net |
| McNamara, James* | nmchail@earthlink.net |
| Me Salve Isabela | nmenda@admincomp.com |
| Me Salve Rio Piedras | nmenda@admincomp.com |
| Melendez, Ismael | im712@yahoo.com |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Melero Munoz, Carmen E. | carmensmelero@gmail.com |
| Menda, Nelson | nmenda@admincomp.com |
| Mendez, Raul | timbvxrs@gmail.com |
| Mendez-Campoamor, Patricia* | pmcampoamor@yahoo.com |
| Mendez-Figueroa, Nelly A. | nelly.mendez.figueroa@gmail.com |
| Mendez-Perez, Ramon and Mendez, Carmen L. | totomendez@hotmail.com |
| Mercer, Helen M. | hmmdome@SBCglobal.net |
| Michica International Co. Shareholders Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Miguel J. Morales-Vales Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Miranda, Gabriel | gjmirandar@gmail.com |
| Miriam Loyola-Feliciano Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Monarch Alternative Capital LP | colin.daniels@monarchlp.com; Bkahn@akingump.com |
| Montanez, Luis G. | montanezlg@gmail.com |
| Morales Castro Trust | felixamorales1@gmail.com |
| Morales Morales, Luz Maria | luzsunrise99@gmail.com |
| Morales Silva, Virginia | moralessilva81@gmail.com |
| Morales Tores, Daira J. | ianaira@yahoo.com |
| Morales, Salvador | mfscolinas@yahoo.com |
| Morell, Magda | magda.morell@hotmail.com |
| Morla Rios, Everling | everling@jazzhamilton.com |
| Mottola, Joseph | cinim56@gmail.com |
| Muniz, Ramon G.* | nacevedod@yahoo.com |
| Nazario-Pagan, Maria A. | magaly.acosta.nazario@gmail.com |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Nazario-Torres, Aracella | cellapillar@yahoo.com; carlosalbertoruizquiebras@gmail.com |
| Negron Angulo, Enudio | rudin425@gmail.com |
| Nevarez, Elba Iris | amaury47@att.net |
| New Concepts Machining, Inc. | newconcepts@frontiornet.net |
| Nido, Carlos J.* | carlosnido@gmail.com |
| Nieves Lopez, Gilberto | gilberttonieves@yahoo.com |
| Nieves, Antonia and Jose Maldonado, Sucesion | michelle.yulfo@gmail.com |
| Nigaglioni, Guillermo A. | gnigag@prtc.net |
| Nilda E. Ortiz-Melendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Nilda Torres-Nieves and Jose Reyes-Cruz | tonito2009@live.com |
| Oceguera, Mirta | ocegueramirta@yahoo.com |
| Ojeda, Carlos J.* | carlodsojedapr@yahoo.com |
| Olivieri, Liana Rivera | mevicens@yahoo.com; mevicens@yahoo.com |
| Orr, Jack L & Barbara J | barbieo22@hotmail.com |
| Ortiz-Quinones, Jose A. | brunygiuliani@hotmail.com |
| Ortolani, Sherri L | sherrilortolani@gmail.com |
| Paul Villanueva-Cruz and Lidia Lopez-Gaston | paulnewvillage@gmail.com |
| Perez, Agustin | atinperez@gmail.com |
| Perez, Ivette* | icypr2@hotmail.com |
| Perez-Alvarez, Ramon F.* | rpbroky@gmail.com |
| Perez-Garcia, Julio A. and Garcia-Toledo, Teresa | teresagt72@prtc.net |
| Perez-Pasarell, Hector X. | hectorxavier2000@yahoo.com |
| Perez-Posas, Jose M. | mosqurperezl@gmail.com |
| Perlman, Alan Jay | perlfoto@gmail.com |
| Peterson, Darol G. | DP4401@frontier.com |
| Picó Gonzalez, Alberto J. | sallyedejesus@gmail.com |
| Pijem-Garcia, Julio S. | salva432001@yahoo.com |

# Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Pizarro Ramirez, Alma | smari_roca@yahoo.com |
| Plan de Pension Ministerial Inc. | plandepensiones@gmail.com |
| Playa Azul, CRL | mramos@bufetemrsz.com; emunozPSC@gmail.com |
| Polifka, James R. | polifkaj@pctc.net |
| Pollard, Paul David | pdavidpollard@hotmail.com |
| Ponce De Leon, Carlos A. | cponcedeleon@ieg-pr.com |
| Quebrada Bonita Crl | mramos@bufetemrsz.com; emunozPSC@gmail.com |
| Rahm, Susan D. and Jeffrey D. | jrahm@stifel.com |
| Ramirez, Lavinia | marymqr@hotmail.com |
| Ramirez-Delgado Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Ramirez-Fas, Jose | joseramirez@gmail.com |
| Ramirez-Torres, Ernesto L. and Lopez-de Victoria, Adela A. | elrtorres@hotmail.com |
| Ramirez-Zayas, Maria V. | vinasita48@hotmail.com |
| Ramos Lopez, Elisa | gloriosaflor41@gmail.com |
| Ramos-Martin, Gerard * | gramosmartin@gmail.com |
| Ramos-Martin, Gerard and Ines Suarez, Maria* | gramosmartin@gmail.com; mispg51@gmail.com |
| Ratliff, Blaine | blaine.ratliff@LPL.com |
| Raul-Padilla, Luis | padimart@yahoo.com |
| Render, Richard E. | rickrender@icloud.com |
| Riedl, Yvonne D. | julietteriedl@gmail.com |
| Riestra, Juan | riestra@proen.com |
| Rivera De Jesus, Jose J. | riverajos@prtc.net |
| Rivera Mendoza, Alfredo | fro@coqui.net |
| Rivera Mercado, Brunilda* | brunildarivera014@gmail.com; ivonnegm.prw.net |
| Rivera Ortiz, Edwin | ledoedwinortizrivera@hotmail.com |
| Rivera, Victor | vmrrivera8@gmail.com |
| Rivera, Victor M. and Castro, Alida | vmrivera8@gmail.com |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Rivera-Cruz, Jaime* | jretessi@gmail.com |
| Rivera-Garcia, Liajay* | dalygrpr@gmail.com |
| Robles, Jaime | jrobles200@gmail.com |
| Robles, Mercedes | mroblesmata@gmail.com |
| Robles, Ruperto J. | anayruperto@gmail.com |
| Roche U.S. Retirement Plans Master Trust | chen.grace_sanchi@gene.com; vmedina@mhlex.com; rsantiago@mhlex.com |
| Rodriguez Batis, Edwin | erbatis@yahoo.com |
| Rodriguez de Colon, Hada Livia | ficorod4@gmail.com |
| Rodriguez Diaz, Adelina | lindaarjes@hotmail.com |
| Rodriguez Pagan deceased and his widow Reina Colon Rodriguez | reinac24@coqui.net |
| Rodriguez Pagan, Federico and Irizarry Morales, Rosa A | trj.fr67@gmail.com |
| Rodriguez Schulze, Carmen | jeanne.rodz@gmail.com |
| Rodriguez, Frances M. | mirita12@aol.com |
| Rodriguez, Hilda M. | hmrodriguez1961@yahoo.com |
| Rodriguez, Iris M. | irismrsl@gmail.com |
| Rodriguez, Reina Colon | reinac24@coqui.net |
| Rodriguez-Gonzalez, Angel A. | angelarturo52@gmail.com |
| Rodriguez-Marty, Nestor A. | nesvid@gmail.com |
| Rodriguez-Preza, Victor M. and Alas, Mecerdes D. | alasaguirrem@gmail.com |
| Rodriguez-Rosado, Ramon B. | rodrinesm@yahoo.com |
| Rodriguez-Santana, Armando | armandoro654@gmail.com |
| Roman-Villanueva, Miguel A. | lcdomromancpa@gmail.com |
| Rosendo, Vidal E. | Alfonsodistributors@gmail.com |
| Rotger-Lopez, Nitza | nitza1951@gmail.com |
| Ruiz-Mattei, Jose E. | jeruiz2057@gmail.com |
| Ruperto J. Robles and Ana Belen Frias | anayruperto@gmail.com |

## Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Rydzewski, Arline | ajrydz@gmail.com |
| Saft, Laura | lsaft@bds.org |
| Sagliocca, Gennaro | kidneydocs@aol.com |
| Sala-Colon, Jorge P. | jpsala_pr@yahoo.com |
| Saliva, Julio | stutty798@aol.com |
| Sanchez Espinal, Ivan Sanchez | ivan.santose@gmail.com |
| Santander Asset Management, LLC, on behalf of certain funds of the First PR Family of Funds managed by them | fserra@sampr.com; acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| Santiago Acevedo, Cesar | cesarsanty@gmail.com |
| Santiago Alverio, Candido | chayoma1@hotmail.com |
| Santoni, Walter | loveand@myself.com |
| Santos Colon, Mirta I. | fasotomeyor@gmail.com |
| Savage, William M. | savagemanor@gmail.com |
| Scherzer, Jeffrey I. | jeff@reginaprinting.com |
| Scherzer, Michael E. | Scherz4nj@optonline.net |
| Scherzer, Pearl Nora | Scherz4nj@optonline.net |
| Schmidt Jr., Donald E. | doneschmidt@sbcglobal.net |
| Schmidt, Roland and Lillian | llschmidt@centurytel.net |
| Scott, James J. | jjeffersonscott@gmail.com |
| Segarra, Carmen M. | carmensega@gmail.com |
| Segarra, Jr., David | dsegarra3@gmail.com |
| Serralles, Michael J. | jboatscaribbea@yahoo.com |
| Sherman, Roger A. | sylangrog@yahoo.com |
| Shub, Ileana and Menda, Brenda* | sshub@45equity.com |
| Sifontes, Tomas C. | tomassifontes@gmail.com |
| Signet Investment Corp. | wrod2mnd@hotmail.com |
| Silva-Molinari, Angel | a7silva7@gmail.com |
| Skerda, Peter | Pmark1@verizon.net |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

## Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Snyder-Zalduondo, Maria C. | mariasynder1@gmail.com |
| Sobsey, Iris | i_sonsey@hotmail.com |
| Sosa, Diana M. | dianamsosa56@gmail.com |
| Sotomayor Chaves, Francisco A. | fasotomeyor@gmail.com |
| Stillwell, Gary D. | gds5703@aol.com |
| Stocking, Donley J. | dstocking1@gmail.com |
| Suarez-Lopez, Arturo / M. Perez, Ilia | arturosuarez112@gmail.com |
| T&A Properties | anthony@telenetworks.net |
| Telenetworks Inc. | Anthonyc@telenetworks.net |
| Thompson Rev. Tr, Kathryn R. | rthompson@tbswelds.com |
| Tirso T. Pena-Cardenas Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Tomas Cuerda-Brugman, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Tomas Lozano-Perez and Lorraine Gray | lorraine.ma.gray@gmail.com |
| Toro-Suarez, Maria V. | smariavtoro@gmail.com |
| Torres Soto, Alberto J. | eng_atorres@hotmail.com |
| Torres, Gerardo Torres | gtt_14@hotmail.com |
| Torres-Irizarry, Aracella | cellapillar@yahoo.com; carlosalbertoruizquiebras@gmail.com |
| Torres-Sepulveda, Agustin & Perez-Torres, Matilde S. | gustorres50@verizon.net |
| Torres-Zayas, Luis A. | tozala@gmail.com |
| Treadway, John L | jokerjohn01@hotmail.com |
| UBS Financial Services Incorporated of Puerto Rico | kenneth.crowley@UBS.com; paul.lockwood@skadden .com |
| UBS TRST Dr. Coty Benmaman Retirement | birdie3754@gmail.com |
| UBS Trust Company of Puerto Rico | kenneth.crowley@UBS.com; paul.lockwood@skadden .com |
| Urbanski, Kathleen V. | bffv1R5@yahoo.com |
| Valdes-Menendez, Leoncio | Pilovaldes@gmail.com |
| Valdivieso, Ada R. | renatose@outlook.com |

Exhibit A

Notice of Participation Service List

Served via email

| Name | Email Address |
|------|---------------|
| Vazquez-Rosado, Salvador | svrjpk@gmail.com |
| Vazquez-Rosario, Vazquez | vince4363@gmail.com |
| Velez-Martinez, Mabel | mabel.velezmartinez@gmail.com |
| Vicens Rivera, Maria E. | mevicens@yahoo.com |
| Vidal Nadal, Ramon (estate) and Cruz-Vidal, Aida | epifaniovidalcruz@yahoo.com |
| Walder, Karl | kwcuboy@yahoo.com |
| Walker, Betty S* | lthompson@infinekgroup.com |
| Weber, William E. | weber59@aol.com |
| Welsch, Paulette S. and Robert J. | bobwelsch@yahoo.com |
| Wheeler Trust | wheels135@comcast.net |
| Wheeler, Larry L. | wheels135@comcast.net |
| Wheeler, Vicki L. | wheels135@comcast.net |
| Whittlesey, Carol | lennox.linda@gmail.com |
| Wilson, Felicia Ann | tomsaez@gmail.com |
| Winer, Leon | prleon@msn.com |
| World Rep LLC | nmenda@admincomp.com |
| Wray, Michele* | wadewray@verizon.net |
| Ybanez, Noel | neybus@yahoo.com |
| Yordan Molini, Jaime | yordanfrau@prw.net |
| Zayas-Alvarez, Edwin and Cruz-Bonilla, Ida M. | edwinzayas@bellsouth.net |
| Zayas-Cintron, Luz Angelica | luchyzayas@hotmail.com |

