Gmail

Ada Conde <1611lawandjustice@gmail.com>

---

**FW: LIFT OF STAY NOTICE - Centro de Orientación y Ayuda Psiquiátrica allowance continuance collection of federal funds owed**
1 message

**Susana Peñagaricano** <spenagaricano@justicia.pr.gov>                         Wed, Jun 19, 2019 at 8:56 AM
To: Ada Conde <1611lawandjustice@gmail.com>
Cc: Wandymar Burgos Vargas <wburgos@justicia.pr.gov>, "Iván J. Ramírez Camacho" <ivramirez@justicia.pr.gov>, Carolina Velaz Rivero <cvelaz@mpmlawpr.com>

Esteemed counsel:

As per the protocol set by the court's order, after having the opportunity to evaluate movant's allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF legal representatives, that the best course of action in this case is t**o decline the request to modify stay because of the procedural stage of the action,** which is still in the preliminary phase; any pretrial proceedings and a trial would require the expenditure of Debtor's resources**.**

Cordially,

/s/SIPB

# Susana I. Peñagarícano Brown

Director

Federal Litigation and Bankruptcy Division

Commonwealth of Puerto Rico

Department of Justice

spenagaricano@justicia.pr.gov

787-721-2900 Ext 1404

Calle Teniente César González #677

Esq. Ave. Jesús T. Piñero

San Juan, PR 00919

P.O. Box 9020192

San Juan, P.R. 00902-0192

1/1/2020 Case:17-03283-LTS AY Doc#:9677-4 Filed:01/01/20 Centro de Orientacion y Ayuda Psiquiatrica allowance continuance collection of federal funds owed

Exhibit D- LETTER DECLINING MODIFICATION OF STAY   Page 2 of 3

---

**From:** Ada Conde <1611lawandjustice@gmail.com>
**Sent:** Monday, June 3, 2019 8:01 AM
**To:** Hermann.Bauer@oneillborges.com; Ubaldo.fernandez@oneillborges.com; Perez, Diana M.
<dperez@omm.com>; andres@aullaw.com
**Subject:** LIFT OF STAY NOTICE - Centro de Orientacion y Ayuda Psiquiatrica allowance continuance collection of
federal funds owed


Dear counsels:


Enclosed please find the formal Lift of Stay Notice.


We hope to hear from you in favor of my client.


My cellular phone is 787-717-7355.


Cordially,


Ada M. Conde-Vidal, Esq.


--

**Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a 1611 Law and Justice for All, Corp. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente al (787) 721-0401. Hemos tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso.**

**Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to 1611 Law and Justice for All, Corp. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender at (787) 721-0401. We have taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.**

 Mail Logo

---

*AVISO DE CONFIDENCIALIDAD: Esta comunicación de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada bajo la ley aplicable. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario intencional, se le notifica por la presente que cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con el remitente y elimine este mensaje. Gracias por su cooperación.*

---

*NOTICE OF CONFIDENTIALITY: This email communication and any attached document contains information that belongs to the sender, which could be confidential and privileged under the applicable law. This information is directed to the exclusive use of the individual or entity to which this email was sent, as indicated above. If you are not the intended recipient, you are hereby notified that any disclosure, reproduction, distribution, or other action taken in accordance with the content of the information included in this broadcast, is strictly prohibited. If you have received this broadcast by mistake, please contact the sender and delete this message. Thanks for your cooperation.*

 Mail Logo

---

*AVISO DE CONFIDENCIALIDAD: Esta comunicación de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada bajo la ley aplicable. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario intencional, se le notifica por la presente que cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con el remitente y elimine este mensaje. Gracias por su cooperación.*

---

*NOTICE OF CONFIDENTIALITY: This email communication and any attached document contains information that belongs to the sender, which could be confidential and privileged under the applicable law. This information is directed to the exclusive use of the individual or entity to which this email was sent, as indicated above. If you are not the intended recipient, you are hereby notified that any disclosure, reproduction, distribution, or other action taken in accordance with the content of the information included in this broadcast, is strictly prohibited. If you have received this broadcast by mistake, please contact the sender and delete this message. Thanks for your cooperation.*

---

**6 attachments**



**LIFT STAY NOTICE.pdf**
152K

**CONTRACT - EXHIBIT A.pdf**
5138K

**DEMANDA COBRO DE DINERO.pdf**
1916K

**MOCION DE ADFAN.pdf**
274K

**RESOLUCION DE QUE APLICA QUIEBRA.pdf**
437K

**ACYF-CB-PI-18-03 EXHIBIT B.pdf**
324K