12 de diciembre 2019

A: Junta de Supervisión y Administración Financiera para Puerto Rico

Como representante de

Estado Libre Asociado de Puerto Rico y otros

Asunto: Ley Promesa
Título III
Núm. 1703283

Replica

Datos de contacto:
Sra. Ramona Vélez Pérez
Claim # 75907
Calle Villa Madrid # 24
Ponce, PR 00730
Tel. 787-841-6559

Epígrafe:
Deudor: Estado Libre Asociado de Puerto Rico
Núm caso 17BK03283
Núm reclamación 75907
Ley Promesa 89

Motivó
Esto fue una ley que se firmó y no se llevó a cabo con la misma y ae tenía que otorgar el aumento en los salarios y nunca se llevó a cabo.

Sin otro asunto

Ramona Vélez Pérez