RECEIVED & FILED
2019 DEC 20 PM 1:04
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Ramona Velez Perez
24 calle Villa Madrid
Ponce, PR 00730