TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| EN EL ASUNTO DE :<br>JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,<br><br>Como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores | PROMESA, Titulo III<br><br>**Num. 17 BK 3283-LTS**<br><br>**Reclamación Num. 1674**<br><br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT Y el SER. |

# REPLICA a Centésima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestados

**AL HONORABLE TRIBUNAL:**

Comparece la demandante que suscribe, quien muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1. Mi nombre es **Zahira Rodríguez Walker** con ss.xxx-xx-**0341** y soy acreedora al Estado Libre Asociado por concepto de salarios devengados por servicios prestados y aportaciones al Sistema de Retiro desde mayo del 2000 al presente como empleada con el cargo de Fiscal Auxiliar del Departamento de Justicia, agencia del Gobierno de Puerto Rico.

2. **Mi número de reclamación** es: **1674** y fue **radicada desde el 8 de marzo de 2018. Con codificación 17 BK 03283-LTS.**

3. Recibí notificación a los efectos de contestar y replicar una objeción de evidencia de reclamos contenida como deficiencia en el **Exhibit A** (deficient) o reclamo deficiente que se aneja con esta moción.

4. La parte deudora alega deficiencia por no incluir información suficiente con evidencia en mi reclamación inicial. Con esta moción me opongo a la objeción y se presenta esta reclamación para la devolución de las aportaciones al sistema de retiro del Gobierno de Puerto Rico.

1

5. Como empleada anterior y actual en el Gobierno de Puerto Rico por casi 20 anos informo que el monto de mi reclamación adeudada por el **Estado Libre Asociado de Puerto Rico** es totaliza la suma de $ **79,958.60 como valor estimado más intereses** según certificación de *Estado de Cuenta Estimado de la Administración de Sistemas de Retiro bajo la Ley de Retiro 2000, bajo la Ley 3 del 2013 y bajo la Ley 106*. Dicho balance constituye la suma de las aportaciones individuales al Sistema de Retiro del ELA y tiempo de servicio para mi derecho de jubilación. **Se aneja Estado de Cuenta Estimado desde 9 de mayo de 2000 al 26 de noviembre de 2019 actualizado.**

6. Dicho monto estimado e incluido en mi reclamación a los deudores **NO** le pertenece al Estado Libre Asociado de Puerto Rico y **NO** debe ser parte de los reclamos de los bonistas, esto ya que es parte fundamental y privativa por ley y protegida por la Constitución del ELA y de EU como ingresos mensuales devengados y descontados de mi salario durante 20 anos de servicio para contar con un plan de retiro digno y justo según las leyes de retiro anteriormente mencionadas, Ley de Cuentas de Ahorro para Retiro de los empleados públicos, según enmendadas.

7. Informo además que nunca recibí por parte de los deudores ni a mi correo regular ni a mi correo electrónico carta ni formulario alguno solicitando información adicional para mi reclamo antes de que radicaran la deficiencia y por consiguiente me incluyeran en la objeción.

8. No es hasta el 17 de diciembre de 2019 luego de recibida la Moción de objeción global por reclamos deficientes y advenir en conocimiento de lo solicitado es que esta servidora indaga y solicita el formulario para cumplimentarlo y enviarlo para ser procesado a la brevedad posible.

9. Dicho formulario fue enviado el día de hoy a PRClaimsInfo@primeclerk.com.

10. En el presente caso nunca se me notificó necesidad alguna ni solicitud de información adicional antes de incluirme en la Centésima Sexta objeción global por reclamos deficientes.

11. A esos efectos se incluye como documentación justificativa de esta réplica **anejo del correo electrónico enviado el 18 de diciembre 2019** conteniendo la explicación expuesta y la **carta o formulario de 3 páginas de información solicitada para procesar la reclamación remitidas al Prime Clerk por correo electrónico, junto con evidencia de la certificación de Estado de Cuenta Estimado de mis aportaciones al Sistema de Retiro de los empleados públicos.**

12. En virtud de que he sometido con la presente replica los fundamentos de errores en notificación de los deudores como parte del proceso, las leyes o fundamentos legales bajo las cuales soy acreedora

2

de mis aportaciones e intereses al Sistema de Retiro y a su vez he incluido certificación evidencia de mi reclamo incluida del Estado de Cuenta Estimado de la Administración de Sistemas de Retiro con balance de $79.958.60 al presente para oponerme a la objeción global y a objeción de reclamos, **solicito se declare No ha Lugar la Centésima Sexta Objeción Global** y se reconozca y declare que he cumplido con la evidencia de reclamación completa en virtud de la Ley PROMESA en el presente caso según requerido al amparo de Titulo III como parte acreedora y que mis reclamaciones como acreedora y mis aportaciones sean protegidas de las reclamaciones de los bonistas y cualquier otro ente.

Por todo lo cual, solicito a la Honorable Juez Laura Taylor Swain, Jueza del Tribunal de Distrito de los Estados Unidos ,para el Distrito de Puerto Rico, **declare Ha lugar la presente Réplica** y en su consecuencia se me conceda el remedio solicitado y se me mantenga como parte acreedora en la presente demanda con los derechos a mi reclamo al Estado Libre Asociado de Puerto Rico por concepto de aportaciones al Sistema de Retiro para mi jubilación con cualquier otro pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico, a 18 de diciembre de 2019.

CERTIFICO: Haber enviado copia fiel y exacta de la presente Moción al abogado de la Junta de Supervisión, Proskaneur Rose LLP, Eleven Time Square, New York, New York 10036-8299 A/A; Martin J. Bienenstock , Brian S. Rosen y a abogado del Comité de Acreedores Paul Hastings LLP, 200 Park Avenue, New York, New York, 10166, A/A: Luc. A. Despins, James Bliss, James Worthington y G.Alexander Bongartz ambas por correo certificado.

*Lcda. Zahira Rodríguez Walker, Rua # 13336*

*ss. xxx-xx-0341*

*Puertas del Sol, calle Luna 50*

*Fajardo, PR 00738*

*Tel. 787-430-3678*

*Email: zahirarw@yahoo.com*

*zrodriguez@justicia.pr.gov*