**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

26 de noviembre de 2019

**Agencia: 148 - DEPARTAMENTO DE JUSTICIA**

ZAHIRA RODRIGUEZ WALKER
PUERTAS DEL SOL
CALLE LUNA # 50
FAJARDO, PR 00738

Seguro Social: XXX-XX-0341

A base de la información en nuestros registros, al 26 de noviembre de 2019 usted posee:

Fecha de Nacimiento: 01 de febrero de 1975
Fecha de Ingreso al Servicio Público: 09 de mayo de 2000
Fecha de Comienzo de Cotización: 09 de mayo de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 12.09 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.33 |
| | | Aportaciones: | 32,256.00 | Aportaciones: | 16,346.40 |
| | | Intereses: | 7,385.94 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 23,542.21 | | |
| Tiempo: | 0.00 | Intereses: | 149.38 | | |
| **Balance Acumulado:** | 0.00 | Total Aportaciones: | 63,333.53 | Total Aportaciones: | 16,346.40 |
| Beneficio: | 0.00 | Beneficio: | 278.67 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED AMOU |
|---|---|---|---|---|---|---|
| 1 | RODRIGUEZ VIRUET, DIANNETTE<br>HC 5 BOX 92406<br>ARECIBO, PR 00612 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89343 | |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtor

| 2 | RODRIGUEZ VIRUET, DIANNETTE<br>HC 5 BOX 92406<br>ARECIBO, PR 00612 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 102821 | $ 3 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determ whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 3 | RODRIGUEZ WALKER, ZAHIRA<br>PUERTAS DEL SOL<br>CALLE LUNA 50<br>FAJARDO, PR 00738 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1674 | $ 13 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtor

| 4 | RODRIGUEZ ZAPATA, REBECCA<br>80 COND BALCONES DE MONTE REAL<br>APT 8202<br>CAROLINA, PR 00987 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64388 | Undeti |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtor

| 5 | RODRIGUEZ ZAYAS, ERIKA<br>HC 72 BOX 3766-47<br>CEDRO ARRIBA<br>NARANJITO, PR 00719 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84162 | $ 2 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtor

| 6 | RODRIGUEZ ZAYAS, FERNANDO<br>HC-04 BOX 8022 - JUAN<br>JUANA DIAZ, PR 79596 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78656 | Undeti |

## Zahira Rodríguez Walker

| | |
|---|---|
| **From:** | Zahira Rodríguez Walker |
| **Sent:** | Wednesday, December 18, 2019 9:06 AM |
| **To:** | PRClaimsInfo@primeclerk.com |
| **Cc:** | Zahira Rodríguez Walker; zahirarw@yahoo.com |
| **Subject:** | ZAHIRA RODRIGUEZ WALKER- Num. Recl.: 1674 URGENTE |
| **Attachments:** | 20191218075155400.pdf |

Buenos Días:

Se incluye Formulario cumplimentado de información solicitada para procesar mi reclamo incluyendo un anejo de Certificación de Estado de Cuenta Estimado de balance de mis aportaciones al Sistema de Retiro desde mayo del 2000 al 26 de noviembre de 2019 con balance de $79,958.60 incluyendo el total bajo Ley 3 y bajo Ley 106 según indica la certificación.

Aclaro que nunca recibí el envío de esta solicitud de información ni formulario alguno antes del día de ayer 17 de diciembre de 2019 ni a mi correo regular ni a mi correo electrónico. Por esta razón es que se contesta ahora que fue cuando advine en conocimiento por el envío de ayer del formulario. Por esta razón solicito se no se objete mi solicitud de reclamación a los deudores por la cantidad de $79,850.60 y que permanezca como cantidad adeudada por el Gobierno de PR a esta servidora.

Muchas Gracias.


ZAHIRA RODRIGUEZ WALKER
PROCURADORA DE MENORES /FISCAL-FISCALIA DE FAJARDO
415 AVE MARCELINO GOTAY,FAJARDO,PR 00738
TEL.787-430-3678



-----Original Message-----
From: Zahira Rodriguez [mailto:zrodriguez@justicia.pr.gov]
Sent: Wednesday, December 18, 2019 8:52 AM
To: Zahira Rodríguez Walker
Subject: Message from "RNP002673BF1F77"

This E-mail was sent from "RNP002673BF1F77" (MP 2554).

Scan Date: 12.18.2019 07:51:55 (-0500)


[Mail Logo]

---

1

*Número de Evidencia de Reclamación:* 1674
*Reclamante*: **RODRIGUEZ WALKER, ZAHIRA**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $79,958.60

Batch 2



99012340034509

*Número de Evidencia de Reclamación*: 16714
*Reclamante*: RODRIGUEZ WALKER, ZAHIRA

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Departamento de Justicia_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_Desde 9-mayo-2000 al presente_

3(c). Últimos cuatro dígitos de su número de seguro social: _0341_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _Se aneja Estado de Cuenta Estimado de los balances por Concepto de Aportación Individual y Años Servicio en Sistema de Retiro del Gobierno de P.R._

4. <u>Acción legal</u>. ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:



*Número de Evidencia de Reclamación:* 1674
*Reclamante:* **RODRIGUEZ WALKER, ZAHIRA**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

**Batch 2** 3

