UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

  as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
Debtors. :

---

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

as representative of : Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF :
THE GOVERNMENT OF THE COMMONWEALTH :
OF PUERTO RICO, :

Debtor. :

---

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

**TO THE HONORABLE COURT:**

    **COMES NOW**, ERNESTO L. RAMIREZ TORRES, "PRO-SE", and respectfully states and prays as follows:

    1.    Appearing co-defendant was served with a summons and copy of the complaint.

    2.    The Appearing Party has attempted to keep informed of the case status, stay, and orders.

    3.    The appearing party ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation

of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

4. Nonetheless, the appearing co-defendant learned about the November 18th., 2019 deadline to file notice of participation after the expiration of said term. Respectfully, this was due "excusable neglect" since the *Order Granting Urgent Joint Motion to Modify Order Regarding Stay and Mandatory Mediation with Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "Scheduling Order") was received by e-mail from an unknown sender and inadvertently disregarded as junk and unread.

5. As I have become aware of the content of the Order, I have acted "expeditiously and in good faith" to get the motion submitted. This action does not cause any prejudiced to other parties. My mistake was inadvertent and as promptly as possible I am filing the notice of participation.

6. I respectfully request from the Court to take notice of the above explained and rule that there has been a showing of good cause and my notice of participation in the ERS procedures will be permitted.

7. If permitted and to ensure full participation rights in the litigation of the Claim Objections, I'm providing all the information requested:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information:** | **Counsel Contact Information (if any)** |
|---|---|
| | N/A |
| Ernesto L. Ramírez Torres | Firm Name (if applicable) |
| Participant Name | |
| N/A | Contact Person |
| Contact Person (if Participant is not an individual) | |
| | Email Address |
| elrtorres@hotmail.com | Address line 1 |
| Email Address | |
| Urbanización La Rambla | Address line 2 |
| Address line 1 | |
| 1759 Siervas de María | City, State Zip Code |
| Address line 2 | |
| Ponce, PR 00730-4074 | Country |
| City, State Zip Code | |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

CUSIP Numbers: 29216MBL3 and 29216MAC4

(b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or **NO** please **circle one**).

By: _[signature]_
Signature

_____
Print Name

_____
Title (if Participant is not an Individual)

_____
Date