Ernesto L. Ramírez Torres
Urb. La Rambla
1759 Siervas de María
Ponce, Puerto RIco 00730-4074



SAN JUAN PR 009

20 DEC 2019 PM 1 L

The Clerk of the United States District Court for the
District of Puerto RIco
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto RIco 00818-1767

00918-170625