UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

   Debtors.

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

RECEIVED & FILED
2019 DEC 27 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

[Response to Docket #9639 and #9638]

**RESPONSE OF INDIVIDUAL BONDHOLDER TO ORDER PARTIALLY AMENDING ORDER ADDRESSING THE FILING OF AN AMENDED REPORT BY THE MEDIATION TEAM**

Dated: December 24, 2019

Peter C. Hein, pro se, submits this Response to Docket#9639 and #9638.

Hein is not objecting to changing the date for filing an Amended Report to February 10, 2020, changing the date for responses thereto to February 21, 2020, and changing the date for hearing matters in connection with the Amended Report to March 4, 2020. However, Hein's non-objection to these changes in dates is without prejudice to Hein's continuing overarching objections to the Court's stay orders and to the use of mediation instead of adjudication to resolve issues in this matter. Hein maintains, asserts and does not waive his previously-noted objections, including those in his filing at Docket#9508 (and his other filings and statements on the record cited therein), and including but not limited to his position in Point I.G of #9508 that if confidentiality restrictions are maintained by Court order, then there should be no use of, or references of any nature to, the mediation process or what occurs in the mediation process in any court filings and proceedings.

December 24, 2019

                                                Respectfully Submitted,

                                                */s/ Peter C. Hein*

                                                Peter C. Hein, Pro Se
                                                101 Central Park West, Apt. 14E
                                                New York, NY 10023
                                                petercheinsr@gmail.com