Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023





US POSTAGE
12/24/2019
From 10019
0 lbs 5 ozs
Zone 7

Pitney Bowes  026W0004897254
ComPlsPrice
NO SURCHARGE  2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 12/27/2019

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

**USPS TRACKING #**



9405 5098 9864 2822 1158 22