UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOCKET ENTRY NO. 9677)

        The Court has received and reviewed the *Motion for Relief from the Automatic Stay [Pursuant] to PROMESA's Sections 4, 7, 301(c)(3), 304(h), Department of Health and Human Services Administrative Order ACYF-CB-PI-18-03, Child Abuse Prevention and Treatment Act (CAPTA), Bankruptcy Code's Sections 362(b)(4), (d)(1)* (Docket Entry No. 9677 in Case No. 17-3283, the "Lift Stay Motion"), filed by Centro de Orientación y Ayuda Psiquiátrica, Inc. (the "Movant"). Opposition papers to the Lift Stay Motion must be filed by

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**January 15, 2020**.  Movant's reply papers must be filed by **January 22, 2020**.  The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing.

    SO ORDERED.

Dated:  January 2, 2020

                                                              /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge