In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | | |
| 1 | Brattle Group, Inc., The [Dkt. No. 8177] | 3/25 - 5/31/2019 | $ 682,490.92 | $ 4,518.52 | $ 1,625.67 | $ - | $ 677,972.40 | | $ 1,625.67 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 2 | Paul Hastings LLP [Dkt. No. 8004] | 2/1 - 5/31/2019 | $ 8,183,931.00 | $ 341,806.88 | $ 182,540.62 | $ 227.93 | $ 7,842,124.12 | FN1 | $ 182,312.69 |

**FN1** - The Fee Examiner recommends that, for the sixth interim fee period, and only this period, the stipulated fee reductions identified on this Exhibit, other than $145,627.04, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $8,038,303.96 (i.e., $8,183,931.00 minus the aforementioned credit of $145,627.04) for services rendered during the Compensation Period.