## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** January 2, 2020

BK Case: 17-3283-LTS
Related USCA Cases: 19-2231

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:** **VOLUMES:**

**Docket Entry 9537: AMENDED NOTICE OF APPEAL Re: Docket # 9279, # 9352    I**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

                        Maria Antongiorgi-Jordan, Esq.
                        Clerk of the Court

                        S/ Marian B. Ramirez-Rivera
                        Marian B. Ramirez-Rivera
                        Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk