UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

--------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BULDINGS
AUTHORITY,
               Debtor.

--------------------------------------------------------x

| | |
|---|---|
| PROMESA | |
| Title III | |
| | |
| No. 17 BK 3283-LTS | |
| | |
| (Jointly Administered) | |

| | |
|---|---|
| PROMESA | |
| Title III | |
| | |
| No. 19 BK 5523-LTS | |

ORDER SCHEDULING BRIEFING OF URGENT MOTION OF THE PUERTO
RICO BUILDINGS AUTHORITY FOR AN ORDER (1) FURTHER EXTENDING THE DATE
TO FILE CREDITOR MATRIX AND (2) EXTENDING THE DATE TO FILE CREDITOR LIST

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Urgent Motion of the Puerto Rico Buildings Authority for an Order (1) Further Extending the Date to File Creditor Matrix and (2) Extending the Date to File Creditor List* (Docket Entry No. 26 in Case No. 19-5523 and Docket Entry No. 9715 in Case No. 17-3283, the "Motion") filed by the Puerto Rico Public Buildings Authority ("PBA").

Opposition papers to the Motion, if any, must be filed by **January 14, 2020 at 5:00 p.m. (Atlantic Standard Time)**.  PBA's reply papers must be filed by **January 17, 2020 at 5:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: January 7, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge