IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT | Adv. Proc. No. 19-00356 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, ) ) ) )| |
| and ) )| |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), ) ) ) ) ) )| |
| as co-trustees of ) )| |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, ) ) ) )| |
| Plaintiff, ) ) )| |
| v. ) )| |
| DEFENDANT 1M, *et al.*, ) )| |
| Defendants. ) ) ) )| |
| ──────────────────────────── ) )| |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, ) ) ) ) ) ) ) )| Adv. Proc. No. 19-00357 (LTS) |
| and ) ) )| |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), ) ) ) ) )| |
| as co-trustees of ) )| |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, ) ) ) )| |
| Plaintiff, ) ) )| |
| v. ) )| |
| STOEVER GLASS & CO., *et al.*, | |

2

|  |  |
|---|---|
| Defendant. | ) ) ) |
| | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) ) ) ) Adv. Proc. No. 19-00359 (LTS) |
| and | ) ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
| as co-trustees of | ) ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) |
| DEFENDANT 1H-78H, | ) ) |
| Defendants. | ) ) |
| | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) ) ) Adv. Proc. No. 19-00361 (LTS) |
| and | ) ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) |
| as co-trustees of | ) ) |

```
THE EMPLOYEES RETIREMENT SYSTEM OF THE  )
GOVERNMENT OF PUERTO RICO,               )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         )
DEFENDANT 1G-50G, et al.,                )
                                         )
        Defendants.                      )
                                         )
------------------------------------------------------------------ X
```

### JOINT URGENT MOTION PROPOSING OBJECTION DEADLINES
### AND HEARING DATE FOR MOTIONS TO COMPEL AND QUASH

To the Honorable United States District Court Judge Laura Taylor Swain and the Honorable United Stated Magistrate Judge Judith G. Dein:

The Official Committee of Unsecured Creditors (the "Creditors' Committee"),[2] the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee" and, together with the Creditors' Committee, the "Committees"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico (the "SCC" and, together with the FOMB, the "Government Parties"), certain groups of ERS bondholders represented by Jones Day and White & Case LLP (the "ERS Bondholder Groups" and, together with the Committees and the Government Parties, the "Parties") hereby file this *Urgent Joint Motion Proposing Objection Deadline and Hearing Date for Motions to Compel and Quash* (the "Motion"). In support of this Motion, the Parties respectfully state as follows:

1. The Parties are presently engaged in discovery related, among other things, to certain contentions concerning the validity of the ERS Bonds pursuant to a scheduling order

---

[2] The Creditors' Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

entered by Judge Swain on October 24, 2019. *See* ECF No. 687 in Case No. 17-bk-03566-LTS (the "Scheduling Order").

2. In accordance with the Scheduling Order, on January 3, 2020, the ERS Bondholder Groups filed the *Motion of Certain ERS Bondholders to Compel the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Provide Complete Answers to Interrogatories*, ECF No. 755 in Case No. 17-bk-03566-LTS (the "Bondholders' Motion"), and the Committees and Government Parties filed the *Urgent Motion of Committees and Government Parties to Compel Production of Documents from ERS Bondholders*, ECF No. 756 in Case. No. 17-bk-03566-LTS (the "Committees and Government Parties' Motion"). In addition, counsel for the Retiree Committee have stated that they intend to file later today, January 7, 2020, a motion to quash a deposition subpoena directed to Hector Mayol Kauffmann (the "Motion to Quash").

3. The Scheduling Order provided for the filing of motions to compel, but does not address the deadlines for the filing of oppositions and replies concerning those motions, and does not set a hearing date for those motions. After conferring, the Parties have agreed on the following proposed schedule, to apply to the Bondholders' Motion, the Committees and Government Parties' Motion, and the Motion to Quash (collectively, the "Discovery Motions"):

| Oppositions to Discovery Motions | Friday, January 10, 2020 |
| --- | --- |
| Replies in Support of Discovery Motions | Tuesday, January 14, 2020 |
| Proposed Hearing Date Before Judge Dein on Discovery Motions | Thursday, January 16, 2020 |

WHEREFORE, the Parties respectfully requests that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, and grant the Parties such other relief as is just and proper.

