**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------------- x
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :   Title III
                                                          :
          as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,                   :   (Jointly Administered)
                                                          :
          Debtors.¹                                       :
------------------------------------------------------------------------- x
```

**JOINDER OF RETIREE COMMITTEE TO CLAIM OBJECTIONS AS TO HOLDERS
OF CERTAIN GO BONDS AND PBA BONDS**

The Official Committee of Retired Employees of Puerto Rico (the "**Retiree Committee**")

hereby joins the: (1) *Omnibus Objection of (I) Financial Oversight and Management Board,*

*Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured*

*Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claim Filed*

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds* (Dkt. 4784); (2)

*Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code*

*Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain 2011*

*Commonwealth General Obligation Bonds* (Dkt. 7057); and (3) *Omnibus Objection of Official*

*Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy*

---

[1]   The Debtors in these jointly-administered PROMESA title III cases (these "Title III"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority  (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authority Bonds* (Dkt. 8141).

The Retiree Committee files this joinder to ensure its ability to participate in the briefing schedule established by that certain *Interim Case Management Order* (Dkt. 9619) (the "Order") regarding the Claim Objections (as that term is defined in the Order). The Retiree Committee further reserves its right to later join the *Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserts by the PBA, Holders of PBA Bonds, and Holders of Certain Commonwealth GO Bonds* (Dkt. 6099) and/or the *Omnibus Objection of the Lawful Constitutional Debt Coalition, Pursuant to Bankruptcy Code Section 502, and Bankruptcy Rule 3007, To Claims Filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth* (Dkt. 9730).

Dated: January 8, 2020

JENNER & BLOCK LLP

By:

*/s/ Robert Gordon*

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

*/s/ A.J. Bennazar-Zequeira*

A.J. Bennazar-Zequeira
Edificio Union Plaza
Office 1701
416 Avenida Ponce de León
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

2