Caso número: 17BK03283-LTS Commonwealth of Puerto Rico
PROMESA, Título III
Claim # 50248
Ivett S. Matos

17 diciembre 2019

A quien pueda interesar:

Recientemente recibí el manual: Financial Oversight and Management Board for Puerto Rico. El manual dice que el 26 de noviembre de 2019 era la fecha límite para responder. ¿Cómo es posible? si yo recibí el manual el 12 de diciembre.

Yo aparezco en la página 141 el número 1923 y también en la página 162. Alegadamente la reclamación es de $2000.00, pero he visto que hay otros deudores con unas cantidades exhorbitantes.

Deseo se me considere para procesar estos documentos y continuar la demanda.

Hablé con el Sr. Raúl Andrades y este me indicó que aunque había pasado la fecha, que como quiera respondiera que todas se procesaban.

Actualmente cambié de residencia. Mi nueva dirección es:

5115 N Socrum Loop Road Apt 441
Lakeland, FL 33809-4283

Agradezco la atención que ustedes me puedan ofrecer en este asunto.

Atentamente,
Matos

copia a:
O'NEILL & BORGES LLC
PROSKAUER ROSE LLP

Case number 17BK03283-LTS Commonwealth of Puerto Rico

Claim # 50248

Promesa, Title III

Ivett S. Matos
140 Glendale St Apt 306
Lakeland, FL 33803 → former address

Ivett S. Matos
5115 N. Socrum Loop Road Apt 441
Lakeland, FL 33809-4283 → new address