Scott Nieto
5115 N. Socrum Loop Rd
Apt 441
Lakeland, FL 33809

SAINT PETERSBURG FL
26 DEC 2019 PM 3 L

RECEIVED
2020 JAN -2 P 4:16

Secretaría
Tribunal del Distrito de los EU
Room 150 Federal Building
San Juan, PR 00918-1767