27 de diciembre de de 2019

PRIME CLERK LLC
GRAND CENTRAL STATION
PO BOX 4850
NEW YORK, NEW YORK

SISTEMA SALARIAL NUMERO DE RECLAMACION 31902 PRESENTACION 5/29/2018
RETIRO            NUMERO DE RECLAMACION 25158 PRESENTACION 5/29/2018

LEY 1 30 DE 30 DE JUNIO DE 2013
LEY 3 3 DE JUNIO DE 2017
LEY 106

OBJECION A lA DECISION TOMADA Y SE RECLAMA $75,000.00.ADJUNTO EVIDENCIA

Sin más sobre el particular reiterándome a su orden.

Atentamente,

Sra. Alma Irizarry

RECEIVED
2020 JAN -2 P 4: 17

RECEIVED & FILED
CLERK'S OFFICE
JAN - 2 2020
US DISTRICT COURT
SAN JUAN, PR