

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

11 de octubre de 2019

Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

ALMA I IRIZARRY TORRES
URB VISTA AZUL
V14 CALLE 25
ARECIBO, PR 00612

Seguro Social: XXX-XX-1682

A base de la información en nuestros registros, al 11 de octubre de 2019 usted posee:

Fecha de Nacimiento: 27 de julio de 1955
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

Género: Femenino

| Ley 1 al 30 de junio de 2013 | Ley 3 - 2013 al 30 de junio de 2017 | Ley 106 |
|---|---|---|
| Años Acreditados: 17 | Tiempo Trabajado: 4 | Tiempo Trabajado: 2.25 |
|  | Aportaciones: 11,379.40 | Aportaciones: 5,582.59 |
|  | Intereses: 918.81 | Intereses: 0.00 |
|  | Gastos Teneduría: 0.00 | Gastos Teneduría: 0.00 |
| Servicio No Cotizado: |  |  |
| Pagado: 53.13 |  |  |
| Tiempo: 0.00 |  |  |
| Balance Acumulado: 37,517.57 | Total Aportaciones: 12,298.21 | Total Aportaciones: 5,582.59 |
| Beneficio: 580.89 | Beneficio: 78.81 | Beneficio: 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

1

10/18/2019, 8:40 AM



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

26 de diciembre de 2019

Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

ALMA IRIZARRY TORRES
URB VISTA AZUL
V14 CALLE 25
ARECIBO, PR 00612

Seguro Social: XXX-XX-1682

A base de la información en nuestros registros, al 26 de diciembre de 2019 usted posee:

Fecha de Nacimiento: 27 de julio de 1955
Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

| Ley anterior al 30 de junio de 2013 | | Ley 3 - 1ro de julio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 17.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $30,611.93 | Aportaciones: | $11,379.40 |
| Intereses: | $6,852.51 | Intereses: | $918.81 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $37,517.57 | Total Aportaciones: | $12,298.21 |
| SNC Pagado: | $53.13 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 - PO Box 42003 San Juan, P.R. 00940-2203
787 754 4545 - www.retiro.pr.gov



# GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

RE: ALMA IRIZARRY TORRES
URB VISTA AZUL
V14 CALLE 25
ARECIBO, PR 00612

Seguro Social: XXX-XX-1682

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE SUSTENTO PARA MENORES |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $49,762.65 |

Esta certificación fue emitida el 26 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122646144323

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003, San Juan, PR 00940-2203
787.754.4545 · www.retiro.pr.gov