Sra: Alma Irizarry Jous
V-14 Calle 25
Urb. Vista Azul
Arecibo, P.R. 00612

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED 2020 JAN -2 P 4:17