27 de Diciembre de 2019

A quien pueda inteesar:

Yo Osvaldo Merced Clemente, mayor de edad y residente de Urb. Forest Hills Calle 14 Casa 121 Bayamon, P.R. 00956. Certifico por este medio que labore en la Administracion de Servicios Generales por espacio 32 años.

El 30 de Julio de 2019 me retire y recibo un salario diferido por el trabajo y no por el Sistema de Retiro el cual entraría en vigor a mis 62 años en donde se acomulo la cantidad de $53,355.02 entonces empezaría a recibir la Pension.

De necesitar alguna otra información estoy a sus disposición.

Cordialmente,

*[firma]*
Sr. Osvaldo Merced Clemente