Osvaldo Merced Clemente
Urb-Forest Hill-Calle-14
Casa-131-Bayamon-00959.P.R.

Secretaria
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan.00918-1767