

## DEPARTAMENTO DE EDUCACION
### ESTADO LIBRE ASOCIADO DE PUERTO RICO

Secretaria Auxiliar de Recursos Humanos
PRELIMINAR: Informe de Cambios - Personal Docente

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre | MILDRED ROSADO SANCHEZ | |
| 2. Número de Seguro Social | REDACTED 7590 | |
| 3. Lugar de Nacimiento | HUMACAO | |
| 4. Fecha Nacimiento | 16 DE MAYO 1967 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | MA | |
| 8. Experiencia | | |
| 9. Status | PERMANENTE | |
| 10. Sueldo Bruto | $2,870.00 | |
| 11. Numero Puesto | R-92665 | |
| 12. Categoria del Puesto | MA BIBLIOTECARIO | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | | |
| 15. Fecha de efectividad | 9 DE DICIEMBRE DE 2016 | |
| 16. Acción | RENUNCIA | |
| 17. Duracion | | |
| 18. Causa del Cese | | |
| 19. Ultimo dia de Trabajo | | |
| 20. Ultimo dia de Pago | | |
| 21. Prog Escolar, Nivel/Grado | | |
| 22. Turno en Registro | | |
| 23. Tipo de Registro | | |
| 24. Distrito Escolar/Municipio | LAS PIEDRAS/LAS PIEDRAS | |
| 25. Escuela | LEONCIO MELENDEZ | |
| 26. Dirección Postal | PO BOX 1332 LAS PIEDRAS, P.R 00771 | |
| OBSERVACIONES: | | |

28. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso

29 Deseo: _____ Acogerme _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso Cambio de contrato a probatorio o permanente.

Firma del empleado        Fecha
30. Recomendado

Firma del empleado        Fecha
31. Recomendado

Director de escuela       Fecha
32. Aprobado por: El Secretario de Educación o su Representante.

Director de escuela       Fecha

Firma                     Fecha

Si el nombramiento es con status transitorio provisional, el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rosado Sanchez, Mildred | 69110 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rosado Sanchez, Mildred | 69110 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000765