

Wildred Rosado Sánchez
P.O. Box 1332
Las Piedras P.R. 00771-1332

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
JAN - 2 2020
US DISTRICT COURT
SAN JUAN, PR

RECEIVED 2020 JAN -2 P 4:17