i.  Mildred Rosado Sánchez ( S.S. # 7590)
    P. O. Box 1332
    Las Piedras, Puerto Rico 00771-1332
    Te. 787-373-7771
    mildredsofia7@yahoo.com

(ii)  Asunto: Junta de Supervisión y administración financiera para Puerto Rico
      Representante de ELA
      PROMESA, Titulo III
      Numero 17 BK 3283-LTS
      (Administrada conjuntamente)
      La presente radicación guardad relación con el ELA y el SER

(iii) Trabajé desde septiembre de 2001 hasta diciembre 2016 para el Departamento de Educación de Puerto Rico como maestra. Entiendo que no fui honrada salarialmente.
      La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el ELA de PR, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el ELA de PR, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación valida contra el ELA de PR o cualquiera de los otros deudores en virtud del Titulo III. Numero de los casos. 17BK 03283-LTS Claim #/ ~~59074~~ / ~~50975~~ / ~~65989~~/ ~~61318~~). R. 67886
      Leyes:
      Ley 96- Costo dividido (1ro de julio de 2002)
      Ley 164 – Sila Calderon
      Ley 180 – Pension Retiro y prestación de servicios
      Ley de escala salarial por servicios
      Ley de carrera magisterial
      Ley de mejoramiento profesional

Mildred Rosado Sánchez
26 de noviembre de 2019

RECEIVED & FILED
CLERK'S OFFICE
JAN 02 2020
US DISTRICT COURT
SAN JUAN, PR

RECEIVED 2020 JAN -2 P 4:16