

FOREVER US

SAN JUAN PR 009

30 DEC 2019 PM 2 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building.
San Juan, P.R. 00918-1767.

Mildred Rosado Sánchez
P.O. Box 1332
Las Piedras, P.R. 00771-1332

AM 1 2 3 4 5 6 7 8 9 10 11 12 PM
RECEIVED & FILED
CLERK'S OFFICE

JAN - 2 2020

AM 1 2 3 4 5 6 7 8 9 10 11 12 PM
US DISTRICT COURT
SAN JUAN, PR

2020 JAN - 2 P 4:5 16

RECEIVED

0584816555

67886