A: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Num. del Caso: 17 BK 3283-LTS
Junta de Supervisión Fiscal y ELA de Puerto Rico
Relativo al ELA, La ACT y SRE
Reclamación contra el S.R.E.

DE: Luis S Montañez Reyes
Condominio Altos del Escorial
515 Blvd. Media Luna #1501
Carolina, P.R. 00987-5063
Tel. 787-671-0444
Cuenta en UBS Financial #JX-049414
Num. de Reclamación del Caso - 1120
(3624 - Está duplicada)

Réplica a la Centésima Vigésima Primera Objeción Global Referente a dicho caso.

Los fondos "Close End Tax Free", establecidos por UBS Financial y otras firmas de corretaje con la aprobación del Gobierno de Puerto Rico tenían el propósito de promover y atraer la inversión de puertorriqueños en los mismos. Los fondos se diseñaron como un vehículo para canalizar y mercadear bonos y valores del Gobierno de Puerto Rico y otras entidades, como el Sistema de Retiro de los Empleados Públicos, Corporaciones Públicas, COFINA y otros.

Empleados Públicos, Pensionados, Cooperativas y otros individuos adquirimos estos bonos, confiando en la buena fé y la garantía constitucional del Estado. El Gobierno tiene una responsabilidad

DEUDORA CON TODOS LOS INDIVIDUOS QUE INVERTIMOS NUESTROS AHORROS EN DICHOS INSTRUMENTOS.

DE UNA INVERSIÓN TOTAL de $307,265 EN TRES DE DICHOS FONDOS — P.R. TAX FREE FUND, AAA PORTOFOLIO BOND FUND y EL P.R MORTGAGE BACKED & AND U.S. SECURITIES FUND — ESTAMOS RECLAMANDO LA SUMA DE $63,535 MAS LOS INTERES Y DIVIDENDOS ACUMULADOS DESDE EL 2012 Y NO PAGADOS; BASADO EN EL PORCENTAJE DE INVERSIÓN QUE CORRESPONDE AL S.R.E del TOTAL DEL PORTOFOLIO, APLICADO A LO INVERTIDO EN NUESTRA CUENTA.

SE PRESENTAN LOS EXHIBITS SIGUIENTES COMO EVIDENCIA DE LA RECLAMACIÓN, CON LA SÚPLICA DE QUE LA MISMA SEA ACEPTADA.

EXHIBIT-1
- SHOWS OUR ACCOUNT NO. AT UBS FINANCIAL;
- OUR INVESTMENT IN ① P.R MORTGAGE BACKED & U.S SECURITIES FUND; P.R. AAA BOND FUND, & TAX FREE P.R FUND.
- LOSS IN OUR INVESTMENT AS of NOV/19

EXHIBIT-2
STATEMENT FROM U.B.S THAT SUMMARIZES OUR INVESTMENT IN MENTIONED FUNS.

EXHIBIT-3
SHOWS THE E.R.S. PARTICIPATION IN THE TAX FREE FUND, of WHICH WE HOLD .1085% IN OUR ACCOUNT.

EXHIBIT-4
SHOWS THE PARTICIPATION of THE P.R. MORTGAGE + USA BACKED SECURITIES FUND, of WHICH WE HOLD .2803% IN ERS BONDS IN OUR ACCOUNT.

EXHIBIT-5

SHOWS THE ERS PARTICIPATION IN THE AAA PORTOFOLIO BOND FUND, of WHICH WE HOLD .0243% IN OUR ACCOUNT

RESPETUOSAMENTE SOMETIDO
30 DE DIC de 2019

LUIS S. MONTAÑEZ REYES (POR DERECHO PROPIO)