

| | | |
|---|---|---|
| Resource Management Account<br>November 2019 | Account name: LUIS MONTANEZ AND<br>Account number: REDACTED4 04 | Your Financial Advisor:<br>LOPEZ WEALTH MANAGEMENT GROUP<br>787-250-3600/800-221-9825 |

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* may include available cash balances, UBS Bank USA deposit account balances, UBS FDIC Insured Program Bank Balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

See the *Important information about your statement* at the end of this document for details about those balances.

UBS Bank USA and all UBS FDIC Insured Program Bank deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.

| Holding | Opening balance on Nov 1 ($) | Closing balance on Nov 29 ($) | Price per share on Nov 29 ($) | Average rate | Dividend/Interest period | Days in period | Cap amount ($) |
|---|---|---|---|---|---|---|---|
| UBS BANK USA DEP ACCT | 0.05 | 0.05 | | | | | 500,000.00 |

## Fixed income

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Nov 29 ($) | Value on Nov 29 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO MORTGAGE-BACKED & US GOVT SECURITIES FD INC | | | | | | | | | |
| Trade date: Jul 16, 12 | 13,227.000 | 10.250 | 135,581.39 | 135,581.39 | 2.540 | 33,596.58 | -101,984.81 | | LT |
| Trade date: Jul 19, 12 | 2,057.000 | 10.252 | 21,114.15 | 21,114.15 [2] | 2.540 | 5,224.78 | -15,889.37 | | LT |

continued next page



## UBS

**Resource Management Account**
November 2019

Account name: LUIS MONTANEZ AND REDACTED
Account number: REDACTED

Your Financial Advisor:
LOPEZ WEALTH MANAGEMENT GROUP
787-250-3600/800-221-9825

### Your assets › Fixed income › Closed end funds & Exchange traded products (continued)

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Nov 29 ($) | Value on Nov 29 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Total reinvested | 1,728.000 | 8.044 | | 13,900.33 ² | 2.540 | 4,389.12 | -9,511.21 | | |
| EAI: $1,786 Current yield: 4.13% | | | | | | | | | |
| Security total | 17,012.000 | 10.028 | 156,695.54 | 170,595.87 | | 43,210.48 | -127,385.39 | -113,485.06 | |
| PUERTO RICO AAA PORTFL BOND FUND INC | | | | | | | | | |
| Trade date: Jan 22, 13 | 437.000 | 10.961 | 4,790.26 | 4,790.26 | 6.000 | 2,622.00 | -2,168.26 | | LT |
| Total reinvested | 14.000 | 11.880 | | 166.33 ² | 6.000 | 84.00 | -82.33 | | |
| EAI: $135 Current yield: 4.99% | | | | | | | | | |
| Security total | 451.000 | 10.990 | 4,790.26 | 4,956.59 | | 2,706.00 | -2,250.59 | -2,084.26 | |
| TAX-FREE PUERTO RICO FUND | | | | | | | | | |
| Trade date: Jul 16, 12 | 9,015.000 | 10.200 | 91,957.68 | 91,957.68 | 2.960 | 26,684.40 | -65,273.28 | | LT |
| Trade date: Jul 17, 12 | 240.000 | 10.200 | 2,448.00 | 2,448.00 | 2.960 | 710.40 | -1,737.60 | | LT |
| Trade date: Jul 17, 12 | 152.000 | 10.234 | 1,562.56 | 1,562.56 ² | 2.960 | 449.92 | -1,112.64 | | LT |
| Trade date: Jul 18, 12 | 2,120.000 | 10.200 | 21,624.00 | 21,624.00 | 2.960 | 6,275.20 | -15,348.80 | | LT |
| Trade date: Jul 18, 12 | 200.000 | 10.200 | 2,040.00 | 2,040.00 | 2.960 | 592.00 | -1,448.00 | | LT |
| Trade date: Jul 18, 12 | 134.000 | 10.239 | 1,372.05 | 1,372.05 | 2.960 | 396.64 | -975.41 | | LT |
| Total reinvested | 1,107.000 | 9.673 | | 10,708.47 ² | 2.960 | 3,276.72 | -7,431.75 | | |
| EAI: $1,037 Current yield: 2.70% | | | | | | | | | |
| Security total | 12,968.000 | 10.157 | 121,004.29 | 131,712.76 | | 38,385.28 | -93,327.48 | -82,619.01 | |
| **Total** | | | **$282,490.09** | **$307,265.22** | | **$84,301.76** | **-$222,963.46** | **-$198,188.33** | |

Total estimated annual income: $2,958

² Value has been adjusted to include the amount of the disallowed loss as a result of a Wash Sale transaction.

