EXHIBIT #2

12/26/2019

JE03591 - Client Inquiry - Holdings for Account  **REDACTE** 1914 - 12/26/19 09:15:30

### Acct: JX04914

Home Voice 1: 787-762-2041

**Short Name:** MONTAN L/E  **Type:** RMA  **Status:** Active  **FA:** JX04  **Features:** HH,Premier

**Address:** LUIS MONTANEZ AND ESTHER MONTANEZ JTTEN
515 Boulevard Media Luna, Cond Altos del Escorial #1501
Carolina, PR 00987-5062

**Money Mgr:** N/A  **Objective:** Capital Appreciation  **Risk:** 1.Moderate 2.Aggressive/Speculative  **Activity as of:** 12/24/19

**Last Stmt:** 11/19

| Account Totals | Total Value | 82,036.67 | Money Funds / Bank Sweep | 58.41 | Funds Available | 58.41 | Today's Change | N/A |
|---|---|---|---|---|---|---|---|---|
| | Equity | 81,978.00 | Debit / Credit Balance | 0.00 | Buying Power | 0.00 | Gain Loss/Tax Rat | |

**Cash 0.07%**

| CUSIP/Symbol | Description | Quantity | Price | Value | Total Cost | Unrealized (Tax) G/L | %G/L | Yield | Tdy Chg | Avg Cost/ (Tax Lots) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 58.41 | 0.00 | 0.00 | 0.00% | | 0 | |
| | UBS BANK USA DEPOSIT ACCOUNT | | | 58.41 | | | | 0.050% | 0 | * (0) |

**Fixed Income 99.93%**

| CUSIP/Symbol | Description | Quantity | Price | Value | Total Cost | Unrealized (Tax) G/L | %G/L | Reinvested Dividends | Est Annual Income | Current Yield | Gain-Loss/ Inv Return | Avg Cost/ (Tax Lots) | S&P Rating | Next Call Date | Effective Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 81,978.26 | 307,265.22 | -225,286.96 | -73.32% | 23,197.25 | 2,959.01 | 3.61% | -202,089.71 | | | | |
| 74514P108 | PUERTO RICO AAA PORTFL BOND FUND INC | 451.000 | ^5.860 | 2,642.86 | 4,956.59 | -2,313.73 | -46.68% | 126.19 | 135.30 | 5.12% | -2,187.54 IR | 10.99 (8) | | | |
| 74528E107 | PUERTO RICO MORTGAGE-BACKED & US GOVT SECURITIES FD INC | 17,012.000 | ^2.430 | 41,339.16 | 170,595.87 | -129,256.71 | -75.77% | 13,055.91 | 1,786.26 | 4.32% | -116,200.80 IR | 10.03 (25) | | | |
| 87675M102 | TAX-FREE PUERTO RICO FUND | 12,968.000 | ^2.930 | 37,996.24 | 131,712.76 | -93,716.52 | -71.15% | 10,015.15 | 1,037.45 | 2.73% | -83,701.37 IR | 10.16 (35) | | | |

^ Price is as of close last business day.

"IR" denotes Investment Return - Investment Return is the Market Value minus the Client Investment. It does not include any cash dividends that were not reinvested. In the case of Zero Coupon Bonds and Structured Products, the Original Cost is used in place of Client Investment in the calculation.

Includes intraday transactions displayed on the intraday activity page. Commission and fees for Equity trades are estimates, and may not match what is charged to the account. Fixed Income agency trades may not include commission and fees. Some trade corrections and fees are not included intraday. In calculating cost and gain/loss figures, intraday sales assume first in/first out. Versus purchase sales will be adjusted after close of business and shown next business day.

This report is for informational purposes only and may or may not include all holdings or client accounts. All information presented is subject to change at any time and is provided only as of the date indicated. The Firm's periodic account statements and official tax documents are the only official record of client accounts and are not superseded, replaced, or amended by any of the information presented in these reports. Clients should not rely on this information in making purchase or sell decisions, for tax purposes or otherwise.

https://cw2fa.pwj.com/CW/clientIndex.html

1/1