

Tax-Free Puerto Rico Fund, Inc.
Fund Portfolio
As of November 30, 2019

EXHIBIT #3

### Leverage

| REPO | | |
|---|---|---|
| PR Muni Collateral | 0 | |
| Non PR Muni Collateral | 26,480,000 | |
| Total REPO | 26,480,000 | WAC 2.24 / WAM 7 days |
| TSO | 2,500,000 | WAC 1.75 / WAM 52 days |
| Total Leverage | 28,980,000 | |

### Portfolio Holdings - Summary [1,4,7]

**PR Obligations**

| | | |
|---|---|---|
| Mortgage-Backed Securities | | |
|    CMO, COMM END, FNMA, GNMA, | 0.82% | |
|    Participation Certificate | 1.72% | |
| ARCA | | |
|    Palmas del Mar | 0.02% | |
| Employees Retirement System | 6.06% | |
| PR Infrastructure | 0.13% | |
| PR Sales Tax Financing | 43.78% | |
| PREPA | 0.46% | |
| **PR Obligations** | **52.97%** | |

**US Obligations**

| | |
|---|---|
| Federal Home Loan Bank | 34.13% |
| Federal Farm Credit Bank | 3.88% |
| Build America Bonds | 6.76% |
| Build America Bonds Insured | 0.98% |
| US Municipals | 1.29% |
| **US Obligations** | **47.03%** |

### Credit Quality [5,7]

| | |
|---|---|
| AAA | 39.80% |
| AA | 0.00% |
| A | 4.18% |
| BBB | 5.58% |
| <BBB | 50.43% |
| | 100.00% |

---

(1) As of November 30, 2019. The Fund is actively managed, and its composition will vary over time. The data contained in this report has not been audited and is reported on a trade date basis. Other reports including compliance with applicable ratios are reported on a settlement date basis.
(2) Securities are valued by the Fund using values supplied by independent third party pricing services or broker dealers. In arriving at their valuation, pricing sources and broker dealers may use a grid matrix of securities values as well as the evaluation of their staff. Certain Puerto Rico obligations have a limited number of market participants and thus, might not have readily ascertainable market and may have periods of illiquidity.
(3) Yield of the security at purchase. The yield is computed to maturity or the call date, whichever is lower.
(4) For mortgage backed securities the yield depends on the prepayment of the underlying mortgages and the premium or discount, if any, at the time of purchase. For a full discussion of the prepayment risk of investing in mortgage backed securities please refer to the Fund's prospectus.
(5) As of November 30, 2019, using the S&P equivalent ratings scale. The Fund's investment portfolio is actively managed, and its composition (including the portfolio statistics and characteristics) will vary over time. Credit quality percentages include only fixed income securities and vary over time, as new investments held by the Fund are reassessed. To the extent that the Fund's maximum investment threshold in below investment-grade (below "BBB" rating) securities is exceeded, Fund management may determine to continue to hold such lower-rated securities, provided any new investment proceeds are directed to acquire investment securities which satisfy the Fund's minimum credit rating requirements.
(6) Credit enhancements have different terms and conditions and are only effective if the insurer, bank, or other third party has the wherewithal to honor its commitment. They are only as good as the creditworthiness of the insurer or other third party backing the bonds.
(7) Percentages may not total 100% due to rounding.
(8) Defaulted bonds
(9) Bonds under Title III of PROMESA. Please refer to Important Notices to All Shareholders of the Funds/Commonwealth and PROMESA Update in www.ubs.com/prfunds



