Puerto Rico Mortgage Backed US Government Securities Fund, Inc.
Fund Portfolio [1]
As of November 30, 2019

**Leverage**
REPO
    PR Muni Collateral     0
    Non PR Muni Collateral     15,469,000
    Total REPO     15,469,000   WAC 2.1 / WAM 7 days

Total Leverage     15,469,000

**Portfolio Holdings - Summary** [5,6]

| | |
|---|---|
| PR Obligations | |
| Mortgage-Backed Securities | |
|   CMO, COMM END, FNMA, GNMA | 36.83% |
|   Participation Certificate | 3.00% |
|   R&G Non Conforming Loan Trust | 2.75% |
| Employees Retirement System | 14.35% |
| PR Sales Tax Financing | 6.95% |
| **PR Obligations** | **63.89%** |
| | |
| **US Obligations** | |
| Federal Home Loan Bank | 32.54% |
| Build America Bonds | 3.57% |
| **US Obligations** | **36.11%** |

**Credit Quality** [5,6]

| | |
|---|---|
| AAA | 69.36% |
| AA | 0.00% |
| A | 0.00% |
| BBB | 3.57% |
| <BBB | 27.07% |
| | 100.00% |

(1) As of November 30, 2019. The Fund is actively managed, and its composition will vary over time. The data contained in this report has not been audited and is reported on a trade date basis. Other reports including compliance with applicable ratios are reported on a settlement date basis.
(2) Securities are valued by the Fund using values supplied by independent third party pricing services or broker dealers. In arriving at their valuation, pricing sources and broker dealers may use a grid matrix of securities values as well as the evaluation of their staff. Certain Puerto Rico obligations have a limited number of market participants and thus, might not have readily ascertainable market and may have periods of illiquidity.
(3) Yield of the security at purchase. The yield is computed to maturity or the call date, whichever is lower.
(4) For mortgage backed securities the yield depends on the prepayment of the underlying mortgages and the premium or discount, if any, at the time of purchase. For a full discussion of the prepayment risk of investing in mortgage backed securities please refer to the Fund's prospectus.
(5) As of November 30, 2019, using the S&P equivalent ratings scale. The Fund's investment portfolio is actively managed, and its composition (including the portfolio statistics and characteristics) will vary over time. Credit quality percentages include only fixed income securities and vary over time, as new investments held by the Fund are reassessed. To the extent that the Fund's maximum investment threshold in below investment-grade (below "BBB" rating) securities is exceeded, Fund management may determine to continue to hold such lower-rated securities, provided any new investment proceeds are directed to acquire investment securities which satisfy the Fund's minimum credit rating requirements.
(6) Percentages may not total 100% due to rounding.
(7) Bonds under Title III of PROMESA. Please refer to Important Notices to All Shareholders of the Funds/Commonwealth and PROMESA Update in www.ubs.com/prfunds

Puerto Rico Mortgage Backed US Government Securities Fund, Inc
Fund Portfolio [1]
As of November 30, 2019

