

EXHIBIT #5



Puerto Rico AAA Portfolio Bond Fund, Inc.
Fund Portfolio [1]
As of November 30, 2019

**Leverage**

REPO:
- PR Muni Collateral: 0
- Non PR Muni Collateral: 37,808,125
- Total REPO: 37,808,125 WAC 2.18 / WAM 6 days

TSO: 106,192,500 WAC 1.82 / WAM 24 day(s)
Total Leverage: 144,000,625

**Portfolio Holdings - Summary** [1,6]

PR Obligations
- Mortgage-Backed Securities
  - CMO, COMM END, FNMA, GNMA, F: 10.58%
- Employees Retirement System: 1.27%
- PR Sales Tax Financing: 8.62%
- PR Obligations: 20.47%

US Obligations
- Federal Home Loan Bank: 49.96%
- Federal Farm Credit Bank: 10.03%
- Build America Bonds: 19.54%
- US Obligations: 79.53%

**Credit Quality** [5,6]

| | |
|---|---|
| AAA | 78.93% |
| AA | 11.17% |
| A | 0.00% |
| BBB | 0.00% |
| <BBB | 9.89% |
| | 100.00% |

(1) As of November 30, 2019. The Fund is actively managed, and its composition will vary over time. The data contained in this report has not been audited and is reported on a trade date basis. Other reports including compliance with applicable ratios are reported on a settlement date basis.
(2) Securities are valued by the Fund using values supplied by independent third party pricing services or broker dealers. In arriving at their valuation, pricing sources and broker dealers may use a grid matrix of securities values as well as the evaluation of their staff. Certain Puerto Rico obligations have a limited number of market participants and thus, might not have readily ascertainable market and may have periods of illiquidity.
(3) Yield of the security at purchase. The yield is computed to maturity or the call date, whichever is lower.
(4) For mortgage backed securities the yield depends on the prepayment of the underlying mortgages and the premium or discount, if any, at the time of purchase. For a full discussion of the prepayment risk of investing in mortgage backed securities please refer to the Fund's prospectus.
(5) As of November 30, 2019, using the S&P equivalent ratings scale. The Fund's investment portfolio is actively managed, and its composition (including the portfolio statistics and characteristics) will vary over time. Credit quality percentages include only fixed income securities and vary over time, as new investments held by the Fund are reassessed. To the extent that the Fund's maximum investment threshold in below investment-grade (below "BBB" rating) securities is exceeded, Fund management may determine to continue to hold such lower-rated securities, provided any new investment proceeds are directed to acquire investment securities which satisfy the Fund's minimum credit rating requirements.
(6) Percentages may not total 100% due to rounding.
(7) Bonds under Title III of PROMESA. Please refer to Important Notices to All Shareholders of the Funds/Commonwealth and PROMESA Update in www.ubs.com/prfunds



Puerto Rico AAA Portfolio Bond Fund, Inc.
Fund Portfolio [1]
As of November 30, 2019

