Luis S. Montañez-Reyes
Cond. Altos del Escorial
515 Media Luna Blvd. #1501
Carolina, P.R. 00987-5063

RECEIVED
2020 JAN -2 P 4:18

Avenida Carlos E. Chardón
CLERK's OFFICE
TRIBUNAL DISTRITO de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN -2 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.