TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

YISETTE GONZÁLEZ ORTIZ
URB. ESTANCIAS DE MANATÍ
104 CALLE CALAMAR
MANATÍ PR 00674
(787)340-7404
chaygonzalez20@yahoo.com

PROMESA,
TÍTULO III

Núm. 17 BK 3283-LTS

No. De Reclamación **29577**

RÉPLICA A LA CENTÉSIMA OBJECIÓN GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADA DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO EN RECLAMO DEL BONO DE NAVIDAD A PARTIR DEL AÑO 2015 AL PRESENTE Y BONO DE PRODUCTIVIDAD COMO CONSEJERA EN REHABILITACIÓN A PARTIR DEL AÑO 2017

Se sometió evidencia de reclamo mediante formulario oficial 410 modificado, el 17 de mayo de 2018, peticionando contra el Estado Libre Asociado de Puerto Rico, Administración de Rehabilitación Vocacional, una reclamación laboral, solicitando la diferencia del bono de navidad a partir del 2015 al presente; y el bono de productividad como Consejera en Rehabilitación hasta el 2018.

En el convenio colectivo conforme a la Ley Núm, 73 del 17 de mayo de 2011, supletoria de la Ley Núm. 45, se firmó entre la unión Servidores Públicos Unidos y la Administración de Rehabilitación Vocacional. Dicho convenio tenía vigencia del 13 de diciembre de 2011, hasta el 12 de diciembre de 2014. Posteriormente fue extendida su vigencia hasta el 6 de junio de 2017. Actualmente la Ley 26, lo mantiene vigente hasta el presente. Sin embargo, las cláusulas económicas se han visto afectadas.

Por tanto se solicita la diferencia del pago del bono de navidad que debió ser $1,000.00 en vez de los $600.00 recibidos desde el año 2015 hasta el presente. De igual manera no se recibió bono de productividad a partir del año 2017 hasta el año 2019, los cuales correspondían según los estándares de productividad emitidos por la Administración de Rehabilitación Vocacional.

Se estima la siguiente cantidad adeudada:

$400.00 bono de navidad del año 2015
$400.00 bono de navidad del año 2016
$400.00 bono de navidad del año 2017
$400.00 bono de navidad del año 2018
$400.00 bono de navidad del año 2019
$350.00 bono de productividad como Consejera en Rehabilitación del año 2017
$350.00 bono de productividad como Consejera en Rehabilitación del año 2018
$350.00 bono de productividad como Consejera en Rehabilitación del año 2019
_____
$3,050.00 Total adeudado a la fecha