| 126 Adm. Rehabilitacion Vocacional<br>P.O. BOX 191118<br>San Juan, PR 00919-1118 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/02/2019<br>12/02/2019 | | Aviso #:<br>Fecha Aviso: | 4896863<br>11/27/2019 |
|---|---|---|---|---|---|---|
| YISETTE GONZALEZ ORTIZ<br>URB ESTANCIAS DE MANATI<br>104 CALLE CALAMAR<br>MANATI, PR 00674<br>REDACTED 357 | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | REDACTED 9357<br>126410-Region Arecibo<br>Region Arecibo<br>SUP DE CONS DE REHABILITACION<br>$2,910.00 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>0 |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Bono de Navidad | | | 600.00 | | 600.00 | Fed FICA Med Hospital Ins / EE | 8.70 | 456.10 |
| Pago de Salarios Regulares | | | 0.00 | 1,792.50 | 30,855.00 | Fed OASDI/Disability - EE | 37.20 | 1,950.21 |
| | | | | | | PR Withholding | 0.00 | 1,211.17 |
| Total: | | | 600.00 | 1,792.50 | 31,455.00 | Total: | 45.90 | 3,617.48 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 2,622.77 | SI-Seg Incap. Obligatorio | 0.00 | 67.60 | FSED Disability Plan | 20.10 | 1,053.71 |
| | | | SM-First Medical Health Plan | 0.00 | 320.00 | SM-First Medical Health Plan | 0.00 | 800.00 |
| | | | SM-First Medical Health Plan | 0.00 | 31.50 | SM-First Medical Health Plan | 0.00 | 540.00 |
| | | | SC-TRANS OCEANIC LIFE | 0.00 | 222.30 | | | |
| | | | OS-SERV PUBLICOS UNIDOS PR 009 | 0.00 | 64.20 | | | |
| | | | Ahorros-AEELA | 0.00 | 925.65 | | | |
| Total: | 0.00 | 2,622.77 | Total: | 0.00 | 1,631.25 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 600.00 | 0.00 | 45.90 | 0.00 | 554.10 |
| Acumulado: | 31,455.00 | 0.00 | 3,617.48 | 4,254.02 | 23,583.50 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #4896863 | 554.10 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 554.10 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Adm. Rehabilitacion Vocacional  
P.O. BOX 191118  
San Juan, PR 00919-1118

Fecha  
11/27/2019

Aviso No.  
4896863

Cant. Deposito: $554.10

A la  
Cuenta(s) De

YISETTE GONZALEZ ORTIZ  
URB ESTANCIAS DE MANATI  
104 CALLE CALAMAR  
MANATI, PR 00674  
Localizacion: Region Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 554.10 |
| Total: | | 554.10 |

## NO-NEGOCIABLE

| 126 Adm. Rehabilitacion Vocacional | | Aviso de Pago | | Aviso #: 0331027 |
|---|---|---|---|---|
| Calle Loiza Esquina kings Court, # 1506 | | Desde: 12/18/2015 | | Fecha Aviso: 12/21/2015 |
| San Juan, PR 00902 | | Hasta: 12/18/2015 | | |

| YISETTE GONZALEZ ORTIZ | # Empleado: | XXXXX9357 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB LAS GARDENIAS | Dept: | 126410-Region Norte Arecibo | Estado Civil: | Single | Single |
| 32 CALLE DALIA | Lugar: | Region Norte Arecibo | Concesiones: | 0 | 0 |
| MANATI, PR 00674 | Titulo: | CONS. REHAB. VOCACIONAL | Pct. Adcl.: | | |
| SS: XXX-XX-9357 | Sueldo: | $2,140.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Bono de Navidad | | | 600.00 | | 600.00 | Fed FICA Med Hospital Ins / EE | 8.70 | 370.62 |
| Pago de Salarios Regulares | | | 0.00 | 1,867.50 | 24,610.00 | Fed OASDI/Disability - EE | 37.20 | 1,584.72 |
| Bonificaciones | | | 0.00 | | 350.00 | PR Withholding | 0.00 | 486.11 |
| Total: | | | 600.00 | 1,867.50 | 25,560.00 | Total: | 45.90 | 2,441.45 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 2,461.00 | SI-Seg Incap. Obligatorio | 0.00 | 59.12 | FSED Disability Plan | 20.10 | 856.38 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 366.60 | GPR Retiro Hibrido | 0.00 | 2,871.02 |
| | | | Ahorros-AEELA | 0.00 | 738.30 | SM-First Medical Health Plan | 0.00 | 1,980.00 |
| Total: | 0.00 | 2,461.00 | Total: | 0.00 | 1,164.02 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 600.00 | 0.00 | 45.90 | 0.00 | 554.10 |
| Acumulado: | 25,560.00 | 0.00 | 2,441.45 | 3,625.02 | 19,493.53 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #0331027 | 554.10 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 554.10 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Adm. Rehabilitacion Vocacional  
Calle Loiza Esquina kings Court  
# 1506  
San Juan, PR 00902

