U.S. POSTAGE PAID
FCM LETTER
MANATI, PR
00674
DEC 30, 19
AMOUNT
**$0.55**
R2305K135192-03

00918
1000

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED
2020 JAN -2 PM 4: 14

YISETTE GONZALEZ ORTIZ
URB ESTANCIAS DE MANATI
104 CALLE CALAMAR
MANATI PR 00674

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN -2 PM 4: 20
RECEIVED & FILED