**30 de diciembre de 2019**

RECEIVED

2020 JAN -2 P 4: 17

**Secretaría (Clerk's Office)**
**Tribunal de Distrito de los Estados Unidos**
**Room 150 Federal Building**
**San Juan, Puerto Rico 00918-1767**

| | |
|---|---|
| **RÉPLICA:** | **Rechazo a la Objeción Global (ELA, la ACT y/o SRE) sobre el Reclamo #92487 realizado el 26 de junio de 2019** |
| **I.** | **DATOS DE CONTACTO** |
| | **DEMANDANTE:** **Marta Renta Vargas   S.S. xxx-xx-6587** |
| | **Ext. Santa Teresita** |
| | **4537 Calle Santa Rita** |
| | **Ponce, Puerto Rico  00730-4637** |
| **II.** | **EPÍGRAFE** |
| | **TRIBUNAL:** **Tribunal de Distrito de los Estados  Unidos para el Distrito de Puerto Rico** |
| | **DEUDORES:** **Estado Libre Asociado de Puerto Rico** |
| | **NÚMERO DE PROCEDIMIENTO:** **PROMESA TITLE III** **17 BK 03283 –LTS** |
| | **TÍTULO DE LA OBJECIÓN GLOBAL:** **Centésima Décima Objeción Global del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de  Puerto Rico** |
| | **NÚMERO DE RECLAMACIÓN:** **CLAIM # 92487** |
| **III.** | **MOTIVOS PARA LA OPOSICIÓN A LA OBJECIÓN GLOBAL:** **Realicé mi reclamación basándome en la deuda que el ELA tiene con respecto a la Ley #164 del 23 de julio de 2003 en la que se me debía otorgar $100.00 mensuales por aumento salarial desde la vigencia de esta ley (2003) hasta mi fecha de jubilación (28 de mayo de 2009).** **Trabajé como maestra con el Departamento de Educación de Puerto Rico.** **El monto adeudado es de $10,800.00.** |

2020 JAN -2  RECEIVED & FILED  PM 4: 20

IV.    **DOCUMENTACIÓN**          **Dado que no había recibido el cuestionario relacionado a esta**
       **JUSTIFICATIVA:**          **reclamación # 92487, llamé al teléfono que proveen para**
                                   **llamadas relacionadas a las diferentes reclamaciones**
                                   **(347)817-4175.**
                                   **A la fecha del 2 de diciembre de 2019 recibí dicho cuestionario**
                                   **a mi correo electrónico ([ladymar15@yahoo.com](mailto:ladymar15@yahoo.com)) y al día**
                                   **siguiente, 3 de diciembre de 2019, sometí tales documentos**
                                   **del cuestionario.**
                                   **En dicho cuestionario enviado en esa fecha del 3 de diciembre**
                                   **sometí la evidencia como base de mi reclamación #92487 que**
                                   **figura en el Anexo A.**
                                   **Poseo evidencia del recibo y envío, los cuales someteré**
                                   **<u>adjunto</u> a esta Réplica.**

Espero este documento-réplica sea tomado en consideración al evaluar mi reclamación antes señalada. Entiéndase que no recibí el documento cuestionario y tuve que llamar para solicitarlo y ahí me indicaron que lo enviarían por correo electrónico, lo cual recibí el 2 de diciembre y envié el 3 de diciembre 2019. Ustedes lo recibieron el 6 de diciembre de 2019.

**Cordialmente,**

*Marta Renta Vargas*

**Marta Renta Vargas**
**Ext. Santa Teresita**
**4537 Calle Santa Rita**
**Ponce, Puerto Rico 00730-4637**


**c/c**
**Abogado de la Junta de Supervisión (Counsel for the Oversight Board)**
**Proskauer Rose LLP**
**Eleven Times Square**
**Nuava York, Nueva York 10036-8299**
**A/A: Martin J. Bienenstock**
**Brian S. Rosen**

**Abogado del Comité de Acredores (Counsel for the Creditors Committee)**
**Paul Hastings LLP**
**200 Park Avenue**
**Nueva York, Nueva York 10166**
**A/A: Luc A. Despins**
**James Bliss**
**James Worthington**
**G. Alexander Bongartz**