**Cuestionario**                                                                                     ladymar15@yahoo.../Buzón

PR Claims Info <prclaimsinfo@primeclerk.com>                                                         2 dic. a las 12:43 p. m.
Para: ladymar15@yahoo.com <ladymar15@yahoo.com>

Marta,

Gracias por contactar a Prime Clerk, el agente de reclamos y notificaciones designado en los casos del Título III del Estado Libre Asociado de Puerto Rico y los Deudores afiliados.

Los formularios que se le enviaron previamente por correo postal se adjuntan a este correo electrónico según lo solicitado. Para que su envío se considere presentado a tiempo, ejecute y devuelva el mismo para que sea recibido por Prime Clerk en o antes de la fecha de vencimiento indicada en la carta.

Por favor revise la carta en su totalidad y complete y devuelva los formulario(s) titulado Información solicitada para procesar su reclamo" de acuerdo con las instrucciones proporcionadas. Tenga en cuenta: Si no envía una respuesta completa a esta solicitud, los Deudores pueden objetar su reclamo. Prime Clerk continuará procesando todos los formularios y documentos independientemente de cuándo se reciba.

Si necesita información adicional, puede comunicarse con nuestro centro de llamadas al (844) 822 -9231 (llamada gratuita para EE. UU. o Puerto Rico) o (646) 486-7944 (para personas que llaman internacionales) disponibles de 10 a.m. a 7:00 p.m. (hora estándar del Atlántico).

Prime Clerk es el agente de Reclamaciones y Notifica designado en los casos de Título III del Commonwealth de Puerto Rico y los Deudores afiliados. Como tal, no se nos permite proporcionar asesoramiento legal o financiero. Además, Prime Clerk no determina la validez de las reclamaciones ni la validez de las objeciones a las reclamaciones.

Atentamente,

Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
For more information click here: http://ter...

ref:_00D1N1ufqY._5003tyBGWD:ref

1 Archivo    388.3kB

📎 Renta Vargas, Marta (Batch 4 ).pdf
     388kB

---

** Nota: Recibí los documentos de esta reclamación 92487 en el día de ayer 12/2/2019, ya que hace más de una semana los solicité por teléfono porque no los enviaron a mi persona. Los solicité el 22 de noviembre de 2019. La fecha para entregarlos era el 9 de octubre, pero no los había recibido como las demás reclamaciones que también los recibí tarde.

Espero procesen esta reclamación aunque haya pasado su fecha límite. No fue culpa mía no enviarla a tiempo.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Commonwealth of PR Supplemental
    Information Processing Center
    c/o Prime Clerk, LLC
    Grand Central Station, PO Box 4708
    New York, N.Y. 10163-4708

    1 9249 6717 16

    (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Juanita Rosita_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 3-dic-2019
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK NY 10163 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0715 03 |
| $2.80 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.55 | |
| Total Postage and Fees $6.85 | 12/03/2019 |

Sent To: Commonwealth of PR Supplemental Inf Proc Center c/o Prime Clerk, LLC
Street and Apt. No., or PO Box No.: Grand Central Station PO Box 4708
City, State, ZIP+4®: New York, N.Y. 10163-4708

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7014 0700 0001 7974 3739

*Número de Evidencia de Reclamación:* 92487
*Reclamante:* Renta Vargas, Marta

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o <u>anterior</u> en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $10,800.00

Batch 4

*Número de Evidencia de Reclamación*: 92487
*Reclamante*: Renta Vargas, Marta

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de Educación**

3(b). Identifique las fechas de su empleo con relación a su reclamación: **2003 - 2009**

3(c). Últimos cuatro dígitos de su número de seguro social: **6587**

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos — **Ley #164 (23 julio - 2003) - Ley de Aumento Salarial**
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:


99012340038699 7

*Número de Evidencia de Reclamación:* 92487
*Reclamante:* **Renta Vargas, Marta**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Batch 4

3

