**MARTA RENTA VARGAS**
Ext. Santa Teresita
4537 Calle Santa Rita
Ponce, PR 00730-4637

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
DEC 30, 19
AMOUNT
$7.00
R2305M144696-03

RECEIVED & FILED
2020 JAN -2 PH 4:21
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
150 Chardon Ave
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL
7019 0700 0001 7974 3777