Rafael A. Carrasquillo
Urb. Los Sueños 5, Calle Armonía
Gurabo, P.R. 00778-7800



CERTIFIED MAIL

7019 1640 0002 1579 8972

U.S. POSTAGE PAID
FCM LG ENV
GURABO, PR
00778
JAN 02, 20
AMOUNT
**$7.60**
R2305K136545-02

UNITED STATES POSTAL SERVICE
1000   00918

RECEIVED & FILED
2020 JAN -3 PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
TRIBUNAL de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767