*Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico*

En el Asunto:

Junta de Supervisión y Administración Financiera para Puerto Rico          Promesa

                                                                            Título III

Estado Libre Asociado de Puerto Rico y otros          *Num.17BK3283-LTS*

REPLICA

Replica a los números de reclamación: **108049 y 85141** Deudor Sistema de Retiro Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Centésima Octava Objeción Global Anexo A: Defectuosas.

Honorable Tribunal:

Recibí notificación donde se me informa que mi reclamación a los Sistemas de Retiros del Gobierno de Puerto Rico, fue declarada **Defectuosa**. Según, no envíe documentación que respalde o evidencie mi reclamación. Esta determinación es injusta y atenta a mi seguridad financiera una vez tenga que retirarme del Sistema Público. Comencé a trabajar en el Gobierno de Puerto Rico el 3 de septiembre de 1992, como empleada transitoria. Para el año 1995, fui reclasificada y pasé a empleada regular, aportando así al Sistema de Retiro de Puerto Rico. Para el 11 de junio de 2010; el Sistema de Retiro me envía carta con el título: **Estado de Cuenta Estimado** (adjunto evidencia). En este documento se me informa la cantidad aportada por mi persona al Sistema de Retiro del ELA, para esa fecha. El documento mencionaba realizar un estado de cuenta oficial, lo cual solicité el 3 de septiembre de 2010; nunca recibí contestación (adjunto evidencia). Al momento aportaba $ 131.52 quincenales al sistema de retiro. Al terminar el año 2010, el total de aportación fue $ 3,156.48 (adjunto copia de talonario de ese año). Para el año 2011, mi aportación al retiro fue de $ 3,184.84; en el año 2012, mi aportación al retiro fue de $3,156.48. Para junio de 2013, comenzó el llamado Retiro Hibrido, del cual comenzaron a descontar $136.16 como aportación al sistema de retiro.

Como empleada del Gobierno de Puerto Rico, siempre he aportado al Sistema de Retiro, por lo cual solicito lo que se me adeuda por derecho.

Gracias, Luz E. Vázquez Vélez     *[firma]*

HC-02 Box 7758-7
Barceloneta, PR 00617
Tel: (787) 421-2977
Correo electrónico: luzv0368@gmail.com

Se envía copia de Replica a los siguientes:

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditor's Committee) Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz