



**Gobierno de Puerto Rico**
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
ESTACION MINILLAS PO BOX 42003 SAN JUAN, PR 00940-2203

# ESTADO DE CUENTA ESTIMADO

11 de junio de 2010

**Agencia: 407 - ADMINISTRACCION DE FAMILIAS Y NIÑOS**

VAZQUEZ VELEZ LUZ E                                **Seguro Social: XXX-XX-9584**

00000

A base de la información en nuestros records, al 11 de junio de 2010 usted ha completado:

**Balance de Aportaciones : $28,760.10**
**Años de Servicio: 13.50**

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión. En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Linea del Portal de Internet de ASR: http://www.asr.gobierno.pr.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Yamilet Amador Cruz, Supervisora
Unidad de Estado de Cuenta
Área de Participantes

ASR-PA-089
Rev.Jun.13

RETIRO

Página 1 de 2

## PROGRAMA HÍBRIDO DE CONTRIBUCIÓN DEFINIDA Y ACTUALIZACIÓN DE DATOS DEMOGRÁFICOS
Todo participante activo efectivo desde el 1 de julio de 2013 (Ley 3-2013)

☐ Ingreso      ☐ Cambio      ☐ Actualización

### SECCIÓN I. INFORMACIÓN DEL PARTICIPANTE

Apellido Paterno, Materno, Nombre e Inicial: Vázquez Vélez Luz E.
Género: ☐ M  ☒ F
Fecha de Nacimiento (día/mes/año): 3 Septiembre 1968
Seguro Social: REDACTED 9584
Lugar de Nacimiento: Arecibo

Estado Civil: ☒ Casado  ☐ Soltero
Lugar de Empleo: Dep. Familia

Teléfono Residencial: (787) 846-0711
Teléfono Celular: (787) 431-3977
Teléfono del Trabajo: (787) 846-3180
Correo Electrónico:

Dirección Postal: Calle 11 Buzón 10 Maguyes, Barceloneta P.R. 00617
☐ Cambio de Dirección
Dirección Residencial: ☒ Igual a la Postal

### SECCIÓN II. INFORMACIÓN RELACIONADA CON EL EMPLEO

Fecha del Primer Nombramiento (día/mes/año): 3 Septiembre 1992
Anterior participante de: ☐ Ley 447  ☒ Ley 1  ☐ Reforma
Estatus Actual: ☐ Confianza  ☒ De Carrera  ☐ Transitorio
Si prestó servicios en el gobierno anteriormente, indique el Sistema de Retiro que aplique: ☐ UPR  ☐ Maestro  ☐ AEE  ☐ Judicatura

### SECCIÓN III. PERSONAL DE ALTO RIESGO

☐ 001 Policía  ☐ 002 Bombero  ☐ 003 Agente de Rentas Internas  ☐ 004 Guardia Nacional  ☐ 005 Guardia Penal
☐ 006 Administrador General de Prisiones  ☐ 007 Sub-Administrador de Prisiones  ☐ 008 Sub-Director de la Prisión
☐ 009 Vigilante de Recursos Naturales  ☐ 010 Agente Negociado Investigaciones  ☐ 011 Agente Departamento de Justicia
☐ 012 Alguacil  ☐ 013 Guardia Municipal  ☐ 014 Bombero Municipal  ☐ 015 Guardia Correccional Departamento Corrección

### SECCIÓN IV. APORTACIÓN INDIVIDUAL AL PROGRAMA

Mínimo ☒ 10.00%  ☐ Otro: _____ escriba en incrementos de 0.50%
Autorizo a cambiar mi aportación mensual conforme al porciento seleccionado.

### SECCIÓN V. APORTACIÓN SEGURO POR INCAPACIDAD (compulsorio bajo disposiciones Ley 447 según enmendada)

La aportación para el Seguro por Incapacidad será de un cuarto por ciento (0.25%) de la retribución mensual, hasta un salario máximo de $5,000.00 Mensuales para una cubierta de 40% del salario.

Descuento de: ☒ Sueldo   ☐ Aportación de Ahorros a la Asociación de Empleados de ELA

### SECCIÓN VI. CERTIFICACIÓN

Certifico que, a mi mejor entender, la información suministrada es cierta y correcta.

Firma del Participante: Luz E. Vázquez Vélez
Fecha (día/mes/año): 10 junio 2013

### SECCIÓN VII. DATOS DE LA NÓMINA (PARA USO DE LA DIVISIÓN DE NÓMINA DEL LUGAR DE EMPLEO)

| Fecha de Efectividad (Día/Mes/Año) | Retribución Mensual (Incluye diferencial con visio de permanencia) | Núm. Participantes Afectados | Diferencial Anual (Si hay alguno) |
|---|---|---|---|
| | | | |

| Importe Aportación individual | Importe Aportación Patronal | Cantidad Retroactiva Aportación Patronal | Cantidad Retroactiva Aportación Individual |
|---|---|---|---|
| | | | |

Conservación: Igual al expediente del cual forma parte.

