Luis E. Vázquez Vélez
HC 02 Box 7758-7
Barceloneta P.R. 00617

**CERTIFIED MAIL**
7018 3090 0001 3484 8112

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MANATI, PR
00674
DEC 30, 19
AMOUNT
$3.65
R2305K134648-11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN -3 PM 5:25
RECEIVED & FILED