Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN -3 PM 5: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Reference: Claim #47278 (Hearing on the Obmnibus Objection
Concepcion Quiñones, Josefina
Address: HC-91 Bz 9488- Bo Pámpanos
Vega Alta, Puerto Rico 00692

Please find here in my response in regards to Ninety-Eighth Omnibus Objection filed on 12/12/2019 by the Commonwealth of Puerto Rico-the Puerto Rico Highways and Transportation Authority (HTA) and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Rico (ERS) pursuant to Sec 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act also known as PROMESA.

The commonwealth of Puerto Rico (HTA and ERS) filed objection to claims filed for Deficient Claims Asserting Interests Based on Salary Demands, Employments or Services Provided to be Non-Substantive or a claim without evidence.

As proof of evidence my claim asserting Interest Based on Salary Demands, Employments or Services Provided to be substantive, I am herein including the following:

--Letter dated 11/02/2012 from Departamento del la Familia, Gobierno de Puerto Rico; Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales. Reference case-Nilda Agosto y Otros KPE-2005-0608

Please note that in the year 2005, there is a judgment for cause against the Departamento de la Familia regarding Minimum Federal Wages (Salario Mínimo Federal)- reference case Nilda Agosto y Otros KPE-2005-0608. This letter indicated that the sum of $13, 331.32 is the equivalent of 25% of the total amount establishing that this is an initial payment. However, this does not represent a total payment. Please note that 75% of the total amount equivalent to $ 39, 993.96 remains unpaid. This judgment relates to deficiencies in salary as set and in accordance to the Federal Minimum Wage. Therefore, I assert that my claim is responsible and just. As such I request the balance of $39,993.96 be paid in full.

Very Truly,

Josefina Concepcion Quinones                    Date: 2-enero-2020

Cc: Abogado de la Junta de Supervision (Counsel for the Oversight Board)
    Proskauer Rose LLP
    Eleven times Square
    New York, New York 10036-8299
    Attn: Martin J. Bienenstock
    Brian S. Rosen

Cc: Abogado de la Junta de Supervision (Counsel of the Creditos' Committee)
    Paulo Hastings LLP
    200 Park Avenue
    New York, New York 10166
    Attn: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz