

**Secretaría Auxiliar de
Recursos Humanos y Relaciones Laborales**

2 de noviembre de 2012

Concepción Quiñones, Josefina
Administración de Familias y Niños

Re: Nilda Agosto y Otros KPE-2005-0608

Estimado(a) Compañero(a):

Usted figura como demandante en el Caso de Nilda Agosto y Otros vs. Departamento de la Familia, sobre Salario Mínimo Federal.

No obstante lo anterior, y en aras de ir reduciendo la deuda producto de esta reclamación originada para el año 2005; la Oficina de Gerencia y Presupuesto ha identificado unas partidas dentro de las cuentas de economías del Departamento de la Familia para acreditarle a su acreencia en la demanda de referencia. Adjunto a esta comunicación usted recibirá un cheque por la cantidad de $ 13,331.32 equivalente al 25% del pago total al que usted tiene derecho conforme las estipulaciones de la sentencia. Del mismo, solamente se le están realizando los descuentos de Seguro Social y Contribuciones.

Reconocemos que este adelanto no representa el pago total, más si un abono de buena fe con el propósito de ir reduciendo el monto adeudado.

De usted no estar de acuerdo con la cantidad recibida, tendrá un término de 10 días para presentar una reclamación ante la Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales.

Cordialmente,

María Luisa Torres Colón
Secretaria Auxiliar

---

Edificio Lila Mayoral, Ave. Barbosa 306
P O Box 11398, San Juan, PR 00910-1398 / Tel. (787) 294-4900 Exts: 2358 / 2359 / Fax (787) 765-1743