Josefina Cosepia Quiroa
H.C. 91 Buzon 9488
Bo. Pampanos
V.A. 00692

**RETURN RECEIPT REQUESTED**

U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA, PR
00692
JAN 02, 20
AMOUNT
**$6.30**
R2305K134427-37

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00692 918-1767