## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| EN EL ASUNTO DE: | PROMESA TITULO III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | NÚM. 17 BK 03283-LTS |
| COMO REPRESENTANTE | (ADMINISTRADA CONJUNTAMENTE) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, | LA PRESENTE RADICACIÓN GUARDA RELACIÓN CON EL ELA, LA ACT Y EL SRE. |
| DEUDORES | |

### MOCIÓN ACOMPAÑANDO EVIDENCIA EN TORNO A OBJECIÓN

**AL HONORABLE TRIBUNAL:**

COMPARECE la parte peticionaria, Mirta S. Pagán Méndez, por derecho propio y en la que respetuosamente ALEGA, EXPONE Y SOLICITA:

1. Que mi dirección postal es PO BOX 1634, Juana, Díaz, PR 00795; teléfonos (787)290-9610; (787)637-6793 y correo electrónico, chescka_17@hotmail.com

2. Que el día 28 de diciembre de 2019, recibí mediante correo ordinario documentación explicativa en la que se me solicitaba objetar o apelar la *Centésima Décima Cuarta Objeción Global* por aparecer en el Anexo A (Defectuosas).

3. Que me opongo a la misma, ya que por error involuntario no adjunté la evidencia necesaria para comprobar mis 31 años de servicios (**Anejo A**) para el Departamento de Educación de Puerto Rico y lo que me descontaban del sueldo, siendo una cantidad de $2,948.40 anuales (**Anejo B**).

4. Que adjuntamos dicha evidencia en cumplimiento a lo solicitado por este Honorable Tribunal.

5. Que además, comparezco por derecho propio, ya que no tengo los recursos para contratar los servicios de un abogado. No obstante, en la

documentación recibida se me informa sobre una vista para el 29 de enero de 2020, a la cual no podré comparecer debido a que soy la encargada de cuidar a mis nietos menores de edad.

**POR LO ANTES EXPUESTO**, solicito de este Honorable Tribunal tome conocimiento de lo antes expuesto y declare NO HA LUGAR la solicitud de desestimar mi reclamación y se me pague lo adeudado, más los intereses correspondientes.

**CERTIFICO:** haber enviado copia fiel y exacta del presente escrito a Tribunal de Distrito de los Estados Unidos (Secretaría) Room 150 Federal Building San Juan, PR 00918-1767, Abogado de la Junta de Supervisión Proskauer Rose LLP Eleven Times Square Nueva York, New York 10036-8299 A/A: Martin J. Bienenstock Brian S. Rosen y al Abogado del Comité de Acreedores, Paul Hastings LLP 200 Park Avenue Nueva York, Nueva York 10166 A/A: Luc. A. Despins, James Bliss, James Worthington G. Alexander Bongartz.

**RESPETUOSAMENTE SOMETIDO**

En Juana Díaz, Puerto Rico, hoy 31 de diciembre de 2019.

Mirta S. Pagán Méndez
PO Box 1634
Juana Díaz, PR 00795
Tel: (787)290-9610; (787)637-6793
Email: chescka_17@hotmail.com

2