Anejo A



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

13 de mayo de 2014

DEPARTAMENTO DE EDUCACION
Sección de Nombramientos y Cambios
APARTADO 190759
SAN JUAN PR 00919 0759

Solicitud No: 681759
Radicada en: 31 oct 2013

Atención: Sra. Matilde Pedraza

La profesora MIRTA PAGAN MENDEZ con seguro social XXX-XX-6610 ha radicado una Solicitud de Retiro por la Ley 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio    [ ] Edad    [ ] Diferida    [ ] Suplementaria

Al 5 de marzo de 2014, fecha de su última aportación recibida,
[X] cualifica [ ] no cualifica para acogerse a la jubilación y tiene el siguiente tiempo:

30 Años, 11 Meses, 3 Semanas, 4.26 Dias y su edad es 57 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en % por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen I. Ferra Tirado
Principal Oficial Ejecutivo De Beneficios Y Servicios

C: MIRTA S. PAGAN MENDEZ
PO BOX 1634
JUANA DIAZ, PR 00795

XXX-XX-6610

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414; Fax:



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

30 de octubre de 2014

PROF MIRTA S PAGAN MENDEZ
PO BOX 1634
JUANA DIAZ PR 00795

CASO: 1044

Estimado(a) profesor(a) Pagán Méndez:

Deseamos informarle que su pensión por **Años de Servicio y Edad** ha sido aprobada. Su retiro fue efectivo el **29 de julio de 2014** y su renta mensual es de **$2,047.50**. Se depositó en su cuenta el cheque **2231498** por **$5,025.45**, el mismo pertenece al pago retroactivo que cubre desde el **29 de julio de 2014 hasta el 15 de octubre de 2014**. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaria Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I Ferrá Tirado
Principal Oficial Ejecutivo
Área de Beneficios y Servicios

kcm

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882

