## Form 499R-2/W-2 PR (Rev. 05.10) — Year 2009

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

- 1. Nombre-First Name: **MIRTA**
- Apellido(s) - Surname(s): **PAGAN MENDEZ**
- Dirección Postal del Empleado - Employee's Mailing Address: **17 RES JF KENNEDY APT 99, JUANA DIAZ, PR 00795-2445**
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  **L8003751706 M F JUNCOS**
  **DEPT DE EDUCACION-MAESTROS**
  **AVENIDA TENIENTE CESAR GONZALE**
  **ESQUINA CALAF**
  **HATO REY, PR 00919**
- Número de Control - Control Number: **004182466**
- Copia C para Récord del Empleado / Copy C for Employee's Records
- Año/Year: **2009**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 34888.43 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 34888.43 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 2726.75 |
| 14 | Fondo de Retiro - Retirement Fund | 2948.40 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR (Rev. 05.10) — Year 2010

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

- 1. Nombre-First Name: **MIRTA**
- Apellido(s) - Surname(s): **PAGAN MENDEZ**
- Dirección Postal del Empleado - Employee's Mailing Address: **17 RES JF KENNEDY APT 99, JUANA DIAZ, PR 00795-2445**
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  **L8013751706 MANUEL FER**
  **DEPT DE EDUCACION-MAESTROS**
  **AVENIDA TENIENTE CESAR GONZALE**
  **ESQUINA CALAF**
  **HATO REY, PR 00919**
- Número de Control - Control Number: **107609724**
- Copia C para Récord del Empleado / Copy C for Employee's Records
- Año/Year: **2010**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 33760.00 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 33760.00 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 2343.44 |
| 14 | Fondo de Retiro - Retirement Fund | 2948.40 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 24 | Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR Rev. 10.11 — Year 2011 (Copy C for Employee's Records)

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | MIRTA |
| Apellido(s) - Surname(s) | PAGAN MENDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | 17 RES JF KENNEDY APT 99, JUANA DIAZ, PR 00795-2445 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8013751706 MANUEL FER, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 |
| 3. Núm. Seguro Social - Social Security No. | [redacted] |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | [redacted] |
| 5. Fecha en que comenzó a recibir la pensión | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6B. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 33760.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 33760.00 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1932.70 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2948.40 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| Número Control - Control Number | 116459546 |
| Año / Year | 2011 |

Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR Rev. 09.12 — Year 2012 (Copy B for Employee's Tax Return)

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | MIRTA |
| Apellido(s) - Surname(s) | PAGAN MENDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | 17 RES JF KENNEDY APT 99, JUANA DIAZ, PR 00795-2445 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8013751706 MANUEL FER, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 |
| 3. Núm. Seguro Social - Social Security No. | [redacted] |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | [redacted] |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6B. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 33760.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 33760.00 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1829.92 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2948.40 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| Número Control - Control Number | 125528104 |
| Año / Year | 2012 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario Form 499R-2/W-2 PR Rev. 09.13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre - First Name: MIRTA | 3. Núm. Seguro Social / Social Security No.: [redacted] |
| Apellido(s) - Surname(s): PAGAN MENDEZ | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): [redacted] |
| Dirección Postal del Empleado - Employee's Mailing Address: 17 RES JF KENNEDY APT 99, JUANA DIAZ, PR 00795-2445 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number | 6B. Donativos / Charitable Contributions: 0.00 |
| Fecha Cese de Operaciones / Cease of Operations Date | Copia B para Planilla del Empleado / Copy B for Employee's Tax Return |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001 | Año: Year: **2013** |
| Número Control - Control Number: **004487335** | |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Item | Amount |
|---|---|
| 7. Sueldos - Wages | 33760.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 33760.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1623.76 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2948.40 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Item | Amount |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenido / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda