Mirta Santiago Internis
P. O. Box 1634
Juana Díaz, P.R. 00795

CERTIFIED MAIL
7019 1120 0001 1734 2182
RETURN RECEIPT REQUESTED

RETURN R
REQUES

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
DEC 31, 19
AMOUNT
$7.00
R2305K135197-01

Tribunal de Distrito de los
Estados Unidos
Secretaría
Room 150 Federal Building
San Juan, P.R. 00918-1767