## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| EN EL ASUNTO DE:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>COMO REPRESENTANTE<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,<br><br>DEUDORES | PROMESA<br>TITULO III<br><br>NÚM. 17 BK 03283-LTS<br><br>(ADMINISTRADA CONJUNTAMENTE)<br><br>LA PRESENTE RADICACIÓN GUARDA RELACIÓN CON EL ELA, LA ACT Y EL SRE. |

### MOCIÓN ADJUNTANDO EVIDENCIA EN TORNO A OBJECIÓN

**AL HONORABLE TRIBUNAL:**

COMPARECE, Carlos J. Pagán Méndez, por derecho propio y en la que respetuosamente ALEGA, EXPONE Y SOLICITA:

1. La dirección postal es HC 03 Box 11682, Juana, Díaz, PR 00795; teléfono (787)437-0130; (309)750-4260 y correo electrónico, rafael.pagan546@gmail.com

2. El día 28 de diciembre de 2019, recibí mediante correo documentación en la que se me solicitaba apelar la Centésima Décima Cuarta Objeción Global por aparecer en el Anexo A (Defectuosas).

3. Me opongo a la misma, ya que por error no envié la evidencia para comprobar mis 30 años de servicios (Anejo A) para la Policía de Puerto Rico y lo que me descontaban del sueldo, siendo una cantidad de $3,735.80 anuales aproximadamente (Anejo B).

4. Adjunto dicha evidencia en cumplimiento a lo solicitado por el Honorable Tribunal.

5. Además, comparezco por derecho propio, ya que no tengo los recursos para contratar los servicios de un abogado. En la documentación recibida se me informa sobre una vista para el 29 de enero de 2020, a la cual no podré

asistir ya que tengo inconvenientes con la transportación para asistir a la misma.

**POR LO ANTES EXPUESTO**, solicito de este Honorable Tribunal tome conocimiento de lo antes expuesto y declare NO HA LUGAR la solicitud de desestimar mi reclamación y se me pague lo adeudado, más los intereses correspondientes.

**CERTIFICO:** haber enviado copia fiel y exacta del presente escrito a Tribunal de Distrito de los Estados Unidos (Secretaría) Room 150 Federal Building San Juan, PR 00918-1767, Abogado de la Junta de Supervisión Proskauer Rose LLP Eleven Times Square Nueva York, New York 10036-8299 A/A: Martin J. Bienenstock Brian S. Rosen y al Abogado del Comité de Acreedores, Paul Hastings LLP 200 Park Avenue Nueva York, Nueva York 10166 A/A: Luc. A. Despins, James Bliss, James Worthington G. Alexander Bongartz.

**RESPETUOSAMENTE SOMETIDO**

En Juana Díaz, Puerto Rico, hoy 31 de diciembre de 2019.

Carlos J. Pagán Méndez
HC 03 Box 11682
Juana Díaz, PR 00795
Tel: (787)437-0130; (309)750-4260
Email: rafael.pagan546@gmail.com

2