

GOBIERNO DE PUERTO RICO
POLICIA

## CERTIFICACIÓN

Certifico que **Carlos J. Pagán Méndez**, seguro social XXX-XX-**2279**, fue empleado de la Policía de Puerto Rico, ocupo un puesto de **Agente**.

Ingresó a la **Agencia** el **1 de marzo de 1988** y su retiro obligatorio fue efectivo el **31 de marzo de 2018**, para acogerse a los beneficios de pensión por años de servicios de la Administración de los Sistemas de Retiro.

Esta información fue corroborada por el **Sistema de Nómina de la Policía de Puerto Rico. (ADP/PAYROLL).**

Dada hoy 28 de marzo 2018, en San Juan, Puerto Rico.

*Griselle Rodríguez*
Griselle Rodríguez Merced
Auxiliar En Sistema De Oficina II
Sección Servicios al Empleado
División Nombramientos y Cambios

