## Form 499R-2/W-2PR (Rev. 08.16) — Year 2016

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| Field | Value |
|---|---|
| 1. Nombre - First Name | CARLOS J |
| Apellido(s) - Surname(s) | PAGAN MENDEZ |
| Dirección Postal del Empleado | N 52 CALLE DEGETAU, JUANA DIAZ PR 00795 |
| 2. Nombre y Dirección Postal del Patrono | POLICIA DE PUERTO RICO, P O BOX 70166, SAN JUAN PR 00936-8166 |
| Employer's Telephone Number | (787) 781-3927 |
| Electronic Filing Confirmation Number | S160026 |
| Número Control - Control Number | 004146769 |
| 3. Núm. Seguro Social | REDACTED-2279 |
| 4. Núm. de Ident. Patronal (EIN) | 66-0455351 |
| Año - Year | 2016 |
| 7. Sueldos - Wages | 39060.00 |
| 11. Total = 7 + 8 + 9 + 10 | 39060.00 |
| 12. Gastos Reemb. y Beneficios Marginales | 400.00 |
| 13. Cont. Retenida - Tax Withheld | 1208.64 |
| 14. Fondo de Retiro Gubernamental | 3846.00 |
| 16. Salarios Exentos - Código B | 103.56 |
| 17. Total Sueldos Seguro Social | |
| 19. Total Sueldos y Pro. Medicare Wages and Tips | 39163.56 |
| 20. Contrib. Medicare Retenida | 567.87 |

Fecha de radicación: 31 de enero - Filing date: January 31

Prepared by A.D.P.

---

## Form 499R-2/W-2PR (Rev. 07.17) — Year 2017

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| Field | Value |
|---|---|
| 1. Nombre - First Name | CARLOS J |
| Apellido(s) - Last Name(s) | PAGAN MENDEZ |
| Dirección Postal del Empleado | N 52 CALLE DEGETAU, JUANA DIAZ PR 00795 |
| 2. Nombre y Dirección Postal del Patrono | POLICIA DE PUERTO RICO, P O BOX 70166, SAN JUAN PR 00936-8166 |
| Employer's Telephone Number | (787) 781-3927 |
| Electronic Filing Confirmation Number | S170002 |
| Número Control - Control Number | 004543825 |
| 3. Núm. Seguro Social | REDACTED-2279 |
| 4. Núm. de Ident. Patronal (EIN) | 66-0455351 |
| Año - Year | 2017 |
| 7. Sueldos - Wages | 38916.00 |
| 11. Total = 7 + 8 + 9 + 10 | 38916.00 |
| 12. Gastos Reemb. y Beneficios Marginales | 400.00 |
| 13. Cont. Retenida - Tax Withheld | 1188.48 |
| 14. Fondo de Retiro Gubernamental | 3735.80 |
| 16. Salarios Exentos - Código B | 127.11 |
| 19. Total Sueldos y Pro. Medicare Wages and Tips | 39043.11 |
| 20. Contrib. Medicare Retenida | 566.13 |

Fecha de radicación: 31 de enero - Filing date: January 31

Formulario Form 499R-2/W-2 PR Rev. 07.18

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | CARLOS J |
| Apellido(s) - Last Name(s) | PAGAN MENDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX 11682, BO. COLLORES CARR. 512 KM 4.4, JUANA DIAZ PR 00795 |
| Fecha de Nacimiento / Date of Birth | Día/Day ___ Mes/Month ___ Año/Year ___ |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | POLICIA DE PUERTO RICO, P O BOX 70166, SAN JUAN PR 00936-8166 |
| Número de Teléfono del Patrono / Employer's Telephone Number | (787) 781-3927 |
| Fecha Cese de Operaciones / Cease of Operations Date | Día/Day ___ Mes/Month ___ Año/Year ___ |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | F1574772736 |
| Número Control - Control Number | 180182536 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | |

| Field | Value |
|---|---|
| 3. Núm. Seguro Social / Social Security No. | REDACTED 2279 |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 66-0455351 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | |
| 6. Donativos / Charitable Contributions | |

Patrono: - Employer:
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others: _____

Año: Year: **2018**

INFORMACIÓN DADA AL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 17399.39 |
| 8. Comisiones - Commissions | |
| 9. Concesiones - Allowances | |
| 10. Propinas - Tips | |
| 11. Total = 7 + 8 + 9 + 10 | 17399.39 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | |
| 13. Cont. Retenida - Tax Withheld | 844.55 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 814.20 |
| 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS | |
| 16. Salarios Exentos (Ver Instrucciones) / Exempt Salaries (See Instructions) Código/Code | B  3902.82 |
| 16A. Código/Code | |
| 16B. Código/Code | |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | |

INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | |
| 18. Seguro Social Retenido / Social Security Tax Withheld | |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 21302.21 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 308.88 |
| 21. Propinas Seguro Social / Social Security Tips | |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | |

MIAM/-ZA/ /SEI88 /015446

Prepared by A.D.P.