Carlos S. Pagán Méndez
HC 03 Box 11682
Juana Díaz, P.R. 00795

CERTIFIED MAIL

7019 1120 0001 1734 2199

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
DEC 31, 19
AMOUNT
$6.45
R2305K135197-01

Tribunal de Distrito de los Estados Unidos
Secretaría
Room 150 Federal Building