**Attachment 1**

| |
|---|
| 19-00051 |
| 19-00053 |
| 19-00057 |
| 19-00060 |
| 19-00061 |
| 19-00066 |
| 19-00069 |
| 19-00072 |
| 19-00077 |
| 19-00080 |
| 19-00090 |
| 19-00112 |
| 19-00128 |
| 19-00129 |
| 19-00146 |
| 19-00148 |
| 19-00151 |
| 19-00168 |
| 19-00181 |
| 19-00187 |
| 19-00202 |
| 19-00229 |
| 19-00230 |
| 19-00243 |
| 19-00244 |
| 19-00249 |
| 19-00253 |
| 19-00268 |
| 19-00274 |
| 19-00349 |
| 19-00381 |
| 19-00384 |