# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THIS HONORABLE COURT:**

**COMES NOW** appearing counsel, Francisco A. Ojeda-Diez, on behalf of Plaintiff **THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS** (hereinafter "Plaintiff"), and very respectfully states and prays as follows:

1. The undersigned attorney has been assigned to the above referenced case.

2. For the above stated reason, it is respectfully requested from this Honorable Court and all other involved parties that it take notice of the foregoing and that all future correspondence, including all of this Honorable Court's Orders, be also addressed to the undersigned from now on.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

**WHEREFORE**, Plaintiff respectfully requests that all future notices and pleadings in this proceeding be notified to the undersigned attorney, and that the contact information be entered into the master address list of this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 9th day of January, 2020.

<u>S/FRANCISCO A. OJEDA-DIEZ</u>
ESTRELLA LLC
FRANCISCO A. OJEDA-DIEZ
U.S.D.C.-P.R. Bar No. 211108
P.O. Box 9023596
San Juan, PR 00902-3596
Tel: (787) 977-5050
Tel: (787) 977-5083
Email: <u>fojeda@estrellallc.com</u>

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board,*
*acting by and through its Member.*

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record in this case.

In San Juan, Puerto Rico this 9th day of January, 2020.

<u>S/FRANCISCO A. OJEDA-DIEZ</u>
ESTRELLA LLC
FRANCISCO A. OJEDA-DIEZ
U.S.D.C.-P.R. Bar No. 211108
P.O. Box 9023596
San Juan, PR 00902-3596
Tel: (787) 977-5050
Tel: (787) 977-5083
Email: <u>fojeda@estrellallc.com</u>

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board,*
*acting by and through its Member.*