UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF URGENT MOTION OF LAWFUL
CONSTITUTIONAL DEBT COALITION UNDER BANKRUPTCY CODE SECTIONS 105(A)
AND 502 AND BANKRUPTCY RULE 3007, FOR ENTRY OF AN ORDER APPROVING
NOTICE PROCEDURES WITH RESPECT TO OMNIBUS OBJECTION TO CLAIMS FILED OR
ASSERTED BY HOLDERS OF CERTAIN BONDS ISSUED OR GUARANTEED BY THE COMMONWEALTH

The Court has received and reviewed the *Urgent Motion of Lawful Constitutional Debt Coalition Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, for Entry of an Order Approving Notice Procedures With Respect to Omnibus Objection to Claims Filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth* (Docket Entry No. 9731 in Case No. 17-3283, the "Motion"), filed by the Lawful Constitutional Debt Coalition (the "Movants").

Responsive papers to the Motion, if any, must be filed by **January 16, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Movants' reply papers must be filed by **January 20, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Movants' reply (or an informative motion to be filed by **January 20, 2020, at 5:00 p.m. (Atlantic Standard Time)**) must address the basis for

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

their request that the Court direct Prime Clerk LLC to effect service of the Objection Notice annexed to Exhibit A of the Motion, including whether Movants have retained Prime Clerk LLC for that purpose. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

      SO ORDERED.

Dated: January 9, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge