**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**SECOND NOTICE OF (A) ADJOURNMENT AS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED SCHEDULE FOR THE EIGHTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIRMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

1.    Scheduled for hearing on December 11, 2019 were various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

2.    In light of the voluntary withdrawal of certain claims by certain claimants, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), [2] respectfully withdraw, without prejudice, their objection to Proof of Claim No. 52758 (the "Claim").

3.      Since the filing of the Eighty-First Omnibus Objection, the Debtors have received additional supplemental mailings submitted by claimants subject thereto.  In order to review these additional supplemental mailings, and in particular, to evaluate whether such claimants shall be transferred into the administrative reconciliation process, the Debtors hereby adjourn the hearing on the Eighty-First Omnibus Objection to the January Hearing, solely with respect to the following claims: Proofs of Claim Nos. 63303 and 60946.

4.      The Debtors respectfully submit as Attachment 1 hereto a revised proposed order on the Eighty-First Omnibus Objection and an accompanying amended schedule of claims subject to the Eighty-First Omnibus Objection.

Dated: January 9, 2020      Respectfully submitted,
  San Juan, Puerto Rico

            /s/ *Hermann D. Bauer*
            Hermann D. Bauer
            USDC No. 215205
            Carla García Benítez
            USDC No. 203708
            **O'NEILL & BORGES LLC**
            250 Muñoz Rivera Ave., Suite 800
            San Juan, PR 00918-1813
            Tel:  (787) 764-8181
            Fax:  (787) 753-8944

            *Attorneys for the Financial Oversight and*
            *Management Board for Puerto Rico, as*

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, and ERS*