**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the<br>Commonwealth, HTA, and<br>ERS.** |

**ORDER GRANTING EIGHTY-SEVENTH OMNIBUS OBJECTION (NON-
SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON
UNSPECIFIED PUERTO RICO STATUTES**

Upon the *Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statutes* (the "Eighty-Seventh Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four
Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy
Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico
Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four
Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of
Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK
4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings
Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax
ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico

Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("ERS"), dated October 24, 2019, for entry of

an order disallowing in their entirety certain claims filed against the Commonwealth, HTA, or

ERS, as more fully set forth in the Eighty-Seventh Omnibus Objection and supporting exhibits

thereto, and upon the *Notice of (A) Adjournment as to Certain Claims and (B) Submission of*

*Amended Schedule for the Eighty-Seventh Omnibus Objection* (the "Notice of Adjournment"),

filed by the Commonwealth, HTA, and ERS on December 6, 2019, and upon the *Second Notice of*

*(A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-*

*Seventh Omnibus Objection*; and the Court having jurisdiction to consider the Eighty-Seventh

Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a);

and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the

Eighty-Seventh Omnibus Objection having been provided to those parties identified therein, and

no other or further notice being required; and each of the claims identified in Exhibit A hereto

(collectively, the "Deficient Claims") having been found to be deficient; and the Court having

determined that the relief sought in the Eighty-Seventh Omnibus Objection is in the best interests

of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the Eighty-Seventh Omnibus Objection

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is hereby

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in
the Eighty-Seventh Omnibus Objection.

ORDERED that the Eighty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge