# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## SECOND NOTICE OF (A) ADJOURNMENT AS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED SCHEDULE FOR THE NINETIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIRMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

To the Honorable United States District Judge Laura Taylor Swain:

1.      Scheduled for hearing on December 11, 2019 were various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

2.      Since the filing of the Ninetieth Omnibus Objection, the Debtors have received

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

additional supplemental mailings submitted by claimants subject thereto.  In order to review these

additional supplemental mailings, and in particular, to evaluate whether such claimants shall be

transferred into the administrative reconciliation process, the Debtors hereby adjourn the hearing

on the Ninetieth Omnibus Objection to the January Hearing, solely with respect to the following

claims: Proofs of Claim Nos. 70999, 75773, 53809, 54539, 114712, 155796, 126039, 57236, and

60128.

3.     The Debtors respectfully submit as Attachment 1 hereto a revised proposed order

on the Ninetieth Omnibus Objection and an accompanying amended schedule of claims subject to

the Ninetieth Omnibus Objection.

Dated: January 9, 2020                          Respectfully submitted,
       San Juan, Puerto Rico

                                                /s/ Hermann D. Bauer
                                                Hermann D. Bauer
                                                USDC No. 215205
                                                Carla García Benítez
                                                USDC No. 203708
                                                **O'NEILL & BORGES LLC**
                                                250 Muñoz Rivera Ave., Suite 800
                                                San Juan, PR 00918-1813
                                                Tel:  (787) 764-8181
                                                Fax:  (787) 753-8944

                                                *Attorneys for the Financial Oversight and
                                                Management Board for Puerto Rico, as
                                                representative for the Commonwealth, HTA,
                                                and ERS*

                                                /s/ Martin J. Bienenstock
                                                Martin J. Bienenstock (*pro hac vice*)
                                                Brian S. Rosen (*pro hac vice*)
                                                **PROSKAUER ROSE LLP**
                                                Eleven Times Square
                                                New York, NY 10036
                                                Tel:  (212) 969-3000
                                                Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, and ERS*