**<u>Exhibit B</u>**
Declaration of Jay Herriman

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                    Debtors.[1]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS.**

## DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE NINETY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]
Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.      In my capacity as a Managing Director of A&M, I am one of the persons
responsible for overseeing the claims reconciliation and objection process in the Debtors' cases
filed pursuant to PROMESA.  The Debtors' ongoing claims reconciliation process involves the
collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill &
Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth,
HTA and ERS.

3.      I submit this declaration in support of the *Ninety-Fifth Omnibus Objection
(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* (the "Ninety-Fifth Omnibus
Objection").[3]  I have personally reviewed the Ninety-Fifth Omnibus Objection and exhibits thereto
and am, accordingly, familiar with the information contained therein.

4.      In preparation for filing the Ninety-Fifth Omnibus Objection, and under my
direction and/or supervision, each of the claims at issue in the Ninety-Fifth Omnibus Objection
was carefully reviewed and analyzed in good faith using due diligence by the appropriate
personnel, or were reviewed and analyzed by personnel at other agents retained by the Oversight
Board.  These efforts resulted in the identification of the claims to be disallowed, as identified in
Exhibit A to the Ninety-Fifth Omnibus Objection.

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Ninety-Fifth
        Omnibus Objection.

5.      To the best of my knowledge, information, and belief, the claims identified in

Exhibit A to the Ninety-Fifth Omnibus Objection (collectively, the "Deficient Claims") purport to

assert obligations of the Commonwealth, HTA, or ERS, but failed to provide any information

identifying the nature or source of the obligations or explaining why the Commonwealth, HTA,

ERS, or any other Title III debtor are liable to the claimant.  Moreover, to the best of my

knowledge, information, and belief, a letter was sent to each of the claimants who filed Deficient

Claims requesting additional information and supporting documentation, but the claimants did not

respond.  Accordingly, the Commonwealth, HTA, and ERS request that the Deficient Claims be

disallowed in their entirety.

6.      Based on the foregoing, and to the best of my knowledge, information and belief,

the information contained in the Ninety-Fifth Omnibus Objection and exhibits thereto is true and

correct, and the relief requested therein is in the best interests of the Commonwealth, HTA, ERS,

and its creditors.

7.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 9, 2020

By: /s/ *Jay Herriman*_____
Jay Herriman

3