# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

**This filing relates to the
Commonwealth, HTA, and
ERS.**

## ORDER GRANTING EIGHTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

Upon the *Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Eighty-Second

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), the Puerto

Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of

the Government of the Commonwealth of Puerto Rico ("ERS"), dated October 24, 2019, for entry

of an order disallowing in their entirety certain claims filed against the Commonwealth, HTA, or

ERS, as more fully set forth in the Eighty-Second Omnibus Objection and supporting exhibits

thereto, and upon the *Notice of (A) Adjournment as to Certain Claims and (B) Submission of*

*Amended Schedule for the Eighty-Second Omnibus Objection* (the "Notice of Adjournment"), filed

by the Commonwealth, HTA, and ERS on December 6, 2019, and upon the *Second Notice of (A)*

*Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Second*

*Omnibus Objection*; and the Court having jurisdiction to consider the Eighty-Second Omnibus

Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and

venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the

Eighty-Second Omnibus Objection having been provided to those parties identified therein, and

no other or further notice being required; and each of the claims identified in Exhibit A hereto

(collectively, the "Deficient Claims") having been found to be deficient; and the Court having

determined that the relief sought in the Eighty-Second Omnibus Objection is in the best interests

of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the Eighty-Second Omnibus Objection

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is hereby

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in
the Eighty-Second Omnibus Objection.

ORDERED that the Eighty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3