I. **Datos de Contacto:**
   a. **Nombre:** Ana Lourdes Torres Delgado
   b. **Dirección Residencial:** Urb. Parque de las flores G#10, Coamo P.R. 00769
   c. **Dirección Postal:** PO Box 1730, Coamo P.R. 00769
   d. **Numero de teléfono:** 787-487-8984
   e. **Dirección Electrónico:** analourdests@yahoo.com

II. **Epígrafe:**
   a. **Nombre del Tribunal:** Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
   b. **Nombre de los Deudores:** El Estado Libre Asociado de Puerto Rico
   c. **Numero de procedimiento:** 17 BK 032823-LTS
   d. **Titulo de la Objeción Global:** Centésima decima séptima objeción global
   e. **Numero de evidencias de reclamos relacionados al Prime Clerk:** 97095

III. **Motivo(s) para oponerse a la Objeción Global:**
   a. Soy una empleada actual del Gobierno de Puerto Rico bajo el Departamento de Educación y abrí una reclamación en base de la quiebra del Sistema de Retiro del Estado Libre Asociado y como obtendré mi retiro acumulado, cual por el momento tengo acumulado 20 años, 9 meses y 4.81 días de trabajo en el Departamento de Educación en cual aporté un total de $61, 159.46 (intereses incluidos).

IV. **Documentación justificativa:**



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante ANA L TORRES DELGADO

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $50,370.61 al 24 de diciembre de 2019. Las aportaciones han devengado intereses por $10,788.85 para un total de cuotas e intereses de $61,159.46.

El tiempo acreditado es de aproximadamente 20 año(s), 9 mes(es), 0 semana(s), 4.81 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov



Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación):

| | | | |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

CDS 06/28/18

# Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**
   ¿Quién es el acreedor actual?

   Ana L. Torres Velgado

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

RECEIVED
JUL 05 2018
PRIME CLERK LLC

Modified Official Form 410              Proof of Claim              page 1



Claim Number: 144433

2. Has this claim been acquired from someone else?

☐ No / No
☐ Yes. From whom? _____
Sí. ¿De quién? _____

¿Esta reclamación se ha adquirido de otra persona?

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: Ana L. Torres Delgado
Number / Número  Street / Calle: P.O Box 1730
City / Ciudad: Coamo  State / Estado: P.R.  ZIP Code / Código postal: 00769
Contact phone / Teléfono de contacto: 787-487-8925
Contact email / Correo electrónico de contacto: tommyarbitro@gmail.com

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: _____
Number / Número  Street / Calle: _____
City / Ciudad  State / Estado  ZIP Code / Código postal: _____
Contact phone / Teléfono de contacto: _____
Contact email / Correo electrónico de contacto: _____

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) _____
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing? _____
Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:**
Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

Departamento de Educación Puerto Rico

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410        Proof of Claim        page 2

8. How much is the claim? $ _Indeterminado_  Does this amount include interest or other charges?
   ¿Cuál es el importe de la reclamación?
   ¿Este importe incluye intereses u otros cargos?
   ☐ No / No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?
   ¿Cuál es el fundamento de la reclamación?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   _Escala Salarial - (Pasos)_

10. Is all or part of the claim secured?
    ¿La reclamación está garantizada de manera total o parcial?

    ☐ No / No
    ☐ Yes. The claim is secured by a lien on property.
    Si. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ☐ Motor vehicle / Vehículos
    ☑ Other. Describe:  _Departamento de Educación Puerto Rico_
    Otro. Describir:

    Basis for perfection / Fundamento de la realización de pasos adicionales: _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    Value of property / Valor del bien: $_____

    Amount of the claim that is secured /
    Importe de la reclamación que está garantizado: $_____

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado: $_____
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

    Annual Interest Rate (on the Petition Date)
    Tasa de interés anual (cuando se presentó el caso)_____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. Is this claim based on a lease?
    ¿Esta reclamación está basada en un arrendamiento?

    ☑ No / No
    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410                    Proof of Claim                        page 3

12. Is this claim subject to a right of setoff?

    ¿La reclamación está sujeta a un derecho de compensación?

- [ ] No / No
- [x] Yes. Identify the property / Si. Identifique el bien: _Escala Salarial- (Pasos)_

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

    ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

- [x] No / No
- [ ] Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $ _____

    Si. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

- [x] I am the creditor. / Soy el acreedor.
- [ ] I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _29/6/18_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Ana L. Torres Delgado_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Ana L. Torres Delgado_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Maestra_

Company / Compañía _Departamento de Educación Puerto Rico_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _P.O Box 1730_
Number / Número    Street / Calle

_Coamo_                                  _P.R._ - _00769_
City / Ciudad                             State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-487-8925_  Email / Correo electrónico _tommyarbiho@gmail.com_

Modified Official Form 410                Proof of Claim                              page 4

# FedEx International Air Waybill
Express

## 1 From
Date: 07/02/18
Sender's Name: Natalia Utero
Company: Prime Clerk PC
Address: MCS Building Suite 222A
Address: 880 Tito Castro Avenue
City: Ponce
State/Province: PR
Country: US
ZIP/Postal Code: 00716
Internal Billing Reference: 1845-02  TCC Claims

## 2 To
Recipient's Name: 
Phone: 2122574169
Company: PRIME CLERK
Address: 850 3RD AVE STE 412
City: BROOKLYN
State/Province: NY
Country: US
ZIP/Postal Code: 11232

FedEx Tracking Number: 8124 5664 3432 0402

### 4 Express Package Service
03 ✓ FedEx Intl. Economy

### 5 Packaging
02 ✓ FedEx Pak

### 6 Special Handling and Delivery Signature Options
10 ✓ Direct Signature

### 7 Payment
Bill transportation charges to: Recipient
FedEx Acct No: 9095-8996-7

## 3 Shipment Information
Total Packages: 1
Total Weight: 5 lbs
Commodity Description: Docs
Country of Manufacture: USA
Value for Customs: NCV

RECEIVED
JUL 05 2018
PRIME CLERK LLC

Origin Station ID: PSEA
County Code/Destination Station ID: US/FBTA
URSA Routing: SA-FBTA

Base Charges / FedEx Exp. #: 20425

662
0917

From: Ana L. Torres
Po Box 1730
Coamo, P.R. 00769



U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
00769
JAN 02, 20
AMOUNT
$0.70

1000
00918
R2303S102189-06

RECEIVED & FILED
2020 JAN -3 PM 5: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To:
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

ReadyPost
Document Mailer