Réplica

1- Nombre: Eladia Ayala-Cadiz
Urb. Flamboyanes, calle Lima 1710
Ponce, P.R. 00716-4617

Correo Electronico
   EladiaAyala@yahoo.com
Telefono: (787) 843-9662
cel: (787) 629-3999

Reclamacion:

   $11,400

(19 años a $600.00 por año.

2. Nom. Tribunal:
Tribunal de distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918
Nom. Deudores:
Estado Libre Asociado de Puerto Rico
Num. Procedimiento:
17 BK 3283-LTS
Título de la Objeción Global:
Centésima Novena Objeción Global
Núm. Evidencia de Reclamación:
#59289

Eladia Ayala-Cadiz
Flamboyanes Calle Lima 1710
Ponce, PR 00716

Secretaria (Clerke Office)
Tribunal de districto de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico) 00918-1767

RECEIVED 2020 JAN -2 PM 4:19

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

2020 JAN -2 PM 4:19