30 de diciembre de 2019

A quien pueda interesar
De: Rodríguez Colón, Jacqueline
Número de reclamación
    87323 y 104413

La primera semana de diciembre vía Email recibí el formulario que debía enviar para sustentar mi reclamación. El día 4 de diciembre a las 13:17 mandé dicho formulario con toda la evidencia para sustentar mi reclamación. Al día de hoy las envío nuevamente ya que recibí un comunicado como que no había enviado la evidencia de reclamación. He enviado mis mejores evidencias, las cuales fundamentan y documentan el respaldo para formular una reclamación contra el Estado Libre Asociado de P.R.

*Recibido Jueves 27 dic 2019*

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Colon, Jacqueline | 104413 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Colon, Jacqueline | 104413 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

 School Supply <schoolsupply7000@gmail.com>

## Escaneado desde Tierra Santa School Supply
1 mensaje

**Tierra Santa School Supply** <schoolsupply7000@gmail.com>  4 de diciembre de 2019 a las 13:17
Responder a: schoolsupply7000@gmail.com
Para: PRClaimsInfo@primeclerk.com

Favor abrir documento adjunto.

Number of Images: 10
Attachment File Type: PDF

Tierra Santa School Supply
T: 787-612-4829
T: 787-847-7000

---

📄 **12042019131700-0001.pdf**
245K

Número de Evidencia de Reclamación: 87323
Reclamante: Rodriguez Colon, Jacqueline

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ✓ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   _Impago de las leyes 180 Cost of living_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   Ley 180 Cost of living $ 2,281.05
   Ley 96 Sila M. Calderon $ 14,400.
   Ley 164 del 2003 $ 12,000.
   Ley 89 (Romerazo) $ 16,800.

Batch 3



3. <u>**Empleo.**</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Departamento de Educación de P.R

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   Agosto 1984 a Julio 2014

3(c). Últimos cuatro dígitos de su número de seguro social: 6338

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☑ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. <u>**Acción legal.**</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   Departamento de Educación de PR

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   Bankruptcy Court District of San Juan P.R.

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso:
   Ley Promesa

**Batch 3**  2



990123400367146

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

No

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

N/A



Reclamante: Rodríguez Colón, Jacqueline

Número de Reclamación: 87323

Reclamaciones:

1. Ley 180 Cost of living

   Explicación de los años de retiro y de donde proviene lo solicitado. Aumento de cada 3 años al 3% como indica la Ley 180

   2014 → año en que me retiré

   Salario de jubilación: $2,055.00

   $2,055 × 0.3 = 61.65

   61.65 × 36 = $2,219.4

   2,219.4 + 61.65 = $2,281.05

   Monto adeudado $2,281.05

Reclamante: Rodriguez Colon, Jacqueline

Número de reclamación: 87323

Numero de caso: 2013-04-1542 Pendiente de adjudicación

Ley 96 del 1ro de julio de 2002 - Sila M. Calderón

a) $100.00 de aumento mensuales a los empleados públicos que al 30 de junio de 2002 estén activos, sin distinción de status ni categoría. Cuando en un puesto se presenten servicios a jornada parcial, proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro de julio de 2003 tendrán derecho a recibir el aumento efectivo a la fecha que se reintegren al servicio.

b) Ver anejos
 * Fecha de retiro: Julio 2014

c) Cómputos:

$100 — aumento mensual
× 12 → deuda anual
─────
$1,200

$1,200 — deuda al año
× 12 → años trabajados
─────
$14,400. → Cantidad adeudada

Reclamante: Rodríguez Colón, Jacqueline

Número de reclamación: 87323

Ley 164 del 2003 Aumento de sueldo de $100. a Empleados del ELA

Esta ley concede $100.00 de aumento de sueldo a empleados públicos que al 31 de diciembre del 2003 estén en servicio activo, sin distinción de status ni categoría. Efectivo 1ro de enero 2004.

$100.00 → aumento mensual
X 12 → meses al año
──────
$1,200.

$1,200 → cantidad al año
X 10 → años trabajados
──────
$12,000 → cantidad adeudada

Véase anejos

Reclamante: Rodríguez Colón Jacqueline
Número de reclamación: 87323

Ley 89 (Romerazo)

Reglamento de retribución uniforme ley 89 de 12 julio 1979 enmendada. Impago de $100. como indica la ley. Esta ley concede $100. en enero del 2000 y aumentos posteriores a base de nuevas escalas y rangos. Aumentos concedidos el 1ro de enero de 2000 a los maestros del Sistema de Educación Pública conforme a la legislación y reglamentos que se aprueben en enero 1999

Cómputos:
  $100.0 aumento mensual
  x 12
  $1,200

  $1,200
  x 14 años trabajados
  $16,800 → cantidad adeudada

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

31 de octubre de 2014

PROF JACKELINE RODRIGUEZ COLON                                  CASO: 877
HC 1 BOX 3924
VILLALBA PR 00765

Estimado(a) profesor(a) Rodríguez Colón:

Deseamos informarle que su pensión por **Años de Servicio y Edad** ha sido aprobada. Su retiro fue efectivo el **29 de julio de 2014** y su renta mensual es de **$2,055.00**. Se depositó en su cuenta el cheque **2231386** por **$4,719.87**, el mismo pertenece al pago retroactivo que cubre desde el **29 de julio de 2014 hasta el 15 de octubre de 2014**. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaria Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I Ferra Tirado
Principal Oficial Ejecutivo
Área de Beneficios y Servicios

kcm

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882
www.srm.pr.gov



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

**ENMIENDA**

25 DE JUNIO DE 2014

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO EDUCACION

RE: **JACQUELINE RODRIGUEZ COLON**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico)

☒ Años de Servicio  ☐ Edad  ☐ Diferida  ☐ Suplementaria

Al **15 DE JUNIO DE 2014** fecha de su última cotización recibida

☒ Cualifica, ☐ no cualifica, para acogerse a la jubilación, y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 29 | 10 | 2 | 3 | 53 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

☐ Reconocimiento Tiempo
☐ Diferencia en Por Ciento por Transferencia Recibida
☐ Reembolso de Cuotas
☐ Otros

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**
**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

*[firma]*
**Gretchen I. Ferra Tirado**
**Principal Oficial Ejecutivo De Beneficio Y Servicios**
**Área Servicios de Retiro**

**EDUARDO MUNIZ OLIVO**
**Oficial Servicios de Retiro**

**PROF: JACQUELINE RODRIGUEZ COLON**
         **HC 01 BOX 3924**
         **VILLALBA PR 00766**

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882
www.srm.pr.gov

SRM
Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de julio de 2011

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JACQUELINE RODRIGUEZ COLON |
| Seguro Social | : | **REDACTED** 6338 |
| Categoría | : | M.EDUC. SEC (CIENCIA GENERAL) |
| Distrito Escolar | : | VILLALBA_ |
| Sueldo Mensual | : | $2,740.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 7 de agosto de 1984 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento por un periodo de 27 años. |

Cándida Rosa Chico
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

J Rodriguez Colon
HC 1 Box 3924
Villalba PR 00766

CERTIFIED MAIL®

7018 2290 0000 2773 9597



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 02, 20
AMOUNT
$4.80
R2303S101580-08

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767