Jo-Ann Calderón Rivera
oficial correccional I

Dirección Actual
101 Grande Valencia Dr.
suite 101
Orlando Florida 32825

Dirección Anterior
9318 New Heritage road
Apt. 101
Orlando, Florida 32825

Número celular 646-260-1102
Número reclamación 85203
Fecha reclamación 6/29/18
Deudor Commonwealth of Puerto Rico
17BK 03283-LTS

RECEIVED 2020 JAN -2 P 6: 15

Jo. Ann Calderon
101 Grande Valencia Dr.
Suite 101 Orlando Florida
32825

Secretario (clerk's office)
Tribunal de Distrito de los Estados
Unidos Room 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico
00918-1767