Secretaria (Clerk Office)

Tribunal de Distrito de los EE.UU.

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED

2020 JAN -3 P 3: 25

Fecha: 30 de diciembre de 2019

Nombre: Nitza Gotay Hays

No. Reclamación: 35361

Fide Presentación: 5/24/2018

Monto Reclamación: $7,500.00

Trabaje para el Departamento de Corrección de Puerto Rico para la fecha de 17 de septiembre de 1998 bajo la Ley Núm. 89 conocida como "El Romeraso" en la cual se establece un aumento de $25.00 mensuales, la cual nunca se me proporcionó el mismo estando activa en la Agencia y la cual tenía derecho al mismo. Al retirarme deje de recibir el mismo.

Fecha de Retiro: 31 de julio de 2015

Atentamente,

Nitza Gotay Hays

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Corrección y
Rehabilitación

Hon. José A. Aponte Carro
Secretario Interino

17 de julio de 2015

Sra. Nitza Gotay Hays
P.O. Box 336123
Ponce, Puerto Rico  00733-6123

Estimada señora Gotay:

Conforme a su solicitud, hemos aceptado la renuncia al puesto que ocupa como Oficial de Servicios Juveniles I, en el Centro de Tratamiento Social de Ponce Niñas, efectiva el **31 de julio de 2015**.

De estar interesada en solicitar el rembolso de sus aportaciones en la Asociación de Empleados del Estado Libre Asociado de Puerto Rico, y recibir orientación en cuanto a las aportaciones de la Administración de los Sistemas de Retiro, deberá visitar la División de Beneficios Marginales de la Oficina de Recursos Humanos, con los siguientes documentos: **Certificación de deuda del C.R.I.M., Certificación de deuda de A.E.E.L.A., Certificación de Deuda de Retiro, Certificación de deuda de Hacienda, Certificación de Radicación de Planillas por los pasados cinco (5) años y Certificación de deuda de A.S.U.M.E.**

El Reglamento Núm. 11, Normas Básicas para el Control y la Contabilidad de los Activos Fijos, del Departamento de Hacienda, establece que todo funcionario público, deberá hacer entrega inmediata del equipo de trabajo, incluyendo la Tarjeta de Identificación. De igual modo la Ley Núm. 95-1963, "Ley de Beneficios de Salud para Empleados Públicos", según enmendada, requiere la entrega de la Tarjeta del Plan de Salud; el Equipo de Trabajo y Arma de Reglamento, (si aplica) deberá ser entregado en la Institución.

Cordialmente,

**José A. Aponte Carro**
RCC/ ADN/emb

P.O. Box 71308, San Juan, PR 00936
Tel. (787) 792-7475  Fax. (787) 793-2199

OCAP-11
Rev. 9/97

1ra. COPIA

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | Estado Libre Asociado de Puerto Rico | 2. Certificación Número |
|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div | Sub Div | Asig. | Objeto | OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL | 98-87 |
| 99 | 111 | 072 | 03 | 302 | 001 | 1110 | Apartado 8476, Estación Fernández Juncos Santurce, Puerto Rico 00910 | 3. Fecha de la Certificación |
| | | | | | | | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 25 AGOSTO 98 |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado:
GOTAY          HAYS          NITZA ENID
(Apellido Paterno)   (Apellido Materno)   (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

8. Dirección del empleado:
RES. DR. PILA BLOQUE 3 APTO. 29
P O BOX 336123
PONCE, PR 00733-6123

5. Nombre según aparece en el Seguro Social
NITZA GOTAY-HAYS

6. Sexo: F

7. Número del Seguro Social
REDACTED-8863

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
ADMINISTRACION DE INSTITUCIONES JUVENILES
CENTRO DE TRATAMIENTO SOCIAL DE PONCE

10. Título de Clasificación del Puesto
OFICIAL DE SERVICIOS JUVENILES I

11. Número de Clase: 3111

12. Número del Puesto: 17381

13. Tipo de nombramiento:
☐ Regular   ☒ Probatorio   ☐ Transitorio
☐ En el Servicio de Confianza

RETIRO: 8.275%
AHORRO: 3%

14. Sueldo Mensual $ 1,059.00
Diferencial _____
Total $ _____

15. Fecha de efectividad del Nombramiento
17 DE SEPTIEMBRE DE 1998

16. Fecha en que expira el período probatorio o el nombramiento
16 DE SEPTIEMBRE DE 1999

17. Anterior Incumbente
VACANTE

18. Título de Clasificación del Puesto

19. Firma de la autoridad nominadora o su representante autorizado:
MIGUEL ANGEL RIVERA    ADMINISTRADOR    16 SEPTIEMBRE 1998
       Firma                   Título                Fecha

20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, NITZA E. GOTAY HAYS   SS. Núm. REDACTED-8863   de 47   CASADO   OFICIAL SERV. JUV. I
   (Nombre del Funcionario o Empleado)                     (Edad)   (Soltero o Casado)   (Nombre del cargo o empleo)

vecino de PONCE (Pueblo) juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

16 de septiembre de 1998
(Fecha)

(Firma del Empleado o Funcionario)

Declaración Jurada Núm. 527

Suscrito y jurado ante mí por NITZA E. GOTAY HAYS (Nombre) _____ de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante _____

En HATO REY, Puerto Rico, hoy 16 de SEPTIEMBRE del año 1998

Firma, Sello y Dirección del Notario Público
o del Funcionario Autorizado que toma el Juramento

PARA USO EXCLUSIVO DE OCAP

21. Recibido en OCAP:

22. Nombramiento aprobado o registrado por:

23. Fecha

N[...]
Los Olivos #317
Ponce P.R. 00728

7019 1640 0001 2141 2481




U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
JAN 02, 20
AMOUNT
$7.45
R2304N117469-06

RECEIVED 2020 JAN -3 P 3:25

SECRETARÍA (Clerk office)
TRiBuNAl DisTRiTo De Los EE.UU
Room 150 FEdeRAl BuildinG
SAN JuAN P.R. 00918-1767