Quetcy Ann Cedeño Rodriguez
oficial correctional I
101 Grande Valencia Dr
suite 101
Orlando Florida 32825

Dirección Anterior
9318 New Heritage road
Apt. 101
Orlando, Florida 32825

Numero celular 646-232-2711
Numero reclamación 68341
Fecha: presentación 6/29/18
Deudor: Commonwealth of Puerto Rico

Email qcedeno124@gmail.com

Guetcy Cedeño
101 Grande Valencia Dr.
Suite 101 Orlando Florida
32825

Secretario (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767

RECEIVED JAN -2 P 11: 17