|  |  |
|---|---|
| In re: | ) ) |
|  | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) Title III ) ) |
|  | ) Case No. 17-BK-03283 (LTS) |
| as representative of | ) ) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) ) |
| Debtors.[1] | ) ) |
| In re: | ) ) |
|  | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) Title III ) ) Case No. 17-BK-03566 (LTS) |
| as representative of | ) ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) |
| Debtor. | ) ) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | | |
|---|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) ) | Adv. Proc. No. 19-00356 (LTS) |
| and | ) ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) | |
| as co-trustees of | ) ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEFENDANT 1M, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) ) ) ) ) ) ) | Adv. Proc. No. 19-00357 (LTS) |
| and | ) ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) ) ) ) | |
| as co-trustees of | ) ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) ) | |
| Plaintiff, | ) | |

2

| | |
|---|---|
| v. )<br>)<br>)<br>)<br>STOEVER GLASS & CO., *et al.*, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>THE SPECIAL CLAIMS COMMITTEE OF THE )<br>FINANCIAL OVERSIGHT AND MANAGEMENT )<br>BOARD FOR PUERTO RICO, ACTING BY AND )<br>THROUGH ITS MEMBERS, )<br>)<br>and )<br>)<br>THE OFFICIAL COMMITTEE OF UNSECURED )<br>CREDITORS OF ALL TITLE III DEBTORS )<br>(OTHER THAN COFINA), )<br>)<br>as co-trustees of )<br>)<br>THE EMPLOYEES RETIREMENT SYSTEM OF THE )<br>GOVERNMENT OF PUERTO RICO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT 1H-78H, )<br>)<br>Defendants. )<br>)<br>)<br>THE SPECIAL CLAIMS COMMITTEE OF THE )<br>FINANCIAL OVERSIGHT AND MANAGEMENT )<br>BOARD FOR PUERTO RICO, ACTING BY AND )<br>THROUGH ITS MEMBERS, )<br>)<br>and )<br>)<br>THE OFFICIAL COMMITTEE OF UNSECURED )<br>CREDITORS OF ALL TITLE III DEBTORS )<br>(OTHER THAN COFINA), ) | Adv. Proc. No. 19-00359 (LTS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 19-00361 (LTS) |

3

|  |  |
|---|---|
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DEFENDANT 1G-50G, *et al.*, | ) |
|  |  |
| Defendants. |  |

-------------------------------------------------------------------- X

## ORDER SETTING HEARING DATE

This matter is before the Court on the *Joint Urgent Motion Proposing Objection Deadlines and Hearing Date for Motions to Compel and Quash* (Dkt. No. 765 in 17-BK-3566) (the "Urgent Motion") and the *Joint Motion to Inform Regarding Hearing Date on Discovery Motions* (Dkt. No. 773 in 17-BK-3566) (the "Motion to Inform").

The Court hereby schedules oral argument on the *Motion of Certain ERS Bondholders to Compel ERS to Provide Complete Answers to Interrogatories* (Dkt. No. 755 in 17-BK-3566), the *Urgent Motion of Committees and Government Parties to Compel Production of Documents from ERS Bondholders* (Dkt. No. 756 in 17-BK-3566) and *The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Urgent Motion for a Protective Order Quashing the Deposition Subpoena Served on Retiree Committee's Counsel* (Dkt. No. 766 in 17-BK-3566) (together, the "Discovery Motions") for **January 15, 2020 at 2:30 p.m. Eastern Standard Time** in Boston, MA. A hearing procedures order will follow.

SO ORDERED.

4

This Order resolves Dkt. No. 765 in 17-BK-3566, Dkt No. 9717 in 17-BK-3283, Dkt. No. 65 in 19-AP-356, Dkt. No. 67 in 19-AP-357, Dkt. No. 41 in 19-AP-359, and Dkt. No. 52 in 19-AP-361.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: January 10, 2020