A quien pueda interesar:

El propósito de mi comunicación es mostrar mi interés hacia la reclamación que se solicitó en su debido formulario a nombre de esta suscribiente que me desempeñó como Agente de la Policía de Puerto Rico desde Septiembre 1999 hasta el presente. En el mes de Diciembre 2019 recibí notificación por parte de la firma de Abogado Prime Clerk LLC de la Ciudad de New York donde se me dio conocimiento de la reclamación #66515 por la cantidad $47,922.68 según el documento la cantidad puesta por esta suscribiente a sido aproximadamente ya que la Agencia nunca a brindado documentación de la deuda establecida pendiente a pago ya que ustedes tienen el balance correcto espero que ustedes puedan responder eficientemente a la deuda que tiene la agencia conmigo.

Gracias anticipada por todo el esfuerzo que están haciendo de manera justa.

Caso # 17 BK 3283-LTS