$4.05

Cust REF#:BAF 3815 PACKID:SS/MAILID:9739516506 01STAMP2

Bounded W. Lazaney-Molina
Urb Maribella Call 8
# 237
Aguadilla PR 00603

Secretaria (clerk's office)
Tribunal de Distrito de EU
Planta 150 Federal Bldg
Room 150 Carlos Chardon
150 Ave Carlos Chardon
San Juan PR 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
JAN -9 2020
US DISTRICT COURT
SAN JUAN, PR

7019 0160 0000 0970 4281

CERTIFIED MAIL