7 de enero de 2020

A: La Secretaría del Tribunal
   La Junta de Supervisión y
   Al comité de Acreedores

RECEIVED & FILED
CLERK'S OFFICE
JAN - 9 2020
US DISTRICT COURT
SAN JUAN, PR

Por este medio deseo comunicar que yo; Fredita Lugo Ruiz, maestra retirada del Departamento de Educación de Puerto Rico, me faltaron los últimos pasos de mis últimos años que trabajé. S.S. 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

Como ahora yo no tengo ese material que lo evidencie pues se supone que el Departamento de Educación y la Junta de Retiro para Maestros de Puerto Rico lo haga para enviarmelo.

Estoy enviando la réplica el día 7 de enero de 2020. Creo que es tiempo suficiente antes del 14 de enero de 2020.

En este momento estoy bien necesitada de este dinero para cumplir con mis deudas y demás pues ya cumplí 79 años de edad y todavía pago $800.00 de hipoteca, mi esposo falleció y no me aprobaron el seguro social de él porque lo ajustaron a mi pensión y no cualifiqué después de 45 años de matrimonio legalmente.

Tampoco me aprobaron el seguro social por los años que trabajé en las Escuelas Públicas de P.R. por la misma razón de que me lo ajustaron a mi pensión y solo cualifiqué para una mísera parte (ciento y pico de dólares).

atrás

desde el periodo que van a hacer 3 años estoy fuera de mi casa sin poder terminar de arreglarla. Dondequiera que solicito ayuda me deniegan la ayuda porque tengo esa pensión pero eso no me da para todo lo que pago y mi hija es lo que da lo que ella puede. Por tal razón pido que aunque sean esos pesos que me deben para ayudarme y cumplir con mis necesidades. Sin ningún otro particular le solicito esa ayuda.

Agradezco mucho su gran ayuda.

Atte.
Prof. Fredita Lugo Ruiz
Tel. 787-392 2773

Mi dirección postal:

Urb. Villa Carolina
Calle 74 - Bloque 116 #15
Carolina, P.R. 00985

P.D.
Comenzando en Departamento de Educación el 31 de agosto de 1977 y terminé retirándome en julio 31 de 2001. en el Distrito de Canóvanas, P.R. Con sueldo de $1,980.00 mens.