Anita Diego Ruiz
Villa Carolina
16 #15 Calle 14
Carolina, P.R. 00985

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
JAN -9 2020
US DISTRICT COURT
SAN JUAN, PR