Mi nombre es Eva L. Dones Aponte
mi # claim es 96966 a
Commonwealth of Puerto Rico

Empeze a trabajar en
el Dep. Salud en el año
1971 y Termine mi trabajo
en el año 1999 Julio
Cuando el Ex Governador
Romero Barcelo firmo la Ley
84 hubieron aumentos
pero yo no los cogi o sea
que no me lo dieron asi
que entiendo que yo estoy
en reclamacion de 24.000
dolares

Muchas Gracias
a# Eva L. Dones Aponte