From: Eva L. Dones Caponte
Urb. Villa del Carmen
Paseo Vila 4909
Ponce P.R. 00716

**RETURN RECEIPT REQUESTED**

To: Clerk's Office
United States District Court
# 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
DEC 26, 19
AMOUNT
$6.30
R2304M113036-07

FOREVER / USA