**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

RE: RAQUEL BELVIS VAZQUEZ                    Seguro Social: XXX-XX-6151

PO BOX 2732

SAN GERMAN, PR 00683

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADM. REHAB. VOCACIONAL |
| Años de Servicio: | 16.06 |
| Balance de Aportaciones: | $62,526.06 |

Esta certificación fue emitida el 26 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122646147635

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ∘ PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 ∘ 🖥 www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

26 de diciembre de 2019

Agencia: 409 - ADM. REHAB. VOCACIONAL

RAQUEL BELVIS VAZQUEZ                              Seguro Social: XXX-XX-6151
PO BOX 2732
SAN GERMAN, PR 00683

A base de la información en nuestros registros, al 26 de diciembre de 2019 usted posee:

**Fecha de Nacimiento: 11 de marzo de 1974**           **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 22 de junio de 2000**

**Fecha de Comienzo de Cotización: 22 de junio de 2000**

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: 12.06 | | Tiempo Trabajado: 16.06 | |
| Aportaciones: | $32,316.02 | Aportaciones: | $53,795.26 |
| Intereses: | $3,042.64 | Intereses: | $8,656.85 |
| Gastos Teneduría: | ($73.95) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $35,358.66 | Total Aportaciones: | $62,452.11 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: 0.00 | | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 ▪ 🖳 www.retiro.pr.gov