Raquel A. Belvis Vázquez
P.O. Box 2732
San German, P.R. 00683







Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767