United States District Court
For the District of Puerto Rico

In re:
The Financial Oversight and
Management Board for Puerto Rico.

as representative of

The commonwealth of Puerto Rico et al.,

Debtors!

Promesa
Title III

Case No. 17-BK-3283(LTS)
(Jointly Administered)

In re:
The Financial Oversight and
Management Board for Puerto Rico.
as retirement system of the
Goverment of the commonwealth of
Puerto Rico -

Debtor.

Promesa
Title III

Case No. 17-BK-3566 (LTS)

1- Participant Name and Contact Information
Elba E. Meléndez Rodríguez

Email Address
eemro101 6 gmail.com

Address line 1
535 Antonio R. Barceló, Cayey, P.R. 00736

2- _____ inter

2020 JAN -9 PM 12:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

INTAKE DROP BOX
RECEIVED & FILED

3.

a) Provide the Cusip Numbers of all ERS Bonds held by Participant

By: _Elba E. Meléndez Rodríguez_
   Signature

_Elba E. Meléndez Rodríguez_
Print Name

_January 9 2020_
Date

United States Bankruptcy Court

For the District of Puerto Rico

In re: The Financial Oversight and
Management Board for Puerto Rico
   as representation of
The commonwealth of Puerto Rico et al.
         Debtors

Promesa
Title III
Case No. 17-BK-3283
        (LTS)

In re.
   The Financial Oversight and
   Management Board for Puerto Rico
   as representative of
The employees Retirement system of the
government of the commonwealth of Puerto Rico

         Debtor

Promesa
Title III                 3566
Case no. 17-BK-3283
        (LTS)

Participant name and contact information
   Ruth N. López Ortiz
      Participant name
   ruth.lopez1@hotmail.com
   Email Adress
Urb. Las Muesas 32
Calle Rafael C. Navas
Cayey, P.R. 00736
      Adress

   Puerto Rico
      Country
2-  ————  intends to support the relief requested in the Claim objectives
C(i.e. Participant believes the District court

2020 JAN -9 PM12:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

INTAKE DROP BOX
RECEIVED & FILED

3. (a) ~~Provide the~~ *ofauthers Bonds held*
by participant

By   Ruth N. López Ortiz
        Signature

Ruth N. López Ortiz
     Print Name

January, 9 2020
      Date

United States District Court
For the district of Puerto Rico

In re:
The financial oversight and
management Board Puerto Rico
        as representative of

The commonwealth of Puerto Rico et al.,
            Debtors!

Promesa
Title III

Case no, 17-BK-3283
        (LTS)

In re
The financial oversight and
management Board for Puerto Rico
        as representative

The employees retirement Systems of the
government of the commonwealth of
Puerto Rico
        Debtor

Promesa
Title III

Case no. 17-BK-3566
        (LTS)

Participant name and contac Information
Lyda Marta Rivera Rivera
        Participant name

lydamarta @ yahoo . com
        I mail

P.O. Box 371768
Cayey, P.R 00737
        address

Puerto Rico
        country

2-  _____ intends to support the relief requested in the claim
objection (i, e,) Participant believes the District Court sho

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN -9 PM 12:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

3- (a) Provide the Cusip number of all E R S Bonds held by Participant


By: _Lyda Marta Rivera Rivera_
        Signature

Iyda Marta Rivera Rivera
        Print name

January, 9 2020
        Date

For The District of Puerto Rico

In re: The Financial oresight, and
manegement Board for Puerto Rico
as representation of
the Commonwealth of Puerto Rico et al.

Promesa
Title III
Case No. 17-BK-3283
(LTS)

In re:
The finahcial oversight and
management Board for Puerto Rico
as representative of
The employees Retirement system of the
goverment of the commonwealth of Puerto Rico
Debtor

Promesa
Title III          3566
Case no. 17-BK-3283
(LTS)

Participant name and Contact information

Ada Ivette Ortiz Rivera
Participant name
adaivette25@gmail.com
Imail Adress
H-C-73 Box. 5950
Cayey P.R. 00736
Adress

Puerto Rico
Country

2._____ intents intends to support the relief requested in the Claim
objections     ie. Participant believes the District Court.
3.(a) Provide the CUSIP numbers of all ERS Bonds helds by
participant. By: signature: Ada J. Ortiz Rivera
By: Ada Ivette Ortiz Rivera          Signature
Print Name          January, 9 2020
                              Date

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN -9 PM 12: 32
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN PR