FROM: Secretaria Clerks Office
Tribunal de Distrito de los
Estados Unidos.
TO: Room 150 Federal Bldg.
San Juan P.R.
00918

Enero 4, 2020

RECEIVED & FILED
2020 JAN -9 PM 4: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

La presente es para notificarle que hemos recibido los documentos con la relación de Promesa título 3.

Por lo cual lo estamos Redactando y hacerle llegar lo propio. Ya que estamos dandole seguimiento a la reclamación.

Por razones ajeno a mi voluntad no había recibido toda la documentación apropiada por razones de mi derección.

La cual es la siguiente.
Carlos J. Garcia Cruz #85481
P.O. Box 278
Villalba, Puerto Rico. 00766

Queda de usted,

Carlos Garcia C.