From: Carlos J. García
P.O. Box 278
Villalba, P.R. 00764

Secretaría Clerks Office
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN -9 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.