**FROM:** Secretaria Clerk's Office  Enero 4, 2020
Tribunal do Distrito de
Los Estados Unidos
**TO:** Room 150 Federal Building
San Juan Puerto Rico
0918-1767

La presente es para notificarle que he recibido los documentos con relacion de Promesa titulo 3.

Por lo cual lo estamos redactando y hacerle llegar lo propio, ya que estamos dando seguimiento a la reclamacion.

Por razones ajeno a mi voluntad no habia recibido toda la documentacion apropiada por razones de mi direccion.

La cual es la siguiente
Luz S. Ortiz Molina #88739
P.O. Box 278,
Villalba, Puerto Rico 00766

Queda de usted
Luz S. Ortiz Molina