From Luz S. ortiz
P.O. Box 278
U.lla Iba P.R. 00766

Secretaria Clerk Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN -9 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.