Enero-7-2020

Reclamacion Num. 52012

La presente es para notificarle que hemos recibido los documentos de la reclamacion laboral Romerazo de Ley promesa titulo 3.

Por lo cual lo estamos redactando y hacerle llegar lo propio ya que estamos dandole seguimiento a la reclamacion.

Por razones ajenas a mi voluntad no habia recibido toda la documentacion apropiada a mi direccion. Num Tel 787-342-2697

La cual es la siguiente

Marta R. Garcia Cruz
HC 2 Box 4766
Villalba P.R. 00766

Queda de Usted       Marta R. Garcia P.