Marta R. García Cruz
HC 3 Box 47246
Villalba P.R. 00766

RECEIVED & FILED
2020 JAN -9 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767