RECEIVED & FILED
CLERK'S OFFICE
JAN -9 2020
US DISTRICT COURT
SAN JUAN, PR

Enero 4, 2020

La presente es para notificarle que hemos recibido la documentación con relación de promesa título 3.

Por lo cual, lo estamos redactando y hacerle llegar lo propio; ya que estamos dándole seguimiento a la reclamación.

Por razones ajenas a mi voluntad no había recibido toda la documentación apropiada por razones de mi dirección.

La cual es la siguiente:
Alfredo García Cruz    # 110338
HC02 box 4762
Villalba P.R. 00766

Quedo de usted

Alfredo García Cruz