SAN JUAN PR 009
08 JAN 2020 PM 2 L

Alfredo Garcia Cruz
HC02 Box 4762
Villalba P.R. 00766

Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos #150 Church
Avenue Federal Building
San Juan (Puerto Rico) 00918

RECEIVED & FILED
2020 JAN -9 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.