7/enero/2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

2020 JAN -9 PM 4:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Buenas tardes

La razón por la cual me dirijo a ustedes es para solicitar que se me pueda dar varios dias para que reciban mis documentos de la Ley Promesa. Yo no entiendo el documento y tengo que ir a los abogados del ELA para que me orienten para llenar bien los documentos. Escribo esta carta porque considero que tengo el derecho a recibir mis benficios. Este dinero lo nesesito para mi jubilación, no tengo a nadie que me pueda mantener y no quiero ser una carga o que sea un problema para otras personas, ni que me mantenga el gobierno. Necesito estabilidad economica y emocional porque soy depresiva, y esta situación me esta afectando. He trabajado muchos años y he pagado con mucho esfuerzo el dinero de mi

7/enero/2020

Retiro. Y espero recibir el fruto de los mismos.

Entrego adjunto a esta carta copias de los papeles que muestran mi aportación de mi retiro. Confío en Dios que ustedes consideren su decisión de aprobar mi caso.

No pude ir a los abogados para que me orienten porque debido a los terremotos en Puerto Rico no se estan ofreciendo los servicios públicos. Ademas en Puerto Rico hubo siete dias festivos en que los servicios no se ofrecieron debido a las Navidades. Tan pronto como pueda tentran los documentos en sus manos. Estas son solo algunas de las razones por las cuales no pude ir a recibir la orientación con el abogado

Por favor entiendan mi situación y demen tiempo adicional para poder entregar los documentos. Gracias aticipadas por su ayuda y comprención.

Emma A Rosa Rodríguez
Urb Valencia
I18 calle Violeta
Bayamón PR 00959-4141
tel. 787-605-2540 celular
787-780-2136 casa
emybey127@yahoo.com
Claim # 6890