ASR-PA-089
Rev. Ago. 17

**NUEVO PLAN DE APORTACIONES DEFINIDAS Y ACTUALIZACIÓN DE DATOS DEMOGRÁFICOS**


RETIRO
GOBIERNO DE PUERTO RICO

[ ] Ingreso    [ ] Cambio    [✓] Actualización    Para todo participante activo, efectivo desde el 23 de agosto de 2017 (Ley 106-2017)

## SECCIÓN I. INFORMACIÓN DEL PARTICIPANTE

| Apellido Paterno, Materno, Nombre e Inicial | Género | Fecha de Nacimiento (día/mes/año) | Seguro Social |
|---|---|---|---|
| Rosa Rodriguez Emma A. | [✓] F  [ ] M | 2/dic/1960 | REDACTED-35-65 |

| Estado Civil | [ ] Casado  [✓] Soltero | Lugar de Nacimiento | Bayamón |
|---|---|---|---|
| | | Lugar de Empleo | CFSE - Bayamón |

| Teléfono Residencial | Teléfono Celular | Teléfono del Trabajo | Correo Electrónico |
|---|---|---|---|
| | | | |

Dirección Postal: Repto Valencia  I 18 calle Violeta  Bayamon PR 00959-4141
[ ] Cambio de Dirección
Dirección Residencial:
[✓] Igual a la Postal

## SECCIÓN II. INFORMACIÓN RELACIONADA CON EL EMPLEO

| Fecha del Primer Nombramiento (día/mes/año) | Estatus actual de empleo: | [✓] Carrera  [ ] Confianza  [ ] Transitorio |
|---|---|---|
| NOV /1990 | Anterior participante de: | [ ] Ley 447  [✓] Ley 1  [ ] Reforma 2000  [ ] Ley 3 |

Si prestó servicios en el gobierno anteriormente, indique el Sistema de Retiro que aplique:
[ ] ASR  [ ] SRM  [ ] AEE  [ ] Judicatura  [ ] UPR

## SECCIÓN III. APORTACIÓN INDIVIDUAL AL PROGRAMA

Autorizo a cambiar mi aportación mensual conforme al porciento seleccionado:
[✓] Mínimo: 8.50%    [ ] Otro: ____ % (escriba en incrementos de 0.50%)

## SECCIÓN IV. APORTACIÓN SEGURO POR INCAPACIDAD (Compulsorio bajo disposiciones Ley 3-2013)

La aportación para el Seguro por Incapacidad será de un cuarto por ciento (0.25%) de la retribución mensual, hasta un salario máximo de $5,000.00 mensuales, para una cubierta de 40% del salario.

Seleccione descuento de: [✓] Sueldo    [ ] Aportación de Ahorros a la Asociación de Empleados de ELA

## SECCIÓN V. CERTIFICACIÓN

Certifico que, a mi mejor entender, la información suministrada es cierta y correcta.

_____ (Firma del Participante)    12/sept/2017  Fecha (día/mes/año)

### INSTRUCCIONES PARA EL PARTICIPANTE

Este formulario lo completarán todos los participantes del Sistema a partir del 23 de agosto de 2017.    Marque con [X] según aplique.
Si es participante activo antes del 23 de agosto de 2017, seleccione qué tipo de participante del sistema era.
Este formulario se utilizará para Ingresos, cambios o actualización de:
- Datos Demográficos
- Empleo
- Aportación Individual: solo en incrementos de 0.50% y cada año fiscal.*
- Descuento del Seguro por Incapacidad.

*Los Participantes del Nuevo Plan de Aportaciones Definidas podrán variar el porciento que desean aportar a dicho Plan de tiempo en tiempo, pero nunca podrá ser menos del porciento mínimo requerido por la Ley Núm. 106 del 23 de agosto del 2017.

Conservación: igual al expediente del cual forma parte.

