PRESS FIRMLY TO SEAL

7019 2280 0000 7096 8212

U.S. POSTAGE PAID
PM 1-Day
BAYAMON, PR
00959
JAN 08, 20
AMOUNT
$13.65
R2305M149542-04

1005   00918


POSTAL SERVICE®

PRIORITY MAIL®

FROM:

Emma A Rosa Rodriguez
Urb Valencia
118 calle Violeta
Bayamón PR 00959-4141

RECEIVED & FILED
2020 JAN -9 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.

TO:

Secretaria Clerk's office
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

USPS.COM/PICKUP

PS0000