# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>  Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER GRANTING UNOPPOSED URGENT JOINT MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AMBAC ASSURANCE CORPORATION AND FINANCIAL GUARANTY INSURANCE COMPANY FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO PROPOSED AMENDED PRIFA LIFT STAY MOTION, AMENDED HTA LIFT STAY MOTION, AND CCDA LIFT STAY MOTION**

Upon consideration of the *Unopposed Urgent Joint Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation, and Financial Guaranty Insurance Company for Leave to Exceed Page Limit with Respect to Proposed Amended PRIFA Lift Stay Motion, Amended HTA Lift Stay Motion, and CCDA Lift Stay Motion* (the "Urgent Motion"),[2] seeking leave allowing Movants, in their capacities as holders and/or insurers of bonds issued by the Puerto Rico Infrastructure Financing Authority ("PRIFA"), Puerto Rico Highways and Transportation Authority ("HTA"), and/or Puerto Rico Convention Center District Authority ("CCDA"), to file joint motions for relief from the automatic stay or for adequate protection in excess of the thirty-five (35) page limit set forth in the Case Management Procedures, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to Section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of this Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided.  Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

      2.      The Movants may exceed the thirty-five (35) page-per-motion limit set forth in the Case Management Procedures by filing joint memoranda of law in support of each of the Revenue Bond Lift Stay Motions of no more than sixty (60) pages each, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service (and, in the case of the Proposed Amended PRIFA Lift Stay Motion, only in the event that the Court grants Movants' forthcoming motion to amend the PRIFA Lift Stay Motion).

      3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

SO ORDERED

Dated: January ___, 2020
       San Juan, Puerto Rico

                                                    HONORABLE LAURA TAYLOR SWAIN
                                                    United States District Judge