30 de dic. de 2019

<s>Case:17-03283-LTS Doc#:9792 Filed:01/09/20 Entered:01/10/20 16:42:16 Desc: Main Document Page 1 of 2</s>

De - Octavia Ortiz Ortiz
P.O. Box 1771
Coamo, P.R 00769

Para: Secretaría (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN -9 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clain Num - 87005

Saludos:

La razón de esta carta es para informarle que recibí el libro donde ustedes determinan a base de la reclamación de unos beneficios que como servidor público me deben, pero informan indeterminado. De acuerdo a la ley Num 12 del 27 de agosto de 1982 donde se conoce como el romerazo. En esta ocasión informaron que el 1 de octubre de 1983 recibiría un aumento de 30 dólares mensuales la que nunca se reflejó en el cheque y que ese pago sería permanente desde esa fecha. Le envío esta carta porque teníamos abogados pero jamás se han comunicados. Pero les envío documentos que anteriormente se enviaron. Les envío un resumen mas o menos a mi entender a razón de 30 dólares mensuales desde 1983-2019 que me deben $13,050.00 en 36 años. Trabajé en Salud Mental - Ponce desde 1971-1999. Num Empleado 195458

Gracias por su atención, tengo 76 años

Le envié esta misma información a:

1 - Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
New York, N.Y. 10036-8299

2 - Abogado de Comité de Acreedores
300 Park Avenue
New York, N.Y. 10166

Octavia Ortiz Ortiz
Clain Num - 87005

ver atrás

Octubre 30.00 1983
Nov - 30.00
Dic - 30.00
—————
$ 90.00

1984 - 1993    10 años    3,600.00
1994 - 2003    10 años    3,600.00
2,004  2013    10 años    3,600.00
2,014  2019     6 años    2,160.00
                          ————————
                          13,050.00