**OFICINA DEL GOBERNADOR**
LA FORTALEZA
SAN JUAN, PUERTO RICO 00901



12 de abril de 1983

Estimado Servidor Público de Carrera:

El 1ro de junio de 1983, comenzarás a recibir una bonificación especial que se te pagará de la siguiente forma:

- $50 el 1ro de junio de 1983
- $30 el 1ro de julio de 1983
- $50 el 31 de julio de 1983
- $30 el 31 de agosto de 1983
- $30 el 30 de septiembre de 1983

La bonificación que habrás de recibir además de tu sueldo, se logró con la aprobación de la Ley Núm. 12 de 27 de agosto de 1982. En tu caso particular representa una cantidad total de $190 en un período de 4 meses.

Debido a que la situación económica de nuestro país continúa difícil y que tenemos compromisos y prioridades ineludibles, sometí legislación ante las Cámaras Legislativas con el propósito de implantar un plan por etapas encaminado a mejorar la condición retributiva de los empleados públicos.

Dicho plan entrará en vigor el 1ro de octubre de 1983, conforme a la Ley Núm. 12 de 27 de agosto de 1982, y a legislación sometida. En esta ocasión, el 1ro de octubre de 1983, recibirás un aumento de $30 mensuales en tu sueldo regular que como tal será permanente y se habrá de considerar para los fines del cómputo de pensiones, de tu margen prestatario y para otros beneficios marginales.

**CERTIFICADA CON ACUSO DE RECIBO**

30 de Julio del 2011

Licenciado Rafael A. Vilá Carrión
Licenciada Ivonne Gonzalez
10th Floor, Suite 1004
The Hato Rey Center
268 Ponce de León Avenue
San Juan, Puerto Rico 00918-2006

A través de esta correspondencia, los suscribientes deseamos:

- darle seguimiento a la sentencia dictada por el Tribunal de Primera Instancia, Sala Superior de San Juan relacionada a la aprobación de la Ley #12 del 27 de Agosto del 1982, conocida como "el romerazo"
- proveer la dirección y números de teléfonos actualizados de los demandantes
- determinar el paso a seguir para que se nos honre la retribución que por ley nos corresponde
- precisar cuándo se va ha efectuar la disponibilidad de los pagos.

Como es de conocimiento el Tribunal de Primera Instancia, Sala Superior de San Juan dictó sentencia a nuestro favor y posterior a esto nos reunimos con ustedes en los predios del Centro Comercial Plaza del Caribe de Ponce el día 30 de enero del 2009. En dicha reunión se formaron unos acuerdos y por consiguiente se nombró unos comités con el propósito de que nos representaran en futuras reuniones. Los suscribientes pertenecemos al comité que se nombró para representar a los empleados del Hospital de Psiquiatría de Ponce. Para facilitar el proceso de comunicación, deseamos que se nos remita una contestación a través del comité que nos representa.

Cordialmente,

**CERTIFICADA CON ACUSO DE RECIBO**

30 de Julio del 2011

HONORABLE Luis Fortuño
Gobernador de Puerto Rico
Calle de la Fortaleza
San Juan Puerto Rico 00901

HONORABLE Guillermo Somoza
Secretario Departamento de Justicia
Apartado 9020192
San Juan, Puerto Rico 00902-0192

El 27 de Agosto del 1982 se aprobó la Ley Número 12, cuyo propósito fue conceder una bonificación o compensación especial a los empleados del Departamento de Salud conocida como "el romerazo". El Tribunal de Primera Instancia, Sala Superior de San Juan dictó sentencia a nuestro favor. La representación legal está a cargo de los licenciados Rafael Vila Carrión e Yvonne González. En la actualidad no hemos recibido dicha compensación. Llevamos a su consideración éste asunto toda vez que somos empleados retirados de avanzada edad y nos gustaría disfrutar la bonificación que por ley nos corresponde. Deseamos darle conocimiento de que un segmento de los demandantes compañeros nuestros han fallecido sin tener la oportunidad de recibir dicha compensación.

Para facilitar el proceso de comunicación, deseamos que se nos remita una contestación a través de las siguientes personas.

Sra. Miltho Lady Muñoz Cedeño
Urb. Glenview Gardens
Calle W 22A -U #1
Ponce, Puerto Rico 00730

Sra. Gladys Toro González
Urb. Jardines del Caribe
Calle 2 Núm. 316
Ponce, Puerto Rico 00728

Respetuosamente,