Octavia Ortiz Ortiz
P. O. Box 1771
Coamo, P-R 00769

Secretaría (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN, P.
JAN 0 4 2020
USPS

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2020 JAN -9  PM 4:21
RECEIVED & FILED