3 de enero 2020

- JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO

Como representantes de

ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,

Deudores

PROMESA, TITULO III

Num. 17 BK 3283-LTS

(Administrada conjuntamente)

La presente radicacion guarda relacion con el ELA, la ACT y el SRE



LUCERMINA LOPEZ CORTES

Urb. Paseos de Jacaranda 15505 Calle Maga

Santa Isabel, Puerto Rico 00757-9627

Telefono : (787) 375-0634

Direccion correo electronico: lucy.adjuntas@yahoo.com

Num de reclamaciones: 77973; 82987; 151030

REPLICA A LA OBJECION GLOBAL

Durante treinta (30) anos labore para el Gobierno del Estado Libre Asociado de Puerto Rico; desde el 1 de noviembre de 1963 hasta 31 de diciembre de 1993. Los mejores anos de mi vida los dedique a trabajar por el bien de nuestro pais.

Mi confianza estuvo puesta en la seguridad que cuando alcanzara la edad de retiro, tendria una pension mas o menos razonable que me permitiria tener una vejez que me ayudara a tener una mejor calidad de vida. Para ese proposito, de mi limitado salario todos los meses se aportaba una cantidad de dinero que iba directamente a la Administracion del Sistema de Retiro del ELA. Por lo tanto, la pension del Retiro no es un regalo que se nos concede; fue trabajado y se contribuyo para ello. Es nuestro dinero que los distintos gobernantes no han sabido administrar.

2-

Sin embargo, transcurrido el tiempo nos vemos amenazados constantemente con que no hay dinero para cumplir con el pago de las pensiones de tantos jubilados que tiene Puerto Rico y con hacer ajustes a nuestras pensiones.

El bono de Navidad que es parte de nuestros ingresos nos quitaron $400.00 y $100.00 del bono de Verano para un total de $500.00 que perdimos. Solamente nos dejaron de nuestro bono $200.00 y la amenaza continua con eliminarlos. Y que paso con los $500.00 que nos quitaron?, donde los invirtieron?

Varios anos atras otro gobernante de turno elimino o dejo en letra muerta la Ley que determinaba que cada tres anos los pensionados recibiriamos un aumento de un tres (3) por ciento en nuestro salario. Ese aumento del tres (3) por ciento quedo en la nada, pero el costo de vida sigue aumentando y no hay quien lo detenga.

Y todo ello para que? La deuda no se paga y sigue ahi, mientras tanto, nuestro ingreso de pension cada vez es menos. Y me pregunto, que culpa temenos los empleados jubilados y los servidores publicos de una deuda que no la hicimos nosotros y tampoco se nos pidio opinion para hacerla. Y a nosotros quien nos defiende? Llegaremos a ser indigentes despues de tanto trabajar en bien de nuestro pais? Eso es bien preocupante.

Porque no se le ajusta la pension o salarios a todos esos goberrnantes que tan irresponsablemente han administrado llevando a nuiestro pais a la crisis economica que nos arropa.

Para los cuatrienios de 1976 y de 1980, bajo la administracion del ex-Gobernador Carlos Romero Barcelo se determino un aumento de salario a todos los servidores publicos, aumento que nunca se reflejo en nuestro salario. Nunca vimos un centavo de dicho aumento, el cual todos llaman el ROMERAZO.

Cuando se nos entregaron los formularios para presentar nuestra reclamacion por el llamado aumento del Romerazo; entendi que al fin se nos iba a hacer justiciar, pero me equivoque, porque cada vez encontramos una piedra a nuestro paso.

Yo estoy convencida que es tiempo que se nos haga justicia. Nos merecemos recibir el dinero del aumento del Romerazo. Merecemos tener calidad de vida; tener paz y tranquilidad en nuestra vejez que es cuando mas se necesita. Poder comprar nuestros medicamentos, poder comprar nuestros alimentos; la factura de luz y agua pagarla sin contratiempo. Pero es una tortura y es preocupante pensar que el dinero que recibimos siempre esta bajo amenaza constante de desaparecer. No pedimos que se nos regale dinero, pedimos unicamente lo que legalmente nos corresponde despues de un arduo trabajo de treinta (30) anos como servidores publicos.

Entonces, porque no darnos el dinero corrspendiente al aumento de salario declarado por ex-Gobernador Carlos Romero Barcelo hace tantos anos. Merecemos se nos haga justicia con ese dinero que es nuestro y el cual no hemos podido disfrutar a pesar del tiempo transcurrido. Nosotros los jubilados tambien aportamos a la economia de nuestro pais cada vez que compramos ropa, zapatos, comida, medicamentos y tantas otras cosas necesarias en nuestro diario vivir. Asi es que somos merecedores que por fin se nos haga justicia. No es justo que se nos inquiete tanto y encontremos

tantas trabas a nuestro paso. Espero y confio que la Hon. Juez Laura Taylor Swain que es la que entendera en estos casos por fin nos haga justicia.

POR TODO LO ANTES EXPRESADO, entendemos que somos dignos que se nos haga justicia y se nos pague el dinero del aumento llamado el Romerazo. Y que podamos tener la tranquilidad que el dinero de nuestras pensiones sera respetado.

*Lucermina Lopez Cortes*
Lucermina Lopez Cortes

Urb. Paseos de Jacaranda 15505 Calle Maga

Santa Isabel, PR 00757-9627

Tel. (787) 375-0634

lucy.adjuntas@yahoo.co