Lucermina Lopez Cortes
15505 Calle Maga
Paseos De Jacaranda
Santa Isabel, PR 00757

SAN JUAN PR 009
09 JAN 2020 PM 2 L

Secretaria (Clerk's Office)
Tribunal Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-9767

RECEIVED & FILED
2020 JAN -9 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R