8 De enero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienestock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: LUC A. Despins
James Bliss
James Worthington
G. Alexander Bomgartz

SOLICITUD RECHAZO PETICION

Soy el Sr. Anibal Miranda Diaz, en la Dirección calle B-99 Parcelas San Romualdo, Hormigueros P.R. 00660 con número de Teléfono 787-619-9421, correo electrónico md.anibal@hotmail.com

En respuesta a la Objeción Global por parte de la Junta de Supervisión Y Administración Financiera De Puerto Rico como representantes del Estado Libre Asociado de Puerto Rico Según el Titulo III de la LEY PROMESA con el Número 17 BK 3283-LTS. Donde estos solicitan dejar sin efecto la mí reclamación por Falta de Evidencia (Núm. de Reclamación 32137)

Muy Respetuosamente Solicito al Honorable Tribunal Declarar No ha lugar a la Objeción por parte de los Acreedores y continuar con mí Reclamación. Hago entrega de certificación otorgada por la Administración de Sistema de Retiro de los Empleados del Gobierno de Puerto Rico en la cual se reconoce la aportación de $ 46,106.33 por motivo de mi empleo en el INSTITUTO DE CIENCIAS FORENSES DE PUERTO RICO donde comencé a laboral en el 1995 hasta el presente.

Respetuosamente:

_____
ANIBAL MIRANDA DIAZ