Anibal Miranda Diaz
Calle B-95 Parc las San Romualdo
Hormigueros P.R. 00660

Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767