7 de enero 2020

Margarita De Jesús Ayala
RR-11 Box 4559
Bayamón, P.R. 00956-9761

Secretaria [Clerk's Office]
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

AL Honorable Tribunal:

"Réplica"

En virtud a lo que confiere la Ley y Orden que establece el Honorable Tribunal, en conformidad al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, tiene jurisdicción sobre la materia para atender la presente causa y el remedio en ella solicitado conforme al artículo 306(a) de Promesa.

Declaro, expreso y Solicito:
Yo, Margarita De Jesús Ayala, Mayor de edad, Viuda y residente en Bayamón, Puerto Rico.

Que en mi argumento anterior manifesté acorde con el formulario recibido de la Ley Promesa y en el pleno desconocimiento del proceder por falta precisar con exactitud los adeudamiento del Gobierno

(1-7)

Réplica

de Puerto Rico, a sus respectivos empleados como Servidores Públicos, en este caso, mi fenecida hija Zaida R. Morales De Jesús, empleada Departamento Hacienda.

De forma y manera procedí enviarles el formulario que hoy las reclamaciones claim # 42855 y claim # 87871, reflejan una cantidad de dinero individual a nuestros respectivos Nombres. Entendiendo que del Gobierno de Puerto Rico adeudarle dinero a mi fenecida hija Zaida R. Morales De Jesús, como heredera universal, las agencias pertinentes tales como: Asoc. Empleado, ELLA, UAW, Retiro, etc, mostrarán evidencias de los adeudamientos del Gobierno de Puerto Rico a los servidos Públicos tales como: (1) El Romerazo
(2) Aumento de Salario que la ex-Gobernadora Sila M. Calderón no le honró, Los $75.00 dólares en el 2003 que acumulativo llegó $1,600.00

Recientemente he recibido un manual, donde reseña una cantidad determinada a mi Nombre, luego que el Gobierno de Puerto Rico, sostuviera en los tribunales un litigio con el Título III de la Ley Promesa y este manual es la resolución de lo que se ventiló y nos llegó la resolución de la cual discrepo de la misma.

Por tanto y cuanto: El Gobierno de Puerto Rico y las malas Administraciones nos han llevado a esta debacle, la resolución obedece

(2-7)

## "Réplica"

que por falta de evidencia archivarán la reclamación por insuficiencia de datos.

Con el debido respeto que la Ley y Orden, al Honorable Tribunal y a su Señoría, la Juez Laura Taylor Swain, le debemos, Objetamos la resolución tomada y considero insólito; porque el Gobierno de Puerto Rico y sus malas Administraciones son los únicos responsable de este litigio y sobre la cual en ningún momento he comparecido para saber las razones y circunstancias del proceder de lo que se ventila en el Tribunal y peor aún lo que se dilucida en éste litigio que desconozco sin mi presencia; cuando el Gobierno de Puerto Rico, verifico los formularios y determinó unas cantidades endosadas a favor de Margarita De Jesús Ayala y mi fenecida hija Zaida R. Morales De Jesús. Lo cual le compele únicamente al Gobierno de Puerto Rico y la UAW, unión de empleados Departamento de Hacienda mostrar las evidencias.

Cuando el Pueblo de Puerto Rico le exigió al incumbente gobernador Ricardo Roselló, que auditará la deuda rehusarón, hoy recibo una resolución que por falta de evidencia archiven reclamación por insuficiencia de datos. Cuando el Gobierno de Puerto Rico determinó una cantidad de dinero que me pertenece y tenemos derechos.

(3-7)

<< Réplica >>

Al Honorable Tribunal y a su Señoría, La Juéz, Laura Taylor Swain, le agradeceré que antes de tomar la resolución final y firme; tome en consideración mi argumento:

(1) Que mi difunta y fenecida hija, Zaida R. Morales De Jesús, laboró por 30 años como servidor Público, en el Departamento Hacienda, consciente el Gobierno de Puerto Rico le adeudaba:
a) El Bomenazo
b) Aumento que la ex-Gobernadora Sila M. Calderón, no le honró los $75.00 dólares, en el 2003 que acumulativo $1,600.00

(2) Que Zaida R. Morales De Jesús falleció el 2 de Junio 2015.

(3) Que siendo Zaida R. Morales De Jesús la empleada en el Departamento De Hacienda y servidor Público por 30 años de servicios, estaba obligada mostrar evidencias que requieren pero como su mamá desconozco.

(4) Que este litigio entre el Gobierno de Puerto Rico y Título III de la Ley Promesa de lo que se ventila en el Tribunal; en el pleno desconocimiento

(4-7)

Réplica

del argumento o evidencia, sin estar presente para saber, que pueden dilucidar a favor de mi reclamación.

(5) Qué como progenitora y heredera universal Zaida R. Morales De Jesús procedí reclamar; obviamente mencionaba le adeudaban un dinero.

(6) Que el Gobierno de Puerto Rico, luego de verificar los formularios de la Ley Promesa, confirmó el adeudamiento a mi fenecida hija Zaida R. Morales De Jesús y refleja una cantidad endosada a su nombre en la reclamación #42855

(7) Que única y exclusivamente le compete al Gobierno de Puerto Rico evidenciar lo que requieren.

(8) Que la UAW- Unión de empleados Departamento Hacienda, también puede solicitarles evidencias requeridas

(9) Como Progenitora, Yo Margarita De Jesús Ayala, con gusto mostraría las evidencias requeridas si estuviese a mi alcance.

(10) Como Progenitora de Zaida R. Morales De Jesús, puedo evidenciar mi argumento: a) acta defusión
  b) Declaratoria Heredero

(5-7)

"Replica"

(11) Que en lo sucesivas reclamaciones De Zaida R. Morales De Jesús Ayala #42855 y la reclamación #87871 Margarita De Jesús Ayala, el Gobierno de Puerto Rico, confirmó cantidades endosadas a nuestros respectivos nombres y como heredera Universal es lo que estoy reclamando y tengo derecho.

Al Honorable Tribunal y a su Señoría la Juéz Laura Taylor Swain:

Yo, Margarita De Jesús Ayala, es todo mi argumento y mi defensa y todo lo expresado, Declaro que es únicamente la verdad y nada mas que la verdad.

Hoy 7 de enero de 2020, en Bayamón Puerto Rico.

Sin nada mas al respecto

Queda de ustedes,

Atentamente

Margarita De Jesús Ayala (939) 289-3984
(787) 797-2068          (6-7)

Cc:

Abogado de la Junta de Supervisión
(Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299)
A/A: Martin J. Bienenstock
Brian S. Rosen


Abogado del Comité de Acreedores
(Counsel for the Creditors')
Committee
Paul Hastings LLP.
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz.


Datos personales
Jm.
(787) 797-2068
(939) 289-3984
Carr. 861 Km. 2 Hm 3
Bo. Pájaros Americanos
Bayamón, P.R. 00 956-9767

(7-7)