| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| DE JESUS AYALA, MARGARITA | 87871 | 6/4/2018 | Commonwealth of Puerto Rico | $6,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

*[Handwritten annotation: Zaida R. Morales De Jesús (Hija)]*

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| DE JESUS AYALA, MARGARITA | 87871 | 6/4/2018 | Commonwealth of Puerto Rico | $6,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*[Stamp: RECEIVED 2020 JAN -9 PM 4:22 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR]*

000751

Contact 844.822.9231    Client Logi

# Commonwealth of Puerto Rico (17-03283) CHANGE CASE

Case Info | Docket | Claims | Submit a Claim | Presentar un reclamo | Submit Inquiry

Search Docket    Search Claim

Master Claims Filter

Q Enter number or name

*handwritten:* Falleció 2 de Junio 2015

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 42855 | 06/04/2018 | MORALES DE JESUS, ZAIDA R | Commonwealth of Puerto Rico | $ 3,000,000.00 |

Select scope: Claims Only

Claim Number(s)(e.g. 1,3,5-7)

## Creditor Data Details for Claim # 42855

**Creditor**
MORALES DE JESUS, ZAIDA R

**Debtor Name**
Commonwealth of Puerto Rico

**Schedule Number**

**Date Filed**
06/04/2018

**Claim Number**
42855

**Proof of Claim**
View PDF   Email PDF

Schedule Number

Creditor name

Debtor(s): Commonwealth of Puerto Rico(17-03283)

Select Classification: Select an Option

Select Search Operator: Select an Option

Amount

*handwritten:* Progenitora - su mamá Margarita De Jesús Ayala RR-11 Box 4559 Bayamón, P.R. 00956-9762

| | Schedule Amount C*U*D* | Asserted Claim Amount C*U*F* | | Current Claim Status Claim Value | |
|---|---|---|---|---|---|
| General Unsecured | | $3,000,000.00 | U | $3,000,000.00 | Asserted |
| Priority | | | | | |
| Secured | | | | | |
| 503(b)(9) Admin Priority | | | | | |
| Admin Priority | | | | | |
| Total | $0.00 | $3,000,000.00 | | $3,000,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Date from — Date to

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for

Open in new window

Search Claim

Reset

| | 142855 | 06/29/2018 | PENA RIVERA, ROSA M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
|---|---|---|---|---|---|

Page 1 of 1     20     View 1 - 2 of 2