ar... Ayala
11, Box 4559
amon, P.R. 00956-9767

RECEIVED & FILED
2020 JAN -9 PM 4: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00957
JAN 07, 20
AMOUNT
$7.60
R2305H104043-02

CERTIFIED MAIL
7018 0360 0001 6013 5724

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building Avenido Carlos Chardón
San Juan, (Puerto Rico) 00918-1767