9 de enero de 2020

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN -9 PM 4:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Señores:

Reciban saludos cordiales. Me dirijo a ustedes debido a que he recibido notificación sobre reclamación de la deuda que tienen con los maestros y empleados públicos del Estado Libre Asociado de Puerto Rico con relación a la ley 89 (Romerazo) sobre aumento de sueldos que otorgó el Honorable Gobernador Lic Carlos Romero Barceló y que nunca lo he recibido de acuerdo a mis talonarios, de acuerdo a mis record yo empecé a trabajar en el Departamen de Educación en el agosto 8 de 1980-81 con un sueldo de $585.00 y me retire el 31 de mayo 2007. mi ultimo sueldo fue d2,870.00. Sobre los aumentos recibidos recibí los pasos por experiencia de $25.00, $50.00 por terminar la maestria en Educación y tambien recibi aumento por la Carrera magisterial. Mis record indican que trabaje 26 años 1 mes, 3 semanas y 4 dias. Mi numero de reclamación es 105628 radicada el 28 de junio del 2018

Se incluyó algunos anexos, como evidencias de lo antes expuesto.

Espero se me pueda evaluar y que se me asigne lo que realmente me deben.

muchas Gracias por su atención, quedo de ustedes

Atentamente
Constancia Rivera Acosta

Anexos