**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Acosta, Constancia | 105628 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Acosta, Constancia | 105628 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38154 PackID: 595 MMLID: 1985271 SVC: 115th Omni
Rivera Acosta, Constancia
P.O. Box 415
Salinas, PR 00751

000595

SRM-asr-3
Rev. 05/04

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Area Servicios de Retiro

## SOLICITUD DE RETIRO

| Para uso de la SRM |
| --- |

**Nota:** Conteste todas las preguntas. Escriba a maquina o con tinta en letra de molde. Si no hay espacio suficiente use otro papel y acompañelo a esta solicitud. **LEA INSTRUCCIONES AL DORSO.**

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada.

| 1. Nombre | Apellido Paterno | Apellido Materno | 2. Seguro Social: | 3. Sexo |
| --- | --- | --- | --- | --- |
| Constancia | Rivera | Acosta | REDACTED  -2432 | ☒ Femenino  ☐ Masculino |

**4. Estado Civil**  ☐ Soltero (a)   ☒ Casado (a)   ☐ Divorciado (a)   ☐ Viudo (a)   ☐ Separado (a)

| 5. Dirección Postal: | 6. Número de Teléfono | 7. Fecha de Nacimiento |
| --- | --- | --- |
| P.O. Box 415  Salinas, PR 00751 | 787-376-8285 | **REDACTED**  Día   Mes   Año |

| 8. Dirección Residencial: | 9. Agencia donde trabaja |
| --- | --- |
| Urb. Las Antillas C-16  Salinas, PR  00751 | Departamento de Educación |

| 10. Pueblo donde trabaja | 11. Puesto que ocupa | 12. Fecha de efectividad de la renuncia |
| --- | --- | --- |
| Salinas | Trabajadora Social | 31 de mayo de 2007 |

**13. Prestamo con SRM**  ☒ Sí   ☐ No
**Tipo**  ☐ Hipotecario   ☒ Personal   ☐ Viaje Cultural

**14. Razón para el Retiro**
☐ Años de Servicio y Edad   ☐ Diferido   ☐ Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)

**15. Nombre del Cónyuge:**
Juan Sánchez Vázquez

| 16. Nombre de hijos menores de 18 años de edad | Fecha de Nacimiento (Mes, Día y Año) |
| --- | --- |
|  |  |
|  |  |

2 de marzo 2007
Fecha

*Constancia Rivera Acosta*
Firma del Solicitante

## PARA USO DEL PATRONO

### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

17. CERTIFICO que ___CONSTANCIA RIVERA ACOSTA___ se encuentra actualmente en ESCUELA INT. URB.
Nombre                                                                Servicio Activo

_____ ; la fecha de Renuncia es efectiva el ___31 de Mayo de 2007___
Uso de licencia (especifique)                                                Día/Mes/Año

2 de marzo 2007
Fecha

*Zaida Rodríguez Ortiz*
Superintendente de Escuelas o
Jefe de Personal del Departamento o Agencia

**Vea Instrucciones al dorso**

SALA DE SUBDICIAL DEL MAESTRO

AREA RETIRO

## HOJA DE APROXIMADO DE TIEMPO COTIZADO

NOMBRE PARTICIPANTE: **REDACTED** 5432          SEGURO SOCIAL:

| SRM | AÑO ① | MES | SEMANA | DIAS |
|---|---|---|---|---|
| 84-85 | | | | |
| 85-86 | | | | |
| 86-87 | | | | |
| 87-88 | | | | |
| 88-89 | | | | |
| 89-90 | | | | |
| 90-91 | | | | |
| 91-92 | | | | |
| 92-93 | | | | |
| 93-94 | | | | |
| 94-95 | | | | |
| 95-96 | | | | |
| 96-97 | | | | |
| 97-98 | | | | |
| 98-99 | | | | |
| 99-00 | | | | |
| 00-01 | | | | |
| 01-02 | | | | |
| 02-03 | 22 — | 6 | 3 | 4 |
| 03-04 | 1 — | | | |
| 04-05 | 1 — | | | |
| 05-06 | 1 — | | | |
| 06-07 | | 7 | | |
| TOTAL | 26 | 1 | 3 | 4 |

REPRESENTANTE DE SERVICIOS: _____ Aproximado hasta 31-ene-2007

FECHA: _____

** NOTA ACLARATORIA: ESTE DOCUMENTO NO ES UNO OFICIAL

Aproximado ($\pm$)

$$2,870 \ (23) \quad 66,010$$
$$2,770 \ (12) \quad 33,240$$
$$2,620 \ (1) \quad \underline{2,620}$$
$$36 \div 101,870$$

$$= 2,829.72$$
$$\times 1.8\%$$
$$\overline{50.93}$$
$$\times 26$$
$$\overline{1,324.18}$$
$$254.67$$
$$\underline{\left(1,069.51\right)}$$

pensión
aproximada
no es
oficial.

$$25/50 =$$
$$1.8\%$$
$$(9\%)(30)$$