**UNITED STATES POSTAL SERVICE.** Retail

PRESS FIRMLY TO SEAL

**P** US POSTAGE PAID
$7.35
Origin: 00751
01/08/20
4281900751-10

PRIORITY MAIL 1-DAY ®

0 Lb 2.30 Oz
1005

EXPECTED DELIVERY DAY: 01/09/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER



9505 5109 8058 0008 3838 78

- Date
- USPS TRACKING — included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:
Constancia Rivera Acosta
P.O. Box 415
Salinas, P.R 00751

RECEIVED & FILED
2020 JAN -9 PM 4:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO:
Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R 00918-1767