TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO<br><br>Como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br>La presente radicación guarda relación con<br>ELA, ACT y SRE.<br><br>Numero de reclamo (claim #): 106859 |

*RECEIVED & FILED CLERK'S OFFICE JAN -9 2020 US DISTRICT COURT SAN JUAN, PR*

REPLICA A " NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED"

1. Mi nombre es Juan Camacho Pacheco. Dirección : Urb. Promised Land, 65 Monte de Los Olivos, Naguabo, PR 00718-2851. Número de teléfono: 787-242-8299. Correo electrónico: kajuanma@yahoo.com. No tengo abogado ni representante designado, de necesitar enviar alguna comunicación, favor de hacerlo a la dirección provista. Para algún tipo de acuerdo, favor de comunicarse con el suscribiente.

2. Recibí copia de la Moción presentada titulada "NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED" con los anejos A, B, C Y D.

3. Según surge de la moción recibida, no conteste el mismo que se menciona en el inciso 18, porque no recibí la carta o envío según la orden de envío autorizado como reza el inciso 16.

Número de reclamo (claim #): 106859

4. Por lo que, la razón y fundamento de mi reclamación son las aportaciones al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico con un monto de **$ 1,803.35** Ley Anterior al 30 de junio de 2013 y **$13,781.02** bajo la Ley 3 al 30 de Junio de 2017. Solicito que no se rechace mi reclamación número **106859**. Adjunto Estado de Cuenta y Certificación de Balances de Aportación estimada del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Se omite de los documentos anejados información personal confidencial como fecha de nacimiento y seguro social para proteger mi información de robo de identidad.

5. Según Anejo A: Defectuosas Nonagésima Séptima Objeción Global, el número del caso es **17 BK 03566-LTS,** Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. **Número de reclamación 106859** presentada 29 de junio de 2018.

Solicito respetuosamente que se considere y no se rechace mi reclamación 106859 y que también se acepte las Certificaciones de pago de mis aportaciones al Sistema de Retiro de los Empleados como evidencia y fundamento de mi reclamación número 106859

Certifico que se ha notificado por correo postal a:
- Abogado de la Junta de Supervision (Counsel for the Oversight Board), Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299.
- Abogado del Comité de Acreedores (Counsel for the Creditors Committe), Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166. A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

En Naguabo, Puerto Rico hoy 4 de enero de 2020.

Juan Camacho Pacheco
Núm. Reclamación número 106859