**PRESS FIRMLY TO SEAL**     **PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED



UNITED STATES POSTAL SERVICE

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

---

**UNITED STATES POSTAL SERVICE.**   Retail

**P**   US POSTAGE PAID
$7.35
Origin: 00738
01/04/20
4235100738-08

**PRIORITY MAIL 1-DAY**

0 Lb 2.30 Oz
1005

EXPECTED DELIVERY DAY: 01/07/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER



9505 5112 9821 0004 2547 68

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

---

**FROM:** Juan Camacho Pacheco
Urb Promise land
Los Montes Olivos
Naguabo PR 00718-2851

RECEIVED & FILED
2020 JAN -9 PM 4:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**TO:**

Tribunal Distrito E.U.
#150 Chardon Avenue
Federal Building
San Juan PR 00918