TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO | PROMESA, Título III |
| Como representante de | Núm. 17 BK 3283-LTS |
| | La presente radicación guarda relación con ELA, ACT y SRE. |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS | Numero de reclamo (claim #): 94630 |

RECEIVED & FILED CLERK'S OFFICE JAN - 9 2020 US DISTRICT COURT SAN JUAN, PR

REPLICA A " NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED"

1. Mi nombre es Byviannette Camacho Arocho. Dirección : Urb. Promised Land, 65 Monte de Los Olivos, Naguabo, PR 00718-2851. Número de teléfono: 787-243-0100. Correo electrónico: byviannette@hotmail.com. No tengo abogado ni representante designado, de necesitar enviar alguna comunicación, favor de hacerlo a la dirección provista. Para algún tipo de acuerdo, favor de comunicarse con la suscribiente.

2. Recibí copia de la Moción presentada titulada "NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF

Número de reclamo (claim #): 94630

PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED" con los anejos A, B, C Y D.

3. Según surge de la moción recibida, no conteste el mismo que se menciona en el inciso 18, porque no recibí la carta o envío según la orden de envío autorizado como reza el inciso 16.

4. Por lo que, la razón y fundamento de mi reclamación son las aportaciones al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico con un monto de **$5,124.28** Ley Anterior al 30 de junio de 2013 y **$14,051.31** bajo Ley 3 al 30 de junio de 2017. Solicito que no se rechace mi reclamación número **94630**. Adjunto Estado de Cuenta y Certificación de Balances de Aportación estimada del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. También, adjunto Certificación de mi patrono en el Tribunal General de Justicia, Oficina de Administración de los Tribunales. En este documento se certifica los descuentos realizados para el Sistema de Retiro desde 1 de septiembre de 2009 hasta 31 de diciembre de 2019. Se omite de los documentos anejados información personal confidencial como fecha de nacimiento y seguro social para proteger mi información de robo de identidad.

5. Según Anejo A: Defectuosas Nonagésima Séptima Objeción Global, el numero del caso es **17 BK 03566-LTS,** Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Numero de reclamación **94630** presentada 29 de junio de 2018.

Solicito respetuosamente que se considere y no se rechace mi reclamación número 94630 y que también se acepte las Certificaciones de pago de mis aportaciones al Sistema de Retiro de los Empleados como evidencia y fundamento de mi reclamación número 94630.

Número de reclamo (claim #): 94630

Certifico que se ha notificado por correo postal a:

- Abogado de la Junta de Supervision (Counsel for the Oversight Board), Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299.

- Abogado del Comité de Acreedores (Counsel for the Creditors Committe), Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166. A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

En Naguabo, Puerto Rico hoy 4 de enero de 2020.

*[signature]*

Byviannette Camacho Arocho

Núm. Reclamación número 94630