

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

09 de septiembre de 2019

**Agencia: 122 - ADMINISTRACION DE TRIBUNALES**

BYVIANNETTE CAMACHO AROCHO
URB. PROMISED LAND
65 MONTE DE LOS OLIVOS
NAGUABO, PR 00718

Seguro Social: XXX-XX-████

A base de la información en nuestros registros, al 09 de septiembre de 2019 usted posee:

**Fecha de Nacimiento:** ████████  **Género:** Femenino

**Fecha de Ingreso al Servicio Público:** 01 de septiembre de 2009

**Fecha de Comienzo de Cotización:** 01 de septiembre de 2009

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 3.10 |
| Aportaciones: | $5,091.70 |
| Intereses: | $32.58 |
| Gastos Teneduría: | ($24.88) |
| Total Aportaciones: | $5,124.28 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 7.10 |
| Aportaciones: | $12,433.80 |
| Intereses: | $1,617.51 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $14,051.31 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes





**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: BYVIANNETTE CAMACHO AROCHO**  Seguro Social: XXX-XX-XXXX
URB. PROMISED LAND
65 MONTE DE LOS OLIVOS
NAGUABO, PR 00718

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE TRIBUNALES |
| Años de Servicio: | 7.1 |
| Balance de Aportaciones: | $14,076.19 |

Esta certificación fue emitida el 9 de septiembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019090944392499

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



Estado Libre Asociado de Puerto Rico
## Tribunal General de Justicia
Oficina de Administración de los Tribunales
PO Box 190917
San Juan, PR 00919-0917

Oficina de Administración de los Tribunales
268 Avenida Muñoz Rivera
San Juan, PR 00918

Tel.: (787) 641-6600
www.ramajudicial.pr

# C E R T I F I C A C I Ó N

**Certifico,**

Que Byviannette Camacho Arocho, seguro social xxx-xx-xxxx, trabaja para esta Rama de Gobierno, desde el 1 de septiembre de 2009.

Que de acuerdo con nuestros registros, se le han realizado descuentos para la Administración de los Sistema de Retiro por $16,505.80, al 31 de diciembre de 2019.

Expedida hoy, 20 de diciembre de 2019, en Hato Rey, Puerto Rico, a petición de la empleada.

Juan Rosario Castro
Supervisor de Recursos Humanos
División de Transacciones de Personal
Sección de Nominas



IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CAMACHO AROCHO, BYVIANNETTE | 94630 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $14,076.19 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors ||||

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CAMACHO AROCHO, BYVIANNETTE | 94630 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $14,076.19 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000232