PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED



UNITED STATES POSTAL SERVICE — Retail

P  US POSTAGE PAID
$7.35
Origin: 00738
01/04/20
4235100738-08

PRIORITY MAIL 1-DAY

0 Lb 2.60 Oz
1005

EXPECTED DELIVERY DAY: 01/07/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER

9505 5112 9821 0004 2547 44

PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to international destinations.
- Limited international insurance
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

FROM:
Byviannette Camacho
Urb. Promised Land
65 Montes de Los Olivos
Naguabo PR 00718-2851

RECEIVED & FILED
2020 JAN -9 PM 4:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

TO:
Tribunal Distrito EU
#150 Chardon Avenue
Federal Building
San Juan PR 00918


PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP