**ANEXO C**
Notificación

Amalia Correa Fonseca
Urb. El Rosario 2
T-18 Calle J
Vega Baja, PR 00693

Reclamación núm: 72311
(Claim #)

RECEIVED & FILED
CLERK'S OFFICE
JAN -9 2020
US DISTRICT COURT
SAN JUAN, PR

Al Honorable Tribunal

Adjunto Certificación de Empleo

Para que así conste, firmo hoy 8 de enero de 2020.

(939) 240-2393