

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
REGION EDUCATIVA DE ARECIBO

# CERTIFICACIÓN

Certifico que la señora Amalia Correa Fonseca, seguro social, XXX-XX-3864, trabajó como Oficinista Mecanógrafo I en la escuela San Vicente, de la Oficina Regional Educativa de Arecibo efectivo del 12 de febrero de 1996 hasta el 11 de septiembre de 2014. Su número de empleado es el 66709.

Cualquier tachadura o borrón invalida esta certificación, dada a petición del Sr(a),Correa Fonseca hoy 30 de diciembre 2019 en Arecibo, Puerto Rico.

*Glorimar Falconi Arroyo*
Superintendente Regional Interina

PD. Notifico que la información contenida en esta certificación y fiel y exacta

Certificación emitida por:

*Maritza Núñez Santiago*
Nombre/Firma

Auxiliar de Recursos Humanos
Posición



372 AVE. JOSE A CEDEÑO, STE. 210-B. ARECIBO, PUERO RICO 00612-4623

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho