PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL        POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.**        Retail

P   US POSTAGE PAID   $7.35
Origin: 00693
01/08/20
4292700693-09

PRIORITY MAIL 1-DAY ®

0 Lb 1.70 Oz

1005

EXPECTED DELIVERY DAY: 01/09/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING®NUMBER



9505 5105 5513 0008 3671 01

FROM:

RECEIVED & FILED
CLERK'S OFFICE
JAN -9 2020
US DISTRICT COURT
SAN JUAN, PR

**PRIORITY MAIL**        UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Amalia Correa Fonseca
Urb. El Rosario 2
T-18 Calle J
Vega Baja, PR 00693

TO: Secretaría (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

PS00001000014        EP14F July 2013   OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

