Clave #     Cantidad Reclamada
10 6438     $18,400

A: Quien Pueda Interezar.

Yo: Teófilo Colón Jiménez mayor de Edad y Vecino del Pueblo de Orocovis.

Declaro lo siguiente: que trabajé en el Estado libre Asociado de Pto Rico En el 1980 al 1986 en la agencia de Servicios Generales area sur de Ponce.

Luego en el municipio de Orocovis y en el 1993-2009 agencia de cuerpo de voluntario.

Por este medio Solicito una revición y reconsideración a este caso.

Las leyes Por las cuales estoy solicitanto de estos Periodos:

Ley: 96-2004 si la Maria Calderon
Ley 89, Romero Barcelo
Luego de los Siguientes Governadores:
anibal acevedo vila, Luiz Fortuño
alejandro Garcia Padilla.

Sr. Teofilo Colon
PO Box 1388
Orocovis, PR 00720

07 DEC 2019 PM 1 L

RECEIVED & FILED
CLERK'S OFFICE
JAN -9 2020
US DISTRICT COURT
SAN JUAN, PR

Tribunal de Distrito E.U
Room 150
federal Building
San Juan, Pto Rico 00918-1767

00976-612205