UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DIANNE MARTINEZ RIVERA<br>329 WOODLAND TRAIL<br>LADY LAKE, FL 32159<br><br>CLAIMANT<br><br>VS<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>AS REPRESENTATIVE OF<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>      Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br><br>(Jointly Administered)<br><br><br>This filing relates to the<br>Commonwealth, HTA and ERS |

IN RESPONSE TO ONE HUNDRED AND FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO DEFICIENT CLAIMS ASSERTING INTEREST BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES RENDERED

TO THE HONORABLE COURT:

    Comes now Dianne Martinez Rivera, in my own right, and respectfully states and requests:

    1.    On June 5, 2018, I filed Prime Clerk Proof of Claim Number (POC) 48085 against the Employees Retirement System of Government of the Commonwealth of Puerto Rico (the "ERS").

    2.    The case number under which my POC appears is 17 BK 03283-LTS.

    3.    I consider that case number 17BK 03566-LTS also applies to me since my claim is against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

    4.    On December 12, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority("HTA") and the "ERS", by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as the representative of the Commonwealth, HTA and ERS, filed the "One Hundred and First Omnibus Objection" to deficient claims listed on Exhibit A.

5. The One Hundred and First Omnibus Objection seeks for the Court to disallow the proofs of claim listed on Exhibit A thereto, which includes my POC No. 48085 on page 152 of 164 line 927.

6. The Objection states that pursuant to the "Authorized Mailings Order", the Debtors sent letters to each claimant subject to the Objection requesting additional information for the assessment of their claims, since according thereto the descriptions included on the proofs of claim were to vague for the Debtors to understand the same and that each of such claimants failed to respond to the mailings.

7. Let the Honorable Court be informed that I do not recall having received such a request for additional information.

8. In my POC 48085 I inadvertently failed to include a certification issued from the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and asserting the claim amount.

9. With this filing I'm including an a.) Estimated Statement of Account issued December 30, 2019. b.) a Certification of Estimated Contributions issued December 30, 2019. c.) Summary which reflects a balance of total contributions of $49,602.28 as of December 30, 2019.

10. Please let the Honorable Court be informed that I resigned to my position as Medical Technician within the Laboratory of the Department of Public Health of The Commonwealth of Puerto Rico on July 15, 2015 and that I was not granted the amount in my pension plan at that time.

11. With this filing I request that POC 48085 be included as a legitimate claim and that the "One Hundred and First Omnibus Objection" to the deficient claims BE DENIED.

12. Contact Information:
   Name: Dianne Martinez Rivera
   Address: 329 Woodland Trail, Lady Lake, FL 32159
   Telephone: 787-598-4656
   Email: dianne_martinez@hotmail.com

## Certification of Service

I hereby certify that the original of this document was filed with the Clerks Office and copy of the original was mailed to the following:

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
      Brian S. Rosen

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Counsel for the Oversight Board
Oneill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, P.R. 00918-1813
Attn: Hermann D. Bauer
Daniel J. Perez-Refojos
Carla Garcia Benitez

Respectfully submitted,

_____
Dianne Martinez Rivera

_January 10, 2020_
Dated