UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

As representative of
THE EMPLOYEES RETIREMENT SYSTEM OF THE        PROMESA
GOVERNMENT OF THE COMMONWEALTH OF              Title III
PUERTO RICO                                    Case No.
                                               17 BK 3566 LTS

Al Honorable Tribunal:

    Comparece, Samuel Padua Flores, por derecho propio, mayor de edad, casado, y vecino de Dorado, Puerto Rico, quien muy respetuosamente, alega, expone y solicita:

    El suscribiente es empleado retirado de la Universidad de Puerto Rico. Al presente de 74 años de edad, casado con Norma Pérez Toro, de 64 años de edad y residentes de la ciudad de Dorado, Puerto Rico.

    Hace varios años adquirimos unos bonos del Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico, en los cuales invertimos la mayor parte de nuestros ahorros. El costo de dicha inversion fue alrededor de $80,000.00 y devengaban un interes de 6% anual.

    Al adquirir dichos bones desconocíamos que los mismos fueron alegadamente emitidos ilegalmente por dicho sistema de retiro. Entedemos que dichos bonos fueron legalmente emitidos por dicha entidad, ya que asi fuimos informados y notificados por le empresa UBS, entidad mediante la cual adquirimos los bonos.

    Durante el mes de noviembre de 2019 estuvimos fuera de Puerto Rico, visitando país de Israel y otros países del medio oriente. Regresamos de dicho viaje a Puerto Rico el 30 de noviembre de 2019. No tuvimos conocimiento de que el Tribunal habia emitido una orden en la cual se concedia hasta 18 de noviembre de 2019 para que el

compareciente presentara una oposición u objeción a los fines de que el tribunal concluya que los bonos fueron emitidos ilegalmente (ultravires). Es a principios de 2020 que tenemos conocimiento de dicha orden.

Debido a problemas del servicio de energía eléctrica causados por los terremos que estan ocurriendo en Puerto Rico, no tuvimos oportunidad de presentar el presente escrito hasta el presente.

Por lo antes idicado suplicamos se nos permita presentar la solicitud para objetar la determinación de que los bonos fueron emitidos de forma "ultravires".

Hacemos el presente escrito en el idioma español, idioma del que tenemos dominio. No tenemos mucho dominio del idioma ingles. De ser indispensable que este escrito se haga en el idioma inglés, suplicamos se nos conceda un término razonable para presentar el escrito en el idioma inglés.

En Bayamón, Puerto Rico, a 10 de enero de 2020.

Samuel Padua Flores
Urb. Santa Rosa 20-25, Carr. 174
Bayamón, P.R. 00959
Tels. 787-374-1020
samuelpadua@gmail.com