1/6/2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
JAN 10 2020
US DISTRICT COURT
SAN JUAN, PR

Honorable Juez:

Por la Presente notifico que yo, Ruperta Pizarro, Maestra de Instrucción Pública, trabajé como maestra desde agosto de 1965 hasta Diciembre del 2000. Durante el gobierno del Honorable Gobernador, Hernández Colón, se otorgó un aumento de $125 dólares a los maestros de Puerto Rico. Este aumento fue pospuesto por el gobernador y nunca fue otorgado hasta el Presente.

Llené los papeles para reclamar ese dinero adeudado por el gobierno y se me informó que necesitaba enviar documentos extra para que se procesara el reclamo. Deseo informarles que

1

estoy enviándole tales documentos, de ser aceptados, estaré disponible a comparecer a la vista sobre la Objeción global del 29 de enero, 2020 ante su señoría, Laura Taylor Swain, ante el Tribunal Federal Building, San Juan, PR 00918.

Adjunto les envio los documentos olvidados por mi. Les doy las gracias por su atención. Mi teléfono es: 787-487-3632, en caso me necesiten.

Atentamente,

Ruperta Pizarro González
Ruperta Pizarro González