

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

12 de marzo de 2019

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | RUPERTA PIZARRO GONZALEZ |
| Seguro Social | : | REDACTED 9715 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | CAROLINA II_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2000 |
| Otros | : | Prestó servicios para este Departamento por un período de 34 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 **TEL.** (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

*Evidencia Solicitada*

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 30 11 76 | 040319 | 64296959 |

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD |
| | | | | AHORRO | SEGURO | | | | | | | | |

**ACUMULADO DURANTE EL AÑO NATURAL**

| 44605 | | 55055 | | | | 07 | 4789 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MES CORRIENTE**

| 4055 | | 5005 | 3995 | 2145 | 350 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 7865.00 | 0.00 | 0.00 | 715.00 | 255.00 | 203.39 | | 256.61 |
|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 07 78 | 030194 | 67686371 |

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD |
| | | | | AHORRO | SEGURO | | | | | | | | |

**ACUMULADO DURANTE EL AÑO NATURAL**

| 34393 | | 37660 | | | | 06 | 12000 | 07 | 12014 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MES CORRIENTE**

| 5299 | | 5530 | | 2370 | 350 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 5380.00 | 0.00 | 0.00 | 790.00 | 179.00 | 375.63 | | 235.37 |
|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
VEASE CLAVES AL DORSO

*Case No. 17-03285*

NO ES NEGOCIABLE

---

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 07 80 | 030209 | 72318395 |

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORRO | SEGURO | | | | | | | | |

**ACUMULADO DURANTE EL AÑO NATURAL**

| 36958 | | 41090 | | | | 06 | 16500 | 07 | 13563 | 60 | 680 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MES CORRIENTE**

| 5644 | | 6020 | | 2580 | 350 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 587000 | 000 | 000 | 86000 | 17900 | 45337 | | 22763 |
|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

NO ES NEGOCIABLE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
VEASE CLAVES AL DORSO

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 05 81 | 065874 | 74381533 |

DEDUCCIONES — ESPECIFICAS / MISCELANEAS

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 06 | 16500 | 07 | 15202 | 60 | 680 | | |
| 28220 | | 30100 | | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | | |
| 5644 | | 6020 | 2500 | 2580 / 350 | | | | | | | | |
| 430000 | 000 | | 000 | 86000 | 18200 | 49476 | | | | | | 18324 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | | | | | PAGA NETA |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

**Stub 2**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 30 04 86 | 059500 | 574289478 |

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 06 | 13300 | 07 | 20441 | 42 | 6080 |
| 22372 | | 26320 | | | 60 | 680 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 5593 | | 6580 | | 2820 / 350 | | | | | | |
| 376000 | 000 | | 000 | 94000 | 19000 | 55844 | | | | 19156 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | | | PAGA NETA |

VEASE CLAVES AL DORSO

**Stub 3**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 08 86 | 033376 | 582652791 |

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 06 | 13300 | 07 | 20441 | 42 | 6080 |
| 44744 | | 52640 | | | 60 | 680 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 5593 | | 6580 | | 2820 / 350 | | | | | | |
| 752000 | 000 | | 000 | 94000 | 19000 | 55844 | | | | 19156 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | | | PAGA NETA |

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 0388 | 057993 | 625653387 |

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS | SEGURO | | | | | | |
| 6720 | | 21315 | | | | 06 | 17016 | 07 | 19659 | 42 | 6080 |
| MES CORRIENTE | | | | | | | | | | | |
| 2240 | | 7105 | | 3045 | 350 | | | | | | |
| 304500 | 000 | | 000 | 101500 | | 23000 | | 55495 | | 23005 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | MES CORRIENTE | | | | | |

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 30 1188 | 044515 | 644722065 |

| ESPECIFICAS | | | | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35526 | | 83335 | | | | 06 | 18717 | 07 | 19659 | 42 | 6080 |
| MES CORRIENTE | | | | | | | | | | | |
| 3740 | | 7805 | | 3345 | 350 | | | | | | |
| 1189070 | 000 | | 000 | 111500 | | 25900 | | 59696 | | 25904 | |

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 30 0989 | 037712 | 667257642 |

| ESPECIFICAS | | | | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4085 | | 73290 | | | | 06 | 27552 | 07 | 21263 | 42 | 6080 |
| MES CORRIENTE | | | | | | | | | | | |
| 5015 | | 8400 | | 3600 | 700 | | | | | | |
| 1047000 | 000 | | 000 | 120000 | | 23300 | | 73240 | | 23490 | |

VEASE CLAVES AL DORSO

Case No. 17-03283

Evidencia Solicitada

4

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 31 0789
**NUMERO DE COMPROBANTE:** 030198
**NUMERO DE CHEQUE:** 663203745

| ESPECIFICAS | | | DEDUCCIONES | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | 06 | 18717 | 07 | 21263 | 42 | 6680 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 29780 | | 56315 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 4640 | 8225 | | | 3525 | 700 | | 27100 | | 63750 | | 26650 |
| 804500 | 000 | | 000 | 117500 | | ADELANTO SUELDO 1ra QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | | | | | | |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 31 0590
**NUMERO DE COMPROBANTE:** 509101
**NUMERO DE CHEQUE:** 679027392

