UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 JAN 10 PM 4: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| In Re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, el al. | PROMESA<br>Tittle III<br><br>No. 17 BK 3283-LTS<br><br>(jointly administered)<br><br>This filing relates to the Commonwealth, HTA, and ERS |

**OPPOSITION TO THE ONE HUNDREDTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTEREST BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

**TO THE HONORABLE COURT**:

**COMES NOW**, Claimant, **CARMEN MARIA GUADARRAMA-CAMACHO**, PRO-SE, and very respectfully requests and prays:

1. On December 12, 2019, the debtors filed an objection to my proofs of claim alleging that the they are deficient because I failed to comply with the applicable rules for filing a claim by not providing a basis for asserting the claim against the debtors.

2. On August 13, 2019, the Court entered the *Order Granting in Part and*

*Adjourning in Part Debtor´s Motion for Entry of An Order (a) Authorizing Alternative Dispute Resolution Procedures, (b) approving Additional Forms of Notice, (c) Approving Proposed Mailing, and (d) Granting Related Relief [ECF No. 8453]* which authorized the Debtors to send mailing ¨to any claimant who has not provided sufficient information to enable Debtors to process their claim¨.

3. The aforesaid Objection has identified my proofs of claim numbers **34477** and **49920** (filed on 6/11/2018) as claims that failed to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico.

4. The Notice of the Court to this Objection gives me the opportunity to file a response opposing the relief sought by debtors because I do have a genuine and legal claim against the **Employees Retirement System of Puerto Rico** for the amount of **$45,906.48**.

5. The aforementioned amount of money owed by the Employees Retirement System of Puerto Rico to me, is the product of the money I paid for my retirement for more than 27 years as an employee of the government of Puerto Rico.

6. Attached to this opposition the Court will find the Certification number ASR2020010246218275 provided by the own **Employees Retirement**

**System of Puerto Rico** recognizing and accepting the validity and existence of this payment obligation with me until January 2, 2020.

7. The reason for this objection could have been because an involuntary forgetfulness at the moment of filing my proofs of claim.

**WHEREFORE**, the Claimant very respectfully requests from this Honorable Court that the Objection against my proofs of claim be Denied for having complied with all the requirements of the Court´s Notice.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY**: that a true and exact copy of this document has been sent to:

Clerk´s Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock, Brian S. Rosen

Counsel for the Creditors´ Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Lue A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

In Arecibo, Puerto Rico, on this the day of January, 2020.

**CARMEN MARIA GUADARRAMA-CAMACHO**
Bo Hato Arriba
HC-07 BOX 12311
Arecibo, Puerto Rico 00612
Telephone (787) 204-6170, (787) 433-2929
mendezrobin@hotmail.com

*[signature]*
**CARMEN MARIA GUADARRAMA-CAMACHO**