Carm
HC07 Box 12311
Arecibo, P.R. 00612



7019 1120 0000 7606 0981

RETURN RECEIPT REQUESTED

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 JAN 10 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.