December 30, 2019

Juan M Cruz Santana

3040 Aloma Ave Apt C7

Winter Park FL 32792

407-923-7205

J_santana25@hotmail.com

RECEIVED & FILED
2020 JAN 10 PM 4: 32

Clerk's Office

United States District Court

Room 150 Federal Building

San Juan PR 00918-1767

Debtor: Employees Retirement System of the Government of Puerto Rico

Case number 17 BK 3283-LTS

Ninety-eight Omnibus Objection Non-substantive of the Commonwealth of Puerto Rico, Puerto Rick Highways and Transportation Authority, and employees retirement system of the government of the Commonwealth of Puerto Rico to deficient claims asserting interests based on salary demands employment or services provided

Claim #7612

To whom it may concern:

I, Juan M Cruz Santana, respectfully disagree and oppose with this Omnibus objection. I am an ex-employee for the Government of PR since 9/1/2000 until 3/31/2014. I worked for the Department of Family at the Disability Determination Services Division. During all those 14 years I contributed for my retirement pension under what they called "Sistema 2000". My contributions plus other made by the employer add up the total of $30130.96. This number is based in the last certification provided by the Retirement system online website on 9/2/2019. Those contributions were not returned to me at all when I quit because the law changed in 2013 once the government detected that there was no real liquidity in their retirement pension fund. Supporting documentation is attached including the 2013 withholding statement from PR W2 that shows in item 14 the amount of money contributed to my retirement fund only in that year. Also, payroll statements from the end of the year 2000, 2001, 2013 & 2014 showing evidence excerpts proof of my contributions in those years. Therefore, I respectfully request to reconsider and allow my claim.

Juan M Cruz Santana

On 4 January 2020 Juan Melvin Cruz Santana was present with FL driver licens as identification

Kristal Lewis
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF958341
Expires 3/27/2020