**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JUAN CRUZ SANTANA**  Seguro Social: XXX-XX-2897

3040 ALOMA AVE

APT C 7

WINTER PARK, FL 32792

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE LA FAMILIA |
| Años de Servicio: | 20.11 |
| Balance de Aportaciones: | $30,130.96 |

Esta certificación fue emitida el 2 de septiembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019090244272546

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

02 de septiembre de 2019

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

JUAN CRUZ SANTANA                                              Seguro Social: XXX-XX-2897
3040 ALOMA AVE
APT C 7
WINTER PARK, FL 32792

A base de la información en nuestros registros, al 02 de septiembre de 2019 usted posee:

**Fecha de Nacimiento: 14 de junio de 1974**          **Género: Masculino**
**Fecha de Ingreso al Servicio Público: 01 de septiembre de 2000**
**Fecha de Comienzo de Cotización: 01 de septiembre de 2000**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 20.02 | | Tiempo Trabajado: | 20.11 |
| Aportaciones: | | $25,619.93 | Aportaciones: | $28,620.52 |
| Intereses: | | $2,491.41 | Intereses: | $1,434.97 |
| Gastos Teneduría: | | ($75.47) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $28,111.34 | Total Aportaciones: | $30,055.49 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545    www.retiro.pr.gov

Departamento de la Familia
Antigua Base Naval, Edificio # 10
San Juan, PR 00902
Oficina 203

Grupo: SM -Quincenal
Desde: 12/01/02
Hasta: 12/15/02
Aviso #: 3786667
Fecha Aviso: 12/13/02

JUAN M. CRUZ SANTANA
URB. EL CORTIJO
II-27 CALLE 9-B
BAYAMON, PR 00956
SS: REDACTED 2897

# Empleado: REDACTED 2897
Dept: 122040-Progr.Determ.de Incapacida
Lugar: Unidad de Casos Iniciales
Titulo: Analista Determ de Incapac III
Sueldo: $1,576.00 Monthly

DATA IMP: Federal PR
Estado Civil: Single Single
Concesiones: 0 0
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 788.00 | 1867.50 | 16,789.00 | |
| Bono de Navidad | | | 0.00 | | 750.00 |
| Pago de Salario Extra Regular | | | 0.00 | | 822.17 |
| Total: | | 788.00 | 1867.50 | 18,361.17 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Medicare Hospital Ins | 11.43 | 266.24 |
| Fed OASDI/Disability | 48.85 | 1,138.39 |
| PR Withholding | 50.42 | 1,165.28 |
| Total: | 110.70 | 2,569.91 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 65.21 | 1,389.25 |
| Total: | 65.21 | 1,389.25 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 41.75 | 744.75 |
| SM-First Medical Health Plan | 57.00 | 666.00 |
| RC-Pres Pers Ret Cen-E Clasif | 19.65 | 451.95 |
| GPR Plan de Ahorros | 23.64 | 528.33 |
| Total: | 142.04 | 2,391.03 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 73.09 | 1,557.14 |
| FSED Disability Plan | 26.40 | 615.15 |
| SM-First Medical Health Plan | 0.00 | 660.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 788.00 | 0.00 | 110.70 | 207.25 | 470.05 |
| Acumulado: | 18,361.17 | 0.00 | 2,569.91 | 3,780.28 | 12,010.98 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3786667 | 470.05 |
| Total: | 470.05 |

MENSAJE: ' PAZ, SALUD Y BIENESTAR PARA TI Y TU FAMILIA EN ESTA NAVIDAD , TE DESEA SILA M. CALDERON '

Departamento de la Familia
Antigua Base Naval, Edificio # 10
Oficina 203
San Juan, PR 00902

Fecha
12/13/02

Aviso No.
3786667

Cant. Deposito: $470.05

A la Cuenta(s) De

JUAN M. CRUZ SANTANA
URB. EL CORTIJO
II-27 CALLE 9-B
BAYAMON, PR 00956
Localizacion: Unidad de Casos Iniciales

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 3105298853 | $470.05 |
| Total: | | $470.05 |

**NO-NEGOCIABLE**

## Pay Stub 1

| SS: REDACTED 2897 | Sueldo: $1,344.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 609.97 | 592.50 | 4,941.79 |
| Pago de Dias Feriados | 8.270769 | 7.50 | 62.03 | 52.50 | 434.21 |
| **Total:** | | 7.50 | 672.00 | 645.00 | 5,376.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHL | 9.74 | 77.95 |
| Fed OASDI/Dis | 41.66 | 333.31 |
| PR Withholdng | 49.00 | 392.00 |
| **Total:** | 100.40 | 803.26 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 55.61 | 444.88 |
| **Total:** | 55.61 | 444.88 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 106.00 | 265.00 |
| GPR Plan de Ahorros | 20.16 | 161.28 |
| **Total:** | 126.16 | 426.28 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 80.00 | 120.00 |
| GPR Plan de Retiro | 62.33 | 498.64 |
| FSED Disability Plan | 22.51 | 180.08 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 672.00 | 5,376.00 |
| Total Impuestos | 100.40 | 803.26 |
| Deducciones Totales | 181.77 | 871.16 |
| Paga Neta | 389.83 | 3,701.58 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #05687106 | 389.83 |
|---|---|
| **Total:** | 389.83 |

