n M Cruz Santana
Aloma Ave Apt C7
er Park FL 32792

RECEIVED & FILED

2020 JAN 10  PM 4: 32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR





U.S. POSTAGE
$1.00
FCM LG ENV
32792 0023
Date of sale
01/05/20
06    2S   SSK
11486003

USPS FIRST-CLASS MAIL®

0.50 oz
0023

SHIP TO:
US DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918



(420) 00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan PR 00918-1767