# Evidencia de Reclamación

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __28-06-2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Iris Enides Santiago Hernández_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __IRIS ENIDES SANTIAGO HERNANDEZ__
First name / Primer nombre  Middle name / Segundo nombre  Last name / Apellido

Title / Cargo __MAESTRA RETIRADA__

Company / Compañía __DEPTO. DE EDUCACION DE PUERTO RICO__
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección __D20__  __CALLE 3__  __LAS ALONDRAS__
Number / Número  Street / Calle

__VILLALBA__  __P.R.__  __00766-2310__
City / Ciudad  State / Estado  ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-371-0996__ Email / Correo electrónico _____

Comprobante del Pago de Pensión del Sistema de Retiro de Maestros de Puerto Rico como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 02/16/2018
Hasta: 02/28/2018

Business Unit: PUERT
Aviso #: 3381737
Fecha Aviso: 02/28/2018

IRIS E SANTIAGO HERNANDEZ
URB LAS ALONDRAS
D20 CALLE 3
VILLALBA PR 00766-2310
SS: XXX-XX-0175

# Empleado: XXXXX0175
Dept.: 592110-Por Merito Ley 44
Lugar: PENSIONADOS LEY 44 02700
Titulo: Pensionado
Sueldo: $1,458.29 Monthly

DATA IMP: Federal / PR
Estado Civil: Single / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.974092 | 81.25 | 729.14 | 325.00 | 2,916.56 |
| Total: | | 81.25 | 729.14 | 325.00 | 2,916.56 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Rct Mae | 53.48 | 213.92 |
| Total: | 53.48 | 213.92 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 99.00 | 198.00 |

* Tributable

**TOTAL BRUTO**
Corriente: 729.14
Acumulado: 2,916.56

**TOTAL IMPUESTOS**
0.00
0.00

**DEDUCCIONES TOTALES**
53.48
213.92

**PAGA NETA**
675.66
2,702.64

**PTO HORAS** ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #3381737  675.66
Total: 675.66

MENSAJE:

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 02/28/2018

Aviso No. 3381737

Cant. Deposito: $675.66

TRAY 104 SQ 25865**********SCH 5-DIGIT 00751    25865 2 AV 0.378
IRIS E SANTIAGO HERNANDEZ
URB LAS ALONDRAS
D20 CALLE 3
VILLALBA PR 00766-2310

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 101827 | $675.66 |
| Total: | | $675.66 |

NO-NEGOCIABLE