Iris E. Santiago Hernández
Urb. Las Alondras C3-D20
Villalba, P.R. 00766



UNITED STATES POSTAL SERVICE.

US POSTAGE PAID
$7.35
Origin: 01/09
42949

PRIORITY MAIL 1-DAY ®

0 Lb

EXPECTED DELIVERY DAY: 01/10/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING®NUMBER



9505 5114 1636 0009 2621 2



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 10 PM 4: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.