La presente es para notificarle que hemos recibido la documentación con relación de promesa título 3.

Por lo cuál, lo estamos redactando y hacerle llegar lo propio; ya que estamos dándole seguimiento a la reclamación.

Por razones ajenas a mi voluntad no había recibido toda la documentación apropiada por razones de mi dirección. La cual es la siguiente:

Alfredo García Cruz #110338
HC02 box 4762
Villalba P.R. 00766.

Queda de usted

*[signature: Alfredo García Cruz]*

RECEIVED & FILED
2020 JAN 10 PM 3:27
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR