Alfredo Garcia Cruz
HC02 Box 47762
Vidalba P.R. 00766

RECEIVED & FILED
2020 JAN 10 PM 3: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
9 JAN 2020 PM 2 L

Secretario (Clerk's Office)
Tribunal de Distrito
de los Estados Unidos
Room 150 Federal Building
150 Av. Carlos Chardón P.R. 00918-1767