# TRIBUNAL DISTRITO ESTADOS UNIDOS

Para el Distrito de Puerto Rico

150 Carlos Chardón Street

Federal Building

San Juan, Puerto Rico 00918

Réplica objeción global

Por este medio estoy solicitando una revisión de mi reclamo #30082 en el asunto de Estado Libre Asociado de Puerto Rico Sistema Retiro 17OBK03566LTS ya que tengo una aportación como empleada en el gonbierno de $59,216.41 y por motivos de Ley Promesa #3 no puedo retirar mi dinero hasta que cumpla 65 años. Adjunto estado de cuenta estimado de mis apprtaciones al Sistema de Retiro de Puerto Rico.

Atentamente, *[signature]*
7 Enero 2020

Vilma González Velér
939-248-7512
Yolyrancher824@gmail.com