# Claim 30092    17BK 03866 LTS Sistema Retiro



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

06 de marzo de 2018

**Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO**

VILMA GONZALEZ VELEZ
BO ARENALES ALTOS
2088 CARR 494 KM 0.6
ISABELA, PR 00662

*65 año de edad*

**Seguro Social: XXX-XX-0535**

A base de la información en nuestros registros, al 06 de marzo de 2018 usted posee:

**Fecha de Nacimiento:** 20 de enero de 1958    **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 30 de julio de 1997
**Fecha de Comienzo de Cotización:** 30 de julio de 1997

### Ley 1 al 30 de junio de 2013

| | |
|---|---|
| Años Acreditados: | 15.50 |
| Aportaciones: | $35,586.01 |
| Intereses: | $6,447.26 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $42,033.27 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

### Ley 3 al 31 de diciembre de 2016   *1-Jul-13*

| | |
|---|---|
| Tiempo Trabajado: | 3.02 |
| Aportaciones: | $16,293.94 |
| Intereses: | $889.20 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $17,183.14 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,



*600 + 100 = 700*

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

