Vilma Y. Gonzalez Velez
2088 Carr 494
Isabela, PR 00662

RECEIVED & FILED
2020 JAN 10 PM 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico

00918-1767