2 de enero de 2020

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RE: PROMESA
TITULO III
CASO NUM. 17 BK 3282-LTS

Al Honorable Tribunal, se somete información y evidencia sobre la reclamación sobre sueldos no pagados de Luz C. Rodriguez Lugo, numero de caso 52239, según aparece en la pagina 82 renglón numero 453 del Exhibit A de la objeción a mis reclamos.

De acuerdo a carta del Honorable Gobernador Carlos Romero Barceló, fechada el 12 de abril de 1983 y recibida el 14 de abril de 1983 (véase matasello), se nos informa que se nos había otorgado un aumento de sueldo de $30.00 dólares mensuales a partir del 1ro. de octubre de 1983, conforme a la Ley numero 12 de 27 de agosto de 1982. Dicho aumento de sueldo nunca fue recibido, a pesar de la promesa constante de que se iba a recibir.

La ausencia de pago de ese aumento de sueldo comenzando el 1ro. octubre de 1983 y terminando El 1ro. de abril de 1999 (fecha en que me jubile) asciende a $5580.00 (186 meses por $30.00).

Este aumento debió ser considerado en el computo de mi pensión que es un 65% de mi sueldo bruto. Por lo tanto, desde el 1ro de abril de 1999 hasta el 31 de diciembre de 2019, van veinte años con nueve meses para un total de 249 meses que equivalen a ($30.00 X 65% = $19.50) por 249 meses = $4855.50 dólares de pensión dejados de recibir. Esto sumado a la perdida de salario sumarian $10435.50 dólares.

En la carta del Hon. Gobernador Carlos Romero Barceló, se establece que seis meses después, entrarían en vigor nuevas escalas salariales, la cual en el caso de empleados de carrera el tipo mínimo vigente se incrementaría desde $57 hasta $125 dólares mensuales, dependiendo a la clasificación de mi puesto y del paso a que correspondiera mi sueldo.

Partiendo de una premisa razonable entiendo que a mi me hubiese correspondido un aumento de $90.00 dólares mensuales, a estos se les restarían los $30.00 dólares ya aprobados. Esto equivaldría a una cantidad de $60.00 dólares mas por mes a partir del 1ro de abril de 1984 hasta el 1ro. de abril de 1999 cuando me jubile.

Página 2

2 de enero de 2020

Re: PROMESA
TITULO III
CASO NUM. 17 BK 3282 – LTS

Estos $60.00 dólares debieron ser computados a base del 65 % para la pensión que recibo desde el 1ro. de abril de 1999 hasta 31 de diciembre de 2019.

Si el Departamento de Salud del Gobierno de Puerto Rico, mi patrono, hubiese cumplido con las ordenes impartidas por el Honorable Gobernador, yo hubiese recibido:

Del 1ro de abril de 1984 al 31 de marzo de 1999= 183 meses X $60.00= $10980.00

Del 1 ro de abril de 1999 al 31 de diciembre de 2019 =249 meses X$39.00=$9711.00

Estas cantidades totalizan $20691.00, de los cuales no he recibido absolutamente ninguna cantidad.

Si a esta cantidad le sumamos los $10435.50 dólares computados a base de los $30.00 dólares mensuales que dejaron de pagarme de acuerdo a la orden del Hon. Gobernador y la Ley numero 12 del 27 de agosto de 1982, la cantidad total reclamada seria $31126.50

Se incluyen copias de carta del Hon. Gobernador, con sus directrices y ordenes fechada el 12 de abril de 1983 y recibida el 14 de abril de 1983, mas carta del Bufete del Lcdo. Alberto Aresti Franceschini y firmada por el Lcdo. Jorge L. Aquino Núñez, donde me notifica que el caso KAC-1998-0532 (903) incoado reclamando el pago de los aumentos adeudados, había sido declarado CON LUGAR el 5 de diciembre de 2001y que el Secretario de Salud debería coordinar con el Secretario de Hacienda y con la Directora de la Oficina de Presupuesto y Gerencia, para que se presupuestaran estos pagos durante el año fiscal 2002-2003.

En total estoy reclamando los salarios y diferencial de pensiones dejados de cobrar por una suma de TRENTA Y UN MIL CIENTO VEINTISEIS DOLARES CON CINCUENTA CENTAVOS ($31126.50)

Respetuosamente sometido por,

*Luz C. Rodriguez Lugo*
Luz C. Rodriguez Lugo          Tel 787-856-3252
Reclamante 52239                    787-380-0458
PO Box 255                              e-mail: lucero 4884@yahoo.com
Yauco, Puerto Rico 00698