

**OFICINA DEL GOBERNADOR**

LA FORTALEZA

SAN JUAN, PUERTO RICO 00901



12 de a       1983

Estimado Servidor Público de Carrera:

El 1ro de junio de 1983, comenzarás a recibir una bonificación especial
que se te pagará de la siguiente forma:

$50 el 1ro de junio de 1983
$30 el 1ro de julio de 1983
$50 el 31 de julio de 1983
$30 el 31 de agosto de 1983
$30 el 30 de septiembre de 1983

La bonificación que habrás de recibir además de tu sueldo, se logró
con la aprobación de la Ley Núm. 12 de 27 de agosto de 1982.  En tu caso
particular representa una cantidad total de $190 en un período de 4 meses.

Debido a que la situación económica de nuestro país continúa difícil
y que tenemos compromisos y prioridades ineludibles, sometí legislación
ante las Cámaras Legislativas con el propósito de implantar un plan por
etapas encaminado a mejorar la condición retributiva de los empleados
públicos.

Dicho plan entrará en vigor el 1ro de octubre de 1983, conforme a la Ley
Núm. 12 de 27 de agosto de 1982, y a legislación sometida.  En esta ocasión,
el 1ro de octubre de 1983, recibirás un aumento de $30 mensuales en tu sueldo
regular que como tal será permanente y se habrá de considerar para los fines
del cómputo de pensiones, de tu margen prestatario y para otros beneficios
marginales.

-02-

Posteriormente, el 1ro de abril de 1984, o sea 6 meses después de haber recibido tu primer aumento en sueldo, entrarán en vigor nuevas escalas salariales, las que forman parte de un plan integral de retribución desarrollado por una firma consultora bajo la coordinación de la Oficina Central de Administración de Personal.

Las nuevas escalas de retribución que entrarán en vigor en estas fechas están desarrolladas en una base porcentual y superan en todos los tipos retributivos a las vigentes. La adopción de estas nuevas escalas te traerá un segundo aumento de sueldo. Este aumento será variable y su cuantía dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo al entrar en vigor las nuevas escalas. En el caso de los empleados de carrera, el tipo mínimo vigente se incrementará desde $57 hasta $125 mensuales y, como te dije anteriormente, el aumento individual a recibir en dicha cantidad dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo.

Para determinar el aumento neto que recibirás en virtud de las nuevas escalas de sueldos, deberás restarle el adelanto que ya se te habrá otorgado de $30 mensuales a partir del 1ro de octubre de 1983, al efecto bruto que tendrán las nuevas escalas sobre tu sueldo individual.

En años fiscales futuros se implantarán las otras 2 etapas de la reestructuración salarial, de acuerdo a los recursos disponibles que conllevan revisiones de las estructuras salariales. Cuando se adopte la tercera etapa, los mínimos de las escalas vigentes para los empleados de carrera, se incrementarán desde $169 mensuales hasta $375 mensuales, dependiendo del nivel de clasificación.

Esta acción representa un esfuerzo adicional de nuestra Administración por hacer justicia a los trabajadores en el servicio público, cuyos salarios tradicionalmente se han mantenido por debajo de las tendencias retributivas que se registran en el sector privado. Además, constituye una forma de compensar irrevocablemente y en forma permanente a los empleados públicos, ya que los ajustes salariales se hacen de conformidad con la realidad presupuestaria de nuestro gobierno, así que puedes tener la seguridad de que los mismos se harán efectivos en las fechas en que se dispone y no serán cancelados ulteriormente.

Espero haber clarificado todo lo concerniente a la situación salarial de los empleados de carrera, según se proyectó por los aumentos propuestos a la Asamblea Legislativa y por la implantación de las nuevas escalas salariales al 1ro de abril de 1984.

Cordialmente,

Carlos Romero Barceló

LCDO. ALBERTO ARESTI FRANCESCHINI
SUITE 1109
EDIFICIO UNION PLAZA
416 AVE. PONCE DE LEON
HATO REY, PUERTO RICO 00918
TELEFONO: 751-5740

LCDO. JORGE L. AQUINO NUÑEZ
APARTADO 1426
CALLE SAN JOSE #7, ALTOS
LARES, PUERTO RICO 00669
TELEFONO: 897-5008
FAX: 897-7618

## MEMORANDUM

P/C     TODOS LOS DEMANDANTES
PRIMER DEMANDANTE QUE APARECE EN EL EPIGRAFE DEL CASO.
(SRA. PALMIRA ACETY ROSARIO)

DE     LCDO. ALBERTO ARESTI FRANCESCHINI
CARMEN G. BENIQUEZ BENIQUEZ

JORGE L. AQUINO NUÑEZ

RE     PALMIRA ACETY ROSARIO Y OTROS
vs
ESTADO LIBRE ASOCIADO DE PUERTO RICO Y SU
DEPARTAMENTO DE SALUD - (KAC-1998-0532   (903))

ASUNTO     INFORME SOBRE EL ESTADO DEL CASO

Nos place informarles que el día 28 de noviembre de 2001 el Honorable Tribunal dicto sentencia declarando CON LUGAR la demanda en su caso del epígrafe.  Dicha sentencia fue notificada el 5 de diciembre de 2001, por eso no les hablamos notificado antes sobre dicha buena noticia.

Ahora procede concertar reuniones con el Secretario de Salud, para que él designe el personal técnico de recursos humanos para efectuar la evaluación de cada uno de los expedientes de los demandantes, con un representante nuestro.

Después de la evaluación de los expedientes, y que se determine la cantidad de dinero a que cada uno tenga derecho, el Secretario de Salud deberá coordinar con el Secretario de Hacienda y con la Directora de la Oficina de Presupuesto y Gerencia; para que incluyan los pagos en el presupuesto correspondiente. Estimamos que esto será en el año fiscal 2002-2003.

Les recordamos que la sentencia aplicará sólo a las personas que demandaron.

Por ser tantos los demandantes, se ruega que fijen copia de este memorandum en el tablón de edictos de su área de trabajo, para conocimiento de todos los interesados.