Luz C. Rodriguez Lugo
PO Box 255
Yauco, Puerto Rico 00698

CERTIFIED MAIL

7019 0700 0001 6432 6732



U.S. POSTAGE PAID
FCM LETTER
YAUCO, PR
00698
JAN 03, 20
AMOUNT
$4.05
R2305H129208-15

1000    00918

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building Ave Carlos Chardón
San Juan, Puerto Rico 00918-1767

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

2020 JAN 10 PM 3:29

RECEIVED & FILED