

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

20 de diciembre de 2019

Agencia: 135 - DEPARTAMENTO DE HACIENDA

WILDA HERNANDEZ CRESPO
URB EXT LA INMACULADA
F-17 CALLE GOLONDRINA
TOA BAJA, PR 00949

Seguro Social: XXX-XX-8866

A base de la información en nuestros registros, al 20 de diciembre de 2019 usted posee:

Fecha de Nacimiento: 21 de agosto de 1962
Fecha de Ingreso al Servicio Público: 28 de mayo de 2003
Fecha de Comienzo de Cotización: 28 de mayo de 2003

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 10.05 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 16,205.95 | Aportaciones: | 9,662.42 |
| | | Intereses: | 8,539.30 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 25,459.07 | | |
| Tiempo: | 0.00 | Intereses: | 10,777.10 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 60,981.42 | **Total Aportaciones:** | 9,662.42 |
| **Beneficio:** | 0.00 | **Beneficio:** | 328.84 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| 513 | HERNANDEZ CRESPO, WILDA<br>EXT LA INMACULADA<br>CALLE GOLONDRINA F17<br>TOA BAJA, PR 00949 | 3/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5089 | $ 66,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.