Wilda Hernández Crespo
Ext. La Inmaculada
Calle Golondrina F-17
Toa Baja PR 00949





Secretaría (Clerk's Office)
Tribunal de Distrito de los EU
Room 150 Federal Building
San Juan, PR 00918-1761