RECEIVED & FILED
2020 JAN 10 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

*Emma Rodriguez* (signature)
Emma A Rosa Rodríguez
Urb Valencia
I18 calle Violeta
Bayamón PR 00959-4141
tel 787-605-2540 celular
787-780-2136 casa
emybey127@yahoo.com
Claim #6890