

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

09 de enero de 2020

**Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO**

EMMA A ROSA RODRIGUEZ
REPTO VALENCIA
I18 CALLE VIOLETAS
BAYAMON, PR 00959-4141

Seguro Social: XXX-XX-3565

A base de la información en nuestros registros, al 09 de enero de 2020 usted posee:

Fecha de Nacimiento: 02 de diciembre de 1960

Género: Femenino

Fecha de Ingreso al Servicio Público: 30 de junio de 1993

Fecha de Comienzo de Cotización: 30 de junio de 1993

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 18.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 18,728.04 | Aportaciones: | 10,053.72 |
| | | Intereses: | 1,499.90 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **44,330.97** | **Total Aportaciones:** | **20,227.94** | **Total Aportaciones:** | **10,053.72** |
| **Beneficio:** | **904.22** | **Beneficio:** | **113.11** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

RETIRO
GOBIERNO DE PUERTO RICO



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

19 de enero de 2016

**Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO**

EMMA ROSA RODRIGUEZ
URB VALENCIA
I18 CALLE VIOLETA
BAYAMON, PR 00959 4141

**Seguro Social: XXX-XX-3565**

A base de la información en nuestros registros, al 19 de enero de 2016 usted posee:

**Fecha de Nacimiento: 02 de diciembre de 1960**

**Género: Femenino**

**Fecha de Ingreso al Servicio Público: 30 de junio de 1993**

**Fecha de Comienzo de Cotización: 30 de junio de 1993**

| *Ley 1 al 30 de junio de 2013* | | |
|---|---|---|
| Años Acreditados: | 18.50 | |
| Aportaciones: | | $36,633.11 |
| Intereses: | | $7,224.00 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $43,857.11 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $904.22 |

| *Ley 3 al 31 de diciembre de 2013* | | |
|---|---|---|
| Años Acreditados: | 2 | |
| Aportaciones: | | $11,131.16 |
| Intereses: | | $382.79 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $11,513.95 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

ASR-PA-089
Rev. Ago. 17

# NUEVO PLAN DE APORTACIONES DEFINIDAS Y ACTUALIZACIÓN DE DATOS DEMOGRÁFICOS

RETIRO
GOBIERNO DE PUERTO RICO

DIRECTOR REGIONAL REGION BAYAMON C.F.S.E.

☐ Ingreso ☐ Cambio ☑ Actualización — Para todo participante activo, efectivo desde el 23 de agosto de 2017 (Ley 106-2017)

## SECCIÓN I: INFORMACIÓN DEL PARTICIPANTE

| Apellido Paterno, Materno, Nombre e Inicial | Género | Fecha de Nacimiento (día/mes/año) | Seguro Social |
|---|---|---|---|
| Rosa Rodriguez Emma A. | ☑ F ☐ M | 2/Dic/1960 | REDACTED-35-65 |
| | | Lugar de Nacimiento | Bayamón |
| Estado Civil | ☐ Casado ☑ Soltero | Lugar de Empleo | CFSE - Bayamón |
| Teléfono Residencial | Teléfono Celular | Teléfono del Trabajo | Correo Electrónico |
| | | | |

Dirección Postal ☐ Cambio de Dirección

Repto Valencia
I18 Calle Violeta
Bayamon PR 00959-4141
PO Box, HC Box, RR Box
Ciudad — Estado — Zip + 4

Dirección Residencial ☑ Igual a la Postal

Urb, Cond, Edif, Bo.
Núm., Calle, Ave., Apt., Ste.
Ciudad — Estado — Zip + 4

## SECCIÓN II: INFORMACIÓN RELACIONADA CON EL EMPLEO

| Fecha del Primer Nombramiento (día/mes/año) | Estatus actual de empleo: | ☑ Carrera | ☐ Confianza | ☐ Transitorio | |
|---|---|---|---|---|---|
| NOV /1990 | Anterior participante de: | ☐ Ley 447 | ☑ Ley 1 | ☐ Reforma 2000 | ☐ Ley 3 |
| Si prestó servicios en el gobierno anteriormente, indique el Sistema de Retiro que aplique: | ☐ ASR | ☐ SRM | ☐ AEE | ☐ Judicatura | ☐ UPR |

