**PRESS FIRMLY TO SEAL**

**CERTIFIED MAIL**

7019 1120 0001 6609 3608

**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM:
Emma R Rosa Rodríguez
Urb Valencia
118 Calle Violeta
Bayamón PR 00959

TO:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

JAN 09 20
AMOUNT
$13.65
R2303S102932-03

RECEIVED & FILED
2020 JAN 10 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.