Jose A.
B-18 Las Alondras
Villalba, PR 00766
No. de Reclamación: 51061



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 10 PM 3 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR