José A. Santiago Hernández
B-78 Las Alondras
Villalba PR 00766

No. de reclamación: 96339



Secretaria (clerk's office)
Tribunal de Distrito de los Estados Un
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

2020 JAN 10 PM 3 33
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.