Maria E. González González
Apartado 608
Bo. Vacas
Villalba P.R. 00766

No. de Reclamación: 90738



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados U
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767