# Evidencia de Reclamación

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 199313

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

EPOC ID: 170328300931880

RECEIVED 2018 JUL 20 A 11: 15

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación 04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1** Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   GONZALEZ GONZALEZ, MARIA E
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación) 147

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410       Proof of Claim       170328300931880       page 1

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No
☐ Yes. Identify the property / Sí. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No
☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $ _____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

**Part 3 / Parte 3:** Sign Below / **Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebras 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 20 junio 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma: *María E. González González*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: María E. González González
First name / Primer nombre  Middle name / Segundo nombre  Last name / Apellido

Title / Cargo: maestra Departamento de Educación

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador

Address / Dirección: _____
Number / Número   Street / Calle

City / Ciudad _____   State / Estado _____  ZIP Code / Código postal _____

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____

Modified Official Form 410    Proof of Claim    page 4

Comprobante del Pago de Pensión del Sistema de Retiro de Maestros de Puerto Rico como prueba de que trabajé como maestro para el Departamento de Educación de Puerto Rico

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gobierno de Puerto Rico | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | | |
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | Desde: | 06/16/2019 | | Aviso #: | 1965792 | |
| | | | | Hasta: | 06/30/2019 | | Fecha Aviso: | 06/28/2019 | |
| MARIA E GONZALEZ GONZALEZ | | | # Empleado | XXXXX8831 | | DATA IMP. | Federal | PR | |
| PO BOX 608 | | | Dept: | 592160-AÑOS SERVICIO LEY91 2004 | | Estado Civil: | Married | Married | |
| VILLALBA PR 00766-0608 | | | Lugar: | AÑOS SERVICIO LEY 91 | | Concesiones: | 0 | 39 - 99 | |
| | | | Título: | Pensionado | | Pet. Adcl.: | | | |
| SS: XXX-XX-8831 | | | Sueldo: | $1,806.87 Monthly | | Cant. Adcl.: | | | |

**HORAS E INGRESOS** / **IMPUESTOS**

| Descripción | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos | Descripción | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 903.44 | | 967.50 | 10,841.28 | | | |
| Total: | | 903.44 | | 967.50 | 10,841.28 | Total: | 0.00 | 0.00 |

**DEDUCCIONES** / **DEDUCCIONES GENERALES** / **BENEFICIOS PATRONALES PAGADOS**

| Descripción | Corriente | Acumulado | Descripción | Corriente | Acumulado | Descripción | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 641.76 | SM-First Medical Health Plan | 100.00 | 600.00 |
| | | | SM-First Medical Health Plan | 62.00 | 627.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 115.48 | 1,268.76 | * Tributable | | |

**TOTAL BRUTO** / **TOTAL IMPUESTOS** / **DEDUCCIONES TOTALES** / **PAGA NETA**

| | | | | |
|---|---|---|---|---|
| Corriente: | 903.44 | 0.00 | 115.48 | 787.96 |
| Acumulado: | 10,841.28 | 0.00 | 1,268.76 | 9,572.52 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1965792 | 787.96 |
| - Acumulado: | | | Total: | 787.96 |
| - Utilizado: | | | | |
| - Donado: | | | | |
| - Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico   Fecha   Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS   06/28/2019   1965792

Cant. Deposito: $787.96

MARIA E GONZALEZ GONZALEZ
PO BOX 608
VILLALBA PR 00766-0608

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 743001166 | $787.96 |
| Total: | | $787.96 |

NO-NEGOCIABLE

## Certificación de Retiro del Sistema de Retiro de Maestros de Puerto Rico como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

**SRM**
Sistema de Retiro para Maestros

CERTIFICACION AÑOS DE SERVICIO Y EDAD

2 de agosto de 2006

SRA. MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACION

Prof: María E. González González
Seguro Social: REDACTED 8831

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico)
[X] Años de Servicio y Edad   [ ] Edad   [ ] Diferida   [ ] Suplementaria
Al 28 de julio de 2006, (fecha en que piensa renunciar), (fecha de su última aportación recibida)
[X] cualifica [ ] no cualifica, para acogerse a la jubilación, y tienen el siguiente tiempo.

| AÑOS | MESES | SEMANAS | DIAS | EDAD |
|---|---|---|---|---|
| 29 | 11 | 1 | 3 | 53 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en Por Ciento por Transferencia Recibida
[ ] Reembolso de Cuotas
[X] No aplica

De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 porciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.

Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Irma Garcia Hernandez
Directora
Area Servicios de Retiro

Giovanni Mercado Reyes
Oficial Servicios de Retiro

AHPC/ebc

CF PROF. Maria E. González González
PO BOX 608
VILLALBA PR 00766

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRL-URO (573-8476)
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr

Diploma Vitalicio del Departamento de Educación que me certifica como Maestra de Escuela Elemental

