Maria E. Gonzalez Gonzalez
Apartado 608
Bo. Vacas
Villalba P.R. 00766
No. de Reclamacion: 56057



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1

