Evidencia de Reclamación

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form) /
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación)**

| | | | |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

_Colón Rivera, Nilda_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>_Nilda Colón Rivera_<br>Name / Nombre<br><br>_HC-01 Box 7208_<br>Number / Número        Street / Calle<br><br>_Villalba, P.R.   00766-9956_<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>_(787) 595-0459_<br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número        Street / Calle<br><br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known) _____<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD&MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ | |

**Part 2 / Parte 2:** 　Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_Departamento de Educación_ |
|---|---|
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $ _____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | **Check the appropriate box / Marque la casilla correspondiente:**<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el ___26-junio-18___ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _Nilda Colón Rivera_<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**<br><br>Name ___Nilda___ ___Colón___ ___Rivera___<br>    First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido<br>Title / Cargo ___Maestra Departamento de Educación___<br>Company / Compañía _____<br>    Identify the corporate servicer as the company if the authorized agent is a servicer.<br>    Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br>Address / Dirección _____<br>    Number / Número    Street / Calle<br>    City / Ciudad    State / Estado    ZIP Code / Código postal<br>Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____ |

# Comprobante de Pensión como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/16/2019 |
| Hasta: | 08/31/2019 |

| | |
|---|---|
| Business Unit: | FUERT |
| Aviso #: | 2988375 |
| Fecha Aviso: | 08/30/2019 |

**NILDA COLON RIVERA**
HC 1 BOX 4073
JUANA DIAZ PR 00795-9873
SS: XXX-XX-8832

| | |
|---|---|
| # Empleado: | XXXXX8832 |
| Depto: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,599.57 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 -99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 799.79 | 1,309.00 | 12,796.64 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 799.79 | 1,309.00 | 12,896.64 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 855.68 |
| SM-First Medical Health Plan | 62.00 | 875.00 |
| **Total:** | 115.48 | 1,730.68 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 800.00 |
| **Total:** | 0.00 | 0.00 |

* Tributable

**TOTAL AUTOS**

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 799.79 | |
| Acumulado: | 12,896.64 | |

**TOTAL IMPUESTOS**

| | Corriente | Acumulado |
|---|---|---|
| | 0.00 | |
| | | 0.00 |

**DEDUCCIONES TOTALES / PAGA NETA**

| | | |
|---|---|---|
| | 115.48 | 684.31 |
| | 1,730.68 | 11,165.96 |

**LTG-RORAM - ACUM**

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| + Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**
Aviso #2988375

| | |
|---|---|
| | 684.31 |
| **Total:** | 684.31 |

MENSAJE:

---

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

Fecha
08/30/2019

Aviso No.
2988375

Cant. Deposito:  $684.31

TRAY 111 SQ 2839|**************SCH 5-DIGIT 00751    2839| 2 AV 0.383
NILDA COLON RIVERA
HC 1 BOX 4073
JUANA DIAZ PR 00795-9873

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 527706642 | $684.31 |
| **Total:** | | $684.31 |

**NO-NEGOCIABLE**

Cartas del proceso de retiro que certifican que trabajé como maestra del Departamento de Educación de Puerto Rico

**DEPARTAMENTO DE EDUCACION**
**ESCUELA DE LA COMUNIDAD**
*S.U. ALFREDO BOCACHICA LEON*
**VILLALBA PUERTO RICO**

_14 de ju   04_
**FECHA**

Sr. _Alfredo Zayas_
**Director de Escuela**
**Villalba Puerto Rico**

**Estimado señor :** _Sr Alfredo Zayas_

**Por la presente solicito se acepte mi RENUNCIA de la plaza** _Kinder - Elemental_
_____ **que ocupo en el distrito escolar de Villalba**
**para ser efectiva el día** _28 de julio de 04_ .

**Motiva esta petición de renuncia las razones expuestas a continuación.**

**Atentamente,**

_Wilda Colo Rivera_
**Firma**

**DEPARTAMENTO DE EDUCACION**
**ESCUELA DE LA COMUNIDAD**
*S.U. ALFREDO BOCACHICA LEON*
**VILLALBA PUERTO RICO**

27 de mayo de 2004
**FECHA**

Sr.   Nilda Colón
Maestr_a_
Villalba Puerto Rico

Estimad_a_ señor_a_   Colón   :

Por la presente se le acepta la RENUNCIA de su plaza de   kindergarten

R28684   en la escuela de esta municipalidad para

ser efectiva el día   1 de agosto de 2004   .

Permítanos expresar a usted a nombre del Departamento de Educación y del

Municipio de Villalba su gratitud por los servicios prestados al sistema escolar y

desearle toda clase de éxitos en sus nuevas actividades.

Cordialmente,

Director de Escuela

# Carta del Sistema de Retiros de Maestros de Puerto Rico



30 de agosto de 2004

PROF NILDA COLÓN RIVERA
HC 01 BOX 4073
JUANA DÍAZ   PR  00795

Estimada profesora:

Caso Núm: 20
SS: REDACTED 8832

Nos referimos a su Solicitud de Retiro por *Ley 91* la cual ha sido aprobada.  Su retiro fue efectivo el  *29 de julio de  2004* y recibirá una renta mensual de *$1,599.57.*

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Se incluye información de interés para los maestros pensionados.

Cordialmente,

Irma García Hernández
Directora
Área Servicios de Retiro

MTM/lod

PO Box 191879 San Juan, PR 00919-1879  Teléfonos (787) 754-8611 ó 1-877 JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr