Nilda Colón Rivera
HC 01 - Box 7208
Bo. Vacas Sector La Pulga
Villalba, P.R. 00766
No. Reclamación: 57682




U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JAN 09, 20
AMOUNT
$1.30
R2305K132895-04

2020 JAN 10 PM 3:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan - Puerto Rico, 00918-1767