Nilda Colón Rivera
HC-01 Box 7208
Barrio Vacas - Sector La Pulga
Villalba, P.R. 00766
No. Reclamación: 94278




U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JAN 09, 20
AMOUNT
$1.15
R2305K132895-04

Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 10 PM 3:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.