Migdalia Ortiz
Urb. Las Alondras B-78
Villalba, PR 00766
No. de Reclamación: 50918



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Un[idos]
Room 150 Federal Building
San Juan (Puerto Rico) 00918-176[ ]

RECEIVED & FILED
2020 JAN 10 PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.