# Evidencia de Reclamación

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Fill in this information to identify the case (Select only one Debtor per claim form) /
Llene esta información para identificar el caso (Selecciona solo un deudor por formulario de reclamación)

| | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED 2019 JUN 26 P 4: 21

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Migdalia Ortiz

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

☐ No / No
☐ Yes. From whom? _____
Sí. ¿De quién? _____

Modified Official Form 410          Proof of Claim          page 1

# Comprobante de Pensión como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 03/16/2019 | |
| Hasta: | 03/31/2019 | |

| Business Unit: PUERT | |
|---|---|
| Aviso #: | 0395202 |
| Fecha Aviso: | 03/29/2019 |

**MIGDALIA ORTIZ ROSADO**
URB LAS ALONDRAS
B78 CALLE MARGINAL
VILLALBA PR 00766-2329
SS: XXX-XX-8830

| | |
|---|---|
| # Empleado: | XXXXX8830 |
| Dept: | 592160-AÑOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,727.07 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pet. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 863.54 | 480.00 | 5,181.24 | | | |
| **Total:** | | | 863.54 | 480.00 | 5,181.24 | **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 320.88 | SM-First Medical Health Plan | 100.00 | 300.00 |
| | | | SM-First Medical Health Plan | 44.00 | 264.00 | | | |
| **Total:** | 0.00 | 0.00 | **Total:** | 97.48 | 584.88 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 863.54 | 0.00 | 97.48 | 766.06 |
| Acumulado: | 5,181.24 | 0.00 | 584.88 | 4,596.36 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #0395202 | 766.06 |
| + Acumulado: | | | | |
| | | | Total: | 766.06 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajuste: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
03/29/2019

**Aviso No.**
0395202

Cant. Deposito: ___$766.06___

TRAY 106 SQ 26330**************SCH 5-DIGIT 00751   26330 2 AV 0.383
MIGDALIA ORTIZ ROSADO
URB LAS ALONDRAS
B78 CALLE MARGINAL
VILLALBA PR 00766-2329

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 108559 | $766.06 |
| Total: | | $766.06 |

## NO-NEGOCIABLE

# Certificación del Sistema de Retiro de Maestros de Puerto Rico



SRM-ar-517
REV 06/04

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

28 de septiembre de 2005

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**Prof: Migdalia Ortiz Rosado**
**Seguro Social:** REDACTED 8830

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.

[X] Años de Servicio y Edad     [ ] Edad     [ ] Diferida     [ ]Suplementaria
Al **31 de octubre de 2005** , ( fecha en que piensa renunciar), (fecha de su última cotización)
[ X ] cualifica [   ] no cualifica,  para acogerse a la jubilación, y tienen el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 30 | 2 | 2 | 4 | 52 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
    [   ] Reconocimiento de Tiempo
    [   ] Diferencia en Por Ciento por Transferencia Recibida
    [   ] Reembolso de Cuotas
    [X] No aplica
Si el (la) profesor (a) tiene menos de 30 años cotizados, cualifica para una pensión calculada al 1.8 porciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.

Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Irma García Hernández
Directora
Area Servicios de Retiro

Jorge Rohena Gotay
Oficial Servicios de Retiro

AHPC/ebc

CF:  PROF:  Migdalia Ortiz Rosado
    URB LAS ALONDRAS
    B - 78 CALLE MARGINAL
    VILLALBA PR 00766

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr