Migdalia
Urb. Las
Villalba, Puerto Rico 00766
No. de Reclamación: 95648

RECEIVED & FILED
2020 JAN 10 PM 3:35
CLERK'S OFFICE
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JAN 09, 20
AMOUNT
$1.15
R2305K132895-12

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767