8 de enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogados de la Junta de Supervision (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado Del Comité de Acreedores (Counsel for the creditor's Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz



Objeción Global:

    Sirva la misma para contestar la Objeción Global por parte de la Junta de Supervisores y Administración Financiera de Puerto Rico como representantes del Estado Libre Asociado de Puerto Rico según el Titulo III de la Ley PROMESA con el número 17 BK 03566-LTS CLAIM 44006.
    Este servidor Hector Pellot Cruz empleado del Gobierno de Puerto Rico y participante del Sistema de Retiro (SRE) solicito que mantengan mi reclamo referente a lo que se me adeuda. Respetuosamente solicito al Honorable Tribunal que continúe con mi reclamación dejando sin efecto la centésima decima novena objeción global.
    La reclamación siempre ha consistido en que el Sistema de Retiro me debe la cantidad de 48,364.33 dólares. En el anejo solo refleja la misma cantidad debido a que la mitad (la cantidad aportada) no la han depositado. Necesito que se me devuelva todo el dinero por concepto de aportaciones acumuladas desde el 1 de julio de 1989 al 30 de junio del 2017. Durante este tiempo el SRE no deposito el dinero antes mencionado. Recordemos que acogerse al SRE es obligatorio como empleados del gobierno. Por lo que no es justo ni aceptable que nos adeuden el escaso dinero que acumulamos.

Espero entiendan, trabajen con honor, verdad y a beneficio de la justicia.

Atentamente,

Hector Pellot Cruz
Sector Tocones 509 Calle Virtud
Isabela PR 00662
hjpellot@hotmail.com xxx-xx-9797