PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE**®

UNITED STATES
POSTAL SERVICE.

*Retail*

US POSTAGE PAID

**$7.35**

Origin: 00682
01/09/20
4259410681-25

PRIORITY MAIL 1-DAY ®

0 Lb 3.20 Oz

1005

ECTED DELIVERY DAY: 01/10/20

SAN JUAN PR 00918

USPS TRACKING®NUMBER



9505 5109 7718 0009 4116 84

S00001000014   OD: 12 1/2 x 9 1/2



ST. THOMAS INTRA-DISTRICT PRIORITY

FROM:

Hector Pellot
Calle virtud 505
Isabela P.R. 00662

RECEIVED & FILED
2020 JAN 10  PM 3: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

TO:

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

Secretaría *(Clerk's Office)*
Tribunal de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767