

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

RE: YOLANDA CRESPO MENDEZ  
HC 3 BOX 17028  
QUEBRADILLAS, PR 00678

Seguro Social: XXX-XX-2214

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | INSTITUTO DE CIENCIAS FORENSES DE P. R. |
| Años de Servicio: | 10.11 |
| Balance de Aportaciones: | $33,565.50 |

Esta certificación fue emitida el 16 de septiembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019091644482869

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov