PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL          PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED



UNITED STATES POSTAL SERVICE®

FROM:
Hector Pellot
Calle virtud 505
Isabela P.R. 00662

RECEIVED & FILED
2020 JAN 10 PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES POSTAL SERVICE.

Retail

US POSTAGE PAID
$7.35
Origin: 00682
01/09/20
4259410681-25

PRIORITY MAIL 1-DAY®

0 Lb 3.20 Oz
1005

EXPECTED DELIVERY DAY: 01/10/20

SAN JUAN PR 00918

USPS TRACKING® NUMBER



9505 5109 7718 0009 4116 84

S00001000014   OD: 12 1/2 x 9 1/2



TO:

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

Secretaría (Clerk's Office)
Tribunal de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767