

Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

**HECTOR PELLOT CRUZ (25672)**

| | |
|---|---|
| Agencia: | INSTITUTO DE CIENCIAS FORENSES DE P. R. |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 01-JUL-1989 |
| Años en Servicio: | 25 |
| Sueldo Bruto: | $2,698.00 |
| Sueldo Neto: | $2,255.52 |
| Balance Aportaciones*: | $48,364.33 |
| Aportaciones Ley 106 **: | $6,772.00 |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✔ Certificados de Deuda de préstamos
- ✔ Certificados de Préstamo Hipotecario
- ✔ Certificado de deuda para Ética Gubernamental
- ✔ Certificado de Balance de Cancelación de préstamo.

**Solicitudes en Línea**

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940



https://retiro.pr.gov/sel/App/informacion-general.aspx

12/27/2019



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: HECTOR PELLOT CRUZ**  Seguro Social: XXX-XX-9797
SECTOR TOCONES 509
CALLE VIRTUD
ISABELA, PR 00662

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | INSTITUTO DE CIENCIAS FORENSES DE P. R. |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $48,364.33 |

Esta certificación fue emitida el 27 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122746162391

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de diciembre de 2019

Agencia: 243 - INSTITUTO DE CIENCIAS FORENSES DE P. R.

HECTOR PELLOT CRUZ  
SECTOR TOCONES 509  
CALLE VIRTUD  
ISABELA, PR 00662

Seguro Social: XXX-XX-9797

A base de la información en nuestros registros, al 27 de diciembre de 2019 usted posee:

**Fecha de Nacimiento:** 29 de mayo de 1965  **Género:** Masculino  
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1989  
**Fecha de Comienzo de Cotización:** 01 de julio de 1989

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 21.00 |
| Aportaciones: | $28,285.13 |
| Intereses: | $6,472.02 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $34,757.15 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $12,604.52 |
| Intereses: | $1,002.66 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $13,607.18 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov