# RÉPLICA

i) Datos de Contacto

   1) *Demandante*

   Nombre: Mayra Cancel Sánchez

   Teléfono: (787)462-7114

   Correo electrónico: mcancel01@yahoo.com

   2) *Abogado:* No tiene representación la demandante

   3) *Parte con potestad para resolver la objeción global:* No tiene representación la demandante

ii) Epígrafe

- Nombre del Tribunal: Distrito de los Estado Unidos
- Deudores: Estado Libre Asociado de Puerto Rico
- Número de Procedimiento: 17 BK 3283-LST
- Título de la Objeción Global:

NINETY-SEVENTH OMNIBUS OBJECTION(NON-SUBSTANTIVE)OF THE COMMONWEALTH OF PUERTO RICO,PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICENT CLIMS ASSERTING INTEREST BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

- Número de la evidencia de los reclamos relacionados de Prime Clerck: 68536

iii) Motivo para oponerse a la Objeción global

Soy maestra del Departamento de Educación del Estado Libre Asociado de Puerto Rico desde hace 23 años. En el año 2015 finalicé un grado doctoral, que de acuerdo a la Ley de Carrera Magisterial, me concede un aumento salarial de acuerdo a la preparación académica obtenida. En el año 2015, ya había completado y sometido la documentación necesaria para que se me concediera el aumento salarial que corresponde a las etapas 2 y 3 del plan de Carrera Magisterial. Sin embargo, ese aumento no fue realizado, a pesar que fue reactivada en el proceso.
Respetuosamente, solicito su consideración a que se reconozca el plan ya entregado al Departamento de Educación, y así poder recibir el aumento salarial que representa cada etapa completada. El aumento representa a $120.00 por cada etapa, lo que equivale a $240.00 mensuales desde la fecha señalada.