# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

## INFORMATIVE MOTION REGARDING THE STIPULATION AND ORDER FOR THE PRODUCTION AND EXCHANGE OF INFORMATION

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

On January 10, 2020, the Court entered the *Stipulation and Order for the Production and Exchange of Confidential Information* (Dkt. No. 9797, the "Stipulation"). Paragraph 27 of the Stipulation provides that "[a]ny party that has filed a notice of participation pursuant to the Initial Objection Procedures adopted by the Court (Dkt. 8818-2) . . . may become a Party to this Stipulation and be bound by its terms by executing and filing with the Court its agreement to comply with the terms and conditions of this Stipulation[.]" Stipulation at ¶ 27.

The undersigned are counsel to UBS Financial Services Inc. of Puerto Rico and UBS Trust Company of Puerto Rico (collectively, the "UBS Parties"). The UBS Parties filed notices of participation pursuant to the Initial Objection Procedures adopted by the Court at Dkt. 8818-2. Attached as Exhibit 1 is the executed document required by Paragraph 27 of the Stipulation that joins the UBS Parties as Parties to the Stipulation.

Respectfully Submitted:

In San Juan, Puerto Rico, this 13th day of January, 2020.

| | |
|---|---|
| OF COUNSEL: | McCONNELL VALDÉS LLC |
| | 270 Muñoz Rivera Ave. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Hato Rey, Puerto Rico 00918 |
| | Tel.: (787) 250-2631 |
| Paul J. Lockwood (*admitted pro hac vice*) | Fax: (787) 759-9225 |
| One Rodney Square | By: */s/ Roberto C. Quiñones-Rivera* |
| P.O. Box 636 | Roberto C. Quiñones-Rivera, Esq. |
| Wilmington, Delaware 19899 | USDC-PR Bar No. 211512 |
| Tel.: (302) 651-3000 | rcq@mcvpr.com |
| Fax: (302) 651-3001 | |
| | *Counsel for UBS Financial Services Incorporated of Puerto Rico and UBS Trust Company of Puerto Rico* |

2

# EXHIBIT 1

**UBS Parties Joinder to the Stipulation**

## AGREEMENT TO RESPECT CONFIDENTIAL MATERIAL

I, Paul J. Lockwood, state that:

1. My address is One Rodney Square, PO Box 636, Wilmington, DE 19899.

2. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.

3. My present job description is counsel to UBS Financial Services Inc. of Puerto Rico and UBS Trust Company of Puerto Rico in the above-captioned cases.

4. I have received a copy of the Stipulation and Order for the Production and Exchange of Confidential Information (the "Stipulation") entered in the above-entitled actions on January 10, 2020.

5. I have carefully read and understand the provisions of the Stipulation.

6. I will comply with all of the provisions of the Stipulation.

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulation, and will use only for purposes of these actions, any Confidential Information that is disclosed to me.

8. I will return all Confidential Information that comes into my possession, and documents or things that I have prepared relating thereto, to counsel for the party by whom I am employed or retained, or to counsel from whom I received the Confidential Information.

9. I hereby submit to the jurisdiction of this court for the purpose of enforcement of the Stipulation in this action.


Dated:  1/13/2020                                           /s/ *Paul J. Lockwood*
                                                              Paul J. Lockwood