# EXHIBIT A

**CONSULTECT_CARIBE, INC**

| | | |
|---|---|---|
| PREMA - PA ASSISTANCE PROGRAM | | |
| CONTRACT STATUS | | |
| NOV/05/2019 | | |

| | | |
|---|---|---:|
| Original Contract TO1 | $ | 800,000.00 |
| TO1.1 | $ | 7,590,050.00 |
| TO3 | $ | 4,307,600.00 |
| TO6 | $ | 3,603,000 |
| TO10 | $ | 110,000 |
| Total TOs | $ | 15,610,650 |
| Revised Contract | $ | 16,410,650 |

| | | |
|---|---|---:|
| TOTAL INVOICED | $ | 5,795,215.00 |
| DISALLOWED/TAXES | $ | (111,419.43) |
| PAID | $ | (563,023.07) |
| BALANCE DUE - UNPAID INVOICES | $ | 5,120,772.50 |

| Inv No. | Inv Date | Description | Work Certification | Task Order | Registered on Comptroller's Office | Contract or TO Value | From | To | Amount | Disallow/Taxes | Paid 2/23/18 | Invoices Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017001 | 9/29/2017 | Program Oversight & Agency PA Assistance | | TO No 1 | Yes | $ 800,000.00 | 9/26/2017 | 9/29/2017 | $ 91,596.50 | $ (27,135.89) | $ (64,460.61) | $ - |
| 2017003 | 10/31/2017 | Program Oversight & Agency PA Assistance | | TO No 1 | Yes | $ 800,000.00 | 9/30/2017 | 10/23/2017 | $ 582,846.00 | $ (84,283.54) | $ (498,562.46) | $ - |
| 2017012-001 | 4/16/2018 | Program Oversight | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 1,560,686.50 | $ - | $ - | $ 1,560,686.50 |
| 2017012-002 | 3/23/2018 | Department of Corrections & Rehabilitation | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 78,740.50 | $ - | $ - | $ 78,740.50 |
| 2017012-003 | 3/23/2018 | Administracion para el Susteno de Menores | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 1,099.50 | $ - | $ - | $ 1,099.50 |
| 2017012-004 | 3/23/2018 | PR Tourism Company | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 7,948.75 | $ - | $ - | $ 7,948.75 |
| 2017012-005 | 3/23/2018 | PR National Guard | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 4,968.75 | $ - | $ - | $ 4,968.75 |
| 2017012-006 | 3/23/2018 | Port of Ponce | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 8,587.00 | $ - | $ - | $ 8,587.00 |
| 2017012-007 | 3/23/2018 | Land Administration | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 9,083.75 | $ - | $ - | $ 9,083.75 |
| 2017012-008 | 3/23/2018 | Department of Agriculture | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 13,731.25 | $ - | $ - | $ 13,731.25 |
| 2017012-009 | 3/23/2018 | Medical Services Administration | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 13,260.00 | $ - | $ - | $ 13,260.00 |
| 2017012-010 | 3/23/2018 | PR Industrial Development Company (PRIDCO) | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 15,381.25 | $ - | $ - | $ 15,381.25 |
| 2017012-011 | 3/23/2018 | Office of Management and Budget | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 20,061.50 | $ - | $ - | $ 20,061.50 |
| 2017012-012 | 3/23/2018 | Admin of Mental Hlth & Anti-Addiction Srvs (ASSMCA) | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 17,656.00 | $ - | $ - | $ 17,656.00 |
| 2017012-013 | 3/23/2018 | Solid Waste Management Authority (ADS) | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 39,632.50 | $ - | $ - | $ 39,632.50 |
| 2017012-014 | 3/23/2018 | Department of Treasury | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 49,657.50 | $ - | $ - | $ 49,657.50 |
| 2017012-015 | 3/23/2018 | Department of Natural and Env Resources of PR | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 49,235.00 | $ - | $ - | $ 49,235.00 |
| 2017012-016 | 3/23/2018 | Department of Family | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 45,130.00 | $ - | $ - | $ 45,130.00 |
| 2017012-017 | 3/23/2018 | Department of Health | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 59,930.00 | $ - | $ - | $ 59,930.00 |
