UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA |
| as representative of | TITLE III |
| THE COMMONWEALTH OF PUERTO RICO, ET AL | NO. 17 BK 3283-LTS |
| DEBTORS | |

RESPONSE TO THE NINETY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED (DK 9549)

Comes now, JOSE EMILIO FIGUEROA AYALA, and very respectfully states:

1. That the claimant Figueroa Ayala, José Emilio filed at 4/26/2018 Claim #7551 against the Commonwealth of Puerto Rico because of a final judgment on legal action against the Puerto Rican government.

2. The department, which is party in the action, is Department of Family - Secretariado

3. The name and address of the court where the action was attended was Court of First Instance, San Juan, case number KPE-2005-0608. The name case is Agosto Maldonado Nilda v. ELA of Puerto Rico.  The status of the case is concluded by final judgment.

4.  There is an unpaid judgment dated 09/28/2010 and the amount claimed is $2,756.31.

1

5.  As to the objection claiming for supporting documentation for asserting a claim, please find

attached the claimant's Certificate of Debt as of 05/03/2018 and a copy of the final judgment of

the said court.   We ask that the remedy not be granted.

   CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically
filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send
notification of such filling to counsel for all parties of record.

*S/ Milagros Acevedo Colón*
RUA 8334     USDC-PR 208213
Cond. Colina Real
2000 F. Rincón Ave. Box 1405
San Juan, Puerto Rico 00926
Tel. (787) 422-7622
maclegaljc@gmail.com

2