United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

**ONE HUNDRED TWELFTH** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 107235

Name and Address: Maritza López Pérez
Quintas de Dorado - J13 Calle Caoba
Dorado, Puerto Rico 00646
maritzaLopez427@gmail.com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico; al Departamento de Educación de Puerto Rico. y al Sistema de Retiro para Maestros.

Ley 89 de 1984 – Romerazo

Años Reclamados  1984 a 1999 (15 años)

Cantidad Reclamada  $18,000.00

Ley costo de vida - Sistema de Retiro para Maestros

Años Reclamados  Desde 1999 - 2020 (3% cada 2 años) 20 ÷ 2 = 10 años

Cantidad Reclamada  $5,084.40

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación – Sistema de Retiro para Maestros

2. Informe Renta Anual Vitalicia – Junta de Retiro Maestros

3. Certificación del Departamento de Educación del Estado Libre Asociado de P.R.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Maritza López Pérez

Firma: Maritza López Pérez          Fecha: 13-enero-2020