**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. MARITZA LOPEZ PEREZ**, con número de seguro social que termina en **8135**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 28 de agosto de 1999 |
| Tiempo Cotizado para la Pensión | 31 años, 2 meses, 2 semana y 3 ½ días |
| Fecha de Efectividad de la Renuncia | 27 de agosto de 1999 |
| Fecha de Efectividad de la Pensión | 28 de agosto de 1999 |
| Pensión Mensual Actual | $1,412.33 |

Esta certificación se expide hoy, **09 de enero de 2020** en **San Juan, Puerto Rico**.

*[signature]*
**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414       📠 787.764.6910       www.srm.pr.gov



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

redacted -8135

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Maritza López Pérez | 31233 | F |

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional ( x )
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1944 julio 30

Fecha de Retiro: 1999 agosto 27

Fecha de Efectividad: 1999 agosto 28

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 55 | — | 28 | 31 | 2 | 2 | 3½ | $ 31,363.45 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres/cinco años consecutivos a $ 1,775.00     1,331.25

X    .75% X    30 años
(Por ciento)     (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia     1,331.25

Renta Anual Vitalicia     15,975.00

NOV 1999

Computado: Brendally Ledoux    23/nov/99

Cotejado: Hugo E. Aponte Morán    23-nov-99

Recomendado: Gloria E. Navas Pérez, Sec. Eje. Aux. Area de Retiro    23-nov-99

Aprobado: José A. Figueroa Colón, Sub-Secretario Ejecutivo    29 nov 99

3) $2,___.__ = $___.__

Nombre: Maritza López Pérez

## Servicios Acreditados

| Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo Mensual | Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo Mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1966-67 | | | | | 235.00 | | | | | | |
| Hasta | 28 | | 3 | | | | | | | | |
| 1995-96 | | | | | 1,650.00 | | | | | | |
| 1996-97 | | 11 | 3 | 3 | 1,775.00 | ½d | | | | | |
| 1997-98 | | 11 | 1 | 2 | 1,775.00 | | | | | | |
| | 28 | 22 | 7 | 5 | | | | | | | |
| Sub-Total | 30 | — | — | — | | | | | | | |
| 1997-98 | | | 2 | 3 | 1,775.00 | | | | | | |
| 1998-99 | 1 | | | | 1,775.00 | | | | | | |
| 1999-2000 | | 2 | | | 1,775.00 | | | | | | |
| Total: | 31 | 2 | 2 | 3½ | | | | | | | |

Desglose primer pago:
   Renta Mensual
     Deducciones:
       Asociación de Maestros   $ _____
       Préstamo _____
      Otras _____
        Total Deducciones
        Importe del Cheque    $ _____

Observaciones:
       Año Escolar
   Hasta 1917-18 _____ 9 meses
   Desde 1918-19 hasta 1940-41 __ 10 meses
   En el 1941-42 _____ 11 meses
   Desde 1942-43 en adelante __ 12 meses



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

9 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARITZA LOPEZ PEREZ |
| Seguro Social | : | redacted8135 |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $1,775.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de agosto de 1999 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años, (4) meses, (2) semanas y (1 1/2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.