United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS



_One Hundred fifteen_ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 109 125
110 723

Name and Address: Jacob Rivera Concepción
F9. Urb. Martorell
Calle José De Diego
Dorado, PR. 00646  tel. 787-246 2686
cmrlugo@gmail.com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico. y Junta de Retiro de Maestros de P.R.

Ley 89 de 1984 – Romerazo

Años Reclamados _desde 1984 hasta 2008 = 24 años_

Cantidad Reclamada _28,800.00_

Ley Costo de Vida. = Junta de Retiro de Maestro (3% cada 2 años)

Años Reclamados _2008 hasta 2020 = 12 años_

Cantidad Reclamada _4,055.85_

Ley 164 (Sila)
Años Reclamados    4 años
Cantidad. Reclamada    4,800.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Junta de Retiro de Maestro de P.R.

2. Informe de Renta Anual Vitalicia de Junta de Retiro de Maestros de P.R.

3. Certificación de años de servicios del Departamento de Educación de PR.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Jacob Rivera Concepción

Firma: Jacob Rivera Concepción       Fecha: 13 de enero de 2020