**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Concepcion, Jacob | 110723 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Concepcion, Jacob | 110723 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

INTAKE DROP BOX RECEIVED & FILED 2020 JAN 13 AM 11:03

*****CUST PR 1845 SRF 38154 PackID: 674 MMLID: 1998735 SVC: 115th Omni**
**Rivera Concepcion, Jacob**
**F9 Urb.Martorell Jose de Diego**
**Dorado, PR 00646**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

INTAKE DROP BOX RECEIVED & FILED 2020 JAN 13 AM 11:03 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Concepcion, Jacob | 109125 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Concepcion, Jacob | 109125 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*****CUST PR 1845 SRF 38154 PackID: 673 MMLID: 1825427 SVC: 115th Omni**
**Rivera Concepcion, Jacob**
**F-9 Urb Martorell, Jose de Diego**
**Dorado, PR 00646**

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. JACOB RIVERA CONCEPCION**, con número de seguro social que termina en **9423**.

| | |
|---|---|
| **Fecha de Elegibilidad de la Pensión** | **29 de julio de 2008** |
| **Tiempo Cotizado para la Pensión** | **30 años,3 meses,0 semana y 1 días** |
| **Fecha de Efectividad de la Renuncia** | **28 de julio de 2008** |
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2008** |
| **Pensión Mensual Actual** | **$1,877.71** |

Esta certificación se expide hoy, **09 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414 787.764.6910 www.srm.pr.gov

Rev.GIFT 10-MAR-08

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

| Mes-Día-Año |
|---|
| Fecha Radicación |
| 6-jun-08 |
| Fecha Vencimiento |
| 8-sep-08 |

| Núm de Caso |
|---|
| 0275 |

# INFORME RENTA ANUAL VITALICIA

Página 2

RIVERA CONCEPCION,JACOB
Apellido Paterno, Materno, Nombre e Inicial

redacted -9423 — Seguro Social

redacted-1951 — Fecha Nacimiento (Mes-Día-Año)

BAYAMON - ELEMENTAL — Categoría y Pueblo

## COMPUTO RENTA ANUAL

A. $ 7,510.83 (Sueldos más altos) / 3 (años) = $ 2,503.61 (Promedio Sueldos) x 75.0% (Por Ciento) = - x 0.000 = $ 1,877.71 x 12 = $ ~~22,532.49~~ 22,532.52 BSH

B. Ajuste de 0% $ - x 0% = $ -

C. Pensión Ajustada $ - x 12 = $ -

APORTACIÓN INDIVIDUAL 0%

$ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | |
|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio |
| 12 | 0 | 20 | $ 2,480.00 | $ 29,760.00 | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ 2,480.00 |
| 6 | 0 | 20 | $ 2,480.00 | $ 14,880.00 | |
| 6 | 0 | 20 | $ 2,580.00 | $ 15,480.00 | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ 2,530.00 |
| 1 | 0 | 20 | $ 2,730.00 | $ 2,730.00 | |
| 11 | 0 | 20 | $ 2,480.00 | $ 27,280.00 | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ 2,500.83 |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ - |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ - |

| Sueldo Total para Promedio | $ 90,130.00 | $ 7,510.83 |
|---|---|---|

## COMPUTO EDAD RETIRO

| Fecha | Años | Meses | Días |
|---|---|---|---|
| Efectividad Pensión | 2008 | 7 | 29 |
| Nacimiento | 1951 | 4 | 6 |
| Edad al Retirarse | 57 | 3 | 23 |

### Fracción de Tiempo Docente

| | | | | | |
|---|---|---|---|---|---|
| Años | 0 | x | 240 | = | - |
| Meses | 0 | x | 20 | = | - |
| Semanas | 0 | x | 5 | = | - |
| Días | 0 | x | 1 | = | - |
| | | | | | 0.0000 |

### Fracción de Tiempo No-Docente

| | | | | | |
|---|---|---|---|---|---|
| Años | 0 | x | 365 | = | - |
| Meses | 0 | x | 30 | = | - |
| 4 Sem | 0 | x | 29 | = | - |
| 3 Sem | 0 | x | 22 | = | - |
| 2 Sem | 0 | x | 15 | = | - |
| 1 Sem | 0 | x | 7 | = | - |
| Días | 0 | x | 1 | = | - |
| | | | | | 0.0000 |

