13 enero 2020

Robert Cruz Soto
Urbanización Brisas de Camuy
A-9 Camuy PR 00627
939-405-6838
TwntyFive26@gmail.com

Notificación de objeción

Tribunal de Distrito De Los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

Asunto:
Estado Libre Asociado de Puerto Rico
Numero de procedimiento 17 BK 3283-LTS

Título de la objeción Global
Nonagésima Octava objeción global

Esto es relacionado a la Reclamación # 230

El motivo para oponerme a la objeción global es que el E.L.A. y la Junta de

sistema de retiro de empleados públicos me adeudan 44,104.06 $.

También en el 2013 solicité la pensión por incapacidad Caso Núm: 2016-0204

Adjunto con esta reclamación evidencia de mis aportaciones al sistema de retiro de los empleados del Gobierno del E.L.A.