TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: **JUNTA DE REVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**, como representante de **ESTADO LIBRE ASOCIADO DE PUERTO RICO**, y otros, Deudores | PROMESA Título III No. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE. |

**RÉPLICA A LA CENTÉSIMA SEXTA OBJECIÓN GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REINVIDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** Rosa E. Pérez Agosto (en lo sucesivo, "la compareciente"), y muy respetuosamente **EXPONE, ALEGA y SOLICITA:**

La compareciente, es actualmente empleada del Estado Libre Asociado de Puerto Rico. Ejerce sus funciones como Procuradora General Auxiliar, en la Oficina del Procurador General, Departamento de Justicia, en San Juan, Puerto Rico. **ANEJO 1**. Desde el año 2003, ha cotizado para el Sistemas de Retiro de los Empleados del Gobierno y la Judicatura, "Sistema de Retiro".

El 29 de junio de 2018, la compareciente presentó ante este Foro una reclamación (*proof of claim*) por concepto de las aportaciones de esta al Sistema de Retiro, como consecuencia de la petición de quiebra del Gobierno de Puerto Rico en el presente Foro federal. **ANEJO 2**.

El diciembre de 2019, la compareciente recibió la notificación de deficiencia de su relamo presentado ante este Tribunal (Anejo A de la *Centésima sexta objeción*, Reclamos Deficientes). De los documentos recibidos surge que la reclamación número 70933 aparece con una suma indeterminada ("*Undetermined*") con la suma de $65,000.00. *Véase* Anejo A de la *Centésima sexta objeción*, págs. 151 (inglés) y 163 (español). La compareciente, por tanto, ha comprobado que su reclamo se menciona en el Anejo A de la Objeción Global. Este Tribunal solicita la evidencia acreditativa en cuanto a los reclamos y la suma, hasta este momento, indeterminada.

En cumplimiento con dicha orden, se aneja a esta moción copia de documentos obtenidos del Portal de Servicios en Línea del Sistema de la Administración de los Sistemas de Retiro de la compareciente, a saber: *Certificación de Balances de Aportaciones Estimadas* y *Estado de Cuenta Estimado*. **ANEJOS 3 y 4** de la Réplica. Los anteriores documentos fueron emitidos por la agencia y obtenidos con fecha del 23 de diciembre de 2019. Ellos constituyen la evidencia clara y contundente del reclamo de la compareciente, en específico, de los servicios concretos prestados por esta, el salario devengado, sus aportaciones al Sistema de Retiro al 23 de diciembre de 2019, entre otra información. Esta evidencia clarifica la responsabilidad que el Sistema de Retiro o cualquier otro deudor pueda tener en relación con la compareciente.

En resumen, los documentos aquí sometidos evidencian el balance de las aportaciones de la compareciente a la fecha de la certificación en una de $62,873.00; que esta comenzó a cotizar sus aportaciones al sistema de retiro el 28 de mayo de 2003. Nótese que la suma de las aportaciones cubre la cantidad aportada a la fecha de la última nómina procesada en el sistema.

Así, la reclamación de la compareciente contra el Sistema de, <u>es una reclamación válida y con cantidad definida y sustentada por evidencia</u>, la cual no debe ser objetada como deficiente ni

rechazada por este Honorable Tribunal en la vista a celebrarse el próximo 29 de enero del año en curso.

**POR TODO LO CUAL**, se solicita muy respetuosamente a este Honorable Tribunal que acepte esta radicación vía correo postal y se tome conocimiento de lo aquí expuesto y se dé por verificada y corregida la deficiencia notificada del reclamo (*proof of claim*) de la compareciente, de forma que se reconozca la validez de su reclamo con cantidad definida sustentada por la debida evidencia.

**RESPETUOSAMENTE SOMETIDA**.

En San Juan, Puerto Rico, a 10 de enero de 2020.

f/ Rosa Elena Pérez Agosto

**N O T I F I C A C I Ó N**

**CERTIFICO:** Que se ha enviado por correo postal copia de la moción de autos a:

Secretaría (Clerk's Office).
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado del Comité de Acreedores
**PAUL HASTINGS LLP**
200 Park Avenue
Nueva York, NY 10166
A/A: Luc A. Despins
James Bliss
James Wothington
G. Alexander Bongartz

Abogado de la Junta de Supervisión
**PROSKAUER ROSE LLP**
Eleven Times Square

Nueva York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
A/A: Martin J. Bienenstock
Brian S. Rosen

En San Juan, Puerto Rico, a 10 de enero de 2020.

**Rosa Elena Pérez Agosto**
8 Lirio St.
Apt. 5D
Cond. Mar Azul
Carolina, Puerto Rico 00979