Anejo 1



Estado Libre Asociado de Puerto Rico
**TRIBUNAL SUPREMO**
*Secretaría*
P.O. Box 9022392
San Juan, Puerto Rico 00902-2392

## CERTIFICACIÓN DE EMPLEO DE ABOGADO(A) QUE LABORA EN EL SERVICIO PÚBLICO

Certifico que __Rosa E. Pérez Agosto__ es empleado(a) de esta entidad gubernamental; que no ha presentado carta de renuncia a la fecha de esta certificación ni esta entidad gubernamental contempla al presente separarlo(a) del servicio; que por la naturaleza del cargo le aplica la prohibición de ejercer la práctica privada de la profesión; y que la información provista en esta certificación es correcta.

Estatus del(de la) abogado(a):

☐ Ocupa un cargo público mediante nombramiento a término que vence el ___/___/____
   día  mes  año

☒ Nombramiento como empleado(a) a tiempo completo

Nombre de la entidad gubernamental: __Departamento de Justicia__

Información de contacto de la persona autorizada que emite esta certificación:

Nombre completo: __Lcdo. Christian A. Castro-Plaza__  Cargo que ocupa: __Sec. Aux. RH Interino__

Teléfono: __787-721-2900__  Correo electrónico: __ccastro@justicia.pr.gov__

Firma: _____  Fecha de la certificación: __05__/__11__/__2019__
   día  mes  año

Anejo 2

# Electronic Proof of Claim

Adobe Sign Document History    06/29/2018

| | |
|---|---|
| Created: | 06/29/2018 |
| By: | Puerto Rico Claims (prclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgNpSY5q0H1cs3irAyx0IkgV2DEetTQJY |

## "Electronic Proof of Claim" History

- Widget created by Puerto Rico Claims (prclaims@primeclerk.com)
  06/29/2018 - 10:52:48 AM EDT

- Widget filled in by Rosa E. P'erez Agosto (lenitaperez@yahoo.com)
  06/29/2018 - 11:07:14 AM EDT- IP address: 65.23.213.182

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.99 Safari/537.36)
  06/29/2018 - 11:07:17 AM EDT- IP address: 65.23.213.182

- Signed document emailed to Puerto Rico Claims (prclaims@primeclerk.com) and Rosa E. P'erez Agosto (lenitaperez@yahoo.com)
  06/29/2018 - 11:07:17 AM EDT

Prime Clerk    POWERED BY Adobe Sign

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: Aporaciones al Plan de Retiro de los Empleados del Gobierno de Puerto Rico |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Signature: *Rosa E. Perez Agosto*
Rosa E. P'erez Agosto (Jun 29, 2019)

Signature / Firma_____  Email: lenitaperez@yahoo.com

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Rosa E. Perez
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: 8 Lirio St. Apt. 5D Cond.
Number / Número    Street / Calle

Carolina                              PR         00979
City / Ciudad                      State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto (787) 528-7351    Email / Correo electrónico 00979

---

Modified Official Form 410                Proof of Claim                page 4



### GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ROSA PEREZ AGOSTO**  
EL MONTE SUR PH-16  
190 HOSTOS  
SAN JUAN, PR 00918

Seguro Social: XXX-XX-0522

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE JUSTICIA |
| Años de Servicio: | 13.11 |
| Balance de Aportaciones: | $62,873.41 |

Esta certificación fue emitida el 23 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122346137059

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov

Anejo 4

# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de diciembre de 2019

**Agencia: 148 - DEPARTAMENTO DE JUSTICIA**

ROSA PEREZ AGOSTO
EL MONTE SUR PH-16
190 HOSTOS
SAN JUAN, PR 00918

**Seguro Social: XXX-XX-0522**

A base de la información en nuestros registros, al 23 de diciembre de 2019 usted posee:

**Fecha de Nacimiento:** 20 de octubre de 1973       **Género: Femenino**
**Fecha de Ingreso al Servicio Público:** 28 de mayo de 2003
**Fecha de Comienzo de Cotización:** 28 de mayo de 2003

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 9.11 |
| Aportaciones: | $33,251.94 |
| Intereses: | $1,818.49 |
| Gastos Teneduría: | ($55.42) |
| Total Aportaciones: | $35,070.43 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 13.11 |
| Aportaciones: | $54,107.52 |
| Intereses: | $8,554.98 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $62,662.50 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov