**Rosa Elena Pérez Agosto**
8 Lirio St.
Apt. 5D
Cond. Mar Azul
Carolina, Puerto Rico 00979



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 10, 20
AMOUNT
$1.15
R2304E105350-95

Secretaría (Clerk's Office).
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 JAN 13 PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR