Tribunal de Distrito de Estados Unidos
Para el Distrito de Puerto Rico

En el Asunto de:

Junta de Supervisión y Administración Financiera Para Puerto Rico, como Representante de

Estado Libre Asociado de P.R. y otros,

Deudores.

Promesa, Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

La Presente radicación guarda relación con el ELA, la ACT, y el SRE.

Notificación de la Centésima Décima Novena objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de P.R. A varios Reclamos deficientes

Efraín O. Cornier Lámara
(787) 638-2355
#Claim 7942
email - omar2050@gmail.com