**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CORNIER LANCARA, EFRAIN O | 7942 | 4/20/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CORNIER LANCARA, EFRAIN O | 7942 | 4/20/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

# Aportaciones al Retiro Efrain O. Cornier Láncara

## Claim # 7942

| Month | Year | Salario | Aportación Retiro |
|---|---|---|---|
| January | 2011 | $674.98 | $55.86 |
| February | 2011 | $1,860.00 | $153.92 |
| March | 2011 | $1,860.00 | $153.92 |
| April | 2011 | $1,860.00 | $76.96 |
| May | 2011 | $1,860.00 | $153.92 |
| June | 2011 | $1,741.00 | $144.07 |
| July | 2011 | $1,622.00 | $134.22 |
| August | 2011 | $1,622.00 | $134.22 |
| September | 2011 | $1,622.00 | $134.22 |
| October | 2011 | $1,622.00 | $134.22 |
| November | 2011 | $1,622.00 | $134.22 |
| December | 2011 | $1,622.00 | $134.22 |
| January | 2012 | $1,622.00 | $134.22 |
| February | 2012 | $1,622.00 | $134.22 |
| March | 2012 | $1,622.00 | $134.22 |
| April | 2012 | $1,622.00 | $134.22 |
| May | 2012 | $1,622.00 | $134.22 |
| June | 2012 | $2,433.00 | $201.33 |
| July | 2012 | $811.00 | $67.11 |
| August | 2012 | $1,860.00 | $153.92 |
| September | 2012 | $1,860.00 | $153.92 |
| October | 2012 | $1,860.00 | $153.92 |
| November | 2012 | $1,860.00 | $153.92 |
| December | 2012 | $1,860.00 | $153.92 |
| January | 2013 | $1,860.00 | $153.92 |
| February | 2013 | $1,860.00 | $153.92 |
| March | 2013 | $1,860.00 | $153.92 |
| April | 2013 | $1,860.00 | $153.92 |
| May | 2013 | $1,860.00 | $153.92 |
| June | 2013 | $1,860.00 | $153.92 |
| July | 2013 | $1,860.00 | $186.00 |
| August | 2013 | $1,860.00 | $186.00 |
| September | 2013 | $1,860.00 | $186.00 |
| October | 2013 | $3,720.00 | $372.00 |
| November | 2013 | $0.00 | $0.00 |
| December | 2013 | $1,860.00 | $186.00 |

| Resumen por año | Total aportado al Retiro |
|---|---|
| 2011 | $1,543.97 |
| 2012 | $1,709.14 |
| 2013 | $2,039.52 |
| 2014 | $2,232.00 |
| 2015 | $2,232.00 |
| 2016 | $2,232.00 |
| 2017 | $2,148.30 |
| 2018 | $1,897.20 |
| 2019 | $1,897.20 |
| Total | $17,931.33 |



| January | 2014 | $1,860.00 | $186.00 |
|---|---|---|---|
| February | 2014 | $1,860.00 | $186.00 |
| March | 2014 | $1,860.00 | $186.00 |
| April | 2014 | $1,860.00 | $186.00 |
| May | 2014 | $1,860.00 | $186.00 |
| June | 2014 | $1,860.00 | $186.00 |
| July | 2014 | $1,860.00 | $186.00 |
| August | 2014 | $1,860.00 | $186.00 |
| September | 2014 | $1,860.00 | $186.00 |
| October | 2014 | $1,860.00 | $186.00 |
| November | 2014 | $1,860.00 | $186.00 |
| December | 2014 | $1,860.00 | $186.00 |

| January | 2015 | $1,860.00 | $186.00 |
|---|---|---|---|
| February | 2015 | $1,860.00 | $186.00 |
| March | 2015 | $1,860.00 | $186.00 |
| April | 2015 | $1,860.00 | $186.00 |
| May | 2015 | $1,860.00 | $186.00 |
| June | 2015 | $1,860.00 | $186.00 |
| July | 2015 | $1,860.00 | $186.00 |
| August | 2015 | $1,860.00 | $186.00 |
| September | 2015 | $1,860.00 | $186.00 |
| October | 2015 | $1,860.00 | $186.00 |
| November | 2015 | $1,860.00 | $186.00 |
| December | 2015 | $1,860.00 | $186.00 |

| January | 2016 | $1,860.00 | $186.00 |
|---|---|---|---|
| February | 2016 | $1,860.00 | $186.00 |
| March | 2016 | $1,860.00 | $186.00 |
| April | 2016 | $1,860.00 | $186.00 |
| May | 2016 | $1,860.00 | $186.00 |
| June | 2016 | $1,860.00 | $186.00 |
| July | 2016 | $1,860.00 | $186.00 |
| August | 2016 | $1,860.00 | $186.00 |
| September | 2016 | $1,860.00 | $186.00 |
| October | 2016 | $1,860.00 | $186.00 |
| November | 2016 | $1,860.00 | $186.00 |
| December | 2016 | $1,860.00 | $186.00 |

| January | 2017 | $1,860.00 | $186.00 |
|---|---|---|---|
| February | 2017 | $1,860.00 | $186.00 |
| March | 2017 | $1,860.00 | $186.00 |
| April | 2017 | $1,860.00 | $186.00 |
| May | 2017 | $1,860.00 | $186.00 |
| June | 2017 | $1,860.00 | $186.00 |

| Month | Year | Amount | Amount |
|---|---|---|---|
| July | 2017 | $1,860.00 | $186.00 |
| August | 2017 | $3,720.00 | $372.00 |
| September | 2017 | $0.00 | $0.00 |
| October | 2017 | $1,860.00 | $158.10 |
| November | 2017 | $1,860.00 | $158.10 |
| December | 2017 | $1,860.00 | $158.10 |
| January | 2018 | $1,860.00 | $158.10 |
| February | 2018 | $1,860.00 | $158.10 |
| March | 2018 | $1,860.00 | $158.10 |
| April | 2018 | $1,860.00 | $158.10 |
| May | 2018 | $1,860.00 | $158.10 |
| June | 2018 | $1,860.00 | $158.10 |
| July | 2018 | $1,860.00 | $158.10 |
| August | 2018 | $2,790.00 | $237.15 |
| September | 2018 | $930.00 | $79.05 |
| October | 2018 | $1,860.00 | $158.10 |
| November | 2018 | $1,860.00 | $158.10 |
| December | 2018 | $1,860.00 | $158.10 |
| January | 2019 | $1,860.00 | $158.10 |
| February | 2019 | $1,860.00 | $158.10 |
| March | 2019 | $1,860.00 | $158.10 |
| April | 2019 | $1,860.00 | $158.10 |
| May | 2019 | $1,860.00 | $158.10 |
| June | 2019 | $1,860.00 | $158.10 |
| July | 2019 | $1,860.00 | $158.10 |
| August | 2019 | $1,860.00 | $158.10 |
| September | 2019 | $1,860.00 | $158.10 |
| October | 2019 | $1,860.00 | $158.10 |
| November | 2019 | $1,860.00 | $158.10 |
| December | 2019 | $1,860.00 | $158.10 |
| | | $196,481.98 | $17,931.33 |

INTAKE DROP BOX RECEIVED & FILED 2020 JAN 13 PM 2:14 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN