Para el Distrito De Puerto Rico

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 13 PM 4:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

En el asunto de:
Junta De Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de P. Rico y otros Deudores

Promesa
Título III
Num. 17 BK 3283-LTS
(Administrado Conjuntamente)

La Presente Radicación guarda relación con el ELA, La ACT y el SRE.

Notificación de la Centésima Décima Tercera Objeción Global (No sustantiva) Del Estado Libre Asociado de Puerto Rico, De La Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los empleados de Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los que se alegan intereses sobre la Base unas Leyes Puertorriqueñas No Especificada

Adjunto documentos que se me solicitaron que respaldan me reclamación, donde se especifica el Balance Acumulado por sistema de Retiro al año 2013.

Luis M. Castro Estudo
Urb. Vistas de Rio Grande I
#192 Rio Grande, Puerto Rico
00745
Tel. 787 949-9222