1/9/2020

Yo Angel L. Rivera Maldonado Trabaje por 30 años en el Depto Salud Tengo derecho al aumento que nos concedió el Sr. Carlos Romero Barceló Gobernador de P.R. para aquel entonce. Le envío la carta como evidencia del Aumento.

Num. de Reclamo 64424



RECEIVED & FILED CLERK'S OFFICE
JAN 13 2020
US DISTRICT COURT SAN JUAN, PR