Angel L. Rivera Maldonado
Urb: La Lula C-12 M.27
Ponce, P.R-00730

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
JAN 09, 20
AMOUNT
$6.85
9303S101289-21

1000

RECEIVED & FILED
2020 JAN 13 PM 5: 32
U.S. BANKRUPTCY COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

CERTIFIED MAIL
7019 1640 0001 2136 8375