Yo Angélica Rivera Iriguy                    1/9/2020
Trabaje para el Departamento de Educación por 27 años
Tengo derecho al aumento que nos concedió el Señor Carlos Romero Barceló ex Gobernador de P.R.
num – 88131

RECEIVED & FILED CLERK'S OFFICE JAN 13 2020 US DISTRICT COURT SAN JUAN, PR