Angélica Rivera Irizarry
Urb. La Lula Calle 12 M-27
Ponce, P.R. 00730




U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
JAN 09, 20
AMOUNT
$6.85
R2303S101289-21

1000    00918



CERTIFIED MAIL

7019 1640 0001 2136 8368

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 JAN 13 PM 5:32
RECEIVED
CLERK'S OFFICE
SAN JUAN