January 9, 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Dear gentlemen

In reference to claim number 1045, I urgently need additional time to comply with your requirements for additional information.

The reason for my request respond to very particular circumstances, such as:

    A) Went thru complex surgery (evidence provided…)
    B) Change of residence, responding to an emergency.

I should point out that your original request for detailed information was complied with as per your instructions, shortly after, another request and to be satisfied, making this the third time detailed information has been sent to your offices.

I respectfully request additional time, in order to contact and request the information from the local agencies concerned.

Respectfully

Pedro A. Casiano

✱ No attachments included
CJ, Clerk's Office

RECEIVED & FILED
2020 JAN 13 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN