

Pedro A. Casiano Ayala
HC-2 Box 5172
Coamo, PR 00769-9682

Clerk's Office
United States District Court
Room 150 Federal Building
150 Avenida Carlos Chardon, San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 13 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
00769
JAN 09 20
AMOUNT
$6.30
R2303S100832-09

7017 3040 0000 5719 6990

CERTIFIED MAIL