6/1/2020

POR ESTE MEDIO YO ALBERTO FELICIANO VARELA INFORMO LO SIGUIENTE:

LUEGO DE TRABAJAR POR 33 AÑOS EN LA POLICIA DE P.R. AL RETIRARME O PENSIONARME NO ME HICIERON EL DEBIDO AJUSTE DE SUELDO POR CONSIGUIENTE DESDE AGOSTO DEL 2011 RETIRO ME A ESTADO PAGANDO LA CANTIDAD DE $2070 MENSUAL CUANDO EN REALIDAD ES MAS LA CANTIDAD QUE TENDRIA QUE PAGARME.

EN ENERO DEL 2019 LA POLICIA RECONOCIENDO ESTO ME PAGO LA CANTIDAD DE $10,997.44, FALTA AHORA QUE RETIRO EN BASE A ESTO ME AUMENTE LA PENSION Y ME PAGUE RETROACTIVO LA DIFERENCIA DESDE AGOSTO DEL 2011

ALBERTO FELICIANO
Tel. 787-484-3645

[Stamp: RECEIVED 2020 JAN 13 PM 5:40 U.S. DIS... SAN...]