| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| -ZA | 006338 | 19-141 | SEI88 | 0003437467 | 1 |

# Earnings Statement 



**POLICIA DE PUERTO RICO**
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

Period Ending: 01/15/2019
Pay Date: 01/14/2019

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: Tax Exempt
 PR: $3500 Annual Exemption

ALBERTO FELICIANO VARELA
BO CALLEJONES
BZN 3829
LARES PR 00669

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Ajuste Salarios | | | 13,014.73 | 13,014.73 |
| **Gross Pay** | | | **$13,014.73** | 13,014.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | PR State Income Tax | -911.03 | 911.03 |
| | Other | | |
| | Plan De Retiro | -1,106.26 | 1,106.26 |
| **Net Pay** | | **$10,997.44** | |
| **Net Check** | | **$10,997.44** | |