Albus F...
Bo. Collejones BZN-3829
Lares, P.R. 00669



RECEIVED & FILED
2020 JAN 13 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TRIBUNAL DTTO. DE ESTADOS UNIDOS

ROOM 150 FEDERAL BUILDING

SAN JUAN P.R. 00918-1767