7015 0640 0003 8949 9962

Carmen Montes Moresque
PO Box 1885
Añasco, P.R. 00610

U.S. POSTAGE PAID
FCM LETTER
AÑASCO, PR
00610
JAN 10, 20
AMOUNT
$6.45
R2305K131934-03

00918

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Federal Building
Room 150
San Juan, Puerto Rico 00918-1767

RECEIVED & F
2020 JAN 13 PM
CLERK'S OFFICE
DISTRICT COURT
S. JUAN P.R.