Elisa Morales Morales
Parcelas Van Scoy
1-5 calle 12
Bayamón, PR 00957
Tel. (787) 279-3952
SS. REDACTED 2470

1/10/2020
5/29/2018
MBK 03566 LTS
Sistema de Retiro
de los Empleados del
Gobierno del Estado
Libre asociado de
Puerto Rico.
30439
$ 86,000.00

Yo les escribo esta para responder a su notificación donde me informa que devido a que la evidencia de la reclamación no fue sometida con la solicitud de reclamación no me han podido representar legarmente contra los deudores. Porque no pueden determinar si mi reclamo es valido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre asociado de Puerto Rico. Pues devido a que en Puerto Rico han habido una serie de Teremotos, yo no puedo darles una evidencia. Ya que la evidencia yo la tengo en el edificio del Departamento de Hacienda donde Trabajo en San Juan Puerto Rico. Aparentemente el edificio donde yo trabajo sufrio daño con el Teremoto y no nos dejan entrar a este. Yo les are llegar la evidencia cuando me permitan entrar al edificio.

att Elisa Morales

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2020 JAN 13 PH 5:33
RECEIVED