

Lisa Morales Morales
Urb. Van Scoy
F-5 Calle 12
Bayamón, PR 00957

7019 1640 0000 8582 5297

CERTIFIED MAIL

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 JAN 13 PM 3:33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00957
JAN 10, 20
AMOUNT
$4.05
R2305H126974-13

00918-170825