TRIBUNAL DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el Asunto de:

JUNTA DE SUPERVISION Y
ADMINISTRACION PARA
PUERTO RICO

PROMESA, TITULO III
NUM. 17 BK 3283-LTS
(ADMINISTRADAS
CONJUNTAMENTE)
La presente radicación guarda
Relación con el ELA, la ACT y el SRE

Como representante de:

ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y OTROS,

### REPLICA AL AMPARO DE TITULO III DE PROMESA ANTE RECLAMACION VALIDA ANTE EL SISTEMA DE RETIRO DE EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y EN OPOCICION A LA ABJECION GLOBAL ANTE LA FRIVOLA ALEGACION DE LOS DEUDORES QUE INDICAN QUE EL RECLAMO ES DEFICIENTE, CON EL PROPOSITO DE EVADIR LA CUANTIA DE LOS MISMOS

AL HONORABLE TRIBUNAL:

Comparece CARLOS E. IRIZARRY RIVERA **Por derecho propio** y al Honorable Tribunal muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que mi nombre es el antes mencionado, Mayor de edad, Vecino de Arecibo, con dirección Postal P.O. Box 140621, Arecibo, Puerto Rico ,00614.

2. **Que mi correo electrónico es el irizarry.carlos@yahoo.com**

3. Que soy la parte **apelante en la reclamación #32733**, con **fecha del 29 de Mayo de 2018, siendo al Sistema de Retiro de los Empleados de Gobierno del Estado Libre Asociado de Puerto Rico** con el **monto de ciento Seis mil seiscientos cuarenta y nueve dólares con ocho centavos ($106,649.08).**

4. Que esta es **por concepto de pagos y aportaciones a los Sistemas de retiro que he realizado desde los comienzos como**

**empleado público en el Gobierno de Puerto Rico.**

5. Que la misma, se desglosa en pagos al sistema mediante el descuento de nomina de la agencia de Gobierno (Departamento de Corrección y Rehabilitación) **que al 30 de junio de 2017, es por la cantidad de cincuenta tres mil seiscientos treinta y nueve dólares con cincuenta y ocho centavos $53,639.58, que fue lo que aporte pagando**, siendo descontado de mi salario de manera mensual y **a tales efectos y ante la negativa de los deudores alegan no tener determinado que yo como reclamante tengo reclamación valida, se emite certificación de los Sistemas de Retiro de los Empleados Públicos numero ASR 20191220460969992, o sea, el deudor.**

6. **Que desde los comienzos como empleado público del Gobierno, mediante disposición de ley y aparte de lo que yo pague, el gobierno aporto para mi retiro la cantidad de cincuenta y tres mil nueve dólares con cincuenta centavos ($53,009.50), para el pago de la misma, dinero que sale evidenciado en cada talonario de salario como "Beneficio Pagado" y sumado a las cantidades tanto de este inciso seis como del inciso 5, totalizan $106,649.08.**

7. Que **solicitamos se admitan las cantidades mencionadas y que se eliminen de la objeción global ( NO SUSTANTIVA), toda vez , se tiene evidencia de las cantidades , siendo presentadas ante este foro judicial, así como los deudores reconozcan la deuda y la reclamación al amparo de la ley.**

**POR TODO LO CUAL**, solicitamos del Honorable Tribunal tome conocimiento de lo aquí informado y provea según lo solicitado, con cualquier Otro pronunciamiento que en Derecho proceda.

**RESPETUOSAMENTE SOMETIDA**

En Arecibo, Puerto Rico a 2 de Enero de 2020.

**CARLOS E. IRIZARRY RIVERA**

TELEFONO: (939)- 400-2534