Carlos E. Irizarry Rivera
P.O. Box 140621
Arecibo, PR 00614-0621

U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JAN 10, 20
AMOUNT
$0.70
R2305M144889-17

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2020 JAN 13 PM 5:32
RECEIVED & FILED