Quebradillas, P.R.
10 de enero de 2020

Secretaría (*Clerrk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

A quién pueda interesar:

Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo *104930* en contra del Estado Libre Asociado de P.R. De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R. *101579*

Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- *Zoraida Saavedra Barreto*

Dirección- *40622 Carr. 478 Bo. San Antonio - Quebradillas, P.R.*

Fecha de nacimiento y lugar- *23 junio 1949 - Quebradillas, P.R.*

Posición ocupada en D.E. de P.R. *maestra escuela elemental*

Maestra escuela elemental- *Distrito Escolar Quebradillas, P.R.*

Sueldo al momento de retiro- *$1,800.00 (mensual)*

Sueldo de pensionada- *$1222.85*

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
_____ Ley 180 aumento de 3% por costo de vida _____
_____ Ley 96- junio 2002 aplicada a julio 2002 _____
__x__ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al *787-378-7828* Dirección postal: *40622 Carr. 478 Bo. San Antonio - Quebradillas, P.R. 00678-9448*

Att *Zoraida Saavedra Barreto*

Quebradillas, P.R.
10 de enero de 2020

Abogado del Comité de Acreedores (*Counsel for the Creditor's Committee*)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

A quién pueda interesar:

Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo _104930_ en contra del Estado Libre Asociado de P.P. De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R. _101579_

Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- _Zoraida Saavedra Barreto_

Dirección- _40622 Carr. 478 Bo. San Antonio_

Fecha de nacimiento y lugar- _23 de junio 1949 - Quebradillas, P.R._

Posición ocupada en D.E. de P.R. _Maestra escuela elemental_

Maestra escuela elemental- _Distrito Quebradillas, P.R._

Sueldo al momento de retiro- _$1,800.00_

Sueldo de pensionada- _$1,122.85 (mensual)_

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
_X_ Ley 180-¹aumento de 3% por costo de vida _junio 2003_
___ Ley 96- junio 2002 aplicada a julio 2002 _____
___ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al _787-378-7828_ Dirección postal: _40622 Carr. 478 Quebradillas P.R._

Att _Zoraida Saavedra Barreto_

Quebradillas, P.R.

10 de enero de 2020

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

A quién pueda interesar:

Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo _104930_ en contra del Estado Libre Asociado de P.P. De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R.   _101579_

Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- _Zoraida Saavedra Barreto_

Dirección- _40622 Carr. 478 Quebradillas, P.R._

Fecha de nacimiento y lugar- _23 junio 1949 - Quebradillas, P.R._

Posición ocupada en D.E. de P.R. _maestra escuela elemental_

Maestra escuela elemental- _Distrito Escolar Quebradillas, P.R._

Sueldo al momento de retiro- _$1,800.00_

Sueldo de pensionada- _$1,222.85 (mensual)_

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
_____ Ley 180 aumento de 3% por costo de vida _____
__x__ Ley 96- junio 2002 aplicada a julio 2002 _____
_____ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al _787-378-7828_ Dirección postal: _40622 Carr. 478 Bo. San Antonio Quebradillas, P.R. 00678-9448_

Att