*Número de Evidencia de Reclamación:*
*Reclamante:*

Loraida Saavedra Barreto
40622 Carr. 478
Quebradillas, P.R. 00678-

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este — Ley 96 — junio 2002 aplicada a julio 2002

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico  Ley-1801

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)  Ley - 164 -

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   $20,400.00 (Ley 96)  Ley 1801 $7,027.20 — año 2003
   Ley - 164  $18,000.00 — julio 2003
   Ley - 96  — 20,400. — junio 2002

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Educación de Puerto Rico*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *Desde julio 2002 - hasta el presente*

3(c). Últimos cuatro dígitos de su número de seguro social: *7306*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☑ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

*Incumplimiento Ley 1801- año 2003 - Incumplimiento Ley 96 junio 2002- aplicada julio 2002- Ley 164 - julio 2003*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o *Aplicada enero 2003* pendiente de resolución?
   ☐ No.
   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
*Departamento Educación Estado Libre Asociado de P.R.*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
*Clerk's Office - Tribunal Distrito E.U. @ Abogado del Comité de Acreedores*

*Park Ave. Nueva York, N 10*

4(c). Número de caso: *101579 - 104930*

4(d). Título, epígrafe, o nombre del caso:
*Reclamación en contra la objeción del E.L.A. a cumplir con las leyes 1801- año 2003*
*96 - junio 2002*
*164 - julio 2003*

*Abogado de la Ji de Supervisión Proskauer Rose LL Nueva York, Nueva Yor 10036-8*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_Pendiente de resolución, en apelación_

4(f). ¿Tiene usted una sentencia impaga? Sí / ~~No~~ (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3