Secretaria (Clerrk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan   Puerto Rico 00918-1767



Zoraida Saavedra Barreto
HC 22 Carr. 478
Quebradillas, P.R. 00678