9 de enero de 2020

Replica a la Objeción Global

Demandante: Mercedes Martínez Santiago
Dirección: HC07 BOX 2391, Ponce, Puerto Rico
Teléfono: (787) 692-1692
Correo electrónico: chelo2391@yahoo.com

Epígrafe:
   A) Tribunal: secretaría (Clerk Office) Tribunal de distrito de los Estados Unidos Room 150 Federal Building, San Juan, Puerto Rico 00918-1767
   B) Deudores: Estado Libre Asociado de Puerto Rico (ELA). Numero de procedimiento de quiebra: 17 BK 3283- LTS
   C) Número de reclamo: 83900

   D) Motivo para oponerse a la objecion global:

Entiendo que durante mi incumbencia como maestra del Departamento de Educación pública de Puerto Rico la honorable legislatura de Puerto Rico legisló para otorgar beneficios económicos para los empleados públicos las cuales no han sido debidamente aplicada. Razón por la cual no he recibido la totalidad de los beneficios que esas leyes me otorgan. Entre estas leyes están:

1) Ley #89 del 12 de Julio de 1979: Ley de retribución uniforme. Que concedia aumento de $25 por mes a los empleados públicos.
2) Ley #34 del 13 de junio del 1976: Ley por retribución por merito. Aumentaba el sueldo a $25 por mes.
3) Ley #180 Ley para retirados: Concedía un aumento del 3% anual.
4) Cualquier otra ley que se haya legislado en PR para otorgar benficios económicos a los empleados públicos que sea aplicable a mi caso.

La División de Nominas del Departamento de Educación es la entidad indicada para realizar los cálculos e informar los balances pendientes de pago.

*[firma]*
Mercedes Martínez Santiago