7019 0700 0002 2551 8700

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

RETURN RECEIPT
REQUESTED

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
COTO LAUREL, PR
00780
JAN 10, 20
AMOUNT
$6.30
R2305K134126-02

Barn Swallow

2020 JAN 13  PM 3

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECEIVED & FILED