**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT | Adv. Proc. No. 19-00356 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

1

| | |
|---|---|
| BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, )<br>)<br>and )<br>)<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )<br>)<br>as co-trustees of )<br>)<br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT 1M, *et al.*, )<br>)<br>Defendants. )  | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, )<br>)<br>and )<br>)<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )<br>)<br>as co-trustees of )<br>)<br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STOEVER GLASS & CO., *et al.*, | Adv. Proc. No. 19-00357 (LTS) |

2

| | |
|---|---|
| Defendant. ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE ) | Adv. Proc. No. 19-00359 (LTS) |
| FINANCIAL OVERSIGHT AND MANAGEMENT ) | |
| BOARD FOR PUERTO RICO, ACTING BY AND ) | |
| THROUGH ITS MEMBERS, ) | |
| ) | |
| and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF ALL TITLE III DEBTORS ) | |
| (OTHER THAN COFINA), ) | |
| ) | |
| as co-trustees of ) | |
| ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| GOVERNMENT OF PUERTO RICO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEFENDANT 1H-78H, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| THE SPECIAL CLAIMS COMMITTEE OF THE ) | Adv. Proc. No. 19-00361 (LTS) |
| FINANCIAL OVERSIGHT AND MANAGEMENT ) | |
| BOARD FOR PUERTO RICO, ACTING BY AND ) | |
| THROUGH ITS MEMBERS, ) | |
| ) | |
| and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF ALL TITLE III DEBTORS ) | |
| (OTHER THAN COFINA), ) | |
| ) | |
| as co-trustees of ) | |

3

```
THE EMPLOYEES RETIREMENT SYSTEM OF THE  )
GOVERNMENT OF PUERTO RICO,               )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )
                                         )
DEFENDANT 1G-50G, et al.,                )
                                         )
        Defendants.                      )
                                         )
------------------------------------------- X
```

**MOTION TO INFORM REGARDING APPEARANCES AT THE JANUARY 15, 2020 HEARING ON DISCOVERY MOTIONS FOR CERTAIN ERS BONDHOLDERS**

To the Honorable United Stated Magistrate Judge Judith G. Dein:

Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P. (the "ERS Bondholders"),[2] by and through their attorneys, hereby submit

---

[2] Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., and Oaktree Opportunities Fund IX (Parallel 2), L.P. hold through Opps Culebra Holdings, L.P. Oaktree Huntington Investment Fund II, L.P. holds through Oaktree Opportunities Fund X Holdings (Delaware), L.P. Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., and Oaktree Opportunities Fund X (Parallel 2), L.P. hold through Oaktree Opps X Holdco Ltd.

4

this informative motion in response to this Court's *Order Setting Procedures for January 15, 2020 Hearing* (Case No. 17-3283 ECF No. 9823, Case No. 17-3566 ECF No. 780, Adv. Pro. No. 19-356 ECF No. 73, Adv. Pro. No. 19-357 ECF No. 74, Adv. Pro. No. 19-359 ECF No. 49, Adv. Pro. No. 19-361 ECF No. 60), and respectfully state as follows:

Geoffrey S. Stewart, David R. Fox and Sarah Podmaniczky McGonigle, all of Jones Day, will appear in person and present oral argument on behalf of the ERS Bondholders at the January 15, 2020, hearing in Courtroom 8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

Matthew E. Papez of Jones Day will be present in Courtroom 8 but does not intend to present oral argument on behalf of the ERS Bondholders.

Respectfully submitted in San Juan, Puerto Rico, today January 14, 2020.

/s/ Alfredo Fernández-Martínez
Alfredo Fernández-Martínez
**DELGADO & FERNÁNDEZ, LLC**
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

David R. Fox (*pro hac vice*)
Sarah Podmaniczky McGonigle (*pro hac vice* pending)
**JONES DAY**
100 High Street, 21st Floor
Boston, MA 02140
Tel. (617) 960-3939
Fax: (617) 449-6999
drfox@jonesday.com
smcgonigle@jonesday.com

/s/ Geoffrey S. Stewart
Bruce Bennett (*pro hac vice*)
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, NY 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Matthew E. Papez (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3435
Fax: (202) 626-1700
gstewart@jonesday.com
mpapez@jonesday.com
ssooknanan@jonesday.com

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd, and SV Credit, L.P.*