9 de enero de 2020

Replica a la Objeción Global

Demandante: Julio Rivera Martínez
Dirección: HC07 BOX 2391, Ponce, Puerto Rico
Teléfono: (787) 438-3007
Correo electrónico: jurima51@yahoo.com

Epígrafe:
  A) Tribunal: secretaría (Clerk Office) Tribunal de distrito de los Estados Unidos Room 150 Federal Building, San Juan, Puerto Rico 00918-1767
  B) Deudores: Estado Libre Asociado de Puerto Rico (ELA). Numero de procedimiento de quiebra: 17 BK 3283- LTS
  C) Número de reclamo: 84455

  D) Motivo para oponerse a la objecion global:

No ponerme a la objeción global sería claudicar al derecho de que se haga justicia y se me trate conforme a lo estipulado en todas las leyes del Estado libre asociado de Puerto Rico. Fui un servidor del gobierno de Puerto Rico por espacio de 29 años y actualmente estoy recibiendo los beneficios de la pensión del Sistema de Retiro para Empleados Públicos. Desde los años setentas en adelante se ha legislado para otorgar beneficios a los empleados del Departamento de Educación, agencia para la cual me desempeñaba como educador durante toda mi vida, que a mi mejor entender no se me concedieron en su totalidad. En este momento no puedo ofrecer las cantidades exactas pero la Oficina de Pagaduría o la División de Nominas del Departamento de Educación sería la entidad indicada para ofrecer los dichos balances. Entre las leyes que a mi mejor entender no se han aplicado en su totalidad estan las siguientes:

1) Ley #89 del 12 de Julio de 1979: Ley de retribución uniforme. Que concedia aumento de $25 por mes a los empleados públicos.
2) Ley #34 del 13 de junio del 1976: Ley por retribución por merito. Aumentaba el sueldo a $25 por mes.
3) Ley #180 Ley para retirados: Concedía un aumento del 3% anual.
4) Cualquier otra ley que se haya legislado en PR para otorgar benficios económicos a los empleados públicos que sea aplicable a mi caso.

La División de Nominas del Departamento de Educación es la entidad indicada para realizar los cálculos e informar los balances pendientes de pago.

_____
Julio Rivera Martinez