Jose Luis Ortiz
HC-07 Box 2391
Ponce, P.R. 00731

7019 0700 0002 2551 8700

**CERTIFIED MAIL**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**RETURN RECEIPT REQUESTED**

UNITED STATES POSTAL SERVICE
1000
00918
U.S. POSTAGE PAID
FCM LETTER
COTO LAUREL, PR
00780
JAN 10, 20
AMOUNT
$6.30
R2305K134126-02

Secretaria Clerk
Jiménez Federal Building
Room 150, Federal Building
San Juan, P.R. 00918-1767

Barn Swallow

2020 JAN 13 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECEIVED & FILED