Quebradillas, P.R.

10 de enero de 2020

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

A quién pueda interesar:

    Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo __43794__ en contra del Estado Libre Asociado de P.P. De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R.

    Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- __Hilda L. Soberal Pérez__

Dirección- __25005 Carr. 437, Quebradillas, P.R. 00678__

Fecha de nacimiento y lugar- redacted __1946 - Quebradillas, P.R. 00678__

Posición ocupada en D.E. de P.R. __Maestra de Ed. Elemental__

Maestra escuela elemental- __Distrito de Quebradillas, P.R. 00678__

Sueldo al momento de retiro- __$2,445.00__

Sueldo de pensionada- __$797.97__

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
    _____ Ley 180- aumento de 3% por costo de vida _____
    __✓__ Ley 96- junio 2002 aplicada a julio 2002 _____
    _____ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al __787-895-4682__ Dirección postal: _____

Att

Quebradillas, P.R.
10 de enero de 2020

Secretaría (*Clerrk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

A quién pueda interesar:

    Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo __43794__ en contra del Estado Libre Asociado de P.P. De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R.

    Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- __Hilda L. Soberal Pérez__

Dirección- __25005, Carr. 437, Quebradillas, P.R., 00678__

Fecha de nacimiento y lugar- redacted __1946 - Quebradillas, P.R., 00678__

Posición ocupada en D.E. de P.R. __Maestra de Ed. Elemental__

Maestra escuela elemental- __Distrito de Quebradillas, P.R__

Sueldo al momento de retiro- __$2,845.00__

Sueldo de pensionada- __$797.97__

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
_____ Ley 180- aumento de 3% por costo de vida _____
_____ Ley 96- junio 2002 aplicada a julio 2002 _____
__✓__ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al __787-895-4682__ Dirección postal: __2005, Carr. 437 - Quebradillas, P.R., 00678__

Att

Quebradillas, P.R.
10 de enero de 2020

Abogado del Comité de Acreedores (*Counsel for the Creditor's Committee*)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

A quién pueda interesar:

Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo _43794_ en contra del Estado Libre Asociado de P.P. De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R.

Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- _Hilda L. Soberal Pérez_

Dirección- _25005 Carr. 437, Quebradillas, P.R. 00678_

Fecha de nacimiento y lugar- redacted _1946 - Quebradillas, P.R._

Posición ocupada en D.E. de P.R. _Maestra de Esc. Elemental_

Maestra escuela elemental- _Distrito de Quebradillas_

Sueldo al momento de retiro- _$2,445.00_

Sueldo de pensionada- _$797.97_

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
  _✓_ Ley 180- aumento de 3% por costo de vida _____
  _____ Ley 96- junio 2002 aplicada a julio 2002 _____
  _____ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al _787-895-4682_ Dirección postal: _25005 Carr. 437, Quebradillas, P.R, 00678_

Att