From: Hilda I. Soberal
25005 Carr. 437
Quebradillas, P.R.
00678

U.S. POSTAGE PAID
FCM LETTER
QUEBRADILLAS, PR
00678
JAN 11, 20
AMOUNT
$0.70
R2305K134386-09

1000   00918

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2020 JAN 13 PM 5:31
RECEIVED & FILED

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767