United States District Court
For The District Of Puerto Rico

In re:  
The Financial Oversight and  
Management Board For Puerto Rico,

    as representative of

The Commonwealth Of Puerto Rico, *et al.*,

    Debtors.1

PROMESA  
Title III

NO. 17 BK 3283-LTS  
CLAIM # 57605  
(Jointly Administered)

Datos de contacto: Jeannette Falcón Ayala  
HC 3 Box 7451  
Comerío, PR 00782  
787-390-0185  
jinifalcon@yahoo.com

Motivo para oponerse a la Objeción Global:

En estos momentos está pendiente en la Comisión Apelativa de Servicios Públicos, del Estado Libre Asociado de Puerto Rico, una Solicitud de Arbitrajes de Quejas y Agravios, en contra de la agencia el Departamento de la Familia, del Estado Libre Asociado de Puerto Rico. Esta querella implica un pago retroactivo del diferencial solicitado. El Departamento de la Familia, del Estado Libre Asociado de Puerto Rico, me adeuda ese dinero retroactivo. Favor dirigirse al anejo; Solicitud de Arbitraje de Quejas y Agravios num. 13 y 14.

Jeannette Falcón Ayala

