CASP-OS-009-B

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**

# SOLICITUD DE ARBITRAJE
# DE QUEJAS Y AGRAVIOS

| Caso Número: | Fecha: |
|---|---|
| AQ-14-14-922 | DEC - 9 2014 |

*No escriba en estos apartados. Para uso oficial solamente.*

**INSTRUCCIONES:** Someta el original y tres copias de esta Solicitud a la Comisión Apelativa del Servicio Público. Notifique copia a la otra Parte. De requerir más espacio en algún apartado, favor de continuar en un anejo haciendo referencia al número del apartado.

| 1. (a) Nombre de la Agencia:<br>Departamento de la Familia | Dirección postal:<br>P.O. Box 11398<br>San Juan, PR 00910 | Teléfono: (787) 294-4900<br>Fax: (787) 765-1743<br>Dirección electrónica: |
|---|---|---|
| (b) Nombre del abogado o representante:<br>Idalia Colón Rondón | Dirección postal:<br>P.O. Box 11398<br>San Juan, PR 00910 | Teléfono: (787) 294-4900<br>Fax: (787) 765-1743<br>Dirección electrónica: |
| 2. (a) Nombre de la Unión:<br>Unidad Apropiada B – Personal Profesional en Programas de Servicio Directo a la Clientela de los Empleados del Departamento de la Familia - Local 3234 SPU-Concilio 95/AFSCME | Dirección postal<br>P. O. Box 13695<br>San Juan, PR 00908-3695 | Teléfono: (787) 272-7222 al 7228<br>Fax: (787) 272-7229<br>Dirección electrónica: |
| (b) Nombre del abogado o representante:<br>Lcda. Genoveva Valentín Soto | Dirección postal:<br>P. O. Box 13695<br>San Juan, PR 00908-3695 | Teléfono: (787) 272-7222 al 7228<br>Fax: (787) 272-7231<br>Dirección electrónica:<br>gvalentin@spupr.com |
| 3. Nombre del empleado:<br>(Si la Solicitud es presentada por un empleado en su carácter individual) | Dirección postal: | Teléfono: ( ) -<br>Fax: ( ) -<br>Dirección electrónica: |

4. ¿Se cumplió con el procedimiento establecido en el convenio colectivo antes de solicitar arbitraje?    SÍ [X]    NO [ ]

5. Cantidad de Empleados afectados por esta controversia:    Wanda I. Pérez Santana y otras 11 (12)

6. Período de vigencia del convenio:    fecha de efectividad: 3/julio/2012    fecha de vencimiento: 3/julio/2015

7. Disposiciones aplicables del convenio:    Artículo XLVIX - Diferencial

8. ¿Esta solicitud es sometida por acuerdo de las partes?    SÍ [X]    NO [ ]

9. Esta solicitud es radicada por:    Unión [X]    Agencia [ ]    Empleado [ ]

10. ¿Se radicó cargo de práctica ilícita?    NO [X]    SÍ [ ], Caso Núm.            , radicado el

11. ¿Se difirió el caso al procedimiento de quejas, agravios y arbitraje?    NO [X]    SÍ [ ]    Fecha:

12. ¿Se ha sometido esta controversia a algún otro foro?    SÍ [ ]    NO [X]    Si contestó que sí, indique a cuál foro y cuándo se radicó.

*(Continúa en la próxima página)*

**13. Breve descripción de los hechos y controversias** (Continúe al dorso, de ser necesario)

Las querellantes, Wanda I. Pérez Santana (QB-13-058), Brenda Lee de Pablo Rivera (QB-13-076), Lydia Delgado Laboy (QB-13-083), Glorimar Aponte Santiago (QB-13-084), Janice Rodríguez Rodríguez (QB-13-086 y QB-13-087), Joanselle Ortiz Ortiz (QB-13-088 y QB-13-089), Jeannette Falcón Ayala (QB-13-090 y QB-13-091), Rosa M. Pérez Torres (QB-13-093) Greselic Suárez Padilla (QB-13-094), Judith Báez Flores (QB-13-095), Leticia Hernández Cabán (QB-13-096), Jackeline Cotto González (QB-13-106-Diferencial y Reclasificación), alegan que la Agencia violenta el Artículo XLVIX – sobre Diferencial. Las querellas cumplen con todos los términos y condiciones, por lo que se pasó juicio sobre las mismas. A las querellantes, les designaron a realizar tareas y funciones de mayor complejidad como lo son los casos de Protección. Las querellantes han solicitado el pago de diferencial como bien lo dispone la Ley 184 de 3 de agosto de 2004, según enmendada, y el Convenio Colectivo 2012-2015, Artículo XLVLX, sobre Diferencial.

La agencia ha violentado la Ley 184, su propia comunicación con fecha del 12 de septiembre de 2001 "Normas de Implementación de Diferenciales en Sueldo" aún vigente y el Convenio Colectivo al no pagarle el diferencial solicitado, por lo que, desde ese momento, el Departamento se ha enriquecido de sus conocimientos sin haber remunerado económicamente a los querellantes. Por otro lado, la agencia se ampara en la Ley 66 de 17 de junio de 2014, "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico", al no pagar el diferencial. Nuevamente entra en otra violación, ya que la misma ley indica que el pago por diferencial puede otorgarse siempre y cuando signifique un ahorro para la agencia.

Estamos en desacuerdo con la posición y alegatos de la agencia totalmente, por lo que procedemos a radicar la querella en arbitraje.

**14. Remedio solicitado:**

Solicitamos que el Departamento de la Familia les otorgue el diferencial retributivo por estar realizando tareas y funciones de mayor complejidad, más se le pague a las querellantes el dinero adeudado incluyendo intereses, dividendos y todo lo que en derecho proceda.

**15. Nombre y título de la persona que firma este documento**
José A. Cortés Torres
Asistente Administrativo

**16. Firma**
*[signature]*

Aquella persona que intencionalmente someta información falsa en este formulario puede estar sujeta a las multas que imponga la Comisión y a cualquier otra sanción o pena de Ley aplicable.
(Modificada en septiembre de 2006)

*[handwritten:]*
Greselic Suárez Padilla 094
Rosa M Pérez Torres 093
Leticia Hernández Cabán 096