Jeannette Falcón Ayala
AC B Box 7461
Comerio, P.R. 00782

Secretaria
Tribunal Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

7018 3090 0001 5216 5871

USPS FOREVER — Barn Swallow — JAN 10 2020

U.S. POSTAGE PAID
FCM LETTER
COMERIO, PR
00782
JAN 10, 20
AMOUNT
$6.30
R2303S100638-05

2020 JAN 13 PM 5:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED