<u>In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al. Case No. 17 BK 3283-LTS at UNITED STATED DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO</u>

January 8, 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión
Proskaueh Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz



<u>RE: Claim number 97912 on case No. 17 BK 3283-LTS, In re: The financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al.</u>

To whom it may concern

The present letter is to file a response to the Omnibus objection "ONE HUNDRED THIRTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES" based on "Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtor." The Entire objection, on my case is unfair because the money that the Employees Retirement System of the Government of Puerto Rico owes me.

I understand that on my Proof of Claim I wrote under the point 9 (What is the basis of the claim?) "Ley Romerazo" wrongfully thinking that this is all the text I needed to sustain my claim. The correct basis of my claim is that under the case KAL-198-0532 (907) Romerazo (civil #199-0665 (505)). The above cites refer to the right I owned based on my 36 years of service under the Department of Education of Puerto Rico and the salary increase that I supposed to have and never received, based on the years of service.

That is the correct basis of my claim and I consider unfair that after all my work years on the Department of Education that an error omitting a cite will affect my claim.

I certify that the above information is true and all the true.

Sincerely yours,

*Maria I. Montes Monsegur* (signature)

**Maria I. Montes Monsegur**

**Urb. Brisas de Añasco**

**Calle 10 GG14**

**Añasco, Puerto Rico 00610**