De: Marta R. Montes
P.O. Box 486
Añasco, P.R. 00610

7015 0640 0003 8950 2174

U.S. POSTAGE PAID
FCM LETTER
AÑASCO, PR
00610
JAN 10, 20
AMOUNT
$6.45
B23305K136205-01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 13 PM 5:34
RECEIVED & FILED

Secretario (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

