January 9, 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión
(Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
A/A: Martin J. Bienenstock
     Brain S. Rosen

Abogado del Comité de Acreedores
(Counsel for the Creditors' Committee)
Paul Hasting LLP
200 Park Avenue
New York, NY 10166
A/A:  Luc A. Despins
      James Bliss
      James Worthington
      G Alexander Bongartz

Estimados señores

Como replica a su petición les proporciono mi reclamo contra el ELA y SER:

Les estoy acompañando los documentos a ser relacionados al caso 17 BK 3283-LTS.

Como consta en los documentos adjunto El 28 noviembre de 2001, se dio con lugar la demanda KAC-98-532 a favor de los empleados públicos y se le dieron instrucciones al Secretario de Salud para que evaluar los expedientes y a la Directora de la Oficina de OGP para que se incluyeran en presupuesto el pago correspondiente a cada empleado en la demanda. Este trámite nunca fue realizado.

Además, para el 30 de junio de 2013 la Administración de los Sistemas de Retiro, paraliza mis derechos a la pensión de retiro para lo cual firme cuando fui nombrado como empleado de carrera.

Como empleado gerencial durante 17 años el sistema gubernamental no permitió la otorgación de otros beneficios al los cuales tenía derecho, tales como:

Ramón Medina Galindo
Reclamo # 88652
Página 2

1. Trienio (compensación de sueldo de un 5% del sueldo cuando han pasado más de tres años sin aumentos de sueldo)
2. Compensación de horas extras por tiempo trabajado fuera del horario regular de trabajo (Ej. Para el Huracán María en el 2017 a todos los empleados unionados se le pagaron las horas extras trabajadas y a este servidor le fue negado dicho pago)

Y finalmente acogerme a un Pre-retiro temprano con tan solo un 60% de pensión hasta cumplir los 61 años, cuando bajaran los beneficios a un 50%. Implicando que dejare de disfrutar de un 25% del 75% de pensión por la cual firme al ser en empleado de carrera y a la vez perdiendo el beneficio del Plan Médico entre otros.

Agradezco su atención a este asunto. Se acompaña evidencias de lo señalado.

Cordialmente

Ramón Medina Galindo
Box 1646
San Germán, Puerto Rico
Reclamo # 88652