Ramon Medina
Box 1646
San Germán, P.R
00683



U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
JAN 10, 20
AMOUNT

1000   00918   $1.45
R2305K135317-05

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 13 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.