United States District Court
For the District of Puerto Rico

| | |
|---|---|
| Tomás Ortiz Rosado<br>Extensión Villa Rosales<br>Pascua #2<br>Aibonito, P.R 00705<br><br>vs<br><br>Sistema de Retiro de<br>los Empleados del Gobierno<br>del Estado Libre Asociado,<br>de Puerto Rico | Reclamación<br>Caso: 17 BK 03566-LTS<br><br>Caso.: 79884 |

RECEIVED & FILED
2020 JAN 13 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## Reclamo

Al Honorable Tribunal:

Comparece por derecho propio Tomás Ortiz Rosado y respetuosamente procede a contestar el Reclamo:

① Que mi dirección es: 2 Calle Pascua, Extensión Villa Rosales, Aibonito, P.R 00705.

② Mi teléfono es: 787 444-6233, Mi correo electrónico es technowoman2001@yahoo.com

③ Que estoy en desacuerdo en que se declare la Demanda o objeción global. Deseo llegar

Pag. 2

Caso: 17-BK-03566-LTS

Caso: 79884

a un acuerdo para recuperar el dinero que tiene el Sistema de Retiro a mi nombre, ya que por más de 30 años trabajé y fui responsable con mis labores.