Tomás Ortiz Rosado
Ext Villa Rosales
2 Calle Pascua
Aibonito, P.R. 00705

CERTIFIED MAIL

7017 3040 0000 5719 8499




U.S. POSTAGE PAID
FCM LETTER
AIBONITO, PR
00705
JAN 10, 20
AMOUNT
$6.30
R2307N153284-01

Secretaria (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Bldng.
San Juan, P.R. 00918-1767