TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: **JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO** como representante de: **ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS** **Deudores** | **PROMESA TÍTULO III** Núm. 17BK3283-LTS Reclamo Número: 16333 |

**REPLICA A NOTIFICACIÓN DE LA NONAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA DEUDA DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS.**



María V. Pérez Rodríguez
Parte Recurrida
Calle Katherine #400 Urbanización Vega Serena
Vega Baja, PR 006963
Teléfono: (787) 629-8744
Email: marionkira@gmail.com

**AL HONORABLE TRIBUNAL DE DISTRITO:**

Comparece la parte recurrida, por derecho propio, y por este medio respetuosamente

**ALEGA, EXPONE y SOLICITA:**

**I. Introducción**

1. El 24 de diciembre de 2019, recibimos mediante correo prioritario la información que da propósito a esta replica.

2. Es el 24 de diciembre de 2019 que recibimos por primera vez un documento relacionado a la reclamación para presentar evidencia.

**II. Motivo(s) para oposición a la objeción global**

1. El 5 de febrero de 1996, comencé a trabajar en la Autoridad de Energía Eléctrica de Puerto Rico (AEEPR), luego de 8 años, 6 meses de haber trabajado en otras agencias del gobierno de Puerto Rico.

2. Mis aportaciones al Sistema de Retiro de estas otras agencias fueron transferidas al Sistema de Retiro de los Empleados de la AEE

3. Como parte del contrato con la A.E.E. era compulsorio pertenecer a la unidad apropiada Unión de Trabajadores de la Industria Eléctrica y Riesgo (UTIER).

El contrato entre otras cosas incluyó los beneficios marginales garantizados por el Convenio Colectivo entre el patrono y la UTIER. Estos beneficios marginales garantizados por Ley como Corporación Publica creada bajo las Leyes del Estado Libre Asociado de Puerto Rico.

4. Los beneficios marginales entre otros incluía, licencia por enfermedad, licencia por maternidad, licencia por vacaciones, **pareo del seguro social, pareo de aportación al sistema de retiro, plan médico**, Fondo del Seguro del Estado, entre otros. (Énfasis nuestro suplido).

5. Desde el 5 de febrero de 1996 hasta el 12 de enero de 2019, equivalente a 21 años y 8 meses, aporté el 11.06% aproximadamente de mi salario al Sistema de Retiro, siendo pareado por la A.E.E. En adición durante 8 años pagué la diferencia en las aportaciones hechas en otras corporaciones públicas del Gobierno de Puerto Rico. Estas también fueron pareadas por la AEE.

6. En 30 años, 3 meses, aproximadamente, cumplí con las obligaciones impuestas por el gobierno, entiéndase contribuciones, por lo cual no existen obligaciones constitutivas adicionales por la cuales deba cumplir.



7. Desde comienzos de este nuevo Siglo XXI la A.E.E. toma de manera vertiginosa un giro administrativo afectando las finanzas y restringiendo o eliminando beneficios marginales a todos los empleados de la empresa, en especial a los empleados sindicalizados.

8. La pobre administración y desviadas de la ley por el Estado Libre Asociado de Puerto Rico han llevado a la AEE a caer en el Título III de la Ley PROMESA. De esta manera se ha desestabilizado todo lo que por 31 años, 3 meses, fue una obligación contraída por contrato.

9. El Gobierno de Puerto Rico instituido por la creación de la Constitución del Estado Libre Asociado, en su Sección 7 de la Constitución del Estado Libre Asociado de Puerto Rico (E.L.A.P.R.) establece:

"Se reconoce como derecho fundamental; del ser humano el derecho a la vida, a la libertad y **al disfrute de la propiedad.** No existirá la pena

de muerte...... **No se aprobarán leyes que menoscaben las obligaciones contractuales**..." (Énfasis nuestro).

10. Es obligación del Gobierno de Puerto Rico garantizar que se cumpla para todos los ciudadanos y la posteridad el disfrute cabal de los derechos nuestros. Compromiso que no es delegado y fundamental para nuestra vida.

11. Al Estado Libre Asociado de Puerto Rico por ser custodio de la AEE, como corporación pública, es responsable de las acciones que esta tome. En la actualidad mucho se ha hablado de reducir las pensiones, y de no hacer aportaciones al Sistema de Retiro de la AEE Ejemplo de esto es el memorando dirigido por la Sra. Maria E. Hernández Ramírez, Administradora Interina, a todo los Miembros Activos del Sistema de Retiro Distribución "D" del 8 de diciembre de 2019. (Se acompaña copia). El gobierno de Puerto Rico no nos garantiza los acuerdos contractuales.

### III. Súplica

Por todo lo cual, al no cumplirse con los derechos constitucionales según mencionados y poner en riesgo la estabilidad de disfrute de la propiedad y cumplir con las obligaciones contractuales, se ruega muy respetuosamente a este Honorable Tribunal de Distrito **DECLARE NO HA LUGAR** a la Nonagésima séptima objeción global, según se establece en el presente documento correspondiente a la Reclamación Número 16333.

RESPETUOSAMENTE SOMETIDO

Certifico: Haber notificado copia del presente escrito a:

Abogado de la Junta Supervisión (*Councel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue

Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

**En San Juan, Puerto Rico, hoy 7 de enero de 2020**

*María V. Pérez Rodríguez* (firma)

María V. Pérez Rodríguez
Parte Recurrida
Calle Katherine #400 Urbanización Vega Serena
Vega Baja, PR 006963
Teléfono: (787) 629-8744
Email: marionkira@gmail.com