SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA
AUTORIDAD DE ENERGÍA ELÉCTRICA

OFICINA DE LA ADMINISTRADORA
TELS. 521-4745, 4751
FAX 521-4743



PO BOX 13978
SAN JUAN, PR 00908-3978

SR-19-07

20 de diciembre de 2019
Distribución "D"
19-12-08

Miembros Activos
Sistema de Retiro

María E. Hernández Ramírez
Administradora Interina

**Medidas Temporales Sistema Retiro**

El pago actual y futuro de pensiones y beneficios se efectúa con los fondos aportados por los Miembros Activos del Sistema de Retiro de la Autoridad de Energía Eléctrica (Sistema), los fondos aportados por la Autoridad de Energía Eléctrica (Autoridad), y las ganancias en la inversión de estos fondos aportados. La cantidad que deben aportar los Miembros Activos y la Autoridad se determina a base de estudios estadísticos y matemáticos, denominados estudio actuarial. La Junta de Síndicos (Junta) del Sistema designa un actuario, según dispone su Reglamento. Además, contrata un Asesor en Inversiones (Asesor) y asigna los fondos aportados a Administradores de Cartera de Inversión (Administradores de Cartera).

Actualmente, la Autoridad efectúa un pago mensual de aportación menor al determinado por el actuario del Sistema. Por consiguiente, adeuda al Sistema $354.7 millones por concepto de aportación patronal, al 30 de noviembre de 2019. La aportación de la Autoridad es necesaria para el flujo de efectivo requerido para el pago mensual de pensiones, beneficios y otras obligaciones del Sistema. Por consiguiente, la deficiencia en el pago de aportación que efectúa la Autoridad ocasiona el retiro mensual de fondos invertidos por aproximadamente $14.5 millones.

El desembolso para el Programa de Préstamos Personales es uno de los flujos de efectivo mensual del Sistema. Mensualmente el monto de los préstamos personales es mayor y, aún cuando es una inversión, la misma no tiene liquidez. Esto ocasiona que cada vez haya menos dinero disponible para el pago de las obligaciones corrientes del Sistema. Por lo tanto, es necesario reducir la disponibilidad del beneficio de préstamos personales a un nivel que permita al Sistema utilizar los flujos de efectivo para el pago de pensiones, beneficios y obligaciones.

Circular SR-19-07
Distribución "D", 19-12-06
Página 2
20 de diciembre de 2019

La Junta, en su reunión ordinaria del 20 de diciembre de 2019, aprobó las siguientes medidas temporales, para el otorgamiento de los préstamos personales:

1. Una moratoria en el otorgamiento de los Préstamos Personales, según la Resolución 2019-070, que ofrece el Sistema de Retiro a sus Miembros Activos, y en la aplicación del cinco por ciento (5%) de intereses a sus cuentas de aportación individual.

2. La moratoria en el otorgamiento de los Préstamos Personales será por un (1) año, a partir de hoy, 20 de diciembre de 2019, a las 12:30 p.m. Durante ese período, no se concederán préstamos personales ni renovaciones a los mismos. Tampoco se aplicará el cinco por ciento (5%) de intereses a las cuentas de aportación individual de los Miembros Activos.

3. Esta decisión podrá revisarse por la Junta en cualquier momento. Además, podrá revisarse tan pronto la Autoridad pague al Sistema el monto de la deuda por aportaciones patronales corrientes.