María V. [illegible]
Calle Katherine 400
Urb. Vega Serena Vega Baja, P.R 00693

Clerk's Office - Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

JAN 10 2020
FOREVER USA
Barn Swallow

$6.45

RECEIVED & FILED
2020 JAN 13 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7182 3090 0001 5786 1286

CERTIFIED MAIL