Réplica de Objección Global

I. Datos de contacto

Madeline Rivera Rodríguez
Calle B #113
Barrio Arenas, Guánica, P.R. 00653

Teléfono 787-384-1758

II. Epígrafe

a. Secretaria (clerk's office)
Tribunal del Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan, Puerto Rico 00919

b. Estado Libre Asociado de Puerto Rico y otros deudores

c. Número de procedimiento 17 BK 3283-LTS

d. Objección global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico.

RECEIVED & FILED
2020 JAN 13 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

c. Número de las evidencias de reclamos y las leyes:

1. 86474 – Ley 180
2. 87677 – Ley 34
3. 98817 – Ley 180
4. 99074 – Ley 89
5. 103262 – Ley 96
6. 105528 – Ley 164

III El Tribunal no debe declarar a lugar la objeccion Global debido a que es dinero adeudado a los Empleados Públicos del Estado Libre Asociado de Puerto Rico. Años 1982 a 2013.

1. Ley 34 – Aumento Anual – Dr. Pedro Roselló
2. Ley 89 del 79 – Aumento Anual – Prestación de Servicios Educativos; Lcdo Rafael Hernandez Colón
3. Ley 180 – Pensión Retiro Aumento Anual 3% Lcdo Aníbal Acevedo Vilá
4. Ley 164 – 2004 – Aumento Anual – Sra. Sila M. Calderón
5. Ley 96 – 2002 – Aumento Anual – Dr. Pedro Roselló

IV. Documentación Justificada

Para que conste:

Por motivo de los terremotos que están surgiendo a diario en Puerto Rico las agencias pertinentes no han podido brindar los servicios. Cuando se restablezca el servicio le haré llegar el documento.

Gracias anticipadas,
Madeline Rivera Rodríguez
*Madeline Rivera Rodríguez*