8 de enero de 2020

Reclamante: Madeline Rivera Rodriguez

#Reclamaciones: 86474, 87677, 98817, 99074
103262, 105528

Reclamaciones del dinero adeudado en mis años de Servicios con el Departamento de Educación de Puerto Rico 1982 al 2013

1. Ley 34 (1998) —— 18,000
2. Ley 89 (1979) —— 36,000
3. Ley 18 (2001) —— 14,400
4. Ley 96 (2002) —— 13,200
5. Ley 164 2004 —— 10,800

Total 94,400

Gracias anticipadas por la cooperación al respecto

Atentamente,
Madeline Rivera Rodriguez
*(firma)*
Tel. 787-384-1758