Madeline Rivera Rodriguez
HC 38 Box 7219
Guánica, P.R. 00653

  

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767