Quebradillas, P.R.
10 de enero de 2020

Secretaría (*Clerrk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

A quién pueda interesar:

Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo _43868_ en contra del Estado Libre Asociado de P.P. De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R.

Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- _Blanca M Cubero Vega_

Dirección- _Apartado 626 Quebradillas P.R. 00678_

Fecha de nacimiento y lugar- _redacted_ _1951, Camuy._

Posición ocupada en D.E. de P.R. _Maestra Educación Elemental_

Maestra escuela elemental- _Distrito Escolar de Quebradillas_

Sueldo al momento de retiro- _1,757.00_

Sueldo de pensionada- _1,391.87_

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
_____ Ley 180- aumento de 3% por costo de vida _____
_____ Ley 96- junio 2002 aplicada a julio 2002
__X__ Ley 164- 29 julio 2003 _Enero 2004_

Le agradeceré cualquier otra información requerida, comunicarse al _787-895-2389_ Dirección postal: _apartado 626 Quebradillas P.R. 00678_

Att
_Blanca M Cubear Vega_

Quebradillas, P.R.

10 de enero de 2020

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

A quién pueda interesar:

Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de
información en mi reclamo _____ en contra del Estado Libre Asociado de P.P.  De otra
forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de
P.R.

Al no especificar cuál es la información requerida; considero es importante suministrar la
siguiente:
Nombre- *Blanca M Cubero Vega*

Dirección- *apartado 634 Quebradillas P.R. 00678*

Fecha de nacimiento y lugar- redacted  *1951, Camuy*

Posición ocupada en D.E. de P.R. *Maestra Escuela Elemental*

Maestra escuela elemental- *Distrito Escolar de Quebradillas*

Sueldo al momento de retiro- *1,750.00*

Sueldo de pensionada- *1,391.87*

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
_____ Ley 180- aumento de 3% por costo de vida
__X__ Ley 96- junio 2002 aplicada a julio 2002 *Junio 2002*
_____ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al *787-895-2380* Dirección
postal: *apartado 626 Quebradillas P.R. 00678*

Att
*Blanca M Cubero Vega*

Quebradillas, P.R.
10 de enero de 2020

Abogado del Comité de Acreedores (*Counsel for the Creditor's Committee*)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

A quién pueda interesar:

Me comunico con ustedes en repuesta a sus comunicaciones relacionada con la falta de información en mi reclamo  *438 68*  en contra del Estado Libre Asociado de P.P.  De otra forma dicho, Replica a objeción global a la secretaría del Tribunal de Distrito de E.U. para el distrito de P.R.

Al no especificar cuál es la información requerida; considero es importante suministrar la siguiente:

Nombre- *Blanca M Cubero Vega*

Dirección- *apartado 636 Quebradillas P. R. 00678*

Fecha de nacimiento y lugar-     redacted     *1951. Camuy*

Posición ocupada en D.E. de P.R. *Maestra Educación Elemental*

Maestra escuela elemental- *Distrito Escolar de Quebradillas*

Sueldo al momento de retiro- *1,750.00*

Sueldo de pensionada- *1,391.87*

Lugar de trabajo- distrito de Quebradillas

Esta reclamación es en contra el incumplimiento de las leyes:
__X__ Ley 180 aumento de 3% por costo de vida *Junio 2003*
_____ Ley 96- junio 2002 aplicada a julio 2002 _____
_____ Ley 164- 22 julio 2003 _____

Le agradeceré cualquier otra información requerida, comunicarse al *787-895-2389* Dirección postal: *apartado 636 Quebradillas P.R. 00678*

Att
*Blanca M Cubero Vega*