**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CUBERO VEGA, BLANCA M | 43868 | 7/5/18 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CUBERO VEGA, BLANCA M | 43868 | 7/5/18 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



RECEIVED & FILED
2020 JAN 13 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

*sueldo pensionado*

| Estado Libre Asociado de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | | # Cheque: | 01781505 |
|---|---|---|---|---|---|---|---|
| 592 - Junta Retiro Maestros Pensiona | | | Desde: | 12/16/01 | | | |
| | | | Hasta: | 12/31/01 | | Fecha: | 12/28/01 |
| BLANCA M CUBERO VEGA | | # Empleado: | P583347833 | | DATA IMP: | Federal | PR |
| PO BOX 626 | | Dept: | 592110-Por Merito Ley 44 | | Estado Civil: | Single | Single |
| QUEBRADILLAS PR 00678 | | Oficina: | PENSIONADOS LEY 44 02700 | | Concesiones: | 0 | 0 |
| | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| redacted 7833 | | Sueldo: | $1,391.87 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.565354 | 73.75 | 631.70 | 531.25 | 6,817.73 | PR Withholdng | 53.34 | 373.39 |
| Pago de Dias Feriados | 8.565354 | 7.50 | 64.24 | 37.50 | 321.20 | | | |
| Total: | | 81.25 | 695.94 | 568.75 | 7,138.93 | Total: | 53.34 | 373.39 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Ser No Coti-Ret Ma-Nunca | 83.51 | 334.04 | SM-First Medical Health Plan | 40.00 | 160.00 |
| | | | SM-First Medical Health Plan | 75.75 | 606.00 | | | |
| | | | RM-Prest Pers De Cuota-Ret Mae | 0.00 | 272.05 | | | |
| Total: | 0.00 | 0.00 | Total: | 159.26 | 1,212.09 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado | | Corriente | Acumulado | | | |
|---|---|---|---|---|---|---|---|---|
| Corriente: | 695.94 | | | 53.34 | | 159.26 | | 483.34 |
| Acumulado: | 7,138.93 | | | 373.39 | | 1,212.09 | | 5,553.45 |

### PTO HORAS / DISTRIBUCION PAGA NETA

| | ACUM | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Cheque #01781505 | 483.34 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 483.34 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE: CAMBIAR ESTE CHEQUE POR PERSONA DISTINTA AL PENSIONADO O SU TUTOR, CONSTITUYE UN DELITO

---

*sueldo al momento del retiro*

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BLANCA M CUBERO VEGA | redacted 7833 | 31 0899 | 412247 | 632065338 |

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL

| 124336 | | 98000 | | | | 10 | 6000 | 81 | 1600 | | |

MES CORRIENTE

| 15542 | | 12250 | 14900 | 5250 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 140000 | 0.00 | 0.00 | 175000 | 59700 | 55542 | 59758 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |

VEASE CLAVES AL DORSO

NO NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 09/01/2019 | |
| Hasta: | 09/15/2019 | |

| | | |
|---|---|---|
| Business Unit: | PUERT | |
| Aviso #: | 3342729 | |
| Fecha Aviso: | 09/13/2019 | |

BLANCA M CUBERO VEGA
PO BOX 626
QUEBRADILLAS PR 00678-0626
SS: XXX-XX-7833

| | |
|---|---|
| # Empleado: | XXXXX7833 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,433.63 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 ÷ 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.822338 | 81.25 | 716.81 | 1,381.25 | 12,185.77 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 716.81 | 1,381.25 | 12,285.77 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 0.00 | 300.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 716.81 | 0.00 | 0.00 | 716.81 |
| Acumulado: | 12,285.77 | 0.00 | 0.00 | 12,285.77 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3342729 | 716.81 |
| Total: | 716.81 |

MENSAJE: *Pago a Medicare $134.50* (handwritten)

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/13/2019

Aviso No.
3342729

Cant. Deposito: $716.81

TRAY 39 SQ 9645************SCH 5-DIGIT 00627    9645 2 AV 0.383
BLANCA M CUBERO VEGA
PO BOX 626
QUEBRADILLAS PR 00678-0626

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 38401 | $716.81 |
| Total: | | $716.81 |

**NO-NEGOCIABLE**

**Responda a esta carta el 25 de septiembre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

2

Número de Evidencia de Reclamación: 43868
Reclamante: Blanca M Cubero Vega

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este  Ley 96 Junio 2002 aplicada Julio 2002.

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

Ley 96-Junio 2002 - 20,400 - Ley 1801-2003 - 8,029.44
Ley 164-Julio 2003 - 18,000

Número de Evidencia de Reclamación: **43868**
Reclamante: **Blanca M Cubero Vega**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de Educación de P.R.**

3(b). Identifique las fechas de su empleo con relación a su reclamación: **Julio 2002 hasta el presente**

3(c). Últimos cuatro dígitos de su número de seguro social: **7833**

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

**Incumplimiento Ley 1801-Año 2003 - Incumplimiento Ley 96 junio 2002 - aplicada julio 2002 - Ley 164 - julio 2003.**

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. **Departamento de Educación Estado Libre Asociado de P.R.**

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: **Abogado del Comité de Acreedores Park Avenue N.Y. Abogado de la Junta de Supervisión N.Y. Clerk's Office Tribunal de Distrito de los E.U.**

4(c). Número de caso: **43868**

4(d). Título, epígrafe, o nombre del caso:

**Reclamación en contra a la objeción del E.L.A a cumplir con las leyes 96-junio 2002 164 julio 2003 - 1801 - año 2003**

Número de Evidencia de Reclamación: 43868
Reclamante: Blanca M Cubero Vega

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
En apelación y resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

Blanca M Cubero Vega

3