Blanca M Cubero Vega
Apartado 624
Quebradillas P.R. 00678

7012 1010 0000 8751 4221



CERTIFIED MAIL™

7012 1010 0000 8751 4221



UNITED STATES
POSTAL SERVICE®



1000       00918

U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
JAN 11, 20
AMOUNT

**$4.65**

R2304N118333-02

RECEIVED & FILED
2020 JAN 13  PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria ( Clerks Office )
Tribunal de Distrito delos Estados Unidos
Room 150  Federal Building
San Juan ( Puerto Rico) 00918-1767