9 de enero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión
(Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
A/A: Martin J. Bienenstock, Brain S. Rosen

Abogado del Comité de Acreedores
(Counsel for the Creditors' Committee)
Paul Hasting LLP
200 Park Avenue
New York, NY 10166
A/A: Luc A. Despins, James Bliss, James Worthington, G Alexander Bongartz

Estimados señores

Les estoy acompañando los documentos a ser relacionados al caso 17 BK 3283-LTS.

Como consta en los documentos adjunto El 28 noviembre de 2001, se dio con lugar la demanda KAC-98-532 a favor de los empleados públicos y se le dieron instrucciones al Secretario de Salud para que evaluar los expedientes y la Directora de la Oficina de OGP para que se incluyeran en presupuesto el pago correspondiente a cada empleado en la demanda. Este tramite nunca fue realizado.

Además, para el 30 de junio de 2013 la Administración de los Sistemas de Retiro, paraliza mis derechos a la pensión de retiro para lo cual firme cuando fui nombrada como empleada de carrera.

Y finalmente acogerme a un Pre-retiro temprano con tan solo un 60% de pensión hasta cumplir los 61 años, los cuales ya cumplí y bajaron los beneficios a un 50%. Implicando que dejare de disfrutar de un 25% del 75% de pensión por la cual firme al ser nombrada empleada de carrera y a la vez perdiendo el beneficio del Plan Médico entre otros.

Agradezco su atención a este asunto.

Atentamente,

Rosa E. Ramírez Miranda
HC-01 Box 7923
San Germán, Puerto Rico 00683
Reclamación #90617

RECEIVED & FILED
2020 JAN 13 PM 5:36
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.