Rosa Ramirez
MC-01 Box 7923
San German, P.R
00683




U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
JAN 10, 20
AMOUNT
$1.45
R2305K135317-05

1000    00918

RECEIVED & FILED
2020 JAN 13 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767