9 de enero de 2020

Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



Réplica

Rechazo a la objeción Global (ELA, ACT/SER) sobre el reclamo # 103481 realizado en junio 2018.

I. Datos de contacto:
 Demandante: Jesús M. Georgi Rodríguez
 Seguro Social XXX-XX-9685
 Dirección: HC9 box 1531 Ponce, P.R. 00731- 9747
 Correo Electrónico: jesus.m.georgi@gmail.com
 Número de evidencia de reclamación: 97949

II. Epígrafe: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
 Deudores: Estado Libre Asociado de Puerto Rico
 Núm. De Procedimiento: 17 BK 3283-LTS

 Título de la objeción Global: Centésima Décima Objeción Global de Estaba Libre Asociado de Puerto Rico, de la Autoridad de Carretera y Trasportación de Puerto Rico y del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico.

 Núm. Reclamación: Claim #103481

III. Motivos para oponerse a la objeción Global: Deuda que el Estado Libre asociado de Puerto Rico, Tiene con respecto a la Ley # 89 del 2 julio 1979 (Romerazo), en la que se tenía que otorgar $25.00 mensuales por aumento salarial desde la vigencia de esta ley (2003) hasta mi fecha de retiro en mayo 2007. El monto adeudado es de: $7,200.00.

IV. Documentación justificativa: nunca recibí el cuestionario relacionado a las distintas reclamaciones que hice en el mes de diciembre 2019, recibí los libros de cada reclamación y el resultado del monto de la misma que es indeterminada, inmediatamente llamé al teléfono 1-347-817-4175 el día 24 de diciembre de 2019, me atendió el Sr. Raúl Andrade, muy amable me explico lo que debía hacer: preparar una réplica y contestar un cuestionario para las reclamaciones que no aparecían en los libros recibidos.

¿Cuál es el monto de la reclamación #103481 Retribución uniformes de 1979 12 julio 1979 aumento de sueldo de $25.00 por mes

Trabaje año escolar:

    1979-1981= 1.5 años

    1984 -mayo 2007 = 22.5

    Total de años =24 años$7,200.00

Poseo evidencia del recibo y envió, los cuales someteré adjuntos a esta replica, antes del 14 enero 2020.

Evidencia de certificación de años de servicios y edad.

Certificado de notificación de la Réplica = Por Correo Postal

    Cordialmente,

Jesús M. Georgi Rodríguez
HC9 box 1531
Ponce, P.R. 00731- 9747

C/C Abogado de la Junta de Supervisión
(counsel for the Oversight Board)
Proskauser Rose LLP
Eleven Times Square
New York, New York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen
Abogado del Comité de Acreedores (counsel for the creditors committee)
Paul Hasting LLP
200 Park Avenue
New York, New York 10166

A/A: Luc A. Despins
Jamen Bliss
James Worthington
G. Alexander Bongarza