9 de enero de 2020


Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



Réplica

Rechazo a la objeción Global (ELA, ACT/SER) sobre el reclamo # 91482 realizado en junio
2018.


I.   Datos de contacto:

Demandante: Jesús M. Georgi Rodríguez
Seguro Social XXX-XX-9685
Dirección: HC9 box 1531 Ponce, P.R. 00731- 9747
Correo Electrónico: jesus.m.georgi@gmail.com
Número de evidencia de reclamación: 97949


II.   Epígrafe:  Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
Deudores: Estado Libre Asociado de Puerto Rico
Núm. De Procedimiento: 17 BK 3283-LTS

Título de la objeción Global: Centésima Décima Objeción Global de Estaba Libre
Asociado de Puerto Rico, de la Autoridad de Carretera y Trasportación de Puerto Rico y
del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto
Rico.


Núm. Reclamación: Claim #91482


III.   Motivos a exponerse a la objeción Global: Deuda que el Estado Libre asociado de Puerto
Rico, Tiene con respecto a la Ley # 96 del 1 julio 2002, en la que se tenía que otorgar
$100.00 mensuales por aumento salarial desde la vigencia de esta ley (2003) hasta mi
fecha de retiro en mayo 2007. El monto adeudado es de: $5,900.00.


IV.   Documentación justificativa: nunca recibí el cuestionario relacionado a las distintas
reclamaciones que hice en el mes de diciembre 2019, recibí los libros de cada
reclamación y el resultado del monto de la misma que es indeterminada, inmediatamente
llamé al teléfono 1-347-817-4175 el día 24 de diciembre de 2019, me atendió el Sr. Raúl
Andrade, muy amable me explico lo que debía hacer: preparar una réplica y contestar un
cuestionario para las reclamaciones que no aparecían en los libros recibidos.

¿Cuál es el monto de la reclamación #91482 Ley #96 1 julio 2002. Dice …. para conceder un aumento de sueldo de cien dólares mensuales a los empleados Públicos del gobierno Central del ELA efectivo 1 julio 2002. Trabaje año escolar:

      2002-2003

      2003-2004

      2004-2005

      2005-2006

      2006-2007 (mayo)

54 meses x $100.00 = $5,900.00


Poseo evidencia del recibo y envió, los cuales someteré adjuntos a esta replica, antes del 14 enero 2020.


Evidencia de certificación de años de servicios y edad.

Certificado de notificación de la Réplica = Por Correo Postal


      Cordialmente,

Jesús M. Georgi Rodríguez
HC9 box 1531
Ponce, P.R. 00731- 9747


C/C Abogado de la Junta de Supervisión
(counsel for the Oversight Board)
Proskauser Rose LLP
Eleven Times Square
New York, New York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen
Abogado del Comité de Acreedores (counsel for the creditors committee)
Paul Hasting LLP
200 Park Avenue
New York, New York 10166

A/A: Luc A. Despins
Jamen Bliss
James Worthington
G. Alexander Bongarza