

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

5 de junio de 2007

SRA MATILDE PEDRAZA
SECCION DE NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

Prof: Jesús M. Georgi Rodríguez

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[ X ] Años de Servicio [ ] Edad [ ] Diferida [ ] Suplementaria
Al **30 de mayo de 2007** (fecha en que piensa renunciar) (fecha de su última cotización recibida)
[ X ] cualifica [ ] no cualifica, para acogerse a la jubilación, y tienen el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 30   | 3     | 2       | 3    | 54   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en Por Ciento por Transferencia Recibida
[ ] Reembolso de Cuotas
[ X ] No aplica

De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión. Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Wanda G. Santiago López
Directora
Área Servicios de Retiro

Sandra L. Muñoz Colón
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: JESÚS M GOERGI RODRÍGUEZ
HC 9 BOX 1531
PONCE PR 00731-9747

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)