Jesús M. Georgi
HC 9 Box-1531
Ponce, PR 00731-9747


7019 1640 0001 4810 0491



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JAN 11, 20
AMOUNT
$7.60
1000   00918   R2304M113827-02

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 13 PM 5:34
RECEIVED & FILED