Jesús M. Georgi
HC 9 Box 1531
Ponce, PR 00731-9747

7019 1640 0001 4810 0491



RETURN RECEIPT REQUESTED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 JAN 13 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.