10 de enero 2020

Saludos al Tribunal De Distrito de los Estados Unidos Para el Distrito de Puerto Rico.

A continuación la radicación de mi réplica a la Objeción global. Esta es mi información

① Nombre - Migdalia González Vega
Dirección - Calle Emajagua # 304 Hacienda Borinquen Caguas
Correo electrónico - gmigdalia11@gmail.com

② Epígrafe Tribunal De Distrito de los Estados Unidos Para el Distrito De Puerto Rico, Notificación de la Centésima Objeción Global (no sustantiva) Del Estado Libre Asociado de Puerto Rico, De la Autoridad De Carreteras y Transportación De Puerto Rico y Del Sistema De Retiro De los Empleados Del Gobierno Del Estado Libre Asociado De Puerto Rico a Reclamos Deficientes en los que se alegan intereses sobre la base De la Reivindicación salariales laborales o servicios prestados

RECEIVED & FILED
2020 JAN 13 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

③ No deberían tomar esta acción, ya que me vi afectada directamente en este proceso. Soy una maestra que por 10 años no recibí un aumento salarial. 2008-2018 (año en que me retiré). El costo de la vida cada año va en aumento y el salario igual. Esto me afectó en el área económica, salud, familia. La calidad de vida fue decayendo. En mis años de trabajo acumulé 90 días por enfermedad y con la ley promesa quitaron este beneficio que con tanta responsabilidad cumplí para tener unos ahorros para mi familia. Como hacen esto a las personas que trabajamos responsablemente con la educación de mi país. Por eso reclamo 25,000 pesos 13,000 días acumulados por enfermedad y 12,000 por aumento no dado en 10 años.

④ Les envío las evidencias que ya las había enviado por correo electrónico.

a) información solicitada para procesar mi información (fecha 16 octubre 2019) Informe de licencia de enfermedad. Reclamación licencia de enfermedad. Demanda liquidación de Balance enfermedad. A eso solamente pagaron los que se jubilaron 2017. Copia de la cantidad de pensión