*Número de Evidencia de Reclamación:* 100684
*Reclamante:* GONZALEZ VEGA, MIGDALIA

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    25,000 aproximadamente - 13,000 días por enfermedad y 12,000 por aumento no otorgado en 10 años.

Batch 5

990123400409677

*Número de Evidencia de Reclamación:* **100684**
*Reclamante*: **GONZALEZ VEGA, MIGDALIA**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de educacion_

   3(b). Identifique las fechas de su empleo con relación a su reclamación: _1991 - 2018_

   3(c). Últimos cuatro dígitos de su número de seguro social: _6773_

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☑ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _No aumento de salario desde el 2008, él costo de vida ya en aumento._

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de Educacion_

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _Tribunal Federal_

   4(c). Número de caso: _Quiebra de Puerto Rico_

   4(d). Título, epígrafe, o nombre del caso:
   _Prime Clerk UC_

Batch 5

2



*Número de Evidencia de Reclamación:* **100684**
*Reclamante*: **GONZALEZ VEGA, MIGDALIA**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Ley Promesa Ley num. 26-2017_

Batch 5

3

990123400409677

*Juan Rodriguez*

PR 1845 SRF 35902 PackID: 5542 MMLID: 8253505 SVC: Batch 5
Gonzalez Vega, Migdalia
#304 Emajagua Hacienda Borinquen
Caguas PR 00725

**Responda a esta carta el 16 de Octubre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Tenga en cuenta que solo necesita devolver **un formulario**, ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before October 16, 2019 by returning the enclosed questionnaire with the requested information and documentation.**

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

**Batch 5**



# GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Oficina de Tiempo, Asistencia y Licencias

15 de octubre de 2019

Sr(a). 301. Migdalia González Vega
Número de empleado  93685
Programa / Puesto:
Región: CAGUAS
Distrito: Gurabo
Escuela: MYRNA M. FUENTES

Wilfredo Falcón Negrón
Director Ejecutivo

**INFORME DE LICENCIAS DE ENFERMEDAD AL PERSONAL DOCENTE POR ACUERDO DE LA *LEY 26-2017***

Conforme a nuestros récords de asistencia, usted posee un balance acumulado hasta de:

|         82 días          |     2 horas     |     7 minutos     |

Todo personal que tenga exceso de los noventa (90) días de licencias de enfermedad acumuladas en el año natural 2016, tiene el derecho de utilizarlos cuando esté enfermo. De igual forma, los días de enfermedad acumulados en el año natural 2017, que puede acumular en exceso de los noventa (90) días se utilizarán cuando esté enfermo no más tarde del 31 de diciembre de 2017. Después del 31 de diciembre de 2017, se perderá el balance en exceso de enfermedad que no haya sido utilizado.

La carta circular del Departamento de Hacienda, *CC-1300-16-1*, establece que solo se pagarán los balances acumulados hasta un tope de 90 días de licencia de enfermedad a todo empleado que haya estado activo en el servicio público por más de 10 años. De tener cualquier reclamación relacionada a sus balances de enfermedad, deberá pasar por las oficinas centrales de la Asociación de Maestros de Puerto Rico.



P.O. Box 190759. San Juan PR  00919-0759   Tel.: (787)773-3488, 3489
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



PO BOX 191088 San Juan, PR 00919-1088
Tel. (787) 767-2020
www.asociaciondemaestros.org

## RECLAMACION DE LICENCIA DE ENFERMEDAD

Apellidos: González Vega    Nombre: Migdalia    Inicial: ___
Día: 30  Mes: 05  Año: 2017

Seguro Social: redacted 6773   Edad: 58   # Krono: 9,3685
Dirección Postal: Calle Emajagua #304 Hacienda Borinquen Caguas P.R 00725
Dirección Residencial: Calle Emajagua #304 Hacienda Borinquen Caguas P.R 00725
Teléfono: 787-662-3537   Estado Civil: casada   E-Mail: gmigdalia11@g.mail.com

Fecha de Retiro: 2018   Años de Servicios: 29   Región: Caguas

Nombre Escuela: Myrna M. Fuentes   Municipio: Caguas
Materia que enseña: español, matemática, ciencia, estudios sociales

Balance Acumulado Licencia Enfermedad: 90 días
Breve Descripción: Solicitamos que se otorgue el pago de licencia de enfermedad. (90 días)

Firma: Migdalia González Vega

**CN&R**

CANCIO, NADAL & RIVERA, L.L.C.
ATTORNEYS AND COUNSELLORS AT LAW

8 de noviembre de 2019

Migdalia González Vega
Calle Emajagua #304
Hacienda Borinquén
Caguas, PR 00725

Re: Demanda
Liquidación balance enfermedad

Estimado maestro(a):

Reciba un cordial saludo.

