Migdalia Gonzalez
Calle Emajagua #304
Hacienda Borinquen Caguas
Puerto Rico 00725



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767