## Replica de Objecion Global

Datos de contacto

Nombre: Judi del C. Guzman Nogueras

Direccion:

8547 Sandpiper Ridge Ave

Tampa, FL 33647

Telefono: 787-384-6760

Correo electronico: jandrin08@yahoo.com

Epigrafe

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

SRE # procedimiento 17 BK 3566-LTS ultimos 4 digitos del numero federal de contribuyente #9686

Motivos para oponerse

La evidencia de reclamacion tiene la intemcion de formular las reponsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, adjunto incluyo la evidencia del Sistema de Retiro mientras labore para el Departamento de Educacion.

*Judi del C. Guzman*  1/10/2020