C. Guzmán Nogueras
[...] piper Ridge Ave.
[...]L. 33647

Tampa/St Pete FL 336
FRI 10 JAN 2020 PM

RECEIVED & FILED
2020 JAN 13 PM 5: 32
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767