# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al

Debtors

_____

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO  RICO, ACTING BY AND
THROUGH ITS MEMBERS

and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF
PURTO RICO,

as co-trusted respectively, of

THE COMMONWEALTH OF PURTO RICO,
        Plaintiffs

v.

APEX GENERAL CONTRACTORS, LLC,
        Defendant

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

Adv. Proc. No. _____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COME  NOW  the  undersigned  counsel,  on  behalf  of  defendant  APEX  GENERAL

CONTRACTORS, LLC, hereinafter, "the ("Appearing Defendant") and respectfully alleges and

prays as follows:

1

The undersigned counsel Clarisa Solá Gómez is joining attorneys Luis E. Pabón Roca in the legal representation of the Appearing Defendant, Apex General Contractors, LLC and requests to be simultaneously served notice of all the documents filed with the CM/ECG System filings to her registered e-mail addresses.

**WHEREFORE**, it is respectfully requested to this Honorable Court to take note of Clarisa Solá Gómez's appearance as attorney of record for the Appearing Defendant, Apex General Contractors, LLC. together w3ith attorneys Luis E. Pabón Roca and to order that she be simultaneously served notice of all the documents filed with the CM/ECG System filings to her registered e-mail addresses.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the instant document has been filed with the court's CM/ECF System, which will simultaneously serve notice on all counsel of record, to their registered e-mail addresses.  Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico, this 14th day of January 2020.

**FACCIO & PABON ROCA**
P.O. Box 11397
Urb. Hyde Park, 249 Las Marías
San Juan, PR 00927
Tel. 787-764-1800/Fax 787-777-0737

**S/ Luis Pabón-Roca**
Luis E. Pabón Roca
USDC-PR 210101
lpabonroca@microjuris.com

2

**S/ Clarisa Solá Gómez**
Clarisa Solá Gómez
USDC 210504
clarisasola@hotmail.com