Enero 10 2020

A quien pueda interesar

Yo Carmen Nitza Cruz Escuté
con dirección en Calle Betances #76
Canóvanas, P.R. P.O. BOX 337 00729
Canóvanas, P.R.
        Mi correo electrónico es
nitzacruz 7@gmail.com
    De acuerdo a mi información el
deudor es el Estado Libre Asociado
de P.R. o sea Commonwealth of
Puerto Rico y mi número de 154617
(número de reclamo)
    Con estas evidencias espero
que el tribunal no se oponga
a la objeción global.

    Cuando yo trabaje para el
Departamento de Educación surgió
La ley 89 del Romerazo año 1989
y luego surgió el aumento de la gobernadora Sila
M. Calderón en el 2001. (año)

[P.D]    Estos documentos son los que pudimos conseguir
ya que no hay luz en algunos lugares debido al
terremoto y las oficinas no podían abrir.

                    atentamente
            Carmen Nitza Cruz Escuté

RECEIVED & FILED
2020 JAN 13 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN