*Número de Evidencia de Reclamación:* **154617**
*Reclamante:* **Cruz Escute, Carmen Nitza**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☑ Empleo actual o <u>anterior</u> en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $ 31,200.00

Batch 4



*Número de Evidencia de Reclamación:* **154617**
*Reclamante*: **Cruz Escute, Carmen Nitza**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o <u>anterior en el gobierno de Puerto Rico?</u>
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o <u>trabajó</u>: Departamento de Educacion

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1989-

3(c). Últimos cuatro dígitos de su número de seguro social: 4026

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. N/A

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: N/A

4(c). Número de caso: 

4(d). Título, epígrafe, o nombre del caso: N/A

Batch 4

2



990123400405160

*Número de Evidencia de Reclamación:* **154617**
*Reclamante:* **Cruz Escute, Carmen Nitza**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
  N/A

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)
  De ser así, ¿cuál es la fecha y el monto de la sentencia?
  N/A



# Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
#### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | CARMEN N, CRUZ ESCUTE | |
| 2. Número de Seguro Social | redacted-4026 | |
| 3. Lugar de Nacimiento | SAN LORENZO,PR | |
| 4. Fecha de Nacimiento | redacted 1950 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 33.0.0.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,755.00 | |
| 11. Número de Puesto | R18150 | |
| 12. Categoría del Puesto | M,EDUC. NIÑEZ TEMP. NIVEL ELEM.(K-3) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-22100-0810000-0000-08100-2009-SCHOOLWIDE09 | |
| 15. Fecha de efectividad | 28 de julio de 2009 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 29 de mayo de 2009 03:00 pm | |
| 20. Ultimo día de Pago | 28 de julio de 2009 02:58 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | LOIZA | |
| 25. Escuela | MEDIANIA ALTA ELEMENTAL | |

26. Dirección Postal:PO BOX 222 CAROLINA PUERTO RICO 009860222

26. Teléfono:

27. Observaciones:SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 91 DE 29 DE MARZO DE 2004 ENMIENDA P.V. EFECT. 1/JUN/09 3-5-58 HASTA 28/JUL/09 2:58 P.M. AUTORIZADO S/S 28/JUL/09 DE 2:59 A 3:00 P.M.P/ GLOBAL ENF. 90.0.00 (DESDE 03/AGOSTO/2009 08:00 AM - HASTA 08/DICIEMBRE/2009 03:00 P.M.). EDAD Y AÑOS DE SERVICIO

28. Preparado por: MARY ARCE    FECHA: 29 de julio de 2009
29. Verificado por: MARY ARCE    FECHA: 29 de julio de 2009
30. Aprobado por: LIC BRENDA A. VIRELLA CRESPO    FECHA: 29 de julio de 2009
Secretario de Educación o su representante



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

CRUZ ESCUTE, CARMEN N
PO BOX 222

CAROLINA PR 00986-0222

Certifico que CRUZ ESCUTE, CARMEN N recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,958.70 equivalente a $23,504.40 anual. Luego de las deducciones recibe la cantidad de $289.60 mensual, equivalente a $3,475.20 anual.

Esta certificación se expide hoy 9 de enero de 2020.



Número de Certificación: SRM03P2000079

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414     📠 787.759.2883     www.srm.pr.gov





**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
*Área de Transacciones de Personal*

DEPARTAMENTO DE EDUCACION
RECIBIDO
OCT 1 5 2019
TRANSACCIONES

## FORMULARIO PARA REVISION DE SALARIO

Fecha: 15 de octubre 2019
Nombre: Carmen N. Cruz Escuté
Seguro Social: redacted 4028
Dirección Postal: Apartado 337
Canóvanas P.R. 00729
Teléfono: 787-668-7770
Distrito: Loíza - Region Humacao
Puesto: Maestra

Razón de revisión salarial:

✓ Aumentos otorgados por ley (órdenes ejecutivas)

___ Aumentos otorgados por convenio

___ Aumentos por experiencia

___ Comentario: Prime Cleak - Law 44
17-03283
Claim - 15461

Firma
Carmen N. Cruz Escuté

** PARA USO OFICIAL DE LA AGENCIA**



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

CRUZ ESCUTE, CARMEN N
PO BOX 222

CAROLINA PR 00986-0222

Certifico que CRUZ ESCUTE, CARMEN N con número de Seguro Social XXX-XX-4026 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $1,958.70, equivalente a $23,504.40 anual. Luego de las deducciones recibe una pensión neta de $289.60, equivalente a $3,475.20 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Noviembre de 2019 1er. Quincena | Noviembre de 2019 2da. Quincena | Diciembre de 2019 1er. Quincena | Diciembre de 2019 2da. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | 53.48 | 53.48 |
| AE-Asoc Emp ELA-Prest Regular | 319.37 | 319.37 | 319.37 | 319.37 |
| CO-COOP MAESTRO PR | 419.32 | 419.32 | 419.32 | 419.32 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 3.50 | 3.50 | 3.50 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 | 1.00 | 1.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 | 8.50 | 8.50 |
| GPR Plan de Ahorros | 29.38 | 29.38 | 29.38 | 29.38 |
| Total de descuentos | ($834.55) | ($834.55) | ($834.55) | ($834.55) |

Esta certificación se expide hoy 9 de enero de 2020.



Número de Certificación: SRM04P2000048

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414      📠 787.759.2883      www.srm.pr.gov