Carmen Nitza Cruz Escute
P.O. Box 390
Canóvanas, P.R. 00729

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1267