**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**PUERTO RICO FUNDS' INFORMATIVE MOTION
REGARDING JANUARY 15, 2020 HEARING**

To the Honorable United States Magistrate Judge Judith Gail Dein:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Certain Puerto-Rico based mutual funds (collectively, the "Puerto Rico Funds"),[2] hereby submit this informative motion and request to be heard pursuant to the Court's *Order Setting Procedures for January 15, 2020 Hearing* (Docket Entry No. 9823 in Case No. 17-3283 and Docket Entry No. 780 in Case No. 17-3566), and respectfully state as follows:

1. Jesse L. Green of White & Case LLP will appear in person on behalf of the Puerto Rico Funds at the hearing on January 15, 2020, at 2:30 p.m. (EST) in Courtroom 8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

2. On behalf of the Puerto Rico Funds, Mr. Green will be prepared to address, as necessary, the following pleadings in the Title III cases:

- *Motion of Certain ERS Bondholders to Compel the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Provide Complete Answers to Interrogatories* (Docket Entry No. 9697 in Case No. 17-3283 and Docket Entry No. 755 in Case No. 17-3566) and all related pleadings.

- *Urgent Motion of Committees and Government Parties to Compel Production of Documents from ERS Bondholders* (Docket Entry No. 9698 in Case No. 17-3283, and Docket Entry No. 756 in Case No. 17-3566) and all related pleadings.

**WHEREFORE**, the Puerto Rico Funds respectfully request that the Court take notice of the foregoing.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

---

[2] The Puerto Rico Funds are the following Puerto Rico-based funds: Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund.

**RESPECTFULLY SUBMITTED.**

Dated: January 14, 2020
Miami, Florida

By: /s/ *Jesse L. Green*
John K. Cunningham (*pro hac vice*)
Glenn M. Kurtz (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200
Fax: (212) 354-8113
jcunningham@whitecase.com
gkurtz@whitecase.com

Jesse L. Green (*pro hac vice*)
Jason N. Zakia *(pro hac vice)*
Cheryl T. Sloane (*pro hac vice*)
WHITE & CASE LLP
200 Biscayne Bld., Suite 4900
Miami, Florida 33131
Tel: (305) 371-2700
Fax: (305) 358-5744
jgreen@whitecase.com
jzakia@whitecase.com
csloane@whitecase.com

Jose C. Sanchez-Castro
USDC-PR 213312
Alicia I. Lavergne Ramírez
USDC-PR 215112
Maraliz Vazquez-Marrero
USDC-PR 215112
SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel: (787) 522-6776
Fax: (787) 522-6777
jsanchez@sanpir.com
alavergne@sanpir.com
mvazquez@sanpir.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income Puerto Rico Fund*