**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: **JUNTA DE REVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,**<br><br>como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO**, y otros,<br><br>Deudores | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE. |

**RÉPLICA A LA CENTÉSIMA SEXTA OBJECIÓN GLOBAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REINVIDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la señora Sylvia Roger Stefani, y muy respetuosamente **EXPONE, ALEGA** y **SOLICITA**:

La señora Sylvia Roger Stefani, "Roger Stefani", es actualmente empleada del Estado Libre Asociado de Puerto Rico. Ejerce sus funciones como Procuradora General Auxiliar, en la Oficina del Procurador General, Departamento de Justicia, en San Juan, Puerto Rico. Desde el 25 de mayo de 1992, ha cotizado para el Sistemas de Retiro de los Empleados del Gobierno y la Judicatura, "Sistema de Retiro".

En junio de 2018, la señora Roger Stefani presentó ante este Foro una reclamación (*proof of claim*) por concepto de las aportaciones de esta al Sistema de Retiro, como consecuencia de la

petición de quiebra del Gobierno de Puerto Rico en el presente Foro federal. **ANEJO I** de la presente Réplica.

El diciembre de 2019, la señor Roger Stefani recibió la notificación de deficiencia de su relamo presentado ante este Tribunal (Anejo A de la *Centésima sexta objeción*, Reclamos Deficientes). De los documentos recibidos surge que la señora Roger Stefani tiene presentadas dos (2) reclamaciones: la número 86164 y la número 92467. La reclamación 86164 aparece con una suma indeterminada ("*Undetermined*") y la núm. 92467 con la suma de $138,000.00. *Véase* Anejo A de la *Centésima sexta objeción*, págs. 6-7 (inglés) y pág. 7 (español). **ANEJO II** de la presente Réplica. Este Tribunal solicita la evidencia en cuanto a los reclamos núm. 86164 y 92467. **ANEJO III** de la presente Réplica. La señora Roger Stefani no tiene intención alguna de duplicar su reclamo, por lo que se trata de un solo reclamo.

Adjunto se envía copia de los siguientes documentos obtenidos del Portal de Servicios en Línea del Sistema de la Administración de los Sistemas de Retiro de la señora Roger Stefani: (1) *Información General;* (2) *Certificación de Balances de Aportaciones Estimadas* y (3) *Estado de Cuenta Estimado*. **ANEJOS IV-VI** de la presente Réplica. Los anteriores documentos fueron obtenidos con fecha del 23 de diciembre de 2019. Ellos constituyen la evidencia clara y fehaciente del reclamo de la señora Roger Stefani, en específico, de los servicios concretos prestados por esta, el salario devengado, sus aportaciones al Sistema de Retiro al 23 de diciembre de 2019, entre otra información. Esta evidencia clarifica la responsabilidad que el Sistema de Retiro o cualquier otro deudor pueda tener en relación con la señora Roger Stefani.

En resumen, los documentos aquí sometidos evidencian el balance de las aportaciones de la señora Roger Stefani al 23 de diciembre de 2019 en una de $116,861.83; que esta comenzó a cotizar al sistema de retiro el 25 de mayo de 1992; y que su ingreso actual bruto es de $5,153.50,

3

entre otros datos. Nótese que la suma de las aportaciones cubre la cantidad aportada a la fecha de

la última nómina procesada en el sistema.

Así, la reclamación de la señora Roger Stefani contra el Sistema de Retiro, es una
reclamación válida, la cual no debe ser objetada como deficiente, ni debe ser rechazada por este
Honorable Tribunal.

**POR TODO LO CUAL**, se solicita muy respetuosamente a este Honorable Tribunal que
tome conocimiento de lo aquí expuesto y se dé por verificada y corregida la deficiencia
notificada del reclamo (*proof of claim*) de la señora Roger Stefani, de forma que se reconozca su
validez.

**RESPETUOSAMENTE SOMETIDA**.

En San Juan, Puerto Rico, a 10 de enero de 2020.

**SYLVIA ROGER STEFANI**

**N O T I F I C A C I Ó N**

**CERTIFICO:**     Que se ha enviado por correo regular copia de la presente Moción
a:

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado del Comité de Acreedores
**PAUL HASTINGS LLP**
200 Park Avenue
Nueva York, NY 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Abogado de la Junta de Supervisión
PROSKAUER ROSE LLP
Eleven Times Square
Nueva York, NY 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900
A/A: Martin J. Bienenstock
Brian S. Rosen

En San Juan, Puerto Rico, a 10 de enero de 2020.

**SYLVIA ROGER STEFANI**
Mansiones de Garden Hills
Calle 4, #H-4
Guaynabo, Puerto Rico 00966
Tel: (787) 232-1826
sylvia_8172@hotmail.com