SYLVIA ROGER STEFANI
MANSIONES GARDEN HILLS
CALLE 4, NUM. H4
GUAYNABO, PR 00966

CERTIFIED MAIL

7019 1640 0000 9846 4148



U.S. POSTAGE PAID
FCM LG ENV
GUAYNABO, PR
00969
JAN 11, 20
AMOUNT
$4.80
R2304N117105-07

SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

RECEIVED & FILED
2020 JAN 13 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.