## Replica de Objecion Global

### Datos de contacto

Nombre: Felix Burgos Leon

Direccion:

8547 Sandpiper Ridge Ave

Tampa, FL 33647

Telefono: 787-384-7032

Correo electronico: burgosf19@yahoo.com

### Epigrafe

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

SRE # procedimiento 17 BK 3566-LTS ultimos 4 digitos del numero federal de contribuyente #9686

### Motivos para oponerse

La evidencia de reclamacion tiene la intemcion de formular las reponsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, adjunto incluyo la evidencia del Sistema de Retiro mientras labore para la Autoridad de Acueductos y Alcantarillados.

*Felix Burgos Leon*   1/10/2020