Félix Burgos León
8547 Sandpiper Ridge Ave.
Tampa, FL 33647







Retail

US POSTAGE PAID
$8.20
Origin: 33604
01/10/20
1189390604-06

PRIORITY MAIL 3-DAY ®

0 Lb 1.30 Oz
1006

EXPECTED DELIVERY DAY: 01/13/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING®NUMBER

9505 5160 4869 0010 3499 17



RECEIVED & FILED
2020 JAN 13 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767