A quien pueda interesar:

Yo María del Carmen Fuentes Ortiz con dirección en Medianía Baja sector El Jobo carretera 187 K.8 H9 con el P.O.Box 390 Loíza P.R. 00772 Teléfono 787-464-6729. Mi correo electrónico es maridelfuentes52@gmail.com.

De acuerdo a nuestra información el deudor es Estado Libre Asociado de P.R., Conmmonwelth of Puerto Rico y mi número de reclamo es 96969. Con esta evidencia esperemos que el tribunal no se oponga a la objeción global.

Cuando trabajé para el Departamento de Educación surgió la Ley 89 que es el Romerazo que nos adeudan 15,600.00 y fueron unos aumentos salariales que yo merecía y no se nos pagaron

P.D 100 dólares mensuales desde 1989 a mayo 2001

11 de enero 2020

Por el estado de emergencia de terremoto. Solo conseguí estos documentos ya que no hay luz y el gobierno no opero por varios días.

Gracias

María del Carmen Fuentes Ortiz