FORM. 409 Rev. 99



**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle_____días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | FUENTES ORTIZ, MARIA DEL C. | |
| 2. Número de Seguro Social | redacted -6984 | |
| 3. Lugar y Fecha de Nacimiento | HUMACAO redacted /1951 | |
| 4. Sexo | F | |
| 5. Estado Civil | CASADA | |
| 6. Preparación Académica | B.A. | |
| 7. Experiencia | 28 años 9 meses | |
| 8. *Status* Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | 2,005.00 | |
| 10. Número del Puesto | | |
| 11. Categoría del Puesto | MAESTRA ELEMENTAL | |
| 12. Nivel del Puesto (Directivo) | ELEMENTAL | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 27 de julio de 2001 | |
| 16. Acción y Duración | | |
| 17. Causa del Cese | JUBILACION (LEY TEMPRANO) | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | LOIZA | |
| 23. Escuela | MEDIANIA ALTA ELEMENTAL | |
| 24. Dirección Postal y Residencial    Mediania Baja Sector El Jobos Apartado 390 Loíza | | 25. Teléfono Residencial  886-5642 |

26. Observaciones:

27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_María del Carmen Fuentes_   4/junio/2001
Firma del empleado            Fecha

28. Deseo: _____ Acogerme        _____No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____   _____
Firma del empleado            Fecha

29. Recomendado
_Gloria E. De Jesús Correa_   4/junio/2001
Director de Escuela           Fecha

30. Recomendado
_____   _____
Director de Escuela           Fecha

31. Aprobado: Por el Secretario de Educación o su Representante



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

FUENTES ORTIZ,MARIA DEL C
PO BOX 390

LOIZA PR 00772-0390

Certifico que FUENTES ORTIZ,MARIA DEL C recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,445.98 equivalente a $17,351.76 anual. Luego de las deducciones recibe la cantidad de $818.02 mensual, equivalente a $9,816.24 anual.

Esta certificación se expide hoy 9 de enero de 2020.



Número de Certificación: SRM03P2000104

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414     🖷 787.759.2883     www.srm.pr.gov