

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL FLAT RATE POSTAGE REQUIRED**

UNITED STATES POSTAL SERVICE — Retail

**P**  US POSTAGE PAID  **$7.35**
Origin: 00729
01/11/20
4218000729-03

PRIORITY MAIL 1-DAY ®

0 Lb 2.20 Oz
1005

EXPECTED DELIVERY DAY: 01/13/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER
9505 5107 0257 0011 3017 58



FROM:
María del Carmen Fuentes Ortiz
P.O. Box 390
Loíza PR 00772

TO: Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.**
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

Package Pickup, scan the QR code.



SAN JUAN P.R.
U.S DISTRICT COURT
CLERK'S OFFICE
2020 JAN 13 PM 3:58
RECEIVED & FILED

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP


PS00001000014