01/11/2020

**Secretaria tribunal de distrito de los Estados Unidos**
Ave. Carlos Shardon Room 150 Federal Building,
S.J. P.R. 00918-1767

**Abogado de la junta de la supervisión**
Proskauer Rose LLP Eleven Time Square
N. Y. N.Y. 10036-8299
A/A: Martin J. Bienenstock, Brian S. Rosen

**Abogado del Comite de Acreedores**
Paul Hastings LLP 200 Park Avenue
N.Y. N. Y. 10166
A/A: Luc A. Despins, James Bliss, James Worthington,
G. Alexander Bongartz

La presente réplica del **# de caso 69934** es para exponer lo siguiente:

- El sistema de retiro de empleados del gobierno en Puerto Rico no tiene la información clara y concisa de la cantidad aportada por mi parte.

- La aportación al retiro por mi parte es en base a la ley 305 del 1999 que es un programa de ahorro de retiro, la cual no existe aportación patronal y la aportaciones son únicamente del participante.

- Mi aportación al programa de ahorro para el retiro es de 8.5%, trabaje desde diciembre 16 1999 en la Administración de Servicios Médicos. (Ver anejo # 1).

- Se incluye certificación de balance en aportaciones estimadas (Anejo # 3) el cual existe discrepancias en la información del anejo # 1.

- Se le solicito al patrono revisar certificación de balance en aportaciones ya que información ofrecida no coincide con los años trabajados y la cantidad estimada de aportación. Pero como es de conocimiento que en estos momentos Puerto Rico está en un momento de emergencia por temblor, la agencia sufrió daños y no han ofrecidos servicios en las oficinas de Recursos Humanos.

Att. Israel Rivera Medina