# ISRAEL RIVERA MEDINA (227269)

Seguro Social: **XXX-XX-9379**  |  Fecha de Nacimiento: **25-JUL-1977**

## Datos Personales

Sexo: **Masculino**

Estado Civil: **SOLTERO**

Lugar de Nacimiento: **PUERTO RICO - SAN JUAN**

## Teléfonos de Contacto

Residencial: **(787) 737-3981**

Celular: **(787) 403-9046**

# ISRAEL RIVERA MEDINA (227269)

| | |
|---|---|
| Agencia: | **ADMINISTRACION SERVICIOS MEDICOS** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | 16-DIC-1999 |
| Años en Servicio: | 13.77 |
| Sueldo Bruto: | $2,770.02 |
| Sueldo Neto: | $1,739.65 |
| Balance Aportaciones*: | $33,333.27 |
| Aportaciones Ley 106 **: | $6,932.00 |

## Direcciones

Postal: **447 CALLE ALMENDRO, URB LOS FL, GURABO, PR, 00778, USA**

Física: **URB. LOS FLAMBOYANES A9 447 CA, , URB LOS FLAMBOYANES, PR, 00778, USA**

## Información de Empleo

Fecha del primer nombramiento: **16-December-1999**

Clasificación: **CARRERA**

Aportación mensual: **8.50**