PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

Retail

UNITED STATES POSTAL SERVICE.

P

US POSTAGE PAID
$7.35
Origin: 00918
01/11/20
4284790018-27

PRIORITY MAIL 1-DAY ®

0 Lb 7.20 Oz
1005

EXPECTED DELIVERY DAY: 01/13/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER



9505 5111 1474 0011 4091 21

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PRIORITY MAIL



UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Israel Rivera Medina
Urb. Los Flamboyanes A9 447
Gurabo PR 00778

RECEIVED & FILED
2020 JAN 13 PM 5:38
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN

TO:
Secretaria tribunal de distrito de los
Estados Unidos
Ave. Carlos Chardon Room 150
Federal Building SJ PR 00918-1767

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE