RECEIVED & FILED
2020 JAN 13 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Omnibus Objection

Pacheco Calderón, Iris Benita

S.S. REDACTED-4432

Urb. Vistas del Convento
2 H 1 - calle 3, Fajardo, P.R. 00738

→ Clerks Office of The United States District Court for the District of Puerto Rico, #150 Chardon Avenue, Federal Building San Juan, Puerto Rico 00918.

case number: 17 BK 03 283-LTS

claim: 62344

number: 673 page 103

Envio documentos que evidencian y validan por mi persona que lo escrito radicado en el marco conforme al Título III.