Por lo cual, al presentarles la evidencia solicitada mi reclamo no puede ser rechazado ya que los documentos adjuntos evidencian que todo lo que he escrito es verdad y dichos documentos hacen que mi reclamo sea justo y firme, cualificando así para ser considerada y recibir dichos beneficios.

Fecha de reclamación: 6/25/18
Deudor: Commonwealth of Puerto Rico
Reclamación monto: $15,500

Por lo cual certifica:
— Que trabajé en el Estado Libre Asociado o Gobierno de Puerto Rico

durante todos los años en que se otorgó el aumento de sueldo de los "Rosellosos", cualificando para el mismo.

2. Que dicho aumento en ningún momento se reflejó en mi salario mensual.

3. Que soy graduada de la Universidad de Puerto Rico como maestra de Escuelas.

4. Que adquirí en el Departamento de Educación: Certificado de maestro: Directora Escuela Elemental, Directora Escuela Secundaria, Superintende de Escuelas. — adjunto Evidencia

5. Le envío certificación del

Departamento de Instrucción Pública fechada 16 de octubre 1989. La misma certifica que Trabajé como maestra:

Maestra Escuela Secundaria -
   Desde 6 octubre 1980
   Hasta 29 mayo 1981

Maestra de arte    Desde 3 agosto 1981
   Hasta 25 de mayo 1984

- ver evidencia adjunto

6. Que en el 1985, trabajé en el Gobierno de Puerto Rico, En la Escuela Dr. José Ramos Lebrón en Fajardo.
- ver evidencia adjunto
   15/01/1985 - 30/11/1985

7. Envío Certificación donde la misma indica que trabajé para el Gobierno de Puerto Rico en Administración del Derecho al Trabajo. Comenzando el 2 de mayo 1986 y finalizando el 5 de agosto 1990.

8. Que en agosto de 1990 comence a trabajar en el Departamento de Educación como maestra de Arte.

9. Que en el año 1996 fui nombrada Directora de Nivel Elemental número III.

10. Que me jubilé del Departamento de Educación el 1 de enero 2012. adjunto evidencia

11. Que envío evidencia de varios talonarios para sustentar que lo que expreso y escribo es verdadero y firme.

Expongo que con estas evidencias no veo inconveniente de que mi caso se excluya al contrario debo ser considerada ya que les presento los fundamentos y la documentación que respaldan mi reclamación contra el Estado Libre Asociado de Puerto Rico. Demostrando así con los documentos necesarios que sostienen que mi reclamación es válida en virtud del Título III.



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

### El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**IRIS B. PACHECO CALDERON**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**SUPERINTENDENTE DE ESCUELAS**
**SUPERINTENDENT OF SCHOOL**

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico

Expedido desde **15 de febrero** de **2004** hasta **15 de febrero** de 20 **10**
Issued on **February 15** 2004 and valid until **February 15** 20 10

Dado en San Juan de Puerto Rico, el **31 de agosto** de 20 **07**
Given at San Juan, Puerto Rico on **August 31** 20 07

*Rafael Aragunde Torres*
Secretario de Educación
Secretary of Education

Número de Certificado: 918600

Certificate Number: 918600



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**IRIS B. PACHECO CALDERON**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

DIRECTOR(A) DE ESCUELA SECUNDARIA
SECONDARY SCHOOL PRINCIPAL

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde **16 de noviembre** de **2003** hasta **16 de noviembre** de 20 **09**
Issued on November 16 2003 and valid until November 16 20 09

Dado en San Juan de Puerto Rico, el **31 de agosto** de 20 **07**
Given at San Juan, Puerto Rico on August 31 20 07

*Rafael Aragunde Torres*
Secretario de Educación
Secretary of Education

Número de Certificado: 918601    Certificate Number: 918601



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**IRIS B. PACHECO CALDERON**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

DIRECTOR(A) DE ESCUELA ELEMENTAL
ELEMENTARY SCHOOL PRINCIPAL

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde **16 de noviembre** de **2003** hasta **16 de noviembre** de 20 **09**
Issued on November 16 2003 and valid until November 16 20 09

Dado en San Juan de Puerto Rico, el **31 de agosto** de 20 **07**
Given at San Juan, Puerto Rico on August 31 20 07

*Rafael Aragunde Torres*
Secretario de Educación
Secretary of Education

Número de Certificado: 918602               Certificate Number: 918602

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
HATO REY, PUERTO RICO
271.2/MPL/clp

OFICINA DE LA
SECRETARIA DE INSTRUCCION PUBLICA

16 de octubre de 1989

A QUIEN PUEDA INTERESAR

La presente certifica que Iris B. Pacheco Calderón ha rendido/rindió servicios para el Departamento de Instrucción Pública por un período de cuatro (4) años.

