PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED



PRIORITY MAIL

| UNITED STATES POSTAL SERVICE | Retail |
|---|---|
| **P** US POSTAGE PAID $10.40 | Origin: 00738<br>01/10/20<br>4235100738-17 |

PRIORITY MAIL 1-DAY®

0 Lb 4.00 Oz
1005

EXPECTED DELIVERY DAY: 01/11/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS SIGNATURE® TRACKING NUMBER

9510 8112 9823 0010 2588 29

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM: Pacheco Calderón, Iris B.
Urb. Vistas del Convento
2-H1-Calle 3
Fajardo, Puerto Rico
00738



RECEIVED & FILED
2020 JAN 13 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TO:
Clerks Office of the United
States District Court for
the District of Puerto Rico #150
Chardon Avenue - Federal Building
San Juan, Puerto Rico
00918
Case Number: 17BK03
283-LTS

