6 January 2020

To Whom it May Concern:

My name is Carmen Rosa Carrillo Rodriguez, 68 years.

I am a retired school teacher who worked for 40 years (1971-2011) in P.R. schools in defferent livels as a Bilingual teacher. I don't recieve Social Segurity or food stamps. I can not live without my income of $1,860.00 a month. In 2013 the P.R. goverment reduce my pention $500.00 to help our economy and to keep our retiredment funds. If they cut off more money from my monthly check, I will not be able to life in my beautiful Island of P.R. I will be forced to leave to the U.S. to be sopported by the goverment over there.

I have 2 girls, 1 son, 3 grandkids, 3 great-grand kids. My 2 girls have cancer, they are under treatment in U.S. My son lost 4 fingers of his right hand in his job. He is under treatment too. I like to visit them during summertime, is when I can because of my health issues. I have to visit my doctor every 4 months. You can read all my sickness

and treatment, I send you a copy of the doctors list and a list of all my medications. I send you copies of everything you need to understand why I need my full pension without cuts in order to live a few more years. I recieve $22,320.00 a year this is not a lot, with the cost of living right now.

Maestra: Carmen Rosa Carrillo Rodriguez
68 years old.
I live in P.R.

6 January 2020

Monthly Payments

Carmen Rosa Carrillo Rodriguez 68 years old. Live at L-G5 Villa del Rey 5ta sec. Calle 31 Caguas, P.R. 00727. I live with my sister Maria Carrillo Rodriguez at her house.

| Description | | Amount |
|---|---|---|
| Car loan | First Bank | $398.00 |
| Personal loan | Coop. Caguas | $443.00 |
| Cancer Inst. | Life | $7.91 |
| Rent | 1 room | $100.00 |
| Church | 10% | $93.00 |
| Medicare Bill part B | | $124.60 |
| Food | SuperMarket | $200.00 |
| Medication Co-pay and Over OTC Med. | | $120.00 |
| Gas for car | | $50.00 |
| Car tolls | | $20.00 |
| T. Mobile Phone | | $30.04 |
| Eat out. | Cook food | $30.00 |
| Saving | | $40.00 |
| Clothes and other home items | | $50.00 |
| | | $1,706.55 |

Income $1,860.00 monthly manus Cost of Living $1,706.55 monthly, $153.45 Left for emergency trips to U.S, in order to visit my kids. In Springfield MA, Taxes, Florida where they live.