IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CARRILLO RODRIGUEZ, CARMEN R | 2183 | 3/12/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 $22,320.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

[Stamp: RECEIVED & FILED 2020 JAN 13 PM 5:37 CLERK'S OFFICE US DISTRICT COURT SAN JUAN PR]

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CARRILLO RODRIGUEZ, CARMEN R | 2183 | 3/12/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 $22,320.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

FAVOR REMOVER CUANDO ESTE EN MOVIMIENTO





PERMISO DE ACCESO A ESTACIONAMIENTO RESERVADO
PERSONS WITH DISABILITIES PARKING PERMIT

# 1020584

**Permiso Especial**
**Fecha Expiración**

# 02JUN2021

Miguel A. Torres Díaz
Secretario DTOP

Estado Libre Asociado de Puerto Rico
Departamento de Transportación y Obras Públicas
Directoría de Servicios al Conductor

**CARRILLO RODRIGUEZ**
**CARMEN R**

femenino





**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**Departamento de Hacienda - Department of the Treasury**
**DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
**INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES**
**AÑO CONTRIBUTIVO - TAXABLE YEAR : 2018**

Formulario 480.7C / Form Rev 07.18

Electronic Filing Confirmation Number: F1493221376

Enmendado - Amended ( DD / MM / AA/YY )

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
- Núm. de Identificación Patronal - Employer Identification Number: **66-0433481**
- Nombre - Name: **Sistema de Retiro para Maestros**
- Dirección - Address: **PO Box 191879, San Juan, PR**
- Código Postal - Zip Code: **00919-1879**

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
- Núm. de Seguro Social - Social Security No.: **redacted 1692**
- Nombre - Name: **CARMEN CARRILLO RODRIGUEZ**
- Dirección - Address: **EXT ALAMAR B20 CALLE M, LUQUILLO, PR**
- Código Postal - Zip Code: **00773**

### INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
- Núm. de Identificación Patronal - Employer Identification Number: **66-0433481**
- Nombre del Plan - Name of Plan: **Sistema de Retiro para Maestros**
- Nombre de quién auspicia el Plan - Plan Sponsor's Name: **Sistema de Retiro para Maestros**
- Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day: **29**  Mes/Month: **7**  Año/Year: **2011**

**Marque el encasillado correspondiente: - Check the corresponding box:**

Forma de Distribución: Form of Distribution:
- [ ] Total / Lump Sum
- [ ] Parcial / Partial
- [X] Pagos Periódicos / Periodic Payments

Tipo de Plan o Anualida: - Plan or Annuity Type:
- [X] Gubernamental / Governmental
- [ ] Privado Calificado / Qualified Private
- [ ] No Calificado / Non Qualified
- [ ] Anualidad Fija / Fixed Annuity
- [ ] Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount |
|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | 0.00 |
| 2. Distribución Vía Transferencia / Rollover Distribution | 0.00 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 45,224.20 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distribution (20%) | 0.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distribution (10%) | 0.00 |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Clasificados (10%) - Tax Withheld from Others Distributions of Qualified Plans (10%) | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Others Distributions | 0.00 |

| Distribuciones - Distributions | |
|---|---|
| 16. Cantidad Distribuida / Amount Distributed | 22,620.00 |
| 17. Cantidad Tributable / Taxable Amount | 22,320.00 |
| 18. Cantidad sobre la cual se Pago por Adelantado bajo las Secciones 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 20. Ingresos Exentos / Exempt Income | 300.00 |
| 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | |
| A. Exentas / Exempt | 0.00 |
| B. Tributables / Taxable | 0.00 |
| C. Cantidad sobre la cual se Pagá por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 22. Contribución Retenida sobre Distribuciones Elegibles pr Razón de Extrema Emergencia Eonómica a Raíz del Paso del Huracán María - Incomte Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | 0.00 |
| 23. Código de Distribución / Distribution Code | A |

Razones para el Cambio / Reassons for the Change

Número de Cuenta / Account Number: **P082461692A**
Número de Control / Control Number: **180018965**
Número de Control de la Declaración Informativa Original / Control Number of Original Information Return:

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILLING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCCIONS.
ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS

Reproducido por: Sistema de Retiro para Maestros



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

CARRILLO RODRIGUEZ, CARMEN R
VILLAS DEL REY 5TA SECC
LG5 CALLE 31
CAGUAS PR 00727

Certifico que CARRILLO RODRIGUEZ, CARMEN R recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,860.00 equivalente a $22,320.00 anual. Luego de las deducciones recibe la cantidad de $1,753.04 mensual, equivalente a $21,036.48 anual.

