Retail

**POSTAGE PAID**

$7.35

Origin: 00725
01/10/20
4216200725-7

PRIORITY MAIL 1-DAY ®

0 Lb 4.40 Oz

1005

EXPECTED DELIVERY DAY: 01/11/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

USPS TRACKING®NUMBER



9505 5111 5956 0010 5060 02

- Date of delivery sp
- USPS TRACKING™ international destina
- Limited international
- Pick up available.*
- Order supplies online.
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

FROM:



"I will praise You, Lord..."
~ Psalm 9:2

Carmen R Carillo-Rodriguez
Villa Del Rey # 5
LG5 Calle 31
Caguas PR  00727

To: Secretaria (clerk's Office)
Tribunal de Distrito de los
Estados Unidos, #150 Chardon Ave,
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

TO:

RECEIVED & FILED
2020 JAN 13 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R