Réplica a la objeción global

(i) Datos de contacto

Nombre: Gloria M. Rivera Villalobos

Dirección: 4803 Creekside Dr. Killeen, Tx 76543

Teléfono: celular 254-681-4142 casa: 254.213-0700

Correo electrónico: gloriariveraramos@yahoo.com

RECEIVED & FILED
2020 JAN 13 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

(ii) Tribunal de Distrito de los Estados Unidos para el Disrito de Puerto Rico

Estado Libre Asociado de Puerto Rico (Puerto Rico Conmonweath)

Articulo 306 Ca) de Promesa

Ley Promesa-Titulo 48 U.S.C., 2101-2241-Commonweath Titlle III case

Ley 96 del 2002 Aumento salarial de $100.00

Ley 410 del 2008 Aumento sueldo a empleados públicos

Ley 89 del 2 de Julio del 1979- Ley de Retribucion de uniformes

Número de caso: 17 BK 03283-LTS

Deudor: Estado Libre Asociado de Puerto Rico

Número de reclamación: 85446

(iii) No estoy de acuerdo con la decisión del Tribunal de (no ha lugar)

Mi reclamación se basa en incumplimiento de aumento de salarios, Retribución de dinero de uniformes en el Depto. De Educación y aumento de sueldo a empleados públicos.

La ley del 96 del 1ro de Julio del 2002 en su artículo #1 concede un aumento de $100.00 mensuales a los empleados públicos que al 30 de

Junio del 2002 esten en servicio activo sin distinción de status ni Categoría. En base de esta ley justifico parte de esta reclamación.

(iv) Aproximadamente: desglose de años de servicio magisterial en Puerto Rico   1972 al 1978- 6 anos, 1988 al 1990- 2anos, 1995 al 2009-14 años

Adjunto copia de talonarios del Dept. de Educación, talonarios del Sistema de Retiro del Dept. de Educación, certificado años de servicio, copia B para planilla de empleado y otros documentos.

Nota aclaratoria:

Como habrán notado, en mi carrera magisterial hay dos interrupciones. Las cuales, se deben a que mi esposo servía en las fuerzas Armadas de Estados Unidos. Durante estas ausencias en mi Carrera Magisterial, estuve ubicada en los Estados Unidos.

*Gloria M. Rivera*

Att: Gloria M. Rivera Villalobos

**REDACTED**
8699

8 de Enero del 2020