| INFORMATION | | INFORMATION |
|---|---|---|
| **1. Nombre - First Name** GLORIA | **3. Núm. Seguro Social** Social Security No. REDACTED 8698 | **7. Sueldos - Wages** 33267.87 | **17. Sueldos Seguro Social - Social Security Wages** 0.00 |

| 1. Nombre - First Name | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages | 17. Sueldos Seguro Social - Soc. Sec. Desc. Social Security Wages |
|---|---|---|---|
| GLORIA | REDACTED 8698 | 33267.87 | 0.00 |
| **Apellido(s) - Surname(s)** RIVERA VILLALOBOS | **4. Núm. de Ident. Patronal** Employer's Ident. No. (EIN.) 660433481 | **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address** 4803 CREEKSIDE DR KILLEEN, TX 76543 | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** Día/Day  Mes/Month  Año/Year | **9. Concesiones - Allowances** 0.00 | |
| | | **10. Propinas - Tips** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 40932.87 |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address L8004845955 E RIVERA DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00 | **11. Total=7+8+9+10** 33267.87 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 593.53 |
| | | **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| | **Copia B para Planilla del Empleado** **Copy B for Employee's Tax Return** | **13. Cont. Retenida - Tax Withheld** 2436.23 | |
| | | **14. Fondo de Retiro** Retirement Fund 1149.80 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips** 0.00 |
| **Número de Teléfono del Patrono** Employer's Telephone Number | | **15. Aportaciones a Planes Cualific. Contribuciones to CODA PLANS** 0.00 | |
| **Fecha de Cese de Operaciones:** Cease of Operations Date: Día/Day Mes/Month Año/Year | **Año: Year: 2009** | **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| **Número de Control - Control Number** 004187349 | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario Form 499R-2/W-2 PR Rev. 07.08

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre-First Name: GLORIA
Apellido(s) - Surname(s): RIVERA VILLALOBOS
Dirección Postal del Empleado-Employee's Mailing Address: BO PARIS 153 CALLE PAZ

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8004845955 E RIVERA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha de Cese de Operaciones: Día Mes Año
Cease of Operations Date: Day Month Year

Número de Control - Control Number: 017568317

3. Núm. Seguro Social - Social Security No.: REDACTED 8699
4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día/Day Mes/Month Año/Year
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: 2008
Year:

7. Sueldos - Wages: 31668.42
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 31668.42
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 1984.03
14. Fondo de Retiro - Retirement Fund: 2678.36
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 31668.42
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 459.19
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

GLORIA M RIVERA VILLALOBOS
4803 CREEKSIDE DR
KILLEEN, TX 76543

SS: REDACTED

# Empleado: REDACTED
Dept: 592170-EDAD LEY 91 2004
Lugar: EDA LEY 91 2004
Titulo: Pensionado
Sueldo: $971.46 Monthly

Grupo de Pago: SM -Quincenal
Desde: 09/01/2009
Hasta: 09/15/2009

Business Unit: PUERT
Aviso #: 6340195
Fecha Aviso: 09/15/2009

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 485.73 | 240.00 | 1,457.19 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Pensionados - Bono Verano | | | 0.00 | | 100.00 |
| Pago Retro Pensionados | | | 0.00 | | 2,005.60 |

Total: 485.73   240.00   3,662.79

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

Total: 0.00   0.00

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

Total: 0.00   0.00    Total: 0.00   0.00    * Tributable

### TOTAL BRUTO
Corriente: 485.73
Acumulado: 3,662.79

### TOTAL IMPUESTOS
0.00
0.00

### DEDUCCIONES TOTALES
0.00
0.00

### PAGA NETA
485.73
3,662.79

### RECHORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Aviso #6340195    485.73
Total:    485.73

MENSAJE:

---

Estado Libre Asociado de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 09/15/2009

Aviso No. 6340195

Cant. Desposito: _____ $485.73

A la Cuenta(s) De
GLORIA M RIVERA VILLALOBOS
4803 CREEKSIDE DR
KILLEEN, TX 76543

Location: EDA LEY 91 2004

### DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 4480917022 | $485.73 |

Total: $485.73

## NO-NEGOCIABLE

Estado Libre Asociado de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

GLORIA M RIVERA VILLALOBOS
4803 CREEKSIDE DR
KILLEEN, TX 76543
SS: REDACTED 9

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2009 |
| Hasta: | 10/31/2009 |

# Empleado: REDACTED 99
Dept: 
Lugar: 592170-EDAD LEY 91 2004
Titulo: EDA LEY 91 2004
Sueldo: Pensionado
$971.46 Monthly

| | |
|---|---|
| DATA IMP: | Federal PR |
| Estado Civil: | Married Married |
| Concesiones: | 0   39 + 99 |
| Pct. Adcl.: | |
| Cant. Adcl.: | |

