

**UNITED STATES POSTAL SERVICE** ®

**Retail**

US POSTAGE PAID

**$7.35**

Origin: 76541
01/09/20
4847000541-29

PRIORITY MAIL 3-DAY ®

0 Lb 5.00 Oz

**1004**

CTED DELIVERY DAY: 01/13/20

AN JUAN PR 00918

USPS TRACKING® NUMBER

**FROM:** Gloria M. Rivera Villalobos
4803 Creekside Dr
Killeen TX 76543

**TO:** Secretarias (clerks office
Tribunal de Dtto de los E.U.
Room 150 Federal Building
San Juan PR. 00918-1767

To schedule free
Package Pickup,
scan the QR code.





SAN JUAN PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 JAN 13 PM 3:38
RECEIVED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.