01/10/2020

RECEIVED & FILED
2020 JAN 13 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**Secretaria tribunal de distrito de los Estados Unidos**
Room 150 Federal Building, S.J. P.R. 00918-1767

**Abogado de la junta de la supervisión**
Proskauer Rose LLP Eleven Time Square
N. Y. N.Y. 10036-8299
A/A: Martin J. Bienenstock, Brian S. Rosen

**Abogado del Comite de Acreedores**
Paul Hastings LLP 200 Park Avenue
N.Y. N. Y. 10166
A/A: Luc A. Despins, James Bliss, James Worthington,
G. Alexander Bongartz



La presente réplica del **# de caso 81529** es para exponer lo siguiente:

- El sistema de retiro de empleados del gobierno en Puerto Rico no tiene la información clara y concisa de la cantidad aportada por mi parte.

- La aportación al retiro por mi parte es en base a la ley 305 del 1999 que es un programa de ahorro de retiro, la cual no existe aportación patronal y la aportaciones son únicamente del participante. El cual ya no trabajo para la agencia y el mismo se debe ser transferido para yo continuar en otro programa de retiro o una cuenta 401K.

- Mi aportación al programa de ahorro para el retiro es de 8.5%, trabaje desde octubre 16, 2002- Febrero 27, 2019 en la Administración de Servicios Médicos. (Ver anejo # 1).

- Se incluye certificación de balance en aportaciones estimadas (Anejo # 3) el cual existe discrepancias en la información del anejo # 1.

- Se le solicito al patrono revisar certificación de balance en aportaciones ya que información ofrecida no coincide con los años trabajados y la cantidad estimada de aportación. Pero como es de conocimiento que en estos momentos Puerto Rico está en un momento de emergencia por temblor, la agencia sufrió daños y no han ofrecidos servicios en las oficinas de Recursos Humanos.

ATT. Blanca E. Rosario Sotomayor