mi RETIRO

Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### BLANCA ROSARIO SOTOMAYOR (468360)

| | |
|---|---|
| Agencia: | ADMINISTRACION SERVICIOS MEDICOS |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 03-DIC-2002 |
| Años en Servicio: | 20.04 |
| Sueldo Bruto: | $2,920.14 |
| Sueldo Neto: | $1,861.06 |
| Balance Aportaciones*: | $53,670.69 |
| Aportaciones Ley 106 **: | $0.00 |

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✓ Certificados de Deuda de préstamos
- ✓ Certificados de Préstamo Hipotecario
- ✓ Certificado de deuda para Ética Gubernamental
- ✓ Certificado de Balance de Cancelación de préstamo.

**Solicitudes en Línea**

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones.

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940



DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO



Portal de Servicios en Linea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Perfil Persona

### BLANCA ROSARIO SOTOMAYOR (468360)

Seguro Social: **XXX-XX-1618**  |  Fecha de Nacimiento: **31-OCT-1979**

*Última Actualización:*

En esta página puede modificar los datos registrados en el sistema.

**Cambiar Datos**

### Datos Personales

| | |
|---|---|
| Sexo: | Femenino |
| Estado Civil: | SOLTERO |
| Lugar de Nacimiento: | PUERTO RICO - SAN JUAN |

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

### Teléfonos de Contacto

| | |
|---|---|
| Residencial: | (787) 794-0063 |
| Celular: | (787) 404-4896 |
| Compañia: | CLARO PUERTO RICO |
| Trabajo: | No Disponible |

### Direcciones

| | |
|---|---|
| Postal: | SABANA SECA STATION, PO BOX 1529, SABANA SECA, PR, 00952, USA |
| Física: | BO INGENIO SECT VILLA CALMA, 440 C/BUENOS AIRE, , TOA BAJA, PR, 00949, USA |

### Información de Empleo

| | |
|---|---|
| Fecha del primer nombramiento: | 03-December-2002 |
| Clasificación: | CARRERA |
| Aportación mensual: | 8.50 |

# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: BLANCA ROSARIO SOTOMAYOR**
SABANA SECA STATION
PO BOX 1529
SABABA SECA, PR 00952

Seguro Social: XXX-XX-1618

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION SERVICIOS MEDICOS |
| Años de Servicio: | 10.03 |
| Balance de Aportaciones: | $27,142.21 |

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946259156

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov