



**PRIORITY MAIL**

- Date of delivery specified*
- USPS TRACKING™ included to m international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a custo declaration label may be required.

\* Domestic only

Retail

**US POSTAGE PAID**
$7.35
Origin: 00952
01/10/20
4280100952-04

PRIORITY MAIL 1-DAY ®

0 Lb 2.10 Oz
1005

EXPECTED DELIVERY DAY: 01/11/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER



9505 5103 3637 0010 3943 21

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

**PRIORITY MAIL**

FROM: Blanca Rosario Sotomayor
PO Box 1529 Sabana Seca
P.R. 00952

RECEIVED & FILED
2020 JAN 13 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

TO:
Secretaria tribunal de
distrito de Los E.U.
Room 150 Federal Building, S.J.
P.R. 00918-1767

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE


