**JUNTA DE SUPERVISION Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

**Como representante de ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**PROMESA TITULO III**

**NÚM. 17 BK 3283-LTS**

**La presente radicación guarda relación ELA, HTA y ERS**

"RÉPLICA A "ONE HUNDRED TWENTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS"

1. Mi nombre es Sandra G. Torres Serrano.  Dirección: Urb. Monte Brisas 5, Calle 5 5H24, Fajardo, Puerto Rico 00738.  Número de Teléfono: 787-435-6817.  Correo electrónico: sandra67torres@gmail.com.  No tengo abogado ni representante designado, de necesitar enviar alguna comunicación, favor de hacerlo a la dirección provista.   Para algún tipo de acuerdo, favor de comunicarse con la suscribiente.

2. Recibí copia de la Moción presentada titulada ONE HUNDRED TWENTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS".

3. Según surge de la Moción recibida, no conteste el mismo que se menciona en el inciso 18, porque no recibí la carta o envío según la orden de envío autorizado como reza el inciso 16.

4. Por lo que, la razón y fundamento de mi reclamación son las aportaciones al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico con un monto de $40,222.89 Ley 1 al 30 de junio de 2013 y $13,710.58 Ley 3 al 30 de junio de 2017.  Solicito que no se rechace mi reclamación número **38417.**  Adjunto Estado de Cuenta y Certificación de Balances de aportación estimada del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. También, adjunto Certificación de mi patrono en el Tribunal General de Justicia, Oficina de Administración de los Tribunales.   En este documento se certifica los descuentos realizados para el Sistema de Retiro.

5. Según Anejo A:  Centésima Vigésima Tercera Objeción Global, el número del caso es 17 BK 3566-LTS, Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.  Número de reclamación **38417** presentada el 29 de mayo de 2018.

Página 2
Número de reclamación 38417

      Solicito respetuosamente que se considere y no se rechace mi reclamación número **38417** y que también se acepte las Certificaciones de pago de mis aportaciones al Sistema de Retiro de los Empleados como evidencia y fundamento de mi reclamación **38417.**

Página 3
Número de reclamación 38417

Certifico que se ha notificado por correo postal a:

- Secretaría (Clerk´s Office) Tribunal de Distrito de los Estados Unidos Room 150 Federal Building, San Juan, (Puerto Rico) 00918-1767.
- Abogado de la Junta de Supervisión (Counsel for the Oversight Board), Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299.
- Abogado del Comité de Acreedores (Counsel for the Creditors Committee), Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166.  A/A:  Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

En Fajardo, Puerto Rico, hoy 10 de enero de 2020.

Sandra G. Torres Serrano

Núm. Reclamación **38417**