

Estado Libre Asociado de Puerto Rico
**Tribunal General de Justicia**
Oficina de Administración de los Tribunales
PO Box 190917
San Juan, PR 00919-0917

Oficina de Administración de los Tribunales
268 Avenida Muñoz Rivera
San Juan, PR 00918

Tel.: (787) 641-6600
www.ramajudicial.pr

# C E R T I F I C A C I Ó N

**Certifico,**

Que Sandra Grisel Torres, seguro social xxx-xx-7184, trabaja, para esta Rama de Gobierno, desde el 1 de marzo de 1993.

Que de acuerdo con nuestros registros, se le han realizado descuentos para la Administración de los Sistema de Retiro por $51,865.88 al 31 de diciembre de 2019.

Expedida hoy, 3 de enero de 2020, en Hato Rey, Puerto Rico, a petición de la empleada.

Juan Rosario Castro
Supervisor de Recursos Humanos
División de Transacciones de Personal
Sección de Nominas





## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: SANDRA TORRES SERRANO**
URB. MONTE BRISAS 5 EXT
5H24 CALLE 5
FAJARDO, PR 00738

Seguro Social: XXX-XX-7184

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE TRIBUNALES |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $53,933.47 |

**DESGLOSE DE DEUDAS**

**Nuestros sistemas no reflejan deudas en estos momentos.**

La fecha del Balance de Cancelación Estimado Total: **7 de junio de 2018.**

Esta certificación fue emitida el 7 de junio de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018060738455136

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.722.0101 • www.retiro.pr.gov



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

07 de junio de 2018

**Agencia: 122 - ADMINISTRACION DE TRIBUNALES**

SANDRA TORRES SERRANO
URB.MONTE BRISAS 5 EXT
5H24 CALLE 5
FAJARDO, PR 00738

Seguro Social: XXX-XX-7184

A base de la información en nuestros registros, al 07 de junio de 2018 usted posee:

**Fecha de Nacimiento:** 25 de febrero de 1967       **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 31 de mayo de 1993
**Fecha de Comienzo de Cotización:** 31 de mayo de 1993

| Ley 1 al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 20.50 |
| Aportaciones: | $32,031.56 |
| Intereses: | $8,191.33 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $40,222.89 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Años Acreditados: | 4 |
| Aportaciones: | $12,705.94 |
| Intereses: | $1,004.64 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $13,710.58 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

