




**FROM:** Sandra G. Torres Serrano
Urb. Monte Brisas 5
Calle 5  5H24
Fajardo, PR 00738

**TO:** Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767