Comprobantes del Pago de Pensión del Sistema de Retiro de Maestros de Puerto Rico como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

| | | |
|---|---|---|
| Gobierno de Puerto Rico<br>592 - SISTEMA DE RETIRO MAESTRO-PENS | Grupo de Pago: SM -Quincenal<br>Desde: 04/01/2019<br>Hasta: 04/15/2019 | Business Unit: PUERT<br>Aviso #: 0688960<br>Fecha Aviso: 04/15/2019 |
| MARTA RODRIGUEZ SANCHEZ<br>11031 MONTE BELLO<br>VILLALBA PR 00766-2356<br>SS: XXX-XX-1896 | # Empleado: XXXXX1896<br>Dept: 592130-PENSIONADOS LEY 45<br>Lugar: PENSIONADOS LEY 45<br>Titulo: Pensionado<br>Sueldo: $1,452.27 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 39+99<br>Pct. Adcl.:<br>Cant. Adcl.: |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.937046 | 81.25 | 726.13 | 568.75 | 5,082.91 |
| Total: | | 81.25 | 726.13 | 568.75 | 5,082.91 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mac | 53.48 | 374.36 |
| Total: | 53.48 | 374.36 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 0.00 | 300.00 |

* Tributable

**TOTAL BRUTO**

| | Corriente | Acumulado |
|---|---|---|
| | 726.13 | 5,082.91 |

**TOTAL IMPUESTOS**

| | |
|---|---|
| | 0.00 |
| | 0.00 |

**DEDUCCIONES TOTALES**

| | |
|---|---|
| | 53.48 |
| | 374.36 |

**PAGA NETA**

| | |
|---|---|
| | 672.65 |
| | 4,708.55 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #0688960 — 672.65
Total: 672.65

MENSAJE:

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 04/15/2019

Aviso No. 0688960

Cant. Deposito: $672.65

TRAY 106 SQ 26351**********SCH 5-DIGIT 00751 26351 2 AV 0.383
MARTA RODRIGUEZ SANCHEZ
11031 MONTE BELLO
VILLALBA PR 00766-2356

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | redacted | $672.65 |
| Total: | | $672.65 |

NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | Desde: 05/16/2019 | | Aviso #: 1489844 | |
| | | | | | Hasta: 05/31/2019 | | Fecha Aviso: 05/30/2019 | |
| MARTA RODRIGUEZ SANCHEZ | | | # Empleado: | XXXXX1896 | | DATA IMP: Federal | PR | |
| 11031 MONTE BELLO | | | Dept: | 592130-PENSIONADOS LEY 45 | | Estado Civil: Married | Married | |
| VILLALBA PR 00766-2356 | | | Lugar: | PENSIONADOS LEY 45 | | Concesiones: 0 | 39 +99 | |
| | | | Titulo: | Pensionado | | Pct. Adel.: | | |
| SS: XXX-XX-1896 | | | Sueldo: | $1,452.27 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.937046 | 81.25 | 726.13 | 812.50 | 7,261.30 | | | |
| Total: | - | 81.25 | 726.13 | 812.50 | 7,261.30 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 534.80 | SM-Plan Medico ASES | 100.00 | 500.00 |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 534.80 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 726.13 | | 0.00 | 53.48 | 672.65 |
| Acumulado: | 7,261.30 | | 0.00 | 534.80 | 6,726.50 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #1489844 | 672.65 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 672.65 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE: "Aprovecha las Oportunidades de Movilidad visita la www.OATRG.PR.GOV"

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/30/2019

Aviso No.
1489844

Cant. Deposito: $672.65

TRAY 106 SQ 26351***************SCH 5-DIGIT 00751  26351 2 AV 0.383
MARTA RODRIGUEZ SANCHEZ
11031 MONTE BELLO
VILLALBA PR 00766-2356

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | redacted | $672.65 |
| Total: | | $672.65 |

NO-NEGOCIABLE

Talonarios de cheques recibidos durante mis años de servicio como maestra del Departamento de Educación de Puerto Rico

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARTA R RODRIGUEZ SANCHEZ | redacted 1896 | 31 0795 | 339496 | 561543516 |

ESPECIFICAS / DEDUCCIONES / MISCELANEAS

ACUMULADO DURANTE EL AÑO NATURAL: 90152 | 75600
CLAVE 06 17563 | CLAVE 07 13061 | CLAVE 60 2375

MES CORRIENTE: 12044 | 11550 9050 4950
1080000 | 000 | 000 | 165000 | 47300 | 70593 | 47107

SUELDO BRUTO DEVENGADO / SUELDO TRIBUTABLE SEGURO SOCIAL / ADELANTO SUELDO 1ª QUINCENA / TOTAL DEDUCCIONES / PAGA NETA

VEASE CLAVES AL DORSO

---

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARTA R RODRIGUEZ SANCHEZ | redacted 1896 | 31 0396 | 366841 | 575048844 |

ACUMULADO DURANTE EL AÑO NATURAL: 36132 | 34650
CLAVE 06 17563 | CLAVE 07 13347

MES CORRIENTE: 12044 | 11550 | 4950
495000 | 000 | 000 | 165000 | 52700 | 59454 | 52846

VEASE CLAVES AL DORSO

