**FROM:**

Marta Rodriguez Sánchez
11031 Monte Bello
Villalba, Puerto Rico
00766-2356

CERTIFIED MAIL
7018 2290 0000 2773 9689

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 11, 20
AMOUNT
**$4.95**
R2303S101580-08

**TO:**

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 JAN 13 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR