TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>Como representante de<br><br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS | PROMESA III<br><br>TITULO III<br><br>NÚM. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con ELA, ACT Y SRE.<br><br>Número de reclamo (claim #): 33060 |

REPLICA A "NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED"

1. Mi nombre es Angélica Carrasco Santos, Dirección Física: Bo. Juan Martin, Parcela 77-A, Calle 1, Luquillo, PR 00773. Dirección Postal: HC 1 Box 8650, Luquillo, PR 00773. Número de teléfono: (787) 567-0218. Correo electrónico: goodgirl_597@hotmail.com. No tengo abogado ni representante designado, de necesitar enviar alguna comunicación, favor de hacerlo a la dirección provista. Para algún tipo de acuerdo, favor comunicarse con la suscribiente.

2. Recibí copia de la Moción presentada titulada "NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED" con los anejos A, B, C y D.

3. Según surge de la moción recibida, no contesté el mismo que se menciona en el inciso 18, porque no recibí la carta o envío según la orden de envío autorizado como reza el inciso 16.

4. Por lo que, la razón y fundamento de mi reclamación son las aportaciones al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico con un monto de $9,829.70 Ley anterior al 30 de junio de 2013 y $18,703.97 bajo la Ley 3 al 30 de junio de 2017. Solicito que no se rechace mi reclamación número 33060. Adjunto Estado de Cuenta y Certificación de Balances de Aportación estimada del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. También, adjunto Certificación de mi patrono el Tribunal General de Justicia, Oficina de Administración de los Tribunales. En este documento se certifica los descuentos realizados para el Sistema de Retiro desde el 3 de abril de 2006 hasta 31 de diciembre de 2019.

5. Según Anejo A: Defectuosas Nonagésima Séptima Objeción Global, el número del caso es 17 BK 3566-LTS, Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Número de reclamación 33060 presentada el 29 de mayo de 2018.

Solicito respetuosamente que se considere y no se rechace mi reclamación número 33060 y que también se acepte las Certificaciones de pago de mis aportaciones al Sistema de Retiro de los Empleados como evidencia y fundamento de mi reclamación número 33060.

Certifico que se ha notificado por correo postal a:

- Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos Room 150 Federal Building, San Juan, (Puerto Rico) 00918-1767.
- Abogado de la Junta de Supervisión (Counsel for the Oversight Board), Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299.
- Abogado del Comité de Acreedores (Counsel for the Creditors Committee), Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166. A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

En Luquillo, Puerto Rico, hoy 10 de enero de 2020.

*Angélica Carrasco Santos*
Angélica Carrasco Santos
Núm. Reclamación 33060