



PRESS FIRMLY TO SEAL

PRIORITY MAIL

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Angélica Carrasco Santos
HC 1 Box 8650
Luquillo, PR 00773



TO: Secretaria
Tribunal de Distrito de los Estados
Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
2020 JAN 13 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

