1/10/2020

Elisa Morales Morales  
Parcelas Van Scoy  
T-5 Calle 12  
Bayamon, PR 00957  
Telefono (787)279-3952  
SS- redacted 2470

RECEIVED & FILED  
2020 JAN 13 PM 5:47  
CLERK'S OFFICE  
U.S. DISTRICT COURT  
SAN JUAN P.R.

5/21/2018  
17BK 03283 LTS  
El Estado libre Asociado de Puerto Rico  
18398  
$1,600.00

Yo les escribo esta para responder a su notificación donde me informa que devido a que la evidencia de la reclamación no fue sometida, con la solicitud de reclamación, no me han podido representar legarmente contra los deudores. Porque no pueden determinar si mi reclamo es valido contra El Estado libre Asociado de Puerto Rico.

En el 2013 cuando la señora Sila Maria Calderon era Gobernadora de Puerto Rico, el Gobernador Saliente nos prometio un aumento de suerdo de 75 dorales que la Gobernadora nunca nos dio. La Union de Trabajadores de Hacienda apelo tres veces a la corte y a la corte federal y estas fallaron a favor de la Union. Pero nunca los secretarios que han pasado por el Departamento de Hacienda lo han querido dar. Por esto yo les envio la dirección de la union que es la unica que les puede dar la evidencia. UAW, Local 2373 3100 Carr.190 Suite 201 Carolina, PR 00983 Tel. 787-776-6060, fax 787-776-6091.

att. Elisa Morales