Elisa Morales Santos
Parc. Van Scoy
J-5 calle 12
Bayamón, PR 00957



U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00957
JAN 10, 20
AMOUNT
$4.05
1000   00918   R2305H126974-13

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918



CERTIFIED MAIL

7019 1640 0000 8582 5327