## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT BOARD
AND MANAGEMENT BOARD FOR PUERTO RICO
As representative of

THE COMMONWEALTH OF PUERTO RICO

    Debtor                                           Case # 17-3283 (LTS)
                                                         PROMESA
                                                         TITLE III

_____

### WITHDRAWL OF PROOF OF CLAIM NUMBER 67474

**TO THE HONORABLE COURT**;

      **COMES NOW,** Creditor FRANCISCO DIAZ -LOPEZ. by its legal counsel and very respectfully states and prays;

      **1.** FRANCISCO DIAZ- LOPEZ filed POC # 67474 in the amount of $ 14,000.00 and therefore a party in interest in the above captioned case.

      **2.** On or about December 12, 2019, creditor was served with an objection to the allowance of his claim. (docket 9561)

      **3.** Movant hereby withdraws the POC # 67474.

      **4.** That in view of the aforesaid, creditor herein wishes that the aforestated claim be set aside and withdrawn.

WHEREFORE, FRANCISCO DIAZ LOPEZ respectfully prays that the present withdrawal be noted and that the claim be set aside and withdrawn and for any other and further relief as it may be deem just and proper

      **RESPECTFULLY SUBMITTED**

      In San Juan Puerto Rico, this 14th day of January 2020

I HEREBY CERTIFY that on this date, I electronically filed the present motion using CM/ECF system with the Clerk of the Court, which will send notification of such filing to the following: Herman D. Bauer' Alvarez, Esq. in addition to any and all parties registered in this case to receive CM-ECF notices.

                                                  S/ Isabel M Fullana

                                   **GARCIA-ARREGUI & FULLANA PSC
                                   252 PONCE DE LEON AVE
                                   SUITE 1101
                                   SAN JUAN, PR00918
                                   TEL 787-766-2530
                                   FAX787-756-7800
                                   Email. ifullana @ gaflegal.com**