UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
                                                                       :
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                  : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            : Title III
                                                                       :
    as representative of                            : Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.,*    : (Jointly Administered)
                                                                       :
    Debtors.[1]                                     :
---------------------------------------------------------------------- X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER ON PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE JANUARY 15, 2020 HEARING**

To the Honorable Judith G. Dein, United States Magistrate Judge:

    1.    The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the Court's *Order Setting Procedures for January 15, 2020 Hearing* [ECF No. 9823] (the "Order").

    2.    Danielle A. D'Aquila[2], Esq. of Brown Rudnick LLP will appear in person on behalf of the Special Claims Committee at the hearing to be held in Courtroom 8 of the United

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Ms. D'Aquila's Pro Hac Vice was filed on January 14, 2020 and remains pending.

States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 to address, as necessary, the following matters:

a) *Motion of Certain ERS Bondholders to Compel the Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Provide Complete Answers to Interrogatories* [Case No. 17-3283, Docket No. 9698; Case No. 17-3566, Docket No. 755];

b) *Urgent Motion of Committees and Government Parties to Compel Production of Documents from ERS Bondholders* [Case No. 17-3283, Docket No. 9697; Case No. 17-3566, Docket No. 756];

c) *The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Urgent Motion for a Protective Order Quashing the Deposition Subpoena Served on Retiree Committee's Counsel* [Case No. 17-03283, Docket No. 9719; Case No. 17-3566, Docket No. 766];

d) Any objections, responses, statements, joinders, or replies the foregoing pleadings; and

e) Any other matters scheduled for the Hearing or statements made by any party in connection with the Title III cases, objections or any adversary proceeding pending therein.

3. Alberto G. Estrella, Esq. and Kenneth C. Suria, Esq. of Estrella LLC may also be attending the Hearing on behalf of the Special Claims Committee by telephone or in person in Courtroom 2 of the United States District Court for the District of Puerto Rico, Clemente Nazario Courthouse, 150 Carlos Chardón Street, San Juan, PR 00918-1767.

[*The balance of this page is intentionally blank*]

WHEREFORE, the Oversight Board respectfully requests that the Court take notice of the foregoing.

Dated: January 14, 2020

/s/ Edward S. Weisfelner

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Alberto Estrella
/s/ Kenneth C. Suria

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

3