United States District Court
For the District of Puerto Rico

In re. The financial oversight and
management Board for Puerto Rico
as representation of
The commonwealth of Puerto Rico et al.

Promesa
Title III
Case No. 17 BK 328
(LTS)

In re:
The financial oversight and
management Board for Puerto Rico
as representative of
The employees Retirement system of the
government of the commonwealth of Puerto Rico

Promesa
Title III
Case no. 17 BK 356
(LTS)

Debtor

Participant name and Contact information:
Pedro Rodriguez Hernández
Participant name:

r tshirt 1 @ gmail.com
Imail Adress

Calle B-J 27 Repto. Montellano, Cagey Pto Rico 00736
Adress
Puerto Rico
Country

Provide the CUSIP numbers of al ARS Bonds held by
participant By Signature
Pedro Rodriguez Hernández
Signature                                    13 de enero 2020
                                             Date
Print Name Pedro Rodriguez Hernández

United States District Court
For the District of Puerto Rico

In re. The financial oversight and management Board for Puerto Rico as representation of the Commonwealth of Puerto Rico et al.

Promesa Title III Case no. 17 BK 3283 (LTS)

In re. The financial oversight and management Board for Puerto Rico as representative of the employees Retirement System of the government of the Commonwealth of Puerto Rico.

Promesa Title III Case no. 17 BK 3566 (LTS)

Debtor

Participant name and contact information:

Rosa V. Dorbatt Quiñones
Participant name

rvdorbatt@gmail.com
E-mail adress

PO Box 371945
Cayey PR 00737-1945
Address

Puerto Rico
Country

Provide the CUSIP numbers of al ARS Bonds held by participant. By Signature

Rosa V. Dorbatt Quiñones
Signature

Rosa V. Dorbatt Quiñones
Print name

13 de enero/2020
Date

RECEIVED 2020 JAN 13 PM 12:01



2020 JAN 13 PM 3:11
INTAKE DROP BOX
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States District Court
For the District of Puerto Rico

In re. The financial oversight and management Board for Puerto Rico as representation of the Commonwealth of Puerto Rico et al.

Promesa Title III
Case no. 17 BK 3283 (LTS)

In re. The financial oversight and management Board for Puerto Rico as representative of the employees Retirement System of the government of the Commonwealth of Puerto Rico.
Debtor

Promesa Title III
Case no. BK 3566 (LTS)

Participant name and contact information:

Victor M. Vázquez Vega
Participant name

13juniorvazquez@gmail.com
E-mail adress

PO Box 37 1945
Cayey PR 00737-1945
Address

Puerto Rico
Country

Provide the CUSIP numbers of al ARS Bonds held by participant. By Signature

Victor M. Vázquez Vega
Print name


Signature

13 de enero/2020
Date

RECEIVED 2020 JAN 13 P 12:01

2020 JAN 13 PM 3:11
INTAKE DROP BOX
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN