# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MANUEL VEGA MERCADO**
HC 5 BOX 55027
HATILLO, PR 00659

Seguro Social: XXX-XX-0340

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 26.5 |
| Balance de Aportaciones: | $55,745.59 |

Esta certificación fue emitida el 21 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122146097600

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**RETIRO**

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE CORRECCIÓN
OFICINA REGIONAL – REGION NOROESTE
SECCION DE BENEFICIOS MARGINALES

# CERTIFICACIÓN DE EMPLEO Y SUELDO

Certifico que Manuel Vega Mercado, número de Seguro Social REDACTED )340, trabaja para la Administración de Corrección desde el 25 de Marzo de 1991 hasta el presente.

Actualmente ocupa un puesto regular de carrera como Oficial Correccional I. Devenga un salario de $1881.00 mensuales y recibe un bono de $1,000.00.

Dada en Aguadilla, Puerto Rico, hoy 19 de Enero de 2005.

Certifico correcto,

Manuel D. Nieves Sánchez
Auxiliar Administrativo I
Beneficios Marginales

*Proveyendo Seguridad, Propiciando Rehabilitación*
P.O. Box 5266 Aguadilla, Puerto Rico 00605, Tel. 882-2600 ext. 306, 891-5010

## ESTADO DE CUENTA ESTIMADO

21 de enero de 2016

### Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

MANUEL VEGA MERCADO  
HC 5 BOX 55027  
HATILLO, PR 00659

Seguro Social: XXX-XX-0340

A base de la información en nuestros registros, al 21 de enero de 2016 usted posee:

**Fecha de Nacimiento:** 24 de octubre de 1968  
**Género:** Masculino  
**Fecha de Ingreso al Servicio Público:** 30 de abril de 1991  
**Fecha de Comienzo de Cotización:** 30 de abril de 1991

| Ley 1 al 30 de junio de 2013 | | Ley 3 al 01 de julio de 2015 | |
|---|---|---|---|
| Años Acreditados: | 22.50 | Años Acreditados: | 2 |
| Aportaciones: | $34,235.60 | Aportaciones: | $6,591.40 |
| Intereses: | $9,683.63 | Intereses: | $226.47 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $43,919.23 | Total Aportaciones: | $6,817.87 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $745.06 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente

Unidad de Estado de Cuenta  
Area de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711  
PO Box 42003, San Juan, PR 00940-2203  
Tel: 787-754-4545  
www.retiro.pr.gov



Formulario Form 499R-2/W-2PR Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222 COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | MANUEL |
| Apellido(s) - Last Name(s) | VEGA MERCADO |
| Dirección Postal del Empleado - Employee's Mailing Address | CARRIZALES II CASA 420, HATILLO PR 00659 |
| Fecha de Nacimiento - Date of Birth | Día 24 Mes 10 Año 1968 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE CORRECCION Y REH, 34 AVE. TENT CESAR GO, ESQUINA CALAF, HATO REY, PR 00936-0000 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | F0717193216 |
| Número Control - Control Number | 180091467 |
| Fecha de radicación - Filing date | 31 de enero - January 31 |
| Año - Year | 2018 |
| 3. Núm. Seguro Social - Social Security No. | REDACTED )340 |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 66-0433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 24.00 |

Patrono: - Employer:
Indique si la remuneración incluye pagos al empleado por:
Indicate if the renumeration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others:_____

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| # | Concepto | Valor |
|---|---|---|
| 7. | Sueldos - Wages | 30,872.78 |
| 8. | Comisiones - Commissions | 0.00 |
| 9. | Concesiones - Allowances | 0.00 |
| 10. | Propinas - Tips | 0.00 |
| 11. | Total = 7 + 8 + 9 + 10 | 30,872.78 |
| 12. | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. | Cont. Retenida - Tax Withheld | 855.38 |
| 14. | Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2,336.88 |
| 15. | Aportaciones a Planes Calificados - Contributions to CODA PLANS | 0.00 |
| | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | |
| 16. | Código/Code | 0.00 |
| 16A. | Código/Code | 0.00 |
| 16B. | Código/Code | 0.00 |
| 16C. | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| # | Concepto | Valor |
|---|---|---|
| 17. | Total Sueldos Seguro Social - Social Security Wages | 30,872. |
| 18. | Seguro Social Retenido - Social Security Tax Withheld | 1,914. |
| 19. | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 30,872. |
| 20. | Contrib. Medicare Retenida - Medicare Tax Withheld | 447.6 |
| 21. | Propinas Seguro Social - Social Security Tips | 0.0 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.0 |
| 23. | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.0 |

Formulario Form 499R-2/W-2PR Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222 COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MANUEL |
| Apellido(s) - Last Name(s) | VEGA MERCADO |
| Dirección Postal del Empleado - Employee's Mailing Address | CARRIZALES II CASA 420, HATILLO PR 00659 |
| Fecha de Nacimiento / Date of Birth | Day 24 Month 10 Year 1968 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT DE CORRECCION Y REH, 34 AVE. TENT CESAR GO, ESQUINA CALAF, HATO REY, PR 00936-0000 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | F0717193216 |
| Número Control - Control Number | 180091467 |
| Fecha de radicación - Filing date | 31 de enero / January 31 |
| 3. Núm. Seguro Social / Social Security No. | REDACTED 1340 |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 66-0433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos / Charitable Contributions | 24.00 |
| Año / Year | 2018 |

**Información para el Departamento de Hacienda - Department of the Treasury Information**

| Item | Amount |
|---|---|
| 7. Sueldos - Wages | 30,872.78 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 30,872.78 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 855.38 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2,336.88 |
| 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos / Exempt Salaries: 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Código/Code | 0.00 |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**Información para el Seguro Social / Social Security Information**

| Item | Amount |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 30,872.78 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 1,914.11 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 30,872.78 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 447.66 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Manuel Vega
HC.05 Box 55027
Hatillo P.R. 00659

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 13 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.