**EXHIBIT B**
**Declaration of Jay Herriman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE ONE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS").

3. I submit this declaration in support of the *One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* (the "One Hundred Forty-Fourth Omnibus Objection").[3] I have personally reviewed the One Hundred Forty-Fourth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the One Hundred Forty-Fourth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the One Hundred Forty-Fourth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel at A&M, or were reviewed and analyzed by personnel at other agents retained by the Oversight Board. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the One Hundred Forty-Fourth Omnibus Objection.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the One Hundred Forty-Fourth Omnibus Objection.

2

5.	To the best of my knowledge, information, and belief, the claims identified in <u>Exhibit A</u> to the One Hundred Forty-Fourth Omnibus Objection (collectively, the "<u>Deficient Claims</u>") purport to assert liability against the Commonwealth or ERS based on a statute passed by the Commonwealth.  However, the Deficient Claims do not provide basic information, such as the specific law number and year in which the statute was passed, necessary for the Debtors to understand what law the claimant asserts or how that law may have given rise to liabilities owed to the claimant by the Commonwealth, ERS, or any other Title III debtor.  Moreover, to the best of my knowledge, information, and belief, a letter was sent to each of the claimants who filed Deficient Claims requesting additional information and supporting documentation, but the claimants did not respond.  Accordingly, the Commonwealth and ERS request that the Deficient Claims be disallowed in their entirety.

6.	Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the One Hundred Forty-Fourth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Commonwealth, ERS, and their creditors.

7.	I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 14, 2020

By: /s/ Jay Herriman<br>Jay Herriman

**ANEXO B**
**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                                Deudores. [1] | PROMESA,<br>Título III<br>Núm. 17 BK 3283-LTS<br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA CENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

Yo, Jay Herriman, de conformidad con el título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad*

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (los números de causas radicadas conforme al Título III figuran como números de procedimientos de quiebra debido a limitaciones del programa informático).

*Económica de Puerto Rico* ("PROMESA"). [2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico (el "ELA") y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE").

3. Realizo esta declaración en apoyo de la *Centésima cuadragésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* (la "Centésima cuadragésima cuarta objeción global"). [3] He revisado personalmente la Centésima cuadragésima cuarta objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Centésima cuadragésima cuarta objeción global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Centésima cuadragésima cuarta objeción global fue examinado y analizado cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente de A&M, o fue examinado y analizado por el personal de otros agentes contratados por la Junta de Supervisión. Dichos esfuerzos resultaron en la identificación de los reclamos que han de ser rechazados, según se identifica en el Anexo A de la Centésima cuadragésima cuarta objeción global.

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Centésima cuadragésima cuarta objeción global.

5.      A mi fiel saber y entender, los reclamos identificados en el Anexo A de la Centésima cuadragésima cuarta objeción global (conjuntamente, los "Reclamos deficientes") alegan la concurrencia de responsabilidad contra el ELA o el SRE sobre la base de una ley adoptada por el ELA. Sin embargo, los Reclamos deficientes no proporcionan información básica; por ejemplo, el número y el año de la ley concreta en el que la norma fue adoptada, información que es necesaria para que los Deudores sepan cuál es la ley que las demandantes invocan o de qué manera dicha ley pudo haber dado lugar a responsabilidades del ELA, el SRE o cualquier otro Deudor conforme al Título III ante la demandante. Es más, a mi fiel saber y entender, se envió una carta a cada demandante que radicó Reclamos deficientes solicitando información adicional y documentación justificativa, pero las demandantes no respondieron. En consecuencia, el ELA y el SRE solicitan que los Reclamos deficientes sean rechazados en su totalidad.

6.      Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Centésima cuadragésima cuarta objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés del ELA, del SRE y de sus acreedores.

7.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha:  14 de enero de 2020

                                          Por: *[Firma en la versión en ingles]*
                                              Jay Herriman