**EXHIBIT C**
**Notice**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　　　Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

**NOTICE OF THE ONE HUNDRED FORTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON UNSPECIFIED PUERTO RICO STATUTES**

> **IF YOUR CLAIM IS LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION, THE COMMONWEALTH, HTA, AND/OR ERS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**
>
> **IF YOUR CLAIM IS LISTED ON EXHIBIT A, YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

　　　　**PLEASE TAKE NOTICE THAT**, on January 14, 2020, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth, HTA, and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Claims Asserting Interests Based on Unspecified Puerto Rico Statutes* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

---

### OVERVIEW

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION.**

- **If your claim(s) is/are NOT listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.**

- If your claim(s) is/are listed on Exhibit A to the Omnibus Objection, the Commonwealth, HTA, and/or ERS are seeking to disallow your claim(s) listed on Exhibit A because, as explained in the accompanying Omnibus Objection, the Debtors' records show that your claim is deficient. The Omnibus Objection and Exhibit A to the Omnibus Objection provide additional details regarding the deficient claims at issue.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk, LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

### IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1

Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Time)** on **February 18, 2020**, unless otherwise extended, in writing, by the Commonwealth, HTA, or ERS. If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

---

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

2

**Critical Information for Claimants Choosing to File a Response**

**Who is Required to File a Response**.  Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein.  If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Response.**  If you do not oppose the relief sought in the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below).  Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico.  No response is required if your claim is not listed on Exhibit A to the Omnibus Objection.

**Deadline for Filing a Response**.  Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Time)** on **February 18, 2020**, unless otherwise extended, in writing, by the Commonwealth, HTA, or ERS, or upon written request to the Court and order of the Court extending the deadline.

> **The deadline for filing and serving a response is**
> **4:00 p.m. (Atlantic Time) on February 18, 2020.**

**Hearing on the Omnibus Objection**.  If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Time) on March 4, 2020**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection.  The Commonwealth, HTA, and ERS, however, reserve the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

The Debtors may file a reply to your response or reply in oral argument at the hearing.  The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

**THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED AND SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**What to File with a Response**.  Your response to the Omnibus Objection must contain the following information.

(i) **Contact Information**.  The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the

3

      claimant's attorney or designated representative to whom the attorneys for the Commonwealth, HTA or ERS should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii) **Caption**.  The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on Exhibit A to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii) **Reason(s) for Opposing the Omnibus Objection**.  The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv) **Supporting Documentation**.  To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; *provided*, *however*, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and *provided*, *further*, that the claimant shall disclose to the Commonwealth, HTA, and ERS all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to File and Serve a Response**.  Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online**.  Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail**.  If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

        Clerk's Office
        United States District Court
        Room 150 Federal Building
        San Juan, Puerto Rico 00918-1767

        Counsel for the Oversight Board
        Proskauer Rose LLP
        Eleven Times Square
        New York, New York 10036-8299

        Attn: Martin J. Bienenstock
        Brian S. Rosen

        Counsel for the Creditors' Committee
        Paul Hastings LLP
        200 Park Avenue
        New York, New York 10166
        Attn: Luc A. Despins
        James Bliss
        James Worthington
        G. Alexander Bongartz

YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Time)** on **February 18, 2020**, unless otherwise extended by the Commonwealth, HTA, or ERS, in writing, or upon a written request to the Court and order of the Court extending the deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 p.m. (Atlantic Time)** on **February 18, 2020**, unless otherwise extended by the Commonwealth, HTA, or ERS in writing, or upon a written request to the Court and order of the Court extending the deadline:

        Clerk's Office
        United States District Court
        #150 Chardon Avenue
        Federal Building
        San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH, HTA, ERS, OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

> **Additional Resources and Who to Contact with Questions**
>
> All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.
>
> If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

## **ANEXO C**
**Notificación**

**ANEXO C**
**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                                          Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

**SI SU RECLAMO ESTÁ INCLUIDO EN EL ANEXO A DE LA OBJECIÓN GLOBAL, EL ELA, LA ACT Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL ANEXO A, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

    **OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA, de la ACT y del SRE conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Centésima cuadragésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*puertorriqueñas no especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA, la ACT y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

2

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

> **La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 18 de febrero de 2020.**

**Vista sobre la Objeción global**. Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 4 de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre la Objeción global. Sin embargo, el ELA, la ACT y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

> **EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global deberá contener la siguiente información:

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

3

abogado o representante designado de la demandante al que los abogados del ELA, de la ACT o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan (Puerto Rico) 00918-1767
>
> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299

>A/A: Martin J. Bienenstock
>Brian S. Rosen
>
>Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
>Paul Hastings LLP
>200 Park Avenue
>Nueva York, Nueva York 10166
>A/A: Luc A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

>Secretaría (*Clerk's Office*)
>Tribunal de Distrito de los Estados Unidos
>#150 Chardon Avenue
>Federal Building
>San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA, DE LA ACT O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARRECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR A CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

> **Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**
>
> Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.
>
> Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.