# RETIRO

**NUM-EMP:** 4551  MILDRED VAZQUEZ DIAZ

redacted 6110

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| June 2001 | $2,260.06 | $187.02 | $209.62 |
| July 2001 | $2,260.06 | $187.02 | $209.62 |
| August 2001 | $2,260.06 | $187.02 | $209.62 |
| September 2001 | $2,260.06 | $187.02 | $209.62 |
| October 2001 | $2,260.06 | $187.02 | $209.62 |
| November 2001 | $2,260.06 | $187.02 | $209.62 |
| December 2001 | $2,260.06 | $187.02 | $209.62 |
| January 2002 | $2,260.06 | $187.02 | $209.62 |
| February 2002 | $2,260.06 | $187.02 | $209.62 |
| March 2002 | $2,260.06 | $187.02 | $209.62 |
| April 2002 | $2,260.06 | $187.02 | $209.62 |
| May 2002 | $2,260.06 | $187.02 | $209.62 |
| June 2002 | $2,260.06 | $374.04 | $419.24 |
| August 2002 | $4,520.12 | $187.02 | $209.62 |
| September 2002 | $2,260.06 | $187.02 | $209.62 |
| October 2002 | $2,260.06 | $187.02 | $209.62 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| November 2002 | $2,260.06 | $187.02 | $209.62 |
| December 2002 | $2,260.06 | $187.02 | $209.62 |
| January 2003 | $2,260.06 | $187.02 | $209.62 |
| February 2003 | $2,260.06 | $187.02 | $209.62 |
| March 2003 | $2,260.06 | $187.02 | $209.62 |
| April 2003 | $2,260.06 | $187.02 | $209.62 |
| May 2003 | $2,260.06 | $187.02 | $209.62 |
| June 2003 | $2,260.06 | $187.02 | $209.62 |
| July 2003 | $2,260.06 | $187.02 | $209.62 |
| August 2003 | $2,260.06 | $187.02 | $209.62 |
| September 2003 | $2,260.06 | $187.02 | $209.62 |
| October 2003 | $2,260.06 | $187.02 | $209.62 |
| November 2003 | $2,260.06 | $187.02 | $209.62 |
| December 2003 | $2,260.06 | $187.02 | $209.62 |
| January 2004 | $2,260.06 | $187.02 | $209.62 |
| February 2004 | $2,260.06 | $187.02 | $209.62 |
| March 2004 | $2,260.06 | $187.02 | $209.62 |
| April 2004 | $2,260.06 | $187.02 | $209.62 |
| May 2004 | $2,260.06 | $187.02 | $209.62 |
| June 2004 | $2,260.06 | $187.02 | $209.62 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| July 2004 | $2,500.06 | $206.88 | $231.88 |
| August 2004 | $2,500.06 | $206.88 | $231.88 |
| September 2004 | $2,500.06 | $206.88 | $231.88 |
| October 2004 | $2,500.06 | $206.88 | $231.88 |
| November 2004 | $2,500.06 | $206.88 | $231.88 |
| December 2004 | $2,500.06 | $206.88 | $231.88 |
| January 2005 | $2,500.06 | $206.88 | $231.88 |
| February 2005 | $2,500.06 | $206.88 | $231.88 |
| March 2005 | $2,500.06 | $206.88 | $231.88 |
| April 2005 | $2,500.06 | $206.88 | $231.88 |
| May 2005 | $2,500.06 | $206.88 | $231.88 |
| June 2005 | $2,500.06 | $206.88 | $231.88 |
| July 2005 | $2,500.06 | $206.88 | $231.88 |
| August 2005 | $2,500.06 | $206.88 | $231.88 |
| September 2005 | $2,500.06 | $206.88 | $231.88 |
| October 2005 | $2,500.06 | $206.88 | $231.88 |
| November 2005 | $2,500.06 | $206.88 | $231.88 |
| December 2005 | $2,500.06 | $206.88 | $231.88 |
| January 2006 | $2,500.06 | $206.88 | $231.88 |
