TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | La presente radicación guarda relación con el ELA, la ACT y el SRE. |
| Deudores. | |

María M. Jiménez Padró

Urb. Santa Teresa Paris 98

Manatí, P.R. 00674

marijijme2@yahoo.com

**número de caso17BK03283-LTS**

**número de reclamación 72232**

*[firma: María M. Jiménez Padró]*