| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Jimenez Padro, Maria M | 72232 | 6/28/2018 | Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Jimenez Padro, Maria M | 72232 | 6/28/2018 | Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

19 de julio de 2011

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA M. JIMENEZ PADRO |
| Seguro Social | : | redacted-8727 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | MANATI |
| Sueldo Mensual | : | $2,655.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 13 de agosto de 1992 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento por un periodo de 19 años. |

Candida Rosa Chico
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

25 de agosto de 2017

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759
SAN JUAN PR 00919 0759

Solicitud No: 919749
Radicada en: 28 feb 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) MARIA M. JIMENEZ PADRO con seguro social redacted 8727 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 28 de julio de 2017, fecha de su última aportación recibida,

[X] cualifica [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años, 11 Meses, 1 Semanas, .00 Dias y su edad es 57 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en % por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c: MARIA M. JIMENEZ PADRO
URB. SANTA TERESA
98 PARIS
MANATI, PR 00674

XXX-XX-8727

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov (787) 777-1414 http://www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tue 8/29 | LE | 6:00 | | | | | | | | | 6:00 | 126:11 |
| | | | | | | | | | 8:00AM-3:00PM | | | |
| Wed 8/30 | LE | 6:00 | | | | | | | | | 6:00 | 132:11 |
| | | | | | | | | | 8:00AM-3:00PM | | | |
| Thu 8/31 | LE | 6:00 | | | | | | | | | 6:00 | 138:11 |
| | | | | | | | | | 8:00AM-3:00PM | | | |

## Accruals

| Accrual Code | Accrual Available Balance | Accrual Units | Accrual Reporting Period | Accrual Opening Balance | Accrual Ending Balance |
|---|---|---|---|---|---|
| ENFERMEDAD | 547:50 | Hour | Sun 1/01 - Sun 12/31 | 540:00 | 461:06 |
| LIC ESC ED ESP | 9:00 | Hour | Sun 1/01 - Sun 12/31 | 0:00 | 0:00 |
| LICENCIA ESCOLAR | 4:00 | Hour | Sun 1/01 - Sun 12/31 | 0:00 | 0:00 |
| PATERNIDAD | 0:00 | Hour | Sun 1/01 - Sun 12/31 | 0:00 | 0:00 |
| TC | 20:57 | Hour | Sun 1/01 - Sun 12/31 | 20:57 | 20:57 |
| VACACIONES ACUMULADAS | 0:00 | Hour | Sun 1/01 - Sun 12/31 | 121:11 | 45:36 |
| VACACIONES DISPONIBLES | 0:00 | Hour | Sun 1/01 - Sun 12/31 | 24:00 | 0:00 |
| VACUNACION HIJOS | 3:00 | Hour | Sun 1/01 - Sun 12/31 | 0:00 | 3:00 |

*Maria M. Jimenez Padio*

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/06/03 |
| Hasta: | 03/19/03 |

# Cheque: 08228278
Fecha: 03/14/03

MARIA M JIMENEZ PADRO
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY PR 00919
SS:redacted8727

| | |
|---|---|
| # Empleado: | 581118727 |
| Dept: | 8001045-Arecibo Manati |
| Oficina: | Jose Melendez Ayala I |
| Titulo: | M.Elemental |
| Sueldo: | $2,005.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,002.50 | 300.00 | 5,012.50 |
| Total: | | | 1,002.50 | 300.00 | 5,012.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 14.53 | 72.68 |
| PR Withholdng | 57.73 | 288.65 |
| Total: | 72.26 | 361.33 |

## AFECCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 90.23 | 451.15 |
| Total: | 90.23 | 451.15 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS FED MAESTROS AFT | 8.00 | 40.00 |
| GPR Plan de Ahorros | 30.08 | 150.40 |
| Total: | 38.08 | 190.40 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 85.21 | 426.05 |
| FSED Disability Plan | 17.04 | 85.20 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,002.50 | 72.26 | 128.31 | 801.93 |
| Acumulado: | 5,012.50 | 361.33 | 641.55 | 4,009.62 |

## INFO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #08228278 | 801.93 |
| Total: | 801.93 |

**MENSAJE:**



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN, PR 00902-4140

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R.
PERMIT NO. 1130

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/09/2004 |
| Hasta: | 11/22/2004 |

