INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 14 AM
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

__Eighty Second__ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: # 39373

Name and Address: Rossy Padilla, Zaida
G#1 Quina St. Quintas de Dorado
Dorado, P.R. 00646

Email: zaikarossy@gmail.com  Tel. 787-204-4866

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico. y Sistema Retiro de Maestros P.R.

Ley 89 de 1984 – Romerazo

Años Reclamados 1984 to 1988 = 4 años

Cantidad Reclamada $ 4,800.00

Ley ~~9 del año~~ Costo de vida - Retiro Maestros = 3% cada 2 años

Años Reclamados 1988 – 2018    15 años

Cantidad Reclamada $ 4,6872

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema Retiro Maestros P.R.

2. Informe Rental Anual Vitalicia Sistema Retiro Maestros

3. Certificación del Departamento de Educación de P.R.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Zaida Rossy Padilla

Firma: _Zaida Rossy Padilla_   Fecha: 14 enero 2020

\* Attachments verified on 1/15/2020. Documents "Informe Rental anual vitalicia Sistema Retiro maestros" and "Certificación del Departamento de Educación de P.R" not included.