| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rossy Padilla, Zaida | 39373 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rossy Padilla, Zaida | 39373 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



US POSTAGE PAID
TOPPAN MERRILL

USPS PRIORITY MAIL®

**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

```
***CUST PR 1845 SRF 36961 PackID: 919 MMLID: 1603120 SVC: 82nd Omni
Rossy Padilla, Zaida
Quintas De Dorado
G-1 Quina St.
Dorado, PR 00646

Zone 8
```

*noviembre – por grupo*

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. José Camacho Melendez**, con número de seguro social que termina en **7464**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 23 de diciembre de 1988 |
| Tiempo Cotizado para la Pensión | 30 años, 3 meses, 2 semana y 4.50 días |
| Fecha de Efectividad de la Renuncia | 22 de diciembre de 1988 |
| Fecha de Efectividad de la Pensión | 23 de diciembre de 1988 |
| Pensión Mensual Actual | $868.52 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| JOSE CAMACHO MELENDEZ | redacted | 1434 31 1292 | 317979 | 257141889 |

| CONTRIBUCION SOBRE INGRESOS | SERVICIOS MEDICOS | SEG. ASOC. EMPLEADOS | PENSION DEVENGADA | ADELANTO PENSION 1RA. QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| | | | 72738 | 32500 | 7684 | 32554 |

| DEDUCCIONES MISCELANEAS | |
|---|---|
| DESCRIPCION | IMPORTE |
| ASOC. MAESTROS PR | 7684 |

| | 943634 |
|---|---|
| CONTRIBUCION SOBRE INGRESOS | PENSION DEVENGADA |
| ACUMULADO DURANTE EL AÑO NATURAL | |

DESPRENDA AQUI

Estado Libre Asociado de Puerto Rico
P.O. BOX 70300
GENERAL POST OFFICE
SAN JUAN, PUERTO RICO 00936 - 7900



PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
PERMIT NO. 195

ADDRESS CORRECTION REQUESTED





PARA ABRIR
DESPRENDA
CUIDADOSAMENTE
LOS 3 BORDES

PARA ABRIR, DOBLE PRIMERO Y DESPRENDA