FECHA: 8 DE ENERO DE 2020

A: Secretaría (Clerk' Oficce)

   Tribunal de Distrito de los

   Estados Unidos

   #150 Chardón Avenue

   Federal Building

   San Juan P.R 00918



DE: María Rodríguez Rodríguez

   Claim #1881

   Deudor: Commonwealth of Puerto Rico

   Promesa Title 111

   NO. 17 BK3283-LTS

INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 AM 8:46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Adjunto documentos que pude conseguir; los cuales espero le sea de utilidad para tomar una decisión de mi caso (1881).
Espero entiendan que ya los archivos de esas agencias, para esos años no existen; pero lo que pude adquirir sea de beneficios en el caso (1881).

A- Hojas de cambios desde 1984 hasta mi jubilación
B- Certificación de Retiro

Atentamente

María del C. Rodríguez
Claim #1881

No. 17 BK 3283-LTS

Deudor: Commonwealth of Puerto Rico