

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que MARIA RODRIGUEZ RODRIGUEZ, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de julio de 2013.  En la actualidad, recibe una anualidad ascendente a $17,766.00 pagadera en mensualidades de $1,480.50.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 09 de enero de 2020, en San Juan, Puerto Rico.

 Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

RMONT01



**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| RODRIGUEZ RODRIGUEZ, MARIA | 1881 | 3/9/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| RODRIGUEZ RODRIGUEZ, MARIA | 1881 | 3/9/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

DEFAM-388
Rev. 3/08

**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE LA FAMILIA**
Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
**División de Nombramientos y Cambios**

**INFORME DE CAMBIO**
(Ver instrucciones al dorso)

1. Número del Cambio

**13-45441**

2. Número de Seguro Social del(de la) Empleado(a)
REDACTED356

| Cambio a efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. **1804** | Puesto Núm. |
| Nombre del(de la) Empleado(a) | María Del C. Rodríguez Rodríguez | |
| Agencia | Departamento de la Familia | |
| Secretariado o Administración | Administración Desarrollo Socioeconómico | |
| Programa | PAN | |
| Oficina, División o Sección | Oficina Local Lares | |
| Ubicación del Puesto | Región Arecibo | |
| Categoría del(de la) Empleado(a) | De Carrera | |
| Status del(de la) Empleado(a) | Regular | |
| Título de Clasificación | Oficinista III | |
| Unidad Apropiada / Excluido(a) | Unidad Apropiada A | |
| Sueldo | $1,974.00 | |
| Diferencial | | |
| Bonificación | | |
| Descuento Contribución sobre Ingresos | | |
| Descuento Seguro Social | | |
| Descuento Aportación Sistema de Retiro | | |
| Descuento Servicios Médicos | | |
| Descuento Ahorros (A.E.E.L.A.) | | |
| Descuento Seguro (A.E.E.L.A.) | | |
| Descuento Unión | | |
| Otros Descuentos | | |
| Clase | | |
| Escala | | |
| Fecha de Efectividad | | |

| SÍMBOLOS DE CONTABILIDAD | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 111 | 1270000 | 1083 | 001 | E1110 | 2013 | | | | | | | | |

Indique si se trata de:
☐ Ascenso  ☐ Aumento de Sueldo  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Descenso  ☐ Traslado
☐ Diferencial  ☐ Nuevo Nombramiento  ☐ Reclasificación  ☐ Reinstalación  ☐ Transferencia  ☐ Otro

d. En caso de cambio a otra agencia    Compensatorio _____ días _____ horas _____ Minutos
Indique Licencia a Transferir:    Lic. Regular _____ días _____ horas _____ min.    Lic. Enfermedad _____ días _____ horas _____ min.

| | Fecha de Separación (Último día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 9. Renuncia ☒ Jub | 30 de junio de 2013 | | 30 de junio de 2013 |
| Separación ☐ | | | |
| Destitución ☐ | | | |
| Cesantía ☐ | | | |

Suspensión de Empleo y Sueldo: Duración: _____ De _____ Hasta _____

4. Muerte: Hora: _____ Último día de pago: _____    Participante de Retiro ☐ Sí ☐ No
Fecha _____

5. Indique tipo de Licencia: ☐ Militar sin Sueldo  ☐ Estudios  ☐ Especial con Paga  ☐ Sin Sueldo  ☐ Médico Familiar  ☐ Maternidad
Duración: _____ Desde _____ Hasta _____

6. Comentarios y Explicaciones (si necesita más espacio use el dorso)    Jubilación por Edad y Años de Servicio. Se le pagará la Suma Global de
Lic. de Vacaciones de 57 días, 2 hrs. y 03 mins. desde el 1 de julio de 2013 hasta el 24 de septiembre de 2013 a las 10:03 a.m. y de Licencia de
Enfermedad 19 días, 6 hrs. y 30 mins. desde el 24 de septiembre de 2013 a las 10:04 a.m. hasta el 22 de octubre de 2013 a las 9:03 a.m.
Se acompaña copia carta de renuncia.

7. Si el cambio de puesto es por Certificación de Elegibles indique el número de Certificación de Elegibles:

Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

3. Si el cambio es a otra agencia, el jefe de la agencia donde se origine el cambio o su representante autorizado firma aquí:

39. Firma del(de la) empleado(a) de ser necesario

40. Aprobado por:
Carmen N. Beltrán-Denés, Adm Aux Rec Hum
Jefe de la Agencia o su Representante Autorizado

PERIODO DE RETENCIÓN: Original – Expediente
Seis (6) años luego que el(la) empleado(a) se desvincule del servicio

OCT 11 2013

Analista: AILE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**

INFORME DE CAMBIO ESPECIAL NÚMERO     __0740899__

Cifra de Cuenta   __E1110-001-2008-111-1270000-1083__          Símbolo  **B-107-0**

Unidad          ☒ A
Apropiada       ☐ B                    __(PAN)  OFICINA LOCAL LARES__
                                              Unidad de Trabajo

Se notifica el siguiente aumento en sueldo a empleados(as) que al primero de enero de 2008 estén en servicio activo, comprendidos en las Unidades Apropiadas A y B, conforme a las disposiciones de los Convenios Colectivos vigentes del 20 de julio de 2007 al 20 de julio de 2010, Artículo XLIX, Sección 1 y Artículo L, Sección 1, respectivamente; equivalente a $100.00 mensuales.  Este aumento es efectivo el primero de enero de 2008.

