United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

One Hundred Fourteenth OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 101330

Name and Address: Olga Ortiz Rivera
Calle Ext. Sur 527
Dorado, P.R. 00646
(787) 210-0769     ortiz.olga01@gmail.com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  desde 1984 - 1998  - 14 años

Cantidad Reclamada  $16,800.00

Ley ~~9 del año~~ Costo de vida - Retiro de Maestros - (3% cada dos años)

Años Reclamados  1998 - 2020 (22 años)

Cantidad Reclamada  $4,482.72

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de pensión Sistema de Retiro para Maestros Gobierno de Puerto Rico
2. Informe Renta Anual Vitalicia Junta de Retiro para maestros
3. Certificación de Empleado del Depto. de Educación Años de servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Olga Ortiz Rivera

Firma: Olga Ortiz Rivera   Fecha: 14 - enero - 2020