Modelo SC-1515 (RM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

redacted 6926

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Olga Ortiz Rivera | 1-20221 | F |

Tipo de Renta:
- a — Años de Servicio y Edad
  - Opcional (xx)
  - Obligatorio ( )
- b — Edad ( )
- c — Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d — Diferida ( )*

Fecha de Nacimiento: 1947 abril 20

Fecha de Retiro: 1998 junio 1

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|---|---|---|---|---|
| 51 Años | 1 Meses | 12 Días | 30 Años | 5 Meses | 2 Sem. | 2 Días | $ 28,867.03 | 1998 junio 2 |

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:
a — Sueldo promedio mensual más alto durante tres (~~cinco~~) años consecutivos a $ 1,742.28 → 1,132.48

X .65% X 30 años
(Por ciento)  (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b — Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia ......................... 1,132.48
Renta Anual Vitalicia ............................ 13,589.76

Computado: Mayda Díaz  23 junio 1998
Cotejado: p/p: B. Ledoux  Hugo E. Aponte Morán  23 junio 19

Recomendado: Maribel Solá Matos  23/6/98
Aprobado: 30/06/98
Aurora Ramírez Vega, Secretario Ejecutivo

HA/agb
Secr. Ejec. Aux., Area de Retiro

Nombre  Olga Ortiz Rivera

## Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo Mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1966-67 | | | | | 235.00 | | | | | | |
| Hasta | 26 | 6 | 2 | 1½ | | | | | | | |
| 1993-94 | | | | | 1,400.00 | | | | | | |
| 1994-95 | | 11 | 3 | 4½ | 1,525.00 | | | | | | |
| 1995-96 | 1 | | | | 1,650.00 | | | | | | |
| 1996-97 | 1 | | | | 1,775.00 | 13d | | | | | |
| — | | | | | 1,800.00 | 11m, 7d | | | | | |
| 1997-98 | | 5 | 1 | 4 | 1,800.00 | | | | | | |
| | 28 | 22 | 6 | 10 | | | | | | | |
| Sub-Total | 30 | — | — | — | | | | | | | |
| 1997-98 | | 5 | 2 | 2 | 1,800.00 | | | | | | |
| Total: | 30 | 5 | 2 | 2 | | | | | | | |

Desglose primer pago:     $ _____
  Renta Mensual
    Deducciones:
      Asociación de Maestros    $ _____
      Préstamo _____    _____
      Otras                       _____
        Total Deducciones        _____
        Importe del Cheque                    $ _____

Observaciones:
          Año Escolar
  Hasta 1917-18 _____ 9 meses
  Desde 1918-19 hasta 1940-41 __ 10 meses
  En el 1941-42 _____ 11 meses
  Desde 1942-43 en adelante ____ 12 meses

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. OLGA ORTIZ RIVERA**, con número de seguro social que termina en **6926**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 2 de junio de 1998 |
| Tiempo Cotizado para la Pensión | 30 años, 5 meses, 2 semana y 2 días |
| Fecha de Efectividad de la Renuncia | 1 de junio de 1998 |
| Fecha de Efectividad de la Pensión | 2 de junio de 1998 |
| Pensión Mensual Actual | $1,237.48 |

Esta certificación se expide hoy, **09 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414    ✉ 787.764.6910    www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | OLGA ORTIZ RIVERA |
| Seguro Social | : | redacted 6926 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $1,800.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 1 de junio de 1998 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 28 años, 6 meses y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/16/1966. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.