United State District Court For The Distict of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 17 B K 3283 -LTS

_____111_____OMNIEUS OBJECTION (NON-SUBSTANTIVE) OF

THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING

INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC 8978 - 4

Proof of Claim : 108780

Dame and Address :


Reclama al Gobierno del Estado Libre Asoiado de Puerto Rico; al Gobierno de Puerto

Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984 -- Romerazo

Años Reclamados ___13 Años 4 meses___

Cantidad Reclamada ___16,000.___

página 2

Ley 9 del año __300 Pensión cada 2 años__

Años Reclamados __5 Años__

Cantidad Reclamada __6,537.07__

Ley 96 Sila

Años Reclamados __2001-2010__

Cantidad Reclamada __10,800.—__

Adjunto evidencia en réplica de la información solicitada:

1. Certificación junta de retiro
2. Certificación Departamento de Educación
3. Talonario Departamento de Educación

Solicito la adjudicación de mi petición según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre __Israel Franco Sánchez__

Firma: __[signature]__   Fecha __14 enero 2020__

israelfranco453@gmail.com