**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Israel Franco Sanchez**, con número de seguro social que termina en **5770**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 23 de diciembre de 2009 |
| Tiempo Cotizado para la Pensión | 30 años, 3 meses, 4 días |
| Pensión mensual Inicial | $1,815.86 |
| Pensión Mensual Actual | $1,815.86 |

Esta certificación se expide hoy, **13 de enero de 2020** en **San Juan**, Puerto Rico.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **2-oct-09**
Fecha Vencimiento: **20-ENE-10**

Núm de Caso: **1148**

## INFORME RENTA ANUAL VITALICIA

**FRANCO SANCHEZ ISRAEL**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: 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

Sexo: ☐ Femenino  ☑ Masculino

Fecha Nacimiento: 10-oct-1952 (Mes-Día-Año)

Categoría y Pueblo: MA ELEM - SAN JUAN

Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal:
URB COUNTRY CLUB
963 CALLE DURBEC
SAN JUAN PR 00924

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 57 | 2 | 13 | 30 | 3 | 0 | 4 | $ 42,374.64 | $ 1,815.86 | $ 21,790.32 |

Fecha de Renuncia: 22-DIC-09   Último Día de Pago: 22-DIC-09
Fecha Efectividad Pensión: 23-DIC-09   Cierre de Nómina: 28-ENE-10
Fecha Primer Pago Pensión: 15-Feb-10   Importe: $ 1,815.86
Pago Global Retroactivo: Desde 23-DIC-09 Hasta 31-ENE-10   Importe Total: $ 2,343.08

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 2,343.08 | $ 1,815.86 |
| Menos Descuentos: | | Descuento | Descuento |
| Préstamos: | Clave | | |
| Personal (PP) | 47-000 | 249.50 | 249.50 |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-050 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 2,093.58 | $ 1,566.36 |

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

PAGADO  2 8 JAN 2010

Certifico que la información aquí provista es cierta, correcta y completa.
JORGE I. ROHENA GOTAY — Nombre del Empleado — Firma — Fecha 13-ENE-10
NORMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — Fecha 14/ene/10

**PREINTERVENCIÓN DE DOCUMENTOS**

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JAN 1 4 2010
B Ledoux

**USO DIRECTOR(A) AREA RETIRO**

Aprobado por: IVONNE ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma   Fecha: 15/ene/10

**USO ÁREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina   Mes 2   ☑ 1ra ☐ 2da
Nómina Pago Global   Mes Feb   ☑ 1ra ☐ 2da   ☐ Off Cycle ☑ Pay Line

Nombre Empleado: Waydel Rodriguez   Firma   Fecha 1/21/2010
Juan Agosto Castro — Nombre Supervisor — Firma

Nombre Empleado   Firma   Fecha 28/01/2010
   Firma   Fecha 5-febrero-2010

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 09/16/2019 | Aviso #: | 3607204 |
| | | Hasta: | 09/30/2019 | Fecha Aviso: | 09/27/2019 |

| ISRAEL FRANCO SANCHEZ | # Empleado: | XXXXX5770 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB COUNTRY CLUB | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 963 CALLE DURBEC | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| SAN JUAN PR 00924-3343 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-5770 | Sueldo: | $1,815.86 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 907.93 | 1,462.50 | 16,342.74 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 907.93 | 1,462.50 | 16,442.74 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | CO-COOP FED MAESTRO | 95.50 | 1,719.00 | SM-MCS Advantage | 100.00 | 1,100.00 |
| | | | SC-AMER FAM LIFE ASS CO | 46.08 | 829.44 | | | |
| Total: | 0.00 | 0.00 | Total: | 141.58 | 2,548.44 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 907.93 | | 0.00 | 141.58 | 766.35 |
| Acumulado: | 16,442.74 | | 0.00 | 2,548.44 | 13,894.30 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #3607204 | 766.35 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 766.35 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico                    Fecha                    Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS        09/27/2019               3607204

Cant. Deposito:  $766.35

TRAY 135 SQ 34060**********SCH 5-DIGIT 00924    34060 2 AV 0.383
ISRAEL FRANCO SANCHEZ
URB COUNTRY CLUB
963 CALLE DURBEC
SAN JUAN PR 00924-3343

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 4601860681 | $766.35 |
| Total: | | $766.35 |

**NO-NEGOCIABLE**

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

14 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ISRAEL FRANCO SANCHEZ |
| Seguro Social | : | REDACTED 5770 |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | SAN JUAN III_ |
| Sueldo Mensual | : | $2,530.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2009 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 13 años y 4 meses. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/01/1993. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.