United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

17BK 3283-LTS

*One hundred Fourteenth* OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT  CLAIMS ASSEITING
INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 109346

Name and Address: Ada  E. Moura Gracia
J-32 Calle Maga
Quintas de Dorado
Dorado, P.R.  00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y
Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados ___22 años___

Cantidad Reclamada ___$26,400.00___

Ley Costo de Vida Retiro de Maestros (3% cada 2 años)

Años Reclamados Desde 2007 al 2020 (13 años)

Cantidad Reclamada $3,947.85

Ley 164 - (Sila)
Años reclamados – (2,004 – 2007) 3 años
Cantidad reclamada $3,600.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema de Retiro de Maestros gobierno de Puerto Rico.
2. Informe Renta Anual Vitalicia
3. Certificación Años de Servicio Departamento Educación de P.R.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: _Ada  E. Moura  Gracia_

Firma: _Ada E. Moura Gracia_ Fecha: _14 Enero 2020_