# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Ada E. Moura Gracia**, con número de seguro social que termina en **6353**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 6 de febrero de 2007 |
| Tiempo Cotizado para la Pensión | 30 años, 11 meses, 1 semana y 2 1/2 días |
| Fecha de Efectividad de la Renuncia | 5 de febrero de 2007 |
| Fecha de Efectividad de la Pensión | 6 de febrero de 2007 |
| Pensión Mensual Actual | $1,827.71 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    ✉ 787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM
mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

redacted 6353 ✓

| ADA E MOURA GRACIA ✓ | Núm. Reclamación 42245 ✓ | Sexo F ✓ |
|---|---|---|

**Tipo de Renta:**
a- Años de Servicio y edad ✓
    Opcional ( X ) ✓
    Obligatorio ( )
b. Edad ( )

c- Incapacidad
    Ocupacional ( )
    No Ocupacional ( )
d- Diferida ( )

**Fecha de Nacimiento**
1949    11    5
Año    Mes    Día

**Edad al Retirarse**
57    3    1
Años    Meses    Días

**Servicios Acreditados**
30    11    1    2½
Años    Meses    Sem.    Días

**Costo Anualidad**
$46,479.92 ✓

**Fecha de Retiro**
2007    2    5 ✓
Año    Mes    Día

**Fecha de Efectividad** ✓
2007    2    6
Año    Mes    Día

Retiro Ley Núm. 91 DEL 2004 ✓

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,436.94 ✓     $1,827.71

.75 X 30 años
(Por ciento)      (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

*Stamp: OFICINA DE FINANZAS DOCUMENTOS RECIBIDOS 12 MAR 2007 JOSÉ REYES DÁVILA*

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio    Edad    Incapacidad Física    Diferido
$_____    $_____    $_____    $_____

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $1,827.71 |
|---|---|
| Renta Anual Vitalicia | $21,932.52 |

**Computado**
*Annie Rivera*    9/3/07 Fecha

**Cotejado**
*Ivonne L Ortiz Valladares*    3/9/07 Fecha

**Recomendado:**
*Irma García Hernández*
Directora Area Servicios de Retiro    9/3/07 Fecha

**Aprobado:**
*José O. Reyes*
Dinelia Oyola Morales
Subdirectora Ejecutiva    13 mar 2007 Fecha

Fecha: 3/9/2007
jbm

Nombre: ADA E MOURA GRACIA

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     Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem | Días | |
| 1977-78 | | | | | $465.00 | | | | | | |
| al | 27 | 4 | 1 | 2 | | ½d | | | | | |
| 2002-03 | | | | | $2,105.00 | | | | | | |
| 2003-04 | 1 | | | | $2,255.00 | 12m | | | | | |
| 2004-05 | 1 | | | | $2,405.00 | 12m | | | | | |
| 2005-06 | | 7 | 2 | 3 | $2,505.00 | 12m | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| subtotal | 30 | - | - | - | | | | | | | |
| 2005-06 | | 4 | 1 | 2 | $2,505.00 | 12m | | | | | |
| 2006-07 | | 7 | | | $2,505.00 | 7m | | | | | |
| TOTAL | 30 | 11 | 1 | 2½ | | | | | | | |

Desglose primer pago:     $_____
  Renta Mensual
    Deducciones:
      Asociación de Maestros   $_____
      Préstamo_____       _____
      Otras                    _____
        Total de Deducciones
        Importe del Cheque     $_____

Observaciones:
            Año Escolar
  Hasta 1917-18_____        9 meses
  Desde 1918-19 hasta 1940-41____ 10 meses
  En el 1941-42_____         11 meses
  Desde 1942-43 en adelante_____  12 meses

Fecha: 3/9/2007

jbm



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ADA E. MOURA GRACIA |
| Seguro Social | : | redacted 6353 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | VEGA ALTA_ |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 5 de febrero de 2007 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 8 meses y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/04/1969. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



## DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ADA E. MOURA GRACIA |
| Seguro Social | : | redacted 6353 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | VEGA ALTA_ |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 5 de febrero de 2007 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 8 meses y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/04/1969. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.