United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 14 AM 11:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 1784 3283-LTS

One Hundred seventeenth OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 109340

Name and Address:
María V. Toro Solá
Calle Lirio Del Mar C#18
Dorado, Puerto Rico, 00646-2126
email lalimusic72@gmail.com  Tel. 787-278-2438

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico y al Sist de Retiro de Puerto Rico

Ley 89 de 1984 – Romerazo

Años Reclamados  desde 1984 hasta 1995, 11 años

Cantidad Reclamada  $13,200

Ley 9 del año  Ley Costo de vida (3% cada 2 años

Años Reclamados  12 años

Cantidad Reclamada  2,967.84

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Sistema de Retiro para Maestros
2. Certificación del Departamento de Educación
3. Talonario 592 Sistema de Retiro Maestros

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: María Victoria Toro Solá

Firma: *María Victoria Toro Solá* Fecha: 14 de enero, 2020