**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. María V. Toro Solá**, con número de seguro social que termina en **5685**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 21 de noviembre de 1994 |
| Tiempo Cotizado para la Pensión | 25 años, 5 meses, 1 semana y ½ días |
| Fecha de Efectividad de la Renuncia | 20 de noviembre de 1994 |
| Fecha de Efectividad de la Pensión | 21 de noviembre de 1994 |
| Pensión Mensual Actual | $687.06 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov

| Gobierno de Puerto Rico | | | | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | | Desde: | 09/01/2019 | Aviso #: | 3330603 |
| | | | | | | Hasta: | 09/15/2019 | Fecha Aviso: | 09/13/2019 |

| MARIA V TORO SOLA | # Empleado: | XXXXX5685 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB DORADO DEL MAR | Dept: | 592060-Anos de Serv:032 | Estado Civil: | Married | Married |
| C18 CALLE LIRIO DEL MAR | Lugar: | Ley 218/51:032 | Concesiones: | 0 | 19 +99 |
| DORADO PR 00646-2126 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-5685 | Sueldo: | $796.49 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | 4.901477 | 81.25 | 398.25 | 1,381.25 | 6,770.25 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | 81.25 | 398.25 | 1,381.25 | 6,870.25 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 59.50 | SM-MMM LEY 117 | 0.00 | 800.00 |
| | | | AS-ASOC PENSIONADOS | 1.00 | 15.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 4.50 | 74.50 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 398.25 | 0.00 | 4.50 | 393.75 |
| Acumulado: | 6,870.25 | 0.00 | 74.50 | 6,795.75 |

### PTO HORAS / ACUM / DISTRIBUCION PAGA NETA

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #3330603 | 393.75 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 393.75 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/13/2019

Aviso No.
3330603

Cant. Deposito: ___$393.75___

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 361090258 | $393.75 |
| Total: | | $393.75 |

TRAY 41 SQ 10091**************SCH 5-DIGIT 00646    10091 2 AV 0.383
MARIA V TORO SOLA
URB DORADO DEL MAR
C18 CALLE LIRIO DEL MAR
DORADO PR 00646-2126

# NO-NEGOCIABLE

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA V. TORO SOLA |
| Seguro Social | : | REDACTED 5685 |
| Categoría | : | SUP. DE ZONA EDUC. ESPECIAL III |
| Distrito Escolar | : | TOA BAJA_ |
| Sueldo Mensual | : | $1,595.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 23 de septiembre de 1994 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 26 años, 2 semanas y 4.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 02/11/1965. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.