INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 14 PM 12:01
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

__one hundred fourteenth__ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 98462

Name and Address: Dinah E. Cardona Ortiz
Calle Central #13 Mameyal
Dorado, P.R. 00646
(787) 796-1224    cemsp7@hotmail.com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados __desde 1984 al 2000 (16 años)__

Cantidad Reclamada __$19,200.00__

Ley ~~9 del año~~ __Costo de vida - Retiro de maestros (3% cada 2 años)__

Años Reclamados __2000 - 2020 (20 años)__

Cantidad Reclamada __4,815.72__

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión sistema de Retiro para Maestros Gobierno de Puerto Rico.
2. Informe Renta Anual Vitalicia, Junta de Retiro para Maestros
3. Certificación de empleados del Dpt. de Educación años de servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Dinah E. Cardona Ortiz

Firma: Dinah E. Cardona     Fecha: 14/1/2020