**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Dinah E. Cardona Ortiz**, con número de seguro social que termina en **4001**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 29 años, 1 mes, 2.5 días |
| Pensión mensual Inicial | $1,337.70 |
| Pensión Mensual Actual | $1,419.16 |

Esta certificación se expide hoy, **13 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

📞 787.777.1414    📠 787.764.6910    www.srm.pr.gov

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

REDACTED
4001

| Nombre: Dinah E. Cardona Ortiz | Núm. Reclamación: 36335 | Sexo: F |

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1943 sept. 23 (Año / Mes / Día)

Fecha de Retiro: 2000 julio 28 (Año / Mes / Día)

Edad al Retirarse: 56 Años, 10 Meses, 6 Días

Servicios Acreditados: 29 Años, 1 Meses, — Sem., 2½ Días

Costo Anualidad: $ 29,022.76

Fecha de Efectividad: 2000 julio 29 (Año / Mes / Día)

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha: 2/ma/01
Iniciales: AEP

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,783.60          933.84
X  018%   X   29 años, 1mes y 2 días
  (Por ciento)         (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

   ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

   ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |   |
|---|---|---|---|---|
| $ 403.86 | $ | $ | $ | 403.86 |

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,337.70 |
| Renta Anual Vitalicia | 16,052.40 |

Computado: Celia Rodríguez Rivera    26 mayo 01
Cotejado: Julio C. Ortiz    26 marzo 01
Recomendado: Gloria E. Navas Pérez    27-3-01
Directora Área Servicios de Retiro
Aprobado: 4 abril 2001    Irma A. Giménez López
Secretaria Ejecutiva

mrm

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

14 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | DINAH E. CARDONA ORTIZ |
| Seguro Social | : | REDACTED1001 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $1,875.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 28 de julio de 2000 |
| Renunció | : | N/A |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 5 meses y .50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 10/17/1966. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.