**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**



**CLAUDIO BURGOS MALDONADO**
Reclamante

**VS**

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

como representante de
**ESTADO LIBRE ASOCIADO DE PUERTO RICO** y otros deudores

**PROMESA,**
**Título III**

Núm. **17 BK 3283-LTS**

La presente radicación esta relacionada con el ELA, la ACT y el SRE.

**Número de Reclamo (Claim #) 6531**

**REPLICA A**

***"NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED"***

**AL HONORABLE TRIBUNAL:**

**COMPARECE** ante el Honorable Tribunal el señor Claudio Burgos Maldonado, parte reclamante quien, por derecho propio, muy respetuosamente, **REPLICA** lo siguiente:

1.      Mi nombre es Claudio Burgos Maldonado y mi dirección es Bo. Montesoria II, 154 Calle Marlin, Aguirre, Puerto Rico, 00704. Mi teléfono es (939) 339-4000. Dirección de correo electrónico: srcburgos3@gmail.com. Comparezco por derecho propio, no teniendo abogado o abogada o representante designado.  Agradezco que toda notificación sea enviada a la dirección antes mencionada.

2.      Fui notificado de la objeción global noventa y siete presentada por los demandados o los deudores.  En la misma se me indica que la reclamación presentada el 6 de abril de 2018 (*exhibit 1*) es una deficiente y cito: *"Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for*

*asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.*" Bajo el caso número **17 BK 3283-LTS**.

3.   Respetuosamente me opongo basado en los siguientes fundamentos:

   a) Fui cesanteado el 4 de diciembre de 2009 al amparo de las disposiciones de la Ley 7-2009. Oportunamente se presentó mi reclamo administrativo, toda vez que el cargo que ocupaba estaba exento de ley antes citada y el 13 de diciembre de 2012 se determinó mi reinstalación en el empleo y el pago del dinero que dejé de percibir desde la fecha de la cesantía. (*Laudo de Arbitraje L-12-235 de la CASP*).

   b) El 12 de julio de 2013, el Tribunal de Primera Instancia, Sala Superior de San Juan, en el caso KAC2013-0030, emitió sentencia en la que confirmó el laudo de arbitraje obrero patronal L-12-235 mediante el cual se dejó sin efecto mi cesantía, en virtud de la ley 7-2009 y se ordenó la reinstalación en el puesto que ocupaba en el Departamento de Recursos Naturales y Ambientales y el pago de los salarios dejados de recibir.

   c) El 31 de octubre de 2013, se dictó sentencia confirmándose la sentencia del Tribunal de Primera Instancia antes descrita, luego de haberse recurrido en *certiorari* ante el Tribunal de Apelaciones, caso número KLCE201301109. Se aneja la sentencia del Tribunal de Apelaciones. (*Exhibit 2*).

4.   Ante la orden del Tribunal Apelativo confirmando la sentencia del Tribunal de Primera Instancia, fui reinstalado a mi empleo. Se adjunta carta del ELA, Departamento de Recursos Naturales y Ambientales fechada el 26 de junio de 2015, la que además de la reinstalación, hace referencia al pago retroactivo de salario correspondiente al período del 9 de enero de 2010 hasta la fecha de reinstalación. (*Exhibit 3*). A la fecha de hoy, el demandado ELA me adeuda $79, 581.55l, cantidad reclamada por salarios dejados de percibir. Mi reclamación es la 6531. *(Date filed: 4/9/2018; Case number: 17 BK 03283-LTS Commonwealth of Puerto Rico; Creditor Data Details-Claim #6531; Asserted Claim Amount $ 79,581.55). (Exhibit 4.)*

5.   Presento mediante esta replica, mi petición de los salarios aun no pagados por $79, 581.55., luego de acreditar la validez y la procedencia en derecho de mi reclamo y los documentos que lo acreditan.

**ANTE LO ANTERIOR**, solicito respetuosamente que sea considerado este escrito de réplica, declarándose con lugar, sea atendido mi reclamo número 6531 y así se me conceda el pago de este, con cualquier otra concesión que proceda según mi reclamo.

**RESPETUOSAMENTE SOMETIDO.**

**CERTIFICO** que se ha remitido el original de este escrito y sus anejos mediante entrega personal a Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos Room 150 Federal Building San Juan PR 00918-1767; Por correo postal certificado al Abogado de la Junta de Supervisión (Counsel for the Oversight Board) Proskauer Rose LLP Eleven Times Square Nueva York, Nueva York 10036-8299 A/A: Martin J. Bienenstock Brian S. Rosen; Por correo postal certificado al Abogado del Comité de Acreedores (Counsel for the Creditors' Committee) Paul Hastings LLP 200 Park Avenue Nueva York, Nueva York 10166 A/A: Luc A. Despins James Bliss James Worthington G. Alexander Bongartz.

En _Caguas_, Puerto Rico a 13 de enero de 2020.

**CLAUDIO BURGOS MALDONADO**
**CLAIM #6531**
Bo. Montesoria II, 154 Calle Marlin
Aguirre, P.R. 00704
Teléfono (939) 339-4000
srcburgos3@gmail.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación) | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 631950

EPOC ID: 170323301189809

RECEIVED

APR 09 2019

PRIME CLERK LLC

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D -- Obligaciones Comerciales como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá para siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   CLAUDIO BURGOS MALDONADO

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor

**Claim Number: 6531**

Proof of Claim          170323301189809          page 1

*Exhibit #1*

**2. Has this claim been acquired from someone else?**

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

¿Esta reclamación se ha adquirido de otra persona?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

| Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| CLAUDIO BURGOS MALDONADO<br>BO MONTESORIA II<br>154 CALLE MARLIN<br>AGUIRRE PR 00704 | Name / Nombre _____<br><br>Number / Número   Street / Calle _____<br><br>City / Ciudad   State / Estado   ZIP Code / Código postal |
| Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| Contact email / Correo electrónico de contacto<br>SRCBurgos3@gmail.com | Contact email / Correo electrónico de contacto |

**4. Does this claim amend one already filed?**

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

¿Esta reclamación es una enmienda de otra presentada anteriormente?

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

**Part 2 / Parte 2:**  **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

☐ No / No
☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

ESTADO LIBRE ASOCIADO: DEPARTAMENTO RECURSOS NATURALES

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

**7. Do you supply goods and / or services to the government?**

☐ No / No
☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato:  EMPLEADO

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

¿Proporciona bienes y / o servicios al gobierno?

Modified Official Form 410                    Proof of Claim                              page 2

**8. How much is the claim?** $ *79,581.55*      **Does this amount include interest or other charges?**

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales o homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*RECLAMACION LABORAL Destitución*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:

☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded).

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:      $_____

Amount of the claim that is secured /
Importe de la reclamación que esté garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no esté garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%

☐ Fixed / Fija

☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.

Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410        Proof of Claim        page 3

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
SI. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____

Si. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

## Part 3 / Parte 3:  Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file the claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  8-6-18  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410        Proof of Claim        page 4






Claudio Burgos
Montesoriah
154 Calle Marlin
Aguirre PR 00704

CERTIFIED MAIL

7016 1370 0002 0776 8276

U.S. POSTAGE
PAID
AGUIRRE PR
00704
APR 06, 18
AMOUNT
$6.70
R2308M144670-03

RECEIVED
APR 0 9 2018
PRIME CLERK LLC

Commonwealth of Puerto Rico
Claims Processing Center
C/o Prime Clerk LLC
850 Third Ave Suite 412
Brooklyn NY 11232

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
REGIÓN JUDICIAL DE SAN JUAN Y GUAYAMA
PANEL IV

| | | |
|---|---|---|
| DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES<br><br>Peticionario<br><br>Vs<br><br>SERVIDORES PUBLICOS UNIDOS DE PUERTO RICO<br><br>Recurrido | KLCE201301109 | *Certiorari* procedente del Tribunal de Primera Instancia, Región Judicial de San Juan.<br><br>Número: K AC2013-0030<br><br>Sobre: Impugnación de Laudo |

Panel integrado por su presidenta, la Juez Fraticelli Torres, la Juez Ortiz Flores y el Juez Ramos Torres.

Ortiz Flores, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a *31* de octubre de 2013.

Comparece el Departamento de Recursos Naturales y Ambientales (DRNA) mediante recurso de *certiorari* y nos solicita que dejemos sin efecto una Sentencia emitida y notificada el 12 de julio de 2013 por el Tribunal de Primera Instancia, Sala Superior de San Juan (TPI) en el caso Civil Número K AC2013-0030, que confirmó el laudo de arbitraje obrero-patronal emitido a favor de Servidores Públicos Unidos de Puerto Rico (Servidores) mediante el cual se dejó sin efecto la cesantía del señor Claudio Burgos (Sr. Burgos) en virtud de la Ley 7-2009 y se ordenó la reinstalación en el puesto que ocupaba en el DRNA y el pago de los haberes dejados de percibir.

Adelantamos que se expide el auto de *certiorari* y se confirma la Sentencia recurrida.

