INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 PM 12:02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

One Hundred THIRTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 106325

Name and Address: Dora Montañez Rivera
Calle 5 Orquideas Casa H2
Jardines de Dorado, Dorado P.R. - 00646
montanezdora6@gmail

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y Departamento de Educación de Puerto Rico. y Sistema retiro de Puerto Rico

Ley 89 de 1984 – Romerazo

Años Reclamados _desde 1984 hasta 2001 - 17 años_

Cantidad Reclamada _$20,400.00_

Ley ~~9 del año~~ _costo de vida - Retiro de maestro (3%) cada dos años_

Años Reclamados _desde 2001 hasta 2020 - 19 años_

Cantidad Reclamada _$4586.76_

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certifica de Pensión de Retiro de maestros

2. Informe Renta Anual Vitalicia Junta de Retiro para maestros

3. Certificación del departamento de Educación (años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: DORA Luz Montañez Rivera

Firma: Dora Montañez         Fecha: 14 enero 2020

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 14 PM 12: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR