Modelo SC-1515 (REM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

# JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

**REDACTED** )318

| Nombre: Dora L. Montañez Rivera | Núm. Reclamación: 35021 | Sexo: F |
|---|---|---|

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional ( )
   Obligatoria ( )
b— Edad ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1948 mayo 01 (Año / Mes / Día)
Fecha de Retiro: 2001 julio 27 (Año / Mes / Día)
Fecha de Efectividad: 2001 julio 28 (Año / Mes / Día)

Edad al Retirarse: 52 Años  2 Meses  27 Días
Servicios Acreditados: 30 Años  2 Meses  1 Sem.  1 Días
Costo Anualidad: $ 37,182.83

Retiro Ley Núm. 44 de 2000

Oficina de Documentos ...dos
Fecha ____
Iniciales ____

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante ~~cinco~~ **tres** años consecutivos a $1,887.77
X 65 % (Por ciento) X 30 años (Tiempo Acreditado) ............................................. 1,227.05

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____
   ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.
   ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro .................................................. 188.77
Renta Mensual Vitalicia ........................................................................... 1,415.82
Renta Anual Vitalicia .............................................................................. 16,989.84

Computado: Julio C. Ortiz  31 agosto 2001
Cotejado: por: Annie Buie / Brendally Ledoux  30-8-01
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro  4/9/01
Aprobado: Sept-7-01  Irma A. Giménez López, Secretaria Ejecutiva

HA/agb
lp



## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | DORA L. MONTANEZ RIVERA |
| Seguro Social | : | REDACTED 5318 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 6 meses, 2 semanas y 4 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/18/1969. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.Dora L. Montañez Rivera**, con número de seguro social que termina en **6318**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 15 de octubre de 2003 |
| Tiempo Cotizado para la Pensión | 30 años, 2 meses, 1 semana y 1 días |
| Fecha de Efectividad de la Renuncia | 27 de julio de 2001 |
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Pensión Mensual Actual | $1,415.82 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

*[signature]*

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414    ✉ 787.764.6910    www.srm.pr.gov