Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

En el asunto de:
Junta de Supervisión y Administración
Financiera para Puerto Rico

   Como representante de
Estado Libre Asociado de Puerto Rico y otros

PROMESA
Titulo III

Núm. 17 BK 3283-LTS
Administrada conjuntamente

La presente radicación guarda relación con ELA, la ACT y el SRE.

Réplica: Notificación de la centésima décima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad carreteras y transportación de Puerto Rico y del Sistema de retiro de los empleados del Gobierno de Puerto Rico.

Motivos para oponerse a la objeción global.
  Retribución Ley 89 (Ley Romero).

  La suscribiente se opone a que se declare con lugar la objeción global de los demandados ya que en ningún momento se ha recibido notificación alguna dirigida a la suscribiente. Por la presente presento evidencia de mi beneficios de Pensión ya que a pesar que solicité evidencia de que fui empleada del Departamento de la Familia desde mayo 1983 hasta junio de 2013 y las mismas no se me enviaron.

Documentación: Certificación de Pensión por Mérito

Datos contacto: Ilka J. Ayala Báez
   Ilkajanet1216@gmail.com
   Bo. Arenas Gandaras I # 70 C
   Cidra, P.R. 00739
  Postal: RR02 Buzón 5079
   Cidra, P.R. 00739

*Ilka J. Ayala Báez*
14-01-2020

RECEIVED & FILED 2020 JAN 14 AM 11:20 CLERK'S OFFICE US DISTRICT COURT SAN JUAN PR