INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 14 PM 12:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En la causa<br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br><br>DEUDORES | PROMESA<br>TITULO III |
| GLADYS ROMAN MIRO<br><br>ACREEDORA | CASO NUM: 17BK 03566<br>EL SISTEMA DE RETIRO DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO<br>CASO NUM: 17BK 03567<br>LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION |

**OBJECCION ELIMINACION DE RECLAMO DEFICIENTE
CENTESIMA DECIMA SEXTA OBJECCION GLOBAL DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y
TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE
LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO**

Comparece Gladys Ana Román Miró (en adelante Acreedora), casada y representando a su esposo Angel Escudero Ginés, ambos residentes de San Juan, Puerto Rico, y la sociedad legal de bienes gananciales compuesta por ambos por derecho propio y ante este Tribunal muy respetuosamente EXPONE y SOLICITA:

EXPONE:

1. Que en los pasados días recibí por correo "priority mail" copia de la Centésima Décima Sexta Objeción Global de Promesa Título III del 12 de diciembre de 2019.
2. Que en dicho documento se indicó que mi reclamo (que figura en el <u>ANEXO A</u> de dicho documento) no había proporcionado una base para sostener el reclamo sometido el 20 de mayo de 2018 (con fecha de presentación del 25 de mayo de 2018). Exhibit #1
3. Que la carta del Punto #16 de la Objeción Global que los Deudores enviaron a los reclamantes, nunca fue recibida. Se alegó que los Deudores no pudieron determinar la base del reclamo con la información proporcionada y que solicitaron información adicional para examinar el reclamo.
4. Que la razón para eliminar mi reclamo y considerarlo deficiente, se basó en que no se proporcionaron los fundamentos ni la documentación de respaldo para formular una reclamación contra los Deudores; de manera que estos no pudieron determinar si el reclamo era válido en virtud del Título III. En el Aviso de Plazos para Presentación de Evidencias de Reclamaciones que fue recibido en febrero de 2018 se indicaba en la Sección 2-F que las Reclamaciones por Pensión no debía presentar evidencia.
5. Que los Deudores determinaron que el monto de la reclamación alegada era "Indeterminado".
6. Que mi reclamo de mayo de 2018, incluyó los documentos adecuados. Incluyendo el número y el año de la Ley que aplicaba para recibir una pensión vitalicia. La cual fue la Ley del 2 de julio de 2010 del Gobernador Luis Fortuño, mejor conocida como Ley 70.

Página 2
Objeción Global Reclamo Deficiente Promesa Título III
Gladys Román Miro, Acreedora

7. Que mi reclamo está apoyado con la Forma 410 de la Autoridad de Carreteras y Transportación de Puerto Rico, en la cual se indicó que había una cantidad de $242,129.79 que deben ser asegurados. Exhibit #2
8. Que la Autoridad de Carreteras y Transportación de Puerto Rico está pagando mi pensión desde 2011. Exhibit #3
9. Que en mi reclamación de mayo de 2018 se indicó que mi pensión sería pagada por la Autoridad de Carreteras y Transportación de Puerto Rico hasta el 2025 y que del año 2026 en adelante dicha pensión debería ser pagada por el Sistema de Retiro.
10. Que la Autoridad de Carreteras y Transportación de Puerto Rico le deberá enviar al Sistema de Retiro la cantidad que indicó en la Forma 410 en el año 2026 para el pago de mi pensión. Se puede determinar esa cantidad multiplicando $14,304 anuales por 14 años (desde 2011 hasta 2025) más los intereses que hubiera generado dicha cantidad.
11. Que en la Forma 410 del Sistema de Retiro no aparecía ninguna cantidad porque que a pesar de que estoy retirada y recibo una pensión, no pertenezco ni estoy registrada como pensionada en dicho sistema. Exhibit #4
12. Que a partir del 2026 el Sistema de Retiro comenzará a pagar mi pensión de $14,304 anuales. También a su conyugue, si yo falleciera.
13. Que se solicita que se corrija mi dirección postal: Calle Amarillo # 1658 Urbanización Reparto de Diego, San Juan Puerto Rico 00926.

POR TODO LO CUAL, se solicita y se suplica de este Honorable Tribunal:

1. Que no se incluya mi reclamo de la lista de Reclamos Deficientes.
2. Que los Deudores evalúen mi reclamación y que esta cumpla con la Ley 70, la cual garantiza una pensión vitalicia.
3. Que la Autoridad de Carreteras y Transportación de Puerto Rico continúe pagado mi pensión de $14,304 anuales hasta 2025. Incluyendo a mi cónyuge si yo fallezco.
4. Que la cantidad de dinero indicada en la Forma 410 de la Autoridad de Carreteras y Transportación de Puerto Rico de $242,129.79 sea asegurada por dicha Autoridad y la misma sea enviada al Sistema de Retiro en 2026, para continuar recibiendo mi pensión según establecida por la Ley 70 del 2010.
5. Cualquier remedio que en derecho proceda.

Respetuosamente sometido, en San Juan, Puerto Rico, a /4 de enero de 2020.

GLADYS ANA ROMAN MIRO
ACREEDORA
Calle Amarillo #1658
Reparto De Diego
San Juan, Puerto Rico 00926
Tel: 787-644-7382