

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

2020 JAN 14  AM 10: 55

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | PROMESA, Título III |
| como representante de ESTADO LIBRE ASOCIADO DE PUERTO RICO Y otros, | Núm. 17 BK 3283-LTS (Administrada conjuntamente) **La presente radicación guarda relación con el ELA, la ACT y** |
| Deudores. 1 | **el SRE**. |

RÉPLICA A: **CENTÉSIMA VIGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTORICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Al Honorable Tribunal:

En la fecha del 22 de diciembre de 2019. se recibió el documento Replica titulado Centésima Vigésima Primera Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Se solicita se declaré como deficiente la reclamación presentada por la suscribiente el 27 de junio de 2018 ante este Honorable Tribunal en el caso de epígrafe por alegadámente, no responder aportando información eficiente que permite a los deudores reconciliar su reclamo.

Que la suscribiente se opone a que se declaré con lugar la objeción global de los demandados ya que en ningún momento se ha recibido notificación alguna dirigida a la suscribiente para que presente información adicional.

Solicito se declaré no ha lugar la objeción de los deudores y que se permita a la suscribiente presentar su evidencia de declaración corregida.

**Certifico que envíe copias:**

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918 - 1767

Abogado de la Junta de Supervisión (Cousel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores(Counsel for the Creditors"Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Luz M. Carmona Márquez
Urb. Villa Carolina, Calle 607.
Bloque 227, #7
Carolina, P.R. 00985
Tel. 787- 225-0857

DATE: 13 JAN 2020

La dirección correcta es la notificada en la Réplica radicada en la corte del edificio federal de P.R.