INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 PM12: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Title III |
| As representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et als | (Jointly Administered) |
| Debtors | This filing relates to the Commonwealth, HTA, and ERS |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** co-plaintiff, **EMILIO MELIA-RODRIGUEZ**, by himself, very respectfully inform as follows:

1. That my residential and postal address is: Urb Las Lomas, Calle 32 Q 3-4, San Juan, PR 00921, my telephones numbers are: (787) 452-7177 and (787) 367-1649.

2. That I don't have legal representation.

3. That I don't have any objection of the continuance of the proceedings in this case.

**I HEREBY CERTIFY** that on this date this document was sent by regular mail to Counsels at O'Neill & Borges, LLC and Proskauer Rose LLP. .

In San Juan, Puerto Rico, this 14 day of January, 2020.

*[signature]*
EMILIO MELIA-RODRIGUEZ
CO-PLAINTIFFE
URB LAS LOMAS CALLE 32 Q-3-4
SAN JUAN, PR 00921
PHONES (787) 452-7177