**UBS**  Investment Account  
October 2019

Account name: ARACELIS E NAZARIO TORRES  
Account number:

Your Financial Advisor:  
GONZALEZ/GONZALEZ  
787-250-3600/800-221-9825

## Your assets (continued)

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method; otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Oct 31 ($) | Value on Oct 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS RV SE/R/ DEFAULTED RATE 06.150% MATURES 07/01/38 CALLABLE 11/01/19 @ 100.00 CUSIP 29216MAC4 Moody: C S&P: Not rated | Jun 04, 09 | 70,000.000 | 92.128 | 64,489.60 | 44.000 | 30,800.00 | -33,689.60 | LT |

### Your total assets

| | | Value on Oct 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Cash | Cash and money balances | 1.07 | | 1.07 | | |
| Equities | Common stock | 3,322.06 | 9.74% | 5,839.38 | 73.00 | -2,517.32 |
| Fixed income | Municipal securities | 30,800.00 | 90.26% | 64,489.60 | | -33,689.60 |
| **Total** | | **$34,123.13** | **100.00%** | **$70,330.05** | **$73.00** | **-$36,206.92** |

## Account activity this month

### Dividend and interest income
**Taxable dividends**

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Oct 1 | Puerto Rico Dividend | POPULAR INC PAID ON 61 SYMBOL: BPOP | 18.30 |
| | Total taxable dividends | | $18.30 |
| | Total dividend and interest income | | $18.30 |

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Bill payments | | | |
| Oct 2 | Withdrawal | EARNINGS DISBURSEMENT TO ARACELIS E NAZARIO TORRES AT BANCO POPULAR DE PUERTO RIC | -15.55 |
| | Total bill payments | | -$15.55 |



