ASR-PA-018
Rev. Jul. 16



## SOLICITUD DE BENEFICIO POR MUERTE
(LEY NÚM. 447 DE 15 DE MAYO DE 1951)

RETIRO — ESTADO LIBRE ASOCIADO DE PUERTO RICO

☐ Muerte Ocupacional ☐ Muerte No Ocupacional ☒ Solicitud Inicial ☐ Solicitud de Revisión

### SECCIÓN I. INFORMACIÓN DEL PARTICIPANTE O PENSIONADO FALLECIDO

- Apellido Paterno: Rabell
- Apellido Materno: Méndez
- Nombre: Aida C.
- Seguro Social: (firma)
- Sexo: ☒ Femenino ☐ Masculino
- Estatus del Fallecido: ☐ Participante ☒ Pensionado
- Fecha de Defunción: 11 dic 2016
- Causa de la Defunción: ☒ Enfermedad ☐ Accidente ☐ Homicidio ☐ Suicidio ☐ Otros
- Lugar donde falleció: San Juan
- Dirección a la Fecha de la Defunción: (en blanco)
- Tiene Relación la Muerte con el Empleo: ☐ Sí ☐ No
- Tiene Caso con el Fondo del Seguro del Estado: ☐ Sí ☒ No
- Núm. de Caso: —
- Tipo de Pensión: ☒ Edad ☐ Mérito ☐ Incapacidad
- Información Empleado Activo / Última Agencia Donde Prestó Servicios: Fondo Seg Estado
- Último Sueldo Mensual: (en blanco)

### SECCIÓN II. INFORMACIÓN DEL SOLICITANTE

- Apellido Paterno: Rabell
- Apellido Materno: Méndez
- Nombre e Inicial: Jesús R
- Nacimiento: (firma)
- Seguro Social: xxx-xxx-5450
- Teléfono Residencial: 787-312-0259
- Estado Civil: ☒ Casado ☐ Soltero ☐ Viudo
- Sexo: ☐ Femenino ☒ Masculino
- Relación con el Participante o Pensionado Fallecido: ☐ Heredero ☐ Administrador
- Correo electrónico: (en blanco)
- Dirección Postal: 564 Ramón Gandía, Urb. Baldrich, San Juan 00918
- Dirección Residencial: Igual

### SECCIÓN III. DETALLES DE PRÉSTAMOS VIGENTES CON EL SISTEMA

- Indique si la persona fallecida tenía préstamos vigentes: ☐ Sí ☒ No

### SECCIÓN IV. DATOS DE LOS BENEFICIARIOS

| Nombre | Seguro Social | Nacimiento | Parentesco | Tel. | Dirección |
|---|---|---|---|---|---|
| Jesús Rabell Méndez | (firma) | (firma) | Hermano | 787-312-0259 | Arriba |

Nombre del Tutor (Si Aplica): (en blanco)

Firma del Solicitante: (firma)
Fecha: 31/Marzo/2017

Al momento de radicar la Solicitud de Beneficio por Muerte, se deberá incluir todos los documentos requeridos para el proceso de la misma. Al dorso se indican los documentos necesarios para la radicación de la solicitud.

Conservación: Igual al expediente del cual forma parte.

Página 1 de 2

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Tel 787-777-1500 www.retiro.pr.gov