14 de enero de 2020

A quien le pueda interesar.

¡Saludos!

Por este medio hago constar mi agradecimiento por la notificación "sobre insuficiencia de información en mi Reclamación presentada el 06-28-2018 No. 109 353

Obligadamente el envío de una carta con relación a la Centésima décima quinta Objeción global no me llegó por lo que no se respondió.

Revisando dicha Reclamación, la misma fue enviada desconociendo la cantidad o monto de la Reclamación basada "Ley 89 Romerazo".

Tomando en cuenta dicha ley y el año llevándolo hasta el mes de julio del año 2007, fecha donde el Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico, a solicitud mía certificó mi jubilación con 33 años, 11 meses, una semana y un día de servicio procedí hacer el cálculo matemático. Por lo que hoy muy respetuosamente y encarecidamente someto para que se añada a mi reclamación para que conforme a los a los acreedores pasen reconsiderar mi reclamo.

Ley 89 Romeroza,
Monto de la Reclamación alegadamente
es de 5,400. (cinco mil cuatro cientos dólares)

Gracias anticipadas, esperando esperando
que la información ofrecida satisfaga y/o
cumpla con los Deudores para que
puedan reconciliar mi reclamo

Atentamente,
Alda C. Redinger
Alda R. Redinger
P.O Box 203
Trujillo Alto P.R
00977-0203

Teléfono
787 502 1986