UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | PROMESA TITLE III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | NO. 17 BK 3283-LTS |
| | (Jointly Administered) |
| as representative of | This filing relates to the "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided" |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** | |
| **Debtors** | |
| | Number of claim- 9837 |

## ORDER GRANTING MOTION IN OPPOSITION TO "NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED" AND FOR EXTENSION OF TIME

Upon the *Motion in Opposition to "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided" and For Extension of Time* (the "Motion for Extension of Time"), filed by Margarita Clemente Tapia, claim no. 9837, requesting extension of time to file evidence relating to her

4

claim; and the Court having jurisdiction to consider the Motion for Extension of Time and to grant the relief requested therein; and venue being proper; and due and proper notice of the Motion for Extension of Time having been provided those parties identified therein, and no further notice required; and the Court having determined that the relief sought in the Motion for Extension of Time is proper and in the best interest of the parties; and the Court having due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion for Extension of Time is GRANTED as set forth herein; and it is further

ORDERED that claimant Margarita Clemente Tapia, claim 9837, shall have until January 29, 2020 to file with this Court all evidence pertaining to her claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matter arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

 

Honorable Judge Laura Taylor Swain
United States District Judge

5