

GOBIERNO DE PUERTO RICO
Departamento de Transportación y Obras Públicas

DTOP-595
REV. 1/2003

## CERTIFICACION

**Certifico** que la persona que se indica a continuación **fue** empleado(a) de este Departamento y que los datos ofrecidos que figuran en nuestros registros oficiales son los siguientes:

**Nombre** Margarita Clemente Tapia

**Número de Seguro Social** xxx-xx-5834

**Clase de Nombramiento** Regular de Carrera

**Puesto** Operador de Equipo de Procesar Datos

**Lugar de Trabajo** Directoría de Servicios al Conductor

**Sueldo Mensual** $1,671.00

**Fecha de Comienzo** 9 de junio de 1971

**Fecha de Renuncia** 31 de enero de 2007

**OBSERVACIONES:**

Se expide esta certificación a petición de **Margarita Clemente Tapia** en Santurce, Puerto Rico, hoy **2** de **enero** de **2020**.

_____
Angel L. López Rodríguez
Director
Oficina de Recursos Humanos



Centro Gubernamental Roberto Sánchez Vilella, Torre Sur / P.O. Box 41269, San Juan, Puerto Rico 00940-1269
Teléfono 787.722.2929 / www.dtop.pr.gov