**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

      como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

                    Deudores.

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda
relación con el ELA, la ACT y
el SRE.**

*Handwritten:*
# Claim
9148

Email:
① Raquel.Kellogg@Hotmail.com
Work- ② rgonzalez@ama.pr.gov

Direccion:
Calle Santa Eduviges 1704
Urb. Sagrado Corazon
San Juan, P.R. 00926

Tel. (787) 692-5358

Raquel Gonzalez

**NOTIFICACIÓN DE LA CENTÉSIMA VIGÉSIMA NOVENA OBJECIÓN GLOBAL
(NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES**

SI SU RECLAMO ESTÁ INCLUIDO EN EL ANEXO A DE LA OBJECIÓN GLOBAL, EL
ELA, LA ACT Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO,
PUESTO QUE LOS DATOS DE LOS QUE EL ELA, LA ACT Y/O EL SRE DISPONEN
INDICAN QUE SU RECLAMO ES DEFICIENTE.

SI SU RECLAMO ES MENCIONADO EN EL ANEXO A, DEBERÁ LEER
DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y
COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE
DESEE ACUDIR A UNO.

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 JAN 14  AM 10: 19

RECEIVED & FILED
INTAKE DROP BOX