## RETIRO

**NUM-EMP:** 4552  RAQUEL GONZALEZ RIVERA

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| June 2001 | $1,910.09 | $158.06 | $177.16 |
| July 2001 | $1,910.09 | $158.06 | $177.16 |
| August 2001 | $1,910.09 | $158.06 | $177.16 |
| September 2001 | $1,910.09 | $158.06 | $177.16 |
| October 2001 | $1,910.09 | $158.06 | $177.16 |
| November 2001 | $1,910.09 | $158.06 | $177.16 |
| December 2001 | $1,910.09 | $158.06 | $177.16 |
| January 2002 | $1,910.09 | $158.06 | $177.16 |
| February 2002 | $1,910.09 | $158.06 | $177.16 |
| March 2002 | $2,140.06 | $177.09 | $198.49 |
| April 2002 | $2,139.94 | $177.08 | $198.48 |
| May 2002 | $1,910.09 | $354.17 | $396.97 |
| July 2002 | $2,139.94 | $177.08 | $198.48 |
| August 2002 | $2,139.94 | $177.08 | $198.48 |
| September 2002 | $2,139.94 | $177.08 | $198.48 |
| October 2002 | $2,139.94 | $177.08 | $198.48 |

Tuesday, October 15, 2019

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| November 2002 | $2,139.94 | $177.08 | $198.48 |
| December 2002 | $2,139.94 | $177.08 | $198.48 |
| January 2003 | $2,139.94 | $177.08 | $198.48 |
| February 2003 | $2,139.94 | $177.08 | $198.48 |
| March 2003 | $2,139.94 | $177.08 | $198.48 |
| April 2003 | $2,139.94 | $177.08 | $198.48 |
| May 2003 | $2,139.94 | $177.08 | $198.48 |
| July 2003 | $2,139.94 | $177.08 | $198.48 |
| August 2003 | $2,139.94 | $177.08 | $198.48 |
| September 2003 | $2,139.94 | $177.08 | $198.48 |
| October 2003 | $2,139.94 | $177.08 | $198.48 |
| November 2003 | $2,139.94 | $177.08 | $198.48 |
| December 2003 | $2,139.94 | $177.08 | $198.48 |
| January 2004 | $2,139.94 | $177.08 | $198.48 |
| February 2004 | $2,139.94 | $177.08 | $198.48 |
| March 2004 | $2,139.94 | $177.08 | $198.48 |
| April 2004 | $2,139.94 | $177.08 | $198.48 |
| May 2004 | $2,139.94 | $177.08 | $198.48 |
| June 2004 | $2,140.06 | $177.09 | $198.49 |
| July 2004 | $2,379.94 | $196.94 | $220.74 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| August 2004 | $2,379.94 | $196.94 | $220.74 |
| September 2004 | $2,379.94 | $196.94 | $220.74 |
| October 2004 | $2,379.94 | $196.94 | $220.74 |
| November 2004 | $2,379.94 | $196.94 | $220.74 |
| December 2004 | $2,379.94 | $196.94 | $220.74 |
| January 2005 | $2,379.94 | $196.94 | $220.74 |
| February 2005 | $2,379.94 | $196.94 | $220.74 |
| March 2005 | $2,379.94 | $196.94 | $220.74 |
| April 2005 | $2,379.94 | $196.94 | $220.74 |
| May 2005 | $2,379.94 | $196.94 | $220.74 |
| June 2005 | $2,379.94 | $196.94 | $220.74 |
| July 2005 | $2,379.94 | $196.94 | $220.74 |
| August 2005 | $2,379.94 | $196.94 | $220.74 |
| September 2005 | $2,379.94 | $196.94 | $220.74 |
| October 2005 | $2,379.94 | $196.94 | $220.74 |
| November 2005 | $2,379.94 | $196.94 | $220.74 |
| December 2005 | $2,379.94 | $196.94 | $220.74 |
| January 2006 | $2,379.94 | $196.94 | $220.74 |
| February 2006 | $2,379.94 | $196.94 | $220.74 |
| March 2006 | $2,379.94 | $196.94 | $220.74 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| April 2006 | $2,379.94 | $196.94 | $220.74 |
| May 2006 | $4,760.00 | $393.89 | $441.49 |
| July 2006 | $2,379.94 | $196.94 | $220.74 |
| August 2006 | $2,379.94 | $196.94 | $220.74 |
| September 2006 | $2,379.94 | $196.94 | $220.74 |
| October 2006 | $2,379.94 | $196.94 | $220.74 |
| November 2006 | $2,379.94 | $196.94 | $220.74 |
| December 2006 | $2,379.94 | $196.94 | $220.74 |
| January 2007 | $2,379.94 | $196.94 | $220.74 |
| February 2007 | $2,379.94 | $196.94 | $220.74 |
| March 2007 | $2,379.94 | $196.94 | $220.74 |
| April 2007 | $2,379.94 | $196.94 | $220.74 |
| May 2007 | $2,379.94 | $196.94 | $220.74 |
| June 2007 | $2,379.94 | $196.94 | $220.74 |
| July 2007 | $2,379.94 | $196.94 | $220.74 |
| August 2007 | $2,379.94 | $196.94 | $220.74 |
| September 2007 | $2,680.12 | $221.78 | $248.58 |
| October 2007 | $2,680.12 | $221.78 | $248.58 |
| November 2007 | $2,680.12 | $221.78 | $248.58 |
| December 2007 | $2,680.12 | $221.78 | $248.58 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| January 2008 | $2,680.00 | $221.78 | $248.58 |
| February 2008 | $2,738.62 | $226.63 | $254.01 |
| March 2008 | $2,710.00 | $224.26 | $251.36 |
| April 2008 | $2,710.00 | $224.26 | $251.36 |
| May 2008 | $2,710.00 | $224.26 | $251.36 |
| June 2008 | $2,710.00 | $224.26 | $251.36 |
| July 2008 | $2,710.00 | $224.26 | $251.36 |
| August 2008 | $2,835.00 | $234.60 | $262.95 |
| September 2008 | $2,971.54 | $245.89 | $275.61 |
| October 2008 | $2,960.00 | $244.94 | $274.54 |
| November 2008 | $2,960.00 | $244.94 | $274.54 |
| December 2008 | $2,960.00 | $244.94 | $274.54 |
| January 2009 | $2,960.00 | $244.94 | $274.54 |
| February 2009 | $2,960.00 | $244.94 | $274.54 |
| March 2009 | $2,960.00 | $244.94 | $274.54 |
| April 2009 | $2,960.00 | $244.94 | $274.54 |
| May 2009 | $2,960.00 | $244.94 | $274.54 |
| June 2009 | $2,960.00 | $244.94 | $274.54 |
| July 2009 | $2,960.00 | $244.94 | $274.54 |
| August 2009 | $2,960.00 | $244.94 | $274.54 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| September 2009 | $2,960.00 | $244.94 | $274.54 |
| October 2009 | $2,960.00 | $244.94 | $274.54 |
| November 2009 | $2,960.00 | $244.94 | $274.54 |
| December 2009 | $2,960.00 | $244.94 | $274.54 |
| January 2010 | $2,960.00 | $244.94 | $274.54 |
| February 2010 | $2,960.00 | $244.94 | $274.54 |
| March 2010 | $2,960.00 | $244.94 | $274.54 |
| April 2010 | $4,440.00 | $367.41 | $411.81 |
| May 2010 | $1,480.00 | $122.47 | $137.27 |
| June 2010 | $2,960.00 | $244.94 | $274.54 |
| July 2010 | $2,960.00 | $244.94 | $274.54 |
| August 2010 | $2,960.00 | $244.94 | $274.54 |
| September 2010 | $2,960.00 | $244.94 | $274.54 |
| October 2010 | $2,960.00 | $244.94 | $274.54 |
| November 2010 | $2,960.00 | $244.94 | $274.54 |
| December 2010 | $2,960.00 | $244.94 | $274.54 |
| January 2011 | $2,960.00 | $244.94 | $274.54 |
| February 2011 | $2,960.00 | $244.94 | $274.54 |
| March 2011 | $3,110.00 | $257.36 | $288.46 |
| April 2011 | $3,110.00 | $257.36 | $288.46 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| May 2011 | $3,110.00 | $257.36 | $288.46 |
| June 2011 | $3,110.00 | $257.36 | $288.46 |
| July 2011 | $3,110.00 | $257.36 | $288.46 |
| August 2011 | $3,110.00 | $257.36 | $288.46 |
| September 2011 | $3,110.00 | $257.36 | $288.46 |
| October 2011 | $3,110.00 | $257.36 | $319.56 |
| November 2011 | $3,110.00 | $257.36 | $319.56 |
| December 2011 | $3,110.00 | $257.36 | $319.56 |
| January 2012 | $3,110.00 | $257.36 | $319.56 |
| February 2012 | $3,110.00 | $257.36 | $319.56 |
| March 2012 | $3,110.00 | $257.36 | $319.56 |
| April 2012 | $3,110.00 | $257.36 | $319.56 |
| May 2012 | $3,110.00 | $257.36 | $319.56 |
| June 2012 | $3,110.00 | $257.36 | $319.56 |
| July 2012 | $3,110.00 | $257.36 | $350.66 |
| August 2012 | $3,110.00 | $257.36 | $350.66 |
| September 2012 | $3,110.00 | $257.36 | $350.66 |
| October 2012 | $3,110.00 | $257.36 | $350.66 |
| November 2012 | $3,110.00 | $257.36 | $350.66 |
| December 2012 | $3,110.00 | $257.36 | $350.66 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| January 2013 | $3,110.00 | $257.36 | $350.66 |
| February 2013 | $3,110.00 | $257.36 | $350.66 |
| March 2013 | $3,110.00 | $257.36 | $350.66 |
| April 2013 | $3,110.00 | $257.36 | $350.66 |
| May 2013 | $3,110.00 | $257.36 | $350.66 |
| June 2013 | $3,110.00 | $257.36 | $350.66 |
| July 2013 | $3,110.00 | $311.00 | $381.76 |
| August 2013 | $3,110.00 | $311.00 | $381.76 |
| September 2013 | $3,110.00 | $311.00 | $381.76 |
| October 2013 | $3,110.00 | $311.00 | $381.76 |
| November 2013 | $3,110.00 | $311.00 | $381.76 |
| December 2013 | $3,110.00 | $311.00 | $381.76 |
| January 2014 | $3,110.00 | $311.00 | $381.76 |
| February 2014 | $3,110.00 | $311.00 | $381.76 |
| March 2014 | $6,220.00 | $622.00 | $763.51 |
| April 2014 | $0.00 | $0.00 | $0.00 |
| May 2014 | $3,110.00 | $311.00 | $381.76 |
| June 2014 | $3,110.00 | $311.00 | $381.76 |
| July 2014 | $3,110.00 | $311.00 | $412.86 |
| August 2014 | $3,110.00 | $311.00 | $412.86 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| September 2014 | $3,110.00 | $311.00 | $412.86 |
| October 2014 | $3,110.00 | $311.00 | $412.86 |
| November 2014 | $3,110.00 | $311.00 | $412.86 |
| December 2014 | $3,110.00 | $311.00 | $412.86 |
| January 2015 | $3,110.00 | $311.00 | $412.86 |
| February 2015 | $3,110.00 | $311.00 | $412.86 |
| March 2015 | $3,110.00 | $311.00 | $412.86 |
| April 2015 | $3,110.00 | $311.00 | $412.86 |
| May 2015 | $3,110.00 | $311.00 | $412.86 |
| June 2015 | $3,110.00 | $311.00 | $412.86 |
| July 2015 | $3,110.00 | $311.00 | $443.96 |
| August 2015 | $3,110.00 | $311.00 | $443.96 |
| September 2015 | $3,110.00 | $311.00 | $443.96 |
| October 2015 | $3,110.00 | $311.00 | $443.96 |
| November 2015 | $3,110.00 | $311.00 | $443.96 |
| December 2015 | $3,110.00 | $311.00 | $443.96 |
| January 2016 | $3,110.00 | $311.00 | $443.96 |
| February 2016 | $3,110.00 | $311.00 | $443.96 |
| March 2016 | $3,110.00 | $311.00 | $443.96 |
| April 2016 | $3,110.00 | $311.00 | $443.96 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| May 2016 | $3,110.00 | $311.00 | $443.96 |
| June 2016 | $3,110.00 | $311.00 | $443.96 |
| July 2016 | $3,110.00 | $311.00 | $482.82 |
| August 2016 | $3,110.00 | $311.00 | $482.82 |
| September 2016 | $3,110.00 | $311.00 | $482.82 |
| October 2016 | $3,110.00 | $311.00 | $482.82 |
| November 2016 | $3,110.00 | $311.00 | $482.82 |
| December 2016 | $3,110.00 | $311.00 | $482.82 |
| January 2017 | $3,110.00 | $311.00 | $482.82 |
| February 2017 | $3,110.00 | $311.00 | $482.82 |
| March 2017 | $3,110.00 | $311.00 | $482.82 |
| April 2017 | $3,110.00 | $311.00 | $482.82 |
| May 2017 | $3,110.00 | $311.00 | $482.82 |
| June 2017 | $4,665.00 | $466.50 | $724.23 |
| July 2017 | $1,555.00 | $155.50 | $0.00 |
| August 2017 | $3,110.00 | $311.00 | $0.00 |
| September 2017 | $3,110.00 | $311.00 | $0.00 |
| October 2017 | $3,110.00 | $264.36 | $0.00 |
| November 2017 | $3,110.00 | $264.36 | $0.00 |
| December 2017 | $3,110.00 | $264.36 | $0.00 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| January 2018 | $3,110.00 | $264.36 | $0.00 |
| February 2018 | $3,110.00 | $264.36 | $0.00 |
| March 2018 | $3,110.00 | $264.36 | $0.00 |
| April 2018 | $3,110.00 | $264.36 | $0.00 |
| May 2018 | $3,110.00 | $264.36 | $0.00 |
| June 2018 | $4,665.00 | $396.54 | $0.00 |
| July 2018 | $1,555.00 | $132.18 | $0.00 |
| August 2018 | $3,110.00 | $264.36 | $0.00 |
| September 2018 | $3,110.00 | $264.36 | $0.00 |
| October 2018 | $3,110.00 | $264.36 | $0.00 |
| November 2018 | $3,110.00 | $264.36 | $0.00 |
| December 2018 | $3,110.00 | $264.36 | $0.00 |
| January 2019 | $3,110.00 | $264.36 | $0.00 |
| February 2019 | $3,110.00 | $264.36 | $0.00 |
| March 2019 | $3,110.00 | $264.36 | $0.00 |
| April 2019 | $3,110.00 | $264.36 | $0.00 |
| May 2019 | $3,110.00 | $264.36 | $0.00 |
| June 2019 | $3,110.00 | $264.36 | $0.00 |
| July 2019 | $3,110.00 | $264.36 | $0.00 |
| August 2019 | $3,110.00 | $264.36 | $0.00 |

| FECHA | SALARY | INDIVIDUO | PATRONO |
|---|---|---|---|
| September 2019 | $3,110.00 | $264.36 | $0.00 |
| October 2019 | $1,555.00 | $132.18 | $0.00 |
| Grand Total    Grand Total | $606,258.12 | $53,271.94 | $56,596.87 |

264
x