Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: _28243_

Nombre: _Felix Iván Peña_
Direccion Postal: _Camino Lourdes RR6 Box 66 San Juan PR 00926_
Direccion Residencial: _Bo. Caimito Camino Lourdes Cam. 842_
_Km 2.7 San Juan PR 00926_

Num. de contacto:
Tel.: _(787) 518-6663_   Cel. _(787) 453-6663_
Correo electronico: _felixipena @ yahoo.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
_No tenía conocimiento de ningún documento hasta que llego la notificacion por correo a finales de Diciembre 2019_

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A
   ( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

[Stamp: 2020 JAN 14 AM 10:29 SAN JUAN CLERK'S OFFICE RECEIVED & FILED INTAKE DROP BOX]