Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion: 22062

Nombre: MAyra Luz Colón Garcia
Dirección Postal: PMB 111 LA Cumbre 273
Dirección Residencial: Siera morena SJ PR 00926
Pro Cameva arte-Sech los Colones
Num. de contacto:
  Cel. 787-617-4094 (Conyugue)
Correo electronico: Wilfredo brunoa@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion: no tenia comunicacion alguna hasta que recibí la formulario de Promesa (Titulo III).

Documentacion justificativa: Ver anejos

  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

  3. Certificacion de empleo (Departamento de la Familia)

  4. Copia listado de Objecion Global- Anexo A

      (Donde se incluye informacion sobre la reclamacion)

  5. Otros: _____

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 JAN 14 AM 10:28
RECEIVED & FILED
INTAKE DROP BOX