Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Tim
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Tim

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## ONE HUNDRED TWENTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS ANI TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OI THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highwa

and Transportation Authority ("HTA"), and the Employees Retirement System of the Governme

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case numb and the last four (4) digits of each Debtor's federal tax identification number, as applicable, a the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 328 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporati ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 847 (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 E 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of t Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 356 LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Author ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 374 and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonweal COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (L Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Ca numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| COLON GARCIA, MAYRA L | 22062 | 5/18/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| COLON GARCIA, MAYRA L | 22062 | 5/18/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 894 | COLON GARCIA, EDGARDO<br>1-3 CALLE FLAMBOYAN<br>RIVIERAS DE CUPEY<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90313 | |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 895 | COLON GARCIA, ENAIDA<br>URB. MOUNTAIN VIEW L13 C/8<br>CAROLINA, PR 00987 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 15010 | $ 41,728.56 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 896 | COLON GARCIA, JOSE M.<br>P.O. BOX 74<br>VEGA ALTA, PR 00692 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 72641 | Undetermined |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 897 | COLON GARCIA, MAYRA L<br>RR#10 BOX 10257<br>P.O.BOX 8000<br>SAN JUAN, PR 00926 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22062 | Undetermined |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 898 | COLON GARCIA, MILDRED<br>URB LA RAMBLA<br>929 CALLE ZARAGOZA<br>PONCE, PR 00730-4019 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62370 | Undetermined |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 899 | COLON GARCIA, ROSA M<br>URB. VISTA REAL<br>#13 COCOPLUMOSA ST.<br>YAUCO, PR 00698 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81472 | Undetermined |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MAYRA COLON GARCIA
RR-3 BOX 4090
SAN JUAN, PR 00926

Seguro Social: XXX-XX-2089

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 22 de abril de 1962      **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1989
**Fecha de Comienzo de Cotización:** 01 de julio de 1989

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 24.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $31,626.07 | Aportaciones: | $10,972.12 |
| Intereses: | $8,846.40 | Intereses: | $871.61 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $40,472.47 | Total Aportaciones: | $11,843.73 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 ▪ www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MAYRA COLON GARCIA**  Seguro Social: XXX-XX-2089
RR-3 BOX 4090
SAN JUAN, PR 00926

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 28 |
| Balance de Aportaciones: | $52,316.20 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346308233

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**mi RETIRO**

Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### MAYRA L COLON GARCIA (410783)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-JUL-1989** |
| Años en Servicio: | **28** |
| Sueldo Bruto: | **$2,355.00** |
| Sueldo Neto: | **$1,519.03** |
| Balance Aportaciones*: | **$52,316.20** |
| Aportaciones Ley 106 **: | **$5,928.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

**pr.gov**

**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

# CERTIFICACION

De los Registros de la Oficina de Recursos Humanos de Región San Juan, se desprende que **Mayra Colón García,** comenzó a trabajar en el Departamento de la Familia, efectivo el **1 de abril de 1990.** Actualmente ocupa un puesto regular de **Técnico de Asistencia Social y Familiar III,** en la Oficina Local de **Guaynabo I** y devenga un sueldo de **$2,133.00** mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en San Juan de Puerto Rico.

OREALIS MENDOZA
DIRECTORA ASOCIADA
ADMINISTRACIÓN

/crn

INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14  AM 10:29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR