UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors | PROMESA TITLE III<br><br>NO. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided"<br><br>Number of claim- 9837 |

## MOTION FOR LEAVE TO FILE DOCUMENT IN SPANISH

TO THE HONORABLE COURT:

    COMES NOW, MARGARITA CLEMENTE TAPIA, pro se, and very respectfully states and prays to his Honorable Court as follows:

    1- Today I filed an Opposition to "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided" and Request for Extension of Time. On said Motion, I filed a document in Spanish, which is a certification of employment.

1

2- I hereby request leave to file said document in Spanish and a term of 10 days to submit a translation of the same.

WHEREFORE, the appearing party respectfully request that the Court be informed of the above, grant leave to file document in Spanish and grant 10 days, until January 24, 2019, to file a translation of said document.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY: that on this same date I notified via regular mail a copy of this document to the following: Counsel for the Oversight Board (Martin Bienestock, Brian S. Rosen), Proskauer Rose LLP, Eleven Times Square, New York, NY, 10036-8299; Counsel for the Creditors' Committee (Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongarts), Paul Hastings, LLP, 200 Park Avenue, New York, NY 10166.

In San Juan, Puerto Rico, this 14th day of January, 2020.

Margarita Clemente Tapia

Claim: 9837

2