## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | PROMESA TITLE III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | NO. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| **as representative of** | This filing relates to the "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided" |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>**Debtors** | |
| | Number of claim- 9837 |

## ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT IN SPANISH

Upon the *Motion for Leave to File Document in Spanish* (the "Motion for Leave"), filed

by Margarita Clemente Tapia, claim no. 9837, requesting leave to file document in Spanish and

for extension of time to submit translation; and the Court having jurisdiction to consider the

Motion for Extension of Time and to grant the relief requested therein;  and venue being proper;

and due and proper notice of the Motion for Leave having been provided those parties identified

therein, and no further notice required; and the Court having determined that the relief sought in

the Motion for Leave is proper and in the best interest of the parties; and the Court having due

deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion for Leave is GRANTED as set forth herein; and it is further

3

ORDERED that claimant Margarita Clemente Tapia, claim 9837, shall have until January 24, 2020 to file with this Court the translation of the certification of employment; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matter arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

4