# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al<br><br>Debtors<br>_____<br><br>THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PURTO RICO,<br><br>as co-trusted respectively, of<br><br>THE COMMONWEALTH OF PURTO RICO,<br>        Plaintiffs<br><br>v.<br><br>APEX GENERAL CONTRACTORS, LLC,<br>        Defendant | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br><br><br>Adv. Proc. No. _____ |

## NOTICE TO WITHDRAW
## "NOTICE OF APPEARANCE AND REQUEST FOR NOTICE"

COME NOW the undersigned counsel, on behalf of defendant APEX GENERAL CONTRACTORS, LLC, hereinafter, "the ("Appearing Defendant") and respectfully alleges and prays as follows:

1

The undersigned counsel Clarisa Solá Gómez filed by error a "Notice Of Appearance And Request For Notice" in Case No. 17-BK-3283 (LTS), Document Number 9891.

Appearing counsel for Defendant, Clarisa Solá Gómez, most respectfully requests this Honorable Court to order that this document number 9891 "Notice Of Appearance And Request For Notice" filed by error in the instant case, be withdrawn from the docket and that she is not simultaneously served notice of the documents filed with the CM/ECF System in this case.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the instant document has been filed with the court's CM/ECF System, which will simultaneously serve notice on all counsel of record, to their registered e-mail addresses. Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico, this 15th day of January 2020.

**FACCIO & PABON ROCA**
P.O. Box 11397
Urb. Hyde Park, 249 Las Marías
San Juan, PR 00927
Tel. 787-764-1800/Fax 787-777-0737

**S/ Luis Pabón-Roca**
Luis E. Pabón Roca
USDC-PR 210101
lpabonroca@microjuris.com

**S/ Clarisa Solá Gómez**
Clarisa Solá Gómez
USDC 210504
clarisasola@hotmail.com

2