**Mayra Pagan López**
**Número de Teléfono (787)454-6472**
**Dirección Postal**
**Urbanización Vista Azul**
**Calle 12 M-8 Arecibo, P.R. 00612**
**Dirección electrónica**
mayra.pagan@live.com

Epígrafe-
Employees Retirement
System of the Government of the Commonwealth of Puerto Rico
Número de Procedimiento- 17BK 3283-LTS
Número de Reclamo - 106251

RECEIVED & FILED
2020 JAN 14 PM 3: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## Declaración

Yo Mayra Pagan López exijo que el Tribunal no debe declarar ha lugar la objeción Global en relación a mi reclamo. Ya que estuve trabajando para el Departamento de Educación para los años de reclamo del " Romeraso " o Promesa .
Mis años de trabajo comprenden desde octubre de 1987 hasta julio 2019.
Durante todos estos años certificó haber sido empleada activa, desempeñada como Maestra de Educación Especial del Departamento de Educación de Puerto Ricó.

Le adjunto documentos que respaldan y certifican mis años de trabajo para el Departamento de Educación de Puerto Rico.

Certifico que la información provista esta correcta. Firmada hoy lunes 13 de enero de 2020.

Cordialmente,

_Mayra Pagán López_ (signature)
Mayra Pagán López