## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MAYRA PAGAN LOPEZ |  |
| 2. Número de Seguro Social |  |  |
| 3. Lugar de Nacimiento |  |  |
| 4. Fecha de Nacimiento | 1965 |  |
| 5. Sexo | F |  |
| 6. Estado Civil |  |  |
| 7. Preparación Académica | BA 15 |  |
| 8. Experiencia | 30.8.1.1.0 |  |
| 9. Status del Empleado | PERMANENTE |  |
| 10. Sueldo Bruto | $2,730.00 |  |
| 11. Número de Puesto | R93347 |  |
| 12. Categoría del Puesto | MAESTRO EDUC.ESPECIAL (K-12) |  |
| 13. Fondo | ESTATAL |  |
| 14. Cifra de cuenta | E1110-111-0810000-1009-00100-2019 |  |
| 15. Fecha de efectividad | 28 de junio de 2019 03:00 pm |  |
| 16. Acción | RENUNCIA |  |
| 17. Duración |  |  |
| 18. Causa del Cese | JUBILACIÓN |  |
| 19. Ultimo día de Trabajo | 07 de junio de 2019 03:00 pm |  |
| 20. Ultimo día de Pago | 28 de junio de 2019 03:00 pm |  |
| 21. Prog Esc, Nivel/Grado |  |  |
| 24. Distrito Escolar | ARECIBO |  |
| 25. Escuela | LORENZO COBALLES GANDIA |  |

26. Dirección Postal: URBANIZACION VISTA AZUL CALLE 12 - M 8 ARECIBO PUERTO RICO 00612

26. Teléfono: (787)454-6472

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM. 160 DEL 24 DIC 2013 ( SE CANCELA PAGO VAC . REG. DEL 1 JULIO 2019 AL 2 AGO.2019 A LAS 11:16 AM ) P/ GLOBAL VAC. REG 024.3.16 (DEL 1 JULIO 2019 AL 2 AGOSTO 2019 A LAS 11:16 AM). AÑOS DE SERVICIO
( NO PROCEDE PAGO POR ENFERMEDAD POR LA LEY #26 )

28. Preparado por: CATHERINE SANTANA BURGOS　　FECHA: 22 de julio de 2019

29. Verificado por: CATHERINE SANTANA BURGOS　　FECHA: 22 de julio de 2019

30. Aprobado por: ERIC H. PÉREZ TORRES　　FECHA: 22 de julio de 2019

Secretario de Educación o su representante

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| PAGAN LOPEZ, MAYRA | 106251 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| PAGAN LOPEZ, MAYRA | 106251 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000801

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

28 de marzo de 2019

DEPARTAMENTO DE EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 956296  
Radicada en: 05 dic 2018

Atención: Sr. Enoch González Vélez

El(la) profesor(a) MAYRA PAGAN LOPEZ con seguro social XXX-XX-2629 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 06 de marzo de 2019, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años, 10 Meses, 0 Semanas, 1.30 Dias y su edad es 53 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo  
[ ]Diferencia en % por transferencia recibida  
[ ]Reembolso de Cuotas  
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Franklin E. López Díaz  
Area de Servicios de Retiro

c: MAYRA PAGAN LOPEZ  
URB. VISTA AZUL  
M-8 CALLE 12  
ARECIBO, PR 00612

XXX-XX-2629

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov    (787) 777-1414    http://www.srm.pr.gov





**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-...
Rev. junio 20...

Area de Servicios de Retiro

# SOLICITUD DE RETIRO

☐ Mérito ☒ Años de Servicios y Edad ☐ Edad ☐ Diferido ☐ Incapacidad ☐ Suplementaria

## INFORMACIÓN DEL SOLICITANTE

Solicito los beneficios del retiro, de acuerdo a las disposiciones de la Ley 160 del 24 de diciembre de 2013.

| Nombre | Seguro Social | Fecha de Nacimiento (D-M-A) | Sexo |
|---|---|---|---|
| Mayra Pagán López | | /65 | ☒ F ☐ M |

| Estado Civil | Número de Teléfono y Celular | Correo Electrónico |
|---|---|---|
| ☐ Soltero ☒ Casado ☐ Viudo ☐ Divorciado | 787-454-6472 | mayra.pagan@live.com |

| Dirección Postal | Dirección Residencial ☐ Igual a la Postal |
|---|---|
| Urb. Vista Azul Calle 12-M-8 Arecibo P.R. 00612 | Carr 129 Sector El Tres Barrio Hato Abajo, Arecibo PR 00612 |

| Agencia Donde Trabaja | Pueblo Donde Trabaja | Puesto que Ocupa | Fecha Efectividad Renuncia |
|---|---|---|---|
| Departamento Educación | Hatillo | Maestra Ed. Esp. | Junio 30, 2019 |

Nombre, Dirección y Teléfono del Familiar Cercano (Aplica solamente a Solicitud de Incapacidad)

| Préstamo con SRM | ☒ Sí ☐ No | Tipo de Préstamo | ☐ Hipotecario | ☒ Personal | ☐ Viaje Cultural |
| Préstamo con AEELA | ☐ Sí ☒ No | Tipo de Préstamo | ☐ Hipotecario | ☐ Personal | |

Indique si es beneficiario o esta en trámite de alguna Pensión por Incapacidad

| | Entidad a la que se le reclamó la Incapacidad y/o la otorgó | Fecha de Otorgación (D-M-A) |
|---|---|---|
| ☐ Sí ☒ No | | |

_Mayra Pagán López_ 30/nov/2018
Firma del Participante — Fecha (D-M-A)

## AUTORIZACIÓN PARA LA DIVULGACIÓN DE INFORMACIÓN (INCAPACIDAD)

AUTORIZO al Sistema de Retiro para Maestros a tener acceso a mi Historial Laboral o Médico que pueda constatar cualquier agencia, departamento estatal, municipal o federal y/o agencias privadas o públicas fuera de Puerto Rico para uso de una Investigación Oficial de ser necesario.

_____ _____
Firma del Participante       Fecha (D-M-A)

## PARA USO DEL PATRONO

Certificación del Supervisor Inmediato

CERTIFICO que _Mayra Pagán López_ se encuentra actualmente en
Nombre y Apellidos

☒ servicio activo ☐ licencia
Especifique el tipo de licencia

| Renuncia Efectiva (D-M-A) | Nombre de la Escuela o Agencia | Fecha (D-M-A) |
|---|---|---|
| 30/junio/2019 | Lorenzo Coballes Gandía | 30/nov/2018 |

| Nombre del Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia | Firma del Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia |
|---|---|
| Marisol Rodríguez Del Río | _signature_ |

235 Ave. Arterial Hostos, Edif. Capital Center
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
(787) 777-1414; Fax (787) 759-2883 * www.srm.pr.gov

**SRM**
Sistema de Retiro para Maestros