Mayra Pagán Rojas
Urb. Vista Azul
Calle 12 M-8
Arecibo PR 00612

RETURN RECEIPT REQUESTED

2020 JAN 14 PM 3:34
RECEIVED &amp; FILED
CLERK'S OFFICE

7016 3010 0000 1871 8254

Secretaría
Tribunal de Distrito de los E.U.
Room 150 Federal Building Ave. Chardón
San Juan PR 00918-1767

00918-241199