RECEIVED & FILED

2020 JAN 14  PM 1: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

13 de enero de 2020

Secretaria del Tribunal
Tribunal de Distrito de los Estados Unidos
Salón 150, Edificio Federal
San Juan, P.R. 00918-1767

Re: Reclamo # 55490
    Caso # 17 BK 03283-LTS
    Cantidad: $8,000
    Deudor: Commonwealth of Puerto Rico

Estimada Secretaria:

Por este medio someto mi objeción a su respuesta al reclamo # 55490 e incluyo la siguiente información requerida:

1.  Datos de contacto – Nombre: Juan C. Calderón Miranda
                         Dirección: Calle 11, A 2, Sans Souci, Bayamón, P.R., 00957
                         Número de teléfono: 787- 644-9614


2.  Epígrafe- Nombre del Tribunal- United States District Court for the District of Puerto Rico
              Nombre del deudor- Commonwealth of Puerto Rico

3.  Motivo para oponerse- La cantidad adeudada es válida, ya que surge del balance pendiente de pago por concepto de aumentos salariales, que debieron ser pagados desde el 1993 hasta el 2000, en mi carácter de empleado del Departamento de la Familia del Gobierno de Puerto Rico. Este reclamo surge de una demanda judicial iniciada por un grupo de empleados del Departamento de la Familia, la cual fue concedida a favor de los empleados, por los Tribunales de Puerto Rico. Los empleados se dividieron en 6 grupos de los cuales los primeros 4 recibieron su pago, quedando pendiente los grupos 5, del cual soy parte y el grupo 6.


Atentamente,

_____
Juan C. Calderón Miranda