# Evidencia de Reclamación



Comprobante del pago de pensión del Sistema de Retiro de Maestros de Puerto Rico como prueba de que trabajé como maestro para el Departamento de Educación

[Pension payment stub from Gobierno de Puerto Rico, 592 - SISTEMA DE RETIRO MAESTRO-PENS, for ANGEL L. SANTIAGO HERNANDEZ, 11043 MONTE BELLO, VILLALBA PR 00766-2357. Fecha: 07/30/2019. Aviso No. 2626217. Cant. Depósito: $408.97. NO-NEGOCIABLE]