Angel L. Santiago Andreu
11043 Monte Bello
Villa Llu, P.R. 00766-2357

RECEIVED & FILED
2020 JAN 14 PM 3:36
US DIST. COURT
SAN JUAN P.R.

Secretaría (Clerks Office)
Tribunal Distrito de Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

009181339