UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.

PROMESA

Title III

Claim No. 17 BK 3286 LTS (17 BK 03566)

(Jointly Administered)

This filing relates to the

Commonwealth, HTA and ERS.

YO, ZAIDA RAMOS CLEMENTE, claim # 30990, date filed 5/22/2018

Debtor: EMPLOYEES RETIREMENT SYSTEM OF COMMONWEALTH OF PUERTO RICO

Respetuosamente solicito a la Honorable Corte de Distrito de Puerto Rico, se elimine mi nombre del Anejo A, página 163 de 167, 5/22/18, 17 BK 03566 –LTS, ESTADO LIBRE ASOCIADO DE PUERTO RICO #30990—Indeterminado. El total de mis aportaciones es de $51,295.26.

Esta replica contiene ANEJADA la CERTFICACION DE LA ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LA AGENCIA 122 – ADMINISTRACION DE TRIBUNALES DE PUERTO RICO, donde se reflejan los balances de mi Aportación individual y mis años de servicio. Por tanto NO ME APLICA esta Objeción Global DEL TITULO III. (Ver Anejos).

CERTIFICO que en el dia de hoy, 14 de enero de 2020 envié copia de este escrito por correo postal a: Abogado de la Junta de Supervisión a su Dirección: Proskauer Rose LLP, Eleven Times Square, Nueva York, NY 10036-8299, A/A: Martin J. Bienenstock, Brian S. Rosen y al Abogado del Comité de Acreedores, Paul Hastings LLP, 200 Park Ave. Nueva York, NY 10166 A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz y personalmente al Clerk's Office, U.S. District Court, Federal Office Bldg. 150 Chardon Ave., San Juan, P.R.

RESPETUOSAMENTE SOLICITADO,

*Zaida Ramos Clemente*

ZAIDA RAMOS CLEMENTE
VILLA CAROLINA
41-15 CALLE 34
CAROLINA, PR 00985