Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

6687

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Noemí Montañez Rivera | 35291 | F |

Tipo de Renta:
a— Años de Servicio y Edad     c— Incapacidad
    Opcional ( )        Ocupacional ( )
    Obligatoria ( )        No Ocupacional ( )

b— Edad ( )      d— Diferida ( )*

Fecha de Nacimiento: 1946 enero 12

Fecha de Retiro: 2001 julio 27

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|
| 55 años 6 meses 16 días | 27 años 7 meses — sem. ½ días | $34,247.64 | 2001 julio 28 |

Retiro Ley Núm. 44 de 2000

Cómputo de la Renta Anual:    tres
a— Sueldo promedio mensual más alto durante ~~cinco~~ años consecutivos a $1,887.77
X .018 % X 27 años, 7 meses                                937.00
(Por ciento)        (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

Años de Servicio    Edad    Incapacidad Física    Diferido
$_____    $_____    $_____    $_____        478.82

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia                                                1,415.82

Renta Anual Vitalicia                                                    16,989.84

Computado: Julio C. Ortiz    12 sept 2001      Cotejado: Brendally Ledoux    12/9/01

Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro    13/9/01      Aprobado: Sept-14-01    Irma A. Giménez López, Secretaria Ejecutiva

lp

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Noemí Montañez Rivera**, con número de seguro social que termina en **6687**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 27 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 27 años, 7 meses, 0 semana y 0 1/2 días |
| Fecha de Efectividad de la Renuncia | 27 de julio de 2001 |
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Pensión Mensual Actual | $1,415.82 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

## C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | NOEMI MONTANEZ RIVERA |
| Seguro Social | : | 6687 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 28 años, 6 meses y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/08/1972. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.