January 11, 2020

Marta Perez Ruiz (claim 104697)
Urb Bella Vista
Calle Naval E-11
Ponce P.R. 00716
(939) 356-0563
mipr773@gmail.com
MMCDI (MMLID) 1936004

United States district Court for the
district of PR
Commonwealth of PR
17 BK 3283 LTS
Promessa
Titulo III

I write this letter in response to one received by mail from you on Dec 23, 2019 in reference to my claim 104697 on 6/27/18. before the Commonwealth of PR by law 89, 96 and 164. I don't ague that my claim be dismissed attached I send documentation of when I worked in the family department from 2003 to 2010.

Thanks