

**ADSEF**
ADMINISTRACION DE DESARROLLO
SOCIOECONOMICO DE LA FAMILIA

# CERTIFICACIÓN

Certifico que la Sa. **MARTA I. PÉREZ RUIZ**, Seguro Social **XXX-XX-6093**, trabajó para la Administración de Desarrollo Socioeconómico, adscrito al Departamento de la Familia, desde el 8 de enero de 2003 hasta el 25 de junio de 2010, fecha en que fue cesanteada según el plan de cesantías establecido en la Ley Núm. 7 del 9 de marzo de 2009. Ocupó un puesto de Pagadora Auxiliar y devengó un sueldo mensual de $1,543.00.

Expedimos esta certificación a solicitud de la empleada.

Certifico correcto hoy 29 de diciembre de 2010, en San Juan, Puerto Rico.

*[firma]*
Noemí Rivera Hernández
Analista de Recursos Humanos III
División de Servicios al Empleado
Oficina de Recursos Humanos

/bcq

**Nota:** Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma de la Administradora Auxiliar de Oficina de Recursos Humanos o su representante autorizado.

PO BOX 8000, San Juan, PR 00910-0800* Tel. (787) 289-7600 Ext. 2302-2303 * Fax (787) 289-7602