Marta [illegible]
Urb. Bella Vista
Calle Noval E-11
Ponce PR 00716

Secretaria
Tribunal de distrito de
de los E. Stados Unidos
Room 150 Federal Building
SJ PR 00918-1767

00918$1767 0000