Hector F. Vallejo Moreno

Claim # 41051
# 41566

C/e Valle Sur 605
Urb Valle de Ensueño
Gurabo P.R. 00778

Tel # 787-951-9003
787-752-1049 ext 3260

email hfvm1969@gmail.com

Según indicado en llamada telefónica estoy proveyendo información la cual es la solicitada, no tengo manera de saber la otra de la cantidad adeudada, en cuanto al salario mínimo.

RECEIVED & FILED 2020 JAN 14 PM 3:37 SAN JUAN