Hector Vallej Mora
605 Valle del Sur
Valle de Ensueño
Guánica P.R.
00778

RECEIVED & FILED
2020 JAN 14  PM 3: 37
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los EU.
Room 150 Federal Building
San Juan P.R. 00918 - A67

00918-9999