United State District Court For The Distict of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 17 B K 3283 -LTS

_____110_____——OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF

THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING

INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC 8978 - 4

Proof of Claim:

Dame and Address: Durbee 963, Urb. Country Club
San Juan, P.R. 00924

Reclama al Gobierno del Estado Libre Asoiado de Puerto Rico; al Gobierno de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984 -- Romerazo

Años Reclamados 1984-2001 (17 años)

Cantidad Reclamada 20,400.00

Ley 94 del año  3 20 Aumento de vida

Años reclamados  17 años 2003 a/ 2020

Cantidad Reclamada  4,029 15

Caso : Ralf Cruz Benitez

Civil num. K D P 2005 –0150

Cantidad Reclamada  17,000.00

Adjunto evidencia en réplica a la información solicitada ;

1. Certificación Junta de Retiro (2)
2. Certificación Departamento Educación
3. Copia talonario

Solicito la adjudicación de mi petición según corresponda a mis derechos por las leyes anteriormente Especificadas.

Nombre  Nancy R. Colón Vázquez

Firma  Nancy Colón                    Fecha  14 enero 2020

email: nrcolon1949@gmail.com
tel. 787-547-3335
S.S. _ _ 1394