# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nancy R. Colon Vazquez**, con número de seguro social que termina en **1394**.

| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
|---|---|
| Tiempo Cotizado para la Pensión | 25 años, 5 meses, 3sem., 2.5 días |
| Pensión mensual Inicial | $1,397.07 |
| Pensión Mensual Actual | $1,438.98 |

Esta certificación se expide hoy, **13 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

L394

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Nancy R. Colón Vázquez | 37400 | F |

**Tipo de Renta:**
- a- Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

| Fecha de Nacimiento | | |
|---|---|---|
| 1949 | oct. | 08 |
| Año | Mes | Día |

| Fecha de Retiro | | |
|---|---|---|
| 2001 | jul | 27 |
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 9 | 20 | 25 | 5 | 3 | 2½ | $30,905.89 | 2001 | jul | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Retiro Ley Núm. 44 de 2000

**Cómputo de la Renta Anual:** tres
a- Sueldo promedio mensual más alto durante cinco años consecutivos a $1,862.77
X .018 % X 25 años, 5 meses, 3 semanas y 2½ días
(Por ciento)        (Tiempo Acreditado)

854.34
menos ajuste 5%
42.71

811.63

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.
( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 585.44 | | $ | $ | 585.44 |

Diferencia Mínimo o Renta Sistema Retiro
**Renta Mensual Vitalicia** — 1,397.07
**Renta Anual Vitalicia** — 16,764.84

| Computado: Julio C. Ortiz | 8 enero 2002 Fecha | Cotejado: Hugo E. Aponte | | Fecha |
|---|---|---|---|---|
| Recomendado: Gloria E. Navas Pérez Directora Area Servicios de Retiro | 17/1/02 Fecha | Aprobado: 17/1/02 Fecha | Irma A. Giménez López Secretaria Ejecutiva | |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2019 |
| Hasta: | 09/30/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3593785 |
| Fecha Aviso: | 09/27/2019 |

NANCY R COLON VAZQUEZ
URB COUNTRY CLUB
963 CALLE DURBEC
SAN JUAN PR 00924-3343
SS: XXX-XX-1394

| | |
|---|---|
| # Empleado: | XXXXX1394 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,438.98 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.855262 | 81.25 | 719.49 | 1,462.50 | 12,950.82 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 719.49 | 1,462.50 | 13,050.82 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| CO-COOP FED MAESTRO | 72.50 | 1,455.00 |
| SC-AMER FAM LIFE ASS CO | 11.60 | 324.80 |
| Total: | 84.10 | 1,779.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 900.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 719.49 | 0.00 | 84.10 | 635.39 |
| Acumulado: | 13,050.82 | 0.00 | 1,779.80 | 11,271.02 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3593785 | 635.39 |
| Total: | 635.39 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3593785

Cant. Deposito: ___$635.39___

TRAY 135 SQ 34059*****************SCH 5-DIGIT 00924    34059 2 AV 0.383
NANCY R COLON VAZQUEZ
URB COUNTRY CLUB
963 CALLE DURBEC
SAN JUAN PR 00924-3343

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 4601858800 | $635.39 |
| Total: | | $635.39 |

**NO-NEGOCIABLE**



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

14 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ISRAEL FRANCO SANCHEZ |
| Seguro Social | : | 5770 |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | SAN JUAN III |
| Sueldo Mensual | : | $2,530.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2009 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 13 años y 4 meses. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/01/1993. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.