Enero/10/2020

**Respuesta Ajuste Salarial**

Nombre: Ocasio Quiñones, Yoland

Dirección: Plaza 4 RA30
Marina Bahia, Cataño
P.R. 00962

Correo Elect: yolanda_ocasio@hotmail.com

Abogados Que Presentaron el caso: Lic. Gonzalez Uforales Ivonne
Edif. Ballardo
P.O. Box 9031838
San Juan, P.R.
00902-1828
Tel (787) 724-5323
54126

# De Reclamación:

Fecha Presentación: 6/5/2,018

Deudor: Gobierno de Puerto Rico

RECEIVED & FILED
2020 JAN 14 PM 3:38
US DISTRICT COURT
SAN JUAN P.R.

\# De Caso    17 BK 03283-LTS

Se adjunta carta de los Sistemas de Retiro del Gobierno Certificando el periodo de años de Servicio acreditados desde el 18 de enero/1982 hasta 31/marzo/2,012 30 años, 5. y copia de Carta de aprobación de Pensión Por Mérito efectiva al 1 de Junio del 2,013. Como evidencia de los periodos de las Leyes que se hace referencia en el caso.

R#
Yolanda Ocasio Quiñones
Plaza 7 RA 37
Marina Bahía
Cataño, P.R.
00963
Tel. 787 481-1540