

**RETIRO**
GOBIERNO DE PUERTO RICO

10 de mayo de 2012

YOLANDA OCASIO QUI?ONES  XXX-XX-0360    Solicitud No:   377903
PLAZA 7                                  Radicada en:   15 ago 2011
R A 30 MARINA BAHIA
CATAÑO, PR 00962

Estimado (a) participante:

Nos referimos a la Solicitud de Estado de Cuenta que radicó en nuestro Sistema de Retiro, solicitando información con respecto a los años de servicios que tiene acreditados.

Conforme a la informacion que consta en su expediente para asuntos de Retiro y la evidencia en nuestro sistema mecanizado de nóminas, durante el periodo del 18 de enero de 1982 al 31 de marzo de 2012 usted ha completado:

| | | |
|---|---|---|
| Años Acreditados | : | 30.50 |
| Aportaciones | : | 55,164.61 |
| Intereses Devengados | : | 18,607.49 |
| Aportaciones Acumuladas: | | 73,772.10 |

En caso de que los periodos de tiempo indicados con anterioridad no coincidan con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su agencia, corporacion o municipio.

Si tuvo interrupciones en el servicio público o si el último estado de cuenta le fue remitido en los pasados dos (2) años, deberá solicitar un Estado de Cuenta actualizado antes de radicar una solicitud de pension.

Los participantes que comenzaron a cotizar por primera vez para este Sistema de Retiro, después del 1 de abril de 1990, serán elegibles para recibir una pensión por edad o diferida, cuando completen un mínimo de diez(10) años de servicios acreditados y 65 años de edad.

Cordialmente,

Yamilet Amador Cruz
ESTADOS DE CUENTA

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.777.1500 • Fax 787.766.0047 • www.retiro.pr.gov



Gobierno de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 - SAN JUAN PR 00940-2203

6 de junio de 2013

**YOLANDA OCASIO QUINONES**
**MARINA BAHIA**
**PLAZA 7 RA 30**
**CATAÑO PR 00962**

Estimado (a) señor (a) **OCASIO**:

Deseamos informarle que su solicitud de **PENSION POR MERITO** ha sido aprobada efectiva el **1 DE JUNIO DE 2013**. La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$2,919.00** mensuales y comenzará a recibir sus pagos en la **SEGUNDA QUINCENA DE JUNIO DE 2013**. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Le informamos que usted se acogió al Plan Coordinado y su pensión será reajustada al adquirir la condición de plenamente asegurado bajo la Ley Federal del Seguro Social. Si usted interesa cambiar al Plan de Completa Suplementación deberá solicitarlo en nuestras oficinas.

Para obtener información adicional al respecto, puede comunicarse libre de costo a través de TELERETIRO al 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Héctor M. Mayol Kauffmann
Administrador

Wanda G. Sánchez Ortiz
Directora
Área de Servicios al Pensionado

MSOLIS