Yolanda Ocasio
Plaza 7 RA 30
Marina Bahía
Cataño, P.R. 00962



Secretaria (Clerk's Office)
Tribunal de Distrito de los E. Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 JAN 14 PM 3:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR