United States District Court For The District of Puerto Rico
Room 150 Federal Building
San Juan, PR 00918-1767

**Deudores:** Estado Libre Asociado de Puerto Rico, Gobierno de Puerto Rico, Departamento de Educación

No. 17BK3283-LTS

ONE HUNDRED SEVENTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUS.

**DOC 8978-4**

**Proof of Claim:** 97249, 92336

Magda L. Santana Rodriguez
HC 46 Box 6144
Dorado PR 00646-9632
787-948-8438 (Cel)
malusa1351@yahoo.com
ss. XXX-XX-0486

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico, al Gobierno de Puerto Rico, Departamento de Educación de Puerto Rico y al Sistema de Retiro de Puerto Rico.

**Ley 89 de 1984 – Romerazo**

**Años Reclamados:** Desde 1984 al 2003 (19 Años)

**Cantidad Reclamada:** $22,800.00

**Costo de Vida – Ley #91 Retiro de Maestro – 3% cada 2 años** (Ley #91)

**Años Reclamados:** Desde 2004 al 2020 (16 Años)

**Cantidad Reclamada:** $5,055.24

Adjunto Evidencia en replica a la información solicitada:

1. Certificación de Pensión Sistema de Retiro de Maestros, Gobierno de Puerto Rico
2. Informe de Renta Anual Vitalicia Junta de Retiro de Maestros
3. Certificación Departamento Educación años de Servicios

Solicito la adjudicación de mi petición, según corresponda a mis derechos en virtud de las leyes anteriormente especificadas. Solicito al Honorable Tribunal que no declare a lugar la Objeción legal con respecto a mi reclamo, ya que tiene la validez que corresponde.

_Magda L. Santana Rodriguez_      _14 enero 2020_
Magda L. Santana Rodriguez      Fecha