# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Magda L. Santana Rodriguez**, con número de seguro social que termina en **0486**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 15 de octubre de 2003 |
| Tiempo Cotizado para la Pensión | 30 años, 2 meses, 3 semana y 3 ½ días |
| Fecha de Efectividad de la Renuncia | 15 de octubre de 2003 |
| Fecha de Efectividad de la Pensión | 9 de enero de 2004 |
| Pensión Mensual Actual | $1,560.26 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414     📠 787.764.6910     www.srm.pr.gov

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MAGDA L. SANTANA RODRIGUEZ |
| Seguro Social | : | --0486 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,255.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 8 de enero de 2004 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/16/1973. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**JRM** — ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

23 de marzo de 2004

PROF MAGDA L. SANTANA RODRÍGUEZ
BO SANTA ROSA
SECTOR JAZMÍN BUZON 4
DORADO PR 00646

SS: 0486          CASO NÚM: 417

Estimada profesora Santana:

Nos referimos a su Solicitud de Retiro por **Ley 45**, la cual ha sido aprobada. Su retiro fue efectivo el **9 de enero de 2004** y recibirá una renta mensual de **$ 1,560.26.**

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Se incluye información de interés para los maestros pensionados.

CORDIALMENTE,

Irma García Hernández
Directora
Área Servicios de Retiro

MTM/agb

"Sirviéndole a la Clase Magisterial Puertorriqueña"

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

29 julio 2019

Date Filed: 6/26/2018
Proof of Claim No.: 97249

Magda L Santana Rodriguez
HC 46 Box 6144
Dorado, PR 00646-9632

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

Número de Evidencia de Reclamación: 97249
Reclamante: Santana Rodriguez, Magda L

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ● Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ● Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) *Durante la incumbencia como gobernador del Gobierno de Puerto Rico, Estado Libre Asociado de P.R., Carlos Romero Barceló otorgó un aumento de sueldo conocido como Ley 89 de $100.00 mensuales dado el 1984-1985 y nunca se honró dicho aumento.*

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $22,800

Batch 2



990123400355160

*Número de Evidencia de Reclamación*: 97249
*Reclamante*: Santana Rodriguez, Magda L

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educación, Gobierno de Puerto Rico._

   3(b). Identifique las fechas de su empleo con relación a su reclamación: _1984 - 2003_

   3(c). Últimos cuatro dígitos de su número de seguro social: _0486_

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _Aclaración - Aumento de sueldos impagos desde el 1984-2003._

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de Educación, Gobierno de Puerto Rico._

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico Commonwealth of Puerto Rico Supplemental Information Processing Center._

   4(c). Número de caso: _1703283     17bK03283_

   4(d). Título, epígrafe, o nombre del caso: _Commonwealth of Puerto Rico Promesa - Proof of Claim RE-Commonwealth - USA (Casos del Título III) Ley 89_

Batch 2

2


990123400355160

*Número de Evidencia de Reclamación:* 97249
*Reclamante:* **Santana Rodriguez, Magda L**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
El Estado del caso está pendiente de resolución y de Apelación.

4(f). ¿Tiene usted una sentencia impaga? (Sí)/ No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
1984 - 2003      $ 22,800

990123400355160



Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

·0486                                                                                     .9%=$187.23

| MAGDA L SANTANA RODRIGUEZ | Núm. Reclamación 38795 | Sexo F |
|---|---|---|
| **Tipo de Renta:** | | **Fecha de Nacimiento** |
| a- Años de Servicio y edad          c- Incapacidad | | 1951   9   13 |
| Opcional (X)    Ocupacional ( ) | | Año   Mes   Día |
| Obligatorio ( )    No Ocupacional ( ) | | |
| b. Edad ( )    d- Diferida ( ) | | |

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 52  3  26 | 30  2  3  3½ | $ 40,774.40 | 2004  1  8 |
| Años Meses Días | Años Meses Sem. Días | | Año Mes Día |
| | | | **Fecha de Efectividad** |
| | | | 2004  1  9 |
| | | | Año Mes Día |

Retiro Ley Núm. **45 DEL 2000**

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,080.35          $ 1,560.26

   .75%         X         30 años
(Por ciento)         (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de_____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | 1,560.26 |
|---|---|
| Renta Anual Vitalicia | 18,723.12 |

Computado: Annie Rivera    9/2/04 Fecha          Cotejado: María A. Torres Morales    11/2/04 Fecha

Recomendado: Irma García Hernández    11/2/04 Fecha
Directora Area Servicios de Retiro

Aprobado: 20/2/04 Fecha          Dinelia Ovola Morales
Subsecretaria Ejecutiva

AGB

Nombre **MAGDA L SANTANA RODRIGUEZ**

Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1973-74 | | | | | 465.00 | | | | | | |
| AL | 25 | 8 | 3 | 3 | | ½D | | | | | |
| 1998-99 | | | | | 1,800.00 | | | | | | |
| 1999-00 | 1 | | | | 1,800.00 | | | | | | |
| - | | | | | 1,900.00 | | | | | | |
| 2000-01 | 1 | | | | 1,900.00 | 1M | | | | | |
| - | | | | | 2,005.00 | 11M | | | | | |
| 2001-02 | 1 | | | | 2,005.00 | 12M | | | | | |
| 2002-03 | 1 | | | | 2,105.00 | 12M | | | | | |
| 2003-04 | | 3 | | 2 | 2,255.00 | 6M, 1D | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| Sub-Total | 30 | - | - | - | | | | | | | |
| 2003-04 | | 2 | 3 | 3 | 2,255.00 | 6M, 1D | | | | | |
| TOTAL | 30 | 2 | 3 | 3½ | | | | | | | |

Desglose primer pago:  $_____
   Renta Mensual
     Deducciones:
        Asociación de Maestros    $_____
        Préstamo_____     _____
        Otras     _____
         Total de Deduccines     _____
         Importe del Cheque    $_____

Observaciones:

                Año Escolar
    Hasta 1917-18_____ 9 meses
    Desde 1918-19 hasta 1940-41_____ 10 meses
    En el 1941-42_____ 11 meses
    Desde 1942-43 en adelante_____ 12 meses