13 de enero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918

Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
James Bliss
James Worthington
G. Alexander

**RE: MARICELIS BAEZ LOPEZ**
**RECLAMACIONES 34060; 34862 Y 31627**

Se recibieron tres folletos sobre las reclamaciones de las que se hace referencia.   Se envía una carta
explicativa en la que hace mención de que en ninguna de las reclamaciones se había fijado una cantidad
de dinero reclamado.   Por el momento no hay evidencia por escrito que se les pueda enviar hasta tanto
la unión nos la provea.  Sin embargo si se le envía un reclamo estimado del dinero el cual se desglosa a
continuación.
En la reclamación #34060 la cantidad aproximada es $33,000.00
En la reclamación #34862 la cantidad aproximada es $27,000.00
En la reclamación #31627 la cantidad aproximada es $23,000.00

Estas cantidades son aproximadas.  De necesitar información adicional favor de notificarlo.

Cordialmente,

Maricelis Báez López

147 Cl Casiopea
Lomas del Sol
Gurabo, P.R. 00778
Catrofri@gmail.com