Maricelis Báez
147 cl Casiopea
Lomas del Sol
Gurabo, P.R. 00778

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
JAN 13, 20
AMOUNT
$0.55
R2304N118189-10

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918

RECEIVED & FILED
2020 JAN 14 PM 3:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.