INTAKE DROP BOX
RECEIVED & FILED

United States District Court For The District of Puerto Rico

2020 JAN 14 AM 11:48

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

**One Hundred Fourteenth** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: **101190**
**132027**

Name and Address: **Raquel A. Pagani Padilla**
**Calle Norte 171**
**Dorado, P.R. 00646**

Email: **raquelpagani@gmail.com**    Tel. **787-613-1144**

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico. **y al Sistema de Retiro de Puerto Rico**

Ley 89 de 1984 – Romerazo

Años Reclamados **Desde 1984 – 1998 = a 14 años**

Cantidad Reclamada **$ 16,800.00**

Ley 91 del año **Costo de vida - Retiro de Maestros (3% cada 2 años)**

Años Reclamados **1998 – 2020**

Cantidad Reclamada **$ 4,387.68**

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión de Retiro de Maestros de P.R.

2. Informe de Renta Anual vitalicia de la Junta de Retiro de Maestros

3. Certificación años de servicio de Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Raquel A. Pagani Padilla

Firma: Raquel A. Pagani   Fecha: 14 enero 2020