# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. RAQUEL A. PAGANI PADILLA**, con número de seguro social que termina en **6714**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 16 de enero de 1998 |
| Tiempo Cotizado para la Pensión | 30 años, 3 meses, 1 semana y 2 ½ días |
| Fecha de Efectividad de la Renuncia | 17 de enero de 1998 |
| Fecha de Efectividad de la Pensión | 16 de enero de 1998 |
| Pensión Mensual Actual | $1,108.59 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414    787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

6714

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Raquel A Pagani Padilla | 1-20002 | F |

Tipo de Renta:
a— Años de Servicio y Edad.         c— Incapacidad
   Opcional    (xx)                     Ocupacional    ( )
   Obligatorio ( )                      No Ocupacional ( )
b— Edad ( )                          d— Diferida ( )*

| Fecha de Nacimiento | | |
|---|---|---|
| 1947 | julio | 25 |
| Año | Mes | Día |

| Fecha de Retiro | | |
|---|---|---|
| 1998 | enero | 16 |
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 50 | 5 | 22 | 31 | 3 | 1 | 2½ | $ 29,407.50 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

| Fecha de Efectividad | | |
|---|---|---|
| 1998 | enero | 17 |
| Año | Mes | Día |

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:                              tres
a— Sueldo promedio mensual más alto durante /cinco/ años consecutivos a $ 1,705.53    |  1,108.59

X    .65%   X   30 años
(Por ciento)        (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia       |  1,108.59
Renta Anual Vitalicia         |  13,303.08

| Computado | | Cotejado | |
|---|---|---|---|
| B Ledoux | 20 feb. 1998 | [signature] | 20 febrero 98 |
| Brendally Ledoux | Fecha | Hugo E. Aponte Morán | Fecha |
| Recomendado: | | Aprobado: | |
| Maribel Solá Matos | 20/2/98 | 24/2/98 | Aurora Ramírez Vega |
| HA/agb  Jefa Div. de Reclamaciones | Fecha | Fecha | Secretario Ejecutivo |
| Secr. Ejec. Aux., Area de Retiro | | | |

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | RAQUEL A. PAGANI PADILLA |
| Seguro Social | : | -6714 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $1,800.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 12 de agosto de 1966 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 16 de enero de 1998 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/12/1966. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.