13 Enero del 2020

A: Tribunal de Distrito de Estados Unidos
Reclamación #76378-A Commonwealth
de Puerto Rico.
Cobro de Dinero por trabajo Prestado
Ley 89 Promesa Título III Num: 17 BK 3283 LTS:

Se reclama por Trabajo al Dept. de Hacienda Pertenecientes al Sistema de Retiro del Estado Libre Asociado de Pto Rico. Sueldo que el Dept. de Hacienda dejo de Pagar por trabajo. Sueldo Laborales de los Empleados.

Trabaje para el gobierno de Pto Rico incluyo Nombramiento de mi Trabajo

Sobre la base a lo que a mi se refiere y a mi entender la información es 100% Cierta

Luis Alberto López
Rodriguez
Santa Elena II
35 Sta Clara
Guayanilla, P.R. 00656
Seg. Soci xxx-xx-8644
Tel. Cel 787-648-2345

Adjunto Documento
Cert de Trabajo Permanente
Mira al Dorso

Copia A.

① Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767

② Abogado de la Junta de Supervición
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York
10036-8299

③ Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz