OCAP-11
Rev. 9/78

**Estado Libre Asociado de Puerto Rico**
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Apartado 8476, Estación Fernández Juncos
Santurce, Puerto Rico 00910

**NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO**

### 1. SIMBOLOS DE CONTABILIDAD

| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
|------|-------|---------|------|-----------|-------|--------|
| 84   | 111   | 024     | 02   | 042       | 01    | 111    |

2. Certificación Número: **1221**
3. Fecha de la Certificación: **16/junio/83**

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12), Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado: **López (Apellido Paterno)  Rodríguez (Apellido Materno)  Luis A. (Nombre)**

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social: **Luis A. López Rodríguez**
6. Sexo: **XX M** ☐ F
7. Número del Seguro Social: **8644**

8. Dirección del empleado: **Urb. San Augusto, Calle B A-7 Guayanilla, Puerto Rico 00656**

9. Agencia, Negociado o División, Sección o Unidad y Pueblo: **Departamento de Hacienda -Adm.Rent.Int.yRec. Negdo. Arbitrios, Imposición - San Juan**

10. Título de Clasificación del Puesto: **Agente Rentas Internas I**
11. Número de Clase: **6410**
12. Número del Puesto: **1509**

13. Clase de Nombramiento: ☐ Regular  ☒ Probatorio  ☐ Transitorio
☐ En el Servicio de Confianza _____ (indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $ **550.00**
Diferencial _____
Total $ _____

15. Fecha de efectividad del Nombramiento: **1 de septiembre de 1983**
16. Fecha en que expira el período probatorio o el nombramiento: **29 de febrero de 1984**

17. Anterior Incumbente: _____
18. Título de Clasificación del Puesto: _____

19. Firma de la autoridad nominadora o su representante autorizado: *Manuel Dones Piñero*  Título: **Subsecretario de Hacienda**  Fecha: **1/septiembre/1983**

### 20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, **Luis A. López Rodríguez** de **31** (Edad), **casado** (Soltero-Casado), **Agente Rentas Internas I** (Nombre del cargo o empleo), y vecino de **Guayanilla** (Pueblo) juro (afirmo) solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

Fecha: **1 de septiembre de 1983**
Firma del Empleado o Funcionario: *Luis A. López Rodz*

AFFIDAVIT NUM. **15881**

Suscrito y jurado ante mí por **Luis A. López Rodríguez** (Nombre), de las circunstancias personales antes expresadas y a quien doy fe de conocer personalmente en **San Juan** (Pueblo), Puerto Rico, hoy **1** de **septiembre** del año **1983**.

Firma y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

### PARA USO EXCLUSIVO DE OCAP

21. Recibido en OCAP: _____
22. Nombramiento aprobado o registrado por: _____
23. Fecha: _____

-W-IGPR.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Lopez Rodriguez, Luis Alberto | 76378 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Lopez Rodriguez, Luis Alberto | 76378 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).