Luis A Lopez Rodz
Sta Elena III
35 Sta Clara
Guayanilla, P.R.
00656

To: Secretaria
Tribunal de Dist. de Los Estados Unidos
Room 150 Federal Building
San Juan, P.R.
00918-1767