United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

## One Hundred Ninth OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 88030
91338

Name and Address: Blanca I. Báez Salas
Riverview P-14 14st.
Bayamón, P.R. 00961
(787) 203-4749
blanqui 47_7 @ hotmail.
com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y Departamento de Educación de Puerto Rico. y Sistema de Retiro de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  desde el 1984 hasta 2008 - 24 años

Cantidad Reclamada  28,800.00

Ley 91 Costo de Vida - Retiro de Maestros 3% cada 2 años

Años Reclamados  2008 hasta 2020 - 12 años

Cantidad Reclamada  4,147.24

Ley 164 del 22 de julio de 2003 ( aplicada a enero 2004)
Años reclamadas desde el 2004 al 2008 - 4 años
Cantidad reclamada - 4,800.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Sistema de Pensión Retiro de Maestros Gobierno de Puerto Rico
2. Informe Renta Anual Vitalicia
3. Certificación Años de Servicio Departamento De Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Blanca I. Báez Salas

Firma: BBáez          Fecha: 14/enero/2020