# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Blanca I. Baez Salas**, con número de seguro social que termina en **3112**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 30 de agosto de 2008 |
| Tiempo Cotizado para la Pensión | 35 años, 6 meses, 3 semana y 0 días |
| Fecha de Efectividad de la Renuncia | 30 de agosto de 2008 |
| Fecha de Efectividad de la Pensión | 30 de octubre de 2008 |
| Pensión Mensual Actual | $1,920.02 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan**, Puerto Rico.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

Rev.GIFT 10-MAR-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **9-may-08**
Fecha Vencimiento: **10-oct-08**

Núm de Caso: **0636**

## INFORME RENTA ANUAL VITALICIA

| Apellido Paterno, Materno, Nombre e Inicial | Seguro Social | Sexo |
|---|---|---|
| BAEZ SALAS, BLANCA I. | -3112 | ☑ Femenino  ☐ Masculino |

| Fecha Nacimiento (Mes-Día-Año) | Categoría y Pueblo | Retiro Ley Núm. |
|---|---|---|
| 6-DIC-1947 | BAYAMON - ELEM. | Ley 91 del 2004 |

Dirección Postal: URB RIVERVIEW
P 14 CALLE 14
BAYAMON PR 00961

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 60 | 8 | 24 | 35 | 6 | 3 | 0 | | Mensual | Anual |
| Años | Meses | Días | Años | Meses | Sem | Días | $ 57,804.73 | $ 1,920.02 | $ 23,040.24 |

| | | | |
|---|---|---|---|
| Fecha de Renuncia | 29-ago-08 | Último Día de Pago | 29-ago-08 |
| Fecha Efectividad Pensión | 30-ago-08 | Cierre de Nómina | 14-oct-08 |
| Fecha Primer Pago Pensión | 30-Oct-08 | Importe $ | 1,920.02 |
| Pago Global Retroactivo Desde | 30-ago-08 | Hasta 15-oct-08   Importe Total $ | 3,003.91 |

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 3,003.91 | $ 1,920.02 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos: Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | | - |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 3,003.91 | $ 1,920.02 |

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

| Nombre del Empleado | Firma | Fecha |
|---|---|---|
| ANNIE RIVERA CANALES | | 24-sep-2008 |
| NORMA I. PEÑA AGOSTO | | 26sep08 |
| Nombre Supervisor | Firma | Fecha |

| PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO |
|---|---|
| Verificación de: ☑ Exactitud ☑ Legalidad ☑ Firmas ☐ Otros   AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS   SEP 25 2008   NOMBRE:   FIRMA: Brendally Ledoux Mirabal | Aprobado por:   Wanda Santiago López   Nombre Director(a) o Representante Autorizado   Firma   Fecha (Mes-Día-Año) 29/sep/08 |

### USO AREA DE PENSIONADOS (Sección Nóminas)

| Ingreso a Nómina Mes 10 ☐ 1ra ☑ 2da | Nómina Pago Global Mes 10 ☐ 1ra ☑ 2da ☐ Off Cycle ☐ Pay Line |
|---|---|
| Nombre Empleado Nyria Rodriguez   Firma   Fecha 30/Sep/08 | Nombre Empleado   Firma   Fecha 2/oct/08 |
| Juan Agosto Castro   Nombre Supervisor | Firma   Fecha 28 October 2008 |

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

5-21

| Rev.GIFT 10-MAR-08 | | Estado Libre Asociado de Puerto Rico<br>Sistema de Retiro para Maestros | | Mes-Día-Año<br>Fecha Radicación<br>9-may-08 |
|---|---|---|---|---|
| Núm de Caso<br>0636 | | **INFORME RENTA ANUAL VITALICIA** | | Fecha Vencimiento<br>10-oct-08 |

Página 2

BAEZ SALAS, BLANCA I.
Apellido Paterno, Materno, Nombre e Inicial

REDACTED 3112 — Seguro Social
6-DIC-1947 — Fecha Nacimiento (Mes-Día-Año)
BAYAMON - ELEM. — Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 7,680.10 / 3 = $ 2,560.03 x 75.0% = — x 0.000 = $ 1,920.02 x 12 = $ 23,040.27
  23,040.24  BxM
  Sueldos más altos / años / Promedio Sueldos / Por Ciento

B. Ajuste de 0%   $ — x 0% = $ —

C. Pensión Ajustada   $ — x 12 = $ —

APORTACIÓN INDIVIDUAL 0%
$ — x 0% = $ —

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,530.00 | $ 30,360.00 | | Efectividad Pensión | 2008 | 8 | 30 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1947 | 12 | 6 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,530.00 | Edad al Retirarse | 60 | 8 | 24 |
| 6 | 0 | 20 | $ 2,530.00 | $ 15,180.00 | | | | | |
| 6 | 0 | 20 | $ 2,630.00 | $ 15,780.00 | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Semanas 0 x 5 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,580.00 | Días 0 x 1 = - | | | |
| | | | | | | | | | 0.0000 |
| 1 | 18.5 | 20 | $ 2,780.00 | $ 5,351.50 | | | | | |
| 10 | 1.5 | 20 | $ 2,530.00 | $ 25,489.75 | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 30 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,570.10 | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |

DATOS APORTACION 9%

Fecha Cese Descuento

Preparado por:
Nombre
Firma   Fecha

Revisado por:
Nombre
Firma   Fecha

Sueldo Total para Promedio   $ 92,161.25   $ 7,680.10

| Servicios Acreditados | | | |
|---|---|---|---|
| Años | Meses | Sem | Días |
| 35 | 6 | 3 | 0 |

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | BLANCA I. BAEZ SALAS |
| Seguro Social | : | -3112 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | BAYAMON I |
| Sueldo Mensual | : | $2,780.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de agosto de 2008 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 35 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 11/09/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.