**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

RECEIVED & FILED
JAN 14 PM 3:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA**

Yo Marisela Muriel Sustache reclamacion 26956 trabajo para el Departamento de la Familia desde septiembre del 2001 y demando al Gobierno de Puerto Rico por los aumentos salariales que me deben y no me han pagado ya que estaba activa y no me acreditaron el aumento.

*Marisela Muriel Sustache*
Marisela Muriel Sustache
1/13/2020

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

RECEIVED & FILED
2020 JAN 14 PM 3: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA**

Yo Marisela Muriel Sustache reclamacion 26403 trabajo para el Departamento de la Familia desde septiembre del 2001 y demando al Gobierno de Puerto Rico por no pagar el salario minimo desde el 2007 y estoy en el grupo 4 de la demanda. Solicito y reclamo el ajuste de sueldo y actualizarlo hasta el presente.

*Marisela Muriel Sustache*
Marisela Muriel Sustache
1/13/2020

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

RECEIVED & FILED
2020 JAN 14 PM 3:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA**

Yo Marisela Muriel Sustache reclamacion 40832 trabajo para el Departamento de la Familia desde septiembre del 2001 y demando al Gobierno de Puerto Rico ya que en la querella de reclasificacion de puesto y pago retroactivo. Tengo la evidencia pero al momento no la tengo disponible ya que en el centro gubernamental donde trabajo desde el huracan maria sufrio danos y en estos momentos estan en arreglos y no dejan entrar al personal.

Marisela Muriel Sustache
1/13/2020