Marisela Muriel Eustache
P.O. Box 1832
Yabucoa, P.R. 00767-1832

SAN JUAN PR 009

13 JAN 2020 PM 1 L

[Stamp: RECEIVED & FILED / 2020 JAN 14 PM 3:36 / CLERK'S OFFICE / U.S. DISTRICT COURT / SAN JUAN, P.R.]

Secretaría Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918-160684