## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

| | |
|---|---|
| RITA M. TORRES ORTIZ | PROMESA |
| BARRIO LIMÓN | Título III |
| APT 224 | Núm. 17 BK 3283-LTS |
| VILLALBA, PR 00766 | No. de Reclamación: 88764 |
| (787) 243-5494 | |
| vivianarivera112@hotmail.com | |

RÉPLICA A LA **CENTÉSIMA** CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los maestros

del Departamento de Educación (DE) de Puerto Rico. Este incentivo nunca se pagó. Durante el término de esa ley (2001-2005), yo era empleada del Departamento de Educación (DE) del Gobierno de Puerto Rico. De acuerdo con mis cálculos, el período comprende 4 años (2001-2005) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$300.00 del año escolar 2001-2002

$300.00 del año escolar 2002-2003

$300.00 del año escolar 2003-2004

$300.00 del año escolar 2004-2005

Cantidad adeudada estimada: $1,200.00

Rita M. Torres Ortiz