# EVIDENCIA DE RECLAMACIÓN

**2. Has this claim been acquired from someone else?**
¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? / Sí. ¿De quién?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Name / Nombre: Rita M. Torres Ortiz
Number / Número: Carr. 151  Street / Calle: Km. 8.4 apt. 224
City / Ciudad: Villalba  State / Estado: P.R.  ZIP Code / Código postal: 00766
Contact phone / Teléfono de contacto: 787-243-5494
Contact email / Correo electrónico de contacto: _____

**Where should payments to the creditor be sent? (if different)**
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: _____
Number / Número: _____ Street / Calle: _____ ZIP Code / Código
City / Ciudad: _____ State / Estado: _____
Contact phone / Teléfono de contacto: _____
Contact email / Correo electrónico de contacto: _____

**Does this claim amend one already filed?**
¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) _____
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

**Do you know if anyone else has filed a proof of claim for this claim?**
¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

## Part 2 / Parte 2: Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó

**Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**
¿Tiene una reclamación contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educación

**Do you supply goods and/or services to the government?**
¿Proporciona bienes y/o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional en continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados an...

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED [stamp]

**Modified Official Form 410 / Formulario Oficial 410 Modificado**

# Proof of Claim / Evidencia de reclamación

...ad the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form ...uest for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503 ...h a request according to 11 U.S.C. § 503.

...s must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached document ...s of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running acco ...ents, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the docume ...ble, explain in an attachment.

...s instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago ...del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que ...tos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud deb ...nidad con el Título 11 § 503 del U.S.C.

...presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o ...ulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamac ...órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipoteca ...No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. E ...s no estén disponibles, explique los motivos en un anexo.

...e information about the claim as of the Petition Date.

...da la información acerca de la reclamación a la fecha en la que se presentó el caso.

### te 1   Identify the Claim / Identificar la reclamación

current

Rita M. Torres Ortiz

ual?   Name of the current creditor (the person or entity to be paid for this claim)

Certificación de maestra del Departamento de Educación de Puerto Rico

DEPARTAMENTO DE EDUCACION
Secretaría Auxiliar de Recursos Humanos

14 de agosto de 2000

CERTIFICACION

Certifico que RITA M. TORRES ORTIZ (  ) posee los siguientes certificados regulares:

1. **MAESTRO DE ESCUELA ELEMENTAL**
   número 2394 expedido desde el 1 de julio de 1993 hasta el 30 de junio de 1999

   **MAESTRO DE EDUCACION ESPECIAL** - Vitalicio
   número 1341 expedido el 1 de julio de 1993

FERDINAND ROSADO DE JESÚS
Director
Certificaciones Docentes

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. 759-2000, EXTS. 2164, 2165, 4165 FAX (787)765-6174

Certificación de años por servicios prestados como maestra para el Departamento de Educación de Puerto Rico

**Gobierno de Puerto Rico**
**Sistema de Retiro para Maestros**
**CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD**

19 de marzo de 2012

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: Rita M Torres Díaz

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[ X ] Años de Servicio    [ ] Edad    [ ] Diferida    [ ] Suplementaria

Al 7 de febrero de 2012 fecha de su última aportación recibida

[X] cualifica  [ ] no cualifica  para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 29 | 10 | 3 | 2½ | 53 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ X ] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio cualificaría para una pensión al 1.8 % del promedio de los 36 salarios más altos, multiplicados por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Directora, Área Servicios de Retiro

Ileana Ramos Reyes
Oficial de Servicios de Retiro

PROF RITA M TORRES DIAZ
BOX 1518
VILLALBA PR 00766

P.O. Box 191879 San Juan, P.R. 00919-1879 Teléfonos (787) 754-8611 ó 1-800- 981-8611
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr

Comprobante del pago de pensión del Sistema de Retiro de Maestros de Puerto Rico

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

RITA M TORRES ORTIZ
PO BOX 224
VILLALBA PR 00766-0224

SS: XXX-XX-1674

Grupo de Pago: SM -Quincenal
Desde: 09/01/2019
Hasta: 09/15/2019

# Empleado: XXXXX1674
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Título: Pensionado
Sueldo: $2,066.25 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 39+99
Pct. Adcl.:
Cant. Adcl.:

Business Unit: PUERT
Aviso #: 3355030
Fecha Aviso: 09/13/2019

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,033.13 | 1,380.00 | 17,563.21 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |

Total: 1,033.13 1,380.00 17,663.21

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|

Total: 0.00 0.00

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 909.16 |
| SM-First Medical Health Plan | 63.50 | 1,049.50 |
| SC-AMER FAM LIFE ASS CO | 77.44 | 1,316.48 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 300.00 |

Total: 0.00 0.00 Total: 194.42 3,275.14

*Tributable

**TOTAL BRUTO**
Corriente: 1,033.13
Acumulado: 17,663.21

**TOTAL IMPUESTOS**
194.42
0.00

**DEDUCCIONES TOTALES**
3,275.14
0.00

**PAGA NETA**
838.71
14,388.07

**DISTRIBUCION PAGA NETA**
Aviso #3355030    838.71
Total:    838.71

PTO HORAS    ACUM
Balance Inicial:    0.0
Acumulado:
Utilizado:
...onada:
...ustes:
...ce Final:    0.0

---

Gobierno de Puerto Rico
SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 09/13/2019

Aviso No: 3355030

Cant. Deposito: $838.71

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposi |
|---|---|---|
| Savings | | $838.71 |

Total: $838.71

TRAY 105 SQ 26693***************SCH 5-DIGIT 00751    26693 2 AV 0.383
RITA M TORRES ORTIZ
PO BOX 224
VILLALBA PR 00766-0224