United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

<u>ONE HUNDRED TWELFTH</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 90690
98519

Name and Address: Carmen Irizarry Valentin
Jardines de Dorado
B-1 Calle Jazmines
Dorado, P.R. 00646
Tel. 310-920-6066   E-mail: caririval@gmail.com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y Departamento de Educación de Puerto Rico. y Sistema de Retiro de Maestros de Puerto Rico

Ley 89 de 1984 – Romerazo

Años Reclamados <u>Desde 1984 hasta 2001 - 17 años</u>

Cantidad Reclamada <u>$20,400.⁰⁰</u>

Ley 91 Costo de Vida - <u>Retiro de Maestras (3% cada dos años)</u>

Años Reclamados <u>Desde 2001 hasta 2020 - 19 años</u>

Cantidad Reclamada <u>$5,330.44</u>

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema de Maestros Gobierno de Puerto Rico

2. Informe renta anual vitalicia - Junta de Retiro de Maestros Gobierno de Puerto Rico

3. Certificación Años de Servicio Departamento de Educación de Puerto Rico

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Carmen Irizarry Valentin

Firma: Carmen Irizarry Valentin   Fecha: 1/14/2020