# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen Irizarry Valentin**, con número de seguro social que termina en **7186**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 01 de junio de 2001 |
| Tiempo Cotizado para la Pensión | 26 años, 0 meses, 0 semana y 5 ½ días |
| Fecha de Efectividad de la Renuncia | 31 de mayo de 2001 |
| Fecha de Efectividad de la Pensión | 01 de junio de 2001 |
| Pensión Mensual Actual | $1,645.20 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IR-1)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

.9%=$197.42

\_-7186

| CARMEN IRIZARRY VALENTIN | Núm. Reclamación 36778 | Sexo F |
|---|---|---|
| **Tipo de Renta:** a- Años de Servicio y edad  Opcional (X)  Obligatorio ( ) b. Edad ( ) | c- Incapacidad  Ocupacional ( )  No Ocupacional ( ) d- Diferida ( ) | **Fecha de Nacimiento** 1949 / 10 / 17 Año / Mes / Día |
| **Edad al Retirarse** 51 Años / 7 Meses / 14 Días | **Servicios Acreditados** 26 Años / - Meses / 5½ Sem. / 2 Días | **Costo Anualidad** $ 34,180.35 | **Fecha de Retiro** 2001 / 5 / 31 Año / Mes / Día  **Fecha de Efectividad** 2001 / 6 / 1 Año / Mes / Día |

Retiro Ley Núm. **44** DEL **2000**

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $ **2,193.61**

X  .018%  X  26 años, 5½ días
   (Por ciento)           (Tiempo Acreditado)

$ 1,027.23
  -51.36
  975.87

Menos el 5% de ajuste

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha osterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ _____ | $ _____ | $ 669.33 | $ _____ | 669.33 |

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia — 1,645.20

Renta Anual Vitalicia — 19,742.40

| Computado: Annie Rivera  12/2/03 Fecha | Cotejado: María A. Torres Morales  12/7/03 Fecha |
| Recomendado: Gloria E. Navas Pérez  12/10/03 Directora, Area Serv. de Retiro  Fecha | Aprobado: 18/2/03  Irma A. Giménez López Fecha  Secretaria Ejecutiva |

AGB

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: **Ley Promesa**

10 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | CARMEN IRIZARRY VALENTIN |
| Seguro Social | : | -7186 |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL IV |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,520.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 24 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/25/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

30 AUG '18
PM 7 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 29 2018

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/25/2018
Proof of Claim No.: 98519

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231.**

CARMEN IRIZARRY VALENTIN
JARDINES DE DORADO
B1 CALLE JAZMINES
DORADO, PR 00646

−510301

---

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

21 AUG '18
PM 7 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 20 2018

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/25/2018
Proof of Claim No.: 90690

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231.**

CARMEN IRIZARRY VALENTIN
JARDINES DE DORADO
B1 CALLE JAZMINES
DORADO, PR 00612-5480