13 de enero de 2020

***Nombre del tribunal***: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

***Deudores***: Commonwealth of Puerto Rico / Employees Retirement System of the Government of the Commonwealth of Puerto Rico

***Número de procedimiento:*** 17 BK 3283- LTS

***Título de la Objeción Global:*** Notificación de la centésima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico

***Número de las evidencias de reclamos relacionados de Prime Clerk:***

a- 100035- Ley #164- (22 de julio de 2003 aplicada a 1 de enero de 2004) Artículo 1ª. Esta ley establece un aumento salarial de $100. El mismo no me fue otorgado lo cual corresponde a $18,000 no recibidos en el periodo de 2004 al 2019 ($1,200 x 15 años).

b- 103479- Ley #96- (1 de julio de 2002)- Artículos 1ª/5- $20,400 Aumento de $100 aprobados en el 2002. Los mismos no me fueron asignados según el Artículo 1 A y 5 de la Ley #96 del 1 de julio de 2002. Los salarios no recibidos en el período de 2002 al 2019 suman $20,400 ($1,200 x 17 años).

c- 81203- Ley 89 Romerazo -(1 de julio de 1985). Esta ley fue expedida por el exgobernador, Carlos Romero Barceló en el 1984. Fue efectiva a partir del 1 de julio de 1985 otorgando un aumento salarial de $100.00 mensuales. Mi reclamación corresponde a que dicho aumento no se me adjudicó desde el año en que comencé, 1993 hasta el 2019 para un total adeudado de $31,200 ($1,200 x 26 años).

d- *105363- Aportaciones acumuladas de SRM*

Esta reclamación de $75,000.00 ***la dejo sin efecto***. Solicitaré mis aportaciones acumuladas en el momento en que me acoja al retiro para lo cual, aún faltan cinco años.

Cordialmente,

Madeline Medina-Durán

HC 08 Box 266

Ponce, P.R.00731-9445

(787) 231-7333

Correo electrónico: calistasart@gmail.com