

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Director Escolar

13 de diciembre de 2018

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MADELINE MEDINA DURAN |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | JUANA DIAZ |
| Sueldo Mensual | : | $3,370.00 |
| Status | : | PERMANENTE |
| Observaciones | | |
| Trabaja | : | Desde el 15 de diciembre de 1993 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un período de 24 años, 7 meses, 2 semanas y 1 día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.