HC 08 Box 266
Ponce, P.R. 00731

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
JAN 13 20
AMOUNT
$6.30
R2304M113827-02

Secretaria
Tribunal de Distrito
de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767