Nilda On[...]
90-1 Urb. Jacaguax
Juana Diaz, Puerto Rico
    00795

Secretaría (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
        00918-1767

RECEIVED & FILED
2020 JAN 14 PM 3:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR