Enero 6 2020

A quien pueda interesar:

Adjunto envío documentos que indican cuando empecé y cuando terminé los años de servicio en el Depto de Educación Pública. Los mismos demuestran los sueldos que obtuve y cual es mi pensión después de los descuentos. Los mismos demuestran que nunca me adjudicaron dichos aumentos dejados por el ex-gobernador Carlos Romero Barceló. Por lo tanto ese dinero me lo deben. Con gracias Anticipadas quedo de ustedes.

Respetuosamente,

Luis Alfredo Sánchez Ojeda
Maestro Retirado

P.D. La cantidad que me adeudan es de $2,400.00