| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Sanchez Ojeda, Luis Alfredo | 97435 | 6/27/2018 | Commonwealth of Puerto Rico | $2,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Sanchez Ojeda, Luis Alfredo | 97435 | 6/27/2018 | Commonwealth of Puerto Rico | $2,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal — Hato Rey, Puerto Rico

## INFORME DE CAMBIO – PERSONAL DOCENTE

| 1. | | |
|---|---|---|
| Nombramiento Local | X | |
| Nombramiento Directo | | |

| | CAMBIO | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|---|
| 2. | Nombre del empleado | Luis Alfredo Sánchez Ojeda | |
| 3. | Número del empleado | | |
| 4. | Fecha de efectividad | 28 de octubre de 1957 | |
| 5. | Ultimo día TRABAJO | | |
| 6. | Ultimo día de PAGO | | |
| 7. | Número de la plaza | 7 | |
| 8. | CATEGORIA DE PLAZA | Elemental | |
| 9. | Fondo | | |
| 10. | DISTRITO ESCOLAR | Villalba | |
| 11. | Contrato * | Provisional | |
| 12. | Preparación | 72 cdts. | |
| 13. | Experiencia | | |
| 14. | Sueldo mensual | $130.00 | |
| 15. | NIVEL ESCOLAR | E.R. | |
| 16. | Acción (duración) | Nombramiento - resto año | |
| 17. | Programa escolar | | |
| 18. | Registro -Turno | EEP-19A | |
| | LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA | | |
| 19. | Desde | | |
| 20. | Hasta | | |

21. OBSERVACIONES: (Antes del cambio)
Sustituye a Martha Escalera de Román, en la plaza #7 quien renunció.

25. OBSERVACIONES: (Después del cambio)

22. RECOMENDADO:
28 oct. 1957 — Director Escolar
28 oa.6. 1957 — R. Rodriguez — Superintendente de Escuelas

26. RECOMENDADO
Fecha — Director Escolar
Fecha — Superintendente de Escuelas

23. SIMBOLOS DE CONTABILIDAD

| Antes del cambio | | | | Después del cambio | | | |
|---|---|---|---|---|---|---|---|
| AF | Fondo | Dep. | Nivel | Asig. | AF | Fondo | Dep. | Nivel | Asig. |

27. APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
8 10 1957
Fecha

24. DEDUCCIONES: (Nóminas)

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Formulario Núm. 409 - R 4
Editorial del Departamento de Instrucción Pública

Form. 409 Rev./79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

**INFORME DE CAMBIO - PERSONAL DOCENTE**

Pagarle _____ días por vacaciones regulares en julio
Descontarle _____ días por ausencias

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | SANCHEZ OJEDA, LUIS A. | |
| 2 Núm. Seg. Social | -9200 | |
| 3 Sexo | Masc. | |
| 4 Estado Civil | Casado | |
| 5 Prep. Académica | MAK | |
| 6 Experiencia | 30- | |
| 7 Status Empleado (Contrato) | Permanente | |
| 8 Sueldo Bruto | | |
| 9 Núm. de la Plaza | 0039 | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 89-111-081-01-001 | |
| 14 Fecha de Efectividad | 26 de mayo de 1989 (3:00 p.m.) | |
| 15 Acción y Duración | RENUNCIA | |
| 16 Causa del Cese | JUBILACION | |
| 17 Ultimo Día Trabajo | 26 de mayo de 1989 (3:00 p.m.) | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | SAN GERMAN | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |
| SE INCLUYE RENUNCIA, ACEPTACION Y COMPUTO DE PAGA. | |

26 _____  Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____  _____
Firma del Empleado  Fecha

28 Recomendado _ANGEL F. TOLEDO_  3 de mayo de 1989
Superintendente de Escuelas   Fecha

29 Recomendado _____  _____
Superintendente de Escuelas   Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____  _____
FIRMA   FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

COMPUTO DE PAGA EN CASO DE CESE

1. Nombre **LUIS A. SANCHEZ OJEDA**          2. Núm.seg.soc. **-9200**

3. Distrito: **SAN GERMAN**                  4. Año Escolar: **1988-89**

5. Primer día trabajo: **1 agosto 1988**     6. Ultimo día trabajo: **26 mayo 1989**

8. Razón del cese **JUBILACION**             70. Total días trabajados — **200**

9. Ausencias informadas para descuento antes del cese: **0**

10. Ausencias descontadas no informadas antes del cese: **0**

11. Total ausencias descontables                        **0**
    (Suma de las líneas 9 y 10)

12. Total días trabajados para cómputo de licencia : **200**
    (Diferencia entre la línea 7 y 11)

|  | Enfermedad | Vacaciones |
|---|---|---|
| 13. Licencia acumulada año en curso (En base a la línea 12) | 20 | 40 |
| 14. Licencia en reserva años anteriores | 90 | 0 |
| 15. Licencia transferida de otras agencias | 0 | 0 |
| 16. Total licencia acumulada al cese (Suma de las líneas 13,14,15) | 110 | 110 |
| 17. Días utilizados del balance acumulado (no incluye las informadas en líneas 9 y 10) | 13 días-2hrs. | 0 |
| 18. BALANCE A SU FAVOR | 90 días | 40 |

19. Balance al descubierto que debe descontarse: **0**
    (Total línea 10)

**3 de mayo de 1989**                         **ANGEL P. TOLEDO**
_____                    _____
        Fecha                                           Firma

NOTA: EL MAESTRO ACUMULA LICENCIA POR ENFERMEDAD HASTA UN MAXIMO DE 90 DIAS.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RETIRO PARA MAESTROS**
Ponce de León 268, Apdo. 1879, Hato Rey, P.R. 00919-1879
Tel. (809) 754-8611

29 de agosto de 19 89

Prof. Luis A. Sánchez Ojeda
Apartado 770
San Germán, P. R. 00753

Estimad_o_ compañer_o_:

    Nos place comunicarle que su solicitud de retiro por __Años de Servicio y Edad__ ha sido aprobada. Su retiro será efectivo el __27 de mayo de 1989__ y recibirá una renta mensual de $ __746.72__.

    Si usted desea, puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión determinada cantidad para pagar la cuota mensual como miembro de la Asociación de Maestros de Puerto Rico, la Asociación de Empleados y para otros fines permitidos por ley.

    Se incluye información de interés para los maestros pensionados.

Cordialmente,

*Héctor Delgado R.*
Héctor Delgado Ruiz
Secretario Ejecutivo

anexo
HDR/FM/avr

CERTIFICO CORRECTO

Director Programa-Area de Retiro   Fecha

"Ofreciendo servicios y beneficios de carácter social a los participantes del Sistema"



12 de julio de 2010

Prof. Luis A. Sánchez Ojeda
Box 770
San Germán PR 00683

Estimado profesor Sánchez:

Para los efectos que estime pertinente, le certificamos los siguientes datos con relación a su jubilación:

| | |
|---|---|
| Cualificaba para retiro: | 20 de junio de 1988 |
| Oficialmente se retiró: | 26 de mayo de 1989 |
| Efectividad de la pensión: | 27 de mayo de 1989 |
| Pensión actual: | $891.62 |

Estamos en la mejor disposición de brindarle cualquier información adicional que estime necesaria.

Cordialmente,

Carmen I. Figueroa Fernández
Supervisora
Servicios de Información
Sucursal de Mayagüez

CIFF/mba