From: Luis Alfredo Lizarby Ojeda
Apto 770
San Lorenzo, PR 00683

To: Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00 918-1767