12 de enero de 2020.

Secretaria
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

Evidencia de trabajo con el Gobierno de P.R. se adjunta cartas a agencies y años de Servicios.

Reclamaciones 83646
127796
127796
124109

Claim
Adjunto certificación fecha antiguedad
Notificación de Eligibilidad Ley Núm III-2015
Notificación de Aprobación

Mildred Pacheco Piovle
Reclamante