ANEJO VI
Carta Circular 129-16
Ley Núm. 211-2015
Rev: 1/2016

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## PROGRAMA DE PRERETIRO VOLUNTARIO

### NOTIFICACIÓN DE APROBACIÓN

Estimado(a) señor(a): **PACHECO TROCHE**　　　Seg. Soc. XXX-XX-3549

Por este medio se le notifica a usted **PACHECO TROCHE, MILDRED** que:

1. La OGP ha autorizado que nuestra agencia se acoja al Programa de Preretiro Voluntario dispuesto en la Ley Núm. 211-2015. El Plan Patronal para el Preretiro contempla el puesto que usted ocupa. Usted suscribió irrevocablemente el Formulario de Elección para la Participación en el Programa de Preretiro, conforme a lo cual se le informa que la fecha de efectividad de su ingreso al mismo será el: **31 de diciembre de 2016**

2. De acuerdo al Art. 10 de la Ley Núm. 211-2015, la agencia está ( ) reservándose o no está ( X ) reservándose el derecho de retener su puesto por **-0-** meses.

_____
Firma

Mildred Pacheco Troche

29/Diciembre/2016
Fecha

Estado Libre Asociado de Puerto Rico

# Administración de Servicios y Desarrollo Agropecuario



osda

Luis G. Fortuño
Gobernador

Javier Rivera Aquino
Administrador

23 de abril de 2009

A: MILDRED PACHECO TROCHE

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que *MILDRED PACHECO TROCHE* cuyo número de empleado es \*\*\* - \*\* -493 y que ocupa el puesto *AUXILIAR SISTEMAS DE OFICINA III*, tiene una fecha de ingreso servicio al público de *4/1/1987* con una antigüedad total de 22 años 0 meses 0 días (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

*[firma]*
Javier Rivera Aquino
Administrador

Administración de Servicios y Desarrollo Agropecuario

28 de diciembre de 2009

**POR CORREO CERTIFICADO**
**CON ACUSE DE RECIBO**

ASDA0560
MILDRED PACHECO TROCHE
HC 5 BOX 7837
YAUCO PR 00698-9734

## ESTA CARTA NO ES UNA CARTA DE CESANTÍA
## ES UNA NOTIFICACIÓN DE ANTIGÜEDAD EN EL SERVICIO PÚBLICO

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD

Estimado(a) señor(a) MILDRED PACHECO TROCHE:

AUXILIAR SISTEMAS DE OFICINA III

Por la presente se certifica su fecha de antigüedad total en el servicio público al 17 de abril de 2009, conforme a lo dispuesto en la Ley Núm. 7 de 9 de marzo de 2009, según enmendada, y la Carta Circular Núm. 2009-16 emitida el 2 de noviembre de 2009 por la Junta de Reestructuración y Estabilización Fiscal ("JREF").

**Antigüedad Total al 17 de abril de 2009:** 22 años 0 meses y 0 días

El proceso de notificación de antigüedad ha sido reiniciado en atención a las reclamaciones presentadas por ciertas organizaciones sindicales ante los Tribunales.

De usted no estar de acuerdo con la antigüedad aquí certificada deberá presentar por sí, y de ser el caso, a través de su organización sindical, a la Oficina de Recursos Humanos de su Agencia el documento titulado: "Formulario de Impugnación de Fecha de Antigüedad Certificada" (el "Formulario"). Este documento será provisto por su Agencia o podrá tener acceso al mismo en la siguiente dirección electrónica: www.jrefpr.org. Deberá acompañar junto al Formulario evidencia documental fehaciente, la cual deberá ser emitida por la entidad gubernamental pertinente, que refute la antigüedad que le ha sido aquí certificada.

El término que usted, o de ser el caso, su organización sindical, tendrá para presentar ante la Oficina de Recursos Humanos de su Agencia el Formulario, acompañado de la evidencia documental fehaciente, es de treinta (30) días calendario a partir de la fecha de la notificación de esta certificación. La fecha de notificación será la del envío por correo certificado con acuse de recibo de la presente certificación. De no presentar el Formulario y la evidencia documental fehaciente dentro del término de treinta (30) días antes

señalado, la antigüedad aquí notificada será concluyente. Para mayor información, refiérase a la Carta Circular Núm. 2009-11 emitida el 14 de mayo de 2009 por la JREF. Puede obtener copia de la carta circular a través de la Oficina de Recursos Humanos de su Agencia o podrá tener acceso al mismo en la siguiente dirección electrónica: www.jrefpr.org

Atentamente,

Javier Rivera Aquino
Administrador

DE USTED SER MIEMBRO DE UNA ORGANIZACIÓN SINDICAL, SIMULTÁNEAMENTE CON LA NOTIFICACIÓN POR CORREO CERTIFICADO CON ACUSE DE RECIBO DE ESTA RCERTIFICACIÓN, SE ENTREGARÁ COPIA DE LA MISMA A SU REPRESENTANTE SINDICAL POR CORREO CERTIFICADO CON ACUSE DE RECIBO.