Milagros Padua Pueda
HC-5 Box 7837
Yauco, P.R. 00698-9734

Secretario
Tribunal de distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN 14
CLERK'S OFFICE
U S DISTRICT
SAN JUAN

CERTIFIED
7018 3090 0001 5216 5925

U.S. POSTAGE PAID
FCM LETTER
COMERIO, PR
00782
JAN 13, 20
AMOUNT
$6.30
R2303S100638-06

00918
1000
UNITED STATES POSTAL SERVICE