## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

| | |
|---|---|
| RITA M. TORRES ORTIZ | PROMESA |
| BARRIO LIMÓN | Título III |
| APT 224 | Núm. 17 BK 3283-LTS |
| VILLALBA, PR 00766 | No. de Reclamación: 79641 |
| (787) 243-5494 | |
| vivianarivera112@hotmail.com | |

RÉPLICA A LA **CENTÉSIMA** CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2006), yo era empleada del DE. De acuerdo con mis cálculos, el período comprende 26 años a $1,200.00 por año, lo q6ue representa $31,200.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del  año escolar 2003-2004

$1,200.00 del  año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

Cantidad adeudada estimada: $31,200.00

Rita M.Torres Ortiz