# EVIDENCIA DE RECLAMACIÓN

2. Has this claim been acquired from someone else?
☒ No / No
☐ Yes. From whom? / Sí. ¿De quién? _____

¿Esta reclamación se ha adquirido de otra persona?

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: Rita M. Torres Ortiz
Number / Número — Street / Calle: Carr. 151 Km. 8.4 apt. 224
City / Ciudad: Villalba  State / Estado: P.R.  ZIP Code / Código postal: 00766
Contact phone / Teléfono de contacto: 787-243-5494
Contact email / Correo electrónico de contacto: _____

Where should payments to the creditor be sent? (if different) / ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: _____
Number / Número — Street / Calle: _____
City / Ciudad: ___ State / Estado: ___ ZIP Code / Código: ___
Contact phone / Teléfono de contacto: _____
Contact email / Correo electrónico de contacto: _____

Does this claim amend one already filed?
☒ No / No
☐ Yes. Claim number on court claims registry (if known) ___ Filed on / Presentada el ___ (MM/DD/YYYY) / (DD/MM/AAAA)

¿Esta reclamación es una enmienda de otra presentada anteriormente?
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) ___

Do you know if anyone else has filed a proof of claim for this claim?
☒ No / No
☐ Yes. Who made the earlier filing? / Sí. ¿Quién hizo la reclamación anterior? ___

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

## Part 2 / Parte 2: Give Information About the Claim as of the Petition Date / Complete toda la información acerca de la reclamación desde la fecha en la que se presentó

Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.) Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educación

Do you supply goods and / or services to the government?

¿Proporciona bienes y / servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional en continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados an...

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2019 JUN 25 P 4:01

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form for a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503 with a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que tenga derecho a ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe presentarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantía. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Provide information about the claim as of the Petition Date.

Proporcione toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Parte 1: Identify the Claim / Identificar la reclamación

current

_Rita M. Torres Ortiz_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual

Certificación de maestra del Departamento de Educación de Puerto Rico



## DEPARTAMENTO DE EDUCACION
Secretaría Auxiliar de Recursos Humanos

14 de agosto de 2000

CERTIFICACION

Certifico que RITA M. TORRES ORTIZ ( -1674) posee los siguientes certificados regulares:

1. **MAESTRO DE ESCUELA ELEMENTAL**
número 2394 expedido desde el 1 de julio de 1993 hasta el 30 de junio de 1999

   **MAESTRO DE EDUCACION ESPECIAL** - Vitalicio
número 1341 expedido el 1 de julio de 1993

FERDINAND ROSADO DE JESÚS
Director
Certificaciones Docentes

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. 759-2000, EXTS. 2164, 2155, 4165 FAX (787)765-6174

Certificación de años por servicios prestados como maestra para el Departamento de Educación de Puerto Rico

**Gobierno de Puerto Rico**
**Sistema de Retiro para Maestros**
**CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD**

19 de marzo de 2012

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: Rita M Torres Díaz

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[ X ] Años de Servicio    [ ] Edad    [ ] Diferida    [ ] Suplementaria

Al **7 de febrero de 2012** fecha de su última aportación recibida

[X] cualifica   [ ] no cualifica   para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 29   | 10    | 3       | 2½   | 53   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
  [ ] Reconocimiento de Tiempo
  [ ] Diferencia en por ciento por transferencia recibida
  [ ] Reembolso de Cuotas
  [ X ] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio cualificaría para una pensión al 1.8 % del promedio de los 36 salarios más altos, multiplicados por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Directora, Área Servicios de Retiro

Ileana Ramos Reyes
Oficial de Servicios de Retiro

PROF RITA M TORRES DIAZ
BOX 1518
VILLALBA PR 00766

P.O. Box 191879 San Juan, P.R. 00919-1879 Teléfonos (787) 754-8611 ó 1-800-981-8611
http://www.srm.gobierno.pr   E-mail: consulta@srm.gobierno.pr

Comprobante del pago de pensión del Sistema de Retiro de Maestros de Puerto Rico

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM - Quincenal
Desde: 09/01/2019
Hasta: 09/15/2019

Business Unit: PUERT
Aviso #: 3355030
Fecha Aviso: 09/13/2019

RITA M TORRES ORTIZ
PO BOX 224
VILLALBA PR 00766-0224

SS: XXX-XX-1674

# Empleado: XXXXX1674
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Título: Pensionado
Sueldo: $2,066.25 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39+99
Pct. Adel.:
Cant. Adel.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,033.13 | 1,380.00 | 17,563.21 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,033.13 | 1,380.00 | 17,663.21 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 909.16 |
| SM-First Medical Health Plan | 63.50 | 1,049.50 |
| SC-AMER FAM LIFE ASS CO | 77.44 | 1,316.48 |
| Total: | 194.42 | 3,275.14 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 100.00 |
| Total: | 0.00 | 100.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

*Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,033.13 | 0.00 | 194.42 | 838.71 |
| Acumulado: | 17,663.21 | 0.00 | 3,275.14 | 14,388.07 |

### DISTRIBUCION PAGA NETA
Aviso #3355030 — 838.71
Total: 838.71

PTO HORAS / ACUM
Balance Inicial: 0.0
Acumulado:
Utilizado:
Donada:
Ajustes:
Balance Final: 0.0

---

Gobierno de Puerto Rico
SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 09/13/2019
Aviso No: 3355030

Cant. Deposito: $838.71

TRAY 105 SQ 26693 SCH 5-DIGIT 00751  26693 2 AV 0.383
RITA M TORRES ORTIZ
PO BOX 224
VILLALBA PR 00766-0224

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $838.71 |
| Total: | | $838.71 |