Rita M. Torres Ortiz
Apdo 224
Villalba, PR 00766
Case No. 17BK 3283-LTS
Claim No. 79641

RECEIVED & FILED
2020 JAN 14 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT

7019 2280 0001 2801 1518



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 13, 20
AMOUNT
$7.45
R2303S101896-05

Secretaria (clerk's office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767