2 de enero de 2020

RECEIVED & FILED
2020 JAN 14 PM 3: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

A: Tribunal de Distrito de los Estados Unidos
   Abogado de la Junta de Supervisión
   Abogado del Comité de Acreedores

De: Maribel Cruz Acevedo

Mi nombre completo es Maribel Cruz Acevedo con la siguiente dirección postal y residencial: Urb. Montemar # 13, Aguada Puerto Rico. 00602. Mi número de teléfono es el (787) 528-7080 y mi correo electrónico es maribelcruz@live.com. El nombre de mi abogada es Lcda. Ivonne Gonzalez cuya dirección es PO BOX 9021828, San Juan Puerto Rico 00902-1828 y su teléfono es el (787) 724-5323. Mi Unión Sindical es Servidores Públicos Unidos de Puerto Rico con dirección postal PO BOX 13695, San Juan, Puerto Rico 00908-3695 y el teléfono (787) 272-722.

El nombre del tribunal es Tribunal de Primera Instancia. Los deudores son el Estado Libre Asociado de Puerto Rico, el Departamento de la Familia y la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura. El número de procedimiento es 17 BK 3283-LTS. El título de la objeción global es Centésima Decima Novena Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. El número de las evidencias de reclamo es 17 BK 03566-LTS.

Mis demandas son por: (a) el ajuste salarial no recibido y (b) por el dinero de mis aportaciones al Sistema de Retiro incluyendo los intereses devengados y/o dejados de devengar. El Tribunal no debe declarar a lugar la Objeción Global toda vez que existe un pleito pendiente al respecto para corregir mi salario por violación al salario mínimo. Por otro lado, lo correcto es que se revisen si todos los descuentos realizados en nómina para mis aportaciones al Sistema de Retiro fueron en efecto

incluidos en mi cuenta. También los intereses devengados (y/o dejados de devengar) me corresponden.

Adjunto Estado de Cuenta Estimado del Sistema de Retiro. El mismo indica que comencé a cotizar el 1 de noviembre de 2001 pero eso no es correcto. La fecha correcta es 28 de septiembre de 1999. Les envío certificación de la Comisión Estatal de Elecciones al respecto, quien fue mi patrono desde el 1998 hasta el 2001. El Coordinador para Asuntos de Retiro de mi Agencia estará trabajando el ajuste correspondiente. Además, incluyo la Certificación de Balances de Aportaciones Estimadas. También incluyo documento del caso pendiente sobre ajuste al salario.