**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CRUZ ACEVEDO, MARIBEL | 39412 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CRUZ ACEVEDO, MARIBEL | 39412 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIBEL CRUZ ACEVEDO**                                    Seguro Social: XXX-XX-2878

PO BOX 419

RINCON, PR 00677

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 22.08 |
| Balance de Aportaciones: | $34,816.18 |

Esta certificación fue emitida el 27 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122746173433

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov





GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de diciembre de 2019

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MARIBEL CRUZ ACEVEDO                              **Seguro Social: XXX-XX-2878**
PO BOX 419
RINCON, PR 00677

A base de la información en nuestros registros, al 27 de diciembre de 2019 usted posee:

**Fecha de Nacimiento: 14 de enero de 1964**            **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de noviembre de 2001**

**Fecha de Comienzo de Cotización: 01 de noviembre de 2001**

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: 18.08 | | Tiempo Trabajado: 22.08 | |
| Aportaciones: | $18,803.04 | Aportaciones: | $29,900.48 |
| Intereses: | $1,393.62 | Intereses: | $4,843.32 |
| Gastos Teneduría: | ($72.38) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $20,196.66 | Total Aportaciones: | $34,743.80 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: 0.00 | | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Aug-38
08-93 (Rev.)

**Administración de los Sistemas de Retiro de los Empleados del Gobierno**
**HOJA DE SERVICIO**

LEA LAS INSTRUCCIONES AL DORSO ANTES DE LLENAR EL FORMULARIO

| CRUZ ACEVEDO, MARIBEL | | | | | | | | A.F. | FONDO | AGENCIA | DIVISION | SUB-DIVISION | ASIGNACION | OBJETO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (APELLIDOS: PATERNOS   MATERNOS   CASADA)   NOMBRE | | | | | | | | | | | | | | |

| -2878 | | | | | | 1964 | | | 28 DE SEPTIEMBRE DE 1999 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUMERO SEGURO SOCIAL | | | NUM. DE EMPLEADO | | | FECHA DE NACIMIENTO | | | | | | | | |
| COMISION ESTATAL DE ELECCIONES | | | | | | CONFIANZA | | | FECHA DEL PRIMER DESCUENTO PARA RETIRO | | | | | |
| AGENCIA EN QUE PRESTO LOS SERVICIOS | | | | | | STATUS DEL EMPLEADO | | | | | | | | |

| CLASIFICACION DEL PUESTO | PERIODOS DE SERVICIOS | | | | | | Sueldo Mensual | Cantidad del Diferencial | Horas Trabajadas | Total Sueldos Devengados | Aportaciones al Sistema |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Desde | | | Hasta | | | | | | | |
| | D | M | A | D | M | A | | | | | |
| OFICIAL DE INSCRIPCION PERM. | 28 | 09 | 99 | 31 | 08 | 00 | 1,049.00 | | | 11,643.91 | 963.49 |
| OFICIAL DE INSCRIPCION PERM. | 01 | 09 | 00 | 31 | 12 | 00 | 1,259.00 | | | $5,036.00 | 416.72 |
| OFICIAL DE INSCRIPCION PERM. | 01 | 01 | 01 | 20 | 09 | 01 | 1,359.00 | | | 12,231.00 | 1,012.14 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

OBSERVACIONES

Aug-38
08-93 (Rev.)

| CLASIFICACION DEL PUESTO | PERIODOS DE SERVICIOS | | | | | | Sueldo Mensual | Cantidad del Diferencial | Horas Trabajadas | Total Sueldos Devengados | Aportaciones al Sistema |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Desde | | | Hasta | | | | | | | |
| | D | M | A | D | M | A | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**CERTIFICACION**

Certifico que la información es correcta.

Enid E. Rodríguez Román, Directora de Recursos Humanos
_____
Firma del Jefe de Personal o su Representante Autorizado

AcyCo.

**INSTRUCCIONES**

2 DE ABRIL DE 2009
_____
Fecha

Este formulario se utiliza para recopilar información sobre los servicios prestados al gobierno por los participantes del Sistema de Retiro.

1. Complemente este formulario en todas sus partes.  (Si aplican)
2. Informe los sueldos devengados por el empleado sin descontar las ausencias, castigos, licencias y otros.
3. Utilice el espacio indicado como "DIFERENCIAL" para indicar toda bonificación o pago por concepto de  de diferenciales en sueldos.
4. En el apartado 'OBSERVACIONES" indique aquellos periodos de interrupción de servicios, si los hubiere y las causas.
5. Las aportaciones al sistema deberán cubrir el periodo total especificado.

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO FRBP 2019
## OF THE BELTRÁN-CINTRÓN PLAINTIFF GROUP

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") and Section V.B. of the *Fourth Amended Notice, Case Management and Administrative Procedures* Order entered in Docket Entry 2839 on April 4, 2018 (the "Case Management and Administrative Procedures Order"), the present verified statement (the "Statement") is submitted by the Group of those certain 4,953 Plaintiffs in the case of Francisco Beltrán-Cintrón *et al* v. Family Department of Puerto Rico *et seq.*, Civil Case Num. K AC2009-0809 in the Court of First Instance of San Juan ("CFI"), all creditors of the estate (collectively the "Beltrán-Cintrón Plaintiff Group")[2].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The present Statement is filed in accordance to the Case Management and Administrative Procedures Order in connection with the cases ("Title III Cases") commenced by the above-captioned debtors under title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

In support of the Statement, the Beltrán-Cintrón Plaintiff Group hereby respectfully state as follows:

## BACKGROUND

1.      As of May 3, 2017 (the "Petition Date") and up to and including the date of this Statement, in these Title III Cases, the undersigned counsel represented [and continues to represent] the Beltrán-Cintrón Plaintiff Group (each Plaintiff in the Group constitutes a "Member" thereof).

2.      On November 2, 2009, the Beltrán-Cintrón Plaintiff Group filed a complaint against the Commonwealth, Civil Case Num. K AC2009-0805, seeking declaratory judgment for the nullity of General Memorandum 5-86 of the Central Office for the Administration of Personnel ("OCAP" for its initials in Spanish), and the consequent correction of the regular rate of pay due to the illegal implementation of such regulation, which resulted in inoperative pay scales (the "Cause of Action"). Therefore, for purposes of Bankruptcy Rule 2019(c), the Beltrán-Cintrón Plaintiff Group was formed on November 2, 2009.

3.      As of the Petition Date, the Beltrán-Cintrón Plaintiff Group had been litigating the Cause of Action against the Commonwealth for seven (7) years, and a Motion for Summary Judgment with a Stipulation of Uncontested Facts with the Commonwealth had been filed and was under advisement of the CFI. As of the Petition Date, a determination by the Supreme Court of Puerto Rico, in Case Num. AC-2016-0110, as to whether the case should be entertained in the CFI or in the Administrative Forum (Appellate Comission of Public Service "CASP"), was pending[3].

---

[3] On January 27, 2017, the request for such determination in this case was consolidated by the Supreme Court of Puerto Rico with an identical request in the Case of Jorge Abraham-Giménez, Case Num. AC-2016-0120.

4.      Upon the filing of the Title III Cases, the Debtors did not notify the Beltrán-Cintrón Plaintiff Group, nor any of its Members, of the Order for Relief, nor did they include the Cause of Action in its *Schedule H for Litigation Related Obligations*.

5.      As of the Petition Date, the collective liability of the Commonwealth owed to the Beltrán-Cintrón Plaintiff Group is approximately $85,000,000.00.

6.      In accordance with Bankruptcy Rule 2019, the address for each Member is set forth in the Complaint against the Commonwealth, attached herein as <u>Exhibit A</u>. The individual amount of disclosable interest for each Member of the Beltrán-Cintrón Plaintiff Group is yet to be determined by the CFI. However, the nature of the disclosable economic interests for each Member is the same: the correction of the regular rate of pay due to the illegal implementation of the Memorandum 5-86 regulation, which resulted in inoperative pay scales[4].

7.      As of the date of this Statement, the undersigned represent the Beltrán-Cintrón Group[5].

8.      In addition, no individual Member of the Beltrán-Cintrón Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) purports to act, represent or speak on behalf of any other entities in connection with the Title III Cases.

9.      For the avoidance of doubt, nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claim(s) filed or to be filed against or interests in the Debtors in any title III case held by any Member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing

---

[4] In the abundance of caution, the Beltrán Cintrón Group informs that each Member's disclosable economic interest was acquired more than one (1) year prior to the Petition Date. As such, the Group contends that they are waived from the disclosure requirements of FRBP 2019(c)(2)(C).

[5] Counsel González-Morales also represents other Groups of creditors (which are unrelated to the Beltrán Cintrón Group) against certain other instrumentalities of the Commonwealth, each of which will be filing their respective separate Verified Statements in compliance with FRBP 2019.

7

herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert,

file and/or amend any proof of claim in accordance with applicable law and any orders entered in

these cases.

10.    The undersigned verify that the foregoing is true and correct to the best of their

knowledge. Further, all rights to amend or supplement this Statement are fully reserved.

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified, defined and in the manner established in ¶ II of the Case Management and Administrative Procedures Order, as amended on April 4, 2018 (Dockets No. 2839 of Case No. 17-03283 (LTS), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**RESPECTFULLY SUBMITTED,**

San Juan, Puerto Rico, on this 29th day June 2018.

*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

**IVONNE GONZÁLEZ-MORALES**
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

and

*/s/ Milagros Acevedo-Colón*
MILAGROS ACEVEDO-COLÓN
USDC NUM. 208213
E-mail: maclegaljc@gmail.com

**MILAGROS ACEVEDO-COLÓN**
Condominio Colina Real
Ave. Felisa Rincón 2000
Box 1405
San Juan, PR 00926
Tel. (787) 422-7622

*Counsel for the Beltrán-Cintrón Group*

4

| NAME | ADDRESS | WORKPLACE |
|---|---|---|
| | CAYEY, PR 00736 | |
| 668. COTTO ROSARIO, ADLIN | URB. VILLAS DE SAN AGUSTIN I CALLE #13 BLQ. Q. #24 BAYAMON PR 00959 | BAYAMON |
| 669. COURET BURGOS, YOLANDA | A-29 PALOMAS YAUCO PR 00698 | PONCE |
| 670. COUVERTIR CAMONA, VICENTA | PO BOX 46 CANOVANAS, PR 00729 | CANOVANAS |
| 671. CRESPO ESCOBAR, NELLY D. | REP. JIMENEZ 107 CALLE LOS CIPRESES AGUADILLA PR 00603 | AGUADILLA |
| 672. CRESPO LOPEZ, RAMONITA | PO BOX 1038 HATILLO, PR 00659 | HATILLO |
| 673. CRESPO MORALES, MARIA M. | CALLE LAMELA #68 QUEBRADILLA, PR 00678 | DEPT. FAM. |
| 674. CRESPO ORAMAS, ARMANDO | EXT. VILLA RITA CALLE 7 M II SAN SEBASTIAN | SAN SEBASTIAN |
| 675. CRESPO RIVERA, FABIAN | HC 02 7355 CAMUY PR | CAMUY |
| 676. CRESPO SOTO, ROSA | EXT. EL PRADO CALLE JOSEFA BAEZ F #50 AGUADILLA, PR 00603 | MOCA |
| 677. CRESPO VALENTIN, ANA E. | C/18 BR-6 URB. BAIROA CAGUAS, PR 00725 | DEPT. FAM. |
| 678. CRESPO VARELA, CARMEN M. | 91 URB. ALTAMIRA LARES PR 00669 | LARES |
| 679. CRISTIAN GERENO, SANDRA L. | PO BOX 81 LAS PIEDRAS, PR 00771 | JUNCOS |
| 680. CRUZ BAEZ, WANDA | 5 OLIVO POLANCO ENS CUEVAS MAYAGUEZ, PR 00680 | MAYAGUEZ |
| 681. CRUZ FELICIANO, LUIS | HC 1 BOX 7521 YAUCO PR 00698 | YAUCO |
| 682. CRUZ ORTIZ, RICARDO J. | PMB 195 PO BOX 6022 CAROLINA PR 00988 | CAROLINA |
| 683. CRUZ ABREU, LYNEL C. | URB. MARBELLA 231 CALLE F AGUADILLA, PR 000603 | AGUADILLA |
| 684. CRUZ ACEVEDO, MARIBEL | PO BOX 2066 AGUADA PR 00602 | AGUADILLA |
| 685. CRUZ AFANADOR, RAFAEL | PO BOX 4020 MSC 51 ARECIBO PR 00614 | ARECIBO |
| 686. CRUZ ALICEA, GLADYS | PO BOX 854 GUAYAMA PR 00785 | GUAYAMA |
| 687. CRUZ APONTE, JORGE L. | HACIENDA CONCORDIA CALLE GERANIO #68 SANTA ISABEL PR 00757 | PONCE |
| 688. CRUZ APONTE, MARIBEL | URB. PASEO SAN BARBARA C/PERLA #69 GURABO PR | CAGUAS |
| 689. CRUZ ARCE, EVELYN | HC 3 BOX 4664 ADJUNTAS, PR 00601 | ADJUNTAS |
| 690. CRUZ AVILES, ZORAIDA | HC 2 BOX 13122 MOCA PR 00676 | MOCA |
| 691. CRUZ AYALA, ELI | LA SALAMANCA #232 SAN GERMAN PR 00683 | SAN GERMAN |
| 692. CRUZ BURGOS, KARELY | HC-06 BOX 6703 GUAYNABO PR 00971 | SANTURCE |
| 693. CRUZ CAMACHO, MARANLLEYS | HC-02 BOX 9467 COROZAL, PR 00783 | DORADO |
| 694. CRUZ CARLO, DAMARYS | CALLE TAMARINDO #538 URB. FAJARDO GORDONS FAJARDO PR 00738 | CAROLINA |
| 695. CRUZ CORTES, JUAN H. | PO BOX 355 ANGELES PR 00611 | LARES |
| 696. CRUZ CRUZ, SONIA M. | HC 11 BOX 13322 HUMACAO PR 00791 | HUMACAO |
| 697. CRUZ FIGUEROA, MARIBEL | APARTADO 477 NARANJITO PR 00719 | NARANJITO |
| 698. CRUZ GALARZA, ALEXIS | HC-08 BOX 49810 CAGUAS, PR 00725 | CAGUAS |
| 699. CRUZ GUERRA, MAYRA I. | PO BOX 610 VIEQUEZ, PR 00765 | VIEQUEZ |
| 700. CRUZ HERNANDEZ, ESPERANZA I. | C/ ATALAYA #26 ALTOS CATAÑO, PR 00962 | HATO REY |
| 701. CRUZ LABOY, MARICELY | PO BOX 319 PEÑUELAS PR 00624 | PONCE |
| 702. CRUZ LOPEZ, RAMON | CALLE SAN JOSE E-26 URB. MARIOLGA CAGUAS PR 00725 | CAGUAS |
| 703. CRUZ MALDONADO, SONIA M. | 158 CALLE TEXIDOR SAN JUAN PR 00917 | SAN JUAN |
| 704. CRUZ MARCIAL, WILLIAM | HC-03 BOX 31312 MOCA PR 00676 | ISABELA |