Maribel Cruz
Urb. Montemar #13
Aguada, P.R. 00602



U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
JAN 13, 20
AMOUNT
**$7.60**
R2307M152804-99

Secretaría
Tribunal de Distrito de los E.U.
Ave. Chardon Suite 150
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 JAN 14 PM 3:33
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



CERTIFIED MAIL
7018 3090 0000 2557 3376