9 de enero de 2020

Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Réplica

Rechazo a la objeción Global (ELA, ACT/SER) sobre el reclamo # 94602 realizado en junio 2018.

I. Datos de contacto:
   Demandante: Haydée Georgi Rodríguez
   Seguro Social XXX-XX-2112
   Dirección: HC9 box 1531 Ponce, P.R. 00731- 9747
   Correo Electrónico: haydee.georgi@gmail.com
   Número de evidencia de reclamación: 39000

II. Epígrafe: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
   Deudores: Estado Libre Asociado de Puerto Rico
   Núm. De Procedimiento: 17 BK 3283-LTS

   Título de la objeción Global: Centésima Décima Objeción Global de Estaba Libre Asociado de Puerto Rico, de la Autoridad de Carretera y Trasportación de Puerto Rico y del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico.

   Núm. Reclamación: Claim #94602

III. Motivos para oponerse a la objeción Global: una deuda que el Estado Libre asociado de Puerto Rico, Tiene con respecto a la Ley # 89 del 12 julio 1979 (Romerazo), en la que se tenía que otorgar $25.00 mensuales por aumento salarial desde la vigencia de esta ley hasta mi fecha de retiro en mayo 2009. El monto adeudado es de: $9,000.00.

IV. Documentación justificativa: en el mes de diciembre 2019 recibí los libros de cada reclamación que hice el día 26 junio 2018. Y el resultado del monto de la misma es indeterminado, el día 9 enero 2020 llame al teléfono 1-347-817-4175 donde se me explico que debía preparar la réplica en el anexo C de los libros recibidos.

¿Cuál es el monto de la reclamación #94602 retribución uniforme del 12 julio 1979, aumento de sueldo $25.00 dólares por mes.

Trabaje 1979 hasta 2009 = 30 años 12 meses x $25.00 = $300.00 x 30 = 9,000.00

Evidencia de certificación de años de servicios y edad.

Certificado de notificación de la Réplica = Por Correo Postal

Cordialmente,

*[firma]*
Haydée Georgi Rodríguez
HC9 Box 1531
Ponce, P.R. 00731- 9747


C/C Abogado de la Junta de Supervisión
(counsel for the Oversight Board)
Proskauser Rose LLP
Eleven Times Square
New York, New York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen
Abogado del Comité de Acreedores (counsel for the creditors committee)
Paul Hasting LLP
200 Park Avenue
New York, New York 10166

A/A: Luc A. Despins
Jamen Bliss
James Worthington
G. Alexander Bongarza

9 de enero de 2020

Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Réplica

Rechazo a la objeción Global (ELA, ACT/SER) sobre el reclamo # 99734 26 junio 2018.

I. Datos de contacto:
Demandante: Haydée Georgi Rodríguez
Seguro Social XXX-XX-2112
Dirección: HC9 box 1531 Ponce, P.R. 00731- 9747
Correo Electrónico: haydee.georgi@gmail.com
Número de evidencia de reclamación: 39000

II. Epígrafe: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
Deudores: Estado Libre Asociado de Puerto Rico

Núm. De Procedimiento: 17 BK 3283-LTS

Título de la objeción Global: Centésima Décima Objeción Global de Estaba Libre Asociado de Puerto Rico, de la Autoridad de Carretera y Trasportación de Puerto Rico y del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico.

Núm. Reclamación: Claim #99734

III. Motivos a exponerse a la objeción Global: Deuda que el Estado Libre asociado de Puerto Rico, Tiene con respecto a la Ley # 34 del 13 julio 1966, en la que se tenía que otorgar $25.00 mensuales a los empleados públicos. El monto adeudado es de $11.550.00

IV. Documentación justificativa: en el mes de diciembre 2019, recibí los libros de cada reclamación que hice el 26 junio 2018, y el resultado del monto de la misma que es indeterminada, el día 9 enero 2020 llamé al teléfono 1-347-817-4175 el día 9 enero 2020, donde se me explico lo que debía hacer: preparar una réplica en el anexo C de los libros.

¿Cuál es el monto de la reclamación #99734 Para conceder un aumento de sueldo de veinticinco dólares mensuales.

Trabaje desde 1970 hasta mayo del 2009 total de años trabajado 38.5 para un monto de 11,550.00

Evidencia de certificación de años de servicios y edad.

Certificado de notificación de la Réplica = Por Correo Postal

Cordialmente,

*Haydée Georgi Rodríguez*
Haydée Georgi Rodríguez
HC9 box 1531
Ponce, P.R. 00731- 9747

C/C Abogado de la Junta de Supervisión
(counsel for the Oversight Board)
Proskauser Rose LLP
Eleven Times Square
New York, New York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen
Abogado del Comité de Acreedores (counsel for the creditors committee)
Paul Hasting LLP
200 Park Avenue
New York, New York 10166

A/A: Luc A. Despins
Jamen Bliss
James Worthington
G. Alexander Bongarza

9 de enero de 2020

Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Réplica

Rechazo a la objeción Global (ELA, ACT/SER) sobre el reclamo # 104746 realizado en junio 2018.

I. Datos de contacto:
Demandante: Haydée Georgi Rodríguez
Seguro Social XXX-XX-2112
Dirección: HC9 Box 1531 Ponce, P.R. 00731- 9747
Correo Electrónico: haydee.georgi@gmail.com
Número de evidencia de reclamación: 39000

II. Epígrafe: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
Deudores: Estado Libre Asociado de Puerto Rico
Núm. De Procedimiento: 17 BK 3283-LTS

Título de la objeción Global: Centésima Décima Objeción Global de Estaba Libre Asociado de Puerto Rico, de la Autoridad de Carretera y Trasportación de Puerto Rico y del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico.

Núm. Reclamación: Claim #104746

III. Motivos a oponerse a la objeción Global: Deuda que el Estado Libre asociado de Puerto Rico, Tiene con respecto a la Ley # 96 del 1 julio 2002, en la que se tenía que otorgar $100.00 mensuales por aumento salarial a los empleados públicos desde la vigencia de esta ley. El monto adeudado es de: $7,000.00.

IV. Documentación justificativa: en el mes de diciembre 2019, recibí los libros de cada reclamación que hice el 26 junio 2018, y el resultado del monto de la misma que es indeterminada, el día 9 enero 2020 llamé al teléfono 1-347-817-4175, donde se me explico lo que debía hacer: preparar una réplica en el anexo C de los libros.

¿Cuál es el monto de la reclamación #104746 Ley #96 1 julio 2002. Para conceder un aumento de sueldo de cien dólares mensuales a los empleados Públicos del Gobierno efectivo 1 julio 2002. Trabaje año escolar:

        2002-2003

        2003-2004

        2004-2005

        2005-2006

        2006-2007

        2007-2008

        2008-2009 (mayo)

70 meses x $100.00 = $7,000.00

Poseo evidencia del recibo y envió, los cuales someteré adjuntos a esta replica, antes del 14 enero 2020.

Evidencia de certificación de años de servicios y edad.

Certificado de notificación de la Réplica = Por Correo Postal

        Cordialmente,

*[signature]*
Haydée Georgi Rodríguez
HC9 Box 1531
Ponce, P.R. 00731- 9747

C/C Abogado de la Junta de Supervisión
(counsel for the Oversight Board)
Proskauser Rose LLP
Eleven Times Square
New York, New York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen
Abogado del Comité de Acreedores (counsel for the creditors committee)
Paul Hasting LLP
200 Park Avenue
New York, New York 10166

A/A: Luc A. Despins
Jamen Bliss
James Worthington
G. Alexander Bongarza