

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

12 de mayo de 2009

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO EDUCACION

**PROF: HAYDEE GEORGI RODRIGUEZ**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.

[X] **Años de Servicio**      [ ] Edad      [ ] Diferida      [ ] Suplementaria
**al 1 de mayo de 2009** (fecha que piensa renunciar)   **(fecha de su última cotización recibida)**
[X] **cualifica**    [ ] no cualifica,  **para acogerse a la jubilación, y tiene el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 38 | 6 | 1 | ½ | 57 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
  [ ] Reconocimiento Tiempo
  [ ] Diferencia en Por Ciento por Transferencia Recibida
  [ ] Reembolso de Cuotas
  [X] No aplica

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**

**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Ivonne L. Ortiz Valladares
Directora
Área Servicios de Retiro

Karen Y. Vega García
Oficial Servicios de Retiro

FELD/mfr

CF: PROF:  HAYDEE GEORGI RODRIGUEZ
           URB. SANTA TERESITA
           3626 CALLE SANTA JUANITA
           PONCE, PUERTO RICO 00730-4626

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr