Haydée Georgi Rodríguez
HC 9 Box 1531
Ponce, Puerto Rico 00731-9747

Case:17-03283-LTS Doc#:10004-2 Filed:01/14/20 Entered:01/15/20 16:23:30 Desc: Envelope Page 1 of 1

CERTIFIED MAIL
7019 1640 0001 4810 0859



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JAN 13, 20
AMOUNT
$7.60
R2304M113827-02

RETURN RECEIPT REQUESTED

To:
Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767