TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,<br>deudores | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE |
|---|---|

**MOCIÓN EN RELACIÓN A NOTIFICACIÓN DE LA CENTÉSIMA DÉCIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO . . .**

**Al Honorable Tribunal:**

Comparece ZAIDA HERNÁNDEZ JIRAU, por derecho propio, y muy respetuosamente expone, alega y solicita:

1. Ni nombre es ZAIDA HERNÁNDEZ JIRAU. Mi dirección postal es: Apartado 1234 Lares, Puerto Rico, 00669. Mi nro. de tel. es 939-218-9073. El nro. de la reclamación es 1702, presentada el 3/12/2018. El deudor es el Sistema de Retiro de Maestros del gobierno del Estado Libre Asociado de Puerto Rico. El monto de mi reclamación es **$6,840.00**.

2. Que tengo derecho a dicha cantidad conforme a la leyes, reglamentos y demás normativa vigentes al momento de mi retiro, y que establecen el estado de derecho aplicable a mi reclamación, incluyendo pero sin limitarse a la siguiente: Ley Núm. 218 de 6 de mayo de 1951, según enmendada, conocida como la *Ley de Retiro para Maestros*.

**RESPETUOSAMENTE SOMETIDO,**

En San Juan, Puerto Rico, a 14 de enero de 2020.

*[firma]*

ZAIDA HERNÁNDEZ JIRAU
APARTADO 1234
LARES, P. R. 00669
939-218-2073