TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED
2020 JAN 14 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO**<br><br>Deudores | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SER**<br><br>**NÚM. RECLAMACIÓN: 61003** |

**MOCIÓN SOBRE (1) RECLAMACIÓN NÚM. 61003, (2) RESPUESTA A "NONAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS" Y SOLICITUD DE TÉRMINO ADICIONAL PARA PRESENTAR DOCUMENTACIÓN SOBRE RECLAMACIÓN**

AL HONORABLE TRIBUNAL:

COMPARECE **Hermes R. García Lozada (Claim No. 61003)**, por derecho propio, y respetuosamente EXPONE, ALEGA Y SOLICITA:

1. El suscribiente recibió copia de documento titulado *"NONAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO PDE PUERTO RICO A RECLAMOS DEFICIENTES EB LOS QUE SE ALEGAN*

Moción sobre Reclamación Núm. 61003

*INTERESES SOBRE LA BASE DE REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS"*. El mismo hace referencia una reclamación a mi nombre identificada con el número 61003 y cuyo deudor es el Sistema de Retiro de los Empleados de Gobierno del Estado Libre Asociado de Puerto Rico. En dicho escrito también se objeta mi reclamación, la cual desconozco si se refiere a los fondos de retiro que he acumulado a través de los años que he sido empleado del gobierno. El presente escrito tiene el propósito inequívoco de expresar mi intención de reclamar mi derecho en cuanto a los fondos que yo pudiese tener acumulados para mi retiro en el Sistema de Retiro, de éstos estar sujeto a liquidación o reorganización en este procedimiento.

2. Trabajo desde el 1 de julio de 1982 en el Departamento de Salud, comenzando en un puesto transitorio. Luego comencé el 1 de julio de 1987 en un puesto regular. Por ende, he trabajado por más de treinta (30) años para el Departamento de Salud del Estado Libre Asociado de Puerto Rico. Durante todos los años de mi trabajo, el Estado Libre Asociado ha retenido fondos correspondientes a mi retiro. Ante ello, tengo acumulados fondos de retiro en el Sistema de Retiro que quiero reclamar en este procedimiento. Incluyo como evidencia de mi reclamo **Anejo A**, el cual consiste en dos (2) talonarios de pago. Uno del mes de junio de 2017 y otro del 15 de enero de 2020.

3. El suscribiente no había enviado evidencia de reclamación (*"proof of claim"*) anteriormente debido a que en el *"Notice of Deadlines for Filing Proofs of Claim"* de 15 de febrero de 2018, se me indicaba en la Sección 2(F), que no se requería presentar una reclamación por reclamaciones de pensión (*"Pension Claims"*). No obstante, con la objeción presentada recientemente, temo perder mi derecho a mi pensión acumulada por más de treinta (30) años de servicio público.

4. Dado el poco tiempo brindado para objetar el escrito de los deudores, no he logrado obtener una certificación de fondos acumulados en el Sistema de Retiro. A esos efectos, se solicita un término de 15 días para presentar el mismo para que conste en el récord de este procedimiento.

5. Finalmente, y respecto a la fecha en que se está presentando el presente escrito, el mismo lo estoy presentando personalmente en el "Clerk's Office" del Tribunal de Distrito de Puerto Rico en el día de hoy. Además, se estará enviando por correo certificado con acuse de recibo a los bufetes Proskauer Rose LLP y Paul Hastings LLP a sus direcciones que surgen del "Exhibit C". Lamentablemente, el escrito no les llegará por correo hoy personalmente, dado que, por error involuntario o mal entendido, tenía la impresión de que para el 14 de enero de 2020 tenía que ser **enviado** a éstos y no que fuese **recibido** para entonces. A esos efectos, solicito excusas a este Honorable Tribunal y se ruega que por ello no se elimine nuestra reclamación de pensión.

6. En fin, el suscribiente respetuosamente solicita que este Honorable Tribunal: (1) tome conocimiento de la posible reclamación del suscribiente; (2) de proceder la misma, se nos conceda un término de quince (15) días para someter una certificación del Sistema de Retiro sobre fondos disponibles y (3) excuse al suscribiente por el envío del escrito en la fecha de hoy.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, hoy 14 de enero de 2020.

**CERTIFICACIÓN DE ENVÍO:** Certifico haber enviado copia de este escrito a:

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Moción sobre Reclamación Núm. 61003

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin Bienenstock
Brian S. Rosen

Counsel for the Creditor's Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bogartz

Fecha: 14 de enero 2020

**Hermes R. García Lozada**
Núm. Reclamación 61003
Plaza 2, BA-9
Bosque del Lago, Encantada
Trujillo Alto, PR 00976
Tel: 939-630-4729
Email: hrgmdmph@yahoo.com

4