**071 Departamento de Salud**
Centro Medico - Antiguo Hospital Psiquiatrico
Rio Piedras, PR 00936

| | |
|---|---|
| Período: | SM-Quincenal |
| Desde: | 06/16/2017 |
| Hasta: | 06/30/2017 |

Aviso #: 8713818
Fecha Aviso: 06/30/2017

HERMES GARCIA LOZADA
BA 9
BOSQUE DEL LAGO
TRUJILLO ALTO, PR 00976
SS: XXX-XX-XXXX

| | |
|---|---|
| # Empleado: | XXXXX1530 |
| Dept: | 071017-Medicina Preventiva |
| Lugar: | Rio Piedras |
| Titulo: | Dir. Servicios Medicos I |
| Sueldo: | $7,023.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,511.50 | 975.00 | 42,138.00 |
| Diferencial Temporero | | | 0.00 | | 1,962.00 |
| **Total:** | | | **3,511.50** | **975.00** | **44,100.00** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 50.92 | 639.45 |
| Fed OASDI/Disability - EE | 217.71 | 2,734.20 |
| PR Withholding | 445.42 | 5,482.44 |
| **Total:** | **714.05** | **8,856.09** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 351.15 | 4,213.80 |
| **Total:** | **351.15** | **4,213.80** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 6.25 | 75.00 |
| SC-AMER FAM LIFE ASS CO | 15.90 | 190.80 |
| Ahorros-AEELA | 105.35 | 1,264.20 |
| **Total:** | **127.50** | **1,530.00** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 545.16 | 6,541.92 |
| FSED Disability Plan | 117.64 | 1,677.54 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 3,511.50 | 0.00 | 714.05 | 478.65 | 2,318.80 |
| Acumulado: | 44,100.00 | 0.00 | 8,856.09 | 5,743.80 | 29,500.11 |

| Vacaciones | Horas | Enfermedad | Horas | Tiempo Comp | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

## DISTRIBUCION PAGA NETA

| Aviso #8713818 | 2,318.80 |
|---|---|
| **Total:** | **2,318.80** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Departamento de Salud
Centro Medico
Antiguo Hospital Psiquiatrico
Rio Piedras, PR 00936

Fecha: 06/30/2017

Aviso No. 8713818

Cant. Deposito: $2,318.80

A la Cuenta(s) De
HERMES GARCIA LOZADA
BA 9
BOSQUE DEL LAGO
TRUJILLO ALTO, PR 00976
Localizacion: Rio Piedras

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 2,318.80 |
| **Total:** | | **2,318.80** |

**NO-NEGOCIABLE** **ANEJO A**

**071 Departamento de Salud**
Centro Medico - Antiguo Hospital Psiquiatrico
Rio Piedras, PR 00936

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 06/16/2017 |
| Hasta: | 06/30/2017 |

Aviso #: 8713819
Fecha Aviso: 06/30/2017

HERMES GARCIA LOZADA
BA 9
BOSQUE DEL LAGO
TRUJILLO ALTO, PR 00976
SS: XXX-XX-XXXX

| | |
|---|---|
| # Empleado: | XXXXX1530 |
| Dept: | 071017-Medicina Preventiva |
| Lugar: | Rio Piedras |
| Titulo: | Dir. Servicios Medicos I |
| Sueldo: | $7,023.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 163.50 | | 1,962.00 |
| Pago de Salarios Regulares | | | 0.00 | 975.00 | 42,138.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 2.37 | 639.45 |
| Fed OASDI/Disability - EE | 10.14 | 2,734.20 |
| PR Withholding | 11.45 | 5,482.44 |

Total:   163.50   975.00   44,100.00   Total:   23.96   8,856.09

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 0.00 | 4,213.80 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 75.00 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 190.80 |
| Ahorros-AEELA | 0.00 | 1,264.20 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 5.43 | 1,477.44 |
| GPR Retiro Hibrido Coord. | 0.00 | 6,541.92 |

Total: 0.00  4,213.80   Total: 0.00  1,530.00   * Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 163.50 | 0.00 | 23.96 | 0.00 | 139.54 |
| Acumulado: | 44,100.00 | 0.00 | 8,856.09 | 5,743.80 | 29,500.11 |

| | Horas | | Horas | | Dias |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

**DISTRIBUCION PAGA NETA**

| Aviso #8713819 | 139.54 |
|---|---|
| Total: | 139.54 |

Los balances de Beneficios corresponden al periodo de:

MENSAJE:

---

Departamento de Salud
Centro Medico
Antiguo Hospital Psiquiatrico
Rio Piedras, PR 00936

Fecha
06/30/2017

Aviso No.
8713819

Cant. Deposito:  $139.54

A la
Cuenta(s) De

HERMES GARCIA LOZADA
BA 9
BOSQUE DEL LAGO
TRUJILLO ALTO, PR 00976
Localizacion: Rio Piedras

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 139.54 |
| Total: | | 139.54 |

## NO-NEGOCIABLE

| 071 Departamento de Salud<br>Centro Medico<br>Antiguo Hospital Psiquiatrico<br>Rio Piedras, PR 00936 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | Aviso #:<br>Fecha Aviso: | 5643261<br>01/15/2020 |
|---|---|---|---|---|---|
| HERMES GARCIA LOZADA<br>BA 9<br>BOSQUE DEL LAGO<br>TRUJILLO ALTO, PR 00976<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 071017-Medicina Preventiva<br>Rio Piedras<br>Dir. Servicios M dicos I<br>$7,023.00 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0<br>3 | PR<br>Claiming no personal exem |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,511.50 | 82.50 | 3,511.50 |
| Diferencial Temporero | | | 0.00 | | 163.50 |
| Total: | | | 3,511.50 | 82.50 | 3,675.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 50.92 | 53.29 |
| Fed OASDI/Disability - EE | 217.71 | 227.85 |
| PR Withholding | 462.80 | 474.25 |
| Total: | 731.43 | 755.39 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 298.48 | 298.48 |
| Total: | 298.48 | 298.48 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 6.25 | 6.25 |
| SC-AMER FAM LIFE ASS CO | 15.90 | 15.90 |
| Ahorros-AEELA | 105.35 | 105.35 |
| Total: | 127.50 | 127.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 117.64 | 123.12 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 3,511.50 | 0.00 | 731.43 | 425.98 | 2,354.09 |
| Acumulado: | 3,675.00 | 0.00 | 755.39 | 425.98 | 2,493.63 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5643261 | 2,354.09 |
| Total: | 2,354.09 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Departamento de Salud
Centro Medico
Antiguo Hospital Psiquiatrico
Rio Piedras, PR 00936

Fecha
01/15/2020

Aviso No.
5643261

Cant. Deposito: $2,354.09

A la
Cuenta(s) De

HERMES GARCIA LOZADA
BA 9
BOSQUE DEL LAGO
TRUJILLO ALTO, PR 00976
Localizacion: Rio Piedras

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 2,354.09 |
| Total: | | 2,354.09 |

## NO-NEGOCIABLE

| 071 Departamento de Salud<br>Centro Medico<br>Antiguo Hospital Psiquiatrico<br>Rio Piedras, PR 00936 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | Aviso #:<br>Fecha Aviso: | 5643262<br>01/15/2020 |
|---|---|---|---|---|---|
| HERMES GARCIA LOZADA<br>BA 9<br>BOSQUE DEL LAGO<br>TRUJILLO ALTO, PR 00976<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 071017-Medicina Preventiva<br>Rio Piedras<br>Dir. Servicios Mdicos I<br>$7,023.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0<br>3 | PR<br>Claiming no personal exem |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 163.50 | | 163.50 |
| Pago de Salarios Regulares | | | 0.00 | 82.50 | 3,511.50 |
| Total: | | | 163.50 | 82.50 | 3,675.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 2.37 | 53.29 |
| Fed OASDI/Disability - EE | 10.14 | 227.85 |
| PR Withholding | 11.45 | 474.25 |
| Total: | 23.96 | 755.39 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 298.48 |
| Total: | 0.00 | 298.48 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 6.25 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 15.90 |
| Ahorros-AEELA | 0.00 | 105.35 |
| Total: | 0.00 | 127.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 5.48 | 123.12 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 163.50 | 0.00 | 23.96 | 0.00 | 139.54 |
| Acumulado: | 3,675.00 | 0.00 | 755.39 | 425.98 | 2,493.63 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5643262 | 139.54 |
| Total: | 139.54 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Departamento de Salud
Centro Medico
Antiguo Hospital Psiquiatrico
Rio Piedras, PR 00936

Fecha
01/15/2020

Aviso No.
5643262

Cant. Deposito: $139.54

A la
Cuenta(s) De

HERMES GARCIA LOZADA
BA 9
BOSQUE DEL LAGO
TRUJILLO ALTO, PR 00976
Localizacion: Rio Piedras

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 139.54 |
| Total: | | 139.54 |

## NO-NEGOCIABLE