Junta de Supervisión y Administración
Financiera para Puerto Rico.

        Como representante de
Estado Libre Asociado de Puerto Rico y
otros,
                Deudores.

RECEIVED & FILED

2020 JAN 14  PM 2: 26

CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN. P.R

Réplica De la Centésima Primera Objección Global
(no sustantiva) Del Estado libre Asociado de Puerto
Rico, De la Autoridad De Carreteras y Transportación
De Puerto Rico y Del Sistema de Retiro De los Empleados
Del Gobierno Del Estado Libre Asociado De
Puerto Rico a Reclamos De Ríciedtes en los que
se alegan intereses sobre la Base De las Reindi-
caciones Salariales, Laboral o Servicios Prestados

Motivos: Adjunto

Elva I. Lorenzo Alers
Calle 7 N-6
Urb. Reina De los Angeles
Guirabo. Puerto Rico
                00778.

787- 632-2884

                              Elva I. Lorenzo
                              14 t Enero 2020.

motivos.

Yo Eida I. Lorenzo Alers: 0258. me opongo a la "Objeción Global" que el Gobierno ha impuesto. Soy una Enfermera Graduada por 40yrs. y siempre he trabajado para la mision y vision de las instituciones de Salud. He sido responsable, puntual y excelente en mi trabajo. He sido fiel a las metas de mis trabajos.

Adjunto Evidencia de mi reclamo. Estado de cuenta Estimado. $54,000.00 Considero que es poco porque el Gobierno ha desidido con el Dinero nuestro y lo ha dispuesto para el propio lucro. por esto estoy radicando la demanda.

Eida I. Lorenzo Alers
calle 7 N-6
Urb. Reina Delos
Angeles, Guabo P.R.
00778
787-632-2884