— Brunilda Román Acosta
① LR-15 big 17 villa Fontana
   Carolina Puerto Rico 00983
② brunilda1024@gmail.com
③ celular 787-632-2091

II Epigrafe:
De acuerdo a información mi deudor es
gobierno estado libre de P.R. Mi número
de reclamo es: Proof of Claim No. 101203

— Con estas evidencias espero que el tribunal
no se apogra a ojecion global.

III Document justification:
Cuando trabaje en el Dept. de Educación
sujio la ley 89. (Bo meruso)
— luego sujio la de Sira. (2001)
— Mis otro pesos que uniog me pagaron.

—4

— Nosotros nos mantenemos el autors
Ya que nunca nos otrogarn.

* Mi debulor corespente a ?

Bulula Limón Acosta
LR-15 Bg 17 16 16 Fortons
Carolina P.R. 00983
cel: 787-632-2091

$ 20,000

P-5

RECEIVED & FILED
2020 JAN 14 PM 3:49
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR