**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San J.



**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/30/2018
Proof of Claim No.: 101203

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

Brunilda Roman Acosta
Dalma Roman Acosta
L-R-15 Via 17 Villa Fontana
Carolina, PR 00983

CRM. 409 Rev. 99

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días _____ regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Román Acosta, Brunilda | JUNTA RETIRO PARA MAESTROS Y ASOCIACION DE EMPLEADOS |
| 2. Número de Seguro Social | -6307 | |
| 3. Lugar y Fecha de Nacimiento | New York - /1945 | |
| 4. Sexo | F | |
| 5. Estado Civil | Casada | |
| 6. Preparación Académica | M.A. 21 | |
| 7. Experiencia | 31-0 | |
| 8. Status Empleado (Contrato) | ~~XXXXXXX~~ PERM. 01 | |
| 9. Sueldo Bruto | $2,395.00 | DEPARTAMENTO DE EDUCACION RECIBIDO |
| 10. Número del Puesto | F-04572 | OCT - 5 2019 |
| 11. Categoría del Puesto | Maestra ELEM. 9971 | TRANSACCIONES DE PERSONAL |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Federal | |
| 14. Cifra de Cuenta | E1110-22200-0810000-0000-08100-X2002-CM0200001-47 | |
| 15. Fecha de Efectividad | 27 JULIO 2001 | |
| 16. Acción y Duración | RETIRO TEMPRANO LEY 44 ETAPA II | |
| 17. Causa del Cese | Retiro | |
| 18. Último día de Trabajo | ~~XXXXXXXXXXXXXXXXXXXXXX~~ 31 MAYO 2001 | |
| 19. Último día de Pago | 22 ENERO 2002 2:00 P.M. | AGO ? ? |
| 20. Programa Escolar nivel y grado | Maestra Elemental | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Loíza | |
| 23. Escuela | Emiliano Figueroa Torres | |
| 24. Dirección Postal y Residencial | LR-15 Vía Villa Fontana Carolina P.R. 00983 | 25. Teléfono Residencial 769-5136 |

26. Observaciones: SE XØ ACOGE A LOS BENEFICIOS DE LA LEY NUM. 44 DEL 27/ENERO/2000. PAGO VAC. REG. 40 DIAS DEL 4/JUNIO AL 27/JULIO/2001. PAGO EXCESO POR ENFERMEDAD 19D-5HRS. ~~XXXXXXX~~ DEL 1/AGOSTO AL 28/AGOSTO/01. PAGO GLOBAL ENFERMEDAD 90 DIAS DEL 28/AGOSTO/2001 2:00 2:00 PM AL 22/ENERO/2002 2:00 P.M.

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

29. Deseo: _____ Acogerme _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____ _____
Firma del empleado Fecha

_____ _____
Firma del empleado Fecha

28. Recomendado
_Abigail Quiñones Tapia_ 27/julio/2001
Director de Escuela Fecha

30. Recomendado
_____ _____
Director de Escuela Fecha

31. Aprobado: Por el Secretario de Educación o su Representante
_Lizzette_ _____
Fecha

...sario provisional el mismo constituye un CERTIF... JO PROVISIONAL DE MAESTRO.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

ROMAN ACOSTA, BRUNILDA
VILLA FONTANA
LR15 VIA 17
CAROLINA PR 00983-3935

Certifico que ROMAN ACOSTA, BRUNILDA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,620.52 equivalente a $19,446.24 anual. Luego de las deducciones recibe la cantidad de $303.84 mensual, equivalente a $3,646.08 anual.

Esta certificación se expide hoy 9 de enero de 2020.



Número de Certificación: SRM03P2000077

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414     787.759.2883     www.srm.pr.gov

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

ROMAN ACOSTA, BRUNILDA
VILLA FONTANA
LR15 VIA 17
CAROLINA PR 00983-3935

Certifico que ROMAN ACOSTA, BRUNILDA con número de Seguro Social XXX-XX-6307 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $1,620.52, equivalente a $19,446.24 anual. Luego de las deducciones recibe una pensión neta de $303.84, equivalente a $3,646.08 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Noviembre de 2019 1er. Quincena | Noviembre de 2019 2da. Quincena | Diciembre de 2019 1er. Quincena | Diciembre de 2019 2da. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | 53.48 | 53.48 |
| AE-Asoc Emp ELA-Prest Regular | 119.09 | 119.09 | 117.53 | 117.53 |
| SM-Asoc Maestros de PR | 31.50 | 31.50 | 31.50 | 31.50 |
| CO-COOP MAESTRO PR | 364.92 | 364.92 | 364.92 | 364.92 |
| SC-AMER FAM LIFE ASS CO | 54.60 | 54.60 | 54.60 | 54.60 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 3.50 | 3.50 | 3.50 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 | 8.50 | 8.50 |
| GPR Plan de Ahorros | 24.31 | 24.31 | 24.31 | 24.31 |
| Total de descuentos | ($659.90) | ($659.90) | ($658.34) | ($658.34) |

Esta certificación se expide hoy 9 de enero de 2020.



Número de Certificación: SRM04P2000046

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico:
http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



📞 787.777.1414     📠 787.759.2883     www.srm.pr.gov

*Número de Evidencia de Reclamación:* 101203
*Reclamante:* Roman Acosta, Brunilda

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   No se pagan los aumentos?

Batch 2

990123400354883

*Número de Evidencia de Reclamación:* 101203
*Reclamante*: Roman Acosta, Brunilda

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☐ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_____

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_____

3(c). Últimos cuatro dígitos de su número de seguro social: #6307

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☑ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____
_____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
_Departamento de Educacion_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_____
_____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
_____

Batch 2

2



*Número de Evidencia de Reclamación:* 101203
*Reclamante:* **Roman Acosta, Brunilda**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Batch 2                                3

