Bonilla, Ramón Rosato
LR-15 via 17 villa Fontana
Carolina P.R. 00983

RECEIVED & FILED
2020 JAN 14 PM 3: 49
CLERK'S OFFICE
SAN JUAN



U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JAN 13, 20
AMOUNT
$1.15
R2305K133715-15

To: secretaris (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767