GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Oficina Regional Educativa de San Juan

OFICINA DE RECURSOS HUMANOS

# CERTIFICACIÓN

10 de enero de 2020

A quien pueda interesar:

El Sr. Eddier J. Muriel López con seguro social XXX-XX-8771, trabajó para el Departamento de Educación como maestro de Inglés en los siguientes períodos:

| Número de Puesto | desde | hasta | |
|---|---|---|---|
| T-13919 | 08-03-2015 | 07-20-2016 | Inglés Secundaria |
| T-07561 | 08-08-2014 | 07-21-2015 | Inglés Secundaria |
| T-31738 | 08-01-2013 | 07-24-2014 | Inglés Elemental |
| T-20793 | 12-05-2012 | 06-17-2013 | Inglés Secundaria |

El Sr. Muriel ocupó un puesto transitorio y devengó un sueldo mensual de $1,397.

Para información adicional puede comunicarse al teléfono 787-777-8100.

Certifico correcto,

Edgardo Rodríguez Rivera
Director de Recursos Humanos Interino



Estado Libre Asociado de Puerto Rico
Departamento de Educación
Region Educativa de San Juan
Oficina de Recursos Humanos Docente
[address illegible]
Puerto Rico 00919

LIBB/ERR/mtr

PO Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 777-8100

SELLO 

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; no por ser víctima de violencia doméstica, agresión sexual o acecho