RECEIVED
2020 JAN 14 P 2:34

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

PROMESA

Titulo III

JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO

Num. 17 BK 3283-LTS

(Administrada conjuntamente)

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros,

DEUDORES

La presente radicación guarda relación con el ELA, la ACT y el SER.

Relación Objeción Global

Nombre: Marilyn JH. Lopez Burgos

Dirección: calle 1 #325 apt. 5

Jardines de Monte Alto

Trujillo Alto Puerto Rico 00976

Teléfono: 787-550-0678

Dirección electrónica: nala_69@hotmail.com

Numero de reclamación – 43360

Numero de caso – 17 BK 03283-LTS

**Centésima primera objeción global**

**Anexo A ; Defectuosas**

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 JAN 14 PM 2:34
RECEIVED & FILED
INTAKE-DROP BOX

Deudor: Estado Libre Asociado de Puerto Rico

El Estado Libre Asociado de Puerto Rico ( el ELA ) , la Autoridad de Carreteras y Transportación de Puerto Rico (la ACT ) y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el SER ) , a través de ( la Junta de Supervisión) y Administración Financiera para Puerto Rico( la Junta de Supervisión ) como representante del ELA, La ACT, y el SER , conforme al articulo9 315 (b) de la Ley para la Supervisión , Administración y Estabilidad Económica de Puerto Rico (Promesa ) y radican la presente centésima primera objeción global (la centésima primera objeción global a los reclamos deficientes que figuran en el Anexo A del presente documento

Los motivos de mi objeción se fundamentan que desde que esta opera bajo la ley para garantizar el pago mis aportaciones del Sistema de Retiro no fueron adjudicadas quedando insolventes. Al gobierno perder su liquidez aplicaron recortes salariales los cuales afectaron grandemente mi situación económica. La reducción significativa en beneficios y el incumplimiento del Gobierno ha empeorado nuestra condición de vida. Luego de 39 años de servicio al gobierno hemos perdido actuación de crecimiento económico para nuestro Retiro. La calidad de vida se ha visto disminuir causando años emocionales. El ELA no ha logrado cumplir las metas establecidas y nuestros salarios siguen disminuyendo con recortes económicos. Perdimos de4recho a los aumentos salariales lo cual afecta ya que no equitativo con los aumentos de comestibles y utilidades. El gobierno dejo de realizar aportaciones a mi plan de Retiro lo que desenfunda una perdida en la pensión de retiro. Nuestra edad y tiempo de retiro fue alargado para poder cumplir con las aportaciones lo cual es una injusticia. Sueldos dejados de devengar

El dinero de nuestra pensión de largos años de sacrificio para vivir nuestros últimos años no debe malversado.

Por estos motivos de gran valides y acierto no se debe declarar ha lugar las bases de hecho o derechos que los demandados estén solicitando.

SE INCLUYE CERTIFICACION DE EMPLEO Y CERTIFICACION COMO EVIDENCIA

01/14/2020