

02 de enero de 2020

**CERTIFICACIÓN**

Certificamos que Marilyn J. López Burgos, Seguro Social ˉ749, es empleada de la Administración de Desarrollo Socioeconómico del Departamento de la Familia.

La misma ocupa un puesto de Oficinista IV, con nombramiento de carácter regular desde el 01 de julio de 1989.

Devenga un salario de $ 2,440.00 mensual y Bono de Navidad de $600.00.

Dado a solicitud de la empleada.

Certifico correcto,

*Ivelisse J. Castro Torres*
*Ayudante Especial*
*Depto. De La Familia*
*Región Carolina*

cmcorrea

Centro de Gobierno Carolina Jose E. Aponte De La Torre, 5to piso   Ave. Fernandez Juncos
PO BOX 4707, Carolina Puerto Rico 00984-4707   Tel. 787.762.3070 ext. 5290
**Oficina Regional de Carolina**

Estado de Cuenta

**Nombre:** LOPEZ BURGOS MARILYN
Seguro Social          Agencia
XXX-XX-8749            ADM. DESA. SOCIOECON. FAMILIA

SOLICITE INFORMACIÓN DE PRÉSTAMOS HIPOTECARIOS, IRA, MASTERCARD, SEGUROS Y BENEFICIOS AEELA. INFÓRMELE A SUS FAMILIARES DE LOS BENEFICIOS AEELA.

|  | AHORROS | DIVIDENDOS |
|---|---|---|
| BALANCES INICIALES: (01/01/2018) | $ 15,857.54 | $ 9,735.25 |
| PERIODO ACUMULADO HASTA LA ÚLTIMA NÓMINA | $ 878.40 | $ 1,015.25 |
| LIQUIDACIONES/AJUSTES: | $ 0.00 | $ 0.00 |
| BALANCES FINALES: (12/31/2018) | $ 16,735.94 | $ 10,750.50 |

*TOTAL AHORROS Y DIVIDENDOS               $ 27,486.44

| PÓLIZA | FECHA | CUOTA MENSUAL | CUBIERTA |
|---|---|---|---|
| 192756 | 08/05/1991 | $ 6.00 | $ 10,000.00 |

| PRÉS | FECHA | NÚM.DEUDA | IMPORTE | AMORTIZACIÓN | BALANCE* | RENUEVA EN: |
|---|---|---|---|---|---|---|
| GE | 08/01/2018 | 2680660 | $ 33,000.00 | $ 472.34 | $ 32,155.58 | 08/2019 |
| EM** | 09/05/2018 | 2690849 | $ 1,000.00 |  | $ 1,022.75 |  |

*TOTAL DE DEUDAS               $ 33,178.33

*BALANCES SUJETOS A REVISION.  **ESTE PRESTAMO ES NO AMORTISABLE Y SUS BALANCES REFLEJAN LOS INTERESES ACUMULADOS. //JKVE//

AL CIERRE DEL AÑO FISCAL 2017-2018, SE DECLARÓ UN DIVIDENDO DE 3.90% EL CUAL FUE ACREDITADO A SU CUENTA INDIVIDUAL EN PROPORCIÓN A SU BALANCE DE AHORROS Y DIVIDENDOS AL 30 DE JUNIO DE 2018. EL DIVIDENDO PROMEDIO ANUAL EN LOS ÚLTIMOS CINCO (5) AÑOS EQUIVALE A UN 4.16%. LE EXHORTAMOS A INCREMENTAR SUS DEPÓSITOS PARA QUE SUS AHORROS SIGAN AUMENTANDO. ¡SOMOS LA FUERZA QUE MUEVE A PUERTO RICO!

Pablo Crespo Claudio
Director Ejecutivo
Asociación de Empleados del ELA

LOPEZ BURGOS MARILYN
JARD DE COUNTRY CLUB
CX4 CALLE 161
CAROLINA PR 00983



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Oficina Regional Educativa de San Juan

OFICINA DE RECURSOS HUMANOS

# CERTIFICACIÓN

10 de enero de 2020

A quien pueda interesar:

El Sr. Eddier J. Muriel López con seguro social XXX-XX-8771, trabajó para el Departamento de Educación como maestro de Inglés en los siguientes períodos:

| Número de Puesto | desde | hasta | |
|---|---|---|---|
| T-13919 | 08-03-2015 | 07-20-2016 | Inglés Secundaria |
| T-07561 | 08-08-2014 | 07-21-2015 | Inglés Secundaria |
| T-31738 | 08-01-2013 | 07-24-2014 | Inglés Elemental |
| T-20793 | 12-05-2012 | 06-17-2013 | Inglés Secundaria |

El Sr. Muriel ocupó un puesto transitorio y devengó un sueldo mensual de $1,397.

Para información adicional puede comunicarse al teléfono 787-777-8100.

Certifico correcto,

Edgardo Rodríguez Rivera
Director de Recursos Humanos Interino

Estado Libre Asociado de Puerto Rico
Departamento de Educación
Región Educativa de San Juan
Oficina de Recursos Humanos Docente
Edificio Departamento de Educación, Piso 5
Ave. Teniente Cesar González, Esq. Calle Calaf
Urb. Industrial Tres Monjitas Hato Rey Puerto Rico 00919

LIBB/ERR/mtr

PO Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 777-8100

SELLO 

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; no por ser víctima de violencia doméstica, agresión sexual o acecho