14 de enero de 2020

Tribunal de Distrito de Estados Unidos
Para el Distrito de Puerto Rico
150 Calle Chardón
San Juan, Puerto Rico 00925

Ana R. Figueroa Rivera
Claim No.: 49106

**EVIDENCIA DE RECLAMACION**

El Gobierno de Puerto Rico se encuentra en un proceso de quiebra y reestructuración, lo cual ha dado paso a los reclamos de todos sus acreedores. Actualmente soy empleada regular del Estado Libre Asociado de Puerto Rico desde marzo de 1989.

Para la fecha de abril de 1986 se aprobaron aumentos a las escalas salariales para el año, incluyendo las cuantías del salario mínimo federal, y las mismas **no** fueron implementadas en las escalas retributivas establecidas por la Ley de Personal del Servicio Público, Ley Núm. 5 del 4 de octubre de 1975, según enmendada y la aplicación de ésta.

Para el 20 de junio de 2006, el Tribunal de Primera Instancia, emitió sentencia ordenando el pago a los demandantes de los diferentes salarios mínimos, aplicando las escalas retributivas que fueron aprobadas para dicho caso (Carmen S. Cruz Hernández vs. E.L.A., Civil Núm. KAC 1991-0665).

Razón por la cual considero que el reclamo aquí presentado es válido y no debe ser rechazado por los deudores.

Adjunto copia de la Evidencia de Reclamación 49106, radicada en Puerto Rico el 6 de junio de 2018 y recibida en Prime Clerk LLC el 7 de junio de 2018. Estimándose una cantidad reclamada de $35,000 aproximadamente.