14 de enero de 2020

Tribunal de Distrito de Estados Unidos
Para el Distrito de Puerto Rico
150 Calle Chardón
San Juan, Puerto Rico 00925

*[firma]*

Ana R. Figueroa Rivera
Claim No.: 44461

**EVIDENCIA DE RECLAMACION**

Actualmente el Gobierno de Puerto Rico se encuentra en un proceso de quiebra y reestructuración, lo cual ha dado paso a los reclamos de todos sus acreedores. Soy empleada regular del Estado Libre Asociado de Puerto Rico, lo que me hace acreedora de las aportaciones que realicé al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, por 22.5 años. Acumulando un balance de $ 52,102.20. Nuestro Sistema de Retiro cesó operaciones desde el año 2013 y es incierta la posibilidad de recibir una pensión futura.

Razón por la cual considero que el reclamo aquí presentado es válido y no debe ser rechazado por los deudores.

Adjunto copia de la Evidencia de Reclamación 44461, radicada en Puerto Rico el 6 de junio de 2018 y recibida en Prime Clerk LLC el 7 de junio de 2018. Además se adjunta Certificación de Balances de Aportaciones a el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y Estado de Cuenta Estimado.