Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

Promesa, título III
Num. 17 BK 3283-LTS
administrada conjuntamente

En el Asunto de:

Junta de Supervisión y administración Financiera para Puerto Rico,

La primera radicación guarda relación con el ELA, la ACT y el SRE.

Como representante de Estado libre asociado de Puerto Rico y otros deudores

Réplica de la Centesima objeción global (No sustantiva) del Estado libre asociado de Puerto Rico, de la autoridad de Carretera y Transportación de Puerto Rico y del sistema de Retiro de los empleados del Gobierno del Estado libre asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestado.

Motivos: Yo me opongo a la objeción global que el gobierno me ha concedido. Porque he sido oficinista por 29 años y siempre he trabajado para la administración Familia y Niños he sido responsable puntual y excelente en mi trabajo

Adjunto: Evidencia de mi Reclamo Documentación estado de cuenta estimado $46,000

María A. Hernández Jiménez

Cond. torres de Andalucía torres-2- Apto. 1805. San Juan P.R. 00926

Cel - 787-944-5162

2020 JAN 14 PM 2:28 RECEIVED & FILED SAN JUAN CLERK'S OFFICE