# Evidencia de Reclamación

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 517136

EPOC ID: 17032830108004

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | 17-bk-04780 | July 2, 2017 |

RECEIVED 2019 JUN 21 A 11:

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Employee Obligations as Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

SANTIAGO HERNANDEZ, CARMEN S

Name of the current creditor (the person or entity to be paid for this claim) / Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

872

Other names the creditor used with the debtor / Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410    Proof of Claim    170328301080042    page 1

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>SI. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $_____<br><br>SI. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __21 junio 2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Carmen S. Santiago Hernández__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __Carmen__ __Socorro__ __Santiago__
      First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo __Maestra__

Company / Compañía __Departamento de Educación__
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección __13__ __Barriada Borinquen__
                     Number / Número   Street / Calle

__Villalba__  __P.R.__  __00766__
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-462-1152__  Email / Correo electrónico _____

## Comprobante de Pensión como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS.

Grupo de Pago: SM-Quincenal
Desde: 09/16/2019
Hasta: 09/30/2019

Business Unit: PUERT
Aviso #: 3592948
Fecha Aviso: 09/27/2019

CARMEN SANTIAGO HERNANDEZ
13 BDA BORINQUEN
VILLALBA PR 00766-1923
SS: XXX-XX-4139

# Empleado: XXXXX4139
Dept: 592110-Por Merito Ley 44
Lugar: PENSIONADOS LEY 44  02700
Título: Pensionado
Sueldo: $1,438.98 Monthly

DATA IMP.: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39+99

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.855262 | 81.25 | 719.49 | 1,462.50 | 12,950.82 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 719.49 | 1,462.50 | 13,050.82 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 55.00 | 960.00 |
| Total: | 55.00 | 960.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 900.00 |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 719.49 | 13,050.82 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 55.00 | 960.00 |
| Paga Neta | 664.49 | 12,090.82 |

### DISTRIBUCION PAGA NETA

Aviso #3592948 — 664.49
Total: 664.49

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 09/27/2019
Aviso No. 3592948

Cant. Deposito: $664.49

TRAY 106 SQ 26805************SCH 5-DIGIT 00751   26805 2 AV 0.383
CARMEN SANTIAGO HERNANDEZ
13 BDA BORINQUEN
VILLALBA PR 00766-1923

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 101828 | $664.49 |
| Total: | | $664.49 |

**NO-NEGOCIABLE**

## Certificación del Sistema de Retiro de Maestros de Puerto Rico

Modelo SC-1515 (JRM)
mayo-71
Area de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

**JUNTA DE RETIRO PARA MAESTROS**

**INFORME RENTA ANUAL VITALICIA**

394

Nombre: Carmen Santiago Hernández  
Núm. Reclamación: 4139  
[REDACTED] 35156  
Sexo: F

Tipo de Renta:
- A — Años de Servicio y Edad  
  Opcional ( )  
  Obligatorio ( )
- B — Edad ( )
- C — Incapacidad  
  Ocupacional ( )  
  No Ocupacional ( )
- D — Diferida ( )

Fecha de Nacimiento: 1946 marzo 18

Fecha de Retiro: 2001 julio 27

Edad al Retirarse: 55 Años 4 Meses 10 Días

Servicios Acreditados: 27 Años 1 Meses 4½ Sem. Días

Costo Actualidad: $ 32,707.79

Fecha de Efectividad: 2001 julio 28

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas  
Documentos Preintervenidos  
Fecha 4/7/01  
Iniciales

Cómputo de la Renta Anual:  
— Sueldo promedio mensual más alto durante tres años consecutivos a $ 1,867.77

.018 % X 27 años, 1 semana y 4½ días    906.29
(Por ciento)      (Tiempo Acreditado)

En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

— Ajuste para llegar al Mínimo Establecido por Ley 44

Años de Servicio   Edad $_____   Incapacidad Física $_____   Diferida $_____   490.78

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia    1,397.07
Renta Anual Vitalicia     16,764.84

Computado por: Julio C. Ortiz    4/sept/01  
Cotejado: Hugo E. Aponte    4/sept/01  
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro  5/9/01   sept-7-01  
Aprobado: Irma A. Giménez López, Secretaria Ejecutiva

HA/ach