BDA. Borinquen
Villalba P.R. 00766 1903
No. de Reclamación 83300

2020 JAN 14 PM 3:43
CLERK'S OFFICE
U.S. DISTRICT COURT



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 13, 20
AMOUNT
$1.15
R2305H127764-01

To Secretaria (Clerk's Office)
Tribunal del Distrito de los Estados Unidos
ROOM 150 Federal Building
San Juan (Puerto Rico) 00918-1776