INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 PM 3:26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

# Radicacion de replica (Objecion)

## PROMESA TITULO III No.17 03283

Numero de reclamacion: _____

Nombre: Juan R. Martinez Garcias

Direccion Postal: Calle D 2302 Buena Vista B° Obrero SJ. PR 00915

Direccion Residencial: La Misma

Num. de contacto:

Tel.: (787) 726-1086    Cel: (787) 202-4714

Correo electronico: richardibere@yahoo.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: La razón es de la Demanda.
1- Retiro
2- Demanda de Clase

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A