**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

JUAN R MARTINEZ GARCIA
CALLE D 2302 BDA. BUE
BARRIO OBRERO
SANTURCE, PR 00915

Seguro Social: XXX-XX-7650

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 30 de septiembre de 1970
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

Género: Masculino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,313.80 | Aportaciones: | 5,427.73 |
| | | Intereses: | 832.49 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 123.30 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 30,096.38 | Total Aportaciones: | 11,146.29 | Total Aportaciones: | 5,427.73 |
| Beneficio: | 523.86 | Beneficio: | 52.10 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## GOBIERNO DE PUERTO RICO
Departamento de la Familia

# CERTIFICACION

De los Registros de la Oficina de Recursos Humanos de Región San Juan se desprende que **Juan R. Martínez Garcia** comenzó a trabajar en el Departamento de la Familia efectivo el **18 de junio de 1991.** Actualmente ocupa un puesto **Regular** de **Contador I** en la **Oficina Regional de San Juan** y devenga un sueldo de **$2,756.00** mensual.

Y para que así conste firmo la presente hoy, **14 de enero de 2020** en San Juan de Puerto Rico.

JOSE PETERSON LAUREANO
OFICIAL ADMINISTRATIVO I
RECURSOS HUMANOS

/crn