INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 PM 3:26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: _____

Nombre: _Gloria Ramirez Diaz_

Direccion Postal: _Calle 11 #770 B° Obrero S.J. PR 00915_

Direccion Residencial: _La Misma_

_____

Num. de contacto:
Tel.: _(787) 322-8157_   Cel. _(787) 461.3563_

Correo electronico: _grs48301@gmail.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: _La razón es de la Demanda_
_1- Retiro_
_2- Demanda de Clase._
_____
_____
_____
_____

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

## GOBIERNO DE PUERTO RICO

Departamento de la Familia

**C E R T I F I C A C I O N**

De los Registros de la Oficina de Recursos Humanos de Región San Juan se desprende que **Gloria Ramírez Díaz** comenzó a trabajar en el Departamento de la Familia efectivo el **1 de julio de 1999.** Actualmente ocupa un puesto **Regular** de **Auxiliar de Sistema de Oficina II** en la **Oficina Regional de San Juan** y devenga un sueldo de **$2,535.**00 mensual.

Y para que así conste firmo la presente hoy, **14 de enero de 2020** en San Juan de Puerto Rico.

**JOSE PETERSON LAUREANO
OFICIAL ADMINISTRATIVO I
RECURSOS HUMANOS**

/crn

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

GLORIA RAMIREZ DIAZ
BARRIO OBRERO
CALLE11 NUM.770
SAN JUAN, PR 00915

Seguro Social: XXX-XX-9996

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 14 de mayo de 1967
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 13.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 9,253.00 | Aportaciones: | 4,871.49 |
| | | Intereses: | 746.55 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **25,148.60** | **Total Aportaciones:** | **9,999.55** | **Total Aportaciones:** | **4,871.49** |
| **Beneficio:** | **387.81** | **Beneficio:** | **49.27** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

