**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de: | PROMESA,<br>Título III |
| **JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,** | Núm. 17 BK 3283-LTS |
| como representante de: | (Administrada conjuntamente) |
| **ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros deudores.** | La presente radicación guarda relación con el ELA, la ACT y el SRE |

**REPLICA A LA NONAGESIMA OCTAVA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS**

**AL HONORABLE TRIBUNAL:**

El motivo para oponerme a la objeción global arriba mencionada es para proveer evidencia que valide mi reclamación. Dicha reclamación es la #68147 y fue presentada electrónicamente el 29 de junio de 2018 ante este foro por concepto de mis aportaciones al Sistema de Retiro de los Empleados del Gobierno del ELA.

El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado me adeuda el total de aportaciones de $26,191.89. Ingresé al servicio público el 16 de agosto de 2005 hasta mi renuncia que fue efectiva al 15 de julio de 2018. Anejo evidencia del Estado de Cuenta de mis aportaciones de Retiro, esperando así que la deficiencia notificada pueda ser corregida y se reconozca la validez de mi reclamo.

Respetuosamente,

Viviana Díaz-Mulero
420 Calle Paraguay
Urb. El Prado
San Juan, PR 00917
787-316-3390
vdiaz_30@yahoo.com

