

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

VIVIANA DIAZ MULERO
243 CALLE PARIS
PMB 1191
SAN JUAN, PR 00917-3632

Seguro Social: XXX-XX-2765

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 16 de agosto de 2005
Fecha de Comienzo de Cotización: 16 de agosto de 2005

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 7.1 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 0 |
| | | Aportaciones: | 9,433.10 | Aportaciones: | 0.00 |
| | | Intereses: | 3,428.71 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 12,904.22 | | |
| Tiempo: | 0.00 | Intereses: | 425.86 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 26,191.89 | **Total Aportaciones:** | 0.00 |
| **Beneficio:** | 0.00 | **Beneficio:** | 107.00 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov