INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 PM 4:09

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------
------------------x
In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,
as representative of
THE COMMONWEALTH OF PUERTO
RICO, et al.
Debtors.1

PROMESA
Title III
Case No. 17 BK 3283-LTS
(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS.**

**RESPONSE TO THE NINETY-EIGHTH OMNIBUS OBJECTION (NON-SUSBTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENTE SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

## A LA HONORABLE CORTE DE DISTRITO DE LOS ESTADOS UNIDOS DEL DISTRITO DE PUERTO RICO

Comparece la Sra. María E. Cruz López, a través de su representación legal que suscribe, y muy respetuosamente expone, alega y solicita:

1. La parte demandada (los aquí Deudores) han solicitado se desestime la reclamación judicial de la demandante, en el caso CASO NÚM.: 2017– 0042 la cual se encuentra bajo apelación SOBRE: Incapacidad Ocupacional y/o Incapacidad No Ocupacional, ante la Administración de los Sistemas de Retiro.

2. En síntesis, indican que el reclamo de nuestra representada es deficiente porque, alegadamente, *"no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III".*

3. En primer lugar la reclamación de la aquí representada, Doña María E. Cruz López, se sometió a la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Legislatura, (en adelante Retiro), conforme a lo que éstos exigen, a saber:
   a. Información personal de la participante
   b. Agencia gubernamental para la cual trabajó y el puesto que tenía en la misma.

c. Información sobre accidentes y/o condiciones en las que fundamenta su solicitud, así como procedimientos quirúrgicos a los que se ha sometido posterior a los accidentes. Diagnósticos y condiciones reconocidos por el FSE y o Comisión Industrial. Como el caso todavía está bajo apelación, se han reclamado ciertas condiciones que están pendientes de relacionar o compensar.

d. Información sobre la solicitud ante la Administración de los Sistemas de Retiro, incluyendo el número de años cotizados al Sistema de Retiro: 22.25 años (desde su ingreso el 15 de agosto de 1988).

e. Fecha de radicación de solicitud ante el Coordinador de Asuntos de Retiro: El 11 de octubre de 2011 presentó solicitud de Beneficios de Pensión por Incapacidad, junto al tipo de pensión que solicita: pensión de incapacidad ocupacional y/o no ocupacional.

f. Fecha de denegatoria de la Administración de los Sistemas de Retiro: 10 de octubre de 2013

g. Fecha de presentación de escrito de reconsideración: 23 de octubre de 2013.

h. Fecha de presentación de apelación ante la Junta de Síndicos: 9 de septiembre de 2014.

i. Controversia que se plantea en el caso: Si la apelante tiene derecho -por estar totalmente incapacitada- a una pensión de incapacidad ocupacional y/o no ocupacional.

j. Evidencia médica: Durante todo el proceso se ha presentado copias certificadas de expedientes médicos de la apelante.

k. Planteamientos de Derecho: Ley 447 de 15 de mayo de 1951, según enmendada, también conocida como *"Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico"*

l. testigos y solicitud de remedio: María Esther Cruz López, apelante

m. Solicitud de remedio: pensión de incapacidad ocupacional y/o no ocupacional

4. Retiro todavía tiene bajo su consideración una apelación por la denegatoria de los beneficios que ha resuelto ya en dos ocasiones. Por lo que, en la actualidad, el juicio en su fondo está pendiente.
   a. Fecha de denegatoria de la Administración de los Sistemas de Retiro: 10 de octubre de 2013.
   b. Fecha de presentación de escrito de reconsideración: 23 de octubre de 2013.
   c. Fecha de presentación de apelación ante la Junta de Síndicos: 9 de septiembre de 2014.

5. No entendemos la razón de la objeción por parte de los Deudores al expresar que no se les ha provisto de los fundamentos para la reclamación, toda vez que

2

      la petición está bien fundamentada, a pesar que la Junta de los Sistemas de Retiro expresa que, conforme a la evaluación de su división médica, no se sostiene el reclamo de incapacidad, el cual, todavía está pendiente a ser resuelta la apelación a dicha decisión.

6. No obstante, presentamos copia de Resoluciones de la Junta, Apelación y Contestación a la misma, así como documentos actuales del estatus procesal del caso y algunos documentos donde los médicos que han atendido a la Sra. Cruz López certifican el tratamiento dado y la condición que tiene desde entonces.

**POR TODO LO CUAL** solicitamos que la objeción número noventa y ocho (98) que ha sido presentada, sedesestime en su totalidad y sea, en primer lugar, la Junta de los Sistemas de Retiro que decida el resultado del caso y luego este Honorable Tribunal Federal para el Distrito de Puerto Rico tome cartas en el asunto, de ser necesario.

Certifico haber enviado copia fiel y exacta de este documento con sus anejos a los siguientes, por correo postal certificado a los siguientes: (1) Abogado de la Junta de Supervisión (CounselfortheOversightBoard) Proskauer Rose LLP Eleven Times Square, Nueva Yor,, Nueva York 10036-8299  A/A: Martin J. Bienenstock Brian S. Rosen,
(2) Abogado del Comité de Acreedores (Counsel for the Creditors' Comitte)  Paul Hasting LLP  200 Park Avenue Nueva York, Nueva York 10166 A/A: Luc A. Despins James Bliss James Worthington G. Alexander Bongartz

**RESPETUOSAMENTE SOMETIDO.**

En Luquillo, Puerto Rico a 14 de enero de 2020.

*[firma]*
Lcdo. Raisaac G. Colón Ríos
R.U.A. 19,530
boricualaw77@gmail.com
(787) 691-3636
PO Box 700, Puerto Real, P.R. 00740-0700

3