UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 JAN 14 PM 3: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS.

## MOCION EN OPOSICION A OBJECION GLOBAL

Comparece el acreedor por derecho propio y ante este Honorable Tribunal **EXPONE, ALEGA Y SOLICITA:**



1. Soy mayor de edad, soltero y vecino de Isabela, Puerto Rico con dirección física y postal: **Comunidad Los Ponce, 180 Calle Playeras, Isabela, Puerto Rico 00662.**

2. Ante este tribunal hay **una reclamación bajo el número 4981** a nombre de mi padre, Juan B. Muñiz Suárez, la misma la realice por ser el único heredero de éste.

3. Soy hijo y único heredero de Juan B. Muñiz Suárez - fallecido el 9 de febrero del 2011. Acompaño copia de la Resolución de Declaratoria de Herederos, Caso Número: A2CI201100650, Tribunal de Primera Instancia, Sala de San Sebastián, Puerto Rico.

4. Al momento del fallecimiento de mi padre era miembro activo de la Policía de Puerto Rico.

5. Por concepto de su trabajo con la Policía él tenía al momento de su fallecimiento pendiente de pago: horas extras, ajuste salarial por ascenso, vacaciones por enfermedad y regulares, entre otros.

6. La suma de dinero adeudada está bajo control y conocimiento del Gobierno de Puerto Rico - Policía de Puerto Rico, por lo que son ellos los que tienen el control en sus expedientes del dinero adeudado a mi padre.

7. De hecho, visité el Cuartel General de la Policía de Puerto Rico el 3 de enero del 2020 para obtener la información del dinero adeudado y ellos me indicaron que la información estaba en el tribunal bajo caso de epígrafe.

8. Solicito que no se desestime mi reclamación del dinero adeudado por el Gobierno de Puerto Rico - Policía de Puerto Rico, como heredero de mi padre y difunto señor Juan B. Muñiz Suárez.

**CERTIFICO** haber enviado copia fiel y exacta de esta moción a través de Priority Mail a: **Abogado de la Junta de Supervisión**, Proskauer Rose LLP, Eleven Time Square, Nueva York, Nueva York 10036-8299, A/A: Martin J. Bienenstock, Brian S. Rosen y a **Abogado del Comité de Acreedores**, Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166, A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

**POR TODO LO CUAL** se solicita de este Honorable Tribunal declare CON LUGAR la presente moción con cualquier otro pronunciamiento que en derecho proceda.

En Isabela, Puerto Rico a 13 de enero del 2020.

*Juan B. Muñiz Acevedo*
JUAN B. MUÑIZ ACEVEDO
Comunidad Los Ponce
180 Calle Playeras
Isabela, Puerto Rico 00662
Teléfono: (787) 210-7012