ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN SEBASTIAN

| | |
|---|---|
| JANNETTE ACEVEDO DIAZ, en representación de su hijo menor de edad: JUAN BAUTISTA MUÑIZ ACEVEDO<br>HC 03 BOX 9050<br>MOCA PR 00676<br><br>PETICIONARIA<br><br>EX-PARTE<br><br>AB-INTESTATO DE:<br><br>JUAN BAUTISTA MUÑIZ SUAREZ, t.c.c. JUAN BAUTISTA MUÑIZ | CIVIL NUM. A2CI201100650<br><br>SOBRE:<br><br>DECLARATORIA DE HEREDEROS |

## RESOLUCION

La parte peticionaria radicó bajo juramento Petición sobre Declaratoria de Herederos de **JUAN BAUTISTA MUÑIZ SUAREZ, t.c.c. JUAN BAUTISTA MUÑIZ,** quien falleció el 9 de febrero de 2011 en Isabela, Puerto Rico, siendo divorciado, a tenor con el procedimiento establecido en el Artículo 552, según enmendado, del Código de Enjuiciamiento Civil (32 LPRA, Sección 2301).

Según surge de la prueba presentada el causante falleció intestado conforme la Certificación Negativa del Registro de Testamentos del Tribunal Supremo de Puerto Rico.

De conformidad con la prueba documental presentada, el Tribunal declara **HA LUGAR** la misma y en su consecuencia decreta únicos y universales herederos de **JUAN BAUTISTA MUÑIZ SUAREZ, t.c.c. JUAN BAUTISTA MUÑIZ,** a su hijo:

**JUAN BAUTISTA MUÑIZ ACEVEDO**, nacido el 22 de diciembre de 1994 en Aguadilla, Puerto Rico, menor de edad, soltero y vecino de HC 03 Box 9050, Moca, Puerto Rico 00676 y "sin perjuicio de terceros que sean herederos forzosos".

**REGISTRESE Y NOTIFIQUESE.**

Expídase copia certificada libre de derechos por la Sección 14 de la Ley Núm. 133, del 28 de junio de 1966, según ha sido enmendada.

Dada en San Sebastián, Puerto Rico, a 19 de septiembre de 2011.

JUEZ SUPERIOR
ANGEL J. NUÑEZ VELEZ
JUEZ SUPERIOR

\* Circunstancias personales son alegaciones bajo juramento.