# PRIORITY
# MAIL ★
# EXPRESS™

**TEST SERVICE IN THE U.S.**



**ED INTERNATIONALLY,**
**OMS DECLARATION**
**MAY BE REQUIRED.**



**7 2013   OD: 12.5 x 9.5**



001000006

**VISIT US AT USPS.COM**

---

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM: (PLEASE PRINT)**    PHONE ( 977 ) 210-7012

Comunidad Los Ponces
180 Calle Playeras
Isabela P.R. 00662

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.*

**TO: (PLEASE PRINT)**    PHONE ( )

Tribunal de Distrito de los Estados
Unidos   Room 150 Federal
Building   San Juan, P.R. 00919-17
67

**ZIP + 4® (U.S. ADDRESSES ONLY)**

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

---

EK736285768US

**BEL HERE**

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 00662 | 11/14/2020 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 1/13/2020 | ☐ 10:30 AM  ☐ 3:00 PM<br>☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 12:06  ☐ AM ☐ PM | $ | $ | $ |

| Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| lbs.   ozs. | | $ | $ 25.50 |

| Acceptance Employee Initials |
|---|
| NFC |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    3-ADDRESSEE COPY

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.