

RECEIVED & FILED
2020 JAN 14 PM 3: 31

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**In Re:**

| | |
|---|---|
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | * **PROMESA TITLE III** <br> * <br> * **NO. 17 BK 3283.LTS** <br> * |
| **As representative of** | * **(Jointly dministered)** <br> * |
| **THE COMMONWEALTH OF PUERTO RICO, ET AL..,** | * <br> * **This filing relates to** <br> * **Commonwealth, HTA** |
| **DEBTORS** | * **ERS** |

**COMPARECE:**

Darcy Marquez Cortes
Urb. Constancia
3032 Calle Soller
Ponce, P.R. 00717
Te.: 787-601-4586
Numero de Caso: **17 BK 03566-LTS**
Numero de reclamación: **77147**

## REPLICA A OBJECION GLOBAL

Durante treinta y dos (32) años laboré para el Gobierno del Estado Libre Asociado como empleada primero de la Administración al Trabajo y luego como empleada del Departamento del Trabajo. Laboré desde el 1ro de mayo de 1978 hasta mi jubilación en mayo 30 de 2010.

Durante esos treinta y dos (32) años aporte de cada cheque al Sistema de Retiro de los Empleados del Estado Libre Asociado bajo la promesa de este, de que al momento de llegar a la edad de retiro, tendría una pensión justa de manera que pudiera tener una vejez segura y digna. Mi pensión no es un regalo, es fruto de mi trabajo y aportaciones hechas al mismo.

Mi reclamación esta fundada en la negativa del Sistema de Retiro de cumplir

con su obligación de pagarnos el bono de navidad y de verano según procedía. El bono de navidad fue reducido en $400.00 dólares y el de verano en $100.00. Además, han incumplido con las leyes que obligaban al Retiro a aumentar mi pensión un 3% anual, por lo que estos dos hechos afectan mi capacidad de cumplir con mis obligaciones económicas y atenta con llevarme a un estado de indefección donde no pueda ni siquiera satisfacer mis necesidades básicas de alimentación, vestimenta, medicinas entre otras cosas. Mi reclamación, esta fundada en el incumplimiento de mi contrato de empleo por parte de Gobierno de Puerto Rico y el Sistema de Retiro del Estado Libre Asociado de Puerto Rico, ya que están afectando mi compensación ganada durante treinta y dos (32) años de servicios. También, objeto la intervención de la Junta de Regulación fiscal, ya que es un tercero, que esta interviniendo en mi relación contractual, intervención que está prohibida según las leyes del Estado Libre Asociado de Puerto Rico.

Además, reclamo el aumento de sueldo que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda como resultado de una Ley aprobada en 1976 por el entonces Gobernador de Puerto Rico Carlos Romero Barcelo, legislación conocida como "el Romerazo", la cual imponía la obligación del gobierno de concedernos aumentos de sueldos periodicamente, aumentos que nunca se reflejaron en mi salario, los cuales reclame y al presente se me adeudan.

POR TODO LO ANTES EXPRESADO, es que presento esta Réplica, solicitando que se me concedan los beneficios aquí reclamados, así como cualquier otro al que tenga derecho.

RESPETUOSAMENTE SOMETIDA, en San Juan, Puerto Rico a 10 de enero de 2020.

CERTIFICO: Haber remitido copia fiel y exacta de la presente Réplica mediante correo next day, a los Licenciados Martin J. Bienenstock y Luc A Despins a sus direcciones de record.

DARCY MARQUEZ CORTES
URB. CONSTANCIA
3032 CALLE SOLLER
PONCE, P.R. 00717
TEL.: 787-601-4586