

**PRIORITY MAIL**

$7.65
Origin: 00715
01/13/20
4260300715-03

0 Lb 2.30 Oz
1005

EXPECTED DELIVERY DAY:

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER

9505 5105 4732 0013 5516 07

FROM: Darcy Mary Cortés
#3032 Calle Soller
Urb. Constancia
Ponce, P.R. 00717

TO: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
150 Chardon Ave
Suite 150 Federal Building
San Juan, P.R. 00918-1767





Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


PS00001000060


UNITED STATES POSTAL SERVICE®