Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023



US POSTAGE
01/13/2020
From 10019
0 lbs 6 ozs
Zone 7

Pitney Bowes
ComPlsPrice
NO SURCHARGE

026W0004897257

2076604879



**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 01/16/2020

0004



C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

USPS TRACKING #



9405 5098 9864 2834 6205 36

RECEIVED & FILED
2020 JAN 15 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.