## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*

ALBERTO LEÓN COLÓN

PO BOX 608

BO VACAS

VILLALBA, PR 00766

(787) 374-1815

mima5669@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 90316

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como miembro de la Policía de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los miembros de la Policía de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2003), yo era miembro de la Policía de Puerto Rico. De acuerdo con mis cálculos, el período comprende 23 años a $1,200.00 por año, lo que representa $27,600.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año fiscal 1980-1981

$1,200.00 del año fiscal 1981-1982

$1,200.00 del año fiscal 1982-1983

$1,200.00 del año fiscal 1983-1984

$1,200.00 del año fiscal 1984-1985

$1,200.00 del año fiscal 1985-1986

$1,200.00 del año fiscal 1986-1987

$1,200.00 del año fiscal 1987-1988

$1,200.00 del año fiscal 1988-1989

$1,200.00 del año fiscal 1989-1990

$1,200.00 del año fiscal 1990-1991

$1,200.00 del año fiscal 1991-1992

$1,200.00 del año fiscal 1992-1993

$1,200.00 del año fiscal 1993-1994

$1,200.00 del año fiscal 1994-1995

$1,200.00 del año fiscal 1995-1996

$1,200.00 del año fiscal 1996-1997

$1,200.00 del año fiscal 1997-1998

$1,200.00 del año fiscal 1998-1999

$1,200.00 del año fiscal 1999-2000

$1,200.00 del año fiscal 2000-2001

$1,200.00 del año fiscal 2001-2002

$1,200.00 del año fiscal 2002-2003

Cantidad adeudada estimada: $27,600.00

Alberto León Colón

# Evidencia de Reclamación

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2019 JUN 25 A 3:36

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación           04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   Alberto León Colom

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410        Proof of Claim        page 1

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:
### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 25 junio 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Alberto León Colón
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: Policia de Puerto Rico

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número   Street / Calle

_____
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

## Comprobante de Pensión del Sistema de Retiros de Empleados del Gobierno de Puerto Rico como evidencia de que trabajé como miembro de la Policía de Puerto Rico

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Grupo de Pago: SM -Quincenal
Desde: 02/16/2016
Hasta: 02/29/2016

Business Unit: PUERT
Aviso #: 1541415
Fecha Aviso: 02/29/2016

ALBERTO LEON COLON
PO BOX 608
VILLALBA PR 00766-0608
SS: XXX-XX-6877

# Empleado: XXXXX6877
Dept: 530100-Merito-Edad-Svc-Opcional-001
Lugar: Ley 447 de 15 de mayo de 1951
Titulo: Pensionado
Sueldo: $1,377.05 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 0
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 688.53 | 315.00 | 2,754.12 |
| Total: | | | 688.53 | 315.00 | 2,754.12 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 124.07 | 496.28 |
| SM-First Medical Health Plan | 45.50 | 182.00 |
| RC-Pres Pers Ret Cen-E Clasif | 105.92 | 423.68 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 7.00 |
| Ahorros-AEELA | 20.66 | 82.64 |
| Total: | 297.90 | 1,191.60 * Tributable |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 200.00 |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 688.53 | 0.00 | 297.90 | 390.63 |
| Acumulado: | 2,754.12 | 0.00 | 1,191.60 | 1,562.52 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #1541415 | 390.63 |
|---|---|
| Total: | 390.63 |

MENSAJE:

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

Estado Libre Asociado de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
02/29/2016

Aviso No.
1541415

Cant. Deposito: $390.63

TRAY 108 SQ 26635**********SCH 5-DIGIT 00751  26635 2 AV 0.391
ALBERTO LEON COLON
PO BOX 608
VILLALBA PR 00766-0608

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 103086 | $390.63 |
| Total: | | $390.63 |

**NO-NEGOCIABLE**

## Carta evidencia de renuncia del Cuerpo de la Policía de Puerto Rico

Estado Libre Asociado de Puerto Rico
**Policía de Puerto Rico**



CUARTEL GENERAL
TEL 787-793-1234

NRH-2-2-1-311

13 de junio de 2003

Sgto. Alberto León Colón
Placa Número 8-2083
División Transportación, Guayama
P/C Superintendente Auxiliar
en Operaciones de Campo

Estimado Sargento León Colón:

Tengo ante mi consideración su comunicación del 24 de febrero de 2003, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.

Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 30 de septiembre de 2003.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle, por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Víctor M. Rivera González
Superintendente

POLICIA DE PUERTO RICO
RETIRADO
ALBERTO LEON COLON
SARGENTO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P.O. BOX 70166 SAN JUAN PR 00936-8166