to León Colón
Box 608
acas
ba P.R. 00766
e Reclamación: 90316



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 14 PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.