12 de enero de 2020

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

Por la presente se hace llegar la evidencia solicitada para el caso PROMESA Título Num 17 BK 3283 LTS, referente a la deuda de dinero que el Estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, tiene con esta servidora. Mi número de reclamación es el número 30855, número 16361 y número 19863.

Esta evidencia no había podido ser suministrada ya que al momento de someter la documentación para la reclamación, no la tenía en mi poder. Es por esto que envío esta evidencia junto a esta carta explicativa solicitando respetuosamente que considere y valore la misma.

He sido empleada pública regular para el Gobierno de Puerto Rico, desde agosto 1996. Durante todos estos años aporté a mi plan de Retiro de los empleados de Gobierno regresivamente. Es por esto que entiende la entidad contributo (esamida) contribuida ahorrado desde el año 2017, año donde cambió la ley de retiro para los empleados públicos en mi país Puerto Rico.

El número de la reclamación es de $64,000.00 aproximadamente.

Cordialmente,

Magda I. Pacheco Rivera
Magda I. Pacheco Rivera
claims 30855, 16361 y 19853
P O Box 3
Yauco PR 00698
telf cel. 787-454-2490

Anejo Certificación de Balances de aportaciones Estado de Cuenta Estimado

P.D. En Retiro no hay registrado un dinero que era sueldo de mi cheque por pago por riesgo.