Magda I. Pacheco Rivera
PO Box 3
Yauco PR 00698

00918
R2305K135223-09

U.S. POSTAGE PAID
FCM LETTER
YAUCO, PR
00698
JAN 14, 20
AMOUNT
$7.00

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

7016 2710 0001 0854 9344

CERTIFIED MAIL