12 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Nombre: Gladys E. Santiago Rivera
Seguro Social: Confidencial -7115

Dirección: Urb. Colinas del Este
E 27 Calle 4
Humacao, PR 00791

Teléfono móvil: 787 553-4409

Dirección de correo electrónico: alejandro6996@outlook.com

Fecha de envío: 13 de enero de 2020

Número de caso: 17 BK 3283-LTS

Nombre del deudor: Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

Núm. de reclamación: 27337

Asunto: Radicación de Réplica Centésima Objeción Global
Anejo A Defectuosas

Monto de la reclamación: Pensión de $500.00 mensuales la cual es mi reclamación contra dicho sistema y a la cual no renuncio y reclamo que no se modifique a una suma menor en ningún momento por ser un derecho adquirido independientemente a la deuda que se le reclama al sistema de retiro de Puerto Rico. La evidencia está disponible y será presentada en su momento de ser requerida por el Tribunal, ya que contiene información confidencial como seguro social y otros. Esa evidencia es el talonario que recibo como pago a dicha pensión.

Título de la Objeción Global:
One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided.

Promesa
Title III

Asunto de: Estado Libre Asociado de Puerto Rico, número de procedimiento
17 BK 3283-LTS

Página 2

Presento esta réplica de acuerdo a las instrucciones recibidas, no sin antes indicar que en vista de la situación que está ocurriendo en Puerto Rico a partir de enero 7 de 2020 todos los puertorriqueños nos quedamos sin el servicio de luz y es ahora cuando puedo contestar, solicitando encarecidamente que mi réplica sea recibida por ustedes en este momento.

Fui empleada de gobierno para la Agencia Administración del Derecho al Trabajo y juramenté a mi cargo bajo la Ley 447. Por situación familiar me vi precisada a renunciar a mi trabajo sin tener los 30 años de servicio ni la edad de 55 años. No me arrepiento de haber dado ese paso, ya que tenía que cuidar de mi esposo al ser diagnosticado paciente renal con amputación.

Mis datos son los siguientes: # de empleado es mi número de seguro social que termina en 7115, Dept: 530100-Mérito-Edad-Svc-Opcional-001, Lugar: Ley 447 del 15 de mayo de 1951, Título: Pensionado, sueldo $500.00 mensual.

Muy respetuosamente y por lo anterior expuesto no renuncio a mi pensión, ya que el Tribunal NO debe declarar ha lugar la Objeción Global en relación a mi reclamo y no acepto esta objeción y menos la razón de no someter los datos solicitados, los cuales están disponibles y es la evidencia que poseo que indica lo que recibo como pago a mi pensión la cual es la pensión garantizada por el trabajo realizado como empleada pública la cual no debe ser dejada de pagar por el sistema de retiro de Puerto Rico, ya que es un derecho adquirido y tal acción me llevaría a vivir en extrema pobreza.

Finalmente, los términos por los cuales firmé bajo el Sistema de Retiro, Ley 447, son derechos a los cuales no renuncio y exijo el fiel cumplimiento del pago de mi pensión, sin ser modificada a una de menor cantidad.

*Gladys E. Santiago Rivera*
Gladys E. Santiago Rivera