Gladys E. Santiago Rivera
Urb. Colinas del Este
E-27 Calle 4
Humacao, PR 00791

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767


