# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| **Afternoom session:** |
|---|
| Set: 3:30 PM (AST) |
| Started: 3:35 PM (AST) |
| Ended: 5:30 PM (AST) |

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. MAGISTRATE JUDGE JUDITH G. DEIN**  DATE: January 15, 2020

COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Lee Marzilli

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>Debtors. | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>as representative of<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br><br>Debtors. | 3:17-BK-3566 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>And<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>*as co-trustees of*<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT 1M, et al.,<br><br>Defendants. | 3:19-AP-356 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>And<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS: (OTHER THAN COFINA),<br><br>*As co-trustees of*<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff, | 3:19-AP-357 (LTS) |

| | |
|---|---|
| v.<br><br>STOEVER GLASS & CO., et al.,<br><br>Defendants. | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>And<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS: (OTHER THAN COFINA),<br><br>*as co-trustees of*<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS 1H - 78H, et al.,<br><br>Defendants. | 3:19-AP-359 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>And<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS: (OTHER THAN COFINA),<br><br>*as co-trustees of* | 3:19-AP-361 (LTS) |

| | |
|---|---|
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, <br><br>Plaintiff, <br><br>v. <br><br>DEFENDANT 1G-50G, et al., <br><br>Defendant | |

**Motion Hearing Held.**

**I. Motion of Certain ERS Bondholders to Compel the Employees Retirement System of The Government of The Commonwealth of Puerto Rico to Provide Complete Answers to Interrogatories (Dkt. No. 755 in 17-BK-3566; Dkt. No. 9697 in 17-BK-3283; Dkt. No. 64 in 19-AP-356; Dkt. No. 66 in 19-AP-357; Dkt. No. 40 in 19-AP-359; and Dkt. No. 51 in 19-AP-361)**

1. Arguments heard.
2. ERS must supplement interrogatories 1 and 2, no supplementation required as to interrogatories 8 and 11.
3. Court to issue order.

**II. Urgent Motion of Committees and Government Parties to Compel Production of Documents from ERS Bondholders (Dkt. No 756 in 17-BK-3566; Dkt. No. 9698 in 17-BK-3283)**

1. Arguments heard.
2. Limitations as to scope of document production defined.
3. Court to issue order.

**III. Urgent Motion for a Protective Order Quashing the Deposition Subpoena Served on Retiree Committee's Counsel (Dkt. No 766 in 17-BK-3566; Dkt. No. 9719 in 17-BK-3283)**

1. Parties advised the court of a pending resolution.
2. Motion continued with a Joint Status Report to be filed in one week and will be taken on the papers if no resolution is reached.
3. Court to issue order.

s/Carmen Tacoronte<br>
Carmen Tacoronte<br>
Courtroom Deputy<br>
s/Stephanie Caruso<br>
Stephanie Caruso<br>
Courtroom Deputy