# PROMESA TITULO III **No.17 03283**

## Numero de reclamación: 30795, 41218

Nombre: Carmen S. Robles Nieves

Dirección Postal: Cond. Lucerna Edif. A-4 Apto. 3M, Carolina, PR 00983

Dirección Residencial: Cond. Lucerna Edif. A-4 Apto. 3M Carolina, PR 00983

Núm. de contacto: 787 940-6808

Cel. 939 539-2362

Correo electrónico: carmenroblesnieves@hotmail.com

Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Información del caso)**

Razón para la Objeción:

Documentacion justificativa: Ver anejos

**1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

**2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

**3. Certificacion de empleo (Departamento de la Familia)**

**4. Copia listado de Objecion Global- Anexo A**

**(Donde se incluye informacion sobre la reclamacion)**

**5. Otros: _____**

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 JAN 14 AM 10: 29

RECEIVED & FILED
INTAKE DROP BOX



DEPARTAMENTO DE LA
**FAMILIA**
**GOBIERNO DE PUERTO RICO**

# CERTIFICACION

De los Registros de la Oficina de Recursos Humanos de Región San Juan, se desprende que **Carmen S. Robles Nieves,** comenzó a trabajar en el Departamento de la Familia, efectivo el **16 de febrero de 1983.**

Actualmente ocupa un puesto regular de **Auxiliar de Sistema de Oficina III,** en la Oficina Regional de San Juan y devenga un sueldo de **$2,644.00** mensual.

Y para que así conste, firmo la presente hoy, **13 de enero de 2020,** en San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACIÓN**

/crn

 **RETIRO**   Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

## CARMEN S ROBLES NIEVES (334775)

| | |
|---|---|
| Agencia: | **DEPARTAMENTO DE LA FAMILIA** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-JUL-1989** |
| Años en Servicio: | **28** |
| Sueldo Bruto: | **$2,044.00** |
| Sueldo Neto: | **$1,261.55** |
| Balance Aportaciones*: | **$43,830.33** |
| Aportaciones Ley 106 **: | **$5,145.00** |

### Mas Servicios

Aquí podrás solicitar y visualizar
tus certificaciones, como:

Certificados de Deuda de
préstamos

Certificados de Préstamo
Hipotecario

Certificado de deuda para
Ética Gubernamental

Certificado de Balance de
Cancelación de préstamo

Solicitudes en Línea

### Ayuda para Servicios en Línea

Llene el siguiente formulario o
llame a nuestro centro de
contacto al (787) 777-1500

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad
aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances
aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están
sujetos a revisión. Esta información no es una certificación oficial de la Administración de
los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de
aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina
procesada enviada por su patrono. Dicho balance por concepto de aportación individual
aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de
la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al
787-777-1500 o al correo cesresanjuan@retiro.pr.gov

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940





**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

CARMEN ROBLES NIEVES                                    **Seguro Social: XXX-XX-8607**
COND LUCERNA
EDIF A4  APT 3M
CAROLINA, PR 00983

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento: 27 de marzo de 1962**                    **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 01 de julio de 1989**
**Fecha de Comienzo de Cotización: 01 de julio de 1989**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 24.00 | | Tiempo Trabajado: | 4 |
| Aportaciones: | | $26,317.22 | Aportaciones: | $9,479.32 |
| Intereses: | | $7,283.08 | Intereses: | $750.71 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $33,600.30 | Total Aportaciones: | $10,230.03 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 · www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: CARMEN ROBLES NIEVES**

Seguro Social: XXX-XX-8607

COND LUCERNA

EDIF A4  APT 3M

CAROLINA, PR 00983

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE LA FAMILIA |
| Años de Servicio: | 28 |
| Balance de Aportaciones: | $43,830.33 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446348131

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



# Radicacion de réplica (Objecion)

# PROMESA TITULO III   No.17   03283

# Numero de reclamacion: 36421

Nombre:  __GLADYVEL RIVERA MARRERO

Direccion Postal:CONDOMINIO LA ARBOLEDA APT. 2706 GUAYNABO,P.R. 00966

Direccion Residencial: LA MISMA

Num. de contacto:

Tel Cel.787-216-5336

Correo electronico: gladyvel57@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: HASTA ESTE MOMENTO NO SE HABIA RECIBO NINGUNA DOCUMENTACION.  *El Documento No especifica Informacion Solicitada*

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

(Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 JAN 14  AM 10: 29

RECEIVED & FILED
INTAKE DROP BOX

**Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)**
**Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

### ONE HUNDRED TWENTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA MARRERO, GLADYVEL | 36421 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA MARRERO, GLADYVEL | 36421 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| | NOMBRE | PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | RECLAMACIÓN | RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 491 | RIVERA LUGO, HERIBERTO<br>CALLE MATIENZO CINTRON #4<br>YAUCO, PR 00698 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77055 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | RECLAMACIÓN | RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 492 | RIVERA LUNA, NANCY<br>PARCELAS GANDARAS I BOARENAS<br>APARTADO 740<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 91929 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | RECLAMACIÓN | RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 493 | RIVERA MALDONADO, ANGEL L.<br>URB. LA LULA C-12 M27<br>PONCE, PR 00730 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64424 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | RECLAMACIÓN | RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 494 | RIVERA MALDONADO, IRMA I<br>URB. PASEOS REALES<br>#265 CALLE SEGOBIA<br>SAN ANTONIO, PR 00690 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69814 | $ 50,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | RECLAMACIÓN | RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 495 | RIVERA MARRERO, GLADYVEL<br>COND. LA ARBOLEDA<br>APT. 2706<br>GUAYNABO, PR 00966 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36421 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En la causa:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS<br><br>Deudores. | PROMESA<br>Título III<br><br><br>Caso n.º 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**AVISO DE PLAZOS PARA LA PRESENTACIÓN
DE EVIDENCIAS DE RECLAMACIONES**

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inician casos en virtud del Título III de PROMESA (cada uno de ellos, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno de ellos, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser acreedor de uno de los Deudores y es posible que deba presentar una evidencia de reclamación ("Evidencia de reclamación").**

La lista de los nombres de los Deudores, sus números de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.º de id. tributaria federal | Caso n.º. | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno de Commonwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

***SBDN Puerto Rico 1845 SRF 22380 SVC: SCHD PACK ID: 253267 MML ID: 449837

F1R4-0253297
RIVERA MARRERO, GLADYVEL
COND. LA ARBOLEDA
APT. 2706
GUAYNABO, PR 00966

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contigente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time

Please send completed Proof(s) of Claim to:

| | |
|---|---|
| **If by first class mail:**<br>Commonwealth of Puerto Rico<br>Claims Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | **If by overnight courier or hand delivery/Para enviar por mensajería o entrega al siguiente dia:**<br><br>Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.<br><br>Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados. |

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170328301037439

287

W YORK
100
JUL '18
131
h of Puerto Rico



U.S. POSTAGE >> PITNEY BOWES

ZIP 11232 $ 000.35⁰
02 4W
0000349804 JUL. 09. 2018

uptcy Court for the District of Puerto Rico (San Juan)

**ECEIVED YOUR
M.**

l8
36421

nation, please visit
**lerk.com/puertorico**, or
231.

RIVERA MARRERO, GLADYVEL
COND. LA ARBOLEDA
APT. 2706
GUAYNABO, PR 00969-3427



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

09 de enero de 2020

### Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

GLADYVEL RIVERA MARRERO **Seguro Social: XXX-XX-4800**
COND LA ARBOLEDA
APT 2706
GUAYNABO, PR 00966

A base de la información en nuestros registros, al 09 de enero de 2020 usted posee:

**Fecha de Nacimiento: 25 de febrero de 1965** **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 1996**

**Fecha de Comienzo de Cotización: 01 de julio de 1996**

| Ley Anterior al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 17.00 | |
| Aportaciones: | | $25,140.40 |
| Intereses: | | $5,478.65 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $30,696.42 |
| SNC Pagado: | | $77.37 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| Ley 3 al 30 de junio de 2017 | | |
|---|---|---|
| Tiempo Trabajado: | 4 | |
| Aportaciones: | | $10,284.40 |
| Intereses: | | $823.41 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $11,107.81 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: GLADYVEL RIVERA MARRERO**                                          Seguro Social: XXX-XX-4800

COND LA ARBOLEDA

APT 2706

GUAYNABO, PR 00966

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $41,726.86 |

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946252495

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · ✎ www.retiro.pr.gov



# *mi* RETIRO

Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

## GLADYVEL RIVERA MARRERO (261093)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-JUL-1996** |
| Años en Servicio: | **21** |
| Sueldo Bruto: | **$2,165.00** |
| Sueldo Neto: | **$1,187.62** |
| Balance Aportaciones*: | **$41,804.23** |
| Aportaciones Ley 106 **: | **$5,450.00** |

## Mas Servicios

Aquí podras solicitar y visualizar
tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

Solicitudes en Línea

## Ayuda para Servicios en Línea

Llene el siguiente formulario o
llame a nuestro centro de
contacto al (787) 777 1500

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

¡pr.gov¡

1/9/2020

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: GLADYVEL RIVERA MARRERO**                    Seguro Social: XXX-XX-4800

COND LA ARBOLEDA

APT 2706

GUAYNABO, PR 00966

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

Corporación:              ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

Años de Servicio:         21

Balance de Aportaciones:  $41,726.86

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946252495

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · ↘ www.retiro.pr.gov



DEPARTAMENTO DE LA

# FAMILIA

**GOBIERNO DE PUERTO RICO**

## C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San

Juan, se desprende que **Gladyvel Rivera Marrero,** comenzó a trabajar

en el Departamento de la Familia, efectivo el **1 de julio de 1996.**

Actualmente ocupa un puesto regular de **Auxiliar de Sistemas de**

**Oficina II,** en la Oficina Local de **Guaynabo I** y devenga un sueldo de

**$2,165.00.**00 mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en

San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACIÓN**

/crn

# Radicacion de replica (Objecion) Page 18 of 105

## PROMESA TITULO III   No.17   03283

## Numero de reclamacion: 28069


Nombre: IVELISSE VELEZ MELON

Direccion Posta COND VISTA VERDE APT 606 AVE SAN IGNACIO SAN JUAN 00921

Direccion Residencial: COND VISTA VERDE APT 606 AVE SAN IGNACIO SAN JUAN 00921


Num. de contacto:

Tel.:787-631-2182          Cel. 787 631-2182

Correo electronico:ivevelezm12@gmail.com


Epigrafe: Ver anejo 1 (Informacion del caso)


Razon para la Objecion:

A partir de la fecha del documento no recibi informacion adicional para poder responder.

Documentacion justificativa: Ver anejos

   1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

   2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

   3. Certificacion de empleo  (Departamento de la Familia)

   4. Copia listado de Objecion Global- Anexo A

          (Donde se incluye informacion sobre la reclamacion)

   5. Otros: _____



SRF 38154

**Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)**
**Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)**

---
**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**
---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDRED AND EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VELEZ MELON, IVELISSE | 28069 | 5/18/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VELEZ MELON, IVELISSE | 28069 | 5/18/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

 *mi* **RETIRO** Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

## IVELISSE VELEZ MELON (215121)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-JUL-2004** |
| Años en Servicio: | **20.12** |
| Sueldo Bruto: | **$1,853.00** |
| Sueldo Neto: | **$954.31** |
| Balance Aportaciones*: | **$40,723.13** |
| Aportaciones Ley 106 **: | **$4,664.00** |

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

09 de enero de 2020

### Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

IVELISSE VELEZ MELON                                    **Seguro Social: XXX-XX-4531**
COND VISTA VERDE
APTO 606
SAN JUAN, PR 00921

A base de la información en nuestros registros, al 09 de enero de 2020 usted posee:

**Fecha de Nacimiento: 05 de septiembre de 1974**          **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 2004**

**Fecha de Comienzo de Cotización: 01 de julio de 2004**

| Ley Anterior al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 8.06 | |
| Aportaciones: | | $13,569.02 |
| Intereses: | | $609.06 |
| Gastos Teneduría: | | ($52.87) |
| Total Aportaciones: | | $14,178.08 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| Ley 3 al 30 de junio de 2017 | | |
|---|---|---|
| Tiempo Trabajado: | 12.06 | |
| Aportaciones: | | $22,984.61 |
| Intereses: | | $3,560.44 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $26,545.05 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • 🖰 www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: IVELISSE VELEZ MELON**                                        Seguro Social: XXX-XX-4531

COND VISTA VERDE

APTO 606

SAN JUAN, PR 00921

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

Corporación:               ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

Años de Servicio:          12.06

Balance de Aportaciones:   $26,597.92

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946247075

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



## Centésima octava objeción global
### Anexo A: Defectuosas

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 5 VELEZ MEDINA, ROSA L. MANSIONES DEL CARIBE CALLE TOPACIO #356 HUMACAO, PR 00792 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70121 | $ 75,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 5 VELEZ MELON, IVELISSE COND VISTA VERDE APT 606 AVE. SAN IGNACIO SAN JUAN, PR 00921 | 5/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28069 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| VELEZ MENDEZ, LISSET PO BOX 8800 PONCE, PR 00732-8800 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico | 74605 | $ 35,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| VELEZ MENDEZ, LISSETTE PO BOX 8800 PONCE, PR 00732-8800 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico | 74799 | $ 35,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| VELEZ MIRANDA, CARLOS URB CONSTANCIA 3006 CALLE SOLER PONCE, PR 00717-2213 | 4/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7652 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

COMISION APELATIVA DEL SERVICIO PÚBLICO
P.O. BOX 41149
San Juan, PR. 00940-1149

**ASUNTO: SOLICITUD RECONSIDERACION** CASO <u>MADELINE ACEVEDO CAMACHO Y OTROS (2818)</u> V Departamento de la Familia F y OTROS, Caso Núm. 2016-05-1340

1. Por la presente solicito la Reconsideración de la Resolución dictada en mi caso al poseer una reclamación valida y por derecho que me asiste a tener una adjudicación en los méritos.

2. a) ___X___ mi **puesto** está cubierto bajo la Ley 45 y soy empleado (a) **unionado (a).** No obstante, entiendo que por la naturaleza de mi reclamación y el conocimiento y vasta experiencia que poseen los miembros de la Comisión, y estar el área de retribución relacionada con el principio del mérito, son los miembros de la Comisión a quien le corresponde resolver la controversia de derecho presentada en mi Apelación y los únicos que pueden conceder el remedio apropiado.

   b) _____ mi **puesto es gerencial de carrera**

3. trabajo en:

   _____ Departamento de la Familia - SECRETARIADO

   ___X___ ADSEF

   _____ ADFAN

   _____ ACUDEN

   _____ ASUME

   _____ ARV – Administración Rehabilitación Vocacional

   _____ AIJ -- Administración Instituciones Juveniles

4. _____ **estoy retirado (a) actualmente** - inactivo

5. Dirección; tel ; email

   POSTAL _Cond. Vista Verde Apt 606 Ave San Ignacio San Juan 00921_

   FISICA _Cond. Vista Verde Apt 606 Ave San Ignacio San Juan_

   Tel: _939  881  3560_

   Email _Ivevelez2012@gmail.com_

6. ___Ivelisse Vélez Melón___
   **NOMBRE LETRA MOLDE Y FIRMA**

   ___19 Diciembre 2016___
   **FECHA**

7. CERTIFICO REMITI COPIA DE LA PRESENTE SOLICITUD RECONSIDERACION A: Lcda. Limary Rodríguez González; P.O. BOX 9020192, San Juan, PR 00902-0192

C A S P 19 DEC 16 PM 2:29



DEPARTAMENTO DE LA FAMILIA
GOBIERNO DE PUERTO RICO

# C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San

Juan, se desprende que **Ivelisse Vélez Melón,** comenzó a trabajar en el

Departamento de la Familia, efectivo el **1 de julio de 2004.** Actualmente

ocupa un puesto regular de **Técnico de Asistencia Social y Familiar II,**

en la Oficina Local de **Guaynabo I** y devenga un sueldo de **$1,853.**00

mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en

San Juan de Puerto Rico.

ORÉALIS MENDOZA
DIRECTORA ASOCIADA
ADMINISTRACIÓN

/crn

# Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

## Numero de reclamacion: 85291

Nombre:  Sheila Cartagena Cartagena

Direccion Postal:Apartado 44 Camino Avelino Lopez San Juan , PR 00926

Direccion Residencial: Barrio Santa Olaya Carr 830 Km 5 H 1 Bayamon PR 00956

Num. de contacto:

Tel. 787-799-1481        Cel. 787-240-0980

Correo electronico: Sheila.cartagena01@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

A partir de la fecha del documento no recibi Ninguna notificacion para proveer informacion solicitada.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de Educación)

4. Copia listado de Objecion Global- Anexo A

(Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

★★ SAN JUAN ★★
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 JAN 14  AM 10:28

RECEIVED & FILED
INTAKE DROP BOX

Hearing Date: **January 29, 2020, at 9:30AM (Atlantic Standard 1**
Response Deadline: **January 14, 2020 at 4:00PM (Atlantic Standard 1**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERE**
**TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE**
**COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND**
**TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM**
**THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO**
**DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANI**
**EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case nu and the last four (4) digits of each Debtor's federal tax identification number, as applicabl the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK : LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corpor ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8 (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 1 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK : LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Autl ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3 and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonw COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy numbers due to software limitations).

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# C E R T I F I C A C I Ó N

Certifico que, **Sheila Cartagena Cartagena,** seguro social **XXX-XX-1530,** es empleada **Regular** que ocupa el puesto de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de San Juan. Comenzó a prestar servicios el **22 de febrero de 2004** y devenga un sueldo de **$1,395.00** mensuales.

Dada en San Juan, Puerto Rico, el 9 de enero de 2020, según solicitada por el / la empleado(a).

Alfredo Rodríguez Leandry
Especialista en Recursos Humanos

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

08 de enero de 2020

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

SHEILA CARTAGENA CARTAGENA                    **Seguro Social: XXX-XX-1530**
RR 6 BOX 9960
SAN JUAN, PR 00926

A base de la información en nuestros registros, al 08 de enero de 2020 usted posee:

**Fecha de Nacimiento: 28 de agosto de 1976**                 **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 17 de febrero de 2004**
**Fecha de Comienzo de Cotización: 17 de febrero de 2004**

| Ley Anterior al 30 de junio de 2013 | | | Ley 3 al 30 de junio de 2017 | | |
|---|---|---|---|---|---|
| Años Acreditados: | 9.01 | | Tiempo Trabajado: | 13.01 | |
| Aportaciones: | | $10,029.25 | Aportaciones: | | $17,133.33 |
| Intereses: | | $508.48 | Intereses: | | $2,646.66 |
| Gastos Teneduría: | | ($58.40) | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $10,537.73 | Total Aportaciones: | | $19,779.99 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: SHEILA CARTAGENA CARTAGENA**

RR 6 BOX 9960

SAN JUAN, PR 00926

Seguro Social: XXX-XX-1530

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO EDUCACION (NO DOCENTE) |
| Años de Servicio: | 13.01 |
| Balance de Aportaciones: | $19,838.39 |

Esta certificación fue emitida el 8 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010846235240

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
☏ 787.754.4545 · www.retiro.pr.gov

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Cartagena Cartagena, Sheila | 85291 | 6/29/2018 | Commonwealth of Puerto Rico | $16,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|--------------------------------|
| Cartagena Cartagena, Sheila | 85291 | 6/29/2018 | Commonwealth of Puerto Rico | $16,800.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 567 MMLID: 1765462 SVC: 97th Omni
Cartagena Cartagena, Sheila
Apartado 44 Camino
Avelino Lopez
San Juan, PR 00926-9948

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 493 | CARRUCINI REYES, ABNERIS<br>PO BOX 167<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the<br>Government of the Commonwealth<br>of Puerto Rico | 95979 | |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 494 | CARTAGENA ALVARADO, JOSE A<br>PO BOX 1068<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75411 | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 495 | CARTAGENA BURGOS, NORMA I.<br>HC-01 BOX 14695<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97336 | |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 496 | CARTAGENA CARTAGENA, SHEILA<br>APARTADO 44 CAMINO<br>AVELINO LOPEZ<br>SAN JUAN, PR 00926-9948 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85291 | |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 497 | CARTAGENA COLON, VIRGENMINA<br>PO BOX 1709<br>OROCOVIS, PR 00720 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77780 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 498 | CARTAGENA COLON, VIRGENMINA<br>P.O. BOX 1709<br>OROCOVIS, PR 00720 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77811 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

# PROMESA TITULO III **No.17 03283**

Numero de reclamacion: _B2119_

Nombre: **David Martínez Pérez**

Direccion Postal: **Van Scoy c/10 a G-26 Bayamón, PR. 00957**

Direccion Residencial: **Van Scoy c/10 a G-26 Bayamón, PR. 00957**

Num. de contacto:

Cel. **(787) 422-7157**

Correo electronico: **vida1507@yahoo.com**

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:

**AL MOMENTO NO HABIA RECIBIDO COMUNICACION ALGUNA AL RESPECTO.**

Documentacion justificativa: Ver anejos

1. **Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

2. **Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

3. **Certificacion de empleo  (Departamento de la Familia)**

4. **Copia listado de Objecion Global- Anexo A**

**(Donde se incluye informacion sobre la reclamacion)**

5. **Otros:**



Hearing Date: **January 29, 2020, at 9:30AM (Atlantic Standard Time)**
Response Deadline: **January 14, 2020 at 4:00PM (Atlantic Standard Time)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDRED AND FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Retiro

Page 1 of 2

 *mi* **RETIRO**    Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### DAVID MARTINEZ PEREZ (461601)

| | |
|---|---|
| Agencia. | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **02-ABR-2008** |
| Años en Servicio: | **14.04** |
| Sueldo Bruto: | **$1,341.00** |
| Sueldo Neto: | **$870.76** |
| Balance Aportaciones*: | **$20,192.40** |
| Aportaciones Ley 106 **: | **$3,375.00** |

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

Certificados de Deuda de préstamos

Certificados de Préstamo Hipotecario

Certificado de deuda para Ética Gubernamental'

Certificado de Balance de Cancelación de préstamo

Solicitudes en Línea

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov



 GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: DAVID MARTINEZ PEREZ**

VAN SCOY

C/10  A G-26

BAYAMON, PR 00957

Seguro Social: XXX-XX-0673

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 9.02 |
| Balance de Aportaciones: | $14,090.62 |

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946253069

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • 🖥 www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

18 de diciembre de 2019

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

DAVID MARTINEZ PEREZ                                    **Seguro Social: XXX-XX-0673**
VAN SCOY
C/10   A G-26
BAYAMON, PR 00957

A base de la información en nuestros registros, al 18 de diciembre de 2019 usted posee:

**Fecha de Nacimiento: 26 de octubre de 1978**                    **Género: Masculino**
**Fecha de Ingreso al Servicio Público: 02 de abril de 2008**
**Fecha de Comienzo de Cotización: 02 de abril de 2008**

| *Ley Anterior al 30 de junio de 2013* | | |
|---|---|---|
| Años Acreditados: | 5.02 | |
| Aportaciones: | | $6,063.10 |
| Intereses: | | $72.89 |
| Gastos Teneduría: | | ($34.21) |
| Total Aportaciones: | | $6,135.99 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|
| Tiempo Trabajado: | 9.02 | |
| Aportaciones: | | $12,328.98 |
| Intereses: | | $1,727.43 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $14,056.41 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



## Centésima primera objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 916 | MARTINEZ ORTIZ, NOELIA<br>RJ 31 C/ANTONIO PEREZ<br>URB. LA ROSALDA II<br>TOA BAJA, PR 00949 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 102108 | $ 16,803.37* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 917 | MARTINEZ ORTIZ, ROSAEL<br>APARTADO 71308<br>SAN JUAN, PR 00936 | 6/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 90178 | $ 75,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 918 | MARTINEZ PEREZ, DAVID<br>VAN SCOY<br>CALLE 10 A G-26<br>BAYAMON, PR 00957 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82119 | $ 14,090.62 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 919 | MARTINEZ PINEIRO, MIGDALIA<br>PO BOX 7500 PMB217<br>CAYEY, PR 00737 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 76124 | |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 920 | MARTINEZ PIZARRO, OSVAL E.<br>URB. VILLA FONTANA VIA 21 SL2<br>CARDINA, PR 00983 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25901 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 921 | MARTINEZ PUIG, JUAN C<br>58 CALLE COLOMER SANCHEZ<br>UTUADO, PR 00641 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43011 | $ 3,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Radicación de réplica (Objeción)

# PROMESA TITULO III   No.17   03283

# Numero de reclamación: 101536

Nombre:   Marilú González Diaz

Dirección Postal:   P O Box 51324  Toa Baja P.R. 00950

Dirección Residencial: carr. 830 km 5.1  Bo. Santa Olaya,  Sect. Los Vergara Bayamón

Núm. de contacto: Tel. 787 236-7012          Cel.  787 236-7012

Correo electrónico:   lulupapa69@gmail.com

Epígrafe: Ver anejo 1 (Información del caso)

Razón para la Objeción: A partir de la fecha de recibo del formulario No recibí ningún tipo de información o instrucciones adicionales al caso.

Documentación justificativa: Ver anejos

1. Estado de cuenta estimado ( Adm. de los Sistemas de Retiro)

2. Certificación de aportaciones ( Adm. de los Sistemas de Retiro)

3. Certificación de empleo  (Departamento de la Familia)

4. Copia listado de Objeción Global- Anexo A

(Donde se incluye información sobre la reclamación)

5. Otros: _____

SAN JUAN PR
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 JAN 14  AM 10: 30

RECEIVED & FILED
INTAKE DROP BOX

Hearing Date: **January 29, 2020, at 9:30AM (Atlantic Standard Time**
Response Deadline: **January 14, 2020 at 4:00PM (Atlantic Standard Time**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDREDTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474 (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747 and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| GONZALEZ DIAZ, MARILU | 101536 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $46,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| GONZALEZ DIAZ, MARILU | 101536 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $46,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38154 PackID: 1055 MMLID: 1056307 SVC: 100th Omni
GONZALEZ DIAZ, MARILU
PO BOX 51324
TOA BAJA, PR 00950



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

09 de enero de 2020

### Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

MARILU GONZALEZ DIAZ                    **Seguro Social: XXX-XX-9989**
PO BOX 51324
TOA ALTA, PR 00950

A base de la información en nuestros registros, al 09 de enero de 2020 usted posee:

**Fecha de Nacimiento: 14 de marzo de 1967**             **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 31 de julio de 1996**

**Fecha de Comienzo de Cotización: 31 de julio de 1996**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 17.00 | | Tiempo Trabajado: 4 | |
| Aportaciones: | | $29,422.66 | Aportaciones: | $11,648.20 |
| Intereses: | | $6,310.84 | Intereses: | $940.57 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $35,733.50 | Total Aportaciones: | $12,588.77 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545   ✉ www.retiro.pr.gov



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARILU GONZALEZ DIAZ**                                    Seguro Social: XXX-XX-9989

PO BOX 51324

TOA ALTA, PR 00950

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $48,322.27 |

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946244265

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940    PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545    www.retiro.pr.gov



*mi* **RETIRO**

Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### MARILU GONZALEZ DIAZ (130207)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **31-JUL-1996** |
| Años en Servicio: | **21** |
| Sueldo Bruto: | **$2,434.00** |
| Sueldo Neto: | **$1,512.74** |
| Balance Aportaciones*: | **$48,322.27** |
| Aportaciones Ley 106 **: | **$6,127.00** |

### Mas Servicios

Aqui podrás solicitar y visualizar tus certificaciones, como:

> Certificados de Deuda de préstamos
>
> Certificados de Préstamo Hipotecario
>
> Certificado de deuda para Ética Gubernamental
>
> Certificado de Balance de Cancelación de préstamo.

Solicitudes en Línea

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

**ıpr.gov**

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundredth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | GONZALEZ DIAZ , ADA<br>D-10 ESPANA ST., OASIS GARDEN<br>GUAYNABO, PR 00969 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95627 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | GONZALEZ DIAZ, EDWIN<br>2197 BLVD LUIS A FERRE<br>APT 303<br>PONCE, PR 00717-0618 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42956 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | GONZALEZ DIAZ, LUIS A<br>HC 05 BOX 106090<br>MOCA, PR 00676 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69579 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | GONZALEZ DIAZ, LUIS A.<br>CARR 444 KM 5.1<br>BO. CUCHILLAS<br>MOCA, PR 00676 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 76873 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | GONZALEZ DIAZ, MARILU<br>PO BOX 51324<br>TOA BAJA, PR 00950 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101536 | $ 46,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 66 | GONZALEZ DIAZ, SONIA I<br>URB VILLA UNIVERSITARIA<br>R3 CALLE 22<br>HUMACAO, PR 00791 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74012 | Undetermined* |

MARILU GONZALEZ DIAZ
CARR. 830 KM 5.1
SANTA OLAYA
BAYAMON, PR 00956

$1,114.00 Mensual   2434.00

| | | Corriente | Acumulado |
|---|---|---|---|
| | Horas | Ingreso | Ingreso |
| | 121.00 | 1,717.50 | 23,557.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | |
|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GFE Plan Apor. Definido | 101.45 | 2,172.45 | SI-Seg Incap. Obligatorio | 3.04 | 61.84 |
| | | | AE-Asoc Emp ELA-Prem Regular | 88.92 | 1,867.32 |
| | | | SM-First Medical Health Plan | 15.00 | 327.00 |
| | | | CO-COOP PUERTORRIQUENA | 30.00 | 630.00 |
| | | | RC-Prnt Pers Ret Cen-E Clasif | 55.61 | 1,167.81 |
| | | | Ahorros-AEELA | 36.51 | 766.71 |

| IMPUESTOS | | |
|---|---|---|
| Descripcion | Corriente | Acumulado |
| Fed FICA Med Hospital Ins / EE | 17.65 | 370.58 |
| Fed OASDI/Disability - EE | 77.45 | 1,584.83 |
| FR Withholding | 33.06 | 735.00 |
| Total: | 128.16 | 2,690.11 |

| BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|
| Descripcion | Corriente | Acumulado |
| FSED Disability Plan | 40.77 | 856.17 |
| SM-First Medical Health Plan | 0.00 | 1,800.00 |

| Total | 103.45 | 2,172.45 |
|---|---|---|

| TOTAL BRUTO | |
|---|---|
| Corriente | 121.00 |
| Acumulado | 23,557.00 |

| BRUTO TRIBUT. FED | |
|---|---|
| 0.00 | |
| 0.00 | |

| TOTAL IMPUESTOS | |
|---|---|
| Corriente | 128.16 |
| Acumulado | 2,690.11 |

| DEDUCCIONES TOTALES | PAGA NETA |
|---|---|
| 132.53 | 756.37 |
| 6,905.13 | 15,871.76 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #4443092 | 756.37 |
| Total: | 756.37 |

Los balances de Licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
11/15/2019

Aviso No.
4443092

Cant. Deposito:   $756.37

A la
Cuenta(s) De

**MARILU GONZALEZ DIAZ**
CARR. 830 KM 5.1
SANTA OLAYA
BAYAMON, PR 00956
Localizacion: San Juan 1

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXXX | 756.37 |
| Total | | 756.37 |

**NO-NEGOCIABLE**

DEPARTAMENTO DE LA

# FAMILIA

**GOBIERNO DE PUERTO RICO**

## C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San

Juan, se desprende que **Marilú González Díaz,** comenzó a trabajar en el

Departamento de la Familia, efectivo el **31 de julio de 1996.**

Actualmente ocupa un puesto regular de **Supervisor de Asistencia**

**Social y Familiar I,** en la Oficina Local de **Guaynabo I** y devenga un

sueldo de **$2,434.**00 mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en

San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACIÓN**

/crn

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa

# PROMESA TITULO III **No.17** **03283**

# Numero de reclamación:



INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 PM 3:27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Nombre: Gisela Oferrall Irizarry

Dirección Postal: Urb. Caparra Heights 1464 Calle Elba, San Juan, PR 00920

Dirección Residencial: Urb. Caparra Heights 1464 Calle Elba, San Juan, PR 00920

Núm. de contacto: 787 289-7600 Ext. 2355 Cel. 787 364-3465

Correo electronico: giselaoferrall@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Información del caso)**

Razón para la Objeción:

Reclamación mis derechos

Retiro

Demanda

Documentacion justificativa: Ver anejos

**1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

**2. Certificación de aportaciones (Adm. de los Sistemas de Retiro)**

**3. Certificacion de empleo (Departamento de la Familia)**

**4. Copia listado de Objeción Global- Anexo A**

      **(Donde se incluye informacion sobre la reclamacion)**

**5. Otros: _____**

ASR-PR-100
Rev. Jul.17

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE NEGATIVA DE DEUDA DE PRÉSTAMOS PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre del Cliente:                                    Seguro Social:

GISELA OFERRALL IRIZARY                          XXX-XX-0665

CAPARRA HEGHTS
1464 CALLE ELBA
SAN JUAN, PR, 00925

**Nuestros sistemas de información no refleja deuda en este momento.**

Esta certificación fue realizada el 13 de enero de 2020 en San Juan, Puerto Rico.

_____
ADA TORRES
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



## GOBIERNO DE PUERTO RICO

Departamento de la Familia

### C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San Juan se desprende que **Gisela Oferrall Irizarry** comenzó a trabajar en el Departamento de la Familia efectivo el **16 de febrero de 1984**. Actualmente ocupa un puesto **Regular** de **Directora Centro de Servicios Integrados** y devenga un sueldo de **$4,273.00  mensual.**

Y para que así conste firmo la presente hoy, **14 de enero de 2020** en San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACION**

/crn

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

## Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

GISELA OFERRALL IRIZARY                                          Seguro Social: XXX-XX-0665
CAPARRA HEGHTS
1464 CALLE ELBA
SAN JUAN, PR 00925

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 16 de septiembre de 1956                    Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de julio de 1989
Fecha de Comienzo de Cotización: 01 de julio de 1989

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 17,333.52 | Aportaciones: | 9,246.65 |
| | | Intereses: | 1,389.89 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **62,189.34** | **Total Aportaciones:** | **18,723.41** | **Total Aportaciones:** | **9,246.65** |
| **Beneficio:** | **1,318.40** | **Beneficio:** | **116.21** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz Ortiz, Luz C. | 57541 | 6/28/18 | Commonwealth of Puerto Rico | $60,000.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ortiz Ortiz, Luz C. | 57541 | 6/28/18 | Commonwealth of Puerto Rico | $60,000.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Número de Evidencia de Reclamación:* 57541
*Reclamante:* Ortiz Ortiz, Luz E.

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $60,000.00  Sesenta mil dólares °/100   # Reclamación 57541
    Commonwealth of Puerto Rico

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

    ☐    No. *Pase a la Pregunta 4.*

    ☒    Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

    Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:

    agosto        - agosto 2018

3(c). Últimos cuatro dígitos de su número de seguro social:   2735

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

    ☒    Jubilación

    ☒    Salarios impagos

    ☒    Días por enfermedad

    ☐    Queja con el sindicato

    ☒    Vacaciones

    ☒    Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

    Retiro me pagó un 33% y debía ser 75%

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

    ☐    No.

    ☒    Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

    Departamento de Educación

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

    United States District Court of Puerto Rico

4(c). Número de caso:   17 BK 3283-LTS

4(d). Título, epígrafe, o nombre del caso:

    Ley Promesa III VS Estado Libre Asociado de Puerto Rico

Número de Asunto de Reclamación: 5954
Reclamante: Ortiz Ortiz,

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

*Pendiente en resolución*

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

*No*

3

Luz C. Ortiz Ortiz
Urb. Villa Humacao
Calle 14 A5
Humacao, PR 00791

RECEIVED & FILED
2020 JAN 14  PM 3: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, PR 00918

00918-170399

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Pagan-Velazquez, Elizabeth | 98919 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Pagan-Velazquez, Elizabeth | 98919 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Elizabeth Pagan Blazquez
P.O. Box 2721
Guayama, P.R. 00785

RECEIVED & FILED
2020 JAN 14 PM 3: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaría
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

FOREVER USA
Barn Swallow

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------

In re:                                                    PROMESA

THE FINANCIAL OVERSIGHT AND                               Title III

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of                                      **No. 17 BK 3283-LTS**

THE COMMONWEALTH OF PUERTO RICO, et                       (Jointly Administered)

al.,                                                      This filing relates to the

      Debtors                                       Commonwealth, HTA, and

-----------------------------------------------------------  ERS.

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE

COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND

TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF

THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO

DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,

EMPLOYMENT OR SERVICES PROVIDED.

**Name:  ESTHER M CARRERO RIVERA**

**Address: PO BOX 683, RINCON, PR 00677**

**Tel: (787) 644-0777**

**Email: estherm.carrero@gmail.com**

**# Reclamación: 81334**

**# Caso: 17 BK 03283-LTS**

**Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de retiro AELA.**

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

## Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

ESTHER M CARRERO RIVERA
PO BOX 683

Seguro Social: XXX-XX-9108

RINCON, PR 00677-0683

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Fecha de Nacimiento: 13 de agosto de 1970
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.17 |
| | | Aportaciones: | 12,243.40 | Aportaciones: | 5,570.26 |
| | | Intereses: | 988.78 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 50.77 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **39,289.70** | **Total Aportaciones:** | **13,232.18** | **Total Aportaciones:** | **5,570.26** |
| **Beneficio:** | **626.79** | **Beneficio:** | **61.93** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Nonagésima séptima objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 466 | CARRERO MERCADO, CARLOS M<br>EST CERRO GORDO<br>32 PLAZA TIFANY<br>VEGA ALTA, PR00692-9118 | 3/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 2503 | Indeterminado\* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 467 | CARRERO OJEDA, FRANCISCO A<br>URB LLOS FLAMBOYANES<br>NO 52<br>AGUADA, PR 00602 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31001 | $ 55,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 468 | CARRERO RIVERA, ESTHER M<br>PO BOX 683<br>RINCON, PR 00677-0683 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 81334 | Indeterminado\* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 469 | CARRERO ROMAN, FRANCES L.<br>PO BOX 458<br>AGUADA, PR 00607 | 6/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 76807 | Indeterminado\* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 470 | CARRERO VALENTIN, JOSE E<br>85 CALLE MANUEL M. SAWAS<br>MAYAGUEZ, PR 00682 | 6/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46111 | Indeterminado\* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 471 | CARRERO VALENTIN, JOSE ENRIQUE<br>85 CALLE MANUEL M. SAUEAS<br>MAYAGUEZ, PR 00682 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45973 | Indeterminado\* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| CARRERO RIVERA, ESTHER M | 81334 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| CARRERO RIVERA, ESTHER M | 81334 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Esther - Carreto
PO Box 683
Rincon PR 00677

**CERTIFIED MAIL**™

7013 2250 0002 1292 2039

1000

00918

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 13, 20
AMOUNT

**$6.85**

R2304E105991-10

RECEIVED & FILE
2020 JAN 14 PM 3: 35
CLERK'S OFFICE
U S DISTRICT COURT

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan PR 00918- 1767

00918899999

1) RESPONDING CLAIMANT: MEDINA NUNEZ, JULIA A.    CEL 787 484 5658 HOME 787 873 2724

F 126 URB SANTA MARIA

SABANA GRANDE PR 00637

2) EMAIL:  MABO0696@GMAIL.COM

3) CLAIM # 78114

4) CLRK'S OFFICE

UNITED STATES DISTRICT COURT

3150 CHARDON AVENUE

FEDERAL BUILDING

SAN JUAN PR  00918

5) DEUDOR:  EMPLOYERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH

OF PUERTO RICO

6) REF: ONE HUNDRETH AND SECOND OMNIBUS OBJECTION

7) CITES: FAILS TO PROVIDE ANY BASIS FOR SUPPORTING CLAIM AGAINST SRE

8) REASON FOR OPPOSING:  LA EVIDENCIA MUESTRA LA DEUDA QUE TIENE EL SRE CON ESTA RECLAMANTE. EL SRE UTILIZÓ SIN AUTORIZACIÓN MIS APORTACIONES COMO COLATERAL PARA VENTA DE BONOS NO AVALADOS POR LA LEY

9) ANEXO:  EVIDENCIA DE MONTO DE APORTACIÓN AL SISTEMA DE RETIRO PARA ANUALIDAD

VITALICIA: DECLARACIÓN INFORMATIVA SOBRE PLANES DE RETIRO DEPARTAMENTO DE

HACIENDA DE PUERTO RICO (TAX RETURN 2018);$55,981

1

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Medina Nunez, Julia A. | 78114 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $55,000.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Medina Nunez, Julia A. | 78114 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $55,000.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have any questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000929

Case:17-03283-LTS Doc:... Entered:01/16/20 10:30:31 Desc:
... Page 69 of 105

Formulario 480.7C
Form.
Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
AÑO CONTRIBUTIVO - TAXABLE YEAR: 2018

F0419479552

☐ Enmendado - Amended: (___/___/___)

**Número de Confirmación de Radicación Electrónica**
**Electronic Filing Confirmation Number**

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification No. 66-0433481 | Núm. de Seguro Social - Social Security No. | Núm. de Identificación Patronal - Employer Identification No. 66-0433481 |
| Nombre - Name RETIRO CENTRAL PENSIONADOS | Nombre - Name JULIA MEDINA NUNEZ | Nombre del Plan - Name of Plan RETIRO CENTRAL PENSIONADOS |
| Dirección - Address AVENIDA PONCE DE LEON 437 | Dirección - Address URB SANTA MARIA 126 | Nombre de quien auspicia el plan - Plan sponsor's name RETIRO CENTRAL PENSIONADOS |
| HATO REY, PR     009400000 | SABANA GRANDE, PR     006372090 | Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día/Day 1  Mes/Month 2  Año/Year 2017 |
| Código Postal - Zip Code | Código Postal - Zip Code | |

Marque en encasillado correspondiente: - Check the corresponding box:

| Forma de Distribución - Form of Distribution: | Tipo de Plan o Anualidad: - Plan or Annuity Type: |
|---|---|
| ☐ Total Lump Sum   ☐ Parcial Partial   ☒ Pagos Periódicos Periodic Payments | ☒ Gubernamental Governmental   ☐ Privado Calificado Qualified Private   ☐ No Calificado Non Qualified   ☐ Anualidad Fija Fixed Annuity   ☐ Anualidad Variable Variable Annuity |

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia Rollover Contribution | 0.00 | 16. Cantidad Distribuida Amount Distributed | 12,654.96 |
| 2. Distribución Vía Transferencia Rollover Distribution | 0.00 | 17. Cantidad Tributable Taxable Amount | 12,654.96 |
| 3. Costo de la Pensión o Anualidad Cost of Pension or Annuity | 55,981.36 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 4. Fondo de Retiro Gubernamental Governmental Retirement Fund | .00 | 19. Aportaciones Voluntarias After-Tax Contributions | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 20. Ingresos Exentos Exempt Income | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) Tax Withheld from Lump Sum Distributions (20%) | 0.00 | 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | |
| 7. Contribución Retenida sobre una Distribución Total (10%) Tax Withheld from Lump Sum Distributions (10%) | 0.00 | | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 | A. Exentas Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades Tax Withheld from Annuities | 0.00 | B. Tributables Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | C. Cantidad sobre la cual se Pagó por Adelantado Amount over which a Prepayment was Made | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 | D. Aportaciones Voluntarias After-Tax Contributions | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 | E. Total (Sume líneas 21A a la 21D) Total (Add lines 21A through 21D) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 | 22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones Tax Withheld from Other Distributions | 0.00 | 23. Código de Distribución Distribution Code | A ☐ |
| | | Razones para el Cambio Reasons for the Change | |

| Número de Cuenta Account Number P584781704 | Número de Control Control Number 180124247 | Número de Control de la Declaración Informativa Original Control Number of Original Informative Return 000000000 |
|---|---|---|

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

Julia A Medina Núñez
126 Urb. Santa Maria
Sabana Grande PR 00637

RECEIVED & FILED
2020 JAN 14 PM 3: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150   Federal Building
San Juan, P.R. 00918-1767

**Fecha de la vista: 29 de enero de 2020, a las 09:30 a.m. (AST)**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISION Y DE ADMINISTRACION FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente) |

**RESPONDIENDO A LA CENTECIMA DECIMA NOVENA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del numero federal de contribuyente de cada Deudor, en su caso son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") núm. de procedimiento de quiebra 17 BK 3284-LTS) últimos cuatro dígitos del número federal del contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747; y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores")  (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) ( los números de causas radicadas conforme al Título III figuran como números de procedimientos de quiebra debido a limitaciones del programa informático).

Honorable Magistrado de los Estados Unidos Juez Laura Taylor Swain:

El Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA, la ACT y el SRE, conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"), radicaron la Centésima décima novena objeción global a los reclamos deficientes que aparecen en el Anexo A de la objeción global. De dicha objeción global en el Anexo A se desprende la reclamación núm. 11114, la cual no especifica el monto de la reclamación.

## ARGUMENTO

El monto de la reclamación no fue especificado porque el total de la aportación en la certificación del Sistema de Retiro varía. Una certificación individual del Sistema de Retiro del 4 de abril de 2018 refleja un total de aportación de $32, 884 .78. El 10 de junio de 2019 se volvió a sacar una certificación individual que refleja un total de aportación de $31, 364 .82, o sea, que un año más tarde el total de la aportación mermó reflejando una diferencia de $1, 519 .96.

Fecha: 9 de enero de 2020
Respetuosamente,


Ana E. Cancel Torres
72 Calle Alemañy
Urb. Alemañy
Mayagüez, P.R. 00680-2324
(787) 597-0047
anacancel@gmail.com
(Núm. reclamación 11114)

ASR - Servicios en Línea

# *mi*RETIRO

## E CANCEL TORRES

| Opciones ⚙ |
|---|

| Servicios |
|---|

| |
|---|

**Mi Retiro**

Información General (ServiciosEnLinea.aspx)

Certificaciones (ServiciosEnLinea.aspx?control=cert)

Perfil Persona (ServiciosEnLinea.aspx?control=demo)

Documentos Persona (ServiciosEnLinea.aspx?control=documents)

Informe Casos Registrados (ServiciosEnLinea.aspx?control=Report)

Mi Cuenta (ServiciosEnLinea.aspx?control=account)

## Información General

| **Agencia:** | DEPARTAMENTO DE LA FAMILIA |
|---|---|
| **Sistema de Retiro:** | EMPLEADO DE GOBIERNO (ELA) |
| **Fecha de Ingreso:** | 23-AGO-2004 |
| **Años en Servicio:** | — |

| **Sueldo Bruto:** | $2,075.00 | |
| **Sueldo Neto:** | $1,476.14 | |
| **Balance Aportaciones:** | $32,884.78 | |

El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro.

v2.0

ASR - Servicios en Linea

10/6/19

# *mi* RETIRO

## E CANCEL TORRES

| Opciones ⚙ |
| --- |

---

**Servicios**

---

**Mi Retiro**

---

Información General (ServiciosEnLinea.aspx)

Certificaciones (ServiciosEnLinea.aspx?control=cert)

Perfil Persona (ServiciosEnLinea.aspx?control=demo)

Documentos Persona (ServiciosEnLinea.aspx?control=documents)

Informe Casos Registrados (ServiciosEnLinea.aspx?control=Report)

Mi Cuenta (ServiciosEnLinea.aspx?control=account)

## Información General

| | |
| --- | --- |
| **Agencia:** | DEPARTAMENTO DE LA FAMILIA |
| **Sistema de Retiro:** | EMPLEADO DE GOBIERNO (ELA) |
| **Fecha de Ingreso:** | 23-AGO-2004 |
| **Años en Servicio:** | -- |

| **Sueldo Bruto:** | $2,075.00 |
| **Sueldo Neto:** | $1,465.14 |
| **Balance Aportaciones:** | $31,364.82 |

El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro.

v2.0

Ana E. Cancel
72 calle Alemañy
Urb. Alemañy
Mayagüez, P.R. 00680-2374



7003 2260 0000 2661 3376

RECEIVED & FILED

2020 JAN 14  PM 3:28

OFFICE
T COU
N. P.R.

Secretaria Clerk's Office
Tribunal de Distrito de los E.U.
Room 150  Federal Building
San Juan, PR. 00918-1767



UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
CABO ROJO, PR
00623
JAN 11, 20
AMOUNT

$7.00
R2305K136523-03

| 459 | LUGO BEAUCHAMP, VICTOR E.<br>45 URB SAN J JULIO N MATOS<br>MAYAGUEZ, PR 00680 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48141 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Centésima primera objeción global
Anexo A: Defectuosas

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|------------------------|----------------|--------|---------------------|----------------------------------|



ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO DE HORMIGUEROS
OFICINA DE RECURSOS HUMANOS

## CERTIFICACION

Certifico que el (la) Sr(a). **Víctor Lugo Beauchamp,** con número de seguro social **XXX-XX-9630** es empleado del Municipio de Hormigueros.

Según consta en el expediente de personal (Comprobantes de Retención W-2), su aportación a la Administración de Sistemas de Retiro fue de **$ 28,999.62** durante los años **1997** a **2017**.

De necesitar información adicional, favor comunicarse con la Oficina de Recursos Humanos al teléfono 787-849-2515 ext. 204.

Para fines oficiales, se expide la presente certificación hoy martes, 20 de marzo de 2018 en Hormigueros, Puerto Rico.

## CERTIFICO CORRECTO:

Yasmín I. Allende Pacheco
Directora de Recursos Humanos

Victor E Lugo Beauchamp

#45 Julio N Matos

Urb San José Mayaguez PR. 00682

RECEIVED & FILED
2020 JAN 14 PM 3: 35
CLERK'S OFFICE
DISTRICT C_
SAN JUAN

U.S. POSTAGE PAID
FCM LETTER
HORMIGUEROS, PR
00660
JAN 13 20
AMOUNT
$6.30
R2306Y152053-05

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7014 1820 0000 8105 9565

Secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R., 00918-1767

C00918-9999

Elga I. Mattei – Saez

Urb. Campo Alegre

F2 Calle Laurel

Bayamon, P.R. 00956 – 4450

Telephone (787) 209 -5756

Email elgaimattei@yahoo.com

RECEIVED & FILED

2020 JAN 14 PM 3: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

January 13, 2020

Clerk's Office

United States District Court

Room 150 Federal Building

San Juan, PR 00918 – 1767

Dear Clerk:

The United States District Court of Puerto Rico has proof of claim purport to asset liabilities associated with the Employees Retirement of the Government of the Commonwealth of Puerto Rico the problem was that the Employees of Retirement of the Government of the Commonwealth of Puerto Rico they raised their interest without notification. In order to retire from the Department of Instruction when I completed the forms of the Employees Retirement of the Government of the Commonwealth of Puerto Rico used the retiring date instead of the date, I had file for retirement.

My claim number is 108256 and according to your files the Employees Retirement of the Government of the Commonwealth of Puerto Rico owes me $10,000. Due to this reason I am opposing the Omnibus Objection. I paid the Employees Retirement of the Government of the Commonwealth of Puerto Rico $16,000. took a loan to pay for my retirement.

Your truly

Elga I. Mattei - Saez

Elga I. Mattei-Saez
Urb. Campo Alegre
F 2 Calle Laurel
Bayamón, P.R. 00956 - 4450

RECEIVED & FILED
2020 JAN 14  PM 3: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150  Federal Building
San Juan, Puerto Rico  00918 - 1767

00918⁹9999

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Pérez Pérez, Glenda Y. | 68146 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|-------------------------------|
| Pérez Pérez, Glenda Y. | 68146 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



US POSTAGE PAID

TOPPAN MERRILL

**USPS PRIORITY MAIL®**

**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

\*\*\*CUST PR 1845 SRF 36961 PackID: 464 MMLID: 1658091 SVC: 89th Omni
Pérez Pérez, Glenda Y.
PO Box 334
Punta Santiago, PR 00741

Zone 8

*Número de Evidencia de Reclamación:* 68146

*Reclamante:* Pérez Pérez, Glenda Y.

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $60,000.00   Sesenta mil dólares 0/100   #Reclamación 68146
    Commonwealth of Puerto Rico

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐  No. *Pase a la Pregunta 4.*

   ☒  Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _Departamento de Educación de Puerto Rico_

   3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _Mayo 1994 - agosto 2018_

   3(c). Últimos cuatro dígitos de su número de seguro social: _1457_

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☒  Jubilación

   ☒  Salarios impagos

   ☒  Días por enfermedad

   ☐  Queja con el sindicato

   ☒  Vacaciones

   ☐  Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐  No.

   ☒  Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de Educación y Adjudicatura de Retiro_

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _United States District Court of the District of Puerto Rico_

   4(c). Número de caso: _17 BK 3283 - LTS_

   4(d). Título, epígrafe, o nombre del caso:
   _Ley Promesa Titulo III vs Estado Libre Asociado de Puerto Rico_

*Número de Evidencia de Reclamación:*

*Reclamante: Pérez Pérez, Glenda Y.*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

*Pendiente de resolucion*

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

*No*

Glenda Y. Pérez Pérez
PO Box 334
Punta Stgo, PR 00741



Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, PR 00918

00918-170625

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| NATAES SALAS, ADA H | 45916 | 6/1/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
| NATAES SALAS, ADA H | 45916 | 6/1/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**\*\*\*CUST PR 1845 SRF 38154 PackID: 101 MMLID: 1592595 SVC: 102nd Omni**
**NATAES SALAS, ADA H**
**URB LOS JARDINES**
**115 CALLE FLOR DE LIS**
**GARROCHALES, PR 00652-9418**

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

## Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

ADA M MATIAS SALAS
URB LOS JARDINES
115 C/FLOR DE LUZ
GARROCHALES, PR 00652-9418

Seguro Social: XXX-XX-6193

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

Fecha de Nacimiento: 30 de septiembre de 1964
Fecha de Ingreso al Servicio Público: 16 de noviembre de 1990
Fecha de Comienzo de Cotización: 16 de noviembre de 1990

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 16.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.33 |
| | | Aportaciones: | 9,420.00 | Aportaciones: | 4,804.31 |
| | | Intereses: | 758.27 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.03 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **28,391.19** | **Total Aportaciones:** | **10,178.27** | **Total Aportaciones:** | **4,804.31** |
| **Beneficio:** | **458.01** | **Beneficio:** | **52.64** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Ada M. Matías Sales
Urb. Los Jardines 115
Calle Flor de Luz
Garrochales P.R. 00652

RECEIVED & FILED

2020 JAN 14  PM 3: 27

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura



RECEIVED & FILED

2020 JAN 14 PM 3: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

### Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)

IRIS N HICKS VAZQUEZ
SANTA JUANITA
T-18 FORMOSA
BAYAMON, PR 00956

Seguro Social: XXX-XX-8893

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

Fecha de Nacimiento: 07 de mayo de 1953
Fecha de Ingreso al Servicio Público: 29 de agosto de 2000
Fecha de Comienzo de Cotización: 29 de agosto de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.06 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 7,273.20 | Aportaciones: | 3,829.64 |
| | | Intereses: | 3,828.47 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 14,712.65 | | |
| Tiempo: | 0.00 | Intereses: | 1,383.67 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **27,197.99** | **Total Aportaciones:** | **3,829.64** |
| **Beneficio:** | **0.00** | **Beneficio:** | **185.74** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



from Iris N. Hicks Vázquez
Sonta Juanita
P.18 Formosa Bayomón
P.R. 00956

RECEIVED & FILED
2020 JAN 14 PM 3: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk,s office)
Tribunal de Distrito de
los Estados Unidos
#150 Chardon Avenue
Federal Building San Juan
(Puerto Rico) 00918

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

### Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)

IRIS N HICKS VAZQUEZ
SANTA JUANITA
T-18 FORMOSA
BAYAMON, PR 00956

Seguro Social: XXX-XX-8893

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

Fecha de Nacimiento: 07 de mayo de 1953
Fecha de Ingreso al Servicio Público: 29 de agosto de 2000
Fecha de Comienzo de Cotización: 29 de agosto de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.06 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 7,273.20 | Aportaciones: | 3,829.64 |
| | | Intereses: | 3,828.47 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | Transferido Ley R2000 | | | |
| Pagado: | 0.00 | Aportaciones: | 14,712.65 | | |
| Tiempo: | 0.00 | Intereses: | 1,383.67 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 27,197.99 | Total Aportaciones: | 3,829.64 |
| Beneficio: | 0.00 | Beneficio: | 185.74 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes





From: Iris N. Hicks Vazquez
P-18 Calle Formos
Santa Juanita
Bayamon, P.R. 00956

Secretaria (clerk's office)
Tribunal de Distrito de
los Estados unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

# Radicación de réplica (Objeción)

# PROMESA TITULO III  **No.17**  **03283**

# Numero de reclamación:



INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 14 PM 3:27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Nombre:  José Peterson Laureano

Dirección Postal:   Ext. Villas de Loíza EE-41 Calle 44 A, Canóvanas

Dirección Residencial: Ext. Villas de Loíza EE-41 Calle 44 A, Canóvanas

Núm. de contacto:   40862, 41154

          Cel.   787  399-5412

Correo electrónico:


Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

          **Ver anejo 1 (Información del caso)**


Razón para la Objeción:

Demanda de Clase




Documentación justificativa: Ver anejos

     **1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

     **2. Certificación de aportaciones (Adm. de los Sistemas de Retiro)**

     **3. Certificación de empleo  (Departamento de la Familia)**

     **4. Copia listado de Objeción Global- Anexo A**

          **(Donde se incluye información sobre la reclamación)**

     **5. Otros: _____**

GOBIERNO DE PUERTO RICO

Departamento de la Familia

# C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San

Juan se desprende que **José Peterson Laureano** comenzó a trabajar en

el Departamento de la Familia efectivo el **1 de julio de 1988.**

Actualmente ocupa un puesto **Regular** de **Oficial Administrativo I** en la

**Oficina Regional de San Juan** y devenga un sueldo de **$2,931.00**

**mensual.**

Y para que así conste firmo la presente hoy, **14 de enero de 2020** en

San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACION**

/crn

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JOSE PETERSON LAUREANO**
Seguro Social: XXX-XX-6841

EXT VILLAS DE LOIZA
EE 41 CALLE 44 A
CANOVANAS, PR 00729

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso
de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

Corporación: DEPARTAMENTO DE LA FAMILIA

Años de Servicio: 21

Balance de Aportaciones: $44,877.78

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446356612

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

## Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

JOSE PETERSON LAUREANO                    **Seguro Social: XXX-XX-6841**
EXT VILLAS DE LOIZA
EE 41 CALLE 44 A
CANOVANAS, PR 00729

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento: 22 de junio de 1964**          **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 1996**

**Fecha de Comienzo de Cotización: 01 de julio de 1996**

| Ley Anterior al 30 de junio de 2013 | | | Ley 3 al 30 de junio de 2017 | | |
|---|---|---|---|---|---|
| Años Acreditados: | 17.00 | | Tiempo Trabajado: | 4 | $11,153.80 |
| Aportaciones: | | $27,117.05 | Aportaciones: | | $900.53 |
| Intereses: | | $5,706.40 | Intereses: | | $0.00 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | | $12,054.33 |
| Total Aportaciones: | | $32,898.42 | Total Aportaciones: | | $0.00 |
| SNC Pagado: | | $74.97 | Beneficio: | | |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,


Unidad de Estado de Cuenta



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

RECEIVED & FILED

2020 JAN 14 PM 3: 30

CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, P.R.

## ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

RAQUEL SANTIAGO CORTES
URB. REGIONAL
M-4 CALLE 3
ARECIBO, PR 00612

**Seguro Social: XXX-XX-5952**

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

**Fecha de Nacimiento: 23 de diciembre de 1968**          **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 15 de agosto de 2001**

**Fecha de Comienzo de Cotización: 15 de agosto de 2001**

| Ley Anterior al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 11.10 | |
| Aportaciones: | | $26,540.94 |
| Intereses: | | $2,118.15 |
| Gastos Teneduría: | | ($72.38) |
| Total Aportaciones: | | $28,659.09 ✓ |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| Ley 3 al 30 de junio de 2017 | | |
|---|---|---|
| Tiempo Trabajado: | 15.10 | |
| Aportaciones: | | $40,699.87 |
| Intereses: | | $6,714.88 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $47,414.75 ✓ |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

 **mi RETIRO** Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

## RAQUEL SANTIAGO CORTES (455394)

| | |
|---|---|
| Agencia: | **ADMINISTRACION DE FAMILIAS Y NIÑOS** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **15-AGO-2001** |
| Años en Servicio: | **26.2** |
| Sueldo Bruto: | **$2,570.00** |
| Sueldo Neto: | **$1,219.35** |
| Balance Aportaciones*: | **$76,073.84** ✓ Cont. reclamada |
| Aportaciones Ley 106 **: | **$6,470.00** |

### Mas Servicios

Aquí podrás solicitar y visualizar
tus certificaciones, como:

✓ Certificados de Deuda de
préstamos

✓ Certificados de Préstamo
Hipotecario

✓ Certificado de deuda para
Ética Gubernamental

✓ Certificado de Balance de
Cancelación de préstamo.

**Solicitudes en Línea**

### Ayuda para
### Servicios en Línea

Llene el siguiente formulario o
llame a nuestro centro de
contacto al (787) 777-1500

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad
aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances
aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están
sujetos a revisión. Esta información no es una certificación oficial de la Administración de
los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de
aportaciones

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina
procesada enviada por su patrono. Dicho balance por concepto de aportación individual
aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de
la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al
787-777-1500 o al correo cesresanjuan@retiro.pr.gov

**Centro Gubernamental Minillas,**
Torre Norte Piso 7
San Juan PR 00940



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: RAQUEL SANTIAGO CORTES**                                    Seguro Social: XXX-XX-5952

URB. REGIONAL

M-4 CALLE 3

ARECIBO, PR 00612

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 15.1 |
| Balance de Aportaciones: | $47,674.97 |

Esta certificación fue emitida el 10 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011046271944

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



U.S. POSTAGE PAID
PME 1-Day
ARECIBO, PR
00612
JAN 13, 20
AMOUNT
**$25.50**
R2305M144889-10

1005        00918



# PRIORITY MAIL EXPRESS

This envelope is made from post-consumer waste. Please recycle - again.



To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

---

## UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 787 ) 975-9247

Raquel Santiago Cortés
Urb. Regional calle 3 MY
Arecibo PR 00612

EJ 131 284 027 US

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Secretaria
Tribunal de los estados unidos
Room 150 federal building
San Juan PR

ZIP + 4® (U.S. ADDRESSES ONLY)
0 0   9 1 8 - 1 7 6 7

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code: 00612   Scheduled Delivery Date (MM/DD/YY): 1/14/20   Postage: $ 25.50

Date Accepted (MM/DD/YY): 1/13/20   Scheduled Delivery Time: ☐ 10:30 AM ☐ 12 NOON   Insurance Fee: $   COD Fee: $

Time Accepted: 8:49 ☐ AM ☑ PM   10:30 AM Delivery Fee: $   Return Receipt Fee: $   Live Animal Transportation Fee: $

Special Handling/Fragile: $   Sunday/Holiday Premium Fee: $   Total Postage & Fees: $ 25.50

Weight: lbs. ☐ Flat Rate   Acceptance Employee Initials: VA

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

**PRESS FIRMLY TO SEAL**

**PEEL FROM THIS CORNER**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EPISF © U.S. Postal Service; October 2018; All rights reserved.



127 Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Cheque Pago: Sld Quincenal
Desde:
Hasta: 01/15/2020

Aviso #: 5668082
Fecha Aviso: 01/15/2020

| LUZ I RODRIGUEZ BURGOS | # Empleado: 584046205 | DATA IMP: | Federal | PR |
| URB. INTERAMERICANA | Dept: 127090-Nivel Central | Estado Civil: | Single | Single |
| CALLE 26 AJ9 | Lugar: OFICINA SISTEMAS INFORMACION | Concesiones: | 0 | 2 + 5 |
| TRUJILLO ALTO, PR 00976 | Titulo: Oficial Administrativo I | Pct. Adcl.: | | |
| SS: | Sueldo: $2,331.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS / IMPUESTOS

| | | -------- Corriente -------- | | ------ Acumulado ------ | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,165.50 | 82.50 | 1,165.50 | Fed FICA Med Hospital Ins / EE | 16.90 | 16.90 |
| | | | | | | Fed OASDI/Disability - EE | 72.26 | 72.26 |
| | | | | | | PR Withholding | 7.34 | 7.34 |
| Total: | | | 1,165.50 | 82.50 | 1,165.50 | Total: | 96.50 | 96.50 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan Aport. Definidas | 99.07 | 99.07 | SI-Seg Incap. Obligatorio | 2.91 | 2.91 | FSED Disability Plan | 39.04 | 39.04 |
| | | | RC-Prest Hip-Ret Cen Emp Clasi | 407.50 | 407.50 | | | |
| | | | AE-Asoc Emp ELA-Prest Regular | 198.96 | 198.96 | | | |
| | | | SM-First Medical Health Plan | 69.25 | 69.25 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.35 | 3.35 | | | |
| | | | OS-SERV PUBLICOS 009 A | 17.49 | 17.49 | | | |
| | | | Ahorros-AEELA | 34.97 | 34.97 | | | |
| Total: | 99.07 | 99.07 | Total: | 734.43 | 734.43 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,165.50 | 0.00 | 96.50 | 833.50 | 235.50 |
| Acumulado: | 1,165.50 | 0.00 | 96.50 | 833.50 | 235.50 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #5668082 | 235.50 |
| Total: | 235.50 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/15/2020

Aviso No.
5668082

Cant. Deposito: $235.50

A la
Cuenta(s) De

**LUZ I RODRIGUEZ BURGOS**
URB. INTERAMERICANA
CALLE 26 AJ9
TRUJILLO ALTO, PR 00976
Localizacion: OFICINA SISTEMAS INFORMACION

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXXXX | 235.50 |
| Total: | | 235.50 |

# NO-NEGOCIABLE