UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

<u>ORDER GRANTING URGENT MOTION FOR EXTENSION OF DEADLINES (DOCKET ENTRY NO. 10014)</u>

        The Court has received and reviewed the *Urgent Motion for Extension of Deadlines* (Docket Entry No. 10014 in Case No. 17-3283, the "Urgent Motion"), filed by the Commonwealth of Puerto Rico.  The Urgent Motion is granted to the extent provided herein.  Opposition papers to the *Motion for Relief from the Automatic Stay [Pursuant] to PROMESA's Sections 4, 7, 301(c)(3), 304(h), Department of Health and Human Services Administrative Order ACYF-CB-PI-18-03, Child Abuse Prevention and Treatment Act (CAPTA), Bankruptcy Code's Sections 362(b)(4), (d)(1)* (Docket Entry No. 9677 in Case No. 17-3283, the "Lift Stay Motion"), filed by Centro de Orientación y Ayuda Psiquiátrica, Inc. (the "Movant"), must be

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

filed by **January 22, 2020 at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **January 27, 2020 at 5:00 p.m. (Atlantic Standard Time)**.

The Court will hold a preliminary hearing on the Lift Stay Motion at the Omnibus Hearing scheduled for **January 29, 2020 at 9:30 a.m. (Atlantic Standard Time)**, unless the parties agree to waive the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion, or otherwise consent to a further extension of the briefing schedule.

This Order resolves Docket Entry No. 10014 in Case No. 17-3283.

SO ORDERED.

Dated: January 16, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge