14/enero/2020

A quien pueda interesar:

Adjunto evidencia de los años trabajados en el Departamento de Educación como evidencia ya que tengo una reclamación caso número 17 BK 03283- LTS Commonwealth of Puerto Rico Claim # 109555 ya que recibí información sobre mi caso que es deficiente. Comenzé a trabajar el 15 de agosto de 1978 hasta 31 de julio de 2012 (fecha jubilación) someto evidencia. Gracias

Atentamente,

Nilsa Ivette Ortiz Baez

Tel celular 939-265-7683
939-248-2235

Espero respuesta del mismo.

Gracias por la ayuda que pueden brindarme.

Siempre agradecida
Nilsa Luette Ortiz Báez