IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz Baez, Nilsa Ivette | 109555 | 6/27/2018 | Commonwealth of Puerto Rico | $16,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ortiz Baez, Nilsa Ivette | 109555 | 6/27/2018 | Commonwealth of Puerto Rico | $16,800.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

FORM. 409 Rev.: 99

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

Pagarle 30 días por vacaciones regulares en julio

Descontarle _____ días por ausencias

## Informe de Cambio – Personal Docente

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Nilsa Ortiz Báez | |
| 2. Número de Seguro Social | 5741 | |
| 3. Lugar y Fecha de Nacimiento | San Germán | |
| 4. Sexo | F. | |
| 5. Estado Civil | C. | |
| 6. Preparación Académica | BA. | |
| 7. Experiencia | 32 años | |
| 8. Status del Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $2,075.00 | |
| 10. Número del Puesto | R23457 | |
| 11. Categoría del Puesto | Maestra Educación Niñez Temprana K-3 | X |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | | |
| 14. Cifra de Cuenta | E1110-221-0810000-0000-08100-2012 | |
| 15. Fecha de Efectividad | 31 de julio de 2012 | |
| 16. Acción y Duración | Renuncia | |
| 17. Causa del Cese | Jubilación | |
| 18. Último Día de Trabajo | | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Cabo Rojo | |
| 23. Escuela | Henry W. Longfellow-San Germán | |

24. Dirección Postal y Residencial
P.O. Box 2181 San Germán, PR. 00683
Parcelas La Tea # 186 Calle I San Germán, PR. 00683

Teléfono Residencial
(787) 387-6504

26. Observaciones:

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso.

_____    _____
Firma del empleado                    Fecha

28. Recomendado

Ana N. Méndez Barreto         JUL - 3 2012
Directora Regional                    Fecha

29. Deseo: _____ Acogerme   _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente

_____    _____
Firma del empleado                    Fecha

30. Recomendado

_____    _____
Director de Escuela                    Fecha

31. Aprobado por: El Secretario de Educación o su Representante.

_____    _____
Firma                                         Fecha

Si el nombramiento es con status transitorio provisional, el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

/ap



**Gobierno de Puerto Rico**
**Sistema de Retiro para Maestros**

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

18 de abril de 2012

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS    RE : Nilsa I Ortiz Báez
DEPARTAMENTO DE EDUCACIÓN

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio   [ ] Edad   [ ] Diferida   [ ] Suplementaria

Al **3 de abril de 2012** fecha de su última aportación recibida

[X] cualifica   [ ] no cualifica   para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 32 | 9 | - | 3 | 54 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Directora, Área Servicios de Retiro

PROF. NILSA I ORTIZ BAEZ
PO BOX 2181
SAN GERMAN PR 00683



ESTADO
JUNTA ... RA ...
P.O. BOX ........ PUERTO RICO 00919-1879
TEL. (787) 754-8611

30 de marzo de 2004

DEPARTAMENTO DE EDUCACION
JEFE SECCION DE NOMINAS
PO BOX 190759
SAN JUAN PR 00919-0759

                Referencia   : Nilsa Ortiz Báez
                Número      :     5741
                Pueblo       : San Germán
                Categoria    : Maestro Elemental
                Cifra Cuenta : E1110-11100-0810000-1008-00100-2003

Señores :

Por la presente autorizo para que de mi sueldo mensual se me descuente $174.64 desde junio de 2004 hasta octubre de 2008 y un último plazo de $174.14 en noviembre de 2008 para pagar cuotas al Sistema de Anualidades y Pensiones para Maestros por concepto de Reconocimiento de Tiempo.

        Este descuento se efectuará mediante descuento por nómina.

                                              Atentamente,

                                              Nilsa Ortiz Báez

| | | |
|---|---|---|
| Aportación Participante | : | $ 4,258.56 |
| Aportación Patronal | : | 5,171.50 |
| Total | : | $9,430.06 |

EBJ/AMS/vrdj

"Sirviéndole a la Clase Magisterial Puertorriqueña"