Nilsa Iverk
P.O. Box 2181
San Germán P.R. 00683

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7017 1070 0000 3039 2828

U.S. POSTAGE PAID
FCM LETTER
SAN GERMAN, PR
00683
JAN 14, 20
AMOUNT
$6.45
R2305K135312-05

Secretaria (Clerk's Office) E.U.
Tribunal de Distrito de los
Room 150 Federal Building
San Juan, P.R. 00918-1767