13 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Radicación de replica (Objeción)**

**PROMESA TITULO III NO. 17 03283**

**Número de reclamación:** 34107

Nombre: Moraima Linnette Cruz Barrientos

Dirección Postal: Box 2022 Toa Baja PR 00951

Dirección Residencial: calle 9 num. 182 villa Palma Los Puertos

Dorado, PR 00646

Número de contacto: 787-607-7085/787-433-6151

Correo electrónico: jametjamelis@yahoo.com

Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la objection: Se somete documentación para continuar con demanda

Caso número 2016-05-1340 Retribución