Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NINETY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

RECEIVED & FILED
2020 JAN 15 PM 4:38
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CRUZ BARRIENTOS, MORAIMA L. | 34107 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CRUZ BARRIENTOS, MORAIMA L. | 34107 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

## Ninety-Eighth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 357 | CRUZ BARRIENTOS, MORAIMA L.<br>PO BOX 2022<br>TOA BAJA, PR 00951 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34107 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 358 | CRUZ BARTOLOMEI, WILMARIE<br>PO BOX 580<br>SAN GERMAN, PR 00683 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38206 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 359 | CRUZ BERRÍOS, EVELYN<br>URBANIZACIÓN HACIENDA VISTAS DEL PLATA<br>8 CALLE LADERA<br>CAYEY, PR 00736 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70627 | $ 50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 360 | CRUZ BERRÍOS, SHEILA M<br>ANTIGUA VÍA C. FORTUNATO VIZCARRONDO<br>APTO. K-5<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 84371 | $ 13,294.44 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 361 | CRUZ BETANCOURT, PABLO<br>PASEO DE SAN LORENZO<br>405 C/ESMERALDA<br>SAN LORENZO, PR 00754 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38117 | $ 56,381.84 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 362 | CRUZ BRACERO, CARLOS<br>789 CALLE CAGUAX PUERTO REAL<br>CABO ROJO, PR 00623 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40030 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

RMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE FICACIÓN.

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global deberá contener iente información:

(i) **Datos de contacto.** La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe.** La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global.** La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa.** En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**y cómo radicar y notificar una réplica.** Todas las réplicas deberán radicarse de forma nica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado rto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar dicar su réplica:

**En línea.** Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

4

:orreo postal. Si usted no es un abogado que sea usuario inscrito en el sistema del inal de radicación de causas, podrá radicar y notificar una réplica por correo postal da a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan (Puerto Rico) 00918-1767

> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299
> A/A: Martin J. Bienenstock
> Brian S. Rosen

> Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
> Paul Hastings LLP
> 200 Park Avenue
> Nueva York, Nueva York 10166
> A/A: Luc A. Despins
> James Bliss
> James Worthington
> G. Alexander Bongartz

A deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el ıcreedores a más tardar a las **04:00 p.m. (AST) del 14 de enero de 2020**, salvo r escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al ıa orden del Tribunal que extienda la fecha límite.

radicar y notificar una réplica en línea o por correo postal, según se especificó e, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las AST) del **14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT revia solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda :e:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> #150 Chardon Avenue
> Federal Building
> San Juan (Puerto Rico) 00918

eberá incluir un certificado de notificación que indique la forma en la que se ha notificación.

5



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

MORAIMA CRUZ BARRIENTOS
PO BOX 2022
TOA BAJA, PR 00951

Seguro Social: XXX-XX-2313

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 07 de noviembre de 1968    **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 31 de julio de 1996
**Fecha de Comienzo de Cotización:** 31 de julio de 1996

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 17.00 |
| Aportaciones: | $31,400.93 |
| Intereses: | $6,447.18 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $37,918.43 |
| SNC Pagado: | $70.32 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $15,576.00 |
| Intereses: | $1,261.74 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $16,837.74 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MORAIMA CRUZ BARRIENTOS**  Seguro Social: XXX-XX-2313
PO BOX 2022
TOA BAJA, PR 00951

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $54,685.85 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346308236

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

DEPARTAMENTO DE LA
FAMILIA
GOBIERNO DE PUERTO RICO

# CERTIFICACION

De los Registros de la Oficina de Recursos Humanos de Región Bayamón, se desprende que **Moraima L. Cruz Barrientos,** comenzó a trabajar en el Departamento de la Familia, efectivo el **8 de marzo de 1994** . Actualmente ocupa un puesto regular de **Supervisor de Asistencia Social y Familiar II,** en la **Región de Bayamón** y devenga un sueldo de **$3,245.00** mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en San Juan de Puerto Rico.

           **IVELISSE RODRIGUEZ**
       **OFICIAL DE RECURSOS HUMANOS**
            **REGION BAYAMON**

/crn

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO
www.casp.pr.gov**

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)** Apelantes<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA** Apelados | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.

### RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016; y Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
**RESOLUCIÓN**

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión

APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

Case:17-03283-LTS Doc#:10039-1 Filed:01/15/20 Entered:01/16/20 11:40:29 Desc:
Exhibit Page 13 of 14

MADELINE ACEVEDO CAMACHO Y OTROS (2,818)
2016-05-1340
ANEJO I
PÁGINA 8 DE 44

| # | Name | Address |
|---|---|---|
| 455. | SOLEDAD CONDE DAVILA | COND. TORRES DE CERVANTE; APT. 114-15 C/49 #240; RIO PIEDRAS PR 00924 |
| 456. | MIGDALIA CONSTANTINO DE ALOMAR | HC-02 BOX 8430 ; JUANA DIAZ, PR 00975 |
| 457. | JAVIER CONTRERAS COLON | PO BOX 1746; TOA BAJA PR 00751 |
| 458. | EVELYN CONTRERAS FIGUEROA | PMB 411 BOX 1283; SAN LORENZO PR 00754 |
| 459. | JUSTINA CONTRERAS LOPEZ | APARTADO 215; SAN LORENZO, PR 000754 |
| 460. | MANUEL CORA MARQUEZ | PO BOX 9702; CAGUAS PR 00726 |
| 461. | MIRTA CORA VELAZQUEZ | PO BOX 1384; ARROYO PR 00714 |
| 462. | JOHN CORALES CABRERA | URB. VILLAS DE GURABO; E-27 CALLE 1 ; GURABO PR 00778 |
| 463. | DAMARIS E. CORALES RIVERA | BALBOA 355; MAYAGUEZ, PR 00680 |
| 464. | CARLOS A. CORCHADO MEDINA | CALLE CRISANTEMO #E 24; BAJO COSTO LAS VEGAS; CATAÑO PR 00962 |
| 465. | MERCEDES CORDERO COLON | PO BOX 7300; CAROLINA PR 00986-7300 |
| 466. | FRANCISCO CORDERO CORDERO | 29 VILLA FLORENCIA; CAMUY, PR 00627; |
| 467. | RODDY CORDERO MENDEZ | URB. VILLA GUADALUPE FF-7; CALLE 18 ; CAGUAS, PR 00725 |
| 468. | MANELLY CORDERO MILLAN | CALLE 39 LL/44 EXT. ; VILLAS DE LOIZA, , CAROLINA PR 00729 |
| 469. | ALMA R. CORDERO RIVERA | PO BOX 335414; PONCE PR 00733 |
| 470. | YARIMAR CORDERO SALAMAN | PMB 153 PO BOX 6007; CAROLINA PR 00984 |
| 471. | GUILLERMO CORDERO VEGA | CALLE 2 #139 ; URB. BUENA VISTA; HATO REY PR 00917; |
| 472. | JOSE L. CORDOVA GONZALEZ | PO BOX 754; CAROZAL PR 00783 |
| 473. | SYLVIA CORRE ALVAREZ | HC-01 BOX 5018; JUANA DIAZ, PR 00795 |
| 474. | OLGA CORREA CANALES | ALTURAS DE RIO GRANDE; 58-D C/14 D ; RIO GRANDE PR 00745 |
| 475. | MAYRA CORREA DELGADO | PO BOX 107; JUANA DIAZ PR |
| 476. | SANDRA I. CORREA HERNANDEZ | HC-#2 BOX 9221; GUAYNABO PR |
| 477. | RUTH E. CORREA LLERAS | BDA. GUAYDIA ; 58 CALLE E. PRESAS ; GUAYANILLA PR 00656 |
| 478. | MIGDALIA CORREA LOPEZ | URB. JOSE'S QUIÑONES ; #1014 C/ J.S.Q.; CANOVANAS PR 00983 |
| 479. | WILBERTO CORREA MORALES | UNIVERSAL PLAZA APARTMENTS ; C/5 #100 APT. B-4, ; TRUJILLO ALTO, PR 00976 |
| 480. | CARMEN M. CORREA VILLEGAS | HC-02 BOX 14377; CAROLINA PR 00987 |
| 481. | ROSA CORTES CARRION | HC-01 BOX 9374; TOA BJA PR 00949 |
| 482. | MARIA E. CORTES MEDERO | PO BOX 204; UTUADO PR 00611 |
| 483. | EDNA S. CORTES RIVERA | IDAMARIS GARDENS, D-19 ; MIGUEL A. GÓMEZ; CAGUAS, PR 00727; |
| 484. | CANDELARIA CORTES SOLANO | CALLE 42, L-7 ; PARQUE ECUESTRE; CAROLINA, PR 00987 |
| 485. | VILMA CORTIJO ANDINO | CALLEJON LLANOS; BO. SABANA ABAJO CARR. 190; CAROLINA, PR 00987; |
| 486. | ALICIA M. CORTIJO DE JESÚS | CALLE RAFAEL CEPEDA #273; VILLA PALMERA; SANTURCE PR 00915 |
| 487. | SOCORRO CORTIJO RIOS | URB. VISTA DEL MAR; CIUDAD REAL X 1130; CAROLINA PR 00983 |
| 488. | EDITH N. CORTIJO SANCHEZ | CALLE 246 QM-5 STA. 4TA. EXT. ; COUNTRY CLUB; CAROLINA. PR 00982; |
| 489. | MARTIN J. COSME CORDERO | PO BOX 8001; SAN JUAN PR 00910 |
| 490. | BELISARIO COSME LOPEZ | CASA LINDA DEL SUR 3125; LOS FILTROS; BAYAMON, PR 00956 |
| 491. | LOURDES I. COSME PEREZ | CALLE PEDRO SAN MIGUEL; W3 #9 LAS LOMAS ; SAN JUAN, PR 00920 |
| 492. | LUIS A. COSME RIVERA | CALLE LABRADOR 968; COUNTRY CLUB; SAN JUAN PR 00924 |
| 493. | ZAIDA I. COSME RODRIGUEZ | PO BOX 430; AIBONITO PR 00705 |
| 494. | JUANA M. COSME SALDADO | HC-01 BOX 11663; TOA BAJA PR 00949 |
| 495. | LAURA M. COSME SANCHEZ | CALLE FLAMBOYAN Y-7 ; VALLE ARRIBA HG.; CAROLINA PR 00983 |
| 496. | JOSE A. COSME TAÑON | HC 74; BOX 5108; NARANJITO, P[R 00719 |
| 497. | RAMONITA COSTAS SANTIAGO | 5 C/ PEÑA POBRE ; COAMO PR 00769 |
| 498. | SONIA N. COSTOSO VILLAMAR | URB. JARDINES DE COUNTRY CLUB CN 25 CALLE153 ; CAROLINAS PR 00983 |
| 499. | LUZ M. COTTO DIAZ | INTERAMERICA GARDENS ; EDIF. B-21 APT. 2 A ; TRUJILLO ALTA, PR 00976 |
| 500. | CARMEN I. COTTO FLORES | HC-9 BOX 58201; CAGUAS PR 00725 |
| 501. | EVELYN COTTO LAGO | URB. SANTA JUANITA ; X-20 CALLE PENSACOLA; BAYAMON, PR 00959 |
| 502. | JUAN F. COTTO LEBRON | CASILLAS POSTAL 190419; SAN JUAN, PR 00919-0419 |
| 503. | GREGORIA COTTO ROSA | CALLE ESTEBAN COTTO; BUZON #9 ; SAN JUAN PR 00926 |
| 504. | ROSA COTTO SANCHEZ | C/6 APT. 79 #200 ; COND. SIERRA BAY. ; BAYAMON PR 00958 |
| 505. | PEDRO J. COTTO SANTANA | PO BOX 1068; CIDRA PR 00739 |
| 506. | SONIA COUVERTIER LÓPEZ | RESIDENCIAL EL FARO ; EDIFICO 16 APART 84; CAROLINA, PR 00985 |
| 507. | ELOISA COUVERTIER REYES | HC-02 BOX 14350; CAROLINA PR 00987 |
| 508. | AUREA E. COUVERTIER SALABARRIA | HC 02 BOX 14214; SAINT JUST, ; CANOVANAS PR 00985 |
| 509. | MAYRA I. CRESPO MEDINA | PO BOX 1586; AGUADILLA PR 00605 |
| 510. | JANETTE CRESPO OCASIO | PO BOX 31039; SAN JUAN PR 00929 |
| 511. | GISELA CRESPO RODRIGUEZ | HC-2 BOX 8402; BO. COCOS; QUERBADILLAS PR 00678 |
| 512. | JOSE D. CRESPO VELEZ | CALLE 14 R-26 BAY. GARDENS; BAYAMON PR 00957 |
| 513. | JORMA CRUZ ACEVEDO | URB. BRISAS DE CANOVANAS; CALLE PICA FLOR #44; CANOVANAS, PR 00729 |
| 514. | BELINDA CRUZ ALVAREZ | PO BOX 22508; UPR STATION ; SAN JUAN, PR 00931-2508 |
| 515. | MARIA T. CRUZ AQUINZONIS | CALLE 28-Z 2-14; URB. TURABO GORDENS; CAGUAS, PR 00727 |
| 516. | WILFREDO CRUZ ARROYO | PO BOX 920365; HUMACAO PR 00792 |
| 517. | MORAIMA L. CRUZ BARRIENTOS | BOX 2022; TOA BAJA, PR 00951 |
| 518. | MARGARITA CRUZ BIRRIEL | HC-02 BOX 14372; CAROLINA PR 00987 |
| 519. | AIDA CRUZ CABRERA | BO. BAJADERO, APDO. 242; BAJADERO PR 00616 |



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que la Sra. Moraima L. Cruz Barrientos, Núm. Seguro Social XXX-XX-2313 labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 8 de marzo de 1994.

La señora **Cruz Barrientos** ocupa un puesto con estatus Regular en el Servicio de Carrera como Supervisora de Asistencia Social y Familiar II, devengando un salario mensual de $3,245.00.

Dado hoy, 14 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.