Moraima L Cruz Barrientos
Box 2022 Toa Baja PR, 00951

CERTIFIED MAIL

7019 0700 0001 5147 7904




U.S. POSTAGE PAID
FCM LG ENV
VEGA BAJA, PR
00693
JAN 14, 20
AMOUNT
**$7.75**
R2304M115102-03

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos        150 Ave Carlos Chardón
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR