TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

2020 JAN 15 PM 3: 51

| En el asunto de: **JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO** Como representantes de **ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros** Deudores | PROMESA Título III **Núm.17 BK 3283-LTS** (Adminstrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SER. #Claim 60500 |
|---|---|

## **REPLICA A LA OBJECION GLOBLAL**

A L HONORABLE TRIBUNAL :

    Comparece la demandante de epígrafe, María de los Ángeles Correa Corcino, por derecho propio y muy respetuosamente suscribe, expone y solicita:

    1. Que mi nombre completo es María de los Ángeles Correa Corcino. Mi dirección postal es Alt. San Pedro AA-14 Fajardo, Puerto Rico 00738. Mi Teléfono 787-579-3038 y correo electrónico maria.correa3322@gmail.com .

    2. Que someto la siguiente replica con el propósito de que se atienda mi reclamo, en cuanto al ajuste salarial de cuerdo al salario mínimo federal.

3. Se acompaña evidencia de nombramiento y salarios de esta que suscribe con el propósito de que se realice el ajuste de salario correspondiente y se me pague de forma retroactiva todos los salarios que en Ley se me adeuden.

POR TODO LO CUAL, se solita muy respetuosamente que este Honorable Departamento declare HA LUGAR la presente moción y en su consecuencia señale una vista en el caso de epígrafe o de forma alternativa le de el proceso que en derecho corresponda.

En Fajardo, Puerto Rico a 13 de enero de 2020.

CERTIFICO haber enviado copia de este documento a las partes que obran en el expediente.

MARIA DE LOS ANGELES CORREA CORCINO
ALT. SAN PEDRO AA-14
FAJARDO, PR 00738; TEL 787-579-3038
EMAIL: maria.correa3322@gmail.com