**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

2020 JAN 15 PM 3:51

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Correa Corcono, Maria de los A. | 60500 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|----------------------|--------|-------------------------------|
| Correa Corcono, Maria de los A. | 60500 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000198



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE SERVICIOS SOCIALES**
**SAN JUAN, PUERTO RICO**
**OFICINA REGIONAL — HUMACAO, P.R.**

Dirija toda correspondencia
oficial al Secretario

23 de febrero de 1994

Sr. Héctor Díaz
Director
Oficina Local Fajardo

Estimado señor Díaz:

La portadora de ésta María D. Correa Corsino, ha sido seleccionada
para ocupar un puesto de Oficinista Dactilógrafo I, con carácter
transitorio, en el Programa PASOS, efectivo al día 1ro de marzo de
1994.

Favor de hacer los arreglos pertinentes para que la Srta. Correa
Corcino comience sus funciones en la fecha indicada.

Ramón Sánchez Maldonado
Oficial de Personal

/lcc

Modelo SC'807
14 mar 94
Regl. Núm.25(14 feb. 61)
CC 1300-15-94

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE LA FAMILIA**

AGENCIA
**CENTRO GUBERNAMENTAL DE FAJARDO, P.R.**
DIRECCION

Original-Area del Tesoro
1ra. Copia-Agencia
2da Copia-Area Seg. Pub
3ra Copia-Area del Tesoro

## SOLICITUD, NOMBRAMIENTO Y CAMBIO DE RECAUDADOR

Solicito se extienda nombramiento a **María D. Correa Corsino**
como Recaudador  [ ] Oficial  [X] Que Deposite o  [X] Sustituto, para ser efectivo
[x] Auxiliar  [ ] No Deposite
en **8 enero 1996**

| Puesto Que Ocupa | Oficina a que Pertenece |
|---|---|
| **OFICINISTA DACTILOGRAFO I** | **OFICINA LOCAL DE FAJARDO** |

| Cifra de Depositante | Sitio donde se efectúan los Recaudos |
|---|---|
| **1520** | **CENTRO GUBERNAMENTAL FAJARDO P.R.** |

### NOTIFICACION DE CAMBIO EN EL NOMBRAMIENTO

| Fecha de Efectividad | Nombre y Cargo | Dependencia y División | Cambio Solicitado |
|---|---|---|---|
| | | | |

OBSERVACIONES  **La Sra. Correa constituye el tercer recaudador para funciones como Recaudador en situaciones especiales.**

Certifico que el nombramiento de recaudador del candidato cuyos datos se describen es necesario para llevar a cabo las funciones encomendadas a esta agencia y que el mismo está de acuerdo con la reglamentación vigente.

_____   _____
Fecha                Jefe, Agencia o su Representante Autorizado

**PARA USO DEL AREA DEL TESORO**
**DEPARTAMENTO DE HACIENDA**

NOMBRAMIENTO DE RECAUDADOR

Cifra de Depositante  **1520**

A tono con lo dispuesto en el Artículo 7a de la Ley Núm. 230 del 23 de julio de 1974, según enmendada, conocida como Ley de Contabilidad de Gobierno de Puerto Rico, se le extiende Nombramiento como Recaudador a **María D. Correa Corsino** , el cual será efectivo a partir de **8 de enero de 1996**

Como empleado público tiene una fianza a favor del Estado Libre Asociado de Puerto Rico.

Las funciones inherentes a su cargo se regirán por las disposiciones contenidas en el Reglamento Núm. 25, Cobro, Depósito, Control y Contabilidad de los Fondos Públicos Recaudados por Recaudadores Oficiales y sus Auxiliares, aprobado por el Gobernador de Puerto Rico, Interino, en 14 de febrero de 1961 y por las Cartas Circulares emitidas al efecto por el Secretario de Hacienda.

De incluir sus funciones el manejo de dinero de confinados, tendrá que regirse por las disposiciones del Reglamento Núm. 21 (Rev.), Recibo, Depósito, Desembolso, Control y Contabilidad de Fondos de Confinados en Instituciones Penales, aprobado por los Secretarios de Hacienda y de Justicia en 26 de junio de 1968.

**3 de enero de 1996**
Fecha
**Carlos E. Bush**
Director, Área del Tesoro

PARA USO DE LA DIVISION DE CONTABILIDAD DE INGRESO
JAN - 3 1996
Fecha
322
Número de Control

Conservación  Seis (6) años o pasada una intervención del Contralor, después de haber cesado como Recaudador

Gobierno de Puerto Rico

# DEPARTAMENTO DE LA FAMILIA

San Juan, Puerto Rico

28 de junio de 1996

*Correa Corcino, María D.*
Asistencia Pública
Región de Humacao-Fajardo

**PLAN DE CLASIFICACION DE PUESTOS Y RETRIBUCION DEPARTAMENTO DE LA FAMILIA**

De conformidad con la Sección 4.2 de la Ley #5, Ley de Personal del Servicio Público de Puerto Rico, según enmendada, la Orden Administrativa OE 1991-47, que convierte a esta Agencia en un Administrador Individual y al Plan de Reorganización Núm. 1, que redenomina y reorganiza el Departamento de Servicios Sociales como Departamento de la Familia, se contrató a la Compañía Consultora *Clapp And Mayne, Inc.*, para preparar el Plan de Clasificación y Retribución para los Servicios de Carrera y Confianza.

Para elaborar el estudio del nuevo Plan de Clasificación y Retribución, se consideraron solamente criterios objetivos, tales como, las funciones del puesto, jerarquía de los puestos en las diferentes unidades y programas de trabajo y el valor relativo de los puestos, según la demanda del mercado. Los documentos que sustentan este estudio están disponibles para su revisión en la Secretaría Auxiliar de Personal y Recursos Humanos.

Como resultado de este estudio, el cual ha sido aprobado por la Oficina Central de Administración de Personal (OCAP), el puesto que usted ocupa se clasificó como **Auxiliar de Sistemas de Oficina II**.   Su sueldo mensual será de **$935**, efectivo el primero de marzo de 1996, fecha de implantación del Plan de Clasificación y Retribución del Departamento.

**PLAN DE CLASIFICACION DE PUESTOS Y RETRIBUCION**
28 de junio de 1996
Página 2

Conforme a las disposiciones de la Sección 6.4, Inciso (4), del Reglamento de Personal: Areas Esenciales al Principio del Mérito, de usted no estar de acuerdo con esta acción tendrá derecho a solicitar, por escrito, una vista administrativa informal ante el Comité Revisor que se nombre a esos efectos, el cual pasará juicio sobre las solicitudes que se reciban dentro del término de treinta (30) días calendarios a partir del recibo de esta comunicación.

En dicha vista administrativa informal, usted tendrá derecho a presentar toda prueba testifical y documental correspondiente. El Comité evaluará los planteamientos que se le presenten y me informará las recomendaciones pertinentes. La decisión final, imparcial y basada en la evidencia presentada, se le notificará por escrito.

De usted no estar conforme o satisfecho/a con dicha determinación, podrá apelar a la Junta de Apelaciones del Sistema de Administración de Personal (JASAP), dentro de treinta (30) días a partir de la fecha del recibo de la misma.

La implantación del Plan de Clasificación y Retribución, reafirma nuestro compromiso de mejoramiento económico para todos los empleados del Departamento de la Familia.

*María D. Correa Corcino*

**Ramón Hernández Zayas**
*Secretario Auxiliar de*
*Personal y Recursos Humanos*



San Juan, Puerto Rico    *Puesto # 94-390*

Hon. *Caly Rodríguez-Rivera*
*Secretaria*

10 de octubre de 1996

María D. Correa Corcino
Adm. Des. Socioeconómico
Región de Humacao

## CAMBIO DE STATUS

El recurso humano es la razón de ser de cada organización y el responsable del éxito o fracaso de la misma. Juntos tenemos la tarea y el compromiso de impulsar el crecimiento de nuestro Departamento.

Me place informarle que de conformidad con la Ley 256 del 28 de diciembre de 1995, efectivo al 1ro de julio de 1996, su status de empleado transitorio cambió a regular. Próximamente recibirá el Informe de Cambio (OCAP-15) correspondiente.

Aprovecho la oportunidad para expresarle mi agradecimiento personal por su contribución en el desempeño de sus funciones hacia el logro de una de nuestras más preciadas metas, elevar cada día la excelencia y calidad en el servicio público. Espero continuar contando con su apoyo y dedicación.

CALY RODRIGUEZ-RIVERA
SECRETARIA

*Maria D Correa Corcino*
*1 de noviembre de 1996*

**ADMINISTRACIÓN DE DESARROLLO SOCIOECONOMICO**
**DEPARTAMENTO DE LA FAMILIA**
**OFICINA DE RECURSOS HUMANOS**

**EVALUACION PERIÓDICA DEL EMPLEADO**

ADSEF
ADMINISTRACIÓN DE DESARROLLO
SOCIOECONOMICO DE LA FAMILIA

| | |
|---|---|
| María de los A. Correa Corcino | Auxiliar Sistemas de Oficina II |
| Nombre del Empleado | Puesto que Ocupa |
| | 1 marzo 1996 |
| Seguro Social | Tiempo en Puesto Actual |
| Fajardo | 1 enero 2002 - 30 junio 2002 |
| Oficina - Región o Local | Período de Evaluación |

**1.    ASISTENCIA**

Sí    Asiste con regularidad

Se ausenta :
  X    En algunas ocasiones
____    Con frecuencia
____    Con mucha frecuencia

**2.    PUNTUALIDAD**

Llega tarde :
____    No ha llegado tarde.
  X    Sólo en casos de emergencia
____    Con alguna frecuencia
____    Con marcada frecuencia
____    Habitualmente

**3.    CONFIABILIDAD**

  X    Confiable, ejecuta bien sus
       tareas, sigue instrucciones
       con un mínimo de supervisión.
____    Requiere supervisión constante
       para poder ejecutar sus tareas.

**4.    CONOCIMIENTO DEL
       TRABAJO**

____    Consistentemente demuestra pleno
       conocimiento de su área.
  X    Posee suficiente conocimiento
       sobre su trabajo como para
       desempeñarse satisfactoriamente.

**5.    PRODUCTIVIDAD**

____    Sobrepasa la cantidad esperada
____    Excelente
  X    Satisfactorio
____    Bajo lo normal

**6.    CALIDAD DE TRABAJO**

____    Excelente, con un mínimo de error.
  X    Satisfactorio, con muy pocos errores.
____    Regular, necesita mejorar.

**7.    HABILIDAD PARA APRENDER**

____    Es receptivo a las instrucciones que
       se le ofrecen, aprovecha y ejecuta
       sus deberes rápidamente.
  X    Generalmente es receptivo a las
       instrucciones que se le ofrecen,
       necesita pocas instrucciones.
____    Tiene dificultad en comprender las
       Instrucciones que se le ofrecen.
       Necesita instrucciones específicas y
       detalladas.

**8.    INICIATIVA Y CREATIVIDAD**

____    Excelente, aporta muchas ideas para
       lograr los objetivos.
  X    Satisfactorio
____    Bajo lo normal

**9.   ACTITUD**

| | |
|---|---|
| ___ | Excelente |
| X | Buena |
| ___ | Regular |
| ___ | Deficiente |

**10.   RELACIONES**

**Con sus compañeros**

| | |
|---|---|
| X | Cordiales |
| ___ | Satisfactorias |
| ___ | Deficientes |

**Con su Supervisor:**

| | |
|---|---|
| X | Cordiales y de respeto |
| ___ | Normalmente es cordial y respetuoso |
| ___ | Necesita mejorar |

**11.   COOPERACION**

| | |
|---|---|
| ___ | Consistentemente colabora más allá de lo requerido. |
| X | Colabora siempre que se le solocite. |
| ___ | Rara vez está dispuesto a colaborar. |

**COMENTARIOS ADICIONALES DEL SUPERVISOR INMEDIATO :**

_____

_____

_____

_____

_____

_____

*María V. Stabile*
María V. Stabile
**Firma del Supervisor**

*Maria de los A Correa Cora*
María de los A. Correa Corcino
**Firma del Empleado**

*María V. Stabile*
María V. Stabile
**Firma Director de la Oficina**

17 septiembre 2002
**Fecha**

El Supervisor debe discutir la evaluación en privado con el empleado. Después de discutida, el empleado firmará el original como evidencia de que ha sido notificado de la evaluación y de que la misma ha sido discutida con él. Si el empleado está en desacuerdo, puede usar el espacio para comentarios o usar una hoja aparte :

**COMENTARIOS DEL EMPLEADO :**

_____

_____

_____

_____

_____



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**
ADFAN • ADSEF • ASUME • SECRETARIADO

# ACTUALIZACIÓN DE INFORMACIÓN DE EMPLEADOS DEL SECRETARIADO Y DE LAS ADMINISTRACIONES

## Información General del Empleado

| Nombre | Segundo Nombre | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| Maria | De los Angeles | Correa | Calcina |

| Núm. de Seguro Social | Dirección Postal | | Pueblo | Estado | Código Postal |
|---|---|---|---|---|---|
| | P.O. Box 316 P | | Luquillo | P.R | 00738 |

| Número de Puesto | Clasificación (Incluya el Nivel de su Clasificación) | Género |
|---|---|---|
| | Auxiliar de Sistema de Oficina | [X] Femenino [ ] Masculino |

| Status | Ubicación (Indique según aplique) | |
|---|---|---|
| Irregular / Transitorio / Probatorio (Regular) Confianza | Región: Humacao | Administración: ADSEF |
| Núm. telefónico de trabajo y ext. | Local: Fajardo | Programa: PAN |
| (787) | | Oficina: Fajardo |
| Ext. | Ej: Región: Ponce ; Local: Ponce IV | |

## Información sobre preparación académica del empleado

| Escuela Elemental | Escuela Intermedia | Escuela Superior | Cursos Técnicos |
|---|---|---|---|
| Rosendo Matienzo Cintrón | Rafael N. Coca | Isidro A Sanchez | |
| Nombre de la Escuela | Nombre de la Escuela | Nombre de la Escuela | Nombre de Instituto / Colegio |
| Grado Alcanzado | Grado Alcanzado | Curso General / Vocacional | Título del Curso |
| 6to grado | 9 noveno | Comercial | |
| Fecha | Fecha | Grado Alcanzado | Diploma / Certificado |
| | | Cuarto año | (Si no terminó, indique años de estudio) |
| | | Fecha | Fecha |
| | | 1993 | |

| Grado Asociado | Bachillerato | Maestría | Doctorado |
|---|---|---|---|
| Universidad / Colegio Univ. | Universidad / Colegio Univ. | Universidad / Colegio Univ. | Universidad / Colegio Univ. |
| Nombre | Nombre | Nombre | Nombre |
| Grado Asociado | Bachillerato | Maestría | Doctorado |
| (Indique Programa de Estudio) | (Indique Programa de Estudio) | (Indique Programa de Estudio) | (Indique Programa de Estudio) |
| | Mayor | | |
| Concentración | Minor | Especialización | Especialización |
| (Si no terminó indique créditos obtenidos o años de estudio) | (Si no terminó indique créditos obtenidos o años de estudio) | (Si no terminó indique créditos obtenidos o años de estudio) | (Si no terminó indique créditos obtenidos o años de estudio) |
| Fecha | Fecha | Fecha | Fecha |

## Cursos o Adiestramientos tomados por el empleado (Incluir horas de adiestramiento)

| Cursos | Fecha | Adiestramientos | Fecha |
|---|---|---|---|
| 1 | | Ética Gubernamental | |
| 2 | | Adiestramiento SIDA | |
| 3 | | La entrevista Como instrumento de Tr | |
| 4 | | Programa PASOS | |
| 5 | | Programa PAN Trabaja | |
| 6 | | Ubicación | |

\* Planilla continúa al dorso
\*\* Ver instrucciones al dorso para completar el formulario

Delam-292
3/98

GOBIERNO DE PUERTO RICO
ADMINISTRACION DESARROLLO SOCIOECONOMICO DE LA FAMILIA
DEPARTAMENTO DE LA FAMILIA
Oficina de Recursos Humanos

# DESCRIPICION DE PUESTO

No' escriba en este espacio

| 1. Primer Apellido | Segundo Apellido | Nombre | 2. Sueldo Mensual $1274.00 |
|---|---|---|---|
| CORREA | GORGINO | MARIA D. | |
| 3. Número Seguro Social | | 4. Núm. del Puesto 94-390 | 7. Negociado, División y Sección ADSEF |

5. Título de Clasificación del Puesto
AUXILIAR DE SISTEMA DE OFICINA II

6. Título Funcional del Puesto
Recaudadora Auxiliar

8. Sitio donde trabaja – Dirección
Centro Gubernamental – Fajardo

9. Teléfono o extensión
863-1630

10. Detalle el trabajo que usted realiza en el orden de importancia de las distintas tareas, empezando con la más importante.
Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto. ESTA
ES LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus
deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace.

| TIEMPO | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| 50% | Realizo las tareas del Recaudador Auxiliar en la Oficina local de fajardo; Recibo los pagos de reclamaciones sometidas a los clientes que cometen fraude con algunos de los programas. Deposito el valor recibido en el Banco Popular de P.R. Realizo los informes diarios de los valores recibidos o no recibidos. Realizo los informes mensuales de lo recaudado en el mes en que se realizan los depositos. | |
| 30% | Realizo trabajos a maquinillas tales como: cartas, memorandos, informes de Recaudacion, comprobantes de viajes, comunicaciones, hojas de tramites etc. | |
| 20% | Realizo la tarea de dar las citas de solicitudes de los programs de PAN, Asistencia Economica Food and Sherter y otros, a las personas que vienen a solicitar nuestros servicios. | |

INFORMACION COMPLEMENTARIA A LA DESCRIPCION DE PUESTO PARA CUMPLIR CON LAS DISPOSICIONES DE LA LEY FEDERAL DE AMERICANOS CON IMPEDIMENTOS (ADA)

Favor de marcar el encasillado que más describa la situación presente en su puesto (Marque uno sólo). Esta información será objeto de verificación con el supervisor inmediato.

## CONDICIONES DE TRABAJO

Se refiere a los riesgos a que se enfrenta el empleado al realizar las funciones del puesto que ocupa, así como el grado de exposición distinto al ambiente normal de oficina. Algunas de estas situaciones podrían ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de escaleras o inclinarse, etc.

A. Riesgos en el ambiente de trabajo

- [ ] 1. Ambiente de trabajo normal que no envuelve riesgos físicos ni condiciones peligrosas. Ejs: Secretarias (os), Recepcionistas, Oficinistas de Contabilidad.

- [x] 2. Ambiente de trabajo que envuelve riesgos físicos menores que requieren seguir las precauciones básicas de seguridad. Ejs: Recaudadores, Enfermeras (os).

- [ ] 3. Ambiente de trabajo que envuelve exposición a riesgos serios tales como: heridas, contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones detalladas se seguridad. Ejs. Trabajadores de Imprenta, Plomero, Trabajador de Limpieza Pública, Trabajador de Recogido de Desperdicios Sólidos, Trabajador de Defensa Civil.

- [ ] 4. Ambiente de trabajo que envuelve exposición constante a riesgos o accidentes fatales tales como: caídas de grandes alturas (andamios de construcción, techos de estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que requieren conocer y cumplir las normas de seguridad de la ocupación. (Ejs: Pintores de Edificios, Químicos, Tecnólogos Médicos, Técnicos de Rayos X, Perito Electricista).

B. Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo. Marque un solo encasillado según aplique, tomando en consideración la Parte A de este cuestionario:

- [ ] 1. Exposición normal de oficina.

- [ ] 2. Exposición menor (hasta un 10% de las horas de trabajo).

- [x] 3. Exposición moderada (hasta un 25% de las horas de trabajo).

- [ ] 4. Exposición mayor ( hasta un 50% de las horas de trabajo).

- [ ] 5. Exposición continua (más de un 50% de las horas de trabajo).

C. Esfuerzo Físico

Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del puesto. Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas, suministros y otros. Marque un solo encasillado según aplique:

- [ ] 1. No aplica.

- [x] 2. Esfuerzo físico liviano que requiere el manejo de objetos de peso liviano hasta 5 libras, estar de pie o caminando alguna parte del tiempo.

- [ ] 3. Actividad física moderada que requiere el manejo de objetos de peso promedio hasta 25 libras, estar de pie o caminando por períodos prolongados de tiempo.

- [ ] 4. El trabajo requiere esfuerzo físico fuerte, tales como: alzar, empujar o halar objetos pesados hasta 75 libras.

**D.  Esfuerzo Visual y Mental**

Se refiere al esfuerzo visual y mental al realizar los deberes y responsabilidades del puesto. Ejs:
Operador de Terminal de Computadora, Soldador, Técnico de Servicios Sociales o Ingeniero.
Marque un solo encasillado según aplique:

- [ ]  **1.**  No aplica
- [ ]  **2.**  El esfuerzo que se requiere es menos de una hora diaria.
- [ ]  **3.**  El esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias.
- [x]  **4.**  El esfuerzo que se requiere es constante, sobre seis (6) horas diarias.

**E.  Viajes**

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones
del puesto. Este factor puede aplicar, entre otros, a clases tales como: Investigadores,
Recaudadores, Agente de Compras, Conductores, Técnicos de Personal, Oficial de Relaciones
Públicas.

Circule la situación y frecuencia que mejor describa las salidas oficiales necesarias.

| Situación | 1-5 salidas oficiales por año | 6-15 salidas oficiales por año | Más de 15 salidas oficiales por año |
|---|---|---|---|
| 1. No es requerido | | | |
| 2. Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | 1 | 2 | ③ |
| 3. Salidas oficiales que se extienden más allá del turno normal de trabajo. | 1 | 2 | 3 |
| 4. Salidas oficiales que requieren de 1-3 noches fuera de la casa. | 1 | 2 | 3 |
| 5. Salidas oficiales que requieren más de 3 noches fuera de la casa. | 1 | 2 | 3 |

**CERTIFICACIÓN:  CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES
SON CIERTAS Y EXACTAS.**

_Maria D. Correa Corcino_

MARIA D. CORREA CORCINO

Firma del Empleado

4 de octubre de 2002
Fecha

## INFORMACION DEL SUPERVISOR INMEDIATO

1. La información del empleado es cierta y exacta, con las siguientes excepciones o adiciones (Déle atención especial a los apartado 14, 15 y 16).

_____
_____
_____
_____
_____

2. ¿Cuáles considera usted los deberes más importantes de este puesto?

_____
_____
_____
_____

3. ¿Incluye este puesto:                                   Si afirmativo, por ciento del tiempo.

   a. Mecanografía?          ____ SI  ____ No        ____ %
   b. Taquigrafía?           ____ SI  ____ No        ____ %
   c. Computadora Personal?  ____ SI  ____ No        ____ %
   d. Otro? _____          ____ %

4. Indique los requisitos mínimos que a su juicio debe poseer el aspirante a ocupar este puesto para poder desempeñar los deberes a su satisfacción.

|  | Requisitos Mínimos | Requisitos Especiales |
|---|---|---|
| Preparación Académica |  |  |
| Instrucción especial |  |  |
| Duración y clase de experiencia |  |  |
| Licencias o certificados |  |  |
| Conocimientos, habilidades, requisitos físicos y otros factores especiales. |  |  |

4/Octubre/2002

_____          _____
Fecha                                 Firma del Supervisor Inmediato

## INFORMACION DEL JEFE DE LA AGENCIA

5. La información del empleado y del jefe inmediato es cierta y exacta, con las siguientes excepciones o adiciones.

_____
_____
_____

CERTIFICACION: CERTIFICO QUE HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

_____          _____
Fecha                                 Firma del Jefe de la Agencia
                                      o su Representante Autorizado

3/98

### DEPARTAMENTO DE LA FAMILIA
Oficina de Personal

## DESCRIPCION DEL PUESTO

| | No escriba en este espacio |
|---|---|

| 1. Primer Apellido  Segundo Apellido  Nombre | 2. Sueldo Mensual |
|---|---|
| Correa  Corcino  Maria  D. | $1374.00 |

| 3. Núm. Seguro Social | 4. Núm. del Puesto 94-390 | 7. Negociado, División y Sección ADSEF |
|---|---|---|

| 5. Título de Clasificación del Puesto Auxiliar Sistema de Oficina II | 8. Sitio donde trabaja - Dirección Centro Gubernamental - Fajardo |
|---|---|
| 6. Título Funcional del Puesto Recaudadora Auxiliar | 9. Teléfono y extensión 863-1630 |

10. Detalle el trabajo que usted realiza en el orden de importancia de las distintas tareas, empezando con la más importante. Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto. ESTA ES LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Si este espacio no es suficiente para describir sus deberes, continúe al dorso de la página 5.

| Tiempo | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO | |
|---|---|---|---|
| 50% | Realizo las tareas del Recaudador Auxiliar en | | |
| | la oficina Local de Fajardo; Recibo los pagos | | |
| | de reclamaciones sometidas a los cliente que | | |
| | cometen fraudes con algunos de los programas. | | |
| | Deposito el valor recibido en el Banco Popular | | |
| | de P.R.. Realizo los informes diarios de los | | |
| | valores recibidos o no recibidos. Realizo | | |
| | los informes mensuales de lo recaudado en el mes | | |
| | en que se realizan los depositos,. | | |
| | | | |
| 30% | Realizo la tarea de dar las citas de solici- | | |
| | tudes de los programas de PAN , ASIStencia | | |
| | Economica, Food and Sherter y otros, a las | | |
| | personas que vienen a solicitar nuestros | | |
| | servicios. | | |
| 20% | Realizo trabajos a maquinillas tales como: | | |
| | cartas, memorandos, informes de Recaudacion, | | |
| | comprobantes de viajes, comunicaciones, hojas de tramite etc. | | |

2

| Tiempo | FUNCIONES MARGINALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | Sustituyo a la Oficinista del Programa PAN | |
| | Trabajo en las tareas del programa cuando | |
| | esta se ausenta o está de vacaciones regulares/ | |
| | Sustituyo el area del archivo cuando se me | |
| | solicita. | |
| | | |
| | | |
| | | |
| | | |

11. Si usted supervisa seis o menos empleados, menciona los nombres y los títulos de clasificación de cada uno. Si usted supervisa más de seis, indique el número de empleados con sus títulos de clasificación. Si usted no supervisa a nadie escriba "Ninguno".

| Nombre del Empleado | Título de Clasificación del Puesto | Total de Puestos |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

12. ¿Qué máquinas, equipo o instrumentos usa usted regularmente en su trabajo? Indique el por ciento del tiempo empleado en el manejo de cada uno.

| | | | | |
|---|---|---|---|---|
| maquinilla | 60 % | | | % |
| Maquina de sumar | 20 % | | | % |
| computadora | 20 % | | | % |

13. Indique en qué forma recibe usted instrucciones respecto a su trabajo, marcando el encasillado correspondeinte.

( ) Especificas o detalladas
( ) Generales
(x) Combinación de ambas (generales en algunos casos y especificas en otros)

14. Indique en qué forma lleva a cabo su trabajo: (Puede marcar dos alternativas, si aplica).

( X ) Sigo un plan de trabajo previamente establecido.
( ) Elaboro mi propio plan de trabajo conforme a instrucciones específicas que recibo.
( ) Elaboro mi propio plan de trabajo conforme a instrucciones generales que recibo.
( x ) Tengo facultad para tomar decisiones en los aspectos rutinarios de mi trabajo, pero debe consultar a mi supervisor ante situaciones nuevas o no rutinarias.

15. Indique en qué forma es revisado su trabajo, marcando el encasillado correspondiente. (Puede marcar más de una, si aplican).

( ) A medida que ejecuto el mismo          ( ) Mediante la comprobación de los resultados
( ) Cuando termino cada tarea               ( ) Mediante reuniones con mi supervisor
(X) Mediante el análisis de informes que rindo   ( ) En forma especifica o detallada
( ) Mediante visitas al área de trabajo      ( ) En forma general o superficial

16. Nombre y título del Supervisor Inmediato

Irma Quiñones García- Directora local de fajardo

INFORMACION COMPLEMENTARIA A LA DESCRIPCION DE PUESTO PARA
CUMPLIR CON LAS DISPOSICIONES DE LA LEY FEDERAL DE
AMERICANOS CON IMPEDIMENTOS (ADA)

Favor de marcar el encasillado que más describa la situación presente en su puesto (Marque uno sólo).
Esta información será objeto de verificación con el supervisor inmediato.

CONDICIONES DE TRABAJO

Se refiere a los riesgos a que se enfrenta el empleado al realizar las funciones del puesto que
ocupa, así como el grado de exposición distinto al ambiente normal de oficina. Algunas de estas
situaciones podrían ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de
escaleras e inclinarse, etc.

A.  Riesgos en el ambiente de trabajo

   [ ]   1.   Ambiente de trabajo **normal** que no envuelve riesgos físicos ni condiciones
              peligrosas. Ejs: Secretarias (os), Recepcionistas, Oficinistas de Contabilidad.

   [X]   2.   Ambiente de trabajo que envuelve **riesgos físicos menores** que requieren seguir
              las precauciones básicas de seguridad. Ejs: Recaudadores, Enfermeras (os).

   [ ]   3.   Ambiente de trabajo que envuelve exposición a **riesgos serios** tales como: heridas,
              contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones
              detalladas se seguridad. Ejs. Trabajadores de Imprenta, Plomero, Trabajador de
              Limpieza Pública, Trabajador de Recogido de Desperdicios Sólidos, Trabajador de
              Defensa Civil).

   [ ]   4.   Ambiente de trabajo que envuelve exposición **constante a riesgos o accidentes
              fatales** tales como: caídas de grandes alturas (andamios de construcción, techos de
              estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que
              requieren conocer y cumplir las normas de seguridad de la ocupación. (Ejs:
              Pintores de Edificios, Químicos, Tecnólogos Médicos, Técnicos de Rayos X, Perito
              Electricista).

B.  Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo. Marque un solo
    encasillado según aplique, tomando en consideración la Parte A de este cuestionario:

   [ ]   1.   Exposición **normal** de oficina.

   [ ]   2.   Exposición **menor** (hasta un 10% de las horas de trabajo).

   [X]   3.   Exposición **moderada** (hasta un 25% de las horas de trabajo).

   [ ]   4.   Exposición **mayor** ( hasta un 50% de las horas de trabajo).

   [ ]   5.   Exposición **continua** (más de un 50% de las horas de trabajo).

C.  Esfuerzo Físico

    Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del
    puesto. Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas,
    suministros y otros. Marque un solo encasillado según aplique:

   [ ]   1.   **No aplica**

   [X]   2.   **Esfuerzo físico liviano** que requiere el manejo de objetos de peso liviano hasta 5
              libras, estar de pie o caminando alguna parte del tiempo.

   [ ]   3.   **Actividad física moderada** que requiere el manejo de objetos de peso promedio
              hasta 25 libras, estar de pie o caminando por períodos prolongados de tiempo.

   [ ]   4.   El trabajo requiere **esfuerzo físico fuerte** tales como: alzar, empujar o halar objetos
              pesados hasta 75 libras.

D.   Esfuerzo Visual y Mental

Se refiere al esfuerzo visual y mental al realizar los deberes y responsabilidades del puesto.  Ejs:
Operador de Terminal de Computadora, Soldador, Técnico de Servicios Sociales o Ingeniero.
Marque un solo encasillado según aplique:

☐   1.   No aplica

☐   2.   El esfuerzo que se requiere es menos de una hora diaria.

☐   3.   El esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias.

☒   4.   El esfuerzo que se requiere es constante, sobre seis (6) horas diarias.

E.   Viajes

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones
del puesto.  Este factor puede aplicar, entre otros, a clases tales como: Investigaodres,
Recaudadores, Agente de Compras, Conductores, Técnicos de Personal, Oficial de Relaciones
Públicas.

Circule la situación y frecuencia que mejor describa las salidas oficiales necesarias.

| Situación | Frecuencia | | |
|---|---|---|---|
| | 1-5 salidas oficiales por año | 6-15 salidas oficiales por año | Más de 15 salidas oficiales por año |
| 1.   No es requerido | | | |
| 2.   Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | | | X |
| 3.   Salidas oficiales que se extienden más allá del turno normal de trabajo. | | | |
| 4.   Salidas oficiales que requieren de 1-3 noches fuera de la casa. | | | |
| 5.   Salidas oficiales que requieren más de 3 noches fuera de la casa. | | | |

Certificación: Certifico que las contestaciones precedentes son ciertas y exactas.

_25|6|03_
Fecha

_Maria S. Correa Lacuna_
Firma del Empleado

5

## INFORMACION DEL SUPERVISOR INMEDIATO

1. La información del empleado es cierta y exacta, con las siguientes excepciones o adiciones (Déle atención especial a los apartado 14, 15 y 16).

   La información es cierta y exacta.

2. ¿Cuáles considera usted los deberes más importantes de este puesto?

   Todos los deberes son importantes.

3. ¿Incluye este puesto:                                  Si afirmativo, por ciento del tiempo.

   a. Mecanografía?          x  Sí        ____ No        50    %
   b. Taquigrafía?           ____ Sí      x  No          ____  %
   c. Computadora Personal?  ____ Sí      x  No          ____  %
   d. Otro?                  ____ Sí      x  No          ____  %

4. Indique los requisitos mínimos que a su juicio debe poseer el aspirante a ocupar este puesto para poder desempeñar los deberes a su satisfacción.

| | Requisitos Mínimos | Requisitos Especiales |
|---|---|---|
| Preparación Académica | Cuarto Año Escuela Superior. | |
| Instrucción especial | | |
| Duración y clase de experiencia | | |
| Licencias o certificados | | |
| Conocimientos, habilidades, requisitos físicos y otros factores especiales. | | |

| 30 de junio de 2003 | Irma I. Quiñones García |
|---|---|
| Fecha | Firma del Supervisor Inmediato |

## INFORMACION DEL JEFE DE LA AGENCIA

5. La información del empleado y del jefe inmediato es cierta y exacta, con las siguientes excepciones o adiciones.

**CERTIFICACION:** CERTIFICO QUE HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

| | |
|---|---|
| Fecha | Firma del Jefe de la Agencia o su Representante Autorizado |

DEFAM-315
ENERO/03

## DEPARTAMENTO DE LA FAMILIA

### EVALUACIÓN DE EJECUCIÓN DEL(DE LA) EMPLEADO(A)

EVALUACION

PRELIMINAR [X]

FINAL [ ]

---

NOMBRE DEL(LA) EMPLEADO(A): **María de los A. Correa Corcino**

SEGURO SOCIAL: _____

LUGAR DE TRABAJO, OFICINA: **FAJARDO**

TÍTULO CLASIFICACIÓN: **A.S.O. II**

CICLO DE EVALUACIÓN: DESDE **AGOSTO/05**

HASTA **ENERO/06**

NOMBRE DEL(LA) SUPERVISOR(A): **Irma I. Quiñones García**

NOMBRE DEL(LA) SUPERVISOR(A) PROGRAMÁTICO(A) (SI APLICA): _____

---

### INSTRUCCIONES

- Lea cuidadosamente las definiciones de los factores y criterios en sus cinco (5) niveles de ejecución.

- Utilice los datos recopilados (durante el Ciclo de Evaluación) en la Hoja de Seguimiento, Registro de Incidentes Significativos, Registro de Asistencia y Otros.

- Haga una marca de cotejo (X) por cada factor o criterio (5,4,3,2 ó 1)

- Utilice la columna de comentarios cuando los niveles de ejecución sean: 5, 2 ó 1. (Explique al(la) empleado(a) y mantenga la documentación que evidencia estos niveles.)

- Complete las partes III A y B, IV y V. Discuta la evaluación en su totalidad con el(la) empleado(a).

- Certifique.

- Al lado izquierdo de cada página que no requiera firma, el(la) empleado(a) y su supervisor(a) escribirán sus iniciales.

- Refiérase al Manual del Sistema de Evaluación para mayor información.

- Original Evaluación Final – Expediente de Evaluación del(la) Empleado(a)

- Copia – Empleado(a)

- Copia – Supervisor(a)

DEFAM-315
ENERO/03

Página 2 de 7

## DEPARTAMENTO DE LA FAMILIA

### I. EVALUACIÓN DE EJECUCIÓN DEL(LA) EMPLEADO(A)

Nombre del(la) Empleado(a)   María de los A. Correa

Nombre del (la) Supervisor(a)   Irma I. Quiñones García

EVALUACIÓN   PRELIMINAR [X]

FINAL [ ]

Ciclo de la Evaluación   agosto/05 hasta enero/06

| FACTORES | (5) | (4) | (3) | (2) | (1) |
|---|---|---|---|---|---|
| Calidad: El grado de excelencia, precisión, corrección y exactitud que demuestra el empleado al ejercer sus funciones esenciales. | Consistentemente demuestra llevar a cabo sus tareas con esmero y eficiencia. Su trabajo es confiable y efectivo, sobrepasa el nivel de calidad esperado. Rara vez comete errores. | Frecuentemente demuestra llevar a cabo sus tareas con esmero y eficiencia. Su trabajo es generalmente confiable y efectivo, según el nivel de calidad esperado. Ocasionalmente comete errores. [X] | Generalmente demuestra llevar a cabo sus tareas con esmero y eficiencia. Su trabajo es generalmente confiable y efectivo según el nivel de calidad de esperado. Comete errores. | Ocasionalmente demuestra esmero y eficiencia en la realización de sus tareas. Frecuentemente comete errores. Rinde una labor por debajo del nivel esperado. | Rara vez demuestra esmero en realizar sus tareas, constantemente comete muchos errores y su labor está muy por debajo del nivel esperado. |
| Productividad: Producción de trabajo que el empleado entrega. Cumple con su trabajo dentro de los límites de tiempo o fechas establecidas. | Consistentemente rinde una cantidad de trabajo que excede a lo esperado, y lo entrega antes del tiempo o fecha requerida. | Frecuentemente rinde la cantidad de trabajo requerida y esperada en el tiempo o fecha requerida. [X] | Generalmente rinde la cantidad de trabajo esperado en el tiempo o fecha requerida. | Ocasionalmente la cantidad de trabajo que rinde está por debajo del nivel esperado. Entrega sus trabajos después de las fechas establecidas. | La cantidad de trabajo que rinde está muy por debajo del nivel esperado. Rara vez entrega sus trabajos en las fechas establecidas. |
| Conocimiento del Trabajo: Dominio que demuestra el empleado sobre su conocimiento técnico o profesional, relacionado con las funciones esenciales del puesto. | Consistentemente demuestra un gran dominio y conocimiento técnico y práctico en la ejecución de su trabajo. Orienta y adiestra a otros sirviendo de recurso para la Agencia. | Frecuentemente demuestra dominio y conocimiento técnico y práctico en la ejecución de su trabajo. Orienta y adiestra a otros sirviendo como recurso de la Agencia. [X] | Generalmente demuestra un grado razonable de conocimiento y dominio técnico y práctico en la ejecución de su trabajo. Solicita orientación de ser necesario. | Demuestra poco conocimiento y dominio técnico y práctico en la ejecución de su trabajo. Frecuentemente necesita orientación y adiestramiento. | No demuestra conocimiento del trabajo. No posee dominio técnico ni práctico en la ejecución de su trabajo. Siempre necesita orientación y adiestramiento. |
| Trabajo en Equipo: La contribución activa a la labor en conjunto, que demuestre y la aportación al esfuerzo colectivo de la organización. | Consistentemente fomenta el trabajo en equipo y aporta activamente al esfuerzo colectivo de la organización | Frecuentemente aporta al trabajo en equipo. | Generalmente aporta al trabajo en equipo. [X] | Ocasionalmente aporta al trabajo en equipo. En ocasiones se integra al grupo de trabajo. | Rara vez aporta al trabajo en equipo o se integra al grupo de trabajo. |
| Iniciativa: Hace uso de sus capacidades y las pone al servicio de la Agencia. | Consistentemente utiliza sus capacidades y las pone al servicio de la Agencia. | Frecuentemente utiliza sus capacidades y las pone al servicio de la Agencia. [X] | Generalmente utiliza sus capacidades y las pone al servicio de la Agencia. | Ocasionalmente utiliza sus capacidades para el servicio de la Agencia. | Rara vez o nunca utiliza sus capacidades para el servicio de la Agencia. |

M.C.
Iniciales Empleado

Iniciales Supervisor

I.   Evaluación de Ejecución del Trabajo - Es el desarrollo de las funciones esenciales inherentes al puesto a través del conocimiento, destrezas y habilidades que posee el evaluado para el logro de los planes y objetivos de trabajo establecidos.

DEFAM-315
ENERO/03

Página 3 de 7

## OBSERVACIONES / FACTORES

Nombre del Empleado/a  María de los A. Correa

Ciclo de la Evaluación  agosto/05 hasta enero/06

EVALUACION

PRELIMINAR  ☑

FINAL  ☐

---

**1. Calidad :**

La empleada lleva a cabo su trabajo con esmero y eficiencia, es confiable y efectivo de acuerdo a nivel esperado.

Iniciales
Empleado

---

**2. Productividad :**

Rinde la cantidad de trabajo requerido y esperado en el tiempo establecido.

Iniciales
Supervisor

---

**3. Conocimiento del Trabajo :**

Tiene conocimiento y dominio técnico y práctico en la ejecución de su trabajo.

---

**4. Trabajo en Equipo :**

Aporta al trabajo en equipo.

---

**5. Iniciativa :**

Utiliza sus capacidades y las pone al servicio de la agencia.

DEPARTAM-315
ENERO03

Página 4 de 7

## DEPARTAMENTO DE LA FAMILIA

## II. EVALUACIÓN DE CRITERIOS DEL(LA) EMPLEADO(A)

Nombre del(a)
Empleado(a)        María de los A. Correa

EVALUACION        PRELIMINAR        [x]

Ciclo de la Evaluación        agosto/05 hasta enero/06

FINAL        [ ]

| CRITERIOS | (5) | (4) | (3) | (2) | (1) |
|---|---|---|---|---|---|
| Asistencia: La regularidad y puntualidad con que el(la) empleado(a) cumple con el horario diario de trabajo. | Ausencias Hasta 4 Tardanzas Seis (6) o menos al año. [ ] | Ausencias 5 Hasta 8 Tardanzas 7 a 10 al año. [x] | Ausencias 9 Hasta 10 Tardanzas 11 a 15 al año [ ] ✗ | Ausencias 11 Hasta 13 Tardanzas 16 a 20 al año [ ] | Ausencias 14 ó más Tardanzas 21 o más al año [ ] |
| Confiabilidad: Certeza y Seguridad con que el(la) empleado(a) capta y sigue instrucciones, asume responsabilidades y ejecuta de manera eficiente las tareas asignadas. | Consistentemente ejecuta muy bien sus tareas, asume responsabilidades y sigue instrucciones con un mínimo de supervisión. [ ] | Frecuentemente ejecuta muy bien sus tareas, asume responsabilidades y sigue instrucciones con un mínimo de supervisión. [x] | Generalmente ejecuta muy bien sus tareas, asume responsabilidades y sigue instrucciones con un mínimo de supervisión. [ ] | Frecuentemente requiere supervisión para ejecutar las tareas. Tiene dificultad en seguir instrucciones y en asumir responsabilidades. [ ] | Casi siempre o siempre requiere supervisión para ejecutar las tareas. No sigue instrucciones no asume responsabilidades. [ ] |
| Comportamiento: Manera de conducirse efectivamente a los demás compañeros y compañeras de trabajo, supervisores(as) y usuarios(as) del servicio. | Consistentemente es efectivo en sus relaciones con los demás. Su tacto, discreción y destrezas de comunicación contribuyen significativamente a crear un ambiente de trabajo positivo y saludable. [ ] | Frecuentemente es efectivo en sus relaciones con los demás. Su tacto, discreción y destrezas de comunicación contribuyen a crear un ambiente de trabajo positivo y saludable. [ ] | Generalmente es efectivo en sus relaciones con los demás. Su discreción, tacto y destrezas de comunicación contribuyen a crear un ambiente de trabajo positivo y saludable. [ ] | Ocasionalmente provoca conflictos o problemas en sus relaciones con empleados, supervisores y usuarios de los servicios. [ ] | Con frecuencia provoca conflictos o problemas en sus relaciones con sus supervisores, compañeros de trabajo y usuarios de los servicios. [ ] |
| Cooperación: La actitud y disposición para contribuir a lograr las metas y objetivos del servicio, demostradas en actividades como tiempo extra, interés en adquirir conocimientos para mejorar el trabajo (seminarios) etc. | Consistentemente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. [ ] | Frecuentemente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. [x] | Generalmente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. [ ] | Ocasionalmente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. [ ] | Nunca colabora en actividades relacionadas con el trabajo que requieran más de lo normalmente requerido. [ ] |
| Cumplimiento de Normas: Cumplir con las leyes, Reglamentos, Normas y Procedimientos establecidos en el servicio público. | Consistentemente cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. [ ] | Frecuentemente cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. [x] | Generalmente cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. [ ] | Frecuentemente no cumple con las normas, procedimientos y leyes que rigen los empleados en el servicio público. [ ] | Rara vez cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. [ ] |

Certifico que revisé y discutí con el(la) empleado los Factores y Criterios.

Firma        del(a)        María de los A. Correa
Empleado(a)        María de los A. Correa
Fecha        24 de febrero de 2006

Firma        del(a),
Supervisor(a)        Irma I. Quiñones García
Fecha        24 de febrero de 2006

DEFAM-315
ENERO/03

**OBSERVACIONES / CRITERIOS**

Página 5 de 7

Nombre del Empleado/a   María de los A. Correa

EVALUACION   PRELIMINAR   ☑

Ciclo de la Evaluación   agosto/05 hasta enero/06

FINAL   ☐

**1. Asistencia :**

En el período evaluado de agosto a enero/06 la empleada estubo ausente en cinco (5) ocasiones y llegó tarde en ocho (8) ocaciones.

MC
Iniciales
Empleado

**2. Confiabilidad :**

Ejecuta muy bien su tarea, asume responsabilidad y sigue las instrucciones que se le imparten con un mínimo de supervisión.

Iniciales
Supervisor

**3. Comportamiento :**

Tiene buena relación con los demás compañeros.

**4. Cooperación :**

Colabora en actividades relacionadas con el trabajo.

**5. Cumplimiento de Normas :**

Cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público.

DEFAM-315
ENERO/03

Página 6 de 7

| | |
|---|---|
| Nombre del(la) Empleado(a) | María de los A. Correa |
| Ciclo de la Evaluación | agosto/05 hasta enero/06 |

EVALUACION     PRELIMINAR  ☑

FINAL  ☐

---

**III. A. Resumen (indique N/A cuando no aplica).**

**1. Fortaleza (s)**

La empleada realiza su tarea con un mínimo de supervisión.

**2. Área(s) que requieren mejoramiento o desarrollo:**

Debe mantenerce más tiempo en su área de trabajo.

---

**III. B. Desarrollo – Plan de Acción**

**1. Meta(s) o acción(es) acordada(s) para el próximo período evaluativo:**

a.  Por el(la) Supervisor(a):
Lograr que la empleada continue realizando su tarea en forma satisfactoria como hasta el presente y, se mantenga más tiempo en su área de trabajo.

b.  Por el(la) empleado(a):

**3. Observaciones del(la) Empleado(a) sobre la evaluación:**
N/A

**2. Observaciones del(la) Supervisor(a) sobre la evaluación:**
La empleada domina muy bien sus tareas primarias que son recaudación de valores y el área de citas. Colabora en el área de archivo cuando se le requiere y lo realiza satisfactoriamente.

MC
Iniciales
Emplead

*(firma)*
Iniciales
Supervis

**4. Seguimiento al Plan de Acción(es) realizadas durante el pasado período evaluativo**

a  Por el(la) Supervisor(a):

b  Por el(la) empleado(a):

---

Si el empleado(a) está en desacuerdo con su evaluación final, debe proseguir con el Trámite de Solicitud de Revisión, Parte IX del Manual.

Ejemplos de Plan de Acción: Felicitación frente compañeros(as), cartas al(la) empleado(a) con copia al expediente, aumentos de sueldo por méritos, recomendaciones a premios, mejoras administrativas, adiestramientos en servicios nivel académico, práctico, mediante traslado, rotación, orientación, redistribución del tiempo, mejoras en ambiente físico, revisión de tareas y otras.

DEFAM-315
ENERO/03

Página 7 de 7

Nombre del(la) Empleado(a): María de los A. Correa

Ciclo de la Evaluación: agosto/05 hasta enero/06

EVALUACION

PRELIMINAR [x]

FINAL [ ]

IV.   Resultado Numérico de la Evaluación

| Valores | Escala | Niveles/Resultado | Definición Resultado Obtenido |
|---|---|---|---|
| 5 | 4.5 - 5 | Sobre Promedio | Es el resultado que va más allá en el cumplimiento de sus tareas y responsabilidades. Desarrolla su trabajo con un mínimo de supervisión, luego de recibir orientación e instrucciones. Demuestra iniciativa y creatividad en la solución de problemas. La calidad de su trabajo es excepcional. Es moderador de conducta, aporta ideas y se ha distinguido por contribuir significativamente al logro de los objetivos de la organización. Utiliza su tiempo óptimamente en los asuntos relacionados con su trabajo; por iniciativa dedica tiempo adicional de ser necesario. Su actitud positiva hacia su trabajo sirve de estímulo a sus compañeros. Su asistencia y puntualidad está dentro del estándar establecido para el criterio. |
| 4 | 3.5 - 4.4 | Alto Promedio  x | Es el grado de cumplimiento que supera lo esperado. Sigue instrucciones luego de recibir orientación. Demuestra iniciativa y actividad y su trabajo es bueno. Aporta ideas y contribuye al logro de los objetivos de la organización. Utiliza bien su tiempo en los asuntos relacionados con su trabajo. De ser necesario dedica tiempo adicional al trabajo. Su puntualidad y asistencia están dentro del estándar establecido para el criterio. |
| 3 | 2.6 - 3.4 | Promedio | El grado de cumplimiento de sus tareas y responsabilidades están dentro de lo esperado. Sigue instrucciones luego de ser ampliamente orientado, ocasionalmente demuestra iniciativa y creatividad en la solución de problemas. Sus trabajos son de calidad. Es disciplinado; cuando se le requiere, aporta algunas ideas y ha contribuido satisfactoriamente al logro de los objetivos en la organización. Hace uso razonable de su tiempo en los asuntos relacionados con su trabajo. Su asistencia y puntualidad están dentro del estándar establecido para el criterio. |
| 2 | 1.6 - 2.5 | Bajo Promedio | El grado de cumplimiento de sus tareas y responsabilidades no son consistentes con lo esperado. Necesita orientación constante para seguir las instrucciones impartidas. No demuestra iniciativa y creatividad en la solución de problemas. Sus trabajos no cumplen con los requisitos de calidad esperados. Necesita ser orientado en el cumplimiento de hábito y actitudes. No aporta ideas y su contribución al logro de los objetivos de la organización es mínima. No hace uso adecuado de su tiempo para cumplir con los asuntos relacionados con su trabajo. Su asistencia y puntualidad están por debajo del estándar establecido para el criterio. |
| 1 | 1 - 1.5 | Muy Bajo Promedio | No cumple con sus tareas ni responsabilidades. No sigue las instrucciones ofrecidas. Sus trabajos no cumplen con los requisitos de calidad esperados. No utiliza adecuadamente su tiempo por lo que no cumple con las tareas asignadas. Su asistencia y puntualidad están por debajo del estándar establecido. |

Puntuación total: La suma de la valoración de cada factor y criterio.   39

Factores y Criterios: La cantidad de factores y criterios que se valoran.   10

Promedio aritmético: Se divide la puntuación total del empleado entre la cantidad de factores y criterios que se valoraron.   3.9

V.   Firmas

Certifico que revisé y discutí con el empleado el resultado de esta evaluación.

_María de los A. Correa_
Firma del(la) Empleado(a)

24 de febrero de 2006
Fecha

_Irma I. Quiñones García_
Firma del(la) Supervisor(a) Inmediato

24 de febrero de 2006
Fecha

Firma Supervisor Área Programática
( si aplica )

Fecha

DEFAM-315
ENERO/03

# DEPARTAMENTO DE LA FAMILIA

## EVALUACIÓN DE EJECUCIÓN DEL(DE LA) EMPLEADO(A)

EVALUACION     PRELIMINAR    ☐

               FINAL           ☒

NOMBRE DEL(LA) EMPLEADO(A): _María de los Angeles Correa Conscino_

SEGURO SOCIAL: _XXX-XX-1722_

LUGAR DE TRABAJO, OFICINA: _Fajardo_

TÍTULO CLASIFICACIÓN: _Auxiliar Sistema Oficina II_

CICLO DE EVALUACIÓN: DESDE _julio 2010_

                     HASTA _diciembre 2010_

NOMBRE DEL(LA) SUPERVISOR(A): _Bienvenida Serrano Vega_

NOMBRE DEL(LA) SUPERVISOR(A) PROGRAMÁTICO(A)  (SI APLICA) : _____

## INSTRUCCIONES

- Lea cuidadosamente las definiciones de los factores y criterios en sus cinco (5) niveles de ejecución.

- Utilice los datos recopilados (durante el Ciclo de Evaluación) en la Hoja de Seguimiento, Registro de Incidentes Significativos, Registro de Asistencia y Otros.

- Haga una marca de cotejo (X) por cada factor o criterio (5,4,3,2, ó 1)

- Utilice la columna de comentarios cuando los niveles de ejecución sean: 5, 2 ó 1. (Explique al(la) empleado(a) y mantenga la documentación que evidencia estos niveles.)

- Complete las partes III A y B, IV y V.  Discuta la evaluación en su totalidad con el(la) empleado(a).

- Certifique.

- Al lado izquierdo de cada página que no requiera firma, el(la) empleado(a) y su supervisor(a) escribirán sus iniciales.

- Refiérase al Manual del Sistema de Evaluación para mayor información.

- Original Evaluación Final – Expediente de Evaluación del(la) Empleado(a)

- Copia – Empleado(a)

- Copia – Supervisor(a)

DEFAM-315
ENERO/03

DEPARTAMENTO DE LA FAMILIA

Página 2 de 7

**I. EVALUACIÓN DE EJECUCIÓN DEL(LA) EMPLEADO(A)**

Nombre del(la) Empleado(a)  *María de los Ángeles Crespo Cersino*       EVALUACION       PRELIMINAR ☐

Nombre del (la) Supervisor(a)  *Brunilda Serrano Vega*

Ciclo de la Evaluación  *julio – diciembre 2010*       FINAL ☒

| FACTORES | (5) | (4) | (3) | (2) | (1) |
|---|---|---|---|---|---|
| **Calidad:** El grado de excelencia, precisión, corrección y exactitud que demuestra el empleado al ejercer sus funciones esenciales. | Consistentemente demuestra llevar a cabo sus tareas con esmero y eficiencia. Su trabajo es confiable y efectivo, sobrepasa el nivel de calidad esperado. Rara vez comete errores. ☐ | Frecuentemente demuestra llevar a cabo sus tareas con esmero y eficiencia. Su trabajo es generalmente confiable y efectivo, según el nivel de calidad esperado. Ocasionalmente comete errores. ☒ | Generalmente demuestra llevar a cabo sus tareas con esmero y eficiencia. Su trabajo es generalmente confiable y efectivo según el nivel de calidad de esperado. Comete errores. ☐ | Ocasionalmente demuestra esmero y eficiencia en la realización de sus tareas. Frecuentemente comete errores. Rinde una labor por debajo del nivel esperado. ☐ | Rara vez demuestra esmero en realizar sus tareas, constantemente comete muchos errores y su labor está muy por debajo del nivel esperado. ☐ |
| **Productividad:** Producción de trabajo que el empleado entrega. Cumple con su trabajo dentro de los límites de tiempo o fechas establecidas. | Consistentemente rinde una cantidad de trabajo que excede a lo esperado, y lo entrega antes del tiempo o fecha requerida. ☒ | Frecuentemente rinde la cantidad de trabajo requerida y esperada en el tiempo o fecha requerida. ☐ | Generalmente rinde la cantidad de trabajo esperado en el tiempo o fecha requerida. ☐ | Ocasionalmente la cantidad de trabajo que rinde está por debajo del nivel esperado. Entrega sus trabajos después de las fechas establecidas. ☐ | La cantidad de trabajo que rinde está muy por debajo del nivel esperado. Rara vez entrega sus trabajos en las fechas establecidas. ☐ |
| **Conocimiento del Trabajo:** Dominio que demuestra el empleado sobre su conocimiento técnico o profesional, relacionado con las funciones esenciales del puesto. | Consistentemente demuestra un gran dominio y conocimiento técnico y práctico en la ejecución de su trabajo. Orienta y adiestra a otros sirviendo de recurso para la Agencia. ☐ | Frecuentemente demuestra dominio y conocimiento técnico y práctico en la ejecución de su trabajo. Orienta y adiestra a otros sirviendo como recurso de la Agencia. ☒ | Generalmente demuestra un grado razonable de conocimiento y dominio técnico y práctico en la ejecución de su trabajo. Solicita orientación de ser necesario. ☐ | Demuestra poco conocimiento y dominio técnico y práctico en la ejecución de su trabajo. Frecuentemente necesita orientación y adiestramiento. ☐ | No demuestra conocimiento del trabajo. No posee dominio técnico ni práctico en la ejecución de su trabajo. Siempre necesita orientación y adiestramiento. ☐ |
| **Trabajo en Equipo:** La contribución activa a la labor en conjunto que demuestre y la aportación al esfuerzo colectivo de la organización. | Consistentemente fomenta el trabajo en equipo y aporta activamente al esfuerzo colectivo de la organización ☐ | Frecuentemente aporta al trabajo en equipo. ☒ | Generalmente aporta al trabajo en equipo. ☐ | Ocasionalmente aporta al trabajo en equipo. En ocasiones se integra al grupo de trabajo. ☐ | Rara vez aporta al trabajo en equipo o se integra al grupo de trabajo. ☐ |
| **Iniciativa:** Hace uso de sus capacidades y las pone al servicio de la Agencia. | Consistentemente utiliza sus capacidades y las pone al servicio de la Agencia. ☐ | Frecuentemente utiliza sus capacidades y las pone al servicio de la Agencia. ☒ | Generalmente utiliza sus capacidades y las pone al servicio de la Agencia. ☐ | Ocasionalmente utiliza sus capacidades para el servicio de la Agencia. ☐ | Rara vez o nunca utiliza sus capacidades para el servicio de la Agencia. ☐ |

*(Iniciales Empleado)*
*(Iniciales Supervisor)*

I.      Evaluación de Ejecución del Trabajo - Es el desarrollo de las funciones esenciales inherentes al puesto a través del conocimiento, destrezas y habilidades que posee el evaluado para el logro de los planes y objetivos de trabajo establecidos.

DEFAM-315
ENERO/03

Página 3 de 7

**OBSERVACIONES / FACTORES**

Nombre del Empleado/a: María de los Ángeles Cruz Cerseino

Ciclo de la Evaluación: julio - diciembre 2010

EVALUACION

PRELIMINAR ☐

FINAL ☒

**1. Calidad :**

Demuestra interés por su trabajo. Hace buen uso de su tiempo y sus errores son mínimos. Es muy responsable con su trabajo.

Iniciales Empleado

**2. Productividad :**

Rinde una cantidad de trabajo que es mucho mayor y lo esperado. y lo entrega en la fecha requerida.

Iniciales Supervisor

**3. Conocimiento del Trabajo :**

Demuestra dominio y conocimiento en la reglamentación del programa. Realiza bien por trabajo.

**4. Trabajo en Equipo :**

Aporta ideas y contribuye al trabajo en equipo.

**5. Iniciativa :**

Asume iniciativa para atender las situaciones que se presentan.

DEFAM-315
ENERO/03

Página 4 de 7

DEPARTAMENTO DE LA FAMILIA

II. EVALUACIÓN DE CRITERIOS DEL(LA) EMPLEADO(A)

Nombre del(ia)
Empleado(a)     María de los Angeles Correa Cnsuino

EVALUACION     PRELIMINAR  ☐

Ciclo de la Evaluación   julio – diciembre 2010

FINAL  ☒

| CRITERIOS | (5) | (4) | (3) | (2) | (1) |
|---|---|---|---|---|---|
| **Asistencia:** La regularidad y puntualidad con que el(la) empleado(a) cumple con el horario diario de trabajo. | Ausencias Hasta 4 <br> Tardanzas Seis (6) o menos al año. ☐ | Ausencias 5 Hasta 8 <br> Tardanzas 7 a 10 al año. ☐ | Ausencias 9 Hasta 10 <br> Tardanzas 11 a 15 al año ☒ | Ausencias 11 Hasta 13 <br> Tardanzas 16 a 20 al año ☐ | Ausencias 14 ó más <br> Tardanzas 21 o más al año ☐ |
| **Confiabilidad:** Certeza y Seguridad con que el(la) empleado(a) capta y sigue instrucciones, asume responsabilidades y ejecuta de manera eficiente las tareas asignadas. | Consistentemente ejecuta muy bien sus tareas, asume responsabilidades y sigue instrucciones con un mínimo de supervisión. ☐ | Frecuentemente ejecuta muy bien sus tareas, asume responsabilidades y sigue instrucciones con un mínimo de supervisión. ☒ | Generalmente ejecuta muy bien sus tareas, asume responsabilidades y sigue instrucciones con un mínimo de supervisión. ☐ | Frecuentemente requiere supervisión para ejecutar las tareas. Tiene dificultad en seguir instrucciones y en asumir responsabilidades. ☐ | Casi siempre o siempre requiere supervisión para ejecutar las tareas. No sigue instrucciones no asume responsabilidades. ☐ |
| **Comportamiento:** Manera de conducirse efectivamente a los demás compañeros y compañeras de trabajo, supervisores(as) y usuarios(as) del servicio. | Consistentemente es efectivo en sus relaciones con los demás. Su tacto, discreción y destrezas de comunicación contribuyen significativamente a crear un ambiente de trabajo positivo y saludable. ☒ | Frecuentemente es efectivo en sus relaciones con los demás. Su tacto, discreción y destrezas de comunicación contribuyen a crear un ambiente de trabajo positivo y saludable. ☐ | Generalmente es efectivo en sus relaciones con los demás. Su discreción, tacto y destrezas de comunicación contribuyen a crear un ambiente de trabajo positivo y saludable. ☐ | Ocasionalmente provoca conflictos o problemas en sus relaciones con empleados, supervisores y usuarios de los servicios. ☐ | Con frecuencia provoca conflictos o problemas en sus relaciones con sus supervisores, compañeros de trabajo y usuarios de los servicios. ☐ |
| **Cooperación:** La actitud y disposición para contribuir a lograr las metas y objetivos del servicio, demostradas en actividades como tiempo extra, interés en adquirir conocimientos para mejorar el trabajo (seminarios) etc. | Consistentemente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. ☐ | Frecuentemente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. ☒ | Generalmente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. ☐ | Ocasionalmente colabora en actividades relacionadas con el trabajo que van más allá de lo normalmente requerido. ☐ | Nunca colabora en actividades relacionadas con el trabajo que requieran más de lo normalmente requerido. ☐ |
| **Cumplimiento de Normas:** Cumplir con las leyes, Reglamentos, Normas y Procedimientos establecidos en el servicio público. | Consistentemente cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. ☐ | Frecuentemente cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. ☒ | Generalmente cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. ☐ | Frecuentemente no cumple con las normas, procedimientos y leyes que rigen los empleados en el servicio público. ☐ | Rara vez cumple con las normas, procedimientos y leyes que rigen a los empleados en el servicio público. ☐ |

Certifico que revisé y discutí con el(la) empleado los Factores y Criterios.

Firma   del(a)
Empleado(a)   _hi Correa_
Fecha   _13/6/2011_

Firma   del(la)
Supervisor(a)   _Blancoa Vega_
Fecha   _13/6/11_

DEFAM-315
ENERO/03

Página 5 de 7

**OBSERVACIONES / CRITERIOS**

Nombre del Empleado/a _María de los Ángeles Correa Orsenio_   EVALUACION   PRELIMINAR ☐

Ciclo de la Evaluación _julio – diciembre 2010_   FINAL ☒

**1. Asistencia :**

Asiste regularmente a su empleo. En ocasiones ha llegado tarde por problemas de enfermedad o personales. Sus ausencias son justificadas.

_Inicial_
Iniciales
Empleado

**2. Confiabilidad :**

Realiza bien sus tareas y es responsable con su trabajo. Cuando se le imparte instrucciones los lleva a cabo. Realiza sus tareas con un mínimo de supervisión

_BN_
Iniciales
Supervisor

**3. Comportamiento :**

Mantiene buenas relaciones con sus compañeros de trabajo.

**4. Cooperación :**

Ofrece su colaboración en actividades del trabajo cuando se le requiere

**5. Cumplimiento de Normas :**

Cumple con las normas y procedimientos que rigen a los empleados públicos

DEFAM-315
ENERO/03

Página 6 de 7

**Nombre del(la) Empleado(a)** _María de los Ángeles Cercer Corseño_

**EVALUACION**

**PRELIMINAR** ☐

**Ciclo de la Evaluación** _julio – diciembre 2010_

**FINAL** ☒

---

**III. A. Resumen (indique N/A cuando no aplica).**

**1. Fortaleza (s)**

_El empleado demuestra interés por su trabajo y conocimiento en los programas._

**2. Area(s) que requieren mejoramiento o desarrollo:**

_Disminuir sus tardanzas y ausencias. Aunque son justificados. Situación especial de sus padres._

**III. B. Desarrollo – Plan de Acción**

**1. Meta(s) o acción(es) acordada(s) para el próximo período evaluativo:**

  **a. Por el(la) Supervisor(a):**

_Continuar con su comportamiento y productividad_

  **b. Por el(la) empleado(a):**

_No_

**3. Observaciones del(la) Empleado(a) sobre la evaluación:**

_NO_

**2. Observaciones del(la) Supervisor(a) sobre la evaluación:**

_La empleada realiza bien su trabajo. El cumplimiento de sus tareas está dentro de lo establecido. Se recomienda a la autoridad nominadora recompensa a la empleada con una remuneración económica_

Iniciales Empleado

Iniciales Supervisor

**4. Seguimiento al Plan de Acción(es) realizadas durante el pasado período evaluativo**

  **a. Por el(la) Supervisor(a):**

_n/A_

  **b. Por el(la) empleado(a):**

_n/A_

---

Si el empleado(a) está en desacuerdo con su evaluación final, debe proseguir con el Trámite de Solicitud de Revisión, Parte IX del Manual.

Ejemplos de Plan de Acción: Felicitación frente compañeros(as), cartas al(la) empleado(a) con copia al expediente, aumentos de sueldo por méritos, recomendaciones a premios, mejoras administrativas, adiestramientos en servicios nivel académico, práctico, mediante traslado, rotación, orientación, redistribución del tiempo, mejoras en ambiente físico, revisión de tareas y otras.

DEFAM-315
ENERO/03

Nombre del(la)
Empleado(a)        Maris de los Angeles Conea Corseeño

EVALUACION        PRELIMINAR        ☐

Ciclo de la Evaluación        julio – diciembre 2010

FINAL.        ☒

IV.    Resultado Numérico de la Evaluación

| Valores | Escala | Niveles/Resultado | Definición Resultado Obtenido |
|---|---|---|---|
| 5 | 4.5 - 5 | Sobre Promedio | Es el resultado que va más allá en el cumplimiento de sus tareas y responsabilidades.  Desarrolla su trabajo con un mínimo de supervisión, luego de recibir orientación e instrucciones.  Demuestra iniciativa y creatividad en la solución de problemas.  La calidad de su trabajo es excepcional.  Es moderador de conducta, aporta ideas y se ha distinguido por contribuir significativamente al logro de los objetivos de la organización.  Utiliza su tiempo óptimamente en los asuntos relacionados con su trabajo; por iniciativa dedica tiempo adicional de ser necesario.  Su actitud positiva hacia su trabajo sirve de estímulo a sus compañeros.  Su asistencia y puntualidad está dentro del estándar establecido para el criterio. |
| 4 | 3.5 – 4.4 | Alto Promedio | Es el grado de cumplimiento que supera lo esperado.  Sigue instrucciones luego de recibir orientación.  Aporta iniciativa y actividad y su trabajo es bueno.  Aporta ideas y contribuye al logro de los objetivos de la organización.  Utiliza bien su tiempo en los asuntos relacionados con su trabajo.  De ser necesario dedica tiempo adicional al trabajo.  Su puntualidad y asistencia están dentro del estándar establecido para el criterio. |
| 3 | 2.6 - 3.4 | Promedio | El grado de cumplimiento de sus tareas y responsabilidades están dentro de lo esperado. Sigue instrucciones luego de ser ampliamente orientado, ocasionalmente demuestra iniciativa y creatividad en la solución de problemas.  Sus trabajos son de calidad.  Es disciplinado; cuando se le requiere, aporta algunas ideas y ha contribuido satisfactoriamente al logro de los objetivos en la organización.  Hace uso razonable de su tiempo en los asuntos relacionados con su trabajo. Su asistencia y puntualidad están dentro del estándar establecido para el criterio. |
| 2 | 1.6 - 2.5 | Bajo Promedio | El grado de cumplimiento de sus tareas y responsabilidades no son consistentes con lo esperado.  Necesita orientación constante para seguir las instrucciones impartidas.  No demuestra iniciativa y creatividad en la solución de problemas.  Sus trabajos no cumplen con los requisitos de calidad esperados.  Necesita ser orientado en el cumplimiento de hábito y actitudes.  No aporta ideas y su contribución al logro de los objetivos de la organización es mínima.  No hace uso adecuado de su tiempo para cumplir con los asuntos relacionados con su trabajo.  Su asistencia y puntualidad están por debajo del estándar establecido para el criterio. |
| 1 | 1 - 1.5 | Muy Bajo Promedio | No cumple con sus tareas ni responsabilidades.  No sigue las instrucciones ofrecidas.  Sus trabajos no cumplen con los requisitos de calidad esperados.  No utiliza adecuadamente su tiempo por lo que no cumple con las tareas asignadas.  Su asistencia y puntualidad están por debajo del estándar establecido. |

Puntuación total:  La suma de la valoración de cada factor y criterio.        41

Factores y Criterios: La cantidad de factores y criterios que se valoran.        10

Promedio aritmético: Se divide la puntuación total del empleado entre la cantidad de factores y criterios que se valoraron.    4.10

V.    Firmas

Certifico que revisé y discutí con el empleado el resultado de esta evaluación.

_____        13 de febrero 2011        _____        13/6/11
Firma del(la) Empleado(a)        Fecha        Firma del(la) Supervisor(a) Inmediato        Fecha

_____        _____
Firma Supervisor Área Programática        Fecha
( si aplica )



**ADMINISTRACION DE DESARROLLO SOCIO ECONOMICO DE LA FAMILIA (ADSEF)**
**DEPARTAMENTO DE LA FAMILIA – CENTRO DE SERVICIOS INTEGRADOS**
**CALLE VICTORIA, ESQUINA DR. LOPEZ**
**CENTRO GUBERNAMENTAL DE FAJARDO - PRIMER PISO**
**APARTADO 924 – FAJARDO, P. R.  00738**

21 de marzo de 2011

Sra. María De Los A. Correa Corcino
ASO II
Departamento de la Familia
Oficina Local – Fajardo, P. R.

Estimada señora Correa:

Reciba mi reconocimiento, admiración y agradecimiento por la encomiable labor durante la OE-2009-001, Orden Ejecutiva del Gobernador del Estado Libre Asociado de Puerto Rico para decretar un Estado de Emergencia Fiscal 2009-2011 e implantar Medidas Iniciales de Control Fiscal y Reconstrucción Económica, por el Hon. Luis G. Fortuño, Gobernador de Puerto Rico.

Una vez más queda evidenciado el trabajo en equipo, la comunicación y coordinación efectiva para enfrentar situaciones de emergencia.

Gracias a tu labor, compromiso, disposición, iniciativa y cooperación se logró el éxito de nuestra responsabilidad como agencia gubernamental y el logro de los objetivos trazados.

Me honra y me satisface el contar con un equipo de trabajo de la calidad y excelencia que distingue la Oficina de Fajardo.

Te exhorto a que continuemos juntos laborando con la excelencia, calidad y prontitud que nos distingue.

Muy agradecida,

Sra. Brunilda Serrano Vega
Directora Local
M.Rodríguez

DEFAM-10
Rev. 05/03

UNIDAD APROPIADA
☐ A
☒ B
☐ Excluido

**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE LA FAMILIA**
**Oficina de Recursos Humanos**

Número de Control asignado por la División de
Clasificación y Retribución, de ser necesario.

☐ Secretariado
☒ Administración   **ADSEF**

No
escriba
en este
espacio

## DESCRIPCION DEL PUESTO
(Instrucciones al dorso de la página 5)

| 1. Primer Apellido   Segundo Apellido   Nombre | 2. Sueldo Mensual |
|---|---|
| **CORREA**        **Corcino**      **MARIA D.** | **$2,024.00** |

| 3. Núm. Seguro Social | 4. Núm. del Puesto | 7. Programa, Oficina, División o Sección |
|---|---|---|
| | **94-390** | **ADSEF** |

| 5. Título de Clasificación del Puesto | 8. Lugar donde trabaja – Dirección postal o física |
|---|---|
| **AUXILIAR DE SISTEMA DE OFICINA II** | **DEPARTAMENTO DE LA FAMILIA - P.O. BOX 924 FAJARDO P.R. 00738** |

| 6. Título Funcional del Puesto | 9. Teléfono y extensión |
|---|---|
| **RECAUDADORA AUXILIAR** | **863-1630 O 863-0700** |

10. Detalle el trabajo que realiza en el orden de importancia de las distintas tareas, emplece con la más importante. Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto. ESTA ES LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Si este espacio no es suficiente para describir sus deberes, puede continuar al dorso de la página 5.

msℓ
Iniciales
del(de la)
Supervisor(a)

UCC
Iniciales
del(de la)
Empleado(a)

| Tiempo | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | COMO AUXILIAR DE SISTEMA DE OFICINA II DE LA ADMINISTRACION DE DESARROLLO SOCIO ECONOMICO REALIZO LAS SIGUIENTES FUNCIONES: | |
| | TRABAJOS A COMPUTADORA TALES COMO: CARTAS, HOJAS DE TRAMITES, COMPROBANTES DE GASTOS DE VIAJES, MEMORANDOS, ETC. REALIZO LOS SIGUIENTES INFORMES: INFORME DE SUBSIDIO DE CRISIS DE ENERGIA , IINFORMES DE CUADRE DE COMPRAS DE ALIMENTOS DE EMERGENCIA, INFORME DE SOLICITUDES DIARIAS (ADSEF 121) | |
| | CON FRECUENCIA SUSTITUYO EN LAS SIGUIENTES AREAS: AREA DE RECEPCION, ARCHIVO, CUADRO TELEFONICO, CORRESPONDENCIA RECIBIDA Y ENVIADA. DIARIAMENTE VISITO LA OFICINA POSTAL PARA RECOGER LA CORRESPONDENCIA QUE LLEGA POR CORREO. | |
| | EN ADICION A LO ANTERIOR ESTOY NOMBRADA COMO RECAUDADORA AUXILIAR EN PROPIEDAD Y REALIZO TODAS LAS TAREAS DE ESTE PUESTO QUE INCLUYEN DEPOSITOS EN EL BANCO POPULAR. PREPARO DIARIAMENTE INFORMES DE DEPOSITOS REALIZADOS DE RECAUDACION ASI COMO INFORMES MENSUALES, ASI COMO TAMBIEN OTROS INFORMES QUE ME SEAN REQUERIDOS. | |
| | ASISTO A REUNIONES , TALLERES PROFESIONALES QUE ME SEA REQUERIDOS | |
| | REALIZAR OTRAS TAREAS A FINES CON MI PUESTO. | |

Período de Retención: Original- Expediente
Seis (6) años luego que el(la) empleado(a) se desvincula del servicio
Copia- Empleado(a)

| Tiempo | FUNCIONES MARGINALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | ENCARGADA DE COORDINAR LA SEGURIDAD DE MATERIALES Y EQUIIPO DE LA OFICINA CUANDO SE ANUNCIA UN DESASTRE NATURAL QUE VAYA AFECTAR LA ISLA.<br><br>REALIZO CENSO CUANDO OCURRE ALGUN DESASTRE NATURAL. | |

11. Si supervisa seis o menos empleados, mencione los nombres y los títulos de clasificación de cada uno. Si supervisa más de seis, indique el número de empleados con los títulos de clasificación. Si no supervisa a nadie, escriba "Ninguno".

| Nombre del(de la) Empleado(a) | Título de Clasificación del Puesto | Total de Puestos |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

12. Indique máquinas, equipo o instrumentos que regularmente utiliza en su trabajo. Indique el por ciento del tiempo utilizado en el manejo de cada uno.

| | | | | | |
|---|---|---|---|---|---|
| COMPUTADORA | 80 | % | CUADRO TELEFONICO | 10 | % |
| FOTOCOPIADORA | 5 | % | | | % |
| MAQUINA DE SUMAR | 5 | % | | | % |

13. Indique con marca de cotejo en qué forma recibe usted instrucciones respecto a su trabajo.

( ) Específicas o detalladas
( ) Generales
( X ) Combinación de ambas (generales en algunos casos y específicas en otros)

14. Indique con marca de cotejo en qué forma lleva a cabo su trabajo: Marque dos alternativas, si aplica.

( X ) Sigo un plan de trabajo previamente establecido.
( ) Elaboro mi propio plan de trabajo conforme a instrucciones específicas que recibo.
( ) Elaboro mi propio plan de trabajo conforme a instrucciones generales que recibo.
( X ) Tengo facultad para tomar decisiones en los aspectos rutinarios de mi trabajo, pero tengo que consultar con mi Supervisor(a) ante situaciones nuevas o no rutinarias.

15. Indique con marca de cotejo en qué forma es revisado su trabajo. Marque más de una, si aplica.

( ) A medida que ejecuto el mismo          ( ) Mediante la comprobación de los resultados

( ) Cuando termino cada tarea          ( ) Mediante reuniones con mi supervisor

( X ) Mediante el análisis de informes que rindo   ( ) En forma específica o detallada

( ) Mediante visitas al área de trabajo          ( X ) En forma general o superficial

16. Nombre y título del(de la) Supervisor(a) Inmediato(a)

**MINERVA SANTIAGO ROBES- DIRECTORA LOCAL INTERINA**

3.

## INFORMACION COMPLEMENTARIA A LA DESCRIPCION DE PUESTO PARA CUMPLIR CON LAS DISPOSICIONES DE LA LEY FEDERAL DE AMERICANOS CON IMPEDIMENTOS (ADA)

Marque un solo encasillado que más describa la situación presente en su puesto. Esta información la completa el(la) Supervisor(a) inmediato(a).

## CONDICIONES DE TRABAJO

Se refiere a los riesgos a que se enfrenta el(la) empleado(a) al realizar las funciones del puesto que ocupa, así como el grado de exposición distinto al ambiente normal de oficina. Algunas de estas situaciones pueden ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de escaleras e inclinarse, etc.

A. Riesgos en el ambiente de trabajo

1. [ ] Ambiente de trabajo **normal** que no envuelve riesgos físicos ni condiciones peligrosas. Ej.: Adm. de Sistemas de Oficina, Recepcionistas, Auxiliar de Contabilidad, Auxiliar de Oficina.

2. [X] Ambiente de trabajo que envuelve **riesgos físicos menores** que requieren seguir las precauciones básicas de seguridad. Ej.: Recaudador, Enfermera.

3. [ ] Ambiente de trabajo que envuelve **exposición a riesgos** serios tales como: heridas, contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones detalladas de seguridad. Ej.: Trabajador de Conservación, Plomero, Conserje, Carpintero.

4. [ ] Ambiente de trabajo que envuelve **exposición constante a riesgos o accidentes fatales** tales como: caídas de grandes alturas (andamios de construcción, techos de estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que requieren conocer y cumplir las normas de seguridad de la ocupación. Ej.: Trabajador de Conservación, Perito Electricista.

B. Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo. Marque un solo encasillado según aplique, tome en consideración la Parte A, de este cuestionario:

1. [ ] Exposición **normal de oficina**.

2. [ ] Exposición **menor** (hasta un 10% de las horas de trabajo).

3. [X] Exposición **moderada** (hasta un 25% de las horas de trabajo).

4. [ ] Exposición **mayor** ( hasta un 50% de las horas de trabajo).

5. [ ] Exposición **continua** (más de un 50% de las horas de trabajo).

C. Esfuerzo Físico

Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del puesto. Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas, suministros y otros. **Marque un solo encasillado, según aplique:**

1. [ ] No aplica

2. [ ] **Esfuerzo físico liviano** que requiere el manejo de objetos de peso liviano hasta 5 libras, estar de pie o caminar alguna parte del tiempo.

3. [X] **Actividad física moderada** que requiere el manejo de objetos de peso promedio hasta 25 libras, estar de pie o caminar por periodos prolongados de tiempo.

4. [ ] El trabajo requiere **esfuerzo físico fuerte** tales como: alzar, empujar o halar objetos pesados hasta 75 libra

Iniciales
del(de la)
Supervisor(a)

Iniciales
del(de la)
Empleado(a)

4

**D. Esfuerzo Visual y Mental**

Se refiere al esfuerzo visual y mental al realizar los deberes y responsabilidades del puesto. Ej.: Operador de Terminal de Computadora, Técnico de Asistencia Social o Familiar, Técnico de Servicios a la Familia, Trabajador(a) Social u otros. **Marque un solo encasillado, según aplique:**

| | | |
|---|---|---|
| ☐ | 1. | No aplica |
| ☐ | 2. | El esfuerzo que se requiere es menos de una hora diaria. |
| ☐ | 3. | El esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias. |
| ☒ | 4. | El esfuerzo que se requiere es constante, sobre seis (6) horas diarias. |

**E. Viajes**

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones del puesto. Este factor puede aplicar, entre otros, a clases tales como: Investigadores, Recaudadores, Agente Comprador, Conductor, Analista de Recursos Humanos, Oficial de Recursos Humanos, Oficial de Relaciones Públicas, y otros.

**Indique la situación y frecuencia que mejor describa las salidas oficiales durante el año natural.**

| Situación | Frecuencia | | |
|---|---|---|---|
| | 1-5 Salidas Oficiales | 6-15 Salidas Oficiales | Más de 15 Salidas Oficiales |
| 1. No es requerido | | | |
| 2. Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | | | X |
| 3. Salidas oficiales que se extienden más allá del turno normal de trabajo. | X | | |
| 4. Salidas oficiales que requieren de 1-3 noches fuera de la casa. | | | |
| 5. Salidas oficiales que requieren más de 3 noches fuera de la casa. | | | |

MSC
Iniciales
del(de la)
Supervisor(a)

**CERTIFICACIÓN:** CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

Maria D. Correa Corcino

__22 DE OCTUBRE DE 2013__          __MARIA D. CORREA CORCINO__
Fecha                                    Firma del(de la) Empleado(a)

## INFORMACION DEL(DE LA) SUPERVISOR(A) INMEDIATO(A)

1.  La información del(de la) empleado(a) es cierta y exacta, con las siguientes excepciones o adiciones. (Dar atención especial a los apartados 14, 15 y 16).

2.  ¿Cuáles considera usted son los deberes más importantes de este puesto?

    Como Recaudadora y la preparación de informes aunque todas son importantes

3.  ¿Incluye este puesto:                           Si es afirmativo, indique el por ciento de tiempo.

    a.  Mecanografía?                 ___ SI    _X_ No    ___ %
    b.  Escritura Rápida?             ___ SI    ___ No    ___ %
    c.  Computadora?                  _X_ SI    ___ No    80 %
    d.  Otro?  MAQUINA DE SUMAR- FOTOCOPIADORA, TELEFONO    20 %

4.  Indique los requisitos mínimos que a su juicio debe poseer el aspirante a ocupar este puesto para poder desempeñar los deberes a su satisfacción.

| | Requisitos Mínimos | Requisitos Especiales |
|---|---|---|
| Preparación Académica | CUARTO AÑO ESCUELA SUPERIOR (CURSO COMERCIAL). | |
| Instrucción especial | | |
| Duración y clase de experiencia | | |
| Conocimientos, habilidades y destrezas y otros requisitos especiales. | [CURSO COMERCIAL ] DOS AÑO UNIVERSIDAD | |

_Minerva Santiago Robles_

22 DE OCTUBRE DE 2013                    Minerva Santiago Robles
Fecha                                   Firma del(de la) Supervisor(a) Inmediato(a)

### INFORMACION DE LA AUTORIDAD NOMINADORA

5.  La información del(de la) empleado(a) y del(de la) Supervisor(a) Inmediato(a) es cierta y exacta, con las siguientes excepciones o adiciones.

CERTIFICACION: CERTIFICO QUE HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

_____                         _____
Fecha                                   Firma del(de la) Autoridad Nominadora
                                        o Representante Autorizado

_Mcc_
Iniciales
del(de la)
Empleado(a)

Anejo Página 1-A

| 1. Primer Apellido    Segundo Apellido    Nombre | | 2. Sueldo Mensual |
|---|---|---|
| 3. Núm. Seguro Social | 4. Núm. del Puesto | 7. Programa, Oficina, División o Sección |
| 5. Título de Clasificación del Puesto | 8. Lugar donde trabaja – Dirección postal o física | |
| 6. Título Funcional del Puesto | 9. Teléfono y extensión | |

| Tiempo | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
|  |  |  |