Maria Cerra Concen
PO Box 2272
Fajardo P.R 00738

CERTIFIED MAIL
7018 2290 0001 5945 9790




U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
JAN 14, 20
AMOUNT
$8.50
R2305K135201-17

Clerk Office
United States District Court
150 ave Carlos Chardon
San Juan, P.R 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 3:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR