# Radicacion de replica (Objecion)

## PROMESA TITULO III No.17 03283

Numero de reclamacion:

RECEIVED & FILED
2020 JAN 15 PM 3:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Maritza Maldonado Jordan

Direccion Postal: P.O. Box 965 Comzal PR 00783

Direccion Residencial: Urb. Riberas de Unibon C/2 B-45 Morovis PR

Num. de contacto:

Tel.

Cel. (787) 359-2229

Correo electronico: font2068@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

(Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 de enero de 2020

Por este medio certifico haber solicitado certificación de empleo necesaria para someter la Radicación de Réplica (Objeción) de la Demanda de PromesaTituo III. Tan pronto me sea posible será debidamente entregada.

Gracias,

Maritza Maldonado Fontánez