Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).



Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### MARITZA MALDONADO FONTANEZ (477223)

| | |
|---|---|
| Agencia: | **ADMINISTRACION DE FAMILIAS Y NIÑOS** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **31-JUL-1996** |
| Años en Servicio: | **21** |
| Sueldo Bruto: | **$2,293.00** |
| Sueldo Neto: | **$1,200.08** |
| Balance Aportaciones*: | **$47,675.10** |
| Aportaciones Ley 106 **: | **$5,772.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

✓ Certificados de Deuda de préstamos
✓ Certificados de Préstamo Hipotecario
✓ Certificado de deuda para Ética Gubernamental
✓ Certificado de Balance de Cancelación de préstamo.

**Solicitudes en Línea**

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940





## GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

MARITZA MALDONADO FONTANEZ
P O BOX 965
COROZAL, PR 00783

Seguro Social: XXX-XX-7757

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 20 de septiembre de 1968         **Género: Femenino**
**Fecha de Ingreso al Servicio Público:** 31 de julio de 1996
**Fecha de Comienzo de Cotización:** 31 de julio de 1996

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 17.00 |
| Aportaciones: | $29,260.70 |
| Intereses: | $6,508.74 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $35,817.93 |
| SNC Pagado: | $48.49 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $10,971.40 |
| Intereses: | $885.77 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $11,857.17 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARITZA MALDONADO FONTANEZ**  Seguro Social: XXX-XX-7757
P O BOX 965
COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $47,626.61 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446351952

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5398380<br>Fecha Aviso: 12/30/2019 |
|---|---|---|
| MARITZA MALDONADO FONTANEZ<br>PO BOX 965<br>COROZAL, PR 00783<br>SS: | # Empleado: 584837757<br>Dept: 123510-Corozal<br>Lugar: Bayamon<br>Titulo: Tecnico Serv. a la Familia II<br>Sueldo: $2,293.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married claiming 1/2<br>Concesiones: 0  2 + 5<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,146.50 | 1,957.50 | 27,516.00 | |
| Diferencial Temporero | | 0.00 | | 2,076.00 | |
| Bono de Navidad | | 0.00 | | 600.00 | |
| Bonificaciones | | 0.00 | | 600.00 | |
| Total: | | 1,146.50 | 1,957.50 | 30,792.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.62 | 446.48 |
| Fed OASDI/Disability - EE | 71.08 | 1,909.10 |
| PR Withholding | 11.36 | 460.08 |
| Total: | 99.06 | 2,815.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 97.45 | 2,338.80 |
| Total: | 97.45 | 2,338.80 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.87 | 68.88 |
| AE-Asoc Emp ELA-Prest Regular | 205.27 | 4,926.48 |
| CO-COOP LA SAG FAMILIA | 10.00 | 240.00 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-AMER FAM LIFE ASS CO | 13.85 | 332.40 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 1,334.64 |
| AE-Seguro por Muerte Asoc ELA | 9.16 | 219.84 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 26.16 |
| OS-SERV PUBLICOS 009 B | 17.20 | 412.80 |
| Ahorros-AEELA | 34.40 | 825.60 |
| Total: | 349.95 | 8,398.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 177.00 | 1,593.00 |
| FSED Disability Plan | 38.41 | 1,031.64 |
| SM-Plan Medico ASES | 0.00 | 540.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,146.50 | 0.00 | 99.06 | 447.40 | 600.04 |
| Acumulado: | 30,792.00 | 0.00 | 2,815.66 | 10,737.60 | 17,238.74 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5398380 | 600.04 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 600.04 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos  
P.O. BOX 194090  
San Juan, PR 00919-4090

Fecha  
12/30/2019

Aviso No.  
5398380

Cant. Deposito: $600.04

A la  
Cuenta(s) De

MARITZA MALDONADO FONTANEZ  
PO BOX 965  
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 600.04 |
| Total: | | 600.04 |

## NO-NEGOCIABLE

| Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/16/2019<br>12/31/2019 | Aviso #:<br>Fecha Aviso: | 5398381<br>12/30/2019 |
|---|---|---|---|---|---|
| MARITZA MALDONADO FONTANEZ<br>PO BOX 965<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 584837757<br>123510-Corozal<br>Bayamon<br>Tecnico Serv. a la Familia II<br>$2,293.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>0 | PR<br>Married claiming 1/2<br>2 + 5 |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Diferencial Temporero | | | 86.50 | | 2,076.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,957.50 | 27,516.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 86.50 | 1,957.50 | 30,792.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 1.25 | 446.48 |
| Fed OASDI/Disability - EE | 5.36 | 1,909.10 |
| PR Withholding | 6.06 | 460.08 |
| Total: | 12.67 | 2,815.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 2,338.80 |
| Total: | 0.00 | 2,338.80 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 68.88 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 4,926.48 |
| CO-COOP LA SAG FAMILIA | 0.00 | 240.00 |
| DM-FONDOS UNIDOS | 0.00 | 12.00 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 332.40 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 1,334.64 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 219.84 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 26.16 |
| OS-SERV PUBLICOS 009 B | 0.00 | 412.80 |
| Ahorros-AEELA | 0.00 | 825.60 |
| Total: | 0.00 | 8,398.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 2.90 | 1,031.64 |
| SM-Plan Medico ASES | 0.00 | 540.00 |
| SM-First Medical Health Plan | 0.00 | 1,593.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 86.50 | 0.00 | 12.67 | 0.00 | 73.83 |
| Acumulado: | 30,792.00 | 0.00 | 2,815.66 | 10,737.60 | 17,238.74 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5398381 | 73.83 |
|---|---|
| Total: | 73.83 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/30/2019

Aviso No.
5398381

Cant. Deposito: $73.83

A la
Cuenta(s) De

MARITZA MALDONADO FONTANEZ
PO BOX 965
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 73.83 |
| Total: | | 73.83 |

## NO-NEGOCIABLE

| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5661866<br>Fecha Aviso: 01/15/2020 |
| MARITZA MALDONADO FONTANEZ<br>PO BOX 965<br>COROZAL, PR 00783<br>SS: | # Empleado: 584837757<br>Dept: 123510-Corozal<br>Lugar: Bayamon<br>Titulo: Tecnico Serv. a la Familia II<br>Sueldo: $2,893.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married claiming 1/2<br>Concesiones: 0   2 + 5<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,446.50 | 82.50 | 1,446.50 |
| Diferencial Temporero | | | 0.00 | | 86.50 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| Total: | | | 1,446.50 | 82.50 | 1,833.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.97 | 26.58 |
| Fed OASDI/Disability - EE | 89.68 | 113.65 |
| PR Withholding | 36.56 | 61.84 |
| Total: | 147.21 | 202.07 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 122.95 | 148.45 |
| Total: | 122.95 | 148.45 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.87 | 2.87 |
| AE-Asoc Emp ELA-Prest Regular | 205.27 | 205.27 |
| CO-COOP LA SAG FAMILIA | 10.00 | 10.00 |
| DM-FONDOS UNIDOS | 0.50 | 0.50 |
| SC-AMER FAM LIFE ASS CO | 13.85 | 13.85 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 55.61 |
| AE-Seguro por Muerte Asoc ELA | 9.16 | 9.16 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 1.09 |
| OS-SERV PUBLICOS 009 B | 19.05 | 19.05 |
| Ahorros-AEELA | 43.40 | 52.40 |
| Total: | 360.80 | 369.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 48.46 | 61.41 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,446.50 | 0.00 | 147.21 | 483.75 | 815.54 |
| Acumulado: | 1,833.00 | 0.00 | 202.07 | 518.25 | 1,112.68 |

### Vacacion / Enfermedad / Tiempo Comp.

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Descripcion | |
|---|---|
| Aviso #5661866 | 815.54 |
| Total: | 815.54 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
01/15/2020

Aviso No.
5661866

Cant. Deposito: $815.54

A la
Cuenta(s) De

MARITZA MALDONADO FONTANEZ
PO BOX 965
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 815.54 |
| Total: | | 815.54 |

## NO-NEGOCIABLE

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | Aviso #:<br>Fecha Aviso: | 5661867<br>01/15/2020 |
|---|---|---|---|---|---|
| MARITZA MALDONADO FONTANEZ<br>PO BOX 965<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 584837757<br>123510-Corozal<br>Bayamon<br>Tecnico Serv. a la Familia II<br>$2,893.00 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Married claiming 1/2<br>0   2 + 5 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 86.50 | | 86.50 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| Pago de Salarios Regulares | | | 0.00 | 82.50 | 1,446.50 |
| Total: | | | 86.50 | 82.50 | 1,833.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 1.26 | 26.58 |
| Fed OASDI/Disability - EE | 5.37 | 113.65 |
| PR Withholding | 6.06 | 61.84 |
| Total: | 12.69 | 202.07 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 148.45 |
| Total: | 0.00 | 148.45 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 2.87 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 205.27 |
| CO-COOP LA SAG FAMILIA | 0.00 | 10.00 |
| DM-FONDOS UNIDOS | 0.00 | 0.50 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 13.85 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 55.61 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 9.16 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 |
| OS-SERV PUBLICOS 009 B | 0.00 | 19.05 |
| Ahorros-AEELA | 0.00 | 52.40 |
| Total: | 0.00 | 369.80 |

\* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 2.90 | 61.41 |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 86.50 | 0.00 | 12.69 | 0.00 | 73.81 |
| Acumulado: | 1,833.00 | 0.00 | 202.07 | 518.25 | 1,112.68 |

### Vacacion / Enfermedad / Tiempo Comp.

| | Horas | | Horas | | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5661867 | 73.81 |
| Total: | 73.81 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
01/15/2020

Aviso No.
5661867

Cant. Deposito: $73.81

A la
Cuenta(s) De

MARITZA MALDONADO FONTANEZ
PO BOX 965
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 73.81 |
| Total: | | 73.81 |

## NO-NEGOCIABLE

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | | Aviso #:<br>Fecha Aviso: | 5661868<br>01/15/2020 |
|---|---|---|---|---|---|---|
| MARITZA MALDONADO FONTANEZ<br>PO BOX 965<br>COROZAL, PR 00783<br>SS: | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 584837757<br>123510-Corozal<br>Bayamon<br>Tecnico Serv. a la Familia II<br>$2,893.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>0 | PR<br>Married claiming 1/2<br>2 + 5 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago Retroactivo Regular | | | 300.00 | | 300.00 |
| Diferencial Temporero | | | 0.00 | | 86.50 |
| Pago de Salarios Regulares | | | 0.00 | 82.50 | 1,446.50 |
| Total: | | | 300.00 | 82.50 | 1,833.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 4.35 | 26.58 |
| Fed OASDI/Disability - EE | 18.60 | 113.65 |
| PR Withholding | 19.22 | 61.84 |
| Total: | 42.17 | 202.07 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 25.50 | 148.45 |
| Total: | 25.50 | 148.45 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 9.00 | 52.40 |
| SI-Seg Incap. Obligatorio | 0.00 | 2.87 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 205.27 |
| CO-COOP LA SAG FAMILIA | 0.00 | 10.00 |
| DM-FONDOS UNIDOS | 0.00 | 0.50 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 13.85 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 55.61 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 9.16 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 |
| OS-SERV PUBLICOS 009 B | 0.00 | 19.05 |
| Total: | 9.00 | 369.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 10.05 | 61.41 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 300.00 | 0.00 | 42.17 | 34.50 | 223.33 |
| Acumulado: | 1,833.00 | 0.00 | 202.07 | 518.25 | 1,112.68 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5661868 | 223.33 |
| Total: | 223.33 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
01/15/2020

Aviso No.
5661868

Cant. Deposito: $223.33

A la
Cuenta(s) De

MARITZA MALDONADO FONTANEZ
PO BOX 965
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 223.33 |
| Total: | | 223.33 |

# NO-NEGOCIABLE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>**Apelantes**<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>**Apelados** | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

## RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016;* y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016,* todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, _30_ de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

Case:17-03283-LTS Doc#:10042-1 Filed:01/15/20 Entered:01/16/20 12:03:31 Desc:
MADELINE ACEVEDO CAMACHO Y OTROS (2,818) Exhibit Page 14 of 14
-2016-05-1340

ANEJO
PÁGINA 19 DE 44

| # | Name | Address |
|---|------|---------|
| 1170 | MARIA DE LOS A. LOPEZ REYES | PMB 230 PO BOX 70344; SAN JUAN PR 00936 |
| 1171 | MARGARITA LOPEZ RIVEERA | LOPEZ RIVERA, MARGARITA; HC 03 BOX 5964; HUMACAO PR 00791 |
| 1172 | JAIME L. LOPEZ RIVERA | URB. VALLE DE ANDALUCIA ; BOX 2824; PONCE PR 00728 |
| 1173 | YAZMIN LOPEZ RODRIGUEZ | HC-01 BOX 5862; TOA BAJA, PR 00949 |
| 1174 | VICTOR C. LOPEZ ROSA | CALLE 29 BLOQ. #9; CAROLINA PR.00758 |
| 1175 | YOLANDA LOPEZ ROSA | APARTADO 370; GUAYNABO, PR 00970 |
| 1176 | ISABEL LOPEZ SANTOS | 5 ALTURAS DEL PARAISO; ARECIBO PR 00612; |
| 1177 | NORMA I. LOPEZ TOLENTINO | PO BOX 8444; HUMACAO PR 00661 |
| 1178 | CARMEN M. LOPEZ TORRES | CALLE 14-A A-19 ALTURAS; RIO GRANDE PR 00745 |
| 1179 | MIGDALIA LOPEZ VELEZ | CALLE A BLOQ. REPT. ; CONTERPORANEO; SAN JUAN PR 00926 |
| 1180 | BLANCA LORENZANA PINTOR | CALLE 4 HH-2; MONTE VERDE; TOA ALTA PR 00953 |
| 1181 | DAMARIS LORENZI MELENDEZ | URB. ALTA VISTA CALLE 24T -29; PONCE PR 00716 |
| 1182 | DIANA Y. LORENZI RODRIGUEZ | 109 C/ SEGUNDO BENIER ; COAMO PR 00769 |
| 1183 | JOSEFINA LORENZI TROSSI | URB. JARDINES LAFNETTE; CALLE K- B-1; ARROYO PR 00714 |
| 1184 | EVELYN LOZADA FERNANDEZ | HC-01 6894; SANTA ROSA; GUAYNABO PR 00 |
| 1185 | DORIS M. LOZADA MILLAND | HC- 03 BOX 37189; CAGUAS, PR 00725 |
| 1186 | ELIZABETH LOZADA OSOSRIO | HC 01 BOX 3760; LOIZA, PR 772-9713 |
| 1187 | ESTHER LOZADA RIVERA | URB BELLO MONTE; F24 CALLE 13; GUAYNABO PR 00969 |
| 1188 | ANA H. LOZADA RIVERA | PO BOX 220; JUNCOS PR 00777 |
| 1189 | EVELYN LOZADA RIVERA | PO BOX 6753; CAGUAS PR 00726-6753 |
| 1190 | MIGUEL LOZADA RODRIGUEZ | CALLE COMERIO 125; BAYAMON PR 00859 |
| 1191 | CARLOS A. LOZADA STEIDEL | URB. CALIMANO #140; MAUNABO PR 00707 |
| 1192 | IRIS N. LUCIANO FALERO | ALTURAS DE INTERAMERICANA; C-15 U-17 ; TRUJILLO ALTO PR 00976 |
| 1193 | CARMEN D. LUGO CINTRON | HC-04 BOX 26260; LAJAS PR 00667 |
| 1194 | JORGE L. LUGO MARQUEZ | PO BOX 265; TOA BAJA PR 00951 |
| 1195 | MILAGROS LUGO VELEZ | SIERRA LINDA W-4 C/ 15; BAYAMON PR 00957; |
| 1196 | JUAN LUNA LOPEZ | PO BOX 55141; Bayamon sta. ; Batamon, pr 00960 |
| 1197 | EFRAIN MAISO HIRALDO | BO. SANTA CRUZ ; CARR. 159 K 1.2 APT. 602; CAROLINA PR 00986 |
| 1198 | ANA R. MAISONET OQUENDO | PMB 523 PO BOX 2500; TOA BAJA PR 00951 |
| 1199 | MIGDALIA MAISONET ORTIZ | PO BOX 2645; JUNCOS PR 00777 |
| 1200 | JOSE A. MALAVE ALVARADO | CALLE STGO. TORRES #26; COAMO PR 00769 |
| 1201 | JORGE W. MALAVE CARDENALES | RES LLORENS TORRES EDIF. 132; APT. 2466; SAN JUAN,PR00913; T |
| 1202 | TERESITA A. MALAVE RIVERA | JARDINES DE SAN BLAS A-16; COAMO PR 00769 |
| 1203 | ELIZABETH MALDONADO AYALA | CALLE PARQUE CENTRAL 5 J-4; VILLA FONTANA PARK; CAROLINA PR 00983Q |
| 1204 | RAMON MALDONADO BASTISTA | RES LLORENS TORRES EDIF. 132; APT. 2466; SAN JUAN,PR00913 |
| 1205 | MELISSA MALDONADO CANALES | HC-01 BOX 7583; LUQUILLO PR 00773 |
| 1206 | DAVID MALDONADO COLON | PO BOX 3385; BAYAMON PR 00794 |
| 1207 | ISRAEL MALDONADO COLON | HC-OI BOX 3385; BARRANQUITAS, PR 00794; TEL. 857-0436 |
| 1208 | NANCY MALDONADO CRUZ | HC-4 BOX 9538; UTUADO PR 00641; TEL. 787-391-1937 |
| 1209 | AIDA L. MALDONADO DEL VALLE | URB. VILLA FONTANA VIA 17 M-R-22; CAROLINA PR 00983 |
| 1210 | ADALBERTO MALDONADO FERNANDEZ | RR 1 BIX 11061; OROCOVIS, PR 00720-9615 |
| 1211 | ISAURA MALDONADO FERNANDEZ | PO BOX 752; BARRANQUITAS, PR 00794 |
| 1212 | CARMEN A. MALDONADO FIGUEROA | COND. SANTANA TOWER; APT. 1110; CAROLINA, PR 00983 |
| 1213 | CARMEN M. MALDONADO FLORES | HC-2 BOX 4626; COAMO PR 00769 |
| 1214 | MARITZA MALDONADO FONTANEZ | PO BOX 965; COROZAL, PR 00783 |
| 1215 | LILLIAM MALDONADO GALARZA | HC-03 BOX 13882; UTUADO, PR 00641 |
| 1216 | VILMA MALDONADO GARCIA | PO BOX 1004; GUAYAMA, PR 00785 |
| 1217 | ROSA MALDONADO GONZÁLEZ | JARDINES DE SAN IGNACIO; EDIF. A APT. 1814; SAN JUAN, PR 00927 |
| 1218 | ELSIE MALDONADO JORGE | URB. VALLE ALTO C/CIMA 1408; PONCE PR 00730 |
| 1219 | SONIA MALDONADO MALDONADO | URB. ALTA VISTA CALLE 12 J-03; PONCE PR 00716 |
| 1220 | JOSE A. MALDONADO MELENDEZ | VILLAS DE LOIZA; MM 3 CALLE 39; CANOVANAS PR 00729 |
| 1221 | SHAIRA MALDONADO MORALES | URB. VILLA HUMACAO C/5 L-90; HUMACAO PR 00791 |
| 1222 | CARMEN R. MALDONACHO MUÑIZ | CALLEJON DEL CARMEN #320; ING. PDA. 25; SANTURCE PR 00912 |
| 1223 | LUZ N. MALDONADO MUÑIZ | C/ E DEL CARMEN #320; PDA. 25 SANTURCE PR 00962 |
| 1224 | BLANCA I. MALDONADO ORTIZ | CALLE E-1 EE 98 EXT. ; ONEILL MANATI, PR 00674 |
| 1225 | LUIS R. MALDONADO RIVERA | C/GUAMANI # 473; ESTANCIAS RIO HORMIGUEROS; HORMIGUEROS, PR, 00660 |
| 1226 | LYDIA MALDONADO RIVERA | COND. DOS PINOS COURT; APRT. #16 LOS MAESTROS |
| 1227 | IRAIDA MALDONADO RODRIGUEZ | RR-2 BOX 813; SAN JUAN PR |
| 1228 | LUIS D. MALDONADO RODRIGUEZ | PO BOX 379; PEÑUELA, PR |
| 1229 | LIZZETTE MALDONADO RUBERT | JARDINEZ DE BORINQUEN; C/ GARDENIA Q-11; CAROLINA, PR 00985 |
| 1230 | JUANA MALDONADO RUIZ | PO BOX 463; RIO BLANCO PR 007744 |
| 1231 | NOEMI MALDONADO SANCHEZ | PO BOX 1321; COAMO, PR 00769 |
| 1232 | VIRGEN B. MALDONADO SANTIAGO | JARDINEZ DE BORINQUEN; C/ GARDENIA Q-11; CAROLINA, PR 00985 |
| 1233 | ZAIRA I. MALDONADO SERRANO | COND. TORRE DE ANDALUCIA ; TORRE II APT. 703; SAN JUAN PR 00926 |
| 1234 | ELIEZER MALDONADO SOTO | APARTADO 5713; PONCE PR 00 |