Maritza Maldonado *[illegible]*
P.O. Box 965
Corozal, PR 00783

RECEIVED & FILED
2020 JAN 15 PM 3:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7015 3430 0000 5231 6011

U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
$7.60
R2304N117993-05

To: Secretaria
Tribunal De Distrito de los E.U
Clerks Office
Room 150 Federal Building
Ave. Carlos Chardon Avenue
San Juan, PR 00918-1767