JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO

Como representantes de

ESTADO LIBRE ASOCIADOS DE PUERTO RICO Y OTROS,

Deudores

PROMESA, TÍTULO III NÚM. 17 BK 3283-LTS

(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRE

RECEIVED & FILED
2020 JAN 15  PM 5: 02
CLERK'S OFFICE
SAN JUAN, P.R.

**REPLICA A LA OBJECIÓN GLOBAL**

Durante veinte años laboré para el Gobierno del Estado Libre Asociado de Puerto Rico; desde el 16 de junio de 1976 hasta el 17 de marzo de 1997 cuando tuve un accidente de trabajo que me llevó a una incapacidad. Durante todos estos años que laboré, los dediqué a trabajar por el bienestar de nuestro país.

Tuve mi confianza puesta en la seguridad que cuando alcanzara la edad de retiro, tendría una pensión que me permitiera tener una buena calidad de vida. Con ese propósito de mi limitado salario todos los meses aportaba una cantidad de dinero que iba directamente a la Administración de los Sistemas de Retiro del Estado Libre Asociado de Puerto Rico. Por lo que entiendo la pensión de retiro no es un regalo que nos conceden, fue trabajado y se contribuyó para ello. Es nuestro dinero que lamentablemente los distintos administradores (gobernantes) no supieron ni saben administrar.

Constantemente luego de transcurridos los años nos amenazan con que no hay dinero para cumplir con el pago de las pensiones o con hacernos ajustes a los mismos.

Al bono de navidad que es parte de nuestro ingreso le fue quitado cuatrocientos dólares y cien dólares del bondo de verano para un total de quinientos dólares anuales que perdimos. Solo nos dejaron doscientos dólares y la amenaza continua de quitarlos. ¿Qué ha pasado con ese dinero que nos quitaron; dónde los han invertido?

Varios años atrás uno de los gobernantes de turno eliminó o dejó en el aire una ley que determinaba que cada tres años los pensionados recibieran un aumento de tres por ciento de nuestro ingreso. Ese por ciento quedó en nada; no así el costo de vida que sigue aumentando y no hay quien lo detenga.

¿Todo esto para qué? La deuda no la pagan; sigue ahí, pero nuestras pensiones cada vez son menores. Me pregunto, que culpa tenemos los retirados y los servidores públicos de una deuda que no contrajimos nosotros, de la cual tampoco se nos pidió opinión para hacerlo. ¿A nosotros quién nos defiende y protege ante esta situación? Ya somos indigentes, a pesar de haber trabajado y aportado al bien de nuestro país. Esto es bien preocupante.

¿Por qué no ajustan los salarios y pensiones de los gobernantes que han sido los que irresponsablemente han administrado, llevando a nuestro país a esta crisis económica?

Para los cuatrienios del 1976 al 1980 el exgobernador Carlos Romero Barceló determinó un aumento de salario a todos los servidores públicos, aumento que nunca se reflejo en nuestro salario. Este aumento fue llamado como el *Romerazo*.

Cuando se nos orientó para presentar la reclamación por el llamado aumento del *Romerazo* entendí que por fin íbamos a ver justicia. Porque tantos tropiezos para responder a nuestros reclamos; los cuales deberían ser para hacernos justicia no para seguir poniendo tantos obstáculos.

Entiendo que ya es tiempo se haga justicia a nosotros los que hemos dado tanto por esta tierra. Nos merecemos recibir el aumento del *Romerazo*; que se nos devuelva el diferencial del bono de navidad que nos quitaron; el bono de verano; en fin, que nos den lo que nos corresponde. Merecemos tener calidad de vida, paz, tranquilidad y sobre todo tener para poder comprar nuestros alimentos, medicinas, pagar nuestras facturas de luz, agua y otras facilidades del hogar. Poder cubrirlos sin tener que sortearlas a ver cuál pago este mes y cuál el otro mes.

REPLICA A LA OBJECIÓN GLOBAL
Página 3 de 3

No necesitamos más recortes ni amenazas de parte del gobierno, mucho menos de la Junta de Control Fiscal. Pedimos solamente lo que legalmente nos corresponde. Aportamos igual que cualquier ciudadano a la economía de este país.

Espero y confío que por fin nos hagan justicia y podamos tener el respeto que nos merecemos y necesitamos por el bienestar de todos los pensionados y empleados públicos que son el motor de las administraciones de este país.

Sometida en Santa Isabel, Puerto Rico el 10 de enero de 2020.

Aurea E. Martínez Pérez
PO Box 174
Santa Isabel, PR  00757
Villa del Mar
Calle 4 #45
Santa Isabel, PR  00757
Tel. 939-441-1552
Núm. de Reclamaciones: 79129; 84934

c   Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-8299

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz