AUREA E MARTINEZ PEREZ
PO BOX 174
SANTA ISABEL PR 00757



CERTIFIED MAIL

7019 1120 0000 6452 8554





RECEIVED &
2020 JAN 15
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
SANTA ISABEL, PR
00757
JAN 11, 20
AMOUNT
$6.85
R2305K135432-03

SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN (PUERTO RICO) 00918-1767

**RETURN RECEIPT REQUESTED**