# Appendix I

| Respondent's Name | Docket Entry No. of Response in Case No. 17-3283 |
|---|---|
| Ramona Velez Perez | 9678 |
| Zahira Rodriguez Walker | 9679 |
| Ivett S. Matos | 9736 |
| Alma Irizarry Torres | 9737 |
| Osvaldo Merced Clemente | 9738 |
| Mildred Rosado Sanchez | 9739 |
| Mildred Rosado Sanchez | 9740 |
| Luis S. Montanez Reyes | 9741 |
| Yisette Gonzalez Ortiz | 9742 |
| Marta Renta Vargas | 9743 |
| Rafael A. Carrasquillo Nieves | 9744 |
| Luz E. Vazquez Velez | 9749 |
| Josefina Concepcion Quinones | 9750 |
| Mirta S. Pagan Mendez | 9751 |
| Carlos J. Pagan Mendez | 9754 |
| Lourdes M. Lazaney Medina | 9781 |
| Fredita Lugo Ruiz | 9782 |
| Eva L. Dones Aponte | 9783 |
| Raquel A. Belvis Vazquez | 9784 |
| Carlos J. Garcia Cruz | 9786 |
| Luz S. Ortiz Molina | 9787 |
| Marta R. Garcia Cruz | 9788 |
| Alfredo Garcia Cruz | 9789 |
| Emma A. Rosa Rodriguez | 9790 |
| Octavia Ortiz Ortiz | 9792 |
| Lucermina Lopez Cortes | 9793 |
| Anibal Miranda Diaz | 9794 |
| Margarita De Jesus Ayala | 9795 |
| Constancia Rivera Acosta | 9796 |
| Juan Camacho Pacheco | 9798 |
| Byviannette Camacho Arocho | 9799 |
| Amalia Correa Fonseca | 9800 |
| Dianne Martinez Rivera | 9802 |
| Ruperta Pizarro Gonzalez | 9811 |
| Carmen Maria Guadarrama Camacho | 9812 |
| Iris E. Santiago Hernandez | 9813 |
| Iris E. Santiago Hernandez | 9814 |
| Alfredo Garcia Cruz | 9815 |
| Vilma Yolanda Gonzalez | 9816 |
| Lourdes C. Rodriguez Lugo | 9818 |
| Wilda Hernandez Crespo | 9819 |
| Emma A. Rosa Rodriguez | 9820 |

| | |
|---|---|
| Jose Santiago Hernandez | 9821 |
| Jose Santiago Hernandez | 9825 |
| Maria E. Gonzalez Gonzalez | 9826 |
| Maria E. Gonzalez Gonzalez | 9827 |
| Nilda Colon Rivera | 9828 |
| Nilda Colon Rivera | 9829 |
| Migdalia Ortiz Rosado | 9830 |
| Migdalia Ortiz Rosado | 9831 |
| Hector Pellot Cruz | 9833 |
| Yolanda Crespo Mendez | 9834 |
| Hector Pellot Cruz | 9835 |
| Maritza Lopez Perez | 9852 |
| Jacob Rivera Concepcion | 9853 |
| Robert Cruz Soto | 9854 |
| Rosa E. Perez Agosto | 9855 |
| Efrain Cornier Lancara | 9856 |
| Luz Y. Castro Estrada | 9857 |
| Angel L. Rivera Maldonado | 9858 |
| Angelica Rivera Irizarry | 9859 |
| Alberto Feliciano Varela | 9861 |
| Carmen Montes Monsegur | 9862 |
| Elisa Morales Morales | 9863 |
| Carlos Irizarry Rivera | 9864 |
| Zoraida Saavedra Barreto | 9865 |
| Mercedes Martinez Santiago | 9866 |
| Julio Rivera Martinez | 9868 |
| Hilda L. Soberal Perez | 9869 |
| Jeannette Falcon Ayala | 9870 |
| Maria I. Montes Monsegu | 9871 |
| Ramon Medina Galindo | 9872 |
| Tomas Ortiz Rosado | 9874 |
| Maria V. Perez Rodriguez | 9876 |
| Madeline Rivera Rodriguez | 9878 |
| Blanca M. Cubero Vega | 9879 |
| Rosa Esther Ramirez Miranda | 9882 |
| Jesus M. Georgi Rodriguez | 9883 |
| Jesus M. Georgi Rodriguez | 9884 |
| Jesus M. Georgi Rodriguez | 9885 |
| Migdalia Gonzalez Vega | 9886 |
| Jesus M. Georgi Rodriguez | 9887 |
| Judith Del C. Guzman Nogueras | 9889 |
| Carmen Nitza Cruz Escute | 9893 |
| Sylvia Roger Stefani | 9898 |
| Felix Burgo Leon | 9899 |
| Maria Del Carmen Fuentes Ortiz | 9902 |

| | |
|---|---|
| Israel Rivera Medina | 9904 |
| Iris Benita Pacheco Calderon | 9909 |
| Carmen Rosa Carrillo Rodriguez | 9910 |
| Gloria M. Rivera Villalobos | 9913 |
| Blanca E. Rosario Sotomayor | 9914 |
| Sandra G. Torres Serrano | 9916 |
| Marta Rodriguez Sanchez | 9918 |
| Angelica Carrasco Santos | 9919 |
| Elisa Morales Morales | 9922 |
| Mildred Vazquez Diaz | 9948 |
| Maria M. Jimenez Padro | 9949 |
| Zaida Rossy Padilla | 9950 |
| Maria Rodriguez Rodriguez | 9951 |
| Olga Ortiz Rivera | 9952 |
| Israel Franco Sanchez | 9953 |
| Ada E. Moura Gracia | 9954 |
| Maria V. Toro Sola | 9955 |
| Dinah E. Cardona Ortiz | 9956 |
| Claudio Burgos Maldonado | 9957 |
| Dora Montanez Rivera | 9958 |
| Ilka J. Ayala Baez | 9959 |
| Gladys Ana Roman Miro | 9960 |
| Luz Minerva Carmona Marquez | 9961 |
| Emilio Melia Rodriguez | 9962 |
| Alda C. Redinger | 9965 |
| Raquel Gonzalez Rivera | 9967 |
| Felix Ivan Pena | 9968 |
| Mayra Luz Colon Garcia | 9969 |
| Mayra Pagan Lopez | 9972 |
| Juan C. Calderon Miranda | 9973 |
| Angel L. Santiago Hernandez | 9974 |
| Zaida Ramos Clemente | 9975 |
| Noemi Martinez Rivera | 9976 |
| Marta Perez Ruiz | 9977 |
| Hector Francisco Vallejo Moreno | 9978 |
| Nancy R. Colon Vazquez | 9979 |
| Yolanda Ocasio | 9980 |
| Magda L. Santana Rodriguez | 9981 |
| Maricelis Baez Lopez | 9982 |
| Raquel A. Pagani Padilla | 9983 |
| Luis Alberto Lopez Rodriguez | 9984 |
| Blanca I. Baez Salas | 9986 |
| Marisela Muriel Sustache | 9987 |
| Rita M. Torres Ortiz | 9989 |
| Carmen Irizarry Valentin | 9990 |

| | |
|---|---|
| Madeline Medina Duran | 9991 |
| Nilda Cruz Santiago | 9992 |
| Luis Alfredo Sanchez Ojeda | 9994 |
| Mildred Pacheco Troche | 9995 |
| Rita M. Torres Ortiz | 9997 |
| Maribel Cruz Acevedo | 10000 |
| Elba Iris Martinez Arroyo | 10002 |
| Lisandra Valentin Villegas | 10003 |
| Haydee Georgi Rodriguez | 10004 |
| Zaida Hernandez Jirau | 10005 |
| Hermes R. Garcia Lozada | 10006 |
| Elva I. Lorenzo Alers | 10007 |
| Brunilda Roman Acosta | 10008 |
| Eddier J. Muriel Lopez | 10009 |
| Marilyn J. Lopez Burgos | 10010 |
| Ana R. Figueroa Rivera | 10011 |
| Ana R. Figueroa Rivera | 10012 |
| Maria A. Hernandez Jimenez | 10013 |
| Nelly R. Lopez Marquez | 10016 |
| Carmen S. Santiago Hernandez | 10017 |
| Vivian Diaz Mulero | 10020 |
| Maria E. Cruz Lopez | 10022 |
| Juan B. Muniz Acevedo | 10023 |
| Florentina Borres Otero | 10024 |
| Darcy R. Marquez Cortes | 10025 |