13 de enero de 2020

Secretaria (Clark's Office)

Tribunal de Distrito de los Estado Unidos

Room 150 Federal Building

San juan (Puerto Rico) 00918-1767

Benigno Vera Perez

Po Box 551

San Sebastián, P.R. 00685

Teléfono: 787-484-2723

Email: bvbalonmano@gmail.com

**Asunto:** Apelación al *Tribunal el cual no debe declarar objeción a este reclamo número de querella: 29656 sometida 5/24/2018, Commonwealth of Puerto Rico.*

Por este medio deseo informar y demostrar con evidencia que se me realice el ajuste salarial que corresponde al Puesto de Supervisor de Asistencia Social y Familiar I del Departamento de la Familia de Puerto Rico en la Administración de Desarrollo Socio Económico y Familiar (ADSEF) el cual estoy reclamando en la querella en mención que es Reclasificación del Puesto y ajuste salarial. El 1 de mayo de 2014 me designaron como Supervisor Interino de Asistencia Social y Familiar en la Local de San Sebastián del Departamento de la Familia Región de Aguadilla sin sueldo del puesto, para ese momento tenia un sueldo bruto mensual de $1,978.00 que es equivalente al sueldo de Técnico de Asistencia Social y Familiar II. En el año 2015 comenzaron a pagarme un diferencial de $111.00 por la labor de Supervisor Interino de ADSEF en la Local de San Sebastián. Y el 8 de septiembre de 2016 me llega el nombramiento de Supervisor de Asistencia Social y Familiar I, pero con el sueldo de Técnico de Asistencia Social y Familiar II que es de $1,978.00, ya que según recursos humanos de la administración en mención nos indicó que bajo la ley 66-2014 impide aumento de sueldo mientras la ley este en vigencia la cual tuve que aceptarlo de esa manera. Entiendo que nos es justo e ilegal el no ajustar el salario como dice la Constitución (Articulo II, Seccion16) igual paga por igual trabajo. Anejo junto a esta declaración evidencia del mismo, el cual demuestra mi reclamo del retroactivo salarial y ajuste salarial al puesto que ocupo actualmente en la agencia.