**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VERA PEREZ, BENIGNO | 29656 | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VERA PEREZ, BENIGNO | 29656 | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

DEFAM-388
Rev. 3/08

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
División de Nombramientos y Cambios

**INFORME DE CAMBIO**
(Ver instrucciones al dorso)

1. Número del Cambio: **16-16290**
2. Número de Seguro Social del(de la) Empleado(a):

| Cambio a efectuarse | Antes del Cambio — Puesto Núm. 16178 | Después del Cambio — Puesto Núm. 3803 |
|---|---|---|
| 3. Nombre del(de la) Empleado(a) | Benigno Vera Pérez | |
| 4. Agencia | **Departamento de la Familia** | |
| 5. Secretariado o Administración | Administración Desarrollo Socioeconómico | |
| 6. Programa | PAN | |
| 7. Oficina, División o Sección | Oficina Local Aguadilla | Oficina Local San Sebastián |
| 8. Ubicación del Puesto | Región Aguadilla | |
| 9. Categoría del(de la) Empleado(a) | De Carrera | |
| 10. Status del(de la) Empleado(a) | Regular | |
| 11. Título de Clasificación | Técnico de Asist. Soc. y Fam. II | Sup. de Asist. Social y Familiar I |
| 12. Unidad Apropiada / Excluido(a) | Unidad Apropiada B | Excluido(a) |
| 13. Sueldo | $1,978.00 | |
| 13.a Diferencial | $111.00 | $0.00 |
| 14. Bonificación | | |
| 15. Descuento Contribución sobre Ingresos | VÉASE NOTIFICACIÓN DEL | |
| 16. Descuento Seguro Social | | |
| 17. Descuento Aportación Sistema de Retiro | NOV 10 2016 | |
| 18. Descuento Servicios Médicos | | |
| 19. Descuento Ahorros (A.E.E.L.A.) | ADMINISTRACIÓN DE DESARROLLO | |
| 20. Descuento Seguro (A.E.E.L.A.) | SOCIOECONÓMICO DE LA FAMILIA | |
| 21. Descuento Unión | | |
| 22. Otros Descuentos | | |
| 23. Clase | G-206-0 | G-220-0 |
| 24. Escala | 9 | 12 |
| 25. Fecha de Efectividad | | 8 de septiembre de 2016 |

| 26. SÍMBOLOS DE CONTABILIDAD | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 222 | 1270000 | - | 01F | E1110 | 2016 | PANADM2016 | | | | | | | |

27. Indique si se trata de: ☒ Ascenso ☐ Aumento de Sueldo ☐ Cambio de Categoría ☐ Cambio de Status ☐ Descenso ☐ Traslado
☐ Diferencial ☐ Nuevo Nombramiento ☐ Reclasificación ☐ Reinstalación ☐ Transferencia ☐ Otro

28. En caso de cambio a otra agencia indique Licencia a Transferir: Compensatorio ___ días ___ horas ___ Minutos
Lic. Regular ___ días ___ horas ___ min. Lic. Enfermedad ___ días ___ horas ___ min.

| | Fecha de Separación (Último día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 29. Renuncia ☐ | | | |
| 30. Separación ☐ | | | |
| 31. Destitución ☐ | | | |
| 32. Cesantía ☐ | | | |

33. Suspensión de Empleo y Sueldo: Duración: De ___ Hasta ___
34. Muerte: Fecha ___ Hora: ___ Último día de pago: ___ Participante de Retiro ☐ Sí ☐ No
35. Indique tipo de Licencia: ☐ Militar sin Sueldo ☐ Estudios ☐ Especial con Paga ☐ Sin Sueldo ☐ Médico Familiar ☐ Maternidad
Duración: Desde ___ Hasta ___

36. Comentarios y Explicaciones (si necesita más espacio use el dorso): Ascenso Sin Oposición conforme a la Ley 184, Art. 6 Secc. 6.4 y a la Ley 66-2014, según enmendada, Artículo 11:"no se concederán aumentos en beneficios económicos..."(b)Se considerará como aumento en beneficio económicos ni o compensación monetaria extraordinaria lo siguiente...(v)Aumentos por ascenso o traslados, excepto que tal ascenso traslado resulte en un ahorro neto para la entidad de la Rama Ejecutiva. Se descontinúa el Diferencial por Interinato al dejar de prevalecer las condiciones que dieron origen al mismo. Autorizado en Hoja de Eval. de Disp. de Fondos #2017-240 del 8 de septiembre de 2016. (ver al dorso)

37. Si el cambio de puesto es por Certificación de Elegibles indique el número de Certificación de Elegibles: ___
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: ___

38. Si el cambio es a otra agencia, el jefe de la agencia donde se origine el cambio o su representante autorizado firma aquí: ___

39. Firma del(de la) empleado(a) de ser necesario
40. Aprobado por: *Marta Elsa Fernández*
Marta E. Fernández Pabellón, Adm.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Departamento de la Familia

27 de abril de 2014

SR. BENIGNO VERA PEREZ
TECNICO DE ASISTENCIA SOCIAL Y FAMILIAR
CENTRO SERVICIOS INTEGRALES
SAN SEBASTIAN

SRA MARISEL RODRIGUEZ GONZALEZ
DIRECTORA REGIONAL AGUADILLA

## DESIGNACION SUPERVISOR

Comenzando el 1 de mayo de 2014 estará designado como Supervisor Interino de Asistencia Social y Familiar.

Le agradecemos su acostumbrada colaboración.

ncp

ROBERTO FELICIANO ROSADO
DIRECTOR ASOCIADO ADSEF

ALEXANDER CRUZ ACEVEDO
DIRECTOR
CENTRO SERVICIOS INTEGRALES
SAN SEBASTIAN

EXPEDIENTE RECURSO HUMANOS.

Oficina Regional de Aguadilla
Apartado 870



ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Departamento de la Familia

17 de Agosto de 2015

Sr. Alexander Cruz Acevedo
Director Local
San Sebastián

Sra. Marisel Rodríguez González
Directora Regional
Aguadilla

Srta. Margarita García Cortés
Oficial Recursos Humanos Int.

ASUNTO: Envío de comunicación para entregar al empleado Sr. Benigno Vera Pérez. Favor de tomar firma al empleado y devolver hoja de trámite.

SE SOMETE PARA LA ACCION CORRESPONDIENTE

RECIBIDO:---------------------------
FECHA:-----------------------------

**Oficina Regional Aguadilla**
Apartado 970
Aguadilla, P.R. 00605
Tel. 787.891-5570 Fax: 787.891-6811

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de Desarrollo
Socioeconómico de la Familia

16 de julio de 2015

Benigno Vera Pérez
SASF I Interino
Oficina Local San Sebastián
Región Aguadilla

OTORGACIÓN DE DIFERENCIAL EN SUELDO POR INTERINATO

Usted fue designado/a por el/la Director/a Regional a realizar funciones interinas como Supervisor/a de Asistencia Social y Familiar I en la Oficina Local de San Sebastián, Región de Aguadilla a partir del 1 de septiembre de 2013

La Oficina de Gerencia y Presupuesto ha autorizado el pago del mismo a partir del 1 de mayo de 2015, por la cuantía de $163.00.

Este diferencial estará vigente mientras perduren las condiciones que originaron el mismo y será responsabilidad del Director Regional y/o la Oficina de Recursos Humanos de la Región de notificar a esta Oficina cuando no existan tales condiciones, para descontinuar el mismo.

Ningún diferencial concedido podrá ser considerado como parte integral del sueldo bruto mensual del/de la empleado/a para fines del cómputo para la liquidación de licencias, para el pago de excesos de vacaciones ni para el cómputo de la pensión de retiro. Al efectuarse transacciones de recursos humanos posteriores a la concesión de un diferencial, tales como traslados, ascensos y reclasificaciones; será responsabilidad del supervisor inmediato recomendar la continuidad o eliminación del diferencial.

De usted no estar de acuerdo con esta acción, tendrá quince (15) días a partir de la fecha del recibo de esta comunicación para apelar la misma ante el Comité de Aquejas y Agravios, Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales al Apartado 11398, San Juan, PR 00910-1398

Cordialmente,

Arvin J. Santiago Sabat MPA
Administrador Auxiliar
Oficina de Recursos Humanos

MIMA/JSF

Oficina de Recursos Humanos
800 Ave. Ponce de León
Capitol Office Building, Miramar, PR 00907
PO Box 8000, San Juan, PR 00910-0800
Tel. 787-289-7600 Fax: 787-289-7602

FAMILIA
La ADSEF garantiza
Igualdad de oportunidades.