Benigno Vera Perez
P.O. Box 551
San Sebastián, P.R. 00685




U.S. POSTAGE PAID
FCM LETTER
SAN SEBASTIAN, PR
00685
JAN 14, 20
AMOUNT
**$6.45**
R2305K135305-03

Barn Swallow
JAN 14 2020
USPS

CERTIFIED MAIL

7018 0680 0001 5914 6732

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767