TRIBUNAL DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

2020 JAN 15 PM 5: 00

En el Asunto de:

JUNTA DE SUPERVISION Y
ADMINISTRACION PARA
PUERTO RICO

PROMESA, TITULO III
NUM. 17 BK 3283-LTS
(ADMINISTRADAS
CONJUNTAMENTE)
La presente radicación guarda
Relación con el ELA, la ACT y el
SRE

Como representante de:

ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y OTROS,

### REPLICA AL AMPARO DE TITULO III DE PROMESA ANTE RECLAMACION VALIDA ANTE EL SISTEMA DE RETIRO DE EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y EN OPOCICION A LA ABJECION GLOBAL ANTE LA FRIVOLA ALEGACION DE LOS DEUDORES QUE INDICAN QUE EL RECLAMO ES DEFICIENTE, CON EL PROPOSITO DE EVADIR LA CUANTIA DE LOS MISMOS

AL HONORABLE TRIBUNAL:

Comparece Maribel Hernandez Torres Por derecho propio y al Honorable Tribunal muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que mi nombre es el antes mencionado, Mayor de edad, Vecino de Arecibo, con dirección Postal HC-01 Box 5082 Barceloneta PR 00616

2. Que mi correo electrónico es: Ninguno

3. Que soy la parte apelante en la reclamación #78370, con fecha del 19 de Jun de 2018 siendo al Sistema de Retiro de los Empleados de Gobierno del Estado Libre Asociado de Puerto Rico con el monto de: $0.00.

4. Que esta es por concepto de pagos y aportaciones a los

Sistemas de retiro que he realizado desde los comienzos como empleado público en el Gobierno de Puerto Rico.

5. Que la misma, se desglosa en pagos al sistema mediante el descuento de nomina de la agencia de Gobierno (Departamento de Corrección y Rehabilitación) que al 30 de junio de 2017, LA CANTIDAD ES DESCONOCIDA TODA VEZ EL SISTEMA DE RETIRO NO CUMPLE CON EL CON EL PROCESO DE INFORMARLE A LOS EMPLEADOS LAS CUANTIAS DE LAS A APORTACIONES, MANIPULANDO A LOS PROCEDIMIENTOS EN CLARA VIOLACIONES A LEYES Y REGLAMENTOS VIGENTES que fue lo que aporte pagando, siendo descontado de mi Salario de manera mensual y a tales efectos y ante la negativa de los deudores alegan no tener que yo como reclamante tener una reclamación valida, se solicita se obligue al deudor, someter una certificación de los sistemas de retiro, a sea el deudor.

6. Que desde los comienzos como empleado público del Gobierno, mediante disposición de ley y aparte de lo que yo pague, el gobierno aporto para mi retiro la cantidad que es desconocida porque tampoco nos otorgo las cantidades, se solicita que el deudor emita certificación con estas cantidades.

7. Que solicitamos se admitan las cantidades no mencionadas y que se eliminen de la objeción global ( NO SUSTANTIVA), toda vez ,no se tiene evidencia de las cantidades, por la irresponsabilidad de los Sistemas de Retiro de los Empleados del Gobierno de Puerto Rico en proveer esta información ,

para ser presentadas ante este foro judicial, así como los deudores reconozcan la deuda y la reclamación al amparo de

la ley.

POR TODO LO CUAL, solicitamos del Honorable Tribunal tome conocimiento de lo aquí informado y provea según lo solicitado, con cualquier Otro pronunciamiento que en Derecho proceda.

**RESPETUOSAMENTE SOMETIDA**

En __Arecibo__, Puerto Rico a 3 de Enero de 2020.

_Maribel Hernandez Torres_
**NOMBRE EN SEPARADO Y FIRMA**

TELEFONO: (787)-486-5170