10 de enero de 2020

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Wilda Corchado Torres
294 RR 474
Isabela, P.R 00662
número de reclamación: 56720
número de teléfono (787) 717-3338

Honorable Secretaria

Recibí notificación de presentar evidencia de reclamación tiene la intención de formular responsabilidades asociadas con el Sistema de Retiro de Empleados del Gobierno del Estado Libre y Asociado de Puerto Rico pero a mi mejor entender realicé esta petición ya que a partir de los años 1990-2003 el gobierno otorgó unos aumentos salariales los cuales yo no participé de ellos. Además realicé un cambio de aportaciones de Retiro Central a Retiro de Maestros y estas aportaciones no se registraron (1990-1993). Solicito se me reconsidere nuevamente mi caso.

Atentamente;
Wilda Corchado Torres