Wilda Corchado Torres
294 RR 474
Isabela, P.R 00662

CERTIFIED MAIL

7017 3380 0000 8221 9171

U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
JAN 10, 20
AMOUNT
$6.30
R2305K136571-09

1000  00918

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R 00918-1767

Barn Swallow
JAN 10 2020

2020 JAN 15 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT