13 de enero 2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918

RECEIVED
2020 JAN 15 PM 4:43
CLERK'S OFFICE
SAN JUAN, PR

A quien corresponda:

La presente es para enviar parte de los documentos requeridos de mi réplica. La evidencia de la ley 96 de la Hon. Sila Calderón, la evidencia de la Ley 89 del Hon. Romero Barceló, las hojas de cambio 409, no los envió ya que los empleados públicos administrativos del Departamento de Educación no estaban trabajando por orden de la Gobernadora ante los tambores que han surgido en las últimas semanas. Estoy escribiendo esta carta a mano, ya que no tengo luz.

Ann G. Gomez
Reclamante

Dirección Electrónica - velsatorress@yahoo.com
Tel. 787-636-8850

C.C. Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
Nueva York - 10036-8299
A/A: Martin J. Bienenstock

Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz