| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Vazquez, Elsa E. | 99065 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Vazquez, Elsa E. | 99065 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000777

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Elsa E. Torres Vazquez**, con número de seguro social que termina en **6071**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2009 |
| Tiempo Cotizado para la Pensión | 40 años, 4 meses, 4.5 días |
| Pensión mensual Inicial | $2,623.34 |
| Pensión Mensual Actual | $2,623.34 |

Esta certificación se expide hoy, **13 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

# INFORME RENTA ANUAL VITALICIA

| | |
|---|---|
| R: GIFT 10-OCT-08 | |
| Núm de Caso: 1954 | Fecha Radicación: 30-ABRIL-09 |
| | Fecha Vencimiento: 17-jul-09 |

**Apellido Paterno, Materno, Nombre e Inicial:** TORRES VAZQUEZ ELSA E.
**Seguro Social:** 1 1
**Sexo:** ☒ Femenino ☐ Masculino

**Fecha Nacimiento (Mes-Día-Año):** 1947
**Categoría y Pueblo:** DIR. ESC. ELEM. IV - TRUJILLO ALTO
**Retiro Ley Núm.:** Ley 91 del 2004

**Dirección Postal:**
URB VENUS GARDENS
1765 CALLE ANDROMEDA
SAN JUAN PR 00926

**Tipo de Renta (Pensión):** ☒ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |  |
|---|---|---|---|---|
| Años Meses Días | Años Meses Sem Días | | Mensual | Anual |
| 61  5  17 | 40  4  0  4.5 | $ 77,957.70 | $ 2,623.34 | $ 31,480.08 |

**Fecha de Renuncia:** 29-MAYO-09   **Último Día de Pago:** 29-MAYO-09
**Fecha Efectividad Pensión:** 30-MAYO-09   **Cierre de Nómina:** 29-jul-09
**Fecha Primer Pago Pensión:** 15-AGO-09   **Importe:** $ 2,623.34
**Pago Global Retroactivo:** Desde 30-MAYO-09 Hasta 31-jul-09 **Importe Total** $ 5,415.92

## DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 5,415.92 | $ 2,623.34 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos: Personal (PP) | 47-000 | 1,219.20 | 609.60 |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| **Importe Neto** | | $ 4,196.72 | $ 2,013.74 |

**Bonos:**
☒ Bono Verano (PBV) $ 100.00   ☒ Bono Medicamentos (PBM) $ 100.00
☐ Bono Navidad (BNP)

PAGADO AUG 2009

Certifico que la información aquí provista es cierta, correcta y completa.

| Nombre del Empleado | Firma | Fecha |
|---|---|---|
| JORGE I. ROHENA GOTAY | | 9-jul-2009 |
| NORMA I. PEÑA AGOSTO | | |
| Nombre Supervisor | Firma | Fecha |

## PREINTERVENCIÓN DE DOCUMENTOS / USO DIRECTOR(A) AREA RETIRO

**Verificación de:**
☒ Exactitud
☒ Legalidad
☒ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JUL 17 2009
FIRMA: B Ledouf

**Aprobado por:** IVONNE ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado

## USO AREA DE PENSIONADOS (Sección Nóminas)

**Ingreso a Nómina** Mes 8  ☒ 1ra ☐ 2da
**Nómina Pago Global** Mes ☒ Off Cycle ☐ Pay Line ☐ 1ra ☐ 2da

Nombre Empleado: Nyrca Rodríguez
Nombre Empleado: (signature)

Juan Agosto Castro
Nombre Supervisor

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.