Elsa Torres
Andromeda 1765
Venus Gardens,
San Juan, Puerto Rico
00926



RECEIVED & FILED
2020 JAN 15 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767