## Réplica de Objeción global

RECEIVED & FILED
2020 JAN 15 PM 4:42
CLERK'S OFFICE
DISTRICT
SAN JUAN

**I Datos de contacto**

Carlota Colón Negrón
Urb. Las Lomas Calle 1 A-1 Juana Díaz, Puerto Rico
APT. 963
Juana Díaz, Puerto Rico, 00795
Teléfono 787-391-6087

**II Epígrafe**

A) Secretaría (clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan, Puerto Rico 00918.

B) Estado Libre Asociado de Puerto Rico y otros (deudores)

C) Número de Procedimiento 17 BK 3283-LTS

D) Objeción global referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico del Departamento de Educación de Puerto Rico

E) Número de Evidencia de Reclamos

1) 93720 - Ley 180. Pensión Retiro de Aumento actual.
2) 103321 - Ley 96-2002 Caso Abdiel Acevedo Pérez y otros 706 - Caso 2013-04-1542 OASE.
3) 93720 Ley 109 - 2008 Aumento julio 2008 ($450.00) Caso OASE 2013-M-0224.

4) 103321 - Ley 34 - de Dr. Pedro A. Rosello.
5) 93720 - Ley 89 - Prestación de Servicios educativos a Departamento de Educación de P.R.
6) 130316 - Ley 164 - 2004 - Hon. Sila M. Calderón.

III El Tribunal no debe declarar a lugar la objeción global debido a que son dineros adeudados por trabajos realizados como profesora en la escuela Bo Guayabal de Juana Díaz - Región de Ponce - perteneciente al Departamento de Educación. Ofrecía la asignatura de Español a estudiantes de Nivel Intermedia, donde impartía destrezas de Comprención (lectura) destrezas de de escritura (redacción - gramática) - valores e incluyendo los estándares de las respectivas áreas presentados y trabajo desde el año 1982 hasta 2012.

Desgloce de Leyes que me competen
Respecto a las siguientes leyes.

a) Ley 180 - Pensión retiro anual
b) Ley 34 de Dr. Pedro A. Rosello.
c) Ley 96 / julio 2002 Caso Abdiel Acevedo Pérez y Otros - 700 - Caso # 2013-04-1542 OASE.
d) Ley 109 - 2008 Aumento julio 2008 ($150.00) Caso OASE 2013-11-0224
e) Ley 89 - 79 Prestación de Servicios Educativos ofrecidas al Departamento de educación de P.R.
f) Ley - 164 - 2004 - 22 julio Aumento sueldo a empleados públicos - Honorable Sila M. Calderón

IV Documentación justificativa

números de reclamación - 93720, 103321 y 130316
Años de servicios 1982 - retirada 2012 del Departamento de Educación - No se puede evidenciar debido a terremotos surgidos en áreas de Agencias que cerraron desde enero de 2020 y actualmente permanecen cerradas.

14 de enero, de 2020
Juana Díaz, P.R.

Reclamante - Carlota Colón Negron
Núm de Reclamaciones: 103321 - 93720 - 130316

Reclamación de dineros adeudado por mis años de Servicios con el Departamento de Educación del Estado Libre Asociado de Puerto Rico desde el año 1982 hasta el año 2012. En las siguientes reclamaciones 103321, 93720 y 130316. Leyes que me cobijaban cuando trabajaba detallo:

Ley 180-2001 Pensión Retiro                                    $13,200
Ley 34-del 1998 Dr. Pedro A. Roselló            $16,800
              Aumento de Sueldo
Ley 89 del 1979 Prestación Servicios  $33,600
Ley 109 Ley del 2008                                              $ 4,800
Ley 96  2002 Dr. Pedro A. Roselló       $ 12,00
Ley 164  2004 -
                                                                               $ 9,600
                                                                              ──────────
                                                                               $ 90,000

Gracias anticipadas por la cooperación brindada.
Atentamente,
Carlota Colón Negron
Teléfono 787-391-6097