Carlota Colón Negrón
Urb. LasLomas Calle 1 A-1
APT 963
Juana Diaz, P.R. 00795





Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767