Radicacion de replica (Objecion)

PROMESA TITULO III **No.17 03283**

Numero de reclamacion: 48893

RECEIVED & FILED
2020 JAN 15 PM 3:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Lydia E. Pérez Figueroa
Direccion Postal: P.O. box 55196 Bayamon PR 00960
Direccion Residencial: C/14 U-40 Urb. Flamboyan Gardens Bayamon P.R. 00959

Num. de contacto:
Tel.
Cel. 787-639-5481

Correo electronico: diaestherve@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A
   (Donde se incluye informacion sobre la reclamacion)
5. Otros: Cualquier otra evidencia que tengas