Lydia E. Páez Argumine
PO Box 55196
Bayamón P.R. - 00960

Antonio (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

