13 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 3:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Radicación de replica (Objeción)

**PROMESA TITULO III NO. 17 03283**

Número de reclamación: 34072

Nombre: Linette Vazquez Gonzalez

Dirección Postal: HC 03 BOX 11992 Corozal, PR 00783

Dirección Residencial: Bo. Dos Bocas 1 carr. 807

Corozal, PR 00783

Número de contacto: 787-224-6046

Correo electrónico: linette_vazquez@yahoo.com

Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la objection: Se somete documentación para continuar con demanda Caso número 2016-05-1340 Retribución