Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NINETY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VAZQUEZ GONZALEZ, LINNETTE | 34072 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VAZQUEZ GONZALEZ, LINNETTE | 34072 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Anexo A: Derechosas

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 310 VAZQUEZ GALARZA, JAVIER A. URB EXT VILLA ALBA I 18 CALLE 11 SABANA GRANDE, PR 00637 Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26528 | Indeterminado* |
| 311 VAZQUEZ GARCIA, WANDA Y. #1150 C/ISAURA ARNAU URB.C.CLUB SAN JUAN, PR 00924 Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 106813 | $ 256,800.00* |
| 312 VAZQUEZ GONZALEZ, CARMEN M. HC5 BOX 13549 JUANA DIAZ, PR 00795 Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 6/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 75920 | Indeterminado* |
| 313 VAZQUEZ GONZALEZ, LINNETTE HC 3 BOX 11992 COROZAL, PR 00783 Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34072 | Indeterminado* |
| 314 VAZQUEZ GONZALEZ, MILAGROS HC 3 BOX 10585 GURABO, PR 00778 Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45704 | $ 49,356.33 |
| 315 VAZQUEZ GONZALEZ, WANDA I. 4103 VEREDAS DEL LAUREL COTO LAUREL, PR 00780 Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 102911 | $ 75,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que la **Sra. Linette Vázquez González**, Núm. Seguro Social XXX-XX-8932 labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 5 de septiembre de 2001.

La señora Vázquez González ocupa un puesto con estatus Regular en el Servicio de Carrera como Técnica de Asistencia Social y Familiar II, devengando un salario mensual de $2,041.00

Dado hoy, 14 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building ▪ PO Box 8000, San Juan, PR 00910-0800 ▪ 787.289-7600-2270 Oficina de Recursos Humanos



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

# C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región Bayamón, se desprende que **Linette Vázquez González,** comenzó a trabajar en el Departamento de la Familia, efectivo el **5 de septiembre de 2001**. Actualmente ocupa un puesto regular de **Técnico de Asistencia Social y Familiar III,** en la **Región de Bayamón** y devenga un sueldo de **$2,041.00** mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en San Juan de Puerto Rico.

**IVELISSE RODRIGUEZ
OFICIAL DE RECURSOS HUMANOS
REGION BAYAMON**

/crn

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 : 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa

ORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE
FICACIÓN.

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global deberá contener
iente información:

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma
nica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado
rto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar
dicar su réplica:

**En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

4

:orreo postal. Si usted no es un abogado que sea usuario inscrito en el sistema del mal de radicación de causas, podrá radicar y notificar una réplica por correo postal da a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan (Puerto Rico) 00918-1767
>
> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299
> A/A: Martin J. Bienenstock
> Brian S. Rosen
>
> Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
> Paul Hastings LLP
> 200 Park Avenue
> Nueva York, Nueva York 10166
> A/A: Luc A. Despins
> James Bliss
> James Worthington
> G. Alexander Bongartz

A deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el ιcreedores a más tardar a las **04:00 p.m. (AST) del 14 de enero de 2020**, salvo r escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al ιa orden del Tribunal que extienda la fecha límite.

 radicar y notificar una réplica en línea o por correo postal, según se especificó e, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las AST) del **14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT revia solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda :e:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> #150 Chardon Avenue
> Federal Building
> San Juan (Puerto Rico) 00918

:berá incluir un certificado de notificación que indique la forma en la que se ha notificación.

5



**GOBIERNO DE PUERTO RICO**
Administracion de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

LINNETTE VAZQUEZ GONZALEZ
HC 3 BOX 11992

Seguro Social: XXX-XX-8932

COROZAL, PR 00783

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 19 de agosto de 1976
Fecha de Ingreso al Servicio Público: 31 de octubre de 2001
Fecha de Comienzo de Cotización: 31 de octubre de 2001

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 11.09 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 9,776.20 | Aportaciones: | 5,145.77 |
| | | Intereses: | 4,944.68 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | Transferido Ley R2000 | | | |
| Pagado: | 0.00 | Aportaciones: | 19,019.24 | | |
| Tiempo: | 0.00 | Intereses: | 1,608.26 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 35,348.38 | Total Aportaciones: | 5,145.77 |
| Beneficio: | 0.00 | Beneficio: | 152.55 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.7545   www.retiro.pr.gov

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>Apelantes<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>Apelados | 2016 CA 0 0 1 1 5 0<br><br>**CASO NÚM. 2016-05-1340**<br><br>**RETRIBUCIÓN**<br><br>Materia |

Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.

## RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016;* y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)<br>
CASO NÚM. 2018-05-1340<br>
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

*Wanda R. Caldas Díaz*
**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

---

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARÍA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

Case:17-03283-LTS Doc#:10053-1 Filed:01/15/20 Entered:01/16/20 14:16:27 Desc:
Exhibit Page 13 of 13

MADELINE ACEVEDO CAMACHO Y OTROS (2,818)
2016-05-1340

ANEJO I
PÁGINA 42 DE 44

| | | |
|---|---|---|
| 2665. | LISANDRA VALENTIN VILLEGAS | BOX 335; SAINT JUST; TRUJILLO ALTO 00978 |
| 2666. | MINERVA VALERO ALVARADO | URB LA MARINA CALLE AUSTRIAL 267; CAROLINA PR 00979 |
| 2667. | BLANCA VALES MEDINA | BOX 905; HATILLO PR |
| 2668. | CARLOS VALLAS ROMAN | CALLE AMPALOA F-69; REPARTO VALENCIA; BAYAMON PR |
| 2669. | SONIA I. VALLE VEGA | PO BOX 110; BOQUERON, PR 00622 |
| 2670. | CARLOS L. VALLEJO MORALES | BOX 206; SAN LORENZO PR 00754 |
| 2671. | HECTOR F. VALLEJO MORENO | URB. VALLE ENSUEÑO CALLE VALLE ; DEL SUR 605; GURABO, PR 00778 |
| 2672. | JOSE A. VALLEJO RUIZ | 5-D 22 / ALT. PEÑUELAS; PEÑUEALAS PR 00624 |
| 2673. | NIDIA L. VALLES AMARO | PO BOX 230; PATILLAS PR 00723 |
| 2674. | MIGUEL A. VARELA REYES | CALLE 44 BOQ. 35 #20 ; URB. MIRAFLORES; BAYAMON PR 00957 |
| 2675. | ILUMINADA VARGAS ALAMEDA | HC-02 BOX 14827; LAJAS, PR 00667-9612 |
| 2676. | JOSE M. VARGAS BRUNO | CALLE HAWAII AD-5; URB. CAGUAS NORTE; CAGUAS, PR 00725 |
| 2677. | NELLY VARGAS CINTRON | URB. MORIONI 11; PATILLAS PR 00723 |
| 2678. | LUIS A. VARGAS GERENA | CARR. 111 VK 12 HM 7; UTUADO PR 00641 |
| 2679. | CARMEN B. VARGAS IRIZARRY | 2111 REPARTO ALTURAS; PEÑUELAS PR 00624 |
| 2680. | MIRIAM VARGAS LOPEZ | NO PROVEYÓ DIRECCIÓN POSTAL |
| 2681. | ARISBEL VARGAS MARTELL | HC-01 BOX 6690; HORMIGUEROS, PR 00660-9714 |
| 2682. | CARMEN R. VARGAS ORTIZ | PO BOX 604; SABANA GRANDE PR 00637 |
| 2683. | MYRIAM I. VARGAS PESANTE | PO BOX 336757; PONCE, PR 733-6757 |
| 2684. | MARIA J. VARGAS SANTIAGO | PASEO ALEGRE #2304; LEVITTOWN, PR 00949 |
| 2685. | ENOELLYS VARGAS SOEGAARD | PO BOX 518; RIO GRANDE PR 0745 |
| 2686. | ANNETTE VARGAS VAZQUEZ | RR -5 BOX 7803; TOA ALTA PR 00953 |
| 2687. | LILLIAM VARGAS VAZQUEZ | RR 01 BOX 12652; TOA ALTA PR 00953 |
| 2688. | VENDIANA VAZQUEZ ALMODOVAR | APARTADO 823; SANTA ISABEL, PR 00757 |
| 2689. | ESTEBAN VAZQUEZ BAEZ | CALLE 9 M-6; TURAB O GARNDES; CAGUAS, PR 00725 |
| 2690. | DIANA I. VAZQUEZ BONILLA | URB. VILLA UNIVERSITARIA; G-146 CALLE LAFAYETTE; GUAYAMA PR 00784 |
| 2691. | JOSE E. VAZQUEZ CRUZ | 131 URB. LAS CAROLINAS; CAGUAS, PR 00777 |
| 2692. | ROSA I. VAZQUEZ CRUZ | HACIENDA SAN JOSE; Y 92 VIA CAMPIÑA; CAGUAS PR 0O0727 |
| 2693. | MELISSA VAZQUEZ FAJARDO | HC-55 BOX 8172; CEIBA PR 00735 |
| 2694. | ANA I. VAZQUEZ FIGUEROA | NO PROVEYÓ DIRECCIÓN POSTAL |
| 2695. | JOSE VAZQUEZ FIGUEROA | RR-1 BOX 10730; OROCOVIS PR 00720 |
| 2696. | GAUDALUPE VAZQUEZ GARCIA | CALLE MONSERRATE #8 SUR; GUAYAMA PR 00784 |
| 2697. | MARIA VAZQUEZ GARCIA | PO BOX 798; VEGA BAJA, PR 00694 |
| 2698. | MARY VAZQUEZ GARCIA | URB. JARDINES DE STO. DOMINGO ; C/ S-E-5; JUANA DIAZ PR 00795 |
| 2699. | LINETTE VAZQUEZ GONZALEZ | HC-03 BO 11992; COROZAL, PR 00783 |
| 2700. | LYDIA VAZQUEZ GUERENA | C/ 5 #53; LAS VEGAS, CATAÑO, PR 00962 |
| 2701. | ONEIDA VAZQUEZ ISAAC | CALLE VALPARAISO #628; BO. OBRERO SJ PR 00915 |
| 2702. | ZAIDA VAZQUEZ LOPEZ | CALLE 20 #19 CANA; BAYAMON, PR 00957 |
| 2703. | RAFAEL VAZQUEZ MALDONADO | JUAN A. DAVILA #140; URB. ROOSEVELT HR 00191 |
| 2704. | ROSAMARY VAZQUEZ MELENDEZ | URB. COLINAS DE FAIR VIEW; C/207 #I-9 TRUJILLO ALTO PR 00976 |
| 2705. | EDNA VAZQUEZ PADILLA | CALLE VICENTE PALES #62 E; GUAYAMA PR 00784 |
| 2706. | MARIA V. VAZQUEZ PAGAN | PO BOX 9474; SAN JUAN PR 00908 |
| 2707. | VICENTA VAZQUEZ PANEL | URB PONCE DE LEON; 183 CALLE 22; GUAYNABO PR 00969 |
| 2708. | ADA E. VAZQUEZ PEREZ | BZN. 5790 BO. RIO LAJAS,; TOA ALTA 00953 |
| 2709. | ANA I. VAZQUEZ RIVERA | CALLE VALENCIA #1111; PDA. 18 SAN JUAN PR 00907; |
| 2710. | ELOIDA VAZQUEZ RIVERA | PO BOX 266; LUQUILLO PR 00773-0266 |
| 2711. | LYDIA E. VAZQUEZ RIVERA | URB. RIO GRANDE ESTATE; FF-50 CALLE 31; RIO GRANDE PR 00745 |
| 2712. | MILADY VÁZQUEZ ROSARIO | HC-10 BOX 8148; SABANA GRANDE, PR 00637 |
| 2713. | CARME T. VAZQUEZ SANTIAGO | PO BOX 283; JUANA DIAZ PR 00795 |
| 2714. | MARGARITA VAZQUEZ SANTIAGO | CALLE 1-D 19; URB. CORTIJO, BAY. PR 00956 |
| 2715. | CESAR A. VAZQUEZ SEGARRA | PO BOX 212; MARICAO, PR 00606 |
| 2716. | MARÍA E. VÁZQUEZ SOLA | HC-01 BOX 4832; RINCÓN, PR 00677 |
| 2717. | ANGELES M. VAZQUEZ SOLER | PO BOX 689; VEGA BAJA PR 00697 |
| 2718. | PLACIDO VAZQUEZ TORO | NO PROVEYÓ DIRECCIÓN POSTAL |
| 2719. | MARIA M. VAZQUEZ TRINIDAD | URB. VILLAS DE CARRAIZO ; RR #7 BOX 315; SAN JUAN PR 00926 |
| 2720. | FLOR M. VAZQUEZ VAZQUEZ | HC-2 BOX 4733 ; GUAYAMA PR 00784 |
| 2721. | LUZ N. VEGA ALMODOVAR | PO BOX 22272; UPR STATION; RIO PIEDRAS PR |
| 2722. | AMILCAR VEGA AVILES | RR 1 BOX 13109; TOA ALTA PR 00953-9730 |
| 2723. | ELIHISABEL VEGA BAHAMUNDI | NO PROVEYÓ DIRECCIÓN POSTAL |
| 2724. | SANDRA L. VEGA BURGOS | C/ PUEBLA #521; URB. MATIENZO CINTRON; SAN JUAN PR 00928 |
| 2725. | MARIA DE LOS J. VEGA CORTIJO | RR -03 4660; SAN JUAN PR 00926 |
| 2726. | DAILENE M. VEGA ESPADA | URB. VIATA MONTE C-20 ; CIDRA PR 00739 |
| 2727. | ELIZABETH VEGA FIGUEROA | PARQ. ECUENTRE 5-7; CALLE 36 -07; CAROLINA PR 00987 |
| 2728. | MAIDA M. VEGA FOURNIER | PO BOX 1061; SALINAS PR 00751 |
| 2729. | DINARIS VEGA GALARZA | URB. DIPLO CALLE 7-N-8 ; NAGUABO, PR 00718 |