Linette Vázquez
HC-03 BOX 11992
Corozal P.R. 00783

CERTIFIED MAIL

7019 0700 0001 5147 7911



U.S. POSTAGE PAID
FCM LG ENV
VEGA BAJA, PR
00693
JAN 14, 20
AMOUNT
$7.60
R2304M115102-03

RECEIVED & FILED
2020 JAN 15 PM 3:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

To: Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building 150 Calle Chardon
San Juan P.R. 00918-1767