# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

PEDRO A. DÍAZ CAMACHO

HC-2 5040

VILLALBA, PR 00766

(787) 447-9886

elconuco3@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 75648

RÉPLICA A LA *CENTÉSIMA* CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como empleado en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un

aumento salarial a los empleados del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-1989), yo era empleado del DE. De acuerdo con mis cálculos, el período comprende 9 años a $1,200.00 por año, lo que representa $10,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

Cantidad adeudada estimada: $10,800.00

*[signature]*

Pedro A. Díaz Camacho