# EVIDENCIA DE RECLAMACIÓN

**United States District Court for the District of Puerto Rico / Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

- [x] Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico — Case No. 17-bk-03283 — Petition Date: May 3, 2017
- [ ] Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico — Case No. 17-bk-03284 — Petition Date: May 5, 2017
- [ ] Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico — Case No. 17-bk-03567 — Petition Date: May 21, 2017
- [ ] Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico — Case No. 17-bk-03566 — Petition Date: May 21, 2017
- [ ] Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico — Case No. 17-bk-04780 — Petition Date: July 2, 2017

RECEIVED

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor? / ¿Quién es el acreedor actual?**

   Pedro A. Díaz Camacho

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor  _____

Modified Official Form 410        Proof of Claim        page 1

**2. Has this claim been acquired from someone else?**
¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? / Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: Pedro A. Diaz Camacho
Number / Número, Street / Calle: HC-2 Box 5040
City / Ciudad: Villalba  State / Estado: P.R.  ZIP Code / Código postal: 00766
Contact phone / Teléfono de contacto: 787-447-9886
Contact email / Correo electrónico de contacto: _____

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: _____
Number / Número, Street / Calle: _____
City / Ciudad, State / Estado, ZIP Code / Código postal: _____
Contact phone / Teléfono de contacto: _____
Contact email / Correo electrónico de contacto: _____

**4. Does this claim amend one already filed?**
¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) / Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM/DD/YYYY / DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing? / Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**
¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educación

**Do you supply goods and / or services to the government?**
¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

2

Comprobante del pago de pensión del Sistema de Retiro de Maestros como evidencia de mi labor rendida para el Departamento de Educación de Puerto Rico



## Certificación de años de servicio en el Departamento de Educación de Puerto Rico

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

**Nombre:** Pedro A. Díaz Camacho
**Núm. Reclamación:** 1-13281
**Sexo:** M

**Tipo de Renta:**
a— Años de Servicio y Edad Opcional (XX) Obligatorio ( )
b— Edad ( )
c— Incapacidad Ocupacional ( ) No Ocupacional ( )
d— Diferida ( )*

**Fecha de Nacimiento:** 1931 Julio 19
**Fecha de Retiro:** 1989 Julio 31
**Fecha de Efectividad:** 1989 agosto 1

**Edad al Retirarse:** 58 años — 15 días
**Servicios Acreditados:** 31 años 11 meses 3 sem. 2 1/2 días
**Costo Anualidad:** $22,534.74

**Retiro Ley Núm.** 218 **de** 1951

**Cómputo de la Renta Anual:**
a— Sueldo promedio mensual más alto durante tres años consecutivos a $1,255.66
X .75% X 30 años
(Por ciento)   (Tiempo Acreditado)        941.74

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____
( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.
( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley
Años de Servicio  Edad  Incapacidad Física  Diferida
$_____  $_____  $_____  $_____

Diferencia Mínimo o Renta Sistema Retiro
**Renta Mensual Vitalicia**                        941.7
**Renta Anual Vitalicia**                          11,300.8

Computado: [firma] 5 SEP 1989
Recomendado: Cedric Zayas Rodríguez, Director, Área de Retiro   Sept./89
Cotejado: Hugo Aponte  5 SEP 1989
Aprobado: Héctor Delgado Ruiz, Secretario Ejecutivo  SEP 15 1989

# EL DEPARTAMENTO DE INSTRUCCION PUBLICA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

POR LA PRESENTE CONFIERE A

PEDRO A. DIAZ CAMACHO

QUIEN HA CUMPLIDO LOS REQUISITOS PRESCRITOS POR LA LEY, ESTE

# CERTIFICADO VITALICIO

QUE AUTORIZA AL TENEDOR A TRABAJAR COMO

MAESTRO DE ESCUELA ELEMENTAL

EN LAS

# ESCUELAS PUBLICAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A PARTIR DE ESTA FECHA, A MENOS QUE SEA REVOCADA POR AUTORIDAD LEGAL.

DADO EN HATO REY, PUERTO RICO EL __1 de julio__, 19__67__

Número __309__

_____
SECRETARIO DE INSTRUCCION PUBLICA



ESTADO LIBRE ASOCIADO DE PUERTO RICO
# JUNTA DE RETIRO PARA MAESTROS
Ponce de León 268, Apdo. 1879, Hato Rey, P.R. 00919-1879
Tel. (809) 754-8611

12 de septiembre de 1989

Prof. Pedro A. Díaz Camacho
Barriada Borinquen Núm. 11
Villalba, P. R. 00766

Estimado compañero:

    Nos place comunicarle que su solicitud de retiro por __Años de Servicio y Edad__ ha sido aprobada. Su retiro será efectivo el __1 de agosto de 1989__ y recibirá una renta mensual de $ __941.74__.

    Si usted desea, puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión determinada cantidad para pagar la cuota mensual como miembro de la Asociación de Maestros de Puerto Rico, la Asociación de Empleados y para otros fines permitidos por ley.

    Se incluye información de interés para los maestros pensionados.

Cordialmente,

Héctor Delgado Ruiz
Secretario Ejecutivo

anexo

HDR/FM/avr

CERTIFICO CORRECTO

Director Programa-Area de Retiro    Fecha

"Ofreciendo servicios y beneficios de carácter social a los participantes del Sistema"

# EL DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

POR LA PRESENTE CONFIERE A

PEDRO A. DIAZ CAMACHO

QUIEN HA CUMPLIDO LOS REQUISITOS PRESCRITOS POR LA LEY, ESTE

# CERTIFICADO DE MAESTRO

QUE AUTORIZA AL TENEDOR A TRABAJAR COMO

DIRECTOR DE ESCUELA ELEMENTAL

EN LAS

# ESCUELAS PÚBLICAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

POR UN PERIODO DE __6__ AÑOS DESDE EL __28 de agosto__ DE 19__72__ HASTA EL __28 de agosto__ DE 19__78__
A MENOS QUE SEA REVOCADA POR AUTORIDAD LEGAL.

DADO EN SAN JUAN, PUERTO RICO EL __10 enero__ 19__73__

Número __1071__

SECRETARIA DE INSTRUCCIÓN PÚBLICA
Interina