Pedro A. Diaz Camacho
HC2 Box 5040 Villalba, P.R. 00766
No. de Reclamación: 75648





U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 14, 20
AMOUNT
$7.60
R2305H127764-06



CERTIFIED MAIL
7018 2290 0000 2774 1279



RECEIVED / FILED
2020 JAN 15 PM
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



RETURN RECEIPT REQUESTED