13 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 3: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Radicación de replica (Objeción)

**PROMESA TITULO III NO. 17 03283**

Número de reclamación:     34622

Nombre:                Maritza Batista Ocasio

Dirección Postal:      HC 1 Box 3284 Corozal, PR 00783

Dirección Residencial: Carretera 159 km. 15.9 Bo. Pueblo

                       Corozal, PR 00783

Número de contacto:    787-608-7189

Correo electrónico:    marangel_7@yahoo.com

Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la objection: Se somete documentación para continuar con demanda

Caso número 2016-05-1340 Retribución