

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# C E R T I F I C A C I Ó N

Certifico que la **Sra. Maritza Batista Ocasio**, Núm. Seguro Social **XXX-XX-0452** labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 18 de julio de 1977.

La señora **Batista Ocasio** ocupa un puesto con estatus Regular en el Servicio de Carrera como Directora Asociada de Asistencia Social y Familiar, devengando un salario mensual de $3,977.00.

Dado hoy, 14 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

IGC

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

**Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)**
**Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NINETY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Maritza Batista Ocasio**

| | |
|---|---|
| **From:** | Maritza Batista Ocasio |
| **Sent:** | Wednesday, September 25, 2019 9:09 AM |
| **To:** | 'PRClaimsInfo@primeclerk.com' |
| **Subject:** | Promesa Proof of Claim / Commonwealth of Puerto Rico Case No. 17-03283 / USA Court for the District of Puerto Rico |
| **Attachments:** | image2019-09-25-085844.pdf |

*Maritza Batista Ocasio*
*Directora Asociada ADSEF*
*Región Bayamón*
*E-mail: maritza.batista@familia.pr.gov*
*Tel. 787-269-2222 ext. 6542*


*-----Original Message-----*
*From: administrator@familia.pr.gov [mailto:administrator@familia.pr.gov]*
*Sent: Wednesday, September 25, 2019 8:59 AM*
*To: Maritza Batista Ocasio*
*Subject: Documento Digitalizado*

*Adjunto*

*Número de Evidencia de Reclamación:* **34622**
*Reclamante:* **BATISTA OCASIO, MARITZA**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Se desconoce el monto total pero Sobrepasa los $64,000.00



*Número de Evidencia de Reclamación:*
*Reclamante*: **BATISTA OCASIO, MARITZA**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

☐ No. *Pase a la Pregunta 4.*

☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de la familia - ADSEF

3(b). Identifique las fechas de su empleo con relación a su reclamación:
Desde 1994 al presente.

3(c). Últimos cuatro dígitos de su número de seguro social: 0452

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

☐ Jubilación

☒ Salarios impagos

☐ Días por enfermedad

☐ Queja con el sindicato

☐ Vacaciones

☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

☐ No.

☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de Familia - ADSEF

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Tribunal Supremo de Puerto Rico

4(c). Número de caso: N AC 2007-0214 / Apelación caso# 2016-05-1340

4(d). Título, epígrafe, o nombre del caso:
Madeline Acevedo Camacho, ET ALS

**Batch 2**

2

990123400342315

*Número de Evidencia de Reclamación:* **34622**
*Reclamante:* **BATISTA OCASIO, MARITZA**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de Resolucion .

4(f). ¿Tiene usted una sentencia impaga? Sí ( No ) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

( No )

SRF 35375

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

> **ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**
>
> **LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

26 de agosto de 2019

Asunto:       Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores"). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación **34622** . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https:// cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y <u>no</u> se limite simplemente a copiar la misma información.


990123400342315

**Responda a esta carta el 25 de septiembre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC



990123400342315

SRF 35375

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

## *** Response Required ***

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE
DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR
CLAIM.

August 26, 2019

Re:   PROMESA Proof of Claim
      *In re Commonwealth of Puerto Rico*, Case No. 17-03283
      United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees
Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors").
Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States
District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of
the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number **34622** .  You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors.  In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim.  The descriptions you put on your proof of claim were too vague for the
Debtors to understand the claim you are trying to assert, so please provide more detail and do not
simply copy over the same information.

**Please respond to this letter on or before September 25, 2019 by returning the enclosed
questionnaire with the requested information and documentation**.

Batch 2



Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC


990123400342315

*Proof of Claim:* **34622**
*Claimant:* **BATISTA OCASIO, MARITZA**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**

   ☐   A pending or closed legal action with or against the Puerto Rican government

   ☐   Current or former employment with the Government of Puerto Rico

   ☐   Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐   No. *Please continue to Question 4.*

   ☐   Yes. **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:

   _____

Batch 2



*Proof of Claim:* **34622**
*Claimant:* **BATISTA OCASIO, MARITZA**

3(b).  Identify the dates of your employment related to your claim:

_____

3(c).  Last four digits of your social security number: _____

3(d).  What is the nature of your employment claims (select all applicable):

   ☐   Pension

   ☐   Unpaid Wages

   ☐   Sick Days

   ☐   Union Grievance

   ☐   Vacation

   ☐   Other (Provide as much detail as possible.  Attach additional pages if necessary).

   _____

   _____

4.  **Legal Action.  Does your claim relate to a pending or closed legal action?**

   ☐   No.

   ☐   Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

   _____

4(b).  Identify the name and address of the court or agency where the action is pending:

   _____

4(c).  Case number: _____

4(d).  Title, Caption, or Name of Case: _____

4(e).  Status of the case (pending, on appeal, or concluded): _____

4(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

   If yes, what is the date and amount of the judgment? _____

Batch 2                                              2

990123400342315

PR 1845 SRF 35375 PackID: 1365 MMLID: 8112272 SVC: Batch 2
BATISTA OCASIO, MARITZA
HC 1 BOX 3284
COROZAL PR 00783

**Responda a esta carta el 25 de septiembre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

**Tenga en cuenta que solo necesita devolver <u>un formulario</u>, ya sea en inglés <u>o</u> español.**

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico <u>PRClaimsInfo@primeclerk.com</u>.**

**Please respond to this letter on or before September 25, 2019 by returning the enclosed questionnaire with the requested information and documentation.**

**Note, you only need to return <u>one</u> form, either in English <u>or</u> Spanish.**

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email <u>PRClaimsInfo@primeclerk.com</u>.**

**Batch 2**

*Número de Evidencia de Reclamación:* **34622**
*Reclamante:* **BATISTA OCASIO, MARITZA**

## <u>INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN</u>

### <u>Instrucciones</u>

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| <u>Por Correo</u> | <u>Entrega en Mano o Service de Correo Postal de 24 Horas</u> |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### <u>Cuestionario</u>

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Se desconoce el monto total pero sobrepasa los $64,000.00

Batch 2



3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *Departamento de la familia - ADSEF*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   *Desde 1994 al presente.*

3(c). Últimos cuatro dígitos de su número de seguro social:  *0452*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   *Departamento de Familia - ADSEF*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   *Tribunal Supremo de Puerto Rico*

4(c). Número de caso: *N AC 2007 - 0214 / Apelación caso # 2016-05-1340*

4(d). Título, epígrafe, o nombre del caso:
   *Madeline Acevedo Camacho, ET ALS*

990123400342315



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

### Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

MARITZA BATISTA OCASIO                                  **Seguro Social: XXX-XX-0452**
HC 1 BOX 3284
COROZAL, PR 00783

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento: 29 de enero de 1954**                          **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 31 de julio de 1976**
**Fecha de Comienzo de Cotización: 31 de julio de 1976**

| Ley Anterior al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 35.50 | |
| Aportaciones: | | $45,930.39 |
| Intereses: | | $15,622.58 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $61,552.97 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| Ley 3 al 30 de junio de 2017 | | |
|---|---|---|
| Tiempo Trabajado: | 4 | |
| Aportaciones: | | $18,792.72 |
| Intereses: | | $1,508.10 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $20,300.82 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes





**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARITZA BATISTA OCASIO**

Seguro Social: XXX-XX-0452

HC 1 BOX 3284

COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 39.5 |
| Balance de Aportaciones: | $81,853.79 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346306798

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



# Radicacion de replica (Objecion)

# PROMESA TITULO III  **No.17   03283**

# Numero de reclamacion:

Nombre:

Direccion Postal:

Direccion Residencial:

Num. de contacto:

      **Tel.**             **Cel.**

Correo electronico:

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

      **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:     Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

    **1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

    **2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

    **3. Certificacion de empleo  (Departamento de la Familia)**

    **4. Copia listado de Objecion Global- Anexo A**

        **(Donde se incluye informacion sobre la reclamacion)**

    **5. Otros: Cualquier otra evidencia que tengas**



DEPARTAMENTO DE LA
FAMILIA
GOBIERNO DE PUERTO RICO

# C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región

Bayamón, se desprende que **Maritza Batista Ocasio,** comenzó a

trabajar en el Departamento de la Familia, efectivo el **18 de julio de**

**1977.** Actualmente ocupa un puesto regular de **Directora Asociada-**

**Administración de Desarrollo Socio Económico de la Familia,** en la

**Región de Bayamón** y devenga un sueldo de **$3,977.00** mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en

San Juan de Puerto Rico.


**IVELISSE RODRIGUEZ**
**OFICIAL DE RECURSOS HUMANOS**
**REGION BAYAMON**

/crn

ᶠORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE
ᶠICACIÓN.

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global <u>deberá</u> contener ᶥiente información:

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también <u>con la salvedad de que</u> la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

ᵉ **y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma ᵢnica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado ᵉrto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar ᵢdicar su réplica:

**En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

4

:orreo postal. Si usted no es un abogado que sea usuario inscrito en el sistema del
mal de radicación de causas, podrá radicar y notificar una réplica por correo postal
da a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores
siguientes direcciones:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors'
Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

A deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el
.creedores a más tardar a las **04:00 p.m. (AST) del 14 de enero de 2020**, salvo
r escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al
ia orden del Tribunal que extienda la fecha límite.

radicar y notificar una réplica en línea o por correo postal, según se especificó
e, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las
AST) **del 14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT
revia solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda
e:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

:berá incluir un certificado de notificación que indique la forma en la que se ha
notificación.

5

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>**Apelantes**<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>**Apelados** | 2016 CA 0 0 1 1 5 0<br><br>**CASO NÚM. 2016-05-1340**<br><br>**RETRIBUCIÓN**<br><br>**Materia** |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

## R E S O L U C I Ó N

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016*; y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER.**

**POR LO TANTO,** a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
**RESOLUCIÓN**

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, _30_ de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR  00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR  00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR  00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR  00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR  00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR  00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR  00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR  00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE
INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2,818)
2016-05-1340
Case:17-03283-LTS Doc#:10055-1 Filed:01/15/20 Entered:01/16/20 14:32:17 Desc:
Exhibit Page 26 of 26
ANEJO
PÁGINA 3 DE 44

| | | |
|---|---|---|
| 130. CARMEN N. ASENCIO ROSADO | ROUND HILL; VIOLETA 641; TRUJILLO ALTO PR 00976 | |
| 131. MARIA T. AUGUSTO ALONSO | URB. ROYALTOWN; F-11 CALLE 14 ; BAYAMON, PR 00956 | |
| 132. DELIA AVILES ALVAREZ | CALLE RENO S-21; STA. JUAN ITA ; BAYAMON, PR 00956 | |
| 133. BRIGIDA AVILES CALUDIO | HC-1 BOX 5880; TOA BAJA PR 00949 | |
| 134. ROSA AVILES CORTES | PARCELAS SABANETAS #66; CALLE HUCAR; PONCE PR 00716-4405 | |
| 135. GLADYS AVILÉS GEÍYEL | COND. ALTURAS DEL PARQUE; APT. 1109; CAROLINA, PR 00987 | |
| 136. NOEL R. AVILES JIMENEZ | PO BOX 7613; SAN JUAN PR 00916 | |
| 137. LOURDES AVILES MANGUAL | RIO HONDO #38; MONTECASINO HEIGHTS ; TOA ALTA PR 00953 | |
| 138. ISABEL AVILES MOJICA | TORRE A APT. 1414; COOP. JARDINES DE ; SAN IGNACIO ; SAN JUAN PR 00927 | |
| 139. LESLIE V. AVILES RIVERA | COND. TORRES CAROLINA ; APT. 1206, ; CAROLINA PR 00987 | |
| 140. GRECIA M. AYALA FUENTES | APARTADO 442; LOIZA PR 00772; | |
| 141. VANESSA AYALA GERENA | CALLE 10 P-25 ; ALTURAS DE INT.; TRUJILLO ALTO PR 00976 | |
| 142. CARMEN L. AYALA HERNANDEZ | EDF. K APT 127 C/1; JARDINES BERWIND ; SAN JUAN PR 00924 | |
| 143. LUZ I. AYALA MALDONADO | HC-02 BOX 6050; BAJADERO PR 00616; | |
| 144. LORNA E. AYALA MARTINEZ | URB RIVERVIEW; CALLE 342ZD ; BAYAMON PR 00961 | |
| 145. ADALIS AYALA ORTIZ | MONTE BRISAS C/4 S-I 30; FAJARDO PR 00738 | |
| 146. MARIBEL AYALA PEREZ | URB. SANTA JUANITA ; C/ 39 TT-25 ; BAYAMON, PR 00956 | |
| 147. LIZA Y. AYALA RIVERA | CALLE SOLA #951; TRASTALLERES, ; SAN JUAN PR 00907 | |
| 148. MARIBELLE AYALA RODRÍGUEZ | RR-02 BOX 7729; TOA ALTA, PR 00953-9626 | |
| 149. FLOR M. AYALA SILVA | APARTADO 991; PATILLAS PR 00723 | |
| 150. MARIA T. AYES SANTIAGO | URB. SAN MARTIN ; CALLE 1 A5; JUANA DIAZ, PR 00795 | |
| 151. DALE M. BACHETTI OLMO | CALLE 3 CALLE 17 ; CASTELLANA GARDENS; CAROLINA PR 00983 | |
| 152. MARANGELI BACHILLER DUARTE | CALLE COROZO #2251; BO. AZURA; SAN JUAN PR 00915 | |
| 153. AWILDA BAERGA COLLAZO | PO BOX 1693; UTUADO, PR 00641 | |
| 154. JESUS A. BAERGA LIZARDI | COND. EL VERDE SUR A-2; CALLE D APT. 5-B; CAGUAS, PR 00725 | |
| 155. JOVITA BAEZ ABREU | BUZON CALLE 5-D-II; HUMACAO PR 00791 | |
| 156. VIRGENMINA BAEZ BELEN | PO BOX 58; SABANA GRANDE PR 00637; | |
| 157. CECILIO BAEZ CARMONA | PO BOX 1132; CEIBA PR 00735-1132 | |
| 158. MIRTHA BAEZ FERNANDEZ | BOX 40167; SAN JUAN PR 00940 | |
| 159. JUDITH BAEZ FLORES | PO BOX 7779; SAN JUAN PR 00916 | |
| 160. EILEEN BAEZ GARCIA | URB. ALTURAS FLAMBOYAN GARDENS ; CALLE 35 MM5; SAN JUAN PR 00959; | |
| 161. ROBERTO BAEZ LAGUNA | PO BOX 02 61; GUAYNABO, PR 00970-0261 | |
| 162. MILAGROS BAEZ MENDEZ | BOX 278; SABANA GRANDE, PR 00637 | |
| 163. CAROLYN BAEZ NIEVES | URB. SAN ANTONIO ; 29 C/SAN ANTONIO, ; SAN ANTONIO, PR 00690 | |
| 164. YAMIL BAEZ VAZQUEZ | URB. VILLA FLORES; CALLE 2 F-4; CEIBA PR 00735 | |
| 165. ILIA BARBOSA MARTINEZ | PO BOX 502; LAS MARIAS, PR 00670 | |
| 166. JAVIER A. BARRETO MOYA | PO BOX 2164; SAN JUAN, PR 00936-2164 | |
| 167. MELVIN BARRETO NEGRON | URB. CIUDAD JARDIN #49 ; CALLE VIOLETA; CAROLINA PR 00987 | |
| 168. JUAN H. BARRIENTOS MIRANDA | RR-2 BOX 7848; TOA ALTA PR 00953-7725 | |
| 169. ROSA B. BARRIENTOS FLORES | CALLE 616 BLQ. 40 #3; SEXTA. SEC. VILLA CAROLINA; CAROLINA PR 00985 | |
| 170. CLARA BARTOLOMEY MARRERO | CALLE PUNTITA 1830; ALTURAS DEL MAYAGUEZ; MAYAGUEZ, PR 00680 | |
| 171. IRMA L. BATISTA ALVARADO | PO BOX 1218; TRUJILLO ALTO PR 00977 | |
| 172. MARITZA BATISTA OCASIO | HC-01 BOX 3284; COROZAL, PR 00783 | |
| 173. JUAN M. BAUZA AVILA | CALLE CD RIVERA #624; URB. VILLA NAVARRA; RIO PIEDRAS, PR 00924; | |
| 174. WINDA BECERRIL GONZALEZ | HC-01 BOX 13816; RIO GRANDE, PR 00745 | |
| 175. JOSE J. BECERRIL OSORIO | CALLE WEBB 730; SAN JUAN PR 00915 | |
| 176. LUZ N. BELEN TIRADO | C/ COMERCIO 940; TRASTALLERES, ; SAN JUAN PR 00907 | |
| 177. CARMEN BELLO CANCEL | NO PROVEYÓ DIRECCIÓN POSTAL | |
| 178. ILEANA R. BELLO ORTIZ | 2DA. EXT. PUNTO ORO 6357; CALLE PACIFICO ; PONCE PR 000728-2409 | |
| 179. MARIBEL BELTRAN RIVERA | HC-7 BOX 75309; SAN SEBASTIAN PR 00685-9821 | |
| 180. BELTRAN YOLANDA | URB. VILLA MARINA C/5 F-132; GURABO PR 00778 | |
| 181. GLADYNELLE BENABE GARCIA | 160- C/ FLORIDA; LUQUILLO, PR 00773-2148 | |
| 182. EDAN E. BENABE HUERTAS | PO BOX 114; LUQUILLO PR 00773 | |
| 183. REBECCA V. BERNABE TORRENS | APARTADO 193; LUQUILLO, PR 00773 | |
| 184. GIL BENEJAN GALARZA | CALLE 15-A P-25; URB. BERWIND ESTATES; SAN JUAN PR 00924 | |
| 185. MARIA DEL C. BENIQUEZ RIOS | CH-67 BOX 126; BAYAMON, PR 00956 | |
| 186. NANCY BENITEZ DEL VALLE | CARRETERA 842 KM. 5 HM. 1; CAMINO BENITEZ 2; RIO PIEDRAS, PR 00926 | |
| 187. ALFREDO BENITEZ DELGADO | PO BOX 244; CATAÑO PR 00963-9801 | |
| 188. ANA C. BENITEZ DELGADO | CALLE 21 T-28 ; VILLAS DE LOIZA; CANOVANAS, PR 00729; | |
| 189. MAYRA I. BENITEZ MOJICA | PO BOX 552; RIO PIEDRAS PR 00771 | |
| 190. DAISY BENITEZ RAMIREZ | CALLE 11 Q-1 ; URB. SIERRA LINDA; BAYAMON, PR 00957 | |
| 191. CARMEN BENITIZ RODRIGUEZ | PO BOX 19193; FERNANDEZ JUNCOS ; SAN JUAN PR 00910 | |
| 192. DAVID BENTINE MOLINA | E-59 A-1123; LLORENS TORRES; SANTURCE, PR 00913 | |
| 193. GUADALUPE BERDECIA MARTINEZ | HC-03 BOX 12213; BO. CEDROS ; CAROLINA PR 00987 | |
| 194. GERALDO BERMUDEZ CAPACETTE | JARDINES DEL CARIBE; CALLE 54 #2 A-56; PONCE PR 00728 | |