Maritza Batista Osorio
HC-01 Box 3284
Corozal P.R. 00783



CERTIFIED MAIL

7019 0700 0001 5147 7850



U.S. POSTAGE PAID
FCM LG ENV
VEGA BAJA, PR
00693
JAN 14, 20
AMOUNT
$7.90
R2304M115102-03
00918
1000



RECEIVED & FILED
2020 JAN 15 PM 3: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building 150 Ave Calle Chardon
San Juan (Puerto Rico) 00918-1767