Carmen Ana López Ayala
P.O. Box 14 3904
Arecibo, PR 00614-3904
(787) 613-6574
Correo Electrónico:lopez_carmen@live.com

Epígrafe: Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Número de Procedimiento: 17BK 03283-LTS
Número de Reclamo: 86074

Declaración:

Yo, Carmen Ana López Ayala, pido, exijo y demando que el Tribunal debe declarar "No a lugar" la objeción Global en relación a mi reclamo.

La razón para mi petición es que yo fui empleada y estuve trabajando para el Departamento de Educación de Puerto Rico para los años del reclamo de "Promesa (Romerazo)". Trabaje para el Departamento de Instrucción Pública (Educación) comenzando de 1982 hasta junio del 2019. Certifico que durante esos años fui empleada activa del Departamento de Educación de Puerto Rico como Maestra y Trabajadora Social.

Adjunto incluyo documentos que validan, respaldan, y certifican mis años de trabajo para el Departamento de Educación de Puerto Rico.

Certifico que la información provista esta correcta.

Firmada hoy martes 14 de enero de 2020.

Cordialmente,

Carmen Ana López Ayala

Documento Adjuntos (Copias):
- Talonario de Pago de Departamento de Educación
- Documento 409 )Informe de Cambio
  De los años 1986, 1985, 1986, 1992,