**Departamento de Educación**
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**Secretaria Auxiliar de Recursos Humanos**
**Informe de Cambios**

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | CARMEN A, LOPEZ AYALA | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | ARECIBO,PR | |
| 4. Fecha de Nacimiento | 1957 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 30.1.2.3.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $3,465.00 | |
| 11. Número de Puesto | R96753 | |
| 12. Categoria del Puesto | TRABAJADOR SOCIAL ESCOLAR | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2019-SCHOOLWIDE19 | |
| 15. Fecha de efectividad | 28 de junio de 2019 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 07 de junio de 2019 03:00 pm | |
| 20. Ultimo día de Pago | 28 de junio de 2019 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | ARECIBO | |
| 25. Escuela | SUPERIOR VOC.NUEVA (ANTONIO LUCHETTI) | |

26. Dirección Postal:6 CALLE MIMBRE ARECIBO PUERTO RICO 006126400

26. Teléfono: (787)203-8578

27. Observaciones:SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM. 160 DEL 24 DIC 2013 ( SE CANCELA PAGO VAC REG DEL 1 JULIO 2019 AL 19 JULIO 2019 A LAS 9:20 AM) P/ GLOBAL VAC. REG 014.1.20 (DEL 1 JULIO 2019 AL 19 JULIO 2019 A LAS 9:20 AM) . AÑOS DE SERVICIO
( NO PROCEDE PAGO POR ENFERMEDAD POR LA LEY #26 )

28. Preparado por: CATHERINE SANTANA BURGOS        FECHA: 22 de julio de 2019
29. Verificado por: CATHERINE SANTANA BURGOS        FECHA: 22 de julio de 2019
30. Aprobado por: ERIC H. PÉREZ TORRES        FECHA: 22 de julio de 2019
Secretario de Educación o su representante

**Gobierno de Puerto Rico**
080 - Dept. de Educacion - Maestros

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/02/2019 |
| Hasta: | 12/02/2019 |

# Cheque: 00517416
Fecha: 11/27/2019

| | |
|---|---|
| CARMEN A LOPEZ AYALA | |
| SAN FELIPE | |
| CALLE 4 CASA E 11 | |
| ARECIBO PR 00612 | |
| SS: XXX-XX-6561 | |

| | |
|---|---|
| # Empleado: | XXXXX6561 |
| Dept: | 8001115-ARECIBO-ARECIBO |
| Oficina: | SUP.VOC.NUEVA ANTONIO LUCHETTI |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,465.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 600.00 | | 600.00 |
| Pago de Salarios Regulares | | | 0.00 | 774.00 | 16,826.42 |
| Pago Vacaciones Suma Global | | | 0.00 | | 2,464.00 |
| Total: | | | 600.00 | 774.00 | 19,890.42 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 8.70 | 8.70 |
| PR Withholdng | 0.00 | 1,041.12 |
| Total: | 8.70 | 1,049.82 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,715.24 |
| Total: | 0.00 | 1,715.24 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 277.80 |
| DUM-DEV SUELDOS ASA | 0.00 | 1,629.22 |
| DUM-Gob Dev Sueldo Cob Indebid | 0.00 | 762.30 |
| DM-FONDOS UNIDOS | 0.00 | 12.00 |
| SC-COOP DE SEGUROS DE VIDA | 0.00 | 425.40 |
| OS-AMPR LOCAL SIND AFIL | 0.00 | 102.00 |
| Ahorros-AEELA | 0.00 | 571.78 |
| Total: | 0.00 | 3,780.50 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 720.00 |
| FSED Disability Plan | 0.00 | 286.01 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 600.00 | 8.70 | 0.00 | 591.30 |
| Acumulado: | 19,890.42 | 1,049.82 | 5,495.74 | 13,344.86 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #00517416 | 591.30 |
| Total: | 591.30 |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

| | |
|---|---|
| DEJO DE ACUMULAR | PAGARLE 36 |
| DIAS VACS. REGULARES | DIAS VACS. REGULARES |
| POR AUSENCIAS DESCONTABLES | |

INFORME DE CAMBIO — PERSONAL DOCENTE

| | |
|---|---|
| LOPEZ-AYALA, CARMEN A | 6561 |
| NOMBRE | SEGURO SOCIAL |
| 094-ARECIBO 3 | BAR (15) |
| DISTRITO | PREPARACION |
| T/P (03) | 3-1-2-3    4-1-2-3 |
| STATUS | ANTES    DESPUES |
| | EXPERIENCIA |
| 9974 — TRABAJADOR SOCIAL ESCOLAR | 51012    " |
| CATEGORIA — CLASE | ANTES    DESPUES |
| | NUMERO DE PUESTO |
| 1 DE JUNIO DE 1992 | PAGO DE VACACIONES |
| EFECTIVIDAD | ACCION Y DURACION |
| $1,050 | XXX Cese Term. Contrato |
| SUELDO ANTES DEL CAMBIO | CAUSA DEL CESE |
| 29/mayo/92 | 22/julio/92 |
| ULTIMO DIA DE TRABAJO | ULTIMO DIA DE PAGO |
| FEDERAL (222) | 92-222-083-03-221-075-1120-01-0944 |
| FONDO | CIFRA DE CUENTA |

OBSERVACIONES:  AUMENTO DE SUELDO POR EXPERIENCIA  $1,075
FFECTIVO EL 1 DE JULIO DE 1992 A _____

" CAMBIO DE NUMERO DE PUESTO POR RENUMERACION.

APROBADO POR EL SECRETARIO DE EDUCACION.

_____
FIRMA

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

**INFORME DE CAMBIO - PERSONAL DOCENTE**

regulares en julio
Descontarle _____ días por ausencias

9574

| | ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1 | Nombre del Empleado | López Ayala, Carmen A. | |
| 2 | Núm. Seg. Social | -6561 | |
| 3 | Sexo | F | |
| 4 | Estado Civil | Casada | |
| 5 | Prep. Académica | BAE | |
| 6 | Experiencia | 1-6-1-0 | |
| 7 | Status Empleado (Contrato) | Transitorio prov. | |
| 8 | Sueldo Bruto | $710.00 | |
| 9 | Núm. de la Plaza | 11029 | |
| 10 | Categoría de la Plaza | Trabajo Social | |
| 11 | Clasificación Puestos Dir | | |
| 12 | Fondo | Federal Cap. I | |
| 13 | Cifra Cuenta | 06-231-81-01-75 | |
| 14 | Fecha de Efectividad | 23 de agosto de 1985 | |
| 15 | Acción y Duración | Nombramiento Año 1985-86 | |
| 16 | Causa del Cese | | |
| 17 | Ultimo Día Trabajo | | |
| 18 | Ultimo Día de Pago | | |
| 19 | Programa Escolar | | |
| 20 | Turno en Registro | 58 | |
| 21 | Distrito Escolar | Arecibo III | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

22 Desde  Incluye bonif. $25.00    23 Hasta

24 Observaciones (Antes del Cambio)

Adjunto: 2 copias exención, copia del Seguro Social, Cert. de buena conducta, Juramento, examen Médico, y Carta Contractual.
Trabajó en Arecibo II el curso pasado.

25 Observaciones (Después del Cambio)

26 _____
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso    Fecha

27 Deseo:  ☐ Acogerme  ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado       Fecha

28 Recomendado  _Francisco González_  22 de agosto de 1985
Superintendente de Escuelas    Fecha

29 Recomendado
Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA    FECHA

Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

**INFORME DE CAMBIO - PERSONAL DOCENTE**

|  | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAVE |
|---|---|---|---|---|
| 1. Nombre del Empleado | 9974 López Ayala, Carmen A. |  |  |  |
| 2. Núm. Seg. Social | -6561 |  |  |  |
| 3. Sexo | F |  |  |  |
| 4. Prep. Académica | BAR |  |  |  |
| 5. Experiencia | 1-6-1-0 |  | 2-6-1-0 |  |
| 6. Status Empleado | Trans. Prov. |  |  |  |
| 7. Sueldo Bruto | $710. |  |  |  |
| 8. Bonificación |  |  |  |  |
| 9. Núm. de la Plaza | 11029 |  |  |  |
| 10. Categoría de la Plaza | Trabajo Social |  |  |  |
| 11. Clasificación Puestos Dir. |  |  |  |  |
| 12. Fondo | Federal |  |  |  |
| 13. Cifra Cuenta | nf 86-222-81-03-75 |  |  |  |
| 14. Fecha de Efectividad |  |  | 2 junio 1986 |  |
| 15. Acción y Duración |  |  | Pagó Vacs. Term. Contrato |  |
| 16. Causa del Cese |  |  |  |  |
| 17. Ultimo Día Trabajo |  |  | 30 mayo 1986 |  |
| 18. Ultimo Día de Pago |  |  | 23 julio 1986 |  |
| 19. Programa Escolar |  |  |  |  |
| 20. Turno en Registro |  |  |  |  |
| 21. Distrito Escolar | Arecibo III |  |  |  |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

22. Desde

23. Hasta

24. Observaciones (Antes del Cambio)

Sueldo incluye bonif. CJETS $25.00

25 Observaciones (Después del Cambio)

Aum. S/ Exp. efect. 1 julio 1986

$710.00 a $735.00

26. _____  Fecha
Firma Empleado en caso de cambio de status probatorio, traslado, resignación permanente o descenso.

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de status de transitorio elegible a probatorio o a permanente.

_____  Fecha
Firma del Empleado

28. Recomendado

_____  Fecha
Superintendente de Escuelas

_____  Fecha
Superintendente de Escuelas

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____ FIRMA

_____ FECHA

nbramiento es transitorio provisional el mismo constituye un certificado provisional por su duración.



PUERTO RICO
DEPARTAMENTO DE EDUCACION

**ESCUELA DE LA COMUNIDAD SUPERIOR VOCACIONAL
ANTONIO LUCCHETTI**
PO BOX 601, ARECIBO, PR 00613
Tels. (787) 881-3443/881-2110•Fax (787) 880-6599

4 de junio de 2019

Estimada Señora: Carmen A. López Ayala
**Núm. De Plaza R96753**

Certifico que acepto su renuncia al puesto que ocupa como Trabajadora Social en la Escuela Vocacional Antonio Lucchetti de Arecibo. La misma será efectiva al 28 de junio de 2019.

Agradezco la labor realizada durante sus 31 años de servicios en beneficios de nuestros estudiantes y comunidad escolar.

Atentamente,

Lemuel Pérez Rodríguez
Director