Carmen A. [illegible]
le calle Mimbu
Arecibo, P.R. 00612

Secretaria (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767