Yomaira Álvarez Pinero
Urb. Monte Sol 435
Calle María Vázquez
Juana Díaz, P.R. 00795-2853
Cel. 787-312-9848
Email: yap124@gmail.com

14 Enero 2020

Secretaria
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED 2020 JAN 15 PM 5:03 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

No. de Procedimiento: 17 BK 3283 - LTS.

PROMESA

Evidencias: ① Certificación de Aportaciones Estimadas a los Sistemas de Retiro.
② Estado de Cuenta Estimado. Sistemas de Retiro.

Motivo: Aquí presento mi evidencia sobre la cantidad de Aportaciones a los Sistemas de Retiro; que sustenta la veracidad de mi Reclamación # 32866. Para la Objeción Global.