## Nonagésima sexta objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 359 | ALVAREZ PANELLI, YOMAIRA<br>URB MONTE SOL<br>435 C MARIA VAZQUEZ CRUZ<br>JUANA DIAZ, PR 00795-2853 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32866 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 360 | ALVAREZ PEREZ, JAVIER<br>URB VISTA VERDE CALLE 16 #627<br>AGUADILLA, PR 00609 | 6/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 108839 | |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 361 | ALVAREZ PESANTE, NATHANAEL<br>PO BOX 2194<br>ANASCO, PR 00610 | 5/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13699 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 362 | ALVAREZ PESANTE, NATHANAEL<br>PO BOX 2194<br>ANASCO, PR 00610 | 5/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13411 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 363 | ALVAREZ PESANTE, NATHANAEL<br>PO BOX 2194<br>ANASCO, PR 00610 | 5/8/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13325 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 364 | ALVAREZ PLUMEY, YADIRA Z<br>URB VISTA BELLA<br>Q24 CALLE LAREDO<br>BAYAMON, PR 00956 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25217 | $ 60,772.14* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

Nonagésima sexta objeción global
Anexo A: Defectuosas



# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: YOMAIRA ALVAREZ PANELLI**
URB. MONTE SOL
435 C/ MARIA VAZQUEZ CRUZ
JUANA DIAZ, PR 00795

Seguro Social: XXX-XX-5806

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | CORPORACION FONDO DEL SEGURO DEL ESTADO |
| Años de Servicio: | --- |
| Balance de Aportaciones: | $113,616.71 |

Esta certificación fue emitida el 29 de enero de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018012935665375

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

29 de enero de 2018

**Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO**

YOMAIRA ALVAREZ PANELLI  
URB. MONTE SOL  
435 C/ MARIA VAZQUEZ CRUZ  
JUANA DIAZ, PR 00795 2853

Seguro Social: XXX-XX-5806

A base de la información en nuestros registros, al 29 de enero de 2018 usted posee:

**Fecha de Nacimiento:** 24 de enero de 1962  
**Género:** Femenino  
**Fecha de Ingreso al Servicio Público:** 18 de abril de 1988  
**Fecha de Comienzo de Cotización:** 18 de abril de 1988

### Ley 447 al 30 de junio de 2013

| | |
|---|---:|
| Años Acreditados: | 26.50 |
| Aportaciones: | $67,991.87 |
| Intereses: | $17,633.62 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $85,625.49 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

### Ley 3 al 30 de junio de 2017

| | |
|---|---:|
| Tiempo Trabajado: | 4.02 |
| Aportaciones: | $26,001.34 |
| Intereses: | $1,989.88 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $27,991.22 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711  
PO Box 42003, San Juan, PR 00940-2203  
Tel: 787-754-4545  
www.retiro.pr.gov

