Yomaira Álvarez [illegible]
Urb. Monte Sol
435 Calle María Vázquez
Juana Díaz, P.R. 00795-2853

Secretaría.
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

