31 de diciembre de 2019

Asunto de:

Junta de Supervisión y Administración Financiera de Puerto Rico

Estado Libre Asociado de Puerto Rico y otros

Promesa, Titulo III

Núm. 17 BK 3283-LTS

**Replica**

Replica a los números de reclamación: **81574** Deudor sistema de retiro empleados del gobierno del estado libre asociado de Puerto Rico, centésima octava objeción global anexo A: DEFECTUOSAS

Honorable tribunal:

   Recibí notificación donde me informa que no envié evidencia de cantidad reclamada en el sistema de retiro. Comencé a cotizar en el sistema de retiro en el año 1989. Desde ese año no he dejado de aportar al sistema como empleada regular del Departamento de la Familia. No me ha sido posible comunicarme con la oficina de retiro para poder obtener la cantidad que se me adeuda. No obstante, envío copias de mis talonarios como evidencia de mis aportaciones.

Ana M. Cruz Morales

Comunidad Imbery # 2 calle Almendra

Barceloneta, PR 00617

Tel: (787) 549-0643

Correo electrónico: anacruzmorales1515@gmail.com

Se envía copia de la Replica a los siguientes:

Secretaria (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, PR 00918-1767


Abogado de la Junta de Supervisión

Proskauer Rose LLP

Eleven Times Square

Nueva York 10036-8299

A/A: Martin J. Bienenstock

Brian S, Rosen


Abogado de Comite de Acreedores (counsel for the creditor's committee) Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A: Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz