**123 Administracion Familia y Ninos**
Ave. Ponce de Leon Pda. 2, Edificio Sendic
San Juan, PR 00901

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2013 |
| Hasta: | 12/31/2013 |
| Aviso #: | 6290274 |
| Fecha Aviso: | 12/30/2013 |

**ANA M. CRUZ MORALES**
COMUNIDAD IMBERY CALLE ALMENDRA # 2
BARCELONETA, PR 00617

SS: XXX-XX-9297

| | |
|---|---|
| # Empleado: | XXXXX9297 |
| Dept: | 123350-Arecibo |
| Lugar: | Arecibo |
| Titulo: | Trabajador De Servicios De Ali |
| Sueldo: | $1,929.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 964.50 | 1,957.50 | | 22,823.00 |
| Bono de Navidad | | 0.00 | | | 1,275.00 |
| Pago Retroactivo Regular | | 0.00 | | | 25.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 1,780.11 |
| Bono Convenio Colectivo | | 0.00 | | | 150.00 |
| **Total:** | | **964.50** | **1,957.50** | | **26,053.11** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.99 | 377.77 |
| Fed OASDI/Disability - EE | 59.80 | 1,615.29 |
| PR Withholding | 0.23 | 228.52 |
| **Total:** | **74.02** | **2,221.58** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 88.20 | 1,057.65 |
| Plan de Retiro < 4/1/90 | 0.00 | 850.44 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.35 | 28.20 |
| AE-Asoc Emp ELA-Prest Regular | 137.05 | 2,921.00 |
| SM-First Medical Health Plan | 8.50 | 218.00 |
| DM-FONDOS UNIDOS | 1.00 | 24.00 |
| SC-ATLANTIC SOUTH INS CO | 27.25 | 654.00 |
| OS-SERV PUBLICOS UNIDOS PR | 0099.65 | 122.70 |
| Ahorros-AEELA | 28.94 | 685.56 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 1,740.00 |
| GPR Retiro Hibrido Coord. | 89.46 | 1,073.52 |
| FSED Disability Plan | 32.31 | 872.73 |
| Plan de Retiro < 4/1/90 | 0.00 | 1,045.68 |

| Total: | 88.20 | 1,908.09 | Total: | 214.74 | 4,653.46 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 964.50 | 0.00 | 74.02 | 302.94 | 587.54 |
| Acumulado: | 26,053.11 | 0.00 | 2,221.58 | 6,561.55 | 17,269.98 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6290274 | 587.54 |
| Total: | 587.54 |

MENSAJE:

Administracion Familia y Ninos
Ave. Ponce de Leon Pda. 2
Edificio Sendic
San Juan, PR 00901

Fecha
12/30/2013

Aviso No.
6290274

Cant. Deposito: $587.54

A la
Cuenta(s) De

**ANA M. CRUZ MORALES**
COMUNIDAD IMBERY CALLE ALMENDRA # 2
BARCELONETA, PR 00617

Localizacion: Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 587.54 |
| Total: | | 587.54 |

## NO-NEGOCIABLE

| Administracion Familia y Ninos | Grupo de Pago: | SM -Quincenal | Aviso #: | 5509890 |
|---|---|---|---|---|
| Ave. Ponce de Leon Pda. 2 , Edificio Sendic | Desde: | 12/16/2010 | Fecha Aviso: | 12/30/2010 |
| San Juan, PR 00901 | Hasta: | 12/31/2010 | | |

| ANA M. CRUZ MORALES | # Empleado: | XXXXX9297 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PARCELAD IMBERY BZON 2 CALLE 6 | Dept: | 123350-Arecibo | Estado Civil: | | Claiming no personal exem |
| BARCELONETA, PR 00617 | Lugar: | Arecibo | Concesiones: | 0 | |
| | Titulo: | Trabajador De Servicios De Ali | Pct. Adcl.: | | 3 |
| SS: XXX-XX-9297 | Sueldo: | $1,879.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 939.50 | 1,957.50 | | 22,548.00 |
| Bono de Navidad | | 0.00 | | | 1,125.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 375.78 |
| Total: | | 939.50 | 1,957.50 | | 24,048.78 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.63 | 348.71 |
| Fed OASDI/Disability - EE | 58.24 | 1,491.02 |
| PR Withholding | 0.00 | 674.88 |
| Total: | 71.87 | 2,514.61 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 70.87 | 1,700.88 |
| Total: | 70.87 | 1,700.88 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 110.75 | 2,187.84 |
| SM-First Medical Health Plan | 18.50 | 404.00 |
| DM-FONDOS UNIDOS | 1.00 | 24.00 |
| SC-SVTS INC | 27.45 | 658.80 |
| OS-SERV PUBLICOS UNIDOS PR | 0094.70 | 112.80 |
| Ahorros-AEELA | 28.19 | 676.56 |
| Total: | 190.59 | 4,064.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 130.00 | 1,560.00 |
| Plan de Retiro < 4/1/90 | 87.14 | 2,091.36 |
| FSED Disability Plan | 31.47 | 805.56 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 939.50 | 0.00 | 71.87 | 261.46 | 606.17 |
| Acumulado: | 24,048.78 | 0.00 | 2,514.61 | 5,764.88 | 15,769.29 |

### HORAS ACEM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5509890 | 606.17 |
|---|---|
| Total: | 606.17 |

MENSAJE:

Administracion Familia y Ninos
Ave. Ponce de Leon Pda. 2
Edificio Sendic
San Juan, PR 00901

Fecha
12/30/2010

Aviso No.
5509890

Cant. Deposito: $606.17

A la
Cuenta(s) De

ANA M. CRUZ MORALES
PARCELAD IMBERY BZON 2 CALLE 6
BARCELONETA, PR 00617

Localizacion: Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $606.17 |
| Total: | | $606.17 |

# NO-NEGOCIABLE

| Administracion Familia y Ninos<br>Ave. Ponce de Leon Pda. 2 , Edificio Sendic<br>San Juan, PR 00901 | Grupo de Pago: SM Quincenal<br>Desde 12/16/2009<br>Hasta: 12/31/2009 | Aviso Desc: 8487557<br>Fecha Aviso: 12/30/2009 |
|---|---|---|

| ANA M. CRUZ MORALES<br>PARCELAD IMBERY BZON 2 CALLE 6<br>BARCELONETA, PR 00617<br>SS: | # Empleado: 582219297<br>Dept: 123350-Arecibo<br>Lugar: Arecibo<br>Titulo: Trabajador De Servicios De Ali<br>Sueldo: $1,879.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 3<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 939.50 | 1,957.50 | 22,548.00 | |
| Bono de Navidad | | 0.00 | | 1,125.00 | |
| Licencia Enfermedad en Exceso | | 0.00 | | 1,879.00 | |
| Total: | | 939.50 | 1,957.50 | 25,552.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.62 | 370.50 |
| Fed OASDI/Disability - EE | 58.24 | 1,584.22 |
| PR Withholding | 29.31 | 943.76 |
| Total: | 101.17 | 2,898.48 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 70.87 | 1,700.88 |
| Total: | 70.87 | 1,700.88 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 71.57 | 1,717.68 |
| SM-First Medical Health Plan | 8.50 | 204.00 |
| DM-FONDOS UNIDOS | 1.00 | 24.00 |
| SC-SVTS INC | 27.45 | 658.80 |
| OS-SERV PUBLICOS UNIDOS PR | 094.70 | 112.80 |
| Ahorros-AEELA | 28.19 | 676.56 |
| Total: | 141.41 | 3,393.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 130.00 | 1,560.00 |
| Plan de Retiro < 4/1/90 | 87.14 | 2,091.36 |
| FSED Disability Plan | 31.47 | 855.92 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT RED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 939.50 | 0.00 | 101.17 | 212.28 | 626.05 |
| Acumulado: | 25,552.00 | 0.00 | 2,898.48 | 5,094.72 | 17,558.80 |

### ITO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #8487557 | 626.05 |
|---|---|
| Total: | 626.05 |

MENSAJE:

Administracion Familia y Ninos
Ave. Ponce de Leon Pda. 2
Edificio Sendic
San Juan, PR 00901

Fecha
12/30/2009

Aviso No.
8487557

Cant. Deposito: $626.05

A la
Cuenta(s) De

ANA M. CRUZ MORALES
PARCELAD IMBERY BZON 2 CALLE 6
BARCELONETA, PR 00617

Localizacion: Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $626.05 |
| Total: | | $626.05 |

## NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
123 - Administracion Familia y Ninos

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2006 |
| Hasta: | 10/31/2006 |

# Cheque: 05860529
Fecha: 10/30/2006

ANA M. CRUZ MORALES
PARCELAD IMBERY BZON 2 CALLE 6
BARCELONETA PR 00617
SS:

| | |
|---|---|
| # Empleado: | 582219297 |
| Dept: | 123350-Arecibo |
| Oficina: | Arecibo |
| Titulo: | Trabajador De Servicios De Ali |
| Sueldo: | $1,679.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono Convenio Colectivo | | | 1,200.00 | | 1,200.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,537.50 | 15,150.50 |
| Pago Retroactivo Regular | | | 0.00 | | 200.00 |
| **Total:** | | | 0.00 | 1,537.50 | 15,350.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.40 | 239.98 |
| Fed OASDI/EE | 74.40 | 1,026.13 |
| PR Withholding | 96.00 | 802.22 |
| **Total:** | 187.80 | 2,068.33 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 0.00 | 1,127.65 |

## APORTACIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 1,127.88 |
| SM-First Medical Health Plan | 0.00 | 148.00 |
| DM-FONDOS UNIDOS | 0.00 | 19.00 |
| SC-UNIVERSAL LIFE INS. CO | 0.00 | 456.00 |
| OS-SERV PUBLICOS UNIDOS PR 00 | 90.00 | 151.60 |
| GPR Plan de Ahorros | 0.00 | 460.61 |

## APORTACION PATRONAL - PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 0.00 | 1,423.81 |
| FSED Disability Plan | 0.00 | 514.26 |
| SM-First Medical Health Plan | 0.00 | 900.00 |



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

ANA CRUZ MORALES
PARCELAS IMBERY
CALLE 6 BUZON 2
BARCELONETA, PR 00617

**Seguro Social: XXX-XX-9297**

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 04 de septiembre de 1961           **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1989
**Fecha de Comienzo de Cotización:** 01 de julio de 1989

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 24.00 |
| Aportaciones: | $24,768.99 |
| Intereses: | $6,674.43 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $31,443.42 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $9,166.57 |
| Intereses: | $725.29 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $9,891.86 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov