Ana M. Cruz Rosales
Comunidad Imbery
#9 Calle Almendra
Barceloneta, P.R. 00617

7013 0600 0000 2636 8648

U.S. POSTAGE PAID
FCM LETTER
BARCELONETA, PR
00617
JAN 14, 20
AMOUNT
$4.20
R2305K133688-10

Secretaria (Clerk Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767