Elsie Caro
P.O. Box 15
Aguadilla

**CERTIFIED MAIL**

7014 2120 0003 4192 8628

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 14, 20
AMOUNT
$6.85
R2304E105991-10

RECEIVED JAN 15 CLERK'S OFFICE U.S. DISTRICT SAN JUAN

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767