13 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 3: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Radicación de replica (Objeción)**

**PROMESA TITULO III NO. 17 03283**

**Número de reclamación:** 32304

| | |
|---|---|
| Nombre: | Orlando Díaz Aviles |
| Dirección Postal: | HC 03 BOX 11992 Corozal, PR 00783 |
| Dirección Residencial: | Bo. Dos Bocas 1 carr. 807 |
| | Corozal, PR 00783 |
| Número de contacto: | 787-224-6078 |
| Correo electrónico: | linette_vazquez@yahoo.com |

Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la objection: Se somete documentación para continuar con demanda Caso número 2016-05-1340 Retribución