Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
> TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NINETY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| DIAZ AVILES, ORLANDO | 32304 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| DIAZ AVILES, ORLANDO | 32304 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Nonagésima octava objeción global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 906 | DIAZ AVILES, ORLANDO<br>HC 3 BOX 11992<br>COROZAL, PR 00783 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32304 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 907 | DIAZ BELLO, BRENDA<br>URB. TREASURE VALLEY CALLE 2 #15<br>CIDRA, PR 00739 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 77656 | $ 75,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 908 | DIAZ CARRASQUILLO, RUTH B<br>PO BOX 8190<br>HUMACAO, PR 00792-8190 | 6/5/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 46240 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 909 | DIAZ CARRERA, DAMARIS<br>URB SABANA GARDENS<br>5 - 17 CALLE 9<br>CAROLINA, PR 00983 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41663 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 910 | DIAZ CASANOVA, MARIA P.<br>P.O. BOX 883<br>ARECIBO, PR 00613 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82058 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 911 | DIAZ CEPEDA, ELEAZAR<br>URB JARDINES DE PALMAREJO CALLE 8 J-16 SAN ISIDRO<br>CANOVANAS, PR 00729 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 85234 | |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

ORLANDO DIAZ AVILES                                Seguro Social: XXX-XX-2013

., PR 00924

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 28 de febrero de 1977          **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 30 de septiembre de 1998
**Fecha de Comienzo de Cotización:** 30 de septiembre de 1998

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 15.00 |
| Aportaciones: | $26,950.26 |
| Intereses: | $5,534.66 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $32,484.92 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $10,790.70 |
| Intereses: | $869.63 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $11,660.33 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ORLANDO DIAZ AVILES**                                   Seguro Social: XXX-XX-2013

., PR 00924

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 19 |
| Balance de Aportaciones: | $44,145.25 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346301912

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

GOBIERNO DE PUERTO RICO
CENTRO DETENCION 1072, BAYAMON

## CERTIFICACION DE EMPLEO Y SUELDO

Certifico <u>ORLANDO DIAZ AVILES</u>, que es empleado(a) del <u>Departamento de Corrección y Rehabilitación</u> y labora en el <u>Centro Detención 1072, Bayamón</u> cuyo Seguro Social es <u>XXX-XX- 2013</u>, labora desde el <u>30 de agosto de 1998</u>. Actualmente ocupa un puesto como <u>OFICIAL CORRECCIONAL I</u>, es empleado regular y Devenga un salario de <u>$2,259.00</u> mensual, más un bono de $600.00 dólares e incentivo de <u>$300.00</u>. Dado en Bayamón, Puerto Rico hoy, 13 de diciembre de 2020.

Para mayor información, comunicarse al Teléfono (787) 488-9800 Ext. 3001 y 3039.

CERTIFICO CORRECTO,

_____
Superviso Inmediato

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO
www.casp.pr.gov**

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>**Apelantes**<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>**Apelados** | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

# RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016*; y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2,818)
2016-05-1340
Case:17-03283-LTS Doc#:10060-1 Filed:01/15/20 Entered:01/16/20 15:02:58 Desc:
Exhibit Page 11 of 11
ANEJO
PÁGINA 3 DE 44

| | | |
|---|---|---|
| 130. | CARMEN N. ASENCIO ROSADO | ROUND HILL; VIOLETA 641; TRUJILLO ALTO PR 00976 |
| 131. | MARIA T. AUGUSTO ALONSO | URB. ROYALTOWN; F-11 CALLE 14 ; BAYAMON, PR 00956 |
| 132. | DELIA AVILES ALVAREZ | CALLE RENO S-21; STA. JUANITA ; BAYAMON, PR 00956 |
| 133. | BRIGIDA AVILES CALUDIO | HC-1 BOX 5880; TOA BAJA PR 00949 |
| 134. | ROSA AVILES CORTES | PARCELAS SABANETAS #66; CALLE HUCAR; PONCE PR 00716-4405 |
| 135. | GLADYS AVILÉS GEÍYEL | COND. ALTURAS DEL PARQUE; APT. 1109; CAROLINA, PR 00987 |
| 136. | NOEL R. AVILES JIMENEZ | PO BOX 7613; SAN JUAN PR 00916 |
| 137. | LOURDES AVILES MANGUAL | RIO HONDO #38; MONTECASINO HEIGHTS ; TOA ALTA PR 00953 |
| 138. | ISABEL AVILES MOJICA | TORRE A APT. 1414; COOP. JARDINES DE ; SAN IGNACIO ; SAN JUAN PR 00927 |
| 139. | LESLIE V. AVILES RIVERA | COND. TORRES CAROLINA ; APT. 1206, ; CAROLINA PR 00987 |
| 140. | GRECIA M. AYALA FUENTES | APARTADO 442; LOIZA PR 00772; |
| 141. | VANESSA AYALA GERENA | CALLE 10 P-25 ; ALTURAS DE INT.; TRUJILLO ALTO PR 00976 |
| 142. | CARMEN L. AYALA HERNANDEZ | EDF. K APT 127 C/1; JARDINES BERWIND ; SAN JUAN PR 00924 |
| 143. | LUZ I. AYALA MALDONADO | HC-02 BOX 6050; BAJADERO PR 00616; |
| 144. | LORNA E. AYALA MARTINEZ | URB RIVERVIEW; CALLE 342ZD ; BAYAMON PR 00961 |
| 145. | ADALIS AYALA ORTIZ | MONTE BRISAS C/4 5-I 30; FAJARDO PR 00738 |
| 146. | MARIBEL AYALA PEREZ | URB. SANTA JUANITA ; C/ 39 TT-25 ; BAYAMON, PR 00956 |
| 147. | LIZA Y. AYALA RIVERA | CALLE SOLA #951; TRASTALLERES, ; SAN JUAN PR 00907 |
| 148. | MARIBELLE AYALA RODRÍGUEZ | RR-02 BOX 7729; TOA ALTA, PR 00953-9626 |
| 149. | FLOR M. AYALA SILVA | APARTADO 991; PATILLAS PR 00723 |
| 150. | MARIA T. AYES SANTIAGO | URB. SAN MARTIN ; CALLE 1 A5; JUANA DIAZ, PR 00795 |
| 151. | DALE M. BACHETTI OLMO | CALLE 3 CALLE 17 ; CASTELLANA GARDENS; CAROLINA PR 00983 |
| 152. | MARANGELI BACHILLER DUARTE | CALLE COROZO #2251; BO. AZURA; SAN JUAN PR 00915 |
| 153. | AWILDA BAERGA COLLAZO | PO BOX 1693; UTUADO, PR 00641 |
| 154. | JESUS A. BAERGA LIZARDI | COND. EL VERDE SUR A-2; CALLE D APT. 5-B; CAGUAS, PR 00725 |
| 155. | JOVITA BAEZ ABREU | BUZON CALLE 5-D-II; HUMACAO PR 00791 |
| 156. | VIRGENMINA BAEZ BELEN | PO BOX 58; SABANA GRANDE PR 00637; |
| 157. | CECILIO BAEZ CARMONA | PO BOX 1132; CEIBA PR 00735-1132 |
| 158. | MIRTHA BAEZ FERNANDEZ | BOX 40167; SAN JUAN PR 00940 |
| 159. | JUDITH BAEZ FLORES | PO BOX 7779; SAN JUAN PR 00916 |
| 160. | EILEEN BAEZ GARCIA | URB. ALTURAS FLAMBOYAN GARDENS ; CALLE 35 MM5; SAN JUAN PR 00959; |
| 161. | ROBERTO BAEZ LAGUNA | PO BOX 02 61; GUAYNABO, PR 00970-0261 |
| 162. | MILAGROS BAEZ MENDEZ | BOX 278; SABANA GRANDE, PR 00637 |
| 163. | CAROLYN BAEZ NIEVES | URB. SAN ANTONIO ; 29 C/SAN ANTONIO, ; SAN ANTONIO, PR 00690 |
| 164. | YAMIL BAEZ VAZQUEZ | URB. VILLA FLORES; CALLE 2 F-4; CEIBA PR 00735 |
| 165. | ILIA BARBOSA MARTINEZ | PO BOX 502; LAS MARIAS, PR 00670 |
| 166. | JAVIER A. BARRETO MOYA | PO BOX 2164; SAN JUAN, PR 00936-2164 |
| 167. | MELVIN BARRETO NEGRON | URB. CIUDAD JARDIN #49 ; CALLE VIOLETA; CAROLINA PR 00987 |
| 168. | JUAN H. BARRIENTOS MIRANDA | RR-2 BOX 7848; TOA ALTA PR 00953-7725 |
| 169. | ROSA B. BARRIENTOS FLORES | CALLE 616 BLQ. 40 #3; SEXTA. SEC. VILLA CAROLINA; CAROLINA PR 00985 |
| 170. | CLARA BARTOLOMEY MARRERO | CALLE PUNTITA 1830; ALTURAS DEL MAYAGUEZ; MAYAGUEZ, PR 00680 |
| 171. | IRMA L. BATISTA ALVARADO | PO BOX 1218; TRUJILLO ALTO PR 00977 |
| 172. | MARITZA BATISTA OCASIO | HC-01 BOX 3284; COROZAL, PR 00783 |
| 173. | JUAN M. BAUZA AVILA | CALLE CD RIVERA #624; URB. VILLA NAVARRA; RIO PIEDRAS, PR 00924; |
| 174. | WINDA BECERRIL GONZALEZ | HC-01 BOX 13816; RIO GRANDE, PR 00745 |
| 175. | JOSE J. BECERRIL OSORIO | CALLE WEBB 730; SAN JUAN PR 00915 |
| 176. | LUZ N. BELEN TIRADO | C/ COMERCIO 940; TRASTALLERES, ; SAN JUAN PR 00907 |
| 177. | CARMEN BELLO CANCEL | NO PROVEYÓ DIRECCIÓN POSTAL |
| 178. | ILEANA R. BELLO ORTIZ | 2DA. EXT. PUNTO ORO 6357; CALLE PACIFICO ; PONCE PR 000728-2409 |
| 179. | MARIBEL BELTRAN RIVERA | HC-7 BOX 75309; SAN SEBASTIAN PR 00685-9821 |
| 180. | BELTRAN YOLANDA | URB. VILLA MARINA C/5 F-132; GURABO PR 00778 |
| 181. | GLADYNELLE BENABE GARCIA | 160- C/ FLORIDA; LUQUILLO, PR 00773-2148 |
| 182. | EDAN E. BENABE HUERTAS | PO BOX 114; LUQUILLO PR 00773 |
| 183. | REBECCA V. BERNABE TORRENS | APARTADO 193; LUQUILLO, PR 00773 |
| 184. | GIL BENEJAN GALARZA | CALLE 15-A P-25; URB. BERWIND ESTATES; SAN JUAN PR 00924 |
| 185. | MARIA DEL C. BENIQUEZ RIOS | CH-67 BOX 126; BAYAMON, PR 00956 |
| 186. | NANCY BENITEZ DEL VALLE | CARRETERA 842 KM. 5 HM. 1; CAMINO BENITEZ 2; RIO PIEDRAS, PR 00926 |
| 187. | ALFREDO BENITEZ DELGADO | PO BOX 244; CATAÑO PR 00963-9801 |
| 188. | ANA C. BENITEZ DELGADO | CALLE 21 T-28 ; VILLAS DE LOIZA; CANOVANAS, PR 00729; |
| 189. | MAYRA I. BENITEZ MOJICA | PO BOX 552; RIO PIEDRAS PR 00771 |
| 190. | DAISY BENITEZ RAMIREZ | CALLE 11 Q-1 ; URB. SIERRA LINDA; BAYAMON, PR 00957 |
| 191. | CARMEN BENITIZ RODRIGUEZ | PO BOX 19193; FERNANDEZ JUNCOS ; SAN JUAN PR 00910 |
| 192. | DAVID BENTINE MOLINA | E-59 A-1123; LLORENS TORRES; SANTURCE, PR 00913 |
| 193. | GUADALUPE BERDECIA MARTINEZ | HC-03 BOX 12213; BO. CEDROS ; CAROLINA PR 00987 |
| 194. | GERALDO BERMUDEZ CAPACETTE | JARDINES DEL CARIBE; CALLE 54 #2 A-56; PONCE PR 00728 |