Orlando Diaz [...]
HC-03 Box 11992
Corozal P.R. 00783



Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building 150 Calle Chardon
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 3: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.