**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>                                           Deudores | RECEIVED & FILED<br><br>PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

NÚMERO DE EVIDENCIA DE RECLAMACION: __8279__

NOMBRE DEL RECLAMANTE: __SAIRA ROSA BRAVO__

**MOCION
RADICACION DE REPLICA**

1. Saira Rosa Bravo, dirección postal: HC 4 Bzn 43500 Aguadilla, PR 00603 con número de teléfono (787) 363-6251 y correo electrónico sairirosa@gmail.com, últimos digito de seguro social 0216.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 54,000.00, en el Departamento de la Familia Programa de ADFAN con fecha de empleo que comencé 16 de septiembre de 1999 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

*[firma]*
Saira Rosa Bravo

HC 4 Bzn 43500
Aguadilla, PR 00603