Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

Aviso #: 5397783
Fecha Aviso: 12/30/2019

SAIRA ROSA BRAVO
BO CAIMITAL ALTO
SECTOR SAMBRANA
AGUADILLA, PR 00603
SS:

| | |
|---|---|
| # Empleado: | 582690216 |
| Dept: | 123320-Aguadilla |
| Lugar: | Aguadilla |
| Titulo: | Oficinista I |
| Sueldo: | $1,704.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Head of Household |
| Concesiones: | 0 | 4 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 852.00 | 1,957.50 | 20,448.00 |
| Ajuste Al Devengado | | | 0.00 | | 53.47- |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 852.00 | 1,957.50 | 21,594.53 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.35 | 313.12 |
| Fed OASDI/Disability - EE | 52.82 | 1,338.86 |
| PR Withholding | 0.00 | 42.00 |
| Total: | 65.17 | 1,693.98 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 72.42 | 1,738.08 |
| Total: | 72.42 | 1,738.08 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.13 | 51.12 |
| AE-Asoc Emp ELA-Prest Regular | 103.06 | 2,312.44 |
| SM-First Medical Health Plan | 10.75 | 225.00 |
| SC-TRIPLE-S VIDA INC | 5.65 | 135.60 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 1,334.64 |
| OS-SERV PUBLICOS 009 A | 12.78 | 306.72 |
| Ahorros-AEELA | 25.56 | 613.44 |
| Total: | 215.54 | 4,978.96 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 28.54 | 723.37 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 852.00 | 0.00 | 65.17 | 287.96 | 498.87 |
| Acumulado: | 21,594.53 | 0.00 | 1,693.98 | 6,717.04 | 13,183.51 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5397783 | 498.87 |
| Total: | 498.87 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/30/2019

Aviso No.
5397783

Cant. Deposito: $498.87

A la
Cuenta(s) De

SAIRA ROSA BRAVO
BO CAIMITAL ALTO
SECTOR SAMBRANA
AGUADILLA, PR 00603
Localizacion: Aguadilla

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 498.87 |
| Total: | | 498.87 |

# NO-NEGOCIABLE