Saira Rosa Bravo
HC 04 Bzn 43000
Aguadilla PR 00603



Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (PR) 00918-1767

0091839999