Radicacion de replica (Objecion)

PROMESA TITULO III  **No.17   03283**

Numero de reclamacion: *1330*

Nombre: *Norma Matos Peréz*
Direccion Postal: *Calle 1 C-5 urb. Sylvia Corozal P.R. 00283*
Direccion Residencial: *misma Postal*

Num. de contacto:
    Tel.　　　　　　　　　　Cel. *787 510-3994*
Correo electronico: *nomatosperez@gmail.com.*

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

    **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:  Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

  3. Certificacion de empleo  (Departamento de la Familia)

  4. Copia listado de Objecion Global- Anexo A

      (Donde se incluye informacion sobre la reclamacion)

  5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED
2020 JAN 15 PM 3: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

14 enero 2020.

A quien corresponda:

    Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

*Norma Matos Pérez*