

GOBIERNO DE PUERTO RICO
Departamento de la Familia
Administración de Familias y Niños

## SOLICITUD DE CERTIFICACIÓN DE EMPLEO Y/O DOCUMENTOS DEL EXPEDIENTE DE PERSONAL

NOMBRE: Norma Matos Pérez

CLASIFICACIÓN: Directora Local Corozal

REGIÓN: Bayamón

ESTATUS DEL EMPLEADO:

Transitorio _____ Regular __X__ Confianza _____

EMPLEADO ACTIVO: __X__

EMPLEADO INACTIVO: _____
(Favor de indicar fecha en que trabajó para la Agencia)

TELÉFONO CONTACTO: 787-415-8440

Si desea que se le envíe por correo regular favor de completar en letra de molde:

### DIRECCIÓN POSTAL

_____
_____
_____

Si desea autorizar a otra persona a recoger su Certificación de Empleo, favor de completar información de persona, en el espacio provisto a continuación. La persona deberá presentar identificación con foto al momento de recoger la misma.

NOMBRE: _Luis D. Nieves N[...]_

RECIBIDO
JAN 14 2020
DEPARTAMENTO DE LA FAMILIA

_14/1/2020_
FECHA DE SOLICITUD

_[firma]_
FIRMA DE EMPLEADO

Edif. Lila Mayoral 306, Ave. Barbosa • PO Box 194090, San Juan, PR 00919-4090 • 787.294-4900 ext.1666
Oficina de Recursos Humanos

| | | |
|---|---|---|
| 122 Departamento de la Familia<br>Edif. Lila Mayoral<br>Ave Barbosa #306<br>San Juan, PR 00902 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5660320<br>Fecha Aviso: 01/15/2020 |
| NORMA MATOS PEREZ<br>CALLE-1 C-5<br>URB.SYLVIA<br>COROZAL, PR 00783<br>SS: 1-5550 | # Empleado: 550<br>Dept: 122045-Centro de Servicios Integrados<br>Lugar: Oficina Local de Corozal<br>Titulo: Dir. Ctro. Servs.Integrales II<br>Sueldo: $3,453.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 2 + 6<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,726.50 | 82.50 | 1,726.50 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| **Total:** | | | **1,726.50** | **82.50** | **2,026.50** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 25.03 | 29.38 |
| Fed OASDI/Disability - EE | 107.04 | 125.64 |
| PR Withholding | 75.33 | 94.55 |
| **Total:** | **207.40** | **249.57** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 146.75 | 172.25 |
| **Total:** | **146.75** | **172.25** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.56 | 3.56 |
| SM-First Medical Health Plan | 156.00 | 156.00 |
| CO-COOP LA SAG FAMILIA | 50.00 | 50.00 |
| SC-AMER FAM LIFE ASS CO | 55.80 | 55.80 |
| Ahorros-AEELA | 51.80 | 60.80 |
| **Total:** | **317.16** | **326.16** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 57.84 | 67.89 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,726.50 | 0.00 | 207.40 | 463.91 | 1,055.19 |
| Acumulado: | 2,026.50 | 0.00 | 249.57 | 498.41 | 1,278.52 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5660320 | 1,055.19 |
| **Total:** | **1,055.19** |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

---

**Departamento de la Familia**
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

Fecha
01/15/2020

Aviso No.
5660320

**Cant. Deposito:** $1,055.19

A la
Cuenta(s) De

**NORMA MATOS PEREZ**
CALLE-1 C-5
URB.SYLVIA
COROZAL, PR 00783
Localizacion: Oficina Local de Corozal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,055.19 |
| **Total:** | | **1,055.19** |

## NO-NEGOCIABLE

| | | |
|---|---|---|
| 122 Departamento de la Familia<br>Edif. Lila Mayoral<br>Ave Barbosa #306<br>San Juan, PR 00902 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5397527<br>Fecha Aviso: 12/30/2019 |
| NORMA MATOS PEREZ<br>CALLE-1 C-5<br>URB.SYLVIA<br>COROZAL. PR 00783<br>SS: -5550 | # Empleado: 550<br>Dept: 122040-Centro de Servicios Integrados<br>Lugar: Oficina Local de Corozal<br>Titulo: Dir. Ctro. Servs.Integrales II<br>Sueldo: $2,853.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.:  2 + 6<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,426.50 | 1,957.50 | 34,236.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Horas Extras Desastre | | | 0.00 | | 240.75 |
| Total: | | | 1,426.50 | 1,957.50 | 35,076.75 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.68 | 508.61 |
| Fed OASDI/Disability - EE | 88.44 | 2,174.76 |
| PR Withholding | 38.01 | 912.24 |
| Total: | 147.13 | 3,595.61 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 121.25 | 2,910.00 |
| Total: | 121.25 | 2,910.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.56 | 86.35 |
| SM-First Medical Health Plan | 156.00 | 3,732.00 |
| CO-COOP LA SAG FAMILIA | 50.00 | 1,200.00 |
| SC-AMER FAM LIFE ASS CO | 55.80 | 1,339.20 |
| Ahorros-AEELA | 42.80 | 1,034.42 |
| Total: | 308.16 | 7,391.97 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 47.79 | 1,175.12 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,426.50 | 0.00 | 147.13 | 429.41 | 849.96 |
| Acumulado: | 35,076.75 | 0.00 | 3,595.61 | 10,301.97 | 21,179.17 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #5397527 | 849.96 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 849.96 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

**Departamento de la Familia**
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

Fecha
12/30/2019

Aviso No.
5397527

Cant. Deposito:   $849.96

A la
Cuenta(s) De

**NORMA MATOS PEREZ**
CALLE-1 C-5
URB.SYLVIA
COROZAL, PR 00783
Localizacion: Oficina Local de Corozal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 849.96 |
| Total: | | 849.96 |

## NO-NEGOCIABLE

| | | |
|---|---|---|
| 122 Departamento de la Familia<br>Edif. Lila Mayoral<br>Ave Barbosa #306<br>San Juan, PR 00902 | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | Aviso #: 5142074<br>Fecha Aviso: 12/13/2019 |
| NORMA MATOS PEREZ<br>CALLE-1 C-5<br>URB.SYLVIA<br>COROZAL, PR 00783<br>SS: 550 | # Empleado: 550<br>Dept: 122045-Centro de Servicios Integrados<br>Lugar: Oficina Local de Corozal<br>Titulo: Dir. Ctro. Servs.Integrales II<br>Sueldo: $2,853.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 2 + 6<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,426.50 | 1,867.50 | 32,809.50 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Horas Extras Desastre | | | 0.00 | | 240.75 |
| **Total:** | | | **1,426.50** | **1,867.50** | **33,650.25** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.69 | 487.93 |
| Fed OASDI/Disability - EE | 88.45 | 2,086.32 |
| PR Withholding | 38.01 | 874.23 |
| **Total:** | **147.15** | **3,448.48** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 121.25 | 2,788.75 |
| **Total:** | **121.25** | **2,788.75** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.56 | 82.79 |
| SM-First Medical Health Plan | 156.00 | 3,576.00 |
| CO-COOP LA SAG FAMILIA | 50.00 | 1,150.00 |
| SC-AMER FAM LIFE ASS CO | 55.80 | 1,283.40 |
| Ahorros-AEELA | 42.80 | 991.62 |
| **Total:** | **308.16** | **7,083.81** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 47.79 | 1,127.33 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,426.50 | 0.00 | 147.15 | 429.41 | 849.94 |
| Acumulado: | 33,650.25 | 0.00 | 3,448.48 | 9,872.56 | 20,329.21 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5142074 | 849.94 |
| **Total:** | **849.94** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Departamento de la Familia**
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

Fecha
12/13/2019

Aviso No.
5142074

**Cant. Deposito:** $849.94

A la
Cuenta(s) De

NORMA MATOS PEREZ
CALLE-1 C-5
URB.SYLVIA
COROZAL, PR 00783
Localizacion: Oficina Local de Corozal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 849.94 |
| **Total:** | | **849.94** |

# NO-NEGOCIABLE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 122 Departamento de la Familia | | | Grupo de Pago: | SM -Quincenal | | | Aviso #: | 4682421 |
| Edif. Lila Mayoral | | | Desde: | 11/16/2019 | | | Fecha Aviso: | 11/29/2019 |
| Ave Barbosa #306 | | | Hasta: | 11/30/2019 | | | | |
| San Juan, PR 00902 | | | | | | | | |
| NORMA MATOS PEREZ | | | # Empleado: | 50 | | DATA IMP: | Federal | PR |
| CALLE-1 C-5 | | | Dept: | 122045-Centro de Servicios Integrados | | Estado Civil: | | Claiming no personal exem |
| URB.SYLVIA | | | Lugar: | Oficina Local de Corozal | | Concesiones: | 0 | |
| COROZAL, PR 00783 | | | Titulo: | Dir. Ctro. Servs.Integrales II | | Pct. Adcl.: | | 2 + 6 |
| SS: 550 | | | Sueldo: | $2,853.00 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,426.50 | 1,792.50 | 31,383.00 | Fed FICA Med Hospital Ins / EE | 20.68 | 467.24 |
| Bono de Navidad | | | 0.00 | | 600.00 | Fed OASDI/Disability - EE | 88.44 | 1,997.87 |
| Horas Extras Desastre | | | 0.00 | | 240.75 | PR Withholding | 38.01 | 836.22 |
| Total: | | | 1,426.50 | 1,792.50 | 32,223.75 | Total: | 147.13 | 3,301.33 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 121.25 | 2,667.50 | SI-Seg Incap. Obligatorio | 3.56 | 79.23 | SM-First Medical Health Plan | 180.00 | 1,980.00 |
| | | | SM-First Medical Health Plan | 156.00 | 3,420.00 | FSED Disability Plan | 47.79 | 1,079.54 |
| | | | CO-COOP LA SAG FAMILIA | 50.00 | 1,100.00 | | | |
| | | | SC-AMER FAM LIFE ASS CO | 55.80 | 1,227.60 | | | |
| | | | Ahorros-AEELA | 42.80 | 948.82 | | | |
| Total: | 121.25 | 2,667.50 | Total: | 308.16 | 6,775.65 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,426.50 | 0.00 | 147.13 | 429.41 | 849.96 |
| Acumulado: | 32,223.75 | 0.00 | 3,301.33 | 9,443.15 | 19,479.27 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #4682421 | 849.96 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 849.96 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Departamento de la Familia**  
Edif. Lila Mayoral  
Ave Barbosa #306  
San Juan, PR 00902

Fecha  
11/29/2019

Aviso No.  
4682421

**Cant. Deposito:** $849.96

A la  
Cuenta(s) De

NORMA MATOS PEREZ  
CALLE-1 C-5  
URB.SYLVIA  
COROZAL, PR 00783  
Localizacion: Oficina Local de Corozal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 849.96 |
| Total: | | 849.96 |

## NO-NEGOCIABLE

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## Certificación de Préstamo Hipotecario y/o Experiencia de pago

Según nuestros sistemas de información certificamos los siguiente:

Nombre del cliente: NORMA MATOS PEREZ
Número seguro social: XXX-XX-5550

## No tiene Préstamo Hipotecario con ASR

El uso de esta certificación es para el uso de liquidación de licencias y otras gestiones entre el empleado público y/o Agencia. La información provista podrá estar sujeta a cambios como resultado de cualquier revisión que se determine necesaria. **No es un documento de cancelación de Préstamo Hipotecario**.

Atentamente,

_____
ADA TORRES
Representante Autorizado
Área de Préstamos

Fecha: 14 de enero de 2020



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

ASR-PR-100
Rev. Jul.17



# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE NEGATIVA DE DEUDA DE PRÉSTAMOS PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre del Cliente:                                         Seguro Social:

NORMA MATOS PEREZ                                           XXX-XX-5550
CALLE-1 C-5 URB.SYLVIA
COROZAL, PR, 00783

**Nuestros sistemas de información no refleja deuda en este momento.**

Esta certificación fue realizada el 14 de enero de 2020 en San Juan, Puerto Rico.

_____
ADA TORRES
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

NORMA MATOS PEREZ
CALLE-1 C-5 URB.SYLVIA

Seguro Social: XXX-XX-5550

COROZAL, PR 00783

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 06 de agosto de 1956
Fecha de Ingreso al Servicio Público: 25 de enero de 1999
Fecha de Comienzo de Cotización: 25 de enero de 1999

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 21.05 | Tiempo Trabajado: | 4.01 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 13,861.90 | Aportaciones: | 7,182.30 |
| | | Intereses: | 7,038.13 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley 1** | | | |
| Pagado: | 0.00 | Aportaciones: | 27,188.41 | | |
| Tiempo: | 0.00 | Intereses: | 2,175.40 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 50,263.84 | Total Aportaciones: | 7,182.30 |
| Beneficio: | 0.00 | Beneficio: | 312.68 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>**Apelantes**<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>**Apelados** | 2016 CA 001150<br><br>**CASO NÚM. 2016-05-1340**<br><br>**RETRIBUCIÓN**<br><br>Materia |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

**RESOLUCIÓN**

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016*; y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2,818)
2016-05-1340
Case:17-03283-LTS   Doc#:10062-1   Filed:01/15/20   Entered:01/16/20 15:20:49   Desc:
Exhibit   Page 13 of 13
ANEJO
PÁGINA 3 DE 44

| | | |
|---|---|---|
| 130. | CARMEN N. ASENCIO ROSADO | ROUND HILL; VIOLETA 641; TRUJILLO ALTO PR 00976 |
| 131. | MARIA T. AUGUSTO ALONSO | URB. ROYALTOWN; F-11 CALLE 14 ; BAYAMON, PR 00956 |
| 132. | DELIA AVILES ALVAREZ | CALLE RENO S-21; STA. JUANITA ; BAYAMON, PR 00956 |
| 133. | BRIGIDA AVILES CALUDIO | HC-1 BOX 5880; TOA BAJA PR 00949 |
| 134. | ROSA AVILES CORTES | PARCELAS SABANETAS #66; CALLE HUCAR; PONCE PR 00716-4405 |
| 135. | GLADYS AVILÉS GEÍYEL | COND. ALTURAS DEL PARQUE; APT. 1109; CAROLINA, PR 00987 |
| 136. | NOEL R. AVILES JIMENEZ | PO BOX 7613; SAN JUAN PR 00916 |
| 137. | LOURDES AVILES MANGUAL | RIO HONDO #38; MONTECASINO HEIGHTS ; TOA ALTA PR 00953 |
| 138. | ISABEL AVILES MOJICA | TORRE A APT. 1414; COOP. JARDINES DE ; SAN IGNACIO ; SAN JUAN PR 00927 |
| 139. | LESLIE V. AVILES RIVERA | COND. TORRES CAROLINA ; APT. 1206, ; CAROLINA PR 00987 |
| 140. | GRECIA M. AYALA FUENTES | APARTADO 442; LOIZA PR 00772; |
| 141. | VANESSA AYALA GERENA | CALLE 10 P-25 ; ALTURAS DE INT.; TRUJILLO ALTO PR 00976 |
| 142. | CARMEN L. AYALA HERNANDEZ | EDF. K APT 127 C/1; JARDINES BERWIND ; SAN JUAN PR 00924 |
| 143. | LUZ I. AYALA MALDONADO | HC-02 BOX 6050; BAJADERO PR 00616; |
| 144. | LORNA E. AYALA MARTINEZ | URB RIVERVIEW; CALLE 342ZD ; BAYAMON PR 00961 |
| 145. | ADALIS AYALA ORTIZ | MONTE BRISAS C/4 5-I 30; FAJARDO PR 00738 |
| 146. | MARIBEL AYALA PEREZ | URB. SANTA JUANITA ; C/ 39 TT-25 ; BAYAMON, PR 00956 |
| 147. | LIZA Y. AYALA RIVERA | CALLE SOLA #951; TRASTALLERES, ; SAN JUAN PR 00907 |
| 148. | MARIBELLE AYALA RODRÍGUEZ | RR-02 BOX 7729; TOA ALTA, PR 00953-9626 |
| 149. | FLOR M. AYALA SILVA | APARTADO 991; PATILLAS PR 00723 |
| 150. | MARIA T. AYES SANTIAGO | URB. SAN MARTIN ; CALLE 1 A5; JUANA DIAZ, PR 00795 |
| 151. | DALE M. BACHETTI OLMO | CALLE 3 CALLE 17 ; CASTELLANA GARDENS; CAROLINA PR 00983 |
| 152. | MARANGELI BACHILLER DUARTE | CALLE COROZO #2251; BO. AZURA; SAN JUAN PR 00915 |
| 153. | AWILDA BAERGA COLLAZO | PO BOX 1693; UTUADO, PR 00641 |
| 154. | JESUS A. BAERGA LIZARDI | COND. EL VERDE SUR A-2; CALLE D APT. 5-B; CAGUAS, PR 00725 |
| 155. | JOVITA BAEZ ABREU | BUZON CALLE 5-D-II; HUMACAO PR 00791 |
| 156. | VIRGENMINA BAEZ BELEN | PO BOX 58; SABANA GRANDE PR 00637; |
| 157. | CECILIO BAEZ CARMONA | PO BOX 1132; CEIBA PR 00735-1132 |
| 158. | MIRTHA BAEZ FERNANDEZ | BOX 40167; SAN JUAN PR 00940 |
| 159. | JUDITH BAEZ FLORES | PO BOX 7779; SAN JUAN PR 00916 |
| 160. | EILEEN BAEZ GARCIA | URB. ALTURAS FLAMBOYAN GARDENS ; CALLE 35 MM5; SAN JUAN PR 00959; |
| 161. | ROBERTO BAEZ LAGUNA | PO BOX 02 61; GUAYNABO, PR 00970-0261 |
| 162. | MILAGROS BAEZ MENDEZ | BOX 278; SABANA GRANDE, PR 00637 |
| 163. | CAROLYN BAEZ NIEVES | URB. SAN ANTONIO ; 29 C/SAN ANTONIO, ; SAN ANTONIO, PR 00690 |
| 164. | YAMIL BAEZ VAZQUEZ | URB. VILLA FLORES; CALLE 2 F-4; CEIBA PR 00735 |
| 165. | ILIA BARBOSA MARTINEZ | PO BOX 502; LAS MARIAS, PR 00670 |
| 166. | JAVIER A. BARRETO MOYA | PO BOX 2164; SAN JUAN, PR 00936-2164 |
| 167. | MELVIN BARRETO NEGRON | URB. CIUDAD JARDIN #49 ; CALLE VIOLETA; CAROLINA PR 00987 |
| 168. | JUAN H. BARRIENTOS MIRANDA | RR-2 BOX 7848; TOA ALTA PR 00953-7725 |
| 169. | ROSA B. BARRIENTOS FLORES | CALLE 616 BLQ. 40 #3; SEXTA. SEC. VILLA CAROLINA; CAROLINA PR 00985 |
| 170. | CLARA BARTOLOMEY MARRERO | CALLE PUNTITA 1830; ALTURAS DEL MAYAGUEZ; MAYAGUEZ, PR 00680 |
| 171. | IRMA L. BATISTA ALVARADO | PO BOX 1218; TRUJILLO ALTO PR 00977 |
| 172. | **MARITZA BATISTA OCASIO** | **HC-01 BOX 3284; COROZAL, PR 00783** |
| 173. | JUAN M. BAUZA AVILA | CALLE CD RIVERA #624; URB. VILLA NAVARRA; RIO PIEDRAS, PR 00924; |
| 174. | WINDA BECERRIL GONZALEZ | HC-01 BOX 13816; RIO GRANDE, PR 00745 |
| 175. | JOSE J. BECERRIL OSORIO | CALLE WEBB 730; SAN JUAN PR 00915 |
| 176. | LUZ N. BELEN TIRADO | C/ COMERCIO 940; TRASTALLERES, ; SAN JUAN PR 00907 |
| 177. | CARMEN BELLO CANCEL | NO PROVEYÓ DIRECCIÓN POSTAL |
| 178. | ILEANA R. BELLO ORTIZ | 2DA. EXT. PUNTO ORO 6357; CALLE PACIFICO ; PONCE PR 000728-2409 |
| 179. | MARIBEL BELTRAN RIVERA | HC-7 BOX 75309; SAN SEBASTIAN PR 00685-9821 |
| 180. | BELTRAN YOLANDA | URB. VILLA MARINA C/5 F-132; GURABO PR 00778 |
| 181. | GLADYNELLE BENABE GARCIA | 160- C/ FLORIDA; LUQUILLO, PR 00773-2148 |
| 182. | EDAN E. BENABE HUERTAS | PO BOX 114; LUQUILLO PR 00773 |
| 183. | REBECCA V. BERNABE TORRENS | APARTADO 193; LUQUILLO, PR 00773 |
| 184. | GIL BENEJAN GALARZA | CALLE 15-A P-25; URB. BERWIND ESTATES; SAN JUAN PR 00924 |
| 185. | MARIA DEL C. BENIQUEZ RIOS | CH-67 BOX 126; BAYAMON, PR 00956 |
| 186. | NANCY BENITEZ DEL VALLE | CARRETERA 842 KM. 5 HM. 1; CAMINO BENITEZ 2; RIO PIEDRAS, PR 00926 |
| 187. | ALFREDO BENITEZ DELGADO | PO BOX 244; CATAÑO PR 00963-9801 |
| 188. | ANA C. BENITEZ DELGADO | CALLE 21 T-28 ; VILLAS DE LOIZA; CANOVANAS, PR 00729; |
| 189. | MAYRA I. BENITEZ MOJICA | PO BOX 552; RIO PIEDRAS PR 00771 |
| 190. | DAISY BENITEZ RAMIREZ | CALLE 11 Q-1 ; URB. SIERRA LINDA; BAYAMON, PR 00957 |
| 191. | CARMEN BENITIZ RODRIGUEZ | PO BOX 19193; FERNANDEZ JUNCOS ; SAN JUAN PR 00910 |
| 192. | DAVID BENTINE MOLINA | E-59 A-1123; LLORENS TORRES; SANTURCE, PR 00913 |
| 193. | GUADALUPE BERDECIA MARTINEZ | HC-03 BOX 12213; BO. CEDROS ; CAROLINA PR 00987 |
| 194. | GERALDO BERMUDEZ CAPACETTE | JARDINES DEL CARIBE; CALLE 54 #2 A-56; PONCE PR 00728 |