Anna Mateo Peres
Calle 1 C-5
Urb. Sylvia
Corozal, PR 00783

RECEIVED & FILED
2020 JAN 15 PM 3: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Secretaria
Tribunal de Districto de los EU
150 Ave Carlos Chardón
San Juan, PR 00918-1767



7015 3430 0000 5231 5960
CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
$7.75
R2303S101172-03