**CARLOS J. SANTIAGO ROSARIO**
HC 2 BOX 11651
MOCA, PR 00676
787-517-7538
S.S- XXX-XX-4644



Por este medio informo los componentes y razones del dinero que se me adeuda:

1. **Ley 56**- recobro de los planes de médicos, el 15% de recaudo de los planes médicos que el negociado de Emergencias Medicas debe ser repartido entre los empleados.

2. **Escala Salarial**- el cual se brindo un aumento de $500.00 al puesto de Paramédico el cual solo se le brindo a los empleados que llevan cinco años o menos en el puesto y a los que llevamos mayor tiempo solo se le otorgo $100.00

3. **30 minutos del 10/11**- el cual Emergencias Medicas acordó pagar, el mismo no ha sido honrado en el sueldo.

4. **Horas de enfermedades**- las cuales el exceso de 90 días se debería pagar en efectivo, el cual no ha sido cumplido.

**NOTA:**

A causa del terremoto del pasado 7 de enero de 2020 se me dificulto realizar el envió de los documentos, ya que el país completo no contaba con energía eléctrica para poder sacar los documentos necesarios. Adicional por ser empleado de Agencia de seguridad se activo el plan de 12 horas de trabajo, dificultando aun mas mi disponibilidad de terminar mis trámites.

Atentamente,

*Carlos J. Santiago Rosario*