# CONVENIO COLECTIVO

ENTRE

CUERPO DE EMERGENCIAS MÉDICAS DE PUERTO RICO

Y

UNIÓN GENERAL DE TRABAJADORES, SEIU 1199

VIGENCIA
15 DE DICIEMBRE 2011
14 DE DICIEMBRE 2014

## ÍNDICE

| NÚMERO DE ARTÍCULO | NOMBRE ARTÍCULO | PÁGINA |
|---|---|---|
|  | ÍNDICE | 1 |
| 1 | COMPARECENCIA | 3 |
| 2 | DECLARACIÓN DE PRINCIPIOS | 4 |
| 3 | RECONOCIMIENTO DE LA UNIÓN | 6 |
| 4 | UNIDAD APROPIADA | 7 |
| 5 | TALLER UNIONADO | 9 |
| 6 | DESCUENTO DE CUOTAS | 11 |
| 7 | DELEGADOS Y REPRESENTANTES DE LA UNIÓN | 12 |
| 8 | PROCEDIMIENTO DE QUEJAS, AGRAVIOS Y ARBITRAJE | 15 |
| 9 | ESTABILIDAD DEL CONVENIO COLECTIVO | 26 |
| 10 | SUBCONTRATACIÓN | 27 |
| 11 | DERECHOS GERENCIALES | 28 |
| 12 | DERECHOS ADQUIRIDOS | 29 |
| 13A | ASCENSOS Y TRASLADOS | 30 |
| 13B | CLASIFICACIONES | 33 |
| 14 | ANTIGÜEDAD | 35 |
| 15 | PERIODO PROBATORIO | 36 |
| 16 | ACOMODO RAZONABLE EN EL EMPLEO | 37 |
| 17 | SALUD Y SEGURIDAD OCUPACIONAL | 38 |
| 18 | SALARIOS | 39 |
| 19 | PLAN MÉDICO | 40 |
| 20 | BONO DE NAVIDAD | 42 |
| 21 | JORNADA REGULAR DE TRABAJO | 43 |
| 22 | DÍAS FERIADOS | 45 |
| 23 | TIEMPO EXTRA | 47 |
| 24 | DIFERENCIALES | 50 |
| 25 | DIETA Y MILLAJE | 51 |
| 26 | BONIFICACIÓN POR CONCEPTO DE LEY 56 | 53 |
| 27 | LICENCIA DE VACACIONES | 54 |
| 28 | LICENCIA POR ENFERMEDAD | 56 |
| 29 | LICENCIA POR ENFERMEDAD PROLONGADA | 59 |
| 30 | LICENCIA POR MATERNIDAD | 60 |
| 31 | LICENCIA POR PATERNIDAD | 64 |
| 32 | LICENCIA POR LUTO | 65 |
| 33 | LICENCIA POR ACCIDENTES DEL TRABAJO | 66 |
| 34 | LICENCIA ESCOLAR | 69 |
| 35 | LICENCIA PARA ESTUDIOS O ADIESTRAMIENTOS | 70 |
| 36 | LICENCIA POR DESASTRES NATURALES | 72 |
| 37 | LICENCIA PARA TOMAR EXÁMENES | 73 |
| 38 | LICENCIA PARA FINES JUDICIALES | 74 |
| 39 | LICENCIA SINDICAL SIN SUELDO | 75 |
| 40 | LICENCIA MÉDICO FAMILIAR | 76 |

| | | |
|---|---|---|
| | | 77 |
| 41 | LICENCIA DEPORTIVA ESPECIAL | 78 |
| 42 | LICENICA ESPECIALES CON PAGA | 79 |
| 43 | LICENCIA MILITAR | 80 |
| 44 | OTRAS LICENCIAS | 81 |
| 45 | PAGO DE MATRÍCULA | 84 |
| 46 | LICENCIA PARA ACUDIR A DONAR SANGRE | 85 |
| 47 | EDUCACIÓN CONTINUADA Y RENOVACIÓN DE LICENCIA | 86 |
| 48 | SEGURO CHOFERIL | 87 |
| 49 | EXPEDIENTE DE PERSONAL | 88 |
| 50 | EQUIPO Y MATERIALES | 89 |
| 51 | DISPOSICIONES GENERALES | 91 |
| 52 | UNIFORMES | 92 |
| 53 | RECONOCIMIENTO POR AÑOS DE SERVICIO | 93 |
| 54 | CLASIFICACIÓN Y RETRIBUCIÓN | 94 |
| 55 | SALVEDAD | 95 |
| 56 | BONIFICACIÓN POR RATIFICACIÓN | 96 |
| 57 | VIGENCIA | |

## ARTICULO 40
## LICENCIA MEDICO FAMILIAR

**Sección 1:**

Cuando un empleado cubierto por este Convenio Colectivo solicite licencia médico familiar para cuidar un hijo recién nacido del empleado, tramitar adopción o crianza, para cuidar un cónyuge, hijo o hija, padre o madre que tenga una condición de salud grave o para un condición de salud grave que incapacite al empleado para desempeñar su trabajo se le concederá la misma hasta doce (12) semanas a tenor con el "Family and Medical Leave Act". De continuar la situación que originó la solicitud de esta licencia, el empleado podrá solicitar con anticipación una extensión por doce (12) semanas adicionales, sujeto a certificación Médica.

**Sección 2:**

Mientras el empleado esté en licencia médico familiar tendrá derecho a disfrutar de los beneficios que se proveen en este Convenio Colectivo, incluyendo el plan médico, en los casos en que el empleado continúe haciendo su aportación al plan.

**Sección 3:**

Los empleados en disfrute de esta licencia sin sueldo, al terminar la misma se reintegrarán en su puesto en la categoria y sueldo que hubiesen adquirido los mismos de no haber estado disfrutando la licencia.

Sección 1: Años a ser reconocidos

El Patrono le hará un reconocimiento a todo empleado que cumpla diez (10), quince (15), veinte (20), veinticinco (25), treinta (30), treinta y cinco (35) y cuarenta (40), años de servicio público.

Sección 2: Compensación por el reconocimiento

Todo empleado acreedor a este reconocimiento tendrá derecho a disfrutar de un (1) día libre con paga, y sin descuento de licencia alguna dentro de los treinta días de cada aniversario por años de servicios indicado en la sección 1 de este Artículo. Las partes se reunirán a partir de 1ro enero de 2013 para discutir y negociar el aumento en sueldo equivalente a tres pasos en la escala salarial a compensarse por reconocimiento a aquellos empleados con 25 años o más de servicios cotizados.

Sección 3: Participación en actividades de reconocimiento

El Patrono hará los arreglos para permitir que los empleados (as) que cumplan los años de servicio reconocidos mediante esta disposición puedan participar de las actividades que se organicen para celebrar los mismos. El Patrono hará la notificación a los empleados concernidos con no menos de dos semanas de antelación a la fecha de la actividad.

## Sección 1: Años a ser reconocidos

El Patrono le hará un reconocimiento a todo empleado que cumpla diez (10), quince (15), veinte (20), veinticinco (25), treinta (30), treinta y cinco (35) y cuarenta (40), años de servicio público.

## Sección 2: Compensación por el reconocimiento

Todo empleado acreedor a este reconocimiento tendrá derecho a disfrutar de un (1) día libre con paga, y sin descuento de licencia alguna dentro de los treinta días de cada aniversario por años de servicios indicado en la sección 1 de este Artículo. Las partes se reunirán a partir de 1ro enero de 2013 para discutir y negociar el aumento en sueldo equivalente a tres pasos en la escala salarial a compensarse por reconocimiento a aquellos empleados con 25 años o más de servicios cotizados.

## Sección 3: Participación en actividades de reconocimiento

El Patrono hará los arreglos para permitir que los empleados (as) que cumplan los años de servicio reconocidos mediante esta disposición puedan participar de las actividades que se organicen para celebrar los mismos. El Patrono hará la notificación a los empleados concernidos con no menos de dos semanas de antelación a la fecha de la actividad.

Sección 1: Años a ser reconocidos

El Patrono le hará un reconocimiento a todo empleado que cumpla diez (10), quince (15), veinte (20), veinticinco (25), treinta (30), treinta y cinco (35) y cuarenta (40), años de servicio público.

Sección 2: Compensación por el reconocimiento

Todo empleado acreedor a este reconocimiento tendrá derecho a disfrutar de un (1) día libre con paga, y sin descuento de licencia alguna dentro de los treinta días de cada aniversario por años de servicios indicado en la sección 1 de este Artículo. Las partes se reunirán a partir de 1ro enero de 2013 para discutir y negociar el aumento en sueldo equivalente a tres pasos en la escala salarial a compensarse por reconocimiento a aquellos empleados con 25 años o más de servicios cotizados.

Sección 3: Participación en actividades de reconocimiento

El Patrono hará los arreglos para permitir que los empleados (as) que cumplan los años de servicio reconocidos mediante esta disposición puedan participar de las actividades que se organicen para celebrar los mismos. El Patrono hará la notificación a los empleados concernidos con no menos de dos semanas de antelación a la fecha de la actividad.

# ARTICULO 26
## BONIFICACION POR CONCEPTO DE LEY 56
## RECAUDOS POR SERVICIOS PRESTADOS

**Sección 1:**

La Agencia otorgará a todos los empleados cubiertos por el Convenio Colectivo un bono anual de 15% de los recaudos por servicios prestados a los pacientes. La bonificación será sobre los recaudos a pacientes y los planes médicos que tengan dichos pacientes o por pago directo. Esta bonificación se pagará en o antes del 1ro de octubre de cada año.

**Sección 2:**

La Agencia y la Unión se reunirán para revisar el reglamento vigente para la distribución de bonificación por recobro de servicios prestados a pacientes. Dicha revisión deberá ser aprobada por las partes dentro de los siguientes cuarenticinco días luego de firmado el convenio.

# ARTICULO 26
## BONIFICACION POR CONCEPTO DE LEY 56
## RECAUDOS POR SERVICIOS PRESTADOS

Sección 1:

La Agencia otorgará a todos los empleados cubiertos por el Convenio Colectivo un bono anual de 15% de los recaudos por servicios prestados a los pacientes. La bonificación será sobre los recaudos a pacientes y los planes médicos que tengan dichos pacientes o por pago directo. Esta bonificación se pagará en o antes del 1ro de octubre de cada año.

Sección 2:

La Agencia y la Unión se reunirán para revisar el reglamento vigente para la distribución de bonificación por recobro de servicios prestados a pacientes. Dicha revisión deberá ser aprobada por las partes dentro de los siguientes cuarenticinco días luego de firmado el convenio.