

Carlos Santiago Rosario
HC-2 Box 11651
Moca, PR 00676

RECEIVED & FILED
2020 JAN 15 PM 5:12
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

Secretaria
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

7018 0680 0001 5914 5223