**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br>Como representante de<br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | 2020 JAN 15 PM 5:11<br>**PROMESA, Título III**<br>Núm. 17 BK 3283-LTS<br>La presente radicación guarda relación con el ELA. |

NÚMERO DE EVIDENCIA DE RECLAMACION: 77280

NOMBRE DEL RECLAMANTE: Carlos A. Vargas Barreto

**MOCION
RADICACION DE REPLICA**

1. Carlos Vargas Barreto, dirección postal: Urb. Island 3095 Bermuda Isabela P.R. 00662 con número de teléfono 787 453-1575 y correo electrónico chapa-700@hotmail.com últimos digito de seguro social 2806.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 50,000.00, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 26-Agosto-2004 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

Urb. Island
3095 Bermuda
Isabela, PR 00662