**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VARGAS BARRETO, CARLOS | 77280 | 6/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VARGAS BARRETO, CARLOS | 77280 | 6/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 224 MMLID: 567177 SVC: 108th Omni
**VARGAS BARRETO, CARLOS**
**URB. ISLAZUL**
**3095 BERMUDA**
**ISABELA, PR 00662**

000224

| | | |
|---|---|---|
| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5666559<br>Fecha Aviso: 01/15/2020 |

| | | |
|---|---|---|
| CARLOS VARGAS BARRETO<br>URB. ISLAZUL<br>3095 BERMUDA<br>ISABELA, PR 00662<br>SS: | # Empleado: 581292806<br>Dept: 127010-Aguadilla<br>Lugar: Isabela<br>Titulo: Tecnico Asist Soc y Fam II<br>Sueldo: $1,737.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 868.50 | 82.50 | 868.50 |
| Total: | | | 868.50 | 82.50 | 868.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.59 | 12.59 |
| Fed OASDI/Disability - EE | 53.85 | 53.85 |
| PR Withholding | 4.27 | 4.27 |
| Total: | 70.71 | 70.71 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 73.82 | 73.82 |
| Total: | 73.82 | 73.82 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.17 | 2.17 |
| AE-Asoc Emp ELA-Prest Regular | 89.61 | 89.61 |
| SM-First Medical Health Plan | 10.75 | 10.75 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 1.09 |
| OS-SERV PUBLICOS 009 B | 13.03 | 13.03 |
| Ahorros-AEELA | 26.06 | 26.06 |
| Total: | 142.71 | 142.71 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 29.09 | 29.09 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 868.50 | 0.00 | 70.71 | 216.53 | 581.26 |
| Acumulado: | 868.50 | 0.00 | 70.71 | 216.53 | 581.26 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666559 | 581.26 |
| Total: | 581.26 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| | | |
|---|---|---|
| Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Fecha<br>01/15/2020 | Aviso No.<br>5666559 |

Cant. Deposito: $581.26

A la
Cuenta(s) De

CARLOS VARGAS BARRETO
URB. ISLAZUL
3095 BERMUDA
ISABELA, PR 00662
Localizacion: Isabela

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 581.26 |
| Total: | | 581.26 |

## NO-NEGOCIABLE

OCAP-11
REV. 9/87

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
APARTADO 8476, ESTACION FERNANDEZ JUNCOS
SANTURCE, PUERTO RICO 00910

**NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO**

2. CERTIFICACION NUMERO: 2004-51
3. FECHA CERTIFICACION: 11 Agosto 2004

**1. SIMBOLOS DE CONTABILIDAD**

| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
|---|---|---|---|---|---|---|
| | | | | | | |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro y sexta copia al empleado.

E1110-001-2005-111-1270000-1086

4. Nombre del Empleado:
VARGAS BARRETO CARLOS A.
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social
CARLOS A. VARGAS BARRETO

6. Sexo: X M ☐ F

7. Número del Seguro Social   HOJA EVALUACION 2005-93
UNIDAD B

8. Dirección del empleado
BO. ARENALES BAJOS CALLE BRILLANTE 1770
ISABELA, PR 00662

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
DEPTO DE LA FAMILIA
ADSEF - REGION AGUADILLA   P.R.E.S.

10. Título de Clasificación del Puesto
TECNICO DE ASISTENCIA SOCIAL Y FAMILIAR I

11. Número de Clase
G-205-0

12. Número del Puesto
17041

13. Clase de nombramiento
☐ Regular  X Probatorio  ☐ Transitorio
☐ En el Servicio de Confianza
(Indique disposición legal que incluye el puesto en el servicio de confianza)

RETIRO 8.275%
AHORRO 3%

14. Sueldo Mensual $1,071.00
Diferencial
Total $1071.00

15. Fecha de efectividad del Nombramiento
26 DE AGOSTO DE 2004

16. Fecha en que expira el periodo probatorio o el nombramiento
25 de febrero de 2005

17. Anterior Incumbente

18. Título de Clasificación del Puesto
Técnico de Asistencia Social y Familiar I

19. Firma de la autoridad nominadora o su representante autorizado:
ADA N. PEREZ CAJIGAS
Firma — Directora Regional — Título — 26 DE AGOSTO DE 2004

**20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, Carlos A Vargas SS Núm ___ de Mayor de Edad (edad), soltero (soltero o casado), Tecnico de Asistencia (Nombre del cargo o empleo), y vecino de Isabela (Pueblo) juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

26-agosto-2004 (Fecha)

CARLOS A. SERRERIS HERNANDEZ (Firma del Empleado o Funcionario)

Declaración Jurada Núm. 603

Suscrito y jurado ante mí por Carlos A Vargas Barreto (Nombre) de las circunstancias antes expresadas a quien doy fe de conocer personalmente o de haber identificado mediante ___

En Aguadilla, Puerto Rico, hoy 26 de agosto

ABOGADO NOTARIO

(Firma, Sello y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento)

DEPARTAMENTO DE LA FAMILIA
DEC 09 2008
OFICINA LOCAL

**PARA USO EXCLUSIVO DE OCAP**

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|
| | | |

J. 99-07-114-600 B-41-IGPR

02 SEP 2004