Carlos Vargas [Barbosa]
Urb. Islazul
3095 Bermuda
Isabela, P.R. 00662

RECEIVED & FILED
2020 JAN 15 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
14 JAN 2020 PM 1 L

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918$9999