# Radicacion de replica (Objecion)

## PROMESA TITULO III  No. 17  03283

Numero de reclamacion: PROMESA III CASE No. 17 BK 3283-LTS

RECEIVED & FILED
2020 JAN 15 PM 4: 25
U.S. DISTRICT
SAN JUAN, PR

Nombre: Yolanda Ortiz VARGAS

Direccion Postal: P.O. BOX 902 VEGA BAJA P.R. 00694-902

Direccion Residencial: URB. MONTE CARLOS CALLE E #64 VEGA BAJA P.R. 00693

Num. de contacto:

Tel.: 787-858-2590   Cel. 787-240-7828

Correo electronico: yolandaortizvargas370@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

Se causa  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

No salio  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
dui ERROR

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

POC
145415
43598



DEPARTAMENTO DE LA FAMILIA
GOBIERNO DE PUERTO RICO

14 DE ENERO DE 2020

BUENAS TARDES:

A QUIÉN PUEDA INTERESAR
HAGO LLEGAR LA INFORMACIÓN SOLICITADA EN RELACION AL CASO 17 BK 3283-LTS. ESTA SERVIVDORA NUNCA HA RECIDO CONTESTACION DE LA MISMA. SE ADJUNTA COPIA DE RECLAMACION DE PROMESA III.

LA CERTIFICACION DE EMPLEO NO SE PUEDE CURSAR YA QUE LAS OFICINAS DE RECURSOS HUMANOS NO SE ENCUENTRAN FUNCIONANADO, YA QUE EL EDIFICIO SE ENCUENTRA CON DAÑO DEBIDO AL TERREMO OCURRIDO EL DIA 7 DE ENERO DE 2020. NO OBSTANTE, ADJUNTO ULTIMO TALONARIO DE LA PRIMERA QUINCENA DE ENERO 2020.

SE CURSA ESTADO DE CUENTA DE RETIRO, NO OBSTANTE, LA CERTIFICACION DE APORTACIONES EL SISTEMA NO LO BRINDA.

SIGO INTERESADA EN ESTAR EN LA DEMANDA DEL GRUPO 3.

ATENTAMENTE
YOLANDA ORTIZ VARGAS
DIRECTORA LOCAL II
DEPT DE LA FAMILIA VEGA ALTA
(787) 240-7828-CELULAR

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
|---|---|

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed voluntary petitions under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim ("Proof of Claim").**

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |



[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

## OVERVIEW – KEY POINTS

- This document is a legal notice concerning the Title III Cases of the Debtors (listed above). This document is being sent to all parties that may be owed money by the Debtors (known as "creditors").

- **The Overview on this page describes the key terms of this document. Please read the entire document carefully for further details.**

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.

- **Many creditors in the Title III Cases <u>are not required</u> to file a claim.** This document explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this document for a complete list of parties <u>not</u> required to file a claim.**

- **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

- **If you are required to file a claim against any of the Debtors,** you must do so by **May 29, 2018 at 4:00 p.m., Atlantic Standard Time**. A form that you may use to file your claim is provided with this document.

- Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this document.

- After reading this document, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 385030

EPOC ID: 170328301000161

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

*Demanda copia* (handwritten)

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contigente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

## Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. **Who is the current creditor? / ¿Quién es el acreedor actual?**

   ORTIZ VARGAS, YOLANDA

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

494

Modified Official Form 410    Proof of Claim    170328301000161    page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>ORTIZ VARGAS, YOLANDA<br>URB. MONTE CARLOS<br>CALLE E #64<br>VEGA BAJA, PR 00693<br><br><br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br>494  P.O. BOX 902 VEGA BAJA<br>P.R. 00694-902<br><br>Name / Nombre<br><br>Number / Número    Street / Calle<br><br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>787-240-7898   787 858-2590<br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>ESTADO LIBRE ASOCIADO Y SY AGENCIA |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: SOY EMPLEADA<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $_____ |

Modified Official Form 410    Proof of Claim    page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | DESCONOZCO<br>*DESCONOZCO* | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

| | |
|---|---|
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>ASUNTO: RECLAMACIÓN LABORAL |

| | |
|---|---|
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |

| | |
|---|---|
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

Modified Official Form 410    Proof of Claim    page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 17-05-2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Yolanda Ortiz Vargas_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____ _____ _____
     First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
            Number / Número        Street / Calle

_____ _____ _____
City / Ciudad                    State / Estado        ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

Modified Official Form 410                Proof of Claim                page 4

| 122 Departamento de la Familia<br>Edif. Lila Mayoral<br>Ave Barbosa #306<br>San Juan, PR 00902 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5660327<br>Fecha Aviso: 01/15/2020 |
|---|---|---|
| YOLANDA ORTIZ VARGAS<br>URB. MONTE CARLOS<br>CALLE E #64<br>VEGA BAJA, PR 00693<br>SS: -4942 | # Empleado: 4942<br>Dept: 122045-Centro de Servicios Integrados<br>Lugar: Oficina Local de Vega Alta<br>Titulo: Dir. Ctro. Servs.Integrales II<br>Sueldo: $3,801.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,900.50 | 82.50 | 1,900.50 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| **Total:** | | | 1,900.50 | 82.50 | 2,200.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 27.56 | 31.91 |
| Fed OASDI/Disability - EE | 117.83 | 136.43 |
| PR Withholding | 123.87 | 143.09 |
| **Total:** | 269.26 | 311.43 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 161.54 | 187.04 |
| **Total:** | 161.54 | 187.04 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 4.00 | 4.00 |
| AE-Asoc Emp ELA-Prest Regular | 99.19 | 99.19 |
| SM-First Medical Health Plan | 15.00 | 15.00 |
| DM-FONDOS UNIDOS | 2.00 | 2.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 1.09 |
| AS-FED EMP GER SERV SOCIALES | 6.25 | 6.25 |
| Ahorros-AEELA | 52.26 | 60.51 |
| **Total:** | 179.79 | 188.04 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 63.67 | 73.72 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,900.50 | 0.00 | 269.26 | 341.33 | 1,289.91 |
| Acumulado: | 2,200.50 | 0.00 | 311.43 | 375.08 | 1,513.99 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5660327 | 1,289.91 |
| **Total:** | 1,289.91 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Departamento de la Familia
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

Fecha
01/15/2020

Aviso No.
5660327

**Cant. Deposito:** $1,289.91

A la
Cuenta(s) De

YOLANDA ORTIZ VARGAS
URB. MONTE CARLOS
CALLE E #64
VEGA BAJA, PR 00693
Localizacion: Oficina Local de Vega Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,289.91 |
| **Total:** | | 1,289.91 |

## NO-NEGOCIABLE

 

**FEDERACION EMPLEADOS GERENCIALES DEPARTAMENTO DE LA FAMILIA**
**LOCAL 2555 UAW**

**QUESTIONARIO**

POR FAVOR PROVE LA SIGUIENTE INFORMACION:

- **NOMBRE:** Yolanda Ortiz VARGAS
- **OFICINA A LA QUE ESTA ADSCRITO(A):** VEGA ALTA
- **REGION ADSCRITA:** Bayamón
- **ADMINISTRACION:** SECRETARIADO
- **CLASIFICACION:** Directora Centro de Servicios Integra II
- **# DE PUESTO:** 46.29
- **FECHA DE COMENZO EN EL DEPARTAMENTO:** 14-Octubre-1975
- **FECHA DE COMIENZO EN LA CLASIFICACION:** 16-Agosto-2012
- **SALARIO ACTUAL:** $3,201.00
- **ULTIMO AUMENTO DE SALARIO (FECHA):** 16-Agosto-2012
- **MOTIVO DEL AUMENTO:** ASCENSO
- **CANTIDAD ULTIMO AUMENTO:** 16-Agosto-2012
- **FECHA ULTIMA EVALUACION PARA TRIENIO:** sept-2011
- **DIRECCION:** P.O. Box 902 Vega Baja P.R. 00694
- **TELEFONO:** 787-858-2590
- **CELULAR:** 787 (240-7828)
- **E-MAIL:** yortiz370@gmail.com

AUTORIZO A LA FEDERACION A SOMETER UNA RECLAMACION A NOMBRE MIO POR CONCEPTO DE TRIENIO NO PAGADO.

SI __X__ NO _____

**FIRMA:** Yolanda Ortiz Vargas
**FECHA:** 24-Abril-2015

Recibido 5/6/15 2:25 PM



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

YOLANDA ORTIZ VARGAS
PO BOX 902
VEGA BAJA, PR 00694

Seguro Social: XXX-XX-4942

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 12 de septiembre de 1953     **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de septiembre de 1988
**Fecha de Comienzo de Cotización:** 01 de septiembre de 1988

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 25.00 |
| Aportaciones: | $35,375.76 |
| Intereses: | $9,819.01 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $45,194.77 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $15,067.92 |
| Intereses: | $1,206.39 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $16,274.31 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### YOLANDA ORTIZ VARGAS (460828)

| | |
|---|---|
| Agencia: | **DEPARTAMENTO DE LA FAMILIA** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-SEP-1988** |
| Años en Servicio: | **29** |
| Sueldo Bruto: | **$3,201.00** |
| Sueldo Neto: | **$2,171.28** |
| Balance Aportaciones*: | **$61,469.08** |
| Aportaciones Ley 106 **: | **$8,058.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

Solicítudes en Línea

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

**Centro Gubernamental Minillas,**
Torre Norte Piso 7
San Juan PR 00940



DEPARTAMENTO DE HACIENDA

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
Y RELACIONES LABORALES
MADELINE ACEVEDO CAMACHO E IRMA IRIS ACUMULADA QUIÑONES
VS
DEPARTAMENTO DE LA FAMILIA
CASO CIVIL KAC 07-0214

TOTAL FINAL 2,619 DEMANDANTES

| | NOMBRE | ADMINISTRACIÓN | OBSERVACIONES |
|---|---|---|---|
| 1617 | ORTIZ ESPINOSA, LUZ E. | ADSEF | |
| 1618 | ORTIZ FALÚ, JULIA | AIJ | |
| 1619 | ORTIZ FEBO, IRMA (DE RAMOS) | SECRETARIADO | |
| 1620 | ORTIZ LAVIENA, CARMEN L. | ADSEF | |
| 1621 | ORTIZ LIND, ELDRICH | ADSEF | |
| 1622 | ORTIZ LÓPEZ, MARÍA L. | ADSEF | |
| 1623 | ORTIZ LÓPEZ, NELSON | ASUME | |
| 1624 | ORTIZ LUGO, YADIRA | ACUDEN | |
| 1625 | ORTIZ MARTÍNEZ, MARTA L. | ADSEF | |
| 1626 | ORTIZ NAVARRO, MARÍA DE LOS A. | ADSEF | |
| 1627 | ORTIZ OLIVENCIA, CARMEN A. | ADSEF | |
| 1628 | ORTIZ OLMEDA, SYLVIA | ASUME | |
| 1629 | ORTIZ ORTIZ, ANTONIA | SECRETARIADO | |
| 1630 | ORTIZ ORTIZ, CARMEN N. | ADSEF | |
| 1631 | ORTIZ ORTIZ, ISMAEL | ACUDEN | |
| 1632 | ORTIZ ORTIZ, MARGARITA | ADFAN | |
| 1633 | ORTIZ ORTIZ, MARÍA | ACUDEN | |
| 1634 | ORTIZ ORTIZ, YANIRA | ADSEF | |
| 1635 | ORTIZ OTERO, ILIA | ADSEF | |
| 1636 | ORTIZ PÉREZ, JOSÉ M. | SECRETARIADO | |
| 1637 | ORTIZ PIZARRO, JORGE L. | SECRETARIADO | |
| 1638 | ORTIZ RAMOS, MARÍA J. | ADFAN | |
| 1639 | ORTIZ RECIO, MARÍA | ADSEF | |
| 1640 | ORTIZ RIVERA, MARÍA I. | ASUME | |
| 1641 | ORTIZ RIVERA, MARÍA T. | ADFAN | |
| 1642 | ORTIZ RODRÍGUEZ, ALICIA | ADFAN | |
| 1643 | ORTIZ RODRÍGUEZ, BRAULIO | ADSEF | |
| 1644 | ORTIZ RODRÍGUEZ, GLORIBEL | ADSEF | |
| 1645 | ORTIZ RODRÍGUEZ, JENNIE | ACUDEN | |
| 1646 | ORTIZ RODRÍGUEZ, LUZ I. | SECRETARIADO | |
| 1647 | ORTIZ RODRÍGUEZ, NYDIA | ADFAN | |
| 1648 | ORTIZ RODRÍGUEZ, PEDRO C. | ADFAN | |
| 1649 | ORTIZ ROSA, ZOE A. | REH. VOCACIONAL | |
| 1650 | ORTIZ ROSARIO, MARÍA A. | ADFAN | |
| 1651 | ORTIZ ROSARIO, MILDRED | ASUME | |
| 1652 | ORTIZ ROSAS, SONIA | ACUDEN | |
| 1653 | ORTIZ SANABRIA, GLORIVETTE | ADSEF | |
| 1654 | ORTIZ SANTIAGO, DELIZ Y. | ADFAN | |
| 1655 | ORTIZ SANTIAGO, NORMA E. | ADSEF | |
| 1656 | ORTIZ SOTO, LOURDES I | ADSEF | |
| 1657 | ORTIZ TORRES, ELSIE D. | ASUME | |
| 1658 | ORTIZ TORRES, EVELYN | ADSEF | |
| 1659 | ORTIZ TORRES, MARÍA E. | ACUDEN | |
| 1660 | ORTIZ TORRES, SANTA O. | AIJ | |
| 1661 | ORTIZ VARGAS, NYDIA E. | SECRETARIADO | |
| 1662 | ORTIZ VARGAS, YOLANDA | | |

| | | | |
|---|---|---|---|
| 1617 | ORTIZ ESPINOSA, LUZ E. | ADSEF | |
| 1618 | ORTIZ FALÚ, JULIA | AIJ | |
| 1619 | ORTIZ FEBO, IRMA (DE RAMOS) | SECRETARIADO | |
| 1620 | ORTIZ LAVIENA, CARMEN L. | ADSEF | |
| 1621 | ORTIZ LIND, ELDRICH | ADSEF | |
| 1622 | ORTIZ LÓPEZ, MARÍA L. | ADSEF | |
| 1623 | ORTIZ LÓPEZ, NELSON | ASUME | |
| 1624 | ORTIZ LUGO, YADIRA | ACUDEN | |
| 1625 | ORTIZ MARTÍNEZ, MARTA L. | ADSEF | |
| 1626 | ORTIZ NAVARRO, MARÍA DE LOS A. | ADSEF | |
| 1627 | ORTIZ OLIVENCIA, CARMEN A. | ADSEF | |
| 1628 | ORTIZ OLMEDA, SYLVIA | ASUME | |
| 1629 | ORTIZ ORTIZ, ANTONIA | SECRETARIADO | |
| 1630 | ORTIZ ORTIZ, CARMEN N. | ADSEF | |
| 1631 | ORTIZ ORTIZ, ISMAEL | ACUDEN | |
| 1632 | ORTIZ ORTIZ, MARGARITA | ADFAN | |
| 1633 | ORTIZ ORTIZ, MARÍA | ACUDEN | |
| 1634 | ORTIZ ORTIZ, YANIRA | ADSEF | |
| 1635 | ORTIZ OTERO, ILIA | ADSEF | |
| 1636 | ORTIZ PÉREZ, JOSÉ M. | SECRETARIADO | |
| 1637 | ORTIZ PIZARRO, JORGE L. | SECRETARIADO | |
| 1638 | ORTIZ RAMOS, MARÍA J. | ADFAN | |
| 1639 | ORTIZ RECIO, MARÍA | ADSEF | |
| 1640 | ORTIZ RIVERA, MARÍA I. | ASUME | |
| 1641 | ORTIZ RIVERA, MARÍA T. | ADFAN | |
| 1642 | ORTIZ RODRÍGUEZ, ALICIA | ADFAN | |
| 1643 | ORTIZ RODRÍGUEZ, BRAULIO | ADSEF | |
| 1644 | ORTIZ RODRÍGUEZ, GLORIBEL | ADSEF | |
| 1645 | ORTIZ RODRÍGUEZ, JENNIE | ACUDEN | |
| 1646 | ORTIZ RODRÍGUEZ, LUZ I. | SECRETARIADO | |
| 1647 | ORTIZ RODRÍGUEZ, NYDIA | ADFAN | |
| 1648 | ORTIZ RODRÍGUEZ, PEDRO C. | ADFAN | |
| 1649 | ORTIZ ROSA, ZOE A. | REH. VOCACIONAL | |
| 1650 | ORTIZ ROSARIO, MARÍA A. | ADFAN | |
| 1651 | ORTIZ ROSARIO, MILDRED | ASUME | |
| 1652 | ORTIZ ROSAS, SONIA | ACUDEN | |
| 1653 | ORTIZ SANABRIA, GLORIVETTE | ADSEF | |
| 1654 | ORTIZ SANTIAGO, DELIZ Y. | ADFAN | |
| 1655 | ORTIZ SANTIAGO, NORMA E. | ADSEF | |
| 1656 | ORTIZ SOTO, LOURDES I | ADSEF | |
| 1657 | ORTIZ TORRES, ELSIE D. | ASUME | |
| 1658 | ORTIZ TORRES, EVELYN | ADSEF | |
| 1659 | ORTIZ TORRES, MARÍA E. | ACUDEN | |
| 1660 | ORTIZ TORRES, SANTA O. | AIJ | |
| 1661 | ORTIZ VARGAS, NYDIA E. | SECRETARIADO | |
| 1662 | ORTIZ VARGAS, YOLANDA | ADSEF | |
| 1663 | ORTIZ VIERA, EVELYN | SECRETARIADO | |
| 1664 | OSORIO APONTE, NILDA | ADSEF | |
| 1665 | OSORIO CRUZ, ABIGAIL | ADSEF | |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO
www.casp.pr.gov**

| | |
|---|---|
| MADELINE ACEVEDO CAMACHO Y OTROS (2,818) Apelantes | 2016 CA 0 0 1 1 5 0 |
| v. | CASO NÚM. 2016-05-1340 |
| DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA Apelados | RETRIBUCIÓN Materia |

Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.

## RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016*; y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

---

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2018-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR  00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR  00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR  00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR  00936-8376

3