**FROM:**

SRA Yolanda Ortiz Vargas
P. O Box 902
Vega Baja P.R. 00694-902

CERTIFIED MAIL
7019 2280 0000 0502 7724



U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
JAN 14, 20
AMOUNT
$7.90
1000   00916   R2305K134406-14

**TO:**

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos 150 Ave Carlos Chardon
Room 150 Fedual Building
San Juan (Puerto Rico) 0098-1767
00918

**Utility Mailer**
**10 1/2" x 16"**

ReadyPost