

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

Oficina del Secretario

28 de abril de 2006

Gloria E. Vélez Rodríguez
Ext. Santa Teresita
3548 Calle Sta. Juanita
Ponce, P.R. 00730

9025

Como es de conocimiento general, el País está enfrentando una situación financiera que ha requerido que se tomen medidas urgentes para evitar un problema de mayor trascendencia. A esos efectos, el Gobernador, mediante la Orden Ejecutiva Núm. 10, (Boletín Administrativo OE-2006-10), ordenó, debido a problemas de fondos disponibles, otorgarle una licencia sin sueldo general a los empleados de 43 agencias, con efectividad el 1 de mayo de 2006. Una de esas agencias es el Departamento de Educación.

Por tal razón, salvo que la Asamblea Legislativa apruebe las medidas de ley necesarias para solucionar esta situación, el Departamento no contará con los recursos fiscales para continuar operando a partir de del 1 de mayo y en lo que resta del presente año fiscal. Ésta es una decisión difícil que nos afecta a todos, pero ante las circunstancias actuales es inevitable.

La licencia sin sueldo comenzará el lunes 1 de mayo de 2006 y terminará en el momento en que la Asamblea Legislativa apruebe las medidas que permitan resolver el problema financiero o al 30 de junio de 2006, lo que suceda primero.

Entendemos las dificultades que esta situación le ocasionará a usted y su familia, lo cual lamentamos profundamente. Sin embargo, confiamos en que el problema pueda solucionarse con prontitud.

En cumplimiento con las disposiciones antes esbozadas, se le notifica por escrito de la presente acción. Esta comunicación podrá ser utilizada para solicitar los beneficios de la moratoria de la Autoridad de Energía Eléctrica, la Autoridad de Acueductos y Alcantarillados y cualquier otro beneficio.

Cordialmente,

Rafael Aragunde Torres

⑤

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. 759-2000, EXTS. 2164, 2165, 4165   FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social,