Gloria Valdez Rodriguez
3548 Calle Santa Juanita
Ext. Santa Teresita
Ponce, P.R. 00730-4612

RECEIVED & FILED
2020 JAN 15 PM 5: 12
U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7019 1640 0001 4810 2341

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

U.S. POSTAGE
FCM LETTER
MERCEDITA, 00715
JAN 14, 20
AMOUNT
$7.0
R2304M11382