# Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

### Numero de reclamacion:

Nombre: Anette Hernández Rocky

Direccion Postal: HC 02 BOX 7663 Corzul PR. 00783

Direccion Residencial: Bo Abras Can 821 Km 1.7 Corzul PR.

Num. de contacto:

Tel.          Cel. 787 209 3713

Correo electronico: Kianette 3 @gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

   **1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

   **2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

   **3. Certificacion de empleo (Departamento de la Familia)**

   **4. Copia listado de Objecion Global- Anexo A**

            **(Donde se incluye informacion sobre la reclamacion)**

   **5. Otros: Cualquier otra evidencia que tengas**

14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.