
U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
$7.60
R2303S101172-03
00918


7015 3430 0000 5231 6097



Anette Hernández Rodríguez
HC 02 Box 7643
Corozal PR 00783

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Federal Building
Room 150
Ave. Carlos Chardón
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.