Ricardo Díaz Gómez
P.O. Box 2555
Juncos, P.R. 00777

RECEIVED
2020 JAN 15 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



U.S. POSTAGE PAID
FCM LETTER
HUMACAO, PR
00791
JAN 14, 20
AMOUNT
$6.85
R2305K134224-16

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1747

CERTIFIED MAIL

7019 0700 0000 8521 8260