# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**

Como representante de

**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**
Deudores

PROMESA, Título III

Núm. 17 BK 3283-LTS

La presente radicación guarda relación con el ELA.

NÚMERO DE EVIDENCIA DE RECLAMACION: 87980

NOMBRE DEL RECLAMANTE: María de los A. Guzmán Olivo

## MOCION
## RADICACION DE REPLICA

1. María de los A. Guzmán Olivo, dirección postal: Urb. Brisas del Mar #152 Calle Mar Egeo Isabela PR 00662 con número de teléfono (787) 444-7546 y correo electrónico maguzman7833@gmail.com últimos digito de seguro social 3449.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente $68,400.00, en el Departamento de la Familia Programa de Familias y Niños con fecha de empleo que comencé 1 de junio de 2001 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

Urb. Brisas del Mar
#152 Calle Mar Egeo
Isabela, PR 00662