| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5397763<br>Fecha Aviso: 12/30/2019 |

| | | |
|---|---|---|
| MARIA DE LOS A. GUZMAN OLIVO<br>URB. BRISAS DEL MAR<br>152 CALLE MAR EGEO<br>ISABELA, PR 00662<br>SS: 3449 | # Empleado: 581713449<br>Dept: 123320-Aguadilla<br>Lugar: Aguadilla<br>Titulo: Trabajador Social I<br>Sueldo: $2,570.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,285.00 | 1,957.50 | 30,840.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 1,285.00 | 1,957.50 | 32,040.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.63 | 464.58 |
| Fed OASDI/Disability - EE | 79.67 | 1,986.48 |
| PR Withholding | 39.25 | 984.00 |
| Total: | 137.55 | 3,435.06 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 109.23 | 2,621.52 |
| Total: | 109.23 | 2,621.52 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.22 | 77.28 |
| AE-Asoc Emp ELA-Prest Regular | 80.22 | 1,925.28 |
| CO-COOP LA SAG FAMILIA | 40.00 | 960.00 |
| DM-FONDOS UNIDOS | 1.25 | 30.00 |
| OS-SERV PUBLICOS 009 B | 18.00 | 432.00 |
| Ahorros-AEELA | 38.55 | 925.20 |
| SM-First Medical Health Plan | 0.00 | 2,681.25 |
| Total: | 181.24 | 7,031.01 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 43.05 | 1,073.40 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,285.00 | 0.00 | 137.55 | 290.47 | 856.98 |
| Acumulado: | 32,040.00 | 0.00 | 3,435.06 | 9,652.53 | 18,952.41 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #5397763 | 856.98 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 856.98 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/30/2019

Aviso No.
5397763

Cant. Deposito: $856.98

A la
Cuenta(s) De

MARIA DE LOS A. GUZMAN OLIVO
URB. BRISAS DEL MAR
152 CALLE MAR EGEO
ISABELA, PR 00662
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 856.98 |
| Total: | | 856.98 |

## NO-NEGOCIABLE

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | Estado Libre Asociado de Puerto Rico OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL Apartado 8476, Estación Fernandez Juncos Santurce, Puerto Rico 00910 | 2. Certificación Núme 2001-23 |
|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | | 3. Fecha de la Certificac |
| 1110 | 111 | 123000 | 10 | 78 | 001 | 2001 | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 10 mayo 2001 |

Evaluación
AFAN -01-2518

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no deb sometido antes que la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañ el documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-2)Certificación de Verificación de Requisitos (OCAP-29), Declaración Indiv al y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento cienda (Contaduría), cuarta copia Asociación de Empleados; quinta copia a Sistemas de Retiro, sexta copia al empleado.

Nombre del Empleado:
Guzmán     Olivo     María de los A.
(Apellido Paterno) (Apellido Materno) (Nombre)

e trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

Dirección del empleado
Calle 13 N 616, Alturas de Río Grande
Río Grande, P.R.

5. Nombre según aparece en el Seguro Social
María D. Guzman Olivo

6. Sexo  M [ ]  F [X]

7. Número del Seguro Social
Protección

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
Departamento de la Familia   Serv.Fam.con Niños
Administración Familias y Niños- Carolina I

Título de Clasificación del Puesto
Trabajadora Social I

11. Número de Clase
G-320-0

12. Número del Puesto
12304922

Clase de Nombramiento
[ ] Regular  [X] Probatorio  [ ] Transitorio
[ ] En el Servicio de Confianza

Retiro 8.275%
Ahorro 3%

(indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $1,344.0
Diferencial _____
Total $ 1,344.00

Fecha de efectividad del Nombramiento
1 de junio de 2001

16. Fecha en que expira el período probatorio o el nombramiento
30 de noviembre de 2001

Anterior Incumbente
Nueva creación

18. Título de Clasificación del Puesto
Trabajadora Social I

VEASE ENMIENDA DEL 24 Sept. 2001

Firma de la autoridad nominadora o representante autorizado:
Trinidad Vélez Rodríguez
Firma

Director Regional
Título

1 de junio de 2001
Fecha

## JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, María de los A. Guzmán Olivo de 23   Soltera   Trabajadora Social I
(Nombre del Funcionario o Empleado)  (Edad)  (Soltero o Casado)  (Nombre del cargo o empleo)   y
lo de Río Grande
(Pueblo), juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próxi ejercer. Así me ayude Dios.

de junio de 2001
(Fecha)

María de los A. Guzmán Olivo
(Firma del Empleado o Funcionario)

IDAVIT NUM. 778

Suscrito y jurado ante mí por MARIA DE LOS A. GUZMAN OLIVO
(Nombre)
, de las circunstancias
nales antes expresadas y a quien identifiqué mediante Lic. de Conducir #4045033
1 de junio del año                                                                                    San Juan Puerto Rico.
(Pueblo)

CERTIFICO QUE ESTE DOCUMENTO ES UNA COPIA FIEL Y EXACTA DEL ORIGINAL.
12 agosto de 2004
DIVISION DE PERSONAL

Firma y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

PARA USO EXCLUSIVO DE OCAP

ecibido en OCAP:    22. Nombramiento           23. Fecha