María de los A. Guzmán Ortiz
Urb. Brisas del Mar
#152 Calle Mar Egeo
Isabela PR 00662

Secretaría
(Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building Ave. Chardon
San Juan PR 00918-1767

