# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):     Bauer, Hermann D.

USDC-PR Bar Number:     215205

Email Address:     hermann.bauer@oneillborges.com

1.     Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

Plaintiff:     The Financial Oversight and Management Board for Puerto Rico

Defendant:     Ambac Assurance Corp., Assured Guaranty Corp., Financial Guaranty Insurance Compa

2.     Indicate the category to which this case belongs:

- [x] Ordinary Civil Case
- [ ] Social Security
- [ ] Banking
- [ ] Injunction

3.     Indicate the title and number of related cases (if any).

In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al., PROMESA Title III No. 17 BK 3283-LTS

4.     Has a prior action between the same parties and based on the same claim ever been filed before this Court?

- [ ] Yes
- [x] No

5.     Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

- [ ] Yes
- [x] No

6.     Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

- [ ] Yes
- [x] No

Date Submitted:     January 16, 2020

rev. Dec. 2009

[ Print Form ]     [ Reset Form ]