10 de enero de 2020

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Abogado de la Junta de Supervision (counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J Bienenstock
Brain S. Rosen

Abogados del Comite de Acreedores (counsel for the Creditors Committee)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

RECEIVED & FILED 2020 JAN 15 PM 5:23 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, P.R.



Morales Colón Carmen D
No. de Reclamación: 99379
Fecha de Presentación 6/26/2018
Deudor: Commonwealth of Puerto Rico
Monto de la Reclamación Alegada: Indeterminado

Saludos Cordiales.

Por este medio notifico que recibí documento con relación a la virtud de la Ley Promesa del Título III contra el Estado Libre Asociado de Puerto Rico.

- Quiero indicar que yo estoy reclamando unos aumentos de Sueldo Ley 89 (Romerazo) que fue otorgado 1976-1985 por el gobernador Carlos Romero Barceló. Para este tiempo trabajaba para el Depto. AFFASS. Comencé a trabajar en el año 1979, y este aumento no me fue pagado o concedito.

- Aumentos de Sueldo estipulados por el Convenio Colectivo de $150.00 este no fue concedido Año 2009-2010

- Aumento Concedido Bono de Navidad Por la Union General de Trabajadores UGT por la cantidad de $100.00 a partir del 1 de diciembre de 2014 y este no fue Aprobado y otorgado.

- Aumento de sueldo estipulado por el Convenio Colectivo de $150.00 - este no fue concedido, Año 2014-2015.

Morales Colón Carmen D
No. Reclamación: 99379
Continuación.

- Bonificación por Concepto de Recobro Ley 56
De acuerdo al Convenio Colectivo de la Unión
General de Trabajadores (UGT) y el Depto Salud
los programas otorgaran a todos los empleados
de la unidad apropiada uno bono anual de
19% del recobro neto anual devenga/mit
de los servicios prestados a los pacientes.
Indica el Convenio Colectivo que se pagará
antes del 30 de Septiembre de cada año.
- El mismo nunca fué Concedido durante
este Convenio.

Cabe señalar que yo recibi unas tarjetas
como que recibieron doc. esta servidora
haciendo la reclamación.

Le anejo evidencia de parte de lo
antes expuestos de reclamaciones de
aumentos de sueldos que según al
Convenio Colectivo programas Categóricos
de la Unión General de Trabajadores UGT y
Departamento de Salud. iban hacer
concedidos pero estos no fueron
otorgados de acuerdo al Convenio Colectivos
años 2007-2010 y del 1 julio 2012 al 30 de
Junio de 2015.
 Esperando que dicha información sea
suficiente de acuerdo a lo solicitado por
Ustedes. Además le anexo evidencia

(4)

Morales Colon Carmen D
No. Reclamacion 99379
Continuación.

delos Comités de la Unión General de Trabajadores UGT Programas Categoricos y Departamento de Salud.

Quiero aclarar que de necesitar alguna otra información favor de solicitarla quedo de ustedes. muchas Gracias.

Carmen D Morales Colón / Carmen D. Morales Colón
HC-3 BOX 15455
Juana Diaz P.R. 00795