| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Morales Colon, Carmen D. | 99379 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Morales Colon, Carmen D. | 99379 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Ver anejos*

000941

***CUST PR 1845 SRF 38154 PackID: 941 MMLID: 1957372 SVC: 113th Omni
Morales Colon, Carmen D.
HC-03 Box 15455
Juana Diaz, PR 00795

Ver Anejos

000941

# CONVENIO COLECTIVO

## PROGRAMAS CATEGÓRICOS

## 2007-2010



# UNIÓN GENERAL DE TRABAJADORES (UGT)
## Y
## PROGRAMAS CATEGÓRICOS

**UNIÓN GENERAL DE TRABAJADORES**
**¡Cuenta con tu Unión!**
AFILIADA SEIU




# CONVENIO COLECTIVO
## Programas Categóricos y Hospital Universitario de Bayamón



## Unión General de Trabajadores (UGT) y Departamento de Salud

1 de julio de 2012 - 30 de junio de 2015

y aportaciones descontadas, pero no efectuadas, dentro de los veinte (20) días laborables siguientes a la renuncia, a partir del momento e que el empleado haya completado el proceso de liquidación

## ARTICULO 26
## SALARIOS

**Sección 1:**

Los Programas concederán aumentos salariales mensuales a cada empleado de la Unidad Apropiada durante la vigencia del Convenio Colectivo a razón de las siguientes cantidades:

a) Un aumento mínimo de $100.00 mensuales al 1ro julio del Año Fiscal 2007 – 2008; como parte de la implantación del Plan de Clasificación y Retribución. La cantidad aquí negociada constituirá el mínimo a garantizar del aumento salarial al clasificar a los empleados de la Unidad Apropiada; y el aumento no representa una cantidad adicional a aplicarse luego de clasificado el empleado (a) de la Unidad Apropiada, según el Plan de Clasificación. Este mínimo garantizado no aplicará a aquellos empleados que al momento de la implantación de dicho plan reciban una cantidad mayor o igual al mínimo aquí garantizado de $100.00

b) $125.00 al 1ro.de julio del año fiscal 2008-2009,

c) $150.00 al 1ro. de julio del año fiscal 2009-2010

Disponiéndose que si el aumento salarial aprobado para los empleados públicos por el Estado Libre Asociado fuere mayor al acordado en este Convenio Colectivo prevalecerá lo mayor.

**Sección 2: Personal reclutado luego de la efectividad de aumentos**

El personal reclutado a partir de la fecha de la firma del Convenio o posterior a la fecha de efectividad de cada aumento subsiguiente recibirá el salario del puesto que le corresponda en las escalas o niveles de retribución establecidos en los Programas.

## ARTICULO 31
### Bono de Navidad

**Sección 1:**
El Departamento de Salud conforme a la sección 4 del presente Artículo solicitará un aumento de $200.00 para el Bono de Navidad actual que es de $1,200.00, a los miembros de la Unidad Apropiada que cualifique durante la vigencia del Convenio y será de:
- $100.00 a partir del 1ro de diciembre de 2013
- $100.00 a partir del 1ro de diciembre de 2014

**Sección 2:**
Los aumentos anteriormente mencionados estarán sujeto a la previa autorización de la OGP, a la asignación presupuestaria de la Asamblea Legislativa y las que se requieran mediante ley u orden.

**Sección 3:**
El bono se pagará durante la primera semana del mes de diciembre de cada año natural, conforme a las disposiciones del Departamento de Hacienda. De ser adelantado por solicitud gubernamental, el mismo será garantizado.

**Sección 4:**
El Departamento solicitará y defenderá el presupuesto correspondiente para implementar las asignaciones aquí pactadas. Sin embargo, la Unión reconoce que la facultad constitucional para la aprobación del presupuesto general recae sobre la Asamblea Legislativa, por lo que las asignaciones aquí descritas dependerán de ésta.

**Sección 5:**
Si por legislación se conceden aumentos a los Bonos antes negociados para los (as) empleados (as) públicos cubiertos por la Ley Núm. 45, según enmendada; que sean mayores a los convenidos en el presente Artículo, los aumentos aquí acordados se ajustarán a lo dispuesto mediante la legislación que se apruebe a esos efectos. Disponiéndose, que los aumentos acordados en este Artículo no serán adicionales a los concedidos mediante legislación.

**Sección 6:**
Si el Departamento de Salud planteara insuficiencia de fondos para cumplir con los aumentos aquí pactados, las partes se comprometen a someter cualquier controversia que pueda surgir sobre dicha condición económica a arbitraje de interés ante la Comisión Apelativa del Servicio Público. El laudo del Árbitro será final, firme, obligatorio y conforme a derecho.

45

## ARTICULO 60
## SEPARABILIDAD

**Sección 1** - En la eventualidad de que cualquier parte, sección, disposición, o artículo del presente convenio fuese declarado ilegal, nulo, ineficaz o inconstitucional por virtud de la interpretación que hiciere de las leyes aplicables un tribunal u organismo cuasijudicial, mediante sentencia, resolución o laudo final y firme, no se afectará en forma alguna el resto del con̦͟ ̦io. En tal caso el convenio colectivo se mantendrá vigente, con e̦͟ ̦ ͟ de la parte o disposición afectada.

**Sección 2-** Las partes ̦͟ ̦ ͟an de acordar una disposición sustitutiva para la dispo̦͟ ̦ ̦͟ ̦ a la mayor brevedad posible, y en dicho proceso tratarán de ̦͟ ̦ ͟ar las deficiencias señaladas por el foro adjudicativo respecto a la misma.

## ARTICULO 61
## BONIFICACION POR CONCEPTO DE RECOBRO (LEY 56)

**Sección 1-** Los Programas otorgarán a todos los miembros de la Unidad Apropiada un bono anual de diecinueve (19%) del recobro neto anual de los servicios prestados a los pacientes. Esta bonificación se pagará en o antes del 30 de septiembre de cada año. El recobro será de los cobros de facturas que paguen y los planes que reconoce el Reglamento

**Sección 2-** Entre los criterios y requisitos que aplicarán para la otorgación del bono que se dispone en este artículo, se considerarán a todos los empleados. La puntuación es según lo establece el reglamento.

**Sección 3-** Los empleados de los Programas Categóricos que presten servicios a los pacientes de las instituciones hospitalarias serán incluidos en la distribución de los fondos que éstos pacientes generen en esas facilidades o instituciones hospitalarias.

**Sección 4-** La efectividad de este Artículo será de noventa (90) días laborables después de la firma del Convenio Colectivo. Disponiéndose que durante el período de tiempo desde la firma del Convenio hasta la fecha de efectividad del Artículo aplicará la Sección 1, antes mencionada.

86

## CONVENIO COLECTIVO PROGRAMAS CATEGORICOS

En San Juan, Puerto Rico a 29 de junio de 2007.

| POR LOS PROGRAMAS CATEGORICOS DEL DEPARTAMENTO DE SALUD | POR LA UNION UDH GENERAL DE TRABAJADORES DE PUERTO RICO (U.G.T.) |
|---|---|
| *(firma)* | *(firma)* |
| Dra. Rosa Pérez Perdomo, MD<br>Secretaria de Salud | Juan G. Eliza Colón<br>Presidente |

### COMITE NEGOCIADOR DE LA UNION
### Programas Categóricos

| | |
|---|---|
| Juan G. Eliza Colón<br>Presidente y Portavoz | Bienvenido Caraballo Moris<br>Secretario Tesorero y P. Alterno |
| Ramón García<br>Delegado y Oficial de Servicio | Wilda Rivera<br>Delegada y Oficial de Servicio |
| Carmen Reverón<br>Oficial de Servicio | Carlos Torres<br>Delegado y Oficial de Servicio |
| Sonia Martínez<br>Delegada Sec. Aux. Planif. y Des. | Carmen Ana Torres<br>Delegada Ofic. Recursos Hum. |
| Benjamín León<br>Delegado USO - Río Piedras | Clarivel Velázquez Soto<br>Delegada PAM Ponce I |
| Gerson Guzmán<br>Delegado WIC - Bayamón | Harry Santiago<br>Delegado SARAFS – Bayamón |

**CONVENIO COLECTIVO PROGRAMAS CATEGORICOS**

| | |
|---|---|
| José Rivera Soto<br>Delegado PAM - Arecibo | Angel Lugo<br>Delegado Ret. Mental – Bayamón |
| Edgardo Vélez<br>Delegado Salud Amb. - Yauco | Marilinda Santiago<br>Delegado Salud Amb. - Santa Isabel |
| Luz M. Cuadrado<br>Delegada PAM - Humacao | Nicolás Rivera<br>Delegada Hospital de Bayamón |
| Vilma Hernández<br>Delegada Hosp. de Bayamón | Zulma Valentín<br>Delegada Hospital de Bayamón |
| Mayra Lozada Rivas<br>Delegada Prevención - ETS-VIH | Carmen Rivera<br>Delegada WIC Ponce |
| Felix J. López<br>Delegado Servicios Lab. | María Duprey<br>Delegada Madres y Niños |
| Ramón A. Noyola<br>Delegado Registro Demog | Herberght Colón Cruz<br>Delegado Salud Amb. - Salinas |
| Florence Ramos Casiano<br>Delegada WIC - Yauco | |

## COMITÉ NEGOCIADOR DE LA UNIÓN
### Programas Categóricos

*[firma]*
Manuel Perfecto Torres
Presidente

*[firma]*
Ramón García
Portavoz Alterno

_____
José A. Añeses Peña
Asesor Sidical

_____
Sonia Martínez
Delegada – Ofic. Central

*[firma]*
Benjamín León
Delegado USR – Pío Piedras

*[firma]*
Luis Escobar
Delegado C. Pediátrico

*[firma]*
Rosa Peña
Delegada, PAM, Guaynabo

_____
Marlene Pomaloza
Delegada CLETS

*[firma]*
Bienvenido Caraballo Moris
Sectario Tesorero y Portavoz

*[firma]*
Eric Sevilla
Coordinador de Servicio

*[firma]*
Gerson Guzmán
Oficial de Servicio

*[firma]*
Florence Ramos
Delegada WIC - Yauco

_____
Carmen Rivera
Delegada PAM Ponce

_____
Javier Quintana
Delegado Retardo Mental

*[firma]*
Wilda Rivera
Delegada Salud Ambiental

*[firma]*
Félix López
Delegado Laboratorio

92

## COMITÉ NEGOCIADOR DEL
## DEPARTAMENTO DE SALUD
**Programas Categóricos**

_____
Daisy Bosch Cruz
Portavoz

_____
Lcdo. Fernando Rodríguez Flores
Asesor y Portavoz

_____
Hermes Rivera Polanco
Oficina Recursos Laborales

_____
Licenciado Miguel Verdiales
Asesor Legal del
Secretario de Salud

_____
William Ramirez
Oficina del Secretario de Salud

_____
Esther Pérez Jusino
Oficina de Presupuesto de Salud

93