Morales Colon (Carmen D)
Hc. 3 Box 15455
Juana Diaz PR 00795

Secretaria (Clerk)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

00918-170399