Mi Nombre es Aida Robledo Vázquez
Le estoy enviando copia de los
Cheques que me envió el gobierno

en $0.00

# 17 BK 03566-LTS
# Reclamación
   3050

Buzón 3234
Cantera S. J.
P.R. 00915

787-478-2209