| AIDA A ROBLEDO VAZQUEZ | | | | | | |
|---|---|---|---|---|---|---|
| Numero de Cheque: 0478231 | | Fecha Cheque: 03/27/2013 | | Message: | | |
| Codigo de Cheque: 0478231 | | Num. Solicitud: SABI585309 | | Seguro Social: | | |
| AMOR. PRE. REEM Y BXM | 0.00 | 4,085.17 | | AMOR. PRES REEM. Y BXM | 0.00 | 5,894.83 |
| CUENTA A PAGAR MISCELANEOS | 0.00 | 3,798.76 | | ING. RENDIMIENTO REFORMA 2000 | 0.00 | 55.15 |
| REEMB. PART. G. C. REF. 2000 | 11,981.60 | 0.00 | | REEMB. REND. APORT. REF. 2000 | 1,852.31 | 0.00 |
| | | | | Pago Neto: | | 0.00 |

RETIRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 SAN JUAN PR 00940 2203

101-211
215

Fecha: 03/27/2013
Num. Cheque: 0478231

$0.00

Paguese a la Orden de   AIDA A ROBLEDO VAZQUEZ
****NO AND 00/100 S****

NO ES VALIDO 6 MESES DESPUES DE SU EMISION

Banco Gubernamental de Fomento de Puerto Rico

PAGADOR OFICIAL

FIRMA AUTORIZADA

⑉0478231⑉ ⑈021502118⑈ 326⑇1001⑇5⑉

0478231

RETIRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 SAN JUAN PR 00940 2203

RETURN SERVICE REQUEST

AIDA A ROBLEDO VAZQUEZ
BUZON 3234

SAN JUAN PR 00915

**Estado Libre Asociado de Puerto Rico**
049 - Depto. Transport. y Obras Publ

| | | |
|---|---|---|
| Grupo de Pago: SM -Quincenal | | # Cheque: 05456049 |
| Desde: 03/01/2010 | | |
| Hasta: 03/15/2010 | | Fecha: 02/11/2010 |

AIDA ROBLEDO VAZQUEZ
RES LAS MARGARITAS
EDIF 37 APTO 830
SAN JUAN PR 00915
SS:

| | |
|---|---|
| # Empleado: | 582452916 |
| Dept: | 049170-CUERPO ORDENAMIENTO TRANSIE |
| Oficina: | Div de Operaciones |
| Titulo: | Sup Oficiales Cuerpo Ord Trans |
| Sueldo: | $2,164.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago Vacaciones Suma Global | | | 4,377.94 | | 4,377.94 |
| Total: | | | 4,377.94 | | 4,377.94 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 63.48 | 63.48 |
| Fed OASDI/EE | 271.43 | 271.43 |
| PR Withholdng | 350.24 | 350.24 |
| Total: | 685.15 | 685.15 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Dev Sueldo Cob Indebid | 99.80 | 99.80 |
| RC-Pres Pers Ret Cen-E Clasif | 3,592.99 | 3,592.99 |
| Total: | 3,692.79 | 3,692.79 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 4,377.94 | 685.15 | 3,692.79 | 0.00 |
| Acumulado: | 4,377.94 | 685.15 | 3,692.79 | 0.00 |

### CTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Total: | 0.00 |

MENSAJE:

---

Modelo SC 784.1
Nov. 09 2005

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

**DEPARTAMENTO DE HACIENDA**
Edificio Intendente Ramirez
San Juan PR 00902-4140

Estado Libre Asociado de Puerto Rico
049 - Depto. Transport. y Obras Publ

Cheque No. 05456049

Fecha: 02/11/2010    Importe: $0.00 *********

****NO CON 00/100 DOLARES****

Paguese a la orden De

AIDA ROBLEDO VAZQUEZ
RES LAS MARGARITAS
EDIF 37 APTO 830
SAN JUAN PR 00915
Localizacion: Div de Operaciones

BGF

_Juan [signature]_
Secretario de Hacienda

No es valido seis meses despues de su emision

⑆054560493⑆ ⑈021502118⑈ 325010161⑆