Aida Robledo
Buzón 3234 Cantera
San Juan P.R. 00915



RECEIVED & FILED
2020 JAN 15 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretario (Clerk's Office)
Tribunal De Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1769