Radicacion de replica (Objecion)

PROMESA TITULO III **No.17  03283**

Numero de reclamacion: 41523

RECEIVED & FILED
2020 JAN 15 PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Viviana Berrios Lozada
Direccion Postal: HC 71 Box 2995 Naranjito P.R. 00719
Direccion Residencial: Carr 811 Km 3.0 int Cedro Abajo, Naranjito

Num. de contacto:
  Tel.        Cel. 787-6666-9167
Correo electronico: vberrios997@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

  **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.