



Viviana Burgos Lozada
HC 71 Box 2995
Naranjito, P.R. 00719.

Secretaria
Tribunal De Distrito Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.