| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | | | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/16/2019<br>12/31/2019 | | | Aviso #:<br>Fecha Aviso: | 5397823<br>12/30/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| JOHANNA ROSS NIEVES<br>COM. MANTILLA # 6<br>ARENALES ALTOS<br>ISABELA, PR 00662<br>SS: | | | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 584774553<br>123320-Aguadilla<br>Aguadilla<br>Tecnico Servicios Familia I<br>$1,871.00 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>0 | |

### HORAS E INGRESOS

| | | ---- Corriente ---- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 935.50 | 1,957.50 | | 22,452.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | 935.50 | 1,957.50 | | 23,652.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.56 | 342.95 |
| Fed OASDI/Disability - EE | 58.00 | 1,466.42 |
| PR Withholding | 9.89 | 279.36 |
| Total: | 81.45 | 2,088.73 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 79.52 | 1,908.48 |
| Total: | 79.52 | 1,908.48 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.34 | 56.16 |
| AE-Asoc Emp ELA-Prest Regular | 111.29 | 2,572.20 |
| SM-First Medical Health Plan | 10.75 | 225.00 |
| CO-COOP LA SAG FAMILIA | 15.00 | 360.00 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-WASHINGTON NAT INS CO | 51.25 | 1,011.60 |
| OS-SERV PUBLICOS 009 B | 14.03 | 336.72 |
| Ahorros-AEELA | 28.07 | 673.68 |
| Total: | 233.23 | 5,247.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 31.34 | 792.36 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 935.50 | 0.00 | 81.45 | 312.75 | 541.30 |
| Acumulado: | 23,652.00 | 0.00 | 2,088.73 | 7,155.84 | 14,407.43 |

### DISTRIBUCION PAGA NETA

| Aviso #5397823 | 541.30 |
|---|---|
| Total: | 541.30 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/30/2019

Aviso No.
5397823

Cant. Deposito: $541.30

A la
Cuenta(s) De

JOHANNA ROSS NIEVES
COM. MANTILLA # 6
ARENALES ALTOS
ISABELA, PR 00662
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 541.30 |
| Total: | | 541.30 |

## NO-NEGOCIABLE

doc sra. Johanna Ross

semillitapr2@ya.../Sent

Luis Almeyda <semillitapr2@yahoo.com>
To: prclaimsinfo@primeclerk.com
Cc: joyross77@yahoo.com

Jan 14 at 10:16 AM

1 File    6.2MB

primemail.pdf
6MB