Johanna Ros[...]
P.O. Box 1786
Isabela P.R. 00662

U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
JAN 14, 20
AMOUNT
$0.55
R2304M115566-04

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767