Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: 2138

RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Carmen M Rodríguez López

Direccion Postal: HC 73 Box 4861 Naranjito, PR 00719

Direccion Residencial: B° Nuevo Sector Bunker Hill Naranjito, PR 00719

Num. de contacto:

Tel. 787-617-0539    Cel. 787-381-7504

Correo electronico: jeredys506@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 enero 2020.

A quien corresponda:

    Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

*[signature]*



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

CARMEN RODRIGUEZ LOPEZ                                Seguro Social: XXX-XX-4996

.
.
., PR 00924

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 07 de marzo de 1969          **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1996
**Fecha de Comienzo de Cotización:** 01 de julio de 1996

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---:|---|---:|
| Años Acreditados: | 17.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $29,587.34 | Aportaciones: | $11,648.20 |
| Intereses: | $6,438.71 | Intereses: | $940.57 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $36,118.81 | Total Aportaciones: | $12,588.77 |
| SNC Pagado: | $92.76 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: CARMEN RODRIGUEZ LOPEZ**　　　　　　　　　　　Seguro Social: XXX-XX-4996

., PR 00924

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $48,614.82 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346318071

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que la **Sra. Carmen M. Rodriguez López**, Núm. Seguro Social **XXX-XX-4996** labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 1 de noviembre de 1994.

La señora **Rodriguez López** ocupa un puesto con estatus Regular en el Servicio de Carrera como Técnica de Asistencia Social y Familiar III, devengando un salario mensual de $2,434.00.

Dado hoy, 14 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

IGC

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building •PO Box 8000, San Juan, PR 00910-0800 • 787.289-7600-2270  **Oficina de Recursos Humanos**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>Apelantes<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>Apelados | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

### RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016;* y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

| | | |
|---|---|---|
| 2080. | AWILDA ROBLES RODRIGUEZ | #25 C/ JUAN ROMAN, BO. AMELIA; CATAÑO PR. 00962009062 |
| 2081. | ANA M. ROBLES ROSA | HC-73 BOX 5741; NARANJITO, PR. 00719-9623 |
| 2082. | CARMEN ROBLES SALCEDO | C/53 BLOQ. 61 #14, SIERRA BAYAMON, PR 00961 |
| 2083. | RAMON VTA ROBLES SIERRA | NO PROVEYÓ DIRECCIÓN POSTAL |
| 2084. | LOURDES ROBLES TOLEDO | URB. SANTIAGO IGLESIAS; 1410 C. LUISA; CAPETILLO SAN JUAN PR 00921 |
| 2085. | JESUS A. ROBLES TORRES | BOX 7838, SAN JUAN, PR. 00916 |
| 2086. | RAUL E. ROBLES TORRES | RR-36 BOX 1242; SAN JUAN PR 00926 |
| 2087. | CARMEN ROBLES VARGAS | URB. RIO CAÑAS ; C/ INABON 2514; PONCE PR 00728 |
| 2088. | GRACIELA ROCHE LEON | PO BOX 336304; PONCE PR 00733 |
| 2089. | DELIA M. RODRIGUEZ ACOSTA | PO BOX 33 ; SAN GERMAN, PR 00683 |
| 2090. | CARMEN M. RODRIGUEZ ALEJANDRO | PO BOX 1009, COMERIO, PR 00782 |
| 2091. | NADYA D. RODRIGUEZ ALICEA | CALLE 32 HH-11 ; RIO GRANDE ESTATES ; RIO GRANDE, PR 00745 |
| 2092. | CARMEN V. RODRIGUEZ AMOROS | URB. BROOKLY A-27 ; ARROYO, PR |
| 2093. | NATIVIDAD RODRIGUEZ ARROYO | URB. RIO CRISTAL 5153 ; CALLE ROBERTO COLE ; MAYAGÜEZ PR 00680 |
| 2094. | ORLANDO RODRIGUEZ BERRIOS | EXT. ROIG CALLE 4 #125 ; HUMACAO, PR 00791; |
| 2095. | LUZ I. RODRIGUEZ BURGOS | PO BOX 40370; SAN JUAN PR 00940 |
| 2096. | MARILYN DEL C. RODRIGUEZ AYALA | P M B 210 PO BOX 70344, SANTURCE, PR 00936 |
| 2097. | GARY RODRIGUEZ BONELLI | PO BOX 7898; CAROLINA PR 00986 |
| 2098. | LISSETTE RODRIGUEZ CAMPOS | PO BOX 328, PATILLAS, PR. 00723 |
| 2099. | ENEROLIZA RODRIGUEZ CARDI | URB. SANTIAGO IGLESIAS; c/ RAFAEL ALONZO TORRES; SAN JUAN PR 00921 |
| 2100. | GERALD RODRIGUEZ CARMONA | EXT. VISTA ALTA VISTA; C/28 JJ-10; PONCE PR 00716 |
| 2101. | ADAN RODRIGUEZ CASILLAS | SANTURCE #619; C/ SAN ANTONIO; CAROLINA, PR 00985 |
| 2102. | SONIA RODRIGUEZ CASTRO | URB. TOA VILLE #39; CALLE VENUS ; TOA BAJA PR 00947 |
| 2103. | ARIADNA RODRIGUEZ CEDEÑO | PO BOX 75, SABANA SECA PR 00952 |
| 2104. | MYRNA E. RODRIGUEZ CEDEÑO | PO BOX 75 ; SABANA SECA ; TOA BAJA PR 00952 |
| 2105. | HILDELISA RODRIGUEZ CEPEDA | HC 01 BUZON 8645; LUQUILLO PR 00773 |
| 2106. | SYLMA RODRIGUEZ CINTRON | APARTADO 1071 ; SANTA ISABEL, PR 00957 |
| 2107. | JAIME F. RODRÍGUEZ COLÓN | P O BOX 11708; SAN JUAN PR 00922 |
| 2108. | JANETTE RODRIGUEZ COLON | CALLE 34 -S.O. #1662, LAS LOMAS; RIO PIEDRAS, PR 00921 |
| 2109. | JOSE A. RODRIGUEZ COLON | EDF. 6 APT. 54 RES. ERNESTO; RAMOS HORTENCIA; SAN JUAN PR 00924 |
| 2110. | LOURDES RODRIGUEZ COLON | PO BOX 60; BAJADRO PR 00616 |
| 2111. | MAYRA RODRIGUEZ COLON | PO BOX 9451; BAYAMON PR 00960-9451 |
| 2112. | DIANA RODRIGUEZ COTTO | URB. TOA ALTA HEIGHTS; CALLE 19 BLOQUE O-45; TOA ALTA PR 00953; |
| 2113. | ANA H. RODRIGUEZ CRUZ | HC-9 BOX 14114, COROZAL, PR. 00783 |
| 2114. | ANTONIA Y. RODRIGUEZ CRUZ | HC-06 BOX 14037, COROZAL, PR. 00783 |
| 2115. | EMANUEL RODRIGUEZ DE JESUS | C/437 BLOQ. L 71 #25; VILLA CAROLINA PR 00985 |
| 2116. | TANIA RODRIGUEZ DE JESUS | CALLE TAULANDIA #950; COUNTRY CLUB, RP PR 00924 |
| 2117. | WILLIAM RODRIGUEZ DE JESÚS | RR-1 BO 6784; GUAYAMA PR 00784 |
| 2118. | CINDY RODRIGUEZ DE LEON | URB. ALTURAS DE SAN PEDRO; CALLE SAN PEDRO Q-4 ; FAJARDO, PR 00738 |
| 2119. | IVELISSE RODRIGUEZ DE LEON | PO BOX 1408, RIO GRANDE, PR. 00775, TEL. 787396-9847 |
| 2120. | MARIA E. RODRIGUEZ DE MARTINEZ | 47 C/ HERMANDAD BO. AMELIA, CATAÑO PR 00962 |
| 2121. | CARMEN E. RODRIGUEZ DEL RIO | ALTURAS DE CIALES D-5 ; CIALES PR 00638 |
| 2122. | CARMEN M. RODRIGUEZ DIAZ | C/ MANUEL SOTO APONTE #24; URB. BORINAVEN, ; CAGUAS, PR 00725 |
| 2123. | ILUMINADA V. RODRIGUEZ DIAZ | RR-1 BUZON 6417; GUAYAMA, PR 00784 |
| 2124. | VIRGINIA RODRIGUEZ DIFFUT | URB. BELLO HORIZONTE; CALLE YERBA BUENAS 667; PONCE PR 000728 |
| 2125. | GLADYS RODRIGUEZ DUEÑO | HC-80 BOX 8104, DORADO PR 00646 |
| 2126. | ROGELIO RODRIGUEZ FEBRES | RC-12 RIO CRISTAL, TRUJILLO ALTO PR 00976 |
| 2127. | MYRNA Y. RODRIGUEZ FERRA | PARC. EL TUQUE 2249 ; C/VICTOR GUITTIERREZ; PONCE PR 00728 |
| 2128. | MIDDALY RODRIGUEZ FIGUEROA | PO BOX 818, AGUAS BUENAS, PR 00703 |
| 2129. | MARIA E. RODRIGUEZ GARCIA | HC-1 BOX 5770; LAS MARIAS, PR 00670 |
| 2130. | PEDRO J. RODRIGUEZ GERENA | PO BOX 1277; CAROLINA, PR 00986 |
| 2131. | LIGIA M. RODRIGUEZ GONZALEZ | CALLE EDNIE A I-II, VILLA RIOS; BAYAMON PR 00984 |
| 2132. | MILDRED E. RODRIGUEZ GONZALEZ | C/ COTORRA R-14 URB. VISTA DEL MORRO, ; CATAÑO, PR 00962 |
| 2133. | GLORIA E. RODRIGUEZ GUZMAN | CALLE 252 HV-13; COUNTRY CLUB ; CAROLINA, PR 00982 |
| 2134. | HECTOR RODRIGUEZ GUZMAN | CALLE 3 #327 ; BO. STO. DOMINGO SANT JUST ; TRUJILLO ALTO PR 00976; |
| 2135. | JOHANNA R. RODRIGUEZ HERNADEZ | C-18 FF 4 URB. EL CORTIJO; BAYAMON, PR 00956 |
| 2136. | DAISY RODRIGUEZ IRRIZARRY | 198 CARACOLES I; PEÑUELAS PR 00624 |
| 2137. | DIGNA I RODRIGUEZ LACLAUSTRA | HC-03 BOX 13484, UTUADO PR 00641 |
| 2138. | CARMEN M. RODRIGUEZ LOPEZ | HC-73 BOX 4861, NARANJITO PR 00719 |
| 2139. | LIZ D. RODRIGUEZ LOPEZ | C/4 G-12 URB. LOMAS ; TRUJILLO ALTO, PR 00976 |
| 2140. | MARIA M. RODRIGUEZ LOPEZ | COOP JARDINES ; DE SAN IGNACIO APT. 707 – A; SAN JUAN PR 00927-6530 |
| 2141. | MARIA DEL C. RODRIGUEZ MARRERO | PO BOX 194753, SAN JUAN, PR 00919-4753 |
| 2142. | SONIA RODRIGUEZ MARRERO | CALLE 32 AN 61 ; TOA ALTA HEIGTH; TOA ALTA PR 00953 |
| 2143. | JACKELINE RODRIGUEZ MARTINEZ | HC-01 BOX 5361, GUAYNABO, PR 00971 |
| 2144. | LUZ N. RODRIGUEZ MARTINEZ | HC-02 BOX 43389, VEGA BAJA PR 00693 |

MADELINE ACEVEDO CAMACHO Y OTROS (2,818)

2016-05-1340

ANEJO 1
PÁGINA 33 DE 44