en M Rodriguez Lopez
3 Box 4861
jito, PR 00719

7019 1120 0002 1891 2413



RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN P.R.

Secretaria
Tribunal De Distrito Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan PR 00918-1767