# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

2020 JAN 15 PM 5: 21

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | **PROMESA, Título III**<br><br>**Núm. 17 BK 3283-LTS**<br><br>La presente radicación guarda relación con el ELA. |

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 27862

**NOMBRE DEL RECLAMANTE:** Johanna Ross Nieves

## MOCION
## RADICACION DE REPLICA

1. Johanna Ross Nieves dirección postal: P.O. Box 1786 Isabela P.R. 00662 con número de teléfono 939-307-1888 correo electrónico joyross77@yahoo.com últimos digito de seguro social 4553

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 64,800, en el Departamento de la Familia Programa de ADFAN con fecha de empleo que comencé 8 Oct-2001 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL,** muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

P.O. Box 1786
Isabela, PR 00662

Johanna Ross Nieves