| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | | | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | | | Aviso #: 5397823<br>Fecha Aviso: 12/30/2019 | |
|---|---|---|---|---|---|---|---|---|
| JOHANNA ROSS NIEVES<br>COM. MANTILLA # 6<br>ARENALES ALTOS<br>ISABELA, PR 00662<br>SS: | | | # Empleado: 584774553<br>Dept: 123320-Aguadilla<br>Lugar: Aguadilla<br>Titulo: Tecnico Servicios Familia I<br>Sueldo: $1,871.00 Monthly | | | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 935.50 | 1,957.50 | 22,452.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 935.50 | 1,957.50 | 23,652.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.56 | 342.95 |
| Fed OASDI/Disability - EE | 58.00 | 1,466.42 |
| PR Withholding | 9.89 | 279.36 |
| Total: | 81.45 | 2,088.73 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 79.52 | 1,908.48 |
| Total: | 79.52 | 1,908.48 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.34 | 56.16 |
| AE-Asoc Emp ELA-Prest Regular | 111.29 | 2,572.20 |
| SM-First Medical Health Plan | 10.75 | 225.00 |
| CO-COOP LA SAG FAMILIA | 15.00 | 360.00 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-WASHINGTON NAT INS CO | 51.25 | 1,011.60 |
| OS-SERV PUBLICOS 009 B | 14.03 | 336.72 |
| Ahorros-AEELA | 28.07 | 673.68 |
| Total: | 233.23 | 5,247.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 31.34 | 792.36 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 935.50 | 0.00 | 81.45 | 312.75 | 541.30 |
| Acumulado: | 23,652.00 | 0.00 | 2,088.73 | 7,155.84 | 14,407.43 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5397823 | 541.30 |
| Total: | 541.30 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/30/2019

Aviso No.
5397823

Cant. Deposito: **$541.30**

A la
Cuenta(s) De

JOHANNA ROSS NIEVES
COM. MANTILLA # 6
ARENALES ALTOS
ISABELA, PR 00662
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 541.30 |
| Total: | | 541.30 |

# NO-NEGOCIABLE



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**
ADFAN • ADSEF • ASUME • SECRETARIADO

16 de octubre de 2001

Sra. Norma Mantilla
Directora Local
Isabela

Sra. Mercedes Pagán de Guntín
Directora Regional

Sr. Juan L. Ramos Avilés
Oficial de Personal Interino

**JOHANNA ROSS NIEVES**
**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**

La Sra. Ross Nieves comenzará a prestar servicios en la Oficina de Isabela como Tecnico Servicios a la Familia I – Adultos de la Administración de Familias y Niños con carácter transitorio, a partir del 17 de octubre de 2001.

Favor de asignar las tareas correspondientes.

Agradeceré todo el apoyo que brinden a la empleada en su inicio como servidor público.

JLRA/cc

ORHELA  
Rev. Julio 2004

Anejo - I

**OFICINA DE RECURSOS HUMANOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**  
San Juan, Puerto Rico

**INFORME DE CAMBIO ESPECIAL**

Número del Cambio: 04-3311

ADMINISTRACION DE FAMILIA Y NIÑOS  
Departamento, Agencia o Municipio

**Nombre del empleado:** ROSS NIEVES, JOHANNA

**Seguro Social** :

Se notifica el siguiente cambio de status del empleado con el Artículo 4 de la Ley Núm. 56 de 16 de agosto de 1989, según enmendada por la Ley Núm. 172 de 30 de Julio de 2004. Este cambio de status el empleado es efectivo el 1ro. de Julio de 2004.

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. Número del Puesto | 12395389 | 12307184 |
| 2. División | Administración Familias Y Niños | |
| 3. Unidad o Selección | Servicios a Adultos | |
| 4. Ubicación geografica del puesto | Región Aguadilla | |
| 5. Categoria del Empleado | | De Carrera |
| 6. Status del Empleado | Transitorio | Regular |
| 7. Título de Clasificación | Técnico Servicios Familia I | |
| 8. Sueldo | $1,321.00 | $1,471.00 |
| 9. Diferencial (Si aplica) | | |
| 10. Descuentos para aportación Sistema Retiro | | 8.275% |

**Símbolo de Contabilidad**

| A.F | Fondo | Agencia/Municipio | Div | Sub-Div | Asig | Objeto | A.F | Fondo | Agencia/Municipio | Div | Sub-Div | Asig | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1120 | 111 | 1230000 | 1080 | | 001 | 2004 | E1110 | 111 | 1230000 | 1080 | | 001 | 2005 |

**CERTIFICACION DE LA AUTORIDAD NOMINADORA**  
(Para uso concesion de status regular a empleados transitorios)

Certifico que los servicios prestados por (el) (la) empleada desde el **8-octubre-2001** hasta el 30 de junio de 2004 han sido satisfactorios.

Observaciones : Se incluye aumento de Ley 45 según convenio colectivo.

15 NOV 2004

Fecha

Firma de la autoridad Nominadora  
o su Representante Autorizado

HJGG

8 DIC 2004

doc sra. Johanna Ross - Yahoo Mail

Page 1 of 1

### doc sra. Johanna Ross

Luis Almeyda <semillitapr2@yahoo.com>
To: prclaimsinfo@primeclerk.com
Cc: joyross77@yahoo.com

semillitapr2@ya.../Sent

Jan 14 at 10:16 AM

1 File  6.2MB

primemail.pdf
6MB