Johanna Rosado
P.O. Box 1786
Isabela P.R. 00662




U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
JAN 14, 20
AMOUNT
$0.70
R2304M115566-04

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico) 00918-1767