# EXHIBIT F

ESTADO LIBRE ASOCIADO DE PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Boletín Administrativo Núm. OE-2015-049

ORDEN EJECUTIVA DEL GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, HON. ALEJANDRO J. GARCÍA PADILLA, PARA DELEGAR EN EL DIRECTOR DE LA OFICINA DE GERENCIA Y PRESUPUESTO LOS PODERES DE ADMINISTRACIÓN PRESUPUESTARIA DISPUESTOS EN EL ARTÍCULO 4 (C), (D) Y (E)(5) DE LA LEY NÚM. 147 DE 18 DE JUNIO DE 1980, SEGÚN ENMENDADA; ORDENAR AL GRUPO DE TRABAJO PARA LA RECUPERACIÓN FISCAL Y ECONÓMICA DE PUERTO RICO, EN CONSULTA CON EL SECRETARIO DE HACIENDA, A ESTABLECER GUÍAS PARA MANEJAR EL FLUJO DE EFECTIVO; INSTRUIR AL SECRETARIO DE HACIENDA SOBRE EL MANEJO DE DESEMBOLSOS; E INSTRUIR A TODOS LOS JEFES DE ENTIDADES GUBERNAMENTALES DE LA RAMA EJECUTIVA A PRIORIZAR SUS GASTOS CONFORME AL ARTÍCULO 4(C) DE LA LEY NÚM. 147 DE 18 DE JUNIO DE 1980, SEGÚN ENMENDADA.

**POR CUANTO:** El pasado 30 de noviembre, se aprobó el Boletín Administrativo Núm. OE-2015-046 mediante el cual se activó la Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado de Puerto Rico y se ordenó la retención de ciertos recaudos que corresponderían a la Autoridad de Carreteras y Transportación de Puerto Rico, la Autoridad para el Financiamiento de la Infraestructura, la Autoridad Metropolitana de Autobuses, la Autoridad de Transporte Integrado y la Autoridad del Distrito de Convenciones de Puerto Rico.

**POR CUANTO:** El Artículo 1 de la Ley Núm. 104 de 28 de junio de 1956, según enmendada, preceptúa que, mediante proclama o boletín administrativo, el Gobernador está facultado para delegar en cualquier funcionario de la Rama Ejecutiva cuyo nombramiento requiera la confirmación del Senado o en cualquier miembro de su cuerpo de auxiliares, aquellas funciones y deberes que la ley le impone y cuya delegación no sea contraria a disposiciones específicas de ley o a la Constitución del Estado Libre Asociado.

**POR CUANTO:** El Artículo 4, inciso (c), de la Ley Orgánica de la Oficina de Gerencia y Presupuesto, Ley Núm. 147 de 18 de junio de 1980, según enmendada, (Ley de OGP) dispone que el Gobernador, o por delegación el Director de la Oficina de Gerencia y Presupuesto, (Director de OGP), procederá conforme a las normas de prioridades

allí establecidas tras la activación de la Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado de Puerto Rico.

**POR CUANTO:** El Artículo 4, inciso (d), de la Ley de OGP dispone que el Gobernador, o el Director de la OGP, por delegación de éste, someterá a los Presidentes del Senado y de la Cámara de Representantes, así como a las Comisiones de Hacienda de ambos cuerpos legislativos, un informe detallado de los ajustes que hayan sido necesarios para balancear el presupuesto en virtud de los recursos disponibles para el año fiscal en curso.

**POR CUANTO:** El Artículo 4, inciso (e)(5), de la Ley de la OGP dispone que el Gobernador, o el Director de la OGP, por delegación de éste, podrá establecer reservas presupuestarias y restringir los recursos a disposición de los organismos en la forma que crea pertinente cuando en la ejecución y control del presupuesto lo estime necesario, independientemente de las circunstancias establecidas en los apartados (c) y (d) del Artículo 4.

**POR CUANTO:** El Boletín Administrativo Núm. OE-2015-022, según enmendado, creó el Grupo de Trabajo para la Recuperación Fiscal y Económica de Puerto Rico (Grupo de Trabajo) el cual presentó el borrador del Plan de Crecimiento Económico y Fiscal el 9 de septiembre de 2015.

**POR CUANTO:** El Grupo de Trabajo tiene la responsabilidad de continuar los esfuerzos para atender los retos fiscales que enfrenta el gobierno del Estado Libre Asociado de Puerto Rico.

**POR CUANTO:** Esta Administración está firmemente comprometida con hacer el mejor uso posible de los escasos recursos económicos del Estado Libre Asociado de Puerto Rico y garantizar al País la provisión de servicios esenciales.

**POR TANTO:** Yo, ALEJANDRO J. GARCÍA PADILLA, Gobernador del Estado Libre Asociado de Puerto Rico, en virtud de los poderes inherentes a mi cargo y de la autoridad que me ha sido conferida por la Constitución del Estado Libre Asociado de Puerto Rico, por la presente dispongo lo siguiente:

2

**PRIMERO:** Se delega en el Director de la OGP los poderes de administración presupuestaria dispuestos en los incisos (c), (d) y (e)(5) del Artículo 4 de la Ley de OGP. De conformidad con los mismos, realizará los ajustes presupuestarios necesarios en las asignaciones contenidas en el Presupuesto a los fines de atemperarlas a los recursos disponibles. Asimismo, se le instruye proceder con la presentación del informe de los ajustes realizados de conformidad con los recursos disponibles, según requerido por los incisos (c), (d) y (e)(5) del Artículo 4 de la Ley de OGP. El Director de la OGP se guiará por las normas de prioridad para los ajustes presupuestarios establecidas en virtud de los poderes especificados en el Artículo 4, inciso (c), de la Ley de OGP, con el propósito de garantizar los servicios esenciales y asegurar el buen funcionamiento del Gobierno del Estado Libre Asociado de Puerto Rico.

**SEGUNDO:** Se ordena al Grupo de Trabajo a establecer unas guías, en consulta con el Secretario del Departamento de Hacienda, para manejar el flujo de efectivo y realizar los desembolsos de los fondos disponibles para el año fiscal en curso, tomando en consideración, entre otros, los ajustes presupuestarios realizados por el Director de la OGP en cumplimiento con el POR TANTO PRIMERO de este Boletín Administrativo.

**TERCERO:** Se instruye al Secretario del Departamento de Hacienda a manejar el flujo de efectivo y realizar los desembolsos de los fondos disponibles para el año fiscal en curso de conformidad con las guías que establezca el Grupo de Trabajo, en consulta con el Secretario del Departamento de Hacienda, en cumplimiento con el POR TANTO SEGUNDO de este Boletín Administrativo.

**CUARTO:** Se instruye a todos los jefes de entidades gubernamentales a priorizar el gasto de su entidad acorde con las prioridades y ajustes presupuestarios que se establezcan por el Director de la OGP y las guías establecidas por el Grupo de Trabajo, conforme a la delegación establecida en el POR TANTO PRIMERO y SEGUNDO de este Boletín Administrativo.

**QUINTO:** Los ajustes y medidas tomadas al amparo de esta Orden Ejecutiva tendrán vigencia hasta el 30 de junio de 2016, salvo que las circunstancias que dieron origen a la misma varíen y así sea

3

recomendado por el Grupo de Trabajo al Gobernador, quien podrá acoger la recomendación.

**SEXTO:** DEROGACIÓN. Se deja sin efecto cualquier otra Orden Ejecutiva que en todo o en parte sea incompatible con esta, hasta donde existiera tal incompatibilidad.

**SÉPTIMO:** VIGENCIA Y PUBLICACIÓN. Esta Orden Ejecutiva entrará en vigor inmediatamente. Se ordena su más amplia publicación y divulgación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar en ella el Gran Sello del Estado Libre Asociado de Puerto Rico, en San Juan, Puerto Rico, hoy _8_ de diciembre de 2015.



ALEJANDRO J. GARCÍA PADILLA
GOBERNADOR

Promulgada de acuerdo a la ley, hoy _8_ de diciembre de 2015.

VÍCTOR A. SUÁREZ MELÉNDEZ
SECRETARIO DE ESTADO DESIGNADO



# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

County of New York
State of New York

Date: July 15, 2016

To whom it may concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the documents received by this office.

The documents are designated as:
- COMMONWEALTH OF PUERTO RICO; Administrative Bulletin No. OE-2015-049

Riley Russell, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Riley Russell

WI-44, 6/25/2015, Rev 0

Accurate Translation Services 24/7

**COMMONWEALTH OF PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

**Administrative Bulletin No. OE-2015-049**

**EXECUTIVE ORDER FROM THE GOVERNOR OF THE COMMONWEALTH OF PUERTO RICO, THE HON. ALEJANDRO J. GARCIA PADILLA, TO DELEGATE TO THE DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET THE BUDGETARY ADMINISTRATION POWERS DESCRIBED IN ARTICLE 4 (C), (D) AND (E)(5) OF LAW NO. 147 OF JUNE 18, 1980, AS AMENDED; TO ORDER THE WORKING GROUP FOR THE FISCAL AND ECONOMIC RECOVERY OF PUERTO RICO, IN CONSULTATION WITH THE SECRETARY OF THE TREASURY, TO ESTABLISH GUIDELINES FOR MANAGING CASH FLOW; TO INSTRUCT THE SECRETARY OF THE TREASURY IN REGARD TO MANAGING DISBURSEMENTS; AND TO INSTRUCT ALL OF THE HEADS OF GOVERNMENTAL AGENCIES WITHIN THE EXECUTIVE BRANCH TO PRIORITIZE THEIR EXPENDITURES IN ACCORDANCE WITH ARTICLE 4(C) OF LAW NO. 147 OF JUNE 18, 1980, AS AMENDED.**

**WHEREAS**: On November 30 of this year, Administrative Bulletin No. OE-2015-046 was approved, which activated Section 8 of Article VI of the Constitution of the Commonwealth of Puerto Rico and ordered the withholding of certain revenues corresponding to the Highway and Transportation Authority of Puerto Rico, the Infrastructure Financing Authority, the Metropolitan Bus Authority, the Integrated Transit Authority and the Puerto Rico Convention District Authority.

**WHEREAS**: Article 1 of Law No. 104 of June 28, 1956, as amended, states that, through a proclamation or administrative bulletin, the Governor is authorized to delegate to any official within the Executive Branch whose appointment requires the confirmation of the Senate or to any member of his team of deputies, those functions and duties that the law imposes and the delegation of which is not contrary to specific provisions of the law of the Constitution of the Commonwealth.

**WHEREAS**: Article 4, paragraph (c) of the Organic Law of the Office of Management and Budget, Law No. 147 of June 18, 1980, as amended (OMB Act), states that the Governor, or by delegation the Director of the Office of Management and Budget (OMB Director), shall proceed in accordance with the system of priorities

1

established therein following the activation of Section 8 of Article VI of the Constitution of the Commonwealth of Puerto Rico.

**WHEREAS**: Article 4, paragraph (d) of the OMB Act states that the Governor, or the OMB Director if delegated by the Governor, will submit to the Presidents of the Senate and the House of Representatives, as well as to the Treasury Commissions of both legislative bodies, a detailed report of the adjustments that have been necessary to balance the budget in light of the available resources for the current fiscal year.

**WHEREAS**: Article 4, paragraph (e)(5) of the OMB Act states that the Governor, or the OMB Director if delegated by the Governor, may establish budgetary reserves and restrict those resources that are at the disposal of government entities in the manner that they see fit, when deemed necessary in the course of executing and controlling the budget, independently of the circumstances established in paragraphs (c) and (d) of Article 4.

**WHEREAS**: Administrative Bulletin No. OE-2015-022, as amended, created the Working Group for the Fiscal and Economic Recovery of Puerto Rico (Working Group), which presented a draft of its Economic and Fiscal Growth Plan on September 9, 2015.

**WHEREAS**: The Working Group is responsible for continuing its efforts to address the fiscal challenges facing the government of the Commonwealth of Puerto Rico.

**WHEREAS**: This Administration is firmly committed to making the best possible use of the scarce economic resources of the Commonwealth of Puerto Rico and to guaranteeing the Country the supply of essential services.

**THEREFORE**: I, ALEJANDRO J. GARCIA PADILLA, Governor of the Commonwealth of Puerto Rico, by virtue of the powers vested in me and the authority granted to me by the Constitution of the Commonwealth of Puerto Rico, hereby order the following:

2

**FIRST**: The powers of budgetary administration provided for in sections (c), (d) and (e)(5) of Article 4 of the OMB Act are hereby delegated to the OMB Director. In accordance with these powers, the Director shall make any budget adjustments necessary in the allocations contained in the Budget in order to match them with available resources. He is also instructed to proceed with the presentation of the report on the adjustments made in accordance with available resources as required by sections (c), (d) and (e)(5) of Article 4 of the OMB Act. The OMB Director will be guided by the system of priorities for budgetary adjustments established by virtue of the powers specified in Article 4, section (c) of the OMB Act, for the purpose of guaranteeing essential services and ensuring the proper functioning of the Government of the Commonwealth of Puerto Rico.

**SECOND**: The Working Group is hereby ordered to establish some guidelines, in consultation with the Secretary of the Treasury Department, to manage the flow of cash and to make disbursements of available funds for the current fiscal year, taking into consideration, among other factors, the budgetary adjustments made by the Director of the OMB in compliance with the FIRST RECITAL of this Administrative Bulletin.

**THIRD**: The Secretary of the Department of the Treasury is instructed to manage cash flows and to make the disbursements of available funds for the current fiscal year in line with the guidelines established by the Working Group, in consultation with the Secretary of the Treasury Department, in compliance with the SECOND RECITAL of this Administrative Bulletin.

**FOURTH**: All of the heads of government agencies are instructed to prioritize the expenditures of their entities in accordance with the priorities and budgetary adjustments set forth by the Director of the OMB and the guidelines established by the Working Group, according to the delegation established in the FIRST AND SECOND RECITALS of this Administrative Bulleting.

**FIFTH**: The adjustments and measures taken under this Executive Order will be in force until June 30, 2016, unless the circumstances which gave rise to the Order should change, and upon

3

|  | recommendation by the Working Group to the Governor, who may abide by the recommendation. |
|---|---|
| **SIXTH**: | ANNULMENT: This Order hereby annuls and voids any other Executive Order that is incompatible with it, to the extent of said incompatibility. |
| **SEVENTH**: | FORCE AND PUBLICATION. This Executive Order shall enter into force immediately. It is ordered to be published and disseminated as widely as possible. |

IN WITNESS THEREOF, I issue this Executive Order under my signature and I affix hereon the Great Seal of the Commonwealth of Puerto Rico, in San Juan, Puerto Rico, today, the 8TH of December of 2015.

[Great Seal of Puerto Rico]

_____[signature]_____
ALEJANDRO J. GARCIA PADILLA
GOVERNOR

Enacted in accordance with the law, today, December 8, 2015.

_____[signature]_____
VICTOR A. SUAREZ MELENDEZ
SECRETARY OF STATE DESIGNATE

4