UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

# CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): 

USDC-PR Bar Number: 

Email Address: 

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff: 

    Defendant: 

2. Indicate the category to which this case belongs:

    ☐ Ordinary Civil Case

    ☐ Social Security

    ☐ Banking

    ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes

    ☐ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes

    ☐ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes

    ☐ No

Date Submitted: 

rev. Dec. 2009