DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

In re  Commonwealth or Puerto Rico, et al.   )   Case No. 3:17-BK-3283 (LTS)
                  Debtor                  )
                                       )   Chapter PROMESA Title III

THE FINANCIAL OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO                                              )   Re:  3:17-BK-3283 (LTS)
                Plaintiff(s)            )
                                       )
                    v.                    )   Adv. Proc. No. _____
AMBAC ASSURANCE CORPORATION, et als.  )
                                       )
              Defendant(s)         )

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Ambac Assurance Corp.
One State Street Plaza
New York, NY 10004

     YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hermann D. Bauer
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

     If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

     If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

MARÍA ANTONGIORGI-JORDÁN, ESQ.
CLERK OF COURT

Date: _____                          _____
                                                                      Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name:     _____

    Business Address:     _____

    _____