Radicacion de replica (Objecion)

PROMESA TITULO III **No.17 03283**

Numero de reclamacion:

Nombre: Carlos L. López Padilla

Direccion Postal: HC71 BOX 3350 Naranjito, P.R. 00719

Direccion Residencial: Bo. Cedro Abajo Carr 152 Ramal 811 Km 0.2 Naranjito, Puerto Rico

Num. de contacto:

    Tel.          Cel. 787-376-7096

Correo electronico: sandunguinho@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

    **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. **Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

2. **Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

3. **Certificacion de empleo (Departamento de la Familia)**

4. **Copia listado de Objecion Global- Anexo A**

    (Donde se incluye informacion sobre la reclamacion)

5. **Otros: Cualquier otra evidencia que tengas**

RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.