


Secretaría
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan, P.R.
00918-1767

Carlos L. Lopez Padilla
HC71 Box 3350
Naranjito, P.R. 00719

RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.