14 enero 2020

*Secretaria (Cleck's Office)*
*Tribunal de Distrito de los Estados Unidos*
*Room 150 Federal Building*
*San Juan, Puerto Rico 00918-1767*

**RECLAMACIÓN # 25957**

Saludos cordiales, sirva la presente para informar que, para el 8 de septiembre 2016, comencé a laborar en el Gobierno de Puerto Rico en el Departamento de la Familia en la Administración de Familias y Niños. Para el 5 de octubre 2017, comencé a laborar en la Oficina para el Desarrollo Socioeconómico y Comunitario. Durante este periodo la oficina de Retiro estuvo realizando unos descuentos en los salarios a los empleados, pero por cambios y restructuración de la oficina la misma debieron comenzar a descontar menos cantidad, pero nunca lo hicieron y continuaron descontando más cantidad. Por tanto, la cantidad que se menciona es una cantidad retroactiva que descontaron de más a los empleados públicos.

Hago contar evidencia mediante los talonarios de pago que se me fueron entregados sobre mi salario. Se incluye talonario de noviembre 2016 y talonario de enero 2020.

Dudas o preguntas pueden comunicarse al 787-402-0836 o a la dirección ymroldanf@gmail.com

Agradezco su atención;

Yvonne M. Roldán Flores

*Reclamación: #25957*