**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROLDAN FLORES, YVONNE MARIE | 25957 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $14,563.08 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROLDAN FLORES, YVONNE MARIE | 25957 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $14,563.08 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| 123 Administracion Familia y Ninos<br>Ave. Ponce de Leon Pda. 2 Edificio Sendic<br>San Juan, PR 00901 | | Grupo de Pago: SM -Quinc<br>Desde: Hasta: 11/30/2016 | Aviso #: 4576040<br>Fecha Aviso: 11/30/2016 |
|---|---|---|---|

| YVONNE MARIE ROLDAN FLORES<br>P O BOX 762<br>JUNCOS, PR 00777<br>SS: XXX-XX-3853 | # Empleado: XXXXX3853<br>Dept: 123016-Adm Aux Serv Prev en la Com<br>Lugar: Nivel Central<br>Titulo: Especialista En Evaluacion De<br>Sueldo: $1,611.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married claiming 1/2<br>Concesiones: 0 1<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 805.50 | 450.00 | 4,473.62 | Fed FICA Med Hospital Ins / EE | 11.68 | 64.87 |
| | | | | | | Fed OASDI/Disability - EE | 49.94 | 277.36 |
| Total: | | | 805.50 | 450.00 | 4,473.62 | Total: | 61.62 | 342.23 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 80.55 | 447.36 | SI-Seg Incap. Obligatorio | 2.02 | 10.10 | GPR Retiro Hibrido | 125.05 | 694.51 |
| | | | OS-SERV PUBLICOS 009 A | 12.89 | 64.45 | FSED-Disability Plan | 26.98 | 149.85 |
| | | | Ahorros-AEELA | 24.17 | 134.23 | | | |
| Total: | 80.55 | 447.36 | Total: | 39.08 | 208.78 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: 805.50 | 0.00 | 61.62 | 119.63 | 624.25 |
| Acumulado: 4,473.62 | 0.00 | 342.23 | 656.14 | 3,475.25 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #4576040 | 624.25 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 624.25 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Administracion Familia y Ninos**
Ave. Ponce de Leon Pda. 2
Edificio Sendic
San Juan, PR 00901

Fecha
11/30/2016

Aviso No.
4576040

Cant. Deposito: $624.25

A la
Cuenta(s) De

YVONNE MARIE ROLDAN FLORES
P O BOX 762
JUNCOS, PR 00777

Localizacion: Nivel Central

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXX | 624.25 |
| Total: | | 624.25 |

## NO-NEGOCIABLE

| | | | | | |
|---|---|---|---|---|---|
| 329 Ofic Des SocioEcon Comunitario<br>Centro de Gobierno Puerto Nuevo<br>Avenida Roosvelt Esq Calle Constitu<br>SAN JUAN, PR 00920 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | Aviso #:<br>Fecha Aviso: | 5654955<br>01/15/2020 |
| YVONNE MARIE ROLDAN FLORES<br>P O BOX 762<br>JUNCOS, PR 00777<br>SS: 3853 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 853<br>329014-PROGRAMA CSBG<br>DIRECTORIA ASUNTOS COMUNITARIO<br>ESPECIALISTA EVALUACION PROGRA<br>$1,611.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Married Married claiming 1/2<br>0 1 |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 805.50 | 82.50 | 805.50 |
| Total: | | | 805.50 | 82.50 | 805.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 11.68 | 11.68 |
| Fed OASDI/Disability - EE | 49.94 | 49.94 |
| Total: | 61.62 | 61.62 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 68.47 | 68.47 |
| Total: | 68.47 | 68.47 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.02 | 2.02 |
| SC-AMER FAM LIFE ASS CO | 24.95 | 24.95 |
| OS-SERV PUBLICOS 009 A | 12.89 | 12.89 |
| Ahorros-AEELA | 24.17 | 24.17 |
| Total: | 64.03 | 64.03 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 16.51 | 16.51 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 805.50 | 0.00 | 61.62 | 132.50 | 611.38 |
| Acumulado: | 805.50 | 0.00 | 61.62 | 132.50 | 611.38 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5654955 | 611.38 |
| Total: | 611.38 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| | | |
|---|---|---|
| Ofic Des SocioEcon Comunitario<br>Centro de Gobierno Puerto Nuevo<br>Avenida Roosvelt Esq Calle Constitu<br>SAN JUAN, PR 00920 | Fecha<br>01/15/2020 | Aviso No.<br>5654955 |

Cant. Deposito: $611.38

A la
Cuenta(s) De

YVONNE MARIE ROLDAN FLORES
P O BOX 762
JUNCOS, PR 00777

Localizacion: DIRECTORIA ASUNTOS COMUNITARIO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 611.38 |
| Total: | | 611.38 |

## NO-NEGOCIABLE