Yvonne M. Roldán Fines.
P.O. Box 742
Juncos, P.R. 00777



Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767