**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>Como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros.<br><br>Deudores | PROMESA<br>Título III<br><br>Núm. 17 BK 328-LTS<br><br>**RECLAMANTE: 46187**<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE** |
|---|---|

*RECIBIDO & FILED 2020 JAN 15 5: 24*

*REPLICA A LA CENTÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ELA, ACT, SER DE PUERTO RICO DE LA UTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SITEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMO DE DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LOS SALARIOS DE LOS EMPLEADOS Y SERVICIOS PROVISTOS*

**AL HONORABLE TRIBUNAL:**

**COMPAREZCO** por derecho propio y muy respetuosamente, **EXPONGO, ALEGO y SOLICITO:**

1. Que soy la parte demandante, empleada del Departamento de Transportación y Obras Públicas de Puerto Rico, CESCO de Humacao (en adelante Demandante). Mi dirección es: Urb. La Ceiba, #247 Calle Almendro, Juncos, Puerto Rico. Mi teléfono es el 787-907-6625 y mi correo electrónico es el jasmines2ky@gmail.com

2. Que ocupo el puesto de Oficial Ejecutivo I y que el Director Regional es el señor Víctor M. Santiago Pomales. Que su Director(a) Ejecutivo(a) Interino(a), es Marivir Rivera Colón. Su dirección postal es P.O. Box 41243 Minillas Station San Juan, P.R. 00940-1243. Sus teléfonos es (787) 294-2424 Cuadro.

3. Que la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en mi nombre es la Unión del Departamento de Transportación y Obras Públicas, Local 3889 AFSCME, AFL-CIO, Servidores Públicos Unidos de Puerto Rico (SPU)

4. Que mediante USPS Priority Mail el Demandado me notificó, entre otras cosas, que el ELA solicitó el 12 de diciembre de 2019 que se dictase una orden que rechazara en su totalidad los reclamos radicados en la Centésima Sexta Objeción Global, Anexo A por reclamos deficientes. Que cualquier replica debe ser sometida antes del 14 de enero de 2020.

5. Que el 2 de marzo de 2017 el Gobernador Ricardo A. Rosselló Nevares firmó La Orden Ejecutiva OE-2017-026 para aumentar el salario mínimo en el servicio público y en los contratos gubernamentales de construcción.

6. Que en la sección 1ra de dicha Orden "se le ordena a todas las agencias del Gobierno de Puerto Rico a comenzar un proceso dirigido a aumentar el salario mínimo de los empleados gubernamentales."

7. Que en la sección 2da se establece que "comenzando el 1 de julio de 2017, el salario mínimo de los empleados de las agencias de gobierno, aumentará de siete dólares veinticinco centavos ($7.25) a ocho dólares veinticinco centavos ($8.25) la hora."

8. Que en la sección 9na se establece la vigencia y se ordena que "esta Orden Ejecutiva entrará en vigor inmediatamente y se mantendrá vigente hasta que sea enmendada o revocada por una orden ejecutiva posterior o por operación de ley."

9. Que a pesar de lo antes establecido nosotros, los empleados del Departamento de Transportación y Obras Públicas del CESCO de Humacao recibimos un aumento salarial menor al establecido en la Orden Ejecutiva.

10. Que a partir del 1 de julio del 2017 todos los empleados, entiéndase Oficinista I, Oficinista II, Oficinista III, Oficinista IV y Oficial Ejecutivo I cobramos $1,341.00 mensuales como resultado del aumento y que esta cantidad no corresponde a los $1,625.00 mensuales que se supone que cobremos si se cumple con el salario mínimo de $8.25 la hora.

11. Que el diferencial adeudado es de $385.00 mensuales por 30 meses que han transcurrido hasta diciembre de 2019 es equivalente a $11,550.00.

12. Que ocupo el puesto de Oficial Ejecutivo I y realizo las labores de un Oficial de Recurso Humanos y que solicito que se tome en consideración la clasificación del puesto y funciones a la hora de establecer un salario mínimo. Que los Oficinista y los Oficiales Ejecutivos deberían tener alguna diferencia en su sueldo mensual para compensar las tareas y responsabilidades que la naturaleza de su puesto conlleva.

13. Que adjunto copia de la OE-2017-026, talonario de pagos previo y posterior al aumento y tabla de desgloce de cobros.

**POR TODO LO CUAL**, solicito muy respetuosamente de este Honorable Tribunal que reciba y estudie la evidencia provista y notifique sobre cualquier trámite adicional correspondiente.

**RESPETUOSAMENTE SOMETIDA.**

En Humacao, Puerto Rico, a 14 de enero de 2020.

*Jasmine Saldívar Alejandro* (firma)
Jasmine Saldívar Alejandro
Oficial Ejecutivo I / Recursos Humanos
CESCO Humacao
Caso 46187