**GOBIERNO DE PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

Boletín Administrativo Núm. OE-2017-026

**ORDEN EJECUTIVA DEL GOBERNADOR DE PUERTO RICO, HON. RICARDO A. ROSSELLÓ NEVARES, PARA AUMENTAR EL SALARIO MÍNIMO EN EL SERVICIO PÚBLICO Y EN LOS CONTRATOS GUBERNAMENTALES DE CONSTRUCCIÓN**

POR CUANTO:  Esta Administración tiene un compromiso claro con mejorar la calidad de vida de todos los puertorriqueños.

POR CUANTO:  Según estudios, un alza en el ingreso va directamente relacionado a mejoras en la calidad de vida de los ciudadanos, trayendo como efecto mejores condiciones de vivienda, nutrición, salud, educación, transportación y desarrollo familiar.

POR CUANTO:  A su vez, se ha demostrado que un alza en el ingreso aumenta la eficiencia, la efectividad y la moral de los trabajadores, lo que se traduce en beneficios para los patronos.

POR CUANTO:  Las medidas que está tomando esta Administración buscan establecer un balance entre la reducción en el gasto gubernamental y promover el desarrollo económico de los puertorriqueños.

POR CUANTO:  La Sección 218 del *Fair Labor Standards Act*, de la cual se toman las disposiciones sobre salario mínimo en Puerto Rico a tenor con la Ley 180-1998, no impide que un gobierno estatal o territorial establezca un salario mínimo mayor al establecido a nivel federal.

POR CUANTO:  A tono con esto, esta Administración tiene como aspiración que durante este cuatrienio, el salario mínimo de nuestros servidores públicos sea aumentado hasta alcanzar los diez dólares ($10.00) la hora.

POR CUANTO:  Mediante esta Orden Ejecutiva, se establecen los parámetros para lograr un aumento, tomando en cuenta los recursos fiscales del gobierno, en el salario mínimo de nuestros servidores públicos.

POR CUANTO:  Una de las funciones más importantes que ejerce el gobierno es la compra y contratación de bienes y servicios de todo tipo con entidades privadas. Entre esas funciones se encuentra la



| | |
|---|---|
| | contratación para construcción de obras permanentes del Gobierno de Puerto Rico. |
| POR CUANTO: | El Gobierno de Puerto Rico es el principal patrono y contratista de Puerto Rico. Como tal, tiene la responsabilidad de realizar contratos eficientes que redunden en desarrollo económico para la isla. Esto incluye el establecimiento de políticas públicas que abonen al bienestar económico de los trabajadores. |
| POR CUANTO: | La industria de la construcción es una de las principales fuentes de empleo de Puerto Rico, especialmente de las personas de clase trabajadora que más se han afectado por la crisis económica y fiscal de los pasados cuatro años. Por tanto, es deber ministerial del gobierno asegurar el bienestar de los trabajadores de la construcción que a diario laboran de sol a sol por el desarrollo económico de Puerto Rico. |
| POR CUANTO: | Los trabajadores de la construcción en Puerto Rico reciben salarios que están muy por debajo de lo que se merecen conforme a los riesgos y sacrificios que enfrentan en sus labores. |
| POR CUANTO: | El Gobierno de Puerto Rico tiene la facultad, como participante del mercado, de imponer condiciones específicas para otorgación de contratación gubernamental. |
| POR CUANTO: | El Artículo 5 del Plan de Reorganización Núm. 3-2011, según enmendado, establece que el Administrador de Servicios Generales, será el encargado de implementar la política pública en cuanto a la compra de bienes y ser-vicios no profesionales. El Artículo 6 de dicho Plan de Reorganización dispone que el Administrador actuará como representante del Gobernador en dichas funciones y por ende deberá responder ante este por sus acciones. |
| POR CUANTO: | Mediante esta Orden Ejecutiva, se comienza un proceso dirigido a cumplir con nuestra aspiración de aumentar el salario mínimo de nuestros servidores públicos, de forma escalonada, hasta diez dólares ($10.00) la hora. A su vez, se establece que todo contratista de gobierno en la industria de la construcción tendrá que emitir una certificación equiparando el salario mínimo de sus empleados a los de los servidores públicos del Gobierno de Puerto Rico. |
| POR TANTO: | Yo, RICARDO A. ROSSELLÓ NEVARES, Gobernador de Puerto Rico, en virtud de los poderes que me confieren la |

2

Constitución y las Leyes del Gobierno de Puerto Rico, por la presente, decreto y ordeno lo siguiente:

| | |
|---|---|
| SECCIÓN 1ra: | Se ordena a todas las agencias del Gobierno de Puerto Rico a comenzar un proceso dirigido a aumentar el salario mínimo de los empleados gubernamentales. |
| SECCIÓN 2da. | Comenzado el 1 de julio de 2017, el salario mínimo de los empleados de las agencias del gobierno, aumentará de siete dólares veinticinco centavos ($7.25) a ocho dólares veinticinco centavos ($8.25) la hora. |
| SECCIÓN 3ra. | Se ordena al Director de la Oficina de Gerencia y Presupuesto a identificar las partidas presupuestarias dirigidas a cumplir con los objetivos de esta Orden Ejecutiva. |
| SECCIÓN 4ta. | Se establece un Comité Interagencial, compuesto por: (1) El Director de la Oficina de Gerencia y Presupuesto; (2) La Directora de la Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico; (3) El Secretario de Hacienda; (4) El Secretario del Departamento de Desarrollo Económico y Comercio; (5) El Secretario del Trabajo; (6) La Presidenta de la Junta de Planificación; y (7) Una persona nombrada por el Gobernador de Puerto Rico. |
| SECCIÓN 5ta. | <u>RENDICIÓN DE INFORMES</u>. Dicho Comité tendrá la encomienda de analizar y preparar un informe, el cual deberán entregar noventa (90) días antes del cierre cada año fiscal. En dicho informe, se emitirán recomendaciones sobre el aumento escalonado en el salario mínimo para los servidores públicos, a tenor con los recursos fiscales del Gobierno, las proyecciones económicas de la Junta de Planificación y lo establecido en esta Orden Ejecutiva. |
| SECCIÓN 6ta. | <u>CONTRATACIÓN EN PROYECTOS DE CONSTRUCCIÓN.</u> Se ordena al Administrador de Servicios Generales a requerir en todo contrato del Gobierno de Puerto Rico para proyectos de construcción, una certificación del contratista que establezca que sus empleados cobran al menos el salario mínimo establecido para los servidores públicos del Gobierno Central. |
| SECCIÓN 7ma. | <u>DEFINICIÓN DEL TÉRMINO AGENCIA</u>. Para fines de esta Orden Ejecutiva, el término "agencia' se refiere a toda agencia, instrumentalidad, oficina o dependencia de la Rama |

3

| | |
|---|---|
| | Ejecutiva del Gobierno de Puerto Rico, independientemente de su nombre, excluyendo a los municipios. |
| SECCIÓN 8va. | **DEROGACIÓN**. Se deroga la cualquier orden ejecutiva anterior que sea contraria a las disposiciones de ésta hasta donde llegue tal incompatibilidad. |
| SECCIÓN 9na. | **VIGENCIA**. Esta Orden Ejecutiva entrará en vigor inmediatamente y se mantendrá vigente hasta que sea enmendada o revocada por una orden ejecutiva posterior o por operación de ley. |
| SECCIÓN 10ma. | **NO CREACIÓN DE DERECHOS EXIGIBLES**. Esta Orden Ejecutiva no tiene como propósito crear derechos substantivos o procesales a favor de terceros, exigibles ante foros judiciales, administrativos o de cualquier otra índole, contra el Gobierno de Puerto Rico o sus agencias, sus oficiales, empleados o cualquiera otra persona. |
| SECCIÓN 11ma. | **PUBLICACIÓN:** Esta Orden Ejecutiva debe ser presentada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación. |

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar el gran sello del Gobierno de Puerto Rico, en La Fortaleza, en San Juan, Puerto Rico, hoy 2 de marzo de 2017.

RICARDO A. ROSSELLÓ NEVARES
GOBERNADOR

Promulgada de conformidad con la Ley, hoy 2 de marzo de 2017.

LUIS G. RIVERA MARÍN
SECRETARIO DE ESTADO

4



**GOBIERNO DE PUERTO RICO**
Directoría de Servicios al Conductor
CESCO Humacao

## AJUSTE DE SUELDO DE ACUERDO A LA ORDEN EJECUTIVA OE-2017-026 PARA AUMENTAR EL SALARIO MÍNIMO EN EL SERVICIO PÚBLICO Y EN LOS CONTRATOS GUBERNAMENTALES DE CONSTRUCCIÓN

| Núm. | Fecha del mes cobrado | Sueldo cobrado | Sueldo con aumento | Diferencial reclamado |
|---|---|---|---|---|
| 1 | julio 2017 | $1,240.00 | $1,625.00 | $385.00 |
| 2 | agosto 2017 | $1,240.00 | $1,625.00 | $385.00 |
| 3 | septiembre 2017 | $1,240.00 | $1,625.00 | $385.00 |
| 4 | octubre 2017 | $1,240.00 | $1,625.00 | $385.00 |
| 5 | noviembre 2017 | $1,240.00 | $1,625.00 | $385.00 |
| 6 | diciembre 2017 | $1,240.00 | $1,625.00 | $385.00 |
| 7 | enero 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 8 | febrero 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 9 | marzo 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 10 | abril 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 11 | mayo 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 12 | junio 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 13 | julio 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 14 | agosto2018 | $1,240.00 | $1,625.00 | $385.00 |
| 15 | septiembre 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 16 | octubre 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 17 | noviembre 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 18 | diciembre 2018 | $1,240.00 | $1,625.00 | $385.00 |
| 19 | enero 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 20 | febrero 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 21 | marzo 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 22 | abril 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 23 | mayo 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 24 | junio 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 25 | julio 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 26 | agosto 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 27 | septiembre 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 28 | octubre 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 29 | noviembre 2019 | $1,240.00 | $1,625.00 | $385.00 |
| 30 | diciembre 2019 | $1,240.00 | $1,625.00 | $385.00 |
| | | | TOTAL ADEUDADO | $11,550.00 |

| 04 Depto. Transport. y Obras Publ<br>Centro Gubernamental Minillas, Edif. Sur Piso #4 Parada 22<br>Santurce, PR 00940 | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>07/16/2017<br>07/31/2017 | Aviso #:<br>Fecha Aviso: | 9439299<br>07/28/2017 |
|---|---|---|---|---|

| JASMINE SALDIVAR ALEJANDRO<br>URB. LA CEIBA<br>CALLE ALMENDRO #247<br>JUNCOS, PR 00777<br>SS: XXX-XX-1105 | # Empleado: XXXXX1105<br>Dept: 049095-Cen Serv Conduc/Cesco Humacao<br>Lugar: Sec Servicio P blico/Humacao<br>Titulo: Oficial Ejecutivo I<br>Sueldo: $1,341.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>0 |
|---|---|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 670.50 | 1,132.50 | 8,730.50 | |
| Pago Retroactivo Regular | | 0.00 | | 50.50 | |
| Total: | | 670.50 | 1,132.50 | 8,781.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.72 | 127.32 |
| Fed OASDI/Disability - EE | 41.57 | 544.42 |
| PR Withholding | 0.00 | 3.18 |
| Total: | 51.29 | 674.92 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 67.05 | 878.10 |
| Total: | 67.05 | 878.10 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.55 | 21.70 |
| AE-Asoc Emp ELA-Prest Regular | 37.90 | 97.95 |
| SC-TRANS OCEANIC LIFE | 24.92 | 348.88 |
| OS-SERV PUBLICOS UNIDOS PR 0099.30 | | 130.20 |
| Ahorros-AEELA | 20.12 | 263.44 |
| SM-First Medical Health Plan | 0.00 | 3.00 |
| Total: | 93.79 | 865.17 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 200.00 | 1,400.00 |
| GPR Retiro Hibrido | 112.48 | 1,380.08 |
| FSED Disability Plan | 43.58 | 570.76 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.29 | 160.84 | 458.37 |
| Acumulado: | 8,781.00 | 0.00 | 674.92 | 1,743.27 | 6,362.81 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9439299 | 458.37 |
| Total: | 458.37 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Depto. Transport. y Obras Publ
Centro Gubernamental Minillas
Edif. Sur Piso #4 Parada 22
Santurce, PR 00940

Fecha
07/28/2017

Aviso No.
9439299

Cant. Deposito: $458.37

A la
Cuenta(s) De

JASMINE SALDIVAR ALEJANDRO
URB. LA CEIBA
CALLE ALMENDRO #247
JUNCOS, PR 00777
Localizacion: Sec Servicio P blico/Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 458.37 |
| Total: | | 458.37 |

## NO-NEGOCIABLE

**049 Depto. Transport. y Obras Publ**
Centro Gubernamental Minillas , Edif. Sur Piso #4 Parada 22
Santurce, PR 00940

| | | |
|---|---|---|
| Grupo de Pago: SM -Quincenal | Aviso #: | 8956846 |
| Desde: 07/01/2017 | Fecha Aviso: | 07/14/2017 |
| Hasta: 07/15/2017 | | |

| | | | |
|---|---|---|---|
| JASMINE SALDIVAR ALEJANDRO | # Empleado: XXXXX1105 | DATA IMP: | Federal PR |
| URB. LA CEIBA | Dept: 049095-Cen Serv Conduc/Cesco Humacao | Estado Civil: | Single Single |
| CALLE ALMENDRO #247 | Lugar: Sec Servicio Publico/Humacao | Concesiones: | 0   0 |
| JUNCOS, PR 00777 | Titulo: Oficial Ejecutivo I | Pct. Adcl.: | |
| SS: XXX-XX-1105 | Sueldo: $1,240.00 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 620.00 | 1,050.00 | 8,060.00 | |
| Total: | | 620.00 | 1,050.00 | 8,060.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.99 | 116.87 |
| Fed OASDI/Disability - EE | 38.44 | 499.72 |
| Total: | 47.43 | 616.59 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 62.00 | 806.00 |
| Total: | 62.00 | 806.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.55 | 20.15 |
| AE-Asoc Emp ELA-Prest Regular | 37.90 | 60.05 |
| SC-TRANS OCEANIC LIFE | 24.92 | 323.96 |
| OS-SERV PUBLICOS UNIDOS PR 0099.30 | | 120.90 |
| Ahorros-AEELA | 18.60 | 241.80 |
| SM-First Medical Health Plan | 0.00 | 3.00 |
| Total: | 92.27 | 769.86 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 104.01 | 1,259.13 |
| FSED Disability Plan | 40.30 | 523.90 |
| SM-First Medical Health Plan | 0.00 | 1,200.00 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 620.00 | 0.00 | 47.43 | 154.27 | 418.30 |
| Acumulado: | 8,060.00 | 0.00 | 616.59 | 1,575.86 | 5,867.55 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8956846 | 418.30 |
| Total: | 418.30 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Depto. Transport. y Obras Publ
Centro Gubernamental Minillas
Edif. Sur Piso #4 Parada 22
Santurce, PR 00940

Fecha
07/14/2017

Aviso No.
8956846

Cant. Deposito: $418.30

A la
Cuenta(s) De

JASMINE SALDIVAR ALEJANDRO
URB. LA CEIBA
CALLE ALMENDRO #247
JUNCOS, PR 00777
Localizacion: Sec Servicio Publico/Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 418.30 |
| Total: | | 418.30 |

## NO-NEGOCIABLE

| 049 Depto. Transport. y Obras Publ | | Grupo de Pago: | SM -Quincenal | Aviso #: | 8956846 |
|---|---|---|---|---|---|
| Centro Gubernamental Minillas, Edif. Sur Piso #4 Parada 22 | | Desde: | 07/01/2017 | Fecha Aviso: | 07/14/2017 |
| Santurce, PR 00940 | | Hasta: | 07/15/2017 | | |

| JASMINE SALDIVAR ALEJANDRO | # Empleado: | XXXXX1105 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB. LA CEIBA | Dept: | 049095-Cen Serv Conduc/Cesco Humacao | Estado Civil: | Single | Single |
| CALLE ALMENDRO #247 | Lugar: | Sec Servicio P blico/Humacao | Concesiones: | 0 | 0 |
| JUNCOS, PR 00777 | Titulo: | Oficial Ejecutivo I | Pct. Adcl.: | | |
| SS: XXX-XX-1105 | Sueldo: | $1,240.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 620.00 | 1,050.00 | | 8,060.00 |
| Total: | | 620.00 | 1,050.00 | | 8,060.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.99 | 116.87 |
| Fed OASDI/Disability - EE | 38.44 | 499.72 |
| Total: | 47.43 | 616.59 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 62.00 | 806.00 |
| Total: | 62.00 | 806.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.55 | 20.15 |
| AE-Asoc Emp ELA-Prest Regular | 37.90 | 60.05 |
| SC-TRANS OCEANIC LIFE | 24.92 | 323.96 |
| OS-SERV PUBLICOS UNIDOS PR 009 | 9.30 | 120.90 |
| Ahorros-AEELA | 18.60 | 241.80 |
| SM-First Medical Health Plan | 0.00 | 3.00 |
| Total: | 92.27 | 769.86 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 104.01 | 1,259.13 |
| FSED Disability Plan | 40.30 | 523.90 |
| SM-First Medical Health Plan | 0.00 | 1,200.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 620.00 | 0.00 | 47.43 | 154.27 | 418.30 |
| Acumulado: | 8,060.00 | 0.00 | 616.59 | 1,575.86 | 5,867.55 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #8956846 | 418.30 |
|---|---|
| Total: | 418.30 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Depto. Transport. y Obras Publ**
Centro Gubernamental Minillas
Edif. Sur Piso #4 Parada 22
Santurce, PR 00940

Fecha
07/14/2017

Aviso No.
8956846

Cant. Deposito: $418.30

A la
Cuenta(s) De

JASMINE SALDIVAR ALEJANDRO
URB. LA CEIBA
CALLE ALMENDRO #247
JUNCOS, PR 00777
Localizacion: Sec Servicio P blico/Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 418.30 |
| Total: | | 418.30 |

## NO-NEGOCIABLE

| 049 Depto. Transport. y Obras Publ | | Grupo de Pago: | SM -Quincenal | Aviso #: | 8682582 |
|---|---|---|---|---|---|
| Centro Gubernamental Minillas, Edif. Sur Piso #4 Parada 22 | | Desde: | 06/16/2017 | Fecha Aviso: | 06/30/2017 |
| Santurce, PR 00940 | | Hasta: | 06/30/2017 | | |

| JASMINE SALDIVAR ALEJANDRO | # Empleado: | XXXXX1105 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB. LA CEIBA | Dept: | 049095-Cen Serv Conduc/Cesco Humacao | Estado Civil: | Single | Single |
| CALLE ALMENDRO #247 | Lugar: | Sec Servicio P blico/Humacao | Concesiones: | 0 | 0 |
| JUNCOS, PR 00777 | Titulo: | Oficial Ejecutivo I | Pct. Adcl.: | | |
| SS: XXX-XX-1105 | Sueldo: | $1,240.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Corriente Ingresos | Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 620.00 | 975.00 | 7,440.00 | |
| Total: | | 620.00 | 975.00 | 7,440.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.99 | 107.88 |
| Fed OASDI/Disability - EE | 38.44 | 461.28 |
| Total: | 47.43 | 569.16 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 62.00 | 744.00 |
| Total: | 62.00 | 744.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.55 | 18.60 |
| SC-TRANS OCEANIC LIFE | 24.92 | 299.04 |
| OS-SERV PUBLICOS UNIDOS PR 00 | 9.30 | 111.60 |
| Ahorros-AEELA | 18.60 | 223.20 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 22.15 |
| SM-First Medical Health Plan | 0.00 | 3.00 |
| Total: | 54.37 | 677.59 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 200.00 | 1,200.00 |
| GPR Retiro Hibrido | 96.26 | 1,155.12 |
| FSED Disability Plan | 40.30 | 483.60 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 620.00 | 0.00 | 47.43 | 116.37 | 456.20 |
| Acumulado: | 7,440.00 | 0.00 | 569.16 | 1,421.59 | 5,449.25 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8682582 | 456.20 |
| Total: | 456.20 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Depto. Transport. y Obras Publ
Centro Gubernamental Minillas
Edif. Sur Piso #4 Parada 22
Santurce, PR 00940

Fecha
06/30/2017

Aviso No.
8682582

Cant. Deposito: $456.20

A la
Cuenta(s) De

JASMINE SALDIVAR ALEJANDRO
URB. LA CEIBA
CALLE ALMENDRO #247
JUNCOS, PR 00777
Localizacion: Sec Servicio P blico/Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 456.20 |
| Total: | | 456.20 |

## NO-NEGOCIABLE