Jasmine Saldívar Alejandro
Urb. La Ceiba
247 Calle Almendro
Juncos, PR 00777-4423



7019 1120 0001 1587 9345



U.S. POSTAGE PAID
FCM LETTER
HUMACAO, PR
00791
JAN 14, 20
AMOUNT
$7.15
R2305K134224-16

Secretaría (Clerk"s Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767