**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |
|---|---|

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 60520

**NOMBRE DEL RECLAMANTE:** Madelyn Cruz Valentín

**MOCION
RADICACION DE REPLICA**

1. Madelyn Cruz Valentín, dirección postal: P.O. Box 1890, Isabela, P.R. 00662 con número de teléfono 787.431.7530 y correo electrónico _____ últimos digito de seguro social 7215.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente $300,000, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 3. Sep. 1996 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

P.O. Box 1890
Isabela, PR 00662

*Madelyn Cruz Valentín*

[Stamp: RECEIVED & FILED 2020 JAN 15 PM 5:07 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR]