| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>09/01/2019<br>09/15/2019 | Aviso #:<br>Fecha Aviso: | 3438515<br>09/13/2019 |
|---|---|---|---|---|---|
| MADELYN CRUZ VALENTIN<br>500 ROBERTO H.TODD<br>P.O.BOX 8900<br>SANTURCE, PR 00910<br>SS: | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 583237215<br>127010-Aguadilla<br>Isabela<br>Sup. Asist. Soc. y Fam. I<br>$2,833.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married claiming 1/2<br>Concesiones: 0    0 + 6<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,416.50 | 1,380.00 | 24,080.50 |
| **Total:** | | | 1,416.50 | 1,380.00 | 24,080.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.54 | 349.17 |
| Fed OASDI/Disability - EE | 87.82 | 1,492.99 |
| PR Withholding | 47.66 | 810.22 |
| **Total:** | 156.02 | 2,652.38 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 120.40 | 2,046.80 |
| **Total:** | 120.40 | 2,046.80 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.54 | 60.18 |
| SM-First Medical Health Plan | 23.50 | 369.50 |
| DM-FONDOS UNIDOS | 0.50 | 8.50 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 18.53 |
| Ahorros-AEELA | 42.50 | 722.50 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 1,485.40 |
| **Total:** | 71.13 | 2,664.61 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 47.45 | 806.65 |
| SM-First Medical Health Plan | 0.00 | 1,440.00 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,416.50 | 0.00 | 156.02 | 191.53 | 1,068.95 |
| Acumulado: | 24,080.50 | 0.00 | 2,652.38 | 4,711.41 | 16,716.71 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #3438515 | 1,068.95 |
|---|---|
| **Total:** | 1,068.95 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
09/13/2019

Aviso No.
3438515

Cant. Deposito:    $1,068.95

A la
Cuenta(s) De
MADELYN CRUZ VALENTIN
500 ROBERTO H.TODD
P.O.BOX 8000
SANTURCE, PR 00910
Localizacion: Isabela

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,068.95 |
| **Total:** | | 1,068.95 |

## NO-NEGOCIABLE

Case:17-03283-LTS Doc#:10083-1 Filed:01/15/20 Entered:01/16/20 16:35:16 Desc: Exhibit Page 2 of 3

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio: 10744
2. Número de Seguro Social del Empleado:

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 3881 | Puesto Núm. |
| 3. Nombre del Empleado | Madelyn Cruz Valentin | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Departamento de la Familia | |
| 6. División | Adm. Desarrollo Socioeconomico de la Familia | |
| 7. Unidad o Sección | Asistencia Economica | |
| 8. Ubicación geográfica del puesto | Región Aguadilla | |
| 9. Categoría del Empleado | | |
| 10. Status del Empleado | Transitorio | |
| 11. Título de Clasificación | Técnico Asistencia Social y Familiar I | |
| 12. Sueldo | $1,071.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 1ro. de abril de 1998 |

21. SIMBOLOS DE CONTABILIDAD

| | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 98 | 111 | 127 | 04 | ---- | 002 | 1120 | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio
    ☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio _____ días.
    Licencia Enfermedad _____ días. Concedida _____ días. Licencia Regular _____ días. Concedida _____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De _____ A _____

29. Muerte: Fecha _____ Hora _____ Ultimo día de pago: _____ Participante de Retiro ☐ Sí ☐ No

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad
    ☐ Militar sin Sueldo ☐ Sin Sueldo
    Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Extensión de nombramiento transitorio hasta el 31 de diciembre de 1998.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.
    Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuere necesario
    2 2 DIC. 1998

35. Aprobado por: Ada M. Rivera, Directora de Personal
    Jefe de la Agencia o su Representante Autorizado

36. fecha en que se prepara: 16 de julio de 1998

JR/sardis

PARA USO EXCLUSIVO DE LA OCAP

Revisado o Aprobado por: _____ Fecha: 18 AGO 1998

SEP 15 1998

OFICINA LOCAL ISABELA

Sra. María E. Quiñones
Directora Regional
Depto. de la Familia
Aguadilla, Puerto Rico

Sr. Marcos M. Samalot
Director Local
Isabela, Puerto Rico

**TOMA DE POSECION**
**SRA. MADELYN CRUZ VALENTIN**

3 de septiembre de 1996

Deseo notificarle que la Sra. Madelyn Cruz Valentín, tomó cargo de su puesto el día 3 de septiembre de 1996. esta fue asignada al Programa Desarrollo Socioeconómico de la Familia como T.A.S.F.

smm