Madelyn Cruz Valentín
P.O. Box 1890
Isabela, P.R. 00662




U.S. POSTAGE PAID
FCM LG ENV
ISABELA, PR
00662
JAN 14, 20
AMOUNT
**$1.15**
R2304M115566-04

Secretaría
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR