# Radicación de réplica (Objeción)

## PROMESA TITULO III  No.17  03283

Numero de reclamacion:

Nombre: Rose B Berrios Santiago
Direccion Postal: 9 Villas de Cibuco, Corozal PR 00783
Direccion Residencial: Urb Villas de Cibuco calle 1 B-9 Corozal PR 00783

Num. de contacto:
 Tel.  Cel. -(287) 312-4293
Correo electronico: bruny412@live.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
✓3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A
    (Donde se incluye informacion sobre la reclamacion)
5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED
2020 JAN 15 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR