| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| BERRIOS SANTIAGO, ROSA B | 41376 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| BERRIOS SANTIAGO, ROSA B | 41376 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000975

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

---

**NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

ROSA BERRIOS SANTIAGO
URB. VILLAS DE CIBUCO
9
COROZAL, PR 00783

Seguro Social: XXX-XX-0601

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 05 de enero de 1961        **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 2001
**Fecha de Comienzo de Cotización:** 01 de julio de 2001

### Ley Anterior al 30 de junio de 2013

| | |
|---|---|
| Años Acreditados: | 17.00 |
| Aportaciones: | $29,448.90 |
| Intereses: | $6,562.94 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $36,062.61 |
| SNC Pagado: | $50.77 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

### Ley 3 al 30 de junio de 2017

| | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $11,043.40 |
| Intereses: | $891.58 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $11,934.98 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ROSA BERRIOS SANTIAGO**　　　　　　　　　　　　Seguro Social: XXX-XX-0601
URB. VILLAS DE CIBUCO
9
COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE SUSTENTO PARA MENORES |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $47,946.82 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346318726

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

*[firma]*

RECEIVED & FILED
2020 JAN 15 PM 5: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| 124 Administracion Sust. Menores<br>Calle Mayaguez #5, Esquina Cidra<br>Edificio Metro Center Piso 8<br>Hato Rey, PR 00902 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5400247<br>Fecha Aviso: 12/30/2019 |
| ROSA B BERRIOS SANTIAGO<br>URB VILLAS DE CIBUCO<br>B-9 CALLE 1<br>COROZAL, PR 00783<br>SS: | # Empleado: 581150601<br>Dept: 124343-Oficina Regional de Bayamn<br>Lugar: Oficina Local Toa Alta<br>Titulo: Especialista Pen Alimenticia I<br>Sueldo: $2,308.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Head of Household<br>Concesiones: 0 0 + 5<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,154.00 | 1,957.50 | 27,696.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Total: | | | 1,154.00 | 1,957.50 | 28,296.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.73 | 410.29 |
| Fed OASDI/Disability - EE | 71.55 | 1,754.35 |
| PR Withholding | 20.96 | 503.04 |
| Total: | 109.24 | 2,667.68 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 98.09 | 2,354.16 |
| Total: | 98.09 | 2,354.16 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.89 | 69.36 |
| AE-Asoc Emp ELA-Prest Regular | 163.10 | 3,914.40 |
| SM-First Medical Health Plan | 7.00 | 141.00 |
| AE-Seguro por Muerte Asoc ELA | 4.25 | 102.00 |
| Ahorros-AEELA | 34.62 | 830.88 |
| Total: | 211.86 | 5,057.64 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 38.66 | 947.94 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,154.00 | 0.00 | 109.24 | 309.95 | 734.81 |
| Acumulado: | 28,296.00 | 0.00 | 2,667.68 | 7,411.80 | 18,216.52 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #5400247 | 734.81 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 734.81 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Sust. Menores  
Calle Mayaguez #5, Esquina Cidra  
Edificio Metro Center Piso 8  
Hato Rey, PR 00902

Fecha  
12/30/2019

Aviso No.  
5400247

Cant. Deposito: $734.81

A la  
Cuenta(s) De

ROSA B BERRIOS SANTIAGO  
URB VILLAS DE CIBUCO  
B-9 CALLE 1  
COROZAL, PR 00783  
Localizacion: Oficina Local Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 734.81 |
| Total: | | 734.81 |

## NO-NEGOCIABLE

124 Administracion Sust. Menores
Calle Mayaguez #5, Esquina Cidra
Edificio Metro Center Piso 8
Hato Rey, PR 00902

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 5651174 |
| Desde: | 01/01/2020 | Fecha Aviso: 01/15/2020 |
| Hasta: | 01/15/2020 | |

ROSA B BERRIOS SANTIAGO
URB VILLAS DE CIBUCO
B-9 CALLE 1
COROZAL, PR 00783
SS:

| | |
|---|---|
| # Empleado: | 581150601 |
| Dept: | 124343-Oficina Regional de Bayamn |
| Lugar: | Oficina Local Toa Alta |
| Titulo: | Especialista Pen Alimenticia I |
| Sueldo: | $2,308.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Head of Household |
| Concesiones: | 0 | 0 + 5 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,154.00 | 82.50 | 1,154.00 |
| Total: | | | 1,154.00 | 82.50 | 1,154.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.73 | 16.73 |
| Fed OASDI/Disability - EE | 71.55 | 71.55 |
| PR Withholding | 20.96 | 20.96 |
| Total: | 109.24 | 109.24 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 98.09 | 98.09 |
| Total: | 98.09 | 98.09 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.89 | 2.89 |
| AE-Asoc Emp ELA-Prest Regular | 163.10 | 163.10 |
| SM-First Medical Health Plan | 7.00 | 7.00 |
| AE-Seguro por Muerte Asoc ELA | 4.25 | 4.25 |
| Ahorros-AEELA | 34.62 | 34.62 |
| Total: | 211.86 | 211.86 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 38.66 | 38.66 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,154.00 | 0.00 | 109.24 | 309.95 | 734.81 |
| Acumulado: | 1,154.00 | 0.00 | 109.24 | 309.95 | 734.81 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5651174 | 734.81 |
| Total: | 734.81 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Administracion Sust. Menores
Calle Mayaguez #5, Esquina Cidra
Edificio Metro Center Piso 8
Hato Rey, PR 00902

Fecha
01/15/2020

Aviso No.
5651174

Cant. Deposito: $734.81

A la
Cuenta(s) De

ROSA B BERRIOS SANTIAGO
URB VILLAS DE CIBUCO
B-9 CALLE 1
COROZAL, PR 00783
Localizacion: Oficina Local Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 734.81 |
| Total: | | 734.81 |

## NO-NEGOCIABLE

| # | Nombre | Dirección |
|---|---|---|
| 195. | NAYDA BERMUDEZ FERNANDEZ | C/33 2 A- #25; URB. METROPOLIS; CAROLINA PR 00987 |
| 196. | ANNIE L. BERMUDEZ ORTIZ | BOX 336; SANTA ISABEL, PR 00757 |
| 197. | ANGELITA BERMUDEZ SANCHEZ | PO BOX 1265; YABUCOA PR 00767 |
| 198. | CARMEN C. BERMUDEZ SANTIAGO | AVE. SAN JOSE 401; AIBONITO PR 00705 |
| 199. | MELVIN O. BERNARDI SALINAS | PO BOX 52; MAUNABO, PR 00707 |
| 200. | WALDEMAR BERRIOS CALDERON | URB. COUNTRY CLUB HB-9; CALLE 256; CAROLINA PR 00982 |
| 201. | JORGE BERRIOS MARTINEZ | 102 COND. ANDALUCIA APT. 503; CAROLINA PR 00987 |
| 202. | CARMEN G. BERRIOS ORTIZ | PO BOX 871; BARRANQUITAS, PR 00794 |
| 203. | LYDIA E. BERRIOS ROSARIO | HC-03 BOX 6406; HUMACAO, PR 00791; |
| 204. | SHEILA BERRIOS SANCHEZ | CALLE COLTON #277; VILLA PALMERAS ; SAN JUAN PR 00915 |
| 205. | ROSA B. BERRIOS SANTIAGO | 9 VILLAS DE CIBUCO; COROZAL, PR 00783 |
| 206. | IVELISSE BERRIOS TORRES | 3212 PASEO CLARO; URB. LEVITTOWN; TOA BAJA PR 00949 |
| 207. | CARMELO BERRIOS VEGA | 23410 CALLE LOS PINOS; CAYEY, PR 00736-9435 |
| 208. | JOSE G. BERRIOS VEGA | URB. REXVILLE AG-21; CALLE 53 ; BAYAMON, PR 00957 |
| 209. | R BERROA ELIZANDRO | COND. PARQUE 218; CALLE DEL PARQUE APT. 7-B; SANTURCE, PR 00909 |
| 210. | CRISTINA BERROCALES BAEZ | CARR. 365 KM. 708; MOLINA PASTILLO APTO. 795; SABANA GRANDE, PR 00637 |
| 211. | REINA BERROCALES VAZQUEZ | HC- 09 BOX 4526; SABANA GRANDE PR 00637 |
| 212. | SONIA M. BETANCOURT GARCIA | HC-01 BOX 8614; CANOVANAS PR 00729; |
| 213. | ARIADNE BETANCOURT MORALES | RR-4 BOX 1102; BAYAMON, PR 00956 |
| 214. | LUIS BETANCOURT RODRÍGUEZ | NO PROVEYÓ DIRECCIÓN POSTAL |
| 215. | ELIZABETH BIANCHI VELEZ | ESTANCIAS DE JUANA DIAZ; CALLE CEDRO #108 ; JUANA DIAZ, PR 00795 |
| 216. | BETTY BIGONIA SAMOT | 834 TURPIAL ; URB. COUNTRY CLUB ; SAN JUAN PR 00924-2313 |
| 217. | PAULITA BONES GONZALEZ | HC- I 4907; ARROYO PR 00714 |
| 218. | SONIA I. BONET GUERRA | URB. JARDINES DE RICON; CALLE 2 D-2; RINCON PR 00677 |
| 219. | LUZ E. BONEU OROPESA | CALLE 7 #288 JARD. TOA ALTA; TOA ALTA, PR 00953 |
| 220. | MARIA BONILLA AMARO | URB. PUNTA LAS MARIAS; 106 CALLE DONCELLA; SAN JUAN PR 00913 |
| 221. | LUZ M. BONILLA RIVERA | URB. TERRAZAS DEL TOA ; CALLE 28 3-A1; TOA ALTA PR 00953 |
| 222. | YARITZA BONILLA SANTIAGO | CALLE A DD-51; URB. LUQUILLO MAR; LUQUILLO, PR 00778 |
| 223. | JAIME BORGES NEGRON | PO BOX 205; AIBONITO, PR 00705 |
| 224. | JULIO C. BORRERO MATEO | PO BOX 131; SALINAS, PR 00751 |
| 225. | ARACELIS BOU PADILLA | 2 DA. EXT. COUNTRY CLUB; 780 LEDRA; SAN JUAN, PR 00912 |
| 226. | ANTONIO BRAÑUELAS SUAREZ | C/ CAMINO DEL RIO #8; COLINAS DE PLANTA ; TOA ALTA PR 00953 |
| 227. | MILDRED BREÑA DAVILA | BOX 2915; BAYAMON, PR 00960 |
| 228. | JOSE M. BRENES GONZALEZ | 110 MARGINAL NORTE; BUZON 24; BAYAMON, PR 00959 |
| 229. | GREGORIO BRIGNONI VELEZ | CALLE MEXICO #376; URB. ROLLYN HILLS ; CAROLINA PR 00987 |
| 230. | ANA T. BUENO FERNANDEZ | BS-10 DR. AMADEO ; URB. LEVITTOWN ; TOA BAJA, PR 00958 |
| 231. | VILMA BUITRIAGO AMARO | CALLE GAUTIR BENITEZ; 334 VILLA PALMERA; SANTURCE, PR 00915 |
| 232. | LUZ E. BULERIN AYUSO | C/ FLAMBOYAN #53 ; ESTANCIAS DEL RIO; CANOVANAS PR 00729 |
| 233. | MINERVA BURGOS ALLENDE | HC-01 BOX 13905; RIO GRANDE PR 00745 |
| 234. | CARMEN L. BURGOS APONTE | CALLE GRAGON X44; LOMAS VERDE; BAYAMON, PR 00956 |
| 235. | JULIA A. BURGOS BONILLA | EST. DE CAMBELARIA #20; COAMO, PR 00769 |
| 236. | CARMEN E. BURGOS CAMACHO | HC-02 BOX 6203; JAYUYA, PR 00664 |
| 237. | MIRTA BURGOS CARABALLO | HC-01 BOX 7446; YAUCO, PR 00698 |
| 238. | ISMAEL BURGOS COLLAZO | PO BOX 623; VILLALBA PR 00766 |
| 239. | JUAN BURGOS CRUZ | COND. AGUEYBANA APT. 1204; RIO PIEDRAS PR 00923 |
| 240. | LEYLA V. BURGOS DIAZ | C/ REY LUIS X V #11407; RIO GRANDE STATES; RIO GRANDE PR 00923 |
| 241. | AIXA BURGOS FLORES | HC-20 BOX 10403; JUNCOS PR 00777 |
| 242. | SONIA J. BURGOS MORALES | PO BOX 302; CEIBA PR 00923 |
| 243. | ALEJANDRA BURGOS REYES | PASEO CLARO #3226; 3RA. SECC. LEVITTOWN; TOA BAJA, PR 00958 |
| 244. | MAGALY BURGOS RIVERA | CALLE 3 #0028 EL CORTIJO; BAYAMON, PR 00956 |
| 245. | SYLVIA A. BURGOS ROBLES | CALLE 1 ESTE # 8 RIO PLANTATION; BAYAMON, PR 00961 |
| 246. | BIENVENIDO BURGOS SANTOS | PO BOX 1302; JAYUYA, PR 00664 |
| 247. | ANA A. BURGOS TEJERO | PO BOX 232; STA. ISABEL PR 00757 |
| 248. | JULIA M. BURGOS TEXIDOR | 9115 COMUNIDAD SERRANO; JUANA DIAZ 00795-9410 |
| 249. | LYDIA CABALLERO BATTESTINI | C/526 QA-25 4TA. EXT.; COUNTRY CLUB ; CAROLINA, PR 00982 |
| 250. | WILMARIE CABELLO ACOSTA | APARTADO 11398; SAN JUAN PR 00980 |
| 251. | VIOLETA CABEZA MAYZONET | NO PROVEYÓ DIRECCIÓN POSTAL |
| 252. | IRIS L. CABRERA ANDINO | CALLE LEO #82; URB. BRISAS DE LOIZA; CANOVANAS, PR 00729 |
| 253. | ILEANA CABRERA CARABALLO | 355 C/ APONTE ; SAN JUAN PR 00912 |
| 254. | JOANNIE CABRERA GONZALEZ | PO BOX 4235; PUERTO REAL; FAJARDO PR 00740 |
| 255. | KARLA M. CABRERA LOZADA | CALLE MERLUZA #63; VILLA LOS PESCADORES ; VEGA BAJA, PR 00693 |
| 256. | NAYDA F. CACERAS FONTANEZ | PO BOX 801; NAGUAGO, PR 00718 |
| 257. | ENIX Y. CACERES SANTIAGO | RIVER EDGE HILLS C-105; LUQUILLO PR 00773 |
| 258. | JEANNETE CAFOUROS DIAZ | 2 GR VIAS 5# 738 ; URB. VILLA FONTANA ; CAROLINA PR 00984 |
| 259. | ADOLFO CALCAÑO ARROYO | HC-5 BOX 8510; RIO GRANDE PR 00745 |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
**www.casp.pr.gov**

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>**Apelantes**<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>**Apelados** | 2016 CA 001150<br><br>**CASO NÚM. 2016-05-1340**<br><br>**RETRIBUCIÓN**<br><br>**Materia** |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

### RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga*; *Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016*; y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)<br>
CASO NÚM. 2016-05-1340<br>
**RESOLUCIÓN**

---

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 20 16-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR  00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR  00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR  00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR  00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR  00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR  00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR  00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR  00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
**RESOLUCIÓN**

---

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3