Rosa B Berrios Santiago
9 Villas de Cibuco
Corozal PR 00783



RECEIVED & FILED
2020 JAN 15 PM 5:06
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardon
San Juan PR 00918-1767