Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: 35232

*RECEIVED & FILED 2020 JAN 15 PH 3:48 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

Nombre: Edith Nieves Charriez

Direccion Postal: C/10-Y-6 Sierra Linda, Bayamón, P.R. 00957

Direccion Residencial: Cond. Portales de Bayamón Gardens Apto-205 Bayamón Gardens, Bayamón, P.R. 00957

Num. de contacto:

Tel.

Cel. 787-222-1163

Correo electronico: edith.nievescharriez@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

- ✓ 1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro) (adjunto)

- ✓ 2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro) (adjunto)

-   3. Certificacion de empleo (Departamento de la Familia)

- ✓ 4. Copia listado de Objecion Global- Anexo A (adjunto)

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas