

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

EDITH NIEVES CHARRIEZ
URB SIERRA LINDA
CALLE 10   Y  6
BAYAMON, PR 00957

Seguro Social: XXX-XX-4342

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento: 13 de noviembre de 1958**          **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 01 de julio de 1989**
**Fecha de Comienzo de Cotización: 01 de julio de 1989**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|---|---|---|
| Años Acreditados: | 24.00 | | Tiempo Trabajado: | 4.01 | |
| Aportaciones: | | $33,646.19 | Aportaciones: | | $12,840.72 |
| Intereses: | | $8,812.40 | Intereses: | | $1,025.97 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $42,458.59 | Total Aportaciones: | | $13,866.69 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: EDITH NIEVES CHARRIEZ**　　　　　　　　　　　Seguro Social: XXX-XX-4342
URB SIERRA LINDA
CALLE 10 Y 6
BAYAMON, PR 00957

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE LA FAMILIA |
| Años de Servicio: | 28.01 |
| Balance de Aportaciones: | $56,325.28 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446356061

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 64 | NIEVES CARDONA, LUZ N.<br>PO BOX 570<br>SAN SEBASTIAN, PR 00685 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60462 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 65 | NIEVES CARDONA, RICARDO<br>HC 3 BOX 17471<br>QUEBRADILLAS, PR 00678 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42303 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 66 | NIEVES CARRERO, ALEJANDRO<br>14 SECTOR ROSADO<br>RINCON, PR 00677 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 40666 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 67 | NIEVES CHARRIEZ, EDITH M<br>CALLE 10 Y-6<br>URB. SIERRA LINDA<br>BAYAMON, PR 00957 | 6/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35232 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 68 | NIEVES COLLAZO, REINA<br>VIA PLACIDA LE-65<br>LA ESTANCIA<br>CAGUAS, PR 00725 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 65813 | $ 100,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| NIEVES CHARRIEZ, EDITH M | 35232 | 6/1/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| NIEVES CHARRIEZ, EDITH M | 35232 | 6/1/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

### ONE HUNDRED AND THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
Y RELACIONES LABORALES
MADELINE ACEVEDO CAMACHO E IRMA IRIS ACUMULADA QUIÑONES
VS
DEPARTAMENTO DE LA FAMILIA
CASO CIVIL KAC 07-0214

TOTAL FINAL 2,819 DEMANDANTES

| | NOMBRE | ADMINISTRACIÓN | OBSERVACIONES |
|---|---|---|---|
| 1519 | NAZARIO MUÑOZ, DORIS E. | ADSEF | |
| 1520 | NAZARIO PÉREZ, CARMEN L. | ADFAN | |
| 1521 | NEGRÓN FONTAN, LUZ M. | ADSEF | |
| 1522 | NEGRÓN GOMEZ, VICTORIA | ADSEF | |
| 1523 | NEGRÓN LÓPEZ, JAIME L. | SECRETARIADO | |
| 1524 | NEGRÓN LÓPEZ, LILLIAM | ADFAN | |
| 1525 | NEGRÓN LÓPEZ, NORMA | ADSEF | |
| 1526 | NEGRÓN LÓPEZ, REYNALDO | SECRETARIADO | |
| 1527 | NEGRÓN LUGO, MILAGROS | ADFAN | |
| 1528 | NEGRÓN RODRÍGUEZ, LUZ N. | ADFAN | |
| 1529 | NEGRÓN SANTOS, VÍCTOR | REH. VOCACIONAL | |
| 1530 | NIEVES ANDINO, RAQUEL | ADSEF | |
| 1531 | NIEVES CHARRIEZ, EDITH M. | ADSEF | |
| 1532 | NIEVES CORDOVA, RENE F. | ADFAN | |
| 1533 | NIEVES DE RIVERA, IRIS N. | ADSEF | |
| 1534 | NIEVES FLORES, MARÍA A. | ADFAN | |
| 1535 | NIEVES FRANCIS, MERCEDES | ADFAN | |
| 1536 | NIEVES GUZMÁN, MYRIAM | ADSEF | |
| 1537 | NIEVES MARCANO, ISRAEL | ADSEF | |
| 1538 | NIEVES MARTI, MIGDALIA | ADSEF | |
| 1539 | NIEVES MARTÍNEZ, ELBA I. | ADFAN | |
| 1540 | NIEVES MOLINA, ALEXANDER | ADSEF | |
| 1541 | NIEVES NIEVES, LUIS D. | ADSEF | |
| 1542 | NIEVES ORTIZ, MARIA M. | ADFAN | |
| 1543 | NIEVES PEÑA, MIGDALIA | AIJ | |
| 1544 | NIEVES RAMOS, ADELAIDA (DE ROQUE) | ADFAN | |
| 1545 | NIEVES RIVERA, AIXA | ADSEF | |
| 1546 | NIEVES RODRÍGUEZ, MIRIAM | ADFAN | |
| 1547 | NIEVES SANTIAGO, DEMETRIO | SECRETARIADO | |
| 1548 | NIEVES TIRADO, SONIA H. | ADSEF | |
| 1549 | NIEVES TOSADO, ZAIDA I. | SECRETARIADO | |
| 1550 | NIEVES VELÁZQUEZ, SONIA N. | ADFAN | |
| 1551 | NIEVES VILLANUEVA, MERCEDES | ADFAN | |
| 1552 | NORAT RODRÍGUEZ, ILIANA | ADFAN | |
| 1553 | NOYOLA, ALINA | ADFAN | |
| 1554 | NUÑEZ CARRILLO, CARMEN O. | REH. VOCACIONAL | |
| 1555 | NUÑEZ COTTO, JOSÉ A. | ADSEF | |
| 1556 | NUÑEZ GUERRERO, MARIANELIS | ASUME | |
| 1557 | NUÑEZ MELÉNDEZ, SANTIAGO | SECRETARIADO | |
| 1558 | NUÑEZ MÓJICA, BRUNILDA | ADSEF | |
| 1559 | NUÑEZ ROLÓN, LUCÍA | ADSEF | |
| 1560 | NUÑEZ SÁNCHEZ, FRANCISCA | ADSEF | |
| 1561 | NUÑEZ SERRANO, YADINES | SECRETARIADO | |
| 1562 | OCASIO COLÓN, CARMEN M. | ADSEF | |
| 1563 | OCASIO FELICIANO, FELICITA | ADSEF | |
| 1564 | OCASIO FONTANEZ, DELILAH | ADFAN | |
| 1555 | OCASIO GARCÍA, ROBERTO | SECRETARIADO | |
| 1566 | OCASIO MARRERO, ENID | ADSEF | |
| 1567 | OCASIO MEDINA, MADELINE | SECRETARIADO | |

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

HON. OLGA I. BERNARDY APONTE
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

HON. IVÁN A. CLEMENTE DELGADO
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

HON. EINAR RAMOS LÓPEZ
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

HON. HARRY O. VEGA DÍAZ
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

LCDA. LIMARY RODRÍGUEZ GONZÁLEZ
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

MADELINE ACEVEDO CAMACHO
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

LCDA. IVONNE GONZÁLEZ MORALES
PO BOX 9021828
SAN JUAN, PR 00902-1828

LCDA. MILAGROS ACEVEDO COLÓN
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4