Edith
C/10-Y-6 urb. Sierra bueula
Bayamón, P.R. 00957

RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico, 00918

