

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave Chardon Esquina
San Juan PR 00918-1767

Carlos Rivera Ruiz
Chalets de la Playa
Apt 202
Vega Baja PR 00693