Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion:

Nombre: Mari Liis Meléndez Rivera

Direccion Postal: Calle 6 E-44 Urb. Cibuco, Corozal PR 00783

Direccion Residencial: Calle 6 E-44 Urb. Cibuco, Corozal PR 00783

Num. de contacto:

Tel.

Cel. (787) 616-6949

Correo electronico:

amlendeza@yahoo.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 de Enero de 2020

Por éste medio certifico haber solicitado certificación de empleo necesaria para someter la Radicación de Réplica (Objeción) de la Demanda de Promesa Titulo III. Tan pronto me sea enviada será debidamente entregada.

Gracias,

Mari Liis Meléndez Rivera

RECEIVED & FILED
2020 JAN 15 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

MARILIS MELENDEZ RIVERA  **Seguro Social:** XXX-XX-9845
URB CIBUCO
E-44 CALLE 6
COROZAL, PR 00783

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 05 de abril de 1973   **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 16 de noviembre de 2001
**Fecha de Comienzo de Cotización:** 16 de noviembre de 2001

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 10.07 |
| Aportaciones: | $29,014.93 |
| Intereses: | $2,583.15 |
| Gastos Teneduría: | ($70.02) |
| Total Aportaciones: | $31,598.08 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 14.07 |
| Aportaciones: | $43,829.06 |
| Intereses: | $7,345.32 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $51,174.38 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes





**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARILIS MELENDEZ RIVERA**         Seguro Social: XXX-XX-9845
URB CIBUCO
E-44 CALLE 6
COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 14.07 |
| Balance de Aportaciones: | $51,244.40 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446356453

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| 123 Administracion Familia y Ninos | Grupo de Pago: | SM -Quincenal | Aviso #: | 5398409 |
|---|---|---|---|---|
| P.O. BOX 194090 | Desde: | 12/16/2019 | Fecha Aviso: | 12/30/2019 |
| San Juan, PR 00919-4090 | Hasta: | 12/31/2019 | | |

| MARI LIIS MELENDEZ RIVERA | # Empleado: | 581859845 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| C/6 E-44 URB. CIBUCO | Dept: | 123760-Naranjito | Estado Civil: | Married | Head of Household |
| COROZAL, PR 00783 | Lugar: | Bayamon | Concesiones: | 0 | 3 |
| | Titulo: | Trabajador Social I | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,570.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,285.00 | 1,957.50 | 30,840.00 | | Fed FICA Med Hospital Ins / EE | 18.63 | 464.58 |
| Bono de Navidad | | | 0.00 | | 600.00 | Fed OASDI/Disability - EE | 79.67 | 1,986.48 |
| Bonificaciones | | | 0.00 | | 600.00 | PR Withholding | 17.38 | 459.12 |
| Total: | | | 1,285.00 | 1,957.50 | 32,040.00 | Total: | 115.68 | 2,910.18 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 109.23 | 2,621.52 | SI-Seg Incap. Obligatorio | 3.22 | 77.28 | SM-First Medical Health Plan | 180.00 | 2,160.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 166.93 | 3,806.00 | FSED Disability Plan | 43.05 | 1,073.40 |
| | | | SM-First Medical Health Plan | 10.75 | 225.00 | | | |
| | | | DM-FONDOS UNIDOS | 1.00 | 24.00 | | | |
| | | | OS-SERV PUBLICOS 009 B | 18.00 | 432.00 | | | |
| | | | Ahorros-AEELA | 38.55 | 925.20 | | | |
| Total: | 109.23 | 2,621.52 | Total: | 238.45 | 5,489.48 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,285.00 | 0.00 | 115.68 | 347.68 | 821.64 |
| Acumulado: | 32,040.00 | 0.00 | 2,910.18 | 8,111.00 | 21,018.82 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5398409 | 821.64 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 821.64 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos          Fecha           Aviso No.
P.O. BOX 194090                          12/30/2019      5398409
San Juan, PR 00919-4090

Cant. Deposito:   $821.64

A la
Cuenta(s) De

MELENDEZ RIVERA MARI LIIS
C/6 E-44 URB. CIBUCO
COROZAL, PR 00783

Localizacion: Bayamon

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXX | 821.64 |
| Total: | | 821.64 |

## NO-NEGOCIABLE

| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | Aviso #: 5142955<br>Fecha Aviso: 12/13/2019 |
| MARI LIIS MELENDEZ RIVERA<br>C/6 E-44 URB. CIBUCO<br>COROZAL, PR 00783<br>SS: | # Empleado: 581859845<br>Dept: 123760-Naranjito<br>Lugar: Bayamon<br>Titulo: Trabajador Social I<br>Sueldo: $2,570.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Head of Household<br>Concesiones: 0 3<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,285.00 | 1,867.50 | 29,555.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 1,285.00 | 1,867.50 | 30,755.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.63 | 445.95 |
| Fed OASDI/Disability - EE | 79.67 | 1,906.81 |
| PR Withholding | 17.38 | 441.74 |
| Total: | 115.68 | 2,794.50 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 109.23 | 2,512.29 |
| Total: | 109.23 | 2,512.29 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.22 | 74.06 |
| AE-Asoc Emp ELA-Prest Regular | 166.93 | 3,639.07 |
| SM-First Medical Health Plan | 10.75 | 214.25 |
| DM-FONDOS UNIDOS | 1.00 | 23.00 |
| OS-SERV PUBLICOS 009 B | 18.00 | 414.00 |
| Ahorros-AEELA | 38.55 | 886.65 |
| Total: | 238.45 | 5,251.03 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 43.05 | 1,030.35 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,285.00 | 0.00 | 115.68 | 347.68 | 821.64 |
| Acumulado: | 30,755.00 | 0.00 | 2,794.50 | 7,763.32 | 20,197.18 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5142955 | 821.64 |
| Total: | 821.64 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos  
P.O. BOX 194090  
San Juan, PR 00919-4090

Fecha  
12/13/2019

Aviso No.  
5142955

Cant. Deposito: $821.64

A la  
Cuenta(s) De

MELENDEZ RIVERA MARI LIIS  
C/6 E-44 URB. CIBUCO  
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 821.64 |
| Total: | | 821.64 |

## NO-NEGOCIABLE

Mari Liis Meléndez Rivera
Calle ce E-44
Urb. Cibuco, Corozal PR 00783



Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR