<div style="text-align:center">**CARTA EXPLICATIVA**</div>

RECEIVED & FILED
2020 JAN 15 PM 3:47
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Número de Reclamación: 123361

Nombre: Ana A. Silva Luciano

Dirección Residencial y postal: Urb. Extensión Villa del Carmen

                                   Calle Sauco # 834

                                   Ponce, Puerto Rico  00716 – 2146

Teléfonos: Residencial (787)284-7324,   Celular (787) 613-5209

Dirección electrónica: anisl2009@gmail.com

Explicación:

La Ley 89, aprobada el 12 de julio de 1979, establece la escala de retribución uniforme para los empleados de carrera. Debido a que esta ley no estaba disponible en el web, no se pudo verificar con tiempo cuando se sometió la reclamación la primera vez.

Comencé a trabajar en el año 1970 con un sueldo de $670, me acogí al retiro en el año 2000 con un sueldo de $2,095 luego regreso al sistema en el año 2008 para mejorar mi pensión y vuelvo a retirarme en el año 2016 con un sueldo de $2,570. En el año 2009 -2010 ocupando una posición de Supervisora de Matemáticas desde el 1984, me ubicaron como directora en destaque, por necesidad del servicio, en la escuela Librado Net ya que poseo el certificado como directora, pero solamente me dieron una bonificación, por lo tanto no tenía derecho a ningún aumento pues no se reflejaba en el sueldo.

Soy una persona preparada tengo dos bachilleratos, una maestría en administración y supervisión, un certificado a nivel de maestría en matemáticas y comencé el doctorado en currículo (17 créditos). Considero que no hay un balance entre la preparación académica, el puesto que ocupaba como Supervisora de Matemáticas y los años de servicio.

La cantidad de acuerdo con los años de servicio desde la vigencia de la ley el 12 de junio de 1979 hasta el año de acogerme al retiro 2016, siguiendo las escalas salariales disponibles en la ley (sin considerar las interrupciones de los años 2000 al 2007 fuera de servicio activo) sería $200,000. Tengo disponible los talonarios para ser presentados en el momento que sean necesarios.

<div style="text-align:right">*Ana A. Silva Luciano*

Ana A. Silva Luciano</div>

Nota:

Estuve enferma desde 28 de noviembre hasta finales de diciembre con la bacteria micoplasma y no pude trabajar estos casos. Ahora debido a los terremotos ocurridos en Ponce, he tenido que abandonar mi casa y se me ha hecho muy difícil enviar algunas evidencias. Me encuentro en el área norte de la isla en la casa de un familiar. Estoy en la mejor disposición de enviar cualquier otra evidencia que sea necesaria cuando se normalice la situación con la naturaleza; si así Dios lo permite.

y por cada violación subsiguiente será castigada con una multa no menor de cien (100) dólares ni mayor de quinientos (500) dólares, o con reclusión por no menos de diez (10) días ni mayor de noventa (90) días, o ambas penas a discreción del Tribunal; Disponiéndose, que para los efectos de la imposición de las penalidades aquí establecidas una violación cometida cinco años después de la inmediatamente anterior se considerará como una primera violación.

Previa celebración de la correspondiente vista administrativa donde se dé oportunidad a la persona afectada de ser oída, el Secretario podrá imponer multas administrativas hasta la cantidad de cien (100) dólares por la primer violación cometida y hasta trescientos (300) dólares por cualquier violación subsiguiente cuando determine que no se han cumplido las disposiciones de esta ley o de los reglamentos que se promulguen en virtud de la misma. Estas disposiciones no serán aplicables en los casos de violaciones a los requisitos sobre análisis garantizado para proteína total, grasa total y fibra mínima y máxima en los alimentos comerciales. Será discrecional del Secretario determinar si debe procederse contra el infractor por la vía administrativa o judicial."

Sección 4.—Esta ley comenzará a regir inmediatamente después de su aprobación.

*Aprobada en 11 de julio de 1979.*

---

**Personal del Servicio Público—Retribución Uniforme**

(P. de la C. 961)

[NÚM. 89]

*[Aprobada en 12 de julio de 1979]*

LEY

Para establecer la política pública sobre la retribución a empleados de carrera y de confianza cubiertos por el Sistema de Personal creado mediante la Ley Núm. 5 de 14 de octubre de 1975, según enmendada, conocida como "Ley de Personal del Servicio Público de Puerto Rico"; para establecer y definir las funciones de la Oficina Central de Administración de Personal en el área de retribución a los empleados cubiertos por el aludido Sistema de

Personal; para disponer las relaciones que habrá entre la Oficina Central de Administración de Personal y los administradores individuales en cuanto a la remuneración de los empleados; para crear el Comité sobre Retribución a Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y definir sus facultades, para proveer escalas de retribución uniformes aplicables a todas las clases de puestos comprendidas en el plan de clasificación de puestos adoptado para la Administración Central conforme lo dispuesto en la Ley Núm. 5 de 14 de octubre de 1975, según enmendada; para disponer sobre la aplicación y utilización de dichas escalas; y para derogar la Ley Núm. 111 de 8 de julio de 1974, según enmendada.

EXPOSICIÓN DE MOTIVOS

La política retributiva del Gobierno del Estado Libre Asociado de Puerto Rico siempre ha sido proveer a sus empleados un tratamiento equitativo en la fijación de sus sueldos, de conformidad con el principio constitucional de igual paga por igual trabajo. Tanto los sueldos como todas las demás formas de remuneración deberán ser las más razonables y justas dentro de las posibilidades fiscales del Gobierno y en consonancia con el desarrollo de nuestra economía.

La Ley de Personal del Servicio Público de Puerto Rico, Ley Núm. 5 de 14 de octubre de 1975, según enmendada, establece que la retribución es una de las áreas necesarias para lograr un sistema de administración de personal moderno y balanceado y para facilitar la aplicación del principio de mérito. Dicha ley establece como primer objetivo "lograr que la administración pública se rija por criterios de la mayor uniformidad, equidad y justicia", y para lograr el mismo crea un sistema de personal abarcador que cubre la gran mayoría de los departamentos y agencias de la Rama Ejecutiva y a los municipios. También crea una Oficina Central de Administración de Personal cuya misión primordial es instrumentar y supervisar el funcionamiento de ese Sistema conforme a la política pública enunciada en la misma.

La Ley de Retribución vigente, Ley Núm. 111 de 8 de julio de 1974 fue aprobada con anterioridad a la actual Ley de Personal. Por lo tanto, no contiene las disposiciones relativas a las estructuras del nuevo Sistema de Personal, ni a sus conceptos básicos, ni a la terminología a utilizarse en la administración de personal ac-

tual. Se hace, pues, imperativo aprobar una nueva Ley de Retribución que contemple y armonice con las nuevas estructuras, creadas en virtud de la Ley Núm. 5 de 14 de octubre de 1975, y que aplique criterios uniformes de retribución a través de todo el nuevo Sistema de Personal.

El propósito de la presente ley es establecer un sistema retributivo que propicie la uniformidad, la equidad y la justicia en la fijación de los sueldos de todos los empleados del servicio público cubiertos por la Ley Número 5 del 14 de octubre de 1975, según enmendada. También persigue la aplicación de mecanismos que propendan y faciliten el reclutamiento y retención de personal mediante la concesión de incentivos adicionales con arreglo a las posibilidades fiscales del Gobierno del Estado Libre Asociado de Puerto Rico y de cada Municipio.

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

Artículo 1.—TITULO

Esta ley se conocerá y podrá ser citada como "Ley de Retribución Uniforme".

Artículo 2.—POLITICA PUBLICA

Se proveerá a los empleados del servicio público cubiertos por el Sistema de Personal creado mediante la Ley Núm. 5 de 14 de octubre de 1975, según enmendada,[11] un tratamiento equitativo y justo en la fijación de sus sueldos y demás formas de retribución. A tales fines la Oficina Central de Administración de Personal, en el caso de la Administración Central, y cada autoridad nominadora en el caso de los Administradores Individuales, adoptará planes de retribución conforme al reglamento que adopte la Oficina para instrumentar esta ley, a las normas generales sobre retribución que ésta emita y a las siguientes disposiciones:

(1) Establecerá y mantendrá al día un plan de retribución uniforme para los puestos de carrera y otro para los puestos de confianza.

(2) Al establecer y mantener los aludidos planes de retribución deberá tomar en consideración diversos factores, tales como: niveles de responsabilidad y complejidad de las funciones, cualificaciones necesarias para el desempeño de las mismas; dificultades existentes en el reclutamiento y retención de personal en las di-

---

[11] 3 L.P.R.A. secs. 1301 a 1431.

ferentes clases de puestos; condiciones de trabajo; oportunidades de ascenso existentes dentro de los planes de clasificación; sueldos prevalecientes en diferentes sectores de la economía; aspectos relativos a costos de vida, y posibilidades fiscales.

Artículo 3.—FUNCIONES DE LA OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL

Las funciones de la Oficina respecto a la Administración Central serán las siguientes:

(1) Adoptar, con el asesoramiento del Comité que se crea en virtud del Artículo 4 de esta ley, un reglamento para instrumentar las disposiciones de esta ley.

(2) Asignar todas las clases de puestos comprendidas en el Plan de Clasificación para los puestos de carrera de la Administración Central a las escalas de retribución que se establecen en el Artículo 6 de esta ley. Cuando fuere necesario para la eficiencia del servicio, el Director de Personal podrá reasignar cualquier clase de puesto de una a otra de las escalas.

(3) Establecer un plan de retribución y clasificación para los puestos comprendidos en el servicio de confianza de la Administración Central cuya retribución no se fije mediante alguna ley especial.

(4) Administrar y mantener al día los planes de retribución uniforme para los puestos de carrera y de confianza de la Administración Central.

(5) Realizar estudios de retribución en los distintos sectores de la economía que envuelven los niveles y tendencias salariales así como otras formas de compensación tales como incentivos y beneficios marginales.

(6) Hacer acopio y mantener al día información relevante sobre aspectos retributivos a los fines de recomendar las medidas pertinentes para mantener los sueldos de los empleados en armonía con los existentes en los demás sectores gubernamentales y privados hasta donde la situación fiscal lo permita.

Las funciones de la Oficina Central de Administración de Personal respecto a los Administradores Individuales serán:

(1) Emitir las normas generales sobre retribución que servirán de base para que los Administradores Individuales establezcan y administren en forma separada sus propios planes de retribución para sus respectivos empleados de carrera y de confianza. La Oficina hará que se cumpla con dichas normas.

**Gobierno de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 01/01/00 | |
| Hasta: | 01/15/00 | |

# Cheque: 02020856
Fecha: 01/14/00

ANA A SILVA LUCIANO
URB VILLA DEL CARMEN
XX37 AVE CONSTANCIA
PONCE PR 007310000
SS: -6200

| | |
|---|---|
| # Empleado: | 200 |
| Dept: | 8105103-Ponce Ponce I |
| Oficina: | Oficina Del Superintendente |
| Titulo: | Sup. De Zona Matematicas IV |
| Sueldo: | $2,095.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,047.50 | 75.00 | 1,047.50 |
| **Total:** | | | 1,047.50 | 75.00 | 1,047.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 102.97 | 102.97 |
| **Total:** | 102.97 | 102.97 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 73.33 | 73.33 |
| **Total:** | 73.33 | 73.33 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 32.33 | 32.33 |
| SC-NATIONAL LIFE INSSURANCE | 10.30 | 10.30 |
| **Total:** | 42.63 | 42.63 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 89.04 | 89.04 |
| FSED Disability Plan | 17.81 | 17.81 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,047.50 | 102.97 | 115.96 | 828.57 |
| Acumulado: | 1,047.50 | 102.97 | 115.96 | 828.57 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02020856 | 828.57 |
| **Total:** | 828.57 |

**MENSAJE:**

**081 DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez . Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/01/2016 |
| Hasta: | 02/15/2016 |

| | |
|---|---|
| Aviso #: | 1405004 |
| Fecha Aviso: | 02/12/2016 |

ANA A SILVA LUCIANO
CALLE SAUCO 834
ESTANCIAS DEL CARMEN
PONCE, PR 00716
SS: XXX-XX-6200

| | |
|---|---|
| # Empleado: | XXXXX6200 |
| Dept: | 8105135-PONCE-PONCE |
| Lugar: | OFICINA SUPERINTENDENTE |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,570.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,285.00 | 240.00 | 3,855.00 |
| Total: | | | 1,285.00 | 240.00 | 3,855.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 38.80 | 116.40 |
| Total: | 38.80 | 116.40 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.65 | 346.95 |
| Total: | 115.65 | 346.95 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 38.50 | 115.50 |
| SC-AMER FAM LIFE ASS CO | 9.85 | 29.55 |
| AS-ORG DIR Y ADM ESC PR | 10.00 | 30.00 |
| Total: | 58.35 | 175.05 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 173.48 | 520.44 |
| FSED Disability Plan | 21.85 | 65.55 |
| SM-First Medical Health Plan | 0.00 | 100.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,285.00 | 0.00 | 38.80 | 174.00 | 1,072.20 |
| Acumulado: | 3,855.00 | 0.00 | 116.40 | 522.00 | 3,216.60 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1405004 | 1,072.20 |
| Total: | 1,072.20 |

**MENSAJE:**

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/12/2016

Aviso No.
1405004

**Cant. Deposito:** $1,072.20

**A la Cuenta(s) De**

ANA A SILVA LUCIANO
CALLE SAUCO 834
ESTANCIAS DEL CARMEN
PONCE, PR 00716
Localizacion: OFICINA SUPERINTENDENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,072.20 |
| Total: | | 1,072.20 |

## NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**ANA A. SILVA LUCIANO**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRO(A) DE EDUCACION SECUNDARIA (MATEMÁTICA)
SECONDARY SCHOOL TEACHER (MATHEMATICS)

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde 13 de enero de 2004 hasta 13 de enero de 20 10
Issued on January 13 2004 and valid until January 13 20 10

Dado en San Juan de Puerto Rico, el 16 de abril de 20 08
Given at San Juan, Puerto Rico on April 16 20 08

*Rafael Aragunde Torres*
Secretario de Educación
Secretary of Education

Número de Certificado: 926639  Certificate Number: 926639

# CERTIFICADO

## LA SECRETARIA DE EDUCACION

### VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO



POR LA PRESENTE CONFIERE A:

ANA A. SILVA LUCIANO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

SUPERVISORA DE ZONA
(Matemáticas)

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE  11 de enero  DE 19 92 .

DADO EN SAN JUAN DE PUERTO RICO EL  23 de junio  DE 19 92 .

SECRETARIA DE EDUCACION

Número 644

Case:17-03283-LTS Doc#:10090 Filed:01/15/20 Entered:01/16/20 17:10:39 Desc: Main Document Page 8 of 10

# CERTIFICADO VITALICIO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO



POR LA PRESENTE CONFIERE A:

**ANA AWILDA SILVA LUCIANO**

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

**MAESTRA DE ESCUELA ELEMENTAL**

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE: 16 de febrero DE 19 82

DADO EN SAN JUAN DE PUERTO RICO EL 16 de febrero DE 19 82

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

Número 366

# CATHOLIC UNIVERSITY OF PUERTO RICO

PONCE, PUERTO RICO

UPON RECOMMENDATION OF THE FACULTY AND
BY AUTHORITY OF THE BOARD OF TRUSTEES
HEREBY CONFERS ON

## ANA AWILDA SILVA LUCIANO

THE DEGREE OF

## MASTER OF EDUCATION

TOGETHER WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING TO THAT
DEGREE. IN WITNESS WHEREOF THE SEAL OF THE UNIVERSITY AND THE
SIGNATURES OF THE GRAND CHANCELLOR AND PRESIDENT ARE HEREBY AFFIXED.
GIVEN AT PONCE, PUERTO RICO, JULY 31, 1981.



_____
GRAND CHANCELLOR

_____
PRESIDENT

Oficina de Registraduría



DECLARAMOS QUE los cursos y créditos que ANA A. SILVA LUCIANO  S.S.# -6200 ha tomado y aprobado en el área de MATEMATICAS a nivel graduado en la UNIVERSIDAD DE PHOENIX, RECINTO DE PUERTO RICO, equivalen, para efectos de esta Institución, a una primera especialidad en esa materia. Se incluye copia de la transcripción de créditos correspondiente.

EXPEDIDA a petición del estudiante en LA UNIVERSIDAD DE PHOENIX, hoy 4 de mayo de 1985 en RIO PIEDRAS, PUERTO RICO.

_____
Registradora

NO HAY ERRORES NI BORRADURAS