4. Poli

alle Samer 834

nee, PR 00716-2144



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**®

7019 1120 0001 8482 7308



U.S. POSTAGE PAID
FCM LGENV
BAYAMON, PR
00959
JAN 14, 20
AMOUNT
**$7.90**
R2304N117237-14

00918

1000

2020 JAN 15  PM 3:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150  Federal Building
Ave. Carlos Chardón 150
San Juan, (Puerto Rico) 00918-1767