# Radicacion de replica (Objecion)

## PROMESA TITULO III No.17 03283

Numero de reclamacion:

Nombre: Mayra I Chacón Rodriguez

Direccion Postal: Urb Monte Verde M1303 calle Monte Grande. Morati PR 00674

Direccion Residencial: urb Monte Verde M1303 calle Monte Grande Morati PR 00674

Num. de contacto:

Tel. 767-1500 ext 3150

Cel. 787/ 638-5396

Correo electronico:

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Ver anejo 1 (Informacion del caso)

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 enero 2020.

A quien corresponda:

    Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

Mayra I. Chacón Jod