**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CHACON RODRIGUEZ, MAYRA | 31054 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CHACON RODRIGUEZ, MAYRA | 31054 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000763

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS.**

## ONE HUNDRED NINETEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

:orreo postal. Si usted no es un abogado que sea usuario inscrito en el sistema del
inal de radicación de causas, podrá radicar y notificar una réplica por correo postal
da a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores
siguientes direcciones:

    Secretaría (*Clerk's Office*)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan (Puerto Rico) 00918-1767

    Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
    Proskauer Rose LLP
    Eleven Times Square
    Nueva York, Nueva York 10036-8299
    A/A: Martin J. Bienenstock
    Brian S. Rosen

    Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
    Paul Hastings LLP
    200 Park Avenue
    Nueva York, Nueva York 10166
    A/A: Luc A. Despins
    James Bliss
    James Worthington
    G. Alexander Bongartz

A deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el
\creedores a más tardar a las **04:00 p.m. (AST) del 14 de enero de 2020**, salvo
r escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al
1a orden del Tribunal que extienda la fecha límite.

radicar y notificar una réplica en línea o por correo postal, según se especificó
e, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las
AST) del **14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT
revia solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda
:e:

    Secretaría (*Clerk's Office*)
    Tribunal de Distrito de los Estados Unidos
    #150 Chardon Avenue
    Federal Building
    San Juan (Puerto Rico) 00918

?berá incluir un certificado de notificación que indique la forma en la que se ha
notificación.

'ORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE FICACIÓN.

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global **deberá** contener iente información:

(i) **Datos de contacto.** La réplica deberá contener el **nombre, la dirección,** el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe.** La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global.** La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa.** En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; **con la salvedad** de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también **con la salvedad de que** la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**y cómo radicar y notificar una réplica.** Todas las réplicas deberán radicarse de forma nica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado rto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar dicar su réplica:

**En línea.** Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

4

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES**

MAYRA CHACON RODRIGUEZ
URB. MONTE VERDE
M-1303 CALLE MONTE GRANDE
MANATI, PR 00674

**Seguro Social:** XXX-XX-5262

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 23 de febrero de 1969  **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1996
**Fecha de Comienzo de Cotización:** 01 de julio de 1996

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 16.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $26,258.18 | Aportaciones: | $11,614.60 |
| Intereses: | $5,211.59 | Intereses: | $937.86 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $31,777.41 | Total Aportaciones: | $12,552.46 |
| SNC Pagado: | $307.64 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE:** MAYRA CHACON RODRIGUEZ  
URB. MONTE VERDE  
M-1303 CALLE MONTE GRANDE  
MANATI, PR 00674

Seguro Social: XXX-XX-5262

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE SUSTENTO PARA MENORES |
| Años de Servicio: | 20 |
| Balance de Aportaciones: | $44,022.23 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346324980

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 ▪ www.retiro.pr.gov

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| MADELINE ACEVEDO CAMACHO Y OTROS (2,818)<br>Apelantes<br><br>v.<br><br>DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA<br>Apelados | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

### RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016;* y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016,* todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión

APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

| 124 Administracion Sust. Menores<br>Calle Mayaguez #5, Esquina Cidra<br>Edificio Metro Center Piso 8<br>Hato Rey, PR 00902 | | Grupo de Pago: SM -Quincenal<br>Desde: 09/16/2019<br>Hasta: 09/30/2019 | | Aviso #: 3687329<br>Fecha Aviso: 09/27/2019 |
|---|---|---|---|---|
| MAYRA I CHACON RODRIGUEZ<br>URB. MONTE VERDE<br>M-1303 CALLE MONTE GRANDE<br>MANATI, PR 00674<br>SS: | # Empleado: 583835262<br>Dept: 124343-Oficina Regional de Bayamn<br>Lugar: Oficina Local Toa Alta<br>Título: Especialista Pen Alimenticia I<br>Sueldo: $2,427.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 2<br>Pct. Adcl.:<br>Cant. Adcl.: 15.00 | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,213.50 | 1,462.50 | 21,843.00 |
| Total: | | | 1,213.50 | 1,462.50 | 21,843.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.59 | 316.72 |
| Fed OASDI/Disability - EE | .75.24 | 1,354.27 |
| PR Withholding | 23.45 | 212.10 |
| Total: | 116.28 | 1,883.09 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 103.15 | 1,856.70 |
| Total: | 103.15 | 1,856.70 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.03 | 54.54 |
| SM-First Medical Health Plan | 10.75 | 160.50 |
| OS-SERV PUBLICOS 009 B | 18.00 | 324.00 |
| Ahorros-AEELA | 33.37 | 600.66 |
| Total: | 65.15 | 1,139.70 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 1,620.00 |
| FSED Disability Plan | 40.65 | 731.70 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,213.50 | 0.00 | 116.28 | 168.30 | 928.92 |
| Acumulado: | 21,843.00 | 0.00 | 1,883.09 | 2,996.40 | 16,963.51 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #3687329 | 928.92 |
|---|---|
| Total: | 928.92 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Sust. Menores
Calle Mayaguez #5, Esquina Cidra
Edificio Metro Center Piso 8
Hato Rey, PR 00902

Fecha
09/27/2019

Aviso No.
3687329

Cant. Deposito: $928.92

A la
Cuenta(s) De
MAYRA I CHACON RODRIGUEZ
URB. MONTE VERDE
M-1303 CALLE MONTE GRANDE
MANATI, PR 00674
Localizacion: Oficina Local Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 928.92 |
| Total: | | 928.92 |

## NO-NEGOCIABLE

*Handwritten note:* Tengo problemas para imprimir los actuales. Continuando laborando con el mismo ingreso.

**124 Administracion Sust. Menores**
Calle Mayaguez #5, Esquina Cidra
Edificio Metro Center Piso 8
Hato Rey, PR 00902

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/01/2019 |
| Hasta: | 09/13/2019 |

| | |
|---|---|
| Aviso #: | 3437494 |
| Fecha Aviso: | 09/13/2019 |

**MAYRA I CHACON RODRIGUEZ**
URB. MONTE VERDE
M-1303 CALLE MONTE GRANDE
MANATI, PR 00674
SS:

| | |
|---|---|
| # Empleado: | 583835262 |
| Dept: | 124343-Oficina Regional de Bayamn |
| Lugar: | Oficina Local Toa Alta |
| Titulo: | Especialista Pen Alimenticia I |
| Sueldo: | $2,427.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | 15.00 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,213.50 | 1,380.00 | 20,629.50 |
| **Total:** | | | **1,213.50** | **1,380.00** | **20,629.50** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.60 | 299.13 |
| Fed OASDI/Disability - EE | 75.24 | 1,279.03 |
| PR Withholding | 23.45 | 188.65 |
| **Total:** | **116.29** | **1,766.81** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 103.15 | 1,753.55 |
| **Total:** | **103.15** | **1,753.55** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.03 | 51.51 |
| SM-First Medical Health Plan | 10.75 | 149.75 |
| OS-SERV PUBLICOS 009 B | 18.00 | 306.00 |
| Ahorros-AEELA | 33.37 | 567.29 |
| **Total:** | **65.15** | **1,074.55** * Tributable |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 40.65 | 691.05 |
| SM-First Medical Health Plan | 0.00 | 1,440.00 |

### DEDUCCIONES TOTALES / PAGA NETA

| | Deducciones Totales | Paga Neta |
|---|---|---|
| Corriente: | 168.30 | 928.91 |
| Acumulado: | 2,828.10 | 16,034.59 |

| TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS |
|---|---|---|
| Corriente: 1,213.50 | 0.00 | 116.29 |
| Acumulado: 20,629.50 | 0.00 | 1,766.81 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3437494 | 928.91 |
| **Total:** | **928.91** |

### Vacacion / Enfermedad / Tiempo Comp

| Vacacion Horas | Enfermedad Horas | Tiempo Comp Horas |
|---|---|---|
| Balance Previo: 0.00 | Balance Previo: 0.00 | Balance Previo: 0.00 |
| + Acumulado: 0.00 | + Acumulado: 0.00 | + Acumulado: 0.00 |
| - Utilizado: 0.00 | - Utilizado: 0.00 | - Utilizado: 0.00 |
| Balance Final: 0.00 | Balance Final: 0.00 | Balance Final: 0.00 |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

---

**Administracion Sust. Menores**
Calle Mayaguez #5, Esquina Cidra
Edificio Metro Center Piso 8
Hato Rey, PR 00902

Fecha 09/13/2019

Aviso No. 3437494

**Cant. Deposito:** $928.91

A la Cuenta(s) De

**MAYRA I CHACON RODRIGUEZ**
URB. MONTE VERDE
M-1303 CALLE MONTE GRANDE
MANATI, PR 00674
Localizacion: Oficina Local Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 928.91 |
| **Total:** | | **928.91** |

## NO-NEGOCIABLE