Mayra I Chacin Ruiz
urb Monte Grande
41303 c/Monte Grande
Manati PR 00674



U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
**$1.30**
R2303S101172-03

1000          00918

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Avg. Carlos Chardon
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.