# CARTA EXPLICATIVA

**Número de Reclamación:** 91318

**Nombre:** Ana A. Silva Luciano

**Dirección Residencial y postal:** Urb. Extensión Villa del Carmen

Calle Sauco # 834

Ponce, Puerto Rico 00716 – 2146

**Teléfonos:** Residencial (787)284-7324, Celular (787) 613-5209

**Dirección electrónica:** anisl2009@gmail.com

**Explicación:**

De acuerdo a la Ley Núm. 106 de 23 de agosto de 2017 ( "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", conforme a las disposiciones de la Ley Pública 114-187, conocida como "Puerto Rico Oversight, Management, and Economic Stability Act" o "PROMESA", por sus siglas en inglés; establece que el Fondo General, a través del sistema de "pay as you go", asuma los pagos que el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico, el Sistema de Retiro para Maestros y el Sistema de Retiro para la Judicatura no puedan realizar; disponer que los tres Sistemas de Retiro para que sigan cumpliendo con sus obligaciones hacia sus beneficiarios y pensionados aportando al Fondo General sus fondos disponibles y los fondos provenientes de las liquidaciones de sus activos; establecer el Nuevo Plan de Aportaciones Definidas y proveer para su administración; crear la Junta de Retiro, delegarle facultades y deberes.

Con esta decisión peligran más nuestras pensiones; el dinero de retiro de maestros ya lo habían utilizado para otras cosas sin los pensionados tener conocimiento, el retiro de empleados del gobierno también estaba sin fondos, las pensiones de la judicatura son muy altas o sea es más el dinero que sale que el que entra, las pensiones eran más jugosas para los de la carrera magisterial (el gobierno no se proyectó en tomar las medidas para estos aumentos, no es lo mismo el 75% de una pensión de $2,000 que de $3,000). Ahora les pregunto: quién me va a garantizar mi pensión después de haber trabajado 36 años en el Departamento de Educación. Me retiré en el año 2000 y recibía una pensión de $1,521.84 y tuve que regresar en el año 2008 para mejorarla ya que no era suficiente para cubrir mis gastos debido al alto costo de vida. Vuelvo a retirarme en el año 2016 con una pensión de $1,920.96.

Soy una persona preparada tengo dos bachilleratos, una maestría en administración y supervisión, un certificado a nivel de maestría en matemáticas y comencé el doctorado en currículo (17 créditos). Considero que no hay un balance entre la preparación académica, el puesto que ocupaba como Supervisora de Zona de Matemáticas y los años de servicio.

Según las noticias; se está pagando a los bonistas con el dinero del Fondo General y por consiguiente Sistema de Retiro para Maestros, se está utilizando también nuestro dinero para pagar la deuda, por lo cual no es justo de que sigan disminuyendo nuestros fondos debido a la irresponsabilidad de personas que no han sabido trabajar con las finanzas de nuestro país o fallaron en la toma de decisiones en el mal uso de nuestros fondos. Además, si se está utilizando el dinero de Retiro, quiere decir que también "somos bonistas" por lo tanto debemos adquirir un porciento de ese dinero. No deben seguir jugando con el dinero de los pensionados. Deben hacer una auditoría y procesar a las personas responsables. Esta situación ha afectado mi estado emocional al verme amenazada como persona insolvente después de haber aportado tanto al sistema de retiro.

_Ana A. Silva Luciano_

Nota: Ana A. Silva Luciano

Debido a los terremotos ocurridos en Ponce, he tenido que abandonar mi casa y se me ha hecho muy difícil enviar algunas evidencias. Me encuentro en el área norte de la isla en la casa de un familiar. Estoy en la mejor disposición de enviar cualquier otra evidencia que sea necesaria cuando se normalice la situación con la naturaleza; si así Dios lo permite.