## *"Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos"*

Ley Núm. 106 de 23 de agosto de 2017, según enmendada

(Contiene enmiendas incorporadas por las siguientes leyes:
Ley Núm. 262 de 14 de diciembre de 2018
Ley Núm. 29 de 23 de mayo de 2019
Ley Núm. 71 de 19 de julio de 2019
Ley Núm. 72 de 23 de julio de 2019
Ley Núm. 160 de 31 de octubre de 2019)

Para establecer la "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", a los fines de reformar el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico y el Sistema de Retiro para Maestros, de acuerdo a la realidad económica y fiscal de Puerto Rico y a las disposiciones del Plan Fiscal para Puerto Rico, certificado conforme a las disposiciones de la Ley Pública 114-187, conocida como "Puerto Rico Oversight, Management, and Economic Stability Act" o "PROMESA", por sus siglas en inglés; establecer que el Fondo General, a través del sistema de "pay as you go", asuma los pagos que el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico, el Sistema de Retiro para Maestros y el Sistema de Retiro para la Judicatura no puedan realizar; disponer que los tres Sistemas de Retiro sigan cumpliendo con sus obligaciones hacia sus beneficiarios y pensionados aportando al Fondo General sus fondos disponibles y los fondos provenientes de las liquidaciones de sus activos; establecer el Nuevo Plan de Aportaciones Definidas y proveer para su administración; crear la Junta de Retiro, delegarle facultades y deberes; enmendar el Artículo 2 de la Ley Núm. 12 de 19 de octubre de 1954, según enmendada, conocida como "Ley de Retiro de la Judicatura"; enmendar los Artículos 1-1.04 y 4-101, derogar los incisos 11 y 12 y renumerar los incisos 13, 14 y 15 como 11, 12 y 13, respectivamente, del Artículo 4-103 de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, conocida como "Ley del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico"; enmendar los Artículos 1.1, 2.3 y derogar los Artículos 2.4, 2.5 y 2.6 de la Ley 160-2013, según enmendada, conocida como "Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico"; enmendar la Sección 1081.01 de la Ley 1-2011, según enmendada, conocida como el "Código de Rentas Internas para un Nuevo Puerto Rico"; derogar la Ley 211-2015, según enmendada, conocida como "Ley del Programa de Preretiro Voluntario", garantizar los beneficios a los Preretirados y proveer para que empleados que hayan solicitado dichos beneficios pueda concluir el trámite; autorizar a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico a diseñar, implementar y fiscalizar un programa de separación incentivada del servicio público de los empleados de la Rama Ejecutiva; y para otros fines relacionados.

"Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos" [Ley 106-2017, según enmendada]

## EXPOSICIÓN DE MOTIVOS

Actualmente, Puerto Rico atraviesa una crisis fiscal y social sin precedentes. Esta crisis fue causada, en parte, porque faltaron controles sobre el gasto, medidas de desarrollo sustentable y sistemas de información gerencial que promuevan claridad y transparencia en la gestión gubernamental.

Según datos provistos por el Departamento del Tesoro Federal, Puerto Rico sufre una contracción económica cumulativa de 14.6 % en el Producto Estatal Bruto (PEB real) con una predicción de una contracción adicional de 3 % para los próximos dos años. Desde principios del Siglo XXI, el Gobierno de Puerto Rico ha operado con un déficit estructural que ha sido financiado con emisiones de bonos y préstamos al Banco Gubernamental de Fomento. No obstante, la grave situación fiscal cerró el acceso del Gobierno a los mercados financieros, afectando su capacidad de obtener financiamiento a corto y a largo plazo. A consecuencia de ello, hace más de un año que el Gobierno de Puerto Rico carece de liquidez. La pasada Administración utilizó los fondos de reintegros que pertenecían a los contribuyentes, de los pagos de los contratistas, el dinero de los pensionados y préstamos intragubernamentales, para sustituir las fuentes de liquidez y hacer gastos mayores a los fondos disponibles. El Banco Gubernamental de Fomento incumplió sus obligaciones con los bonistas desde el 1 de mayo de 2016, y desde entonces no cumple su rol de proveer liquidez al Gobierno. Como si fuera poco, los Sistemas de Retiro de los Empleados del Gobierno de Puerto Rico, para Maestros y para la Judicatura están insolventes.

Como ejemplo de las políticas erradas de administración pública que nos trajeron a la presente situación fiscal, puede destacarse que desde el año 2001 al 2008 ocurrió un aumento de 64 % en los gastos de la nómina gubernamental y, a pesar de los avances para atender este problema luego de una reducción de 33 % entre los años 2009 y 2012, hubo otro aumento sustancial en el cuatrienio 2013-2016. Para financiar ese gasto desmedido, entre los años 2000 y 2008 la deuda pública aumentó en 134 %. Por otro lado, las medidas implantadas entre los años 2013 y 2016 fueron bajo la filosofía de "primero impago, luego impuestos y después recortes". Esta filosofía propició la continuación del gasto desmedido y el rechazo a políticas públicas que hubiesen permitido manejar eficientemente los asuntos fiscales del Gobierno de Puerto Rico. Esto, sin haberse concretado las acciones necesarias para lograr una mayor eficiencia operacional en el Gobierno, ni recortes al excesivo gasto gubernamental. Además, mientras se precipitaban los valores y la debacle económica, el Gobierno Central fue incapaz de generar la información financiera necesaria para analizar y comprender la profundidad del problema y presentar información certera ante el Congreso de los Estados Unidos, y ante otras entidades con interés en el asunto. A raíz de todo lo antes expuesto, se materializaron varias degradaciones consecutivas de las clasificaciones de la deuda del Gobierno de Puerto Rico y sus instrumentalidades en un periodo de tiempo corto, lo que ha desencadenado un impacto adverso a través de todos los sectores de la economía.

Esta crisis ha golpeado fuertemente a las familias puertorriqueñas. Los sacrificios más severos han recaído sobre los más vulnerables en nuestra sociedad y ha provocado que miles de puertorriqueños abandonen la Isla hacia otras jurisdicciones de Estados Unidos en busca de mejores oportunidades. La consecuente reducción poblacional se ha convertido en uno de los retos para encaminarnos hacia la recuperación.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 06/16/2019 | |
| Hasta: | 06/30/2019 | |

Business Unit: PUERT
Aviso #: 1949395
Fecha Aviso: 06/28/2019

ANA A SILVA LUCIANO
EXT VILLA DEL CARMEN
834 CALLE SAUCO
PONCE PR 00716-2146
SS: XXX-XX-6200

# Empleado: XXXXX6200
Dept: 592110-Por Merito Ley 44
Lugar: PENSIONADOS LEY 44 02700
Titulo: Pensionado
Sueldo: $1,920.96 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 39 +99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 11.821292 | 81.25 | 960.48 | 975.00 | 11,525.76 |
| Total: | | 81.25 | 960.48 | 975.00 | 11,525.76 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 9.85 | 118.20 |
| AS-ASOC PENSIONADOS | 1.00 | 12.00 |
| Total: | 10.85 | 130.20 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 100.00 | 600.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 960.48 | 0.00 | 10.85 | 949.63 |
| Acumulado: | 11,525.76 | 0.00 | 130.20 | 11,395.56 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1949395 | 949.63 |
| Total: | 949.63 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/28/2019

Aviso No.
1949395

Cant. Deposito: $949.63

TRAY 79 SQ 19677••••••••••••••••••SCH 5-DIGIT 00716   19677 2 AV 0.383
ANA A SILVA LUCIANO
EXT VILLA DEL CARMEN
834 CALLE SAUCO
PONCE PR 00716-2146

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 1202119215 | $949.63 |
| Total: | | $949.63 |

## NO-NEGOCIABLE

| Estado Libre Asociado de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | | # Cheque: | 08265175 |
|---|---|---|---|---|---|---|---|
| 592 - Junta Retiro Maestros Pensiona | | | Desde: | 06/16/01 | | | |
| | | | Hasta: | 06/30/01 | | Fecha: | 06/29/01 |

| ANA A SILVA LUCIANO | # Empleado: | 200 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| VILLA DEL CARMEN | Dept: | 592110-Por Merito Ley 44 | Estado Civil: | Married | Married |
| XX37 AVE CONSTANCIA | Oficina: | PENSIONADOS LEY 44 02700 | Concesiones: | 0 | 39 +99 |
| PONCE PR 00731 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: 200 | Sueldo: | $1,521.84 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS / IMPUESTOS

| | | ------- Corriente ------- | | ------ Acumulado ------ | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 9.365169 | 81.25 | 760.92 | 81.25 | 8,689.22 | PR Withholdng | 0.00 | 0.01 |
| Total: | | 81.25 | 760.92 | 81.25 | 8,689.22 | Total: | 0.00 | 0.01 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Ser No Coti-Ret Ma-Nunca | 91.31 | 1,042.70 | | | |
| Total: | 0.00 | 0.00 | Total: | 91.31 | 1,042.70 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 760.92 | 0.00 | 91.31 | 669.61 |
| Acumulado: | 8,689.22 | 0.01 | 1,042.70 | 7,646.51 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #08265175 | 669.61 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 669.61 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE: