alle Sauer 834
[...], PR 00716-2144





2020 JAN 15 PM 3:47
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón 150
San Juan, (Puerto Rico) 00918-1767