# CARTA EXPLICATIVA

Número de Reclamación: **72153**

Nombre: Ana A. Silva Luciano

Dirección Residencial y postal: Urb. Extensión Villa del Carmen

Calle Sauco # 834

Ponce, Puerto Rico 00716 – 2146

Teléfonos: Residencial (787)284-7324, Celular (787) 613-5209

Dirección electrónica: anisl2009@gmail.com

RECEIVED & FILED
2020 JAN 15 PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Explicación:

La Ley 89, aprobada el 12 de julio de 1979, establece la escala de retribución uniforme para los empleados de carrera. Debido a que esta ley no estaba disponible en el web, no se pudo verificar con tiempo cuando se sometió la reclamación la primera vez.

Comencé a trabajar en el año 1970 con un sueldo de $670, me acogí al retiro en el año 2000 con un sueldo de $2,095 luego regreso al sistema en el año 2008 para mejorar mi pensión y vuelvo a retirarme en el año 2016 con un sueldo de $2,570. En el año 2009 -2010 ocupando una posición de Supervisora de Matemáticas desde el 1984, me ubicaron como directora en destaque de la escuela Librado Net ya que poseo el certificado como directora, pero solamente me dieron una bonificación, por lo tanto no tenía derecho a ningún aumento pues no se reflejaba en el sueldo.

Soy una persona preparada tengo dos bachilleratos, una maestría en administración y supervisión, un certificado a nivel de maestría en matemáticas y comencé el doctorado en currículo (17 créditos). Considero que no hay un balance entre la preparación académica, el puesto que ocupaba como Supervisora de Matemáticas y los años de servicio.

La cantidad de acuerdo con los años de servicio desde la vigencia de la ley el 12 de junio de 1979 hasta el año de retiro 2016, siguiendo las escalas salariales disponibles en la ley (sin considerar las interrupciones de los años 2000 al 2007 fuera de servicio) sería $200,000. Tengo disponible los talonarios para ser presentados al momento que sean necesarios.

*Ana A. Silva Luciano*

Ana A. Silva Luciano

Nota:

Estuve enferma desde 28 de noviembre hasta finales de diciembre con la bacteria micoplasma y no pude trabajar estos casos. Ahora debido a los terremotos ocurridos en Ponce, he tenido que abandonar mi casa y se me ha hecho muy difícil enviar algunas evidencias. Me encuentro en el área norte de la isla en la casa de un familiar. Estoy en la mejor disposición de enviar cualquier otra evidencia que sea necesaria cuando se normalice la situación con la naturaleza; si así Dios lo permite.