**Gobierno de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 02020856 |
| Desde: | 01/01/00 | |
| Hasta: | 01/15/00 | Fecha: 01/14/00 |

ANA A SILVA LUCIANO
URB VILLA DEL CARMEN
XX37 AVE CONSTANCIA
PONCE PR 007310000
SS:        6200

| # Empleado: | 6200 |
|---|---|
| Dept: | 8105103-Ponce Ponce I |
| Oficina: | Oficina Del Superintendente |
| Titulo: | Sup. De Zona Matematicas IV |
| Sueldo: | $2,095.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Corriente | | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,047.50 | 75.00 | 1,047.50 |
| **Total:** | | | 1,047.50 | 75.00 | 1,047.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 102.97 | 102.97 |
| **Total:** | 102.97 | 102.97 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 73.33 | 73.33 |
| **Total:** | 73.33 | 73.33 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 32.33 | 32.33 |
| SC-NATIONAL LIFE INSSURANCE | 10.30 | 10.30 |
| **Total:** | 42.63 | 42.63 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 89.04 | 89.04 |
| FSED Disability Plan | 17.81 | 17.81 |

\* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,047.50 | 102.97 | 115.96 | 828.57 |
| Acumulado: | 1,047.50 | 102.97 | 115.96 | 828.57 |

| FTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #02020856 | 828.57 |
|---|---|
| **Total:** | 828.57 |

**MENSAJE:**

**081 DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez   . Esquina Calaf
HATO REY, PR 00919

Grupo Pago: 081 -Quincenal
Desde:   02/01/2016
Hasta:   02/15/2016

Aviso #:   1405004
Fecha Aviso:   02/12/2016

| ANA A SILVA LUCIANO | | # Empleado: | XXXXX6200 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|
| CALLE SAUCO 834 | | Dept: | 8105135-PONCE-PONCE | Estado Civil: | Single | Single |
| ESTANCIAS DEL CARMEN | | Lugar: | OFICINA SUPERINTENDENTE | Concesiones: | 0 | 0 |
| PONCE, PR 00716 | | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS:   XXX-XX-6200 | | Sueldo: | $2,570.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,285.00 | 240.00 | 3,855.00 |
| Total: | | | 1,285.00 | 240.00 | 3,855.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 38.80 | 116.40 |
| Total: | 38.80 | 116.40 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.65 | 346.95 |
| Total: | 115.65 | 346.95 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 38.50 | 115.50 |
| SC-AMER FAM LIFE ASS CO | 9.85 | 29.55 |
| AS-ORG DIR Y ADM ESC PR | 10.00 | 30.00 |
| Total: | 58.35 | 175.05 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 173.48 | 520.44 |
| FSED Disability Plan | 21.85 | 65.55 |
| SM-First Medical Health Plan | 0.00 | 100.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,285.00 | 0.00 | 38.80 | 174.00 | 1,072.20 |
| Acumulado: | 3,855.00 | 0.00 | 116.40 | 522.00 | 3,216.60 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1405004 | 1,072.20 |
| Total: | 1,072.20 |

MENSAJE:

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/12/2016

Aviso No.
1405004

Cant. Deposito:   **$1,072.20**

A la
Cuenta(s) De

ANA A SILVA LUCIANO
CALLE SAUCO 834
ESTANCIAS DEL CARMEN
PONCE, PR 00716
Localizacion: OFICINA SUPERINTENDENTE

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,072.20 |
| Total: | | 1,072.20 |

# NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACIÓN

Department of Education

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

# Certificado de Maestro
Teacher's Certificate

## El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**ANA A. SILVA LUCIANO**

## el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**MAESTRO(A) DE EDUCACION SECUNDARIA (MATEMÁTICA)**

**SECONDARY SCHOOL TEACHER (MATHEMATICS)**

## en las escuelas publicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

**Expedido desde** 13 de enero **de 2004** **hasta** 13 de enero **de 20 10**
Issued on          January 13      2004 and valid until January 13      20 10

**Dado en** San Juan de Puerto Rico, el 16 de abril **de 20 08**
Given at San Juan, Puerto Rico on          April 16          20 08

*Rafael Aragunde Torres*
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 926639

Certificate Number: 926639



CERTIFICADO

VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO

# LA SECRETARIA DE EDUCACION

POR LA PRESENTE CONFIERE A:

ANA A. SILVA LUCIANO

SUPERVISORA DE ZONA
(Matemáticas)

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE  11 de enero  DE 19 92 .

DADO EN SAN JUAN DE PUERTO RICO EL  23 de junio  DE 19  92 .

SECRETARIA DE EDUCACION

Número 644

# CERTIFICADO

# VITALICIO



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

ANA AWILDA SILVA LUCIANO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 16 de febrero DE 19 82 .

DADO EN SAN JUAN DE PUERTO RICO EL 16 de febrero DE 19 82 .

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

Número 366

# CATHOLIC UNIVERSITY OF PUERTO RICO

PONCE, PUERTO RICO

UPON RECOMMENDATION OF THE FACULTY AND
BY AUTHORITY OF THE BOARD OF TRUSTEES

HEREBY CONFERS ON

## ANA AWILDA SILVA LUCIANO

THE DEGREE OF

## MASTER OF EDUCATION

TOGETHER WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING TO THAT
DEGREE. IN WITNESS WHEREOF THE SEAL OF THE UNIVERSITY AND THE
SIGNATURES OF THE GRAND CHANCELLOR AND PRESIDENT ARE HEREBY AFFIXED.

GIVEN AT PONCE, PUERTO RICO, JULY 31, 1981.



PRESIDENT



GRAND CHANCELLOR

Oficina de Registraduria



## The University of Phoenix

*DECLARAMOS QUE los cursos y créditos que*

ANA A. SILVA LUCIANO          S.S.#     -6200

*ha tomado y aprobado en el área de*   MATEMATICAS

*a nivel graduado en la UNIVERSIDAD DE PHOENIX, RECINTO DE*

*PUERTO RICO, equivalen, para efectos de esta Institución,*

*a una primera especialidad en esa materia.  Se incluye*

*copia de la transcripción de créditos correspondiente.*

*EXPEDIDA a petición del estudiante en*

*LA UNIVERSIDAD DE PHOENIX, hoy* 4 *de* mayo *de* 1985

*en RIO PIEDRAS, PUERTO RICO.*

*Magdalena S. Aaafas*
Registradora

*NO HAY ERRORES NI BORRADURAS*