**CARTA EXPLICATIVA**



Número de Reclamación: 93244

Nombre: Ana A. Silva Luciano

Dirección Residencial y postal: Urb. Extensión Villa del Carmen

Calle Sauco # 834

Ponce, Puerto Rico 00716 – 2146

Teléfonos: Residencial (787)284-7324, Celular (787) 613-5209

Dirección electrónica: anisl2009@gmail.com

Explicación:

Ley 158 del 30 de junio de 1999 (Ley de la carrera magisterial de PR), es discriminatoria para los Supervisores de Materia (Facilitadores) que tienen su preparación y desean superarse cumplen con los artículos 2.03, 2.04 y otros.

En el artículo 2.02 se observa que los Facilitadores quedan fuera de la clasificación, aún teniendo la preparación y cumpliendo con los requisitos. Cómo es posible que un personal que ofrece asistencia a maestros no lo incluyan para lograr una mejor preparación y poder ofrecer una labor de excelencia al compartir sus conocimientos con el maestro. Cómo es posible que a veces un maestro esté mejor preparado o sea más competente que un Facilitador. Cómo es posible que un maestro tenga un aumento entre $600 a $800 al completar su grado de Maestría o Doctorado y un Facilitador adquiera un aumento de $45 a $75 por completar su grado de Maestría o Doctorado. Nunca solicité la carrera magisterial porque las cartas circulares y la ley no lo permitían. Esto es completamente discriminatorio.

Comencé a estudiar el doctorado en la Pontificia Universidad Católica y no continué porque el pago de matrícula no cubría algunos cursos. También no me sentía motivada al observar el "tremendo" aumento de $45 que iba a recibir cuando terminara; que si hubiera estado con la carrera magisterial hubiera sido diferente,

El Artículo 2.02.-Denominación de las Clasificaciones y Niveles Magisteriales presenta:

Las clasificaciones y niveles magisteriales tendrán las siguientes denominaciones:

1. Maestro de Salón de Clases
2. Maestro Bibliotecario
3. Orientador Escolar
4. Trabajador Social Escolar
5. Maestro Especialista en Tecnología Instruccional
6. Coordinador Industrial
7. Coordinador de Programas Vocacionales

Si observamos en este grupo de profesionales el único que tiene estudiantes es el maestro, los demás al igual que los Facilitadores no tienen estudiantes sin embargo podían solicitar la carrera magisterial.

Muchos de los Supervisores o facilitadores cumplimos con los requisitos presentados en artículo 2.03 y 2.04. Los requisitos que faltan son los que están relacionados específicamente con los procesos de la carrera magisterial, por ejemplo: Radicar Solicitud de Activación y Plan de Mejoramiento Profesional.

Como Supervisora cumplía con muchos de estos requisitos incluyendo los Dieciocho (18) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría del puesto que ocupaba, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico. Adjunto algunas evidencias relacionadas con mi preparación académica.

La Ley de la carrera magisterial tuvo vigencia el 1 de julio de 2003, para esta fecha estuve retirada por primera vez, pero deseo completar el doctorado. No pude continuar debido a que el pago de matrícula no cubría algunos cursos.

*Ana A. Silva Luciano*

Ana A. Silva Luciano

Nota:

Estuve enferma desde 28 de noviembre hasta finales de diciembre con la bacteria micoplasma y no pude trabajar estos casos. Ahora debido a los terremotos ocurridos en Ponce, he tenido que abandonar mi casa y se me ha hecho muy difícil enviar algunas evidencias. Me encuentro en el área norte de la isla en la casa de un familiar. Estoy en la mejor disposición de enviar cualquier otra evidencia que sea necesaria cuando se normalice la situación con la naturaleza; si así Dios lo permite.