

# Ley de la Carrera Magisterial de Puerto Rico, 1999

Ley Núm. 158 de 30 de junio de 1999, según enmendada

[Búsqueda Avanzadas y Actualizadas (Solo Socios y Suscriptores)]

## CAPITULO I DISPOSICIONES GENERALES

**Artículo 1.01.-Título (18 L.P.R.A. omitido)**

Esta Ley se conocerá como "Firma del estudiante Ley de la Carrera Magisterial".
(Junio 30, 1999, Núm. 158, art. 1.01; enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

**Artículo 1.02.-Declaración de Propósitos (18 L.P.R.A. omitido)**

Las Exposiciones de Motivos de la Ley [Núm. 208 de 28 de agosto de 2002] y de esta Ley forman parte del texto normativo y constituyen su declaración de propósitos.
(Junio 30, 1999, Núm. 158, art. 1.02; enmendada en el Agosto 28, 2002, Núm. 208, art. 2.)

**Artículo 1.03.- Miembros de la Carrera Magisterial (18 L.P.R.A. sec. 311)**

Serán miembros de la Carrera Magisterial los maestros del salón de clases, los maestros bibliotecarios, los orientadores escolares, los trabajadores sociales escolares, los maestros especialistas en tecnología instruccional, los coordinadores industriales y los coordinadores de programas vocacionales, que:
1. Posean certificados regulares de maestro en la categoría en que se desempeñen,
2. Tengan status permanente, y,
3. Estén trabajando como maestros de salón de clases, maestros bibliotecarios, orientadores escolares, trabajadores sociales escolares, maestros especialistas en tecnología instruccional, coordinadores de programas vocacionales y coordinadores industriales y estén realizando las funciones inherentes en la categoría de puesto para el cual se les expidió el certificado regular.
(Junio 30, 1999, Núm. 158, art. 1.03; enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

**Artículo 1.04.-Exclusiones (18 L.P.R.A. sec. 311a)**

Estarán excluidos de la Carrera Magisterial los maestros con status probatorio, transitorio elegible y provisional.
(Junio 30, 1999, Núm. 158, art. 1.04; enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

**Artículo 1.05.-El Reglamento de la Carrera Magisterial (18 L.P.R.A. sec. 311b)**

El Secretario promulgará un Reglamento de la Carrera Magisterial, complementario de esta Ley, armonizando sus disposiciones con ésta."
(Junio 30, 1999, Núm. 158, art. 1.05; enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

## CAPITULO II. DEROGADO

(Junio 30, 1999, Núm. 158, Capítulo II fue derogado en Agosto 28, 2002, Núm. 208, art. 2.)

## CAPITULO II. CLASIFICACIONES MAGISTERIALES

(Junio 30, 1999, Núm. 158, Capítulo III fue enmendado y renumerado como Capítulo II en Agosto 28, 2002, Núm. 208, art. 3.)

### Artículo 2.01.-Finalidad de la Clasificación y Nivel Magisterial (18 L.P.R.A. sec. 312)

Las clasificaciones y niveles establecen un orden en la jerarquía según su preparación académica y años de experiencia.
(Junio 30, 1999, Núm. 158, art. 3.01; enmendado y renumerado como art. 2.01 en el Agosto 28, 2002, Núm. 208, art. 3.)

### Artículo 2.02.-Denominación de las Clasificaciones y Niveles Magisteriales (18 L.P.R.A. sec. 312a)

Las clasificaciones y niveles magisteriales tendrán las siguientes denominaciones:
1. Maestro de Salón de Clases
2. Maestro Bibliotecario
3. Orientador Escolar
4. Trabajador Social Escolar
5. Maestro Especialista en Tecnología Instruccional
6. Coordinador Industrial

Coordinador de Programas Vocacionales

En todas las clasificaciones anteriores existirán los niveles del I al IV, cuyos ocupantes cumplirán con todos los requisitos dispuestos en esta Ley y en la Ley de su profesión particular, si alguna.
(Junio 30, 1999, Núm. 158, art. 3.02; enmendado y renumerado como art. 2.02 en el Agosto 28, 2002, Núm. 208, art. 3.)

### Artículo 2.03.-Nivel I en cada Clasificación (18 L.P.R.A. sec. 312b)

El Nivel I en cada clasificación se otorgará al miembro de la Carrera Magisterial que:

(a) Obtenga la permanencia en el Sistema de Educación Pública, conforme a la Ley Núm. 312 de 15 de mayo de 1938, según enmendada.
(b) Radique Solicitud de Activación al amparo de esta Ley.
Radique y se apruebe el Plan de Mejoramiento Profesional.
(Junio 30, 1999, Núm. 158, art. 3.03; enmendado y renumerado como art. 2.03 en el Agosto 28, 2002, Núm. 208, art. 3.)

### Artículo 2.04.-Nivel II en cada Clasificación (18 L.P.R.A. sec. 312c)

El Nivel II en cada clasificación se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:

(a) Dieciocho (18) créditos académicos en nivel subgraduado en áreas de estudios relacionados con las categorías de puestos incluidos en esta Ley, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

Doscientas (200) horas contacto en actividades de educación continuada, desde que se le reconoció el Nivel I.

(c) Diez (10) años de experiencia docente en el Sistema de Educación Pública.

(d) Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:

1. Siete (7) años de experiencia docente en el Sistema de Educación Pública.

2. Dieciocho (18) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría del puesto en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

3. Doscientas (200) horas-contacto en actividades de educación continuada desde que se le reconoció el Nivel I. Evaluaciones satisfactorias de su desempeño docente