alle Sauer 834

nec, PR 00716-2144





Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón 150
San Juan, (Puerto Rico) 00918-1767