## Evidencia de Reclamación

| | |
|---|---|
| 12. Is this claim subject to a right of setoff? <br><br> ¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No <br><br> ☐ Yes. Identify the property / Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? <br><br> ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No <br><br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $ _____ <br><br> Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**  **Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el **20- 06 -2018** (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma **Migdalia Grzley Stge.**

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name **Migdalia González Santiago**
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo **maestra Departamento de Educación**

Company / Compañía

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección
Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto    Email / Correo electrónico

dified Official Form 410    **Proof of Claim**

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMUD: 205016

EPOC ID: 170328300935943

| | | | |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED (stamp, vertical)

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monte Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

GONZALEZ SANTIAGO, MIGDALIA

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

170328300935943

Modified Official Form 410

Proof of Claim

page 1

Certificado vitalicio de maestra expedido por el Departamento de
Educación de Puerto Rico



Certificación de Años de Servicio del Sistema de Retiro de Maestros de Puerto Rico

SRM

27 de octubre de 2010

Prof. Migdalia González Santiago

Re: Relación Años y Servicio

Le informamos que de acuerdo con la información disponible al presente en nuestros archivos, usted tiene **cotizado al Sistema** aproximadamente:

XXX-XX-4361

| Años | Meses | Semanas | Dias |
|------|-------|---------|------|
| 29 | 10 | 1 | 1 |

Al 31 de octubre de 2010.

Completaría __30 años__ de servicios cotizados en diciembre 2010.

| Pensión: | | Para su información: | | | |
|----------|------|----------------------|---------------|---------------|------------------------|
| | | Descuentos: | | | |
| Fecha: | 75% | 9% hasta completar los 30 de servicio y/o 55 años | Préstamo SRM | Plan medico: | Neto mensual **aprox.** |
| dic/2010 | $ 2,035.00 | $--------- | $ 244.58 | $ 395.70 | $ 165.50 | $1,229/$ 614. (q) |
| Jul· Jol1 | 2,075 | | | $ 395.70 | $ 165.50 | Neto: |
| Agosto/2012 | $2,160.00 | | ----------- | $ 395.70 | $ 165.00 | $1600./ $800. (q) |

Cuando decida retirarse **debe** someter la solicitud de retiro por lo menos **3 meses antes de la fecha de renuncia.** (No aplica a Retiro por Incapacidad Física).

Todo compromiso de préstamos en este Sistema será descontado de su pensión hasta la fecha de vencimiento.

**\*\* Sujeto a otros descuentos que usted autorice o cancele\*\***

✓ **Durante el proceso de Retiro, tiene que pagar su plan médico, los meses que este sin cobrar.** Aportación patronal del SRM= **$100.00.**

Esto **NO** es una Certificación Oficial de Retiro. Estos cálculos son preliminares y están sujetos a verificación final y oficial a la fecha de su retiro.

Cordialmente,

Arlene Hoyos Escalera
Oficial
Sala de Servicios

Sucursal de Ponce

Sta. María Shopping Center – 441 Calle Ferrocarril  Sto.101 – Ponce PR  00717-1102
Tel. (787) 840-0800  Fax (787) 841-1130



CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

17 de mayo de 2011

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: Migdalia González Santiago

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico)

[ X ] Años de Servicio  [ ] Edad      [ ] Diferida      [ ] Suplementaria

Al 3 de mayo de 2011 fecha de su última aportación recibida

[X] cualifica  [ ] no cualifica  para acogerse a la jubilación y tiene el siguiente tiempo.

| AÑOS | MESES | SEMANAS | DIAS | | EDAD |
|------|-------|---------|------|--|------|
| 30 | 4 | 1 | 2 | | 53 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son

[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ X] No aplica

Cualificará para una pensión al 75 % del promedio de los 36 salarios más altos.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortíz Valladares
Directora/Área Servicios de Retiro

Yesenia Y Nieves Sierra
Oficial de Servicios de Retiro

PROF MIGDALIA GONZALEZ SANTIAGO
HC 1 BOX 7849
VILLALBA  PR 00766

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| --- | --- | --- |
| Desde: | 09/16/2019 | Aviso #: 3596393 |
| Hasta: | 09/30/2019 | Fecha Aviso: 09/27/2019 |

**MIGDALIA GONZALEZ SANTIAGO**
HC 1 BOX 7849
VILLALBA PR 00766-9854

SS: XXX-XX-4361

| # Empleado: | XXXXX4361 |
| --- | --- |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,047.50 Monthly |

| DATA IMP: | Federal | PR |
| --- | --- | --- |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 ~99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
| --- | --- | --- | --- | --- | --- |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,023.75 | 1,462.50 | 18,427.50 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,023.75 | 1,462.50 | 18,527.50 |

### IMPUESTOS

| | Corriente | Acumulado |
| --- | --- | --- |
| Descripcion | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| RM-Prest Pers De Cuota-Ret Mae | 63.76 | 1,147.68 |
| SM-First Medical Health Plan | 55.00 | 915.00 |
| Total: | 118.76 | 2,062.68 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-First Medical Health Plan | 100.00 | 900.00 |

* Tributable

### TOTAL BRUTO

| | |
| --- | --- |
| Corriente: | 1,023.75 |
| Acumulado: | 18,527.50 |

### TOTAL IMPUESTOS

| | |
| --- | --- |
| 0.00 |
| 0.00 |

### DEDUCCIONES TOTALES

| | PAGA NETA |
| --- | --- |
| 118.76 | 904.99 |
| 2,062.68 | 16,464.82 |

### PTO HORAS          ACUM

| Balance Inicial: | 0.0 |
| --- | --- |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #3596393 | 904.99 |
| --- | --- |
| Total: | 904.99 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3596393

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Savings | | $904.99 |
| Total: | | $904.99 |

Cant. Deposito:   $904.99

TRAY 106 SQ 27007***************SCH 5-DIGIT 00751   27007 2 AV 0.383
MIGDALIA GONZALEZ SANTIAGO
HC 1 BOX 7849
VILLALBA PR 00766-9854

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
192 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM-Quincenal
Desde: 09/16/2019
Hasta: 09/19/2019

**MIGDALIA GONZALEZ SANTIAGO**
HC 1 BOX 7849
VILLALBA PR 00766-9854

SS: XXX-XX-4361

# Empleado: XXXXX4361
Dept:
Lugar: 392160-AÑOS SERVICIO LEY91 2004
Título: AÑOS SERVICIO LEY 91
Pensionado
Sueldo: $7,047.50 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0
Pet Adal.:
Cant Adal.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,023.75 | 1,462.50 | 19,427.50 |
| BONO MEDICINA - PENSIONADOS | | | 0.00 | | 100.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 63.76 | 1,147.68 |
| SM-First Medical Health Plan | 55.00 | 915.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 900.00 |

| Total | 0.00 | 0.00 | Total | 118.76 | 2,062.68 |

**TOTAL BRUTO**
Corriente: 1,023.75
Acumulado: 18,527.50

**TOTAL IMPUESTOS**
0.00
0.00

* Tributable

**DEDUCCIONES TOTALES**
118.76
2,062.68

**PAGA NETA**
904.99
16,664.82

**FTO HORAS / ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
- Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #3596393 904.99
Total 904.99

MENSAJE:

---

**Gobierno de Puerto Rico**
192 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3596393

Cant. Deposito:  $904.99

TRAV 106 SQ 27007**************SCH 5-DIGIT 0075)   27007 2 AV 0.383
MIGDALIA GONZALEZ SANTIAGO
HC 1 BOX 7849
VILLALBA PR 00766-9854

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $904.99 |
| Total | | $904.99 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**MIGDALIA GONZALEZ SANTIAGO**
HC 1 BOX 7849
VILLALBA PR 00766-9854

SS-XXX-XX-4383

| Grupo de Pago: | SM-Quincenal | Business Unit: PUERT |
| Desde: | 09/16/2019 | Aviso #: 3596393 |
| Hasta: | 09/30/2019 | Fecha Aviso: 09/27/2019 |

| # Empleado: | XXXXX4363 | DATA IMP: | Federal: | PR |
| Dept: | 592160-ANOS SERVICIO LEY191 2004 | Estado Civil: | Married | Married |
| Lugar: | A C/S SERVICIO LEY 91 | Concesiones: | 0 | 99/99 |
| Título: | Pensionado | Ret. Adel: | |
| Sueldo: | $2,047.50 Monthly | Cant. Adel: | |

### HORAS E INGRESOS

| Descripción | Sueldo | Corriente | | Acumulado | |
| | | Horas | Ingreso | Horas | Ingreso |
| Pago de Salarios Regulares | | 1,023.75 | | 1,462.50 | 18,427.50 |
| BONO MEDICINA-PENSIONADOS | | 0.00 | | | 100.00 |

### IMPUESTOS

| Descripción | Corriente | Acumulado |

Total: 102.75 1,462.50 18,527.50

### DEDUCCIONES

| Descripción | Corriente | Acumulado |

### DEDUCCIONES GENERALES

| Descripción | Corriente | Acumulado |
| RM-Prest Pers De Costa-Ret Mae | 63.76 | 1,147.68 |
| SM-First Medical Health Plan | 55.00 | 915.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripción | Corriente | Acumulado |
| SM-First Medical Health Plan | 100.00 | 900.00 |

Total: 0.00 0.00   Total: 118.76 2,062.68

| TOTAL BRUTO | |
| Corriente | 1,023.75 |
| Acumulado | 18,527.50 |

| TOTAL IMPUESTOS | |
| 0.00 |
| 0.00 |

* Tributable

| DEDUCCIONES TOTALES | PAGA NETA |
| 118.76 | 904.99 |
| 2,062.68 | 16,464.82 |

| PTO HORAS | ACUM |
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
| Aviso #3596393 | 904.99 |
| Total: | 904.99 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3596393

Cant. Deposito:    $904.99

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $904.99 |
| Total: | | $904.99 |

TRAY 106 SQ 27007•••••••••••••••••••SCH 5-DIGIT 00751   27007 2 AV 0.383
MIGDALIA GONZALEZ SANTIAGO
HC 1 BOX 7849
VILLALBA PR 00766-9854

## NO-NEGOCIABLE