Migdalia Gonzalez Santiago
HC 1 Box 7849
Villalba Puerto Rico 00766

No. de Reclamación: 88548



Secretaria (clerk's Office)
Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767