# Evidencia de Reclamación

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 JUN 21 A 11: 53

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   Santiago Hernandez Hiram E.
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410    Proof of Claim    page 1

12. Is this claim subject to a right of setoff?

    ¿La reclamación está sujeta a un derecho de compensación?

    ☒ No / No
    ☐ Yes. Identify the property /
    Sí. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

    ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

    ☒ No / No
    ☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____
    by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

    Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 21 junio 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Miriam M. Santiago Herina*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  Miriam  Milagros  Santiago
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  maestra

Company / Compañía  Departamento de Educación
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  B-7  Calle 2  Urb Las Alondras
                     Number / Número    Street / Calle

                     Villalba              P.R.           00766
                     City / Ciudad         State / Estado  ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-908-5023  Email / Correo electrónico miriam.santiago@yahoo.com
                                     787-847-6056

Modified Official Form 410                    Proof of Claim                           page 4

## Comprobante de Pensión como prueba de que trabajé como maestra para el Departamento de Educación de Puerto Rico

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 09/16/2019
Hasta: 09/30/2019

Business Unit: PUERT
Aviso #: 3580040
Fecha Aviso: 09/27/2019

MIRIAM M SANTIAGO HERNANDE
URB LAS ALONDRAS
B7 CALLE 2
VILLALBA PR 00766-2307
SS: XXX-XX-2899

# Empleado: XXXXX2899
Dept: 592060-Anos de Serv:032
Lugar: Ley 218/51:032
Título: Pensionado
Sueldo: $1,243.80 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 19+99
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 7,654.54 | 81.25 | 621.90 | 1,462.50 | 11,194.20 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 621.90 | 1,462.50 | 11,294.20 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 3.50 | 63.00 |
| AS-ASOC PENSIONADOS | 1.00 | 18.00 |
| AS-EMP ACOG SEG ASOC EMP ELA | 1.00 | 18.00 |
| Total: | 5.50 | 99.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 900.00 |

*Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 621.90 | 11,294.20 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 5.50 | 99.00 |
| Paga Neta | 616.40 | 11,195.20 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #3580040 | 616.40 |
|---|---|
| Total: | 616.40 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 09/27/2019

Aviso No. 3580040

Cant. Deposito: $616.40

MIRIAM M SANTIAGO HERNANDE
URB LAS ALONDRAS
B7 CALLE 2
VILLALBA PR 00766-2307

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $616.40 |
| Total: | | $616.40 |

**NO-NEGOCIABLE**

Certificado Vitalicio de maestra expedido por el Departamento de Instrucción Pública (hoy Departamento de Educación)

EL DEPARTAMENTO DE INSTRUCCION PUBLICA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

POR LA PRESENTE CONFIERE A

MIRIAM MILAGROS SANTIAGO HERNANDEZ

QUIEN HA CUMPLIDO LOS REQUISITOS PRESCRITOS POR LA LEY, ESTE

# CERTIFICADO VITALICIO

QUE AUTORIZA AL TENEDOR A TRABAJAR COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS

ESCUELAS PUBLICAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A PARTIR DE ESTA FECHA, A MENOS QUE SEA REVOCADA POR AUTORIDAD LEGAL.

DADO EN HATO REY, PUERTO RICO EL 1 de julio de 19 68

SECRETARIO DE INSTRUCCION PUBLICA

Número 135