Miriam M. Santiago Hernandez
Calle 2 B-7 Urb Los Alondros
Villalba, Puerto Rico 00766
No. de reclamación: 79684



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR