# EXHIBIT A

(57)

## SECURITY AGREEMENT

This Security Agreement, dated as of February 7, 2002, is by and between the Puerto Rico Highway and Transportation Authority (the "Debtor") and owners from time to time of the Transportation Revenue Bonds of the Authority (the "Transportation Revenue Bonds") issued pursuant to the provisions of the Authority's Resolution No. 98-06, adopted on February 26, 1998, as amended (the "Resolution") and represented for purposes of this Security Agreement by JPMorgan Chase Bank, as fiscal agent (the "Secured Party").

In order to provide security for the Debtor's payment of principal of, premium (if any) and interest on its Transportation Revenue Bonds in accordance with their respective terms and the terms of the Resolution, Debtor hereby grants to the Secured Party a security interest in the Puerto Rico Highway and Transportation Authority Transportation Revenue Bonds Interest and Sinking Fund (and all accounts therein) and Puerto Rico Highway and Transportation Authority Transportation Revenue Fund (and all accounts therein), maintained under the Resolution, and all amounts required to be on deposit therein by the terms of the Resolution, including all proceeds and all after-acquired property, subject to application as permitted by the Resolution. Remedies for failure of the Debtor to make timely payment of principal of, premium (if any) and interest on the Transportation Revenue Bonds or failure of the Debtor to fulfill its other covenants contained in the Resolution for the benefit of the owners of Transportation Revenue Bonds shall be as established by law.

The Authority should cause UCC-1 statements and continuation statements to be filed, as appropriate, and the Secured Party shall not be responsible for any UCC filings.

IN WITNESS WHEREOF, the parties hereto have set their hands as of the date above written.

PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY

By _____
Name:
Title:

JPMORGAN CHASE BANK

By _____
Name:
Title:

**DEPARTAMENTO DE ESTADO**
**GOBIERNO DE PUERTO RICO**
**DECLARACION DE FINANCIAMIENTO**
*FINANCING STATEMENT*
Favor de seguir cuidadosamente las instrucciones indicadas al dorso de esta forma.
*Please follow carefully the instructions indicated on the reverse side of this form.*

Reservado para el oficial de archivo/ *Reserved for the filing officer*
Sello de fecha y hora: / *Date and time stamp:*
Número de registro: / *Registration number:*

`...RO DE TRANSAC...`
`COMERCIALES`
`02 FEB -7 PM 3:58`

A. DEVOLVER COPIA A:/*RETURN COPY TO:* (Nombre y dirección postal/*Name and mailing address*)
Ignacio Alvarez
Pietrantoni Méndez & Álvarez LLP
Banco Popular Center Suite 1901
209 Muñoz Rivera Avenue
San Juan PR 00918

**1. NOMBRE DEL PRIMER DEUDOR /** *FIRST DEBTOR'S NAME* Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

a. Apellido del individuo / *Individual's last name*
Segundo apellido / *Second surname*
Primer nombre/*First name*
Segundo nombre / *Middle name*
Sufijo / *Suffix*

b. Nombre de la entidad / *Entity name*
Puerto Rico Highway and Transportation Authority

c. Dirección postal / *Mailing address*: Minillas Government Center, South Building
Ciudad / *City*: San Juan
Estado / *State*: PR
País / *Country*:
Código Postal / *Zip code*: 00921

d. Número de seguro social o patronal / *Social security or tax-id number*: 66-0433808
e. (Opcional) Información adicional sobre la entidad / *(Optional) Additional information about the entity*

**2. NOMBRE DE DEUDOR ADICIONAL /** *ADDITIONAL DEBTOR'S NAME* Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

a. Apellido del individuo / *Individual's last name*
Segundo apellido / *Second surname*
Primer nombre/*First name*
Segundo nombre / *Middle name*
Sufijo / *Suffix*

b. Nombre de la entidad / *Entity name*

c. Dirección postal / *Mailing address*
Ciudad / *City*
Estado / *State*
País / *Country*
Código Postal / *Zip code*

d. Número de seguro social o patronal / *Social security or tax-id number*
e. (Opcional) Información adicional sobre la entidad / *(Optional) Additional information about the entity*

**3. NOMBRE DE ACREEDOR GARANTIZADO /** *SECURED PARTY'S NAME* Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

a. Apellido del individuo / *Individual's last name*
Segundo apellido / *Second surname*
Primer nombre/*First name*
Segundo nombre / *Middle name*
Sufijo / *Suffix*

b. Nombre de la entidad / *Entity name*
J P Morgan Chase Bank, on behalf of the bondholders of all Transportation Revenue Bonds issued pursuant to the provisions of the Puerto Rico Highway and Transportation Authority's Resolution No. 98-06, adopted on February 26, 1998, as amended (the "Resolution").

c. Dirección postal / *Mailing address*: 450 West 33rd Street, 15th Floor
Ciudad / *City*: New York
Estado / *State*: NY
País / *Country*:
Código Postal / *Zip code*: 10001-2697

**4. ESTA DECLARACION DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTICULOS DE PROPIEDAD:**
*THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OR ITEMS OF PROPERTY:*

The Puerto Rico Highway and Transportation Authority (the "Authority") has executed and delivered a certain Security Agreement dated as of February 7, 2002 and has granted to J P Morgan Chase Bank, as fiscal agent under the Authority's Resolution No. 98-06, adopted on February 26, 1998, as amended (the "Resolution"), a security interest in: (i) all Revenues (as defined in the Resolution) of the Authority, (ii) the Puerto Rico Highways and Transportation Authority Transportation Revenue Bonds Interest and Sinking Fund, as such term is defined in the Resolution (and all accounts therein) maintained under the Resolution, (iii) the Puerto Rico Highways and Transportation Authority Transportation Revenue Fund, as such term is defined in the Resolution (and all accounts therein), maintained under the Resolution, and (iv) all amounts on deposit and required to be on deposit therein by the terms of the Resolution, including all proceeds and all after-acquired property, subject to application as permitted by the Resolution.

**5. MARQUE SI APLICA /** *CHECK IF APPLICABLE* (Describa la propiedad en el apéndice / *Describe the real estate in the addendum*)
☐

**6. FIRMA(S) /** *SIGNATURE(S)*
Primer deudor / *First debtor*: [signature]
Fernando E. Fagundo, Executive Director
Deudor adicional / *Additional debtor*
Acreedor garantizado / *Secured party*

**7. NOTARIA (OPCIONAL) /** *NOTARY (OPTIONAL)*

En / *In*: _____
Fecha / *Date*: _____
Notario Público / *Notary Public*

39570.1
Forma UCC-1-PR (Rev. Diciemb...)



GIRO DE TRANSACCION
COMERCIALES

02 FEB -7 PM

SC-848
RECIBO DE PAGO
NUM. 0088-EF07206F

TERMINAL# 02001  RECIBO# 03826
CAJERO# 19007  COLECTURIA# 0086
10/01/2002  10:17 AM

CIF DEP: 0086  NUM. DEP.: 2002194
COLECTURIA DE CARGO: 86

SSN/EIN: 999999999
NOMBRE: P M A
DIRECCION:

**CANCELADO**

FECHA DE PAGO: 10/01/2002

CLAVE: 1701
DESC: DERECHO REGISTRO
FISCAL YEAR: 2002
PAGO: $15.00


TOTAL DEL PAGO $15.00

COLECTOR:
  CASTRODAD  ,ANA

FIRMA:
  ------/------------------
  Marrero    , Wilfredo

DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| PROMESA COVER SHEET (Instructions on Reverse) | CASE NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | **DEFENDANTS**<br>Ada R. Valdivieso, et al. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Proskauer Rose LLP, Eleven Times Square, New York, NY 10036. Tel. 212.969.3000; Luis F. del Valle-Emmanuelli; P.O. Box 79897; Carolina, Puerto Rico 00984-9897. | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other | **PARTY** (Check One Box Only)<br>☐ Debtor<br>☑ Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
28 U.S.C. §§ 2201, 2202, 11 U.S.C. § 502(a) (Declarations as to scope of HTA bondholder security interests); 48 U.S.C. § 2161, 11 U.S.C. §§ 544, 550, 551, 19 L.P.R.A. §§ 2214, 2262, 2264, 2267 (Judgments avoiding unperfected security interests); 48 U.S.C. § 2161, 19 L.P.R.A. §§ 2212(a)(52), 2267(a)(2) , 11 U.S.C. § 502(a) (Declarations as to priority of HTA's interest in funds); 48 U.S.C. §§ 2103, 2141, 2142, 2161, 28 U.S.C. §§ 2201, 2202, 11 U.S.C. § 502(a) (Declaration that any right of HTA's to receive HTA Allocable Reveunues has been preempted by PROMESA); 28 U.S.C. §§ 2201, 2202, 48 U.S.C. § 2161, 11 U.S.C. §§ 502(a), 552 (Declaration that any such security interests have been cut off by 11 U.S.C. § 552(a) postpetition); 48 U.S.C. § 2161, 11 U.S.C. §§ 502(a) (Judgment disallowing secured claims).

### NATURE OF SUIT

☐ PROMESA Title III Petition  ☐ PROMESA Title VI Application for Approval of Modifications
☐ Other Federal Question  ☑ Adversary Proceeding  ☐ Demand $ _____

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property – other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☑ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

### TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR Financial Oversight and Management Board for Puerto Rico as the representative of the Puerto Rico Highways and Transportation Authority | CASE NO.<br>17-BK-3567 (LTS) | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>United States District Court for the District of Puerto Rico | DIVISION OFFICE | NAME OF JUDGE<br>Laura Taylor Swain |

**DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)**

| RELATED ADVERSARY PROCEEDING (IF ANY) |||
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) s/ Luis F. del Valle-Emmanuelli |||
| DATE<br>5/20/2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>LUIS F. DEL VALLE-EMMANUELLI ||

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.