# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 0005-4(c)(5), Margaret Mary Schierberl, hereby withdraws her appearance as counsel for the Puerto Rico Central Recovery and Reconstruction Office ("COR3") and the Puerto Rico Public-Private Partnerships Authority ("P3").

1.     On January 11, 2019, a motion was filed seeking the admission *pro hac vice* of Ms. Schierberl.  By order dated January 14, 2019, this Court granted the motion.

2.      On January 16, 2020, Ms. Schierberl will withdraw from the firm of Cleary Gottlieb.

3.     Based on Ms. Schierberl's departure from Cleary Gottlieb, this Motion seeks to inform the Court and all parties-in-interest that she will no longer be involved in representing COR3 and P3 in this case.

3

WHEREFORE, Cleary Gottlieb respectfully requests that Ms. Schierberl's appearance in this case be withdrawn and that all future notices and pleadings delivered to Cleary Gottlieb be directed to the attention of Luke A. Barefoot.

Dated: January 16, 2020

_/s/_ Margaret Schierberl

Margaret Schierberl

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83A (f).

In San Juan, Puerto Rico, this 16 of January, 2020.

*s/ Luis C. Marini-Biaggi*

Luis C. Marini-Biaggi
USDC PR No. 22230