# **EXHIBIT 12**

GOVERNMENT OF PUERTO RICO

Puerto Rico Fiscal Agency and Financial Advisory Authority

PRESS RELEASE

Thursday, December 5, 2019

# Government Has Earned $49 Million in Interest Fiscal Year-to-Date

**(San Juan, Puerto Rico)** – Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF, Spanish acronym) and Chief Financial Officer Omar J. Marrero announced that the Government of Puerto Rico has received $49 million in interest fiscal year-to-date.

The weekly report on the Treasury Single Account (TSA) revealed that this account—which maintains a balance of approximately $8 billion---accrued close to $49 million in from July 1 to November 22, 2019.

Marrero indicated that said earnings were due to several bank movements the Puerto Rico Treasury Department, with AAFAF's support, made aimed at generating better interest yields for the TSA. TSA funds that are not reserved for operating expenses and budgetary purposes are transferred to interest bearing accounts in different banks authorized to do business in Puerto Rico by the Office of the Commissioner of Financial Institutions.

Puerto Rico Treasury Secretary Francisco Parés Alicea explained that the transfers made in October are part of a recently established program to maximize interest generated through the monthly redistribution of TSA unreserved balances. "This redistribution is projected to produce approximately $124 million in accrued interest per year, which is reflects a 39% increase compared to the interest generated during the previous fiscal year," Parés Alicea stated.

Puerto Rico Governor Wanda Vázquez Garced commended the officers for reinforcing the accountability reports, which results in more transparency on government administration and benefits for the people of Puerto Rico.

Contact: Iván Caraballo • Tel: (787) 379-8023 • email: ivan.caraballo@aafaf.pr.gov



GOVERNMENT OF PUERTO RICO

Puerto Rico Fiscal Agency and Financial Advisory Authority

*PRESS RELEASE*

AAFAF publishes the TSA report on a weekly basis since October 2017. The report released today, corresponding to the week ended November 22, 2019, includes, for the first time, the breakdown on the interest accrued by the TSA.

The TSA report is published every Tuesday on the AAFAF website at http://www.aafaf.pr.gov and it is part of our commitment to fiscal responsibility and transparency in public finance.

# # #

---

Contact: Iván Caraballo • Tel: (787) 379-8023 • email: ivan.caraballo@aafaf.pr.gov



GOBIERNO DE PUERTO RICO

Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico



COMUNICADO PRENSA

jueves, 5 de diciembre de 2019

## Gobierno obtiene $49 millones en intereses en lo que va del año fiscal 2019-2020

San Juan, P.R. – El director ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico (AAFAF) y principal oficial financiero de Puerto Rico (CFO, siglas en ingles), Omar J. Marrero, anunció que el Gobierno de Puerto Rico ha recibido $49 millones en intereses en lo que va del año fiscal 2019-2020, según refleja un informe publicado hoy.

El informe semanal sobre la principal cuenta operacional del Secretario de Hacienda, conocida en inglés como *Treasury Single Account* (TSA, siglas en inglés), reveló que la cuenta TSA—la cual mantiene un balance aproximado de más de $8 mil millones—acumuló cerca de $49 millones en intereses en el periodo del 1 de julio al 22 de noviembre de 2019.

Marrero indicó que dicha ganancia se debió a varios movimientos bancarios que realizó recientemente el Departamento de Hacienda, con el apoyo de AAFAF, dirigidos a obtener mejores rendimientos para la cuenta TSA. Los fondos de la cuenta TSA que no están reservados para gastos operacionales y fines presupuestarios son transferidos a cuentas que generan intereses en diversos bancos autorizados por la Oficina del Comisionado de Instituciones Financieras a hacer negocios en Puerto Rico.

Por su parte, el Secretario del Departamento de Hacienda, Francisco Parés Alicea, explicó que las transferencias efectuadas durante el mes de octubre forman parte de un programa recién establecido por el Departamento para maximizar los intereses generados mediante la redistribución mensual de los balances no reservados de la cuenta TSA. "Se proyecta que esta redistribución resultará en aproximadamente $124 millones en intereses generados anualmente, lo cual representa un aumento de 39% en comparación con los intereses generados durante el año fiscal pasado", indicó Parés Alicea.

Contacto: Iván E. Caraballo • Tel:(787) 379-8023 • email:ivan.caraballo@aafaf.pr.gov

AAFAF



# GOBIERNO DE PUERTO RICO

Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico

Mientras, la gobernadora de Puerto Rico Wanda Vázquez Garced felicitó a los funcionarios por continuar robusteciendo informes de rendición de cuentas, que redundan en transparencia en la gestión gubernamental y beneficios para el pueblo de Puerto Rico.

AAFAF publica el informe de la cuenta TSA semanalmente desde octubre de 2017. El informe publicado hoy, que corresponde a la semana que terminó el 22 de noviembre de 2019, incluye por primera vez el desglose de los intereses acumulados por la cuenta TSA.

El informe de la cuenta TSA se publica semanalmente los martes en la página web de AAFAF, http://www.aafaf.pr.gov, y es parte de nuestro compromiso con la responsabilidad fiscal y la transparencia en las finanzas públicas.

###

COMUNICADO PRENSA

Contacto: Iván E. Caraballo • Tel:(787) 379-8023 • email:ivan.caraballo@aafaf.pr.gov

AAFAF