**Opposition Deadline: January 30, 2020 5:00 PM AST**
**Reply Deadline: February 13, 2020 5:00 PM AST**
**Hearing Date: February 27, 2020 10:00 AM AST**

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

### NOTICE OF FILING OF AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND THE BANK OF NEW YORK MELLON'S MOTION CONCERNING APPLICATION OF THE <u>AUTOMATIC STAY TO THE REVENUES SECURING THE CCDA BONDS</u>

**PLEASE TAKE NOTICE** that on January 16, 2020, Ambac Assurance Corporation ("<u>Ambac</u>"), Financial Guaranty Insurance Company ("<u>FGIC</u>"), Assured Guaranty Corp. ("<u>AGC</u>"), Assured Guaranty Municipal Corp. (together with AGC, "<u>Assured</u>"), and The Bank of New York

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Mellon, in its capacity as CCDA bondholder trustee (collectively, the "Movants"), filed their *Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Tenth Amended Case Management Procedures (Case No. 3:17-bk-03283, ECF No. 8027-1) (the "Case Management Procedures"), and must be filed electronically with the Court by registered users of the Court's case filing system, in searchable portable document format. Pursuant to the *Interim Case Management Order for Revenue Bonds* (Case No. 3:17-bk-03283, ECF No. 9620) that the Court issued on December 19, 2019, oppositions to the Motion are due **January 30, 2020 at 5:00 p.m. (Atlantic Standard Time)** and replies are due **February 13, 2020 at 5:00 p.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is **February 27, 2020, at 10:00 a.m. (Atlantic Standard Time)** at the Daniel Patrick Moynihan Courthouse, at 500 Pearl Street, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's Case Management Procedures.

*[Signature page to follow]*

- 1 -

Dated:  January 16, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email:  rcamara@ferraiuoli.com
        scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac vice*)
    John J. Hughes, III (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile:  (212) 530-5219
    Email: ddunne@milbank.com
        amiller@milbank.com
        gmainland@milbank.com
        jhughes2@milbank.com

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

**ARENT FOX LLP**

By: */s/ David L. Dubrow*
　　David L. Dubrow (admitted *pro hac vice*)
　　Mark A. Angelov (admitted *pro hac vice*)
　　1301 Avenue of the Americas
　　New York, NY 10019
　　Telephone: (212) 484-3900
　　Facsimile: (212) 484-3990
　　Email: david.dubrow@arentfox.com
　　　　　mark.angelov@arentfox.com
　　Randall A. Brater (admitted *pro hac vice*)
　　1717 K Street, NW
　　Washington, DC  20006
　　Telephone: (202) 857-6000
　　Facsimile: (202) 857-6395
　　Email:randall.brater@arentfox.com

*Attorneys for Ambac Assurance Corporation*


**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret Fuentes*
　　Albéniz Couret Fuentes
　　(USDC-PR No. 222207)
　　304 Ponce de León Ave. Suite 990
　　San Juan, PR 00918
　　Telephone: (787) 765-5656
　　Facsimile: (787) 294-0073
　　Email: acouret@smclawpr.com


**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*
　　Heriberto Burgos Pérez
　　(USDC-PR No. 204809)
　　Ricardo F. Casellas-Sánchez
　　(USDC-PR No. 203114)
　　Diana Pérez-Seda
　　(USDC-PR No. 232014)
　　P.O. Box 364924
　　San Juan, PR 00936-4924
　　Telephone: (787) 756-1400
　　Facsimile: (787) 756-1401
　　Email: hburgos@cabprlaw.com
　　　　　rcasellas@cabprlaw.com
　　　　　dperez@cabprlaw.com


**REED SMITH LLP**

By: */s/ Eric A. Schaffer*
　　Eric A. Schaffer (admitted *pro hac vice*
　　forthcoming)
　　Luke A. Sizemore (admitted *pro hac vice*
　　forthcoming)
　　Jared S. Roach (admitted *pro hac vice*)
　　225 Fifth Avenue, Suite 1200
　　Pittsburgh, PA 15222
　　Telephone: (412) 288-3131
　　Facsimile: (412) 288-3063
　　Email: eschaffer@reedsmith.com
　　　　　lsizemore@reedsmith.com
　　　　　jroach@reedsmith.com

*Attorneys for The Bank of New York Mellon*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
        mark.ellenberg@cwt.com
        bill.natbony@cwt.com
        ellen.halstead@cwt.com
        thomas.curtin@cwt.com
        casey.servais@cwt.com

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this same date, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all

CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*

Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile:  (787) 766-7001
Email:  rcamara@ferraiuoli.com
