**Opposition Deadline: January 30, 2020 5:00 PM AST**
**Reply Deadline: February 13, 2020 5:00 PM AST**
**Hearing Date: February 27, 2020 10:00 AM AST**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

-1-

**NOTICE OF FILING OF MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY, OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION**

**PLEASE TAKE NOTICE** that on January 16, 2020, Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. (together with AGC, "Assured"), Ambac Assurance Corporation ("Ambac"), National Public Finance Guarantee Corporation ("National"), and Financial Guaranty Insurance Company ("FGIC", and, together with Assured, Ambac, and National, the "Movants"), filed their *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Tenth Amended Case Management Procedures (Case No. 3:17-bk-03283, ECF No. 8027-1) (the "Case Management Procedures"), and must be filed electronically with the Court by registered users of the Court's case filing system, in searchable portable document format. Pursuant to the *Interim Case Management Order for Revenue Bonds* (Case No. 3:17-bk-03283, ECF No. 9620) that the Court issued on December 19, 2019, oppositions to the Motion are due **January 30, 2020 at 5:00 p.m. (Atlantic Standard Time)** and replies are due **February 13, 2020 at 5:00 p.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is **February 27, 2020, at 10:00 a.m. (Atlantic Standard Time)** at the Daniel Patrick Moynihan Courthouse, at 500 Pearl Street, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's Case Management Procedures.

[*Signature page to follow*]

Dated: New York, New York
January 16, 2020

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: */s/ Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ Mark C. Ellenberg* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> William J. Natbony* <br> Ellen M. Halstead* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> bill.natbony@cwt.com <br> ellen.halstead@cwt.com <br> thomas.curtin@cwt.com <br> casey.servais@cwt.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-5-

| ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: /s/ *Eric Perez-Ochoa*<br>　Eric Pérez-Ochoa<br>　USDC-PR No. 206,314<br>　E-mail:　epo@amgprlaw.com | By: /s/ *Robert Berezin*<br>　Jonathan Polkes*<br>　Gregory Silbert*<br>　Robert Berezin*<br>　Kelly Diblasi*<br>　Gabriel A. Morgan* |
| By: */s/Luis A. Oliver-Fraticelli*<br>　Luis A. Oliver-Fraticelli<br>　USDC-PR NO. 209,204<br>　E-mail:　loliver@amgprlaw.com<br><br>　208 Ponce de Leon Ave., Suite 1600<br>　San Juan, PR 00936<br>　Tel.:　(787) 756-9000<br>　Fax:　(787) 756-9010 | 　767 Fifth Avenue<br>　New York, New York 10153<br>　Tel.:　(212) 310-8000<br>　Fax:　(212) 310-8007<br>　Email:　jonathan.polkes@weil.com<br>　　　　gregory.silbert@weil.com<br>　　　　robert.berezin@weil.com<br>　　　　kelly.diblasi@weil.com<br>　　　　gabriel.morgan@weil.com |
| *Attorneys for National Public Finance Guarantee Corp.* | * admitted *pro hac vice*<br><br>*Attorneys for National Public Finance Guarantee Corp.* |

| FERRAIUOLI LLC | MILBANK LLP |
|---|---|
| By: /s/ *Roberto Cámara-Fuertes*<br>ROBERTO CÁMARA-FUERTES<br>USDC-PR NO. 219,002<br>E-mail: rcamara@ferraiuoli.com<br><br>By: */s/ Sonia Colón*<br>SONIA COLÓN<br>USDC-PR NO. 213809<br>E-mail: scolon@ferraiuoli.com<br><br>221 Ponce de Leon Ave., 5th Floor<br>San Juan, PR 00917<br>Tel.: (787) 766-7000<br>Fax: (787) 766-7001<br><br>*Counsel for Ambac Assurance Corporation* | By: /s/ *Atara Miller*<br>DENNIS F. DUNNE*<br>ATARA MILLER*<br>GRANT R. MAINLAND*<br>JOHN J. HUGHES*<br>55 Hudson Yards<br>New York, New York 10001<br>Tel.: (212) 530-5000<br>Fax: (212) 530-5219<br>Email: ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br><br>*admitted pro hac vice<br><br>*Counsel for Ambac Assurance Corporation* |

-6-

ARENT FOX LLP

By: /s/ *David L. Dubrow*
    DAVID L. DUBROW*
    MARK A. ANGELOV*
    1301 Avenue of the Americas
    New York, New York 10019
    Tel.:    (212) 484-3900
    Fax:    (212) 484-3990
    Email:    david.dubrow@arentfox.com
                mark.angelov@arentfox.com


By: /s/ *Randall A. Brater*
    RANDALL A. BRATER*
    1717 K Street, NW
    Washington, DC 20006
    Tel.:    (202) 857-6000
    Fax:    (202) 857-6395
    Email:    randall.brater@arentfox.com

*admitted pro hac vice

*Counsel for Ambac Assurance Corporation*

-8-

| REXACH & PICÓ, CSP | BUTLER SNOW LLP |
|---|---|
| By: */s/ María E. Picó*<br>María E. Picó<br>USDC-PR 123214<br>802 Ave. Fernández Juncos<br>San Juan PR 00907-4315<br>Telephone: (787) 723-8520<br>Facsimile: (787) 724-7844<br>E-mail: mpico@rexachpico.com<br><br>*Attorney for Financial Guaranty Insurance Company* | By: */s/ Martin A. Sosland*<br>Martin A. Sosland (*pro hac vice*)<br>5430 LBJ Freeway, Suite 1200<br>Dallas, TX 75240<br>Telephone: (469) 680-5502<br>Facsimile: (469) 680-5501<br>E-mail: martin.sosland@butlersnow.com<br><br>*\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS*<br><br>Jason W. Callen<br>150 3rd Ave., S., Suite 1600<br>Nashville, TN 37201<br>Telephone: 615-651-6774<br>Facsimile: 615-651-6701<br>Email: jason.callen@butlersnow.com<br><br>*\*Admitted pro hac vice in Case No. 17-BK-03283-LTS and Case No. 17-BK-03567-LTS*<br><br>*Attorneys for Financial Guaranty Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 16th day of January, 2020.

By: */s/ Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.
\* admitted *pro hac vice*