*Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds*

# EXHIBIT 24



Overview of FY20 Certified Budget
for the Commonwealth of
Puerto Rico
July 1, 2019
Financial Oversight & Management Board for Puerto Rico

# 1. Executive summary

# FY20 certified budget highlights

Budget continues the trend of spending within the Government's means in a **transparent and prioritized way**

Supports the government's priorities of **public safety, education, and healthcare services**, and includes a higher level of capital expenditures spending consistent with the 2019 certified Fiscal Plan

**Funds social security** for eligible police, teachers and judges as well as **increases in salaries** for teachers, police officers, and firefighters

Allocates sufficient funds to **cover Pay-As-You-Go ("PayGo) pension obligations** for current retirees of the central government

**Increases local budget funding of Medicaid program**, given reduction in Federal funds. This represents the largest cost increase for FY20

Similar to FY19, includes a **University of Puerto Rico ("UPR") scholarship fund to supplement UPR's existing needs-based scholarships**

**Incorporates federal disaster aid local match funding**, other new federal funding sources, and the second of ten annual emergency reserve installments

Significantly **reduces professional services expenses** year-over-year

Takes a **comprehensive view of governmental spending**

# Consolidated spending in the FY20 certified budgets, including instrumentalities with independent fiscal plans

Total Consolidated Spending
$27.0 billion
Including Instrumentalities
with independent fiscal plans
Instrumentalities
25%
Pension PayGo[1]
9%
Central
Government
67%

$ in millions

| | |
|---|---|
| **Central Government** *(see section 2 of presentation)* | |
| General Fund ("GF") *(see section 3)* | $9,051 |
| Federal Funds ("FF") | 7,595 |
| Special Revenue Funds ("SRF")[2] | 3,563 |
| **Total Central Gov't inc. pensions** | **$20,209** |
| | |
| **Instrumentalities[3]** *(see section 6)* | |
| PREPA | $2,998 |
| PRASA | 1,008 |
| HTA | 864 |
| UPR | 1,349 |
| COFINA debt service[4] | 437 |
| GDB debt service[4] | 159 |
| **Total Instrumentalities** | **$6,815** |
| | |
| **Total consolidated budget** | **$27,024** |

1. Includes General Fund PayGo costs for Employee Retirement System ("ERS"), Teacher Retirement System ("TRS"), and Judicial Retirement System ("JRS") systems. See appendix for a more detailed breakdown of pension PayGo costs.
2. Includes $345m in SRF PayGo Pension payments for certain instrumentalities and municipalities included in ERS, consistent with the certified Fiscal Plan. The Commonwealth processes ERS pension payments on behalf of municipalities and certain instrumentalities. All municipalities and other contributing instrumentalities outside of the Commonwealth budget the full pension PayGo charge. As a result, reimbursements of the pension PayGo charges are shown in the central government budget.
3. Budget for instrumentalities include utilities and commonwealth transfers for FY20. CRIM, COSSEC, and Municipality budgets are not included in this consolidated total.
4. COFINA and GDB debt service is not included in the certified budgets. Actual GDB debt service on the new notes is variable and depends on collections from the pledged loan portfolio pursuant to contractual terms.

Note: numbers may not total exactly due to rounding.

Sources: FY20 certified budget; certified Fiscal Plan, dated May 9, 2019

# FY20 certified Central Government budget by fund type and General Fund budget by type of spend[1]

1. Excludes instrumentalities
Source: FY20 certified budget



## The $20.2b FY20 certified Central Government budget spending by grouping category and PayGo, including General Fund, Special Revenue Fund, and Federal Funds[1]

$4.3b
Health
$3.5b
K-12 and Higher Education
$2.6b
Pension PayGo
$2.4b
Families and Children
$1.1b
Public Safety
$1.0b
Housing
$387m
Corrections
$336m
Public Works
$362m
OCFO and Hacienda
$279m
General Court of Justice
$96m
Legislative Assembly
$3.8b
Other groupings[3]

1. Grouping categories exclude PayGo
2. Other groupings include: OMB and Hacienda Custody Accounts, State Insurance Fund Corporation, Executive Office, economic development, independent agencies, federal unemployment, Rum cover over, COFIM, and disaster cost share

Note: numbers may not total due to rounding.

## FY20 certified central government budget spending highlights

**$917m**

**ASES**
**Medicaid state funding**

**$599m**

**Higher education spending on UPR and 2nd year of UPR scholarships**

**$482m**

Locally funded capital expenditures and disaster cost share

**$428m**

Cash Grants, including transfers to NGOs via Legislature

**$214m**

Wage increase and back pay for police, teachers, directors, and firefighters

**$132m**

Transfers to municipalities

**$130m**

2nd year funding of emergency reserve of the total 10 year period

**$105m**

Federal Fund reimbursement to GDB

**$46m**

Social Security for teachers, police, and judges

**$34m**

Social services for the elderly and handicapped

**$32m**

Funding for Cardio and Cancer Hospital to become fully operational

# The FY20 certified budget includes more than $300 million in incremental funding for government priority areas such as public safety, education, and health

## *Government priority areas*

*$ in millions*

Health, $58
Education, $65
Public Safety, $242

| Agency | Description | Amount |
|---|---|---|
| Police | ▪ Average 15% salary increase<br>▪ Life/disability insurance<br>▪ 2nd of 3 installments for back pay<br>▪ Social Security for all police officers | ▪ $72<br>▪ $3<br>▪ $122<br>▪ $34 |
| Firefighters | ▪ $1,500 salary increase per firefighter<br>▪ Safety Equipment | ▪ $3<br>▪ $2 |
| Forensics | ▪ Personnel for back log<br>▪ Investment for lab and equipment materials | ▪ $5<br>▪ $1 |
| Education | ▪ $500 raise for teachers and Directors, in addition to the $1,500 increase in FY19<br>▪ UPR Scholarship second year<br>▪ Teacher's Social Security | ▪ $14<br>▪ $39<br>▪ $12 |
| Health Grouping | ▪ No reductions to nursing personnel<br>▪ Payroll operational needs | ▪ $7<br>▪ $13 |
| ASSMCA | ▪ Medicare certification | ▪ $6 |
| Cardio and Cancer Center | ▪ Cardio: Investment for materials spending<br>▪ Cancer: Investment to become fully operational<br>▪ CapEx for Cancer Center | ▪ $2<br>▪ $27<br>▪ $3 |

Source: FY20 Certified Budget, Certified Fiscal Plan, Dated May 9, 2019

# The FY20 certified budget significantly improves transparency by including appropriations for all expenditures

Central government budget, including pensions[1]
$ in millions
25,000
20,000
15,000
10,000
5,000
0
General Fund
Special Revenue Funds
Federal Funds
19,552
6,272
3,480
9,800
FY16
18,457
6,206
3,264
8,987
FY17
19,338
5,910
3,867
9,561
FY18
20,664
9,210
2,696
8,758
FY19
20,209
7,595
3,563
9,051
FY20[2]

*$ in millions, budgeted value*

**Special Revenue Funds not previously budgeted:**

| | FY19 | FY20 |
|---|---|---|
| Unemployment Tax Collections | - | $248 |
| Rum Cover-Over Payments to Rum Producers | - | 179 |
| Municipal Finance Corporation (COFIM) | - | 130 |
| Economic Development Funds (FEDE) | - | 76 |
| HTA Capital Expenditures | - | 67 |
| Municipal Development Fund (MDF) | - | 53 |
| Municipal Improvement Fund (MIF) | - | 26 |
| Conservation Trust of Puerto Rico | - | 15 |
| Integral Fund for Agricultural Development (FIDA) | - | 13 |
| Rums of Puerto Rico Subsidy (PRIDCO) | - | 10 |
| Puerto Rico Science, Technology & Research Trust | - | 5 |

*$ in millions*

The **increase in the General Fund** budget is largely due to the increase in the local portion of Medicaid funding due to the reduction in healthcare Federal Funds

| | FY19 | FY20 |
|---|---|---|
| Incremental local ASES funding | 15 | 917 |

1. Analysis excludes Instrumentalities with independent fiscal plans, except the UPR General Fund appropriation and HTA capital expenditures transfers.
2. In FY20, Federal Funds were certified as provided by the Office of Management and Budget.

Note: Numbers may not total due to rounding.
Source: FY16-FY20 certified budgets

# Expenses in the FY20 certified budget are intentionally lower than forecasted revenues

- The FY20 certified budget **does not spend 100% of revenues** forecast to be collected
- Projected revenues exceed budgeted expenses in FY20 **because the government must preserve funds for additional future needs**, including, among other things the:
  - Funding of a proposed pension trust
  - Post-bankruptcy debt service
  - Projected future deficits

Fiscal Plan revenues and budgeted expenses
$ in billions
24
23
22
21
20
19
18
17
16
15
14
22.8
Surplus
2.6
20.2
FY20 revenues
FY20 expenses
Fiscal Plan surplus / deficit (pre debt service)
$ in billions, by fiscal year
4.0
3.0
2.0
1.0
0.0
(1.0)
18 20 22 24 26 28 30 32 34 36 38 40 42 44 46 48

Revenue reflects gross up of FY20 revenues to include PayGo for non-central government employers, COFIM, and tax credits.
Source: certified Fiscal Plan, Dated May 9, 2019

10

# The FY20 certified budget encourages capital investment by increasing capital expenditures relative to FY19, particularly General Fund spending

$298 million for General Fund capital expenditures, $139 million of which is allocated to agencies and the remaining of which can be reapportioned throughout the fiscal year, pending FOMB approval

## *FY20 capital expenditures by grouping*

*$ in millions*

| Grouping | GF | SRF | FF | Total |
|---|---|---|---|---|
| Public Safety | 55.5 | 6.4 | 3.2 | 65.1 |
| Public Works | 28.7 | 56.3 | 60.6 | 145.5 |
| Corrections | 19.9 | 8.8 | 0.8 | 29.5 |
| Executive Office | 12.9 | - | - | 12.9 |
| Environmental | 7.5 | - | 21.4 | 28.9 |
| OCFO and Hacienda | 7.1 | - | - | 7.1 |
| Housing | - | - | 225.6 | 225.6 |
| Education | - | - | 217.5 | 217.5 |
| Other[1] | 7.4 | 13.0 | 31.1 | 51.6 |
| Unallocated | 158.6 | - | - | 158.6 |
| **Total** | **$297.6** | **$84.5** | **$560.3** | **$942.3** |

## *General Fund capex investment year-on-year*

*$ in millions*

38%
increase
320
280
240
200
160
120
216.0
297.6
FY19
FY20

## *General Fund capex by grouping percentage*

*In percentages*

Other
11%
Public Safety
19%
Public Works
10%
Corrections
7%
Unallocated
53%

1. Other includes Agriculture, Closures, Courts and Legislature, Culture, Custody Acct., Economic Development, Families & Children, Health, Independent Agencies, Justice, Labor, Ombudsman, State

Note: numbers may not total due to rounding.

Source: FY20 certified budget, certified Fiscal Plan, Dated May 9, 2019



# Expenses on professional services in FY20 are reduced along with a continued downward trend in payroll spending

## *Historical total payroll* [1,2]

*$ in millions*

| | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 |
|---|---|---|---|---|---|---|
| **Headcount[2] (in 000s)** | **135** | **132** | **129** | **121** | **112** | **111** |

## *General Fund and SRF professional services* [2,3]

*$ in millions*

| | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 |
|---|---|---|---|---|---|---|
| Education | 41 | 38 | 34 | 31 | 80 | 58 |
| Health | 66 | 61 | 61 | 63 | 61 | 59 |
| Treasury | 3 | 2 | 2 | 23 | 63 | 54 |
| AAFAF | - | - | 33 | 72 | 59 | 35 |
| OMB Cust. | - | - | - | 53 | 17 | - |
| Other | 166 | 179 | 133 | 115 | 129 | 71 |
| **Prof. Serv.** | **277** | **280** | **263** | **356** | **409** | **277** |

1. Excludes retirement employer contributions in FY15 through FY20.
2. Excludes instrumentalities, with the exception of GDB.
3. Excludes professional services related to Title III fees and FOMB appropriations FY18 through FY20.

Sources: Historical certified budgets; FY19 Sabana; FY20 certified budget

# The FY20 budget process included improvements relative to prior years to enhance due diligence on spending, provide additional transparency, and add controls

## 1 Unprecedented due diligence

- Conducted **comprehensive, in-depth** review of commonwealth budget
- Met with **dozens of agencies and public corporations** to (a) identify areas of budget risk, (b) understand agency needs, and (c) discuss requested budget as compared to the Fiscal Plan's target
- Performed extensive diligence of Fiscal Plan targeted spending against executive and legislative requested levels of spending **by agency and by each concept of spending**

## 2 Additional transparency

- Budget resolutions **combined into one document** to improve transparency
- Resolution includes **specific concepts of spending for each agency**
- **Minimized funds in pooled custody accounts, limiting unidentified englobadas allocations** and identifying professional services spending
- More comprehensive when compared to prior budgets and attempts to **cover all commonwealth spend**

## 3 Improved controls and reporting

- Budget includes **additional controls** in the use of capital spending and allows for certain appropriations to be use over a multi-year period (disaster relief funds, capital expenditures, UPR scholarship funds, and the emergency reserve)
- FY20 **reporting requirements are more comprehensive** covering all fund types

## 4 Spending controls

- Agency expenses **cannot exceed their budget appropriation**
- **Controls on disbursements of appropriations** such that 2.5% is set aside and held until the 4th quarter
- Any **modifications to the certified budget must be submitted to the FOMB** for its review and approval
- **Controls on use of prior year** General Fund appropriations

## 5 Budget updates

- Government must **prepare quarterly budgets and provide variance analysis** to the Oversight Board
- **Adjustments will be made** to reflect actual results
- **Allows updated and continuous monitoring** of revenues and expenses
- **Monthly & quarterly actual v. budget reports** by agency, public corporations, and IFCUs

## 6 Regular reporting requirements

- **Weekly and monthly reports** of actual cash revenues, expenses, and cash flows by agency
- **Monthly tracking of key performance indicators** for each fiscal reform measure initiative
- **Quarterly reports** on performance