# **EXHIBIT E**

| | |
|---|---|
| **From:** | Spina, Joseph A. |
| **To:** | Miller, Atara |
| **Cc:** | Uhland, Suzzanne; Friedman, Peter; Sax-Bolder, Amalia Y.; mbienenstock@proskauer.com; ebarak@proskauer.com; Desatnik, Daniel; Bednark, B. Andrew |
| **Subject:** | [EXT] [WARNING : MESSAGE ENCRYPTED]Ambac Production |
| **Date:** | Thursday, September 12, 2019 8:05:48 PM |
| **Attachments:** | 20190816_RUM PROD01_zip.msg |

Hi Atara,

Attached please find a zip folder containing the document production based on the agreement made at the July 24th Omnibus Hearing. We are producing documents related to the Lockbox arrangement with rum producers that we believe are public, but difficult to find. The password to access the documents is F#98QIthU&rob$Aso?0?.

We have also agreed to answer your question as to whether there was transmittal information provided in connection with the distributions from the Lockbox. The answer is "yes".

Please let me know if you need anything further from us.


Thanks,

Joe

## O'Melveny

**Joseph A. Spina**
Associate
jspina@omm.com
O: +1-212-326-2247

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Website | LinkedIn | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*