**Opposition Deadline: January 22, 2020 12:00 PM AST**
**Reply Deadline: January 25, 2020 12:00 PM AST**
**Hearing Date: January 29, 2020 9:30 AM AST**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MOTION FOR LEAVE TO AMEND MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND FINANCIAL GUARANTY INSURANCE COMPANY CONCERNING APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX BONDS**

**PLEASE TAKE NOTICE** that on January 16, 2020, Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. (together with AGC, "Assured"), and Financial Guaranty Insurance Company ("FGIC" and, collectively with the foregoing, the "Movants") filed their *Motion for Leave to Amend Motion of Ambac Assurance*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company Concerning the Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Tenth Amended Case Management Procedures (Case No. 3:17-bk-03283, ECF No. 8027-1) (the "Case Management Procedures"), and must be filed electronically with the Court by registered users of the Court's case filing system, in searchable portable document format. Pursuant to the *Interim Case Management Order for Revenue Bonds* (Case No. 3:17-bk-03283, ECF No. 9620) that the Court issued on December 19, 2019, oppositions to the Motion are due **January 22, 2020 at 12:00 p.m. (Atlantic Standard Time)** and replies are due **January 25, 2020 at 12:00 p.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is **January 29, 2020, at 9:30 a.m. (Atlantic Standard Time)** at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardon Avenue, San Juan, Puerto Rico.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's Case Management Procedures.

[*Signature page to follow*]

Dated: January 16, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
　　Roberto Cámara-Fuertes (USDC-PR No. 219002)
　　Sonia Colón (USDC-PR No. 213809)
　　221 Ponce de León Avenue, 5th Floor
　　San Juan, PR 00917
　　Telephone: (787) 766-7000
　　Facsimile: (787) 766-7001
　　Email: rcamara@ferraiuoli.com
　　　　　scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
　　Dennis F. Dunne (admitted *pro hac vice*)
　　Atara Miller (admitted *pro hac vice*)
　　Grant R. Mainland (admitted *pro hac vice*)
　　Jonathan Ohring (admitted *pro hac vice*)
　　55 Hudson Yards
　　New York, NY 10001
　　Telephone: (212) 530-5000
　　Facsimile: (212) 530-5219
　　Email: ddunne@milbank.com
　　　　　amiller@milbank.com
　　　　　gmainland@milbank.com
　　　　　johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
　　María E. Picó
　　USDC-PR 123214
　　802 Ave. Fernández Juncos
　　San Juan, PR 00907-4315
　　Telephone: (787) 723-8520
　　Facsimile: (787) 724-7844
　　Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
　　Martin A. Sosland (admitted *pro hac vice*)
　　5430 LBJ Freeway, Suite 1200
　　Dallas, TX 75240
　　Telephone: (469) 680-5502
　　Facsimile: (469) 680-5501
　　Email: martin.sosland@butlersnow.com

　　Jason W. Callen (admitted *pro hac vice*)
　　150 3rd Ave., S., Suite 1600
　　Nashville, TN 37201
　　Telephone: (615) 651-6774
　　Facsimile: (615) 651-6701
　　Email: jason.callen@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

- 3 -

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Perez*
    Heriberto Burgos Pérez
    USDC-PR 204809
    Ricardo F. Casellas-Sánchez
    USDC-PR 203114
    Diana Pérez-Seda
    USDC-PR 232014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email: hburgos@cabprlaw.com
          rcasellas@cabprlaw.com
          dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Mark C. Ellenberg*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
          mark.ellenberg@cwt.com
          bill.natbony@cwt.com
          ellen.halstead@cwt.com
          thomas.curtin@cwt.com
          casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com