Radicacion de replica (Objecion)

PROMESA TITULO III **No.17 03283**

Numero de reclamacion: 1541

RECEIVED & FILED
2020 JAN 15 PM 3: 48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Nombre: Luis D. Nieves Nieves
Direccion Postal: le Palmer Toa Alta, PR 00953.
Direccion Residencial: Urb. Ext Villa Rica H 21 calle G Bayamón, PR 00959.
Num. de contacto: 787-870-4022
Tel. 787-870-1680  Cel. 787-415-8440
Correo electronico: luisd-nieves@familia.pr.gov

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

      (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 enero 2020.

A quien corresponda:

Yo Luis D. Nieves Nieves

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

*Luis D. Nieves Nieves*