s D. Nieves
Palmer
a Corta, P.R 00953

CERTIFIED MAIL
7019 1640 0002 0659 0400



U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
$7.60
R2303S101172-03

RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan (Puerto Rico) 00918-1767