**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

NÚMERO DE EVIDENCIA DE RECLAMACION: __23025__

NOMBRE DEL RECLAMANTE: __Yahaira Y. Rosado Méndez__

**MOCION
RADICACION DE REPLICA**

1. Yahaira Y. Rosado Méndez, dirección postal: Com. Cabán Calle Parque # 150 Aguadilla, PR 00603 con número de teléfono 787-372-0016 y correo electrónico yaryrm454@hotmail.com últimos digito de seguro social 2165.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente $10,800.00, en el Departamento de la Familia Programa de ADFAN con fecha de empleo que comencé 12 de marzo de 2017 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

Com. Cabán Calle Parque # 150
Aguadilla, PR 00603

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | 2020 JAN 15 PM 5: 32<br><br>**PROMESA, Título III**<br><br>**Núm. 17 BK 3283-LTS**<br><br>La presente radicación guarda relación con el ELA. |

**NÚMERO DE EVIDENCIA DE RECLAMACION:** _____34059_____

**NOMBRE DEL RECLAMANTE:** Yahaira Y. Rosado Méndez

**MOCION
RADICACION DE REPLICA**

1. Yahaira Y. Rosado Méndez, dirección postal: Com. Cabán Calle Parque # 150 Aguadilla, PR 00603 con número de teléfono 787-372-0016 y correo electrónico yaryrm454@hotmail.com últimos digito de seguro social 2165.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente _$10,800.00_, en el Departamento de la Familia Programa de _ADFAN_ con fecha de empleo que comencé 12 de marzo de 2017 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

_Com. Cabán Calle Parque # 150_
_Aguadilla, PR 00603_                    _[firma] Rosado Méndez_