| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

2020 JAN 15 PM 5: 32

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROSADO MENDEZ, YAHAIRA | 23025 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROSADO MENDEZ, YAHAIRA | 23025 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5397871<br>Fecha Aviso: 12/30/2019 |

| | | |
|---|---|---|
| YAHAIRA ROSADO MENDEZ<br>COMUNIDAD CABAN<br>CALLE PARQUE #150<br>AGUADILLA, PR 00603<br>SS: | # Empleado: 596012165<br>Dept: 123620-Isabela I<br>Lugar: Aguadilla<br>Titulo: Trabajador Social I<br>Sueldo: $1,770.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 885.00 | 1,957.50 | 21,240.00 |
| Diferencial Temporero | | | 0.00 | | 2,376.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 885.00 | 1,957.50 | 24,816.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.84 | 359.83 |
| Fed OASDI/Disability - EE | 54.87 | 1,538.59 |
| PR Withholding | 5.65 | 343.92 |
| Total: | 73.36 | 2,242.34 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 75.23 | 1,805.52 |
| Total: | 75.23 | 1,805.52 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.22 | 53.28 |
| AE-Asoc Emp ELA-Prest Regular | 81.42 | 1,514.72 |
| SM-First Medical Health Plan | 15.00 | 339.00 |
| CO-COOP LA SAG FAMILIA | 20.00 | 480.00 |
| OS-SERV PUBLICOS 009 B | 13.28 | 318.72 |
| Ahorros-AEELA | 26.55 | 637.20 |
| Total: | 158.47 | 3,342.92 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 29.65 | 831.48 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 885.00 | 0.00 | 73.36 | 233.70 | 577.94 |
| Acumulado: | 24,816.00 | 0.00 | 2,242.34 | 5,148.44 | 17,425.22 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #5397871 | 577.94 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 577.94 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| | |
|---|---|
| Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Fecha<br>12/30/2019 |

Aviso No.
5397871

Cant. Deposito: $577.94

A la
Cuenta(s) De

YAHAIRA ROSADO MENDEZ
COMUNIDAD CABAN
CALLE PARQUE #150
AGUADILLA, PR 00603
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 577.94 |
| Total: | | 577.94 |

# NO-NEGOCIABLE

| 123 Administracion Familia y Ninos | | Grupo de Pago: | SM -Quincenal | Aviso #: | 5397872 |
|---|---|---|---|---|---|
| P.O. BOX 194090 | | Desde: | 12/16/2019 | Fecha Aviso: | 12/30/2019 |
| San Juan, PR 00919-4090 | | Hasta: | 12/31/2019 | | |

| YAHAIRA ROSADO MENDEZ | # Empleado: | 596012165 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| COMUNIDAD CABAN | Dept: | 123620-Isabela I | Estado Civil: | Single | Single |
| CALLE PARQUE #150 | Lugar: | Aguadilla | Concesiones: | 0 | 0 |
| AGUADILLA, PR 00603 | Titulo: | Trabajador Social I | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,770.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Diferencial Temporero | | 99.00 | | | 2,376.00 | Fed FICA Med Hospital Ins / EE | 1.43 | 359.83 |
| Pago de Salarios Regulares | | 0.00 | | 1,957.50 | 21,240.00 | Fed OASDI/Disability - EE | 6.14 | 1,538.59 |
| Bono de Navidad | | 0.00 | | | 600.00 | PR Withholding | 6.93 | 343.92 |
| Bonificaciones | | 0.00 | | | 600.00 | | | |
| Total: | | 99.00 | | 1,957.50 | 24,816.00 | Total: | 14.50 | 2,242.34 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 1,805.52 | SI-Seg Incap. Obligatorio | 0.00 | 53.28 | FSED Disability Plan | 3.32 | 831.48 |
| | | | AE-Asoc Emp ELA-Prest Regular | 0.00 | 1,514.72 | SM-First Medical Health Plan | 0.00 | 2,160.00 |
| | | | SM-First Medical Health Plan | 0.00 | 339.00 | | | |
| | | | CO-COOP LA SAG FAMILIA | 0.00 | 480.00 | | | |
| | | | OS-SERV PUBLICOS 009 B | 0.00 | 318.72 | | | |
| | | | Ahorros-AEELA | 0.00 | 637.20 | | | |
| Total: | 0.00 | 1,805.52 | Total: | 0.00 | 3,342.92 | * Tributable | | |

### TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: 99.00 | 0.00 | 14.50 | 0.00 | 84.50 |
| Acumulado: 24,816.00 | 0.00 | 2,242.34 | 5,148.44 | 17,425.22 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #5397872 | 84.50 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 84.50 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Administracion Familia y Ninos        Fecha                        Aviso No.
P.O. BOX 194090                         12/30/2019                   5397872
San Juan, PR 00919-4090

Cant. Deposito:  $84.50

A la
Cuenta(s) De
              YAHAIRA ROSADO MENDEZ
              COMUNIDAD CABAN
              CALLE PARQUE #150
              AGUADILLA, PR 00603
              Localizacion: Aguadilla

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXXX | 84.50 |
| Total: | | 84.50 |

## NO-NEGOCIABLE

ANEJO II
OCALARH – 15F



**Estado Libre Asociado de Puerto Rico**
**Oficina de Capacitación y Asesoramiento en Asuntos Laborales**
**y de Administración de Recursos Humanos**
PO Box 8476 San Juan, Puerto Rico 00910-8476 – *www.ocalarh.pr.gov*

## INFORME DE CAMBIO DE ESTATUS TRANSITORIO A REGULAR EN EL SERVICIO DE CARRERA POR LA LEY NÚM. 89-2016

| | | |
|---|---|---|
| Nombre del Empleado(a) | Rosado Méndez, Yahaira | |
| Número de Seguro Social | | |
| Nombre de Agencia | Departamento de la Familia – Administración de Familias y Niños | |
| Número del Cambio | 17-2280 | |
| Fecha de Nombramiento de Empleo Transitorio | 6 de octubre de 2011 | |
| Fecha de Efectividad de Cambio de Estatus | 25 de julio de 2016 | |
| Cifra de Cuenta | E1110-222-1230000-01F-2016 G1601PRSOSR | |
| | Antes del Cambio | Después del Cambio |
| Cambio a Efectuarse | Puesto Núm. 12398164 | Puesto Núm. 12302058 |
| Área u Oficina | Local Isabela | |
| Ubicación Geográfica del Puesto | Región Aguadilla | |
| Título de Clasificación del Puesto | Trabajador Social I | |
| Estatus | Transitorio | Regular |
| Sueldo Mensual | $1,770.00 | |
| Diferencial | $198.00 | |

Consideradas y acatadas las disposiciones del Artículo 9 de la Ley Núm. 89-2016 y los Reglamentos emitidos por la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y Administración de Recursos Humanos, **CERTIFICO** que el precitado empleado cumple con todos los requisitos necesarios para el cambio de estatus transitorio al servicio de carrera.

| | |
|---|---|
| Nombre de Director(a) de Recursos Humanos | Carmín Rodríguez Negrón<br>Administradora Auxiliar de Recursos Humanos |
| Firma de Director(a) de Recursos Humanos | *[firma]* |
| Fecha | 12 mayo 2017 |
| Nombre de Autoridad Nominadora | Eddie A. García Fuentes, Ph. D.<br>Sub Administrador |
| Firma de Autoridad Nominadora | *[firma]* |
| Fecha | 12 de mayo 2017 |

**APROBADO**
OFICINA DE RECURSOS HUMANOS
APR 2 4 2017
DEPARTAMENTO DE LA FAMILIA
ADFAN

ESTE INFORME CANCELA EL EMITIDO CON FECHA DE 30/11/16 A LOS EFECTOS DE UTILIZAR EL DOCUMENTO CORRECTO EMITIDO POR LA OCALARH Y ENMENDAR LA FECHA DE EFECTIVIDAD DEL CAMBIO DE ESTATUS TRANSITORIO A REGULAR. VÉASE LA OPINIÓN DEL LCDO. CÉSAR R. MIRANDA, SECRETARIO DE JUSTICIA, CONSULTA NÚMERO 16-41-B, CON FECHA DEL 4 DE NOVIEMBRE DE 2016.

YTF

Número de Evidencia de Reclamación: 23025
Reclamante: Yahaira Y. Rosado Mendez

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $10,800.00

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de la Familia (ADFAN)_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _2017 al presente_

3(c). Últimos cuatro dígitos de su número de seguro social: _2165_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☒ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _Reclamo Salarial_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de la Familia (ADFAN)_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _Departamento de la Familia_

4(c). Número de caso: _17 BK 3283-LTS_

4(d). Título, epígrafe, o nombre del caso:
   _Estado Libre Asociado de PR_

2

Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolucion_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Desconosco_

Número de Evidencia de Reclamación:
Reclamante:

3

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROSADO MENDEZ, YAHAIRA | 34059 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROSADO MENDEZ, YAHAIRA | 34059 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5397871<br>Fecha Aviso: 12/30/2019 |

| | | | |
|---|---|---|---|
| YAHAIRA ROSADO MENDEZ<br>COMUNIDAD CABAN<br>CALLE PARQUE #150<br>AGUADILLA, PR 00603<br>SS: | # Empleado: 596012165<br>Dept: 123620-Isabela I<br>Lugar: Aguadilla<br>Titulo: Trabajador Social I<br>Sueldo: $1,770.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 885.00 | 1,957.50 | 21,240.00 |
| Diferencial Temporero | | | 0.00 | | 2,376.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| **Total:** | | | **885.00** | **1,957.50** | **24,816.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.84 | 359.83 |
| Fed OASDI/Disability - EE | 54.87 | 1,538.59 |
| PR Withholding | 5.65 | 343.92 |
| **Total:** | **73.36** | **2,242.34** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 75.23 | 1,805.52 |
| **Total:** | **75.23** | **1,805.52** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.22 | 53.28 |
| AE-Asoc Emp ELA-Prest Regular | 81.42 | 1,514.72 |
| SM-First Medical Health Plan | 15.00 | 339.00 |
| CO-COOP LA SAG FAMILIA | 20.00 | 480.00 |
| OS-SERV PUBLICOS 009 B | 13.28 | 318.72 |
| Ahorros-AEELA | 26.55 | 637.20 |
| **Total:** | **158.47** | **3,342.92** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 29.65 | 831.48 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTO | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 885.00 | 0.00 | 73.36 | 233.70 | 577.94 |
| Acumulado: | 24,816.00 | 0.00 | 2,242.34 | 5,148.44 | 17,425.22 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5397871 | 577.94 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | **Total:** | **577.94** |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

| | | |
|---|---|---|
| Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Fecha<br>12/30/2019 | Aviso No.<br>5397871 |

Cant. Deposito: $577.94

A la
Cuenta(s) De

YAHAIRA ROSADO MENDEZ
COMUNIDAD CABAN
CALLE PARQUE #150
AGUADILLA, PR 00603
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 577.94 |
| **Total:** | | **577.94** |

## NO-NEGOCIABLE

123 Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

Aviso #: 5397872
Fecha Aviso: 12/30/2019

| | | | |
|---|---|---|---|
| YAHAIRA ROSADO MENDEZ | # Empleado: | 596012165 | |
| COMUNIDAD CABAN | Dept: | 123620-Isabela I | |
| CALLE PARQUE #150 | Lugar: | Aguadilla | |
| AGUADILLA, PR 00603 | Titulo: | Trabajador Social I | |
| SS: | Sueldo: | $1,770.00 Monthly | |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 99.00 | | 2,376.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,957.50 | 21,240.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 99.00 | 1,957.50 | 24,816.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 1.43 | 359.83 |
| Fed OASDI/Disability - EE | 6.14 | 1,538.59 |
| PR Withholding | 6.93 | 343.92 |
| Total: | 14.50 | 2,242.34 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 1,805.52 |
| Total: | 0.00 | 1,805.52 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 53.28 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 1,514.72 |
| SM-First Medical Health Plan | 0.00 | 339.00 |
| CO-COOP LA SAG FAMILIA | 0.00 | 480.00 |
| OS-SERV PUBLICOS 009 B | 0.00 | 318.72 |
| Ahorros-AEELA | 0.00 | 637.20 |
| Total: | 0.00 | 3,342.92 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 3.32 | 831.48 |
| SM-First Medical Health Plan | 0.00 | 2,160.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 99.00 | 0.00 | 14.50 | 0.00 | 84.50 |
| Acumulado: | 24,816.00 | 0.00 | 2,242.34 | 5,148.44 | 17,425.22 |

| Vacaciones | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5397872 | 84.50 |
| Total: | 84.50 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/30/2019

Aviso No.
5397872

Cant. Deposito: $84.50

A la
Cuenta(s) De

YAHAIRA ROSADO MENDEZ
COMUNIDAD CABAN
CALLE PARQUE #150
AGUADILLA, PR 00603
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 84.50 |
| Total: | | 84.50 |

# NO-NEGOCIABLE

ANEJO II
OCALARH – 15F



**Estado Libre Asociado de Puerto Rico**
**Oficina de Capacitación y Asesoramiento en Asuntos Laborales**
**y de Administración de Recursos Humanos**
PO Box 8476 San Juan, Puerto Rico 00910-8476 - *www.ocalarh.pr.gov*

## INFORME DE CAMBIO DE ESTATUS TRANSITORIO A REGULAR EN EL SERVICIO DE CARRERA POR LA LEY NÚM. 89-2016

| | | |
|---|---|---|
| Nombre del Empleado(a) | Rosado Mendez, Yahaira | |
| Número de Seguro Social | | |
| Nombre de Agencia | Departamento de la Familia – Administración de Familias y Niños | |
| Número del Cambio | 17-2280 | |
| Fecha de Nombramiento de Empleo Transitorio | 6 de octubre de 2011 | |
| Fecha de Efectividad de Cambio de Estatus | 25 de julio de 2016 | |
| Cifra de Cuenta | E1110-222-1230000-01F-2016 G1601PRSOSR | |
| | Antes del Cambio | Después del Cambio |
| Cambio a Efectuarse | Puesto Núm. 12398164 | Puesto Núm. 12302058 |
| Área u Oficina | Local Isabela | |
| Ubicación Geográfica del Puesto | Región Aguadilla | |
| Título de Clasificación del Puesto | Trabajador Social I | |
| Estatus | Transitorio | Regular |
| Sueldo Mensual | $1,770.00 | |
| Diferencial | $198.00 | |

Consideradas y acatadas las disposiciones del Artículo 9 de la Ley Núm. 89-2016 y los Reglamentos emitidos por la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y Administración de Recursos Humanos, **CERTIFICO** que el precitado empleado cumple con todos los requisitos necesarios para el cambio de estatus transitorio al servicio de carrera.

| | |
|---|---|
| Nombre de Director(a) de Recursos Humanos | Carmín Rodríguez Negrón<br>Administradora Auxiliar de Recursos Humanos |
| Firma de Director(a) de Recursos Humanos | *[firma]* |
| Fecha | 12 de mayo 2017 |
| Nombre de Autoridad Nominadora | Eddie A. García Fuentes, Ph. D.<br>Sub Administrador |
| Firma de Autoridad Nominadora | *[firma]* |
| Fecha | 12 de mayo 2017 |

**APROBADO**
OFICINA DE RECURSOS HUMANOS
APR 24 2017
DEPARTAMENTO DE LA FAMILIA
ADFAN

ESTE INFORME CANCELA EL EMITIDO CON FECHA DE 30/11/16 A LOS EFECTOS DE UTILIZAR EL DOCUMENTO CORRECTO EMITIDO POR LA OCALARH Y ENMENDAR LA FECHA DE EFECTIVIDAD DEL CAMBIO DE ESTATUS TRANSITORIO A REGULAR. VÉASE LA OPINIÓN DEL LCDO. CÉSAR R. MIRANDA, SECRETARIO DE JUSTICIA, CONSULTA NÚMERO 16-41-B, CON FECHA DEL 4 DE NOVIEMBRE DE 2016.

YTF

*Número de Evidencia de Reclamación:* 34059
*Reclamante:* Yahaira Y. Rosado Méndez

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**
   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $10,800.00

*Número de Evidencia de Reclamación*:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _Departamento de la Familia (ADFAN)_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _2017 al presente._

3(c). Últimos cuatro dígitos de su número de seguro social: _2165_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☒ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _Reclamo Salarial_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de la Familia (ADFAN)_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _Departamento de la Familia_

4(c). Número de caso: _17 BK 3283-LTS_

4(d). Título, epígrafe, o nombre del caso:
   _Estado Libre Asociado de PR_

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Desconozco_

3