Yahaira Y Rosado Mendez
Com. Cabán Calle Parque #150
Aguadilla, PR 00603



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767