January 14th 2020

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Proskauer Rose LLP
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

Re: Statement account (Retirement).
Reclaimed number 49365
Reclaimed number 60261
Reclaimed number 49820

Plaintiff – Maribelle Ruiz Torres- with the address: HC-4 Box 8950, Utuado, PR. 00641-9525, would like the let know the court that the following document is attached to this letter:

1) **Statement Account** from the Retirement Department (*Retiro, Estado Libre Asociado de Puerto Rico*).

Also the Plantiff would respectfully like to inform this Honorable Court that the *Objection and the Attachments Hereto* was received on December 2019. Plaintiff due personal reasons of mourning of a death in the family and of the earthquakes still affecting the island, hasn't answered nor read any request from the case.

Plaintiff respectfully request that this Honorable Court takes notice of Law 1 (Retirement Law, revoked) As part of the benefits claimed on the demand.

Maribelle Ruiz-Torres
HC-4 Box 8950
Utuado, PR. 00641-9525