

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de septiembre de 2017

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MARIBELLE RUIZ TORRES  
HC 4 BOX 8950  
UTUADO, PR 00641 9525

Seguro Social: XXX-XX-9025

A base de la información en nuestros registros, al 15 de septiembre de 2017 usted posee:

**Fecha de Nacimiento:** 25 de junio de 1969  
**Género:** Femenino  
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1996  
**Fecha de Comienzo de Cotización:** 01 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 al 31 de diciembre de 2016 | |
|---|---|---|---|
| Años Acreditados: | 17.00 | Años Acreditados: | 4.01 |
| Aportaciones: | $29,530.20 | Aportaciones: | $11,891.60 |
| Intereses: | $6,420.86 | Intereses: | $940.57 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $36,043.82 | Total Aportaciones: | $12,832.17 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711  
PO Box 42003, San Juan, PR 00940-2203  
Tel: 787-754-4545  
www.retiro.pr.gov



RETIRO  
ESTADO LIBRE ASOCIADO DE PUERTO RICO