$7.30

7019 0700 0001 3971 7992

RETURN RECEIPT
REQUESTED

United State District Court
Room 150 Federal Building
Post Office 00918-1767
San Juan

Maribelle Luin Torres
HC 4 Box 8950
Utuado, P.R. 00641

RECEIVED & FILED
2020 JAN 15 PM 3:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.