| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Perez Aviles, Cristina | 32718 | 5/22/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: |  | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Perez Aviles, Cristina | 32718 | 5/22/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850

**P**

US POSTAGE PAID

TOPPAN MERRILL

**USPS PRIORITY MAIL®**

**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

\*\*\*CUST PR 1845 SRF 36961 PackID: 382 MMLID: 1570920 SVC: 89th Omni
Perez Aviles, Cristina
Urb. Pradera Real 1314
Isabela, PR 00662

Zone 8

*Número de Evidencia de Reclamación:* [signature: Cristina Pérez Quiles]
*Reclamante:* 32718

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   $29,000.00

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_____Departamento de la Familia_____

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_____2012 hasta el presente_____

3(c). Últimos cuatro dígitos de su número de seguro social: __6737__

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☒ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _____Reclamo salarial_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_____Departamento de la Familia_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_____Departamento de la Familia_____

4(c). Número de caso: __17-3033__

4(d). Título, epígrafe, o nombre del caso:
_____Estado Libre Asociado de P.R._____

2

*Número de Evidencia de Reclamación:* Cristina Pérez [signature]
*Reclamante:* 32718

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Desconozco

3

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | Aviso #:<br>Fecha Aviso: | 5660745<br>01/15/2020 |
|---|---|---|---|---|---|
| CRISTINA PEREZ AVILES<br>RES. ALTURAS DE ISABELA<br>EDIF.16 APT.87<br>ISABELA, PR 00662<br>SS: | | # Empleado: 581976737<br>Dept: 123320-Aguadilla<br>Lugar: Aguadilla<br>Titulo: Asistente De Servicios<br>Sueldo: $1,941.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 970.50 | 82.50 | 970.50 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| Total: | | | 970.50 | 82.50 | 1,270.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.07 | 18.42 |
| Fed OASDI/Disability - EE | 60.17 | 78.77 |
| PR Withholding | 12.83 | 32.05 |
| Total: | 87.07 | 129.24 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 82.49 | 107.99 |
| Total: | 82.49 | 107.99 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.68 | 1.68 |
| AE-Asoc Emp ELA-Prest Regular | 63.48 | 63.48 |
| OS-SERV PUBLICOS 009 A | 14.56 | 14.56 |
| Ahorros-AEELA | 29.12 | 38.12 |
| Total: | 108.84 | 117.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 32.51 | 42.56 |
| * Tributable | | |

| | TOTAL BRUTO | BENEF SUJETO IMP | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 970.50 | 0.00 | 87.07 | 191.33 | 692.10 |
| Acumulado: | 1,270.50 | 0.00 | 129.24 | 225.83 | 915.43 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #5660745 | 692.10 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 692.10 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
01/15/2020

Aviso No.
5660745

Cant. Deposito: $692.10

A la
Cuenta(s) De
CRISTINA PEREZ AVILES
RES. ALTURAS DE ISABELA
EDIF.16 APT.87
ISABELA, PR 00662
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 692.10 |
| Total: | | 692.10 |

## NO-NEGOCIABLE