Cristina Pérez Avilés
Urb. Pradera Real
#1314
Isabela P.R. 00662

Secretaría (Clerk's office)
Tribunal de distrito de los E.U
Room 150 Federal Building
San Juan P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2020 JAN 15 PM 5:33

RECEIVED & FILED