**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | **PROMESA, Título III**<br><br>**Núm. 17 BK 3283-LTS**<br><br>La presente radicación guarda relación con el ELA. |
|---|---|

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 31216

**NOMBRE DEL RECLAMANTE:** CRISTINA PEREZ AVILES

**MOCION
RADICACION DE REPLICA**

1. Cristina Pérez Avilés, dirección postal: Urb. Pradera Real #1314 Isabela PR. 00662 con número de teléfono 787-454-4855 y correo electrónico adrianacristina708@gmail.com últimos digitos de seguro social 6737.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente $29,000.00 , en el Departamento de la Familia Programa de Adfan con fecha de empleo que comencé 28 de octubre de 2012 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

Urb. Pradera Real #1314
Isabela PR 00662

Cristina Pérez Avilés