Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion:

RECEIVED & FILED
2020 JAN 15 PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Marilisette Pérez Rivera
Direccion Postal: PO Box 1091 Toa Alta PR 00954
Direccion Residencial: Bo Rio Lajas Curr 823 Km 5-5 Sector El nilo Toa Alta PR 00953

Num. de contacto:
Tel. 787-870-2323    Cel. 787-433-0184
Correo electronico: marilisette64@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico
   Ver anejo 1 (Informacion del caso)

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A
   (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 -enero-2020.

RECEIVED & FILED

2020 JAN 15 PM 4: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Por este medio certifico haber solicitado la certificación de empleo al Depto. De la Familia para someter la Radicación de Réplica( Objeción ) de la Demanda de Promesa.Título III

Cordialmente

*[signature]*
Marilisette Perez Rivera

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

MARILISETTE PEREZ RIVERA
PO BOX 1091
TOA ALTA, PR 00954 1091

Seguro Social: XXX-XX-6715

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 08 de octubre de 1964  **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 31 de julio de 1996
**Fecha de Comienzo de Cotización:** 31 de julio de 1996

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 17.00 |
| Aportaciones: | $24,488.32 |
| Intereses: | $5,237.34 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $29,725.66 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 4.01 |
| Aportaciones: | $9,651.40 |
| Intereses: | $778.83 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $10,430.23 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARILISETTE PEREZ RIVERA**       Seguro Social: XXX-XX-6715
PO BOX 1091
TOA ALTA, PR 00954

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE LA FAMILIA |
| Años de Servicio: | 21.01 |
| Balance de Aportaciones: | $40,155.89 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346302619

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 · www.retiro.pr.gov

| 122 Departamento de la Familia<br>Edif. Lila Mayoral<br>Ave Barbosa #306<br>San Juan, PR 00902 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | | Aviso #: 5660323<br>Fecha Aviso: 01/15/2020 | |
|---|---|---|---|---|
| MARILISETTE PEREZ RIVERA<br>P. O. BOX 1091<br>TOA ALTA, PR 00954<br>SS: | # Empleado: 5<br>Dept: 122045-Centro de Servicios Integrados<br>Lugar: Oficina Local de Toa Alta<br>Titulo: Oficinista II<br>Sueldo: $2,618.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single<br>Concesiones: 0<br>Pct. Adcl.:<br>Cant. Adcl.: | Married claiming 1/2<br>1 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,309.00 | 82.50 | 1,309.00 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| **Total:** | | | 1,309.00 | 82.50 | 1,609.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins EE | 18.98 | 23.33 |
| Fed OASDI/Disability - EE | 81.16 | 99.76 |
| PR Withholding | 39.59 | 58.81 |
| **Total:** | 139.73 | 181.90 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 111.27 | 136.77 |
| **Total:** | 111.27 | 136.77 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.52 | 2.52 |
| AE-Asoc Emp ELA-Prest Regular | 211.79 | 211.79 |
| SM-First Medical Health Plan | 55.00 | 55.00 |
| CO-COOP FED MAESTRO | 32.00 | 32.00 |
| CO-COOP AEE | 129.32 | 129.32 |
| SC-TRANS OCEANIC LIFE | 25.34 | 25.34 |
| AE-Seguro por Muerte Asoc ELA | 3.25 | 3.25 |
| OS-SERV PUBLICOS 009 A | 15.14 | 15.14 |
| Ahorros-AEELA | 39.27 | 48.27 |
| **Total:** | 513.63 | 522.63 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 43.85 | 53.90 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,309.00 | 0.00 | 139.73 | 624.90 | 544.37 |
| Acumulado: | 1,609.00 | 0.00 | 181.90 | 659.40 | 767.70 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5660323 | 544.37 |
| **Total:** | 544.37 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Departamento de la Familia
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

Fecha
01/15/2020

Aviso No.
5660323

Cant. Deposito: $544.37

A la
Cuenta(s) De

MARILISETTE PEREZ RIVERA
P. O. BOX 1091
TOA ALTA, PR 00954

Localizacion: Oficina Local de Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 544.37 |
| **Total:** | | 544.37 |

## NO-NEGOCIABLE

| 122 Departamento de la Familia | | Grupo de Pago: | SM Quincenal | Aviso # | 5397529 |
|---|---|---|---|---|---|
| Edif. Lila Mayoral | | Desde: | 12/16/2019 | Fecha Aviso | 12/30/2019 |
| Ave Barbosa #306 | | Hasta: | 12/31/2019 | | |
| San Juan, PR 00902 | | | | | |
| MARILISETTE PEREZ RIVERA | # Empleado | 715 | DATA IMP | Federal | PR |
| P. O. BOX 1091 | Dept: | 122049-Centro de Servicios Integrados | Estado Civil | Single | Married claiming 1-2 |
| TOA ALTA, PR 00954 | Lugar: | Oficina Local de Toa Alta | Concesiones | 0 | 1 |
| | Titulo: | Oficinista II | Pct. Adel. | | |
| SS    715 | Sueldo: | $2,018.00 Monthly | Cant. Adel. | | |

### HORAS E INGRESOS / IMPUESTOS

| | | ------- Corriente ------- | | ------ Acumulado ------ | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,009.00 | 1,957.50 | 24,216.00 | | Fed FICA Med Hospital Ins - EE | 14.63 | 350.83 |
| Bono de Navidad | | 0.00 | | 600.00 | | Fed OASDI/Disability - EE | 62.56 | 1,538.59 |
| | | | | | | PR Withholding | 14.39 | 358.36 |
| Total: | | 1,009.00 | 1,957.50 | 24,816.00 | | Total: | 91.58 | 2,243.78 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 85.77 | 2,058.48 | SI-Seg Incap. Obligatorio | 2.52 | 60.48 | SM-First Medical Health Plan | 180.00 | 2,160.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 211.79 | 4,968.16 | FSED Disability Plan | 33.80 | 831.30 |
| | | | SM-First Medical Health Plan | 55.00 | 1,287.00 | | | |
| | | | CO-COOP FED MAESTRO | 32.00 | 768.00 | | | |
| | | | CO-COOP AEE | 129.32 | 3,103.68 | | | |
| | | | SC-TRANS OCEANIC LIFE | 25.34 | 608.16 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.25 | 78.00 | | | |
| | | | OS-SERV PUBLICOS 009 A | 15.14 | 363.36 | | | |
| | | | Ahorros-AEELA | 30.27 | 726.48 | | | |
| Total: | 85.77 | 2,058.48 | Total: | 504.63 | 11,963.32 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,009.00 | 0.00 | 91.58 | 590.40 | 327.02 |
| Acumulado: | 24,816.00 | 0.00 | 2,243.78 | 14,021.80 | 8,550.42 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5397529 | 327.02 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total | 327.02 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Departamento de la Familia                                         Fecha                              Aviso No.
Edif. Lila Mayoral                                                 12/30/2019                        5397529
Ave Barbosa #306
San Juan, PR 00902

Cant. Deposito:    $327.02

A la
Cuenta(s) De

MARILISETTE PEREZ RIVERA
P. O. BOX 1091
TOA ALTA, PR 00954

Localizacion: Oficina Local de Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 327.02 |
| Total | | 327.02 |

## NO-NEGOCIABLE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO
www.casp.pr.gov**

| | |
|---|---|
| MADELINE ACEVEDO CAMACHO Y OTROS (2,818)<br>Apelantes<br><br>v.<br><br>DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA<br>Apelados | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.

### RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016;* y *Moción suplementando solicitud de revisión ante la Comisión en pleno* radicada con fecha 10 de junio de 2016, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER.**

**POR LO TANTO,** a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)<br>
CASO NÚM. 2016-05-1340<br>
RESOLUCIÓN

---

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2018-05-1340
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

| | |
|---|---|
| 975. CARMEN I. GUILLAMA ORAMA | PO BOX 544; HATILLO PR 00659 |
| 976. DAVID GULLON TORRES | CALLE A #29; BO. PALOMA; YAUCO, PR 00698 |
| 977. ALBA I. GUTIERREZ FELIBERTI | URB. LA CUMBRE 515; CALLE KENEDY; SAN JUAN PR 00926 |
| 978. THAMARA A. GUTIERREZ FERNANDEZ | PO BOX 370; GURABO PR 00778 |
| 979. YAMIRA GUTIERREZ GARCIA | REPT. SAN JOSE CALLE 15; #0-13 SAN JUAN PR 00923 |
| 980. INES M. GUTIERREZ GOMEZ | HC 02 11154; HUMACAO, PR 00791 |
| 981. YASMIN GUTIERREZ MATOS | CALLE MORALES #85-A PDA. 20; SANTURCE, PR 00909 |
| 982. JOSE L. GUTIERREZ OTERO | HC- 71 BOX 16252; BAYAMON PR 00956 |
| 983. ANGEL M. GUTIERREZ RODRIGUEZ | VILLA CAROLINA BLQ. 240; 17 CALLE 617; CAROLINA PR 00985 |
| 984. ARNALDO GUZMAN CINTRON | CALLE REINITA 887; COUNGTRY CLUB; SAN JUAN PR 00924 |
| 985. CARMEN M. GUZMAN COTTO | CALLE 27 2 L8 MIRADOR DE BAIROA; CAGUAS, PR 00725 |
| 986. YOLANDA GUZMAN CRUZ | CH 01 BOX 6531; CANOVANAS, PR 00729 |
| 987. CARMEN M. GUZMAN DE LEÓN | PO BOX 182; VEGA BAJA PR 00694 |
| 988. NORA GUZMAN DE TORRELLA | CALLE INTERAMERICANA 257; UNIVERSITY GARDENS; SAN JUAN PR 00927 |
| 989. VIRGILIO GUZMAN GORDIAN | URB. LOS CAOBOS C/ ; JAGUEY 150; PONCE PR 00716 |
| 990. VILMA GUZMAN MEDRANO | CALLE 2 NE 1108; PUERTO NUEVO; SAN JUAN, PR 00920 |
| 991. MARIA DE LOS A. GUZMAN OLIVO | CALLE 13 N 616 ALTURAS; RIO GRANDE PR 00745 |
| 992. IVONNE A. GUZMAN PELLOT | C/ 19 #1276 URB. MONTECARLO; SAN JUAN PR 00924 |
| 993. IVETTE GUZMAN PEREZ | PO BOX 544; BAYAMON, PR 00960 |
| 994. BRENDA GUZMAN REYES | C/18 L-6 ALTURAS DE INTERAMERICANA; TRUJILLO ALTO PR 00976 |
| 995. ELENA I. GUZMAN RODRIGUEZ | URB. LATURAS DEL ALBA 10308; CALLE AMANECER ; VILLALBA, PR 00766 |
| 996. HOWARD HATCHETT ORTIZ | 106 ISMAEL RIVERA ; SAN JUAN, PR 00911 |
| 997. VIRGEN HENRY MEDINA | PMB 164 ; 1505 AVE. MUÑOZ RIVERA; PONCE, PR 00717-0211 |
| 998. VIRGINIO HEREDIA BONILLA | HC-02 BOX 7560; UTUADO PR 00641 |
| 999. JESUS HERNANDEZ AGRONT | CALLE L. GUTIERREZ 451; L. MAESTROS; SAN JUAN PR 00 |
| 1000. LISA HERNANDEZ ALICEA | HC-02 BOX 11164; HUMACAO, PR 00791-9602 |
| 1001. JOHANNA HERNANDEZ ANDALUZ | VAN SCOY K-34 C/ 13; BAYAMON PR 00957 |
| 1002. ZULMA I. HERNANDEZ AVILES | BOX 1114; VEGA ALTA PR 00692 |
| 1003. DORA A. HERNANDEZ BULTRON | APARTADO 814; CAROLINA PR 00986; TEL. 939-645-8794 |
| 1004. ALBA N. HERNANDEZ CANDELARIO | 7498 C/ PROGRES B-15; SABANA SECA PR 00752 |
| 1005. ACELA HERNANDEZ COLON | CONDOMINIO LOMAS ; DEL RIO GRANDE F-1204 BUZON 48; RIO GRANDE PR 00745 |
| 1006. ANGEL L. HERNANDEZ CORTES | APARTADO 9521; COTTO STATION; ARECIBO PR |
| 1007. JO-ANN HERNANDEZ CRUZ | PMB 282 PO BOX 6017; CAROLINA PR 00984 |
| 1008. MARISOL HERNANDEZ DE JESÚS | URB. VALLE DE ENSUEÑO ; 502 VALLE VERDE; GURABO PR 00778 |
| 1009. MYRIAM HERNANDEZ DE LEÓN | HC-764 BQ. 6647; PATILLAS PR 00723 |
| 1010. NORMA I. HERNANDEZ DE PÉREZ | PO BOX 831; OROCOVIS, PR 00720 |
| 1011. MARGARITA HERNANDEZ DIAZ | URB. EL CORTIJO AB-2; CALLE 21; BAYMON PR 00959 |
| 1012. WANDA I. HERNANDEZ FRAGOSO | HC -04 BOX 6327; YABUCOA PR 00767 |
| 1013. ZAIDA HERNANDEZ GONZALEZ | BALEANES #505; PUERTO NUEVO SAN JUAN PR00920 |
| 1014. GLENDALI HERNANDEZ GUADALUPE | CALLE 8 – J-3 URB. QUINTANS; DE TRUJILLO ALTO PR 00738 |
| 1015. MILAGROS HERNANDEZ HERNANDEZ | CALLE 8 TERRAZA DE CUPEY K-L; TRUJILLO ALTO, PR 00976 |
| 1016. ANTONIA HERNANDEZ HERRERA | C/L S-13 NUEVA VISTA; PONCE PR 00728 |
| 1017. MARIA HERNANDEZ JIMENEZ | COND. TORRES DE ANDALUCIA; TRORRE II APTO. 1805; SAN JUAN PR 00926 |
| 1018. MILAGROS HERNANDEZ LATIMER | RR 1 BOX 4066; CAROLINA, PR 00983 |
| 1019. WANDA I. HERNANDEZ LOPEZ | C/ CASIMIRO DUCHESNE; #642 VILLA PRADES; RIO PIEDRAS, PR 00924 |
| 1020. CARLOS A. HERNANDEZ MARTINEZ | BOX 270; SECTOR CAMBALACHE; MAYAGUEZ PR |
| 1021. CARLOS I. HERNANDEZ MENDEZ | PO BOX 356; LOMAS VERDE, MOCA PR |
| 1022. MARTA I. HERNANDEZ MIRANDA | PO BOX 1976; BO. HAYALAS DE COAMO |
| 1023. NEYDA HERNANDEZ NORIEGA | HC-02 BOX 20536; AGUADILLA PR |
| 1024. LUIS HERNANDEZ PAGAN | 7158 C/ VEGA 85; SABANA SECA PR 00952-4328; |
| 1025. SHEILA HERNANDEZ PANTOJA | PO BOX 2101; BAYAMON PR 00960 |
| 1026. AIDYVELISSE HERNANDEZ PIÑERO | URB. EXTENCION LAS MERCEDES ; CALLE NAVO DD-26; LAS PIEDRAS PR |
| 1027. HIRAM HERNANDEZ RESTO | HC-61 BOX 4266; TRUJILLO ALTO PR 00976 |
| 1028. MARCELINO HERNANDEZ REYES | BO. LA LOMA HC-01 ; BOX 3652; BARRANQUITAS PR 00794 |
| 1029. IRIS L. HERNANDEZ RIOS | 150 CALLE ANGEL SAVEDRA; SABANA GRANDE PR 00637 |
| 1030. ANETTE HERNANDEZ RODRIGUEZ | HC -02 BOX 7663; COROZAL , PR 00783 |
| 1031. MARIA E. HERNANDEZ RODRIGUEZ | HC-02 BOX 15452; CAROLINA PR 00985 |
| 1032. MYRNA HERNANDEZ RODRIGUEZ | URB. FOREST HILLS #163 C/14; BAYAMON PR 00959 |
| 1033. YOLANDA HERNANDEZ RODRIGUEZ | PO BOX 9300 COTTO ST.; ARECIBO, PR 00613; TEL. 787381-8776 |
| 1034. ANGEL L. HERNANDEZ ROJAS | CALLE PETRONILA MATOS #1; CAMUY PR 00627 |
| 1035. JANNET HERNANDEZ ROLDAN | BOX 98 J ; SAINT JUST PR 00978 |
| 1036. FELDINAD HERNANDEZ ROSA | PO BOX 2274; Guaynabo, PR |
| 1037. YANITIA HERNANDEZ RUIZ | HC- 2 BOX 8777; YABUCOA, PR 00676 |
| 1038. LUZ C. HERNANDEZ SALGADO | PO BOX 9702; CAGUAS, PR 00726-9702 |
| 1039. CARMEN A. HERNANDEZ SANTIAGO | C-02 BOX 14579; CAROLINA PR 00985 |