Marilisette Peleg Rivera
PO Box 1091
Toa Alta PR 00954

Secretaria (Clerk Office)
Tribunal de Distrito de los E.U

Room 150 Federal Building
Ave Carlos Chardon
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.