Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion: 472

RECEIVED & FILED
2020 JAN 15 PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: José L. Córdova González
Direccion Postal: PO Box 754 Corozal, PR 00783
Direccion Residencial: Bo. Mavillas, Carr. 159 km 18.2 int. Corozal, PR 00783

Num. de contacto:

Tel. 787-344-4465  Cel. 787-639-4533

Correo electronico: jocogo1988@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:  Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. **Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**
2. **Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**
3. **Certificacion de empleo (Departamento de la Familia)**
4. **Copia listado de Objecion Global- Anexo A**

    (Donde se incluye informacion sobre la reclamacion)

5. **Otros: Cualquier otra evidencia que tengas**

14 enero 2020.

A quien corresponda:

    Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

José L. Córdova González

*[firma]*

787-344-4465