

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que el **Sr. Jose L Córdova González**, Núm. Seguro Social **XXX-XX-3636** labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 12 de marzo de 1999.

El señor **Córdova González** ocupa un puesto con estatus Regular en el Servicio de Carrera como Técnico de Asistencia Social y Familiar III, devengando un salario mensual de $2,292.00.

Dado hoy, 14 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

IGC

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JOSE CORDOVA GONZALEZ**　　　　　　　　　　　　Seguro Social: XXX-XX-3636

P.O.BOX 754

COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 29 |
| Balance de Aportaciones: | $51,180.93 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446348105

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

JOSE CORDOVA GONZALEZ
P.O.BOX 754
COROZAL, PR 00783

Seguro Social: XXX-XX-3636

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 24 de septiembre de 1964   **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 30 de septiembre de 1988
**Fecha de Comienzo de Cotización:** 30 de septiembre de 1988

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 25.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $30,897.45 | Aportaciones: | $10,669.72 |
| Intereses: | $8,766.63 | Intereses: | $847.13 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $39,664.08 | Total Aportaciones: | $11,516.85 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/16/2019<br>12/31/2019 | Aviso #:<br>Fecha Aviso: | 5401650<br>12/30/2019 |
|---|---|---|---|---|---|
| JOSE LUIS CORDOVA GONZALEZ<br>P.O.BOX 754<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 636<br>127030-Bayamon<br>Corozal<br>Tecnico Asist Soc y Fam III<br>$2,292.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>1 + 5 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,146.00 | 1,957.50 | 27,504.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 708.76 |
| **Total:** | | | **1,146.00** | **1,957.50** | **28,812.76** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.62 | 417.79 |
| Fed OASDI/Disability - EE | 71.05 | 1,786.39 |
| PR Withholding | 12.99 | 361.37 |
| **Total:** | **100.66** | **2,565.55** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 97.41 | 2,337.84 |
| **Total:** | **97.41** | **2,337.84** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.87 | 68.88 |
| SM-First Medical Health Plan | 7.00 | 141.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 26.16 |
| Ahorros-AEELA | 34.38 | 846.38 |
| **Total:** | **45.34** | **1,082.42** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 38.39 | 965.20 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,146.00 | 0.00 | 100.66 | 142.75 | 902.59 |
| Acumulado: | 28,812.76 | 0.00 | 2,565.55 | 3,420.26 | 22,826.95 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5401650 | 902.59 |
|---|---|
| **Total:** | **902.59** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/30/2019

Aviso No.
5401650

Cant. Deposito: $902.59

A la
Cuenta(s) De
JOSE LUIS CORDOVA GONZALEZ
P.O.BOX 754
COROZAL, PR 00783

Localizacion: Corozal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 902.59 |
| **Total:** | | **902.59** |

## NO-NEGOCIABLE

| | | |
|---|---|---|
| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5666949<br>Fecha Aviso: 01/15/2020 |
| JOSE LUIS CORDOVA GONZALEZ<br>P.O.BOX 754<br>COROZAL, PR 00783<br>SS: 16 | # Empleado: 16<br>Dept: 127030-Bayamon<br>Lugar: Corozal<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,292.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 1 + 5<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,146.00 | 82.50 | 1,146.00 |
| Total: | | | 1,146.00 | 82.50 | 1,146.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.62 | 16.62 |
| Fed OASDI/Disability - EE | 71.05 | 71.05 |
| PR Withholding | 12.99 | 12.99 |
| Total: | 100.66 | 100.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 97.41 | 97.41 |
| Total: | 97.41 | 97.41 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.87 | 2.87 |
| SM-First Medical Health Plan | 7.00 | 7.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 1.09 |
| Ahorros-AEELA | 34.38 | 34.38 |
| Total: | 45.34 | 45.34 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PSED Disability Plan | 38.39 | 38.39 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT - FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,146.00 | 0.00 | 100.66 | 142.75 | 902.59 |
| Acumulado: | 1,146.00 | 0.00 | 100.66 | 142.75 | 902.59 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666949 | 902.59 |
| Total: | 902.59 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/15/2020

Aviso No.
5666949

Cant. Deposito: $902.59

A la
Cuenta(s) De

JOSE LUIS CORDOVA GONZALEZ
P.O.BOX 754
COROZAL, PR 00783

Localizacion: Corozal

### DISTRIBUCION DE PAGO SEG DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 902.59 |
| Total: | | 902.59 |

## NO-NEGOCIABLE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

2016 CA 001150

| | |
|---|---|
| MADELINE ACEVEDO CAMACHO Y OTROS (2,818) Apelantes | CASO NÚM. 2016-05-1340 |
| v. | |
| DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA Apelados | RETRIBUCIÓN Materia |

Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.

## RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016;* y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

---

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)<br>
CASO NÚM. 2018-05-1340<br>
RESOLUCIÓN

**HON. OLGA I. BERNARDY APONTE**
ADMINISTRADORA ACUDEN
PO BOX 15091
SAN JUAN, PR 00902-8591

**HON. IVÁN A. CLEMENTE DELGADO**
ADMINISTRADOR
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL
PO BOX 191118
SAN JUAN, PR 00919-1118

**HON. EINAR RAMOS LÓPEZ**
SECRETARIO
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN
(ADMINISTRACIÓN DE INSTITUCIONES JUVENILES)
PO BOX 71308
SAN JUAN, PR 00936-8408

**HON. HARRY O. VEGA DÍAZ**
DIRECTOR OCALARH
PO BOX 8476
SAN JUAN, PR 00910-8476

ABOGADA APELADOS:

**LCDA. LIMARY RODRÍGUEZ GONZÁLEZ**
DIVISIÓN LABORAL
SECRETARIA AUXILIAR DE LO CIVIL
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:

**MADELINE ACEVEDO CAMACHO**
IRLANDA APARTMENTS
APT. 431
BAYAMÓN, PR 00956

ABOGADAS APELANTES:

**LCDA. IVONNE GONZÁLEZ MORALES**
PO BOX 9021828
SAN JUAN, PR 00902-1828

**LCDA. MILAGROS ACEVEDO COLÓN**
COND. COLINA REAL
AVE. FELISA RINCÓN 2000
BOX 1405
SAN JUAN, PR 00926

CO-APELANTES:

LA LISTA DE LOS 2,818 CO-APELANTES CON SUS DIRECCIONES POSTALES SE INCLUYEN COMO ANEJO 1 DE ESTA RESOLUCIÓN.

WRCD/mor

4

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

MADELINE ACEVEDO CAMACHO Y OTROS (2,818) — ANEJO I
2016-05-1340 — PÁGINA 16 DE 44

| # | Nombre | Dirección |
|---|---|---|
| 975. | CARMEN I. GUILLAMA ORAMA | PO BOX 544; HATILLO PR 00659 |
| 976. | DAVID GULLON TORRES | CALLE A #29; BO. PALOMA; YAUCO, PR 00698 |
| 977. | ALBA I. GUTIERREZ FELIBERTI | URB. LA CUMBRE 515; CALLE KENEDY; SAN JUAN PR 00926 |
| 978. | THAMARA A. GUTIERREZ FERNANDEZ | PO BOX 370; GURABO PR 00778 |
| 979. | YAMIRA GUTIERREZ GARCIA | REPT. SAN JOSE CALLE 15; #0-13 SAN JUAN PR 00923 |
| 980. | INES M. GUTIERREZ GOMEZ | HC 02 11154; HUMACAO, PR 00791 |
| 981. | YASMIN GUTIERREZ MATOS | CALLE MORALES #85-A PDA. 20; SANTURCE, PR 00909 |
| 982. | JOSE L. GUTIERREZ OTERO | HC-71 BOX 16252; BAYAMON PR 00956 |
| 983. | ANGEL M. GUTIERREZ RODRIGUEZ | VILLA CAROLINA BLQ. 240; 17 CALLE 617; CAROLINA PR 00985 |
| 984. | ARNALDO GUZMAN CINTRON | CALLE REINITA 887; COUNGTRY CLUB; SAN JUAN PR 00924 |
| 985. | CARMEN M. GUZMAN COTTO | CALLE 27 2 L8 MIRADOR DE BAIROA; CAGUAS, PR 00725 |
| 986. | YOLANDA GUZMAN CRUZ | CH 01 BOX 6531; CANOVANAS, PR 00729 |
| 987. | CARMEN M. GUZMAN DE LEÓN | PO BOX 182; VEGA BAJA PR 00694 |
| 988. | NORA GUZMAN DE TORRELLA | CALLE INTERAMERICANA 257; UNIVERSITY GARDENS; SAN JUAN PR 00927 |
| 989. | VIRGILIO GUZMAN GORDIAN | URB. LOS CAOBOS C/; JAGUEY 150; PONCE PR 00716 |
| 990. | VILMA GUZMAN MEDRANO | CALLE 2 NE 1108; PUERTO NUEVO; SAN JUAN, PR 00920 |
| 991. | MARIA DE LOS A. GUZMAN OLIVO | CALLE 13 N 616 ALTURAS; RIO GRANDE PR 00745 |
| 992. | IVONNE A. GUZMAN PELLOT | C/ 19 #1276 URB. MONTECARLO; SAN JUAN PR 00924 |
| 993. | IVETTE GUZMAN PEREZ | PO BOX 544; BAYAMON, PR 00960 |
| 994. | BRENDA GUZMAN REYES | C/18 L-6 ALTURAS DE INTERAMERICANA; TRUJILLO ALTO PR 00976 |
| 995. | ELENA I. GUZMAN RODRIGUEZ | URB. LATURAS DEL ALBA 10308; CALLE AMANECER; VILLALBA, PR 00766 |
| 996. | HOWARD HATCHETT ORTIZ | 106 ISMAEL RIVERA; SAN JUAN, PR 00911 |
| 997. | VIRGEN HENRY MEDINA | PMB 164; 1505 AVE. MUÑOZ RIVERA; PONCE, PR 00717-0211 |
| 998. | VIRGINIO HEREDIA BONILLA | HC-02 BOX 7560; UTUADO PR 00641 |
| 999. | JESUS HERNANDEZ AGRONT | CALLE L. GUTIERREZ 451; L. MAESTROS; SAN JUAN PR 00 |
| 1000. | LISA HERNANDEZ ALICEA | HC-02 BOX 11164; HUMACAO, PR 00791-9602 |
| 1001. | JOHANNA HERNANDEZ ANDALUZ | VAN SCOY K-34 C/ 13; BAYAMON PR 00957 |
| 1002. | ZULMA I. HERNANDEZ AVILES | BOX 1114; VEGA ALTA PR 00692 |
| 1003. | DORA A. HERNANDEZ BULTRON | APARTADO 814; CAROLINA PR 00986; TEL. 939-645-8794 |
| 1004. | ALBA N. HERNANDEZ CANDELARIO | 7498 C/ PROGRES B-15; SABANA SECA PR 00752 |
| 1005. | ACELA HERNANDEZ COLON | CONDOMINIO LOMAS; DEL RIO GRANDE F-1204 BUZON 48; RIO GRANDE PR 00745 |
| 1006. | ANGEL L. HERNANDEZ CORTES | APARTADO 9521; COTTO STATION; ARECIBO PR |
| 1007. | JO-ANN HERNANDEZ CRUZ | PMB 282 PO BOX 6017; CAROLINA PR 00984 |
| 1008. | MARISOL HERNANDEZ DE JESÚS | URB. VALLE DE ENSUEÑO; 502 VALLE VERDE; GURABO PR 00778 |
| 1009. | MYRIAM HERNANDEZ DE LEÓN | HC-764 BQ. 6647; PATILLAS PR 00723 |
| 1010. | NORMA I. HERNANDEZ DE PÉREZ | PO BOX 831; OROCOVIS, PR 00720 |
| 1011. | MARGARITA HERNANDEZ DIAZ | URB. EL CORTIJO AB-2; CALLE 21; BAYMON PR 00959 |
| 1012. | WANDA I. HERNANDEZ FRAGOSO | HC-04 BOX 6327; YABUCOA PR 00767 |
| 1013. | ZAIDA HERNANDEZ GONZALEZ | BALEANES #505; PUERTO NUEVO SAN JUAN PR00920 |
| 1014. | GLENDALI HERNANDEZ GUADALUPE | CALLE 8 – J-3 URB. QUINTANS; DE TRUJILLO ALTO PR 00738 |
| 1015. | MILAGROS HERNANDEZ HERNANDEZ | CALLE 8 TERRAZA DE CUPEY K-L; TRUJILLO ALTO, PR 00976 |
| 1016. | ANTONIA HERNANDEZ HERRERA | C/L S-13 NUEVA VISTA; PONCE PR 00728 |
| 1017. | MARIA HERNANDEZ JIMENEZ | COND. TORRES DE ANDALUCIA; TRORRE II APTO. 1805; SAN JUAN PR 00926 |
| 1018. | MILAGROS HERNANDEZ LATIMER | RR 1 BOX 4066; CAROLINA, PR 00983 |
| 1019. | WANDA I. HERNANDEZ LOPEZ | C/ CASIMIRO DUCHESNE; #642 VILLA PRADES; RIO PIEDRAS, PR 00924 |
| 1020. | CARLOS A. HERNANDEZ MARTINEZ | BOX 270; SECTOR CAMBALACHE; MAYAGUEZ PR |
| 1021. | CARLOS I. HERNANDEZ MENDEZ | PO BOX 356; LOMAS VERDE, MOCA PR |
| 1022. | MARTA I. HERNANDEZ MIRANDA | PO BOX 1976; BO. HAYALAS DE COAMO |
| 1023. | NEYDA HERNANDEZ NORIEGA | HC-02 BOX 20536; AGUADILLA PR |
| 1024. | LUIS HERNANDEZ PAGAN | 7158 C/ VEGA 85; SABANA SECA PR 00952-4328; |
| 1025. | SHEILA HERNANDEZ PANTOJA | PO BOX 2101; BAYAMON PR 00960 |
| 1026. | AIDYVELISSE HERNANDEZ PIÑERO | URB. EXTENCION LAS MERCEDES; CALLE NAVO DD-26; LAS PIEDRAS PR |
| 1027. | HIRAM HERNANDEZ RESTO | HC-61 BOX 4266; TRUJILLO ALTO PR 00976 |
| 1028. | MARCELINO HERNANDEZ REYES | BO. LA LOMA HC-01; BOX 3652; BARRANQUITAS PR 00794 |
| 1029. | IRIS L. HERNANDEZ RIOS | 150 CALLE ANGEL SAVEDRA; SABANA GRANDE PR 00637 |
| 1030. | ANETTE HERNANDEZ RODRIGUEZ | HC-02 BOX 7663; COROZAL, PR 00783 |
| 1031. | MARIA E. HERNANDEZ RODRIGUEZ | HC-02 BOX 15452; CAROLINA PR 00985 |
| 1032. | MYRNA HERNANDEZ RODRIGUEZ | URB. FOREST HILLS #163 C/14; BAYAMON PR 00959 |
| 1033. | YOLANDA HERNANDEZ RODRIGUEZ | PO BOX 9300 COTTO ST.; ARECIBO, PR 00613; TEL. 787381-8776 |
| 1034. | ANGEL L. HERNANDEZ ROJAS | CALLE PETRONILA MATOS #1; CAMUY PR 00627 |
| 1035. | JANNET HERNANDEZ ROLDAN | BOX 98 J; SAINT JUST PR 00978 |
| 1036. | FELDINAD HERNANDEZ ROSA | PO BOX 2274; Guaynabo, PR |
| 1037. | YANITIA HERNANDEZ RUIZ | HC-2 BOX 8777; YABUCOA, PR 00676 |
| 1038. | LUZ C. HERNANDEZ SALGADO | PO BOX 9702; CAGUAS, PR 00726-9702 |
| 1039. | CARMEN A. HERNANDEZ SANTIAGO | C-02 BOX 14579; CAROLINA PR 00985 |