José Córdova González
Po. Box 1751
Coronal P.R. 00783

SECRETARIA
TRIBUNAL DE DISTRITO
DE LOS ESTADOS UNIDOS
[Room 150] FEDERAL BUILDING
Ave. Carlos Chardón P.N.
San Juan P.N. 00918-1767





RECEIVED
2000 JAN 15 PM 12:4

U.S. POSTAGE PAID
FCM LG ENV
00953
TOA ALTA, PR
JAN 14, 20
AMOUNT
1000
00918            $7.60
R2303S10117z-03

7019 1120 0000 1891 2376