Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion:

RECEIVED & FILED
2020 JAN 15 PM 4: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Nombre: Meraima Alvarado Figueroa
Direccion Postal: HC-73 Box 4487 Naranjito, PR 00719
Direccion Residencial: Bo. Achiote carr. 164 Km 7.5 Naranjito, PR

Num. de contacto:
Tel. 787-975-6017  Cel. 787-975-6089 (esposo)
Correo electronico: malva19713571@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

   Ver anejo 1 (Informacion del caso)

Razon para la Objecion:  Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

14 -enero-2020.

Por este medio certifico haber solicitado la certificación de empleo al Depto. De la Familia para someter la Radicación de Réplica( Objeción ) de la Demanda de Promesa.Título III

Cordialmente

Moraima L. Alvarado Figueroa



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MORAIMA ALVARADO FIGUEROA                                    Seguro Social: XXX-XX-2540
HC 73 BOX 4487
NARANJITO, PR 00719

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento: 06 de agosto de 1971**               **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 31 de julio de 1996**
**Fecha de Comienzo de Cotización: 31 de julio de 1996**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 17.00 | | Tiempo Trabajado: 4 | |
| Aportaciones: | | $30,329.70 | Aportaciones: | $13,598.40 |
| Intereses: | | $6,497.72 | Intereses: | $1,101.53 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $36,920.18 | Total Aportaciones: | $14,699.93 |
| SNC Pagado: | | $92.76 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,


Unidad de Estado de Cuenta
Área de Participantes



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545   www.retiro.pr.gov



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MORAIMA ALVARADO FIGUEROA**  Seguro Social: XXX-XX-2540

HC 73 BOX 4487
NARANJITO, PR 00719

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $51,527.35 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446352722

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5401669<br>Fecha Aviso: 12/30/2019 |
|---|---|---|
| MORAIMA L ALVARADO FIGUEROA<br>HC 73 4487<br>NARANJITO, PR 00719<br>SS: 2540 | # Empleado: ***540<br>Dept: _0-Bayamon<br>Lugar: Toa Alta<br>Titulo: Sup. Asist. Soc. y Fam. I<br>Sueldo: $2,833.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0 + 4<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 1,416.50 | | 1,957.50 | | 33,996.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 370.47 |
| Total: | 1,416.50 | | 1,957.50 | | 34,966.47 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.54 | 507.01 |
| Fed OASDI/Disability - EE | 87.82 | 2,167.92 |
| PR Withholding | 44.47 | 1,093.21 |
| Total: | 152.83 | 3,768.14 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 120.40 | 2,889.60 |
| Total: | 120.40 | 2,889.60 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.54 | 84.96 |
| RC-Pres Cult Ret Cen-Em Clasif | 55.61 | 1,334.64 |
| AE-Asoc Emp ELA-Prest Regular | 219.00 | 5,086.26 |
| CO-COOP FED MAESTRO | 32.00 | 512.00 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-TRANS OCEANIC LIFE | 33.24 | 642.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 26.16 |
| Ahorros-AEELA | 42.50 | 1,031.11 |
| Total: | 387.48 | 8,729.13 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 1,980.00 |
| FSED Disability Plan | 47.45 | 1,171.31 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,416.50 | 0.00 | 152.83 | 507.88 | 755.79 |
| Acumulado: | 34,966.47 | 0.00 | 3,768.14 | 11,618.73 | 19,579.60 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5401669 | 755.79 |
| Total: | 755.79 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/30/2019

Aviso No.
5401669

Cant. Deposito: $755.79

A la
Cuenta(s) De

MORAIMA L ALVARADO FIGUEROA
HC 73 4487
NARANJITO, PR 00719

Localizacion: Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 755.79 |
| Total: | | 755.79 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5666968<br>Fecha Aviso: 01/15/2020 |
|---|---|---|

| MORAIMA L ALVARADO FIGUEROA<br>HC 73 4487<br>NARANJITO, PR 00719<br>SS: | # Empleado: !540<br>Dept: 127030-Bayamon<br>Lugar: Toa Alta<br>Titulo: Sup. Asist. Soc. y Fam. I<br>Sueldo: $2,833.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0 + 4<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,416.50 | 82.50 | 1,416.50 |
| Total: | | | 1,416.50 | 82.50 | 1,416.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.54 | 20.54 |
| Fed OASDI/Disability - EE | 87.82 | 87.82 |
| PR Withholding | 44.47 | 44.47 |
| Total: | 152.83 | 152.83 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 120.40 | 120.40 |
| Total: | 120.40 | 120.40 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.54 | 3.54 |
| RC-Pres Cult Ret Cen-Em Clasif | 55.61 | 55.61 |
| AE-Asoc Emp ELA-Prest Regular | 219.00 | 219.00 |
| CO-COOP FED MAESTRO | 32.00 | 32.00 |
| DM-FONDOS UNIDOS | 0.50 | 0.50 |
| SC-TRANS OCEANIC LIFE | 33.24 | 33.24 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 1.09 |
| Ahorros-AEELA | 42.50 | 42.50 |
| Total: | 387.48 | 387.48 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 47.45 | 47.45 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,416.50 | 0.00 | 152.83 | 507.88 | 755.79 |
| Acumulado: | 1,416.50 | 0.00 | 152.83 | 507.88 | 755.79 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666968 | 755.79 |
| Total: | 755.79 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Adm.Desarrollo Socio Economico        Fecha                    Aviso No.
PO BOX 8000                            01/15/2020               5666968
SAN JUAN, PR 00910-0800

Cant. Deposito:    $755.79

A la
Cuenta(s) De
        MORAIMA L ALVARADO FIGUEROA
        HC 73 4487
        NARANJITO, PR 00719

        Localizacion: Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 755.79 |
| Total: | | 755.79 |

## NO-NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO
www.casp.pr.gov

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>Apelantes<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>Apelados | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.

RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga*; *Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016*; y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016*, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
Y RELACIONES LABORALES
MADELINE ACEVEDO CAMACHO E IRMA IRIS ACUMULADA QUIÑONES
VS
DEPARTAMENTO DE LA FAMILIA
CASO CIVIL KAC 07-0214

TOTAL FINAL 2,819 DEMANDANTES

| | NOMBRE | ADMINISTRACIÓN | OBSERVACIONES |
|---|---|---|---|
| 50 | ALICEA BARBOSA, ANA D. | SECRETARIADO | |
| 51 | ALICEA COSME, ELSIE | SECRETARIADO | |
| 52 | ALICEA GARCÍA, CARMEN IRIS | SECRETARIADO | |
| 53 | ALICEA RAMOS, ÁNGEL L. | ADFAN | |
| 54 | ALICEA RODRÍGUEZ, ELISA | ASUME | |
| 55 | ALICEA SERRANO, BETTY I. | REH. VOCACIONAL | |
| 56 | ALICEA SERRANO, CARMEN M. | ADFAN | |
| 57 | ALICEA SERRANO, WANDA I. | ASUME | |
| 58 | ALICEA SOTO, JUAN P. | ADSEF | |
| 59 | ALMÓDOVAR CANCEL, CARMEN N. | ADSEF | |
| 60 | ALOMAR PÉREZ, SOCORRO | ADSEF | |
| 61 | ALOMAR SÁNCHEZ, JOSEFINA | ADFAN | |
| 62 | ALONSO CINTRÓN, LOURDES E. | ADSEF | |
| 63 | ALSINA CARTAGENA, CARMEN M. | SECRETARIADO | |
| 64 | ALVARADO BURGOS, LYNNETTE | ADFAN | |
| 65 | ALVARADO FIGUEROA, MORAIMA L. | ADSEF | |
| 66 | ALVARADO FONTANEZ, MARISOL | ADFAN | |
| 67 | ALVARADO MATEO, CARMEN M. | SECRETARIADO | |
| 68 | ALVARADO MELÉNDEZ, JUAN C. | SECRETARIADO | |
| 69 | ALVARADO MORALES, MYRNA E. | ADSEF | |
| 70 | ALVARADO RIVERA, JOSÉ G. | ADSEF | |
| 71 | ALVARADO ROMERO, VILMA H. | ADSEF | |
| 72 | ALVARADO VÁZQUEZ, CARLOS M. | ADSEF | |
| 73 | ÁLVAREZ ALAMO, JOSÉ | ADSEF | |
| 74 | ÁLVAREZ ALGARÍN, MÓNICA M. | ADFAN | |
| 75 | ÁLVAREZ CEPEDA, ALBERTO | ASUME | |
| 76 | ÁLVAREZ CRUZ, JANET | ADFAN | |
| 77 | ÁLVAREZ LÓPEZ, CARMEN A. | ADFAN | |
| 78 | ÁLVAREZ LÓPEZ, WANDA I. | ASUME | |
| 79 | ÁLVAREZ RAMOS, IGSA B. | SECRETARIADO | |
| 80 | ÁLVAREZ RODRÍGUEZ, LYDIA | ADSEF | |
| 81 | ÁLVAREZ ROSARIO, ELADIA | ADSEF | |
| 82 | ÁLVAREZ RUIZ, NEIDA | ADSEF | |
| 83 | ALVERIO DELGADO, CARMEN M. | ADFAN | |
| 84 | AMADEO TORRES, CARMEN | REH. VOCACIONAL | |
| 85 | AMARAL BORRERO, ARMANDO | ADSEF | |
| 86 | AMARANTE ANDUJAR, SANDRA | ADFAN | |
| 87 | AMARO CRUZ, IVELISSE | ADSEF | |
| 88 | AMARO RAMOS, FRANCISCA | ADSEF | |
| 89 | AMORRORTU LLONA, JESÚS | SECRETARIADO | |
| 90 | ANDINO GONZÁLEZ, IRMA A. | SECRETARIADO | |
| 91 | ANDINO LOZADA, JUAN C. | ADSEF | |
| 92 | ANDINO PASTRANA, SILA | ADSEF | |
| 93 | ANDINO ROSADO, MARÍA M. | ADSEF | |
| 94 | ANDRADES LABOY, JUANA | ACUDEN | |
| 95 | ANDUJAR SANTIAGO, LUIS A. | SECRETARIADO | |
| 96 | ANDUJAR TERRERO, THAMMY | ADFAN | |
| 97 | ANGLADA SEGARRA, LUZ R. | SECRETARIADO | |
| 98 | ANGULO RIVERA, MARILÚ | ADSEF | |