

Moraima Alvarado Figueroa
HC 73 Box 4487
Naranjito PR. 00719

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
150 Ave. Carlos Chardon 00918-1767
San Juan, PR 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 4: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.