Gretchen E Valle Riollo W
P.O. BOX 909
Yabucoa P.R 00767

Secretaria (clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R 00918-1767