(1)

Fecha 13 enero 2020.   HC-02 Box 9571
1- Carmen Ortiz Ríos.   Juan Díaz, PR 00795
                  9587
Correo Electrónico - Jamaicariera.1.Aroba
Gmail. Com. Dirección, J. Díaz.

A- Nombre - Tribunal Secretaria Clerk
El A-PR. A/n Corrección, Sistema de Retiro
Núm Procedimiento 17 BK 3283 LTS -
B- Título Objeción Global
    No. Caso - 34780 - 17032-83
C- Motivo para Oponerse a la Obj. Global

Porque Yo, Carmen Ortiz soy la única
acreedora y trabaje 1992-2013. Re-
clamo a lo q. tengo derecho de los
aumentos que surgieron en diferentes
años. Leyes que han pasado
1) Ley 89 - 12 julio 1979 / Romero - aumento $50.00
2) Ley 96 Gobernador aprobada en el
   2002. (Quinquenio) $100.00 - aumento 4 años
3) Ley Obama 2008-2016 Algo que
   era para Sistema de Retiro Ley 140 -
   cobraron retiro el 13% 2 años y
   no devolvieron o (cuando empezó el aumento.
      Documentación Justificada
   Secretaria/Clerk Oficio.

(2)

Ver parte de atras

Tribunal Depto E.U.
Room 150 Federal Building
* Room 150 San Juan, PR. 00918 1767

CC. Abogado Junta de Supervisión
Counsel for the Over Sight Board
Proskauer Rose LLP.
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen.

3- Abogado del Comite Acreedor
(Counsel for the creditors
(Committee)
Paul Hastings LLP
200 Park Avenue
N.Y. New York 10166
A/A Luc A Despins
James Bliss
James Worthington
G Alexander Bongartz

Secretaria Clerk Office
Tribunal de Dtto de los EU.
#150 Grande Avenue
Federal Building
San Juan, PA 00918

*Muchos Gracias,*
*Ana Ortiz*

P.S. Hasta el momento yo soy la única acreedora.

*Ana J. Ortiz*

P.S. Muchas Gracias.

Espero sea todo completo.

Nota –

13 de enero 20 =

Aumento Leyes

1. Ley 89 12 Julio 1979 Romero
$50.00. aumento = $12,600 – por 20 años servicio
2. Sila Ma. Calderón gobernadora 4 años
2002-2006 aumento de $100.00.

Gastos de copia y enviar
Certificados Corts = $200.00

Por eso pido 1 renew mis.
Terremoto en P.R. –

No Reclamacion

Enero 13-20                    44053

Solicito por escrito yo, Sra. Carmen
Ortiz. Que se me dé la oportunidad de
1 semana más para terminar los leeyes
correctas, ya que hubo un terremoto
y se me ha hecho imposible comunicarme
con la Agencia para verificar correc-
tamente. De lo demás he añadido todo
lo evidencia que creo q. esta bien.
Correo Electronico Con. 1 Farmacia Riala; 1
1 Prob. G. Mail.
    Perdonen el escrito a mano, no tengo
computadora. Por favor den me una se-
mana, envío esto para que no me
cierren el caso!

    He enviado los capis y el tiempo
que me llegó el 2do libro, no tiene tiempo
para terminar envié todo lo puede y
pr eso tal vez 1 semana los envío.

                    Muchs Gracias,
                    Carmen J. Ortiz