## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

2020 JAN 15 PM 4: 37

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| ORTA PEREZ, CARMEN J | 44053 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

Procedimiento

| NOMBRE | N.° DE RECLAMACIÓN E | FECHA DE PRESENTACIÓN | DEUDOR B | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|----------------------|----------------------|----------|--------------------------------|
| ORTA PEREZ, CARMEN J | 44053 X | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 _12,600_ |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

19 de diciembre de 2019

CARMEN ORTA PEREZ
HC 2 BOX 9571
JUANA DIAZ PR 00795-9683

Estimado(a) Señor(a)
Adjunto se envía el documento solicitado:

✓ **CERTIFICACION DE PENSION**

De necesitar información adicional, puede comunicarse con uno de nuestros representantes al **(787) 777-1500.** En la Administración de los Sistemas de Retiro estamos para servirle.

Agradecemos su llamada.

Cordialmente,

María del C. Jiménez Batista
Directora de Orientación
/kca





**Gobierno de Puerto Rico**
**ADMINISTRACION DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA** 
ESTACION MINILLAS PO BOX 42003 SAN JUAN, PR 00940-2203

$S$

# ESTADO DE CUENTA ESTIMADO

11 de junio de 2010
### Agencia: 246 - ADMINISTRACION INSTITUCIONES JUVENILES

ORTA PEREZ CARMEN
HC 2 BOX 9571

**Seguro Social: XXX-XX-9587**

JUANA DIAZ, PR       00795

A base de la información en nuestros records, al 11 de junio de 2010 usted ha
completado:

*falta ? 2013 -*

### Balance de Aportaciones : $25,558.49
### Años de Servicio: 16.75

Es importante destacar que el Balance de la Aportación Individual reflejada es: la
acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en
el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de
Servicio están sujetos a revisión.  En caso de que la información no coincida con sus
registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o
Municipio. Además, puedes acceder esta información a través de la sección Servicios en
Linea del Portal de Internet de ASR: http://www.asr.gobierno.pr.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un
Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

*Yamilet Amador*

Yamilet Amador Cruz, Supervisora
Unidad de Estado de Cuenta
Área de Participantes

20 de noviembre de 2012

Lcdo. Jesús González Cruz
Secretario
Departamento de Corrección y Rehabilitación


Lcdo. Esdras Vélez Rodríguez
Sub-Secretario
Departamento de Corrección y Rehabilitación

Sr. Eddie Martínez Santiago
Jefe Institucional
Centro Detención y Tratamiento Social Niñas


Sr. Daniel Caraballo Ramírez
Oficial de Servicios Juveniles IV
Centro Detención y Tratamiento Social Niñas


Sra. Carmen M. Orta Pérez
Oficial de Servicios Juveniles II
Centro Detención y Tratamiento Social Niñas

## RENUNCIA

La siguiente misiva es para presentar mi renuncia como Oficial de Servicios Juveniles II, adscrita al Centro Detención y Tratamiento Social Niñas. La razón es porque me voy a acoger a una pensión diferida por edad y porque llevo 20 años de servicios.

La renuncia será efectiva el 15 de febrero de 2013 o se puede ser antes.

Agradezco la oportunidad que me han brindado al pertenecer al equipo de trabajo del Centro Detención y Tratamiento Social Niñas Ponce.

Para su conocimiento y acción correspondiente.

GOBIERNO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

**ESTADO DE CUENTA /STATEMENT OF ACCOUNT**

Fecha Impresion: 15/02/2013
Hora Impresion:   9:50:16AM

Fecha de Intereses/Descuento
Int/Disc Date:15/02/2013

Certificate # 6678615

| Número de Catastro (Pin Number) | Número de Prestamo (Loan Number) | HIP MTG ID | Municipio (Municipality) 64 | | | | |
|---|---|---|---|---|---|---|---|
| 414-011-366-06-000 | 1010013009710 | 004 | | | | | |
| Tipo Notif/ Bill Type | Fecha Notif/ Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Cantidad Adeudada Amount Due |
| Grand Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Total Adeudado Al CRIM | 0.00 |
|---|---|

Esta certificación no sera oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es valida para gestiones de cobro.

Esta Certification no incluye deudas por mejoras que estuvieran sin tasar.

Si mediante Investigación realizada posteriormente se comprueba que esta propiedad no reune los requisitos para disfrutar de la Exención y/o Exoneración, se pondran al cobro las Notificaciones Retroactivas para los años correspondientes.

**Direccion Postal / Postal Address**
CASIANO RIVERA ANSELMO

HC 02 BOX 10293
JUANA DIAZ PR 00795

**Localización de la Propiedad / (Property Location)**

382 CALLE 20
COMM SINGAPUR
JUANA DFAZ



Fecha Data:   15/02/2013

Formularlo **480.7C**
Form
Rev. 07.18

**3**

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
**AÑO CONTRIBUTIVO - TAXABLE YEAR: 2018**

F0419479552

□ Enmendado - Amended: (___ / ___ / ___)

**Número de Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification No. 660433481 | Núm. de Seguro Social - Social Security No. 9587 | Núm. de Identificación Patronal - Employer Identification No. 660433481 |
| Nombre - Name ADMINISTRACION DE SISTEMAS DE RETIRO | Nombre - Name CARMEN ORTA PEREZ | Nombre del Plan - Name of Plan ADMINISTRACION DE SISTEMAS DE RETIRO |
| Dirección - Address PO BOX 42003 SAN JUAN PR 00940-2003 | Dirección - Address HC 2 BOX 9571 JUANA DIAZ PR 00795-9683 | Nombre de quien auspicia el plan - Plan sponsor's name ADMINISTRACION DE SISTEMAS DE RETIRO |
| Código Postal - Zip Code | Código Postal - Zip Code | Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día/Day 16 Mes/Month 2 Año/Year 2013 |

Marque el encasillado correspondiente: – Check the corresponding box:

**Forma de Distribución: – Form of Distribution:**
□ Total / Lump Sum  □ Parcial / Partial  ☒ Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad: – Plan or Annuity Type:**
☒ Gubernamental / Governmental  □ Privado Calificado / Qualified Private  □ No Calificado / Non Qualified  □ Anualidad Fija / Fixed Annuity  □ Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia Rollover Contribution | | 16. Cantidad Distribuida Amount Distributed | 8,275.20 |
| 2. Distribución Vía Transferencia Rollover Distribution | | 17. Cantidad Tributable Taxable Amount | 7,975.20 |
| 3. Costo de la Pensión o Anualidad Cost of Pension or Annuity | 31,708.37 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) Tax Withheld from Lump Sum Distributions (20%) | | 20. Ingresos Exentos Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) Tax Withheld from Lump Sum Distributions (10%) | | 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | A. Exentas Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades Tax Withheld from Annuities | | B. Tributables Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deducible Individual Retirement Account | | C. Cantidad sobre la cual se Pagó por Adelantado Amount over which a Prepayment was Made | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | D. Aportaciones Voluntarias After-Tax Contributions | 0.00 |
| | | E. Total (Sume líneas 21A a la 21D) Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deducible Individual Retirement Account (10%) | | 22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | 23. Código de Distribución Distribution Code | A □ |
| 15. Contribución Retenida sobre Otras Distribuciones Tax Withheld from Other Distributions | | Razones para el Cambio Reasons for the Change | |

| Número de Cuenta Account Number 582909587 | Número de Control Control Number 180039829 | Número de Control de la Declaración Informativa Original Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS. SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY, DELIVER TWO COPIES TO PAYEE, KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA





ASOCIACIÓN DE EMPLEADOS DEL ELA

## Solicitud Para Continuar Acogido y Autorización De Descuentos

28 de Agosto de 2013

Seguro Social : XXX-XX-9587
Número Contrato: 323231

Conforme a la Ley Núm. 9 de la Asociación de Empleados del 25 de abril de 2013, su solicitud para continuar acogido al seguro por muerte ha sido aprobada. A partir de 03/2013 su cuota mensual será de $19.50 correspondiente al siguiente plan de seguro: SEG GRUPAL BASICO DIF SALDADO 70 ACOGIDO.

Hemos solicitado al Sistema de Retiro al cual usted pertenece o en cuyo caso a la Agencia que pagará su anualidad vitalicia quincenalmente según aplique, la deducción de las cuotas del seguro a partir de 10/2013.

Nuestros récords reflejan que adeuda cuotas de seguro por la cantidad de $117.00 que comprenden los meses de: 03/2013 a 08/2013. Debe cubrir cualquier balance que corresponda a periodos previos al descuento de la pensión. Esta cantidad deberá remitirla en cheque o giro postal a favor de esta Asociación dentro de los próximos 30 días a partir del recibo de esta notificación.

Si a partir de 03/2013 no ha recibido la pensión, deberá continuar pagando directamente las cuotas de seguro. Verifique sus talonarios de pago mensual o su equivalente. Notifique con tiempo cualquier omisión en descuentos y procure realizar sus pagos. **Recuerde que con atrasos en pagos de cuotas de 6 meses consecutivos, pierde los derechos al seguro. Procure realizar sus pagos a tiempo.**

Cordialmente,

Aixa Y. García Santiago
Gerente de Seguros
Departamento de Seguros

## 007950000
ORTA PEREZ CARMEN J
HC-02 BOX 9571

JUANA DIAZ PR 00795-0000

Plaza AEELA
463 Ave. Ponce de León , Pda. 351/2, Hato Rey, P.R 00919
PO Box 364508 San Juan P.R. 00936-4508



## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

19 de diciembre de 2019

**CARMEN ORTA PEREZ**
**HC 2 BOX 9571**
**JUANA DIAZ PR 00795-9683**

Estimado(a) Señor(a)
Adjunto se envía el documento solicitado:

✓  **CERTIFICACION DE PENSION**

De necesitar información adicional, puede comunicarse con uno de nuestros
representantes al **(787) 777-1500.** En la Administración de los Sistemas de Retiro
estamos para servirle.

Agradecemos su llamada.

Cordialmente,

María del C. Jiménez Batista
Directora de Orientación
/kca



437 Ave. Ponce de León San Juan, P.R. 00917-3711 · PO Box 42003 San Juan, P.R. 00940-2203
☎787.777.1500 · 🖷787.767.1108 · ⌨ www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

2 de agosto de 2019                                         5              

CARMEN ORTA PEREZ
HC 2 BOX 9571
JUANA DIAZ PR  00795

Estimado (a) señor(a):  ORTA PEREZ

Adjunto se envía el documento solicitado:

CERTIFICACION DE PENSION Y TALONARIOS

De necesitar información adicional, puede comunicarse con uno de nuestros
representantes al **(787) 777-1500.** En la Administración de los Sistemas de Retiro estamos
para servirle.

Agradecemos su llamada.

Cordialmente,

María del C. Jiménez Batista
Directora de División
Centro de Orientación

vpr



437 Ave. Ponce de León San Juan, P.R. 00917-3711 ▪ PO Box 42003 San Juan, P.R. 00940-2203
☎787.777.1500 ▪ 🖶 787.767.1108 ▪ www.retiro.pr.gov



Gobierno de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 - SAN JUAN PR 00940-2203

16 de mayo de 2013           5

**CARMEN J ORTA PEREZ**
**HC 2 BOX 9571**
**JUANA DIAZ PR 00795**

Estimado (a) señor (a)  **ORTA:**

Deseamos informarle que su solicitud de **PENSION POR EDAD Y SERVICIO** ha sido aprobada efectiva el **16 DE FEBRERO DE 2013**. La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$664.59** mensuales y comenzará a recibir sus pagos en la **PRIMERA QUINCENA DE JUNIO DE 2013**. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Para obtener información adicional al respecto, puede comunicarse libre de costo a través de TELERETIRO al 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Héctor M. Mayol Kauffmann.
Administrador

Wanda G. Sánchez Ortiz
Directora
Área de Servicios al Pensionado

MSOLIS

| Formulario **480.7C**<br>Form<br>Rev. 07.18 **3** | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO<br>Departamento de Hacienda - Department of the Treasury<br>DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES<br>INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES<br>AÑO CONTRIBUTIVO - TAXABLE YEAR: 2018 | F0419479552 |
|---|---|---|

☐ Enmendado - Amended: (___/___/___)

**Número de Confirmación de Radicación Electrónica**
**Electronic Filing Confirmation Number**

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification No.<br>660433481 | Núm. de Seguro Social - Social Security No.<br>587 | Núm. de Identificación Patronal - Employer Identification No.<br>660433481 |
| Nombre - Name<br>ADMINISTRACION DE SISTEMAS DE RETIRO | Nombre - Name<br>CARMEN ORTA PEREZ | Nombre del Plan - Name of Plan<br>ADMINISTRACION DE SISTEMAS DE RETIRO |
| Dirección - Address<br>PO BOX 42003<br>SAN JUAN PR 00940-2003 | Dirección - Address<br>HC 2 BOX 9571<br>JUANA DIAZ PR 00795-9683 | Nombre de quien auspicia el plan - Plan sponsor's name<br>ADMINISTRACION DE SISTEMAS DE RETIRO |
| Código Postal - Zip Code | Código Postal - Zip Code | Fecha en que comenzó a recibir la pensión:<br>Date on which you started to receive the pension:<br>Día/Day 16  Mes/Month 2  Año/Year 2013 |

**Marque el encasillado correspondiente: - Check the corresponding box:**

**Forma de Distribución: – Form of Distribution:**
☐ Total / Lump Sum ☐ Parcial / Partial ☒ Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad: – Plan or Annuity Type:**
☒ Gubernamental / Governmental ☐ Privado Calificado / Qualified Private ☐ No Calificado / Non Qualified ☐ Anualidad Fija / Fixed Annuity ☐ Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia<br>Rollover Contribution | | 16. Cantidad Distribuida<br>Amount Distributed | 8,275.20 |
| 2. Distribución Vía Transferencia<br>Rollover Distribution | | 17. Cantidad Tributable<br>Taxable Amount | 7,975.20 |
| 3. Costo de la Pensión o Anualidad<br>Cost of Pension or Annuity | 31,708.37 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias<br>After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%)<br>Tax Withheld from Lump Sum Distributions (20%) | | 20. Ingresos Exentos<br>Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%)<br>Tax Withheld from Lump Sum Distributions (10%) | | 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | A. Exentas<br>Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades<br>Tax Withheld from Annuities | | B. Tributables<br>Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | C. Cantidad sobre la cual se Pagó por Adelantado<br>Amount over which a Prepayment was Made | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | D. Aportaciones Voluntarias<br>After-Tax Contributions | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | E. Total (Sume líneas 21A a la 21D)<br>Total (Add lines 21A through 21D) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | 22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones<br>Tax Withheld from Other Distributions | | 23. Código de Distribución<br>Distribution Code | A ☐ |
| | | Razones para el Cambio<br>Reasons for the Change | |

| Número de Cuenta<br>Account Number<br>582909587 | Número de Control<br>Control Number<br>180039829 | Número de Control de la Declaración Informativa Original<br>Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA

20 de noviembre de 2012

**Lcdo. Jesús González Cruz**
**Secretario**
**Departamento de Corrección y Rehabilitación**

**Lcdo. Esdras Vélez Rodríguez**
**Sub-Secretario**
**Departamento de Corrección y Rehabilitación**

**Sr. Eddie Martínez Santiago**
**Jefe Institucional**
**Centro Detención y Tratamiento Social Niñas**

**Sr. Daniel Caraballo Ramírez**
**Oficial de Servicios Juveniles IV**
**Centro Detención y Tratamiento Social Niñas**

**Sra. Carmen M. Orta Pérez**
**Oficial de Servicios Juveniles II**
**Centro Detención y Tratamiento Social Niñas**

## RENUNCIA

La siguiente misiva es para presentar mi renuncia como Oficial de Servicios Juveniles II, adscrita al Centro Detención y Tratamiento Social Niñas. La razón es porque me voy a acoger a una pensión diferida por edad y porque llevo 20 años de servicios.

La renuncia será efectiva el 15 de febrero de 2013 o se puede ser antes.

Agradezco la oportunidad que me han brindado al pertenecer al equipo de trabajo del Centro Detención y Tratamiento Social Niñas Ponce.

Para su conocimiento y acción correspondiente.



**Gobierno de Puerto Rico**
**ADMINISTRACION DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
ESTACION MINILLAS PO BOX 42003 SAN JUAN, PR 00940-2203

# ESTADO DE CUENTA ESTIMADO

11 de junio de 2010
### Agencia: 246 - ADMINISTRACION INSTITUCIONES JUVENILES

ORTA PEREZ CARMEN
HC 2 BOX 9571

**Seguro Social: XXX-XX-9587**

JUANA DIAZ, PR      00795

A base de la información en nuestros records, al 11 de junio de 2010 usted ha
completado:

### Balance de Aportaciones : $25,558.49
### Años de Servicio: 16.75

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión. En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Linea del Portal de Internet de ASR: http://www.asr.gobierno.pr.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Yamilet Amador Cruz, Supervisora
Unidad de Estado de Cuenta
Área de Participantes