Carmen [illegible]
AC. 02 B[?] 9571
Juana Diaz, P.R. 00795

Secretario/Clerk Office
Trib. Dtto de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918