11 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 5:34

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Réplica
Rechazo a la Objeción global sobre el reclamo #97842 Ley 180- Costo de Vida y el reclamo #94805 Ley Escala Salarial

(i) Datos de contacto
   Demandante: Torres Nicot, Crucita
   Seguro Social: XXX-XX-1241
   Dirección: Urb. Constancia #864 Calle Cortada
   Ponce, P.R. 00717-2202
   Número de evidencia de reclamación: #97842, #94805

(ii) Epígrafe: Tribunal de Distrito de los Estados Unidos para el Distrito de P.R.
   Deudor: Estado Libre Asociado de P.R.
   Número de Procedimiento: 17 BK 3283 LTS

Título de la Objeción global: Centésima Décima Objeción global del Estado Libre Asociado de P.R. y del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de P.R.
   Números: Reclamación: Claim #97842, Claim #94805

(iii) Motivos para oponerse a la Objeción global

Deudas que el Estado Libre Asociado de Puerto Rico tiene con respecto a la Ley 180 (Costo de Vida) claim #97842; y Ley ___ (Escala Salarial) claim # 94805-

Yo, Crucita Torres Nicot, me opongo a la Objeción global porque creo tener derecho al dinero adeudado en mis reclamaciones. Trabajé en el Depto. de Educación desde agosto del 1968 hasta agosto del 1998. No me han pagado las leyes que menciono, por lo cual me aplican.

IV Documentación justificativa:

Recibí el libro Promesa Título III recientemente con reclamación indeterminada.

Ayer viernes -10 de enero- 2020- me comuniqué al teléfono 1-347-817-4175 solicitando información sobre las reclamaciones: #97842 Ley 180 Costo de Vida y #94805 Escala Salarial, dijeron no tener información sobre éstas. Además me dijeron no hay "extensión" para la entrega de las réplicas.

Les informo que los terremotos en P.R. empezaron - 28 Dic. 2019. Continúan los temblores con las siguientes consecuencias: falta de energía eléctrica, de medios de comunicación, de agua, etc. Por lo tanto la carta de jubilación de Retiro se la enviaré tan pronto se normalice la situación en P.R.

Monto de las reclamaciones

Claim # 97842 Ley 180 ___ (Costo de Vida)

Claim # 94805 Ley ___ ___ Escala Salarial

Ustedes determinarán si tengo derecho a estas reclamaciones

Evidencia: certificado años de servicio ___ (Edad: 82 años, 10 meses
La enviaré por correo postal

Cordialmente,

Crucita Torres Nicot
Crucita Torres Nicot
Urb. Constancia #864
Calle Cortada, Ponce, PR
00717-2202

10 de enero de 2020

Secretaría (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5: 34
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Réplica

Rechazo a la objeción Global (ELA, ACT/SER) sobre el reclamo # 82372 realizado en junio 2018.

I. Datos de contacto:
   Demandante: Torres Nicot Crucita
   Seguro Social XXX-XX-1241
   Dirección: Urb. Constancia #864 Calle Cortada Ponce, P.R. 00717-2202
   Número de evidencia de reclamación: 82372

II. Epígrafe: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
   Deudores: Estado Libre Asociado de Puerto Rico

   Núm. De Procedimiento: 17 BK 3283-LTS

   Título de la objeción Global: Centésima Décima Objeción Global de Estaba Libre Asociado de Puerto Rico, de la Autoridad de Carretera y Trasportación de Puerto Rico y del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico.

   Núm. Reclamación: Claim #82372

III. Motivos a exponerse a la objeción Global: Deuda que el Estado Libre asociado de Puerto Rico, Tiene con respecto a la Ley # 89 del año 1979 (Romerazo), en la que se tenía que otorgar $25.00 mensuales por aumento salarial desde la vigencia a esta Ley (89) hasta mi fecha de retiro en agosto 1998. El monto adeudado es de $5,700.00. Me opongo a la objeción global, porque creo tener derecho al dinero adeudado en mis reclamaciones. Trabajé en el Depto. De Educación desde agosto 1968 hasta 1998 no me han pagado las leyes que menciono por lo tanto me aplican.

IV. Documentación justificativa: nunca recibí el cuestionario de las reclamaciones solicitadas. Recibí el Libro Promesas Título III recientemente con reclamación indeterminada. El día 10 enero 2020 me comunique al teléfono 1-347-817-4175 y me ofrecieron información para que mi solicitud no sea cancelada.

¿Cuál es el monto de la reclamación #82372. Para conceder un aumento de sueldo de veinticinco dólares mensuales.

Trabaje desde agosto 1969 a agosto 1998 para un monto de $5,700.00

Evidencia de certificación de años de servicios y edad.

Certificado de notificación de la Réplica = Por Correo Postal

       Cordialmente,

_____
Crucita Torres Nicot
Urb. Constancia
#864 Calle Cortada
Ponce, P.R. 00717-2202


C/C Abogado de la Junta de Supervisión
(counsel for the Oversight Board)
Proskauser Rose LLP
Eleven Times Square
New York, New York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen
Abogado del Comité de Acreedores (counsel for the creditors committee)
Paul Hasting LLP
200 Park Avenue
New York, New York 10166

A/A: Luc A. Despins
Jamen Bliss
James Worthington
G. Alexander Bongarza