

Srta. Crucita Torres Nicot
Urb Constancia
864 Calle Cortada
Ponce, PR 00717-2202



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

