Reclamante:

Román Ramos, Sonia S.

núm de Reclamación 91626

RECEIVED & FILED
2020 JAN 15 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

- La presente reclamación relacionada con el número de caso 91626 de la ley 89 o la llamada Ley del Romerazo.

La misma la estoy notificando una réplica informando parte de evidencia en mis manos de que ocupé un puesto de oficinista II de 7½ horas durante 32 años (comenzé en enero 1979 a diciembre de 2011), número de puesto C 11070. Según información obtenida dicha ley concedía un aumento al personal clasificado de $25.00 para los años 80, la cual fui informada que el mismo no se pagó. Entiendo que debe de haber un ajuste en el pagó debido que es a base $25.00.

Adjunto: informe de cambio al momento de mi retiro, dónde informa el número de puesto que tenía al momento, el status, división y efectividad de la misma y el Departamento de Educación del Estado Libre Asociado de P.R.

Carta y aceptación de renuncia.

- Realmente no me atrevería a dar computos. Sin eviden

cierra de cuanto fue el aumento para el personal clasificado en esta época. De ser así, sería aproximadamente $9,450.00.

Srin S. Ron Ramos
787-595-1150
SS: -2501

Atención:

- Debido a la situación de emergencia que vive nuestro país, incluyendome personalment olvidé enviar dichos documentos a tiempos. Los tuve guardado y no los conseguia los mismos.

Ya gracias a Dios estamos entrando en más tranquilidad.

Sonia S. Román Ramos
Reclamante
# 91626
Telf: 787-595-1150

A: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (Counsel for
the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Abogados del Comité de Acreedores
Counsel for the Creditor's Committee)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz