| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROMAN RAMOS, SONIA S | 91626 | 7/2/2018 | Commonwealth of Puerto Rico | $18,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROMAN RAMOS, SONIA S | 91626 | 7/2/2018 | Commonwealth of Puerto Rico | $18,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000620

# DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal No Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente: 10102

Número del Cambio: 2963

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | SONIA S ROMAN RAMOS | |
| 2. Seguro Social | -2501 | |
| 3. Número de Puesto | C11070 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2012-SCHOOLWIDE12 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 14241 - 01F - 2012 - SCHOOLWIDE12A - 14241 - 01F - 1110 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | 03 | |
| 8. Clasificación y Número de Clase | OFICINISTA III 11203 (7.30) | |
| 9. Sueldo | $ 1,870.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | TRINA PADILLA DE SANZ 14241 | |
| 12. Programa | SCHOOLWIDE12 ESCUELAS PUBLICAS | |
| 13. Ubicación | ARECIBO 115 | |
| 14. Acción y Duración | PENSION POR EDAD Y AÑOS DE SERVICIO | |
| 15. Aportación a Retiro | 5.775% | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | 31/DICIEMBRE/2011 04:30 PM | |
| 18. Fecha de Efectividad | 31/DICIEMBRE/2011 | |

19. Comentarios y Explicaciones

PAGO GLOBAL: 105 DIAS 4 HRS 20 MINTS    VAC: 19 DIAS 4 HRS 44 MINTS. ENF: 85 DIAS 7 HRS 6 MINTS.
VAC: DESDE 3 DE ENERO DE 2012 HASTA 2 DE FEBRERO DE 2012 A LAS 1:44 PM.
ENF. DESDE 2 DE FEBRERO DE 2012 A LAS 1:45 PM HASTA 8 DE JUNIO DE 2012 A LAS 1:20 PM.
OTROS: 1 - 2 DE ENERO DE 2012 (DOMINGO Y FERIADO).

20. Firma del Jefe de Agencia o Representante Autorizado

María Lizardi Valdés

Fecha de Preparado: 13/ENERO/2012
Preparado Por: DARC

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



Estado Libre Asociado de Puerto Rico
Departamento de Educación

26 de septiembre 2011

Sra. Sonia S. Román

Oficinista III

Número de puesto: C-11070

Escuela Superior

Trina Padilla de Sanz

Arecibo, Puerto Rico

Estimada Señora Román;

Por este medio le informo, que luego de haber laborado juntas por un periodo de tres años y usted haber demostrado su calidad de ser humano y compañero, tengo el honor de escribir esta misiva en aceptación de su decisión de acogerse a tan merecido Retiro, luego de sus 32 años de servicio al DE. La cual será efectiva el 31 de diciembre de 2011. Espero pueda disfrutar junto a sus seres queridos el tiempo que Dios le tenga asignado vivir.

Atentamente,

Sra. Mirna Ortiz Rivera
Directora

22 de septiembre de 2011

Sra. Mirna Ortiz Rivera
Directora
Escuela Superior Trina Padilla de Sanz
Arecibo, Puerto Rico

Sra. Ortiz:

¡Saludos Cordiales! Por este medio quiero presentar mi carta de renuncia a la plaza de Oficinista III, número de puesto C-11070, por motivo de jubilación por años de servicio y edad. Mi renuncia será efectiva al 31 de diciembre de 2011.

Gracias por haberme dado la oportunidad de laboral durante 32 años en el Departamento de Educación.

Me reiteró siempre a sus órdenes.

Sonia S. Román Ramos
SS. 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

| DEPT DE EDUCACION-CLASIFICADOS | | Grupo de Pago: | SM-Quincenal | Aviso #: | 1036873 |
|---|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez, Esquina Calaf | | Desde: | 10/16/2011 | | |
| HATO REY, PR 00919 | | Hasta: | 10/31/2011 | Fecha Aviso: | 10/28/2011 |

| SONIA S ROMAN RAMOS | # Empleado: | XXXXX2501 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BOX 17334 | Dept: | 8101007-Arecibo Arecibo | Estado Civil: | Married | Married |
| H.C 04 | Lugar: | Trina Padilla De Sanz | Concesiones: | 0 | 2 |
| CAMUY, PR 00627 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-2501 | Sueldo: | $1,870.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 935.00 | 1,620.00 | 18,700.00 | Fed FICA Med Hospital Ins / EE | 13.56 | 271.15 |
| | | | | | | Fed OASDI/Disability - EE | 39.27 | 785.40 |
| | | | | | | PR Withholding | 0.00 | 11.52 |
| Total: | | | 935.00 | 1,620.00 | 18,700.00 | Total: | 52.83 | 1,068.07 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Plan de Retiro < 4/1/90 | 70.50 | 1,410.00 | AE-Asoc Emp ELA-Prest Regular | 188.96 | 3,783.80 | SM-First Medical Health Plan | 125.00 | 1,250.00 |
| | | | SM-First Medical Health Plan | 15.75 | 316.00 | Plan de Retiro < 4/1/90 | 86.72 | 1,753.10 |
| | | | SC-TRANS OCEANIC LIFE | 15.00 | 300.00 | FSED Disability Plan | 15.90 | 318.00 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.39 | 2,573.74 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.00 | 60.00 | | | |
| | | | OS-UNION PASO/ SPT Y SPU- | 12.74 | 254.80 | | | |
| | | | Ahorros-AEELA | 28.05 | 561.00 | | | |
| Total: | 70.50 | 1,410.00 | Total: | 395.89 | 7,849.34 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 935.00 | 0.00 | 52.83 | 466.39 | 415.78 |
| Acumulado: | 18,700.00 | 0.00 | 1,068.07 | 9,259.34 | 8,372.59 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1036873 | 415.78 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 415.78 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**DEPT DE EDUCACION-CLASIFICADOS**  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
10/28/2011

Aviso No.  
1036873

**Cant. Deposito:** $415.78

A la  
Cuenta(s) De

**SONIA S ROMAN RAMOS**  
BOX 17334  
H.C 04  
CAMUY, PR 00627  
Localizacion: Trina Padilla De Sanz

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 11260 | $415.78 |
| Total: | | $415.78 |

## NO-NEGOCIABLE