Sonia
HC04 Box 17354,
Camuy, Puerto Rico 00627

**CERTIFIED MAIL**

7019 0700 0002 1472 5263

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
JAN 14, 20
AMOUNT
**$7.60**
R2304E104966-05

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.