

14 de Enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

**NUM CASO: 17BK03566-LTS**
**RECLAMACION: 402201/40194**

A quien corresponda:

Solicito se continúe el proceso de demanda por mi retiro y aumento salarial del cual estoy interesado en que dichas querellas sigan el curso correspondiente. De haber alguna duda se pueden comunicar al 787-402-3037 o mi email yanitza_hernandez@yahoo.com.

Cordialmente,

Rey F. Marte Castro