Rey F. Marrero Quiles
HC 2 Box 8777
Yabucoa, PR 00767

Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan PR 00918-1767