Yanitza Hernández Ruiz
HC-2 Box 8777
Yabucoa PR 00767

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:29
U.S. DISTRICT COURT
SAN JUAN