MARIBEL HERNANDEZ TORRES
HC-01 BOX 5082
BAJADERO, PR 00616



U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JAN 14, 20
AMOUNT
$0.70
R2303S101705-13

1000      00918

CLERK'S OFFICE
UNITED STATES DISTRIC COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767

00918-170625