**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de: **JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO** Como representante de **ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,** Deudores | **PROMESA, Título III** **Núm. 17 BK 3283-LTS** La presente radicación guarda relación con el ELA. |

RECEIVED & FILED
2020 JAN 15 PM 5:29
CLERK'S OFFICE
SAN JUAN, P.R.

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 55609

**NOMBRE DEL RECLAMANTE:** Carmen I. Cubero Rodriguez

**MOCION
RADICACION DE REPLICA**

1. Carmen I Cubero Rodriguez dirección postal: 1708 Calle Vista Verde Isabela 00662 con número de teléfono (787) 552-2281 y correo electrónico carmencubero123@gmail.com últimos digito de seguro social 6280.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 200,000.00, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 3-Septiembre-1993 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL,** muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

1708 Calle Vista Verde
Isabela, PR 00662