**127 Adm.Desarrollo Socio Economico**
500 Roberto H.Todd   , P.O.Box 8000
Santurce, PR   00910

| | |
|---|---|
| Grupo de Pago: | SM - General |
| Desde: | 03/16 |
| Hasta: | 03/31/2015 |

| Aviso #: | 5317222 |
|---|---|
| Fecha Aviso: | 03/30/2015 |

| | | | | |
|---|---|---|---|---|
| CARMEN I CUBERO RODRIGUEZ | # Empleado: | XXXXX6280 | DATA IMP: | Federal | PR |
| 1708  VISTA VERDE | Dept: | 127010-Aguadilla | Estado Civil: | Single | Single |
| COMUNIDAD LOS PINOS | Lugar: | Isabela | Concesiones: | 0 | 0+4 |
| ISABELA, PR  00662 | Titulo: | Auxiliar Sist. Oficina III | Pct. Adcl.: | | |
| SS:   XXX-XX-6280 | Sueldo: | $2,258.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,129.00 | 480.00 | 6,774.00 | Fed FICA Med Hospital Ins / EE | 16.37 | 98.22 |
| | | | | | | Fed OASDI/Disability - EE | 70.00 | 419.99 |
| | | | | | | PR Withholding | 19.13 | 114.78 |
| **Total:** | | | **1,129.00** | **480.00** | **6,774.00** | **Total:** | **105.50** | **632.99** |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 112.90 | 677.40 | SI-Seg Incap. Obligatorio | 2.82 | 16.92 | SM-Plan Medico ASES | 180.00 | 540.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 124.27 | 745.62 | GPR Retiro Hibrido | 104.71 | 628.26 |
| | | | CO-COOP LA SAG FAMILIA | 30.00 | 180.00 | FSED Disability Plan | 37.82 | 226.92 |
| | | | DM-FONDOS UNIDOS | 0.50 | 3.00 | | | |
| | | | SC-TRIPLE-S VIDA INC | 9.38 | 56.28 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 97.75 | 586.50 | | | |
| | | | OS-SERV PUBLICOS UNIDOS PR 00 | 96.94 | 101.64 | | | |
| | | | Ahorros-AEELA | 33.87 | 203.22 | | | |
| **Total:** | **112.90** | **677.40** | **Total:** | **315.53** | **1,893.18** | * Tributable | | |

## TOTAL BRUTO / NETO TRIBUTAR FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | NETO TRIBUTAR FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,129.00 | 0.00 | 105.50 | 428.43 | 595.07 |
| Acumulado: | 6,774.00 | 0.00 | 632.99 | 2,570.58 | 3,570.43 |

## LIC. HORAS / AEELA

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5317222 | 595.07 |
| **Total:** | **595.07** |

**MENSAJE:**

Adm.Desarrollo Socio Economico
500 Roberto H.Todd
P.O.Box 8000
Santurce, PR  00910

**Fecha**
**03/30/2015**

**Aviso No.**
**5317222**

**Cant. Deposito:**   $595.07

A la
Cuenta(s) De

**CARMEN I CUBERO RODRIGUEZ**
1708  VISTA VERDE
COMUNIDAD LOS PINOS
ISABELA, PR  00662
Localizacion: Isabela

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 595.07 |
| **Total:** | | **595.07** |

## NO-NEGOCIABLE

AP-15
cv. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

Número del Cambio
**57709**

2. Número de Seguro Social del Empleado
.6280

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 15174 | Puesto Núm. |
| 3. Nombre del Empleado | Carmen I. Cubero Rodríguez | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Depto. de la Familia | |
| 6. División | Adm. Desarrollo Socio Economico de la Familia | |
| 7. Unidad o Sección | | |
| 8. Ubicación geográfica del puesto | Isabela | |
| 9. Categoría del Empleado | | De Carrera |
| 10. Status del Empleado | Transitorio | Regular |
| 11. Título de Clasificación | Auxiliar de Sistema de Oficina II | |
| 12. Sueldo | $ 935.00 | |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | 8.275% |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | 3% |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 16 agosto 96 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 97 | 111 | 077 | 07 | | 002 | 1120 | 97 | 111 | 127 | 04 | | 001 | 1110 |

22. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o Traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☒ Nuevo Nombramiento   ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse:   Compensatorio_____ días.
Licencia Enfermedad_____ días.   Concedida_____ días.   Licencia Regular_____días.   Concedida_____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo:   Duración:   De   A

29. Muerte:   Ultimo día   Participante de Retiro
Fecha_____   Hora_____   de pago:_____   ☐ Sí   ☐ No

30. Clase de Licencia: ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☐ Sin Sueldo
Duración:_____ DE_____ A_____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso)  Nuevo nombramiento por certificación de elegible especial conforme a la Ley 256 del 28 dic. 95 con status regular.

32. Si el cambio de puesto es por Certificación de Elegibles indique:  Certificación de Elegibles Núm.  58

Si el cambio es a otro puesto, indique el nombre del anterior incumbente:  Carmen I. Cubero Rodríguez  (transitorio)

33. Si el cambio es a otra agencia o jefe de la agencia donde se origine el cambio o su representante autorizado durante Cambio
Ramón Hernández Vegas

34. Firma del empleado en casos que fuere necesario

35. Aprobado por:  Secretario Auxiliar de Personal
Recursos Humano
Jefe de la Agencia o su Representante Autorizado

27 de agosto de 1996

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por:   Fecha:

12 MAR 1997

27 FEB 1997