RECEIVED & FILED
2020 JAN 17 PM 5:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Carmen I. Cubero Rodriguez
1708 Calle Vista Verde
Isabela, P.R. 00662