TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

NÚMERO DE EVIDENCIA DE RECLAMACION: __61421 / 61222__

NOMBRE DEL RECLAMANTE: **LUZ A. PEREZ NIEVES**

## MOCION
## RADICACION DE REPLICA

1. Luz A. Pérez Nieves, dirección postal: 8055 Calle Gutiérrez Pérez Isabela, PR 00662 con número de teléfono (787) 216-8693 y correo electrónico lucyaperez1966@gmail.com, últimos digito de seguro social 4302.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 54,000.00, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 23 de marzo de 1988 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.


8055 Calle Gutierrez Pérez                              Luz A. Pérez Nieves
Isabela, PR 00662