**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

**NÚMERO DE EVIDENCIA DE RECLAMACION:** _40271 / 40332_

**NOMBRE DEL RECLAMANTE:** <u>**JESSICA J. FERNANDEZ HERNANDEZ**</u>

**MOCION
RADICACION DE REPLICA**

1. <u>Jessica J. Fernández Hernández</u>, dirección postal: <u># 17 Calle Ostión Bo. Jobos Isabela, PR 00662</u> con número de teléfono <u>(787) 218-5090</u> y correo electrónico <u>yahirjesslee@gmail.com</u>, últimos digito de seguro social <u>8245</u>.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente <u>52,800.00</u>, en el Departamento de la Familia Programa de ADFAN con fecha de empleo que comencé <u>6 de septiembre de 2012</u> hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

# 17 Calle Ostión
Bo. Jobos
Isabela, PR 00662

*Jessica J. Fernández Hernández*