**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| FERNANDEZ HERNANDEZ, JESSICA | 40332 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| FERNANDEZ HERNANDEZ, JESSICA | 40332 | 5/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| HERNANDEZ, JESSICA FERNANDEZ | 40271 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| HERNANDEZ, JESSICA FERNANDEZ | 40271 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000942

mero de Evidencia de Reclamación: 40332 / 40226

clamante: Jessica J. Fernández Hernández

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

esponda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué yes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo por qué cree que esta ley en particular constituye un fundamento para su reclamación.

simismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

nvíe el formulario completado y documentos de apoyo por **correo electrónico** a RClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

**¿Cuál es el fundamento de su reclamación?**

- ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
- ☒ Empleo actual o anterior en el gobierno de Puerto Rico
- ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

_____

**¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

52,800.00

Número de Evidencia de Reclamación: 40332 /40271

Reclamante: Jessica J. Fernández Hernández

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de la familia

3(b). Identifique las fechas de su empleo con relación a su reclamación: 6 Septiembre 2012 al presente

3(c). Últimos cuatro dígitos de su número de seguro social: 8245

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☒ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de la Familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Comisión Apelativa del Servicio Público PO Box 41149 San Juan PR 00940-1149

4(c). Número de caso: 40332 /40271

4(d). Título, epígrafe, o nombre del caso: Jessica J. Fernández Hernández

2

Reclamante: Jessica J. Fernandez Hernandez

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

3

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5397868<br>Fecha Aviso: 12/30/2019 |
|---|---|---|
| JESSICA FERNANDEZ HERNANDEZ<br>URB. MEDINA,<br>CALLE 5D #51<br>ISABELA, PR 00662<br>SS: | # Empleado: 581878245<br>Dept: 123620-Isabela I<br>Lugar: Aguadilla<br>Titulo: Asistente De Servicios<br>Sueldo: $1,341.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 670.50 | 1,957.50 | 16,092.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 670.50 | 1,957.50 | 17,292.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.72 | 250.73 |
| Fed OASDI/Disability - EE | 41.57 | 1,072.10 |
| PR Withholding | 0.00 | 42.00 |
| Total: | 51.29 | 1,364.83 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 56.99 | 1,367.76 |
| Total: | 56.99 | 1,367.76 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.68 | 40.32 |
| SM-First Medical Health Plan | 75.75 | 2,229.00 |
| SC-TRIPLE-S VIDA INC | 7.00 | 168.00 |
| OS-SERV PUBLICOS 009 A | 10.06 | 241.44 |
| Ahorros-AEELA | 20.12 | 482.88 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 1,287.66 |
| CO-COOP LA SAG FAMILIA | 0.00 | 320.00 |
| Total: | 114.61 | 4,769.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 22.46 | 579.24 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUTABLE / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tributable | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.29 | 171.60 | 447.61 |
| Acumulado: | 17,292.00 | 0.00 | 1,364.83 | 6,137.06 | 9,790.11 |

| Licencias | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5397868 | 447.61 |
| Total: | 447.61 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha 12/30/2019

Aviso No. 5397868

Cant. Deposito: $447.61

A la
Cuenta(s) De

JESSICA FERNANDEZ HERNANDEZ
URB. MEDINA,
CALLE 5D #51
ISABELA, PR 00662
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 447.61 |
| Total: | | 447.61 |

## NO-NEGOCIABLE

**FAMILIA**
ABRAZA LA VIDA

Gobierno de Puerto Rico
DEPARTAMENTO DE LA FAMILIA

**ADMINISTRACIÓN DE FAMILIAS Y NIÑOS**

6 de septiembre de 2012

Jesica J. Fernández Hernández
Bo. Jobos, Calle Ostión # 17
Isabela, Puerto Rico

Estimada señora Fernández Hernández:

Me place comunicarle que usted ha sido nombrado en el puesto Probatorio número 12307679 de Asistente de Servicios, adscrito a la Región Aguadilla, Oficina Local de Isabela, efectivo el 6 de septiembre de 2012.

Devengará un sueldo de $1,178.00 mensual.

Esta acción conlleva un periodo probatorio de cuatro (4) meses del 6 de septiembre de 2012 al 5 de enero de 2013. Se realizarán dos evaluaciones, una el 5 de noviembre de 2012 y la final el 5 de enero de 2013

Le deseamos éxito en su nueva encomienda.

Cordialmente,

María Luisa Torres Colón
Administradora Auxiliar Interina
Oficina de Recursos Humanos

mpm

c Director Regional
   Aguadilla

---

EDIFICIO LILA MAYORAL, AVE. BARBOSA #306, HATO REY PR 00917 • APARTADO 194090, SAN JUAN, PUERTO RICO 00919-4090
(787) 625-4900