Jessica J. T[...]
#17 Calle Ostion
Bo. Jobos
Isabela, P.R. 00662

U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
JAN 14, 20
AMOUNT
$0.70
R2304M115566-04

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:19