14 de enero de 2020

To: Ley Promesa # 17-03203 Secretaría
Tribunal, Nueva York.

From: Nidza Cecilia Henríquez Velázquez
S.S. ˗2929
Urb. Villa del Carmen Ave. Constancia 4308
Ponce Puerto Rico 00716
Celular: 787-209-0573
E-mail:nidzahenr@yahoo.com

Reclamaciones:

1. 91584 vs. Estado Libre Asociado de PR
   Departamento de Educación
   Fundamento: Ley 96: Costo de Vida
2. 94640 vs. Libre Asociado de PR
   Departamento de Educación
   Fundamento: Ley 34: Ingenio Laboral
3. 92983 vs Libre Asociado de PR
   Departamento de Educación
   Fundamento: Ley 164: Sila Calderón
4. 104956 vs. Libre Asociado de PR
   Departamento de Educación
   Fundamento: Ley 89 El Romerazo

Asunto: Objeción sobre la denegación de mis reclamaciones bajo la Ley Promesa

Por este medio deseo solicitar una extensión de tiempo. Al llegar mis documentos, Puerto Rico, en especial el área en que vivo se encuentra en emergencia por la situación de los sismos. Ponce está entre las áreas afectadas. Las oficinas del DE de PR no están operando, de manera que no pude obtener las evidencias fidedignas para el reclamo de las cantidades que se debían solitar. Además, la Oficina de de Corte Federal de Ponce, en el momento en que entregué dichos documentos no nos orientaron sobre dichas evidencias, solo entregar los documentos.

Estoy enviando dicha carta pues al leer las fechas en los documentos recibidos indicaban que la fecha de vencimiento es hoy, 14 de enero 2020 antes de las 4:00pm

Solicito extensión de tiempo para conseguir la documentación requerida ya que las oficinas del DE en Ponce, PR se encuentran cerradas para dicho propósito. Dichas oficinas se encuentran sin energía eléctrica y por lo tanto sin servicio de comunicación.

Gracias anticipadas por la ayuda que se me pueda brindar.

Muy respetuosamente,
Nidza C. Henríquez Velázquez