

To:
Secretaria
Tribunal de Distrito de EU
#150 Chardon Ave.
Federal Building
San Juan P.R. 00918

From:
Nidza C. Henriquez
Urb. Villa del Carmen
Ave. Constancia 4308
Ponce, P.R. 00716