1

11 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 5:28

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Abogado de la Junta de Supervision (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brain S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors Commitee)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Secretaria Clerks Offices
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

Cintrón Rosario Johnny
No. Reclamación 95144
Fecha Presentación 6/24/2018
Deudor: Puerto Rico Highways and Transportation Authority
Monto Reclamación Alegada. Indefinida desconozco

Saludos.

La presente es informar que recibí documentos en relación a la Virtud Ley Promesa del Título III contra El Estado Libre Asociado de PR.

Deseo notificar que solamente estoy reclamando un aumento de sueldo cuando el gobernador Carlos Romero Barceló gobernó a Puerto Rico para este cuatrienio yo Trabaje bajo la Autoridad de Carreteras en Puerto Rico en el pueblo Salinas Autopistas Luis A Ferrer. Este aumento de Ley 89 Se le llamaba el Romerazo, fue otorgado para los años 1979-1985. No recuerdo muy bien la fecha pero este no me fue otorgada.

Sin otro asunto y dandoles las más expresivas gracias por la ayuda prestada.

Johnny Cintron Rosario / Johnny Cintro Rosario
HC-03 BOX 15455
Juana Díaz PR 00795