Johnny Cintron Rosario
HC-03 Box 15455
Juana Diaz, PR 00795

RECEIVED & FILED
2020 JAN 15 PM 5: 22
U.S. DISTRICT'S OFFICE
SAN JUAN, P.R.

Secretaria Clerk's Office
Tribunal de Distrito de los EE.UU.
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
JAN 14, 20
AMOUNT
$0.55
R2304M113827-02