A          :          Ley Promesa
                      Secretaría Tribunal de Neva York

DE         :          Virgen Milagros Vélez Torres
                      2144 Calle Franco, Urb. La Providencia
                      Ponce, Puerto Rico, 00728
                      Teléfono 787-400-0118
                      Correo electrónico: vmvelezt@gmail.com

**Objección: Reclamación Ley Promesa.**

**RECLAMACIONES**
1. 91584  vs Estado Libre Asociado de Puerto Rico – Departamento de Educación de Puerto Rico
   Fundamentos: Ley 96 Costo de Vida.

2. 94640 vs Estado Libre Asociado de Puerto Rico – Departamento de Educación de Puerto Rico
   Fundamentos: Ley 34: Inenio Laboral.

3. 92983  vs Estado Libre Asociado de Puerto Rico – Departamento de Educación de Puerto Rico
   Fundamentos: Ley 164 Sila Calderón.

4. 104956  vs Estado Libre Asoci.ado de Puerto Rico – Departamento de Educación de Puerto Rico
   Fundamentos: Ley 89 Romerazo

**ASUNTO**

Solicito una extención del tiempo para someter los documentos correspondientes a las reclamaciones antes mencionadas. La reclamación debía estar sometida en o antes del 14 de enero de 2020. Debido a que Puerto Rico se encuentra en emergencia sísmica por los recientes terremotos que han azotado la zona suroeste; no pude conseguir la documentación requerida en las oficinas correspondientes. Por otro lado, al momento de entregar las reclamaciones iniciales, no encontré un personal que pudiera ofrecer instrucciones claras respecto a los documentos que debía someter.

Gracias anticipadas,

Virgen Milagros Vélez Torres

2144 Calle Franco, Urb. La Providencia
Ponce,Puerto Rico, 00728
Teléfono 787-400-0118
Correo electrónico: vmvelezt@gmail.com