A : Ley Promesa
Secretaría Tribunal de ~~Neva York~~ Puerto Rico

DE : Virgen Adria Vélez Torres
3013 Calle Danubio, Urb. Río Canas
Ponce, Puerto Rico, 00728
Teléfono 787-547-5262
Correo electrónico: virgenvlz@yahoo.com

**Objeción: Reclamación Ley Promesa.**

**RECLAMACIONES**
1. 91584 vs Estado Libre Asociado de Puerto Rico – Departamento de Educación de Puerto Rico
Fundamentos: Ley 96 Costo de Vida.

2. 94640 vs Estado Libre Asociado de Puerto Rico – Departamento de Educación de Puerto Rico
Fundamentos: Ley 34: Inenio Laboral.

3. 92983 vs Estado Libre Asociado de Puerto Rico – Departamento de Educación de Puerto Rico
Fundamentos: Ley 164 Sila Calderón.

4. 104956 vs Estado Libre Asoci.ado de Puerto Rico – Departamento de Educación de Puerto Rico
Fundamentos: Ley 89 Romerazo

**ASUNTO**

Solicito una extención del tiempo para someter los documentos correspondientes a las reclamaciones antes mencionadas. La reclamación debía estar sometida en o antes del 14 de enero de 2020. Debido a que Puerto Rico se encuentra en emergencia sísmica por los recientes terremotos que han azotado la zona suroeste; no pude conseguir la documentación requerida en las oficinas correspondientes. Por otro lado, al momento de entregar las reclamaciones iniciales, no encontré un personal que pudiera ofrecer instrucciones claras respecto a los documentos que debía someter.

Gracias anticipadas,

*[firma]*
Virgen Adria Vélez Torres

3013 Calle Danubio, Urb. Río Canas
Ponce, Puerto Rico, 00728
Teléfono 787-547-5262
Correo electrónico: virgenvlz@yahoo.com