Virgin Adria Velez-Tows
Denubic #3013-R16 Cans
Dorris, P.R. 00718

RECEIVED & FILED
2020 JAN 15 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretarial Clerk's Office
Tribunal d Distrito de Estado Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

SAN JUAN
PR 009
14 JAN '20
PM 2 L