8 de enero de 2020



A quien pueda interesar:

El propósito de esta comunicación es confirmar mi interés sobre la reclamación sometida con su debido formulario a nombre del suscribiente, el Sr. Anthony Toro López; actualmente me desempeño como policía del Departamento de Seguridad Pública con el rango de Agente, desde noviembre 2001 hasta el presente. Quiero dejar claro que de forma compulsoria realice aportaciones al sistema de retiro, Retiro Reforma 2000 quien en ese momento tomo posesión del dinero y se nos explicó que el mismo se administraría en un fondo algo equivalente a una cuenta de retiro individual por decir 401K, donde la aportación del empleado era la única que iría al fondo y que al momento que el empleado no deseara continuar pudiera retirar su aportación y disponer de ella como mejor le convenga. Esta aportación se realizó desde el momento que fui reclutado por la agencia en la cual laboro, hasta el año 2013. El plan inicial fue sustituido por otro plan de retiro, establecido por el gobernador de turno.

En el mes de diciembre 2019 recibí notificación por parte de la firma de Abogados Prime Clerk LLC de la ciudad de New York donde se me dio conocimiento y se me ilustro con documentos por la demanda de Promesa Title III y que estoy incluido con el numero de reclamación "claim" # 79699 y "case number" 17 Bk 03566-LTS por la cantidad de $80,000.00 según el documento. Sin embargo, la parte demandada, Estado Libre Asociado de Puerto Rico, me excluye y rechaza del listado sino proveo la evidencia necesaria que demuestre la cantidad reclamada por concepto del plan de retiro, a lo que esto contesto tanto este servidor público como los demás afectados y victimas de tan malas decisiones financieras donde en ningún momento de nuestra honrosa carrera como policía de Puerto Rico y empleado público se notifico por parte de la agencia ni del sistema de Retiro Reforma 2000 que en este caso el tenedor de los bienes no se le mostraba el crecimiento de ese dinero o como estaba siendo utilizado y manejado donde lo único que sabía era que funcionaba al igual que una cuenta 401 K con la diferencia que parte que retiene el dinero no se le obligaba a rendir cuentas sobre sus operaciones y demostrarle al empleado que realiza la aportación que su dinero estaba seguro y responsablemente manejado para ser utilizado en el momento más crucial que es al momento de su jubilación, al cual en estos mismos instantes estamos totalmente desprovistos de una seguridad financiera al momento de nuestro retiro, donde se deposito la confianza tanto de nuestra familia como la nuestra a tener ese dinero al momento de cesar labores acogernos a nuestro retiro y de tener una estabilidad económica el momento de nuestra vejez.

Por lo tanto solicito respetuosamente a ustedes señores abogados que dada la situación donde el interés de estos administradores fue siempre mantener al participante del Retiro Reforma 2000 en total desconocimiento y todas las decisiones fueron tomadas a cuartos oscuros sin sentir la obligación de consultar o notificar, excluyendo la parte más importante de toda decisión tomada que en este caso éramos nosotros los participantes y empleados públicos del sistema.

Solicito que no se me excluya o rechace de la participación de este procedimiento legal que para nosotros será la última oportunidad para recuperar nuestra aportación, que pueda ser depositada en un plan de retiro confiable que cumpla su propósito.

Atentamente,

Anthony Toro López