Anthony Toro López
105 calle Belt Pauley
Aguadicca P.R. 00603

RECEIVED & FILED
2020 JAN 15 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (clerk office)
Tribunal de Distrito de Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan P.R. 00918