MAXIMINO VALLE SANTIAGO
HC-05 BOX 54725
HATILLO, PR 00659

U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JAN 14, 20
AMOUNT

$0.70

R2303S101705-13

00918

1000

UNITED STATES
POSTAL SERVICE.

CLERK'S OFFICE
UNITED STATES DISTRIC COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767

00918-170625

2020 JAN 15    5: 37