14 de enero de 2020
1:15pm

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue - Federal Building, San Juan, PR 00918
Re: No. 17BK 3283-LTS (PROMESA Title III)

Números de Reclamación 7797 y 7255

Honorable Secretaria:

Por este medio solicito tiempo adicional para poder enviar la réplica de los casos en referencia. Esta petición responde a la situación que estamos viviendo en Puerto Rico a consecuencia de los constantes temblores, ya que resido en el área afectada y no tengo acceso a electricidad/internet para poder acceder a la información, particularmente del Retiro de Puerto Rico.

Datos: Sr. Amparo Rodríguez Ramos
P.O. Box 1914
Juana Díaz, PR 00795

amparorodzra@gmail.com
787-502-5184

Epígrafe: Deudores

Reclamación: # 7797 Sistema de Retiro de los empleados del Gobierno de PR

Reclamación # 7755 Empleo del Estado Libre Asociado de Puerto Rico.

Motivos para oponerse
- Dinero acumulado en el Sistema de Retiro Empleados del Gobierno
- Salarios por concepto empleado del ELA

Documentación:
Solicito tiempo adicional para poder enviar la evidencia del dinero en los Ahorros de Retiro de PR, ya que por situación de terremoto no tengo acceso a conseguir la información del Retiro de Puerto Rico. Además de no tener acceso a la documentación como empleado del ELA.

Espero puedan tomar en consideración esta petición.

Sr. Amparo Rodríguez Ramos