Sr. Amparo Rodriguez [illegible] S
P.O. Box 1914
Juana Díaz, P.R. 00795



U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
JAN 14, 20
AMOUNT
$0.00
R2305K135197-01

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

00918-170399