Réplica a la Objeción general

(i) Nombre: Luissette M. Rodríguez Bernier
Urb. Jardines de Guamaní
Calle 8 BB-15
Guayama, P.R. 00784
787-612-6027

(ii)

(iii) Motivos — Mi reclamación parte del primer aumento otorgado por el Departamento de Educación, como parte de la Carrera Magisterial que fue concedida a esta servidora.

(iv) Documentación: Todo lo concerniente a los documentos está disponible en el Departamento de Educación