PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE**

Retail

**P** US POSTAGE PAID
**$7.35**
Origin: 00612
01/14/20
4209000612-21

PRIORITY MAIL 1-DAY ®

0 Lb 4.30 Oz
**1005**

EXPECTED DELIVERY DAY: 01/15/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER



9505 5110 0907 0014 2907 61

OD: 12 1/2 X 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

FROM:

**PRIORITY MAIL** ★

UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Luissette M. Rodriguez
HC-5 Box 93446
Arecibo, P.R. 00612

TO:
Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Label 228, July 2013
FOR DOMESTIC AND INTERNATIONAL USE

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.