No. Reclamación
81640

Enero-14-2020

A quien Pueda Interesar:

Soy la Sra. Rosael González González y mi dirección física es Carr. 151-Ramal 561 K.H0, Barrio Vacas, Sector Sierrita Villalba, Puerto Rico y dirección postal es P.O. Box 1082 Villalba, P.R. 00766. Mi teléfono residencial es 787-847-7566 y mi teléfono celular es 787-446-6267. Mi dirección de correo electrónico es floresdoc33@gmail.com. y grosael@gmail.com.

Mi reclamación se refleja en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, en el asunto de: Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado Puerto Rico, Ley Promesa, Titulo III - Num. 17 BK 3283 - LTS.

El motivo por el cual no se deba declarar no ha lugar mi reclamo es por que comencé a trabajar para el Departamento de Salud de Puerto Rico, como Enfermera Profesional en el Hospital Regional de Ponce Puerto Rico en el Año 1970 - Departamento de Cirugía y luego comencé 1978-1997 en Unidad Intensivo como Enfermera de Cabecera y como Supervisora en el último Año. Recibiendo el mismo Sueldo, Sin ningún paso en la escala salarial.

Basado en mis cálculos, me correspondería aproximadamente $50,000 o lo que me corresponda por la Ley Promesa.

Actualmente estoy recibiendo una pensión de $983.00, la cual fue efectiva desde el Año 1997, desde el mes de Abril. Estoy consciente que esa no es la cantidad que verdaderamente me corresponde por ley.

Adjunto envío los documentos que me identifican.

Gracias anticipadas,

Att. Rafael González