*Estado Libre Asociado de Puerto Rico*
*ADMINISTRACION DE LOS SISTEMAS DE RETIRO*
*DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA*
*MINILLAS STATION PO BOX 42003 SAN JUAN PR 00940*

13 de junio 1997

SR ROSAEL GONZALEZ GONZALEZ
PO BOX 329
VILLALBA PR 00766

Estimada señora González:

Deseamos informarle que su solicitud de pensión por Mérito ha sido aprobada efectiva al 1 de abril de 1997.

La pensión que le corresponde de acuerdo con la legislación vigente es de $971.91 mensuales. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

De su pensión se harán los descuentos permisibles en ley que usted autorice tales como: seguro médico, seguro de la Asociación de Empleados, ahorros para la Asociación de Empleados y otros.

Los pensionados por años de servicios de cualquier Sistema de Retiro del Gobierno de Puerto Rico podrán prestar servicios sin menoscabo de la pensión que estén recibiendo, siempre y cuando cumplan con las siguientes condiciones:

1. Ser miembro de una junta o comisión donde sus servicios se compensen a base de dietas.

2. Ser Legislador sin percibir compensación, excepto dietas y pago de millaje.

3. Prestar servicios profesionales o consultivos o de cualquier otra naturaleza, siempre que tales servicios constituyan una relación contractual que claramente no constituya un empleo regular.

4. Proveer servicios regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y percibiendo una retribución que no exceda de la mitad de los que corresponde al mismo empleo si fuera jornada completa.

Página #2
13 de junio de 1997

5. Cumplir con cualquier directriz emitida por la Oficina Central de Administración de Personal que condicione la prestación de servicios por parte de los pensionados.

Deseamos recordarle que, de interesar modificar su Designación de Beneficiarios podrá hacerlo llenando un nuevo formulario.

Su pensión será reajustada con el Seguro Social Federal a la fecha en que cumpla los 65 años de edad, de conformidad con el Plan de Coordinación al cual usted se acogió.

Extendemos a usted el más sincero reconocimiento por su dedicación al servicio público.

**RETIRO VISION HACIA EL FUTURO Y SERVICIOS DE EXCELENCIA.**

Cordialmente,

Andrés Barbeito
Administrador

Andrés Figueroa Rodríguez
Director
Area de Beneficios

mzr
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



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

DEPARTAMENTO DE SALUD
Department of Health

357018

REGLAMENTACION Y CERTIFICACION
of Regulation and Certification

PROFESIONALES DE LA SALUD
of Health Professionals

# CERTIFICADO DE REGISTRO
# (REGISTRY CERTIFICATE)

| | |
|---|---|
| NOMBRE (NAME) | ROSAEL GONZALEZ GONZALEZ |
| PROFESIÓN (PROFESSION) | ENFERMERA (O) GENERALISTA |
| NÚM. DE LICENCIA (LICENSE NO.) | 007550 |
| NÚM. DE REGISTRO (REGISTRY NO.) | 016979 |
| VÁLIDO DESDE (VALID FROM) | 11/OCT/2016 |
| VENCE EN (DUE DATE) | 2/OCT/2019 |

CERTIFICAMOS QUE ESTE PROFESIONAL CUMPLIÓ CON EL REQUISITO ESTABLECIDO POR LA
(WE CERTIFY THAT THIS PROFESSIONAL HAS COMPLIED WITH REQUISITES ESTABLISHED)

LEY NÚM. 11 DE 23 DE JUNIO DE 1976 SEGÚN ENMENDADA.
(BY ACT NO.. 11 OF JUNE 23, 1976 AS AMENDED)

LA LICENCIA DEBERÁ RECERTIFICARSE A LA FECHA DE VENCIMIENTO O ANTES.
(THE LICENSE MUST BE RECERTIFY THE DATE DUE OR BEFORE)

DADA EN SAN JUAN, PUERTO RICO HOY.    11 DE OCTUBRE DEL 2016
(GIVEN IN SAN JUAN, PUERTO RICO ON)

Estado Libre Asociado de Puerto Rico
Departamento de Salud

FIRMA AUTORIZADA (AUTHORIZED SIGNATURE)

## NO TRANSFERIBLE (NON TRANSFERABLE)

ADVERTENCIA: CUALQUIER ALTERACION O BORRADURA CANCELA ESTA CERTIFICACIÓN.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.
ESTE DOCUMENTO NO ES TRANSFERIBLE / THIS DOCUMENT IS NOT TRANSFERABLE.

20161011201910024120458

# Certificado de Reconocimiento

otorgado a:

## Rosael González González

La excelente labor como Enfermera III en la Región Sur de Salud de Ponce, nos demuestra su calidad profesional y gran compromiso con la salud de nuestro pueblo. Por esta razón en el Departamento de Salud, nos sentimos orgullosos de contar con servidores de tan alto calibre.

Hoy, agradecemos el esfuerzo puesto en cada gestión de trabajo y brindamos un merecido reconocimiento al esfuerzo realizado y su aportación durante estos 30 años de fructífera labor.

Dado hoy, 31 de marzo 1997, en Ponce, Puerto Rico.

Dra. Carmen Feliciano de Melecio
Secretaria de Salud

SEMBLANZA : ROSAEL GONZALEZ GONZALEZ

Nace el 2 de octubre de 1946 en Villalba, Puerto Rico. Sus padres; el Sr. Teodoro González y la Sra. Agustina González quién le sobrevive actualmente. Tiene una hija de 15 años, modelo quién es el orgullo y razón de vivir de su madre.

Cursó sus estudios primarios en la Escuela Vista Alegre y Escuela Watter Mc. Jones de Villalba. Sus estudios Superiores fueron en la Escuela Superior de Villalba y se graduó de 4to año en mayo de 1967. Estudió Enfermería en la Escuela de Enfermería Dr. José N. Gándara, donde obtiene su diploma en el año 1970.

Comienza su experiencia de trabajo para el mismo año en el Hospital Dr. José N. Gándara. Comenzó a prestar sus servicios de Enfermería en el Departamento de Cirugía como Enfermera I con sueldo de $400.00 para septiembre 14 de 1971. Pasó a enfermera II en enero de 1974 con un sueldo $475.00 mensuales.

El 30 de julio de 1977 es trasladada a Intensivo haciendo turnos rotativos. En junio de 1979 pasa a ser Enfermera de Cabecera de Intensivo con un sueldo de $695.00. Desempeñando una sobresaliente labor en el departamento, hasta octubre de 1994 donde es recomendada para realizar funciones de Supervisora de Intensivo.

Hoy día se acoje felizmente a la jubilación por 30 años de servicios. Le deseamos la mayor felicidad y éxito en esta nueva etapa de su vida.



jpv/25 de marzo de 1997