From: Rosael González González
P.O. Box 1082
Villalba, P.R. 00766

To: Tribunal de Distrito
de los Estados Unidos
Chardon Avenue
#150 Federal Building
San Juan, Puerto Rico
00918-1767