TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**

Como representante de

**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**
  Deudores

PROMESA, Título III

Núm. 17 BK 3283-LTS

La presente radicación guarda relación con el ELA.

NÚMERO DE EVIDENCIA DE RECLAMACION: 79487

NOMBRE DEL RECLAMANTE: Alma N. Mercado Beníquez

**MOCION**
**RADICACION DE REPLICA**

1. Alma N. Mercado Beníquez dirección postal: PO Box 206 Isabela, PR 00662 con número de teléfono (787) 454-4149 y correo electrónico almamercado399@gmail.com últimos digito de seguro social 6888.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 250,800, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 12-Septiembre 2001 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

PO Box 206
Isabela, PR 00662

*(firma) Alma N. Mercado Beníquez*