| | | |
|---|---|---|
| 127 Adm. Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM -Quincenal<br>Desde: 11/01/2019<br>Hasta: 11/15/2019 | Aviso #: 4441740<br>Fecha Aviso: 11/15/2019 |
| ALMA N MERCADO BENIQUEZ<br>BO. COTTO SECTOR BORGES<br>206<br>ISABELA, PR 00662<br>SS: 888 | # Empleado: 888<br>Dept: 127010-Aguadilla<br>Lugar: Isabela<br>Titulo: Tecnico Asist Soc y Fam II<br>Sueldo: $2,044.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married claiming 1/2<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,022.00 | 1,717.50 | 21,462.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 962.25 |
| Total: | | | 1,022.00 | 1,717.50 | 22,424.25 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.82 | 325.15 |
| Fed OASDI/Disability - EE | 63.36 | 1,390.30 |
| PR Withholding | 22.78 | 545.74 |
| Total: | 100.96 | 2,261.19 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 86.87 | 1,824.27 |
| Total: | 86.87 | 1,824.27 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.56 | 53.76 |
| AE-Asoc Emp ELA-Prest Regular | 166.40 | 3,385.20 |
| CO-COOP LA SAG FAMILIA | 25.00 | 525.00 |
| DM-FONDOS UNIDOS | 1.00 | 21.00 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 1,167.81 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 22.89 |
| OS-SERV PUBLICOS 009 B | 15.33 | 321.93 |
| Ahorros-AEELA | 30.66 | 672.73 |
| Total: | 297.65 | 6,170.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 34.24 | 751.28 |
| SM-First Medical Health Plan | 0.00 | 1,620.00 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,022.00 | 0.00 | 100.96 | 384.52 | 536.52 |
| Acumulado: | 22,424.25 | 0.00 | 2,261.19 | 7,994.59 | 12,168.47 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4441740 | 536.52 |
| Total: | 536.52 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
11/15/2019

Aviso No.
4441740

Cant. Deposito: $536.52

A la
Cuenta(s) De

ALMA N MERCADO BENIQUEZ
BO. COTTO SECTOR BORGES
206
ISABELA, PR 00662
Localizacion: Isabela

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 536.52 |
| Total: | | 536.52 |

## NO-NEGOCIABLE

OCAP-11
REV. 9/87

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | ESTADO LIBRE ASOCIADO DE PUERTO RICO OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL APARTADO 8476, ESTACION FERNANDEZ JUNCOS SANTURCE, PUERTO RICO 00910 NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 2. CERTIFICACION NUMERO |
|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | | 3. FECHA CERTIFICACION |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro y sexta copia al empleado.

4. Nombre del Empleado:
   Mercado Beníquez Alma N.
   (Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
   (1) Apellido paterno seguido de la preposición "DE"
   (2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social
   Alma N. Mercado Beníquez

6. Sexo  M [ ]  F [X]

7. Número del Seguro Social
   -6888

8. Dirección del empleado
   P.O. Box 206
   Isabela, P.R. 00662

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
   Departamento de la Familia
   ADSEF - Región Aguadilla

10. Título de Clasificación del Puesto

11. Número de Clase
    G-2050

12. Número del Puesto
    3925

13. Clase de nombramiento
    [X] Regular  [ ] Probatorio  [ ] Transitorio
    [ ] En el Servicio de Confianza
    (Indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $1,071.00
    Diferencial
    Total

15. Fecha de efectividad del Nombramiento
    12 de septiembre de 2001

16. Fecha en que expira el periodo probatorio o el nombramiento

17. Anterior Incumbente

18. Título de Clasificación del Puesto
    Técnico Asistencia Social y Familiar I

19. Firma de la autoridad nominadora o su representante autorizado:
    Mercedes Pagán de Guntin | Directora Regional | 12/septiembre/2001
    Firma | Título | Fecha

20. **JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, ALMA NYDIA MERCADO BENIQUEZ Núm. 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 de 31 casada Técnico Ais. Social y Familiar I.
(Nombre del Funcionario o Empleado) (edad) (soltero o casado) (Nombre del cargo o empleo)

y vecino de Isabela juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las
(Pueblo)

Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

12 de septiembre de 2001.
(Fecha)

(Firma del Empleado o Funcionario)

Declaración Jurada Núm. 8,356

Suscrito y jurado ante mí por ALMA NYDIA MERCADO BENIQUEZ de las circunstancias antes expresadas,
(Nombre)

a quien doy fe de conocer personalmente o de haber identificado mediante licencia de conducir vigente #2051258.

En Isabela, Puerto Rico, hoy 12 de septiembre del año 2001.

Firma, Sello y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

**PARA USO EXCLUSIVO DE OCAP**

21. Recibido en OCAP:  |  22. Nombramiento aprobado o registrado por:  |  23. Fecha

J. 99-07-114-500 B-41-IGPR