Alma N. Mercado Beniquez
PO Box 206
Isabela, PR 00662

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

SAN JUAN PR 009
14 JAN 2020 PM 2 L

RECEIVED & FILED
2020 JAN 17 PM 5:19
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.