14 de enero del 2020.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

ESTADO LIBRE ASOSCIADO DE PUERTO RICO

DEPARTAMENTO DE LA FAMILIA

Mi nombre es Maria M. Calderin Garcia trabajo en el Departamento de la Familia desde el 1 de
marzo del 2006 y demando al Gobierno de Puerto Rico por no considerarme para reclasificación
como TASF III mientras a otros compañeros que entraron a la misma fecha los reclasificaron. Se
realizó querella a unión el 4 de diciembre de 2012. De otra parte, también estaba bajo el salario
mínimo cuando entre a trabajar el 1 de marzo de 2006 y estoy en la demanda de salario mínimo
grupo 6 la cual aún no ha sido pagada. Mi número de reclamación es 304563

Atentamente,

Maria M. Calderin Garcia

RECEIVED & FILED
2020 JAN 15 PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR