# CQyA

**Comité de Quejas y Agravios- Unidad Apropiada B**

4 de octubre de 2016

Sra. María Calderín García
Técnico de Asistencia Social y Familiar II
Yabucoa

Sra. Calderín:

El Comité de Quejas y Agravios en reunión sostenida durante el día de hoy, pasó juicio sobre su querella **QB-16-003**. Luego de la evaluación correspondiente, el Comité le notifica lo siguiente:

- Las partes no pudieron llegar a ningún acuerdo. Por tal motivo, según establece el Artículo XII Sección 8 del Convenio Colectivo usted o la Unión podrá presentar su querella ante la consideración de un árbitro de la Comisión Apelativa del Servicio Público dentro de los quince (15) días laborables siguientes a la fecha del recibo de esta notificación.

Para que así conste, los miembros del Comité de Quejas y Agravios firmamos la presente comunicación.

*Nilda Muñoz Acosta, JD, MPA*

*Sandra M. Colón Santiago*

*Jesús A. Rodríguez Martínez*

*Nixzaliz Cruz García*

DEPTO FAMILIA
OCT 19 2016
BOX 156 YABUCOA



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de la Familia

# HOJA DE TRÁMITE

6 de octubre de 2016

Sra. Evelyn Nieves García
Directora Regional
Región Humacao

CONFIDENTIAL

**Atención:** Karen Y. Laboy Rivera
Recursos Humanos

por/ Eudamia Martínez Mendoza

Sandra M. Colón Santiago
Especialista de Recursos Humanos
Área Relaciones Laborales

**COMITÉ DE QUEJAS Y AGRAVIOS-MARÍA CALDERÍN GARCÍA-TASF-II YABUCOA (QB-16-003)**

**OBSERVACIONES:**

- **Agradeceremos que le hagan llegar la comunicación al empleado/a de referencia.** El (la) empleado (a) deberá firmar la hoja de trámite indicando la fecha en que fue recibida. La misma deberá ser devuelta al Área de Relaciones Laborales de la Secretaria Auxiliar de Recursos Humanos del Secretariado lo antes posible.

*EMM*

Anejos

Recibido por: DEPTO. FAMILIA

Fecha: OCT 19 2016

BOX 158 YABUCOA

***Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales***
Edif. Lila Mayoral, 306 Ave Barbosa
PO Box 11398, San Juan, PR 00910-1398
Tel. 787.294.4922 Fax: 787.765-1743

FAMILIA

SERVIDORES PUBLICOS UNIDOS

# Querellas

## Paso II- Q- Maria Calderín  y solicitud de reclasificación con retroactivo y Yadilka Gerena paso II en respuesta a carta

**Para: Sra Ana I. Linares Fuentes, Encargada Oficina de Recursos Humanos Secretariado**

**c/c: Servidores Públicos Unidos**

**De: Yadilka M. Gerena Sanfiorenzo**

**12/10/2012**

Este contenido es confidencial y está prohibido la divulgación del mismo a personas que no tienen nada que ver con la autoridad nominadora y la unión de Servidores Públicos Unidos

4 de diciembre de 2012

Sra. Ana I. Linares Fuentes

Encargada de Oficina de Rec. Humanos

Dpto. de la Familia

Sra. Leonor Mercedes Guzmán

Directora Regional, Humacao

Dpto. de la Familia

Sra. Adelma Cintrón Díaz

Directora local, Las Piedras

Dpto. de la Familia

**SOLICITUD DE RECLASIFICACION DE PUESTO**

Desde Julio 2008 ocupo un puesto de TASF II. Con el pasar del tiempo las tareas del puesto que ocupo han evolucionado, de manera que se han tornado más complejas y superiores.

De acuerdo a la disposición de la Ley num. 184 del 3 de agosto de 2004, según enmendada, y al Convenio Colectivo, solicito que mi puesto sea reclasificado a TASF III, por evolución y complejidad de las tareas, así como por la excelente labor que he realizado en el desempeño de mis funciones. Además solicito se me notifique por escrito la respuesta a esta petición en el término en que el Convenio Colectivo lo establece no mayor a los quince (15) días laborables a partir del recibo de esta notificación.

Atentamente;

María Calderín

TASF II- Las Piedras

ADSEF

SPUPR Local 3234 UPETEC

# FORMULARIO DE QUEJAS Y AGRAVIOS

**PASO II – UNIDAD B**

Departamento de la Familia

Fecha: 4 dic 2012

Querellante: Maria Y. Calderin Garcia

Caso Núm.:

Dirección Postal: HC 04 Box 4530 Humacao, P.R 00791

Seguro Social:

Clasificación: TASF II

Administración: ADSEF

Teléfono: 787 604 8167

Centro Trabajo: 787 733 5355

Región: Humacao

Cita de la Ley, Reglamento, Orden Administrativa o Artículo, Sección e Inciso del Convenio Colectivo que fue violado

Articulo IX Seccion 1.4 Articulo XVIII Seccion 1.4 Articulo XIX Seccion 1.4 Articulo XVII

Alegación del Querellante. Breve descripción del evento: Incluya fecha, hora y lugar (Puede anejar páginas adicionales)

Tengo conocimiento que a partir de Sep 15 2012 se hicieron transacciones de personal en puesto de Tecnico II a III los, cuales fueron bonificados. sin tomar en consideracion los meritos de los tecnicos restantes.

Nombre de Testigos:

Petición del Querellante: Que se me reclasifique y se me pague retroactivo el dinero que me corresponde a partir de la fecha en que se hizo la trasaccion de personal de tecnico II a III.

## CERTIFICACIÓN

Conforme con el Procedimiento para la Resolución de Quejas y Agravios entre las partes, Artículo XII, Sección 8, Paso II, Inciso 7 del Convenio Colectivo entre el Departamento de la Familia y Servidores Públicos Unidos de Puerto Rico (SPUPR / AFSCME), Local 3234 certificamos:

Haber tenido una reunión del Comité de Quejas y Agravios para discutir la Querella presentada por el(la) Querellante y que como resultado la Querella fue:

A. ________ Resuelta y las partes acuerdan el siguiente remedio:

B. ________ No resuelta y la querella será sometida a Arbitraje.

Comentarios:

Certificado hoy día ________ de ________ de ________

Nombre del Rep. Familia: ________ Firma: ________

Nombre del Rep. Familia: ________ Firma: ________

Nombre del Rep. Unión: ________ Firma: ________

Nombre del Rep. Unión: ________ Firma: ________

Rev. 07/2007

**(continuación) Querella paso II María Calderín**

**En mi caso particular he sido bonificada en dos ocasiones por estar sobre el nivel de productividad de entre los TASF de mi local en programa de Crisis de Energía que se hace durante una temporada del año, he obtenido el bono correspondiente a dos años en la local. He recibido varios distintivos para resaltar mi compromiso y dedicación a mis casos y talleres entre otros. Durante mi término de TASF II nunca se me notificó, ni se me consideró dentro de los demás TASF para ser ascendida o recibir méritos en mi gestión laboral por otro lado y muy indiscriminadamente se ascendieron varios que al momento de hacerlo no estaban fungiendo como técnicos y aún así fueron ascendidos. Solicito que se evalúe mi querella en el término correspondiente y se me otorgue el ascenso y la cantidad retroactiva desde el momento en que se hicieron las transacciones del personal de manera discriminatoria.**

2/sep/2015.

Buenos días!

Atención: Luis Medina

Cualquier duda o información que necesites me puedes llamar al (787) 604. 8147.

P. 1

* * * Communication Result Report ( Sep. 2. 2015 11:13AM ) * * *

1)
2)

Date/Time: Sep. 2. 2015 11:12AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0771 | Memory TX | 7872727229 | P. 5 | OK | |

Adsef

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

14 de enero del 2020.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

ESTADO LIBRE ASOSCIADO DE PUERTO RICO

DEPARTAMENTO DE LA FAMILIA

Mi nombre es Maria M. Calderin Garcia trabajo en el Departamento de la Familia desde el 1 de marzo del 2006 y demando al Gobierno de Puerto Rico por no pagarme mi diferencial como Manejadora de Casos a tiempo. Comencé como Manejadora de casos el 12 de marzo de 2014 y fue el 8 de septiembre del 2016 que me aprobaron el diferencial y aun no me han pagado el retroactivo y me deben 18 meses. La querella fue realizad el 18 de agosto de 2015. Mi número de reclamación es 36956.

Atentamente,

Maria M. Calderin Garcia

RECEIVED & FILED
2020 JAN 15 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



**Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFS**

PO Box 13695, San Juan, PR 009
Tel.: (787)

Sr. Luis Madina Echevarría ... [illegible] Vázquez TL

22 de enero de 2019

SRA. MARÍA CALDERÍN GARCÍA
HC 04 Box 4530
Humacao, PR 00791

***RE:*** ***Departamento de la Familia y SPUPR***
***AQ-16-0444 - Diferencial***

Estimada señora Calderín:

La reclamación de referencia fue radicada ante la Comisión Apelativa del Servicio Público. Al evaluar el expediente de su reclamación advenimos en conocimiento del señalamiento de vista en su caso para el **martes, 26 de febrero de 2019, a la 1:00 p.m.**, ante la Árbitra, **Jeovany Vázquez Ocasio.** La Comisión Apelativa del Servicio Público sita en la Ave. Ponce de León, #1409, Parada 20, Sexto Piso, Santurce, Puerto Rico.

De tener alguna duda, puede comunicarse con el suscribiente al 787-272-7222 en el horario de 8:00 a.m. a 5:00 p.m. Le apercibimos que, de usted no comparecer a la vista, la Comisión podrá proceder con el cierre del caso por falta de interés.

Cordialmente,

*Yarlene Jiménez Rosario*

Asesora Legal
SPUPR, Concilio 95/AFSCME

YJR/jact

Esta vista no se llevó a cabo ya que el gobierno esta en quiebra por la ley promesa. Llamé el sr Luis Apadera para notificar.

# *JIMENEZ-ROSARIO LAW OFFICES*

PMB 133, #1353
Ave. Luis Vigoreaux
Guaynabo, Puerto Rico 00966

Phone (787) 633-6931
Fax (787) 272-7231
yarlene@hotmail.com

17 de mayo de 2017

Sra. María M. Calderín García
HC 04 Box 4530
Humacao, Puerto Rico 00791

Re: Departamento de la Familia y Servidores Públicos Unidos de Puerto Rico
AQ-16-0444
Diferencial

Estimada Sra. Calderín García:

Dirige la presente la Lcda. Yarlene Jiménez Rosario, quien ha sido contratada por Servidores Públicos Unidos de Puerto Rico para atender el caso de referencia. Al evaluar el expediente de su reclamación advenimos en conocimiento del señalamiento de vista en su caso para este próximo **30 de junio de 2017 a las 9:00 a.m.,** ante la Árbitro Jeovany Vázquez de la Comisión Apelativa del Servicio Público, la cual sita en la Ave. Ponce de León, #1409, Parada 20, Sexto Piso, Santurce, Puerto Rico.

De tener alguna duda, puede comunicarse con la suscribiente en el horario de 9:00 a.m. a 5:00 p.m. Le apercibimos que, de usted no comparecer a la vista, la Comisión podrá proceder con el cierre del caso por falta de interés.

En espera de lo anterior, quedo

Cordialmente,

Yarlene Jiménez Rosario



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de la Familia

# HOJA DE TRÁMITE

6 de octubre de 2016

Sra. Evelyn Nieves García
Directora Regional
Región Humacao

CONFIDENTIAL

**Atención:** Karen Y. Laboy Rivera
Recursos Humanos

por/ Eudocia Martínez Mendoza
Sandra M. Colón Santiago
Especialista de Recursos Humanos
Área Relaciones Laborales

**COMITÉ DE QUEJAS Y AGRAVIOS-MARÍA CALDERÍN GARCÍA-TASF-II YABUCOA (QB-16-003)**

**OBSERVACIONES:**

- **Agradeceremos que le hagan llegar la comunicación al empleado/a de referencia.** El (la) empleado (a) deberá firmar la hoja de trámite indicando la fecha en que fue recibida. La misma deberá ser devuelta al Área de Relaciones Laborales de la Secretaria Auxiliar de Recursos Humanos del Secretariado lo antes posible.

*EMM*

Anejos

Recibido por: ____________________

Fecha: OCT 19 2016

*Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales*
Edif. Lila Mayoral, 306 Ave Barbosa
PO Box 11398, San Juan, PR 00910-1398
Tel. 787.294.4922 Fax: 787.765-1743

FAMILIA



CQyA
Comité de Quejas y Agravios- Unidad Apropiada B

4 de octubre de 2016

Sra. María Calderín García
Técnico de Asistencia Social y Familiar II
Yabucoa

Sra. Calderín:

El Comité de Quejas y Agravios en reunión sostenida durante el día de hoy, pasó juicio sobre su querella **QB-16-003**. Luego de la evaluación correspondiente, el Comité le notifica lo siguiente:

- Las partes no pudieron llegar a ningún acuerdo. Por tal motivo, según establece el Artículo XII Sección 8 del Convenio Colectivo usted o la Unión podrá presentar su querella ante la consideración de un árbitro de la Comisión Apelativa del Servicio Público dentro de los quince (15) días laborables siguientes a la fecha del recibo de esta notificación.

Para que así conste, los miembros del Comité de Quejas y Agravios firmamos la presente comunicación.

*Nilda Muñoz Acosta, JD, MPA*

*Sandra M. Colón Santiago*

*Jesús A. Rodríguez Martínez*

*Nixzaliz Cruz García*

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de Desarrollo
Socioeconómico de la Familia

8 de septiembre de 2016

María Calderín García
Técnica de Asistencia Social y Familiar II
Oficina Yabucoa
Región Humacao

**OTORGACIÓN DE DIFERENCIAL EN SUELDO POR CONDICIONES EXTRAORDINARIAS**

Usted fue designado/a por el/la Director/a Regional a realizar funciones como Manejador/a de Casos en la Oficina Local de Yabucoa, Región de Humacao.

La Oficina de Gerencia y Presupuesto ha autorizado el pago del mismo a partir del 8 de septiembre 2016, por la cuantía de $407.00.

Este diferencial estará vigente mientras permanezcan las condiciones que originaron el mismo y será responsabilidad del Director Regional y/o la Oficina de Recursos Humanos de la Región de notificar a esta Oficina cuando no existan tales condiciones, para descontinuar el mismo.

Ningún diferencial concedido podrá ser considerado como parte integral del sueldo bruto mensual del/de la empleado/a para fines del cómputo para la liquidación de licencias, para el pago de excesos de vacaciones ni para el cómputo de la pensión de retiro. Al efectuarse transacciones de recursos humanos posteriores a la concesión de un diferencial, tales como traslados, ascensos y reclasificaciones; será responsabilidad del supervisor inmediato recomendar la continuidad o eliminación del diferencial.

Se le apercibe su derecho de acudir al Comité de Quejas y Agravios dentro del término de (15) días laborables, a partir del recibo de esta notificación, según establece el Procedimiento de Quejas y Agravios en el Convenio Colectivo.

Cordialmente,

Arvin J. Santiago Sabat MPA
Administrador Auxiliar
Oficina de Recursos Humanos

zcs

*Oficina de Recursos Humanos*
800 Ave. Ponce de León
Capitol Office Building, Miramar, PR 00907
PO Box 8000, San Juan, PR 00910-0800
Tel. 787-289-7600 Fax: 787-289-7602

FAMILIA

La ADSEF garantiza igualdad de oportunidades.

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de la Familia

11 de marzo de 2014

María M. Calderín García
Técnica de Asistencia Social y Familiar II
Local Las Piedras

Evelyn Nieves García, MSW
Directora Regional

**DESIGNACION COMO MANEJADORA DE CASOS**
**OFICINA LOCAL DE YABUCOA**

La Oficina de Servicios Integrados de Yabucoa no cuenta con una Técnica de Asistencia Social y Familiar asignada al Programa de Manejo de Casos. Usted solicitó ser considerada para realizar dichas funciones, por lo que efectivo el 12 de marzo de 2014 usted ha sido designada a realizar las funciones de Manejadora de Casos.

Agradezco su disponibilidad para lograr las metas del Programa de manejo de casos y de nuestra Agencia.

CC. Expediente de empleada
Adelma Cintrón- Directora Local Las Piedras
Juana López- Directora Local Interina de Yabucoa
Maritza Pérez- Directora Asociada ADSEF
Carmen N. Beltrán- Administradora Auxiliar de Recursos Humanos de ADSEF
Expediente Área de Finanzas

***Región Humacao***
Calle Georgetti, Esq. Dr. Vidal
Apartado 9098, Humacao, PR 00972
Tel. 787.852.6464 Fax: 787.850.4242

FAMILIA
Estado Libre Asociado de Puerto Rico



# FORMULARIO DE QUEJAS Y AGRAVIOS

UPETEC-Familia B / SPUPR, Local 3234 DEPARTAMENTO DE LA FAMILIA

Departamento
de la
FAMILIA

## PASO II – UNIDAD B

Fecha: [illegible] Caso Núm.: ____________

Querellante: [illegible] Seguro Social: ____________

Dirección Postal: [illegible]

Clasificación: [illegible] Administración: ____________

Teléfono: [illegible] Centro Trabajo: [illegible] Región: ____________

Cita de la Ley, Reglamento, Orden Administrativa o Artículo, Sección e Inciso del Convenio Colectivo que fue violado

____________________________________________

Alegación del Querellante. Breve descripción del evento: Incluya fecha, hora y lugar (Puede anejar páginas adicionales)

[illegible]

Nombre de Testigos: ____________

Petición del Querellante: [illegible]

### *CERTIFICACION*

Conforme con el Procedimiento para la Resolución de Quejas y Agravios entre las partes, Artículo XII, Sección 8, Paso II, Inciso 7 del Convenio Colectivo entre el Departamento de la Familia y Servidores Públicos Unidos de Puerto Rico (SPUPR / AFSCME), Local 3234 certificamos:

Haber tenido una reunión del Comité de Quejas y Agravios para discutir la Querella presentada por el(la) Querellante y que como resultado la Querella fue:

A. ________ Resuelta y las partes acuerdan el siguiente remedio:

____________________________________________

____________________________________________

B. ________ No resuelta y la querella será sometida a Arbitraje.

____________________________________________

____________________________________________

Comentarios: ____________________________________________

____________________________________________

Certificado hoy día ________ de ____________ de ________

Nombre del Rep. Familia: ____________ Firma: ____________

Nombre del Rep. Familia: ____________ Firma: ____________

Nombre del Rep. Unión: ____________ Firma: ____________

Nombre del Rep. Unión: ____________ Firma: ____________

*Rev. 08/2003*

CONCILIO 5 SPU

# FORMULARIO DE QUEJAS Y AGRAVIOS

UPETEC-Familia B / SPUPR, Local 3234 — DEPARTAMENTO DE LA FAMILIA

Departamento de la FAMILIA

## PASO I – UNIDAD B

Fecha: 18 de agosto de 2015

Caso Núm.:

Querellante: María [illegible] Calderín García

Seguro Social:

Dirección Postal: HC 4 Box 4530 [illegible]

Clasificación: [illegible] III

Administración: ADSEF

Teléfono: [illegible]

Centro Trabajo: [illegible]

Región: [illegible]

Cita de la Ley, Reglamento, Orden Administrativa o Artículo, Sección e Inciso del Convenio Colectivo que fue violado

[illegible] todos los reglamentos y leyes aplicables

Alegación del Querellante. Breve descripción del evento: Incluya fecha, hora y lugar (Puede anejar páginas adicionales)

[illegible]

Nombre de Testigos: [illegible]

Petición del Querellante: [illegible]

[illegible]

Firma Querellante o Delegado

Firma del Director o Encargado

26/8/15

Fecha de Recibido

### CERTIFICACION

Conforme con el Procedimiento para la Resolución de Quejas y Agravios entre las partes, Artículo XII, Sección 8.2 del Convenio Colectivo entre el Departamento de la Familia y Servidores Públicos Unidos de Puerto Rico (SPUPR / AFSCME), Local 3234 certificamos:

Haber tenido una reunión con Juana Lopez Director o Encargado del Centro del Querellante María Calderín García y el(la) delegado(a) de la Unión, el(la) Sr.(a) Zainy Martinez Martinez para discutir la Querella presentada por el(la) Querellante y que como resultado la Querella fue:

A. ______ Resuelta entre las partes y se acuerda lo siguiente:

B. ______ Resuelta en el Primer Paso y el querellante no esta deacuerdo con la decisión tomada.

C. __X__ No resuelta y será sometida al Comité de Quejas y Agravios.

Comentarios: Será sometida al siguiente paso.

Certificado hoy día 26 de Agosto de 2015

Nombre Director del Centro: [illegible] Firma: [illegible]

Nombre del Querellante: María [illegible] Calderín Firma: [illegible]

Nombre del Delegado(a): Zainy [illegible] Firma: [illegible]

Rev. 07/2007

# FORMULARIO DE QUEJAS Y AGRAVIOS

UPETEC-Familia B / SPUPR, Local 3234 — DEPARTAMENTO DE LA FAMILIA

Departamento de la FAMILIA

## PASO I – UNIDAD B

Fecha: 18 de agosto de 2015 Caso Núm.: ________

Querellante: María M. Calderón García Seguro Social: ________

Dirección Postal: HC 4 Box 4536 Hcao, PR 00791

Clasificación: TASF II Administración: ADSEF

Teléfono: (787) 604-8167 Centro Trabajo: Yabucoa Región: Humacao

Cita de la Ley, Reglamento, Orden Administrativa o Artículo, Sección e Inciso del Convenio Colectivo que fue violado: Artículo XII, Artículo XLIX Todos los reglamentos y leyes aplicables.

Alegación del Querellante. Breve descripción del evento: Incluya fecha, hora y lugar (Puede anejar páginas adicionales): Desde el 12/03/14 se me asignó a la oficina de Yabucoa como Manejadora de Casos y este puesto tiene un diferencial el cual al día de hoy no ha sido pagado. Acepté el puesto para crecer a nivel profesional y económico y ahora incurro en más gastos ya que la oficina de Yabucoa queda más lejos y se paga peaje.

Nombre de Testigos: ________

Petición del Querellante: Que se me pague el diferencial y retroactivo desde que comencé mi puesto como Manejadora el día 12/3/2014.

[signature] — Firma Querellante o Delegado

[signature] — Firma del Director o Encargado

26/8/15 — Fecha de Recibido

### *CERTIFICACION*

Conforme con el Procedimiento para la Resolución de Quejas y Agravios entre las partes, Artículo XII, Sección 8.2 del Convenio Colectivo entre el Departamento de la Familia y Servidores Públicos Unidos de Puerto Rico (SPUPR / AFSCME), Local 3234 certificamos:

Haber tenido una reunión con Juana López Director o Encargado del Centro del Querellante María Calderón García y el(la) delegado(a) de la Unión, el(la) Sr.(a) Zairy Martínez Martínez para discutir la Querella presentada por el(la) Querellante y que como resultado la Querella fue:

A. ______ Resuelta entre las partes y se acuerda lo siguiente: ________

B. ______ Resuelta en el Primer Paso y el querellante no esta deacuerdo con la decisión tomada.

C. X No resuelta y será sometida al Comité de Quejas y Agravios.

Comentarios: Será sometida al siguiente paso.

Certificado hoy día 26 de Agosto de 2015

Nombre Director del Centro: [signature] Firma: [signature]

Nombre del Querellante: María M. Calderón Firma: [signature]

Nombre del Delegado(a): [signature] Firma: [signature]

Rev. 07/2007

**Maria Calderin Garcia**

**From:** Yarlene Jiménez <yarlene@hotmail.com>
**Sent:** Thursday, June 29, 2017 2:18 PM
**To:** Maria Calderin Garcia; calderinmaria02@gmail.com
**Subject:** MOCIÓN DE PARALIZACIÓN - MARÍA CALDERÍN GARCÍA, AQ-16-0444
**Attachments:** 20170612170620529.pdf

Estimada señora Calderín,

Adjunto según solicitado la Moción de Paralización que fuese radicada por la Agencia en su caso. Le confirmo lo dialogado vía teléfono sobre que ante los planteamientos de la Agencia por la radicación de la Petición del Capitulo III - Promesa, los litigios contra el estado han quedado paralizados. Ante dicha situación la vista en su caso pautada para mañana no estará siendo atendida. Tenemos que esperar nueva fecha de vista y/o autorización de la Corte Federal para la continuación de los procedimientos.

Cualquier duda y/o pregunta puede comunicarse con esta servidora a su mejor conveniencia.

Cordialmente,

Yarlene Jiménez Rosario, Esq.
PMB 133
1353 Ave. Luis Vigoreaux
Guaynabo, Puerto Rico 00966-2700
Telf. 787-633-6931
Fax. 787-781-8885

*CONFIDENTIALITY NOTE: This electronic transmission (including any attachments) contains information belonging to JIMENEZ ROSARIO LAW OFFICES, which is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited.*

CASP 9 JUN 17 PM 2 40

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DE SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**

| | |
|---|---|
| **DEPARTAMENTO DE LA FAMILIA**<br><br>**Parte Peticionada**<br><br>**v.**<br><br>**SERVIDORES PUBLICOS UNIDOS DE PUERTO RICO (AFSCME)**<br><br>**Parte Peticionaria** | **CASO NÚM.: AQ-16-0444**<br><br>**(María Calderín García)**<br><br>**MATERIA: DIFERNCIAL** |

**AVISO DE PARALIZACIÓN DE LOS PROCEDIMIENTOS POR VIRTUD DE LA PRESENTACIÓN DE LA PETICIÓN PRESENTADA POR EL GOBIERNO DE PUERTO RICO BAJO EL TÍTULO III DE *PROMESA***

**A LA ILUSTRE COMISIÓN:**

Comparece el Departamento de Justicia del Gobierno de Puerto Rico y el Departamento de la Familia, de forma especial y sin que se entienda por este acto renunciada ninguna defensa, incluyendo el no someterse a la jurisdicción del Tribunal, de proceder la misma, por conducto de la representación legal que suscribe, y muy respetuosamente expone y solicita:

1. La apelación de epígrafe fue presentada el 25 de mayo de 2016 reclamándose contra el Gobierno de Puerto Rico, sus agencias o funcionarios, por hechos alegadamente acontecidos previo al 3 de mayo de 2017.

2. El 30 de junio de 2016 se aprobó la ley federal conocida como "Puerto Rico Oversight, Management, and Economic Stability Act" ("PROMESA", por sus siglas en ingles), 48 U.S.C. §§ 2101 et seq

3. De conformidad con las disposiciones de PROMESA, el 3 de mayo de 2017 la Junta de Supervisión y Administración Financiera para Puerto Rico presentó una petición de

quiebra a nombre del Gobierno de Puerto Rico ante la Corte de Distrito de los Estados Unidos para el Distrito de Puerto Rico. *Véase, In re: Commonwealth of Puerto Rico*, case no. 17-1578 (en adelante, la "Petición"). A la fecha en que se presenta este escrito, la Petición está pendiente ante la Corte de Distrito de los Estados Unidos.

4. La Petición fue presentada bajo el título III de PROMESA el cual dispone en su Sección 301(a) la aplicación, entre otras, de las Secciones 362 y 922 del título 11 del Código Federal de los Estados Unidos, conocido como Código de Quiebra de los Estados Unidos.

5. El propósito fundamental de todo procedimiento de quiebra es que el deudor tenga oportunidad de reorganizar su actividad económica, mientras se protegen los intereses de los acreedores. Ello se logra al distribuir los activos del peticionario deudor entre sus legítimos acreedores, de conformidad con las disposiciones de la Ley de Quiebra. *Allende v. García*, 150 D.P.R. 892, 898-899 (2000).

6. En virtud de las secciones 362 y 922 del Código de Quiebras, la presentación por el Gobierno de Puerto Rico de la Petición tiene el efecto automático, inmediato y directo de paralizar toda acción civil que cualquier persona natural o jurídica haya iniciado, intente continuar o de la cual solicite la ejecución de una sentencia contra el Gobierno, mientras los procedimientos de quiebra se encuentran pendientes ante el Tribunal. 11 U.S.C. §§ 362(a), 922(a); 48 U.S.C. § 2161(a)(emphasis provided).[1]

7. Dispuso el TSPR en *Marrero Rosado v. Marrero Rosado,* 178 D.P.R. 476, 490 (2010), que "[l]a paralización automática es una de las protecciones más básicas que el legislador estadounidense instituyó en el Código de Quiebras para los deudores que se acogen a éste". Con

[1] Nótese que la paralización que se activa con la Petición es más abarcadora que la que existía hasta el 1 de mayo de 2017. Esta última se refería en términos generales a deuda financiera, mientras que la que se activa con la radicación de la Petición aplica a cualquier litigio en contra del deudor que pudo haber sido comenzado antes de la radicación del procedimiento bajo el Título III de PROMESA. *Véase* Sección 405 de PROMESA.

la paralización automática se impide, "entre otras cosas, el comienzo o la continuación de cualquier proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra del deudor, o para ejercitar cualquier acción cuyo derecho nació antes de que se iniciara la quiebra". Íd., pág. 491. Véase, además, 11 U.S.C.A. sec. 362; *Soares v. Brockton Credit Union*, 107 F.3d 969, 975 (1er Cir. 1997).

8. Puede también impedir la ejecución de una sentencia previa o detener la creación, perfección o ejecución de un gravamen anterior a la interposición de la quiebra. *Íd.* Sus efectos se manifiestan desde que se presenta la petición de quiebra hasta que recae la sentencia final, y no se requiere una notificación formal para que surta efecto. *Jamo v. Katahdin Fed. Credit Union*, 283 F.3d 392, 398 (1er Cir. 2002). Provoca también que los tribunales estatales queden privados de jurisdicción automáticamente, e incluso, es tan abarcadora que paraliza litigios que tienen poco o nada que ver con la situación financiera del deudor. 3 Collier on Bankruptcy sec. 362.03[3] (2009).

9. Para que esta paralización surta efecto **no se requiere notificación alguna previa** a tal persona, ya que la presentación de la solicitud de quiebra basta para producir la paralización aludida. *Morales v. Clínica Femenina de P.R.*, 135 D.P.R. 810, 820 n. 5 (1994) (Sentencia). La actuación judicial que así lo disponga es meramente declarativa del estado fijado por la ley federal.

10. No obstante, por deferencia a este foro y en consideración a los señalamientos y procedimientos previamente calendarizados en el caso de autos presentamos el presente escrito en aras de que este Tribunal tome conocimiento judicial de lo antes expuesto y proceda con la paralización de todos los procedimientos ante su consideración, de conformidad con las

Secciones 362(a) y 922(a) del Código de Quiebra, según incorporadas por referencia bajo la Sección 301(a) de Promesa. 48 USC § 2161(a).

11. Esta notificación de paralización no se debe entender como que el Gobierno de Puerto Rico renuncia a cualquier planteamiento adicional sobre el efecto de la aprobación de PROMESA al caso de autos, ni a ningún derecho o defensa que surja del Título III de PROMESA. Tampoco se debe entender como una renuncia a ninguna alegación o defensa que pueda levantar el Gobierno en el caso de epígrafe una vez culmine la paralización o se emita cualquier orden en los procedimientos bajo el Título III que incidan en el caso de autos.

12. Respetuosamente solicitamos que se deje sin efecto el señalamiento pautado para el 30 de junio de 2017.

**POR TODO LO CUAL**, se solicita muy respetuosamente a este Honorable Tribunal que tome conocimiento de lo aquí informado y en consecuencia paralice todos los procedimientos pendiente en el caso de epígrafe.

**RESPETUOSAMENTE SOMETIDO.**

**CERTIFICO**: Haber notificado mediante correo electrónico copia fiel y exacta de la presente escrito a: Lcda. Genoveva Valentin Soto a su dirección de correo electrónico gvalentin@spupr.com.

En San Juan, Puerto Rico a 6 de junio de 2017.

**WANDA VÁZQUEZ GARCED**
Secretaria de Justicia

**WANDYMAR BURGOS VARGAS**
Secretaria Auxiliar de lo Civil Interino

**IVÁN J. RAMIREZ CAMACHO**
Subsecretario Auxiliar de lo Civil

**CHRISTIAN CASTRO PLAZA**
RUA: 16,679
Director
División Laboral

**DANIEL A. ROJAS DEL VALLE**
RUA: 16,744
División de Laboral
Secretaría Auxiliar de lo Civil
Departamento de Justicia
Apartado 9020192
San Juan, PR 00902-0192
Tel: (787) 721-2900 Ext. 2244
Fax: (787) 724-1333
Email: drojas@justicia.pr.gov

14 de enero del 2020.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

ESTADO LIBRE ASOSCIADO DE PUERTO RICO

DEPARTAMENTO DE LA FAMILIA

Mi nombre es Maria M. Calderin Garcia trabajo en el Departamento de la Familia desde el 1 de marzo del 2006 y demando al Gobierno de Puerto Rico por tomar mi retiro sin autorización. Se apropiaron de 7.04 años de retiro acumulado (Ley R2000 al 30 de junio de 2013). Mi número de reclamación es 37787.

Atentamente,

Maria M. Calderin Garcia

RECEIVED & FILED
2020 JAN 15 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

Seguro Social: XXX-XX-1285

MARIA CALDERIN GARCIA
HC 4 BOX 4530

HUMACAO, PR 00791

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 19 de septiembre de 1980
Fecha de Ingreso al Servicio Público: 01 de marzo de 2006
Fecha de Comienzo de Cotización: 01 de marzo de 2006

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 7.04 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 7,059.40 | Aportaciones: | 3,721.12 |
| | | Intereses: | 2,521.05 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 9,409.84 | | |
| Tiempo: | 0.00 | Intereses: | 280.04 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **19,270.33** | **Total Aportaciones:** | **3,721.12** |
| **Beneficio:** | **0.00** | **Beneficio:** | **79.60** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

RETIRO
GOBIERNO DE PUERTO RICO