Maria M. Calderon Garcia
HC 4 Bry 4530
Humacao, PR 00791



RECEIVED & FILED
2020 JAN 15 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767