Wanda S. Mendez
P.O. Box 1713
Coamo P. Rico
00769



U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
JAN 14, 20
AMOUNT
$1.15
R2303S103139-04

Secretaria(clerk's Office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.