14 de Enero, 2020

Secretaria
Tribunal de Distrito
de los Estados Unidos

Estimados Señores

Mi nombre es Rainier M. Torres Rivera. Empezé a trabajar con el Departamento de Salud, del Estado Libre Asociado de P.R. El Dia 4 de Octubre del año 1973. y terminé en el año 1999. El ex Gobernador del Estado Libre Asociado de P.R, Carlos Romero Barceló, firmó la Ley 84. Hubieron aumentos, yo no cojí pasos ni aumentos, yo estoy en la Demanda del Romerazo, mi Reclamo es de $30,000 Dolares.

Muchas Gracias
Att Rainier M. Torres Rivera
Caso 111007

Torresjoshua357@gmail.com — Nieto

Rainier M. Torres Rivera
Tel. 939-261-6455
HC5 Box 13804
Juana Diaz, PR.
00795-9518
Caso-111007