OFICINA DEL GOBERNADOR

LA FORTALEZA

SAN JUAN, PUERTO RICO 00901



30 de marzo de 1984

Estimado Servidor Público de Carrera:

Nuevamente me dirijo a ti para hacerte saber nuestra satisfacción porque en abril habremos completado el primer paso hacia el logro de una medida de justicia que enmarca la reforma salarial para los empleados del sector público.

La revisión de sueldos para los empleados públicos y la implantación de las nuevas escalas salariales surgen como resultado de un estudio realizado sobre bases científicas que le ordené a la Oficina Central de Administración de Personal, cuya primera etapa está contenida en la Ley Núm. 84 que firmé el 4 de junio de 1983.

Para viabilizar la adopción del Plan Integral de Retribución, a tono con nuestra realidad fiscal, ha sido necesario implantar el mismo en tres etapas. La primera de estas etapas entrará en vigor el 1ro de abril de 1984, cuando recibirás un aumento que fluctúa entre un mínimo de $55 y un máximo de $150 mensuales, dependiendo de la categoría y de tu clasificación y pasos en la escala que te corresponda. Cuando me dirigí a ti en abril del año pasado te expliqué en detalle la situación particular de tu categoría y te indiqué, además, sobre el adelanto del aumento de la escala que comenzaste a recibir a partir del 1ro de octubre de 1983.

Todavía nos resta por poner en vigor la segunda y tercera etapa del Plan Integral de Retribución para lograr la equidad entre los salarios y beneficios de los empleados en el gobierno central con los de los empleados de otras instrumentalidades y corporaciones públicas, así como con los de la empresa privada. Esta acción es indispensable para lograr atraer y retener en el servicio público el personal mejor cualificado. Para lograr ese objetivo me propongo continuar buscando fuentes alternas de ingreso para el

-2-    30 de marzo de 1984

gobierno y proveer, además, alivios contributivos adicionales que disminuyan la carga contributiva de los empleados asalariados. No tengo la menor duda que para 1986 ó 1987 tendremos las tres etapas de la revisión de escalas y salarios totalmente implantadas. En la segunda etapa el aumento fluctuará dentro de un mínimo de $53 a un máximo de $190 mensuales y la tercera etapa entre un mínimo de $59 y un máximo de $210 mensuales.

Aprovecho la oportunidad para expresarte mi agradecimiento personal por tu contribución en el desempeño de tus funciones hacia el logro de una de nuestras más preciadas metas, elevar cada día la excelencia y calidad en el servicio público. Espero continuar contando con tu apoyo.

Cordialmente,

Carlos Romero Barceló