De. Rainier M. Torres Rivera
HC5. BOX 13804
JUANA DIAZ, PR.
00795-9518

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
JAN 14, 20
AMOUNT
$0.55
R2305K135197-05

1000      00918

To. Secretaria (Clerk's office
Tribunal de Distrito de Los Estados unidos
Room 150 federAL Building
San Juan, Puerto Rico
00 918 - 1767

0091839999