Jorge. L. Haddock Sánchez

HC 45- BOZ 9954

Cayey, P.R. 00736

(787) 594-8733

haddockcujc@hotmail.com

**Claim #82416/38102/37992**

United States District Court For the District Of Puerto Rico

In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al.

PROMESA title III No. 17 BK 3283-LTS

Notice of the one hundred and first omnibus objection (non-substantive) of the commonwealth of Puerto Rico, Puerto Rico highways and transportation authority, and employees retirement system of the government of the commonwealth of Puerto Rico to deficient claims asserting interests based on salary demands, employment or services provided.

Los números de reclamación es el **Claim #82416/38102/37992** y en la misma se indica que el reclamo fue rechazado y deficiente por falta de datos. Adjunto se envía evidencia de lo acumulado en Retiro desde el año 2000 cuando comencé a cotizar hasta el presenta. El monto total es de $52,998.18. el mismo se encuentra dividido en los en dos sistemas de retiro, siendo la cantidad de $6,469.51 la que se transfiere al nuevo retiro que están trabajando, el dinero restante se queda acumulado en el retiro de la ley 3. Al momento es la única evidencia que puedo presentar y la misma es lo acumulado hasta el 10 de enero de 2020. Continúo como empleado de la Policía de Puerto Rico del Gobierno de Puerto Rico.

Att

*Jorge L. Haddock Sánchez*

Jorge L. Haddock Sánchez