

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 149 - DEPT. DE SEGURIDAD Y PROTECCION PUBLICA**

JORGE L HADDOCK SANCHEZ
HC45 BOX 9954

Seguro Social: XXX-XX-6428

CAYEY, PR 00736

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 30 de noviembre de 1976
Fecha de Ingreso al Servicio Público: 20 de octubre de 2000
Fecha de Comienzo de Cotización: 20 de octubre de 2000

Género: Masculino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 21.06 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.08 |
| | | Aportaciones: | 13,622.40 | Aportaciones: | 6,469.51 |
| | | Intereses: | 7,510.48 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 29,328.13 | | |
| Tiempo: | 0.00 | Intereses: | 2,537.17 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **52,998.18** | **Total Aportaciones:** | **6,469.51** |
| **Beneficio:** | **0.00** | **Beneficio:** | **228.05** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov