Jorge L. Haddock
Hc-45 Box 9954
Loyey P.R. 00736

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.