Yo James L. Galarza Cruz residente de Villalba Con la direccion Estancias del Mayoral Calle Caneros #63 Villalba P.R. 00766 Trabaje bajo la Gobernacion de Sila Maria Calderon que mi Num. de Reclamacion es 64387

La Gobernadora Sila Maria Calderon Aprobo un aumento de 25.00 dolares el Cual nunca se pago

Durante el termino de la ley 2001-2005 yo continuo Trabajando Segun mis calculos seria de 1,200.00 Por los 4 años de su Gobierno

Att. James L. Galarza Cr

James L. Galarza Cruz

RECEIVED 2020 JAN 15 PM 5:01

Yo James L. Galarza Cruz residente de Villalba con la direccion Estencias del Mayoral Calle Caneros #63 Villalba P.R. 00766 Trabaje bajo la Gobernacion de Carlos Romero Barcelo Que mi num. de Reclamacion es 64387

El gobernador Romero Barcelo Aprobo un aumento de 100.00 dolares el cual Nunca se Pago

Durante el termino de la ley 1980-2019 yo continuo Trabajando segun mis calculos seria 1,200.00 Por año lo que le Presento la cantidad de 46,800.00 dolares

Att. James L. Galarza Cruz
James L. Galarza Cruz

RECEIVED/FILED 2020 JAN 15 PM 15:02