You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

MMLID: 1223450
EPOC ID: 170356600272825

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 JUN 22 A 10: 13

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**
   ¿Quién es el acreedor actual?

   JAMES L GALARZA CRUZ

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____




| Modified Official Form 410 | Proof of Claim | page 1 |
|---|---|---|
| U0503 v.01 02.15.2018 | | |



| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>    Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $ _____<br>    by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>    Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  21 junio 2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *James J. Galarza Cruz*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   James           Luis                    Galarza Cruz
       First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo   Chofer

Company / Compañía  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  _____
Number / Número        Street / Calle

City / Ciudad                           State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

Case:17-03283-LTS Doc#:10144-1 Filed:01/15/20 Entered:01/17/20 11:22:59 Desc: Exhibit Page 3 of 4



ESTADO LIBRE ASOCIADO DE PUERTO RICO

# GOBIERNO MUNICIPAL
Villalba, Puerto Rico 00766

*Oficina de Personal*

24 de noviembre de 1998

Sr. James Galarza Cruz
División Servicios Ambulancias
Municipio de Villalba

Estimado señor Galarza Cruz:

Sirva la presente para notificarle que desde el 24 de noviembre de 1998, usted estará ocupando la plaza regular de chofer de la División de Servicios de Ambulancias, por un término probatorio de seis meses.

Le deseamos mucho éxito en sus funciones. Esperamos toda su cooperación por el bienestar y la buena marcha de esta Administración.

Atentamente,

Bernardo Negrón Montalvo
Alcalde

P.O. Box 1506, Villalba, Puerto Rico 00766 • Tels. (787) 847-2430/847-2500/847-2630/847-2240

## Pay stub 1

**NOMBRE DEL EMPLEADO:** JAMES L. GALARZA CRUZ
**NUMERO DEL SEGURO SOCIAL:** H
**FECHA DEL PERIODO:** JULIO/2002

### INGRESOS

| DESCRIPCION | HORAS | CANTIDAD |
|---|---|---|
| SAL | 81.25 | 452.00 |
|  |  | 78.75 |
|  |  | 48.75 |

**INGRESOS:** 452.00
**INGRESOS ACUMULADOS:** 9944.00

### DEDUCCIONES

| DESCRIPCION | CANTIDAD | ACUMULADAS |
|---|---|---|
| Medicare | 6.55 | 144.10 |
| SEGURO CH | 1.00 | 23.50 |
| COMPLETA | 37.40 | 822.80 |
| PRESTAMO | 39.29 | 235.74 |

**DEDUCCIONES CORRIENTES:** 84.24
**DEDUCCIONES ACUMULADAS:** 1226.14

### CONTRIBUCIONES

| TIPO | CANTIDAD | ACUMULADAS |
|---|---|---|
| SEG. SOC. CONT. | 28.02 | 616.44 |
|  | 10.00 | 220.00 |
| **TOTAL:** | 38.02 | 836.44 |

**FECHA DEL CHEQUE:** 11/26/2002
**NUM. DEL CHEQUE:** 084409
**PAGO NETO CORRIENTE:** 329.74
**ACUMULADO:** 7802.67

Municipio de Villalba
P.O. Box 1506
Villalba, Puerto Rico 00766
**CUENTA DE NOMINA**

---

## Pay stub 2

**NOMBRE DEL EMPLEADO:** JAMES L. GALARZA CRUZ
**NUMERO DEL SEGURO SOCIAL:** H
**FECHA DEL PERIODO:** 10/30/2001

### INGRESOS

| DESCRIPCION | HORAS | CANTIDAD |
|---|---|---|
|  | 81.25 | 452.00 |
|  |  | 78.75 |
|  |  | 48.75 |

**INGRESOS:** 452.00
**INGRESOS ACUMULADOS:** 9040.00

### DEDUCCIONES

| DESCRIPCION | CANTIDAD | ACUMULADAS |
|---|---|---|
| Medicare | 6.55 | 131.00 |
| SEGURO CH | 1.00 | 21.00 |
| COMPLETA | 37.40 | 748.00 |
| FUPO | 8.75 | 105.00 |

**DEDUCCIONES CORRIENTES:** 53.70
**DEDUCCIONES ACUMULADAS:** 1005.00

### CONTRIBUCIONES

| TIPO | CANTIDAD | ACUMULADAS |
|---|---|---|
| SEG. SOC. CONT. | 28.02 | 560.40 |
|  | 10.00 | 200.00 |
| **TOTAL:** | 38.02 | 760.40 |

**FECHA DEL CHEQUE:** 10/26/2001
**PAGO NETO CORRIENTE:** 360.28
**ACUMULADO:** 7274.60

Municipio de Villalba
P.O. Box 1506
Villalba, Puerto Rico 00766
**CUENTA DE NOMINA**