James L. Galarza Cruz
Ext. Estancias del Mayoral
Calle Cañeros #63
Villalba P.R. 00766

# Reclamacion - 64387

RECEIVED & FILED
2020 JAN 15 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 14, 20
AMOUNT
$1.15
R2305H127764-06

Secretaria (clerk's office)
Tribunal de Distrito de los Estados unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767