Radicacion de replica (Objecion)

PROMESA TITULO III  **No.17   03283**

Numero de reclamacion:

RECEIVED & FILED
2020 JAN 15 PM 5: 26

Nombre: Alex J SANTANA NEVAREZ

Direccion Postal: PO BOX 682 COROZAL P.R 00783

Direccion Residencial: BO CIBUCO CARR 818 KM 3.5 INT COROZAL

Num. de contacto:

    Tel. 787-516-0707        Cel. 787-562-5810

Correo electronico: alexjoelsantana@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

   **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. **Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**
2. **Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**
3. **Certificacion de empleo (Departamento de la Familia)**
4. **Copia listado de Objecion Global- Anexo A**

    **(Donde se incluye informacion sobre la reclamacion)**

5. **Otros: Cualquier otra evidencia que tengas**

14-1-20

Yo Alex J. Santana Nevárez Envio Talonario provicionalmente ya que el Terremoto en las Islas que ocurrió el 7-enero-2020 no se estas proveyendo la carta patronal.

Alex J Santana Nevárez

RECEIVED & FILED
2020 JAN 15 PM 5: 26
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.