127 Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR  00910-0800

| Grupo de Pago: | SM -Quincenal | | Aviso #: | 5666966 |
|---|---|---|---|---|
| Desde: | 01/01/2020 | | Fecha Aviso: | 01/15/2020 |
| Hasta: | 01/15/2020 | | | |

**ALEX J SANTANA NEVAREZ**
BO. CIBUCO
CARR. 818 KM 2.9
COROZAL  PR  00783
SS:       .36

| # Empleado: | 1386 |
|---|---|
| Dept: | 127030-Bayamon |
| Lugar: | Naranjito |
| Titulo: | Tecnico Asist Soc y Fam II |
| Sueldo: | $1,737.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | --- Corriente --- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 868.50 | 82.50 | 868.50 |
| **Total:** | | | 868.50 | 82.50 | 868.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.59 | 12.59 |
| Fed OASDI/Disability - EE | 53.85 | 53.85 |
| **Total:** | 66.44 | 66.44 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 73.82 | 73.82 |
| **Total:** | 73.82 | 73.82 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.17 | 2.17 |
| AE-Asoc Emp ELA-Prest Regular | 53.08 | 53.08 |
| SM-First Medical Health Plan | 23.00 | 23.00 |
| OS-SERV PUBLICOS 009 B | 13.03 | 13.03 |
| Ahorros-AEELA | 26.06 | 26.06 |
| **Total:** | 117.34 | 117.34 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 29.09 | 29.09 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 868.50 | 0.00 | 66.44 | 191.16 | 610.90 |
| Acumulado: | 868.50 | 0.00 | 66.44 | 191.16 | 610.90 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666966 | 610.90 |
| **Total:** | 610.90 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR  00910-0800

Fecha
01/15/2020

Aviso No.
5666966

Cant. Deposito:   **$610.90**

A la
Cuenta(s) De

ALEX J SANTANA NEVAREZ
BO. CIBUCO
CARR. 818 KM 2.9
COROZAL, PR  00783
Localizacion: Naranjito

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 610.90 |
| **Total:** | | 610.90 |

## NO-NEGOCIABLE

127 Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR  00910-0800

| Grupo de Pago: | SM -Quincenal | Aviso #: | 5401667 |
|---|---|---|---|
| Desde: | 12/16/2019 | Fecha Aviso: | 12/30/2019 |
| Hasta: | 12/31/2019 | | |

**ALEX J SANTANA NEVAREZ**
BO. CIBUCO
CARR. 818 KM 2.9
COROZAL, PR  00783
SS:    I-4386

| # Empleado: | I4386 |
|---|---|
| Dept: | 127030-Bayamon |
| Lugar: | Naranjito |
| Titulo: | Tecnico Asist Soc y Fam II |
| Sueldo: | $1,737.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 868.50 | 1,957.50 | 20,844.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| **Total:** | | | **868.50** | **1,957.50** | **21,444.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.60 | 310.94 |
| Fed OASDI/Disability - EE | 53.85 | 1,329.53 |
| **Total:** | **66.45** | **1,640.47** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 73.82 | 1,771.68 |
| **Total:** | **73.82** | **1,771.68** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.17 | 52.08 |
| AE-Asoc Emp ELA-Prest Regular | 53.08 | 1,273.92 |
| SM-First Medical Health Plan | 23.00 | 516.00 |
| OS-SERV PUBLICOS 009 B | 13.03 | 312.72 |
| Ahorros-AEELA | 26.06 | 625.44 |
| **Total:** | **117.34** | **2,780.16** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 29.09 | 718.26 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 868.50 | 0.00 | 66.45 | 191.16 | 610.89 |
| Acumulado: | 21,444.00 | 0.00 | 1,640.47 | 4,551.84 | 15,251.69 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5401667 | 610.89 |
|---|---|
| **Total:** | **610.89** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR  00910-0800

Fecha
12/30/2019

Aviso No.
5401667

Cant. Deposito:    **$610.89**

A la
Cuenta(s) De

**ALEX J SANTANA NEVAREZ**
BO. CIBUCO
CARR. 818 KM 2.9
COROZAL, PR  00783
Localizacion: Naranjito

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 610.89 |
| **Total:** | | **610.89** |

## NO-NEGOCIABLE

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

### Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

ALEX SANTANA NEVAREZ

BOX 682

COROZAL, PR 00783

**Seguro Social: XXX-XX-4386**

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento: 23 de septiembre de 1978**          **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 31 de marzo de 2005**

**Fecha de Comienzo de Cotización: 31 de marzo de 2005**

| Ley Anterior al 30 de junio de 2013 | | | Ley 3 al 30 de junio de 2017 | | |
|---|---|---|---|---|---|
| Años Acreditados: | 8.10 | | Tiempo Trabajado: | 12.10 | |
| Aportaciones: | | $13,081.29 | Aportaciones: | | $21,976.34 |
| Intereses: | | $647.87 | Intereses: | | $3,424.39 |
| Gastos Teneduría: | | ($55.42) | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $13,729.16 | Total Aportaciones: | | $25,400.73 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes





**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ALEX SANTANA NEVAREZ**                    Seguro Social: XXX-XX-4386

BOX 682

COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 12.1 |
| Balance de Aportaciones: | $25,456.15 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446357173

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

 *mi* **RETIRO**    Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

## ALEX J SANTANA NEVAREZ (510739)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **31-MAR-2005** |
| Años en Servicio: | **20.2** |
| Sueldo Bruto: | **$1,737.00** |
| Sueldo Neto: | **$1,221.81** |
| Balance Aportaciones*: | **$39,129.89** |
| Aportaciones Ley 106 **: | **$4,372.00** |

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✓ Certificados de Deuda de préstamos
- ✓ Certificados de Préstamo Hipotecario
- ✓ Certificado de deuda para Ética Gubernamental
- ✓ Certificado de Balance de Cancelación de préstamo.

( **Solicitudes en Línea** )

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

**pr.gov**

ADELINE ACEVEDO CAMACHO Y OTROS (2,818)
16-05-1340

ANEJO I
PÁGINA 37 DE 44

| | | |
|---|---|---|
| 0. NELSON SANABRIA CRUZ | BOX 347; JUNCOS PR 00 | |
| 1. JUANITA SANABRIA LOZADA | HC-11 BOX 12297; BUENA VISTA, HUMACAO, PR 00791 | |
| 2. FELICITA SANABRIA PERAZA | RES. CAROLINA HOUSING; EDIF. 7 APTO. 75; CAROLINA PR 00987 | |
| 3. ZULMA SANCHEZ ALVARADO | BOX 1172; COAMO, PR 00769 | |
| 4. ANA M. SANCHEZ BIDOT | FLAMBOYAN GARDENS; CALLE 4 B-31; BAYAMON, PR 00959; | |
| 5. MARIA I. SANCHEZ BOBONIS | C/ E-U F-192 ROLLING HILLS; CAROLINA, PR 00787 | |
| 6. MARIAN N. SANCHEZ CARRASQUILLO | URB. PASEO PALMA REAL #90 ; C/ CALANDRINA; JUNCOS PR 00777; | |
| 7. YAMILKA SANCHEZ CASIANO | CALLE OROCOVIX I-2; VILLAS DE CAYEY ; TRUJILLO ALTO, PR 00976 | |
| 8. NELSON SANCHEZ CRUZ | HC-02 BOX 11149; HUMACAO, PR 00791 | |
| 9. WILMA E. SANCHEZ DE TORO | C. FELIX RAMOS BUZON #5; URB. VERDRAN, ; HORMIGUEROS, PR 00610 | |
| 0. ROSA SANCHEZ DEL VALLE | BOX 1283.PMB 29; SAN LORENZO PR 00754 | |
| 1. MARIA E. SANCHEZ DOMINGUEZ | C/A CC-7 URB. LUQUILLO MAR; LUQUILLO, TRUJILLO ALTO PR 00 | |
| 2. MARCO A. SANCHEZ DUPUREY | PO BOX 283; SALINAS PR 00951 | |
| 3. CARMEN L. SANCHEZ ENCARNACION | CALLE YUNQUESITO UU-38; MANSIONES DE CAROLINA, PR | |
| 4. LYZETTE SÁNCHEZ FONSECA | PMB 431 PO BOX 70344; SAN JUAN, PR 00936-8344 | |
| 5. VANESSA SANCHEZ LOPEZ | C/ JESUS T. PEÑERO #14; LAS PIEDRAS PR 00771 | |
| 6. LUZ D. SANCHEZ MALDONADO | CARR. 685 K.4.9; BO. BOQUILLA ; MANATI, PR 00674 | |
| 7. TEOBALDO SANCHEZ MONTAÑEZ | PO BOX 1067; JUNCOS PR 00777 | |
| 8. JUANITA SANCHEZ MORALES | CALLE 11 T-7 URB. JAIME C. RODRIG.; YABUCOA, PR 00767 | |
| 9. ZULMA N. SANCHEZ NAZARIO | PO BOX 915; SABANA GRANDE, PR 00637 | |
| 0. WILMA SANCHEZ NUÑEZ | CALLE 98 BLOQ. 90 #18; VILLA CAROLINA, PR 00985 | |
| 1. AIDA I. SANCHEZ ORTEGA | CALLE ORQUIDEA #72; VILLA BLANCA ; TRUJILLO ALTO PR 00726 | |
| 2. CARMEN T. SANCHEZ PAGAN | URB. SIERRA LINDA; CALLE 2 F-10; BAYAMON PR 00957 | |
| 3. IDALIZ SANCHEZ PRINCIPE | RR – 2 BOX 454; SAN JUAN PR 00926 | |
| 4. CARMEN A. SANCHEZ QUIÑONEZ | PO BOX 5005; PMB 238 SAN LORENZO, PR | |
| 5. CARMEN A. SANCHEZ RAMOS | BO. CAMPANILLAS #172; CALLE IGLESIAS TOA BAJA PR | |
| 6. NELIDA SANCHEZ RESTO | RR #7 BOX 6653; SAN JUAN PR 00926 | |
| 7. CECILIO SANCHEZ RIVERA | RR 36 BPX 11542; SAN JUAN PR 00926; TEL. 525-1359 | |
| 8. MARIA L. SANCHEZ RODRIGUEZ | HC-1 BOX 5082; QUEBRADILLA PR | |
| 9. MARIA SANCHEZ ROSARIO | CALLE VALLEJO FINAL #1228; BUEN CONSEJO RP PR 00926 | |
| 0. IRIS N. SANCHEZ SANTIAGO | HC- #2 7614; YABUCOA PR 00767 | |
| 1. NORBERTA SANCHEZ SERRANO | URB. VILLA ORIENTE #89; CALLE F-, HUMACAO PR 00778 | |
| 2. HECTOR S. SANCHEZ VARGAS | ST. JOSE QUINTON #835; URB. VILLA PRADES, SAN JUANPR0924 | |
| 3. MARGOT SANTA ALICEA | BOX 633; SAN LORENZO, PR 00754 | |
| 4. JOSE R. SANTA ALICEA | PO BOX 1261; SAN LORENZO, PR 00754 | |
| 5. MARITZA SANTA MEDINA | VARONA ZUAREZ #14; SAN LORENZO, PR 00754; TEL. 787-346-1192 | |
| 6. VICTOR SANTACRUZ ALVAREZ | NO PROVEYÓ DIRECCIÓN POSTAL | |
| 7. LUZ V. SANTANA BETANCOURT | HC-6320-B; TRUJILLO ALTO PR 00976 | |
| 8. MAR Y SOL SANTANA GUADALUPE | 1035 FELIX DE AZARA; CONTRY CLUB ; SAN JUAN PR 00924 | |
| 9. TIRSO SANTANA LEBRON | BOX 8751; CAGUAS,PR 00726 | |
| 0. CARMEN J. SANTANA MARTINEZ | URB. SANVICENTE ; CALLE 5 #148; VEGA BAJA PR 00693 | |
| 1. ANA R. SANTANA MEDINA | C/ CRUZ 574 OPEN LASD; RIO PIDERAS, PR 00923 | |
| 2. NATIVIDAD SANTANA MORALES | HC-02 BOX 4056; MAUNABO, PR 00707 | |
| 3. ALEX SANTANA NEVAREZ | BOX 682; COROZAL PR 00783 | |
| 4. JUAN A. SANTANA ORTIZ | HC-71 BOX 2932; NARANJITO PR 00719; | |
| 5. ANA M. SANTANA RIVERA | PO BOX 436; SAN GERMAN, PR 00683 | |
| 6. BLANCA I. SANTANA SEGARRA | VALLEJO 1213; BO. B. CONSEJO ; RIO PIEDRAS PR 00926 | |
| 7. VICTOR SANTANA VELEZ | ALTURAS DEL CAFETAL B-12; CALLE AMAPOLA, ; YAUCO, PR 00698 | |
| 8. MARGARITA SANTIAGO ALVERIO | PO BOX 246; SAN LORENZO, PR 00754 | |
| 9. LUZ E. SANTIAGO BATISTA | RR-4 BOX 11183; BUCARABONES ; TOA ALTA PR 00753 | |
| 0. ROSAURA SANTIAGO BELTRAN | URB. JARDINES DE GUZMAN ; CALLE 8 CC-6 ; GUAYAMA PR 00784 | |
| 1. ELIZA V. SANTIAGO CALIZ | PO BOX 791; PEÑUELAS PR 00624 | |
| 2. ELIZABETH SANTIAGO CARDONA | HC-6 BOX 10447; HATILLO, PR 00659 | |
| 3. LUZ S. SANTIAGO CARRION | HC 2 BOX 4092; MAUNABO PR | |
| 4. JUAN C. SANTIAGO CASTRO | PO BOX 7888; SAN JUAN PR 00915 | |
| 5. BLANCA J. SANTIAGO CONDE | PO BOX 370038; CAYEY PR 00737 | |
| 6. MARIA C. SANTIAGO COSME | PO BOX 748; TOA ALTA PR 00954 | |
| 7. GLORIVEE SANTIAGO CRESPO | URB. LAS PRADERAS 1228; CALLE AGUAMARINA; BARCELONETA PR 00612 | |
| 8. ARACELIA SANTIAGO CRUZ | HC-01 BOX 4294; JUANA DIAZ, PR 00795 | |
| 9. DANIEL SANTIAGO CRUZ | PO BOX 487; MARICAO PR 00606 | |
| 0. MADELYN SANTIAGO CRUZ | HC-01 BOX 4450; BO. GUAYABAL ; JUANA DIAZ PR 00795 | |
| 1. SARAH I. SANTIAGO CRUZ | REPARTO KENNEDY B-37; PEÑUELAS, PR 00624 | |
| 2. LUIS E. SANTIAGO DE JESÚS | HC-08 BOX 1059; PONCE PR 00731 | |
| 3. ANGELO SANTIAGO DIAZ | CALLE PABONA ; 4 Y 6 LOMAS VERDE; BAYAMON, PR 00956 | |
| 4. CARMEN N. SANTIAGO FELICIANO | HC-02 BOX 5231; PEÑUELAS, PR 00624 | |