Alex J. Santana Nevárez
PO Box 482
Corozal P.R. 00783

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 0700 0001 6167 7790

Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan P.R. 00918

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
JAN 14, 20
AMOUNT
$7.00
R2305E125737-07

RECEIVED
2020 JAN 15  PM 5: 26
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.