10 de enero de 2020.

Sandra I. Echevarría Abreu
Urb. Las Delicias 4041 Calle Fidelia Mathew,
Ponce, P.R.00728
Tel. 787-528-9764
E-mail:  twistypr@yahoo.com

Soy maestro retirada del Departamento de Educación del Estado Libre Asociado de Puerto Rico  y tengo varias reclamaciones.

- A- **Reclamación # 82474   Ley 64 del 22 de Julio de 2003**.  Este fue un aumento de sueldo de $100.00 mensuales que se dio a todos los empleados públicos del Gobierno del ELA Central y este sería efectivo el 1ro de enero de 2004.  En este tiempo yo era maestra activa en el Departamento de Educación de Puerto Rico y este aumento yo no lo recibí. Este aumento se dio en reconocimiento a nuestra labor y beneficios que hacemos a la sociedad y estamos incluidos los maestro, policías, bomberos y empleados del gobierno central. **Me adeudan $19.200.00.**

- B- **Reclamación # 89567   Ley 96 del 1ro de Julio de 2002.**   Este fue un aumento de sueldo de $100.00 mensuales que se dio para colocarnos a la par con la empresa privada y este era efectivo el 1ro de Julio de 2002. No lo recibi y era maestro active en ese tiempo. **Me adeudan $20,400.00**

- C- **Reclamación # 86213  Ley 39 del 13 de junio de 2001.**  Esta ley autorizó al Sistema de Retiro para Maestros de Puerto Rico aumentar un 3% bajo las disposiciones de la Ley 218 de mayo de 1951.  Esta reconoce que el costo de vida aumenta y ayudar a mejorar las condiciones de vida del maestro pensionado que hemos dejado lo major de nuestras vidas al sistema educativo de Puerto Rico. Yo le añado que aunque estemos enfermos, tristes por situaciones personales, salarios de hambre, estamos de pie contra viento y marea por nuestros niños tratando de que sean personas productivas para un major país.  Además que todas las profesiones tienen que pasar por nuestas manos y sin embargo nos maltratan , nos pisotean,

nos humillan, nos quieren bajar esta pensión ganada con sacrificios, malos tratos, falta de respeto, horas de desvelos preparando nuestras clases diariamente en nuestras casas porque llegamos a nuestras casas a seguir trabajando sin paga, desiluciones y muchas veces mucho llanto porque muchas maestros perdieron sus matrimonios porque tenían tanto trabajo que desatendían sus hogares y sus esposos. Cómo se paga eso? No hay dinero que lo recompense. Por esto y mil cosas más reclamamos lo que nos corresponde. Gracias a nosotros los maestros ustedes pueden leer, escribir y tener los sueldos que tienen. Solamente pedimos justicia. Yo me retire 29 de mayo de 2009 con una pensión de $2010.00 y eso es lo que sigo recibiendo actualmente. **Me adeudan $7,236.00.** En Puerto Rico tenemos un problema serio porque la tierra esta temblando y los serviciosse tardan o las agencias no están trabajando por problemas de la infraestructura, recalco esto ya que si esto no llega a tiempo es por esta razón.

Sandra I. Echevarría Abreu

*Sandra I. Echevarría Abreu*