Sistema de Retiro para Maestros
Área de Servicios de Retiro

# SOLICITUD DE RETIRO

J04

Nota: Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente use otro papel y acompáñelo a esta solicitud. **LEA INSTRUCCIONES AL DORSO.**

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada.

| 1. Nombre / Apellido Paterno / Apellido Materno | 2. Seguro Social: | 3. Sexo |
|---|---|---|
| Sandra I Echevarria Abreu | _ _ -6076 | X Femenino  † Masculino |

**4. Estado Civil** X Soltero (a)  † Casado (a)  † Divorciado (a)  † Viudo (a)  † Separado (a)

| 5. Dirección Postal | 6. Número de Teléfono | 7. Fecha de Nacimiento |
|---|---|---|
| Urb. Las Delicias Calle Fidelia Mathews 4041 Ponce, P.R. 00728-3710 | 787-637-3910  787-528-9764 | 24 Feb 1957  Día Mes Año |

**8. Dirección Residencial:** Urb. Las Delicias Calle Fidelia Mathews 4041 Ponce, P.R. 00728-3710

**9. Agencia donde trabaja** Departamento de Educación

| 10. Pueblo donde trabaja | 11. Puesto que ocupa | 12. Fecha de efectividad de la renuncia |
|---|---|---|
| Ponce | Maestra | 29 de mayo 2009 |

**13. Préstamo con SRM** X Sí  † No
Tipo  ☐ Hipotecario  ☒ Personal  ☐ Viaje Cultural

**14. Razón para el Retiro**
X Años de Servicio y Edad  † Diferido  † Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)

**15. Nombre del Cónyuge:**

| 16. Nombre de hijos menores de 18 años de edad | Fecha de Nacimiento (Mes, Día y Año) |
|---|---|
| | |
| | |
| | |

| Fecha | Firma del Solicitante |
|---|---|

## PARA USO DEL PATRONO

### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

17. CERTIFICO que _Sandra Echevarria Abreu_ se encuentra actualmente en __X__
                              Nombre                                        Servicio Activo

_____; la fecha de Renuncia es efectiva el _29/mayo/2009_
Uso de licencia (especifique)                                                        Día/Mes/Año

_30/abril/2009_
Fecha

_____
Superintendente de Escuelas o
Jefe de Personal del Departamento o Agencia

**Vea Instrucciones al dorso**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Echevarria Abreu, Sandra I. | 89567 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Echevarria Abreu, Sandra I. *Ley 96 del 1º julio 2002* | 89567 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 *$20,400.00* |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| 12. Is this claim subject to a right of setoff? | ☐ No / No |
| ¿La reclamación está sujeta a un derecho de compensación? | ☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?**

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**   **Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _25 junio 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Sandra Echevarría Obren_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Sandra_   _Ivette_   _Echevarría_
    First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _Urb. Las Delicias 4041 Calle Fidelia Mathew_
    _Number / Número_   _Street / Calle_
_Ponce_   _P.R_   _00728 – 3710_
    City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-528-9764_   Email / Correo electrónico _twistypr@yahoo.com_

$20,1460

**8.** How much is the claim?

¿Cuál es el importe de la reclamación?

$ *la totasaucta* *cantided*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9.** What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Ley 96 del 1ro julio 2002. Aumento de sueldo de $100.00 a los empleados públicos del gob. efectivo 1ro julio 20__*

**10.** Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:        $ _____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ _____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

**11.** Is this claim based on a lease?

¿Esta reclamación está basada en un

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

# LexJuris
## Puerto Rico

## Ley Núm. 96 del año 2002

**(P. de la C. 2634) 2002 ley 96**
**(Reconsiderado)**

Para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno.

### LEY NUM. 96 DE 1 DE JULIO DE 2002

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

### EXPOSICION DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y buscando el bienestar de todos los puertorriqueños. El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que propenda a una vida con limitaciones. Aún así, estos hombres y mujeres que honran el servicio público le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de colocar a éstos a la par con los empleados de la empresa privada, en la medida que lo permitan los recursos públicos. A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan estos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerle justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen.

Artículo 1.-Los aumentos concedidos en el Artículo 2 de esta Ley serán de la siguiente forma:

(a)   Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro. julio de 2002 tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará al margen retributivo que disfrutan los empleados para mejoramiento salarial, ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de la Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

(b)   Cien (100) dólares a los empleados organizados en sindicatos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula bajo la Sección 7.5 de la ley antes citada es de cero o negativo. Aquellas unidades apropiadas cuyo resultado de la fórmula arroje positivo, pero menos de cien (100) dólares, recibirán un aumento equivalente a la diferencia entre cien (100) dólares y el resultado de dicha fórmula.

Artículo 2.-El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, recibirán los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

Artículo 3.-Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de seguro social, clasificación del puesto, fecha en que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro. de septiembre de 2002.

Artículo 4.-Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tienen autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) los miembros uniformados de la Policía de Puerto Rico; (4) miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; (5) los empleados municipales y/o aquellos que presten servicios a los municipios; (6) los empleados públicos cubiertos por la Ley

Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula de la Sección 7.5 de la ley antes citada es igual o mayor de cien (100) dólares mensuales.

Artículo 5.-Los aumentos concedidos mediante esta Ley serán efectivos a partir del 1ro. de julio de 2002.

Artículo 6.-Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio.

Artículo 7.-Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

Artículo 8.-Esta Ley comenzará a regir inmediatamente después de su aprobación.

Presione Aquí para regresar al Menú anterior y seleccionar otra ley.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| Echevarria Abreu, Sandra I. | 82474 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|---------------------------------|
| Echevarria Abreu, Sandra I. *Ley 64 del 22 de julio del 2003* | 82474 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 *$19,200.00* |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 35184 PackID: 811 MMLID: 1836311 SVC: 111th Omni
Echevarria Abreu, Sandra I.
Urb. Las Delicias 4041
Calle Fidelia Mathew
Ponce, PR 00728-3710

**12. Is this claim subject to a right of setoff?**

**¿La reclamación está sujeta a un derecho de compensación?**

☐ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

---

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?**

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

---

**Part 3 / Parte 3:**   **Sign Below / Firmar a continuación**

The person completing this claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _25 de junio 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Sandra I Echevarria Abren_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _Sandra Ivette_   _Echevarria_
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _____

Company / Compañía _____

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _Urb. Las Delicias 4041 Calle Fidelia Mathew_
Number / Número   Street / Calle

_Ponce_   _P.R._   _00728-3710_
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-528-9764_   Email / Correo electrónico _twistypr@yahoo.com_

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ _indeterminado_ . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 164 del 22 de julio de 2003_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____



## Ley Núm. 164 del año 2003

**(P. de la C. 3485), 2003, ley 164**

Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno
Central de ELA, efectivo el 1ro de enero de 2004

**Ley Núm.164 de 22 de julio de 2003**

Para conceder un aumento' de sueldo de cien (100) dólares a los empleados Públicos del Gobierno
Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

### EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y
social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En
reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la
sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para
mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de
negociación colectiva; aprobando leyes especiales para mejorar los beneficios marginales de los
empleados públicos; concediendo aumentos a diversos grupos que incluyen: maestros, policías,
bomberos y a empleados del Gobierno Central; propiciando, la revisión de planes de retribución;
concediendo aumentos por mérito, aumentos o bonos de productividad y asistencia, entre otras.

Nuestra Administración, tiene el propósito de continuar ofreciendo las mejores condiciones
salariales posibles a todos los servidores públicos, dentro de la realidad económica mundial y nuestra
actual situación económica, de manera que se promueva el reclutamiento, selección y retención de los
candidatos más aptos para el desempeño en el servicio público y a su vez se impulse una mayor
productividad.

Conforme a lo anterior, se concede mediante esta Ley un nuevo aumento salarial de cien (100)
dólares a ser efectivo en enero de 2004, a todos los empleados públicos que están bajo las condiciones
estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de
febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la
fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una vez recibido el
aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo
adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

### DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

**Artículo 1.**-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos

que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el marge1n retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

**Artículo 2.**-El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellas cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.**-Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de: seguro social, clasificación del puesto, fecha que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro de abril de 2004.

**Artículo 4.**-Se excluyen de las disposiciones de esta Ley las siguientes agencias 0 dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada, (3) los empleados municipales y/o aquellos que presten ser-vicios a los municipios; (4) los empleados cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que hayan suscrito un convenio colectivo a la fecha de la vigencia de esta Ley que incluya concesión de aumentos de sueldos; y (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico.

**Artículo 5.**-El aumento concedido mediante esta Ley será efectivo el 1 de enero de 2004.

**Artículo 6.**-Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo par ser acreedor de un aumento por años de servicio.

**Artículo 7.**-Aquellos empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendad, que reciban en este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar

colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2004-2005 y de futuros presupuestos".

**Artículo 8.-**Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 9.-**Esta Ley comenzará a regir inmediatamente después de su aprobación.

*Presidente de la Cámara*
*Presidente del Senado*

**Nota Importante:** Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

3/0 *Retiro*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16.

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

*Sandra I. Echevarría Abreu*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2.** Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No

☐ Yes. From whom?
Sí. ¿De quién?

---

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) / ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| Sandra I. Echevarria Abreu | |
| Name / Nombre | Name / Nombre |
| Urb. Las Delicias 4041 | |
| Calle Fidelia Mathew | |
| Number / Número   Street / Calle | Number / Número   Street / Calle |
| Ponce     P.R.     00728-3710 | |
| City / Ciudad   State / Estado   ZIP Code / Código postal | City / Ciudad   State / Estado   ZIP Code / Código postal |
| 787-528-9764 | |
| Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| twistypr@yahoo.com | |
| Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

---

**4.** Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No

☐ Yes.   Claim number on court claims registry (if known)
Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____

Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5.** Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No

☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

---

**6.** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No

☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)

Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de P.R.

---

**7.** Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No

☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

*Costa Rica*                         *$ 1,236.1*

**8. How much is the claim?** $ *inf termino da*

¿Cuál es el importe de la reclamación?

**Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*3% Pensión de Retiro aumento anual*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

_____

**Annual Interest Rate (on the Petition Date)**
_Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

**12.** Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

---

**13.** Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

| Part 3 / Parte 3: | Sign Below / Firmar a continuación |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el **25 de junio 2018** (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   *Sandra I Echevarria Abreu*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   **Sandra        Ivette        Echevarria**
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  **Urb. Las Delicias  4041 Calle Fidelia Mathew**
Number / Número    Street / Calle

**Ponce**                          **P.R.**          **00728-3710**
City / Ciudad              State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto **787-528-9764** Email / Correo electrónico **twistypr@yahoo.com**

## *Aumento de 3% en las Pensiones bajo las Disposiciones de la Ley 218 de 1951*

### Ley Núm. 39 de 13 de Junio de 2001

Para autorizar al Sistema de Retiro para Maestros de Puerto Rico aumentar un tres por ciento (3%) las pensiones bajo las disposiciones de la Ley Núm. 218 de 6 de mayo de 1951, según enmendada, concedidas con efectividad en o antes del 1ro. de enero de 1998; y proveer los fondos necesarios para cubrir el impacto económico de dicho aumento.

### EXPOSICION DE MOTIVOS

La Ley Núm. 218 de 6 de mayo de 1951, según enmendada, estableció el Sistema de Retiro para los Maestros de Puerto Rico que administra la Junta de Retiro para Maestros de Puerto Rico. El Sistema de Retiro para Maestros, según las disposiciones de ley vigentes, funciona como un fideicomiso de todos los maestros que son integrantes del sistema. Su función es invertir y custodiar las aportaciones periódicas que hacen los maestros y sus respectivos patronos para poder efectuar, en un futuro, los correspondientes pagos de pensión por retiro o incapacidad a los maestros.

Se reconoce que, con el paso del tiempo, el aumento en el costo de vida conlleva una disminución relativa del valor de las anualidades de los maestros. Por esta razón, se estableció mediante leyes especiales que efectivo el 1ro. de enero de 1992, efectivo el 1ro. de enero de 1995 y efectivo el 1ro. de enero de 1998, se aumentarían en un tres por ciento (3%) las anualidades concedidas en virtud de la Ley Núm. 218, antes citada, por edad, años de servicio o incapacidad y que se estuvieran percibiendo por lo menos tres años antes de la fecha de efectividad de los respectivos aumentos. De esta manera, el Gobierno enfrentó la obligación moral de ayudar a mejorar la condición de vida de los maestros pensionados, personas que dieron lo mejor de su vida al servicio del sistema educativo de Puerto Rico.

Es obligación del gobierno atender las necesidades de los maestros pensionados y siguiendo el compromiso moral ya establecido, mediante esta ley se aumenta en un tres por ciento (3%) las pensiones bajo las disposiciones de la Ley Núm. 218, antes citadas, concedidas con efectividad al 1ro. de enero de 1998 y que estén vigentes al 1ro. de enero de 2001.

Es preciso señalar que la Junta de Retiro para Maestros cubrirá el impacto de este aumento durante los años fiscales 2000-2001 y 2001-2002. A esos efectos, la Junta de Retiro para Maestros certificará dicho costo a la Oficina de Gerencia y Presupuesto para que lo pueda considerar en la preparación del presupuesto. Esos fondos se consignarán en el presupuesto del año fiscal 2002-2003 y serán reembolsados por la Oficina de Gerencia y Presupuesto. A partir de ese año, los fondos se consignarán en el presupuesto general de gastos del Gobierno del Estado Libre Asociado.

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

**"Aumento de 3% en las Pensiones bajo las Disposiciones de la Ley 218 de 1951" [Ley 39-2001]]**

**Artículo 1. —** (18 L.P.R.A. § 321 nota)

Efectivo el 1ro. de enero de 2001 se aumentan en un tres por ciento (3 %) las anualidades concedidas bajo la Ley Núm. 218, de 6 de mayo de 1951, según enmendada, por edad y años de servicio o incapacidad que estén vigentes a esa fecha y que hayan sido otorgadas con efectividad al 1ro. de enero de 1998 o antes.

**Artículo 2. —** (18 L.P.R.A. § 321 nota)

La Junta de Retiro para Maestros cubrirá el impacto de este aumento durante los años fiscales 2000-2001 y 2001-2002. A esos efectos, la Junta de Retiro para Maestros certificará dicho costo a la Oficina de Gerencia y Presupuesto para que lo pueda considerar en la preparación del presupuesto. Esos fondos se consignarán en el presupuesto del año fiscal 2002-2003 y serán reembolsados por la Oficina de Gerencia y Presupuesto. A partir de ese año, los fondos se consignarán en el presupuesto general de gastos del Gobierno del Estado Libre Asociado.

**Artículo 3. —** (18 L.P.R.A. § 321 nota)

Esta Ley empezará a regir inmediatamente después de su aprobación y sus disposiciones serán retroactivas al 1ro. de enero de 2001.

---

**Nota.** Este documento fue compilado por personal de la Oficina de Gerencia y Presupuesto del Gobierno de Puerto Rico. Aunque hemos puesto todo nuestro esfuerzo en la preparación del mismo, este no es una compilación oficial y podría no estar completamente libre de errores. En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley. Compilado por la Biblioteca de la Oficina de Gerencia y Presupuesto.

---