Sandra I Echevarria Obren
Urb. Los Debrios 4041
Calle Fidelia Mathew
Ponce, P.R. 00728

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
JAN 13, 20
AMOUNT
$1.30
R2303S102801-02