Réplica de Objeción Global

I. Datos de Contacto

Josefina Colón Negrón
Bo. Aguilita, Sector
Peñocillo, Juana Díaz P.R. 00795
Teléfono - 787-422-6806

II. EPIGRAFE

a. Secretario (Clerks office)
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan (Puerto Rico) 00918

b. Estado Libre Asociado
de Puerto Rico y otros (deudores).

c. Número de Procedimiento 17BK 3283- LTS.

d. Objeción global referente a la solicitud
de dineros no pagados por el Estado Libre
Asociado, Departamento de Transportación
y Obras Públicas, Ponce P.R.
00751

RECEIVED & FILED 2020 JAN 15 PM 5:03

R. Número de las evidencias de reclamos:

1. 97339 Ley 34 Dr. Roselló aumento sueldo anual.

2. 101398 - ley 180 pensión retiro aumento

3. 101162 Ley 96 2002 Dr. Roselló

4. 111044 Ley 89(71) Prestación de servicios ofrecidas Depto. Transportación Estatales de P.R.

5. 104949 Ley 164 2004 - Aumento sueldo a empleados públicos.

III. El Tribunal no debe declarar a lugar la objeción Global debido a que son dineros adeudados por trabajo realizados como oficinista 3 en el Departamento de Transportación y obras públicas Región Ponce Puerto Rico del Bo. Tiaque de Ponce. Las leyes que me competen son las siguientes:
   a. Ley 34 - Dr. Roselló aumento sueldo
   b. Ley 180 - Pensión retiro aumento
   c. Ley 96 - Dr. Roselló aumento sueldo

4. Ley 89 (79) prestación de Servicios ofrecidos al Depto. Transportación y Obras Públicas Estatales de P.R.

5. Ley 164 2004 - Aumento sueldo a Empleados Públicos.

IV. Documentación Justificativa

Años de Servicios 1976 - 2006 Depto. Transportación y Obras Públicas Estatales, Región Educativa de Ponce Puerto Rico. No he podido enviar los documentos requeridos para la evidencia debido a que las agencias pertinentes no están realizando labores actualmente.

11 enero 2020
Juana Díaz, P.R.

Reclamante: Josefina Colón Negrón
# Reclamaciones: 97339 - 101398 - 101162 - 111048 104949.

Reclamación del dinero adeudado en mis años de servicios con el Depto. Transportación y obras Públicas región Ponce. En los años 1976-2006. Las leyes que rigen dicha reclamación son las siguientes:

1. Ley 34 - Dr. Roselló aumento sueldo — $9,600
2. Ley 180 - pensión retiro aumento sueldo — 6,000
3. Ley 96 - Dr. Roselló — 1,200
4. Ley 164 - Aumento sueldo — 2,400
5. Ley 89 - Prestación servicios — 26,400

Gran Total $ 45,600

Atentamente
Josefina Colón Negrón
787-422-6806