Jose-
Bo. Aguilita
Sector-Peñoncillo
Apt. 963
Juana Diaz, P.R. 00795

Secretaria (clerk's office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



MON 13 JAN 2020 AM
SAN JUAN PR 009
SAN JUAN PUERTO RICO

RECEIVED & FILED
2020 JAN 15 PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.