2 de enero de 2020

Re: Sonia I Reyes Rivera
HC1 Box 13372
Coamo, P.R. 00769
Tel. 787-432-4108
email - sonia.reyes54@icloud.com

Señores del Estado Libre Asociado de P.R., Tribunal de Distrito de los Estados Unidos y Distrito de P.R. Someto ante ustedes la réplica por la objección global enviada por ustedes a mi persona.

Trabajé en el Departamento de Educación de P.R. desde Agosto 1975 hasta mayo del 2009, fecha en que me retiré.

Aparezco en la objección global con el número de reclamo 81552. Hago constar que estaba activa trabajando cuando se implemento la escala salarial a varios grupos de servidores públicos incluyendo a los maestros. Se refiere a la ley 124 del 9 de agosto de 1995.

El monto de la reclamación es de 16,320.00

Me opongo a esta objección porque estaba activa cuando se aprobó la ley y tengo derecho al aumento de los 60.00 mensuales por la escala salarial por el tiempo trabajado.

Gracias por su atención
Cordialmente,
Sonia I Reyes Rivera