14 de enero de 2020

A quién pueda interesar:

Debido a la situación sísmica que esta pasando en nuestra isla no se pudo enviar mas temprano. Trate de enviarlo por correo. La evidencia de la certificación no se pudo enviar porque no estaban disponibles.

Estoy muy interesada en que me reconsideren.

Gracias,

Sonia D. Reyes Rivera

RECEIVED & FILED 2020 JAN 15 PM 4:59

(P. de la C. 1983)

# LEY 124
## 9 DE AGOSTO DE 1995

Para consignar bajo la custodia de la Oficina de Presupuesto y Gerencia la cantidad de catorce millones (14,000,000) de dólares para la concesión de aumentos salariales a los empleados públicos que no hayan sido beneficiados por aumentos concedidos a partir del 1ro. de enero de 1993 mediante leyes especiales, aumentos por productividad, revisión de los Planes de Clasificación y Retribución, reclasificaciones y/o pasos por mérito, diferenciales en sueldo, aumentos de sueldo por años de servicio y extensión de la escala de sueldo otorgados de acuerdo a la Ley Núm. 5 de 14 de octubre de 1975, según enmendada y la Ley Núm. 89 de 12 de julio de 1979, según enmendada; disponer sobre la información que deben someter las agencias; y excluir de la aplicación de esta ley a la Universidad de Puerto Rico, la Rama Judicial, la Rama Legislativa, las corporaciones públicas y todo organismo que tenga facultad en ley o lleve a cabo negociaciones colectivas.

## EXPOSICION DE MOTIVOS

Es compromiso de nuestro Gobierno lograr el mejoramiento salarial de los empleados públicos mediante diversas opciones de retribución que promuevan el reclutamiento, selección y retención de los candidatos más aptos para el desempeño en el servicio público a la vez que se establecen las bases para lograr una mayor productividad. De esta forma reconocemos la excelente labor del personal público y proveemos los medios para mejorar la calidad de los servicios a nuestro pueblo.

Para cumplir con esta política pública, a partir del 1993 se han otorgado varios aumentos por ley que han beneficiado a varios grupos de servidores públicos tales como: la policía, los maestros, enfermeras y oficiales de corrección. También, mediante la R. C. Núm. 231 de 24 de mayo de 1994 y el Boletín Administrativo Núm. OE-1994-32 de 29 de junio de 1994 se estableció un mecanismo innovador para que las agencias establecieran e implantaran Programas de Aumentos por Productividad y Eficiencia con carácter permanente que respondieran a las características y condiciones de cada agencia del Gobierno.

2

Además de estos mecanismos establecidos por ley, este Gobierno ha promovido y apoyado la revisión y aprobación de Planes de Retribución y Clasificación según la situación cambiante de la economía y la competencia en el mercado de empleo. De esta forma, se han aprobado estas revisiones que han beneficiado a muchos empleados públicos en varios organismos del Gobierno.

Otros mecanismos que han complementado nuestro compromiso de mejoramiento salarial han sido las reclasificaciones, pasos por mérito, diferenciales en sueldo, aumentos de sueldo por años de servicio y extensión de la escala de sueldo concedidos de acuerdo a la Ley Núm. 5 de 14 de octubre de 1975, según enmendada y la Ley Núm. 89 de 12 de julio de 1979, según enmendada, otorgados por los administradores individuales y los convenios colectivos de las corporaciones públicas.

El resultado de la adecuada utilización de estos mecanismos es el hecho de que miles de empleados públicos se han beneficiado de los mismos, implicando un impacto presupuestario de $390.6 millones de recursos provenientes del Fondo General exclusivamente, y $432.9 millones en total.

No obstante, todos los logros obtenidos en este campo, hay empleados en el servicio público que desde enero de 1993 no han recibido aumento alguno. Por lo que, para lograr una consecusión absoluta de la política pública de este Gobierno de mejorar el salario de los empleados públicos y hacer justicia a este grupo de servidores que aún no ha sido receptor de este beneficio, se consigna la cantidad de catorce millones (14,000,000) de dólares bajo la Oficina de Presupuesto y Gerencia para estos aumentos salariales. Con esta suma, y tomando en consideración el análisis realizado sobre los aumentos concedidos, se estima que 25,000 empleados en el servicio público cuyos salarios son sufragados del Fondo General, pueden beneficiarse de la presente ley.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Se consigna bajo la custodia de la Oficina de Presupuesto y Gerencia, de fondos no comprometidos en el Tesoro Estatal la cantidad de catorce millones (14,000,000) de dólares para la concesión de aumentos de sueldo a empleados públicos que no hayan sido beneficiados por aumentos concedidos mediante leyes especiales, aumentos por productividad según la R. C. Núm. 231 de 24 de mayo de 1994, revisión de los Planes de Clasificación y Retribución,

reclasificaciones y/o pasos por mérito, diferenciales en sueldo, aumentos de sueldo por años de servicio y extensión de la escala de sueldo otorgados de acuerdo a la Ley Núm. 5 de 14 de octubre de 1975, según enmendada y la Ley Núm. 89 de 12 de julio de 1979, según enmendada, y convenios colectivos vigentes o en negociación. De requerirse más recursos para llevar a cabo lo dispuesto en esta ley, se autoriza al Director de la Oficina de Presupuesto y Gerencia a transferir hasta la cantidad de diez millones (10,000,000) de dólares del Fondo Presupuestario para estos fines.

Artículo 2.-Se beneficiarán de estos aumentos todos los empleados que no hayan recibido aumentos conforme a los mecanismos mencionados en el Artículo 1 de esta ley durante el periodo comprendido del 1ro. de enero de 1993 al 31 de agosto de 1995.

Artículo 3.-La aplicabilidad de estos aumentos será para los empleados con más de un año en el servicio público al 30 de junio de 1995 y será de sesenta (60) dólares mensuales.

Artículo 4.-El aumento de sueldo propuesto cubrirá únicamente los sueldos que son sufragados con recursos provenientes de Fondo General.

Artículo 5.-Aquellas agencias con empleados públicos cuyos salarios sean sufragados por recursos provenientes de aportaciones federales y/o fondos especiales estatales deberán generar las economías necesarias en dichos fondos para otorgar aumentos salariales según lo dispuesto en el Artículo 1 de esta ley.

Artículo 6.-Previa a la otorgación de estos aumentos, cada agencia a la cual le aplique esta ley deberá someter a la Oficina de Presupuesto y Gerencia una relación certificada que incluya nombre del empleado, número de Seguro Social, clasificación del puesto, fecha del último aumento, sueldo devengado y costo total anual de la transacción. Si por error y/u omisión en esta información por parte de las agencias se excluye algún empleado con derecho al aumento dispuesto a la fecha en la cual la Oficina de Presupuesto y Gerencia adjudique los fondos, el empleado mantendrá su derecho y el costo del aumento será sufragado con los recursos de la agencia correspondiente.

Artículo 7.-Se excluye de la aplicación de esta ley a la Universidad de Puerto Rico y agencias adscritas, la Rama Judicial, la Rama Legislativa, las corporaciones públicas y toda agencia que tenga facultad en ley o lleve a cabo negociaciones

4

colectivas.

Artículo 8.-Los aumentos concedidos mediante esta ley serán efectivos el 1ro. de noviembre de 1995.

Artículo 9.-Esta Ley comenzará a regir inmediatamente después de su aprobación.

........................
*Presidente de la Cámara*

....................................................
*Presidente del Senado*

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/21/01 |
| Hasta: | 12/06/01 |
| # Cheque: | 01574823 |
| Fecha: | 12/14/01 |

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY PR  00919
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Benjamin Franklin |
| Titulo: | M.Trabajo Social Escolar |
| Sueldo: | $2,120.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal    PR |
| Estado Civil: | Married    Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 3 |
| Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago Retroactivo Regular | | | 600.00 | | 1,100.00 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| Pago de Salarios Regulares | | | 0.00 | 1416.00 | 23,280.00 |
| Total: | | | 600.00 | 1416.00 | 25,005.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 43.68 | 1,581.81 |
| Total: | 43.68 | 1,581.81 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 54.00 | 2,194.20 |
| Total: | 54.00 | 2,194.20 |

### DEDUCCIONES VOLUNTARIAS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Ahorros | 18.00 | 731.40 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 3,947.95 |
| SM-First Medical Health Plan | 0.00 | 1,211.25 |
| AS FED MAESTROS AFT | 0.00 | 192.00 |
| SM-Fed Maestros de PR | 0.00 | 509.70 |
| Total: | 18.00 | 6,592.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 51.00 | 2,072.30 |
| FSED Disability Plan | 10.20 | 425.09 |
| SM-First Medical Health Plan | 0.00 | 320.00 |
| SM-Fed Maestros de PR | 0.00 | 120.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 600.00 | 43.68 | 72.00 | 484.32 |
| Acumulado: | 25,005.00 | 1,581.81 | 8,786.50 | 14,636.69 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01574823 | 484.32 |
| Total: | 484.32 |

MENSAJE:

---

THIS DOCUMENT HAS A BROWN BACKGROUND ON THE FACE AND A WATERMARK ON THE PAPER - HOLD TO THE LIGHT TO VERIFY WATERMARK

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

90-0211/0215    BANCO GUBERNAMENTAL DE FOMENTO
P.O. Box 42001
San Juan PR. 00940-2001

BGF

Cheque No. 01574823

Fecha: 12/14/01    Importe: $484.32 *******

Paguese A la Orden De   ****CUATROCIENTOS OCHENTA Y CUATRO CON 32/100 DOLARES****

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR  00919
Localizacion: Benjamin Franklin

Secretario de Hacienda

No es valido seis meses despues de su emision

⑈015748236⑈ ⑆021502118⑆ 325010 16⑈

| 080 - DEPT DE EDUCACION-MAESTROS | | | Desde: 07/01/03 Hasta: 07/14/03 | | | Fecha: 07/15/03 | |
|---|---|---|---|---|---|---|---|
| SONIA I REYES RIVERA<br>AVENIDA TENIENTE CESAR GONZALEZ<br>ESQUINA CALAS<br>HATO REY PR 00919<br>SS: | # Empleado:<br>Dept:<br>Oficina:<br>Titulo:<br>Sueldo: | 8005021-Ponce Coamo<br>Benjamin Franklin<br>M.Trabajo Social Escolar<br>$2,745.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0<br> | PR<br>Claiming no personal ex<br><br>3 | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumul |
| Pago de Salarios Regulares | | | 1,372.50 | 780.00 | 14,692.50 | PR Withholdng | 96.48 | 848.2 |
| Total: | | | 1,372.50 | 780.00 | 14,692.50 | Total: | 96.48 | 848.2 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 123.53 | 1,322.33 | RM-Prest Pers De Cuota-Ret Mae | 171.65 | 2,231.45 | GPR Plan de Retiro de Maestro | 116.66 | 1,248. |
| | | | SM-First Medical Health Plan | 106.50 | 1,216.50 | FSED Disability Plan | 23.33 | 249. |
| | | | AS FED MAESTROS AFT | 8.00 | 104.00 | SM-First Medical Health Plan | 0.00 | 360. |
| | | | GPR Plan de Ahorros | 41.18 | 440.78 | | | |
| Total: | 123.53 | 1,322.33 | Total: | 327.33 | 3,992.73 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NE

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,372.50 | | 96.48 | 450.86 | 825. |
| Acumulado: | 14,692.50 | | 848.28 | 5,315.06 | 8,529. |

### PTO HORAS / DISTRIBUCION PAGA NETA

| | ACUM | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Cheque #00253969 | 825. |
| + Acumulado: | | Total: | 825. |
| - Utilizado: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

