2 de enero de 2020

RECEIVED & FILED
2020 JAN 15 PM 4:59

Re: Sonia I. Reyes Rivera
HC1 Box 13372
Coamo, P.R. 00769
Tel. 787-432-4108
email- sonia.reyes54@icloud.com
#reclamación 80763

Señores del Estado Libre Asociado de P.R., Tribunal de Distrito de los Estados Unidos y Distrito de P.R.

Someto la replica por la objección global enviada por ustedes a mi persona. Trabajé en el Departamento de Educación desde agosto del 1976 hasta mayo 2009, me retiré el 22 de mayo de 2009.

En la reclamación 80763 hago constar que me opongo a esta objección porque estaba activa cuando la ley 164 del 22 julio de 2003 se aprobó, referente al aumento de sueldo de cien dolares mensuales a los empleados públicos efectivo el 1 de enero de 2004. El monto de la reclamación es de 6,600.00 seis mil seiscientos dolares incluido de julio del 2003 a mayo 2009 que estuve activa trabajando en el Depto. de Educación.

Me opongo a esta objección, porque estaba activa cuando la ley se aprobó y por supuesto tengo derecho al aumento de los 100.00 de la ley 164 del 22 de julio de 2003 efectivo el 1 de enero de 2004.

Gracias por su atención,
Cordialmente Sonia I. Reyes Rivera