

# Ley Núm. 164 del año 2003

(P. de la C. 3485), 2003, ley 164

**Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004**
**Ley Núm.164 de 22 de julio de 2003**

Para conceder un aumento' de sueldo de cien (100) dólares a los empleados Públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

## EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de negociación colectiva; aprobando leyes especiales para mejorar los beneficios marginales de los empleados públicos; concediendo aumentos a diversos grupos que incluyen: maestros, policías, bomberos y a empleados del Gobierno Central; propiciando, la revisión de planes de retribución; concediendo aumentos por mérito, aumentos o bonos de productividad y asistencia, entre otras.

Nuestra Administración, tiene el propósito de continuar ofreciendo las mejores condiciones salariales posibles a todos los servidores públicos, dentro de la realidad económica mundial y nuestra actual situación económica, de manera que se promueva el reclutamiento, selección y retención de los candidatos más aptos para el desempeño en el servicio público y a su vez se impulse una mayor productividad.

Conforme a lo anterior, se concede mediante esta Ley un nuevo aumento salarial de cien (100) dólares a ser efectivo en enero de 2004, a todos los empleados públicos que están bajo las condiciones estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una véz recibido el aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

**Artículo 1.**-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

Case:17-03283-LTS Doc#:10150-1 Filed:01/15/20 Entered:01/17/20 12:41:07 Desc: Exhibit Page 2 of 5

El aumento de sueldo se concederá aún cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

**Artículo 2.-**El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellas cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.-**Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de: seguro social, clasificación del puesto, fecha que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro de abril de 2004.

**Artículo 4.-**Se excluyen de las disposiciones de esta Ley las siguientes agencias 0 dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada, (3) los empleados municipales y/o aquellos que presten ser-vicios a los municipios; (4) los empleados cubiertos por la Ley Núm. 45 de 25 febrero de 1998, según enmendada, que hayan suscrito un convenio colectivo a la fecha de la vigencia de esta Ley que incluya concesión de aumentos de sueldos; y (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico.

**Artículo 5.-**El aumento concedido mediante esta Ley será efectivo el 1 de enero de 2004.

**Artículo 6.-**Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo par ser acreedor de un aumento por años de servicio.

**Artículo 7.-**Aquellos empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendad, que reciban en este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2004-2005 y de futuros presupuestos".

**Artículo 8.-**Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 9.-**Esta Ley comenzará a regir inmediatamente después de su aprobación.

*Presidente de la Cámara*
*Presidente del Senado*

**Nota Importante:** Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

**Presione Aquí para regresar al Menú anterior y seleccionar otra ley.**

## ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

## LexJuris de Puerto Rico siempre está bajo construcción.

| Home| Leyes y Jurisprudencia | Información | Agencias | Profesionales | Biografías | Historia | Pueblos de Puerto Rico| Servicios |Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| Ordenanzas | Revista Jurídica |

© 1996-2003 LexJuris de Puerto Rico - Derechos Reservados

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/21/01 |
| Hasta: | 12/06/01 |

# Cheque: 01574823
Fecha: 12/14/01

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY PR 00919
SS:

# Empleado:
Dept: 8005021-Ponce Coamo
Oficina: Benjamin Franklin
Titulo: M.Trabajo Social Escolar
Sueldo: $2,120.00 Monthly

DATA IMP: Federal PR
Estado Civil: Married   Claiming no personal exem
Concesiones: 0
Pct. Adcl.:     3
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago Retroactivo Regular | | | 600.00 | | 1,100.00 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| Pago de Salarios Regulares | | | 0.00 | 1416.00 | 23,280.00 |
| Total: | | | 600.00 | 1416.00 | 25,005.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 43.68 | 1,581.81 |
| Total: | 43.68 | 1,581.81 |

## DEDUCCIONES / DEDUCCIONES ACUMULADAS / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 54.00 | 2,194.20 | GPR Plan de Ahorros | 18.00 | 731.40 | GPR Plan de Retiro de Maestro | 51.00 | 2,072.30 |
| | | | RM-Prest Pers De Cuota-Ret Mae | 0.00 | 3,947.95 | FSED Disability Plan | 10.20 | 425.09 |
| | | | SM-First Medical Health Plan | 0.00 | 1,211.25 | SM-First Medical Health Plan | 0.00 | 320.00 |
| | | | AS FED MAESTROS AFT | 0.00 | 192.00 | SM-Fed Maestros de PR | 0.00 | 120.00 |
| | | | SM-Fed Maestros de PR | 0.00 | 509.70 | | | |
| Total: | 54.00 | 2,194.20 | Total: | 18.00 | 6,592.30 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 600.00 | 43.68 | 72.00 | 484.32 |
| Acumulado: | 25,005.00 | 1,581.81 | 8,786.50 | 14,636.69 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01574823 | 484.32 |
| Total: | 484.32 |

433086

MENSAJE:

---

THIS DOCUMENT HAS A BROWN BACKGROUND ON THE FACE AND A WATERMARK ON THE PAPER - HOLD TO THE LIGHT TO VERIFY WATERMARK

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

90-0211/0215   BANCO GUBERNAMENTAL DE FOMENTO
P.O. Box 42001
San Juan PR 00940-2001

**BGF**

Cheque No. 01574823

Fecha: 12/14/01          Importe: $484.32 *******

Paguese A la Orden De

****CUATROCIENTOS OCHENTA Y CUATRO CON 32/100 DOLARES****

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR 00919
Localizacion: Benjamin Franklin

Secretario de Hacienda

No es valido seis meses despues de su emision

⑆015748236⑆ ⑈021502118⑈ 325010 16⑈

| 080 - DEPT DE EDUCACION-MAESTROS | | | | | Desde: 07/01/03 Hasta: 07/14/03 | | | Fecha: 07/15/03 | |
|---|---|---|---|---|---|---|---|---|---|
| SONIA I REYES RIVERA<br>AVENIDA TENIENTE CESAR GONZALEZ<br>ESQUINA CALAS<br>HATO REY PR 00919<br>SS: | | | # Empleado:<br>Dept:<br>Oficina:<br>Titulo:<br>Sueldo: | 8005021-Ponce Coamo<br>Benjamin Franklin<br>M.Trabajo Social Escolar<br>$2,745.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0<br>3 | PR<br>Claiming no personal ex. | | |

### HORAS E INGRESOS

| | Corriente | | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumul. |
| Pago de Salarios Regulares | | | 1,372.50 | 780.00 | 14,692.50 | PR Withholdng | 96.48 | 848.2 |
| Total: | | | 1,372.50 | 780.00 | 14,692.50 | Total: | 96.48 | 848.2 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 123.53 | 1,322.33 | RM-Prest Pers De Cuota-Ret Mae | 171.65 | 2,231.45 | GPR Plan de Retiro de Maestro | 116.66 | 1,248. |
| | | | SM-First Medical Health Plan | 106.50 | 1,216.50 | FSED Disability Plan | 23.33 | 249. |
| | | | AS FED MAESTROS AFT | 8.00 | 104.00 | SM-First Medical Health Plan | 0.00 | 360. |
| | | | GPR Plan de Ahorros | 41.18 | 440.78 | | | |
| Total: | 123.53 | 1,322.33 | Total: | 327.33 | 3,992.73 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,372.50 | | 96.48 | 450.86 | 825. |
| Acumulado: | 14,692.50 | | 848.28 | 5,315.06 | 8,529. |

### PTO HORAS / DISTRIBUCION PAGA NETA

| | ACUM | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Cheque #00253969 | 825. |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 825. |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:



ESTE DOCUMENTO TIENE UN FONDO MARRON EN EL FRENTE Y CONTIENE UNA MARCA DE AGUA, ACERQUELO A LA LUZ PARA VERIFICARLA. DE NO TENER DICHA MARCA...

Modelo SC 784.1
Sept. 05 2002

DEPARTAMENTO DE HACIENDA
Edificio Intendente Ramirez
San Juan PR 00902-4140

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

Cheque No 00253969

Fecha: 07/15/03     Importe: $825.16

Paguese A la Orden De: ****OCHOCIENTOS VEINTICINCO CON 16/100 DOLARES****

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR 00919
Localizacion: Benjamin Franklin

Secretario de Hacienda

BGF    No es valido seis meses despues de su emision

⑈00253969⑈  ⑈021502118⑈  325010161⑈