15 de enero de 2020

RECEIVED BY/LEG 2020 JAN 15 PM 4:59

Re: Sonia I. Reyes Rivera
HC1 Box 13372
Coamo, P.R. 00769
Tel. 787-432-4108
email - sonia.reyes54@icloud.com
#reclamación: 109814

Señores del Estado Libre Asociado de P.R., Tribunal de Distrito de los Estados Unidos y Distrito de P.R., por este medio le someto la replica por la objeción global enviada por ustedes a mi persona.

Trabajé en el Departamento de Educación desde Agosto 1974 hasta mayo 2009, fecha en que me retiré.

Aparezco en la objeción global cuyo número de reclamo es 109814 referente a la ley 34 de Rosello del 12 de junio de 1969 la cual agrego.

Me opongo a esta objeción porque durante ese tiempo estaba activa trabajando cuando la ley se aprobó por lo tanto tengo derecho al aumento de la ley 34 de Rosello basada en el Aguinaldo o Bono de Navidad, en el que se decretó que desde el 1999 en adelante será equivalente a trescientos (300) dolares cuyo pago se efectuara no más tarde del 20 de diciembre de cada año. El monto de la reclamación es de 3,300.00 dolares.

Gracias por su atención,
Sonia I. Reyes Rivera