

## Ley de Bono de Navidad, Empleados Públicos

**Ley Núm. 34 de 12 de junio de 1969, p. 57, según enmendada**

**Art. 1. Creación. (3 L.P.R.A. sec. 757)**

Todo funcionario o empleado del Gobierno del Estado Libre Asociado de Puerto Rico y de la Asamblea Legislativa, incluyendo los de las corporaciones públicas y municipales, que ocupe o haya ocupado un cargo, puesto o empleo de carácter regular o irregular, tendrá derecho a recibir un bono de Navidad cada año en que haya prestado servicios al Gobierno durante por lo menos seis (6) meses en el caso de un funcionario o empleado regular, y novecientas sesenta (960) horas en el caso de un empleado irregular, dentro del período de doce (12) meses comprendidos desde el 1ro. de diciembre del año anterior hasta el 30 de noviembre del año en que se conceda. Disponiéndose, que en ninguno de los dos casos los servicios tienen que haber sido prestados en forma consecutiva. El pago se efectuará no más tarde del 20 de diciembre de cada año.
Será responsable del pago del bono el organismo en el cual el empleado haya prestado servicios al 30 de noviembre del año en que el mismo se conceda, o si se ha separado del servicio con anterioridad a esa fecha, al organismo en el cual prestaba servicios al momento de su separación.
Para los efectos de las secs. 757 a 757f de este título cuando el funcionario o empleado se encuentre disfrutando de cualquier tipo de licencia, con o sin sueldo, se considerará como si estuviera prestando servicios.
Cuando un funcionario o empleado sufra cualquier lesión o enfermedad ocupacional que le incapacite temporalmente para realizar las funciones inherentes a su empleo, los días en que está ausente por razón de su incapacidad temporal se considerarán como días de servicios prestados a los efectos de determinar el tiempo de servicios requeridos por las secs. 757 a 757f de este título para tener derecho a recibir el bono de Navidad, siempre y cuando dicho funcionario o empleado haya presentado una reclamación ante el Fondo del Seguro del Estado y esta agencia haya determinado que puede acogerse a los beneficios establecidos por las secs. 1 et seq. del Título 11.
Si un empleado o funcionario muere después de haber adquirido su derecho al bono según se dispone, dicho bono le será pagado a sus dependientes.
(Junio 12, 1969, Núm. 34, p. 57, art. 1; Julio 10, 1971, Núm. 12, p. 660; Mayo 25, 1972, Núm. 34, p. 75; Julio 23, 1974, Núm. 192, Parte 2, p. 80, ef. Julio 23, 1974.)

**Derogadas. [Omitidas] (3 L.P.R.A. sec. 757-1a a 757-1g)**

**Art. 2. Cuantía. (3 L.P.R.A. sec. 757a)**

El Bono de Navidad en 1997 será equivalente al cuatro punto cinco por ciento (4.5 %) del sueldo anual del funcionario o empleado, y desde el 1998 en adelante será equivalente al seis por ciento (6%) del sueldo anual del funcionario o empleado. Para el 1999 en adelante, el bono de Navidad será equivalente al seis punto veinticinco por ciento (6.25 %) del sueldo anual del funcionario o empleado. Para el año 2001 en adelante, será equivalente al siete punto ochenta y uno y veinticinco por ciento (7.8125 %) del sueldo anual del funcionario o empleado. El Bono de Navidad en 2003 y en adelante será equivalente al doce punto cinco por ciento (12.5%) del sueldo anual del funcionario o empleado. Para efectos de determinar el monto del Bono de Navidad se considerará como sueldo anual el sueldo total devengado por el funcionario o empleado hasta la cantidad de ocho mil (8,000) dólares durante los doce (12) meses que anteceden al 1ro. de diciembre del año en que se concede el bono. Los servicios por quince (15) días o más durante un mes se considerarán como un mes de servicio.

En el caso del funcionario o empleado público que ocupe un puesto regular de carrera, que trabaje como empleado transitorio o irregular, y que se encuentre o se haya encontrado en licencia militar con o sin paga, durante el año natural para efectos de la cuantía del Bono de Navidad se considerará como sueldo anual el sueldo total devengado por el funcionario o empleado durante los doce (12) meses que anteceden al 1ro. de diciembre del año en que se concede el bono en que haya trabajado como empleado y no haya estado activado, hasta la cantidad de ocho mil (8,000) dólares.

Disponiéndose, que en el caso de los municipios, el aumento en la suma del Bono de Navidad se ajustará de acuerdo a la capacidad económica de los mismos y de conformidad con el Artículo 12.016 de la Ley Núm. 81 de 30 de agosto de 1991, según enmendada, conocida como "Ley de Municipios Autónomos". [21 L.P.R.A. sec. 4566]
(Junio 12, 1969, Núm. 34, p. 57, art. 2; Agosto 20, 1997, Núm. 92, sec. 1; Agosto 17, 2001, Núm. 116, art. 1; Julio 31, 2003, ley 173, art. 1; Diciembre 6, 2003, Núm. 297, art. 1.)

### Art. 3. Requisitos. (3 L.P.R.A. sec. 757b)

El derecho concedido a los funcionarios o empleados de los distintos municipios en la sec. 757 de este título estará condicionado a:
(1) Que el municipio autorice mediante ordenanza municipal la concesión del bono de Navidad a sus funcionarios o empleados, y así lo notifique con copia certificada de la misma al Secretario de Hacienda en o antes del 1ro. de agosto del año en que habrá de pagarse el bono. El municipio certificará ante el Secretario de Hacienda el nombre y los sueldos que devengan los funcionarios o empleados con derecho al bono. Esta certificación estará sujeta a revisión por el Secretario de Hacienda.
(2) Que en la ordenanza municipal que autoriza la concesión del bono de Navidad se excluya como beneficiario del bono al alcalde del municipio concernido.
(3) Que el municipio aporte la mitad del costo de los bonos a pagarse a sus funcionarios o empleados en cada año.
(4) En el caso de aquellos municipios cuyo presupuesto sea de quinientos mil (500,00) dólares o menos, que a satisfacción del Secretario de Hacienda demuestren incapacidad económica para aportar el 50% que le corresponde, el Secretario de Hacienda queda autorizado a poner a disposición del municipio la parte proporcional que se de termine, o la totalidad de la cantidad según fuere necesario para cumplir los fines de las secs. 757 a 757f de este título.
Si se cumpliere con las anteriores condiciones, el Secretario de Hacienda queda por las secs. 757 a 757f de este título autorizado a poner a disposición del municipio concernido, de fondos no comprometidos del Tesoro Estatal, la cantidad necesaria para igualar la aportación municipal sin que esta cantidad exceda de la mitad del costo del bono autorizado por la sec. 757a de este título.
(Junio 12, 1969, Núm. 34, p. 57, art. 3, ef. Junio 12, 1969.)

### Art. 4. Consignación de fondos. (3 L.P.R.A. sec. 757c)

Los fondos necesarios para sufragar el costo de los bonos para los funcionarios o empleados de la Asamblea Legislativa y aquellas agencias cuyos presupuestos de gasto de funcionamiento son con cargo al Fondo General serán consignados anualmente en la Resolución Conjunta del Presupuesto General. Los bonos de los funcionarios o empleados de las corporaciones públicas y de otros organismos públicos, excluyendo los municipios, cuyos presupuestos no se financian del Fondo General, se pagarán de los fondos propios o fondos especiales de los cuales se sufragan los gastos de funcionamiento de tales organismos.
(Junio 12, 1969, Núm. 34, p. 57, art. 4, ef. Junio 12, 1969.)

### Art. 5. Exclusiones. (3 L.P.R.A. sec. 757d)

Las disposiciones de los Artículos 1 a 7 de esta Ley no se aplicarán en aquellos casos donde los funcionarios o empleados reciban Bonos de Navidad mediante convenios colectivos incluyendo convenios colectivos bajo la Ley Núm. 45 de 14 de febrero de 1998, [3 LPRA secs. 1451 et seq.] según enmendada o disposiciones administrativas al efecto, excepto en los casos en que el monto del Bono a que tuvieran derecho mediante tales

convenios o disposiciones administrativas resulte ser menos al que se provee mediante los Artículos 1 a 7 de esta Ley, en cuyo caso recibirán la cantidad necesaria para completar el Bono de Navidad provisto por esta Ley."
(Junio 12, 1969, Núm. 34, p. 57, art. 5, ef. Junio 12, 1969; Julio 31, 2003, Núm. 173, art. 2; Diciembre 6, 2003, Núm. 298, art. 1.)

### Art. 6. Exención de deducciones. (3 L.P.R.A. sec. 757e)

El bono de Navidad no estará sujeto las deducciones que regularmente se hacen por concepto de retiro y ahorro.
(Junio 12, 1969, Núm. 34, p. 57, art. 6, ef. Junio 12, 1969.)

### Art. 7. Excepciones. (3 L.P.R.A. sec. 757f)

Las disposiciones de las secs. 757 a 757f de este título no serán aplicables a los miembros de la Asamblea Legislativa, al Gobernador de Puerto Rico, a los miembros del Gabinete del Gobernador y a los jefes de agencias e instrumentalidades del Estado Libre Asociado de Puerto Rico.
(Junio 12, 1969, Núm. 34, p. 57, art. 7.)

**Nota importante:**
**Enmiendas-**
**2003, ley 298** - Véase la Exposición de Motivos y otros artículos de esta ley.
**2003, ley 297** - Véase la Exposición de Motivos y otros artículos de esta ley.
**2003, ley 173-** Véase la Exposición de Motivos y otros artículos de esta ley.

Revisado: 15 de noviembre de 2005

| Leyes |Jurisprudencia | CLub de LexJuris | Agencias | LexJuris-store | PueblosPR.com | BiografiasPR.com | HistoriaPR.com | Servicios |Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| Ordenanzas | Revista Jurídica |

© 1996-2005 LexJuris de Puerto Rico - Derechos Reservados

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 01574823 |
|---|---|---|---|
| Desde: | 11/21/01 | | |
| Hasta: | 12/06/01 | Fecha: | 12/14/01 |

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY PR  00919
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Benjamin Franklin |
| Titulo: | M.Trabajo Social Escolar |
| Sueldo: | $2,120.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | ------- Corriente ------- | | ------ Acumulado ------ | |
|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago Retroactivo Regular | | | 600.00 | | 1,100.00 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| Pago de Salarios Regulares | | | 0.00 | 1416.00 | 23,280.00 |
| Total: | | 600.00 | 1416.00 | 25,005.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 43.68 | 1,581.81 |
| Total: | 43.68 | 1,581.81 |

### APORTACIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 54.00 | 2,194.20 |
| Total: | 54.00 | 2,194.20 |

### DEDUCCIONES QUINCENALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Ahorros | 18.00 | 731.40 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 3,947.95 |
| SM-First Medical Health Plan | 0.00 | 1,211.25 |
| AS FED MAESTROS AFT | 0.00 | 192.00 |
| SM-Fed Maestros de PR | 0.00 | 509.70 |
| Total: | 18.00 | 6,592.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 51.00 | 2,072.30 |
| FSED Disability Plan | 10.20 | 425.09 |
| SM-First Medical Health Plan | 0.00 | 320.00 |
| SM-Fed Maestros de PR | 0.00 | 120.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 600.00 | 43.68 | 72.00 | 484.32 |
| Acumulado: | 25,005.00 | 1,581.81 | 8,786.50 | 14,636.69 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #01574823 | 484.32 |
|---|---|
| Total: | 484.32 |

433086

MENSAJE:

---

THIS DOCUMENT HAS A BROWN BACKGROUND ON THE FACE AND A WATERMARK ON THE PAPER - HOLD TO THE LIGHT TO VERIFY WATERMARK

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

90-0211/0215   BANCO GUBERNAMENTAL DE FOMENTO
P.O. Box 42001
San Juan PR  00940-2001

BGF

Cheque No. 01574823

Fecha: 12/14/01    Importe: $484.32 *******

Paguese A la Orden De    ****CUATROCIENTOS OCHENTA Y CUATRO CON 32/100 DOLARES****

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR  00919
Localizacion: Benjamin Franklin

Secretario de Hacienda

No es valido seis meses despues de su emision

⑆01574823⑆  ⑈021502118⑈  325010 16⑇

080 - DEPT DE EDUCACION-MAESTROS  Desde: 07/01/03  Hasta: 07/14/03  Fecha: 07/15/03

| | |
|---|---|
| SONIA I REYES RIVERA<br>AVENIDA TENIENTE CESAR GONZALEZ<br>ESQUINA CALAS<br>HATO REY PR 00919<br>SS: | # Empleado:<br>Dept: 8005021-Ponce Coamo<br>Oficina: Benjamin Franklin<br>Titulo: M.Trabajo Social Escolar<br>Sueldo: $2,745.00 Monthly |

DATA IMP: Federal PR
Estado Civil: Married   Claiming no personal ex
Concesiones: 0
Pct. Adcl.: 3
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,372.50 | 780.00 | 14,692.50 |
| **Total:** | | | 1,372.50 | 780.00 | 14,692.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 96.48 | 848.2 |
| **Total:** | 96.48 | 848.2 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 123.53 | 1,322.33 |
| **Total:** | 123.53 | 1,322.33 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 171.65 | 2,231.45 |
| SM-First Medical Health Plan | 106.50 | 1,216.50 |
| AS FED MAESTROS AFT | 8.00 | 104.00 |
| GPR Plan de Ahorros | 41.18 | 440.78 |
| **Total:** | 327.33 | 3,992.73 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 116.66 | 1,248. |
| FSED Disability Plan | 23.33 | 249. |
| SM-First Medical Health Plan | 0.00 | 360. |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto Corriente: | 1,372.50 | |
| Total Bruto Acumulado: | 14,692.50 | |
| Total Impuestos Corriente: | 96.48 | |
| Total Impuestos Acumulado: | 848.28 | |
| Deducciones Totales Corriente: | 450.86 | |
| Deducciones Totales Acumulado: | 5,315.06 | |
| Paga Neta Corriente: | 825. | |
| Paga Neta Acumulado: | 8,529. | |

### DISTRIBUCION PAGA NETA

Cheque #00253969    825.
Total:    825.

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:



Modelo SC 784.1  Sept. 05 2002
DEPARTAMENTO DE HACIENDA
Edificio Intendente Ramirez
San Juan PR 00902-4140

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

Cheque No 00253969

Fecha: 07/15/03    Importe: $825.16 *****

Paguese A la Orden De    ****OCHOCIENTOS VEINTICINCO CON 16/100 DOLARES****

SONIA I REYES RIVERA
AVENIDA TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR 00919
Localizacion: Benjamin Franklin

Secretario de Hacienda

BGF    No es valido seis meses despues de su emision

⑆00253969⑆ ⑉021502118⑉ 325010 16⑈