2 de enero de 2020

Re: Sonia I. Reyes Rivera
HC 1 Box 13372
Cuamo P.R. 00769
Tel. 787-432-4108
email- sonia.reyes54@icloud.com
núm. reclamación. 89930

Señores del Estado Libre Asociado de P.R., Tribunal de Distrito de los Estados Unidos y Distrito de P.R.

Someto la réplica por la objeción global enviada por ustedes a mi persona. Trabajé en el Departamento de Educación desde agosto de 1976 hasta mayo del 2009, me retiré el 29 de mayo de 2009.

En la reclamación 89930 hago constar que me opongo a esta objeción porque estaba activa trabajando cuando se implementó la ley 96 del 2 de julio de 2002 de la Sra. Sila M. Calderón que se aprobó referente al aumento de sueldo de cien(100) dolares mensuales a los empleados públicos. El monto de la reclamación es de 36,300.00 Entiendo que tengo derecho a este aumento.

Gracias por su atención,

Sonia I. Reyes Rivera