Sonia I. Reyes Rivera
HC1 Box 13372
Coamo, P.R. 00769

SAN JUAN P&DC 009
TUE 14 JAN 2020 PM

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 4:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.