Secretaria (Clerk Office)
Tribunal de Distrito de los EE.UU.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Fecha: 30 de diciembre de 2019

Nombre: Nitza Gotay Hays

No. Reclamación: 35361

Fide Presentación: 5/24/2018

Monto Reclamación: $7,500.00



Trabaje para el Departamento de Corrección de Puerto Rico para la fecha de 17 de septiembre de 1998 bajo la Ley Núm. 89 conocida como "El Romeraso" en la cual se establece un aumento de $25.00 mensuales, la cual nunca se me proporcionó el mismo estando activa en la Agencia y la cual tenía derecho al mismo. Al retirarme deje de recibir el mismo.

Fecha de Retiro: 31 de julio de 2015

Atentamente,

Nitza Gotay Hays