ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Corrección y
Rehabilitación

RECEIVED & FILED
2020 JAN 15 PM 3: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Hon. José A. Aponte Carro
Secretario Interino

17 de julio de 2015

Sra. Nitza Gotay Hays
P.O. Box 336123
Ponce, Puerto Rico  00733-6123

Estimada señora Gotay:

Conforme a su solicitud, hemos aceptado la renuncia al puesto que ocupa como Oficial de Servicios Juveniles I, en el Centro de Tratamiento Social de Ponce Niñas, efectiva el **31 de julio de 2015.**

De estar interesada en solicitar el rembolso de sus aportaciones en la Asociación de Empleados del Estado Libre Asociado de Puerto Rico, y recibir orientación en cuanto a las aportaciones de la Administración de los Sistemas de Retiro, deberá visitar la División de Beneficios Marginales de la Oficina de Recursos Humanos, con los siguientes documentos: **Certificación de deuda del C.R.I.M., Certificación de deuda de A.E.E.L.A., Certificación de Deuda de Retiro, Certificación de deuda de Hacienda, Certificación de Radicación de Planillas por los pasados cinco (5) años y Certificación de deuda de A.S.U.M.E.**

El Reglamento Núm. 11, Normas Básicas para el Control y la Contabilidad de los Activos Fijos, del Departamento de Hacienda, establece que todo funcionario público, deberá hacer entrega inmediata del equipo de trabajo, incluyendo la Tarjeta de Identificación.   De igual modo la Ley Núm. 95-1963, "Ley de Beneficios de Salud para Empleados Públicos", según enmendada, requiere la entrega de la Tarjeta del Plan de Salud; el Equipo de Trabajo y Arma de Reglamento, (si aplica) deberá ser entregado en la Institución.

Cordialmente,

**José A. Aponte Carro**
RQC/ ADN/emb

P.O. Box 71308, San Juan, PR 00936
Tel. (787) 792-7475  Fax. (787)793-2199

1ra. COPIA

OCAP-11,
Rev. 9/97

| | I. SIMBOLOS DE CONTABILIDAD | | | | | | Estado Libre Asociado de Puerto Rico | 2. Certificación Número |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A. F. I | Fondo | Agencia | Div | Sub Div | Asig. | Objeto | **OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL** Apartado 8476, Estación Fernández Juncos Santurce, Puerto Rico 00910 | 98–87 |
| 99 | 111 | 072 | 03 | 302 | 001 | 1110 | **NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO** | 3. Fecha de la Certificación 25 AGOSTO 98 |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P.; tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

| 4. Nombre del Empleado: | 5. Nombre según aparece en el Seguro Social | 6. Sexo |
| --- | --- | --- |
| GOTAY     HAYS     NITZA    ENID (Apellido Paterno)   (Apellido Materno)   (Nombre) Si se trata de una mujer casada siga este orden: (1) Apellido paterno seguido de la preposición "DE" (2) Apellido del esposo y (3) Nombre | NITZA GOTAY-HAYS | ☐ M   ☒ F |
| | 7. Número del Seguro Social -8863 | |

| 8. Dirección del empleado: | 9. Agencia, Negociado o División, Sección o Unidad y Pueblo |
| --- | --- |
| RES. DR.PILA BLOQUE 3 APTO. 29 P O BOX 336123 PONCE PR 00733-6123 | ADMINISTRACION DE INSTITUCIONES JUVENILES CENTRO DE TRATAMIENTO SOCIAL DE PONCE |

| 10. Título de Clasificación del Puesto | 11. Número de Clase | 12. Número del Puesto |
| --- | --- | --- |
| OFICIAL DE SERVICIOS JUVENILES I | 3111 | 17381 |

| 13. Tipo de nombramiento | | 14. Sueldo Mensual $ 1,039.00 |
| --- | --- | --- |
| ☐ Regular   ☒ Probatorio   ☐ Transitorio ☐ En el Servicio de Confianza | RETIRO: 8.275% AHORRO: 3% *(Indique disposición legal que incluye el puesto en el servicio de confianza)* | Diferencial _____ Total $ _____ |

| 15. Fecha de efectividad del Nombramiento | 16. Fecha en que expira el período probatorio o el nombramiento |
| --- | --- |
| 17 DE SEPTIEMBRE DE 1998 | 16 DE SEPTIEMBRE DE 1999 |

| 17. Anterior Incumbente | 18. Título de Clasificación del Puesto |
| --- | --- |
| VACANTE | |

19. Firma de la autoridad nominadora o su representante autorizado:

| MIGUEL ANGEL RIVERA | ADMINISTRADOR | 16 SEPTIEMBRE 1998 |
| --- | --- | --- |
| Firma | Título | Fecha |

**20.       JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, NITZA E. GOTAY HAYS SS. Núm. -8863 de 47 CASADO OFICIAL SERV. JUV.,I
(Nombre del Funcionario o Empleado)                           (Edad)   (Soltero o Casado)   (Nombre del cargo o empleo)

vecino de PONCE juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del
(Pueblo)

Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

16 de septiembre de 1998
(Fecha)                                                         (Firma del Empleado o Funcionario)

Declaración Jurada Núm. 527

Suscrito y jurado ante mí por NITZA E. GOTAY HAYS de las circunstancias antes
(Nombre)

expresada, a quien doy fe de conocer personalmente o de haber identificado mediante Lic de Conducir

En HATO REY , Puerto Rico, hoy 16 SEPTIEMBRE del año 1998

(Firma, Sello y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento)

**PARA USO EXCLUSIVO DE OCAP**

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
| --- | --- | --- |

J. 9-49-09-113-400 B.-M-Oct 93-ICPR