Nitza Gotay Hays
Urb. Canas Housing
Los Olivos #317
Ponce P.R. 00728

SECRETARIA (clerk office)
Tribunal Distrito de los EE.UU
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 JAN 15 PM 3: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL
7019 1120 0000 7528 6283

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
JAN 14, 20
AMOUNT
$7.45
R2303S101289-21