BK03283
LTS

Ley 447 - Original

Esta ley disponía la participación del empleado público de carrera a 30 años de servicio y 55 de edad para el empleado. Con una pensión vitalicia de 75% del sueldo, fue enmendada a 61 años y lo que pagarán será un 38% o sea hay pérdida, yo tengo 31 y en febrero 28 cumpliré 32 años de servicio y no me puedo acoger al retiro por mi edad 55 año

Sueldo mío 2323 mensual
La ecuación es la siguiente
(75%) $2323 \times 0.75 = 1742.75$
(38%) $2323 \times 0.38 = 882.74$
Cuando tenga 61 años en 6 años más perderé 860.01 mensual en 10 años $61,920 (Pérdida en pensión)

Ley 56 (vigente)
Esta ley me otorga un 15% al año por el recobro que la agencia haya tenido desde 01/2015/2016 no se me ha pagado, y la agencia no informa cuanto es el recobro anual que obtiene

Estructura Salarial
Cumpliendo 32 años de servicio ya yo debo estar en la escala máxima o la $2603 - 2323 = $280 mensual va a ser 2 años

14 Enero, 2020

Esto para informar q. se envía esta información hoy ya q. como estamos en un momento de Emergencia en P.R., bajo estres, tensión, sin agua ni luz, se me había olvidado. Disculpad

(Marah. Melsa Rodríguez)

RECEIVED & FILED
CLERK'S OFFICE
JAN 15 2020
US DISTRICT COURT
SAN JUAN, PR