# ARTICULO 26
## BONIFICACION POR CONCEPTO DE LEY 56 RECAUDOS POR SERVICIOS PRESTADOS

**Sección 1:**

La Agencia otorgará a todos los empleados cubiertos por el Convenio Colectivo un bono anual de 15% de los recaudos por servicios prestados a los pacientes. La bonificación será sobre los recaudos a pacientes y los planes médicos que tengan dichos pacientes o por pago directo. Esta bonificación se pagará en o antes del 1ro de octubre de cada año.

**Sección 2:**

La Agencia y la Unión se reunirán para revisar el reglamento vigente para la distribución de bonificación por recobro de servicios prestados a pacientes. Dicha revisión deberá ser aprobada por las partes dentro de los siguientes cuarenticinco días luego de firmado el convenio.

La Asignación Alfabética de Clases de Puestos a Escalas de Sueldos contiene una lista de los títulos comprendidos en el Plan de Clasificación, en orden alfabético, el periodo probatorio establecido para cada clase de puesto y las respectivas escalas de sueldos.

Como norma general, cada empleado que preste servicios a jornada regular de trabajo, devengará una retribución que coincida con alguno de los tipos en la escala a la cual se ha asignado la clase a la que corresponda el puesto que ocupa. Aquellos empleados que devengan un sueldo inferior al tipo mínimo fijado para la clase a la cual se asigna el puesto que ocupa, se le ajustará su sueldo al tipo mínimo de la escala. Los sueldos de aquellos empleados que estén sobre el tipo mínimo fijado a la nueva clase y no coincidan con uno de los tipos intermedios de la escala correspondiente, se ajustarán al tipo inmediatamente superior. Cuando los sueldos de los empleados coincidan con uno de los tipos retributivos de la escala no se hará ajuste alguno. Cuando el sueldo exceda el máximo de ésta, se ajustará al próximo tipo retributivo de la escala extendida.

La Agencia podrá adoptar otras normas complementarias, para asignar los sueldos de los empleados, que considere más justa y conforme al presupuesto de nómina disponible para aumentos y de acuerdo a las funciones, responsabilidades y jerarquía del puesto y la aportación de los empleados a logro de las metas y objetivos organizacionales.

El Plan de Clasificación de Puestos y Estructura Salarial para el Servicio de Carrera Unionado del Cuerpo de Emergencias Médicas de Puerto Rico, se desarrollaron conforme a las técnicas y prácticas generalmente aceptadas en materia de clasificación de puestos y administración de salarios y en cumplimiento con las disposiciones del Reglamento de Personal para los Empleados de Carrera de la Agencia y disposiciones reglamentarias de la Ley para la Administración de los Recursos Humanos en el Servicio Público, según aplicables a los puestos bajo la Unidad Apropiada.

15

*17 BK03283 LTS* (handwritten)

## CUERPO DE EMERGENCIAS MÉDICAS DE PUERTO RICO

### SERVICIO DE CARRERA UNIONADO

ESTRUCTURA SALARIAL

____ [ de _____ de 2012

| NÚMERO ESCALA | TIPOS INTERMEDIOS ||||||||||||  NÚMERO ESCALA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIPO MINIMO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | TIPO MAXIMO | |
| 1 | $1,250 | $1,300 | $1,352 | $1,406 | $1,462 | $1,521 | $1,582 | $1,645 | $1,711 | $1,779 | $1,850 | $1,924 | 1 |
| 2 | $1,325 | $1,381 | $1,439 | $1,499 | $1,562 | $1,628 | $1,696 | $1,767 | $1,841 | $1,919 | $1,999 | $2,083 | 2 |
| 3 | $1,425 | $1,485 | $1,547 | $1,612 | $1,680 | $1,750 | $1,824 | $1,901 | $1,980 | $2,064 | $2,150 | $2,241 | 3 |
| 4 | $1,525 | $1,589 | $1,656 | $1,725 | $1,798 | $1,873 | $1,952 | $2,034 | $2,119 | $2,208 | $2,301 | $2,398 | 4 |
| 5 | $1,625 | $1,693 | $1,764 | $1,838 | $1,916 | $1,996 | $2,080 | $2,167 | $2,258 | $2,353 | $2,452 | $2,555 | 5 |
| 6 | $1,725 | $1,797 | $1,873 | $1,952 | $2,034 | $2,119 | $2,208 | $2,301 | $2,397 | $2,498 | $2,603 | $2,712 | 6 |

En San Juan, Puerto Rico ____AUG 28 2012____.

_____
Samuel G. Dávila Cid
Director
Oficina de Capacitación y Asesoramiento en
Asuntos Laborales y de Administración
de Recursos Humanos

_____
Heriberto N. Saurí, MPH
Director Ejecutivo
Cuerpo de Emergencias Médicas de Puerto Rico

# INDICE

| NUMERO DE ARTÍCULO | NOMBRE ARTÍCULO | PÁGINA |
|---|---|---|
|  |  | 1 |
|  | INDICE | 3 |
| 1 | COMPARECENCIA | 4 |
| 2 | DECLARACIÓN DE PRINCIPIOS | 6 |
| 3 | RECONOCIMIENTO DE LA UNIÓN | 7 |
| 4 | UNIDAD APROPIADA | 9 |
| 5 | TALLER UNIONADO | 11 |
| 6 | DESCUENTO DE CUOTAS | 12 |
| 7 | DELEGADOS Y REPRESENTANTES DE LA UNIÓN | 15 |
| 8 | PROCEDIMIENTO DE QUEJAS, AGRAVIOS Y ARBITRAJE | 26 |
| 9 | ESTABILIDAD DEL CONVENIO COLECTIVO | 27 |
| 10 | SUBCONTRATACIÓN | 28 |
| 11 | DERECHOS GERENCIALES | 29 |
| 12 | DERECHOS ADQUIRIDOS | 30 |
| 13A | ASCENSOS Y TRASLADOS | 33 |
| 13B | CLASIFICACIONES | 35 |
| 14 | ANTIGÜEDAD | 36 |
| 15 | PERIODO PROBATORIO | 37 |
| 16 | ACOMODO RAZONABLE EN EL EMPLEO | 38 |
| 17 | SALUD Y SEGURIDAD OCUPACIONAL | 39 |
| 18 | SALARIOS | 40 |
| 19 | PLAN MÉDICO | 42 |
| 20 | BONO DE NAVIDAD | 43 |
| 21 | JORNADA REGULAR DE TRABAJO | 45 |
| 22 | DÍAS FERIADOS | 47 |
| 23 | TIEMPO EXTRA | 50 |
| 24 | DIFERENCIALES | 51 |
| 25 | DIETA Y MILLAJE | 53 |
| 26 | BONIFICACIÓN POR CONCEPTO DE LEY 56 | 54 |
| 27 | LICENCIA DE VACACIONES | 56 |
| 28 | LICENCIA POR ENFERMEDAD | 59 |
| 29 | LICENCIA POR ENFERMEDAD PROLONGADA | 60 |
| 30 | LICENCIA POR MATERNIDAD | 64 |
| 31 | LICENCIA POR PATERNIDAD | 65 |
| 32 | LICENCIA POR LUTO | 66 |
| 33 | LICENCIA POR ACCIDENTES DEL TRABAJO | 69 |
| 34 | LICENCIA ESCOLAR | 70 |
| 35 | LICENCIA PARA ESTUDIOS O ADIESTRAMIENTOS | 72 |
| 36 | LICENCIA POR DESASTRES NATURALES | 73 |
| 37 | LICENCIA PARA TOMAR EXAMENES | 74 |
| 38 | LICENCIA PARA FINES JUDICIALES | 75 |
| 39 | LICENCIA SINDICAL SIN SUELDO | 76 |
| 40 | LICENCIA MÉDICO FAMILIAR |  |

| | | |
|---|---|---|
| 41 | LICENCIA DEPORTIVA ESPECIAL | 78 |
| 42 | LICENICA ESPECIALES CON PAGA | 79 |
| 43 | LICENCIA MILITAR | 80 |
| 44 | OTRAS LICENCIAS | 81 |
| 45 | PAGO DE MATRÍCULA | 84 |
| 46 | LICENCIA PARA ACUDIR A DONAR SANGRE | 85 |
| 47 | EDUCACIÓN CONTINUADA Y RENOVACIÓN DE LICENCIA | 86 |
| 48 | SEGURO CHOFERIL | 87 |
| 49 | EXPEDIENTE DE PERSONAL | 88 |
| 50 | EQUIPO Y MATERIALES | 89 |
| 51 | DISPOSICIONES GENERALES | 91 |
| 52 | UNIFORMES | 92 |
| 53 | RECONOCIMIENTO POR AÑOS DE SERVICIO | 93 |
| 54 | CLASIFICACIÓN Y RETRIBUCIÓN | 93 |
| 55 | SALVEDAD | 94 |
| 56 | BONIFICACIÓN POR RATIFICACIÓN | 95 |
| 57 | VIGENCIA | 96 |

# CONVENIO COLECTIVO

ENTRE

CUERPO DE EMERGENCIAS MÉDICAS DE PUERTO RICO

Y

UNIÓN GENERAL DE TRABAJADORES, SEIU 1199

VIGENCIA
15 DE DICIEMBRE 2011
14 DE DICIEMBRE 2014