Manolin Nelson Rodriguez
PO box 997
San Sebastian PR 00685



RECEIVED & FILED
2020 JAN 15 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7018 0680 0001 5914 5247
CERTIFIED MAIL

Secretaria (Clerk's Ofic)
Tribunal de distrito de E.U.
Room 150 Federal Building.
San Juan P.R. 00918-767