María Ateca Mulero
Brisas de Ceiba
C/6 104
Ceiba, P.R. 00735





Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
~~Ala 150 Federal Building~~ 150 Ave. Carlos Chardon
San Juan P.R. 00918-1767



