# Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

## Numero de reclamacion:

Nombre: ALFREDO BENITEZ DELGADO

Direccion Postal: P O BOX 244 CATAÑO PR 00963

Direccion Residencial: CALLE ATALAYA # 25 CATAÑO PUEBLO

Num. de contacto:

    Tel.                      Cel. 787-228-9532

Correo electronico: elwick4@yahoo.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. **Estado de cuenta estimado (Adm. de los Sistemas de Retiro)ADJUNTO**

2. **Certificacion de aportaciones (Adm. de los Sistemas de Retiro)ADJUNTO**

3. **Certificacion de empleo (Departamento de la Familia)ADJUNTO**

4. **Copia listado de Objecion Global- Anexo A(ADJUNTO)**

    (Donde se incluye informacion sobre la reclamacion)

5. **Otros: Cualquier otra evidencia que tengas(ADJUNTO)**

L-HR-U

Prime Clerk LLC
(844) 822-9231 · PRClaimsInfo@primeclerk.com

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: _____
Nombre del Reclamante: Alfredo Benitez Delgado

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive** por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico 850 3rd Avenue, Suite 412,
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

- [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
- [ ] Empleo actual o anterior en el gobierno de Puerto Rico
- [ ] Otro (describir): _____

PARA UNA ACCIÓN LEGAL:

Ha comenzado una acción legal? S / N

Si respondió afirmativamente, complete las secciones a continuación. Si la respuesta es No, adjunte un aviso por escrito de su intención de presentar una reclamación, junto con el comprobante de correo y la información de contacto del abogado, si está disponible.

Identifique el departamento o agencia que es parte de la acción: Departamento de la Familia

Identifique el nombre y la dirección de la corte o agencia donde la acción está pendiente: Corte Federal

Número del Caso: KAC2007-0214 (905)

Título, subtítulo o nombre del caso: _____

Estado del caso (pendiente, en apelación o concluido): _____

¿Tiene algún juicio pendiente de pago? S / N. de ser así, indique la fecha y el monto de la sentencia. _____

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento específico en el que trabaja o trabajó: N/A

Período específico en el que estuvo, o está empleado en relación con la reclamación: _____

Los últimos cuatro dígitos de su número de seguro social: _____

[Continúa al dorso]