GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

ALFREDO BENITEZ DELGADO
FO BOX 244

CATANO, PR 00963

Seguro Social: XXX-XX-4216

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 16 de febrero de 1964

Género: Masculino

Fecha de Ingreso al Servicio Público: 30 de agosto de 1994

Fecha de Comienzo de Cotización: 30 de agosto de 1994

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 9,913.10 | Aportaciones: | 6,574.03 |
| | | Intereses: | 797.55 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **33,336.40** | **Total Aportaciones:** | **10,710.65** | **Total Aportaciones:** | **6,574.03** |
| **Beneficio:** | **559.55** | **Beneficio:** | **56.02** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes


RETIRO

**CERTIFICACIÓN DE LA ENTIDAD GUBERNAMENTAL**

. PARA SER COMPLETADA EN SU TOTALIDAD POR LA OFICINA DE PERSONAL DE SU ENTIDAD GUBERNAMENTAL. NO PUEDE TENER BORRONES, CORRECCIONES O TACHADURAS.

CERTIFICO, que __Alfredo Benítez Delgado__ cuyo NÚM. DE SEG. SOCIAL es _____ es empleado de esta entidad gubernamental, que no ha presentado carta de renuncia a la fecha de esta certificación, ni esta entidad gubernamental contempla al presente separarlo del servicio y que la información en esta certificación es correcta.

Fecha en que comenzó a cotizar ahorros en esta entidad.    Indique Mes __08__    Día __01__    Año __1994__

Fecha del último descuento por concepto de ahorros para la Asociación __31 de diciembre de 2019__

En licencia sin sueldo.    DESDE _____ HASTA _____

SUELDO MENSUAL DEVENGADO:    Bruto $ __2,065.00__    Neto $ __642.62__

**ESTATUS DEL EMPLEADO EN EL PUESTO QUE OCUPA**

1. Regular: _____  [X]
   Nombramiento Especial (Confianza): _____
   a. Tribunales _____  [ ]
   b. UPR (Universidad de Puerto Rico) _____  [ ]
   c. CEE (Comisión Estatal de Elecciones) __  [ ]
   d. FEI (Oficina del Panel sobre el Fiscal Especial independiente)  [ ]
   e. Superintendencia del Capitolio _____  [ ]
2. De Confianza:
   a. Con Derecho a Reinstalación_____  [ ]
   b. Sin Derecho a Reinstalación_____  [ ]

3. Probatorio:
   a. Con Derecho a Reinstalación _____  [ ]
   b. Sin Derecho a Reinstalación _____  [ ]
4. Transitorio:
   a. Con Derecho a Reinstalación _____  [ ]
   b. Sin Derecho a Reinstalación _____  [ ]
                                          Fecha
5. Término Fijo _____  [ ]
   Fecha de Expiración _____
   Nombre Entidad Gubernamental __Depto. de la Familia__
   Número Entidad __1305__    Teléfono __269-2222__

_Ivelisse Rodríguez Reyes_ (firma)

Firma Registrada en la Asociación

Jefe de la Entidad Gubernamental o Representante Autorizado

__Ivelisse Rodríguez Reyes__
Nombre en Letra de Molde

__13 de enero de 2020__
Fecha de Certificación

COMISION APELATIVA DEL SERVICIO PÚBLICO
P.O. BOX 41149
San Juan, PR. 00940-1149

ASUNTO: SOLICITUD RECONSIDERACION CASO MADELINE ACEVEDO CAMACHO Y OTROS (2818) V Departamento de la Familia F y OTROS, Caso Núm.: 2016-05-1340

1. Por la presente solicito la Reconsideración de la Resolución dictada en mi caso al poseer una reclamación valida y por derecho que me asiste a tener una adjudicación en los méritos.

2. a) _____ mi **puesto** está cubierto bajo la Ley 45 y soy empleado (a) **unionado (a)**. . No obstante, entiendo que por la naturaleza de mi reclamación y el conocimiento y vasta experiencia que poseen los miembros de la Comisión, y estar el área de retribución relacionada con el principio del mérito, son los miembros de la Comisión a quien le corresponde resolver la controversia de derecho presentada en mi Apelación y los únicos que pueden conceder el remedio apropiado.

   b) _____ mi **puesto es gerencial de carrera**

3. trabajo en:

   _____ Departamento de la Familia - SECRETARIADO

   _____ ADSEF

   __X__ ADFAN

   _____ ACUDEN

   _____ ASUME

   _____ ARV – Administración Rehabilitación Vocacional

   _____ AIJ – Administración Instituciones Juveniles

4. _____ **estoy retirado (a) actualmente** - inactivo

5. **Dirección; tel ; email**

   POSTAL _PO BOX 244 Cataño PR 00963_

   FISICA _Calle Atalaya #25 Pueblo Cataño PR 00962_

   Tel: _(787) 228-9532_

   Email _elwick4@yahoo.com_

6. _Alfredo Benitez Delgado_
   NOMBRE LETRA MOLDE Y FIRMA

   _____
   FECHA

7. CERTIFICO REMITI COPIA DE LA PRESENTE SOLICITUD RECONSIDERACION A:
   Lcda. Limary Rodríguez González; P.O. BOX 9020192, San Juan, PR 00902-0192

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| MADELINE ACEVEDO CAMACHO Y IRMA IRIS ACUMULADA QUIÑONES, Y otros empleados cuyos nombres se identifican en los Exhibit I y 2 anejos | CIVIL NUM: K AC2007-0214 (905) |
| Demandantes | SOBRE: |
| v. | |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE LA FAMILIA, a través de su Secretario HON. FELIX MATOS y la ADMINISTRACION REHABILITACION VOCACIONAL, a través de su Administradora, SRA. DORCAS HERNANDEZ ARROYO; la ADMINISTRACION DE INSTITUCIONES JUVENILES, a través de su Administrador SR. JULIO GONZALEZ RODRIGUEZ y la Oficina de Recursos Humanos ELA, como sucesora de OCAP, a través de su Directora, LCDA. DEBRA LEE CARRAZANA GONZALEZ | SENTENCIA DECLARATORIA |
| Demandados | |

2010 JAN 29 AM 9:26



787-724-6118
787-724-6119
Fax 787-724-6149

prosol.utier@utier.org
www.utier.org

PO Box 9063 San Juan
PR 00908

**MOCION EN CUMPLIMIENTO DE ORDEN**

AL HONORABLE TRIBUNAL:

Comparece la parte demandante por conducto de la representación legal que suscribe y muy respetuosamente expone, alega y solicita:

1.      El tribunal pautó vista de seguimiento en el presente caso el día 28 de enero de 2010 para que las peritos informen sobre el cumplimiento del plan de trabajo en torno a los cómputos de los expedientes de los empleados que laboran en la Administración de Rehabilitación Vocacional, la Administración de Instituciones Juveniles y dos de las Administraciones del Departamento de la Familia: ASUME y ACUDEN.

2.      Desde la fecha de la pasada vista hasta el día 28 de enero, las peritos han estado

sucesora de OCAP, a través de su
Directora, LCDA. DEBRA LEE
CARRAZANA GONZALEZ

Oficina de Rect...s Humanos ELA

Demandados    Cuod



Fax 787-724-6149

prosol.utier@utier.org
www.utier.org

PO Box 9063 San Juan
PR 00908

## MOCION EN CUMPLIMIENTO DE ORDEN

AL HONORABLE TRIBUNAL:    Ate

Comparece la parte demandante por conducto de la representación legal que suscribe y muy respetuosamente expone, alega y solicita:

1. El tribunal pautó vista de seguimiento en el presente caso el día 28 de enero de 2010 para que las peritos informen sobre el cumplimiento del plan de trabajo en torno a los cómputos de los expedientes de los empleados que laboran en la Administración de Rehabilitación Vocacional, la Administración de Instituciones Juveniles y dos de las Administraciones del Departamento de la Familia: ASUME y ACUDEN.

2. Desde la fecha de la pasada vista hasta el día 28 de enero, las peritos han estado laborando e informan al tribunal lo siguiente:

| ADMINISTRACION | TOTAL DE CASOS | TRABAJADOS FINAL | TOTAL PENDIENTE |
|---|---|---|---|
| ASUME | 218 | 44 | 174 |
| ACUDEN | 160 | 0 | 160 |
| REHABILITACIÓN VOCACIONAL | 171 | 168 | 3 |
| INSTITUCIONES JUVENILES | 36 | 0 | 36 |
| TOTAL | 585 | 212 | 373 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO**<br>Parte demandante<br><br>vs.<br><br>**ESTADO LIBRE ASOCIADO DE PR**<br>Parte demandada | CIVIL NÚM. **K AC2009-0214 (905)**<br><br>SOBRE:<br><br>**SENTENCIA DECLARATORIA** |

## MINUTA

Llamado el caso de epígrafe para Vista de Seguimiento, compareció la Lcda. Milagros Acevedo Colón y la Lcda. Ivonne González Morales en representación de la parte demandante y la Lic. Wandymar Burgos Vargas en representación de la parte demandada.

Las partes indican que hay 212 casos que se trabajaron los cómputos y están en nóminas Que en 10 días se someterán al Secretario las escalas salariales desde 84 al 94 de la Administración de Instituciones Juveniles.

En resumen, se terminarán los cómputos antes de dictarse la sentencia parcial y se señala <u>Vista de Seguimiento para el 21 de mayo de 2010 a las 10:00 a.m.</u>



787-724-6118
787-724-6119
Fax 787-724-6149

prosol.utier@utier.org
www.utier.org

PO Box 9063 San Juan.
PR 00909

3. En adición a los casos incluidos en la Tabla, las otras administraciones del Departamento de la Familia denominadas: Secretariado, ADSEF y ADFAN trabajaron 300 casos.

4. Al presente hay 104 casos en proceso de corrección y/o cotejo; por lo que finalmente, se trabajaron 616 casos.

5. Esta información fue sometida a la abogada que suscribe mediante escrito conjunto de las peritos de las partes: Sra. Carmen Salivia – perito de la parte demandante y la Sra. Sonia I. Rosa Cáceres, perito de la parte demandada y Especialista de Recursos Humanos del Departamento de la Familia.

MUY RESPETUOSAMENTE SE SOLICITA de este Honorable tribunal acoja la presente Moción y dé por cumplida la Orden dictada el 28 de septiembre de 2009.

RESPETUOSAMENTE SOMETIDO.

Certifico: Haber enviado copia fiel y exacta del presente escrito al: ELA, Departamento de la Familia; Administración de Rehabilitación Vocacional, Administración de Instituciones Juveniles y Oficina de Recursos Humanos de ELA p/c Lcda. Wandymar Burgos Vargas, Departamento de Justicia, Oficina de Litigios Generales, Unidad 1, P O Box 9020192, San Juan, PR 00902-0192.

En San Juan, P.R., hoy 29 de enero de 2010

FEB 0 4 2010

LCDA. MILAGROS ACEVEDO COLON
Abogada 8334 Colegiada Núm: 9575
Cond. Colina Real
Ave. Felisa Rincón 2000
Box 1405
San Juan, P.R. 00926

MUY RESPETUOSAMENTE SE SOLICITA de este Honorable tribunal acoja la presente Moción y dé por cumplida la Orden dictada el 28 de septiembre de 2009.

RESPETUOSAMENTE SOMETIDO.

Certifico: Haber enviado copia fiel y exacta del presente escrito al: ELA, Departamento de la Familia; Administración de Rehabilitación Vocacional, Administración de Instituciones Juveniles y Oficina de Recursos Humanos de ELA p/c Lcda. Wandymar Burgos Vargas, Departamento de Justicia, Oficina de Litigios Generales, Unidad 1, P O Box 9020192, San Juan, PR 00902-0192.

En San Juan, P.R., hoy 29 de enero de 2010

FEB 0 4 2010

D002918009
10

LCDA. MILAGROS ACEVEDO COLON
Abogada 8334 Colegiada Núm: 9575
Cond. Colina Real
Ave. Felisa Rincón 2000
Box 1405
San Juan, P.R. 00926
Tel. (787) 422-7622 Fax (787) 761-0058
maclegaljc@gmail.com

787-724-6118
787-724-6119
Fax 787-724-6149

prosol.utier@utier.org
www.utier.org

PO Box 9063 San Juan.
PR 00908

representación de la parte demandante y la Lic. Wal mar Burgos Vargas en representación de la parte demandada.

Las partes indican que hay 212 casos que se trabajaron los cómputos y están en nóminas Que en 10 días se someterán al Secretario las escalas salariales desde 84 al 94 de la Administración de Instituciones Juveniles.

En resumen, se terminarán los cómputos antes de dictarse la sentencia parcial y se señala <u>**Vista de Seguimiento para el 21 de mayo de 2010 a las 10:00 a.m.**</u>



787-724-6118
787-724-6119
Fax 787-724-6149

prosol.utier@utier.org
www.utier.org

PO Box 9063 San Juan,
PR 00908

Libro de minutas Núm.:

Nombre del Juez: **GEORGINA CANDAL SEGUROLA**

Taquígrafo: **LUZ ENID FERNÁNDEZ DEL VALLE**

TRANSCRITA: 29 DE ENERO DE 2010

Nombre Alguacil: SANDRA SANCHEZ CARO

Certifico: LCDA. REBECCA RIVERA TORRES
Secretaria Regional

Por: LUZ ENID FERNÁNDEZ DEL VALLE
SUB SECRETARIA

Fecha: 29 DE ENERO DE 2010

MADELINE ACEVEDO CAMACHO Y OTROS
VS. DEPT. DE LA FAM. Y ADM. REHABILITACION VOC.
ANEJO I
DEMANDA

7

| NOMBRE | SEGURO SOCIAL | DIRECCION | PUESTO | PUEBLO |
|---|---|---|---|---|
| | | TRUJILLO ALTO, PR 00773 . TEL. 888-6333 | SOCIAL I | |
| 222.  BECERRIL OSORIO, JOSE J. | 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 | CALLE WEBB 730 SAN JUAN PR 00915 | AUX. FISCAL II | SAN JUAN |
| 223.  BELEN TIRADO, LUZ N. | 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 | C/ COMERCIO 940 TRASTALLERES, SAN JUAN PR 00907 | AUX. SIST. OFIC. IV 625-4900 xt 1043 | SAN JUAN |
| 224.  BELLO CANCEL, CARMEN | 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 | | | |
| 225.  BELLO ORTIZ, ILEANA F. | 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 | 2DA. EXT. PUNTO ORO 6357 CALLE PACIFICO PONCE PR 000728-2409 | TS | PONCE |
| 226.  BELLO ROMAN, LUZ S. | 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 | URB. VISTA AZUL C/ MARGINAL G-2 ARECIBO PR 00612 | OFICINISTA III | ARECIBO |
| 227.  BELTRAN RIVERA, MARIBEL | 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 | HC-7 BOT. 75309 SAN SEBASTIAN PR 00685-9821 | TEC. ASSIT SOC. | MAYAGUEZ |
| 228.  BELTRAN, YOLANDA | 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 | URB. VILLA MARINA C/5 F-132 GURABO PR 00778 | OFICINISTA II | SAN JUAN |
| 229.  BENABE GARCIA, GLADYNELLE | 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 | 160- C/ FLORIDA LUQUILLO, PR 00773-2148 | TSI I | LUQUILLO |
| 230.  BENABE HUERTAS, EDAN E. | 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 | PO BOX 114 LUQUILLO PR 00773 | ASISTENTE SERV. | LUQUILLO |
| 231.  BENEJAN GALARZA, GIL. | 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 | CALLE 15-A L-25 URB. BERWIND ESTATES SAN JUAN PR 00924 | MENSAJERO | SAN JUAN |
| 232.  BENIQUEZ RIOS, MARIA DEL C. | 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 | CH-67 BOX 126 BAYAMON, PR 00956 | TRABAJDOR SOCIAL I | BAYAMON |
| 233.  BENITEZ DELGADO, ALFREDO | 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 | PO BOX 244 CATAÑO PR 00963 | SUBDELEGADO COMPRADOR | HATO REY |
| 234.  BENITEZ DELGADO, ANA CELIA | 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 | CALLE 21 T-28 VILLA DE LOIZA CANOVANAS, PR 00729 | OFICINISTA II | CAROLINA |
| 235.  BENITEZ MOJICA, MAYRA I. | 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 | PO BOX 552 RIO PIEDRAS PR 00771 | TS I | JUNCOS |
| 236.  BENITEZ RAMIREZ, DAISY | 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 | CALLE 11 Q-1 URB. SIERRA LINDA, BAYAMON, PR 00957 | TEC. ASIST. | SAN JUAN |
| 237.  BENITIZ RODRIGUEZ, CARMEN | 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 | PO BOX 19193 FDZ. JUNCOS SAN JUAN PR 00910 | AUX. FISCAL II | SAN JUAN |
| 238.  BERDECIA MARTINEZ, GUADALUPE | 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 | HC-03 BOX 12213 BO. CEDROS CAROLINA PR 00987 | TS | CAROLINA |
| 239.  BERMUDEZ CAPACETTE, GERALDO | 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 | JARDINES DEL CARIBE CALLE 54 #2 A-56 PONCE PR 00728 | CONDUCTOR | PONCE |
| 240.  BERMUDEZ CARRILLO, RUTH I. | 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 | URB. FAJARDO GARDENS CALLE ROUREL 200 FAJARDO, PR | ASO II | LUQUILLO |
| 241.  BERMUDEZ FERNANDEZ, NAYDA | 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 | C/33 2 A- #25 URB. METROPOLIS CAROLINA PR 00987 | ASISTENTE | CAROLINA |
| 242.  BERMUDEZ GONZALEZ, NILDA M. | 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 | URB. LA RIVERA CALLE 1-D11 ARROYO, PR 00714 | RECEPCIONISTA | ARROYO |
| 243.  BERMUDEZ ORTIZ, ANNIE L. | 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 | BOX  336 SANTA ISABEL, PR 00757 | OFICINISTA II | SANTA ISABEL |
| 244.  BERMUDEZ RIVERA, LYDIA M. | 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 | EXT. VILLA NAVARRO #3 D MAUNABO PR | OFICINISTA | MAUNABO |
| 245.  BERMUDEZ SANCHEZ, ANGELITA | 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 | PO BOX 1265 YABUCOA PR 00767 | SUPERVISORA II | YABUCOA |
| 246.  BERMUDEZ SANTIAGO, CARMEN C. | 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 | AVE. SAN JOSE 401 AIBONITO PR 00705 | TSI III | AIBONITO |
| 247.  BERNABE TORRENS, REBECA V | 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 | APARTADO 193 LUQUILLO PR 00773 | ASISTENTE SERV. | LUQUILLO |
| 248.  BERNARDI SALINAS, MELVIN O. | 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 | PO BOX 52 MAUNABO, PR 00707 | TASFI I | MAUNABO |
| 249.  BERRIOS CALDERON, WALDEMAR | 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 | URB. COUNTRY CLUB HB-9 CALLE 256 CAROLINA PR 00982 | MENSAJERO | SAN JUAN |
| 250.  BERRIOS DIAZ, MAGDA V. | 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 | 135 C/ MEXICO APT. 603 SAN JUAN PR 00917 | DIRECTOR EJEC. II | SAN JUAN |
| 251.  BERRIOS MARTINEZ, JORGE | 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 | 102 COND. ANDALUCIA APT. 503 CAROLINA PR 00987 | OFICINISTA II | SAN JUAN |
| 252.  BERRIOS NAZARRIO, OLGA | 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 | PARQUE DE BONNEVILLE ED. I APT. 3 G- CAGUAS, PR 00727 | TEC. SERV. | CAGUAS |
| 253.  BERRIOS ORTIZ, CARMEN C. | 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 | PO BOX 871 BARRANQUITAS, PR 00794 | TASFI III | BARRANQUITAS |
| 254.  BERRIOS RIVERA, NOEL. | 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 | HC 01 BOX 8039 VILLALBA, PR 00766 | OFICINISTA III | PONCE |
| 255.  BERRIOS ROSARIO, LYDIA E. | 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 | BO. CALZADO LA RECTA PO BOX 816 MANUNABO PR 00816 | OFIC. SIST. OFI. II | HUMACAO |
| 256.  BERRIOS SANCHEZ, SHEYLA | 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 | CP:TPM #277 VILLA PALMERAS SAN JUAN PR 00915 | OFICINISTA II | SAN JUAN |
| 257.  BERRIOS SANTIAGO, ROSA B. | 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 | 9 VILLAS DE CIBUCO COROZAL, PR 00783 | ESP. PENSIONES | COROZAL |
| 258.  BERRIOS TORRES, IVELISSE | 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 | 3212 PASEO CLARO URB. LEVITTOWN | OFICIAL CUIDADO DIURNO | SAN JUAN |