Alfredo Benítez-Joyal
PO Box 244
Cataño PR 00963



Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
150 Chardon Avenue
Federal Building
San Juan PR 00918