Maria M. Cruz
Urb. Paseos Reales
#31 Calle La Duqueza
Arecibo PR
00612

Tribunal de Distrito de los E.U / Secretar
Room 150 Federal Building
San Juan, P.R 00918-1767

CERTIFIED MAIL

U.S. POSTAGE PA
FCM LETTER
BARCELONETA, P
00617
JAN 14, 20
AMOUNT
$6.85
R2305K133 -10

1000   00918

28  8170

RETURN RECEIPT
REQUESTED

2020 JAN 16 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COU

00918 9999