14 de enero de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

**NÚMERO DE RECLAMACIÓN: 20064**

Saludos cordiales. Estoy notificando el no estar de acuerdo con haberse rechazado dicha reclamación porque al haber, nuevamente, un cambio en el Sistema de Retiro en el Sector Público hubo un dinero que se descontó que no procedía. Esa cantidad se nos debe, prácticamente a todos los que laboramos en el Gobierno de Puerto Rico y todos tienen conocimiento al respecto. Dinero que nos descontaron del sueldo que no procedía, que por lo tanto le pertenece a uno.

El sistema de Retiro sabe y tiene las pruebas sobre dichos descuentos, ya que ellos dejaron de aportar a uno como empleado y al Patrono, en este caso al Departamento de la Familia. Por lo tanto, el número exacto lo tienen ellos dado que hubo mucha confusión debido al cambio en el sistema de retiro.

Les exhorto, que por favor, los emplacen para que asuman su obligación ya que es dinero de uno que no se suponía nos quitaran por negligencia del Departamento de la Familia.

Se agradece la pronta atención.

Cordialmente,

*[firma]*
María de los A. Muñoz Pérez

RECEIVED & FILED
2020 JAN 16 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.