Maria M[...]
1091 Calle 3 Villa Nevarez
San Juan, P.R. 00927

CERTIFIED MAIL

7019 2280 0001 2800 7337

Tribunal de Distrito de los Estados Unidos
Secretaria
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 JAN 16 PM 3:33
CLERK'S OFFICE
DISTRICT COURT

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JAN 14, 20
AMOUNT
$6.85
R2304H108055-37

00918$1767 0000