**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de: **JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO** Como representante de **ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,** Deudores | PROMESA, Título III Núm. 17 BK 3283-LTS La presente radicación guarda relación con el ELA. |

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 59392

**NOMBRE DEL RECLAMANTE:** Maria de los A. Montalvo La Fontaine

**MOCION
RADICACION DE REPLICA**

1. Maria de los A. Montalvo La Fontaine, dirección postal: 3001 El Cobo Aguadilla, P.R. 00603 con número de teléfono (787)217-4118 y correo electrónico maria62montalvo@gmail.com últimos digito de seguro social 0844.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente $75,000.00, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 30 de mayo de 2002 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Aguadilla, Puerto Rico a 14 de enero de 2020.

*[firma]*

Maria de los A. Montalvo La Fontaine
3001 El Cobo
Aguadilla, PR 00603