

María de los Á Montalvo Carcho
3001 El Cobo
Aguadilla, P.R. 00603

Case:17-03283-LTS Doc#:10159-2 Filed:01/16/20 Entered:01/17/20 13:48:20 Desc:
Envelope Page 1 of 1

CERTIFIED MAIL

7018 0680 0001 5147 7438

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.