**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

NÚMERO DE EVIDENCIA DE RECLAMACION: <u>40114 / 25180</u>

NOMBRE DEL RECLAMANTE: <u>AWILDA ROMAN ADAMES</u>

**MOCION
RADICACION DE REPLICA**

1. <u>Awilda Román Adames</u>, dirección postal: <u>HC-01 Box 9433 San Sebastián, PR 00685</u> con número de teléfono <u>(787) 975-0952</u> y correo electrónico <u>awilda411@yahoo.com</u>, últimos digito de seguro social <u>7805</u>.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente <u>250,000.00</u>, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé <u>7 de marzo de 1994</u> hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

*[firma]*

HC-01 Box 9433
San Sebastián, PR 00685

Awilda Román Adames

RECEIVED & FILED 2020 JAN 16 PM 3:33 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR