| 127 Adm. Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | | Aviso #: 5401264<br>Fecha Aviso: 12/30/2019 |

| AWILDA ROMAN ADAMES<br>500 ROBERTO H.TODD<br>P.O.BOX 8000<br>SANTURCE, PR 00910<br>SS: -7805 | # Empleado: 7805<br>Dept: 127070-Aguadilla<br>Lugar: Isabela<br>Titulo: Oficinista II<br>Sueldo: $2,141.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0 + 4<br>Pct. Adcl.:<br>Cant. Adcl.: 20.00 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,070.50 | 1,957.50 | 25,692.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 714.76 |
| Total: | | | 1,070.50 | 1,957.50 | 27,006.76 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.52 | 391.60 |
| Fed OASDI/Disability - EE | 66.37 | 1,674.42 |
| PR Withholding | 35.40 | 899.63 |
| Total: | 117.29 | 2,965.65 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 90.99 | 2,183.76 |
| Total: | 90.99 | 2,183.76 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.68 | 64.32 |
| AE-Asoc Emp ELA-Prest Regular | 101.63 | 2,439.12 |
| SM-First Medical Health Plan | 16.50 | 366.00 |
| DM-FONDOS UNIDOS | 1.00 | 24.00 |
| Ahorros-AEELA | 32.12 | 792.32 |
| Total: | 153.93 | 3,685.76 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 35.86 | 904.68 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,070.50 | 0.00 | 117.29 | 244.92 | 708.29 |
| Acumulado: | 27,006.76 | 0.00 | 2,965.65 | 5,869.52 | 18,171.59 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5401264 | 708.29 |
| Total: | 708.29 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/30/2019

Aviso No.
5401264

Cant. Deposito: $708.29

A la
Cuenta(s) De

AWILDA ROMAN ADAMES
500 ROBERTO H.TODD
P.O.BOX 8000
SANTURCE, PR 00910
Localizacion: Isabela

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 708.29 |
| Total: | | 708.29 |

## NO-NEGOCIABLE