Awilda [Ramos Alvarez?]
HC-01 Box 9433
San Sebastián 00685



RECEIVED & FILED
2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767