Ruth E. Pizarro Carabatto
Urb. Villa Universitaria calle 31
BE 21 Humacao PR 00791



RECEIVED & FILED
2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, PR 00918-1767