

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

**Agencia: 409 - ADM. REHAB. VOCACIONAL**

MARIETTA L COLLAZO LEON
URB JARDINES II
B46 CALLE AZUCENA
CAYEY, PR 00736

Seguro Social: XXX-XX-7050

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

Fecha de Nacimiento: 19 de septiembre de 1981
Fecha de Ingreso al Servicio Público: 21 de julio de 2010
Fecha de Comienzo de Cotización: 21 de julio de 2010

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 1.07 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,223.00 | Aportaciones: | 5,589.75 |
| | | Intereses: | 1,423.44 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 2,969.67 | | |
| Tiempo: | 0.00 | Intereses: | 6.00 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 14,622.11 | **Total Aportaciones:** | 5,589.75 |
| **Beneficio:** | 0.00 | **Beneficio:** | 59.83 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

