Marietta Coll [illegible]
Urb Jardines 2 Azucena B. 46
Cayey, PR 00736

Case:17-03283-LTS Doc#:10163-2 Filed:01/16/20 Entered:01/17/20 14:17:42 Desc: Envelope Page 1 of 1

RECEIVED & FILED
2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

0091881339 C050