13 de enero de 2020

Belmaris López Cartagena
R.R-01 box 3119 Cidra P.R. 00739
(787) 310-0811
belmarie67@gmail.com
Claim #37190

United States District Court For the District Of Puerto Rico
In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al.
PROMESA title III No. 17 BK 3283-LTS
Notice of the one hundred and first omnibus objection (non-substantive) of the commonwealth of Puerto Rico, Puerto Rico highways and transportation authority, and employees retirement system of the government of the commonwealth of Puerto Rico to deficient claims asserting interests based on salary demands, employment or services provided.

    El número de reclamación es el # 37190 y en la misma se indica que el reclamo fue rechazado por falta de datos y que el reclamo fue deficiente. Adjunto se envía evidencia de lo acumulado en Retiro desde el año 2007 cuando comencé a cotizar hasta el presenta. El monto total es de $34,503.13. el mismo se encuentra dividido en los en dos retiro, siendo la cantidad de $6,564.89 la que pasa al nuevo retiro que están trabajando, el resto se queda acumulado en el retiro de la ley 3. Al momento es la evidencia que puedo presentar y la misma es lo acumulado hasta el 18 de diciembre de 2019. Continúo como empleada de la Administración de Rehabilitación Vocacional del Gobierno de Puerto Rico.


Att.
Belmaris López Cartagena

