Belmaris López Contreras
R.R-01 Box 3119
Cidra P.R. 00739

RECEIVED & FILED
2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767