14 de enero de 2020

Tribunal de Distrito de Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan P.R. 00918

Deudor: Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de P.R.

Núm. de Procedimiento: 17 BK 3283 - LTS
Núm. de Reclamación: 110613    Ley Título: III

Reclamante: Dora M. Torres Vélez

Seguro Social: - -  DMTV

Dirección Física: Calle Amadeo Santiago #5, Bo. Puente Camuy P.R. 00627

Dirección Postal: P.O. Box 594 Camuy P.R. 00627

Señores:

Fui maestra del Departamento de Educación desde agosto de 1970 hasta el 31 de mayo de 2001.
Adjunto un talonario de mis primeros años de trabajo.

Deseo excusarme primeramente por haberme pasado de la fecha de entrega de este documento pero por la crisis de terremotos que hemos sufrido ya que se nos fue la luz eléctrica y muchas oficinas gubernamentales cerraron lo estoy entregando atrasado.

Entiendo que tengo derecho a reclamar beneficios de las leyes 89 y 180, ya que era maestra activa cuando estaban en vigor dichas leyes.

La Ley 89 para el año 1982 correspondía a un aumento de $25 mensuales

La Ley 180 del 27 de julio de 1998 hasta 25 julio de 2016 me aplica hasta 31 mayo de 2001 fecha en que me retiré. Esta ley estaba relacionada a la Escala Salarial.

Debido al alto costo de vida de nuestro país agradezco grandemente que esta deuda se me pague. No sé exactamente la

cantidad que se me debe, pero entiendo que está alrededor $ 5,000.00.

Agradezco la gestión que realicen con esta petición.

Cualquier otra información estoy en la mejor disposición de ofrecerla.

Atte,

Dora M. Torres Vélez
— DMSV

Reclamación: 110613

Título III

Teléfono: (787) 341-0384