16 de enero de 2020



Secretaria  (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
# 150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Re: Reclamación núm. 91528

Hago referencia á comunicacion recibida acompañada de panfleto donde se incluye mi reclamo como deficiente, por no haber incluido documentos que lo sustenten (suporting documents). Deseo indicarle que cuando sometí el Prof. of Claim, me vi obligado a estimar la cantidad, debido a que en ese momento  la Administración de los Sistemas de Retiro, se negó a proveerme la información y no fue hasta que le llevara la carta que había recibido de ustedes que recientemente me suministraron la información parcialmente.

Le incluyo certificación de la Administración de los Sistemas de Retiro. Hago constar que la misma solamente incluye la aportación del empleado y no incluye la aportación patronal con todos los ingresos que debió haber generado la inversión de dicho dinero durante los 32 años que serví al Gobierno de Puerto Rico.

Les ruego me disculpen por haber entregado el documento en el día de hoy ya que no fue hasta el día 14 en la tarde (fecha límite, según correo electrónico que recibiera de parte de prime Clerk) que me llamaron de la Administración de los Sistemas de Retiro para que lo fuera a buscar, además de estar ayudando a mis familiares en el área Oeste por los estragos sufridos durante el reciente terremoto.

Cordialmente:

José Ramón Pérez Torrellas