**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| PEREZ TORRELLAS, JOSE R | 89978 | 6/29/18 | Puerto Rico Highways and Transportation Authority | $241,367.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| PEREZ TORRELLAS, JOSE R | 89978 | 6/29/18 | Puerto Rico Highways and Transportation Authority | $241,367.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicha autoridad, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra la Autoridad de Carreteras y Transportación de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

A petición del Sr. José Pérez Torrellas, seguro social                    , se le informa lo que refleja el

Sistema de Aportaciones y Beneficios Integrados (SABI):

**Ley 447:**

Aportación Individual a junio de 2013          $93,340.75

**Ley 3:**

Aportación individual 1 de julio de 2013 al 30 de junio 2017          $19,637.28

**Ley 106:**

Aportación individual del 1 de julio de 2017 al 31 de enero de 2018          $4,909.32

**Servicio No Cotizado:**          $3,360.43

$30,443.87

Dada hoy 13 de enero de 2020, en San Juan, Puerto Rico.

Cordialmente,

Consuelo Navarro Smith

**Supervisora**

Área de Servicios a Participantes



RETIRO
GOBIERNO DE PUERTO RICO