

INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 16 PM 3:24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

United State District Court For The Distict of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico   00918-1767

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 17 B K  3283 -LTS

_____118_____--------OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF

THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING

INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC 8978 - 4

Proof of Claim : 17 BK 3283-LTS

Dame and Address : Gloria I. Torres Suarez
Urbanizacion el Plantio
A42 Calle Bucaré
Toa Baja, PR 00949

Reclama al Gobierno del Estado Libre Asoiado de Puerto Rico; al Gobierno de Puerto

Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984 -- Romerazo

Años Reclamados ___1984-2001 (17 años)___

Cantidad Reclamada ___$20,400.00___

página 2

Ley 9 del año __3% aumento costo de vida__

Años Reclamados __17 años__

Cantidad Reclamada __$4,029.15__

Adjunto evidencia en réplica de la información solicitada:

1. Certificación Junta Retiro Maestros (2)
2. Certificación DEE
3. Copia de Talonario

Solicito la adjudicación de mi petición según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre __Gloria I. Torres Suárez__

Firma: __[signature]__  Fecha _____