**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/16/2019 |
| Hasta: | 07/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 2637472 |
| Fecha Aviso: | 07/30/2019 |

GLORIA I TORRES SUAREZ
URB EL PLANTIO
A42 CALLE VILLA BUCARE
TOA BAJA PR 00949-4412
SS: XXX-XX-1584

| | |
|---|---|
| # Empleado: | XXXXX1584 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,449.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 –99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.920000 | 81.25 | 724.75 | 1,137.50 | 10,146.50 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| | | 81.25 | 724.75 | 1,137.50 | 10,246.50 |
| Total: | | | | | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| CO-COOP FED MAESTRO | 11.00 | 154.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 100.00 | 700.00 |

| Total: | 0.00 | 0.00 | Total: | 11.00 | 154.00 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 724.75 | 0.00 | 11.00 | 713.75 |
| Acumulado: | 10,246.50 | 0.00 | 154.00 | 10,092.50 |

### DISTRIBUCION PAGA NETA

| Aviso #2637472 | 713.75 |
|---|---|
| Total: | 713.75 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE: 'Aprovecha las Oportunidades de Movilidad visita la www.OATRH.PR.GOV'

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
07/30/2019

Aviso No.
2637472

Cant. Deposito:  $713.75

TRAY 142 SQ 35714**********SCH 5-DIGIT 00949    35714 2 AV 0.38
GLORIA I TORRES SUAREZ
URB EL PLANTIO
A42 CALLE VILLA BUCARE
TOA BAJA PR 00949-4412

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $713.75 |
| Total: | | $713.75 |

**NO-NEGOCIABLE**



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

16 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | GLORIA I. TORRES SUAREZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | TOA BAJA_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 27 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/15/1968. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

---

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. GLORIA I. TORRES SUAREZ**, con número de seguro social que termina en 1584.

| | |
|---|---|
| Fecha de Radicación Solicitud Retiro | 16 de mayo de 2000 |
| Fecha de Renuncia | 31 de mayo de 2001 |
| Fecha de Efectividad de la Pensión | 1 de junio de 2001 |
| Pensión Mensual Inicial | $1449.50 |
| Pensión Mensual Actual | $1449.50 |

Esta certificación se expide hoy, **16 de enero de 2020** en **San Juan, Puerto Rico.**

**JORGE I. ROHENA GOTAY**
Supervisor
Sala de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

📞 787.777.1414   📠 787.764.6910   www.srm.pr.gov