Gisela Santos Ortiz
Urb. Vista Monte
Calle 3- E-7
Cidra P.R 00739

Case:17-03283-LTS Doc#:10170-2 Filed:01/16/20 Entered:01/17/20 15:16:05 Desc: Envelope Page 1 of 1

SAN JUAN PR 009
15 JAN 2020 PM 2 L

RECEIVED & FILED
2020 JAN 16 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan P.R 00918-1767