Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: 47909

Nombre: Darynel Rivera Landrón
Direccion Postal: Urb. Maria del Carmen calle 7-L-2 Corozal, P.R. 00783
Direccion Residencial: Urb. Maria del Carmen calle 7-L-2 Corozal, P.R. 00783

Num. de contacto:
Tel. 787-371-8984   Cel. 787-701-3335
Correo electronico: darynelrivera@yahoo.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

   Ver anejo 1 (Informacion del caso)

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

   1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

   2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

   3. Certificacion de empleo (Departamento de la Familia)

   4. Copia listado de Objecion Global- Anexo A

        (Donde se incluye informacion sobre la reclamacion)

   5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED
2020 JAN 16 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.