> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
> TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## ONE HUNDRED AND FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

One Hundred and Fifth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | RIVERA LABOY, IVETTE E<br>URB VALLE PROVIDENCIA, 180 CALLE ASTROS<br>PATILLAS, PR 00723-9360 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 43350 | Undetermined |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | RIVERA LAMBOY, DAVID<br>PO BOX 1572<br>VEGA BAJA, PR 00694 | 5/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39718 | Undetermined |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | RIVERA LAMBOY, JUAN MANUEL<br>140 CALLE RUIZ BELVIS<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 84354 | $ 12,000.0 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | RIVERA LANDRAU, ESPERANZA<br>CALLE 98 BLOQUE 90-15<br>VILLA CAROLINA<br>CAROLINA, PR 00985 | 4/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9209 | $ 137,287. |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | RIVERA LANDRAU, LUZ MINERVA<br>CARRETERA 757 K9.4<br>BO. MAMEY<br>PATILLAS, PR 00723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78364 | Undetermine |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | RIVERA LANDRON, DARYNEL<br>7 L-2<br>URB. MARIA DEL CARMEN<br>COROZAL, PR 00783 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47909 | Undetermine |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

Case:17-03283-LTS Doc#:10470-1 Filed:01/27/20 18:28:38 Desc: Exhibit page Page 3 of 9

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| RIVERA LANDRON, DARYNEL | 47909 | 6/5/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
| RIVERA LANDRON, DARYNEL | 47909 | 6/5/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000069

***CUST PR 1845 SRF 38154 PackID: 69 MMLID: 1586037 SVC: 105th Omni
RIVERA LANDRON, DARYNEL
7 L-2
URB. MARIA DEL CARMEN
COROZAL, PR 00783

000069

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: DARYNEL RIVERA LANDRON**                              Seguro Social: XXX-XX-6847

7 L 2

URB. MARIA DEL CARMEN

COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 3.07 |
| Balance de Aportaciones: | $5,484.34 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346317863

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**RETIRO**

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • www.retiro.pr.gov



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

DARYNEL RIVERA LANDRON                              **Seguro Social: XXX-XX-6847**

7 L 2

URB. MARIA DEL CARMEN

COROZAL, PR 00783

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento: 29 de julio de 1982**               **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 30 de diciembre de 2013**

**Fecha de Comienzo de Cotización: 30 de diciembre de 2013**

| *Ley Anterior al 30 de junio de 2013* | | | | *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|---|---|---|---|
| Años Acreditados: | 0.00 | | | Tiempo Trabajado: | 3.07 | |
| Aportaciones: | | $0.00 | | Aportaciones: | | $5,124.30 |
| Intereses: | | $0.00 | | Intereses: | | $360.04 |
| Gastos Teneduría: | | $0.00 | | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $0.00 | | Total Aportaciones: | | $5,484.34 |
| SNC Pagado: | | $0.00 | | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | | |
| Beneficio: | | $0.00 | | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO

GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
☏ 787.754.4545 ▪ www.retiro.pr.gov

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5401651<br>Fecha Aviso 12/30/2019 |
|---|---|---|---|

| DARYNEL RIVERA LANDRON<br>7 L-2<br>URB. MARIA DEL CARMEN<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept: 127030-Bayamon<br>Lugar: Corozal<br>Titulo: Tecnico Asist Soc y Fam I<br>Sueldo: $1,341.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 670.50 | 1,957.50 | 16,092.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 193.93 |
| **Total:** | | | | 670.50 1,957.50 | 16,885.93 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.73 | 244.85 |
| Fed OASDI/Disability - EE | 41.57 | 1,046.93 |
| PR Withholding | 0.00 | 13.58 |
| **Total:** | 51.30 | 1,305.36 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 56.99 | 1,367.76 |
| **Total:** | 56.99 | 1,367.76 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.68 | 40.32 |
| AE-Asoc Emp ELA-Prest Regular | 62.06 | 1,387.96 |
| OS-SERV PUBLICOS 009 B | 10.06 | 241.44 |
| Ahorros-AEELA | 20.12 | 488.70 |
| **Total:** | 93.92 | 2,158.42 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 180.00 | 2,160.00 |
| FSED Disability Plan | 22.46 | 565.64 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.30 | 150.91 | 468.29 |
| Acumulado: | 16,885.93 | 0.00 | 1,305.36 | 3,526.18 | 12,054.39 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5401651 | 468.29 |
|---|---|
| Total: | 468.29 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/30/2019

Aviso No.
5401651

**Cant. Deposito:** $468.29

A la
Cuenta(s) De

DARYNEL RIVERA LANDRON
7 L-2
URB. MARIA DEL CARMEN
COROZAL, PR 00783
Localizacion: Corozal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 468.29 |
| Total: | | 468.29 |

# NO-NEGOCIABLE

127 Adm.Desarrollo Socio Economico
PO BOX 8000!~
SAN JUAN, PR  00910-0800

| | |
|---|---|
| Grupo de Pago: SM -Quincenal | Aviso #: 5666950 |
| Desde: 01/01/2020 | Fecha Aviso: 01/15/2020 |
| Hasta: 01/15/2020 | |

| | | |
|---|---|---|
| DARYNEL RIVERA LANDRON | # Empleado: | |
| 7 L-2 | Dept: 127030-Bayamon | |
| URB. MARIA DEL CARMEN | Lugar: Corozal | |
| COROZAL, PR  00783 | Titulo: Tecnico Asist Soc y Fam I | |
| SS: | Sueldo: $1,341.00 Monthly | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 670.50 | 82.50 | 670.50 |
| Total: | | 670.50 | 82.50 | 670.50 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.72 | 9.72 |
| Fed OASDI/Disability - EE | 41.57 | 41.57 |
| Total: | 51.29 | 51.29 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 56.99 | 56.99 |
| Total: | 56.99 | 56.99 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.68 | 1.68 |
| AE-Asoc Emp ELA-Prest Regular | 62.06 | 62.06 |
| OS-SERV PUBLICOS 009 B | 10.06 | 10.06 |
| Ahorros-AEELA | 20.12 | 20.12 |
| Total: | 93.92 | 93.92 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 22.46 | 22.46 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.29 | 150.91 | 468.30 |
| Acumulado: | 670.50 | 0.00 | 51.29 | 150.91 | 468.30 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666950 | 468.30 |
| Total: | 468.30 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR  00910-0800

Fecha
01/15/2020

Aviso No.
5666950

Cant. Deposito:    $468.30

A la
Cuenta(s) De

DARYNEL RIVERA LANDRON
7 L-2
URB. MARIA DEL CARMEN
COROZAL, PR  00783
Localizacion: Corozal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 468.30 |
| Total: | | 468.30 |

## NO-NEGOCIABLE



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# C E R T I F I C A C I Ó N

Certifico que la **Sra. Darynel Rivera Ladrón**, Núm. Seguro Social **XXX-XX-6847** labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 6 de mayo de 2009.

La señora **Rivera Ladrón** ocupa un puesto con estatus Regular en el Servicio de Carrera como Técnica de Asistencia Social y Familiar I, devengando un salario mensual de $1,341.00.

Dado hoy, 14 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

IGC

Nota: Esta certificación  no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.