Darynel Rivera
Urb. María del Carmen
Calle 7-L-2 Corozal, P.R. 00783

RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico 00918-1767

CERTIFIED MAIL

7019 0160 0000 7174 7222

COROZAL POST OFFICE
JAN 15 20
00783

U.S. POSTAGE PAID
FCM LETTER
COROZAL, PR
00783
JAN 15, 20
AMOUNT
$6.45
R2303S101697-07