Radicacion de replica (Objecion)

# PROMESA TITULO III No.17 03283

Numero de reclamacion:

Nombre: Enrique Ortiz Carrero

Direccion Postal: HC 02 Box 7663 Corozal PR 00783

Direccion Residencial: Bo Abras Carr 821 Km 1.7 Corozal PR.

Num. de contacto:

    Tel.            Cel. 787 203 3355

Correo electronico: Kikecarrero1966.@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

    **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:     Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

    **1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

    **2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

    **3. Certificacion de empleo (Departamento de la Familia)**

    **4. Copia listado de Objecion Global- Anexo A**

        (Donde se incluye informacion sobre la reclamacion)

    **5. Otros: Cualquier otra evidencia que tengas**

RECEIVED & FILED 2020 JAN 16 PM 3:36

14 de enero de 2020

Por este medio certifico haber solicitado la certificación de empleo al Dept. de Educación

Para someter la Radicación de Réplica (Objeción) de la Demanda de Promesa. Titulo III.

Cordialmente,

Enrique Ortíz Carrero