SRF 38154

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDRED AND THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## One Hundred and Third Omnibus Objection
## Exhibit A - Deficient

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| ORTIZ BURGOS, SONIA N<br>CALLE NUEVA # 78<br>CIALES, PR 00638 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83249 | $ 79,676.40 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ BURGOS, ZULMA ZOE<br>URB LA VEGA CALLE C -90<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 74550 | $ 100,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CALDERON, JOSE B.<br>URBANIZACIÓN BOSQUE DE LOS PINOS<br>BOX 374<br>BAYAMON, PR 00956 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96849 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CALDERON, YASHIRA M<br>RESIDENCIAL CATAÑITO GARDENS<br>EDIF 4 APT D 10<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95629 | |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CARABALLO, GERARDO<br>N-16 11 ALTURAS DE YAUCO<br>YAUCO, PR 00698 | 6/20/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81475 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CARRERO, ENRIQUE<br>HC 02 BOX 7663<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70866 | $ 40,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/08/2020<br>01/22/2020 | Aviso #:<br>Fecha Aviso: | 5588406<br>01/15/2020 |
|---|---|---|---|---|---|
| ENRIQUE ORTIZ CARRERO<br>HC02 BOX 7663<br>ABRAS<br>COROZAL PR 00783<br>SS: | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 1553<br>8011023-Morovis Corozal<br>Emilio R. Delgado<br>DEPARTAMENTO DE EDUCACION<br>$3,538.17 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones: 0<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Head of Household<br>3 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,769.09 | 66.00 | 1,769.09 |
| **Total:** | | | **1,769.09** | **66.00** | **1,769.09** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 25.65 | 25.65 |
| PR Withholding | 62.05 | 62.05 |
| **Total:** | **87.70** | **87.70** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 159.22 | 159.22 |
| **Total:** | **159.22** | **159.22** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 100.58 | 100.58 |
| SC-TRANS OCEANIC LIFE | 49.58 | 49.58 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 53.07 | 53.07 |
| **Total:** | **211.73** | **211.73** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 30.07 | 30.07 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,769.09 | 0.00 | 87.70 | 370.95 | 1,310.44 |
| Acumulado: | 1,769.09 | 0.00 | 87.70 | 370.95 | 1,310.44 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5588406 | 1,310.44 |
| **Total:** | **1,310.44** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| | | |
|---|---|---|
| Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Fecha<br>01/15/2020 | Aviso No.<br>5588406 |

Cant. Deposito: $1,310.44

A la
Cuenta(s) De

ENRIQUE ORTIZ CARRERO
HC02 BOX 7663
ABRAS
COROZAL, PR 00783
Localizacion: Emilio R. Delgado

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,310.44 |
| **Total:** | | **1,310.44** |

## NO-NEGOCIABLE

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: SM -Quincenal<br>Desde: 12/09/2019<br>Hasta: 12/20/2019 | | Aviso #: 5335478<br>Fecha Aviso: 12/30/2019 |
|---|---|---|---|---|
| ENRIQUE ORTIZ CARRERO<br>HC02 BOX 7663<br>ABRAS<br>COROZAL, PR 00783<br>SS: 3553 | | # Empleado: 3553<br>Dept: 8011023-Morovis Corozal<br>Lugar: Emilio R. Delgado<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $3,538.17 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Head of Household<br>Concesiones: 0 3<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | | --------------- Corriente --------------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,769.09 | 1,494.00 | 42,062.20 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| Total: | | | 1,769.09 | 1,494.00 | 42,766.37 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 25.65 | 620.11 |
| PR Withholding | 62.05 | 1,445.30 |
| Total: | 87.70 | 2,065.41 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 159.22 | 3,794.93 |
| Total: | 159.22 | 3,794.93 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 100.58 | 2,413.92 |
| SC-TRANS OCEANIC LIFE | 49.58 | 775.91 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| Ahorros-AEELA | 53.07 | 1,265.03 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 306.25 |
| Total: | 211.73 | 4,965.11 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,200.00 |
| FSED Disability Plan | 30.07 | 716.81 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,769.09 | 0.00 | 87.70 | 370.95 | 1,310.44 |
| Acumulado: | 42,766.37 | 0.00 | 2,065.41 | 8,760.04 | 31,940.92 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5335478 | 1,310.44 |
| Total: | 1,310.44 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Fecha<br>12/30/2019 | Aviso No.<br>5335478 |
|---|---|---|

Cant. Deposito: $1,310.44

A la
Cuenta(s) De

ENRIQUE ORTIZ CARRERO
HC02 BOX 7663
ABRAS
COROZAL, PR 00783
Localizacion: Emilio R. Delgado

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,310.44 |
| Total: | | 1,310.44 |

# NO-NEGOCIABLE



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

ENRIQUE ORTIZ CARRERO
HC 2 BOX 7663

COROZAL PR 00783

Estimado(a) participante ENRIQUE ORTIZ CARRERO

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $64,988.71 al 15 de enero de 2020. Las aportaciones han devengado intereses por $13,699.29 para un total de cuotas e intereses de $78,688.00.

El tiempo acreditado es de aproximadamente 21 año(s), 9 mes(es), 0 semana(s), 0 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.759.2883    www.srm.pr.gov

