Enrique Ortiz Carrero
HC 02 Box 7663
Corozal PR 00783

RECEIVED & FILED
2020 JAN 16 PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CERTIFIED MAIL

7019 0160 0000 7174 7215

U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
JAN 15, 20
AMOUNT
$7.45
R2303S101697-07

RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal De Distrito de Los Estados Unidos
150 Federal Building Ave Carlos Chardón
San Juan (Puerto Rico) 00918-176