TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

NÚMERO DE EVIDENCIA DE RECLAMACION: <u>102013</u>

NOMBRE DEL RECLAMANTE: <u>MARIA N. VENDRELL MANTILLA</u>

## MOCION
## RADICACION DE REPLICA

1. <u>María N. Vendrell Mantilla</u>, dirección postal: <u>Comunidad Mantilla 90B Calle 1 Isabela, PR 00662</u> con número de teléfono <u>(787) 223-0458</u> y correo electrónico <u>nitza.vendrell@gmail.com</u>, últimos digito de seguro social <u>0327</u>.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente <u>45,900.00</u>, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé <u>2 de febrero de 2006</u> hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

Comunidad Mantilla
90B Calle 1
Isabela, PR 00662

*María N. Vendrell Mantilla*

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5666533<br>Fecha Aviso: 01/15/2020 |
|---|---|---|---|
| MARIA VENDRELL MANTILLA<br>COMUNIDA MANTILLA BZN. 90-B<br>ISABELA, PR 00662<br>SS: | # Empleado:<br>Dept: 127010-Aguadilla<br>Lugar: Aguadilla 1<br>Titulo: Tecnico Asist Soc y Fam II<br>Sueldo: $1,478.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 739.00 | 82.50 | 739.00 |
| Total: | | | 739.00 | 82.50 | 739.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 10.72 | 10.72 |
| Fed OASDI/Disability - EE | 45.82 | 45.82 |
| Total: | 56.54 | 56.54 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 62.82 | 62.82 |
| Total: | 62.82 | 62.82 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.85 | 1.85 |
| AE-Asoc Emp ELA-Prest Regular | 141.59 | 141.59 |
| SM-First Medical Health Plan | 10.75 | 10.75 |
| SC-AMER FAM LIFE ASS CO | 16.25 | 16.25 |
| AE-Seguro por Muerte Asoc ELA | 12.42 | 12.42 |
| OS-SERV PUBLICOS 009 B | 11.09 | 11.09 |
| Ahorros-AEELA | 22.17 | 22.17 |
| Total: | 216.12 | 216.12 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 24.76 | 24.76 |
| * Tributable | | |

### TOTALES

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 739.00 | 0.00 | 56.54 | 278.94 | 403.52 |
| Acumulado: | 739.00 | 0.00 | 56.54 | 278.94 | 403.52 |

| | Vacacional Horas | | Enfermedad Horas | | Tiempo Comp. Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666533 | 403.52 |
| Total: | 403.52 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/15/2020

Aviso No.
5666533

Cant. Deposito: $403.52

A la
Cuenta(s) De

MARIA VENDRELL MANTILLA
COMUNIDA MANTILLA BZN. 90-B
ISABELA, PR 00662

Localizacion: Aguadilla 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 403.52 |
| Total: | | 403.52 |

## NO-NEGOCIABLE

Maria N. Vendrell Mantilla
Comunidad Mantilla 90B Calle 1
Isabela, P.R. 00662



SAN JUAN PR 009
15 JAN 2020 PM 2 L
FOREVER USA

RECEIVED & FILED
2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

0091881339