Ruth E. Pizarro Caraballo

Urb. Villa Universitaria

Calle 31 BC 21 Humacao, PR 00791

(939)397-9079

Juliod_gq@hotmail.com

United States District Court for the district of Puerto Rico

In re:

The Financial Oversight and management board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al.,

Debtors Claim # 41564

Notice of the one hundred and first omnibus objection (non substantive) of the commonwealth of Puerto Rico, Puerto Rico Highways and transportation authority, and employess retirements systems of the government of the commonwealth of Puerto Rico to deficient claims asserting interes based on salary demands, employment or services provided

La presente carta es para informar que no estoy de acuerdo con la determinación de que mi reclamo sea rechazado por que los datos sean deficientes. Atacho a la carta información sobre el estado de cuenta de retiro la cual indica que en la ley 3 del 2013 al 30 de junio de 2017 se había hecho aportaciones de 13,002.20 ganando 6,343.35 de intereses. Luego se transfiere a la Ley R2000 aportaciones de 24,506.54 y los intereses son 1,772.21. Hay un total de aportaciones de 45,624.30. Luego en la Ley 106 tengo unas aportaciones de 7298.65. Esta información está actualizada al día de hoy y es fiel y correcta con la que envío el Retiro del Gobierno de Puerto Rico.

*[signature]*

Ruth E. Pizarro Caraballo