Ruth E. Dia...
Urb. Villa Universitaria calle 31
BC 21 Humacao, PR 00791

RECEIVED & FILED
2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767



U.S. POSTAGE PAID
FCM LETTER
LAS PIEDRAS, PR
00771
JAN 14, 20
AMOUNT
$0.55
R2305K134892-21

1000   00918

00918$1339