## Radicacion de replica (Objecion)

## PROMESA TITULO III   No.17   03283

### Numero de reclamacion:

Nombre: Marieli Ferrao Ayala

Direccion Postal: Box 387 Toa Alta P.R. 00954

Direccion Residencial: Bo. Contorno Sector Cielo Mar carr165. Km 10.5 Toa Alta Puerto Rico

Num. de contacto:

Tel. 787-565-7830   Cel. 787 382-4247

Correo electronico: marielibutterfly@hotmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

MARIELI FERRAO AYALA  
BOX 387  
TOA ALTA, PR 00954

Seguro Social: XXX-XX-9738

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 18 de marzo de 1971  **Género:** Femenino  
**Fecha de Ingreso al Servicio Público:** 23 de marzo de 2005  
**Fecha de Comienzo de Cotización:** 23 de marzo de 2005

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 8.06 |
| Aportaciones: | $14,585.26 |
| Intereses: | $662.01 |
| Gastos Teneduría: | ($52.87) |
| Total Aportaciones: | $15,247.27 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 12.06 |
| Aportaciones: | $24,653.80 |
| Intereses: | $3,824.43 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $28,478.23 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIELI FERRAO AYALA**  Seguro Social: XXX-XX-9738
BOX 387
TOA ALTA, PR 00954

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 12.06 |
| Balance de Aportaciones: | $28,531.10 |

Esta certificación fue emitida el 15 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011546389622

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | Aviso #:<br>Fecha Aviso: | 5666902<br>01/15/2020 |
|---|---|---|---|---|---|
| MARIELI FERRAO AYALA<br>P.O. BOX 387<br>TOA ALTA, PR 00954<br>SS: -9738 | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 3<br>127030-Bayamon<br>Bayamon 1<br>Tecnico Asist Soc y Fam II<br>$1,978.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>0 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 203.50 | | 203.50 |
| Pago de Salarios Regulares | | 0.00 | | 82.50 | 989.00 |
| Total: | | | 203.50 | 82.50 | 1,192.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 2.95 | 17.29 |
| Fed OASDI/Disability - EE | 12.62 | 73.94 |
| PR Withholding | 14.25 | 28.64 |
| Total: | 29.82 | 119.87 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 84.07 |
| Total: | 0.00 | 84.07 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 2.47 |
| SM-First Medical Health Plan | 0.00 | 10.75 |
| SC-TRANS OCEANIC LIFE | 0.00 | 25.44 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 1.09 |
| OS-SERV PUBLICOS 009 B | 0.00 | 14.84 |
| Ahorros-AEELA | 0.00 | 29.67 |
| Total: | 0.00 | 84.26 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 6.82 | 39.95 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 203.50 | 0.00 | 29.82 | 0.00 | 173.68 |
| Acumulado: | 1,192.50 | 0.00 | 119.87 | 168.33 | 904.30 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #5666902 | 173.68 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 173.68 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico  
PO BOX 8000  
SAN JUAN, PR 00910-0800

Fecha  
01/15/2020

Aviso No.  
5666902

Cant. Deposito: **$173.68**

A la  
Cuenta(s) De

MARIELI FERRAO AYALA  
P.O. BOX 387  
TOA ALTA, PR 00954

Localizacion: Bayamon 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 173.68 |
| Total: | | 173.68 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5401601<br>Fecha Aviso: 12/30/2019 |
|---|---|---|---|
| MARIELI FERRAO AYALA<br>P.O. BOX 387<br>TOA ALTA, PR 00954<br>SS: -9738 | # Empleado: ,9738<br>Dept: 127030-Bayamon<br>Lugar: Bayamon 1<br>Titulo: Tecnico Asist Soc y Fam II<br>Sueldo: $1,978.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 989.00 | | 1,957.50 | 23,736.00 |
| Diferencial Temporero | | 0.00 | | | 4,884.00 |
| Bono de Navidad | | 0.00 | | | 600.00 |
| Tiempo Compensatorio-Regular | | 0.00 | | | 286.05 |
| Total: | | 989.00 | | 1,957.50 | 29,506.05 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.34 | 427.84 |
| Fed OASDI/Disability - EE | 61.32 | 1,829.38 |
| PR Withholding | 14.39 | 707.38 |
| Total: | 90.05 | 2,964.60 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 84.07 | 2,017.68 |
| Total: | 84.07 | 2,017.68 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.47 | 59.28 |
| SM-First Medical Health Plan | 10.75 | 225.00 |
| SC-TRANS OCEANIC LIFE | 25.44 | 610.56 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 26.16 |
| OS-SERV PUBLICOS 009 B | 14.84 | 356.16 |
| Ahorros-AEELA | 29.67 | 720.66 |
| Total: | 84.26 | 1,997.82 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 33.13 | 988.48 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 989.00 | 0.00 | 90.05 | 168.33 | 730.62 |
| Acumulado: | 29,506.05 | 0.00 | 2,964.60 | 4,015.50 | 22,525.95 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5401601 | 730.62 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 730.62 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico  
PO BOX 8000  
SAN JUAN, PR 00910-0800

Fecha  
12/30/2019

Aviso No.  
5401601

Cant. Deposito: $730.62

A la  
Cuenta(s) De

MARIELI FERRAO AYALA  
P.O. BOX 387  
TOA ALTA, PR 00954

Localizacion: Bayamon 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 730.62 |
| Total: | | 730.62 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/16/2019<br>12/31/2019 | Aviso #:<br>Fecha Aviso: | 5401602<br>12/30/2019 |
|---|---|---|---|---|---|
| MARIELI FERRAO AYALA<br>P.O. BOX 387<br>TOA ALTA, PR 00954<br>SS: 9738 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 9738<br>127030-Bayamon<br>Bayamon 1<br>Tecnico Asist Soc y Fam II<br>$1,978.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Single Single<br>0 0 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 203.50 | | 4,884.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,957.50 | 23,736.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 286.05 |
| Total: | | | 203.50 | 1,957.50 | 29,506.05 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 2.95 | 427.84 |
| Fed OASDI/Disability - EE | 12.62 | 1,829.38 |
| PR Withholding | 14.25 | 707.38 |
| Total: | 29.82 | 2,964.60 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 2,017.68 |
| Total: | 0.00 | 2,017.68 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 59.28 |
| SM-First Medical Health Plan | 0.00 | 225.00 |
| SC-TRANS OCEANIC LIFE | 0.00 | 610.56 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 26.16 |
| OS-SERV PUBLICOS 009 B | 0.00 | 356.16 |
| Ahorros-AEELA | 0.00 | 720.66 |
| Total: | 0.00 | 1,997.82 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 6.82 | 988.48 |
| SM-First Medical Health Plan | 0.00 | 2,160.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 203.50 | 0.00 | 29.82 | 0.00 | 173.68 |
| Acumulado: | 29,506.05 | 0.00 | 2,964.60 | 4,015.50 | 22,525.95 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5401602 | 173.68 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 173.68 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/30/2019

Aviso No.
5401602

Cant. Deposito: $173.68

A la
Cuenta(s) De

MARIELI FERRAO AYALA
P.O. BOX 387
TOA ALTA, PR 00954

Localizacion: Bayamon 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 173.68 |
| Total: | | 173.68 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | | Aviso #: 5146149<br>Fecha Aviso: 12/13/2019 |

| MARIELI FERRAO AYALA<br>P.O. BOX 387<br>TOA ALTA, PR 00954<br>SS: -9738 | # Empleado: 9738<br>Dept: 127030-Bayamon<br>Lugar: Bayamon 1<br>Titulo: Tecnico Asist Soc y Fam II<br>Sueldo: $1,978.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Corriente Ingresos | Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 989.00 | 1,867.50 | 22,747.00 |
| Diferencial Temporero | | | 0.00 | | 4,680.50 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 286.05 |
| **Total:** | | | **989.00** | **1,867.50** | **28,313.55** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.34 | 410.55 |
| Fed OASDI/Disability - EE | 61.31 | 1,755.44 |
| PR Withholding | 14.39 | 678.74 |
| **Total:** | **90.04** | **2,844.73** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 84.07 | 1,933.61 |
| **Total:** | **84.07** | **1,933.61** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.47 | 56.81 |
| SM-First Medical Health Plan | 10.75 | 214.25 |
| SC-TRANS OCEANIC LIFE | 25.44 | 585.12 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 25.07 |
| OS-SERV PUBLICOS 009 B | 14.84 | 341.32 |
| Ahorros-AEELA | 29.67 | 690.99 |
| **Total:** | **84.26** | **1,913.56** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 33.13 | 948.53 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 989.00 | 0.00 | 90.04 | 168.33 | 730.63 |
| Acumulado: | 28,313.55 | 0.00 | 2,844.73 | 3,847.17 | 21,621.65 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5146149 | 730.63 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 730.63 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/13/2019

Aviso No.
5146149

Cant. Deposito: $730.63

A la
Cuenta(s) De
MARIELI FERRAO AYALA
P.O. BOX 387
TOA ALTA, PR 00954

Localizacion: Bayamon 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 730.63 |
| **Total:** | | **730.63** |

# NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | Aviso #: 5146150<br>Fecha Aviso: 12/13/2019 |
|---|---|---|

| MARIELI FERRAO AYALA<br>P.O. BOX 387<br>TOA ALTA, PR 00954<br>SS: :-9738 | # Empleado: 9738<br>Dept: 127030-Bayamon<br>Lugar: Bayamon 1<br>Titulo: Tecnico Asist Soc y Fam II<br>Sueldo: $1,978.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Diferencial Temporero | | | 203.50 | | 4,680.50 |
| Pago de Salarios Regulares | | | 0.00 | 1,867.50 | 22,747.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 286.05 |
| Total: | | | 203.50 | 1,867.50 | 28,313.55 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 2.95 | 410.55 |
| Fed OASDI/Disability - EE | 12.62 | 1,755.44 |
| PR Withholding | 14.25 | 678.74 |
| Total: | 29.82 | 2,844.73 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 1,933.61 |
| Total: | 0.00 | 1,933.61 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 56.81 |
| SM-First Medical Health Plan | 0.00 | 214.25 |
| SC-TRANS OCEANIC LIFE | 0.00 | 585.12 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 25.07 |
| OS-SERV PUBLICOS 009 B | 0.00 | 341.32 |
| Ahorros-AEELA | 0.00 | 690.99 |
| Total: | 0.00 | 1,913.56 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 6.82 | 948.53 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 203.50 | 0.00 | 29.82 | 0.00 | 173.68 |
| Acumulado: | 28,313.55 | 0.00 | 2,844.73 | 3,847.17 | 21,621.65 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5146150 | 173.68 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 173.68 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/13/2019

Aviso No.
5146150

Cant. Deposito: $173.68

A la
Cuenta(s) De

MARIELI FERRAO AYALA
P.O. BOX 387
TOA ALTA, PR 00954

Localizacion: Bayamon 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 173.68 |
| Total: | | 173.68 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/02/2019<br>12/02/2019 | Aviso #:<br>Fecha Aviso: | 4897926<br>11/27/2019 |
|---|---|---|---|---|---|
| MARIELI FERRAO AYALA<br>P.O. BOX 387<br>TOA ALTA, PR 00954<br>SS: -9738 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 19738<br>127030-Bayamon<br>Bayamon 1<br>Tecnico Asist Soc y Fam II<br>$1,978.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Single Single<br>0 0 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 600.00 | | 600.00 |
| Diferencial Temporero | | | 0.00 | | 4,477.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,792.50 | 21,758.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 286.05 |
| **Total:** | | | **600.00** | **1,792.50** | **27,121.05** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.70 | 393.26 |
| Fed OASDI/Disability - EE | 37.20 | 1,681.51 |
| PR Withholding | 0.00 | 650.10 |
| **Total:** | **45.90** | **2,724.87** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 1,849.54 |
| **Total:** | **0.00** | **1,849.54** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 54.34 |
| SM-First Medical Health Plan | 0.00 | 203.50 |
| SC-TRANS OCEANIC LIFE | 0.00 | 559.68 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 23.98 |
| OS-SERV PUBLICOS 009 B | 0.00 | 326.48 |
| Ahorros-AEELA | 0.00 | 661.32 |
| **Total:** | **0.00** | **1,829.30** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 20.10 | 908.58 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 600.00 | 0.00 | 45.90 | 0.00 | 554.10 |
| Acumulado: | 27,121.05 | 0.00 | 2,724.87 | 3,678.84 | 20,717.34 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4897926 | 554.10 |
| **Total:** | **554.10** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
11/27/2019

Aviso No.
4897926

Cant. Deposito: **$554.10**

A la
Cuenta(s) De

MARIELI FERRAO AYALA
P.O. BOX 387
TOA ALTA, PR 00954

Localizacion: Bayamon 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 554.10 |
| **Total:** | | **554.10** |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | | Aviso #: 5666901<br>Fecha Aviso: 01/15/2020 | |

| MARIELI FERRAO AYALA<br>P.O. BOX 387<br>TOA ALTA, PR 00954<br>SS: -9738 | # Empleado: 9738<br>Dept: 127030-Bayamon<br>Lugar: Bayamon 1<br>Titulo: Tecnico Asist Soc y Fam II<br>Sueldo: $1,978.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 989.00 | 82.50 | 989.00 |
| Diferencial Temporero | | | 0.00 | | 203.50 |
| **Total:** | | | **989.00** | **82.50** | **1,192.50** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.34 | 17.29 |
| Fed OASDI/Disability - EE | 61.32 | 73.94 |
| PR Withholding | 14.39 | 28.64 |
| **Total:** | **90.05** | **119.87** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 84.07 | 84.07 |
| **Total:** | **84.07** | **84.07** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.47 | 2.47 |
| SM-First Medical Health Plan | 10.75 | 10.75 |
| SC-TRANS OCEANIC LIFE | 25.44 | 25.44 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 1.09 |
| OS-SERV PUBLICOS 009 B | 14.84 | 14.84 |
| Ahorros-AEELA | 29.67 | 29.67 |
| **Total:** | **84.26** | **84.26** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 33.13 | 39.95 |

*Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 989.00 | 0.00 | 90.05 | 168.33 | 730.62 |
| Acumulado: | 1,192.50 | 0.00 | 119.87 | 168.33 | 904.30 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5666901 | 730.62 |
|---|---|
| **Total:** | **730.62** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/15/2020

Aviso No.
5666901

**Cant. Deposito:** $730.62

A la
Cuenta(s) De

MARIELI FERRAO AYALA
P.O. BOX 387
TOA ALTA, PR 00954

Localizacion: Bayamon 1

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 730.62 |
| **Total:** | | **730.62** |

## NO-NEGOCIABLE

| | |
|---|---|
| 715. HIPOLITO FELIX ANDINO | URB. DOS PINOS 396; SAN JUAN PR 00923 |
| 716. MARIA DEL C. FELIX GARCIA | PO BOX 499; SALINAS PR 00751 |
| 717. ROSA I. FELIX GARCIA | 2 E- 21 VILLAS DE SAN AGUSTIN; BAYAMON, PR 00959 |
| 718. MARISOL FELIX PEÑA | CL-18 6288; CEIBA PR 00735 |
| 719. GLORIA M. FERNANDEZ COLON | 2773 C/ TOLEDO; URB. VILLA DEL CARMEN; PONCE PR 00716 |
| 720. SONIA I. FERNANDEZ ESQUILIN | EDF. 38 APT. 186; RES. EL PRADO; RIO PIEDRAS, PR 00984 |
| 721. ANGEL L. FERNANDEZ FERNANDEZ | HC-02 BOX 14900; CAROLINA PR 00985 |
| 722. EMILIO FERNANDEZ GONZALEZ | CALLE 10-10 APT. B-6; SANTURCE PR 00709 |
| 723. CARMEN FERNANDEZ HERNANDEZ | C/ CAPITAL AMEZQUITA BUEN; CONSEJO #1204 ; RIO PIEDRAS PR 00926 |
| 724. JESUS FERNANDEZ HERNANDEZ | CALLE CUARTEL #4; BO. VISTA ALEGRE; BAYAMON PR 00958 |
| 725. FRANCE FERNANDEZ MARTINEZ | 6175 CALLE FLOR DE LOTO; VIA KENNEDY SABANA SEA; TOA BAJA PR 00952 |
| 726. BRENDA M. FERNANDEZ RIVERA | COND. PONTEZUELA EDIF.B-5; CAROLINA PR 00983 |
| 727. ROSA J. FERNANDEZ RODRIGUEZ | CALLE 2 K-30 ; URB. SANTA JUANA II; CAGUAS PR 00725 |
| 728. IRMA I. FERNANDEZ ROSA | PO BOX 1614; SANTA ISABEL PR 00757 |
| 729. VILMA C. FERNANDEZ RUIZ | PO BOX 5984; CAGUAS PR 00726 |
| 730. BLANCA FERNANDEZ VAZQUEZ | URB.SIERRA BAYAMON 53-16; CALLE 48; BAYAMON PR 00960 |
| 731. MARIELA FERNANDEZ | 1230 C/ CATALUÑA ; CAPARRA TERRACE; SAN JUAN PR 00921 |
| 732. MARIELI FERRAO AYALA | BOX 387; TOA ALTA PR 00954 |
| 733. IVETTE FERREIRA GARCIA | STA. ANA C/ C #186-14; GUAYAMA PR 00784 |
| 734. MARIA A. FERRER CRUZ | PO BOX 860; CATAÑO PR 00963 |
| 735. MARIA DEL C. FERRER RODRIGUEZ | AVE. BARBOSA 413; JUANA MATOS; CATAÑO PR 00962; |
| 736. EFRAIN FIGUEROA AGOSTO | VIA 9 2-LL #326; VILLA FONTANA ; CAROLINA, PR 00983 |
| 737. ANGEL M. FIGUEROA ALAMO | PO BOX 9066121; SAN JUAN PR 00906-6121 |
| 738. RAFAEL FIGUEROA CHAMIER | CALLE 58 BLOQ 70 #40; CAROLINA PR 00985 |
| 739. TANIA DEL C. FIGUEROA CORDERO | HC 02 BOX 5327; LUQUILLO, PR 00773 |
| 740. MARIA I. FIGUEROA CRUZ | CALLE HIRAM GONZALEZ; #180 BAYAMON PR 00959 |
| 741. ABIMAEL FIGUEROA DAVILA | PO BOX 759; GURABO PR00778 |
| 742. MARIA E. FIGUEROA FEBRES | PO BOX 8179; FERNANDEZ JUNCOS,; SAN JUAN PR 00910 |
| 743. GLORIVEE FIGUEROA FIGUEROA | RR #36 BOX 1055; SAN JUAN PR 00926 |
| 744. NYDIA C. FIGUEROA FIGUEROA | PO BOX 29921 ; 65 TH INF. STA.; SAN JUAN PR 00929 |
| 745. ANTONIA FIGUEROA HERPIN | PO BOX 751; PATILLAS PR 00723 |
| 746. JESSIE FIGUEROA LOPEZ | URB. LOMAS DE CAROLINA; CALLE CERRO TAITA S-2; CAROLINA PR 00987 |
| 747. CARMEN M. FIGUEROA MEDINA | URB. PUERTO NUEVO CALLE 5 N.O. ; SAN JUAN PR 00920 |
| 748. BEATRIZ FIGUEROA MORELL | URB. VILLA CAROLINA; C/ 50 BLOQ. 57 #6; CAROLINA PR 984 |
| 749. IRIS M. FIGUEROA MUÑIZ | A-4 C/ I URB. PORTAL DE LOS PINOS; SAN JUAN PR 00926 |
| 750. LUZ N. FIGUEROA NEGRON | VAN SCOY 0-13 CALE 8; BAYAMON PR 00957 |
| 751. JOSEFINA FIGUEROA NIEVES | CALLE 58 BLOQ. AN-36; REXVILLE, BAY. PR 00956 |
| 752. MARIA DE L. FIGUEROA ORTIZ | PO BOX 826; YABUCOA, PR |
| 753. MARIA DEL L. FIGUEROA PENA | CALLE DEL MONTE #144; BO. CAMPANILLA ; TOA BAJA PR 00949 |
| 754. MYRNA FIGUEROA RAMIREZ | CALLE SOL 231 PARCELAS; BETANCES; CABO ROJO PR 00623; |
| 755. JESSICA FIGUEROA REYES | CALLE CLAVELILLO R-34; LOMAS VERDE BAY. 00956 |
| 756. ISABEL FIGUEROA RIVERA | 17 CALLE GONZALO MARIN; ARECIBO PR 00612 |
| 757. JEMARIE C. FIGUEROA RIVERA | APARTADO 902; NARANJITO PR 00719-0902 |
| 758. MARIA V. FIGUEROA RIVERA | HC 02 130429380; CAGUAS PR |
| 759. TOMAS FIGUEROA RIVERA | HC-30 BOX 33177; SAN LORENZO PR 00725 |
| 760. JESUSA FIGUEROA RODRIGUEZ | 103 PASEO TORRE ALTA; URB. PASEO TORRE ALTA; BARRANQUITAS PR |
| 761. JULIA J. FIGUEROA RODRIGUEZ | PO BOX 642 ; OROCOVIS PR 00720-0642 |
| 762. JUANITA FIGUEROA ROSADO | PO BOX 194946; SAN JUAN, PR 00919 |
| 763. MARIA M. FIGUEROA SOLIS | CALLE FLORIDA #12; LUQUILLO PR 00730 |
| 764. ANGEL S. FIGUEROA VAZQUEZ | PO BOX 672; SABANA GRANDE PR 00637 |
| 765. MARIA FIGUEROA VAZQUEZ | AVE. PONCE DE LEON ; EDIF CAPITAL MIRAMAR |
| 766. MINERVA FIGUEROA VAZQUEZ | URB. EL ROSARIO II ; C/ B K-16 VEGA BAJA PR 00693 |
| 767. EMERITA FIGUEROA VELAZQUEZ | HC- 763 BOX 3598; PATILLAS, PR 00723 |
| 768. CARMEN N. FIGUEROA VILLEGAS | JC-02 BOX 10560; GUAYNABO PR 00971 |
| 769. M FIGUEROA ANA | MSC 124 PO BOX 402-D; ARECIBO PR 00614 |
| 770. ESTEBAN FLECHA ALEJANDRO | CONDADO MODERNO C/ 8K-5; CAGUAS PR 00725 |
| 771. EDWIN FLORAN DIAZ | CALE17 S-11; URB. FLABOYAN GARDENS; BAYAMON PR 00959; TEL.787-907-8537 |
| 772. EVELYN FLORES COLON | URB. VILLA MADRID R-6 C/16; COAMO PR 00769 |
| 773. AMARILYS FLORES FLORES | HC-1 BOX 7638; CANOVANAS, PR 00729 |
| 774. ALICIA FLORES GUZMAN | URB. PUERTO NUEVO ; C/ BOHEMIA 1130; SAN JUAN PR 00920 |
| 775. DIDA R. FLORES MORALES | PO BOX 550; SAN GERMAN PR 00683 |
| 776. CARMEN A. FLORES RODRIGUEZ | PO BOX 298; VILLALBA PR 00766 |
| 777. WALTER FLORES SANCHEZ | CALLE 7-A27 ALTURAS FLAMB.; BAYAMON PR 00959 |
| 778. MERARDO FLORES SERRANO | RES. HATO GRANDE EDIF. 5 APT. 14; SAN LORENZO PR 00754 |
| 779. MARISOL FLORES SUAREZ | 190 AVE. LAS MARIAS; HIGHT PARK,; SAN JUAN, PR 00927; TEL. 787-412-2416 |