Marieli Ferrao Ayala
Box 387
Toa Alta, P.R. 00954

RECEIVED & FILED
2020 JAN 16 PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de Los Estados Unidos
150 Federal Building Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL
7019 1120 0002 1891 2161





U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
JAN 15, 20
AMOUNT
$7.60
R2304M113297-10

1000
00918