3 de enero de 2020
Arecibo, PR

**Junta de Supervisión y Administración Financiera de Puerto Rico**
Estado Libre Asociado de Puerto Rico y otros
Promesa, Titulo III
Num. 17 BK 3283- LTS

**Réplica**
Los números dela reclamación: **67887**  Deudor del sistema de Retiro de Empleados del Gobierno de Estado Libre Asociado de Puerto Rico, Centésima octava objeción global anexo A: DEFECTUOSAS

Honorable Tribunal:

Recibí notificaciones donde me informa que no envié evidencia de cantidad reclamada en el sistema en el sistema de retiro. Comencé a cotizar en el sistema de Retiro en el año 1992. Desde ese año no he dejado de aportar al sistema como empleado regular del Departamento de la Familia.  Adjunto **Certificación de Balances de Aportaciones Estimadas** emitida por el Sistema de Retiro que valida lo antes expuesto.


*Jose R. Rosado Valle*
Jose R. Rosado Valle
Urb Paseos Reales
#37 Calle La Duquesa
Arecibo, PR 00612

RECEIVED & FILED
2020 JAN 16  PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Se envía copia de la Replica a los siguientes:

Secretaria (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, PR 00918-1767


Abogado de la Junta de Supervisión

Proskauer Rose LLP

Eleven Times Square

Nueva York 10036-8299

A/A: Martin J. Bienenstock

Brian S, Rosen


Abogado de Comite de Acreedores (counsel for the creditor's committee) Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A: Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz