Jose R. Rosado
Urb Paseos Reales
#37 Calle La Duquesa
Arecibo, PR. 00612

2020 JAN 16 PM 3: 36
CLERK'S OFFICE
U.S. DISTRICT COURT

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7017 1070 0000 0528 8002

U.S. POSTAGE PAID
FCM LETTER
BARCELONETA,
00617
JAN 14, 20
AMOUNT
$6.85
R2305K133688-10

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R.
00918-1767