15 de enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building, San Juan, PR 00918-1767

Ref # de Reclamación 94954

Saludos:

En el día de hoy mediante llamada telefónica me orienté con personal de Prime Clerk LLC quien me orientó de que tenía hasta el 14 de enero de 2020 para resometer, lo cual desconocía del proceso, ya que nunca recibí carta al respecto. Adjunto Estado de Cuenta Estimado de Retiro para su consideración.

Cordialmente,

Luz E. Pérez Torres

RECEIVED & FILED
2020 JAN 16 PM 3:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.