**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

Agencia: 148 - DEPARTAMENTO DE JUSTICIA

LUZ L PEREZ TORRES
BO CERRO GORDO
CARR 830
BAYAMON, PR 00956

Seguro Social: XXX-XX-0313

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 27 de septiembre de 1968
Fecha de Ingreso al Servicio Público: 29 de diciembre de 1994
Fecha de Comienzo de Cotización: 29 de diciembre de 1994

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 18.25 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,332.48 | Aportaciones: | 5,418.89 |
| | | Intereses: | 836.97 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 4.88 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 36,000.11 | Total Aportaciones: | 11,169.45 | Total Aportaciones: | 5,418.89 |
| **Beneficio:** | 467.54 | Beneficio: | 53.83 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov