Luz L Pérez Torres
RR-11 Box 3647, B-5
Cerro Gordo - Carr. 830
Bayamón, PR 00956

RECEIVED & FILED
2020 JAN 16 PM 3:40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
15 JAN 2020 PM 2 L
FOREVER USA
Barn Swallow

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150
Federal Building
San Juan, PR 00918-1767