1/15/2020

Elisa Morales Morales
Parcelas Van Scoy
T-5 calle 12
Bayamón, PR 00957
tel. (787) 279-3952
SS. 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

5/29/2018
17 BK 03566-LTS
Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico
30439

Yo les escribo esta para responder a su notificación donde me informa que devido a que la evidencia de la reclamación no fue sometida con la solicitud de reclamación, no me han podido representar legarmente.

Porque no pueden determinar si mi reclamo es valido contra el Sistema del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del título III.

Pues aquí adjunto la evidencia de que yo tengo una cantidad de dinero en aportaciones en el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

Gracias por su atención
att. Elisa Morales