GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ELISA MORALES MORALES**  Seguro Social: XXX-XX-2470
PARC. VAN SCOY
T-05 CALLE 12
BAYAMON, PR 00957

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE HACIENDA |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $41,628.21 |

Esta certificación fue emitida el 15 de marzo de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019031542835947

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de marzo de 2019

**Agencia: 135 - DEPARTAMENTO DE HACIENDA**

ELISA MORALES MORALES
PARC. VAN SCOY
T-05 CALLE 12
BAYAMON, PR 00957

**Seguro Social: XXX-XX-2470**

A base de la información en nuestros registros, al 15 de marzo de 2019 usted posee:

**Fecha de Nacimiento:** 21 de noviembre de 1958      **Género: Femenino**
**Fecha de Ingreso al Servicio Público:** 03 de julio de 2000
**Fecha de Comienzo de Cotización:** 03 de julio de 2000

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 13.04 | Tiempo Trabajado: | 17.04 | Tiempo Trabajado: | 1.58 |
| Aportaciones: | $23,727.17 | Aportaciones: | $35,546.95 | Aportaciones: | $3,338.49 |
| Intereses: | $2,338.15 | Intereses: | $6,005.79 | Intereses: | $0.00 |
| Gastos Teneduría: | ($75.47) | Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $26,065.32 | Total Aportaciones: | $41,552.74 | Total Aportaciones: | $3,338.49 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | $0.00 | | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| 024 Departamento de Hacienda<br>Paseo Covadonga Num.10<br>Edificio Intendente Ramirez<br>San Juan, PR 00902-4140 | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | Aviso #: 000000000222122<br>Fecha Aviso: 12/13/2019 |
|---|---|---|
| ELISA MORALES MORALES<br>PARCELAS VAN SCOY<br>T 5 CALLE 12<br>BAYAMON, PR 00957<br>SS: XXX-XX-2470 | # Empleado: 003696<br>Dept: 024230-Rent Int-Proc de Planillas<br>Lugar: Div. Proc Plan-Sec Rev Prelim<br>Titulo: Técnico en Contribuciones I<br>Sueldo: $1,001.00 Semimonthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,001.00 | 1,867.50 | 23,023.00 |
| Enfermedad | 12.320000 | 7.50 | 92.40 | 135.00 | 1,663.20 |
| Vacaciones | 12.320000 | 0.35 | 4.31 | 132.81 | 1,636.21 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Licencia Interrupcion Servicio | | | 0.00 | 3.73 | 45.95 |
| Tiempo Compensatorio | | | 0.00 | 2.98 | 36.71 |
| **Total:** | | 7.85 | 1,001.00 | 2,142.02 | 23,623.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.51 | 342.53 |
| Fed OASDI/Disability - EE | 62.07 | 1,464.63 |
| PR Withholding | 15.40 | 354.20 |
| **Total:** | 91.98 | 2,161.36 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 85.09 | 1,957.07 |
| **Total:** | 85.09 | 1,957.07 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 30.03 | 690.69 |
| SI-Seg Incap. Obligatorio | 2.51 | 57.73 |
| SM-First Medical Health Plan | 16.50 | 396.78 |
| SC-TRANS OCEANIC LIFE | 17.16 | 394.68 |
| OS-UNION TRAB HACIENDA | 8.06 | 185.38 |
| **Total:** | 74.26 | 1,725.26 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 37.04 | 874.12 |
| SM-First Medical Health Plan | 0.00 | 1,650.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,001.00 | 0.00 | 91.98 | 159.35 | 749.67 |
| Acumulado: | 23,623.00 | 0.00 | 2,161.36 | 3,682.33 | 17,779.31 |

| Vacación | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 201.17 | Balance Previo: | 176.95 | Balance Previo: | 2.22 |
| + Acumulado: | 9.38 | + Acumulado: | 11.25 | + Acumulado: | 0.00 |
| - Utilizado: | 0.37 | - Utilizado: | 7.50 | - Utilizado: | 0.00 |
| Balance Final: | 210.18 | Balance Final: | 180.70 | Balance Final: | 2.22 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #000000000222122 | 749.67 |
| **Total:** | 749.67 |

Los balances de licencias corresponden al periodo de: 10/31/2019

MENSAJE:

| Departamento de Hacienda<br>Paseo Covadonga Num.10<br>Edificio Intendente Ramirez<br>San Juan, PR 00902-4140 | Fecha<br>12/13/2019 | Aviso No.<br>222122 |
|---|---|---|

Cant. Deposito: $749.67

A la
Cuenta(s) De

ELISA MORALES MORALES
PARCELAS VAN SCOY
T 5 CALLE 12
BAYAMON, PR 00957

Localizacion: Div. Proc Plan-Sec Rev Prelim

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 749.67 |
| **Total:** | | 749.67 |

## NO-NEGOCIABLE