Eliso morales morales  
Parc. Van Scoy  
T-5 Calle 12  
Bayamón, PR 00957

U.S. POSTAGE PAID  
FCM LETTER  
SAN JUAN, PR  
00901  
JAN 15, 20  
AMOUNT  
$4.05  
R2305K131195-16

00918

1000

7019 0700 0001 4692 3348

Secretaría (Clerk's office)  
Tribunal de Distrito de los Estados Unidos  
#150 Chardon Avenue  
Federal Building  
San Juan Puerto Rico 00918

00918-170692

RECEIVED & FILED  
2020 JAN 16 PM 3:37  
CLERK'S OFFICE  
U.S. DISTRICT COURT  
SAN JUAN, P.R.