15 de enero de 2020

A quién pueda interesar:

Con esta misiva le someto la certificación como maestra retirada que incluye mi pensión mensual, luego de las deducciones.

El documento que indica cuando comencé a trabajar de maestra y cuando terminé el Departamento de Educación lo está procesando.

Tan pronto reciba ese documento se lo enviaré como evidencia de mi reclamación.

Mi evidencia y mi justificación a mi reclamación es que el dinero que nos otorgó el Ex-gobernador Carlos Romero Barceló conocido como el "Romerazo" nunca me lo pagaron ya que nunca se vio reflejado en mi sueldo. Por tal razón considero y reclamo que me deben la cantidad de $15,600.00 por derecho.

Atentamente,

[firma]

maestra retirada