From: Gloria E. Irizarry Rivera
P.O. Box 2248
San Germán, P.R.
00683

To: Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767