UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EN EL ASUNTO DE:
JUNTA DE SUPERVISION Y
ADMINISTRACION FINANCIERA PARA
PUERTO RICO
COMO REPRESENTANTE DE ESTADO
LIBRE ASOCIADO DE PUERTO RICO Y OTROS

PROMESA
TITLE III
NUMBER:17BK3283-LTS

**REPLICA A LA OBJECION GLOBAL**

1. Que la reclamación presentada por mi en este caso,es la 33235 fue objetada.

2. Que me opongo a la objeción de la reclamación que realicé contra el Sistema de Retiro De Los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

3. Que soy empleada pública de una agencia del gobierno ,desde el primero de julio del 1995, y desde esa fecha he realizado la aportaciónes que por ley, se le requiere a cada empleado del ELA.

4. Que las aportaciónes realizadas al Sistema de Retiro De Los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico se encuentran en posesión del Sistema De Retiro De Los Empleados del Estado Libre Asociado de Puerto Rico, y no han sido liquidados a mi favor.

5. Se incluye Estado De Cuenta Estimado Del Sistema De Retiro como evidencia del monto de la cantidad que reclamo.

CERTIFICO, que he notificado por correo certificado, en esta misma fecha copia de esta moción y su anejo a:A/A: Martin J. Bienenstock, Brian S. Rosen Abogado de la Junta de Supervisión Proskauer Rose LLP Eleven Time Square Nueva York NY 10036-8299

2

y A/A: Luc A. Despins, James Bliss, James Worthington y G. Alexander Bongartz Abogado del Comité de Acreedores Paul Hastings LLP 200 Park Avenue Nueva York NY 10166.

En Caguas Puerto Rico a 14 de enero de 2020.

Vanessa Tacoronte Bonilla
Urbanización Valle Tolima
Calle Juan Morales D 20
Caguas Puerto Rico 00727