**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de diciembre de 2019

Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

VANESTA TACORONTE BONILLA
URB VALLE TOLIMA
D-20 C/JUAN MORALES
CAGUAS, PR 00726

Seguro Social: XXX-XX-2752

A base de la información en nuestros registros, al 13 de diciembre de 2019 usted posee:

Fecha de Nacimiento: 28 de julio de 1974
Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 17.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $26,457.45 | Aportaciones: | $10,923.40 |
| Intereses: | $5,565.26 | Intereses: | $881.86 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $32,061.40 | Total Aportaciones: | $11,805.26 |
| SNC Pagado: | $38.69 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov