VANESSA TACORONTE BONILLA
URBANIZACION VALLE TOLIMA
CALLE JUAN MORALES D 20
CAGUAS PUERTO RICO 00727

RECEIVED & FILED

2020 JAN 16 PM 3: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7005 0390 0006 1244 4630

SECRETARIA CLERKS OFFICE
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN PUERTO RICO 00918-1767

UNITED STATES POSTAL SERVICE
1000
00918

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
JAN 14, 20
AMOUNT
$6.85
R2305H129471-02