United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

__ONE Hundrend Tenth__ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 101463

Name and Address: Leonarda Cuascut Cordero
B⁰ Mameyal Calle 19 101-A
Dorado PR 00446
Tel 787-796-4228 / 787-530-9912  e-mail lillypaga70@hotmail.com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados __desde 1984 - 1998 - 14 años__

Cantidad Reclamada __$16,800.00__

Ley ~~9 del año~~ __Costo de vida - Retiro de Maestros (3% cada dos años)__

Años Reclamados __1998 - 2020 (22 años)__

Cantidad Reclamada __$4,482.72__

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de pensión Sistema de Retiro para Maestros Gobierno de Puerto Rico
2. Informe Renta Anual Vitalicia Junta de Retiro para Maestros
3. Certificación de Empleado del Depto. de Educación Años de Servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Leonarda Cuascut Cordero

Firma: Leonarda Cuascut Cordero    Fecha: _____