

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

14 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LEONARDA CUASCUT CORDERO |
| Seguro Social | : | ⎯-6908 |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $1,800.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 3 de enero de 1998 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 32 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/06/1965. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. LEONARDA CUASCUT CORDERO**, con número de seguro social que termina en **6908**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 24 de enero de 1998 |
| Tiempo Cotizado para la Pensión | 32 años, 2 meses, 1 semana y ½ días |
| Fecha de Efectividad de la Renuncia | 23 de enero de 1998 |
| Fecha de Efectividad de la Pensión | 24 de enero de 1998 |
| Pensión Mensual Actual | $1,280.64 |

Esta certificación se expide hoy, **14 de enero de 2020** en **San Juan, Puerto Rico**.

**Cynthia Sanjurjo Santos**
Supervisora
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro