

From: Leonardo Chascart Cordero
B° Mameyal Calle 79 PCI-197
Dorado PR 00646

RECEIVED & FILED
2020 JAN 16 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
JAN. 14, 20
AMOUNT
$6.30
R2305K132466-12

7019 1120 0000 2391 2288

CERTIFIED MAIL

To: Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue Federal Building
San Juan PR 00918

DORADO MPO PR
JAN 14 2020
USPS 00646-9998
FOREVER USA