Ruth E. Pizarro
Urb. Villa Universitaria calle 31
BC 21 Humacao, PR 00791

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LAS PIEDRAS, PR
00771
JAN 14, 20
AMOUNT
**$0.55**
R2305K134892-21

RECEIVED & FILED
2020 JAN 16 PM 3: 41
U.S. DISTRICT COURT
SAN JUAN, PR