14 de enero de 2020

Título III
Reclamo # 73270

Por la presente deseo informar sobre el status de mi participación en ésta Demanda de clase y es lo siguiente:

El monto de el aumento de sueldo no devengado es relacionado a pasos por año de servicio tanto en Agricultura y en el Departamento de Educación devengados desde el año 1979- al 2012.

Eso incluye las leyes:
  Ley 96 — 1ro julio de 2002
  Ley 180 — 1998 (julio 27)
  Ley 89 — 1958-2004 (enmendada)
  Ley de Retribución Uniforme 12 julio de 1979

Una vez se normalice el gobierno de P.R. enviaré evidencia del Dept. de Agricultura y Educación de los años de servicio prestado por mí.

Att. [firma]

RECEIVED & FILED 2020 JAN 16 PM 3:38 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, P.R.