Julio M Nale
Urb San Gerardo
Montana 316
San Juan, P.R. 00926

RECEIVED & FILED
2020 JAN 16 PM 3:38
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Federal Building
150 Chardon Avenue
San Juan, P.R. 00918

7017 0190 0000 7905 2635

UNITED STATES POSTAL SERVICE
1000
00918