January 7, 2020

A quien pueda interesar:

Adjunto le estoy sometiendo la certificación como maestra retirada que incluye mi pensión mensual después de las deducciones.

El documento que indica cuando comencé a trabajar y cuando terminé está en proceso en el Departamento de Educación. Tan pronto lo reciba, se lo enviaré como evidencia de mi relamación.

Mi evidencia de mi reclamación es que ese dinero que nos otorgó el Exgobernador Carlos Romero Barceló conocido como "el Romerazo" nunca me lo dieron y nunca en mi sueldo de maestro fue reflejado. Por esta razón considero y reclamo que me deben la cantidad de $17,400.00, por derecho.

Atentamente,

Ángela Serabia Rivera
Maestra retirada