From: Angelo Sanabria Rivera
P.O. Box 2248
San Germán, P.R.
00683

Case:17-03283-LTS Doc#:10185-2 Filed:01/16/20 Entered:01/17/20 16:21:00 Desc:
Envelope Page 1 of 1

To: Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767