14 de enero de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

NÚMERO DE RECLAMACIÓN: 33400

Saludos cordiales. Estoy notificando el no estar de acuerdo con haberse rechazado dicha reclamación ya que dejé de devengar un dinero que corresponde a mi sueldo y que por años no se ha realizado ni siquiera un ajusted el mismo en lo que se supone que se devengue de acuerdo al puesto que ocupo.

El Departamento de la Familia tiene conocimiento ya que existe un primer caso que se llevó al Tribunal de Puerto Rico y se vieron en la obligación de pagar retroactivo por los años omitidos al correspondiente sueldo.

Existe un segundo grupo con la misma situación y se les ha pagado parcialmente por un issue de los fondos bajo los que cobran. El tercer grupo, bajo la misma demanda de salario mínimo, está en proceso en el Tribunal al igual que un otro cuarto grupo.

El quinto grupo, al que pertenezco, lo está llevando la Unión de Servidores Públicos (SPU), quien tiene los cómputos u a ordenado al Departamento que haga los realice por dejado por devengar.

Por lo tanto, les exhorto que emplacen al Departamento de la Familia para que asuman su obligación por omisión de pagar el salario mínimo, con el respectivo retroactivo. Al igual que los anteriores grupos al que se les ha hecho justicia, espero que se cumpla con mi persona.

Se agradece la pronta atención.

Cordialmente,

*Víctor Berríos Mercado*
Víctor Berríos Mercado