RECEIVED & FILED
2020 JAN 16 PM 3:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Doctor Beatriz Mercado
Calle 3 Urb. Roosevelt
San Juan, P.R. 00929

7019 2280 0001 2801 6254

CERTIFIED MAIL

Magistrate/Industrial District P.R.
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JAN 14, 20
AMOUNT
$6.85
R2304H108055-37

00918
1000