RECEIVED & FILED

2020 JAN 16 PM 3: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Victor Boscclass Maseado
1091 Calle 3 Dr. Betancourt
San Juan, PR 00927

9999188100

CERTIFIED MAIL

7019 2280 0001 2801 4254

Dona Castro, Secretarial District of U
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JAN 14, 20
AMOUNT

$6.85

R2304H108055-37

00918

1000

UNITED STATES
POSTAL SERVICE ®