[Tribunal de Distrito de los Estados Unidos]
para el Distrito de Puerto Rico.

Departamento de la Familia

Yo Luz N. Laboy Rivera demando al gobierno de Puerto Rico por no pagar el salario mínimo desde 2007. Solicito y reclamo la corrección de mi sueldo y actualizarlo hasta el presente.

Luz N. Laboy Rivera
13/enero/2020

RECEIVED & FILED
2020 JAN 16 PM 3:41
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Demanda Salario minimo
# caso 2016-05-1346
Madelyn Acevedo Camacho y otros
Departmento de la Familia.