Luz N. Laboy Rivera
Urb. Mendez A-10
Calle Marginal
Yabucoa, PR 00767

Clerk's Office (Secretaría)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918 1767

RECEIVED & FILED
2020 JAN 16 PM 3:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR