Marisol Soto Corchado
031 Calle José Cherto Corchado
Isabela PR 00662

RECEIVED & FILED
2020 JAN 16 PM 3:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7019 1640 0001 3387 8213

CERTIFIED MAIL

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

UNITED STATES POSTAL SERVICE
1000
00918

U.S. POSTAGE
FCM LETTER
AGUADILLA
00603
JAN 14, 20
AMOUNT
$7.
R2303S101

