**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br>Como representante de<br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br>Núm. 17 BK 3283-LTS<br>La presente radicación guarda relación con el ELA. |

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 37017

**NOMBRE DEL RECLAMANTE:** Marisol Soto Corchado

**MOCION
RADICACION DE REPLICA**

1. Marisol Soto Corchado, dirección postal: 1631 Calle Jose Cheito Corchado 00662 con número de teléfono 787-458-2012 y correo electrónico Marisolsoto91@yahoo.com, últimos digito de seguro social 9656.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 388,800, en el Departamento de la Familia Programa de AdSef con fecha de empleo que comencé 1996 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL,** muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

1631 Calle Jose Cheito
Corchado Isabela
Isabela, PR 00662

Sra. Marisol Soto Corchado