*Número de Evidencia de Reclamación:* 00642
*Reclamante:* Marisol Soto Cachola
163 Calle Jose Cheito Cachola Ysabela, PR
787-458-2010  # de Caso 37017 39654

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - [x] Empleo actual o anterior en el gobierno de Puerto Rico
   - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   _____

*Número de Evidencia de Reclamación Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Dep de la Familia_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _5 Sep 1996_

3(c). Últimos cuatro dígitos de su número de seguro social: _9654_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☒ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Dep de la Familia_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Comisión apelaturas del Servicio Público P.O. Box 41149 San Juan PR 00940-1149_

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso: _Manuel Surka Andrews_

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Soto Corchado, Marisol | 37017 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Soto Corchado, Marisol | 37017 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000461

**YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Soto Corchado, Marisol | 39654 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Soto Corchado, Marisol | 39654 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

127 Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Grupo de Pago: SM-Quincenal
Desde: 10/16/2019
Hasta: 10/31/2019

Aviso #: 4147041
Fecha Aviso: 10/30/2019

| | |
|---|---|
| MARISOL SOTO CORCHADO<br>BO. ARENALES ALTOS<br>CALLE CHITO CORCHADO<br>ISABELA, PR 00662<br>SS: | # Empleado:<br>Dept: 127010-Aguadilla<br>Lugar: Isabela<br>Titulo: Sup. Asist. Soc. y Fam. I<br>Sueldo: $2,737.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 + 4 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,368.50 | 1,635.00 | 27,370.00 |
| Total: | | | 1,368.50 | 1,635.00 | 27,370.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.85 | 396.87 |
| Fed OASDI/Disability - EE | 84.85 | 1,696.94 |
| PR Withholding | 40.43 | 808.60 |
| Total: | 145.13 | 2,902.41 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 116.32 | 2,326.40 |
| Total: | 116.32 | 2,326.40 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.42 | 68.40 |
| AE-Asoc Emp ELA-Prest Regular | 86.84 | 1,736.80 |
| SM-First Medical Health Plan | 16.50 | 300.00 |
| CO-COOP LA SAG FAMILIA | 20.00 | 400.00 |
| DM-FONDOS UNIDOS | 0.50 | 10.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 21.80 |
| Ahorros-AEELA | 41.06 | 821.20 |
| Total: | 169.41 | 3,358.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 1,800.00 |
| FSED Disability Plan | 45.84 | 916.80 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,368.50 | 0.00 | 145.13 | 285.73 | 937.64 |
| Acumulado: | 27,370.00 | 0.00 | 2,902.41 | 5,684.60 | 18,782.99 |

| VACACIONES | | ENFERMEDAD | | ADMINISTRATIVA | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #4147041 | 937.64 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 937.64 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
10/30/2019

Aviso No.
4147041

Cant. Deposito: $937.64

A la
Cuenta(s) De

MARISOL SOTO CORCHADO
BO. ARENALES ALTOS
CALLE CHITO CORCHADO
ISABELA, PR 00662
Localizacion: Isabela

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 937.64 |
| Total: | | 937.64 |

## NO-NEGOCIABLE

1. Símbolos de Contabilidad  DEPARTAMENTO DE LA FAMILIA  2. FECHA AUTORIZACIÓN O.P.G.
AF  Fondo  Agencia  Div.  S.Div.  Act.  Acto      Desde_____
/    /      /      /    /    /----/        NOMBRAMIENTO Y JURAMENTO TRANSITORIO      Hasta_____

ADVERTENCIA DEL EMPLEADO:   Escala # ___  -Autorizado en H. E.

Nombramiento transitorio no le otorga derecho a ser nombrado en un puesto en el servicio de carrera con status probatorio o regular, a menos que cumpla con el procedimiento de reclutamiento y selección establecido en la Sección 4.3 de la Ley de Personal del Servicio Público enmendada para cubrir puestos en el Servicio de Carrera. El Nombramiento transitorio tampoco le permite ser participante del sistema de Retiro de los empleados del Gobierno y la Judicatura. Este nombramiento transitorio se efectúa para atender una necesidad temporera, de emergencia, imprevista o de duración determinada y terminará cuando desaparezca la necesidad que dio origen al mismo.

4. Nombre del Empleado:
Marisol Soto Corchado

(Apellido Paterno)   (Apellido Materno)   (Nombre)
Si se trata de una mujer casada siga este orden:
(1) Apellido Paterno seguido de la preposición "DE"
(2) Apellido del Esposo y (3) Nombre

5. Número de Seguro Social
___-__-146

6. Dirección del empleado
Bo. Arenales Altos
Box 662
Isabela, P.R. 00662

7. Agencia, Negociado o División, Sección o Unidad y Pueblo: Departamento de la Familia
Depto. de la Familia - Adm. de Desarrollo Socioeconómico y Familiar - Región Aguadilla

8. Título Clasificación del Puesto Transitorio
Técnico Asistencia Social

9. Número de Clase

10. Número del Puesto
3938

11. Clase de Nombramiento
__ puesto de duración fija    __ En puesto Permanente
__ con funciones de Carrera   __ con funciones Confianza

12. Sueldo Mensual
$1,071.00

Diferencial
$_____

13. Duración del Nombramiento Transitorio
De  5 sept. 1996   Hasta _____

14. CERTIFICACIÓN DEL EMPLEADO: Certifico que no he ocupado un puesto permanente, o de duración fija con status transitorio en el Servicio Público durante el período de un (1) año anterior a la fecha de efectividad de este nombramiento. Certifico además, que estoy física y mentalmente capacitada para desempeñar las funciones del puesto en que se me nombra; que no he sido destituido del servicio público; que no he incurrido en conducta deshonrosa; no ha resultado convicto por delito grave o por cualquier delito que implique depravación moral y que no soy adicto al uso habitual y excesivo de sustancias controladas o bebidas alcohólicas. Declaro que esta información es exacta y verídica y que tengo conocimiento que de descubrirse falsedad en la misma seré separado del puesto en el que se me nombra.

Marisol Soto Corchado
Firma del Empleado

15. Certificación de la Agencia    Técnico de Asistencia
Certifico que el puesto número  3938  clasificado como  Social y Familiar I  en el cual se nombra a
Marisol Soto Corchado    .
__ Atenderá funciones de naturaleza temporera, de emergencia, imprevistas o de duración determinada.
__ Atenderá funciones permanentes o recurrentes mientras se crea el puesto permanente necesario.
__ responde a las circunstancias enumeradas en la Secc. 4.3 Inciso 12 Ley #5 del 14 de octubre de 1975, enmendada.
Especifique

16.
Sra. Gloria I. Soto         Ayudante Especial
Firma de Autoridad Nominadora o representante Autorizado    Título    Fecha

17.   JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESIÓN DEL CARGO O EMPLEO
Yo, Marisol Soto Corchado  Seguro Social  9656  de  23  soltera
(Nombre del Empleado)                                (Edad) (Soltero o Casado)
Técnico de Asistencia Social vecino de
y Familiar I        del   Cargo   o   Empleo)                (Pueblo)
Juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior, que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental, ni propósito de evadirla y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

5 de septiembre de 1996          Marisol Soto Corchado
(Fecha)                          (Firma del empleado o Funcionario)

Declaración Jurada Núm.  0375
Suscrito y Jurado ante mí por  Marisol Soto Corchado , de las circunstancias antes expresadas; a quien doy fe de conocer personalmente o de haber identificado mediante:
Licencia de Conducir No. _____
En  Aguadilla , Puerto Rico, ___ de septiembre de 1996

Firma, Sello Dirección del Notario Público o
del Funcionario Autorizado que toma el Juramento.
Apartado 518
Aguadilla, P.R. 00605