Marisol Soto Corchado
2031 Calle José Cleito Corchado
Isabela PR 00662

RECEIVED & FILED
2020 JAN 16 PM 3:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7019 1640 0001 3387 8213

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

CERTIFIED MAIL

U.S. POSTAGE
FCM LETTER
AGUADILLA
00603
JAN 14, 20
AMOUNT
$7.
R2303S101

00918
1000

