12 de enero de 2020

United States District Court
For the District of Puerto Rico

Estimados Señores:

Según indicado en el documento recibido de ustedes, expongo la siguiente réplica. Mi nombre es Wanda T. Morales Colón. Mi número de teléfono es 787-356-4963. Mi correo electrónico es wandaimoralescolon@yahoo.com Esta réplica obedece al caso The finalcial Oversight and Management Bond For Puerto Rico The Conmonwealth of Puerto Rico (Debtors, sobre el caso Promesa III # No. 17BK3283-LTS. Mi reclamación es la #99079.

La réplica se expone a base de la Ley #96 de 1 de julio del 2002 sobre aumento de salario de 100 dólares mensuales de la cual incluyó copia. Este aumento no fue recibido por mi persona. Esto implica una cantidad de 7,200 dólares hasta el año 2008 que ocurre mi retiro del Departamento de Educación de Puerto Rico.

Solicité al Departamento de Educación el día 19 de noviembre de 2009 una certificación de salarios y experiencia de mis años laborales en el Departamento de Educación. Al día de hoy no se ha recibido contestación y entiendo que se tardará por la situación

que ocurre en Puerto Rico sobre los temblores de tierra. Una vez recibida esta documentación se la haré llegar para el proceso que corresponde. Incluyo copia de talonarios para que conste que laboré en el Departamento de Educación de Puerto Rico. Además incluyo la Evidencia de reclamación.

Cordialmente

Wanda I. Morales Colón
Wanda I. Morales Colón