

## Ley Núm. 96 del año 2002

(P. de la C. 2634) 2002 ley 96
(Reconsiderado)

**Para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno.**

### LEY NUM. 96 DE 1 DE JULIO DE 2002

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

### EXPOSICION DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y buscando el bienestar de todos los puertorriqueños. El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que propenda a una vida con limitaciones. Aun así, estos hombres y mujeres que honran el servicio público le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de colocar a éstos a la par con los empleados de la empresa privada, en la medida que lo permitan los recursos públicos. A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

1

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan estos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerles justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen.

## DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

**Artículo 1.-**Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro. julio de 2002 tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará al margen retributivo de que disfrutan los empleados para mejoramiento salarial, ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de la Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

(b) Cien (100) dólares a los empleados organizados en sindicatos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula bajo la Sección 7.5 de la ley antes citada es de cero o negativo. Aquellas unidades apropiadas cuyo resultado de la fórmula arroje positivo, pero menos de cien (100) dólares, recibirán un aumento equivalente a la diferencia entre cien (100) dólares y el resultado de dicha fórmula.

**Artículo 2.-**El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, recibirán los mismos aumentos con cargo a los fondos especiales

2

federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.**-Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de seguro social, clasificación del puesto, fecha en que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro. de septiembre de 2002.

**Artículo 4.**-Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tienen autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) los miembros uniformados de la Policía de Puerto Rico; (4) miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; (5) los empleados municipales y/o aquellos que presten servicios a los municipios; (6) los empleados públicos cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula de la Sección 7.5 de la ley antes citada es igual o mayor de cien (100) dólares mensuales.

**Artículo 5.**-Los aumentos concedidos mediante esta Ley serán efectivos a partir del 1ro. de julio de 2002.

**Artículo 6.**-Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio.

**Artículo 7.**-Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 8.**-Esta Ley comenzará a regir inmediatamente después de su aprobación.

**Presione Aquí para regresar al Menú anterior y seleccionar otra ley.**

---

### ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

# LexJuris de Puerto Rico siempre está bajo construcción.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

*RECEIVED 2018 JUN 27 P 2:03*

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario.** Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1    Identify the Claim / Identificar la reclamación**

1. **Who is the current creditor?**

    **¿Quién es el acreedor actual?**

    Wanda Ivelisse Morales Colón
    Name of the current creditor (the person or entity to be paid for this claim)
    Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

    Other names the creditor used with the debtor    No
    Otros nombres que el acreedor usó con el deudor

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>     Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Wanda Ivelisse Morales Colón<br>Name / Nombre<br><br>P.O. Box 1713<br>Number / Número    Street / Calle<br><br>Coamo    Puerto Rico  00769<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>787-356-4963<br>Contact phone / Teléfono de contacto<br><br>Wanda.morales colón @yahoo.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número    Street / Calle<br><br>_____<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known) _____<br>     Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>     Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>     Sí. ¿Quién hizo la reclamación anterior?_____ | |

**Part 2 / Parte 2:**    Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☒ No / No<br><br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_____ |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Form 410              Proof of Claim              page 2

| 12. Is this claim subject to a right of setoff? ¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Sí. Identifique el bien: __3% Retir__ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __26 de junio 2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Wanda Ivelisse Morales Colón__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __Wanda__ __Ivelisse__ __Morales Colón__
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección __P.O. Box 1713__
Number / Número    Street / Calle

__Coamo__    __Puerto Rico__ __00769__
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-356-4963__ Email / Correo electrónico __Wandaimorales.colon@yahoo.com__

Modified Official Form 410    Proof of Claim    page 4

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 3/0 | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Retiro maestros Ley 96_ | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) ____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ | |

Modified Official Form 410         Proof of Claim         page 3

## Pay Stub 1

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2009 |
| Hasta: | 11/15/2009 |
| Business Unit: | PUERT |
| Aviso #: | 7247400 |
| Fecha Aviso: | 11/13/2009 |

WANDA I MORALES COLON
PO BOX 1713
COAMO, PR  00769
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,226.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,113.10 | 1,785.00 | | 24,488.20 |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | | 100.00 |
| Pensionados - Bono Verano | | 0.00 | | | 100.00 |
| **Total:** | | **1,113.10** | **1,785.00** | | **24,688.20** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 133.57 | 2,938.54 |
| CO-COOP DEPT INSTR | 50.00 | 1,100.00 |
| SC-AMER FAM LIFE ASS CO | 68.63 | 1,509.86 |
| SM-Preferred Health | 0.00 | 280.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 751.52 |
| **Total:** | **252.20** | **6,579.92** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 0.00 | 700.00 |

* Tributable

| TOTAL BRUTO | | TOTAL IMPUESTOS | | DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|---|---|---|---|
| Corriente: | 1,113.10 | | 0.00 | | 252.20 | 860.90 |
| Acumulado: | 24,688.20 | | 0.00 | | 6,579.92 | 18,108.28 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7247400 | 860.90 |
| Total: | 860.90 |

MENSAJE:

---

## Pay Stub 2

**Estado Libre Asociado de Puerto Rico**
592 - Sistema de Retiro Maestro-Pens

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2008 |
| Hasta: | 12/15/2008 |
| # Cheque: | 03531361 |
| Fecha: | 12/15/2008 |

WANDA I MORALES COLON
PO BOX 1713
COAMO PR  00769
SS:

| | |
|---|---|
| # Empleado: | P5P |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Oficina: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,226.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,113.10 | 645.00 | | 8,904.80 |
| Pago Retro Pensionados | | 0.00 | | | 1,328.53 |
| **Total:** | | **1,113.10** | **645.00** | | **10,233.33** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 133.57 | 1,202.13 |
| AE-Asoc Emp ELA-Prest Regular | 93.94 | 93.94 |
| SM-Preferred Health | 142.00 | 1,136.00 |
| CO-COOP DEPT INSTR | 50.00 | 250.00 |
| **Total:** | **419.51** | **2,682.07** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 0.00 | 400.00 |

* Tributable

| TOTAL BRUTO | | TOTAL IMPUESTOS | | DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|---|---|---|---|
| Corriente: | 1,113.10 | | 0.00 | | 419.51 | 693.59 |
| Acumulado: | 10,233.33 | | 0.00 | | 2,682.07 | 7,551.26 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03531361 | 693.59 |
| Total: | 693.59 |