Wanda I. Morales Colon
P.O. Box 1713
Coamo PR 00769

Secretaría (Clerks Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767