13 de enero de 2020

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR. 00918-1767

Yo Denise E. Delgado Alicea, empleada del Departamento de la Familia desde el 8 de junio de 1994 tengo una demanda en contra del Gobierno de Puerto Rico con número de querella 17 BK 03283- LTS y la reclamación 46461. Tengo interés en que dicha querella siga el curos correspondiente, cualquier duda o sobre el particular favor comunicarse al (787) 643-1479 al correo electrónico denisedelgadoalicea@gmail.com

Atentamente,

*Denise E. Delgado Alicea*
Denise E. Delgado Alicea

RECEIVED & FILED
2020 JAN 16 PM 3:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR