Denise Delgado M
HC 03 Box 12066
Yauco, P.R. 00767

RECEIVED & FILED
2020 JAN 16 PM 3:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767