

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

09 de enero de 2020

Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

WANDA I MONGE REYES
HACIENDA BORINQUEN
1024 CALLE UCAR
CAGUAS, PR 00725

Seguro Social: XXX-XX-3204

A base de la información en nuestros registros, al 09 de enero de 2020 usted posee:

Fecha de Nacimiento: 16 de noviembre de 1964
Fecha de Ingreso al Servicio Público: 01 de julio de 1995
Fecha de Comienzo de Cotización: 01 de julio de 1995

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 22,210.50 | Aportaciones: | 11,616.00 |
| | | Intereses: | 1,804.97 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 75,660.68 | Total Aportaciones: | 24,015.47 | Total Aportaciones: | 11,616.00 |
| Beneficio: | 1,131.52 | Beneficio: | 123.80 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov