WANDA I MONGE REYES
HACIENDA BORINQUEN 1024
CALLE UCAR
CAGUAS PUERTO RICO 00725

RECEIVED & FILED

2020 JAN 16 PM 3: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7015 1660 0000 4088 4213

SECRETARIA CLERKS OFFICE
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN PUERTO RICO 00918-1767

U.S. POSTAGE PAID
CAGUAS, PR
00725
JAN 14, 20
AMOUNT
$6.85
R2304M115256-03

0000

UNITED STATES
POSTAL SERVICE