(P. de la C. 1983)

# LEY 124
## 9 DE AGOSTO DE 1995

Para consignar bajo la custodia de la Oficina de Presupuesto y Gerencia la cantidad de catorce millones (14,000,000) de dólares para la concesión de aumentos salariales a los empleados públicos que no hayan sido beneficiados por aumentos concedidos a partir del 1ro. de enero de 1993 mediante leyes especiales, aumentos por productividad, revisión de los Planes de Clasificación y Retribución, reclasificaciones y/o pasos por mérito, diferenciales en sueldo, aumentos de sueldo por años de servicio y extensión de la escala de sueldo otorgados de acuerdo a la Ley Núm. 5 de 14 de octubre de 1975, según enmendada y la Ley Núm. 89 de 12 de julio de 1979, según enmendada; disponer sobre la información que deben someter las agencias; y excluir de la aplicación de esta ley a la Universidad de Puerto Rico, la Rama Judicial, la Rama Legislativa, las corporaciones públicas y todo organismo que tenga facultad en ley o lleve a cabo negociaciones colectivas.

## EXPOSICION DE MOTIVOS

Es compromiso de nuestro Gobierno lograr el mejoramiento salarial de los empleados públicos mediante diversas opciones de retribución que promuevan el reclutamiento, selección y retención de los candidatos más aptos para el desempeño en el servicio público a la vez que se establecen las bases para lograr una mayor productividad. De esta forma reconocemos la excelente labor del personal público y proveemos los medios para mejorar la calidad de los servicios a nuestro pueblo.

Para cumplir con esta política pública, a partir del 1993 se han otorgado varios aumentos por ley que han beneficiado a varios grupos de servidores públicos tales como: la policía, los maestros, enfermeras y oficiales de corrección. También, mediante la R. C. Núm. 231 de 24 de mayo de 1994 y el Boletín Administrativo Núm. OE-1994-32 de 29 de junio de 1994 se estableció un mecanismo innovador para que las agencias establecieran e implantaran Programas de Aumentos por Productividad y Eficiencia con carácter permanente que respondieran a las características y condiciones de cada agencia del Gobierno.

2

Además de estos mecanismos establecidos por ley, este Gobierno ha promovido y apoyado la revisión y aprobación de Planes de Retribución y Clasificación según la situación cambiante de la economía y la competencia en el mercado de empleo. De esta forma, se han aprobado estas revisiones que han beneficiado a muchos empleados públicos en varios organismos del Gobierno.

Otros mecanismos que han complementado nuestro compromiso de mejoramiento salarial han sido las reclasificaciones, pasos por mérito, diferenciales en sueldo, aumentos de sueldo por años de servicio y extensión de la escala de sueldo concedidos de acuerdo a la Ley Núm. 5 de 14 de octubre de 1975, según enmendada y la Ley Núm. 89 de 12 de julio de 1979, según enmendada, otorgados por los administradores individuales y los convenios colectivos de las corporaciones públicas.

El resultado de la adecuada utilización de estos mecanismos es el hecho de que miles de empleados públicos se han beneficiado de los mismos, implicando un impacto presupuestario de $390.6 millones de recursos provenientes del Fondo General exclusivamente, y $432.9 millones en total.

No obstante, todos los logros obtenidos en este campo, hay empleados en el servicio público que desde enero de 1993 no han recibido aumento alguno. Por lo que, para lograr una consecusión absoluta de la política pública de este Gobierno de mejorar el salario de los empleados públicos y hacer justicia a este grupo de servidores que aún no ha sido receptor de este beneficio, se consigna la cantidad de catorce millones (14,000,000) de dólares bajo la Oficina de Presupuesto y Gerencia para estos aumentos salariales. Con esta suma, y tomando en consideración el análisis realizado sobre los aumentos concedidos, se estima que 25,000 empleados en el servicio público cuyos salarios son sufragados del Fondo General, pueden beneficiarse de la presente ley.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Se consigna bajo la custodia de la Oficina de Presupuesto y Gerencia, de fondos no comprometidos en el Tesoro Estatal la cantidad de catorce millones (14,000,000) de dólares para la concesión de aumentos de sueldo a empleados públicos que no hayan sido beneficiados por aumentos concedidos mediante leyes especiales, aumentos por productividad según la R. C. Núm. 231 de 24 de mayo de 1994, revisión de los Planes de Clasificación y Retribución,

reclasificaciones y/o pasos por mérito, diferenciales en sueldo, aumentos de sueldo por años de servicio y extensión de la escala de sueldo otorgados de acuerdo a la Ley Núm. 5 de 14 de octubre de 1975, según enmendada y la Ley Núm. 89 de 12 de julio de 1979, según enmendada, y convenios colectivos vigentes o en negociación. De requerirse más recursos para llevar a cabo lo dispuesto en esta ley, se autoriza al Director de la Oficina de Presupuesto y Gerencia a transferir hasta la cantidad de diez millones (10,000,000) de dólares del Fondo Presupuestario para estos fines.

Artículo 2.-Se beneficiarán de estos aumentos todos los empleados que no hayan recibido aumentos conforme a los mecanismos mencionados en el Artículo 1 de esta ley durante el periodo comprendido del 1ro. de enero de 1993 al 31 de agosto de 1995.

Artículo 3.-La aplicabilidad de estos aumentos será para los empleados con más de un año en el servicio público al 30 de junio de 1995 y será de sesenta (60) dólares mensuales.

Artículo 4.-El aumento de sueldo propuesto cubrirá únicamente los sueldos que son sufragados con recursos provenientes de Fondo General.

Artículo 5.-Aquellas agencias con empleados públicos cuyos salarios sean sufragados por recursos provenientes de aportaciones federales y/o fondos especiales estatales deberán generar las economías necesarias en dichos fondos para otorgar aumentos salariales según lo dispuesto en el Artículo 1 de esta ley.

Artículo 6.-Previa a la otorgación de estos aumentos, cada agencia a la cual le aplique esta ley deberá someter a la Oficina de Presupuesto y Gerencia una relación certificada que incluya nombre del empleado, número de Seguro Social, clasificación del puesto, fecha del último aumento, sueldo devengado y costo total anual de la transacción. Si por error y/u omisión en esta información por parte de las agencias se excluye algún empleado con derecho al aumento dispuesto a la fecha en la cual la Oficina de Presupuesto y Gerencia adjudique los fondos, el empleado mantendrá su derecho y el costo del aumento será sufragado con los recursos de la agencia correspondiente.

Artículo 7.-Se excluye de la aplicación de esta ley a la Universidad de Puerto Rico y agencias adscritas, la Rama Judicial, la Rama Legislativa, las corporaciones públicas y toda agencia que tenga facultad en ley o lleve a cabo negociaciones

4

colectivas.

Artículo 8.-Los aumentos concedidos mediante esta ley serán efectivos el 1ro. de noviembre de 1995.

Artículo 9.-Esta Ley comenzará a regir inmediatamente después de su aprobación.

..........................
*Presidente de la Cámara*

..........................................
*Presidente del Senado*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 JUN 27 P 2:03

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1    Identify the Claim / Identificar la reclamación**

1. **Who is the current creditor? / ¿Quién es el acreedor actual?**

   Wanda Ivelisse Morales Colón
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor: No
   Otros nombres que el acreedor usó con el deudor

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>**Wanda Ivelisse Morales Colón**<br>Name / Nombre<br><br>**P.O. Box 1713**<br>Number / Número   Street / Calle<br><br>**Coamo, Puerto Rico 00769**<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>**wandaimoralescolon@yahoo.com**<br>Contact phone / Teléfono de contacto<br><br>**787-356-4963**<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>   Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>**Departamento de Educación** |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

410

**Proof of Claim**   page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $_____ | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Escala Salarial - Ley Quinquenio Laboral_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No
☐ Yes. The claim is secured by a lien on property.
   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

   **Nature of property / Naturaleza del bien:**
   ☐ Motor vehicle / Vehículos

   ☐ Other. Describe:
      Otro. Describir: _____

   **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

   **Value of property / Valor del bien:** $_____

   **Amount of the claim that is secured /**
   **Importe de la reclamación que está garantizado:** $_____

   **Amount of the claim that is unsecured /**
   **Importe de la reclamación que no está garantizado:** $_____
   (The sum of the secured and unsecured amounts should match the amount in line 7.)
   (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

   **Amount necessary to cure any default as of the Petition Date /**
   **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____

   **Annual Interest Rate** (on the Petition Date)
   **Tasa de interés anual** (cuando se presentó el caso)_____%
   ☐ Fixed / Fija
   ☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
   Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.      $ _____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 26 de junio 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma Wanda Ivelisse Morales Colón

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Wanda Ivelisse Morales Colón
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección P.O. Box 1713
Number / Número    Street / Calle

Coamo P.R. 00769
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-356-4963   Email / Correo electrónico _____

Modified Official Form 410    Proof of Claim    page 4

## Pay Stub 1

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 11/01/2009 | Aviso #: 7247400 |
| Hasta: | 11/15/2009 | Fecha Aviso: 11/13/2009 |

WANDA I MORALES COLON
PO BOX 1713
COAMO, PR 00769
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,226.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,113.10 | 1,785.00 | | 24,488.20 |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | | 100.00 |
| Pensionados - Bono Verano | | 0.00 | | | 100.00 |
| **Total:** | | **1,113.10** | **1,785.00** | | **24,688.20** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 133.57 | 2,938.54 |
| CO-COOP DEPT INSTR | 50.00 | 1,100.00 |
| SC-AMER FAM LIFE ASS CO | 68.63 | 1,509.86 |
| SM-Preferred Health | 0.00 | 280.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 751.52 |
| **Total:** | **252.20** | **6,579.92** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 0.00 | 700.00 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 1,113.10 | 24,688.20 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 252.20 | 6,579.92 |
| Paga Neta | 860.90 | 18,108.28 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7247400 | 860.90 |
| Total: | 860.90 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

MENSAJE:

---

## Pay Stub 2

**Estado Libre Asociado de Puerto Rico**
592 - Sistema de Retiro Maestro-Pens

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 03531361 |
| Desde: | 12/01/2008 | |
| Hasta: | 12/15/2008 | Fecha: 12/15/2008 |

WANDA I MORALES COLON
PO BOX 1713
COAMO PR 00769
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Oficina: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,226.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,113.10 | 645.00 | | 8,904.80 |
| Pago Retro Pensionados | | 0.00 | | | 1,328.53 |
| **Total:** | | **1,113.10** | **645.00** | | **10,233.33** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 133.57 | 1,202.13 |
| AE-Asoc Emp ELA-Prest Regular | 93.94 | 93.94 |
| SM-Preferred Health | 142.00 | 1,136.00 |
| CO-COOP DEPT INSTR | 50.00 | 250.00 |
| **Total:** | **419.51** | **2,682.07** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 0.00 | 400.00 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 1,113.10 | 10,233.33 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 419.51 | 2,682.07 |
| Paga Neta | 693.59 | 7,551.26 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03531361 | 693.59 |
| Total: | 693.59 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado: