Wanda I. Morales [illegible]
P.O. Box 1713
Loomo PR 00 969

Secretaria (Clerks Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767