12 de enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Por la presente se hace llegar la evidencia solicitada para el caso PROMESA Título III Núm 17-BK-3283-LTS, referente a la deuda de dinero que el Estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico tienen con esta servidora. Mi número de reclamante es el número 32813 y el 33333.

Esta evidencia no había podido ser suministrada, ya que al momento de someter la documentación para la reclamación, no la tenia en mi poder. Es por esto que se envía esta evidencia junto a esta carta explicativa solicitando respetuosamente que considere y valore la misma.

He sido empleada pública regular para el Gobierno de Puerto Rico desde Septiembre 1999. Durante todos estos años aporte a mi plan de Retiro de los Empleados del Gobierno, religiosamente. Es por esto que evidencio la cantidad contenida ahorrada hasta el año 2017, año donde cambio la ley de retiro para los empleados públicos en mi país Puerto Rico.

El monto de la reclamación es de $43, 056.99

Respetuosamente,

Jannette M. Brito Núñez
Claim # 32813 / 33333
#76 Calle Nemesia Arrroyo Bo. Paris
Mayagüez, PR 00680
(939) 865-9443

Adj: *Certificación de Balances de Aportación Estimados*
    *Estado de Cuenta Estimado*

RECEIVED & FILED
2020 JAN 16 PM 3:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.