**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JANNETTE BRITO NUNEZ**  
BO PARIS  
76 CALLE NEMESIA ARROYO  
MAYAGUEZ, PR 00680

Seguro Social: XXX-XX-0109

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADM. REHAB. VOCACIONAL |
| Años de Servicio: | 18 |
| Balance de Aportaciones: | $43,056.99 |

Esta certificación fue emitida el 26 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122646156560

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov


RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

26 de diciembre de 2019

Agencia: 409 - ADM. REHAB. VOCACIONAL

JANNETTE BRITO NUNEZ
BO PARIS
76 CALLE NEMESIA ARROYO
MAYAGUEZ, PR 00680

Seguro Social: XXX-XX-0109

A base de la información en nuestros registros, al 26 de diciembre de 2019 usted posee:

**Fecha de Nacimiento:** 25 de septiembre de 1976  **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 30 de septiembre de 1999
**Fecha de Comienzo de Cotización:** 30 de septiembre de 1999

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 14.00 |
| Aportaciones: | $24,736.65 |
| Intereses: | $4,310.57 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $29,047.22 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $12,963.80 |
| Intereses: | $1,045.97 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $14,009.77 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

