Jannelle L. Batyhuñen
#76 Calle Nemesia Onoyo
Bo- Paris Hatapicis
Hatapicis PR 00680

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
JAN 14, 20
AMOUNT
$6.85
R2304Y122255-99

2020 JAN 16

7016 2710 0001 0854 9290

CERTIFIED MAIL

Secretaricu (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767