| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| AYALA BAEZ, ASTRID M | 81662 | 6/20/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| AYALA BAEZ, ASTRID M | 81662 | 6/20/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Astrid M. Ayala Baez* (signature)

***CUST PR 1845 SRF 38154 PackID: 697 MMLID: 960923 SVC: 96th Omni
AYALA BAEZ, ASTRID M
URB TREASURE VLY
K3 CALLE ARGENTINA
CIDRA, PR 00739-3614

000697

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

*Ley Promesa*
*# de Reclamacion*
*91058*
*81662*

# C E R T I F I C A C I O N

Certifico que la Sra. **ASTRID M. AYALA BAEZ,** Seguro Social **XXX-XX-4640,** prestó servicios para la Administración de Desarrollo Socioeconómico, adscrita al Departamento de la Familia, **desde el 1 de abril de 1978 hasta el 18 de julio de 2010**, fecha de efectividad de su renuncia.

La señora **Ayala Báez** ocupaba un puesto con estatus regular en el Servicio de Carrera como Técnico de Asistencia Social y Familiar III.

Certifico Correcto, hoy 20 de septiembre de 2019, en San Juan, Puerto Rico.

*Nerita Molina Ríos*
*Administradora Auxiliar*
*Oficina de Recursos Humanos*

/MPR

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building    PO Box 8000, San Juan, PR 00910-0800    787.289-7600
Oficina de Recursos Humanos, División de Servicios al Empleado

*Astrid M. Ayala Báez*