Astrid M. Ayala Báez
urb. Treasure Valley
Calle Argentina K-3
Cidra, P.R. 00739

RECEIVED & FILED
2020 JAN 16 PM 3:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk Office
United States court
Room 150 federal BLDG
San Juan, P.R. 00918-1767