13 de enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Por la presente se hace llegar la evidencia solicitada para el caso PROMESA Título III Núm 17 BK 03283-LTS, referente a la deuda de dinero que el Estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico tienen con esta servidora. Mi número de reclamante es el número 49942.

Esta evidencia no había podido ser suministrada ya que al momento de someter la documentación para la reclamación no la tenía en mi poder. Es por esto que se envía esta evidencia junto a esta carta explicativa solicitando respetuosamente que considere y valore la misma.

He sido empleada pública regular para el Gobierno de Puerto Rico desde agosto 2002. Durante todos estos años aporté a mi plan de Retiro de los Empleados del Gobierno consistentemente. Es por esto que evidencio la cantidad contenida ahorrada hasta el año 2017, año donde cambió la ley de retiro para los empleados públicos en Puerto Rico.

El monto de la reclamación es de $44,448.74.

Respetuosamente,

Carmen T. Camacho Andújar
Claim #49942
HC 1 Box 3162
Boquerón PR 00622-9715

Adj: *Certificación de Balances de Aportación Estimados*
    *Estado de Cuenta Estimado*

RECEIVED & FILED
2020 JAN 16 PM 3:39
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR