GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: CARMEN CAMACHO ANDUJAR**                                          Seguro Social: XXX-XX-6232

HC 1 BOX 3162

BOQUERON, PR 00622

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADM. REHAB. VOCACIONAL |
| Años de Servicio: | 13.08 |
| Balance de Aportaciones: | $44,448.74 |

Esta certificación fue emitida el 20 de septiembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019092044559069

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

20 de septiembre de 2019

Agencia: 409 - ADM. REHAB. VOCACIONAL

CARMEN CAMACHO ANDUJAR
HC 1 BOX 3162
BOQUERON, PR 00622

Seguro Social: XXX-XX-6232

A base de la información en nuestros registros, al 20 de septiembre de 2019 usted posee:

**Fecha de Nacimiento:** 23 de julio de 1972  **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 26 de agosto de 2003
**Fecha de Comienzo de Cotización:** 26 de agosto de 2003

| *Ley Anterior al 30 de junio de 2013* | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|
| Años Acreditados: | 9.08 | Tiempo Trabajado: | 13.08 |
| Aportaciones: | $23,588.88 | Aportaciones: | $38,280.31 |
| Intereses: | $1,462.60 | Intereses: | $6,107.06 |
| Gastos Teneduría: | ($61.37) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $25,051.48 | Total Aportaciones: | $44,387.37 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes


RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov