7016 2730 0001 0854 9313

Carmen T. Camacho Anchjar
HC 1 Box 3162
Boquerón PR 00622-9715

CERTIFIED MAIL

RECEIVED & FILED
2020 JAN 16 PM 3: 39

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
BOQUERON, PR
00622
JAN 14, 20
AMOUNT
$6.85
R2304N118474-04

00918