14 de enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

**NUM. RECLAMACION: 47623, 37867**

A quien pueda interesar:

Yo, Yadira I. Passapera Sepúlveda comencé a trabajar para el Gobierno de Puerto Rico en el Departamento de la Familia, ADFAN desde el 8 de marzo de 1994. Desde entonces me desempeño como Auxiliar de Sistemas de Oficina III.

Solicito se continúe el proceso de demanda por el salario mínimo y retiro, y que dichas querellas signan el curso correspondiente. De haber alguna duda favor de comunicarse al (787) 643-1781.

Yadira I. Passapera Sepúlveda
Auxiliar Sistema Oficina III