Yadira I. Passapera
Uillas de Buenaventura
389 Calle Aralibo
Yabucoa PR. 00767



SAN JUAN, P.R
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 JAN 16  PM 3: 42

RECEIVED & FILED

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR. 00918-1767