14 enero 2020

To: Ley Promesa # 17-03283 Secretaría Tribunal, ~~N.Y. Nueva York~~ Puerto Rico

From: Lydia E Collazo Nieves -0840
Urb. Santa María Calle Divina Providencia
# 7144 Ponce, Puerto Rico 00717-1019
# Celular 787-259-4148
Email nanlyd1968@gmail.com

Reclamaciones

1. 91584 vs. Estado Libre Asociado de Puerto Rico Departamento de Educación Fundamento: Ley 96 Costo de Vida
2. 94640 vs. Estado Libre Asociado de Puerto Rico Departamento de Educación Ley 34 Ingenio Laboral Roselló
3. 92983 Estado Libre Asociado de Puerto Rico Departamento de Educación; Ley 164 Sila Calderón
4. 104956 Estado Libre Asociado de P.R. Departamento de Educación Ley 89 Romerazo.

Lydia E Collazo Nieves

RECEIVED & FILED 2020 JAN 16 PM 3:39 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

Asunto: Objeto. La denegación de mis reclamos bajo la ley promesa basado en que la información ofrecida por la corte federal en Ponce no nos informaron a base de llenar cantidades de dinero que debíamos reclamar, por que la cantidades se repartirían en partes iguales. Entregué la documetación, fue verificada por personal de la Corte Federal de Ponce y no objetaron que no había cantidad de dinero reclamada, ni donde deberíamos conseguir la información. Por tales razones necesto que sea revisada mi caso por tal denegación.

Estoy enviando esta carta porque supe que hasta hoy teníamos para responder la apelación a la denegación. No tengo documentos de la negación pues actualmente fui traslada de mi residencia a la de un familiar por razones de seguridad ya que mi pais está atravesando una crisis. Este está en emergencia por temblores, terremotos contantes. Las oficinas para obtener la información requerida para para enviarles estan cerradas. No hay luz y la documentación que enviaron fue precisamente cuando comenzó la crisis. O emergencias relacionadas con los temblores frecuentes y terremotos.

Debido a que tengo problemas de movilidad y problemas severos en mis manos me vi en la necesidad de escribir yo misma esta apelación la cual me tomó bastante tiempo y es por esto que salió a ésta fecha.

2

<u>Cantidades</u>

Basado en los documentos de mis reclamaciones No aparece ninguna cantidad en tales documentos para poder efectuar cálculos. Debido a que las denegaciones llegaron a mi en estado de emergencias en mi País Puerto Rico, las instituciones que podrían arrojarnos información para obtener una cantidad exacta, están cerradas. En conversaciones con personas las cuales le enviaron el dinero y que pueden tener un historial parecido al mio relacionado con el trabajo realizado por el Departamento de Educación estimo 2,300(91584) y básicamente más o menos para las 3 relaciones subsiguientes: 94640, 92983 y 104956. Necesito una oportunidad pasada a la emergencia en Puerto Rico para obtener información fidedigna de estos números.

Gracias,

*[signature]*

Esperando su pronta contestación

(3)