Lydia E Collazo Nieves
Urb. Santa Maria
7144 Duna Providencia
Ponce, Puerto Rico 00717-1019

7019 1640 0001 4364 4167

CERTIFIED MAIL

Secretaria Tribunal de Distrito de los
Estados Unidos
Federal Building Room 150
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
JAN 15, 20
AMOUNT
$6.85
R2304N117469-21