Proof of Claim: 80237
Claimant: LUGO DAMIANI, OLGA

*Ley 89 - Romerazo*

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. **What is the basis of your claim?**

    - [x] A pending or closed legal action with or against the Puerto Rican government
    - [x] Current or <u>former employment</u> with the Government of Puerto Rico
    - [x] Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _Ley 89 Romerazo aprobada en 1984_

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _Desconozco, ninguna oficina ha dado la cantidad y por motivo a Terremotos han habido daños estructurales y no hay sistema_

3. **Employment.** Does your claim relate to current or <u>former employment</u> with the Government of Puerto Rico?
    - ☐ No. *Please continue to Question 4.*
    - [x] Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed: _Departamento de Educación - Estado Libre Asociado de P-R_

Batch 2


99012340033695

Proof of Claim: 80237
Claimant: LUGO DAMIANI, OLGA — aparece #caso 17 BK 03566 LTS en documento enviado

3(b). Identify the dates of your employment related to your claim:
_1976 — 2004_

3(c). Last four digits of your social security number: _9284_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages  pagos para retirados por años de servicio
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☑ Other (Provide as much detail as possible. Attach additional pages if necessary).
  _Desde que la ley fue aprobada no he recibido ningún pago y me acogí al Sistema de Retiro en el 2004_

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
_Departamento de Educación - Estado Libre Asociado de P.R._

4(b). Identify the name and address of the court or agency where the action is pending:
_Tribunal de Distrito Federal de EU. Carr 14 Ponce, P.R._

4(c). Case number: _17 BK 03566 LTS_ ← (desconozco si es el # correcto pero es el que aparece)
_17 BK 03283 LTS_

4(d). Title, Caption, or Name of Case: _Ley Romerazo - Ley 89 pago por años de servicio_

4(e). Status of the case (pending, on appeal, or concluded): _Reclamo #80237_

4(f). Do you have an unpaid judgment? Yes / (No) (Circle one)
If yes, what is the date and amount of the judgment? _N/A_

Comencé a trabajar en agosto 1971 — hasta Fecha 29/julio/2004 cuando me acogí al sistema de Retiro para Maestros P.R. Nunca recibí pago de la Ley 89. Por causa de los terremotos en el Sur de P.R. las oficinas no están provistas de sistemas electrónicos por daños estructurales.

Me opongo a la Objeción global y someto información verificando como empleada del Dept. Educ. de P.R. Estado Libre Asociado de P.R.

990123400336954

*Número de Evidencia de Reclamación:* **50561**  *#50561 - Retiro de Maestros*
*Reclamante:* **Domiani, Olga Lugo** - *error en el nombre*
 *Lugo Damiani, Olga*

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - [ ] Empleo actual o anterior en el gobierno de Puerto Rico
    - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    La ley 62 (4/Sept/1992 ordena al Sistema de Retiro hacer ajuste otorgando un 3% del salario cada 3 años. Si mi salario anual es de $19,000 anual (aprox) Una 1/3 parte en un año sería $6,300 y hace que estoy retirada desde el 2,004 - hasta 2,019. Se multiplicaría esa cantidad por 5 (No sé como sería que ellos lo debieron haber hecho) Si hay deduccio...

*Número de Evidencia de Reclamación:*

*Reclamante*: **Domiani, Olga Lugo** (error)

Lugo Damiani, Olga

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de Educación de P.R. (ELA)**

3(b). Identifique las fechas de su empleo con relación a su reclamación: **Trabajé desde ago/1971 — dic 2004 y acogida al Retiro desde el 2004**

3(c). Últimos cuatro dígitos de su número de seguro social: **9284**

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

**La ley 62 (4/sept/1992) ordena otorgar ajuste salarial de un 3% del salario cada 3 años (Ley Promesa)**

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. **Junta de Retiro para Maestros - Dept. Educ. de P.R.**

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: **Tribunal Federal de EU para el Distrito de P.R.**

4(c). Número de caso: **17 BK 03283 LTS**

4(d). Título, epígrafe, o nombre del caso: **Título III Promesa**

*Número de Evidencia de Reclamación:* **50561**
*Reclamante:* **Domiani, Olga Lugo** (error)
Lugo Damiani, Olga

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / ~~No~~ (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
N/A

Adjunto envío evidencia de año de jubilación y monto de pensión anual, copias de talonarios de pago de salario de los meses (abril - junio) 2019

** Dada la situación de terremotos en el área sur de P.R. las oficinas que pueden proveer la información fueron cerradas por daños estructurales q no tienen sistema de información para evidenciar datos.

En oposición a la objeción global, presento evidencia como empleada de ELA - Dept. Educ. de P.R. desde agosto 1971 - julio 2004 y acogida Sistema de Retiro para Maestros entre los años 2004 hasta el presente. (Acogida al Retiro desde 29/julio del 2004

Batch 5

3