**Exhibit B**

Exhibit B

AP Defendant Service List

Served via email

| Name | ADDRESS 1 | EMAIL |
|---|---|---|
| 55H and 56H | Attn: Atty. Moraima S. Ríos-Robles<br>Arroyo & Rios Law Offices, P.S.C.<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, PR 00966 | mrios@arroyorioslaw.com |
| 7Y | Attn: German J. Brau-Ramirez<br>Bauzá Brau Hernández Irizarry & Silva<br>PO Box 13669<br>San Juan, PR 00908 | german.brau@bioslawpr.com |
| 7Y | Attn: Matthew D. McGill Gibson<br>Dunn & Crutcher LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036 | mmcgill@gibsondunn.com |
| Altair Global Credit Opportunities Fund (A), LLC,<br>Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750 | afernandez@delgadofernandez.com |
| Altair Global Credit Opportunities Fund (A), LLC,<br>Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street Fiftieth Floor<br>Los Angeles, CA 90071 | bbennett@jonesday.com |
| Altair Global Credit Opportunities Fund (A), LLC,<br>Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110 | drfox@jonesday.com |
| Altair Global Credit Opportunities Fund (A), LLC,<br>Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | ssooknanan@jonesday.com;<br>mpapez@jonesday.com; gstewart@jonesday.com |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit B

AP Defendant Service List

Served via email

| Name | ADDRESS 1 | EMAIL |
|------|-----------|-------|
| Barclays Capital Inc./LE, Barclays Cap/Fixed and Barclays Cap/ London | Attn: Roberto C. Quiñones-Rivera, Esq.<br>McConnell Valdés LLC<br>270 Muñoz Rivera Avenue<br>Hato Rey, PR 00918 | rcq@mcvpr.com |
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>P.O. Box 11750<br>Fernández Juncos Station<br>San Juan, PR 00910-1750 | afernandez@delgadofernandez.com |
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street Fiftieth Floor<br>Los Angeles, CA 90071 | bbennett@jonesday.com |
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110 | drfox@jonesday.com |
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | ssooknanan@jonesday.com;<br>mpapez@jonesday.com; gstewart@jonesday.com |
| Noria Osorio De Cordero | Attn: Jorge Cancio-Valdivia<br>PO Box 367753<br>San Juan, PR 00936-7753 | jcayere@gmail.com |
| Noria Osorio De Cordero | Attn: Julio C. Cayere Quidgley<br>Urb. Horizons 109 Calle San Pablo<br>San Juan, PR 00926-5317 | canciolaw@gmail.com |

Exhibit B

AP Defendant Service List

Served via email

| Name | ADDRESS 1 | EMAIL |
|---|---|---|
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>PO Box 11750 Fernández Juncos Station<br>San Juan, PR 00910-1750 | afernandez@delgadofernandez.com |
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street Fiftieth Floor<br>Los Angeles, CA 90071 | bbennett@jonesday.com |
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110 | drfox@jonesday.com |
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | ssooknanan@jonesday.com;<br>mpapez@jonesday.com; gstewart@jonesday.com |
| Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>PO Box 11750 Fernández Juncos Station<br>San Juan, PR 00910-1750 | afernandez@delgadofernandez.com |
| Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street Fiftieth Floor<br>Los Angeles, CA 90071 | bbennett@jonesday.com |
| Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: David R. Fox<br>Jones Day<br>100 High Street<br>Boston, MA 02110 | drfox@jonesday.com |

Exhibit B

AP Defendant Service List

Served via email

| Name | ADDRESS 1 | EMAIL |
|------|-----------|-------|
| Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | ssooknanan@jonesday.com;<br>mpapez@jonesday.com; gstewart@jonesday.com |
| Sculptor Capital LP f/k/n OZ Management LP | Attn: Kurt Mayr, David Lawton, and Shannon Wolf<br>Morgan, Lewis & Bockius, LLP<br>One State Street<br>Hartford, CT 06103-3178 | kurt.mayr@morganlewis.com;<br>david.lawton@morganlewis.com;<br>shannon.wolf@morganlewis.com |
| Sculptor Capital LP f/k/n OZ Management LP | Attn: Roberto Abesada-Agüet; Sergio Criado; Rocío Del Mar Valentín Colón<br>Correa Acevedo & Abesada Law Offices, PSC Centro Internacional de<br>Mercadeo, Torre II # 90 Carr. 165, Suite 407  Guaynabo, PR 00968 | ra@calopsc.com; scriado@calopsc.com;<br>rvalentin@calopsc.com |