## **CERTIFICATION**

Pursuant to Local Rule 9013-1 and ¶ I.H of the Tenth Amended Case Management Order, the Parties hereby certify that they have (a) carefully examined the matter and concluded that there is a true need for an urgent hearing; (b) not created the urgency through any lack of due diligence; (c) made a bona fide effort to resolve the matter without a hearing; (d) made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court; and (e) contacted counsel to all affected parties, who have all consented to the relief requested herein.

*[Remainder of page intentionally left blank]*

Respectfully submitted in San Juan, Puerto Rico, today January 7, 2020.

| | |
|---|---|
| */s/ Alfredo Fernández-Martínez* | */s/ Geoffrey S. Stewart* |
| Alfredo Fernández-Martínez | Bruce Bennett (*pro hac vice*) |
| **DELGADO & FERNÁNDEZ, LLC** | **JONES DAY** |
| PO Box 11750 | 555 South Flower Street |
| Fernández Juncos Station | Fiftieth Floor |
| San Juan, Puerto Rico 00910-1750 | Los Angeles, CA 90071 |
| Tel. (787) 274-1414 | Tel. (213) 489-3939 |
| Fax: (787) 764-8241 | Fax: (213) 243-2539 |
| afernandez@delgadofernandez.com | bbennett@jonesday.com |
| USDC-PR 210511 | |
| | Benjamin Rosenblum (*pro hac vice*) |
| | **JONES DAY** |
| | 250 Vesey Street |
| | New York, New York 10281 |
| | Tel. (212) 326-3939 |
| | Fax: (212) 755-7306 |
| | brosenblum@jonesday.com |
| | |
| | Geoffrey S. Stewart (*pro hac vice*) |
| | Matthew E. Papez (*pro hac vice*) |
| | Sparkle L. Sooknanan (*pro hac vice*) |
| | **JONES DAY** |
| | 51 Louisiana Ave. N.W. |
| | Washington, DC 20001 |
| | Tel. (202) 879-3435 |
| | Fax: (202) 626-1700 |
| | gstewart@jonesday.com |
| | mpapez@jonesday.com |
| | ssooknanan@jonesday.com |

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P.*

| | |
|---|---|
| */s/ Alicia I. Lavergne-Ramírez* <br> José C. Sánchez-Castro <br> USDC-PR 213312 <br> jsanchez@sanpir.com <br><br> Alicia I. Lavergne-Ramírez <br> USDC-PR 215112 <br> alavergne@sanpir.com <br><br> **SÁNCHEZ PIRILLO LLC** <br> 270 Muñoz Rivera Avenue, Suite 1110 <br> San Juan, PR 00918 <br> Tel. (787) 522-6776 <br> Fax: (787) 522-6777 | */s/ Jesse L. Green* <br> Glenn M. Kurtz (*pro hac vice*) <br> John K. Cunningham (*pro hac vice*) <br> **WHITE & CASE LLP** <br> 1221 Avenue of the Americas <br> New York, NY 10036 <br> Tel. (212) 819-8200 <br> Fax (212) 354-8113 <br> gkurtz@whitecase.com <br> jcunningham@whitecase.com <br><br> Jason N. Zakia (*pro hac vice*) <br> Cheryl T. Sloane (*pro hac vice*) <br> Jesse L. Green (*pro hac vice*) <br> **WHITE & CASE LLP** <br> 200 S. Biscayne Blvd., Suite 4900 <br> Miami, FL 33131 <br> Tel. (305) 371-2700 <br> Fax (305) 358-5744 <br> jzakia@whitecase.com <br><br> *Counsel for Defendants Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund* |

| | |
|---|---|
| */s/ Luis F. del Valle-Emmanuelli*<br>Luis F. del Valle-Emmanuelli<br>USDC-PR No. 209514<br>P.O. Box 79897<br>Carolina, PR 00984-9897<br>Tel: (787) 977-1932<br>Fax: (787) 722-1932<br>dvelawoffices@gmail.com<br><br>OF COUNSEL FOR<br>A&S LEGAL STUDIO, PSC<br>434 Avenida Hostos<br>San Juan, PR 00918<br>Tel: (787) 751-6764 / 763-0565<br>Fax: (787) 763-8260<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* | */s/ Margaret A. Dale*<br>PROSKAUER ROSE LLP<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Jeffrey W. Levitan (*pro hac vice*)<br>Margaret A. Dale (*pro hac vice*)<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico as representative for the Debtors* |
| */s/ Juan J. Casillas Ayala*<br>CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq.<br>(USDC - PR 218312)<br>Israel Fernández Rodríguez, Esq.<br>(USDC - PR 225004)<br>Juan C. Nieves González, Esq.<br>(USDC - PR 231707)<br>Cristina B. Fernández Niggemann, Esq.<br>(USDC - PR 306008)<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075<br>Tel: (787) 523-3434<br>Fax: (787) 523-3433<br>jcasillas@cstlawpr.com<br>ifernandez@cstlawpr.com<br>jnieves@cstlawpr.com<br>cfernandez@cstlawpr.com | */s/ Luc A. Despins*<br>PAUL HASTINGS LLP<br>Luc A. Despins, Esq. (*pro hac vice*)<br>James R. Bliss, Esq. (*pro hac vice*)<br>James B. Worthington, Esq. (*pro hac vice*)<br>G. Alexander Bongartz, Esq. (*pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 318-6000 lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>alexbongartz@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>*/s/ John Arrastia*<br>**GENOVESE JOBLOVE & BATTISTA, P.A.**<br>John Arrastia, Esq. (*Pro Hac Vice*)<br>John H. Genovese, Esq. (*Pro Hac Vice*) |

| | |
|---|---|
| *Local Counsel to the Official Committee of Unsecured Creditors* | Jesus M. Suarez, Esq. (*Pro Hac Vice*)<br>Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131<br>Tel: 305-349-2300<br>jarrastia@gjb-law.com<br>jgenovese@gjb-law.com<br>jsuarez@gjb-law.com<br>mguitian@gjb-law.com<br><br>*Special Litigation Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| */s/ Sunni P. Beville*<br>BROWN RUDNICK LLP<br>Edward S. Weisfelner, Esq. (Pro Hac Vice)<br>Sunni P. Beville, Esq. (Pro Hac Vice)<br>Seven Times Square<br>New York, NY 10036<br>Tel.: (212) 209-4800<br>eweisfelner@brownrudnick.com<br>sbeville@brownrudnick.com<br><br>*Counsel to the Financial Oversight and Management Board, acting by and through the members of the Special Claims Committee*<br><br>-and-<br><br>*/s/ Alberto Estrella*<br>*/s/ Kenneth C. Suria*<br>ESTRELLA, LLC<br>Alberto Estrella (USDC-PR 209804)<br>Kenneth C. Suria (USDC-PR 213302)<br>P. O. Box 9023596<br>San Juan, Puerto Rico 00902–3596<br>Tel.: (787) 977-5050<br>Fax: (787) 977-5090<br><br>*Local Counsel to the Financial Oversight and Management Board, acting by and through the members of the Special Claims Committee* | |

| | |
|---|---|
| *Local Counsel to the Official Committee of Unsecured Creditors* | Jesus M. Suarez, Esq. (*Pro Hac Vice*)<br>Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131<br>Tel: 305-349-2300<br>jarrastia@gjb-law.com<br>jgenovese@gjb-law.com<br>jsuarez@gjb-law.com<br>mguitian@gjb-law.com<br><br>*Special Litigation Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| */s/ Sunni P. Beville*<br>BROWN RUDNICK LLP<br>Edward S. Weisfelner, Esq. (Pro Hac Vice)<br>Sunni P. Beville, Esq. (Pro Hac Vice)<br>Seven Times Square<br>New York, NY 10036<br>Tel.: (212) 209-4800<br>eweisfelner@brownrudnick.com<br>sbeville@brownrudnick.com<br><br>*Counsel to the Financial Oversight and Management Board, acting by and through the members of the Special Claims Committee*<br><br>-and-<br><br>*/s/ Alberto Estrella*<br>*/s/ Kenneth C. Suria*<br>ESTRELLA, LLC<br>Alberto Estrella (USDC-PR 209804)<br>Kenneth C. Suria (USDC-PR 213302)<br>P. O. Box 9023596<br>San Juan, Puerto Rico 00902–3596<br>Tel.: (787) 977-5050<br>Fax: (787) 977-5090<br><br>*Local Counsel to the Financial Oversight and Management Board, acting by and through the members of the Special Claims Committee* | |

JENNER & BLOCK LLP

By:

*/s/ Robert Gordon*

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

*/s/ A.J. Bennazar-Zequeira*

A.J. Bennazar-Zequeira
Edificio Union Plaza
Office 1701
416 Avenida Ponce de León
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>         as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>         Debtors.[3] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>         as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>         Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT | Adv. Proc. No. 19-00356 (LTS) |

---

[3] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, )<br>)<br>and )<br>)<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )<br>)<br>as co-trustees of )<br>)<br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT 1M, *et al.*, )<br>)<br>Defendants. )<br> | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, )<br>)<br>and )<br>)<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )<br>)<br>as co-trustees of )<br>)<br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STOEVER GLASS & CO., *et al.*, | Adv. Proc. No. 19-00357 (LTS) |

2

| | |
|---|---|
| Defendant. | ) <br> ) <br> ) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, <br><br> and <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), <br><br> as co-trustees of <br><br> THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, <br><br> Plaintiff, <br><br> v. <br><br> DEFENDANT 1H-78H, <br><br> Defendants. | Adv. Proc. No. 19-00359 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, <br><br> and <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), <br><br> as co-trustees of | Adv. Proc. No. 19-00361 (LTS) |

3

```
THE EMPLOYEES RETIREMENT SYSTEM OF THE  )
GOVERNMENT OF PUERTO RICO,               )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         )
DEFENDANT 1G-50G, et al.,                )
                                         )
        Defendants.                      )
                                         )
------------------------------------------ X
```

### [PROPOSED] ORDER GRANTING URGENT JOINT MOTION PROPOSING OBJECTION DEADLINES AND HEARING DATE FOR MOTIONS TO COMPEL AND QUASH

Upon consideration of the *Urgent Joint Motion Proposing Objection Deadlines and Hearing Date for Motions to Compel and Quash* (the "Motion"), and the Court having found and determined that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 502 of the Bankruptcy Code as incorporated by section 301 of PROMESA and Bankruptcy Rule 3007, as incorporated by section 310 of PROMESA; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) based on the statements and arguments made in the Motion, the relief requested in the Motion is in the best interest of ERS, the Commonwealth and their creditors; and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby ORDERED THAT:

1. The relief requested in the Motion is GRANTED to the extent set forth herein.

2. The briefing schedule for the Discovery Motions (as defined in the Motion) is as follows. Opposition papers to the Discovery Motions shall be filed by **January 10, 2020**. Replies in support of Discovery Motions shall be filed by **January 14, 2020**.

3. The Discovery Motions are set for a hearing before Judge Dein in Boston on **January 16, 2020 at _____ [a.m./p.m.]**.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

SO ORDERED

Dated:

                                                                    _____
LAURA TAYLOR SWAIN
United States District Judge