### Your total assets

| | | Value on Nov 29 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Cash | Cash and money balances | 0.05 | | 0.05 | | |
| Fixed Income | Closed end funds & Exchange traded products | 84,301.76 | 100.00% | 307,265.22 | 2,958.00 | -222,963.46 |
| **Total** | | **$84,301.81** | **100.00%** | **$307,265.27** | **$2,958.00** | **-$222,963.46** |



**UBS**

Resource Management Account
November 2019

Account name: LUIS MONTANEZ AND
Account number: REDACTED

Your Financial Advisor:
LOPEZ WEALTH MANAGEMENT GROUP
787-250-3600/800-221-9825

## Your assets › Fixed income › Closed end funds & Exchange traded products (continued)

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Nov 29 ($) | Value on Nov 29 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Total reinvested | 1,728.000 | 8.044 | | 13,900.33 [2] | 2.540 | 4,389.12 | -9,511.21 | | |
| EAI: $1,786 Current yield: 4.13% | | | | | | | | | |
| Security total | 17,012.000 | 10.028 | 156,695.54 | 170,595.87 | | 43,210.48 | -127,385.39 | -113,485.06 | |
| PUERTO RICO AAA PORTFL BOND FUND INC | | | | | | | | | |
| Trade date: Jan 22, 13 | 437.000 | 10.961 | 4,790.26 | 4,790.26 | 6.000 | 2,622.00 | -2,168.26 | | LT |
| Total reinvested | 14.000 | 11.880 | | 166.33 [2] | 6.000 | 84.00 | -82.33 | | |
| EAI: $135 Current yield: 4.99% | | | | | | | | | |
| Security total | 451.000 | 10.990 | 4,790.26 | 4,956.59 | | 2,706.00 | -2,250.59 | -2,084.26 | |
| TAX-FREE PUERTO RICO FUND | | | | | | | | | |
| Trade date: Jul 16, 12 | 9,015.000 | 10.200 | 91,957.68 | 91,957.68 | 2.960 | 26,684.40 | -65,273.28 | | LT |
| Trade date: Jul 17, 12 | 240.000 | 10.200 | 2,448.00 | 2,448.00 | 2.960 | 710.40 | -1,737.60 | | LT |
| Trade date: Jul 17, 12 | 152.000 | 10.234 | 1,562.56 | 1,562.56 [2] | 2.960 | 449.92 | -1,112.64 | | LT |
| Trade date: Jul 18, 12 | 2,120.000 | 10.200 | 21,624.00 | 21,624.00 | 2.960 | 6,275.20 | -15,348.80 | | LT |
| Trade date: Jul 18, 12 | 200.000 | 10.200 | 2,040.00 | 2,040.00 | 2.960 | 592.00 | -1,448.00 | | LT |
| Trade date: Jul 18, 12 | 134.000 | 10.239 | 1,372.05 | 1,372.05 | 2.960 | 396.64 | -975.41 | | LT |
| Total reinvested | 1,107.000 | 9.673 | | 10,708.47 [2] | 2.960 | 3,276.72 | -7,431.75 | | |
| EAI: $1,037 Current yield: 2.70% | | | | | | | | | |
| Security total | 12,968.000 | 10.157 | 121,004.29 | 131,712.76 | | 38,385.28 | -93,327.48 | -82,619.01 | |
| **Total** | | | **$282,490.09** | **$307,265.22** | | **$84,301.76** | **-$222,963.46** | **-$198,188.33** | |

Total estimated annual income:  $2,958

[2] Value has been adjusted to include the amount of the disallowed loss as a result of a Wash Sale transaction.

## Your total assets

| | | Value on Nov 29 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Cash | Cash and money balances | 0.05 | | 0.05 | | |
| Fixed income | Closed end funds & Exchange traded products | 84,301.76 | 100.00% | 307,265.22 | 2,958.00 | -222,963.46 |
| **Total** | | **$84,301.81** | **100.00%** | **$307,265.27** | **$2,958.00** | **-$222,963.46** |