Tax-Free Puerto Rico Fund, Inc.
Fund Portfolio [1]
As of November 30, 2019

| REF # | Current Value [2] | Face/ Outstanding | Amortized Cost ($) | Market ($) | Unrealized Gain/Loss ($) | Book Yield [3] | Description |
|---|---|---|---|---|---|---|---|
| Portfolio | | | | | | | |
| 74527RJJ9 | 0.75 | 1,915,000 | 1,915,000 | 14,363 | -1,900,638 | (8) | ARCA - Palmas del Mar 7.25% 12/20/2030 |
| 31386HVG3 | 100.25 | 28,503 | 28,503 | 28,575 | 72 | (4) | Community Endowment/FN 564115 8.5% 12/1/2030 |
| 31386HVP3 | 107.67 | 145,127 | 145,127 | 156,261 | 11,134 | (4) | Community Endowment/FN 564122 8% 1/1/2031 |
| 31386HVW8 | 105.43 | 88,381 | 88,381 | 93,181 | 4,800 | (4) | Community Endowment/FN 564129 8% 2/1/2031 |
| 31386HVX6 | 107.19 | 151,358 | 151,359 | 162,239 | 10,880 | (4) | Community Endowment/FN 564130 8.5% 1/1/2031 |
| 31386UA28 | 100.23 | 23,630 | 23,630 | 23,683 | 53 | (4) | Community Endowment/FN 573425 8% 2/1/2031 |
| 29216MAC4 | 42.75 | 250,000 | 242,699 | 106,875 | -135,824 | (9) | Employees Retirement System 6.15% 7/1/2036 |
| 29216MBB5 | 42.75 | 1,400,000 | 1,394,525 | 598,500 | -796,025 | (9) | Employees Retirement System 6.3% 7/1/2036 |
| 29216MBC3 | 42.75 | 1,400,000 | 1,394,414 | 598,500 | -795,914 | (9) | Employees Retirement System 6.3% 7/1/2037 |
| 29216MBD1 | 42.75 | 1,400,000 | 1,394,312 | 598,500 | -795,812 | (9) | Employees Retirement System 6.3% 7/1/2038 |
| 29216MAN0 | 42.75 | 1,300,000 | 1,300,000 | 555,750 | -744,250 | (9) | Employees Retirement System 6.45% 7/1/2055 |
| 29216MBF6 | 42.75 | 2,000,000 | 1,981,062 | 855,000 | -1,126,062 | (9) | Employees Retirement System 6.55% 7/1/2055 |
| 29216MBG4 | 42.75 | 2,000,000 | 1,980,991 | 855,000 | -1,125,991 | (9) | Employees Retirement System 6.55% 7/1/2056 |
| 29216MBH2 | 42.75 | 800,000 | 792,370 | 342,000 | -450,370 | (9) | Employees Retirement System 6.55% 7/1/2057 |
| 29216MBJ3 | 42.75 | 1,000,000 | 990,432 | 427,500 | -562,932 | (9) | Employees Retirement System 6.55% 7/1/2058 |
| 3133EGHY4 | 105.47 | 2,000,000 | 2,000,000 | 2,109,496 | 109,496 | 2.95 | FFCB 2.95% 12/28/2037 |
| 3133EJV55 | 105.12 | 1,000,000 | 1,000,000 | 1,051,193 | 51,193 | 4.14 | FFCB 4.14% 8/2/2038 |
| 3130A9SF9 | 98.13 | 9,000,000 | 9,000,000 | 8,831,736 | -168,264 | 2.80 | FHLB 2.60% 10/27/2036 |
| 3130A8TU7 | 98.85 | 370,000 | 370,000 | 365,739 | -4,261 | 2.89 | FHLB 2.89% 8/9/2041 |
| 3130JEGBF1 | 100.00 | 4,100,000 | 4,100,000 | 4,100,029 | 29 | 3.00 | FHLB 3% 5/19/2036 |
| 3130A83E1 | 100.00 | 4,100,000 | 4,100,000 | 4,100,033 | 33 | 3.00 | FHLB 3% 5/23/2036 |
| 3130A7V36 | 100.00 | 3,500,000 | 3,500,000 | 3,500,032 | 31 | 3.24 | FHLB 3.24% 4/26/2041 |
| 3130AEGC8 | 103.08 | 400,000 | 400,000 | 412,304 | 12,304 | 3.94 | FHLB 3.94% 6/18/2030 |
| 3130AEFU9 | 100.61 | 2,450,000 | 2,450,000 | 2,464,928 | 14,928 | 4.10 | FHLB 4.10% 6/15/2033 |
| 3133XGAY0 | 144.01 | 2,805,000 | 2,961,942 | 4,039,551 | 1,077,609 | 5.00 | FHLB 5.5% 7/15/2036 |
| 31386UA69 | 110.69 | 44,261 | 44,261 | 48,993 | 4,731 | (4) | FNMA 573429 7% 3/1/2031 |
| 31386UA85 | 101.00 | 36,833 | 36,833 | 37,203 | 370 | (4) | FNMA 573431 7.5% 3/1/2031 |
| 31386UBS0 | 103.30 | 73,074 | 73,074 | 75,487 | 2,414 | (4) | FNMA 573449 7% 4/1/2031 |
| 31386UBT8 | 101.08 | 38,189 | 38,189 | 38,601 | 412 | (4) | FNMA 573450 7.5% 4/1/2031 |
| PCD2001AD | 64.07 | 2,186,886 | 2,186,886 | 1,401,138 | -785,748 | (4) | Participation Cert - 7.584% 1/1/2035 |
| 74526QX49 | 74.75 | 70,000 | 70,000 | 52,325 | -17,675 | (9) | PR Electric Power Authority 5.10 7/1/2020 |
| 74526QG71 | 74.50 | 25,000 | 24,693 | 18,625 | -6,068 | (9) | PR Electric Power Authority 5.10% 7/1/2020 |
| 74526QG97 | 76.50 | 50,000 | 46,102 | 36,250 | -7,852 | (9) | PR Electric Power Authority 5.10% 7/1/2020 |
| 74526QW99 | 74.75 | 15,000 | 15,000 | 11,213 | -3,788 | (9) | PR Electric Power Authority 5.10% 7/1/2020 |
| 74526QX56 | 74.38 | 40,000 | 40,000 | 29,750 | -10,250 | (9) | PR Electric Power Authority 5.5% 7/1/2020 |
| 74526QR95 | 76.50 | 290,000 | 204,051 | 221,850 | 17,799 | (9) | PR Electric Power Authority 5.5% 7/1/2027 |
| 745220EZ2 | 20.38 | 500,000 | 398,858 | 101,875 | -296,983 | (8) | PR Infrastructure 5% 7/1/204 |
| 74529JQG3 | 26.31 | 11,950,000 | 2,917,808 | 3,144,284 | 226,476 | 5.38 | PR Sales Tax Financing 0% 7/1/2046 |
| 74529JQH1 | 19.48 | 11,577,000 | 2,007,870 | 2,255,200 | 247,329 | 5.63 | PR Sales Tax Financing 0% 7/1/2051 |
| 74529JRH0 | 101.37 | 5,770,000 | 5,770,000 | 5,849,280 | 79,280 | 4.33 | PR Sales Tax Financing 4.329% 7/1/2040 |
| 74529JPU3 | 106.64 | 1,119,000 | 1,119,000 | 1,193,313 | 74,313 | 4.50 | PR Sales Tax Financing 4.5% 7/1/2034 |
| 74529JRK3 | 101.35 | 171,000 | 171,000 | 173,314 | 2,314 | 4.54 | PR Sales Tax Financing 4.536% 7/1/2053 |
| 74529JRL1 | 102.90 | 4,707,000 | 4,456,577 | 4,843,315 | 386,738 | 5.10 | PR Sales Tax Financing 4.536% 7/1/2058 |
| 74529JPV1 | 103.27 | 568,000 | 568,000 | 586,591 | 18,591 | 4.55 | PR Sales Tax Financing 4.55% 7/1/2040 |
| 74529JPW9 | 103.24 | 4,167,000 | 4,167,000 | 4,301,802 | 134,802 | 4.75 | PR Sales Tax Financing 4.75% 7/1/2053 |
| 74529JPX7 | 104.83 | 12,716,000 | 12,705,151 | 13,329,547 | 624,396 | 5.00 | PR Sales Tax Financing 5% 7/1/2058 |
| 167593AM4 | 100.42 | 2,000,000 | 2,000,000 | 2,008,420 | 8,420 | 6.85 | US Muni - Chicago Airport 6.815% 1/1/2038 |
| 452152KJ9 | 105.18 | 250,000 | 250,130 | 262,938 | 12,807 | 5.00 | US Muni - Illinois St 5% 1/1/2023 |
| 452152KK6 | 104.81 | 250,000 | 250,170 | 262,035 | 11,865 | 5.15 | US Muni - Illinois St 5.15% 1/1/2024 |
| 452152KL4 | 104.66 | 250,000 | 250,208 | 261,640 | 11,432 | 5.25 | US Muni - Illinois St 5.25% 1/1/2025 |
| 452152KM2 | 104.89 | 250,000 | 250,243 | 262,223 | 11,979 | 5.35 | US Muni - Illinois St 5.35% 1/1/2026 |
| 452152GB1 | 122.22 | 1,380,000 | 1,380,000 | 1,686,608 | 306,608 | 7.10 | US Muni - Illinois St 7.1% 7/1/2035 |
| 452152GS4 | 120.82 | 1,500,000 | 1,500,000 | 1,812,300 | 312,300 | 7.35 | US Muni - Illinois St 7.35% 7/1/2035 |
| 91528NAA9 | 102.36 | 780,000 | 780,000 | 798,439 | 18,439 | 4.50 | US Muni - UNM Sandoval 4.59 7/20/2036 |
| Total | | 106,401,242 | 87,425,852 | 81,497,523 | -5,928,329 | | |

ERS