| REF # | Current Value [2] | Face/ Outstanding | Amortized Cost ($) | Market ($) | Unrealized Gain/Loss ($) | Book Yield [3] | Description |
|---|---|---|---|---|---|---|---|
| Portfolio | | | | | | | |
| 22944BDS4 | 13.17 | 42,911 | 42,910 | 5,650 | -37,260 | (4) | Credit Suisse CMO 5.86% 8/25/20.7 |
| 29216MAC4 | 42.75 | 1,000,000 | 959,541 | 427,500 | -532,041 | (7) | Employees Retirement System 6.15 % 7/1/2038 |
| 29216MAK6 | 42.75 | 2,025,000 | 2,016,693 | 865,688 | -1,151,006 | (7) | Employees Retirement System 6.29 . 7/1/2039 |
| 29216MAM2 | 42.75 | 2,025,000 | 2,016,343 | 865,688 | -1,150,655 | (7) | Employees Retirement System 6 29 7/1/2042 |
| 29216MAN0 | 42.75 | 3,900,000 | 3,900,000 | 1,667,250 | -2,232,750 | (7) | Employees Retirement System 6.45 % 7/1/2055 |
| 29216MAP5 | 42.75 | 3,200,000 | 3,200,000 | 1,368,000 | -1,832,000 | (7) | Employees Retirement System 6.45 6 7/1/2056 |
| 29216MAE0 | 42.75 | 3,900,000 | 3,900,000 | 1,667,250 | -2,232,750 | (7) | Employees Retirement System 6.45 6 7/1/2058 |
| 29216MBJ8 | 42.75 | 1,000,000 | 830,863 | 427,500 | -403,363 | (7) | Employees Retirement System 6 55 6 7/1/2058 |
| 3128KCUL9 | 111.38 | 113,194 | 113,194 | 126,072 | 12,878 | (4) | FGLMC A50587 6 5% 6/1/2036 |
| 3128KDNS0 | 110.67 | 222,231 | 222,231 | 245,932 | 23,702 | (4) | FGLMC A51301 6% 7/1/2036 |
| 3128KDNT8 | 110.51 | 122,023 | 122,023 | 134,851 | 12,828 | (4) | FGLMC A51302 6% 6/1/2036 |
| 3130AEGC8 | 103.08 | 1,600,000 | 1,600,000 | 1,649,218 | 49,218 | 3.94 | FHLB 3.94% 6/18/2030 |
| 3130AFHG5 | 103.68 | 10,000,000 | 10,000,000 | 10,367,680 | 367,680 | 4.10 | FHLB 4.10%12/6/2030 |
| 3130AFN60 | 100.10 | 4,500,000 | 4,500,000 | 4,504,428 | 4,428 | 4.50 | FHLB 4.50% 1/3/2039 |
| 31400AXG8 | 115.04 | 53,644 | 53,644 | 61,714 | 8,070 | (4) | FNMA 682079 6% 11/1/2032 |
| 31403E5D5 | 112.80 | 823,859 | 807,426 | 929,317 | 121,891 | (4) | FNMA 747044 5.5% 3/1/2034 |
| 31403UVF5 | 110.80 | 223,337 | 223,337 | 247,459 | 24,122 | (4) | FNMA 758514 6% 1/1/2034 |
| 31403UVM0 | 107.75 | 67,836 | 67,836 | 73,091 | 5,256 | (4) | FNMA 758520 5.5% 2/1/2034 |
| 31403UVN8 | 111.32 | 115,105 | 115,105 | 128,130 | 13,025 | (4) | FNMA 758521 6 5% 2/1/2034 |
| 31403UWD9 | 107.99 | 84,015 | 84,015 | 90,725 | 6,710 | (4) | FNMA 758544 5 5% 5/1/2034 |
| 31403UWV9 | 111.04 | 39,421 | 39,421 | 43,773 | 4,352 | (4) | FNMA 758560 6% 8/1/2034 |
| 31407NJJ3 | 114.95 | 2,016,607 | 2,016,607 | 2,318,160 | 301,553 | (4) | FNMA 835565 6% 10/1/2035 |
| 31410EUH9 | 112.43 | 457,096 | 457,096 | 513,901 | 56,805 | (4) | FNMA 887184 6% 6/1/2036 |
| 31411DPB9 | 114.96 | 738,671 | 738,671 | 849,144 | 110,473 | (4) | FNMA 905018 6% 5/1/2037 |
| 31411DP94 | 114.93 | 1,693,343 | 1,693,343 | 1,946,103 | 252,760 | (4) | FNMA 905048 6% 7/1/2037 |
| 36201TTP2 | 111.61 | 321,094 | 321,095 | 358,385 | 37,290 | (4) | GNMA 592858 6% 12/15/2035 |
| 36290UX35 | 101.51 | 35,652 | 35,652 | 36,191 | 539 | (4) | GNMA 618198 6 5% 11/15/2024 |
| 36290UX43 | 111.27 | 212,249 | 212,249 | 236,179 | 23,930 | (4) | GNMA 618199 6 5% 11/15/2034 |
| 36296KFG2 | 111.38 | 9,300,041 | 9,599,789 | 10,358,126 | 758,336 | (4) | GNMA 693267 5.6% 4/15/2037 |
| PCD2004A | 61.48 | 2,481,259 | 2,484,357 | 1,525,478 | -958,879 | (4) | Participation Cert - 6.69% 12/1/2031 |
| 74529JQG3 | 26.31 | 1,181,000 | 288,320 | 310,745 | 22,424 | 5.38 | PR Sales Tax Financing 0% 7/1/2046 |
| 74529JQH1 | 19.48 | 1,143,000 | 198,238 | 222,656 | 24,419 | 5.63 | PR Sales Tax Financing 0% 7/1/2051 |
| 74529JRH0 | 101.37 | 570,000 | 570,000 | 577,832 | 7,832 | 4.33 | PR Sales Tax Financing 4.329% 7/1/2 140 |
| 74529JPU3 | 106.64 | 111,000 | 111,000 | 118,372 | 7,372 | 4.50 | PR Sales Tax Financing 4 5% 7/1/203 1 |
| 74529JRK3 | 101.35 | 17,000 | 17,000 | 17,230 | 230 | 4.54 | PR Sales Tax Financing 4 536% 7/1/2 153 |
| 74529JRL1 | 102.90 | 469,000 | 443,906 | 482,582 | 38,677 | 5.10 | PR Sales Tax Financing 4 536% 7/1/2 158 |
| 74529JPV1 | 103.27 | 56,000 | 56,000 | 57,833 | 1,833 | 4.55 | PR Sales Tax Financing 4.55% 7/1/20 0 |
| 74529JPW9 | 103.24 | 411,000 | 411,000 | 424,296 | 13,296 | 4.75 | PR Sales Tax Financing 4.75% 7/1/20 3 |
| 74529JPX7 | 104.825 | 1255000 | 1253929.44 | 1,315,554 | 61624.31 | 5.00 | PR Sales Tax Financing 5% 7/1/2058 |
| RGMTG04A | 77.25 | 1028334.73 | 1028334.73 | 794,389 | -233946.1511 | (4) | R&G Non Conforming 4.86% 5/1/203 4 |
| RGMTG04B | 80.28 | 602,911 | 602,911 | 484,025 | -118,887 | (4) | R&G Non Conforming 5.419% 5/1/2C 34 |
| RGMTG05C | 72.21875 | 88763.96 | 88763.96 | 64,104 | -24659.73764 | (4) | R&G Non Conforming 6 00% 9/1/203 4 |
| RGMTG05D | 81.03 | 69,397 | 69,397 | 56,233 | -13,164 | (4) | R&G Non Conforming 6 25% 10/1/2C 34 |
| 452152GS4 | 120.82 | 1,500,000 | 1,500,000 | 1,812,300 | 312,300 | 7.35 | US Muni - Illinois St 7 35% 7/1/2035 |
| Total | | 60,815,994 | 59,012,240 | 50,776,730 | -8,235,510 | | |