| REF # | Current Value [2] | Face/ Outstanding | Amortized Cost ($) | Market ($) | Unrealized Gain/Loss ($) | Book Yield [3] | Description |
|---|---|---|---|---|---|---|---|
| Portfolio | | | | | | | |
| 29216MAF7 | 42.75 | 810,000 | 395,823 | 346,275 | -49,548 | (7) | Employees Retirement System 5.85% 7/1/2023 |
| 29216MAC4 | 42.75 | 6,045,000 | 1,862,247 | 2,584,238 | 721,991 | (7) | Employees Retirement System 6.15% 7/1/2038 |
| 29216MAK6 | 42.75 | 6,000,000 | 1,838,750 | 2,565,000 | 726,250 | (7) | Employees Retirement System 6.2% 7/1/2039 |
| 29216MBN9 | 42.75 | 270,000 | 83,070 | 115,425 | 32,355 | (7) | Employees Retirement System 6.25% 7/1/2038 |
| 29216MBB5 | 42.75 | 200,000 | 62,236 | 85,500 | 23,264 | (7) | Employees Retirement System 6.3% 7/1/2036 |
| 3133EGST3 | 102.01 | 5,000,000 | 4,986,200 | 5,100,510 | 114,310 | 2.82 | FFCB 2.8% 9/1/2044 |
| 3133EGYW9 | 96.67 | 16,900,000 | 16,900,000 | 16,336,689 | -563,311 | 2.82 | FFCB 2.82% 10/20/2036 |
| 3133EGHY4 | 105.47 | 4,000,000 | 4,000,000 | 4,218,992 | 218,992 | 2.95 | FFCB 2.95% 12/28/2037 |
| 3133EGFV2 | 107.64 | 18,000,000 | 18,017,024 | 19,376,046 | 1,359,022 | 3.09 | FFCB 3.1% 6/16/2042 |
| 31296MC56 | 107.82 | 332,459 | 332,459 | 358,466 | 26,007 | (4) | FGLMC A12792 5.5% 8/1/2033 |
| 31296PSK9 | 110.51 | 121,259 | 121,260 | 133,999 | 12,739 | (4) | FGLMC A15022 6% 10/1/2033 |
| 31296QTT7 | 110.53 | 137,477 | 137,477 | 151,950 | 14,474 | (4) | FGLMC A15962 6% 11/1/2033 |
| 31296UHF1 | 110.42 | 51,913 | 53,151 | 57,320 | 4,169 | (4) | FGLMC A19230 6% 6/1/2034 |
| 31296YHN6 | 108.30 | 223,069 | 218,381 | 241,575 | 23,195 | (4) | FGLMC A22037 5.5% 4/1/2034 |
| 31297AB78 | 107.74 | 91,393 | 91,393 | 98,465 | 7,072 | (4) | FGLMC A22762 5.5% 11/1/2034 |
| 31297QFG9 | 112.98 | 523,006 | 523,006 | 590,888 | 67,882 | (4) | FGLMC A34667 5.5% 2/1/2035 |
| 31297SWD3 | 107.83 | 249,336 | 250,947 | 268,849 | 17,902 | (4) | FGLMC A36944 5.5% 8/1/2035 |
| 3128K4E27 | 110.42 | 54,367 | 54,367 | 60,033 | 5,665 | (4) | FGLMC A43753 6% 3/1/2036 |
| 3128K4YP4 | 107.83 | 49,081 | 49,081 | 52,925 | 3,843 | (4) | FGLMC A44318 5.5% 3/1/2036 |
| 3128KVZ81 | 102.41 | 61,529 | 61,529 | 63,010 | 1,481 | (4) | FGLMC A65267 6.5% 8/1/2037 |
| 3130A9FJ5 | 96.45 | 90,000,000 | 90,000,000 | 86,808,600 | -3,191,400 | 2.75 | FHLB 2.75% 9/13/2041 |
| 3130A95D9 | 96.96 | 22,000,000 | 22,000,000 | 21,331,376 | -668,624 | 2.78 | FHLB 2.78% 9/6/2041 |
| 3130A9SF9 | 98.13 | 26,000,000 | 26,000,000 | 25,513,904 | -486,096 | 2.80 | FHLB 2.80% 10/27/2036 |
| 3130A9EM9 | 97.13 | 7,700,000 | 7,700,000 | 7,479,310 | -220,690 | 2.82 | FHLB 2.82% 9/13/2041 |
| 3130A95T4 | 98.05 | 2,715,000 | 2,710,076 | 2,662,079 | -47,996 | 2.86 | FHLB 2.85% 9/6/2041 |
| 3130A95U1 | 98.28 | 22,000,000 | 22,000,000 | 21,622,084 | -377,916 | 2.85 | FHLB 2.85% 9/9/2041 |
| 3130A8QC0 | 99.42 | 9,135,000 | 9,135,000 | 9,081,779 | -53,221 | 2.88 | FHLB 2.875% 7/14/2036 |
| 3130A9SJ1 | 99.00 | 2,980,000 | 2,980,000 | 2,950,066 | -29,934 | 2.95 | FHLB 2.95% 10/24/2041 |
| 3133EGBF1 | 100.00 | 2,350,000 | 2,350,000 | 2,350,016 | 16 | 3.00 | FHLB 3% 5/19/2036 |
| 3130A83E1 | 100.00 | 2,950,000 | 2,950,000 | 2,950,024 | 24 | 3.00 | FHLB 3% 5/23/2036 |
| 3130A8GX5 | 100.00 | 31,200,000 | 31,200,000 | 31,200,062 | 62 | 3.00 | FHLB 3% 6/16/2036 |
| 3130A8UB7 | 98.86 | 3,700,000 | 3,699,161 | 3,657,665 | -41,496 | 3.00 | FHLB 3% 8/23/2041 |
| 3130A8U76 | 98.90 | 2,500,000 | 2,500,000 | 2,472,473 | -27,528 | 3.00 | FHLB 3% 8/23/2041 |
| 3133XGAY0 | 144.01 | 3,000,000 | 3,167,852 | 4,320,375 | 1,152,523 | 5.00 | FHLB 5.5% 7/15/2036 |
| 31389R4W3 | 115.64 | 213,157 | 213,157 | 246,496 | 33,339 | (4) | FNMA 633637 6.5% 2/1/2032 |
| 31390SKW0 | 110.44 | 161,784 | 161,787 | 178,666 | 16,879 | (4) | FNMA 654709 6% 3/1/2033 |
| 31400AXG8 | 115.04 | 679,489 | 679,489 | 781,706 | 102,217 | (4) | FNMA 682079 6% 11/1/2032 |
| 31400RRR4 | 112.64 | 590,963 | 590,963 | 665,655 | 74,692 | (4) | FNMA 695396 6% 12/1/2033 |
| 31400RRV5 | 111.53 | 121,771 | 121,771 | 135,808 | 14,037 | (4) | FNMA 695400 6.5% 7/1/2033 |
| 31400RRW3 | 111.30 | 346,816 | 346,816 | 386,001 | 39,185 | (4) | FNMA 695401 6% 7/1/2033 |
| 31400RR60 | 112.39 | 788,505 | 788,505 | 886,204 | 97,698 | (4) | FNMA 695409 5.5% 8/1/2033 |
| 31400RR78 | 110.53 | 242,366 | 242,366 | 267,875 | 25,510 | (4) | FNMA 695410 6% 8/1/2033 |
| 31400RSB8 | 111.48 | 252,809 | 252,809 | 281,827 | 29,018 | (4) | FNMA 695414 6.5% 9/1/2033 |
| 31400RSC6 | 114.30 | 605,942 | 605,942 | 692,581 | 86,639 | (4) | FNMA 695415 6% 9/1/2033 |
| 31400RSE2 | 110.81 | 252,306 | 252,306 | 279,571 | 27,265 | (4) | FNMA 695417 6% 9/1/2033 |
| 31400RSG7 | 112.65 | 575,617 | 575,617 | 648,407 | 72,790 | (4) | FNMA 695419 6% 10/1/2033 |
| 31400RSJ1 | 108.00 | 50,899 | 50,899 | 54,972 | 4,073 | (4) | FNMA 695421 5.5% 10/1/2033 |
| 31400RSL6 | 112.85 | 539,359 | 539,359 | 608,663 | 69,304 | (4) | FNMA 695423 6% 11/1/2033 |
| 31400RSM4 | 111.78 | 118,584 | 118,584 | 132,551 | 13,966 | (4) | FNMA 695424 6.5% 11/1/2033 |
| 31400RSR3 | 110.44 | 142,331 | 142,331 | 157,189 | 14,858 | (4) | FNMA 695428 6% 11/1/2033 |
| 31400RSS1 | 111.55 | 94,658 | 94,658 | 105,588 | 10,930 | (4) | FNMA 695429 6.5% 11/1/2033 |
| 31400RST9 | 114.30 | 667,774 | 667,774 | 763,239 | 95,465 | (4) | FNMA 695430 6% 12/1/2033 |
| 31400RSU6 | 110.46 | 173,299 | 173,299 | 191,421 | 18,123 | (4) | FNMA 695431 6% 12/1/2033 |
| 31402MFL9 | 111.98 | 620,055 | 620,055 | 694,325 | 74,270 | (4) | FNMA 732871 5.5% 10/1/2033 |
| 31403E2M8 | 108.74 | 297,753 | 297,753 | 323,762 | 26,010 | (4) | FNMA 746980 5.5% 11/1/2033 |
| 31403E4E4 | 110.73 | 384,019 | 377,254 | 425,218 | 47,964 | (4) | FNMA 747021 5.5% 2/1/2034 |
| 31403E4K0 | 112.66 | 1,389,144 | 1,389,144 | 1,565,068 | 175,924 | (4) | FNMA 747026 5.5% 2/1/2034 |
| 31403E4P9 | 112.37 | 752,387 | 752,387 | 845,474 | 93,087 | (4) | FNMA 747030 5.5% 2/1/2034 |

E.R.S.