Fecha  
12/21/2015

Aviso No.  
331027

Cant. Deposito: $554.10

A la  
Cuenta(s) De

YISETTE GONZALEZ ORTIZ  
URB LAS GARDENIAS  
32 CALLE DALIA  
MANATI, PR 00674  
Localizacion: Region Norte Arecibo

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXX | 554.10 |
| Total: | | 554.10 |

## NO-NEGOCIABLE

| 126 Adm. Rehabilitacion Vocacional | | | | Aviso Desc: | 0782764 |
|---|---|---|---|---|---|
| Calle Loiza Esquina kings Court , # 1506 | | | Desde: 05/01/2016 | Fecha Aviso: | 05/13/2016 |
| San Juan, PR 00902 | | | Hasta: 05/15/2016 | | |

| YISETTE GONZALEZ ORTIZ | # Empleado: | XXXXX9357 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB LAS GARDENIAS | Dept: | 126410-Region Norte Arecibo | Estado Civil: | Single | Single |
| 32 CALLE DALIA | Lugar: | Region Norte Arecibo | Concesiones: | 0 | 0 |
| MANATI, PR 00674 | Titulo: | CONS. REHAB. VOCACIONAL | Pct. Adcl.: | | |
| SS: XXX-XX-9357 | Sueldo: | $2,140.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Bonificaciones | | | 350.00 | | 350.00 | Fed FICA Med Hospital Ins / EE | 5.07 | 144.71 |
| Pago de Salarios Regulares | | | 0.00 | 720.00 | 9,630.00 | Fed OASDI/Disability - EE | 21.70 | 618.76 |
| | | | | | | PR Withholding | 24.50 | 205.13 |
| Total: | | | 350.00 | 720.00 | 9,980.00 | Total: | 51.27 | 968.60 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 963.00 | SI-Seg Incap. Obligatorio | 0.00 | 24.12 | FSED Disability Plan | 11.73 | 334.38 |
| | | | OS-SERV PUBLICOS UNIDOS PR 009 | 0.00 | 144.45 | SM-First Medical Health Plan | 0.00 | 720.00 |
| | | | Ahorros-AEELA | 0.00 | 288.90 | GPR Retiro Hibrido | 0.00 | 1,374.66 |
| Total: | 0.00 | 963.00 | Total: | 0.00 | 457.47 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 350.00 | 0.00 | 51.27 | 0.00 | 298.73 |
| Acumulado: | 9,980.00 | 0.00 | 968.60 | 1,420.47 | 7,590.93 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #0782764 | 298.73 |
| + Ganada: | | | | |
| + Compra: | | | | |
| - Usada: | | | Total: | 298.73 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Adm. Rehabilitacion Vocacional  
Calle Loiza Esquina kings Court  
# 1506  
San Juan, PR 00902

Fecha  
05/13/2016

Aviso No.  
782764

Cant. Deposito: $298.73

A la  
Cuenta(s) De

YISETTE GONZALEZ ORTIZ  
URB LAS GARDENIAS  
32 CALLE DALIA  
MANATI, PR 00674  
Localizacion: Region Norte Arecibo

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXX | 298.73 |
| | Total: | 298.73 |

## NO-NEGOCIABLE

... JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| NILDA A. AGOSTO MALDONADO, y otros, | CIVIL NÚM.: K PE2005-0608 |
| Demandante, | SALÓN 907 |
| v. | SOBRE: |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE LA FAMILIA, y otros, | SENTENCIA DECLARATORIA; Y RECLAMACIÓN SALARIOS |
| Demandada. | |

ORDEN

Examinada la Moción Solicitando Cumplimiento de Sentencia a tenor con la Regla 51 de Procedimiento Civil vigente, se declara Con Lugar la misma.

En consecuencia, se le requiere y ordena a la Secretaria del Departamento de la Familia, Hon. Yanitsia Irizarry Méndez y a la Administración de Rehabilitación Vocacional, por conducto de la Hon. Nydia Colón Zayas, Administradora, para que, so pena de desacato y sin pretexto alguno, dentro del término improrrogable de 20 días, consignen en la Secretaría del Tribunal el importe de los fondos para el pago de la sentencia dictada en el presente caso, incluyendo los intereses legales acumulados a partir de la fecha de la Sentencia. En la alternativa, se Ordena entregar a la representación legal de los demandantes, los cheques que correspondan a cada empleado demandante en pago de la sentencia.

De igual forma, y dentro del mismo término, la parte demandada preparará y radicará en el tribunal, suministrando copia a la representación legal de los demandantes, el informe final de los cómputos realizados conjuntamente por las peritos de las partes donde se determina lo que se adeuda a cada demandante individual, así como las nóminas necesarias para efectuar el pago a los demandantes. Dichas nóminas incluirán: (a) nombre y últimos cuatro dígitos del seguro social, (b) total adeudado a cada demandante, (c) cantidad retenida para el pago de retiro, (d) cantidad neta correspondiente a cada demandante y las aportaciones patronales individuales.

NOTIFÍQUESE.

Dada en San Juan, Puerto Rico a 20 de agosto de 2012.