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 · Plaza Retiro, 437 Ave. Ponce de León PDA. 32 ½, San Juan, PR, 00917-3711
Tel. 787.777.1500 · www.retiro.pr.gov

| | | |
|---|---|---|
| Ave. Ponce de Leon Pda. 2, Edificio Sendic<br>San Juan, PR 00901 | Desde: 12/16/2010<br>Hasta: 12/31/2010 | Aviso #: 5509898<br>Fecha Aviso: 12/30/2010 |

| | | |
|---|---|---|
| LUZ E. VAZQUEZ VELEZ<br>CALLE 11 BZN. 10<br>MAGUEYES<br>BARCELONETA, PR 00000-0000<br>SS: XXX-XX-9584 | # Empleado: XXXXX9584<br>Dept: 123350-Arecibo<br>Lugar: Arecibo<br>Titulo: Trabajador Social II<br>Sueldo: $2,836.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0 + 4<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,418.00 | 1,957.50 | 34,032.00 |
| Bono de Navidad | | | 0.00 | | 1,125.00 |
| Total: | | | 1,418.00 | 1,957.50 | 35,157.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.56 | 509.78 |
| Fed OASDI/Disability - EE | 87.91 | 2,179.73 |
| PR Withholding | 0.00 | 2,926.88 |
| Total: | 108.47 | 5,616.39 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 117.34 | 2,816.16 |
| Total: | 117.34 | 2,816.16 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 129.00 | 3,070.00 |
| CO-COOPACA | 89.17 | 2,140.08 |
| SC-AM HERITAGE INSS CO | 12.00 | 288.00 |
| OS-SERV PUBLICOS UNIDOS PR 0097.00 | | 168.00 |
| Ahorros-AEELA | 42.54 | 1,020.96 |
| Total: | 279.71 | 6,687.04 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 130.00 | 1,560.00 |
| GPR Plan de Retiro | 131.52 | 3,156.48 |
| FSED Disability Plan | 47.50 | 1,177.69 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,418.00 | 0.00 | 108.47 | 397.05 | 912.48 |
| Acumulado: | 35,157.00 | 0.00 | 5,616.39 | 9,503.20 | 20,037.41 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5509898 | 912.48 |
| Total: | 912.48 |

MENSAJE:

Administracion Familia y Ninos
Ave. Ponce de Leon Pda. 2
Edificio Sendic
San Juan, PR 00901

Fecha
12/30/2010

Aviso No.
5509898

Cant. Deposito: $912.48

A la
Cuenta(s) De

LUZ E. VAZQUEZ VELEZ
CALLE 11 BZN. 10
MAGUEYES
BARCELONETA, PR 00000-0000
Localizacion: Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 58385 | $912.48 |
| Total: | | $912.48 |

## NO-NEGOCIABLE

**Administracion Familia y Ninos**
Ave. Ponce de Leon Pda. 2 . Edificio Sendic
San Juan, PR 00901

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2011 |
| Hasta: | 12/31/2011 |

Aviso #: 2334674
Fecha Aviso: 12/30/2011

LUZ E. VAZQUEZ VELEZ
CALLE 11 BZN. 10
MAGUEYES
BARCELONETA, PR 00617
SS: XXX-XX-9584

# Empleado: XXXXX9584
Dept: 123350-Arecibo
Lugar: Arecibo
Titulo: Trabajador Social II
Sueldo: $2,836.00 Monthly

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 + 4 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,418.00 | 1,950.00 | | 34,032.00 |
| Bono de Navidad | | | 0.00 | | 1,125.00 |
| Total: | | 1,418.00 | 1,950.00 | | 35,157.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.56 | 509.78 |
| Fed OASDI/Disability - EE | 59.55 | 1,476.59 |
| PR Withholding | 57.64 | 1,742.31 |
| Total: | 137.75 | 3,728.68 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 117.34 | 2,816.16 |
| Total: | 117.34 | 2,816.16 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 83.44 | 1,168.16 |
| SM-First Medical Health Plan | 126.00 | 3,036.00 |
| CO-COOPACA | 89.17 | 2,140.08 |
| SC-AM HERITAGE INSS CO | 12.00 | 288.00 |
| OS-SERV PUBLICOS UNIDOS PR 0097.00 | | 168.00 |
| Ahorros-AEELA | 42.54 | 1,020.96 |
| Total: | 360.15 | 7,821.20 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 130.00 | 1,560.00 |
| GPR Plan de Retiro | 131.52 | 3,184.84 |
| FSED Disability Plan | 47.50 | 1,177.69 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,418.00 | 0.00 | 137.75 | 477.49 | 802.76 |
| Acumulado: | 35,157.00 | 0.00 | 3,728.68 | 10,637.36 | 20,790.96 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2334674 | 802.76 |
| Total: | 802.76 |

MENSAJE:

**Administracion Familia y Ninos**
Ave. Ponce de Leon Pda. 2
Edificio Sendic
San Juan, PR 00901

Fecha: 12/30/2011

Aviso No. 2334674

Cant. Deposito: $802.76

A la Cuenta(s) De

LUZ E. VAZQUEZ VELEZ
CALLE 11 BZN. 10
MAGUEYES
BARCELONETA, PR 00617
Localizacion: Arecibo

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 58385 | $802.76 |
| Total: | | $802.76 |

## NO-NEGOCIABLE