Página 1 de 2

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Tel. 787.777.1500 • www.retiro.pr.gov

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio: 56

2. Número de Seguro Social del Empleado: REDACTED 3565

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. K10599 | Puesto Núm. K10599 |
| 3. Nombre del Empleado | Emma A. Rosa Rodriguez | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Educacion | |
| 6. División | Com. Esc. | |
| 7. Unidad o Sección | | |
| 8. Ubicación geográfica del puesto | Bayamon IV. | |
| 9. Categoría del Empleado | | de carrera |
| 10. Status del Empleado | Tran H. Enero 11-93 | Regular |
| 11. Título de Clasificación | Cocinera 5 Horas | Cocinera 5 Horas |
| 12. Sueldo | 422.62 | 422.62 |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | n.c. | 8.275 |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | Dic. 10-92 |

| 21. SIMBOLOS DE CONTABILIDAD | A.F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 92 | 272 | 081 | 04 | – | – | 116 | | | | | | | |

22. Indique si se trata de:  ☐ Ascenso  ☐ Cambio de Categoría  ☒ Cambio de Status  ☐ Ascenso o Traslado Transitorio
☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique     Licencia a acreditarse:  Compensatorio _____ días.
Licencia Enfermedad _____ días.     Concedida _____ días.     Licencia Regular _____ días.     Concedida _____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo:  Duración: _____  De _____  A _____

29. Muerte     Ultimo día
    Fecha _____  Hora _____  de pago: _____

Participante de Retiro  ☐ Sí  ☐ No

30. Clase de Licencia:  ☐ Para estudio  ☐ Especial con paga  ☐ Maternidad
    ☐ Militar sin Sueldo  ☐ Sin Sueldo

Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso)  Se le acredita tiempo transitorio ya que fue satisfactorio.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: Maria E. Perez Custodio

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuere necesario

35. Aprobado por: Carlos M. Miranda, Dir. Int.
    clc    Jefe de la Agencia o su Representante Autorizado

PARA USO EXCLUSIVO DE LA OCAP

Revisado o Aprobado por: _____     Fecha: _____

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
OFICINA DEL SUPERINTENDENTE DE ESCUELAS
DISTRITO ESCOLAR DE BAYAMON IV

29 de agosto de 1997

Srta. Emma Rosa Rodríguez
Calle Violeta I-18
Urb. Valencia
Bayamón P.R. 00959

Estimada señora Rosa Rodríguez:

Le estamos aceptando su renuncia a el puesto de Cocinera 6 horas en el Programa de Comedores Escolares.

La misma será efectiva el 29 de agosto de 1997.

Estamos sumamente agradecidos de que haya brindado sus mejores años a los niños y mucha suerte en su nuevo empleo.

Cordialmente,

Jesús Sánchez Olmo
Superintendente de Escuelas
Distrito Escolar de Bayamón IV

JSO/bsm



PO BOX 365028, SAN JUAN, P.R. 00936-5028 · TEL. 793-5959

**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO**

5 de septiembre de 1996

**SRA. EMMA ALICIA ROSA RODRÍGUEZ**
División de Seguros e Intervenciones
Oficina del Jefe
Región de Bayamón

**SR. EDGARDO GONZÁLEZ RODRÍGUEZ**
Director Ejecutivo Regional
Región de Bayamón

**NOMBRAMIENTO**

Me place notificarle su nombramiento en un puesto de la clase Oficinista Dactilógrafo I con carácter temporero en la División de Seguros e Intervenciones, Oficina del Jefe, Región de Bayamón, efectivo el 5 de septiembre de 1996.

El sueldo a devengar es de $780.00 mensuales. Su nombramiento vence en o antes del 30 de septiembre de 1996.

Extiendo a usted nuestra cordial bienvenida a esta Corporación y le deseo éxito en sus funciones.

**OSCAR L. RAMOS MELÉNDEZ**
**ADMINISTRADOR**

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

| Nombre / Direccion | Deposito # | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodriguez REPTO VALENCIA I18 CALLE VIOLETAS-(Reg. Bayamon) BAYAMON PR | | ***1,268.47 | 12/23/2016 |
| | Empleado # | Seguro Social | Div/Dept |
| | 00004478 | XXX-XX-3565 | 1510-0235- |
| | Periodo Terminado | | |
| | 12/31/2016 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2,015.00 | 81.25 | | | |

**TOTAL DE PAGO BRUTO ---> 2,015.00**   **TOTAL DE HORAS ------> 81.25**

| Acumulacion Ingresos | Acum. Anual | Acumulacion Ingresos | Acum. Anual |
|---|---|---|---|
| TOT TRIB SEG SOC | 53,330.68 | TOT ACUM ANUAL | 53,330.68 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribucion sobre Ingresos | 133.35 | 3,712.21 | Medicare | 29.21 | 773.29 |
| Seguro Social | 124.93 | 3,306.50 | Retiro | 201.50 | 1,209.00 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Li | 57.55 | | | | |
| 402  Camp.ProFondos | 1.00 | | | | |
| 4026 Camp.ProFondos | 1.00 | | | | |
| 4102 Coop.Ahorro y C | 120.50 | | | | |
| 4206 Aport.Emp.Cta.A | 60.45 | | | | |
| 4216 Aport.Seq.p/Inc | 5.04 | | | | |
| 4310 C.Union.Emplead | 12.00 | | | | |

**TOTAL DEDUCCIONES ----------> 459.04**   **PAGO NETO --------> 1,268.47**

**Comentarios**

SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.
Para cualquier reclamación favor de comunicarse con:
Pago de Nómina (787) 793-5959 ext. 5896, 5807     Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

| | | | | | MES DIA AÑO | |
|---|---|---|---|---|---|---|
| 01 | XXX-XX-3565 | 10 | 201624 | | 12/23/2016 | |
| DEP. | IDENTIFICACION | DISTRIBUCION | COMP.NUM. | LIB. | FECHA EMISION | DEPOSITO # |

NO ES VALIDO POR MAS DE:   ***1,268.47

**DEPOSITO TOTAL**

DEPOSITADO/ TRANSFERRED One Thousand Two Hundred Sixty-Eight And 47/100 Dollars      ***1,268.47

A LA ORDEN DE/ TO THE ORDER OF
Emma Alicia Rosa Rodriguez
REPTO VALENCIA
I18 CALLE VIOLETAS-(Reg. Bayamon)
BAYAMON
PR

1398

*DIRECT DEPOSIT STATEMENT*
**(NON NEGOTIABLE)**

**\*\*\*\* THIS IS NOT A CHECK - DO NOT CASH - THIS IS NOT A CHECK \*\*\*\***



**GOBIERNO DE PUERTO RICO**
Corporación del Fondo del Seguro del Estado

| Nombre / Dirección | Deposito ó Cheque# | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodriguez | 1724-1460 | 1,298.68 | 12/22/2017 |
| REPTO VALENCIA | Empleado | Seguro Social | Div / Dept |
| I18 CALLE VIOLETAS | 00004478 | XXX-XX-3565 | 1510 / 0235 |
| BAYAMÓN PR 00959-4141 | Periodo Terminado | | |
| | 12/31/2017 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2,015.00 | 81.25 | | | |

| TOTAL DE PAGO BRUTO------> | 2,015.00 | TOTAL DE HORAS-----> | 81.25 |
|---|---|---|---|

| Acumulación Ingresos | Acum. Anual | Acumulación Ingresos | Acum. Anual |
|---|---|---|---|
| Total Tributable Seg. Soc. | 48,402.00 | Total Acumulación Ingresos | 48,402.00 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribución sobre ingreso | 133.35 | 3,122.28 | Medicare | 29.22 | 701.83 |
| Seguro Social | 124.93 | 3,000.92 | Retiro | 171.28 | 4,568.66 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Life Insur | 57.55 | | | | |
| 4024 Camp.ProFondos Caus. Be | 1.00 | | | | |
| 4026 Camp.ProFondos Benéfic. | 1.00 | | | | |
| 4102 Coop.Ahorro y Cred.CFSE | 120.50 | | | | |
| 4206 Aport.Emp.Cta.Ahor.AEEL | 60.45 | | | | |
| 4216 Aport.Seg.p/Incap.Compu | 5.04 | | | | |
| 4310 C.Unión.Empleados CFSE | 12.00 | | | | |

| TOTAL DEDUCCIONES------> | 716.32 | PAGO NETO------> | 1,298.68 |
|---|---|---|---|

**Comentarios**

**SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.**

Para cualquier reclamación favor de comunicarse con:

Pago de Nómina (787) 793-5959 ext. 5896, 5807        Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467



**GOBIERNO DE PUERTO RICO**
Corporación del Fondo del Seguro del Estado

| Nombre / Dirección | Deposito ó Cheque# | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodríguez<br>REPTO VALENCIA<br>I18 CALLE VIOLETAS<br>BAYAMÓN PR 00959-4141 | 1824-1420 | 1,298.69 | 12/21/2018 |
| | Empleado | Seguro Social | Div / Dept |
| | 00004478 | XXX-XX-3565 | 1510 / 0235 |
| | Periodo Terminado | | |
| | 12/31/2018 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2,015.00 | 81.25 | | | |
| **TOTAL DE PAGO BRUTO---->** | **2,015.00** | | **TOTAL DE HORAS---->** | | **81.25** |

| Acumulación Ingresos | | Acum. Anual | Acumulación Ingresos | | Acum. Anual |
|---|---|---|---|---|---|
| Total Tributable Seg. Soc. | | 48,774.00 | Total Acumulación Ingresos | | 48,774.00 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribución sobre ingreso | 133.35 | 3,174.36 | Medicare | 29.21 | 707.22 |
| Seguro Social | 124.93 | 3,023.99 | Retiro | 171.28 | 4,094.91 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Life Insur | 57.55 | | | | |
| 4024 Camp.ProFondos Caus. Be | 1.00 | | | | |
| 4026 Camp.ProFondos Benéfic. | 1.00 | | | | |
| 4102 Coop.Ahorro y Cred.CFSE | 120.50 | | | | |
| 4206 Aport.Emp.Cta.Ahor.AEEL | 60.45 | | | | |
| 4216 Aport.Seg.p/Incap.Compu | 5.04 | | | | |
| 4310 C.Unión.Empleados CFSE | 12.00 | | | | |
| **TOTAL DEDUCCIONES----->** | **716.31** | | **PAGO NETO----->** | | **1,298.69** |

**Comentarios**

SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.

Para cualquier reclamación favor de comunicarse con:

Pago de Nómina (787) 793-5959 ext. 5896, 5807         Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467



# GOBIERNO DE PUERTO RICO
## Corporación del Fondo del Seguro del Estado

| Nombre / Dirección | Deposito ó Cheque# | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodríguez<br>REPTO VALENCIA<br>118 CALLE VIOLETAS<br>BAYAMÓN PR  00959-4141 | 1924-1412 | 1,381.69 | 12/23/2019 |
| | Empleado | Seguro Social | Div / Dept |
| | 00004478 | XXX-XX-3565 | 1510 / 0235 |
| | Periodo Terminado | | |
| | 12/31/2019 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2,015.00 | 81.25 | | | |

| TOTAL DE PAGO BRUTO------> | 2,015.00 | TOTAL DE HORAS------> | 81.25 |
|---|---|---|---|

| Acumulación Ingresos | Acum. Anual | Acumulación Ingresos | Acum. Anual |
|---|---|---|---|
| Total Tributable Seg. Soc. | 48,774.00 | Total Acumulación Ingresos | 48,774.00 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribución sobre ingreso | 133.35 | 3,174.36 | Medicare | 29.21 | 707.22 |
| Seguro Social | 124.93 | 3,023.99 | Retiro | 171.28 | 4,094.91 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Life Insur | 57.55 | | | | |
| 4024 Camp.ProFondos Caus. Be | 1.00 | | | | |
| 4026 Camp.ProFondos Benéfic. | 1.00 | | | | |
| 4102 Coop.Ahorro y Cred.CFSE | 37.50 | | | | |
| 4206 Aport.Emp.Cta.Ahor.AEEL | 60.45 | | | | |
| 4216 Aport.Seg.p/Incap.Compu | 5.04 | | | | |
| 4310 C.Unión.Empleados CFSE | 12.00 | | | | |

| TOTAL DEDUCCIONES------> | 633.31 | PAGO NETO------> | 1,381.69 |
|---|---|---|---|

**Comentarios**

**SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.**

Para cualquier reclamación favor de comunicarse con:

Pago de Nómina (787) 793-5959 ext. 5896, 5807          Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

19 de enero de 2016

**Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO**

EMMA ROSA RODRIGUEZ
URB VALENCIA
I18 CALLE VIOLETA
BAYAMON, PR 00959 4141

Seguro Social: XXX-XX-3565

A base de la información en nuestros registros, al 19 de enero de 2016 usted posee:

**Fecha de Nacimiento:** 02 de diciembre de 1960  **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 30 de junio de 1993
**Fecha de Comienzo de Cotización:** 30 de junio de 1993

### Ley 1 al 30 de junio de 2013

| | |
|---|---|
| Años Acreditados: | 18.50 |
| Aportaciones: | $36,633.11 |
| Intereses: | $7,224.00 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $43,857.11 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $904.22 |

### Ley 3 al 31 de diciembre de 2013

| | |
|---|---|
| Años Acreditados: | 2 |
| Aportaciones: | $11,131.16 |
| Intereses: | $382.79 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $11,513.95 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

ASR-PA-004
Rev. Abr. 16


RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HOJA DE SERVICIO

### SECCIÓN I: DATOS RELACIONADOS CON EL PARTICIPANTE

| 1. Apellido Paterno, Materno, Nombre e Inicial | 2. Núm. Seguro Social | 3. F. de Nacimiento |
|---|---|---|
| ROSA RODRIGUEZ, EMMA A. | REDACTED 3565 | 02/DIC/60 |

4. Sistema de Retiro al que pertenece:
- ○ Retiro Definido (Ley Núm. 447)
  Tipo de Plan Acogido  □ Completa Suplementación  □ Coordinado
- ● Programa de Cuentas de Ahorro para el Retiro (Ley Núm. 305)
  1. Aportación al Programa  □ 8.275%  □ 9.0%  □ 9.50%  □ 10.00%
  2. Alternativa de Inversión  □ Ingreso Fijo  □ Cartera de Inversión del Sistema
     □ Combinación Ingreso Fijo ___ Porciento  Cartera ___ Porciento
  3. Fecha del Primer Descuento Retiro  10/DIC/92   4. Fecha del Último Descuento ___

### SECCIÓN II: DATOS RELACIONADOS CON LA AGENCIA EN QUE PRESTÓ SERVICIOS

| 5. Nombre de la Agencia | 6. Código |
|---|---|
| DEPARTAMENTO DE EDUCACIÓN | |

| 7. Dirección Postal | 8. Dirección Física |
|---|---|
| P.O. BOX 190759<br>SAN JUAN P.R. 00919-0759 | URB. TRES MONJITAS<br>CALLE CESAR GONZALEZ<br>ESQ. CALAF,<br>HATO REY, P.R. 00919-0759 |

9. Núm. de Teléfono (787) 773-2587
10. Núm. de Fax (787) 758-9879
11. E-mail Sanchez_An@de.pr.gov

### SECCIÓN III: DETALLE DE LOS SERVICIOS PRESTADOS

| 12. Clasificación del Puesto | 13. Estatus del Empleado | 14. Período de Servicio Desde Día/Mes/Año | 14. Período de Servicio Hasta Día/Mes/Año | 15. Sueldo Mensual | 16. Sueldo Diferencial | 17. Horas Trabajadas | 18. Salario por Hora | 19. Total Sueldos Devengados | 20. Aportación Mensual Retiro |
|---|---|---|---|---|---|---|---|---|---|
| COCINERA 6HRS. | TRANSITORIO | *29/11/90 | 31/03/91 | $ 461.60 | | | | | n/a |
| " | " | *01/04/91 | 06/03/92 | 481.60 | | | | | n/a |
| COCINERA 5HRS. | " | *06/03/92 | 31/03/93 | 401.29 | | | | | n/a |
| " | " | *01/04/92 | 31/03/93 | 422.62 | | | | | n/a |
| " | REGULAR | 10/12/92 | 12/09/93 | 422.62 | | | | | 34.97 |
| " | " | 01/04/93 | 12/09/93 | 439.29 | | | | | 36.35 |
| COCINERA 6hrs. | " | 13/09/93 | 31/03/94 | 527.20 | | | | | 43.62 |
| " | " | 01/04/94 | 30/09/94 | 552.80 | | | | | 45.74 |
| " | " | 01/10/94 | 04/09/96 | 592.80 | | | | | 49.05 |
| " | " | 05/09/96 | 29/08/97▲ | 833.00 | | | | | n/a |

*NO COTIZA  ▲RENUNCIA

21. Observaciones ___

### SECCIÓN IV: CERTIFICACIÓN

22. CERTIFICO que la información aquí provista es cierta y correcta.

ENOCH GONZALEZ VELEZ
Nombre del Director de Recursos Humanos o su Representante Autorizado

Firma

DIRECTOR
Puesto que Ocupa

19 DE JULIO DE 2018
Fecha (Día/Mes/Año)

Conservación: Igual al expediente del cual forma parte.

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Tel. 787-777-1500 www.retiro.pr.gov

Página 1 de 1

ASR-PA-004
Rev. Abr. 16