Case No. 17-03283

| ESPECIFICAS | | | DEDUCCIONES | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | 06 | 27552 | 07 | 23285 | 42 | 6680 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 60 | 2480 | | | | |
| 25075 | | 42000 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 5015 | 8400 | | | 3600 | 700 | | 21100 | | 77712 | | 21188 |
| 600000 | 000 | | 000 | 120000 | | ADELANTO SUELDO 1ra QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | | | | | | |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 31 0890
**NUMERO DE COMPROBANTE:** 303294
**NUMERO DE CHEQUE:** 683281188

| ESPECIFICAS | | | DEDUCCIONES | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | 06 | 27552 | 07 | 23285 | 42 | 7580 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 60 | 2480 | | | | |
| 40870 | | 67550 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 5390 | 8575 | | | 3675 | 700 | | 22000 | | 79237 | | 21263 |
| 965000 | 000 | | 000 | 122500 | | ADELANTO SUELDO 1ra QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | | | | | | |

VEASE CLAVES AL DORSO

5

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 28 0291
**NUMERO DE COMPROBANTE:** 321512
**NUMERO DE CHEQUE:** 691736859

DEDUCCIONES — ESPECIFICAS / MISCELANEAS

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 06 | 30187 | 07 | 24041 | 42 | 7580 |
| 10780 | | 17150 | | | | 60 | 2480 | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 5390 | | 8575 | | 3675 | 700 | | | | | | |
| 245000 | 0.00 | | 0.00 | 122500 | | 19900 | | 82628 | | 19972 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |

ACUMULADO DURANTE EL AÑO NATURAL / MES CORRIENTE
VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 31 1091
**NUMERO DE COMPROBANTE:** 309211
**NUMERO DE CHEQUE:** 703625013

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55412 | | 87036 | | | | 06 | 30187 | 07 | 24322 | 42 | 8480 |
| | | | | | | 60 | 2480 | | | | |
| 5518 | | 8925 | | 3825 | 700 | | | | | | |
| 1243375 | 0.00 | | 0.00 | 127500 | | 21500 | | 84437 | | 21563 | |

Case No. 17-03283
VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 31 0192
**NUMERO DE COMPROBANTE:** 318231
**NUMERO DE CHEQUE:** 708467355

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5518 | | 8925 | | | | 06 | 30245 | 07 | 24322 | 42 | 8480 |
| | | | | | | 60 | 2480 | | | | |
| 5518 | | 8925 | | 3825 | 700 | | | | | | |
| 127500 | 0.00 | | 0.00 | 127500 | | 21500 | | 84495 | | 21505 | |

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 1292 | 319953 | 510102405 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |

ACUMULADO DURANTE EL AÑO NATURAL

| 6725? | | 107100 | | | | 06 | 32382 | 07 | 25389 | 42 | 9080 |
| | | | | | | 60 | 2480 | | | | |

**MES CORRIENTE**

| 5518 | | 8925 | | 3825 | 700 | | | | | | |
| 154400 | 000 | | 000 | 127500 | | 19600 | 88299 | 19601 | | | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA | | | |

ACUMULADO DURANTE EL AÑO NATURAL — MES CORRIENTE

VEASE CLAVES AL DORSO

---

Case No. 17-03283

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 0193 | 321283 | 511121412 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |

ACUMULADO DURANTE EL AÑO NATURAL

| 5518 | | 8925 | | | | 06 | 32382 | 07 | 25502 | 42 | 9030 |
| | | | | | | 60 | 2480 | | | | |

**MES CORRIENTE**

| 5518 | | 8925 | | 3825 | 700 | | | | | | |
| 127500 | 000 | | 000 | 127500 | | 19500 | 88412 | 19588 | | | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA | | | |

ACUMULADO DURANTE EL AÑO NATURAL — MES CORRIENTE

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 0793 | 300201 | 521123922 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |

ACUMULADO DURANTE EL AÑO NATURAL

| 38626 | | 62475 | | | | 06 | 34577 | 07 | 25502 | 42 | 10080 |
| | | | | | | 60 | 2480 | | | | |

**MES CORRIENTE**

| 5518 | | 8925 | | 3825 | 700 | | | | | | |
| 892500 | 000 | | 000 | 127500 | | 17900 | 91607 | 17993 | | | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA | | | |

ACUMULADO DURANTE EL AÑO NATURAL — MES CORRIENTE

VEASE CLAVES AL DORSO

Case No. 17-03283

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 30 0496 | 370249 | 576677403 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL |||| AHORROS | SEGURO | 06 | 37761 | 07 | 25049 | 42 | 10252 |
| 36175 | | 46200 | | | | 10 | 4000 | 60 | 2480 | | |

**MES CORRIENTE**

| 9044 | | 11550 | | 4950 | 700 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 650000 | 000 | | 000 | 165000 || 29600 || 105786 || 29614 ||
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL || SUELDO BRUTO DEVENGADO || ADELANTO SUELDO 1ra QUINCENA || TOTAL DEDUCCIONES || PAGA NETA ||
| ACUMULADO DURANTE EL AÑO NATURAL |||||| MES CORRIENTE |||||

VEASE CLAVES AL DORSO

---

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

Grupo de Pago: SM -Quincenal  # Cheque: 08182138
Desde: 06/18/01
Hasta: 06/29/01  Fecha: 05/24/01

| RUPERTA PIZARRO GONZALEZ | # Empleado: REDACTED 9715 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| VILLA CAROLINA | Dept: 8006101-San Juan Carolina II | Estado Civil: | Married | Married |
| CALLE 521 B 188 NUM 14 | Oficina: Dr. Modesto Rivera Rivera | Concesiones: | 0 | 2 |
| CAROLINA PR 00985 | Titulo: M.Elemental | Pct. Adcl.: | | |
| SS: REDACTED 9715 | Sueldo: $2,005.00 Monthly | Cant. Adcl.: | | |

**HORAS E INGRESOS** — **IMPUESTOS**

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago Vacaciones Suma Global | | | 2,005.00 | | 2,005.00 | PR Withholding | 160.40 | 1,083.62 |
| Enfermedad Suma Global | | | 0.00 | | 6,461.95 | | | |
| Pago de Salarios Regulares | | | 0.00 | 444.00 | 7,017.50 | | | |

| Total: | | | 2,005.00 | 444.00 | 15,484.45 | Total: | 160.40 | 1,083.62 |

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| RUPERTA PIZARRO GONZALEZ | REDACTED 9715 | 31 1290 | 317280 | 689473503 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL |||| AHORROS | SEGURO | 06 | 27552 | 07 | 24041 | 42 | 7580 |
| 63457 | | 101850 | | | | 60 | 2480 | | | | |

**MES CORRIENTE**

| 5390 | | 8575 | | 3675 | 700 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147900 | 000 | | 000 | 122500 || 21200 || 79993 || 21307 ||
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL || SUELDO BRUTO DEVENGADO || ADELANTO SUELDO 1ra QUINCENA || TOTAL DEDUCCIONES || PAGA NETA ||
| ACUMULADO DURANTE EL AÑO NATURAL |||||| MES CORRIENTE |||||

VEASE CLAVES AL DORSO

Evidencia Documental

8

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 31 1291
**NUMERO DE COMPROBANTE:** 315154
**NUMERO DE CHEQUE:** 706793382

**DEDUCCIONES — ESPECIFICAS (ACUMULADO DURANTE EL AÑO NATURAL)**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) |
|---|---|---|---|---|
| 67514 | | 104886 | | |

**MISCELANEAS**

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 06 | 30187 | 07 | 24322 | 42 | 8480 |
| 60 | 2480 | | | | |

**MES CORRIENTE**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO |
|---|---|---|---|---|---|
| 5518 | | 8925 | | 3825 | 700 |

| SUELDO BRUTO DEVENGADO (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO (MES CORRIENTE) | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1522375 | 000 | 000 | 127500 | 21500 | 84437 | 21563 |

VEASE CLAVES AL DORSO

Case No. 17-03283

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715
**PERIODO QUE TERMINA EN:** 31 0392
**NUMERO DE COMPROBANTE:** 324263
**NUMERO DE CHEQUE:** 711659178

**DEDUCCIONES — ESPECIFICAS (ACUMULADO DURANTE EL AÑO NATURAL)**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) |
|---|---|---|---|---|
| 16554 | | 26775 | | |

**MISCELANEAS**

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 06 | 32382 | 07 | 24322 | 42 | 9080 |
| 60 | 2480 | | | | |

**MES CORRIENTE**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO |
|---|---|---|---|---|---|
| 5518 | | 8925 | | 3825 | 700 |

| SUELDO BRUTO DEVENGADO (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO (MES CORRIENTE) | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 382500 | 000 | 000 | 127500 | 20400 | 87232 | 19868 |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** RUPERTA PIZARRO GONZALEZ
**IDENTIFICACION:** REDACTED 9715A
**PERIODO QUE TERMINA EN:** 30 0493
**NUMERO DE COMPROBANTE:** 332189
**NUMERO DE CHEQUE:** 516312765

**DEDUCCIONES — ESPECIFICAS (ACUMULADO DURANTE EL AÑO NATURAL)**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) |
|---|---|---|---|---|
| 58446 | | 26996 | | |

**MISCELANEAS**

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| | | | | | |

**MES CORRIENTE**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO |
|---|---|---|---|---|---|
| 58446 | | 26996 | | 11570 | |

| SUELDO BRUTO DEVENGADO (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO (MES CORRIENTE) | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 385650 | 000 | 000 | 385650 | 00 | 97012 | 288638 |

VEASE CLAVES AL DORSO