MENSAJE: "FELICIDADES Y PROSPERO 2001 A LOS SERVIDORES PUBLICOS Y FAMILIARES". PEDRO ROSSELLO

---

R1688732

## Pay Stub 2

**Estado Libre Asociado de Puerto Rico**
122 - Departamento de la Familia

| Grupo de Pago: | SM -Quincenal | # Cheque: | 01902958 |
| Desde: | 12/16/01 | | |
| Hasta: | 12/31/01 | Fecha: | 12/28/01 |

JUAN M. CRUZ SANTANA
URB. EL CORTIJO
II-27 CALLE 9-B
BAYAMON PR 00956
SS: REDACTED 2897

| # Empleado: | REDACTED 2897 |
| Dept: | 122040-Progr.Determ.de Incapacida |
| Oficina: | Unidad de Casos Iniciales |
| Titulo: | Analista Determ de Incapaci II |
| Sueldo: | $1,406.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 638.11 | 1822.50 | 15,095.88 |
| Pago de Dias Feriados | 8.652308 | 7.50 | 64.89 | 135.00 | 1,125.12 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| Pago Retroactivo Regular | | | 0.00 | | 124.00 |
| Pago de Salario Extra Regular | | | 0.00 | | 86.90 |
| **Total:** | | 7.50 | 703.00 | 1957.50 | 17,056.90 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.20 | 247.33 |
| Fed OASDI/Dis | 43.59 | 1,057.53 |
| PR Withholdng | 47.80 | 1,173.96 |
| **Total:** | 101.59 | 2,478.82 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 58.17 | 1,352.58 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 20.20 | 323.20 |
| SM-First Medical Health Plan | 13.25 | 968.00 |
| RC-Pres Pers Ret Cen-E Clasif | 19.65 | 39.30 |
| GPR Plan de Ahorros | 21.09 | 492.95 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 480.00 |
| GPR Plan de Retiro | 65.20 | 1,516.03 |
| FSED Disability Plan | 23.55 | 571.36 |

| 122 Departamento de la Familia | | Grupo de Pago: | SM -Quincenal | Aviso #: | 6289633 |
|---|---|---|---|---|---|
| Edif. Lila Mayoral, Ave Barbosa #306 | | Desde: | 12/16/2013 | Fecha Aviso: | 12/30/2013 |
| San Juan, PR 00902 | | Hasta: | 12/31/2013 | | |

| JUAN M. CRUZ SANTANA | # Empleado: | XXXXX2897 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| VILLA MARINA | Dept: | 122040-Progr.Determ.de Incapacida | Estado Civil: | Single | Married |
| 29 CALLE LIBRA | Lugar: | Unidad de Casos Iniciales | Concesiones: | 0 | 1 |
| CAROLINA, PR 00979 | Titulo: | Superv.Determ.de Incapac.I | Pct. Adcl.: | | |
| SS: XXX-XX-2897 | Sueldo: | $2,923.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,461.50 | 1,957.50 | 33,780.35 | |
| Bono de Navidad | | 0.00 | | 1,275.00 | |
| Licencia Enfermedad en Exceso | | 0.00 | | 2,470.74 | |
| Bono Convenio Colectivo | | 0.00 | | 150.00 | |
| Total: | | 1,461.50 | 1,957.50 | 37,676.09 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 21.19 | 546.30 |
| Fed OASDI/Disability - EE | 90.62 | 2,335.92 |
| PR Withholding | 35.04 | 992.10 |
| Total: | 146.85 | 3,874.32 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 146.15 | 1,753.80 |
| GPR Plan de Retiro | 0.00 | 1,344.10 |
| Total: | 146.15 | 3,097.90 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.65 | 43.80 |
| AE-Asoc Emp ELA-Prest Regular | 122.59 | 2,929.56 |
| SM-First Medical Health Plan | 111.50 | 2,694.00 |
| DM-FONDOS UNIDOS | 1.00 | 24.00 |
| RC-Pres Pers Ret Cen-E Clasif | 109.45 | 2,626.80 |
| Ahorros-AEELA | 43.85 | 1,013.48 |
| OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 168.00 |
| SC-TRANS OCEANIC LIFE | 0.00 | 29.66 |
| Total: | 392.04 | 9,529.30 |

### BENEFICIOS PATRONO PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 1,740.00 |
| GPR Retiro Hibrido | 135.55 | 1,667.12 |
| PSED Disability Plan | 48.96 | 1,262.10 |
| GPR Plan de Retiro | 0.00 | 1,466.00 |

* Tributable

| | TOT. BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTO | DEDUCCIONES TOTALES | PAGO NETO |
|---|---|---|---|---|---|
| Corriente: | 1,461.50 | 0.00 | 146.85 | 538.19 | 776.46 |
| Acumulado: | 37,676.09 | 0.00 | 3,874.32 | 12,627.20 | 21,174.57 |

### LIC. HORAS ACUM.

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION DE PAGO AVISO

| Aviso #6289633 | 776.46 |
|---|---|
| Total: | 776.46 |

MENSAJE:

Departamento de la Familia
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

Fecha
12/30/2013

Aviso No.
6289633

Cant. Deposito: $776.46

A la
Cuenta(s) De

JUAN M. CRUZ SANTANA
VILLA MARINA
29 CALLE LIBRA
CAROLINA, PR 00979
Localizacion: Unidad de Casos Iniciales

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 776.46 |
| Total: | | 776.46 |

# NO-NEGOCIABLE

## Form 499R-2/W-2 PR — Year 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | JUAN |
| Apellido(s) - Surname(s) | CRUZ SANTANA |
| Dirección Postal del Empleado - Employee's Mailing Address | VILLA MARINA, 29 CALLE LIBRA, CAROLINA, PR 00979 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPARTAMENTO DE LA FAMILIA, EDIF. LILA MAYORAL, AVE BARBOSA #306, SAN JUAN, PR 00902 |
| Número Confirmación de Radicación Electrónica | S140003 |
| Número Control - Control Number | 004452380 |
| 3. Núm. Seguro Social | REDACTED-2897 |
| 4. Núm. de Ident. Patronal - EIN | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6. Donativos - Charitable Contributions | 6.00 |
| Año - Year | 2014 |
| 7. Sueldos - Wages | 30589.04 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 30589.04 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1734.74 |
| 14. Fondo de Retiro Gubernamental | 918.33 |
| 15. Aportaciones a Planes Cualific. - CODA PLANS | 0.00 |
| 16. Salarios Exentos - Exempt Salaries | 0.00 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Contributions to Save and Double your Money Program | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 30589.04 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 1896.53 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 30589.04 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 443.55 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |
| Fecha de radicación - Filing date | 31 de enero - January 31 |

---

## Form 499R-2/W-2 PR (Rev 08.13) — Year 2013

**ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

Copia C para Récord del Empleado — Copy C for Employee's Records

| Field | Value |
|---|---|
| 1. Nombre - First Name | JUAN |
| Apellido(s) - Surname(s) | CRUZ SANTANA |
| Dirección Postal del Empleado | VILLA MARINA, 29 CALLE LIBRA, CAROLINA, PR 00979 |
| 2. Nombre y Dirección Postal del Patrono | DEPARTAMENTO DE LA FAMILIA, EDIF. LILA MAYORAL, AVE BARBOSA #306, SAN JUAN, PR 00902 |
| Número Confirmación de Radicación Electrónica | C400001 |
| Número Control - Control Number | 004542524 |
| 3. Núm. Seguro Social | REDACTED-2897 |
| 4. Núm. de Ident. Patronal - EIN | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión | |
| 6. Costo de Pensión o Anualidad | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6B. Donativos - Charitable Contributions | 24.00 |
| Año - Year | 2013 |
| 7. Sueldos - Wages | 37676.09 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 37676.09 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 992.10 |
| 14. Fondo de Retiro Gubernamental | 3097.90 |
| 15. Aportaciones a Planes Cualific. - CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 37676.09 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 2335.92 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 37676.09 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 546.30 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de la Familia

14 de marzo de 2014

Sr. Juan M. Cruz Santana
PO Box 6022
PMB 193
Carolina, Puerto Rico 00988-6022

Estimado señor Cruz Santana:

Reciba un saludo cordial de nuestra parte. Respondiendo a su solicitud de renuncia al puesto 12212087 de Supervisor en Determinación de Incapacidad I del Programa de Determinación de Incapacidad adscrito al Secretariado, le informo que estoy aceptando la misma con efectividad al 31 de marzo de 2014.

Aprovecho la ocasión para reconocer su aportación al servicio público. El compromiso y la sensibilidad con la que ejerció sus funciones en esta agencia deben ser emulados por todos los que aspiran a formar parte del gobierno.

Agradezco el servicio de calidad que les brindó a los ciudadanos desde el Departamento de la Familia. Durante todo este tiempo tuvo la oportunidad de servir al país con dedicación y compromiso. En nombre de todos los que laboramos en esta agencia le deseo mucho éxito en esta nueva etapa de su vida y de igual forma le invito a que se una a la práctica del voluntariado para colaborar por el bienestar de las familias puertorriqueñas.

Cordialmente,

*Idalia Colón Rondón*
Idalia Colón Rondón, MTS
Secretaria

*Oficina de la Secretaria*
Edif. Lila Mayoral, 306 Ave Barbosa
PO Box 11398, San Juan, PR 00910-1398
Tel. 787.294.4900  Fax: 787.294.0732