## SECCIÓN III: APORTACIÓN INDIVIDUAL AL PROGRAMA

Autorizo a cambiar mi aportación mensual conforme al porciento seleccionado:

☑ Mínimo: 8.50% ☐ Otro: ________ % (escriba en incrementos de 0.50%)

## SECCIÓN IV: APORTACIÓN SEGURO POR INCAPACIDAD (Compulsorio bajo disposiciones Ley 3-2013)

La aportación para el Seguro por Incapacidad será de un cuarto por ciento (0.25%) de la retribución mensual, hasta un salario máximo de $5,000.00 mensuales, para una cubierta de 40% del salario.

Seleccione descuento de: ☑ Sueldo ☐ Aportación de Ahorros a la Asociación de Empleados de ELA

## SECCIÓN V: CERTIFICACIÓN

Certifico que, a mi mejor entender, la información suministrada es cierta y correcta.

[signature]
Firma del Participante

12/sept/2017
Fecha (día/mes/año)

## INSTRUCCIONES PARA EL PARTICIPANTE

Este formulario lo completarán todos los participantes del Sistema a partir del 23 de agosto de 2017. Marque con [X] según aplique.
Si es participante activo antes del 23 de agosto de 2017, seleccione qué tipo de participante del sistema era.
Este formulario se utilizará para ingresos, cambios o actualización de:

- Datos Demográficos
- Empleo
- Aportación individual: solo en incrementos de 0.50% y cada año fiscal.*
- Descuento del Seguro por Incapacidad.

*Los Participantes del Nuevo Plan de Aportaciones Definidas podrán variar el porciento que deseen aportar a dicho Plan de tiempo en tiempo, pero nunca podrá ser menos del porciento mínimo requerido por la Ley Núm. 106 del 23 de agosto del 2017.

Conservación: Igual al expediente del cual forma parte.

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Tel. 787.777.1500 • www.retiro.pr.gov

Rev. 10/78

**IMPORTANTE**
INSTRUCCIONES: LEA AL DORSO

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

# INFORME DE CAMBIO

Número del Cambio: 56

2. Número de Seguro Social del Empleado: REDACTED 3565

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. K10599 | Puesto Núm. K10599 |
| 3. Nombre del Empleado | Emma A. Rosa Rodriguez | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Educacion | |
| 6. División | Com. Esc. | |
| 7. Unidad o Sección | | |
| 8. Ubicación geográfica del puesto | Bayamon IV. | |
| 9. Categoría del Empleado | | de carrera |
| 10. Status del Empleado | Tran H. Enero 11-93 | Regular |
| 11. Título de Clasificación | Cocinera 5 Horas | Cocinera 5 Horas |
| 12. Sueldo | 422.62 | 422.62 |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | n.c. | 8.275 |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | Dic. 10-92 |

21. SIMBOLOS DE CONTABILIDAD

| | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21. | 92 | 272 | 081 | 04 | - | - | 116 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☒ Cambio de Status ☐ Ascenso o Traslado Transitorio ☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique Licencia a acreditarse: Compensatorio ____ días. Licencia Enfermedad ____ días. Concedida ____ días. Licencia Regular ____ días. Concedida ____ días.

| | Fecha de Separacion (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitucion | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De A

29. Muerte Fecha ______ Hora ______ Ultimo día de pago: ______ Participante de Retiro ☐ Sí ☐ No

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad ☐ Militar sin Sueldo ☐ Sin Sueldo

Duración: ______ DE ______ A ______

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Se le acredita tiempo transitorio ya que fue satisfactorio.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.

Si el cambio es a otro puesto, indique el nombre del anterior incumbente: Maria E. Perez Custodio

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuere necesario

35. Aprobado por: [signature] Carlos Miranda, Dir. Int.
clc 29 enero 93 Jefe de Agencia o su Representante Autorizado

PARA USO EXCLUSIVO DE LA OCAP

Revisado o Aprobado por: Fecha:

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
OFICINA DEL SUPERINTENDENTE DE ESCUELAS
DISTRITO ESCOLAR DE BAYAMON IV

29 de agosto de 1997

Srta. Emma Rosa Rodríguez
Calle Violeta I-18
Urb. Valencia
Bayamón P.R. 00959

Estimada señora Rosa Rodríguez:

Le estamos aceptando su renuncia a el puesto de Cocinera 6 horas en el Programa de Comedores Escolares.

La misma será efectiva el 29 de agosto de 1997.

Estamos sumamente agradecidos de que haya brindado sus mejores años a los niños y mucha suerte en su nuevo empleo.

Cordialmente,

Jesús Sánchez Olmo
Superintendente de Escuelas
Distrito Escolar de Bayamón IV

JSO/bsm



CFSE
Lo hacemos mejor
CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

PO BOX 365028, SAN JUAN, P.R. 00936-5028 - TEL. 793-5959

*5 de septiembre de 1996*

***SRA. EMMA ALICIA ROSA RODRÍGUEZ***
*División de Seguros e Intervenciones*
*Oficina del Jefe*
*Región de Bayamón*

***SR. EDGARDO GONZÁLEZ RODRÍGUEZ***
*Director Ejecutivo Regional*
*Región de Bayamón*

***NOMBRAMIENTO***

*Me place notificarle su nombramiento en un puesto de la clase Oficinista Dactilógrafo I con carácter temporero en la División de Seguros e Intervenciones, Oficina del Jefe, Región de Bayamón, efectivo el 5 de septiembre de 1996.*

*El sueldo a devengar es de $780.00 mensuales. Su nombramiento vence en o antes del 30 de septiembre de 1996.*

*Extiendo a usted nuestra cordial bienvenida a esta Corporación y le deseo éxito en sus funciones.*

***OSCAR L. RAMOS MELÉNDEZ***
***ADMINISTRADOR***

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

| Nombre / Dirección | Deposito # | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodriguez<br>REPTO VALENCIA<br>I18 CALLE VIOLETAS-(Reg. Bayamon)<br>BAYAMON<br>PR | | ***1,268.47 | 12/23/2016 |
| | **Empleado #** | **Seguro Social** | **Div / Dept** |
| | 00004478 | XXX-XX-3565 | 1510-0235- |
| | **Periodo Terminado** | | |
| | 12/31/2016 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2,015.00 | 81.25 | | | |
| TOTAL DE PAGO BRUTO ---> | 2,015.00 | | TOTAL DE HORAS ---> | | 81.25 |

| Acumulación Ingresos | Acum. Anual | Acumulación Ingresos | Acum. Anual |
|---|---|---|---|
| TOT TRIB SEG SOG | 53,330.68 | TOT ACUM ANUAL | 53,330.68 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribucion sobre Ingresos | 133.35 | 3,712.21 | Medicare | 29.21 | 773.29 |
| Seguro Social | 124.93 | 3,306.50 | Retiro | 201.50 | 1,209.00 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Li | 57.55 | | | | |
| 402 Camp.ProFondos | 1.00 | | | | |
| 4026 Camp.ProFondos | 1.00 | | | | |
| 4102 Coop.Ahorro y C | 120.50 | | | | |
| 4206 Aport.Emp.Cta.A | 60.45 | | | | |
| 4216 Aport.Seg.p/Inc | 5.04 | | | | |
| 4310 C.Union.Emplead | 12.00 | | | | |
| TOTAL DEDUCCIONES ---> | 459.04 | | PAGO NETO ---> | | 1,268.47 |

Comentarios

SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.

Para cualquier reclamación favor de comunicarse con:
Pago de Nómina (787) 793-5959 ext. 5896, 5807    Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

| DEP. | IDENTIFICACION | DISTRIBUCION | COMP.NUM. | LIB. | FECHA EMISION (MES DIA AÑO) | DEPOSITO # |
|---|---|---|---|---|---|---|
| 01 | XXX-XX-3565 | 10 | 201624 | | 12/23/2016 | |

NO ES VALIDO POR MAS DE: ***1,268.47

DEPOSITO TOTAL ***1,268.47

DEPOSITADO/ TRANSFERRED One Thousand Two Hundred Sixty-Eight And 47/100 Dollars

A LA ORDEN DE/ TO THE ORDER OF
Emma Alicia Rosa Rodriguez
REPTO VALENCIA
I18 CALLE VIOLETAS-(Reg. Bayamon)
BAYAMON
PR

1398

*DIRECT DEPOSIT STATEMENT*
**(NON NEGOTIABLE)**

****** THIS IS NOT A CHECK - DO NOT CASH - THIS IS NOT A CHECK ******



GOBIERNO DE PUERTO RICO
Corporación del Fondo del Seguro del Estado

| Nombre / Dirección | Deposito ó Cheque# | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodríguez | 1724-1460 | 1,298.68 | 12/22/2017 |
| REPTO VALENCIA | Empleado | Seguro Social | Div / Dept |
| I18 CALLE VIOLETAS | 00004478 | XXX-XX-3565 | 1510 / 0235 |
| BAYAMÓN PR 00959-4141 | Periodo Terminado | | |
| | 12/31/2017 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2,015.00 | 81.25 | | | |
| TOTAL DE PAGO BRUTO------> | 2,015.00 | | TOTAL DE HORAS------> | | 81.25 |

| Acumulación Ingresos | Acum. Anual | Acumulación Ingresos | Acum. Anual |
|---|---|---|---|
| Total Tributable Seg. Soc. | 48,402.00 | Total Acumulación Ingresos | 48,402.00 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribución sobre ingreso | 133.35 | 3,122.28 | Medicare | 29.22 | 701.83 |
| Seguro Social | 124.93 | 3,000.92 | Retiro | 171.28 | 4,568.66 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Life Insur | 57.55 | | | | |
| 4024 Camp.ProFondos Caus. Be | 1.00 | | | | |
| 4026 Camp.ProFondos Benéfic. | 1.00 | | | | |
| 4102 Coop.Ahorro y Cred.CFSE | 120.50 | | | | |
| 4206 Aport.Emp.Cta.Ahor.AEEL | 60.45 | | | | |
| 4216 Aport.Seg.p/Incap.Compu | 5.04 | | | | |
| 4310 C.Unión.Empleados CFSE | 12.00 | | | | |
| TOTAL DEDUCCIONES------> | 716.32 | | PAGO NETO------> | | 1,298.68 |

| Comentarios |
|---|
| |

**SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.**

Para cualquier reclamación favor de comunicarse con:

Pago de Nómina (787) 793-5959 ext. 5896, 5807    Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467



GOBIERNO DE PUERTO RICO
Corporación del Fondo del Seguro del Estado

| Nombre / Dirección | Deposito ó Cheque# | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodríguez | 1824-1420 | 1,298.69 | 12/21/2018 |
| REPTO VALENCIA | Empleado | Seguro Social | Div / Dept |
| I18 CALLE VIOLETAS | 00004478 | XXX-XX-3565 | 1510 / 0235 |
| BAYAMÓN PR 00959-4141 | Periodo Terminado | | |
| | 12/31/2018 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2,015.00 | 81.25 | | | |
| TOTAL DE PAGO BRUTO------> | 2,015.00 | | TOTAL DE HORAS------> | | 81.25 |

| Acumulación Ingresos | Acum. Anual | Acumulación Ingresos | Acum. Anual |
|---|---|---|---|
| Total Tributable Seg. Soc. | 48,774.00 | Total Acumulación Ingresos | 48,774.00 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribución sobre ingreso | 133.35 | 3,174.36 | Medicare | 29.21 | 707.22 |
| Seguro Social | 124.93 | 3,023.99 | Retiro | 171.28 | 4,094.91 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Life Insur | 57.55 | | | | |
| 4024 Camp.ProFondos Caus. Be | 1.00 | | | | |
| 4026 Camp.ProFondos Benéfic. | 1.00 | | | | |
| 4102 Coop.Ahorro y Cred.CFSE | 120.50 | | | | |
| 4206 Aport.Emp.Cta.Ahor.AEEL | 60.45 | | | | |
| 4216 Aport.Seg.p/Incap.Compu | 5.04 | | | | |
| 4310 C.Unión.Empleados CFSE | 12.00 | | | | |
| TOTAL DEDUCCIONES------> | 716.31 | | PAGO NETO------> | | 1,298.69 |

| Comentarios |
|---|
| |

**SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.**

Para cualquier reclamación favor de comunicarse con:

Pago de Nómina (787) 793-5959 ext. 5896, 5807 Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467

GOBIERNO DE PUERTO RICO
Corporación del Fondo del Seguro del Estado

| Nombre / Dirección | Deposito ó Cheque# | Cantidad | Fecha Efectividad |
|---|---|---|---|
| Emma Alicia Rosa Rodriguez<br>REPTO VALENCIA<br>I18 CALLE VIOLETAS<br>BAYAMÓN PR 00959-4141 | 1924-1412 | 1,381.69 | 12/23/2019 |
| | **Empleado** | **Seguro Social** | **Div / Dept** |
| | 00004478 | XXX-XX-3565 | 1510 / 0235 |
| | **Periodo Terminado** | | |
| | 12/31/2019 | | |

| Tipos de Ingresos | Quincena | Horas | Tipos de Ingresos | Quincena | Horas |
|---|---|---|---|---|---|
| 1001 Salario Regular | 2;015.00 | 81.25 | | | |
| **TOTAL DE PAGO BRUTO------>** | **2,015.00** | | **TOTAL DE HORAS------>** | | **81.25** |

| Acumulación Ingresos | Acum. Anual | Acumulación Ingresos | Acum. Anual |
|---|---|---|---|
| Total Tributable Seg. Soc. | 48,774.00 | Total Acumulación Ingresos | 48,774.00 |

| Deducciones | Quincena | Acum. Anual | Deducciones | Quincena | Acum. Anual |
|---|---|---|---|---|---|
| Contribución sobre ingreso | 133.35 | 3,174.36 | Medicare | 29.21 | 707.22 |
| Seguro Social | 124.93 | 3,023.99 | Retiro | 171.28 | 4,094.91 |

| Otras Deducciones | Quincena | Otras Deducciones | Quincena | Otras Deducciones | Quincena |
|---|---|---|---|---|---|
| 4010 American Fam.Life Insur | 57.55 | | | | |
| 4024 Camp.ProFondos Caus. Be | 1.00 | | | | |
| 4026 Camp.ProFondos Benéfic. | 1.00 | | | | |
| 4102 Coop.Ahorro y Cred.CFSE | 37.50 | | | | |
| 4206 Aport.Emp.Cta.Ahor.AEEL | 60.45 | | | | |
| 4216 Aport.Seg.p/Incap.Compu | 5.04 | | | | |
| 4310 C.Unión.Empleados CFSE | 12.00 | | | | |
| **TOTAL DEDUCCIONES------>** | **633.31** | | **PAGO NETO------>** | | **1,381.69** |

| Comentarios |
|---|
| |

**SOLICITUDES DE INGRESO Y CAMBIOS DE CUENTAS EN DEPOSITO DIRECTO SERAN EFECTIVAS EN UN PERIODO DE TREINTA (30) DIAS A PARTIR DE LA FECHA DE RECIBO EN EL AREA DE RECURSOS HUMANOS.**

Para cualquier reclamación favor de comunicarse con:

Pago de Nómina (787) 793-5959 ext. 5896, 5807    Recursos Humanos (787) 793-5959 ext. 5463, 5464, 5467

Case:17-03283-LTS Doc#:9820-1 Filed:01/10/20 Entered:01/13/20 13:42:07 Desc: Exhibit Page 11 of 11

# HOJA DE SERVICIO

RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## SECCION I: DATOS RELACIONADOS CON EL PARTICIPANTE

| ROSA RODRIGUEZ, EMMA A. | REDACTED 3565 | 02/DIC/60 |
|---|---|---|
| 1. Apellido Paterno, Materno, Nombre e Inicial | 2. Núm. Seguro Social | 3. F. de Nacimiento |

4. Sistema de Retiro al que pertenece:

○ **Retiro Definido (Ley Núm. 447)**
Tipo de Plan Acogido ☐ Completa Suplementación ☐ Coordinado

◉ **Programa de Cuentas de Ahorro para el Retiro (Ley Núm. 305)**
1. Aportación al Progama ☐ 8.275% ☐ 9.0% ☐ 9.50% ☐ 10.00%
2. Alternativa de Inversión ☐ Ingreso Fijo ☐ Cartera de Inversión del Sistema
☐ Combinación Ingreso Fijo ____ Porciento Cartera ____ Porciento
3. Fecha del Primer Descuento Retiro 10/DIC/92 4. Fecha del Último Descuento ____

## SECCION II: DATOS RELACIONADOS CON LA AGENCIA EN QUE PRESTO SERVICIOS

| DEPARTAMENTO DE EDUCACION | |
|---|---|
| 5. Nombre de la Agencia | 6. Código |

7. Dirección Postal
P.O. BOX 190759
SAN JUAN P.R. 00919-0759

8. Dirección Física
URB. TRES MONJITAS
CALLE CESAR GONZALEZ
ESQ. CALAF,
HATO REY, P.R. 00919-0759

9. Núm. de Teléfono (787) 773-2587
10. Núm. de Fax (787) 758-9879
11. E-mail Sanchez_An@de.pr.gov

## SECCION III: DETALLE DE LOS SERVICIOS PRESTADOS

| 12. Clasificación del Puesto | 13. Estatus del Empleado | 14. Período de Servicio Desde Día/Mes/Año | 14. Período de Servicio Hasta Día/Mes/Año | 15. Sueldo Mensual | 16. Sueldo Diferencial | 17. Horas Trabajadas | 18. Salario por Hora | 19. Total Sueldos Devengados | 20. Aportación Mensual Retiro |
|---|---|---|---|---|---|---|---|---|---|
| COCINERA 6HRS. | TRANSITORIO | *29/11/90 | 31/03/91 | $ 461.60 | | | | | n/a |
| " | " | *01/04/91 | 06/03/92 | 481.60 | | | | | n/a |
| COCINERA 5HRS. | " | *06/03/92 | 31/03/93 | 401.29 | | | | | n/a |
| " | " | *01/04/92 | 31/03/93 | 422.62 | | | | | n/a |
| " | REGULAR | 10/12/92 | 12/09/93 | 422.62 | | | | | 34.97 |
| " | " | 01/04/93 | 12/09/93 | 439.29 | | | | | 36.35 |
| COCINERA 6hrs. | " | 13/09/93 | 31/03/94 | 527.20 | | | | | 43.62 |
| " | " | 01/04/94 | 30/09/94 | 552.80 | | | | | 45.74 |
| " | " | 01/10/94 | 04/09/96 | 592.80 | | | | | 49.05 |
| | " | 05/09/96 | 29/08/97♠ | 833.00 | | | | | n/a |

21. Observaciones *NO COTIZA ♠RENUNCIA

## SECCION IV: CERTIFICACION

22. CERTIFICO que la información aquí provista es cierta y correcta.

| ENOCH GONZALEZ VELEZ | | DIRECTOR | 19 DE JULIO DE 2018 |
|---|---|---|---|
| Nombre del Director de Recursos Humanos o su Representante Autorizado | Firma | Puesto que Ocupa | Fecha (Día/Mes/Año) |

Conservación: Igual al expediente del cual forma parte.

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Tel. 787-777-1500 www.retiro.pr.gov