| 2017-012N | 3/23/2018 | Department of Justice | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 48,841.25 | $ - | $ - | $ 48,841.25 |
| 2017012-019 | 3/23/2018 | University of Puerto Rico | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 68,545.75 | $ - | $ - | $ 68,545.75 |
| 2017012-020 | 3/23/2018 | Sports and Recreation | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 76,237.50 | $ - | $ - | $ 76,237.50 |
| 2017012-021 | 3/23/2018 | PR Electric Power Authority (PREPA) | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 538,981.75 | $ - | $ - | $ 538,981.75 |
| 2017012-022 | 3/23/2018 | Adm Seguros de Salud/Health Insurance | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 7,748.75 | $ - | $ - | $ 7,748.75 |
| 2017012-023 | 3/23/2018 | Adm for Development of Agriculture Enterprises (ADEA | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 810.00 | $ - | $ - | $ 810.00 |
| 2017012-025A | 4/16/2018 | Department of Education | | TO No 3 | Yes | $ 4,307,600.00 | 10/24/2017 | 12/6/2017 | $ 1,042,533.75 | $ - | $ - | $ 1,042,533.75 |
| 2017012-025B | 4/16/2018 | Department of Education | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 82,596.50 | $ - | $ - | $ 82,596.50 |
| 2017012-026 | 3/23/2018 | Department of Transportation | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 105,972.50 | $ - | $ - | $ 105,972.50 |
| 2017012-027 | 3/23/2018 | PR Aqueduct and Sewer Authority (PRASA) | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 287,225.25 | $ - | $ - | $ 287,225.25 |
| 2017012-028 | 3/23/2018 | PR Trade and Export Company | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 6,247.50 | $ - | $ - | $ 6,247.50 |
| 2017012-029 | 3/23/2018 | Public Buildings Authority (AEP) | x | TO No 10 | Yes | $ 110,000.00 | 10/24/2017 | 12/6/2017 | $ 73,473.50 | $ - | $ - | $ 73,473.50 |
| 2017012-030 | 3/23/2018 | Redevelopment of Roosevelt Roads | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 15,921.50 | $ - | $ - | $ 15,921.50 |
| 2017012-031 | 5/7/2018 | Administracion de Retiro | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 8,218.75 | $ - | $ - | $ 8,218.75 |
| 2017012-032 | 5/7/2018 | Department of Housing | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 15,007.50 | $ - | $ - | $ 15,007.50 |
| 2017012-033 | 5/7/2018 | Department of Labor | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 793.75 | $ - | $ - | $ 793.75 |
| 2017012-034 | 5/7/2018 | General Services Administration | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 3,261.25 | $ - | $ - | $ 3,261.25 |
| 2017012-035 | 5/7/2018 | PR Emergency Management Agency (PREMA) | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 11,512.50 | $ - | $ - | $ 11,512.50 |
| 2017012-036 | 5/7/2018 | PR Fire Department | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 1,738.75 | $ - | $ - | $ 1,738.75 |
| 2017012-037 | 5/7/2018 | PR Highway and Transportation Authority | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 51,022.50 | $ - | $ - | $ 51,022.50 |
| 2017012-038 | 5/7/2018 | PR Housing Finance Agency | x | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 2,427.50 | $ - | $ - | $ 2,427.50 |
| 2017012-039 | 5/7/2018 | PR Police Department | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 32,747.50 | $ - | $ - | $ 32,747.50 |
| 2017012-040 | 5/7/2018 | PR Ports Authority (AP) | | TO No 1.1 | Yes | $ 7,590,050.00 | 10/24/2017 | 12/6/2017 | $ 49,280.75 | $ - | $ - | $ 49,280.75 |
| 2017012-041 | 7/31/2018 | Reimbursable Expenses | | TO No 1.1 | Yes | $ 7,590,050.00 | 9/26/2017 | 12/6/2017 | $ 594,836.50 | $ - | $ - | $ 594,836.50 |
| | | | | | | | | Totals | $ 5,795,215.00 | $ (111,419.43) | $ (563,023.07) | $ 5,120,772.50 |