### DATOS APORTACION 9%

Fecha Cese Descuento

Preparado por: Nombre

Firma Fecha

Revisado por: Nombre

Firma Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 3 | 0 | 1 |

Rev.GIFT 10-MAR-08

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

Mes-Día-Año
Fecha Radicación: 6-jun-08
Fecha Vencimiento: 8-sep-08

Núm de Caso: 0275

# INFORME RENTA ANUAL VITALICIA

RIVERA CONCEPCION,JACOB — Apellido Paterno, Materno, Nombre e Inicial

redacted 9423 — Seguro Social

Sexo: ☐ Femenino ☑ Masculino

redacted 1951 — Fecha Nacimiento (Mes-Día-Año)

BAYAMON - ELEMENTAL — Categoría y Pueblo

Ley 91 del 2004 — Retiro Ley Núm.

Dirección Postal: URB MARTORELL
F 9 CALLE JOSE DE DIEGO
DORADO PR 00646

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida ☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | | |
| 57 | 3 | 23 | 30 | 3 | 0 | 1 | $ 53,892.40 | $ 1,877.71 | $ 22,532.52 |

Fecha de Renuncia (Mes-Día-Año): 28-jul-08 — Último Día de Pago: 28-jul-08
Fecha Efectividad Pensión (Mes-Día-Año): 29-jul-08 — Cierre de Nómina: 27-ago-08
Fecha Primer Pago Pensión (Mes-Día-Año): 15-Sep-08 — Importe $ 1,877.71
Pago Global Retroactivo: Desde 29-jul-08 Hasta 31-ago-08 Importe Total $ 2,059.42

## DESGLOSE DE DESCUENTOS

| | Clave | PAGO GLOBAL Descuento | PAGO MENSUAL Descuento |
|---|---|---|---|
| Importe Total (Bruto) | | $ 2,059.42 | $ 1,877.71 |
| Menos Descuentos: Préstamos: | | | |
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | 525.22 | 525.22 |
| Finanzas | 67-059 | - | |
| | | - | |
| Aport. Individual 9% (Clave 26-001) | | | - |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 1,534.20 | $ 1,352.49 |

Bonos:
☐ Bono Verano (PBV) ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS SEP 2 3 2008 NOMBRE: MARIANELA GONZALEZ MARTINEZ

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES — Nombre del Empleado — Firma — 19-AGO-08 Fecha
NOMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — 21/8/08 Fecha

## PREINTERVENCIÓN DE DOCUMENTOS

Verificación de: ☑ Exactitud ☑ Legalidad ☑ Firmas ☐ Otros

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS AUG 2 0 2008 NOMBRE: FIRMA: Brendally Ledoux Mirabal

## USO DIRECTOR(A) AREA RETIRO

Aprobado por: Wanda Santiago López — Nombre Director(a) o Representante Autorizado
Firma — 21/agosto/08 Fecha (Mes-Día-Año)

## USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes 9 ☑ 1ra ☐ 2da — Nómina Pago Global Mes Oct ☑ 1ra ☐ 2da ☐ Off Cycle ☑ Pay Line

Nombre Empleado: Wanda I Rodriguez Mirabal — Firma — 8-25-08 Fecha (Mes-Día-Año)
Nombre Empleado: PEGGY FRANCO RAMIREZ — Firma — 25/sept/08 Fecha (Mes-Día-Año)

Juan Agosto Castro — Nombre Supervisor — Firma — 8-Octubre 2008 Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

9 de enero de 2020

# CERTIFICACION

Certifico que : JACOB RIVERA CONCEPCION

Seguro Social : redacted-9423

Categoría : MAESTRO NIVEL ELEMENTAL (4-6)

Distrito Escolar : BAYAMON II_

Sueldo Mensual : $2,730.00

Status : PERMANENTE

Observaciones :

Trabaja : N/A

Cesó : N/A

Renunció : Efectivo el 28 de julio de 2008

Otros : Jubilado. Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años y 9 meses. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza regular desde 11/11/1974.

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.