En junio de 2017, la Asociación de Maestros de Puerto Rico y su Local Sindical, afiliados a la AFT por sí y en representación de sus miembros instaron una demanda en el Tribunal de San Juan en contra del Departamento de Educación y el Estado Libre Asociado de Puerto Rico, por estos negarse a pagar la liquidación de licencia de enfermedad a cientos de maestros que habían solicitado su retiro desde enero del 2017, para retirarse efectivo en el verano de 2017. Véase, **Asociación de Maestros de Puerto Rico, et al. v. Departamento de Educación et al.** Civil Núm. SJ2017CV00542. Usted aparece como demandante en ese caso.

Dicho caso fue paralizado por la Ley PROMESA.

La Asociación de Maestros mediante los trámites en la Corte de Quiebras logró un acuerdo con la Junta de Control Fiscal, avalado por el Departamento de Educación.

En torno a este asunto, la Asociación de Maestros se estará comunicando con usted a esta dirección próximamente.

Cordialmente,

719154

MELISSA LÓPEZ DÍAZ

403 MUÑOZ RIVERA AVENUE • HATO REY, PR 00918-3345
PO BOX 364966 • SAN JUAN, PR 00936-4966
TEL. (787) 767-9625 • FAX (787) 764-4430 • www.cnrd.com



# AVISO

NOTIFICACIÓN DE LA AMPR SOBRE ACUERDO PARA EL PAGO DE LAS LICENCIAS POR ENFERMEDAD ACUMULADAS, HASTA UN MÁXIMO DE 90 DÍAS Y/O UNA CANTIDAD A PRORRATA, PARA MAESTROS ELEGIBLES QUE PRESENTARON SU SOLICITUD DE RETIRO EN O ANTES DEL 31 DE ENERO DE 2017 Y SE JUBILARON DURANTE EL VERANO DEL 2017

ATENCIÓN: ESTA NOTIFICACIÓN CONTIENE INFORMACIÓN SOBRE SUS POSIBLES DERECHOS COMO RECLAMANTE Y LA FECHA LÍMITE PARA RECLAMAR, DE SER ELEGIBLE, SU DERECHO AL PAGO DE SU LICENCIA POR ENFERMEDAD ACUMULADA, HASTA UN MÁXIMO DE 90 DIAS Y/O UNA CANTIDAD A PRORRATA DE DICHA LICENCIA

En junio de 2017, la Asociación de Maestros de Puerto Rico y su Local Sindical, afiliados a la AFT por sí y en representación de sus miembros instaron una demanda en el Tribunal de San Juan en contra del Departamento de Educación y el Estado Libre Asociado de Puerto Rico, por estos negarse a pagar la liquidación de licencia de enfermedad a cientos de maestros que habían solicitado su retiro desde enero del 2017, para retirarse efectivo en el verano de 2017. Véase, Asociación de Maestros de Puerto Rico, et al. v. Departamento de Educación et al, Civil Núm. SJ2017CV00542. Dicho caso fue paralizado por la Ley PROMESA.

Luego de numerosos trámites ante Tribunal de Quiebra de PROMESA, la AMPR logró un acuerdo por la cantidad de $4.5 millones con la Junta de Supervisión y Control Fiscal de Puerto Rico, que cuenta con el aval del Gobierno de Puerto Rico, para el pago de la liquidación de la licencia por enfermedad acumulada, hasta un máximo de 90 días y/o en caso de que el total de licencias adeudadas a los Maestros, Bibliotecarios, Trabajadores Sociales, Orientadores, Técnicos de Currículo, Investigador Pedagógico, Coordinador Vocacional e Industrial (en adelante "Maestros") elegibles bajo los términos del Acuerdo exceda la cantidad de $4.5 millones, el acuerdo provee para el prorrateo dicha cantidad entre los maestros elegibles.

Esta notificación, mediante periódico de circulación general en Puerto Rico, así como en un periódico de circulación general en Orlando, FL., activa el periodo de 60 días que poseen todos los maestros que cualifican para realizar su reclamación. La fecha límite para realizar su reclamación es el lunes, 16 de diciembre de 2019 a las 4:30 p.m.

### Deberá cumplir con todos los requisitos aquí dispuestos para ser elegible

1. Maestro presentó su solicitud de retiro en o antes del 31 de enero de 2017
2. Maestro se retiró al finalizar el segundo semestre del año escolar 2016-2017 o en verano de 2017
3. Contaba con balance de enfermedad
4. No ha sido re empleado por el Departamento de Educación en ninguna capacidad desde su retiro.
5. Al momento de retiro contaba con más de 10 años de servicio

### ¿Qué debe hacer el Maestro que cumpla con los requisitos antes mencionados?

1. Deberá pasar por las Oficinas Regionales Educativas del Departamento de Educación, región que le corresponda y solicitar los siguientes documentos creados para el **Pago de Licencias de Enfermedad** conforme al acuerdo entre la Junta de Control Fiscal y la AMPR.
   a. Informe de Cambio (Formulario 409) Informe de cambio a Personal Docente acuerdo Ley 26-2017)
   b. Carta de balance de licencia por enfermedad (Informe de licencias a Personal Docente acuerdo Ley 26-2017)
2. Deberán buscar en las **Oficinas de Retiro de Maestros** ubicadas en #235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte Hato Rey PR o solicitar vía correo electrónico a la siguiente dirección SRM_CorrespondenciaConsulta@srm.pr.gov el siguiente documento:
   a. Certificación de radicación y pensión de retiro 2017

### ¿Qué hará el Maestro, una vez tenga todos los documentos requeridos?

1. Deberá pasar por las oficinas regionales de la Asociación de Maestros de Puerto Rico ubicadas en los Municipios de:
   - Arecibo – Calle Trocado #556 Hatillo, Puerto Rico
   - Caguas – Urb. Villas del Rey 2D33 STE 2 Ave. Pinos
   - Ponce – Calle Isabel #27 Ponce, Puerto Rico
   - Mayagüez – #158 Este Calle Ramos Antonini Esq. Salud
   - Oficinas Centrales de la Asociación de Maestros en Hato Rey- Avenida Ponce De León 452, Hato Rey
2. Una vez entregados los documentos en las Oficinas antes mencionadas, deberán completar la **Hoja de Reclamación, recibo, validación y certificación**, creada para este trámite.

### ¿Qué debe hacer el Maestro en caso de NO recibir notificación del Departamento de Educación y entender que es elegible?

1. Deberá pasar por las Oficinas Regionales Educativas del Departamento de Educación, región que le corresponda y por las Oficinas de Retiro de Maestros para solicitar los documentos arriba mencionados.
2. Luego deberá entregarlas y completar el formulario **Hoja de Reclamación, recibo, validación y certificación**, en las Oficinas Regionales de la Asociación de Maestros de Puerto Rico o en las Oficina de Nivel Central de la AMPR, según sea el caso.

### IMPORTANTE:

- Los elegibles deberán entregar todos los documentos, NO se aceptarán entregas parciales.
- Deberán cumplir con el periodo de entrega, NO se aceptarán documentos una vez finalizado el término. El término es de caducidad, sin permitir extensiones.
- De no presentar su reclamación y la totalidad de los documentos en o antes del 16 de diciembre de 2019 a las 4:30 p.m. perderá su derecho a reclamar bajo el acuerdo.

  

ANUNCIO

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Contabilidad Central de Gobierno
San Juan, Puerto Rico

**Carta Circular**
**Núm. 1300-16-17**

**Año Fiscal 2016 - 2017**
**22 de diciembre de 2016**

**A los Secretarios de Gobierno,**
**Directores de Dependencias y**
**Corporaciones Públicas, Alcaldes y**
**Oficiales Pagadores Especiales del**
**Estado Libre Asociado de Puerto Rico**

Asunto: **Pago Global de la Licencia Acumulada a la Separación del Servicio**

Estimados señores:

La Ley Núm. 230 del 23 de julio de 1974, según enmendada, conocida como Ley de Contabilidad del Gobierno de Puerto Rico, en su Artículo 9 (j) dispone, entre otras cosas, que el Secretario de Hacienda, los Oficiales Pagadores Especiales nombrados por éste, los municipios, las instrumentalidades y las entidades corporativas no efectuarán pagos a persona natural o jurídica alguna que por cualquier concepto tenga deuda vencida con el Estado Libre Asociado de Puerto Rico o con algún municipio.

La Ley Núm. 125 de 10 de junio de 1967, según enmendada, establece que todo funcionario o empleado del Estado Libre Asociado de Puerto Rico, excepto los funcionarios de la Rama Ejecutiva nombrados por el Gobernador y los de instrumentalidades y corporaciones públicas, tendrá derecho a que se le pague y se le pagará una suma global de dinero por la licencia de vacaciones que tuviere acumulada hasta un máximo de sesenta (60) días laborables a su separación del servicio por cualquier causa, y por la licencia por enfermedad que tuviere acumulada, hasta un máximo de noventa (90) días laborables a su separación del servicio para acogerse a la jubilación si es participante de algún sistema de retiro auspiciado por el Gobierno, y si no lo fuere, a su separación definitiva del servicio si ha prestado, por lo menos, diez (10) años de servicios.

El artículo 11 de la Ley Núm. 66 de 17 de junio de 2014 (Ley 66-2014), según enmendada, establece que durante la vigencia de la Ley 66-2014 el máximo de días sujetos a liquidación, en caso de separación de servicio, será de sesenta (60) días. Además