Su experiencia se detalla a continuación:

Maestra de Escuela Secundaria            - Desde el 6 de octubre de 1980
    (Español)                              hasta el 29 de mayo de 1981.

Maestra de Arte                          - Desde el 3 de agosto de 1981
                                           hasta el 25 de mayo de 1984.

Matilde Pedraza Leduc, Supervisora
Unidad Certificacioens de Empleo



El Departamento de Instrucción Pública no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| --- | --- | --- | --- | --- | --- | --- |
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 12/01/2019 | Aviso #: | 5059634 |
| | | | Hasta: | 12/15/2019 | Fecha Aviso: | 12/13/2019 |

| IRIS B PACHECO CALDERON | # Empleado: | XXXXX4432 | DATA IMP: | Federal | PR |
| --- | --- | --- | --- | --- | --- |
| URB VISTAS DEL CONVENTO | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +2H1 CALLE 3 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| FAJARDO, PR 00738 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-4432 | Sueldo: | $2,752.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | EMPUESTOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,376.25 | 1,867.50 | 31,653.75 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 1,376.25 | 1,867.50 | 31,953.75 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | RM-Prest Pers De Cuota-Ret Mae | 132.18 | 3,052.68 | SM-Plan Medico ASES | 0.00 | 1,100.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 222.18 | 5,061.08 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 2.75 | 63.25 | | | |
| | | | Ahorros-AEELA | 41.29 | 949.67 | | | |
| Total: | 0.00 | 0.00 | Total: | 398.40 | 9,126.68 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Corriente: | 1,376.25 | | 0.00 | 398.40 | 977.85 |
| Acumulado: | 31,953.75 | | 0.00 | 9,126.68 | 22,827.07 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | | Aviso #5059634 | 977.85 |
| --- | --- | --- | --- | --- |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 977.85 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
12/13/2019

Aviso No.  
5059634

Cant. Desposito: _____$977.85_____

A la  
Cuenta(s) De

    IRIS B PACHECO CALDERON  
    URB VISTAS DEL CONVENTO  
    2H1 CALLE 3  
    FAJARDO, PR 00738

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Savings | 100006865 | $977.85 |
| Total: | | $977.85 |

NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | Desde: | 12/16/2019 | Aviso #: | 5314988 |
| | | | | | Hasta: | 12/31/2019 | Fecha Aviso: | 12/30/2019 |

| IRIS B PACHECO CALDERON | # Empleado: | XXXXX4432 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB VISTAS DEL CONVENTO | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 2H1 CALLE 3 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| FAJARDO, PR 00738 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-4432 | Sueldo: | $2,752.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,376.25 | 1,957.50 | 33,030.00 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,376.25 | 1,957.50 | 33,330.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 132.18 | 3,184.86 |
| AE-Asoc Emp ELA-Prest Regular | 222.18 | 5,283.26 |
| AE-Seguro por Muerte Asoc ELA | 2.75 | 66.00 |
| Ahorros-AEELA | 41.29 | 990.96 |
| Total: | 398.40 | 9,525.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 100.00 | 1,200.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,376.25 | 0.00 | 398.40 | 977.85 |
| Acumulado: | 33,330.00 | 0.00 | 9,525.08 | 23,804.92 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5314988 | 977.85 |
|---|---|
| Total: | 977.85 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5314988

Cant. Desposito: $977.85

A la
Cuenta(s) De

IRIS B PACHECO CALDERON
URB VISTAS DEL CONVENTO
2H1 CALLE 3
FAJARDO, PR 00738

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 100006865 | $977.85 |
| Total: | | $977.85 |

NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 11/16/2019 | Aviso #: | 4600322 |
| | | Hasta: | 11/30/2019 | Fecha Aviso: | 11/29/2019 |

| IRIS B PACHECO CALDERON | # Empleado: | XXXXX4432 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB VISTAS DEL CONVENTO | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 2H1 CALLE 3 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| FAJARDO, PR 00738 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-4432 | Sueldo: | $2,752.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,376.25 | 1,792.50 | 30,277.50 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 1,376.25 | 1,792.50 | 30,577.50 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 132.75 | 2,920.50 | SM-Plan Medico ASES | 100.00 | 1,100.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 219.95 | 4,838.90 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 2.75 | 60.50 | | | |
| | | | Ahorros-AEELA | 41.29 | 908.38 | | | |
| Total: | 0.00 | 0.00 | Total: | 396.74 | 8,728.28 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,376.25 | 0.00 | 396.74 | 979.51 |
| Acumulado: | 30,577.50 | 0.00 | 8,728.28 | 21,849.22 |

### PTO HORAS ACUM

| | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #4600322 | 979.51 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 979.51 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
11/29/2019

Aviso No.  
4600322

Cant. Desposito: _____$979.51_____

A la  
Cuenta(s) De

IRIS B PACHECO CALDERON  
URB VISTAS DEL CONVENTO  
2H1 CALLE 3  
FAJARDO, PR 00738

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 100006865 | $979.51 |
| Total: | | $979.51 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2019 |
| Hasta: | 11/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4398203 |
| Fecha Aviso: | 11/15/2019 |

IRIS B PACHECO CALDERON
URB VISTAS DEL CONVENTO
2H1 CALLE 3
FAJARDO, PR 00738
SS: XXX-XX-4432

| | |
|---|---|
| # Empleado: | XXXXX4432 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,752.50 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,376.25 | 1,717.50 | 28,901.25 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,376.25 | 1,717.50 | 29,001.25 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 132.75 | 2,787.75 |
| AE-Asoc Emp ELA-Prest Regular | 219.95 | 4,618.95 |
| AE-Seguro por Muerte Asoc ELA | 2.75 | 57.75 |
| Ahorros-AEELA | 41.29 | 867.09 |
| Total: | 396.74 | 8,331.54 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 0.00 | 1,000.00 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,376.25 | 0.00 | 396.74 | 979.51 |
| Acumulado: | 29,001.25 | 0.00 | 8,331.54 | 20,669.71 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4398203 | 979.51 |
| Total: | 979.51 |

MENSAJE:

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2019

Aviso No.
4398203

Cant. Desposito: $979.51

A la
Cuenta(s) De

IRIS B PACHECO CALDERON
URB VISTAS DEL CONVENTO
2H1 CALLE 3
FAJARDO, PR 00738

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 100006865 | $979.51 |
| Total: | | $979.51 |

NO NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Departamento del Trabajo y Recursos Humanos

*Administración del Derecho al Trabajo*

ÁNGEL A. SANTIAGO TORRES
ADMINISTRADOR



HON. MIGUEL ROMERO
SECRETARIO



## CERTIFICACION

La Sra. Iris B. Pacheco Calderón, Seguro Social REDACTED 4432, trabajó para la Administración del Derecho al Trabajo desde el 2 de mayo hasta el 30 de septiembre de 1986, donde devengaba $846.00 y del 1 de octubre de 1986 hasta 15 de septiembre de 1987 donde devengaba $901.00. La señora Pacheco Calderón ocupó un puesto de Técnico de Recursos Humanos III con un status "transitorio" por tal razón no cotizaba.

Expedida esta certificación a petición de la señora Pacheco Calderón, hoy 4 de mayo de 2011.

CERTIFICO CORRECTO,

Sonia N. Feliciano Colón
Coordinadora para Asuntos de Retiro



Edificio Metro Center / Calle Mayagüez Esquina Calle Cidra / Hato Rey, Puerto Rico, 00918 / Tel. 754-5151
Apartado 364452, San Juan, Puerto Rico, 00936

ESTADO LIBRE ASOCIADO DE PUERTO RICO
SISTEMA DE RETIRO PARA MAESTROS
ÁREA SERVICIOS DE RETIRO

SRM-510 (SRM)
Rev. 08/05

SABI 368184

## SOLICITUD DE RECONOCIMIENTO DE TIEMPO Y CERTIFICACIÓN DE SERVICIOS

| Nombre | Apellido Paterno | Apellido Materno | Seguro Social |
|---|---|---|---|
| Iris B. | Pacheco | Calderon | REDACTED -4432 |

**Dirección Postal**
Urb. Vistas del Convento
2 H 1 Calle 3
Fajardo PR   00738

Solicito se me acredite para fines de retiro, de conformidad con las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada, el tiempo que indico a continuación:

Preste servicios en   Administración del Derecho al Trabajo
Escuela Privada Reconocida o Agencia Federal, Licencia con/sin sueldo, Beca de Estudio o Rama de las Fuerzas Armadas

Trabajo actualmente como maestro de  _directora escolar IV_ , en
                                            Categoría

_Fajardo, P.R._
Distrito Escolar, Pueblo o Municipio

Fecha: 3 mayo 2011

Firma: _Iris B. Pacheco Calderón_

| Período por Año Fiscal | | Título del Puesto | Créditos Aprobados | Salario Mensual | |
|---|---|---|---|---|---|
| Comienzo (día/mes/año) | Terminación (día/mes/año) | | | Beca | Sueldo |
| 2-5-86 | 30-9-86 | Tecnico de Recursos Humanos III | | | 846.00 |
| 1-10-86 | 15-9-87 | Tecnico de Recursos Humanos III | | | 901.00 |

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
SEP 29 2011

En caso de ser necesario, favor de utilizar la tabla al dorso para continuar con la información de otros años.

**CERTIFICO** bajo mi firma y sello de esta ____ escuela o colegio, ____ municipio, _X_ agencia, que la información que antecede es correcta, según consta en nuestros registros.

Administración del Derecho al Trabajo                    Apartado 364452, San Juan PR   00936-4452
Institución Privada o Dependencia Gubernamental                              Dirección Postal

(787) 754-2250                                          Práxedes Navedo Rosado
Teléfono                                                Nombre del Oficial Certificador

3 de mayo de 2011
Fecha                                                   Firma del Oficial Certificador

[1] Enumere cada período separadamente de acuerdo con los sueldos recibidos por la persona.
[2] En caso de estudios informar los créditos aprobados.
[3] Se refiere a la fecha del Nombramiento, Alistamiento o Comienzo de Estudios.
[4] Se refiere a la fecha de Cese, Licenciamiento o Fin de estudios.

08-155
10-88(Rev.)



Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
Apartado 42003, Estación Minillas, Santurce, P.R. 00940

## SOLICITUD PARA TRANSFERENCIA DE APORTACIONES

Por la presente solicito que las aportaciones que he hecho a este Sistema de Retiro me sean transferidas al Sistema de Retiro de **Maestros** donde ocupo actualmente el cargo de **Directora Escolar II** en el Departamento de **Educación** o en la Agencia **Dr. José Ramos Librán**.

Mi número de empleado mientras aporté al Sistema de Retiro del ELA era _____ y el de Seguro Social **REDACTED**-4432.

Indicar las agencias en las cuales trabajó, comenzando con la última.

| Departamento o Agencia | Status Reg./Trans. | Fecha de Comienzo Mes | Dia | Año | Fecha de Renuncia Mes | Dia | Año |
|---|---|---|---|---|---|---|---|
| Administración Derecho al Trabajo | Reg. | 2 | 5 | 1986 | 8 | 5 | 1990 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Favor de indicar si ha efectuado alguna transferencia a este Sistema ___ Si ___ No

De haber retirado las aportaciones efectuadas a este Sistema, deberá indicar el plan de pago que desea acogerse:

a) Pago inmediato _____  b) Pago a un año _____  c) Dos años _____
d) Tres años _____  e) Cuatro años _____  f) Cinco años _____

**Iris B. Pacheco Calderón**
Nombre y dos apellidos del Solicitante

*Iris B. Pacheco Calderón*
Firma del Solicitante

Dirección Postal: **Urb. Vistas del Convento**
**2H1 calle 3 Fajardo, P.R. 00738**

Teléfono Res: **787-863-7488**
Telefono Ofic: **787-863-0224**

### CERTIFICACION DEL JEFE DE PERSONAL DE LA AGENCIA CON QUIEN TRABAJA

CERTIFICO: Que el empleado **Iris Pacheco Calderón (REDACTED-4432)** actualmente es un participante del Sistema de Retiro de **Maestros**

**24/sept./2009**
Fecha

*Matilde Pedraza Leduc, Supervisora*
*Unidad de Jubilaciones Docente*
Firma del Jefe de la Agencia o su
Representante Autorizado

---

Para uso del Sistema de Retiro
COTEJO DE PRESTAMOS

Deudas con el Sistema de Retiro

| Préstamo Personal | | Préstamo Viaje Cultural | | Préstamo Hipotecario | |
|---|---|---|---|---|---|
| Número | Balance | Número | Balance | Número | Balance |
|  |  |  |  |  |  |

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN DE PENSIÓN

PACHECO CALDERON, IRIS B
VISTAS DEL CONVENTO
2H1 CALLE 3
FAJARDO PR 00738-3203

Certifico que PACHECO CALDERON, IRIS B recibe de una pensión vitalicia del Sistema de Retiro para Maestros, desde el 1 de enero de 2012. La pensión mensual es de $2,752.50 equivalente a $33,030.00 anual. Luego de las deducciones recibe la cantidad de $1,955.70 mensual, equivalente a $23,468.40 anual.

Esta certificación se expide hoy 3 de enero de 2020.



Número de Certificación: SRM03P2000041

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