Esta certificación se expide hoy 1 de abril de 2019.



Número de Certificación: SRM03P1901704

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



📞 787.777.1414   📠 787.759.2883   www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2019 |
| Hasta: | 01/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 9357460 |
| Fecha Aviso: | 01/30/2019 |

CARMEN R CARRILLO RODRIGUEZ
EXT ALAMAR
B20 CALLE M
LUQUILLO, PR 00773
SS: XXX-XX-1692

| | |
|---|---|
| # Empleado: | XXXXX1692A |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,860.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 930.00 | 172.50 | 1,860.00 |
| **Total:** | | | 930.00 | 172.50 | 1,860.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| **Total:** | 53.48 | 106.96 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado | | Impuestos Corr | Impuestos Acum | Deducciones Corr | Deducciones Acum | Paga Neta Corr | Paga Neta Acum |
|---|---|---|---|---|---|---|---|---|---|
| | 930.00 | 1,860.00 | | 0.00 | 0.00 | 53.48 | 106.96 | 876.52 | 1,753.04 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9357460 | 876.52 |
| Total: | 876.52 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2019

Aviso No.
9357460

Cant. Desposito: $876.52

A la Cuenta(s) De

CARMEN R CARRILLO RODRIGUEZ
EXT ALAMAR
B20 CALLE M
LUQUILLO, PR 00773

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | redacted 7686 | $876.52 |
| Total: | | $876.52 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2019 |
| Hasta: | 01/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 9098962 |
| Fecha Aviso: | 01/15/2019 |

CARMEN R CARRILLO RODRIGUEZ
EXT ALAMAR
B20 CALLE M
LUQUILLO, PR 00773
SS: XXX-XX-1692

| | |
|---|---|
| # Empleado: | XXXXX1692A |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,860.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 930.00 | 82.50 | 930.00 |
| **Total:** | | | 930.00 | 82.50 | 930.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| **Total:** | 53.48 | 53.48 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 930.00 | 0.00 | 53.48 | 876.52 |
| Acumulado: | 930.00 | 0.00 | 53.48 | 876.52 |

### RTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9098962 | 876.52 |
| **Total:** | 876.52 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2019

Aviso No.
9098962

Cant. Desposito: __$876.52__

A la
Cuenta(s) De

CARMEN R CARRILLO RODRIGUEZ
EXT ALAMAR
B20 CALLE M
LUQUILLO, PR 00773

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | redacted 7686 | $876.52 |
| **Total:** | | $876.52 |

# NO-NEGOCIABLE

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico que el (la) profesor (a), **Carmen R. Carrillo Rodríguez**, es pensionado (a) del Sistema de Retiro para Maestros julio 2011 y que además de la pensión mensual recibe **$100.00** para la aportación médico patronal.

Esta certificación se expide hoy **16 de marzo de 2018**, en San Juan, Puerto Rico.

Jorge I. Rohena Gotay
Supervisor (a)
Sala de Servicio



235 Avenida Arterial Hostos • Edificio Capital Center • Torre Norte, Hato Rey • Puerto Rico
00918 P.O. Box 191879 • San Juan PR 00919-1879

787.777.1414  787.764.6910  www.srm.pr.gov

MA-43

DEPARTAMENTO DE SALUD
PROGRAMA MEDICAID

CERTIFICACIÓN DEL EMPLEADO PÚBLICO Y/O PENSIONADO
Elegible al Plan de Salud del Gobierno bajo la Categoría Estatal y
Sin Aportación Patronal Comprometida

Yo, _Carmen Rosa Carrillo Rodriguez_
NOMBRE DEL SOLICITANTE O BENEFICIARIO

Empleado o Retirado de:

[X] Agencia,    [ ] Municipio, o    [ ] Corporación Pública

Entiendo que soy elegible al Plan de Salud del Gobierno y que de poseer un Plan Médico como empleado público o pensionado del gobierno la Administración de Seguros de Salud de Puerto Rico (mejor conocida como ASES) habrá de recibir la aportación patronal que mi Agencia, Municipio o la Administración de Retiros destina para el pago de dicho plan.

Entiendo que debo comunicarme con ASES para cualquier duda o pregunta que tenga sobre la aportación patronal.

_Carmen Rosa Carrillo Rodriguez_    _Octubre 5, 2018_
Firma del Beneficiario    Fecha

**PARA SER LLENADO POR EL CERTIFICADOR**

800 250 5530
# MPI

Laura E. Gar_
Nombre del Certificador

_Laura E..._
Firma del Certificador

5.10.18
Fecha

Villa del Rey 5ta calle 31
L-G-5 Caguas, P.R. 00727

MA-10
Rev. 06/2017 (Español)

**Departamento de Salud de Puerto Rico – PROGRAMA MEDICAID**
NOTIFICACIÓN DE ACCION TOMADA SOBRE SOLICITUD O REEVALUACIÓN

Página 1 de 1

Número Caso: 12090404420  Núm. de Solicitud: A1922803325  Fecha de Certificación: 16/08/2019
Municipio de Residencia: Caguas  Región de Medicaid: Caguas  Región de ASES: Puerto Rico

Se ha evaluado la información que usted ha ofrecido y se ha corroborado con los documentos que se le han solicitado, y los cuales constan en nuestro expediente, y hemos determinado:

**Resultados de determinación de elegibilidad -**

| Nombre | MPI | Otro Plan Médico | Ingreso Elegibilidad | Unidad Familiar | Elegibilidad | Fecha Efectividad | Fecha Vencimiento |
|---|---|---|---|---|---|---|---|
| CARMEN R. CARRILLO RODRIGUEZ | 80025055320 | Platino | $0.00 | 01 | Medicaid | 01/11/2019 | 31/10/2020 |
| CARMEN R. CARRILLO RODRIGUEZ | 80025055320 | Persona de Contacto | | | | | |

**Resultados de determinación para copagos -**

| Nombre | MPI | Ingreso para Copagos | Unidad Familiar | Elegibilidad | Código Cubierta | Tope de Copagos |
|---|---|---|---|---|---|---|
| CARMEN R. CARRILLO RODRIGUEZ | 80025055320 | $1,860.00 | 01 | Medicaid | 130 | $279.00 |

NOTAS:
A. Tope de Copagos: (1) La reglamentación federal establece que las personas elegibles a Medicaid o CHIP tendrán un tope en el total de los copagos. (2) El tope es de un 5% trimestral, y se determine a base del Ingreso MAGI de la Unidad Familiar MAGI y para llegar al tope se suman los copagos que pagan por trimestre cada uno de los beneficiarios que son Medicaid o CHIP de la unidad familiar MAGI. (3) Si en el transcurso del período de elegibilidad, un beneficiario a Medicaid o CHIP considera que pagó más de un 5% por concepto de copagos en un trimestre, él o ella pueden radicar una Solicitud de Reembolso de Copagos, la cual será evaluada por la Administración de Seguros de Salud de Puerto Rico (ASES). (4) La información sobre el Proceso de Reembolso y la Solicitud están disponibles en las Oficinas Locales del Programa Medicaid y en la página web del Programa Medicaid (https://www.medicaid.pr.gov/) y en la de ASES (http://www.ases.pr.gov/). (5) La regla federal no aplica a quien es elegible Estatal.

B. Determinaciones de Elegibilidad y para Copagos: (1) Usted tiene derecho a radicar una apelación y solicitar una audiencia para que se revise la determinación de elegibilidad y/o la determinación para copagos que se les notifican mediante esta MA-10 cuando no está conforme con la decisión tomada en su caso. (2) La solicitud debe ser presentada por escrito y dentro de un plazo de 30 días, contados a partir de la Fecha de Certificación indicada en esta MA-10. (3) La misma podrá someterse - (a) en persona: en cualquier Oficina Local del Programa Medicaid de PR, (b) por correo a la siguiente dirección: Programa Medicaid, Departamento de Salud, P.O. Box 70184, San Juan, PR 00936-8184, o (c) por facsímil (fax): al número (787) 759-8361. (4) El término para apelar vence el: 16 de septiembre de 2019. (5) La determinación será final si usted no apela dentro del término de 30 días.

RECEIVED AUG 1 6 2019 OFICINA REGIONAL CAGUAS

Nombre, Firma de Certificador
Fecha: 16/08/19.
Villa del Rey 5ta sec Calle 31 L-G-5 Caguas, P.R. 00727

Para el Cliente / Para el Expediente

CERTIFICO QUE HE LEIDO ESTA NOTIFICACIÓN:
Carmen Rosa Carrillo Rodriguez
Nombre y Firma del Solicitante, Beneficiario o Representante
Fecha: 16 de agosto del 2019

Nombre y Firma del Testigo

Fecha



```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
   DATE..........AMOUNT...........DESCRIPTION

   11/25            24.58          POS-112319*222159-
                                   HOLYLAND      CAGUAS
   11/25            26.09          POS-112319*003833-
                                   GENTE LINDA   CAGUAS       PR
   11/25            32.96          POS-112419*016080-
                                   SELECTOS LOS  CAGUAS       PR
   11/25            54.04          POS-112419*062625-
                                   WALGREENS ST  CAGUAS       PR
   11/25            66.36          POS-112419*025428-
                                   TIENDAS CAPR  CAGUAS       PR
   11/25             7.91          ACH DB -112519-221571416847954
                                   MULTINATIONAL LI                   CHECK DEP.
   11/26           443.58          ACH DB -112619-021502385561879
                                   CAGUAS COOP                        PREST PERS
   12/02            13.34          POS-113019*004239-
                                   WENDYS 66 LO  CAGUAS       PR
   12/02            23.34          POS-113019*009436-
                                   SELECTOS LOS  CAGUAS       PR
   12/02            30.04          POS-113019*071661-
                                   T-MOBILE STO  CAGUAS
   12/02            59.05          POS-113019*018807-
                                   TIENDAS CAPR  CAGUAS       PR
   12/02            20.00          ACH DB -120219-021502385572512
                                   CAGUAS COOP                        SAV ACCT
   12/04             7.81          POS-120419*004068-
                                   GENTE LINDA   CAGUAS       PR
   12/04            11.75          POS-120419*002123-
                                   TOTAL HERNAN  CAGUAS       PR
   12/04           154.92          POS-120419*025817-
                                   WM SUPERCENT  CAGUAS       PR
   12/04           218.00          POS-120419*040251-
                                   Wal-Mart Sup 464CAGUAS     PR
   12/05            80.80          POS-120419*019859-
                                   USPS PO 4216 CAGUAS
   12/05           398.00          AM AUTOPAY
                                   TRANSFER TO LOANS Car
```

From:

Carmen Rosa Carrillo Rodriguez
Villa del Rey 5ta sec Calle 31 L-G-5
Caguas, P.R. 00727

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**1 First Bank**

**STATEMENT OF ACCOUNT**

STATEMENT DATE
12/29/19

00007125 MFBPRR1231191244470R 1 000000000

CARMEN R CARRILLO-RODRIGUEZ
VILLA DEL REY 5
LG5 CALLE 31
CAGUAS PR 00727-6717

**022-CUENTA UNO**

0* 4200102698

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 187.32 | 1 | 120.00 | 1 | 124.60 | 1.00 | 181.72 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT..........DESCRIPTION

  12/16         120.00            121519*000910-ATM CASH DEPOSIT
                                  FBPR LAS CATALIN CAGUAS          PR

OTHER DEBITS
  DATE..........AMOUNT..........DESCRIPTION

  12/20         124.60            ACH DB -122019-041036044120369
                                  CMS MEDICARE                    PREMIUMS
  12/27           1.00            MAINTENANCE FEE      *

* * * * * * * OVERDRAFT AND RETURNED ITEMS FEES SUMMARY * * * * * * * * *
TOTAL OVERDRAFT FEES/ THIS PERIOD              0.00
TOTAL OVERDRAFT FEES/ YEAR TO DATE             0.00

TOTAL RETURNED ITEMS FEES/THIS PERIOD          0.00
TOTAL RETURNED ITEMS FEES/YEAR TO DATE         0.00

* * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * *
  DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
  11/27         187.32     12/20         182.72
  12/16         307.32     12/27         181.72
```

RECUERDA ACTIVAR TU VISA DEBITO CON CHIP Y REGISTRALA EN
ATH MOVIL, YA QUE TU VISA DEBITO SIN CHIP SERA CANCELADA EN
CUALQUIER MOMENTO A PARTIR DE LA FECHA NOTIFICADA.



00007125-17125-0001-0001-MFBPRR1231191244470R-02-L

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS**
**DIRECTORÍA DE SERVICIOS AL CONDUCTOR**
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

dtop SERVICIOS
www.dtop.gov.pr
1114

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | ORDEN O MUN. | LEY |
|---|---|---|---|---|

2018 MAZDA MAZDA2 SPORT BLANCO
Automovil(Privado), Auto Privado
Descripción y Clasificación de Vehículo

| 11638904 | 04nov2017 | IXO191==== | 11684648 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Título |

| 2018 | MAZD | | BLA | *4 | *4 | *100 |
|---|---|---|---|---|---|---|
| Año | Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

| 3MDDJBBV6JM300095 | 0 | 0 |
|---|---|---|
| VIN (Número de Serie) | Peso Desc. | Capacidad de Carga |
| CG0896 | FBANK=== 4683365======== | $17,500.00 |
| Dealer | Venta Condicional | Precio Contributivo |
| dic 2019 a nov 2020 | 126 222 883 | 30 nov 2020 |
| Vigencia | Marbete | Expiración |

CARRILLO RODRIGUEZ, CARMEN R
VILLA DEL REY 5TA SECC
L-G-5 CALLE 31
CAGUAS, PR 00727
Dueño del Vehículo y Dirección Postal

La Misma

CAGUAS COOP.
NOV 3 0 2019
CAJERO 211

| Multas | $ 0.00 |
|---|---|
| Derechos Anuales | $ 44.00 |
| ACAA | $ 35.00 |
| Seguro Oblig | $ 99.00 |
| Centro de Trauma | $ 2.00 |
| Impote Total | $ 180.00 |

Dirección Residencial, solo si es diferente a Postal

| $ 0.00 | 1373767 |
|---|---|
| Precio de Venta | Licencia |

20191016-13325700-391-11914-4480-000000000

Estación de Inspección
48283361

REQUIERE INSPECCION VEH. DE MAS DE DOS AÑOS FABRICADO

¿Desea usted donar a favor de la UPR?
☐ $1.00   ☐ $5.00   ☐ $10.00
☐ Otra cantidad: _____

Método de pago:
☐ Efectivo   ☐ Mastercard   ☐ Visa

---

**Esta es tu nueva y conveniente NOTIFICACIÓN**

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:
• Institución Financiera (Banco o Cooperativas) participantes
• Colecturías
• Estaciones Oficiales de Inspección Participantes

Recuerde presentar ambos documentos
ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA

**INSTRUCCIONES AL CONTRIBUYENTE**

1. Notifique cambios residencia y postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por el valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS)

# MEDICARE PREMIUM BILL

DATE: 12/27/2019

YOUR MEDICARE NUMBER: redacted DX02

**THIS IS NOT A BILL**

You have chosen Medicare Easy Pay. We will deduct your premium from your bank account around the 20th of each month.

**Ways to pay your bill:**
- Pay online at your bank's website
- Sign up for Medicare Easy Pay
- Make a check or money order payable to "CMS Medicare Insurance"
- Use Visa, MasterCard, American Express, or Discover

Send payment with the coupon at the bottom to:
**Medicare Premium Collection Center**
P.O. Box 790355
**St. Louis, MO 63179-0355**

F1573-AEB-0306085-T00964 *********ALL FOR AADC 006
CARMEN R CARRILLO
VILLA DEL REY 5TA
LG 5 CALLE 31
CAGUAS PR 00727-6717

| | Coverage Periods | Part A (Hospital Insurance) + | Part B (Medical Insurance) + | IRMAA Part D = | Total Amount |
|---|---|---|---|---|---|
| Amount due for Part A and/or Part B | 02/01/2020-02/29/2020 | | $124.60 | | $124.60 |
| Past due amount for Part A and/or Part B | | | | | |
| Amount due for IRMAA Part D | | | | | |
| Past due amount for IRMAA Part D | | | | | |

Part A termination date:
Part B termination date:
Part D termination date:

Total amount due: $124.60
Payment in full due by: 01/25/2020

**Please send your full payment by** 01/25/2020. Your payment is late if Medicare gets it after this date. If your bill says "Delinquent" at the top, you must pay your bill in full by this date, or you could lose your coverage and you may not be able to get your coverage back right away. **Partial payment may not stop you from losing your coverage.**

Your bill shows new amounts and past amounts we didn't get by your last bill's due date.
We got your last payment of $124.60 on 12/20/2019.

See other side for important information, including who to contact if you have questions.

▼ **Don't send notes or letters with your payment. Cut at dotted line and return bottom with payment.** ▼

---

CARMEN R CARRILLO
VILLA DEL REY 5TA
LG 5 CALLE 31
CAGUAS PR 00727-6717

Amount you are paying: $ ☐☐☐☐.☐☐

Visa/MasterCard/American Express/Discover Number:
☐☐☐☐-☐☐☐☐-☐☐☐☐-☐☐☐☐
Expiration Date: (MM/YYYY) ☐☐-☐☐☐☐
Credit/Debit Card Billing ZIP Code: ☐☐☐☐☐
Signature:

☐ Check here if your name or address has changed or is wrong, and complete the back of this paper.
☐ Check here if the person has died.

Medicare Number: redacted DX02

**Write your Medicare number on your check or money order.**
Amount due: $124.60   Due in full by: 01/25/2020

Don't send cash. Make check/money order payable to:
**CMS Medicare Insurance**
Send payment to:
**MEDICARE PREMIUM COLLECTION CENTER**
P.O. BOX 790355
ST. LOUIS, MO 63179-0355

(over)

5139474336475119394244 181633 0012460 892



CAGUAS COOP CENTRAL
Ave. Gautier Benítez
Carr. #1 KM 37.5
Caguas, Puerto Rico
Tel. (787) 286-8500
Fax. (787) 258-9550

CAGUAS COOP PUEBLO
Calle Lope Flores
Ave. Muñoz Rivera
Caguas, Puerto Rico
Tel. (787) 746-9595
Fax. (787) 746-7575

# Certificación de Balance de Préstamo

Certificamos que el/la señor (a) **CARMEN R CARRILLO RODRIGUEZ**, tiene un préstamo en la Cooperativa Ahorro y Crédito de Caguas. A continuación le brindamos información sobre el mismo:

| | |
|---|---|
| Tipo de Préstamo | PERSONAL-316788 |
| Cantidad Financiada | $ 25,000.00 |
| Balance al día de hoy | $ 23,286.47 |
| Pago mensual | $ 443.58 |

_VALERIA M. TORRES_
Representante de Servicios
01/4/2020

**CAGUAS COOP**
_Tu Centro Financiero._
Apartado 1252
Caguas, P.R. 00726

\* La información divulgada en esta certificación es estrictamente confidencial y ha sido redactada según solicitada por el socio. Esta Institución, sus directores o la que autoriza no se hacen responsables por acceso a terceras personas de la misma. Esta Certificación no constituye una verificación de ingreso o empleo. Acciones y depósitos no están asegurados por el Gobierno Federal. Acciones y depósitos asegurados hasta $250,000 por COSSEC.

PO Box 1252 • Caguas PR 00725       www.caguascoop.com

**Doris G Lasanta Morales, MD**
FAMILY PRACTICE-GERIATRICS
Calle 42 L1
Turabo Gardens V Seccion
Caguas, PR, 00725
Phone: (787) 747-2883

# GASTROENTEROLOGY

| Name: | CARMEN R CARRILLO RODRIGUEZ | Record No: | redacted 2397 |
|---|---|---|---|
| Age: | 66 year(s) | Birth Date: 6/2/1952 | Gender: Female |
| Address: | | | |

## Diagnostics

| Description | Start | End |
|---|---|---|
| E113313 - Type 2 diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema, bilateral | 9/13/2018 | |
| J4520 - Mild intermittent asthma, uncomplicated | 8/31/2018 | |
| N83291 - Other ovarian cyst, right side | 5/8/2018 | |
| D251 - Intramural leiomyoma of uterus | 5/8/2018 | |
| M859 - Disorder of bone density and structure, unspecified | 5/8/2018 | |
| I129 - Hypertensive chronic kidney disease with stage 1 through stage 4 chronic kidney disease, or unspecified chronic kidney disease | 3/15/2018 | |
| Z6826 - Body mass index (BMI) 26.0-26.9, adult | 2/23/2018 | |
| D509 - Iron deficiency anemia, unspecified | 2/23/2018 | |
| D464 - Refractory anemia, unspecified | 2/23/2018 | |
| M65341 - Trigger finger, right ring finger | 2/23/2018 | |
| N952 - Postmenopausal atrophic vaginitis | 2/23/2018 | |
| M19071 - Primary osteoarthritis, right ankle and foot | 2/23/2018 | |
| M7731 - Calcaneal spur, right foot | 2/23/2018 | |
| G40309 - Generalized idiopathic epilepsy and epileptic syndromes, not intractable, without status epilepticus | 12/5/2017 | |
| I872 - Venous insufficiency (chronic) (peripheral) | 11/20/2017 | |
| I700 - Atherosclerosis of aorta | 11/20/2017 | |
| F332 - Major depressive disorder, recurrent severe without psychotic features | 10/31/2017 | |
| E559 - Vitamin D deficiency, unspecified | 10/31/2017 | |
| I2510 - Atherosclerotic heart disease of native coronary artery without angina pectoris | 10/31/2017 | |
| M5117 - Intervertebral disc disorders with radiculopathy, lumbosacral region | 10/31/2017 | |
| N183 - Chronic kidney disease, stage 3 (moderate) | 10/31/2017 | ✓ |

*Doris G Lasanta Morales, MD*

Doris G Lasanta Morales, MD
FAMILY PRACTICE-GERIATRICS
Calle 42 L1
Turabo Gardens V Seccion
Caguas , PR, 00725
Phone: (787) 747-2883

# GASTROENTEROLOGY

| Name: | CARMEN R CARRILLO RODRIGUEZ | Record No: | redacted 2397 | |
|---|---|---|---|---|
| Age: | 66 year(s) | Birth Date: 6/2/1952 | Gender: Female | |
| Address: | | | | |

| | | |
|---|---|---|
| M5412 - Radiculopathy, cervical region | 10/31/2017 | |
| E1142 - Type 2 diabetes mellitus with diabetic polyneuropathy | 10/31/2017 | |
| E1122 - Type 2 diabetes mellitus with diabetic chronic kidney disease | 10/31/2017 | |
| Z794 - Long term (current) use of insulin | 10/31/2017 | |
| M797 - Fibromyalgia | 10/31/2017 | |
| I10 - Essential (primary) hypertension | 5/15/2013 | 1/1/1900 |

### Allergies

| Description | Start | End |
|---|---|---|
| aspirin | 5/15/2013 | 5/15/2013 |

### Conclusion

_____
Doris G Lasanta Morales, MD

*Villa del Rey 5th C/31 L-G5 Caguas P.R. 00727*

Printed On: 12/07/18 11:02:15 AM                                    Page: 3/3
EHREZ

Case:17-03283-LTS Doc#:9910-1 Filed:01/15/20 Entered:01/15/20 16:05:42 Desc: Exhibit Page 17 of 18

Reconciliación de Medicamentos

12/30/2019



Firmado Anteen
NPI: 1154308716
NABP: 4015548

## Lista de Medicamentos del Paciente Carmen R Carrillo Rodriguez

Villa del Reg 5ta sec. Calle 31 L-G-5. Caguas, P.R. 00727

**Alergias:**

| Tipo de alergia | Descripción | Severidad | Reacción |
|---|---|---|---|
| Salicylate allergy | Aspirin allergy | Moderate | Rash |

**Medicamentos:**

| Medicamento (Nombre y Dosis) | Condición | Indicación | ¿Cómo la tomo? | | | | |
|---|---|---|---|---|---|---|---|
| | | | Desayuno | | Almuerzo | Cena | Antes de Dormir |
| | | | Antes | Después | | | |
| Alendronate Sodium 70 MG Tablet Oral | osteoporosis | TOMAR UNA TABLETA CON 8 ONZAS DE AGUA EN AYUNA SEMANALMENTE | ✔ | | | | |
| Tradjenta 5 MG Tablet Oral | AZUCAR | TOMAR UNA TABLETA DIARIA | | ✔ | | | |
| Glimepiride 2 MG Tablet Oral | AZUCAR | TOMAR UNA TABLETA DIARIA EN LA MANANA | | ✔ | | | |
| Gabapentin 600 MG Tablet Oral | NEURONTIN | TOMAR UNA TABLETA DOS VECES AL DIA | | | ✔ | ✔ | |

https://www.innovamd.com/#/portal/beneficiaries/eligibility/CfDJ8D38bWZktx1DjWiUofyrctuwJBuTA4TUeyQ4OtQzeKHbJavXAIX1ec2Z2FE2_Gi2EtWXayS5Q4PjxNu2JdNUMmDacV4Ivw8alrHDYCF1Vc... 1/3

| Medicamento | Indicación | Instrucciones | | | | | |
|---|---|---|---|---|---|---|---|
| raNITIdine HCl 150 MG Tablet Oral | REFLUJO | TOMAR UNA TABLETA DOS VECES AL DIA PARA REFLUJO | | ✔ | | ✔ | |
| Losartan Potassium-HCTZ 100-12.5 MG Tablet Oral | PRESION ALTA | TOMAR UNA TABLETA DIARIA | | ✔ | | | |
| HumuLIN N 100 UNIT/ML Suspension Subcutaneous | AZUCAR | INYECTAR 20 UNIDADES SUBCUTANEAS ANTES DEL DESAYUNO Y 10 UNIDADES SUBCUTANEAS ANTES DE LA CENA | ✔ | | | ✔ | |
| Rosuvastatin Calcium 40 MG Tablet Oral | COLESTEROL | TOMAR UNA TABLETA DIARIA EN LA TARDE | | | | ✔ | |
| Easy Touch Insulin Syringe 31G X 5/16" 0.5 ML Miscellaneous | AZUCAR | PARA ADMINISTRAR LA INSULINA | | ✔ | | ✔ | ✔ |
| Lantus 100 UNIT/ML Solution Subcutaneous | AZUCAR | INYECTAR 35 UNIDADES SUBCUTANEAS DIARIAMENTE EN LA TARDE | | | | ✔ | |

Carmen R Carrillo Rodriguez
**Nombre del Paciente**

*Carmen R. Carrillo*
**Firma del paciente o encargado**

**Nombre del Profesional de la Salud**

**Firma del profesional de la salud**

010795935
**Número de Afiliado**

12/30/2019
**Fecha**