Business Unit: PUERT
Aviso #: 7019911
Fecha Aviso: 10/30/2009

## HORAS E INGRESOS

| Descripcion | Corriente | | | Acumulado | |
|---|---|---|---|---|---|
| | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 485.73 | | 487.50 | 2,914.38 |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | | 100.00 |
| Pensionados - Bono Verano | | 0.00 | | | 100.00 |
| Pago Retro Pensionados | | 0.00 | | | 2,005.60 |
| Total: | | 485.73 | | 487.50 | 5,119.98 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

## TOTAL BRUTO
Corriente: 485.73
Acumulado: 5,119.98

## TOTAL IMPUESTOS
0.00
0.00 *Tributable

## DEDUCCIONES TOTALES
0.00
0.00

## PAGA NETA
485.73
5,119.98

## LIC HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA
Aviso #7019911      485.73
Total:              485.73

MENSAJE:

---

Estado Libre Asociado de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 10/30/2009

Aviso No. 7019911

Cant. Desposito:  $485.73

A la
Cuenta(s) De

GLORIA M RIVERA VILLALOBOS
4803 CREEKSIDE DR
KILLEEN, TX 76543

Location: EDA LEY 91 2004

## DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 4480917022 | $485.73 |
| Total: | | $485.73 |

## NO-NEGOCIABLE

N 002214339

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/15/2005 |
| Hasta: | 08/26/2005 |

# Cheque: 00955710
Fecha: 08/30/2005

GLORIA M RIVERA VILLALOBOS
BO PARIS
153 CALLE PAZ
MAYAGUEZ PR  00680-6789
SS: REDACTED 3699

| | |
|---|---|
| # Empleado: | REDACTED 3699 |
| Dept: | 8004048-Mayaguez Mayaguez |
| Oficina: | Elpidio H. Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,305.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal       PR |
| Estado Civil: | Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 1 |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,152.50 | 966.00 | 17,840.00 |
| Total: | | | 1,152.50 | 966.00 | 17,840.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.71 | 258.68 |
| PR Withholdng | 83.77 | 1,256.32 |
| Total: | 100.48 | 1,515.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 103.73 | 1,605.68 |
| Total: | 103.73 | 1,605.68 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Anterior | 86.84 | 1,389.44 |
| SM-First Medical Health Plan | 53.50 | 856.00 |
| SC-AMER FAM LIFE ASS CO | 12.35 | 197.60 |
| AS FED MAESTROS AFT | 8.00 | 128.00 |
| GPR Plan de Ahorros | 34.58 | 535.28 |
| Total: | 195.27 | 3,106.32 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 800.00 |
| GPR Plan de Retiro de Maestro | 97.96 | 1,516.36 |
| FSED Disability Plan | 19.59 | 303.24 |

\* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,152.50 | 100.48 | 299.00 | 753.02 |
| Acumulado: | 17,840.00 | 1,515.00 | 4,712.00 | 11,613.00 |

## PTO HORAS   ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #00955710 | 753.02 |
| Total: | 753.02 |

MENSAJE:

No 03229827

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 02648039 |
|---|---|---|---|
| Desde: | 01/09/2006 | | |
| Hasta: | 01/20/2006 | Fecha: | 01/13/2006 |

GLORIA M RIVERA VILLALOBOS
BO PARIS
153 CALLE PAZ
MAYAGUEZ PR 00680-6789
SS: REDACTED 99

| # Empleado: | REDACTED 699 |
|---|---|
| Dept: | 8004048-Mayaguez Mayaguez |
| Oficina: | Elpidio H. Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,305.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adel.: | | 1 |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,152.50 | 60.00 | 1,152.50 |
| Total: | | | 1,152.50 | 60.00 | 1,152.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.71 | 16.71 |
| PR Withholdng | 83.77 | 83.77 |
| Total: | 100.48 | 100.48 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 103.73 | 103.73 |
| Total: | 103.73 | 103.73 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Anterior | 86.84 | 86.84 |
| SC-AMER FAM LIFE ASS CO | 12.35 | 12.35 |
| AS FED MAESTROS AFT | 8.00 | 8.00 |
| GPR Plan de Ahorros | 34.58 | 34.58 |
| Total: | 141.77 | 141.77 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 97.96 | 97.96 |
| FSED Disability Plan | 19.59 | 19.59 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,152.50 | 100.48 | 245.50 | 806.52 |
| Acumulado: | 1,152.50 | 100.48 | 245.50 | 806.52 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #02648039 | 806.52 |
|---|---|
| Total: | 806.52 |

**MENSAJE:**

Case:17-03283-LTS Doc#:9913-1 Filed:01/13/20 Entered:01/14/20 16:16:32 Desc: Exhibit Page 7 of 16

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/12/2008 |
| Hasta: | 09/25/2008 |

Aviso #: 1334098
Fecha Aviso: 09/30/2008

**GLORIA M RIVERA VILLALOBOS**
BO PARIS
153 CALLE PAZ
MAYAGUEZ, PR 00680-6789
SS: REDACTED 3699

# Empleado: REDACTED 599
Dept: 800408-Mayaguez Mayaguez
Lugar: Elpidio H. Rivera
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,555.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 1 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,277.50 | 1,104.00 | 22,043.30 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 910.12 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |
| **Total:** | | | **1,277.50** | **1,104.00** | **23,003.42** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.52 | 333.55 |
| PR Withholding | 79.68 | 1,425.95 |
| **Total:** | **98.20** | **1,759.50** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 114.98 | 1,988.48 |
| **Total:** | **114.98** | **1,988.48** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 41.00 | 656.00 |
| SC-AMER FAM LIFE ASS CO | 12.35 | 222.30 |
| AS-FED MAESTROS DE PR | 8.00 | 80.00 |
| Ahorros-AEELA | 38.33 | 662.88 |
| OS-FEDERACION DE MAESTROS | 0.00 | 8.00 |
| **Total:** | **99.68** | **1,629.18** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,080.00 |
| GPR Plan de Retiro de Maestro | 108.59 | 1,877.92 |
| FSED Disability Plan | 21.72 | 391.03 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUTE. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,277.50 | 0.00 | 98.20 | 214.66 | 964.64 |
| Acumulado: | 23,003.42 | 0.00 | 1,759.50 | 3,617.66 | 17,626.26 |

## LIC. HORAS ACUM.

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1334098 | 964.64 |
| **Total:** | **964.64** |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 09/30/2008

Aviso No. 1334098

Cant. Deposito: $964.64

A la
Cuenta(s) De
**GLORIA M RIVERA VILLALOBOS**
BO PARIS
153 CALLE PAZ
MAYAGUEZ, PR 00680-6789
Localizacion: Elpidio H. Rivera

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 0201019461 | $964.64 |
| **Total:** | | **$964.64** |

# NO-NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, _Gloria M Rivera Villalobos_, Seguro Social Núm. REDACTED 8699,
de _40_ , _CASADA_ , _MAESTRA_ y vecino de
(Edad)   (Soltero o Casado)   (Nombre del Cargo o Empleo)

_Mayaguez_, juro solemnemente que mantendré y defenderé la
Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre
Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré
fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin
reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los
deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

_18 de julio 1989_        _Gloria M Rivera de Ramos_
(Fecha)                   (Firma del empleado o funcionario)

Declaración Jurada Número: _3356 (a)_

Suscrito y jurado ante mí por _Gloria M Rivera Villalobos_
de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o
de haber identificado mediante _Licencia de conducir 1109393_
En _Mayaguez_, Puerto Rico, hoy _18_ de _julio_
del año _1989_.

Firma, Sello y Dirección del Notario
Público o del Funcionario Autorizado que
toma el Juramento

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR    0 DIAS 0.00 HRS            PAGAR    40 DIAS 0.00 HRS
VACACIONES REGULARES                           VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: REV

RIVERA VILLALOBOS, GLORIA M                    REDACTED 8699
------------------------------------           ------------------
NOMBRE                                         SEGURO SOCIAL

MAYAGUEZ -048/ELPIDIO H. RIVERA                15 - BA
------------------------------------           ------------------
DISTRITO/ESCUELA                               PREPARACION

REGULAR (01) -                                 14-1-0-0-0
------------------------------------           ------------------
STATUS                                         ANTES    DESPUES
                                               EXPERIENCIA (A-M-S-D)

MAESTRO ARTES VISUALES -9976                   P22615
------------------------------------           ------------------
CATEGORIA - CLASE                              NUMERO DE PUESTO

$1,805.00                                      04/JUNIO/2001
------------------------------------           ------------------
SUELDO ANTES DEL CAMBIO                        PAGO DE VACACIONES

ESTATAL (111)
------------------------------------           ------------------
FONDO                                          CAUSA DEL CESE


------------------------------------           ------------------
ULTIMO DIA DE TRABAJO                          ULTIMO DIA DE PAGO

E1110-11100-0810000-1995-00100-2002-
------------------------------------
CIFRA DE CUENTA


APROBADO POR EL SECRETARIO DE EDUCACION
------------------------------------           ------------------
              FIRMA                                 FECHA

              PARA USO DE LA DIVISION DE NOMINAS
                          (CESE)
TIPO 5                    PROXIMO MES _____



## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

8 de mayo de 2009

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO EDUCACION

Prof: Gloria M Rivera Villalobos

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[ ] Años de Servicio    [ X ] Edad      [ ] Diferida    [ ]Suplementaria
Al **1 de mayo de 2009** (fecha que piensa renunciar) ( fecha de su última cotización recibida )
[ X ] cualifica [ ] no cualifica, para acogerse a la jubilación, y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 22 | 5 | - | 2 1/2 | 50 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento Tiempo
[ ] Diferencia en Por Ciento por Transferencia Recibida
[ ] Reembolso de Cuotas
[ ] No aplica

De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.
Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Ivonne L. Ortiz Valladares
Directora
Área Servicios de Retiro

Rafael Medina Ramos
Oficial Servicios de Retiro

FELD/jbm

CF: PROF: GLORIA M RIVERA VILLALOBOS
URB ALTURAS DE MAYAGUEZ
1216 PICACHO
MAYAGUEZ PR  00682

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
Hato Rey, Puerto Rico

Oficina del
SECRETARIO DE INSTRUCCION PUBLICA

NOTIFICACION A EMPLEADOS TRANSITORIOS
Maestros Transitorio Elegible o Transitorio Provisional

GLORIA M. RIVERA DE RAMOS
Nombre del Maestro

ARTE - MAYAGUEZ I
Categoría y Distrito

(X) Trans. Elegible   ( ) Trans. Provisional

Desde 7-8-89  Hasta 25-5-90
Extensión de Nombramiento

Estimad_a_ señor_a_  Rivera de Ramos :

El nombramiento que se le ha extendido estará sujeto a las disposiciones reglamentarias que rigen el reclutamiento, selección, traslado y reasignación de maestros. El mismo se extenderá hasta en o antes de la fecha arriba indicada. La continuación de la plaza no le da derecho a que su nombramiento sea prorrogado.

Si su nombramiento es de carácter transitorio elegible, tendrá derecho a competir por plazas en propiedad de acuerdo con las normas establecidas para la asignación de probatorio o permanencia.

18 de julio de 1989
Fecha

GRACIA M. RUIZ DE TALAVERA
Superintendente de Escuelas

Yo, __Gloria M. Rivera Villalobo__, mayor de edad, de estado civil __Casada__, seleccionado para ocupar una plaza de maestro en el distrito escolar de Mayaguez 1 voluntariamente certifico que no he aceptado ni aceptaré oferta de nombramiento como maestro en otro distrito a menos que cuente con el relevo del Superintendente de Escuelas al compromiso por mi contrato.

Certifico además, que he leído esta notificación y que acepto los términos y condiciones del nombramiento que se me ha extendido.

__18 de Julio de 1989__
Fecha

__Gloria M. Rivera de Ramos__
Firma del Empleado

# CERTIFICADO DE MAESTRO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO



POR LA PRESENTE CONFIERE A:

GLORIA RIVERA VILLALOBOS

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ARTE

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 21 de enero DE 19 84 HASTA 21 de enero DE 19 90

DADO EN SAN JUAN DE PUERTO RICO EL 25 de marzo DE 19 88.

Número 7326

SECRETARIA DE INSTRUCCIÓN PÚBLICA

# CERTIFICADO DE MAESTRO

## LA SECRETARÍA DE INSTRUCCIÓN PÚBLICA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

POR LA PRESENTE CONFIERE A:

GLORIA M. RIVERA VILLALOBOS

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 22 de febrero DE 19 88 HASTA 22 de febrero DE 19 94

DADO EN SAN JUAN DE PUERTO RICO EL 10 de mayo DE 19 88.

Número 5751

SECRETARIA DE INSTRUCCIÓN PÚBLICA







DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Certificado de Maestro

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**GLORIA M. RIVERA VILLALOBOS**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**MAESTRO(A) DE ESCUELA ELEMENTAL**
**ELEMENTARY SCHOOL TEACHER**

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde **25 de febrero** de **2006** hasta **25 de febrero** de 20 **12**
Issued on **February 25** 2006 and valid until **February 25** 20 12

Dado en San Juan de Puerto Rico, el **18 de julio** de 20 **06**
Given at San Juan, Puerto Rico on **July 18** 20 06

Rafael Aragunde Torres
Secretario de Educación
Secretary of Education

Número de Certificado: 903565      Certificate Number: 903565