| February 2006 | $2,500.06 | $206.88 | $231.88 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| March 2006 | $2,500.06 | $206.88 | $231.88 |
| April 2006 | $2,500.06 | $206.88 | $231.88 |
| May 2006 | $2,500.06 | $206.88 | $231.88 |
| June 2006 | $2,500.06 | $206.88 | $231.88 |
| July 2006 | $2,500.06 | $206.88 | $231.88 |
| August 2006 | $2,500.06 | $206.88 | $231.88 |
| September 2006 | $2,500.06 | $206.88 | $231.88 |
| October 2006 | $2,500.06 | $206.88 | $231.88 |
| November 2006 | $2,500.06 | $206.88 | $231.88 |
| December 2006 | $2,500.06 | $206.88 | $231.88 |
| January 2007 | $2,500.06 | $206.88 | $231.88 |
| February 2007 | $2,500.06 | $206.88 | $231.88 |
| March 2007 | $2,500.06 | $206.88 | $231.88 |
| April 2007 | $2,500.06 | $206.88 | $231.88 |
| May 2007 | $2,500.06 | $206.88 | $231.88 |
| June 2007 | $2,500.06 | $206.88 | $231.88 |
| July 2007 | $2,500.06 | $206.88 | $231.88 |
| August 2007 | $2,500.06 | $206.88 | $231.88 |
| September 2007 | $2,800.00 | $231.70 | $259.70 |
| October 2007 | $2,800.00 | $231.70 | $259.70 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| November 2007 | $2,800.00 | $231.70 | $259.70 |
| December 2007 | $2,800.00 | $231.70 | $259.70 |
| January 2008 | $2,800.00 | $231.70 | $259.70 |
| February 2008 | $2,876.20 | $238.01 | $266.77 |
| March 2008 | $2,839.00 | $234.92 | $263.32 |
| April 2008 | $2,839.00 | $234.92 | $263.32 |
| May 2008 | $2,839.00 | $234.92 | $263.32 |
| June 2008 | $2,839.00 | $234.92 | $263.32 |
| July 2008 | $2,839.00 | $234.92 | $263.32 |
| August 2008 | $2,964.00 | $245.27 | $274.91 |
| September 2008 | $3,320.54 | $274.77 | $307.97 |
| October 2008 | $3,525.00 | $291.69 | $326.93 |
| November 2008 | $3,417.00 | $282.76 | $316.92 |
| December 2008 | $3,417.00 | $282.76 | $316.92 |
| January 2009 | $3,417.00 | $282.76 | $316.92 |
| February 2009 | $0.00 | $0.00 | $0.00 |
| March 2009 | $0.00 | $0.00 | $0.00 |
| April 2009 | $0.00 | $0.00 | $0.00 |
| May 2009 | $0.00 | $0.00 | $0.00 |
| June 2009 | $0.00 | $0.00 | $0.00 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| *July 2009* | *$0.00* | *$0.00* | *$0.00* |
| *August 2009* | *$0.00* | *$0.00* | *$0.00* |
| *September 2009* | *$0.00* | *$0.00* | *$0.00* |
| *October 2009* | *$0.00* | *$0.00* | *$0.00* |
| *November 2009* | *$0.00* | *$0.00* | *$0.00* |
| *December 2009* | *$0.00* | *$0.00* | *$0.00* |
| *January 2010* | *$0.00* | *$0.00* | *$0.00* |
| *February 2010* | *$0.00* | *$0.00* | *$0.00* |
| *March 2010* | *$0.00* | *$0.00* | *$0.00* |
| *April 2010* | *$0.00* | *$0.00* | *$0.00* |
| *May 2010* | *$0.00* | *$0.00* | *$0.00* |
| *June 2010* | *$0.00* | *$0.00* | *$0.00* |
| *July 2010* | *$0.00* | *$0.00* | *$0.00* |
| *August 2010* | *$0.00* | *$0.00* | *$0.00* |
| *September 2010* | *$0.00* | *$0.00* | *$0.00* |
| *October 2010* | *$0.00* | *$0.00* | *$0.00* |
| *November 2010* | *$3,089.00* | *$255.62* | *$286.50* |
| *December 2010* | *$3,089.00* | *$255.62* | *$286.50* |
| *January 2011* | *$3,089.00* | *$255.62* | *$286.50* |
| *February 2011* | *$3,089.00* | *$255.62* | *$286.50* |

| *FECHA* | *SALARY* | *INDIVIDUO* | *PATRONO* |
|---|---|---|---|
| *March 2011* | *$3,239.00* | *$268.02* | *$300.42* |
| *April 2011* | *$3,239.00* | *$268.02* | *$300.42* |
| *May 2011* | *$3,239.00* | *$268.02* | *$300.42* |
| *June 2011* | *$3,239.00* | *$268.02* | *$300.42* |
| *July 2011* | *$3,239.00* | *$268.02* | *$300.42* |
| *August 2011* | *$3,239.00* | *$268.02* | *$300.42* |
| *September 2011* | *$3,239.00* | *$268.02* | *$300.42* |
| *October 2011* | *$3,239.00* | *$268.02* | *$332.80* |
| *November 2011* | *$3,239.00* | *$268.02* | *$332.80* |
| *December 2011* | *$3,239.00* | *$268.02* | *$332.80* |
| *January 2012* | *$3,239.00* | *$268.02* | *$332.80* |
| *February 2012* | *$3,239.00* | *$268.02* | *$332.80* |
| *March 2012* | *$3,239.00* | *$268.02* | *$332.80* |
| *April 2012* | *$3,239.00* | *$268.02* | *$332.80* |
| *May 2012* | *$3,567.00* | *$295.17* | *$366.51* |
| *June 2012* | *$3,567.00* | *$295.16* | *$366.50* |
| *July 2012* | *$3,567.00* | *$295.16* | *$402.18* |
| *August 2012* | *$3,567.00* | *$295.16* | *$402.18* |
| *September 2012* | *$3,567.00* | *$295.16* | *$402.18* |
| *October 2012* | *$3,567.00* | *$295.16* | *$402.18* |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| November 2012 | $3,567.00 | $295.16 | $402.18 |
| December 2012 | $3,567.00 | $295.16 | $402.18 |
| January 2013 | $3,567.00 | $295.16 | $402.18 |
| February 2013 | $3,239.00 | $268.02 | $365.20 |
| March 2013 | $3,239.00 | $268.02 | $365.20 |
| April 2013 | $3,239.00 | $268.02 | $365.20 |
| May 2013 | $3,239.00 | $268.02 | $365.20 |
| June 2013 | $3,239.00 | $268.02 | $365.20 |
| July 2013 | $3,239.00 | $323.90 | $397.58 |
| August 2013 | $3,239.00 | $323.90 | $397.58 |
| September 2013 | $3,239.00 | $323.90 | $397.58 |
| October 2013 | $3,239.00 | $323.90 | $397.58 |
| November 2013 | $3,239.00 | $323.90 | $397.58 |
| December 2013 | $3,239.00 | $323.90 | $397.58 |
| January 2014 | $3,239.00 | $323.90 | $397.58 |
| February 2014 | $3,239.00 | $323.90 | $397.58 |
| March 2014 | $3,239.00 | $323.90 | $397.58 |
| April 2014 | $3,239.00 | $323.90 | $397.58 |
| May 2014 | $3,239.00 | $323.90 | $397.58 |
| June 2014 | $3,239.00 | $323.90 | $397.58 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| July 2014 | $3,239.00 | $323.90 | $429.98 |
| August 2014 | $3,239.00 | $323.90 | $429.98 |
| September 2014 | $3,239.00 | $323.90 | $429.98 |
| October 2014 | $3,239.00 | $323.90 | $429.98 |
| November 2014 | $3,239.00 | $323.90 | $429.98 |
| December 2014 | $3,239.00 | $323.90 | $429.98 |
| January 2015 | $3,239.00 | $323.90 | $429.98 |
| February 2015 | $3,239.00 | $323.90 | $429.98 |
| March 2015 | $3,239.00 | $323.90 | $429.98 |
| April 2015 | $3,239.00 | $323.90 | $429.98 |
| May 2015 | $3,239.00 | $323.90 | $429.98 |
| June 2015 | $3,239.00 | $323.90 | $429.98 |
| July 2015 | $3,239.00 | $323.90 | $462.36 |
| August 2015 | $3,239.00 | $323.90 | $462.36 |
| September 2015 | $3,239.00 | $323.90 | $462.36 |
| October 2015 | $3,239.00 | $323.90 | $462.36 |
| November 2015 | $3,239.00 | $323.90 | $462.36 |
| December 2015 | $3,239.00 | $323.90 | $462.36 |
| January 2016 | $3,239.00 | $323.90 | $462.36 |
| February 2016 | $3,239.00 | $323.90 | $462.36 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| March 2016 | $3,239.00 | $323.90 | $462.36 |
| April 2016 | $3,239.00 | $323.90 | $462.36 |
| May 2016 | $3,239.00 | $323.90 | $462.36 |
| June 2016 | $3,239.00 | $323.90 | $462.36 |
| July 2016 | $3,239.00 | $323.90 | $502.86 |
| August 2016 | $3,239.00 | $323.90 | $502.86 |
| September 2016 | $3,239.00 | $323.90 | $502.86 |
| October 2016 | $3,239.00 | $323.90 | $502.86 |
| November 2016 | $4,223.00 | $422.30 | $655.62 |
| December 2016 | $3,567.00 | $356.70 | $553.78 |
| January 2017 | $3,567.00 | $356.70 | $553.78 |
| February 2017 | $3,567.00 | $356.70 | $553.78 |
| March 2017 | $3,567.00 | $356.70 | $553.78 |
| April 2017 | $3,567.00 | $356.70 | $553.78 |
| May 2017 | $3,567.00 | $356.70 | $553.78 |
| June 2017 | $3,567.00 | $356.70 | $553.78 |
| July 2017 | $3,567.00 | $356.70 | $0.00 |
| August 2017 | $3,567.00 | $356.70 | $0.00 |
| September 2017 | $3,567.00 | $356.70 | $0.00 |
| October 2017 | $3,567.00 | $303.20 | $0.00 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| November 2017 | $3,567.00 | $303.20 | $0.00 |
| December 2017 | $3,567.00 | $303.20 | $0.00 |
| January 2018 | $3,567.00 | $303.20 | $0.00 |
| February 2018 | $3,567.00 | $303.20 | $0.00 |
| March 2018 | $3,567.00 | $303.20 | $0.00 |
| April 2018 | $3,567.00 | $303.20 | $0.00 |
| May 2018 | $3,567.00 | $303.20 | $0.00 |
| June 2018 | $3,567.00 | $303.20 | $0.00 |
| July 2018 | $3,567.00 | $303.20 | $0.00 |
| August 2018 | $3,567.00 | $303.20 | $0.00 |
| September 2018 | $3,567.00 | $303.20 | $0.00 |
| October 2018 | $3,567.00 | $303.20 | $0.00 |
| November 2018 | $3,567.00 | $303.20 | $0.00 |
| December 2018 | $3,567.00 | $303.20 | $0.00 |
| January 2019 | $3,567.00 | $303.20 | $0.00 |
| February 2019 | $3,567.00 | $303.20 | $0.00 |
| March 2019 | $3,567.00 | $303.20 | $0.00 |
| April 2019 | $3,567.00 | $303.20 | $0.00 |
| May 2019 | $3,567.00 | $303.20 | $0.00 |
| June 2019 | $3,567.00 | $303.20 | $0.00 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| July 2019 | $3,567.00 | $303.20 | $0.00 |
| August 2019 | $3,567.00 | $303.20 | $0.00 |
| September 2019 | $3,567.00 | $303.20 | $0.00 |
| October 2019 | $3,567.00 | $303.20 | $0.00 |
| November 2019 | $1,783.50 | $151.60 | $0.00 |
| Grand Total Grand Total | $596,167.74 | $52,460.51 | $54,285.19 |