| | |
|---|---|
| # Cheque: | 07157157 |
| Fecha: | 11/30/2004 |

**MARIA M JIMENEZ PADRO**
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY PR 00919
SS:redacted8727

| | |
|---|---|
| # Empleado: | 581118727 |
| Dept: | 8001045-Arecibo Manati |
| Oficina: | Jose Melendez Ayala I |
| Titulo: | M.Elemental |
| Sueldo: | $2,305.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,152.50 | 1,338.00 | 24,455.00 |
| Total: | | | 1,152.50 | 1,338.00 | 24,455.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.71 | 354.60 |
| PR Withholdng | 73.85 | 1,498.70 |
| Total: | 90.56 | 1,853.30 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 103.73 | 2,201.06 |
| Total: | 103.73 | 2,201.06 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 53.24 | 1,159.78 |
| SC-NATIONAL LIFE INS. | 18.52 | 78.96 |
| AS FED MAESTROS AFT | 8.00 | 176.00 |
| GPR Plan de Ahorros | 34.58 | 733.76 |
| SC-MAPFRE LIFE | 0.00 | 308.80 |
| DUM-Gob Dev Sueldo Cob Indebid | 0.00 | 9.90 |
| Total: | 114.34 | 2,467.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 400.00 |
| GPR Plan de Retiro de Maestro | 97.96 | 2,078.68 |
| FSED Disability Plan | 19.59 | 415.74 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,152.50 | 90.56 | 218.07 | 843.87 |
| Acumulado: | 24,455.00 | 1,853.30 | 4,668.26 | 17,933.44 |

### FTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #07157157 | 843.87 |
| Total: | 843.87 |

**MENSAJE:**

Para abrir este lado - deslize el dedo por debajo de este borde



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN, PR 00902-4140

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R.
PERMIT NO. 1130

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/11/2005 |
| Hasta: | 01/24/2005 |
| # Cheque: | 07884556 |
| Fecha: | 01/14/2005 |

MARIA M JIMENEZ PADRO
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY PR 00919
SSredacted 8727

| | |
|---|---|
| # Empleado: | 581118727 |
| Dept: | 8001045-Arecibo Manati |
| Oficina: | Jose Melendez Ayala I |
| Titulo: | M.Elemental |
| Sueldo: | $2,305.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,152.50 | 60.00 | 1,152.50 |
| Total: | | | 1,152.50 | 60.00 | 1,152.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.71 | 16.71 |
| PR Withholdng | 73.85 | 73.85 |
| Total: | 90.56 | 90.56 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 103.73 | 103.73 |
| Total: | 103.73 | 103.73 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 53.24 | 53.24 |
| SC-NATIONAL LIFE INS. | 18.52 | 18.52 |
| AS FED MAESTROS AFT | 8.00 | 8.00 |
| GPR Plan de Ahorros | 34.58 | 34.58 |
| Total: | 114.34 | 114.34 |

### APORTACIONES PATRONALES TABULADAS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 97.96 | 97.96 |
| FSED Disability Plan | 19.59 | 19.59 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,152.50 | 90.56 | 218.07 | 843.87 |
| Acumulado: | 1,152.50 | 90.56 | 218.07 | 843.87 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #07884556 | 843.87 |
| Total: | 843.87 |

**MENSAJE:**



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN, PR 00902-4140

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R.
PERMIT NO. 1130

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/19/2006 |
| Hasta: | 06/30/2006 |

# Cheque: 04510018
Fecha: 06/30/2006

| | |
|---|---|
| MARIA M JIMENEZ PADRO | |
| AVE. TENIENTE CESAR GONZALEZ | |
| ESQUINA CALAS | |
| HATO REY PR 00919 | |
| SS:redacted8727 | |

| | |
|---|---|
| # Empleado: | 581118727 |
| Dept: | 8001045-Arecibo Manati |
| Oficina: | Jose Melendez Ayala I |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,405.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,202.50 | 720.00 | 14,430.00 |
| Total: | | | 1,202.50 | 720.00 | 14,430.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.44 | 209.24 |
| PR Withholdng | 80.85 | 970.20 |
| Total: | 98.29 | 1,179.44 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 108.23 | 1,298.76 |
| Total: | 108.23 | 1,298.76 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 53.24 | 638.88 |
| SC-NATIONAL LIFE INS. | 20.67 | 248.04 |
| OS-FEDERACION DE MAESTROS | 8.00 | 56.00 |
| GPR Plan de Ahorros | 36.08 | 432.96 |
| AS FED MAESTROS AFT | 0.00 | 40.00 |
| Total: | 117.99 | 1,415.88 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 600.00 |
| GPR Plan de Retiro de Maestro | 102.21 | 1,226.52 |
| FSED Disability Plan | 20.44 | 245.28 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,202.50 | 98.29 | 226.22 | 877.99 |
| Acumulado: | 14,430.00 | 1,179.44 | 2,714.64 | 10,535.92 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04510018 | 877.99 |
| Total: | 877.99 |

**MENSAJE:**



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN, PR 00902-4140

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R.
PERMIT NO. 1130

| Estado Libre Asociado de Puerto Rico | | | | | Grupo de Pago: | SM -Quincenal | | | # Cheque: | 08396028 |
|---|---|---|---|---|---|---|---|---|---|---|
| 080 - DEPT DE EDUCACION-MAESTROS | | | | | Desde: | 05/17/2007 | | | | |
| | | | | | Hasta: | 05/30/2007 | | | Fecha: | 05/30/2007 |
| MARIA M JIMENEZ PADRO | | # Empleado: | 581118727 | | | | DATA IMP: | Federal | PR | |
| AVE. TENIENTE CESAR GONZALEZ | | Dept: | 8001045-Arecibo Manati | | | | Estado Civil: | Married | Married | |
| ESQUINA CALAS | | Oficina: | Jose Melendez Ayala 1 | | | | Concesiones: | 0 | 0 | |
| HATO REY PR 00919 | | Titulo: | DEPARTAMENTO DE EDUCACION | | | | Pct. Adcl.: | | | |
| SS:redacted8727 | | Sueldo: | $2,405.00 Monthly | | | | Cant. Adcl.: | | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,202.50 | 612.00 | 12,025.00 | | Fed MED/EE | 17.43 | 174.36 |
| | | | | | | PR Withholdng | 69.18 | 691.80 |
| Total: | | 1,202.50 | 612.00 | 12,025.00 | | Total: | 86.61 | 866.16 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 108.23 | 1,082.30 | AE-Asoc Emp ELA-Prest Regular | 68.48 | 623.84 | SM-First Medical Health Plan | 111.00 | 555.00 |
| | | | SC-NATIONAL LIFE INS. | 20.67 | 206.70 | GPR Plan de Retiro de Maestro | 102.21 | 1,022.10 |
| | | | OS-FEDERACION DE MAESTROS | 8.00 | 80.00 | FSED Disability Plan | 20.44 | 204.40 |
| | | | GPR Plan de Ahorros | 36.08 | 360.80 | | | |
| Total: | 108.23 | 1,082.30 | Total: | 133.23 | 1,271.34 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,202.50 | 86.61 | 241.46 | 874.43 |
| Acumulado: | 12,025.00 | 866.16 | 2,353.64 | 8,805.20 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Cheque #08396028 | 874.43 |
| + Acumulado: | | | |
| | | Total: | 874.43 |
| - Utilizado: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE: "ALERTA ANTE LOS RECLAMOS DE NUESTRO AIRE" MAYO: MES DEL AIRE LIMPIO ASOC.DEL PULMON 787-765-5664

H01767006



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
PO BOX 9024140
SAN JUAN PR 00902-4140

080  08396028

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R.

PERMIT NO. 1130

MARIA M JIMENEZ PADRO
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAS
URB. INDUSTRIAL TRES MONJITAS
HATO REY, PR 00919

| DEPT DE EDUCACION-MAESTROS<br>Avenida Teniente Cesar Gonzalez . Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: SNE-Quincenal<br>Desde: 08/29/2008<br>Hasta: 09/11/2008 | | Aviso #: 1137931<br>Fecha Aviso: 09/15/2008 | |
|---|---|---|---|---|---|
| MARIA M JIMENEZ PADRO<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAS<br>HATO REY, PR 00919<br>SS redacted 8727 | | # Empleado: 581118727<br>Dept: 8001045-Arecibo Manati<br>Lugar: Jose Melendez Ayala I<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,655.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,327.50 | 1,044.00 | 21,554.06 | Fed FICA Med Hospital Ins / EE | 19.25 | 327.91 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 1,010.40 | PR Withholding | 83.77 | 1,370.22 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 | | | |
| Total: | | | 1,327.50 | 1,044.00 | 22,614.46 | Total: | 103.02 | 1,698.13 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 119.48 | 1,944.44 | AE-Asoc Emp ELA-Prest Regular | 72.56 | 1,176.40 | GPR Plan de Retiro de Maestro | 112.84 | 1,836.32 |
| | | | SC-TRANS OCEANIC LIFE | 23.83 | 262.13 | FSED Disability Plan | 22.57 | 384.43 |
| | | | Ahorros-AEELA | 39.83 | 648.19 | SM-First Medical Health Plan | 0.00 | 960.00 |
| | | | SC-NATIONAL LIFE INS. | 0.00 | 124.02 | | | |
| | | | OS-FEDERACION DE MAESTROS | 0.00 | 8.00 | | | |
| Total: | 119.48 | 1,944.44 | Total: | 136.22 | 2,218.74 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,327.50 | 0.00 | 103.02 | 255.70 | 968.78 |
| Acumulado: | 22,614.46 | 0.00 | 1,698.13 | 4,163.18 | 16,753.15 |

| FTO HORAS ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #1137931 | 968.78 |
| + Ganada: | | | |
| + Compra: | | | |
| - Usada: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | Total: | 968.78 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
09/15/2008

Aviso No.  
1137931

Cant. Deposito: $968.78

A la  
Cuenta(s) De

MARIA M JIMENEZ PADRO  
AVE. TENIENTE CESAR GONZALEZ  
ESQUINA CALAS  
HATO REY, PR 00919  
Localizacion: Jose Melendez Ayala I

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 0500003389 | $968.78 |
| | Total: | $968.78 |

# NO-NEGOCIABLE