**MARIA DEL C. RODRIGUEZ RODRIGUEZ**
Nombre del(de la) Empleado(a)

| __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__ | __REGULAR__ |
|---|---|
| Número de Seguro Social | Status del(de la) Empleado(a) |
| **1804** | **OFICINISTA III** |
| Número del Puesto | Título de Clasificación |
| **5** | **$935.00**          **$1,462.00** |
| Escala de Retribución | Mínimo              Máximo |

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)    **$1,774.00** | **$1,874.00** |

Observaciones: _____

**CARMEN MERCEDES TORRES**
**ADM. AUX. REC. HUM.**
Firma de la Autoridad Nominadora o su
Representante Autorizado

**9 de junio de 2008**
Fecha

RR

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE LA FAMILIA**

INFORME DE CAMBIO ESPECIAL NUMERO   **0740898**

Cifra de Cuenta **E1110-001-2007-111-1270000-1083**          Símbolo  **B-107-0**

Unidad Apropiada   ☒ A
                   ☐ B

**(PAN) OFICINA LOCAL LARES**
Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados activos al 1 de julio de 2005 y que continúen en el servicio activo al 1 de julio de 2006, comprendidos en las Unidades Apropiadas A y B, conforme a la Resolución Conjunta 157 de 10 de junio de 2006 de la Asamblea Legislativa, equivalente a \$100.00 mensuales efectivo el **primero de julio de 2006**.

**MARIA DEL C. RODRIGUEZ RODRIGUEZ**
Nombre del Empleado

<span style="color:red">REDACTED</span>
356                                            **REGULAR**
Número de Seguro Social                        Status del Empleado

**1804**                                       **OFICINISTA III**
Número del Puesto                              Título de Clasificación

**5**                          **\$935.00**          **\$1,462.00**
Escala de Retribución          Mínimo               Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)   **\$1,674.00** | **\$1,774.00** |

Observaciones: _____
_____
_____

**CARMEN MERCEDES TORRES**
**ADM. AUX. REC. HUM.**
Firma de la Autoridad Nominadora o su
Representante Autorizado
RR

**9 DE JUNIO DE 2008**
Fecha

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE LA FAMILIA**

INFORME DE CAMBIO ESPECIAL NUMERO     0740897

Cifra de Cuenta    **E1110-001-2005-111-1270000-1083**                     Símbolo   **B-107-0**

Unidad Apropiada    ☒ A
                    ☐ B

**(PAN) OFICINA LOCAL LARES**
Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al primero de julio de 2004 estén en servicio activo, comprendidos en las Unidades Apropiadas A y B, conforme a las disposiciones de los Convenios Colectivos vigentes del 26 de febrero de 2003 al 25 de febrero de 2006, Artículo XXXV, Sección 1, equivalente a $150.00 mensuales. Este aumento es efectivo el primero de julio de 2004.

**MARIA DEL C. RODRIGIUEZ RODRIGUEZ**
Nombre del Empleado

| | | |
|---|---|---|
| **REDACTED** 8356 | | **REGULAR** |
| Número de Seguro Social | | Status del Empleado |
| **1804** | | **OFICINISTA III** |
| Número del Puesto | | Título de Clasificación |
| **5** | | **$935.00**   **$1,462.00** |
| Escala de Retribución | | Mínimo     Máximo |

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)   **$1,524.00** | **$1,674.00** |

Observaciones: _____

_____

**CARMEN MERCEDES TORRES**
**ADM. AUX. REC. HUM.**
Firma de la Autoridad Nominadora o su
Representante Autorizado

RR

**9 de junio de 2008**
Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA

INFORME DE CAMBIO ESPECIAL NUMERO        0740896

Cifra de Cuenta    **E1110-001-2004-111-1270000-1083**            Símbolo   **B-107-0**

Unidad Apropiada   ☒ A
                   ☐ B

**(PAN)  OFICINA LOCAL LARES**
Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al primero de julio de 2003 estén en servicio activo, comprendidos en las Unidades Apropiadas A y B, conforme a las disposiciones de los Convenios Colectivos vigentes del 26 de febrero de 2003 al 25 de febrero de 2006, Artículo XXXV, Sección 1, equivalente a $150.00 mensuales.  Este aumento es efectivo el primero de julio de 2003.

**MARIA DEL C. RODRIGUEZ RODRIGUEZ**
Nombre del Empleado

**REDACTED** 8356                          **REGULAR**
Número de Seguro Social                    Status del Empleado

**1804**                                   **OFICINISTA III**
Número del Puesto                          Título de Clasificación

**5**                          **$935.00**        **$1,462.00**
Escala de Retribución          Mínimo            Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)    **$1,374.00** | **$1,474.00** |

Observaciones: _____

_____

**CARMEN MERCEDES TORRES**
**ADM. AUX. RE C. HUM.**
Firma de la Autoridad Nominadora o su
Representante Autorizado

**9 de junio de 2008**
Fecha

RR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
ADMINISTRACIÓN DE DESARROLLO SOCIOECONÓMICO DE LA FAMILIA

INFORME DE CAMBIO ESPECIAL NUMERO      0740895

Cifra de Cuenta      E1110-001-2003-111-1270000-1083          Símbolo   B-107-0

(PAN)  OFICINA LOCAL LARES
Unidad de Trabajo

Se notifica el siguiente cambio en el sueldo de este empleado, en virtud de lo dispuesto por la Ley Número 96 del 1 de julio de 2002 la cual provee un aumento de sueldo general de $100.00 mensuales para los empleados públicos a partir del 1 de julio de 2002.

MARIA DEL C. RODRIGUEZ RODRIGUEZ
Nombre del Empleado

| REDACTED3356 | REGULAR |
|---|---|
| Número de Seguro Social | Status del Empleado |
| 1804 | OFICINISTA III |
| Número del Puesto | Título de Clasificación |

| 5 | $935.00 | $1,462.00 |
|---|---|---|
| Escala de Retribución | Mínimo | Máximo |

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)          $1,274.00 | $1,374.00 |

Observaciones: _____

_____

_____

**Carmen Mercedes Torres, Adm. Aux. Rec. Hum.**          **9 de junio de 2008**
Firma de la Autoridad Nominadora o su                          Fecha
Representante Autorizado

RR

OCAP-15
ESPECIAL

### Estado Libre Asociado de Puerto Rico
### DEPARTAMENTO DE LA FAMILIA
### ADMINISTRACIÓN DESARROLLO SOCIOECONÓMICO
#### Oficina de  Recursos Humanos

### INFORME DE CAMBIO ESPECIAL NÚMERO  7617

111-1270000-1083-2001
Cifra de Cuenta

B-107-0
Símbolo

Departamento de La Familia
Adm. Desarrollo Socioeconómico de la Familia
Departamento o Agencia

(PAN)  Lares
Unidad de Trabajo

Se notifica el siguiente cambio en el sueldo de este empleado en virtud de lo establecido en el Artículo 7.2 de la Ley Número 89 del 12 de julio de 1979, según enmendada, Ley de Retribución Uniforme.   El cambio es efectivo según se indica más adelante por haber transcurrido cinco (5) años de servicios satisfactorios, sin que el empleado haya recibido ningún aumento de sueldo, excepto los otorgados por disposiciones de ley.

María del C.Rodríguez Rodríguez
NOMBRE DEL EMPLEADO

1 de marzo de 2001
FECHA DE EFECTIVIDAD

REDACTED
8356
NÚMERO DE SEGURO SOCIAL

NÚMERO DEL EMPLEADO

| ANTES DE CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| Título de Clasificación: **Oficinista III** | |
| Escala de Retribución:   5 | |
| Número del Puesto:    **1804** | |
| Sueldo Mensual:   $1,195.00 | $1,274.00 |

Observaciones:_____

María I. Morales Alvarez
Directora Recursos Humanos

22  de enero de 2002
Fecha

2 2 ENE 2002
ARR

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**OFICINA CENTRAL DE ASESORAMIENTO LABORAL Y**
**DE ADMINISTRACION DE RECURSOS HUMANOS**

**INFORME DE CAMBIO ESPECIAL NUMERO _7616_**

**Cifra de Cuenta  111-1270000-1083-2001**          **Simbolo  B-107-0**

Depto. de La Familia
Adm. Desarrollo Socioeconomico de La Familia                    (PAN)  Lares
**DEPARTAMENTO O AGENCIA**          **UNIDAD DE TRABAJO**

Se notifica el siguiente cambio en el sueldo de este empleado, en virtud de lo dispuesto por la Ley Número 410 del 8 de octubre de 2000   la cual provee un aumento de sueldo general de $100.00 mensuales para los empleados públicos a partir de enero del 2001.

**María del C. Rodríguez Rodríguez**
**NOMBRE DEL EMPLEADO**

REDACTED8356          **De Carrera  Regular**
**NUMERO DE SEGURO SOCIAL**          **STATUS DEL EMPLEADO**

1804          **Oficinista III**
**Número del Puesto**          **Título de Clasificación**

5          **$ 935.00          $  1,462.00**
**Escala de Retribución**          **Mínimo          Máximo**

| ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)          $ 1,095.00 | $1,195.00 |

**OBSERVACIONES:**_____

_____

**María I. Morales Alvarez, Directora Rec. Hum.**          22 de enero de 2002
**Firma de la Autoridad Nominadora o su**          Fecha
**Representante Autorizado**

RMS

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## OFICINA CENTRAL DE ASESORAMIENTO LABORAL Y
## DE ADMINISTRACION DE RECURSOS HUMANOS

### INFORME DE CAMBIO ESPECIAL NUMERO  7615

Cifra de Cuenta  111-1270000-1083-2000                Simbolo  B-107-0

Depto. de La Familia
Adm. Desarrollo Socioeconomico de La Familia                (PAN) Lares
**DEPARTAMENTO O AGENCIA**                        **UNIDAD DE TRABAJO**

Se notifica el siguiente cambio en el sueldo de este empleado, en virtud de lo dispuesto por la Ley Número 169 del 29 de Julio de 1999  la cual provee un aumento de sueldo general de $100.00 mensuales para los empleados públicos a partir de enero del 2000.

María del C. Rodríguez Rodríguez
**NOMBRE DEL EMPLEADO**

REDACTED 8356                                        De Carrera  Regular
**NUMERO DE SEGURO SOCIAL**                        **STATUS DEL EMPLEADO**

1804                                                Oficinista III
**Número del Puesto**                                **Título de Clasificación**

5                                $ 935.00        $ 1,462.00
**Escala de Retribución**            **Mínimo**            **Máximo**

| ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)      $ 995.00 | $1,095.00 |

**OBSERVACIONES:**_____

_____

María I. Morales Alvarez, Directora Rec. Hum.        22 de enero de 2002
Firma de la Autoridad Nominadora o su                    Fecha
Representante Autorizado

*Estado Libre Asociado de Puerto Rico*
*DEPARTAMENTO DE LA FAMILIA*
**ADMINISTRACIÓN DESARROLLO SOCIOECONÓMICO**
*Oficina deRecursos Humanos*

## INFORME DE CAMBIO ESPECIAL NÚMERO   _7614_

*111-1270000-1083-2000*
**CIFRA DE CUENTA**

*B-107-0*
**SÍMBOLO**

*Departamento de la Familia*
*Adm. Desarrollo Socioeconómico de la Fam.*
**DEPARTAMENTO O AGENCIA**

*(PAN)  Lares*
**UNIDAD DE TRABAJO**

*Se notifica el siguiente cambio en el sueldo de sesenta ($60.00)  para todos los empleados de ADSEF que formen parte del Sistema de Personal creado en virtud de lo dispuesto por la Ley de Personal del Servicio Público, con status regular,  probatorio  o transitorio, efectivo al 1 de octubre de 1999.*

*María del C. Rodríguez Rodríguez*
**NOMBRE DEL EMPLEADO**

**REDACTED**
*9356*
**NÚMERO DE SEGURO SOCIAL**

*De Carrera    Regular*
**STATUS DEL EMPLEADO**

*1804*
**NÚMERO DEL PUESTO**

*Oficinista III*
**TÍTULO DE CLASIFICACIÓN**

*5*
**ESCALA DE RETRIBUCIÓN**

*$ 935.00*
**MÍNIMO**

*$ 1,231.00*
**MÁXIMO**

| ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| **Sueldo Mensual** (sin diferencial)    $ 935.00 | $ 995.00 |

**OBSERVACIONES:**_____

**María I. Morales Alvarez, Directora Rec. Hum.**
*Firma de la Autoridad Nominadora o su*
*Representante Autorizado*

*22  de enero de 2002*
*Fecha*

RMS

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACIÓN DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio: 36035
2. Número de Seguro Social del Empleado: REDACTED 8356

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| Cambio a Efectuarse | Puesto Núm. | Puesto Núm. |
| 3. Nombre del Empleado | María del C. Rodríguez Rodríguez | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Departamento de La Familia | |
| 6. División | Dirección y Administración | |
| 7. Unidad o Sección | Oficina Local | |
| 8. Ubicación geográfica del puesto | Lares | |
| 9. Categoría del Empleado | De Carrera | |
| 10. Status del Empleado | Regular | |
| 11. Título de Clasificación | Oficinista III | |
| 12. Sueldo | Sin Sueldo | $935.00 |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 10 de junio de 1996 |

| | | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21. | SIMBOLOS DE CONTABILIDAD | 96 | 111 | 077 | 01 | | 001 | 1110 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio ☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio____días.
Licencia Enfermedad____días, Concedida____días, Licencia Regular____días, Concedida____días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De A
29. Muerte: Fecha____ Hora____ Último día de pago:____ Participante de Retiro ☐ Sí ☐ No
30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Militar sin Sueldo ☐ Maternidad ☐ Sin Sueldo
Duración:____ DE____ A____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Reinstalación de Licencia sin Sueldo.
Cambio en Sueldo y Clasificación en virtud de lo dispuesto en el Artículo 4, Sec.4.2 y Artículo 5, Sec. 5.14 de la Ley #5 del 14 de octubre de 1985.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en caso que fuere necesario

APROBADO
Secretaria Aux. de Personal
SEP 05 1996
DEPARTAMENTO DE SERVICIOS SOCIALES

35. Aprobado por: Ramón Hernández Zayas
Sec. Aux. de Pers. y Rec. Hum.
Jefe de la Agencia o su Representante Autorizado

**PARA USO EXCLUSIVO DE LA OCAP**
Revisado o Aprobado por:____ Fecha:____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
SECRETARIA AUXILIAR DE PERSONAL Y REC. HUMANOS

## INFORME DE CAMBIO ESPECIAL

Número del cambio

Nombre del empleado: \_\_\_\_\_· María del C. Rodríguez Rodríguez_____

Num. Seguro Social: \_\_\_\_\_· REDACTED-8356_____

Clasificación: _____ Oficinista III_____

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| DEPARTAMENTO SERVICIOS SOCIALES | DEPARTAMENTO DE LA FAMILIA |
| | *  Secretariado |
| [ ] Secretaria Auxiliar Servicios a la Familia | [ ] Administración Familias y Niños |
| [ ] Secretaría Auxiliar Asistencia Pública | [ ] Administración Desarrollo Socio-Eco. de la Familia |
| [ ] Programa P.R.E.S | |
| [ ] Programa Sustento de Menores | [ ] Administración para el Sustento de Menores |
| [ ] Secretaría Auxiliar de Rehabilitación Vocacional | [ ] Administración de Rehabilitación Vocacional |
| [X] Secretaría Auxiliar de Dirección y Administración | |

Fecha de efectividad: **28 de julio de 1995**

Observaciones:

**Transferencia e Incorporación de Programas** al Plan de
**Reorganización #1 del 28 de julio de 19** creado Departamento de
La Familia.

*Una vez constituido el Secretariado se realizará el cambio
correspondiente.

APROBADO
Secretaria
SEP 05 1996
DE ... APTE ....
SERV...

Ramón Hernández Zayas, Secretario Auxiliar
de Personal y Recursos Humanos
Firma de la Autoridad Nominadora
o su Representante Autorizado

23 de agosto de 1996
Fecha

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio

35661

2. Número de Seguro Social del Empleado

REDACTED 8356

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| Cambio a Efectuarse | Puesto Núm. **1854** | Puesto Núm. |
| 3. Nombre del Empleado | María del C. Rodríguez Rodríguez | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Departamento de la Familia | |
| 6. División | Dirección y Administración | |
| 7. Unidad o Sección | Oficina Local | |
| 8. Ubicación geográfica del puesto | Lares | |
| 9. Categoría del Empleado | De Carrera | |
| 10. Status del Empleado | Regular | |
| 11. Título de Clasificación | Oficinista III | |
| 12. Sueldo | $838.00 | Sin sueldo |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agen-cia | Div. | Sub-Div. | Asig-nación | Objeto | A. F. | Fondo | Agen-cia | Div. | Sub-Div. | Asig-nación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 96 | 111 | 077 | 01 | — | 001 | 1110 | | | | | | | |

22. Indique si se trata de:  ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse:  Compensatorio_____días.
Licencia Enfermedad_____días,   Concedida_____días,   Licencia Regular_____días,   Concedida_____días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |
| 28. Suspensión de Empleo y Sueldo: Duración: | De | A | |

29. Muerte:   Ultimo día
Fecha_____   Hora_____   de pago:_____   Participante de Retiro  ☐ Sí  ☐ No

30. Clase de Licencia:  ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
Duración: **35 días, 2 horas y 8 minutos** DE **10/enero/96 (2:23pm)** A **5 de marzo de 1996**   ☐ Militar sin Sueldo   ☑ Sin Sueldo

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) **Licencia sin sueldo por estar reportada al Fondo del Seguro del Estado.  Se incluye OCAP-15 y certificado médico.**

APROBADO
Depto. Servicios Sociales

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

ABR 2 2 1996

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante/autorizado firmará aquí:

34. Firma del empleado en casos fuere necesario

35. Aprobado por: _____
Sac. Auxl. de Pptos. y Rec. Hns.
Jefe de la Agencia o su Representante Autorizado

Secretaria Auxiliar de
Personal y Recursos Humanos
fecha preparación 13 de marzo de 1996

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por:_____   Fecha:_____

OCAP-15
ESPECIAL

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
SANTURCE, PUERTO RICO

INFORME DE CAMBIO ESPECIAL NUMERO___2809_____

Cifra de Cuenta_95-111-077-01-001-1110_      Símbolo_____0022_____

Dirección y Administración
___Servicios Sociales_____      ___Oficina Local Lares_____
DEPARTAMENTO O AGENCIA                UNIDAD DE TRABAJO

Se notifica el siguiente cambio en el sueldo de este empleado en virtud
de lo establecido en el Artículo 7.2 de la Ley Número 89 de 12 de julio de
1979, según enmendada, Ley de Retribución Uniforme.  El cambio es efectivo
según se indica más adelante por haber transcurrido cinco (5) años de
servicio satisfactorios en forma ininterrumpida, sin que el empleado haya
recibido ningún aumento de sueldo, excepto los otorgados por disposiciones
de ley.

_María del C. Rodríguez Rodríguez_      __1 de marzo de 1995_____
NOMBRE DEL EMPLEADO                     FECHA DE EFECTIVIDAD

_REDACTED_8356_____         _____1804_____
NUMERO DE SEGURO SOCIAL                 NUMERO DEL EMPLEADO

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Título de Clasificación Oficinista III | Oficinista III |
| Escala de Retribución  O6 | 06 |
| Número del Puesto  1804 | 1804 |
| Sueldo Mensual  $806.00 | $838.00 |

Observaciones:_____

_____

_Irma D. González Reyes_
Irma I. González Reyes
Directora de Nombramientos y Cambios
Firma de la Autoridad Nominadora
o su Representante Autorizado

APROBADO
Depto. Servicios Sociales
MAY 11 1995

3 de marzo 1995
Secretaria Auxiliar de
Recursos Humanos
Personal    Fecha

IGR/AMB/lro

**Especial**

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE SERVICIOS SOCIALES
Santurce, Puerto Rico

INFORME DE CAMBIO ESPECIAL NUMERO___2808___

Cifra de Cuenta_95-111-077-01-001-1110___     Símbolo_____0022_____

    Se notifica el siguiente cambio en el sueldo de este empleado, de conformidad con la Orden Ejecutiva OE-1994-32 y en virtud de lo dispuesto por la Orden Administrativa OA-1994-02. La misma decreta aumento en sueldo de los $115.00 mensuales para los empleados del Departamento de Servicios Sociales por productividad y eficiencia de la Agencia a partir del 1ro de julio de 1994.

_María del C. Rodríguez Rodríguez_
NOMBRE DEL EMPLEADO

_Dirección y Administración_
_Oficina Local Lares_
UNIDAD DE TRABAJO

**REDACTED**
_____-8356_____
Número de Seguro Social

_____1804_____
Número del Puesto

_____06_____
Escala de Retribución

_De Carrera - Regular_
Status del Empleado

_Oficinista III_
Título de Clasificación

$ 499.00          $674.00
Mínimo              Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| _.$691.00_ | **$806.00** |

Observaciones :_____

_____

APROBADO.
Depto. Servicios Sociales

MAY 11 1995

_Irma I. González Reyes_
Directora Nombramientos y Cambios
Firma de Autoridad Nominadora
o su Representante Autorizado

3 de marzo de 1995
Secretaría Auxiliar de
Personal y Recursos Humanos

AMB/lr

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Santurce,  Puerto Rico

INFORME DE CAMBIO ESPECIAL NUMERO ___2807___

Cifra de Cuenta_95-111-077-01-001·1110_    Símbolo _____0022_____

Dirección y Administración
Oficina Local Lares

Servicios Sociales_____
  UNIDAD DE TRABAJO

Se notifica el siguiente cambio en el sueldo de este empleado, en
virtud de lo dispuesto por la Ley Núm. 7 del 7 de mayo de 1989 la cual
provee un¨aumento de sueldo general de $50.00 mensuales para los
empleados públicos a partir del primero de julio de 1990.

María del C. Rodríguez Rodríguez__
NOMBRE DEL EMPLEADO

REDACTED-8356            De Carrera Regular
NUMERO DE SEGURO SOCIAL       STATUS DEL EMPLEADO

1804                  Oficinista III
Número del Puesto         Título de Clasificación

06              $ 499.00      $ 674.00
Escala de Retribución       Mínimo        Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual        $ 641.00<br>(sin diferencial) | $ 691.00 |

Observaciones: _____

APROBADO
Depto. Servicios Sociales
MAY 11 1995
Secretaria Auxiliar de
Personal y Recursos Humanos

Irma I. /González Reyes          3 de marzo de 1995
Directora Nombramientos y Cambios       Fecha
Firma de la Autoridad Nominadora
o su Representante Autorizado

IGR/AMB/lro

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

68437

1. Número de Cambio

2. Número de Seguro Social del Empleado

REDACTED 3356

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm.  1804 | Puesto Núm. |
| 3.  Nombre del Empleado | María del C. Rodríguez Rodríguez | |
| 4.  Estado Civil | | |
| 5.  Departamento o Agencia | Servicios Sociales | |
| 6.  División | Dirección y Administración | |
| 7.  Unidad o Sección | Oficina Local | |
| 8.  Ubicación geográfica del puesto | Lares | |
| 9.  Categoría del Empleado | De Carrera | |
| 10.  Status del Empleado | Regular | |
| 11.  Título de Clasificación | Oficinista III | |
| 12.  Sueldo | $617.00 | $641.00 |
| 12a. Diferencial | | |
| 13.  Descuento para Contribución sobre Ingresos | | |
| 14.  Descuento para Seguro Social | | |
| 15.  Descuento para Aportación Sistema de Retiro | | |
| 16.  Descuento para Servicios Médicos | | |
| 17.  Descuento para Ahorros (A.E.E.L.A.) | | |
| 18.  Descuento para Seguro (A.E.E.L.A.) | | |
| 19.  Otros Descuentos | | |
| | | |
| | | |
| 20.  Fecha de Efectividad | | 1ro. de marzo de 1990 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 90 | 111 | 077 | 01 | -- | 001 | 1110 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☐ Nuevo Nombramiento   ☒ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse:   Compensatorio _____ días.
Licencia Enfermedad _____ días.   Concedida _____ días.   Licencia Regular _____ días.   Concedida _____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24.  Renuncia | | | |
| 25.  Separación | | | |
| 26.  Destitución | | | |
| 27.  Cesantía | | | |

28.  Suspensión de Empleo y Sueldo:   Duración:   De _____   A _____

29.  Muerte:   Último día   Participante de Retiro ☐ Sí  – ☐ No
Fecha _____ Hora _____   de pago: _____

30.  Clase de Licencia:   ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☐ Sin Sueldo

Duración: _____ DE _____   A _____

31.  Comentarios y Explicaciones (si necesita más espacio use el dorso)   Se le concede un (1) paso por mérito. Autorizado
en carta del 3 de octubre de 1989 por la Oficina de Presupuesto y Gerencia.

32.  Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.

Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33.  Si el cambio es a otra agencia el jefe de la agencia donde se origina el cambio o su representante autorizado firmará aquí:

34.  Firma del empleado en casos que fuere necesario

35.  Aprobado por:   Ana L. Rodríguez de Aponte
A.D.R.   Sec. Aux. de Pers. y Rec. Hum.
Jefe de la Agencia o su Representante Autorizado   Fecha en que se prepara:   27 marzo-1990

ADR/mdg

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por: _____   Fecha: _____

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

68437

2. Número de Seguro Social del Empleado

REDACTED 3356

| | | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| **Cambio a Efectuarse** | Puesto Núm. 1804 | | Puesto Núm. |
| 3. Nombre del Empleado | | María del C. Rodríguez Rodríguez | |
| 4. Estado Civil | | | |
| 5. Departamento o Agencia | | Servicios Sociales | |
| 6. División | | Dirección y Administración | |
| 7. Unidad o Sección | | Oficina Local | |
| 8. Ubicación geográfica del puesto | | Lares | |
| 9. Categoría del Empleado | | De Carrera | |
| 10. Status del Empleado | | Regular | |
| 11. Título de Clasificación | | Oficinista III | |
| 12. Sueldo | | $617.00 | $641.00 |
| 12a. Diferencial | | | |
| 13. Descuento para Contribución sobre Ingresos | | | |
| 14. Descuento para Seguro Social | | | |
| 15. Descuento para Aportación Sistema de Retiro | | | |
| 16. Descuento para Servicios Médicos | | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | | |
| 19. Otros Descuentos | | | |
| | | | |
| 20. Fecha de Efectividad | | | 1ro. de marzo de 1990 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 90 | 111 | 077 | 01 | — | 001 | 1110 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☒ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio_____días.
Licencia Enfermedad_____ días, Concedida_____ días, Licencia Regular_____ días, Concedida_____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De A

29. Muerte: Ultimo día Participante de Retiro
Fecha_____ Hora_____ de pago:_____ ☐ Sí – ☐ No

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
☐ Militar sin Sueldo ☐ Sin Sueldo
Duración:_____ DE_____ A_____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Se le concede un (1) paso por mérito. Autorizado
en carta del 3 de octubre de 1989 por la Oficina de Presupuesto y Gerencia.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se obtiene el cambio o su representante autorizado firmará aquí: | 34. Firma del empleado en casos que fuere necesario

35. Aprobado por: Ana L. Rodríguez de Aponte
O.D.R. Sec. Aux. de Pers. y Rec. Hum.
Jefe de la Agencia o su Representante Autorizado | Fecha en que se prepara: 27 marzo-1990

ADR/mdg

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por:_____ Fecha:_____

OP-15
Especial

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
SANTURCE, PUERTO RICO

INFORME DE CAMBIO ESPECIAL NUMERO _____ 68147 _____

Cifra de Cuenta _90-111-077-01-001-1110_   Símbolo _____ 0022 _____
                                                      Programa Dirección y Administración
_Servicios Sociales_                                  Oficina Local Lares .
DEPARTAMENTO O AGENCIA                                UNIDAD DE TRABAJO

     Se notifica el siguiente cambio en el sueldo de este empleado en virtud
de lo establecido en el Artículo 7.2 de la Ley Número 89 de 12 de julio de 1979,
según enmendada, Ley de Retribución Uniforme.  El cambio es efectivo según se
indica más adelante por haber transcurrido cinco (5) años de servicios satis-
fatorios en forma ininterrumpida, sin que el empleado haya recibido ningún
aumento de sueldo, excepto los otorgados por disposiciones de ley.

_María del C. Rodríguez Rodríguez_                _16 de julio de 1989_
NOMBRE DEL EMPLEADO                               FECHA DE EFECTIVIDAD

**REDACTED**
_8356_
NUMERO DE SEGURO SOCIAL                           NUMERO DEL EMPLEADO

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| Título de Clasificación | _Oficinista III_ | |
| Escala de Retribución | _06_ | |
| Número del Puesto | _1804_ | . |
| Sueldo Mensual | _$594.00_ | _$617.00_ |

Observaciones: _____

Ana L. Rodríguez de Aponte
_Sec. Aux. Personal y Recursos Humanos_
**Firma de la Autoridad Nominadora o**
su Representante Autorizado

_27 de septiembre de 1989_
Fecha

APRO...
DIVISION DE PERSONAL
OCT
DEPAR...
SERVICIOS ...

AH/mdr

OCAP-15
Especial
4-88

Estado Libre Asociado de Puerto Rico
Oficina Central de Administración de Personal
Santurce, Puerto Rico

INFORME DE CAMBIO ESPECIAL NUMERO _68146_

Cifra de Cuenta _88-111-077-01-001-1110_          Símbolo ____0022____

_Servicios Sociales_                              Programa _Dirección y Administrac_
DEPARTAMENTO O AGENCIA                            _Oficina Local Lares_ .
                                                 UNIDAD DE TRABAJO

Se notifica el siguiente cambio en el sueldo de este empleado a virtud de lo
dispuesto por la Ley 1 del 9 de febrero de 1988 la cual provee un aumento de sueldo
de carácter general para los empleados públicos a partir del primero de abril de 1988.

_María del C. Rodríguez Rodríguez_ .
NOMBRE DEL EMPLEADO

REDACTED
_·8356_ '                                    _De Carrera Regular_ '
NUMERO DE SEGURO SOCIAL                       STATUS DEL EMPLEADO

_1804_ '                                      _Oficinista III_ ·
NUMERO DEL PUESTO                             TITULO DE CLASIFICACION

_06_ ·                                        _$499.00_          _$674.00_
ESCALA DE RETRIBUCION                         Mínimo               Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO · |
|---|---|
| Sueldo Mensual<br>(sin diferencial)   $554.00 . | $594.00· |

Observaciones_____

Ana L. Rodríguez de Aponte
Sec. Aux. Personal y Recursos Humanos          27 de _septiembre de 1989_
Firma de la Autoridad Nominadora               Fecha
o su Representate Autorizado

ALLmdr

OCAP 15
Especial
10-M

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
San Juan, Puerto Rico

## INFORME DE CAMBIO ESPECIAL NUMERO ___2532___

Cifra de Cuenta ___87-111-77-01-01-111___       Símbolo ___0022___

*Servicios Sociales*                              *Dirección y Administración-Lares*
**DEPARTAMENTO O AGENCIA**                         **UNIDAD DE TRABAJO**

Se notifica el siguiente cambio en el sueldo de este empleado, a virtud de lo dispuesto por la Ley 90 del 9 de julio de 1986, la cual provee un aumento de sueldo de carácter general para los empleados públicos a partir del primero de octubre de 1986.

*Marta del C. Rodríguez Rodríguez*
**NOMBRE DEL EMPLEADO**

REDACTED 8356                                     *De Carrera Regular*
**NUMERO DE SEGURO SOCIAL**                        **STATUS DEL EMPLEADO**

*1804*                                            *Oficinista III*
**Número del Puesto**                              Título de Clasificación

*06*                                              $499.00          $674.00
**Escala de Retribución**                          Mínimo           Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)   $545.00 | $554.00 |
| Observaciones | APROBADO DIVISION DE PERSONAL MAR 12 1987 DEPARTAMENTO DE SERVICIOS SOCIALES |

*Olga M. Ortiz, Jefe Interina*
*Nombramientos y Cambios*     MLB/mor.          3 de marzo de 1987
Firma de la Autoridad Nominadora o su                Fecha
Representante Autorizado

OCAP 3
Rev. 10-78

**IMPORTANTE**
**INSTRUCCIONES.**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio
30372

2. Número de Seguro Social del Empleado
REDACTED 8356

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| **Cambio a Efectuarse** | Puesto Núm. 1804 | Puesto Núm. |
| 3. Nombre del Empleado | Rodríguez Rodríguez María del C. | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Servicios Sociales | |
| 6. División | Dirección y Administración | |
| 7. Unidad o Sección | Oficina Local | |
| 8. Ubicación geográfica del puesto | Lares | |
| 9. Categoría del Empleado | De Carrera | De Carrera |
| 10. Status del Empleado | Probatorio | Regular |
| 11. Título de Clasificación | Oficinista III | |
| 12. Sueldo | $499.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 16 de diciembre de 1984 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 85 | 111 | 77 | 01 | -- | 01 | 111 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☒ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sue

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio_____ días.
Licencia Enfermedad_____ días, Concedida_____ días, Licencia Regular_____ días, Concedida_____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separaci |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De A

29. Muerte: Ultimo día de pago: Participante de Retiro ☐ Sí ☐ No
Fecha _____ Hora _____

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
☐ Militar sin Sueldo ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Se incluye OCAP-35.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.
Si el cambio es a otro puesto indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en caso que fuere necesario
APROBADO
DIVISION DE PERSONAL
DIC 27 1984

35. Néstor A. Rodríguez Jiménez, Jefe Interino - Div. de Personal
Jefe de la Agencia o su Representante Autorizado

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por: _____ Fecha: _____

DEPARTAMENTO DE
SERVICIOS SOCIALES

—4—IGPR.

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio
30185

2. Número de Seguro Social del Empleado
REDACTED
3356

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. DA-84-028 | Puesto Núm. 1804 |
| 3. Nombre del Empleado | María del C. Rodríguez Rodríguez | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Servicios Sociales | |
| 6. División | Dirección y Administración | |
| 7. Unidad o Sección | División de Personal | OFICINA LOCAL |
| 8. Ubicación geográfica del puesto | | LARES |
| 9. Categoría del Empleado | | DE CARRERA |
| 10. Status del Empleado | Transitorio | PROBATORIO |
| 11. Título de Clasificación | Oficinista II | Oficinista III |
| 12. Sueldo | $476.00 | $499.00 |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | 4 1/2% |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | 3% |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 16 de julio de 1984 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 85 | 111 | 77 | 01 | — | 01 | 111 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☒ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio_____ días.
Licencia Enfermedad_____ días. Concedida_____ días. Licencia Regular_____ días. Concedida_____ días.

| | Fecha de Separación (Último día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De A

29. Muerte: _____ . Ultimo día de pago: _____ Participante de Retiro ☐ Sí ☐ No
Fecha _____ Hora _____

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
☐ Militar sin Sueldo ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use al dorso) Probatorio vence: 15 diciembre de 1984. Se incluye Ocap-29 y autorización de la Oficina de Presupuesto y Gerencia del 25 de noviembre de 1983.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. 1209
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: Vacante Original

33. Si el cambio es a otra Agencia el jefe de la Agencia dónde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuera necesario

35. Aprobado por: María Pagán Russe / Jefe Interina
Sección de Nombramientos y Cambios
Jefe de la Agencia o su Representante Autorizado

CH/atn 31/agosto/1984
Revisado o Aprobado por: _____

**PARA USO EXCLUSIVO DE LA OCAP**
Fecha: _____

DEPTO DE
SERVICIOS
SOCIALES
SEP 6 1984
UNIDAD DE
REVISION

—41—IGPR.