Exhibit # 2

KLCE201301109

2

I

Esta controversia tiene su génesis en una carta de cesantía que recibió el Sr. Burgos el 4 de diciembre de 2009.[1] La cesantía se anunció al amparo de las disposiciones de la Ley 7-2009 y también se le informó al Sr. Burgos sobre su derecho a revisar dicha determinación por la vía administrativa.[2]

El 17 de diciembre de 2009, Servidores presentó una *Apelación* y solicitud de arbitraje ante la Comisión de Relaciones del Trabajo y del Servicio Público, hoy Comisión Apelativa del Servicio Público (CASP).[3] Luego de varios incidentes procesales, se celebró la vista administrativa en sus méritos los días 24 de febrero, 27 de abril y 20 de agosto de 2012.[4] Se presentó el testimonio del Sr. Burgos y de la Sra. Carmen L. González Sifonte, Directora de la División de Santuarios y Estuarios Marinos del Negociado de Costas, Reservas y Refugios, adscrita al DRNA.[5]

Servidores reclamó que el puesto del Sr. Burgos está exento de las disposiciones de la Ley 7-2009 porque fue sufragado por fondos federales y que la concesión y recibo de fondos federales al programa de la Reserva Nacional de Investigación de la Bahía Jobos está condicionado a la retención del puesto del Sr. Burgos.[6] Por otro lado, la posición de la agencia es que el Sr. Burgos fue debidamente cesanteado conforme a las disposiciones de la Ley 7-2009.[7] El DRNA precisó su posición por escrito mediante *Alegato* del 13 de septiembre de 2012.[8] Servidores hizo lo propio el 14 de septiembre de 2012.[9] El laudo de arbitraje fue emitido el 13 de diciembre de 2012.[10]

---

[1] Apéndice del recurso, pág. 104.
[2] *Id.*
[3] Apéndice del recurso, págs. 80-81.
[4] Apéndice del recurso, pág. 60, párrafo 2.
[5] Apéndice del recurso, pág. 60, párrafo 3.
[6] Apéndice del recurso, pág. 60-61.
[7] Apéndice del recurso, pág. 61.
[8] Apéndice del recurso, págs. 82-94.

KLCE201301109

3

El DRNA presentó *Recurso de Revisión Judicial de Laudo* el 10 de enero de 2013 y Servidores presentó *Oposición a Recurso de Revisión Judicial de Laudo* el 20 de febrero de 2013.[11] Luego de considerar los planteamientos de las partes, el TPI dictó *Sentencia* que confirmó el laudo de arbitraje.[12]

Inconforme, el DRNA presentó *Moción de Reconsideración* el 9 de agosto de 2013 y Servidores presentó su *Oposición a Moción de Reconsideración* el 9 de agosto de 2013.[13] EL TPI declaró *No Ha Lugar* la solicitud de reconsideración.[14]

Así las cosas, el DRNA compareció ante nosotros con el siguiente señalamiento de error:

ERRÓ EL TRIBUNAL DE PRIMERA INSTANCIA AL CONFIRMAR EL LAUDO DE ARBITRAJE EMITIDO POR EL ÁRBITRO SERGIO DOMÍNGUEZ VÁZQUEZ Y, CONSECUENTEMENTE, ORDENAR LA REINSTALACIÓN DEL SEÑOR BURGOS AL PUESTO DE CARRERA QUE OCUPABA EN EL DRNA, A PESAR QUE DICHO ÁRBITRO SE EXCEDIÓ EN SU INTERPRETACIÓN DE LA LEY NÚM. 7 Y APLICÓ INCORRECTAMENTE EL DERECHO AL DETERMINAR QUE QUEDÓ DEMOSTRADO QUE LA CONCESIÓN Y RECIBO DE LOS FONDOS FEDERALES DEL PROGRAMA "RESERVA NACIONAL DE INVESTIGACIÓN ESTURIANA DE BAHÍA DE JOBOS" EN EL QUE SE DESEMPEÑABA DEPENDÍA DE LA RETENCIÓN DE ESE EMPLEADO PARTICULAR Y QUE, POR TANTO, ÉSTE DEBÍA ESTAR EXCLUÍDO DEL PLAN DE CESANTÍA DE LA LEY NÚM. 7.

II

A.   RECURSO DE CERTIORARI

La revisión apelativa de una sentencia final del Tribunal de Primera Instancia sobre la impugnación de un laudo arbitral del Negociado de Conciliación y Arbitraje, el remedio disponible es el recurso de *certiorari* ante el

---

[9] Apéndice del recurso, págs. 95-103.
[10] Apéndice del recurso, págs. 59-79.
[11] Apéndice del recurso, págs. 43-57 y págs. 29-42.
[12] Apéndice del recurso, págs. 19-28.
[13] Apéndice del recurso, págs. 6-18 y págs. 3-5
[14] Apéndice del recurso, pág. 2.

KLCE201301109

4

Tribunal de Apelaciones. *Hospital del Maestro v. Unión de Trabajadores de la Salud*, 151 D.P.R. 934, 942 (2000).

El auto de *certiorari* es un remedio procesal discrecional que permite a un tribunal de mayor jerarquía revisar las determinaciones de un tribunal inferior. *Pueblo v. Díaz de León*, 176 D.P.R. 913, 917 (2009). La Regla 40 del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R.40, enumera los criterios que dicho foro deberá considerar para emitir su decisión de atender o no las controversias que le son planteadas mediante el recurso de *certiorari*, como sigue:

> (A) Si el remedio y la disposición de la decisión recurrida, a diferencia de sus fundamentos, son contrarios a derecho.
>
> (B) Si la situación de hechos planteada es la más indicada para el análisis del problema.
>
> (C) Si ha mediado prejuicio, parcialidad o error craso y manifiesto en la apreciación de la prueba por el Tribunal de Primera Instancia.
>
> (D) Si el asunto planteado exige consideración más detenida a la luz de los autos originales, los cuales deberán ser elevados, o de alegatos más elaborados.
>
> (E) Si la etapa del procedimiento en que se presenta el caso es la más propicia para su consideración.
>
> (F) Si la expedición del auto o de la orden de mostrar causa no causa un fraccionamiento indebido del pleito y una dilación indeseable en la solución final del litigio.
>
> (G) Si la expedición del auto o de la orden de mostrar causa evita un fracaso de la justicia.

Los foros apelativos deben abstenerse de intervenir con las determinaciones de los tribunales de instancia cuando estén enmarcadas en el ejercicio de la discreción, salvo que se demuestre que hubo un craso abuso de discreción, o que el tribunal actuó con prejuicio o parcialidad, o que se equivocó en la interpretación o aplicación de cualquier norma procesal o de derecho

KLCE201301109

5

sustantivo, y que la intervención en esa etapa evitará un perjuicio sustancial. *Lluch v. España Service Sta.*, 117 D.P.R. 729, 745-746 (1986).

## B. REVISIÓN DE LAUDOS DE ARBITRAJE

Mediante el arbitraje las partes en disputa someten y presentan su caso ante un tercero neutral que está investido con la facultad de rendir una decisión.[15] Recientemente, el Tribunal Supremo reiteró que, en el ámbito laboral, el arbitraje surge como parte del proceso de negociación colectiva el cual tiene como fin la confección de un Convenio Colectivo. Así las cosas, es norma reiterada que cuando en virtud de Convenio Colectivo se establece someter a arbitraje determinadas controversias que puedan surgir entre el patrono y los empleados, se crea un "foro alterno" a los tribunales.[16] La política a favor del arbitraje obrero patronal en estos casos es cristalina: "[el arbitraje] es un medio más apropiado que los tribunales de justicia a la hora de resolver disputas que surjan de la relación contractual entre las partes, ya que es menos técnico, más flexible y menos oneroso".[17]

En cuanto a la revisión judicial de los laudos de arbitraje, las determinaciones de los árbitros gozan de gran deferencia.[18] Consistente con dicho estándar de revisión judicial, el Tribunal Supremo de Puerto Rico ha expresado que los tribunales no deben considerar los méritos de un laudo y la revisión "se 'limitará a las instancias en las que quede demostrada la existencia de fraude, conducta impropia del árbitro, falta del debido proceso de ley, ausencia de jurisdicción, omisión de resolver todas las

---

[15] *Aut. Puertos v. HEO*, 186 D.P.R. 417, 424 (2012), citando a D. Fernández Quiñones, *El Arbitraje Obrero-patronal*, Colombia, Ed. Forum, 2000, pág. 9.
[16] *Aut. Puertos v. HEO, supra*, citando con aprobación a *HIETel v. PRTC*, 182 D.P.R. 451, 456 (2011) y *Condado Plaza v. Asoc. Emp. Casinos P.R.*, 149 D.P.R. 347, 352 (1999).
[17] *HIETel v. PRTC*, 182 D.P.R. 451, 456 (2011).
[18] *Aut. Puertos v. HEO, supra*, págs. 426-427, citando con aprobación a: *Condado Plaza v. Asoc. Emp. Casinos*, 149 D.P.R. 347, 352 (1999); *J.R.T. v. Junta Adm. Muelle Mun. de Ponce*, 122 D.P.R. 318 (1988).

KLCE201301109

6

cuestiones en disputa o que el laudo sea contrario a la política pública'." [19]
Como excepción a esta norma, si las partes han pactado que se resolverá
conforme a derecho, "los tribunales podrán corregir errores jurídicos en
referencia al derecho aplicable".[20]

### C. LEY NÚM. 7 DE 9 DE MARZO DE 2009

La Ley 7-2009, conocida como Ley Especial Declarando Estado de
Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para
Salvar el Crédito de Puerto Rico, 3 L.P.R.A. sec. 8791 *et seq.*, tuvo el propósito
principal de estabilizar las finanzas y proteger el crédito del Gobierno de Puerto
Rico mediante un plan balanceado de reducción de gastos, aumentos de
ingresos, mejor fiscalización y medidas financieras de reducción de gastos, para
evitar impactos adversos en el Fondo General por la precariedad fiscal de
algunas corporaciones públicas y municipios.

El Tribunal Supremo de Puerto Rico resolvió que la Ley 7-2009 no violaba
las disposiciones constitucionales del debido proceso de ley y que la actuación
de la Asamblea Legislativa claramente se sostenía ante un análisis jurídico de
escrutinio racional. *Domínguez Castro et. al. v. E.L.A.* I, 178 D.P.R. 1 (2010).

### III

En el caso ante nuestra consideración, la controversia esencial gira en
torno a si la Fase II de cesantías bajo la Ley 7-2009 aplica al puesto del Sr.
Burgos. El Art. 37.02 de la Ley 7-2009 dispone, en lo aquí pertinente, que la
Fase II de cesantías no aplica a aquellos puestos en Agencias que son
sufragados con fondos federales y cuyo programa condiciona la concesión y

---

[19] *Aut. Puertos v. HEO, supra,* pág. 427, citando con aprobación a: *C.O.P.R. v. S.P.U.,* 181
D.P.R. 299, 328 (2011); A. Acevedo Colom, *Legislación de Relaciones del Trabajo Comentada,*
[S. Ed.], San Juan, 2007, pág. 271.
[20] *Aut. Puertos v. HEO, supra,* pág. 427 (2012), citando con aprobación a *Condado Plaza v.
Asoc. Emp. Casinos P.R.,* 149 D.P.R. 347, 353 (1999).

KLCE201301109

7

recibo de fondos federales a retener tales puestos. No está en controversia que el Sr. Burgos devengaba el 100% de su salario de fondos federales.[21] La controversia es en torno a si el recibo de fondos federales del programa de la Reserva Nacional de Investigación de la Bahía Jobos está condicionado a la retención del puesto Operador de Embarcaciones que ocupaba el Sr. Burgos.

Como expresamos, este tribunal está impedido de considerar los méritos de un laudo y nuestra revisión se limita a las instancias en las que quede demostrada la existencia de fraude, conducta impropia del árbitro, falta del debido proceso de ley, ausencia de jurisdicción, omisión de resolver todas las cuestiones en disputa o que el laudo sea contrario a la política pública. *Aut. Puertos v. HEO*, 186 D.P.R. 417 (2012), citando con aprobación a: *C.O.P.R. v. S.P.U.*, 181 D.P.R. 299, 328 (2011) y A. Acevedo Colom, *Legislación de Relaciones del Trabajo Comentada*, [S. Ed.], San Juan, 2007, pág. 271. Ninguno de esas circunstancias que permiten nuestra revisión judicial está presente, por lo que estamos impedidos de ejercer cualquier otra función revisora.   Sin embargo, discutimos brevemente el cumplimiento con el debido proceso de ley en el procedimiento administrativo.

El recurso de revisión está fundamentado en la prueba oral y documental que obra en el expediente, por lo que no existe violación de debido proceso de ley. Estamos ante un escenario donde la controversia esencial requería de unas determinaciones de hecho particulares. La balanza se inclinó hacia una determinación en torno a que el puesto de Operador de Embarcaciones **era vital para el buen funcionamiento del programa de la Reserva Nacional de Investigación de la Bahía Jobos**. Por tanto, la cesantía del Sr. Burgos no fue justificada.

---

[21] Apéndice del recurso, pág. 68; Recurso de Apelación, pág. 5.

KLCE201301109

8

La conclusión del Árbitro, confirmada por el TPI, se apoya en prueba testifical y documental que incluye expresiones de las agencias administrativas federales.[22] Se destaca, además, que las funciones que realizaba el Sr. Burgos no se eliminaron, sino que otro empleado continúo las tareas dejadas de ejercer por el Sr. Burgos,[23] lo que tiende a establecer que las funciones del puesto eran indispensables y que contribuían a la estabilidad y continuidad del programa. La determinación del Árbitro se fundamentó, además, en los Planes de Manejo del Programa que resaltan la relevancia de las funciones del puesto del Sr. Burgos para la continuidad del programa.[24] No cabe hablar de conducta constitutiva de violación al debido proceso de ley, ni hay indicios de fraude, conducta impropia del árbitro o ausencia de jurisdicción sobre la persona o materia.

Resolvemos que el TPI actuó conforme a derecho y no incurrió en craso abuso de discreción, ni actuó con prejuicio o parcialidad, por lo que confirmamos la *Sentencia* recurrida.

## IV

Por los fundamentos arriba esbozados, se expide el auto de *certiorari* y se confirma la *Sentencia* recurrida.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones. El Juez Ramos Torres concurre con el resultado de la ponencia mayoritaria pues entiende que debe confirmarse la determinación recurrida. No obstante, el argumento que más me persuade en favor de la confirmación es el hecho de que la situación que plantea este caso no es la que procura corregir la Ley 7, ya citada, pues los fondos que cubren el salario de este empleado en particular los provee el Gobierno Federal, por lo tanto su permanencia en el

---

[22] Apéndice del recurso, págs. 64-73, 108-184, 195-197.
[23] Apéndice del recurso, pág. 73 (testimonio de la Directora de la División de Santuarios y Estuarios Marinos del Negociado de Costas, Reservas y Refugios del DRNA).
[24] Apéndice del recurso, págs. 185-194.

KLCE201301109

9

empleo no afecta de modo alguno el Fondo General ni las economías que pretende lograr esta ley. Tanto es así que, luego de su despido, otro empleado ocupo su puesto, pues es necesario para la implantación de las políticas ecologías del Gobierno Federal. Por estos fundamentos, concurro con la ponencia mayoritaria.

Mildred Ivonne Rodríguez Rivera
Sub Secretaria del Tribunal de Apelaciones
**Dimarie Alicea Lozada**
Secretaria del Tribunal de Apelaciones



**ESTADO LIBRE ASOCIADO DE**
**PUERTO RICO**
Departamento de Recursos Naturales
y Ambientales

26 de junio de 2015

Sr. Claudio Burgos Maldonado
Montesoria II
154 Calle Marlin
Aguirre, PR  00704

Estimado señor Burgos:

Le notificamos que efectivo al 1 de julio de 2015, usted será reinstalado a su puesto
1731 de Operador de Embarcaciones, adscrito al Negociado de Costas, Reservas
Naturales y Santuarios, División de Santuarios Marinos y Estuarios, Reserva Nacional de
Investigación Estuarina Bahía de Jobos.  Esto conforme al Laudo Núm. L-12-235 del
13 de diciembre 2012, emitido por la Comisión Apelativa del Servicio Público en el Caso
Núm. PAC-09-12150.  Su sueldo a partir de esa fecha será de $2,169.30 mensual y un
diferencial de $199.00 mensual.

Con relación al pago retroactivo por el periodo del 9 de enero de 2010 hasta la fecha de
su reinstalación, el mismo se efectuará cuando sea aprobado por la Oficina de Gerencia
y Presupuesto y el Departamento de Justicia.

Cordialmente,

Carmen R. Guerrero Pérez
Secretaria

ADC/MTB/AOP/adc

Exhibit #3

*Exhibit # 4 Pagos retroactivos recibidos* (handwritten, left margin)

---

**Pay Stub 1** (handwritten date: Jul, Ago 2010)

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 06620215 |
|---|---|---|---|
| Desde: | 10/16/2015 | | |
| Hasta: | 10/31/2015 | Fecha: | 10/05/2015 |

| CLAUDIO BURGOS MALDONADO | # Empleado: XXXXX4375 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| BO. MONTESIORIA II # 154 | Depe: 133080-Area de Recursos Viviense | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: Johanser Guayama | Concexiones: | 0 | 0 |
| AGUIRRE PR 00704 | Titulo: Operador de Embarcaciones | Pct. Adcl.: | | |
| SS: XXX-XX-4375 | Sueldo: $2,169.30 Monthly | Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,922.24 | 577.50 | 22,738.43 | Fed MED/EE | 54.87 | 339.10 |
| Diferencial Temporero | | | 0.00 | | 696.50 | Fed OASDI/EE | 243.18 | 1,452.97 |
| | | | | | | PR Withholding | 274.56 | 1,257.98 |

| Total: | | | 3,922.24 | 577.50 | 23,434.93 | Total: | 574.61 | 3,050.75 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 324.57 | 1,253.34 | OS-SERV PUBLICOS UNIDOS PR 0089.22 | 227.40 | | GPR Plan de Retiro | 363.79 | 1,404.79 |
| GPR Retiro Hibrido | 0.00 | 759.29 | Ahorros-AEELA | 117.67 | 682.16 | PSED Disability Plan | 176.50 | 1,054.59 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 19.00 | GPR Retiro Hibrido | 0.00 | 1,083.81 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 7.63 | | | |

| Total: | 324.57 | 2,012.63 | Total: | 156.89 | 936.19 | * Tributable | | |

| Corriente: | 3,922.24 | | | | 574.61 | | 481.46 | 2,866.17 |
| Acumulado: | 23,434.93 | | | | 3,050.75 | | 2,948.82 | 17,435.36 |

| | | Cheque #06620215 | 2,866.17 |
|---|---|---|---|
| Balance Inicial: | 0.0 | | |
| + Acumulado: | | Total: | 2,866.17 |
| - Utilizado: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

**Pay Stub 2** (handwritten date: May, jun 2010)

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 06620217 |
|---|---|---|---|
| Desde: | 10/16/2015 | | |
| Hasta: | 10/31/2015 | Fecha: | 10/05/2015 |

| CLAUDIO BURGOS MALDONADO | # Empleado: XXXXX4375 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| BO. MONTESIORIA II # 154 | Depe: 133080-Area de Recursos Viviense | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: Johanser Guayama | Concexiones: | 0 | 0 |
| AGUIRRE PR 00704 | Titulo: Operador de Embarcaciones | Pct. Adcl.: | | |
| SS: XXX-XX-4375 | Sueldo: $2,169.30 Monthly | Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,922.24 | 577.50 | 22,738.43 | Fed MED/EE | 56.87 | 339.10 |
| Diferencial Temporero | | | 0.00 | | 696.50 | Fed OASDI/EE | 243.18 | 1,452.97 |
| | | | | | | PR Withholding | 274.56 | 1,257.98 |

| Total: | | | 3,922.24 | 577.50 | 23,434.93 | Total: | 574.61 | 3,050.75 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 324.57 | 1,253.34 | OS-SERV PUBLICOS UNIDOS PR 0089.22 | 227.40 | | GPR Plan de Retiro | 363.79 | 1,404.79 |
| GPR Retiro Hibrido | 0.00 | 759.29 | Ahorros-AEELA | 117.67 | 682.16 | PSED Disability Plan | 176.50 | 1,054.59 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 19.00 | GPR Retiro Hibrido | 0.00 | 1,083.81 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 7.63 | | | |

| Total: | 324.57 | 2,012.63 | Total: | 156.89 | 936.19 | * Tributable | | |

| Corriente: | 3,922.24 | | | | 574.61 | | 481.46 | 2,866.17 |
| Acumulado: | 23,434.93 | | | | 3,050.75 | | 2,948.82 | 17,435.36 |

| | | Cheque #06620217 | 2,866.17 |
|---|---|---|---|
| Balance Inicial: | 0.0 | | |
| + Acumulado: | | Total: | 2,866.17 |
| - Utilizado: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

*Diferencial*

## Estado Libre Asociado de Puerto Rico
133 - Dept. Recursos Naturales y Amb

| | | | Grupo de Pago: | SM -Quincenal | | # Cheque: | 06626158 |
|---|---|---|---|---|---|---|---|
| | | | Desde: | 11/01/2015 | | | |
| | | | Hasta: | 11/15/2015 | | Fecha: | 10/16/2015 |

| CLAUDIO BURGOS MALDONADO | # Empleado: XXXXX4375 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| BO. MONTESORIA II # 154 | Dept: 133080-Area de Recursos Vivientes | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: Jobaneer Guayama | Concesiones: | 0 | 0 |
| AGUIRRE PR 00704 | Titulo: Operador de Embarcaciones | Pnt. Add.: | | |
| SS:  XXX-XX-4375 | Sueldo: $2,169.30 Monthly | Cant. Add.: | | |

| | | ----- Corriente ----- | | ----- Acumulado ----- | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Diferencial Temporero | | | 398.00 | | 2,432.39 | Fed MED/EE | 5.77 | 396.43 |
| Pago de Salarios Regulares | | | 0.00 | 735.00 | 24,907.73 | Fed OASDI/EE | 24.68 | 1,695.09 |
| | | | | | | PR Withholding | 27.86 | 1,422.06 |

| Total: | | | 398.00 | 735.00 | 27,340.12 | Total: | 58.31 | 3,513.58 |
|---|---|---|---|---|---|---|---|---|

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 976.23 | SI-Seg Incap. Obligatorio | 0.00 | 24.42 | FSED Disability Plan | 17.91 | 1,220.33 |
| GPR Plan de Retiro | 0.00 | 1,253.34 | DM-GOB SEG SOC CHOFERES | 0.00 | 9.81 | GPR Retiro Hibrido | 0.00 | 1,393.47 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 249.10 | GPR Plan de Retiro | 0.00 | 1,404.79 |
| | | | Ahorros-AEELA | 0.00 | 747.24 | | | |

| Total: | 0.00 | 2,229.57 | Total: | 0.00 | 1,030.57 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

| Corriente: | 398.00 | | | | 58.31 | | 0.00 | 339.69 |
|---|---|---|---|---|---|---|---|---|
| Acumulado: | 27,340.12 | | | | 3,513.58 | | 3,260.14 | 20,566.40 |

| Cheque #06626158 | 339.69 |
|---|---|

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| Total: | 339.69 |
|---|---|

MENSAJE:

---

*Regulares*

## Estado Libre Asociado de Puerto Rico
133 - Dept. Recursos Naturales y Amb    *Interno: 2010*

| | | | Grupo de Pago: | SM -Quincenal | | # Cheque: | 06620216 |
|---|---|---|---|---|---|---|---|
| | | | Desde: | 10/16/2015 | | | |
| | | | Hasta: | 10/31/2015 | | Fecha: | 10/05/2015 |

| CLAUDIO BURGOS MALDONADO | # Empleado: XXXXX4375 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| BO. MONTESORIA II # 154 | Dept: 133080-Area de Recursos Vivientes | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: Jobaneer Guayama | Concesiones: | 0 | 0 |
| AGUIRRE PR 00704 | Titulo: Operador de Embarcaciones | Pnt. Add.: | | |
| SS:  XXX-XX-4375 | Sueldo: $2,169.30 Monthly | Cant. Add.: | | |

| | | ----- Corriente ----- | | ----- Acumulado ----- | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 3,922.24 | 577.50 | 22,728.43 | Fed MED/EE | 56.87 | 339.80 |
| Diferencial Temporero | | | 0.00 | | 696.50 | Fed OASDI/EE | 243.18 | 1,452.97 |
| | | | | | | PR Withholding | 274.56 | 1,257.98 |

| Total: | | | 3,922.24 | 577.50 | 23,434.93 | Total: | 574.61 | 3,050.75 |
|---|---|---|---|---|---|---|---|---|

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 324.57 | 1,253.34 | OS-SERV PUBLICOS UNIDOS PR 0099.22 | | 227.40 | GPR Plan de Retiro | 363.79 | 1,404.79 |
| GPR Retiro Hibrido | 0.00 | 799.29 | Ahorros-AEELA | 117.67 | 682.16 | FSED Disability Plan | 176.30 | 1,054.50 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 19.00 | GPR Retiro Hibrido | 0.00 | 1,083.81 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 7.63 | | | |

| Total: | 324.57 | 2,052.63 | Total: | 156.89 | 936.19 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

| Corriente: | 3,922.24 | | | | 574.61 | | 481.46 | 2,866.17 |
|---|---|---|---|---|---|---|---|---|
| Acumulado: | 23,434.93 | | | | 3,050.75 | | 2,041.82 | 17,435.36 |

| Cheque #06620216 | 2,866.17 |
|---|---|

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |

| Total: | 2,866.17 |
|---|---|

*Diferencias* (handwritten)

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal |
|---|---|
| Desde: | 11/01/2015 |
| Hasta: | 11/15/2015 |

# Cheque: 06626137
Fecha: 10/16/2015

| CLAUDIO BURGOS MALDONADO | # Empleado: XXXXX4375 | DATA IMP: Federal PR |
|---|---|---|
| BO. MONTESORIA II # 154 | Dept: 13308O-Area de Recursos Vivientes | Estado Civil: Married Single |
| CALLE MARLIN | Oficina: Jobaner Guayana | Concesiones: 0 0 |
| AGUIRRE PR 00704 | Titulo: Operador de Embarcaciones | Pct. Adcl.: |
| SS: XXX-XX-4375 | Sueldo: $2,169.30 Monthly | Cant. Adcl.: |

**HORAS / INGRESOS** / **DEDUCCIONES** / **IMPUESTOS**

| | | Corriente | | Acumulado | | | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | | |
| Diferencial Temporero | | | 342.89 | | 2,432.39 | Fed MED/EE | 4.97 | 396.43 |
| Pago de Salarios Regulares | | 0.00 | 735.00 | 24,907.73 | | Fed OASDI/EE | 21.26 | 1,695.09 |
| | | | | | | PR Withholding | 24.00 | 1,422.06 |

| Total: | | 342.89 | 735.00 | 27,340.12 | Total: | 50.23 | 3,513.58 |
|---|---|---|---|---|---|---|---|

**DEDUCCIONES** / **DEDUCCIONES GENERALES** / **APORTACION PATRONAL / PAGOS**

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 976.23 | SI-Seg Incap. Obligaterio | 0.00 | 24.42 | FSED Disability Plan | 15.43 | 1,230.33 |
| GPR Plan de Retiro | 0.00 | 1,253.34 | DM-GOB SEG SOC CHOFERES | 0.00 | 9.81 | GPR Retiro Hibrido | 0.00 | 1,393.47 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0090.00 | 0.00 | 249.10 | GPR Plan de Retiro | 0.00 | 1,404.79 |
| | | | Ahorros-AEELA | 0.00 | 747.24 | | | |

| Total: | 0.00 | 2,229.57 | Total: | 0.00 | 1,030.57 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

**TOTAL BRUTO** / **TOTAL DEDUCCIONES** / **NETO / PAGOS TOTALES** / **PAGO NETO**

| Corriente: | 342.89 | | 50.23 | | 0.00 | 292.66 |
|---|---|---|---|---|---|---|
| Acumulado: | 27,340.12 | | 3,513.58 | | 3,260.14 | 20,566.40 |

**LICENCIAS** | **DISTRIBUCION DE PAGO NETO**

| Balance Inicial: | 0.0 | Cheque #06626137 | 292.66 |
|---|---|---|---|
| + Acumulado: | | | |
| - Utilizado: | | Total: | 292.66 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

*Retroactivo* (handwritten)

**Estado Libre Asociado de Puerto Rico**    *ene, feb 2010* (handwritten)
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal |
|---|---|
| Desde: | 10/16/2015 |
| Hasta: | 10/31/2015 |

# Cheque: 06628215
Fecha: 10/05/2015

| CLAUDIO BURGOS MALDONADO | # Empleado: XXXXX4375 | DATA IMP: Federal PR |
|---|---|---|
| BO. MONTESORIA II # 154 | Dept: 13308O-Area de Recursos Vivientes | Estado Civil: Married Single |
| CALLE MARLIN | Oficina: Jobaner Guayana | Concesiones: 0 0 |
| AGUIRRE PR 00704 | Titulo: Operador de Embarcaciones | Pct. Adcl.: |
| SS: XXX-XX-4375 | Sueldo: $2,169.30 Monthly | Cant. Adcl.: |

**HORAS / INGRESOS** / **IMPUESTOS**

| | | Corriente | | Acumulado | | | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | | |
| Pago de Salarios Regulares | | | 3,379.16 | 577.50 | 22,738.43 | Fed MED/EE | 49.00 | 339.80 |
| Diferencial Temporero | | | 0.00 | | 696.50 | Fed OASDI/EE | 209.51 | 1,452.97 |
| | | | | | | PR Withholding | 236.55 | 1,257.98 |

| Total: | | 3,379.16 | 577.50 | 23,434.95 | Total: | 495.06 | 3,050.75 |
|---|---|---|---|---|---|---|---|

**DEDUCCIONES** / **DEDUCCIONES GENERALES** / **APORTACION PATRONAL / PAGOS**

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 270.63 | 1,253.34 | OS-SERV PUBLICOS UNIDOS PR 0083.79 | 227.40 | GPR Plan de Retiro | 313.42 | 1,404.79 |
| GPR Retiro Hibrido | 0.00 | 759.29 | Ahorros-AEELA | 101.37 | 682.16 | FSED Disability Plan | 152.06 | 1,256.09 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 19.00 | GPR Retiro Hibrido | 0.00 | 1,283.81 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 7.63 | | | |

| Total: | 270.63 | 2,012.63 | Total: | 135.16 | 936.19 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

**TOTAL BRUTO** / **TOTAL DEDUCCIONES** / **NETO / PAGOS TOTALES** / **PAGO NETO**

| Corriente: | 3,379.16 | | 495.06 | | 414.79 | 2,469.31 |
|---|---|---|---|---|---|---|
| Acumulado: | 23,434.95 | | 3,090.75 | | 2,948.82 | 17,435.36 |

**LICENCIAS** | **DISTRIBUCION DE PAGO NETO**

| Balance Inicial: | 0.0 | Cheque #06628215 | 2,469.31 |
|---|---|---|---|
| + Acumulado: | | | |
| - Utilizado: | | Total: | 2,469.31 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

## Diferencial

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2015 |
| Hasta: | 11/15/2015 |
| # Cheque: | 06626160 |
| Fecha: | 10/16/2015 |

CLAUDIO BURGOS MALDONADO
BO. MONTESORIA II # 154
CALLE MARLIN
AGUIRRE PR 03704
SS: XXX-XX-4375

| | |
|---|---|
| # Empleado: | XXXXX4375 |
| Depr: | 133080-Area de Recursos Viviendas |
| Oficina: | Johaner Guaynma |
| Titulo: | Operador de Embarcaciones |
| Sueldo: | $2,169.30 Monthly |

DATA IMP: Federal PR
Estado Civil: Married Single
Concesiones: 0 0
Pct. Adel.:
Cant. Adel.:

**Corriente / Acumulado**

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 398.00 | | 2,432.39 |
| Pago de Salarios Regulares | | | 0.00 | 735.00 | 24,907.73 |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 5.77 | 396.43 |
| Fed OASDI/EE | 24.68 | 1,695.09 |
| PR Withholding | 27.86 | 1,422.06 |

| Total: | | | 398.00 | 735.00 | 27,340.12 | Total: | | 58.31 | 3,513.58 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 976.23 | SI-Seg Incap. Obligatorio | 0.00 | 24.42 | FSED Disability Plan | 17.91 | 1,230.33 |
| GPR Plan de Retiro | 0.00 | 1,253.34 | DM-GOB SEG SOC CHOFERES | 0.00 | 9.81 | GPR Retiro Hibrido | 0.00 | 1,393.47 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 349.10 | GPR Plan de Retiro | 0.00 | 1,404.79 |
| | | | Ahorros-AEELA | 0.00 | 747.24 | | | |

| Total: | 0.00 | 2,229.57 | Total: | 0.00 | 1,030.57 | * Tributable | | | |

| Corriente: | 398.00 | | 58.31 | 0.00 | 339.69 |
| Acumulado: | 27,340.12 | | 3,513.58 | 3,260.14 | 20,566.40 |

Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

Cheque #06626160   339.69
Total:   339.69

MENSAJE:

---

## Diferencial

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2015 |
| Hasta: | 11/15/2015 |
| # Cheque: | 06626159 |
| Fecha: | 10/16/2015 |

CLAUDIO BURGOS MALDONADO
BO. MONTESORIA II # 154
CALLE MARLIN
AGUIRRE PR 03704
SS: XXX-XX-4375

| | |
|---|---|
| # Empleado: | XXXXX4375 |
| Depr: | 133080-Area de Recursos Viviendas |
| Oficina: | Johaner Guaynma |
| Titulo: | Operador de Embarcaciones |
| Sueldo: | $2,169.30 Monthly |

DATA IMP: Federal PR
Estado Civil: Married Single
Concesiones: 0 0

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 398.00 | | 2,432.39 |
| Pago de Salarios Regulares | | | 0.00 | 735.00 | 24,907.73 |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 5.77 | 396.43 |
| Fed OASDI/EE | 24.68 | 1,695.09 |
| PR Withholding | 27.86 | 1,422.06 |

| Total: | | | 398.00 | 735.00 | 27,340.12 | Total: | | 58.31 | 3,513.58 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 976.23 | SI-Seg Incap. Obligatorio | 0.00 | 24.42 | FSED Disability Plan | 17.91 | 1,230.33 |
| GPR Plan de Retiro | 0.00 | 1,253.34 | DM-GOB SEG SOC CHOFERES | 0.00 | 9.81 | GPR Retiro Hibrido | 0.00 | 1,393.47 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 349.10 | GPR Plan de Retiro | 0.00 | 1,404.79 |
| | | | Ahorros-AEELA | 0.00 | 747.24 | | | |

| Total: | 0.00 | 2,229.57 | Total: | 0.00 | 1,030.57 | * Tributable | | | |

| Corriente: | 398.00 | | 58.31 | 0.00 | 339.69 |
| Acumulado: | 27,340.12 | | 3,513.58 | 3,260.14 | 20,566.40 |

Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:

Cheque #06626159   339.69
Total:   339.69

$8,645.48$

## Estado Libre Asociado de Puerto Rico
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2016 |
| Hasta: | 01/31/2016 |

# Cheque: 04658604
Fecha: 01/15/2016

| | | |
|---|---|---|
| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 |
| BO. MONTESORIA II # 154 | Dept: | 133080-Area de Recursos Vivientes |
| CALLE MARLIN | Oficina: | Jobass  Guayama |
| AGUIRRE PR 00704 | Titulo: | Operador de Embarcaciones |
| SS:  XXX-XX-4375 | Sueldo: | $2,169.30 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pet. Adcl.: | | |
| Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente Ingresos | Horas Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|
| Diferencial Temporero | | 398.00 | 1,691.50 | Fed MED/EE | 5.77 | 276.43 |
| Bono de Navidad | | 0.00 | 600.00 | Fed OASDI/EE | 24.67 | 1,182.02 |
| Pago de Salarios Regulares | | 0.00   82.50 | 16,773.61 | PR Withholding | 27.86 | 1,237.93 |

| Total: | | 398.00   82.50 | 19,065.11 | Total: | 58.30 | 2,696.38 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 108.47 | SI-Seg Incap. Obligatorio | 0.00 | 2.71 | FSED Disaility Plan | 17.91 | 857.03 |
| GPR Plan de Retiro | 0.00 | 1,298.28 | DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 | GPR Retiro Hibrido | 0.00 | 154.83 |
| | | | OS-SERV PUBLICOS UNIDOS PR 009 | 0.00 | 167.73 | GPR Plan de Retiro | 0.00 | 1,455.16 |
| | | | Ahorros-AEELA | 0.00 | 503.22 | | | |

| Total: | 0.00 | 1,406.75 | Total: | 0.00 | 674.75 | * Tributable | | |

| | Corriente: | 398.00 | | 58.30 | | 0.00 | 339.70 |
|---|---|---|---|---|---|---|---|
| | Acumulado: | 19,065.11 | | 2,696.38 | | 2,081.50 | 14,287.23 |

| Cheque #06658604 | 339.70 |
|---|---|
| Total: | 339.70 |

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

## Estado Libre Asociado de Puerto Rico
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2016 |
| Hasta: | 01/31/2016 |

# Cheque: 06658598
Fecha: 01/15/2016

| | | |
|---|---|---|
| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 |
| BO. MONTESORIA II # 154 | Dept: | 133080-Area de Recursos Vivientes |
| CALLE MARLIN | Oficina: | Jobasss  Guayama |
| AGUIRRE PR 00704 | Titulo: | Operador de Embarcaciones |
| SS:  XXX-XX-4375 | Sueldo: | $2,169.30 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pet. Adcl.: | | |
| Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente Ingresos | Horas Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 3,922.24   82.50 | 16,773.61 | Fed MED/EE | 56.87 | 276.43 |
| Bono de Navidad | | 0.00 | 600.00 | Fed OASDI/EE | 243.18 | 1,182.02 |
| Diferencial Temporero | | 0.00 | 1,691.50 | PR Withholding | 274.56 | 1,237.93 |

| Total: | | 3,922.24   82.50 | 19,065.11 | Total: | 574.61 | 2,696.38 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 324.57 | 1,298.28 | OS-SERV PUBLICOS UNIDOS PR 009 | 9.22 | 167.73 | GPR Plan de Retiro | 363.79 | 1,455.16 |
| GPR Retiro Hibrido | 0.00 | 108.47 | Ahorros-AEELA | 117.67 | 503.22 | FSED Disaility Plan | 176.50 | 857.03 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 2.71 | GPR Retiro Hibrido | 0.00 | 154.83 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 | | | |

| Total: | 324.57 | 1,406.75 | Total: | 156.89 | 674.75 | * Tributable | | |

| | Corriente: | 3,922.24 | | 574.61 | | 481.46 | 2,866.17 |
|---|---|---|---|---|---|---|---|
| | Acumulado: | 19,065.11 | | 2,696.38 | | 2,081.50 | 14,287.23 |

| Cheque #06658598 | 2,866.17 |
|---|---|
| Total: | 2,866.17 |

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 06658605 |
| Desde: | 01/16/2016 | | |
| Hasta: | 01/31/2016 | Fecha: | 01/15/2016 |

| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 | DATA IMP: | Federal | PR |
| BO. MONTESORIA II # 154 | Depto: | 133080-Area de Recursos Viviendas | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: | Jobanerr Guayuma | Concesiones: | 0 | 0 |
| AGUIRRE PR  00704 | Titulo: | Operador de Embarcaciones | Pct. Adcl.: | | |
| SS:   XXX-XX-4375 | Sueldo: | $2,169.30 Monthly | Cant. Adcl.: | | |

| | | ------ Corriente ------ | | ----- Acumulado ----- | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Diferencial Temporero | | | 398.00 | | 1,691.50 | Fed MED/EE | 5.77 | 276.43 |
| Bono de Navidad | | | 0.00 | | 600.00 | Fed OASDI/EE | 24.67 | 1,182.02 |
| Pago de Salarios Regulares | | | 0.00 | 82.50 | 16,773.61 | PR Withholding | 27.86 | 1,237.93 |

| Total: | | | 398.00 | 82.50 | 19,065.11 | Total: | 58.30 | 2,696.38 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Retiro Hibrido | 0.00 | 108.47 | SI-Seg Incap. Obligatorio | 0.00 | 2.71 | FSED Disability Plan | 17.91 | 857.93 |
| GPR Plan de Retiro | 0.00 | 1,298.28 | DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 | GPR Retiro Hibrido | 0.00 | 154.83 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0090.00 | 0.00 | 167.73 | GPR Plan de Retiro | 0.00 | 1,455.16 |
| | | | Ahorros-AIELA | 0.00 | 503.22 | | | |

| Total: | 0.00 | 1,406.75 | Total: | 0.00 | 674.75 | * Tributable | | |

| Corriente: | 398.00 | | | | 58.30 | | | 339.70 |
| Acumulado: | 19,065.11 | | | | 2,696.38 | | | 14,287.23 |

| Balance Inicial: | 0.0 | | Cheque #06658605 | | 339.70 |
| + Acumulado: | | | | | |
| | | | Total: | | 339.70 |
| - Utilizado: | | | | | |
| - Disfrute: | | | | | |
| + Ajuste: | | | | | |
| Balance Final: | 0.0 | | | | |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 06658600 |
| Desde: | 01/16/2016 | | |
| Hasta: | 01/31/2016 | Fecha: | 01/15/2016 |

| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 | DATA IMP: | Federal | PR |
| BO. MONTESORIA II # 134 | Depto: | 133080-Area de Recursos Viviendas | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: | Jobanerr Guayuma | Concesiones: | 0 | 0 |
| AGUIRRE PR  00704 | Titulo: | Operador de Embarcaciones | Pct. Adcl.: | | |
| SS:   XXX-XX-4375 | Sueldo: | $2,169.30 Monthly | Cant. Adcl.: | | |

| | | ------ Corriente ------ | | ----- Acumulado ----- | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 3,922.24 | 82.50 | 16,773.61 | Fed MED/EE | 56.87 | 276.43 |
| Bono de Navidad | | | 0.00 | | 600.00 | Fed OASDI/EE | 243.18 | 1,182.02 |
| Diferencial Temporero | | | 0.00 | | 1,691.50 | PR Withholding | 274.56 | 1,237.93 |

| Total: | | | 3,922.24 | 82.50 | 19,065.11 | Total: | 574.61 | 2,696.38 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro | 324.57 | 1,298.28 | OS-SERV PUBLICOS UNIDOS PR 0090.22 | | 167.73 | GPR Plan de Retiro | 363.79 | 1,455.16 |
| GPR Retiro Hibrido | 0.00 | 108.47 | Ahorros-AIELA | 117.67 | 503.22 | FSED Disability Plan | 176.50 | 857.93 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 2.71 | GPR Retiro Hibrido | 0.00 | 154.83 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 | | | |

| Total: | 324.57 | 1,406.75 | Total: | 156.89 | 674.75 | * Tributable | | |

| Corriente: | 3,922.24 | | | | 574.61 | | | 481.46 | 2,866.17 |
| Acumulado: | 19,065.11 | | | | 2,696.38 | | | 2,081.50 | 14,287.23 |

| Balance Inicial: | 0.0 | | Cheque #06658600 | | 2,866.17 |
| + Acumulado: | | | | | |
| | | | Total: | | 2,866.17 |
| - Utilizado: | | | | | |

## First Pay Stub

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal |
|---|---|
| Desde: | 01/16/2016 |
| Hasta: | 01/31/2016 |

# Cheque: 06658603
Fecha: 01/15/2016

| CLAUDIO BURGOS MALDONADO | | # Empleado: XXXXX4375 |
|---|---|---|
| BO. MONTESORIA II # 154 | | Dept: 133080-Area de Recursos Vivientes |
| CALLE MARLIN | | Oficina: Jobaneer Guayama |
| AGUIRRE PR 00704 | | Titulo: Operador de Embarcaciones |
| SS: XXX-XX-4375 | | Sueldo: $2,169.30 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Add.: | | |
| Cant. Add.: | | |

### Ingresos

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 398.00 | | 1,691.50 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago de Salarios Regulares | | | 0.00 | 82.50 | 16,773.61 |
| **Total:** | | | **398.00** | **82.50** | **19,065.11** |

### Deducciones

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 5.77 | 276.43 |
| Fed OASDI/EE | 24.67 | 1,182.02 |
| PR Withholding | 27.86 | 1,237.93 |
| **Total:** | **58.30** | **2,696.38** |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 0.00 | 108.47 |
| GPR Plan de Retiro | 0.00 | 1,298.28 |
| **Total:** | **0.00** | **1,406.75** |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 2.71 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 |
| OS-SERV PUBLICOS UNIDOS PR 0090.00 | 0.00 | 167.73 |
| Ahorros-AEELA | 0.00 | 503.22 |
| **Total:** | **0.00** | **674.75** |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 17.91 | 837.93 |
| GPR Retiro Hibrido | 0.00 | 154.83 |
| GPR Plan de Retiro | 0.00 | 1,455.16 |
| * Tributable | | |

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 398.00 | 58.30 |
| Acumulado: | 19,065.11 | 2,696.38 |

| | |
|---|---|
| Cheque #06658603 | 339.70 |
| Total: | 339.70 |

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | | 339.70 |
| Acumulado: | 2,081.50 | 14,287.23 |

Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donado:
+ Ajustes:
Balance Final: 0.0

MENSAJE:

---

## Second Pay Stub

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal |
|---|---|
| Desde: | 01/16/2016 |
| Hasta: | 01/31/2016 |

# Cheque: 06658601
Fecha: 01/15/2016

| CLAUDIO BURGOS MALDONADO | | # Empleado: XXXXX4375 |
|---|---|---|
| BO. MONTESORIA II # 154 | | Dept: 133080-Area de Recursos Vivientes |
| CALLE MARLIN | | Oficina: Jobaneer Guayama |
| AGUIRRE PR 00704 | | Titulo: Operador de Embarcaciones |
| SS: XXX-XX-4375 | | Sueldo: $2,169.30 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Add.: | | |
| Cant. Add.: | | |

### Ingresos

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,922.24 | 82.50 | 16,773.61 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Diferencial Temporero | | | 0.00 | | 1,691.50 |
| **Total:** | | | **3,922.24** | **82.50** | **19,065.11** |

### Deducciones

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 56.87 | 276.43 |
| Fed OASDI/EE | 243.18 | 1,182.02 |
| PR Withholding | 274.56 | 1,237.93 |
| **Total:** | **574.61** | **2,696.38** |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 324.57 | 1,298.28 |
| GPR Retiro Hibrido | 0.00 | 108.47 |
| **Total:** | **324.57** | **1,406.75** |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| OS-SERV PUBLICOS UNIDOS PR 0099.22 | 167.73 | 167.73 |
| Ahorros-AEELA | 117.67 | 503.22 |
| SI-Seg Incap. Obligatorio | 0.00 | 2.71 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 |
| **Total:** | **155.89** | **674.75** |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 363.79 | 1,455.16 |
| FSED Disability Plan | 176.50 | 837.93 |
| GPR Retiro Hibrido | 0.00 | 154.83 |
| * Tributable | | |

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 3,922.24 | 574.61 |
| Acumulado: | 19,065.11 | 2,696.38 |

| | |
|---|---|
| Cheque #06658601 | 2,865.17 |
| Total: | 2,865.17 |

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | | 481.46 |
| Acumulado: | 2,081.50 | 14,287.23 |

Balance Inicial: 0.0
+ Acumulado:
- Utilizado:

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 00000333 |
| Desde: | 04/01/2016 | | |
| Hasta: | 04/15/2016 | Fecha: | 03/29/2016 |

| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 | DATA IMP: | Federal | PR |
| BO. MONTESORIA II # 154 | Dept: | 133080-Area de Recursos Viviones | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: | Jobaserr Guayama | Concesiones: | 0 | 0 |
| AGUIRRE PR 00704 | Titulo: | Operador de Embarcaciones | Pct. Add.: | | |
| SS: XXX-XX-4375 | Sueldo: | $2,169.30 Monthly | Cant. Adel.: | | |

INGRESOS / RETENCIONES

| | | ------- Corriente ------- | | ------ Acumulado ------ | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 2,941.68 | 2,941.68 | 397.50 | 24,053.89 | Fed MED/EE | 42.06 | 387.78 |
| Diferencial Temporero | | | 0.00 | | 2,089.50 | Fed OASDI/EE | 182.38 | 1,658.00 |
| Bono de Navidad | | | 0.00 | | 600.00 | PR Withholding | 310.91 | 1,661.86 |

| Total: | | 2,941.68 | 397.50 | 26,743.39 | Total: | | 535.85 | 3,707.71 |

APORTACIONES SEGUROS Y OTROS | | | | | APORTACIONES PATRONALES

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro | 243.42 | 1,541.70 | OS-SERV PUBLICOS UNIDOS PR 0099.4) | | 242.56 | GPR Plan de Retiro | 272.84 | 1,728.00 |
| GPR Retiro Hibrido | 0.00 | 542.35 | Ahorros-AEELA | 88.25 | 721.63 | PSED Disability Plan | 132.38 | 1,203.47 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 13.55 | GPR Retiro Hibrido | 0.00 | 774.15 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 5.45 | | | |

| Total: | 243.42 | 2,084.05 | Total: | 117.68 | 981.19 | * Tributable | | |

TOTAL BRUTO | | | | TOTAL ACUM. NETO | | DEDUCCIONES TOTALES | | GANANCIAS

| Corriente: | 2,941.68 | | | 535.95 | | 361.10 | 2,044.63 |
| Acumulado: | 26,743.39 | | | 3,707.71 | | 3,065.24 | 19,870.44 |

LICENCIAS | | | | | DISTRIBUCION PAGO NETO

| | VACACIONES | | | Cheque #00000333 | 2,044.63 |
| Balance Inicial: | 0.0 | | | | |
| + Acumulado: | | | | Total: | 2,044.63 |
| - Utilizado: | | | | | |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 06658602 |
| Desde: | 01/16/2016 | | |
| Hasta: | 01/31/2016 | Fecha: | 01/15/2016 |

| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 | DATA IMP: | Federal | PR |
| BO. MONTESORIA II # 154 | Dept: | 133080-Area de Recursos Viviones | Estado Civil: | Married | Single |
| CALLE MARLIN | Oficina: | Jobaserr Guayama | Concesiones: | 0 | 0 |
| AGUIRRE PR 00704 | Titulo: | Operador de Embarcaciones | Pct. Add.: | | |
| SS: XXX-XX-4375 | Sueldo: | $2,169.30 Monthly | Cant. Adel.: | | |

INGRESOS / RETENCIONES

| | | ------- Corriente ------- | | ------ Acumulado ------ | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Diferencial Temporero | | | 398.00 | | 1,691.50 | Fed MED/EE | 5.77 | 276.43 |
| Bono de Navidad | | | 0.00 | | 600.00 | Fed OASDI/EE | 24.67 | 1,182.02 |
| Pago de Salarios Regulares | | | 0.00 | 82.50 | 16,773.61 | PR Withholding | 27.86 | 1,237.93 |

| Total: | | 398.00 | 82.50 | 19,065.11 | Total: | | 58.30 | 2,696.38 |

APORTACIONES SEGUROS Y OTROS | | | | | APORTACION PATRONAL A PLANES AD

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Retiro Hibrido | 0.00 | 108.47 | SI-Seg Incap. Obligatorio | 0.00 | 2.71 | PSED Disability Plan | 17.91 | 857.03 |
| GPR Plan de Retiro | 0.00 | 1,298.28 | DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 | GPR Retiro Hibrido | 0.00 | 154.83 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 167.73 | GPR Plan de Retiro | 0.00 | 1,455.16 |
| | | | Ahorros-AEELA | 0.00 | 503.22 | | | |

| Total: | 0.00 | 1,405.75 | Total: | 0.00 | 674.75 | * Tributable | | |

TOTAL BRUTO | | | | TOTAL ACUM. NETO | | ORD. CENES TOTALES | | GANANCIAS

| Corriente: | 398.00 | | | 58.30 | | 0.00 | 339.70 |
| Acumulado: | 19,065.11 | | | 2,696.38 | | 2,081.50 | 14,287.23 |

LICENCIAS | | | | | DISTRIBUCION PAGO NETO

| | VACACIONES | | | Cheque #06658602 | 339.70 |
| Balance Inicial: | 0.0 | | | | |
| + Acumulado: | | | | Total: | 339.70 |
| - Utilizado: | | | | | |

## First Pay Stub

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/16/2016 |
| Hasta: | 07/31/2016 |
| # Cheque: | 000-80245 |
| Fecha: | 07/12/2016 |

| CLAUDIO BURGOS MALDONADO | | # Empleado: | XXXXX4375 |
|---|---|---|---|
| BO. MONTESORIA II # 154 | | Dept: | 133080-Area de Recursos Viviens |
| CALLE MARLIN | | Oficina: | Johaner Guayama |
| AGUIRRE PR 00704 | | Titulo: | Operador de Embarcaciones |
| SS: XXX-XX-4375 | | Sueldo: | $2,169.30 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente | Ingreso Corriente | Horas Acumulado | Ingreso Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 23,533.44 | 397.50 | 66,021.69 | Fed MED/EE | 341.24 | 997.36 |
| Diferencial Temporero | | | 0.00 | | 2,161.44 | Fed OASDI/EE | 1,459.07 | 4,264.55 |
| Bono de Navidad | | | 0.00 | | 600.00 | PR Withholding | 1,647.34 | 4,557.58 |
| **Total:** | | | 23,533.44 | 397.50 | 68,783.13 | **Total:** | 3,447.65 | 9,819.49 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 1,947.39 | 4,949.64 | OS-SERV PUBLICOS UNIDOS PR 0095.33 | 611.21 | GPR Plan de Retiro | 2,182.73 | 5,547.37 |
| GPR Retiro Hibrido | 0.00 | 542.35 | Ahorros-ABELA | 706.00 | 1,957.13 | PSED Disability Plan | 1,059.00 | 3,109.97 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 15.51 | GPR Retiro Hibrido | 0.00 | 774.15 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 5.45 | | | |
| **Total:** | 1,947.39 | 5,491.99 | **Total:** | 941.33 | 2,589.30 | * Tributable | | |

| | | | |
|---|---|---|---|
| Corriente: | 23,533.44 | 3,447.65 | |
| Acumulado: | 68,783.13 | 9,819.49 | |

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Cheque #000-80245 | 17,197.07 |
| + Acumulado: | | | |
| - Utilizado: | | **Total:** | 17,197.07 |
| - Donada: | | | |
| + Ajuste: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

## Second Pay Stub

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2016 |
| Hasta: | 01/31/2016 |
| # Cheque: | 06658599 |
| Fecha: | 01/15/2016 |

| CLAUDIO BURGOS MALDONADO | | # Empleado: | XXXXX4375 |
|---|---|---|---|
| BO. MONTESORIA II # 154 | | Dept: | 133080-Area de Recursos Viviens |
| CALLE MARLIN | | Oficina: | Johaner Guayama |
| AGUIRRE PR 00704 | | Titulo: | Operador de Embarcaciones |
| SS: XXX-XX-4375 | | Sueldo: | $2,169.30 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente | Ingreso Corriente | Horas Acumulado | Ingreso Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,522.24 | 82.50 | 16,773.61 | Fed MED/EE | 56.87 | 276.43 |
| Bono de Navidad | | | 0.00 | | 600.00 | Fed OASDI/EE | 243.18 | 1,182.02 |
| Diferencial Temporero | | | 0.00 | | 1,691.50 | PR Withholding | 274.56 | 1,237.93 |
| **Total:** | | | 3,522.24 | 82.50 | 19,065.11 | **Total:** | 574.61 | 2,696.38 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 324.57 | 1,298.28 | OS-SERV PUBLICOS UNIDOS PR 0099.22 | 167.73 | GPR Plan de Retiro | 363.79 | 1,453.16 |
| GPR Retiro Hibrido | 0.00 | 108.47 | Ahorros-ABELA | 117.67 | 508.22 | PSED Disability Plan | 176.50 | 877.95 |
| | | | SI-Seg Incap. Obligatorio | 0.00 | 2.71 | GPR Retiro Hibrido | 0.00 | 134.83 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 | | | |
| **Total:** | 324.57 | 1,406.75 | **Total:** | 156.89 | 674.75 | * Tributable | | |

| | | | |
|---|---|---|---|
| Corriente: | 3,522.24 | 574.61 | 481.46 - |
| Acumulado: | 19,065.11 | 2,696.38 | 2,081.50 |

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Cheque #06658599 | 2,846.17 |
| + Acumulado: | | | |
| - Utilizado: | | **Total:** | 2,846.17 |

## Estado Libre Asociado de Puerto Rico
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/16/2016 |
| Hasta: | 07/31/2016 |

# Cheque: 00040247
Fecha: 07/12/2016

CLAUDIO BURGOS MALDONADO
BO. MONTESORIA II # 154
CALLE MARLIN
AGUIRRE PR 00704
SS: XXX-XX-4375

| | |
|---|---|
| # Empleado: | XXXXX4375 |
| Dept: | 133080-Area de Recursos Viviezas |
| Oficina: | Johanert Guayama |
| Titulo: | Operador de Embarcaciones |
| Sueldo: | $2,169.30 Monthly |

| | |
|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 784.28 | 397.50 | 66,021.69 |
| Diferencial Temporero | | | 0.00 | | 2,161.44 |
| Bono de Navidad | | | 0.00 | | 600.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 11.37 | 997.36 |
| Fed OASDI/EE | 48.62 | 4,264.55 |
| PR Withholding | 7.85 | 4,557.58 |

| Total: | | | 784.28 | 397.50 | 68,783.13 |
|---|---|---|---|---|---|

| Total: | 67.84 | 9,819.49 |
|---|---|---|

### BENEFICIOS MARGINALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 542.35 | SI-Seg Incap. Obligatorio | 1.96 | 15.51 | GPR Retiro Hibrido | 0.00 | 774.15 |
| GPR Plan de Retiro | 0.00 | 4,949.64 | OS-SERV PUBLICOS UNIDOS PR | 0097.85 | 611.21 | GPR Plan de Retiro | 0.00 | 5,547.77 |
| | | | DM-OOB SEG SOC CHOFERES | 0.00 | 5.45 | FSED Disability Plan | 0.00 | 3,059.97 |
| | | | Ahorros-AEELA | 0.00 | 1,957.21 | | | |

| Total: | 0.00 | 5,691.99 | Total: | | 9.81 | 2,589.30 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|---|

### TOTAL INGRESOS
Corriente: 784.28
Acumulado: 68,783.13

### TOTAL IMPUESTOS
Corriente: 67.84
Acumulado: 9,819.49

### DEDUCCIONES TOTALES
Corriente: 9.81
Acumulado: 8,081.29

### PAGA NETA
706.63
50,882.35

### HORAS

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajuste: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
Cheque #00040247    706.63

Total:    706.63

MENSAJE:

---

## Estado Libre Asociado de Puerto Rico
133 - Dept. Recursos Naturales y Amb

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/16/2016 |
| Hasta: | 07/31/2016 |

# Cheque: 00040246
Fecha: 07/12/2016

CLAUDIO BURGOS MALDONADO
BO. MONTESORIA II # 154
CALLE MARLIN
AGUIRRE PR 00704
SS: XXX-XX-4375

| | |
|---|---|
| # Empleado: | XXXXX4375 |
| Dept: | 133080-Area de Recursos Viviezas |
| Oficina: | Johanert Guayama |
| Titulo: | Operador de Embarcaciones |
| Sueldo: | $2,169.30 Monthly |

| | |
|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 4,902.80 | 397.50 | 66,021.69 |
| Diferencial Temporero | | | 0.00 | | 2,161.44 |
| Bono de Navidad | | | 0.00 | | 600.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 71.09 | 997.36 |
| Fed OASDI/EE | 303.98 | 4,264.55 |
| PR Withholding | 343.20 | 4,557.58 |

| Total: | | | 4,902.80 | 397.50 | 68,783.13 |
|---|---|---|---|---|---|

| Total: | 718.27 | 9,819.49 |
|---|---|---|

### BENEFICIOS MARGINALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 405.71 | 4,949.64 | Ahorros-AEELA | 147.08 | 1,957.21 | GPR Plan de Retiro | 454.73 | 5,547.77 |
| GPR Retiro Hibrido | 0.00 | 542.35 | SI-Seg Incap. Obligatorio | 0.00 | 15.51 | FSED Disability Plan | 220.63 | 3,059.97 |
| | | | DM-OOB SEG SOC CHOFERES | 0.00 | 5.45 | GPR Retiro Hibrido | 0.00 | 774.15 |
| | | | OS-SERV PUBLICOS UNIDOS PR | 0090.00 | 611.21 | | | |

| Total: | 405.71 | 5,691.99 | Total: | | 147.08 | 2,589.30 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|---|

### TOTAL INGRESOS
Corriente: 4,902.80
Acumulado: 68,783.13

### TOTAL IMPUESTOS
Corriente: 718.27
Acumulado: 9,819.49

### DEDUCCIONES TOTALES
Corriente: 552.79
Acumulado: 8,081.29

### PAGA NETA
3,631.74
50,882.35

### HORAS

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajuste: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
Cheque #00040246    3,631.74

Total:    3,631.74

MENSAJE:

UNITED FORMS & GRAPHICS (787) 279-0405

## First Pay Stub

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 000-00244 |
|---|---|---|---|
| Desde: | 07/16/2016 | | |
| Hasta: | 07/31/2016 | Fecha: | 07/12/2016 |

| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 |
| BO. MONTESORIA II # 154 | Dept. | 133080-Area de Recursos Viviendas |
| CALLE MARLIN | Oficina: | Johaneer Guayama |
| AGUIRRE PR 00704 | Titulo: | Operador de Embarcaciones |
| SS: XXX-XX-4375 | Sueldo: | $2,169.30 Monthly |

| DATA IMP.: | Federal | PR |
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 12,747.28 | 397.50 | 66,021.69 | |
| Diferencial Temporero | | 0.00 | | 2,161.44 | |
| Bono de Navidad | | 0.00 | | 600.00 | |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 184.83 | 997.36 |
| Fed OASD/EE | 790.33 | 4,264.55 |
| PR Withholding | 892.31 | 4,557.58 |

| Total: | | 12,747.28 | 397.50 | 68,783.13 |
|---|---|---|---|---|

| Total: | 1,867.47 | 9,819.49 |
|---|---|---|

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 1,054.84 | 4,949.64 | OS-SERV PUBLICOS UNIDOS PR 0097.47 | | 611.21 | GPR Plan de Retiro | 1,182.31 | 5,547.77 |
| GPR Retiro Hibrido | 0.00 | 542.35 | Ahorros-AEELA | 382.42 | 1,857.13 | FSED Disability Plan | 573.63 | 3,059.97 |
| | | | St-Seg Incap. Obligatorio | 0.00 | 15.51 | GPR Retiro Hibrido | 0.00 | 774.15 |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 5.43 | | | |

| Total: | 1,054.84 | 5,491.99 |
|---|---|---|

| Total: | 509.89 | 2,589.30 |
|---|---|---|

\* Tributable

| | Corriente | Acumulado |
|---|---|---|
| TOTAL BRUTO | 12,747.28 | 68,783.13 |
| TOTAL IMPRESTOS | 1,867.47 | 9,819.49 |
| DEDUCCIONES TOTALES | 1,564.73 | 50,882.35 |
| PAGA NETA | 9,315.08 | |

| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| Cheque #00040244 | 9,315.08 |
|---|---|
| Total: | 9,315.08 |

MENSAJE:

## Second Pay Stub

**Estado Libre Asociado de Puerto Rico**
133 - Dept. Recursos Naturales y Amb

| Grupo de Pago: | SM -Quincenal | # Cheque: | 000-00248 |
|---|---|---|---|
| Desde: | 07/16/2016 | | |
| Hasta: | 07/31/2016 | Fecha: | 07/12/2016 |

| CLAUDIO BURGOS MALDONADO | # Empleado: | XXXXX4375 |
| BO. MONTESORIA II # 154 | Dept. | 133080-Area de Recursos Viviendas |
| CALLE MARLIN | Oficina: | Johaneer Guayama |
| AGUIRRE PR 00704 | Titulo: | Operador de Embarcaciones |
| SS: XXX-XX-4375 | Sueldo: | $2,169.30 Monthly |

| DATA IMP.: | Federal | PR |
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| Diferencial Temporero | | 71.94 | | 2,161.44 | |
| Pago de Salarios Regulares | | 0.00 | 397.50 | 66,021.69 | |
| Bono de Navidad | | 0.00 | | 600.00 | |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 1.05 | 997.36 |
| Fed OASD/EE | 4.46 | 4,264.55 |
| PR Withholding | 5.04 | 4,557.58 |

| Total: | | 71.94 | 397.50 | 68,783.13 |
|---|---|---|---|---|

| Total: | 10.55 | 9,819.49 |
|---|---|---|

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 0.00 | 542.35 | St-Seg Incap. Obligatorio | 0.00 | 15.51 | FSED Disability Plan | 3.24 | 3,059.97 |
| GPR Plan de Retiro | 0.00 | 4,949.64 | DM-GOB SEG SOC CHOFERES | 0.00 | 5.43 | GPR Retiro Hibrido | 0.00 | 774.15 |
| | | | OS-SERV PUBLICOS UNIDOS PR 0099.00 | | 611.21 | GPR Plan de Retiro | 0.00 | 5,547.77 |
| | | | Ahorros-AEELA | 0.00 | 1,857.13 | | | |

| Total: | 0.00 | 5,491.99 |
|---|---|---|

| Total: | 0.00 | 2,589.30 |
|---|---|---|

\* Tributable

| | Corriente | Acumulado |
|---|---|---|
| TOTAL BRUTO | 71.94 | 68,783.13 |
| TOTAL IMPRESTOS | 10.55 | 9,819.49 |
| DEDUCCIONES TOTALES | 0.00 | 50,882.35 |
| PAGA NETA | 61.39 | |

| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| Cheque #00040248 | 61.39 |
|---|---|
| Total: | 61.39 |

MENSAJE: