1ra quincena (otras)

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 04/01/2019
Hasta: 04/15/2019

Business Unit: PUERT
Aviso #: 0689186
Fecha Aviso: 04/15/2019

OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

SS: XXX-XX-9284

# Empleado: XXXXX9284
Dept: 592130-PENSIONADOS LEY 45
Lugar: PENSIONADOS LEY 45
Titulo: Pensionado
Sueldo: $1,599.57 Monthly

DATA IMP:    Federal    PR
Estado Civil: Married   Married
Concesiones:  0         39 +99
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 799.79 | 562.50 | 5,598.53 |
| Total: | | | 799.79 | 562.50 | 5,598.53 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 374.36 |
| SC-AMER FAM LIFE ASS CO | 33.60 | 235.20 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 12.25 |
| AS-ASOC PENSIONADOS | 1.00 | 7.00 |
| Ahorros-AEELA | 23.99 | 167.93 |
| Total: | 113.82 | 796.74 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Humana Health Advantage | 0.00 | 300.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 799.79 | 0.00 | 113.82 | 685.97 |
| Acumulado: | 5,598.53 | 0.00 | 796.74 | 4,801.79 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #0689186 | 685.97 |
|---|---|
| Total: | 685.97 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/15/2019

Aviso No.
0689186

Cant. Deposito:  $685.97

TRAY 102 SQ 25360**********SCH 5-DIGIT 00730    25360 2 AV 0.383
OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $685.97 |
| Total: | | $685.97 |

**NO-NEGOCIABLE**

2da quincena

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/16/2019 |
| Hasta: | 04/30/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 0984064 |
| Fecha Aviso: | 04/30/2019 |

**OLGA LUGO DAMIANI**
PO BOX 7973
PONCE PR 00732-7973

SS: XXX-XX-9284

| | |
|---|---|
| # Empleado: | XXXXX9284 |
| Dept: | 592130-PENSIONADOS LEY 45 |
| Lugar: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,599.57 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 799.79 | 645.00 | 6,398.32 |
| Total: | | | 799.79 | 645.00 | 6,398.32 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cupta-Ret Mae | 53.48 | 427.84 |
| SC-AMER FAM LIFE ASS CO | 33.60 | 268.80 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 14.00 |
| AS-ASOC PENSIONADOS | 1.00 | 8.00 |
| Ahorros-AEELA | 23.99 | 191.92 |
| Total: | 113.82 | 910.56 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Humana Health Advantage | 100.00 | 400.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 799.79 |
| Acumulado: | 6,398.32 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 113.82 |
| | 910.56 |

### PAGA NETA

| | |
|---|---|
| | 685.97 |
| | 5,487.76 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0984064 | 685.97 |
| Total: | 685.97 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE: 'Aprovecha las Oportunidades de Movilidad visita la www.OATRH.PR.GOV'

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/30/2019

Aviso No.
0984064

Cant. Deposito: ____$685.97____

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $685.97 |
| Total: | | $685.97 |

TRAY 102 SQ 25360**********SCH 5-DIGIT 00730    25360 2 AV 0.383
OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

# NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | Desde: | 05/16/2019 | Aviso #: 1490071 |
| | | | | Hasta: | 05/31/2019 | Fecha Aviso: 05/30/2019 |

| OLGA LUGO DAMIANI | # Empleado: | XXXXX9284 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 7973 | Dept: | 592130-PENSIONADOS LEY 45 | Estado Civil: | Married | Married |
| PONCE PR 00732-7973 | Lugar: | PENSIONADOS LEY 45 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-9284 | Sueldo: | $1,599.57 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 799.79 | 817.50 | 7,997.90 |
| **Total:** | | | **799.79** | **817.50** | **7,997.90** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 534.80 |
| SC-AMER FAM LIFE ASS CO | 33.60 | 336.00 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 17.50 |
| AS-ASOC PENSIONADOS | 1.00 | 10.00 |
| Ahorros-AEELA | 23.99 | 239.90 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Humana Health Advantage | 100.00 | 500.00 |

| Total: | 0.00 | 0.00 | Total: | 113.82 | 1,138.20 | * Tributable |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 799.79 | 7,997.90 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 113.82 | 1,138.20 |
| Paga Neta | 685.97 | 6,859.70 |

### PTO HORAS ACUM
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| Aviso #1490071 | 685.97 |
| Total: | 685.97 |

MENSAJE: "Aprovecha las Oportunidades de Movilidad visita la www.OATRG.PR.GOV"

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/30/2019

Aviso No.
1490071

Cant. Deposito: $685.97

### DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $685.97 |
| Total: | | $685.97 |

TRAY 102 SQ 25360**********SCH 5-DIGIT 00730    25360 2 AV 0.383
OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/01/2019 |
| Hasta: | 05/15/2019 |

Business Unit: PUERT
Aviso #: 1195748
Fecha Aviso: 05/15/2019

**OLGA LUGO DAMIANI**
PO BOX 7973
PONCE PR 00732-7973

SS: XXX-XX-9284

| | |
|---|---|
| # Empleado: | XXXXX9284 |
| Dept: | 592130-PENSIONADOS LEY 45 |
| Lugar: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,599.57 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 799.79 | 727.50 | 7,198.11 |
| **Total:** | | | 799.79 | 727.50 | 7,198.11 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 481.32 |
| SC-AMER FAM LIFE ASS CO | 33.60 | 302.40 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 15.75 |
| AS-ASOC PENSIONADOS | 1.00 | 9.00 |
| Ahorros-AEELA | 23.99 | 215.91 |
| **Total:** | 113.82 | 1,024.38 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Humana Health Advantage | 0.00 | 400.00 |

* Tributable

## TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 799.79 | 0.00 | 113.82 | 685.97 |
| Acumulado: | 7,198.11 | 0.00 | 1,024.38 | 6,173.73 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1195748 | 685.97 |
| + Acumulado: | | | | |
| - Utilizado: | | | **Total:** | 685.97 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/15/2019

Aviso No.
1195748

Cant. Deposito: $685.97

TRAY 102 SQ 25360**********SCH 5-DIGIT 00730    25360 2 AV 0.383
OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $685.97 |
| **Total:** | | $685.97 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2019 |
| Hasta: | 06/15/2019 |

Business Unit: PUERT
Aviso #: 1700838
Fecha Aviso: 06/14/2019

OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

SS: XXX-XX-9284

| | |
|---|---|
| # Empleado: | XXXXX9284 |
| Dept: | 592130-PENSIONADOS LEY 45 |
| Lugar: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,599.57 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 799.79 | 892.50 | | 8,797.69 |
| Total: | | 799.79 | 892.50 | | 8,797.69 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 588.28 |
| SC-AMER FAM LIFE ASS CO | 33.60 | 369.60 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 19.25 |
| AS-ASOC PENSIONADOS | 1.00 | 11.00 |
| Ahorros-AEELA | 23.99 | 263.89 |
| Total: | 113.82 | 1,252.02 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Humana Health Advantage | 0.00 | 500.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 799.79 | 0.00 | 113.82 | 685.97 |
| Acumulado: | 8,797.69 | 0.00 | 1,252.02 | 7,545.67 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1700838 | 685.97 |
| Total: | 685.97 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/14/2019

Aviso No.
1700838

Cant. Deposito: $685.97

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $685.97 |
| Total: | | $685.97 |

TRAY 102 SQ 25360*************SCH 5-DIGIT 00730    25360 2 AV 0.383
OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 06/16/2019
Hasta: 06/30/2019

Business Unit: PUERT
Aviso #: 1952771
Fecha Aviso: 06/28/2019

OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

SS: XXX-XX-9284

# Empleado: XXXXX9284
Dept: 592130-PENSIONADOS LEY 45
Lugar: PENSIONADOS LEY 45
Titulo: Pensionado
Sueldo: $1,599.57 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39+99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 799.79 | 967.50 | 9,597.48 |
| Total: | | | 799.79 | 967.50 | 9,597.48 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 641.76 |
| SC-AMER FAM LIFE ASS CO | 33.60 | 403.20 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 21.00 |
| AS-ASOC PENSIONADOS | 1.00 | 12.00 |
| Ahorros-AEELA | 23.99 | 287.88 |
| Total: | 113.82 | 1,365.84 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Humana Health Advantage | 100.00 | 600.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 799.79 | 0.00 | 113.82 | 685.97 |
| Acumulado: | 9,597.48 | 0.00 | 1,365.84 | 8,231.64 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

Aviso #1952771    685.97
Total:    685.97

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 06/28/2019

Aviso No. 1952771

Cant. Deposito: _$685.97_

TRAY 102 SQ 25360**********SCH 5-DIGIT 00730    25360 2 AV 0.383
OLGA LUGO DAMIANI
PO BOX 7973
PONCE PR 00732-7973

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $685.97 |
| Total: | | $685.97 |

**NO-NEGOCIABLE**

## Formulario / Form 499R-2/W-2 PR Rev. 07.08

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: OLGA
Apellido(s) - Surname(s): LUGO DAMIANI
Dirección Postal del Empleado - Employee's Mailing Address: PO BOX 7973

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
D592130 PEN LEY45
JUNTA RETIRO MAESTROS PENSIONA
EDIF. CAPITAL CENTER TORRE NOR
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00919

3. Núm. Seguro Social - Social Security No.:
4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día 29 Mes 07 Año 2004
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 45536.24

Copia C para Récord del Empleado
Copy C for Employee's Records

Año / Year: **2008**

Número de Control - Control Number: 017491757

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 19194.96
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 19194.96
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 0.00
14. Fondo de Retiro - Retirement Fund: 0.00
15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 0.00
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

---

## Formulario / Form 499R-2/W-2 PR Rev. 07.09

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: OLGA
Apellido(s) - Surname(s): LUGO DAMIANI
Dirección Postal del Empleado - Employee's Mailing Address: PO BOX 7973
PONCE, PR 00732

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
D592130 PEN LEY45
SISTEMA DE RETIRO MAESTRO-PENS
EDIF. CAPITAL CENTER TORRE NOR
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00919

3. Núm. Seguro Social - Social Security No.:
4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día 29 Mes 07 Año 2004
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 45536.20

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año / Year: **2009**

Número de Control - Control Number: 004420777

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 19194.96
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 19194.96
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 0.00
14. Fondo de Retiro - Retirement Fund: 0.00
15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 0.00
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR — Year 2010

**Formulario** Form 499R-2/W-2 PR Rev. 05.10

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia B para Planilla del Empleado — Copy B for Employee's Tax Return
**Año / Year: 2010**

1. Nombre - First Name: OLGA
Apellido(s) - Surname(s): LUGO DAMIANI
Dirección Postal del Empleado - Employee's Mailing Address:
PO BOX 7973
PONCE, PR 00732

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L59200130 PEN LEY45
SISTEMA DE RETIRO MAESTRO-PENS
EDIF. CAPITAL CENTER TORRE NOR
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00919

Número de Control - Control Number: 107820622

3. Núm. Seguro Social - Social Security No.:
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día 29 Mes 07 Año 2004
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 45536.20

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 19194.96
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 19194.96
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 0.00
14. Fondo de Retiro - Retirement Fund: 0.00
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 0.00
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00
24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010: 0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau
Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR — Year 2012

**Formulario** Form 499R-2/W-2 PR Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia B para Planilla del Empleado — Copy B for Employee's Tax Return
**Año / Year: 2012**

1. Nombre - First Name: OLGA
Apellido(s) - Surname(s): LUGO DAMIANI
Dirección Postal del Empleado - Employee's Mailing Address:
PO BOX 7973
PONCE, PR 00732

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
D592130 PEN LEY45
SISTEMA DE RETIRO MAESTRO-PENS
EDIF. CAPITAL CENTER TORRE NOR
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00919

Número Control - Control Number: 125744388

3. Núm. Seguro Social - Social Security No.:
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día 29 Mes 07 Año 2004
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 45536.20
6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6B. Donativos - Charitable Contributions: 0.00

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 19194.96
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 19194.96
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 0.00
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 0.00
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 0.00
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau
Reproducido por: Departamento de Hacienda

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

AÑO CONTRIBUTIVO - TAXABLE YEAR: 2014

S140008
Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

☐ Enmendado - Amended: ___/___/___

### INFORMACION DEL PAGADOR - PAYER'S INFORMATION

**Núm. de Identificación Patronal** - Employer Identification Number
660433481

**Nombre** - Name
SISTEMA DE RETIRO MAESTRO-PENS

**Dirección** - Address
EDIF. CAPITAL CENTER TORRE NOR
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR

**Código Postal** - Zip Code  00919

### INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

**Núm. de Seguro Social** - Social Security No.

**Nombre** - Name
OLGA LUGO DAMIANI

**Dirección** - Address
PO BOX 7973
PONCE, PR

**Código Postal** - Zip Code  00732

**Fecha en que comenzó a recibir la pensión** - Date on which you started to receive the pension
Dia 29  Mes 07  Año 2004

### Marque el encasillado correspondiente - Check the corresponding box:

**Forma de Distribución** - Form of Distribution:
☐ Total / Lump Sum  ☐ Parcial / Partial  ☒ Anualidad o Pagos Periódicos / Annuity or Periodic Payments

**Tipo de Plan o Anualidad** - Plan or Annuity Type:
☒ Gubernamental / Governmental  ☐ Privado Calificado / Qualified Private  ☐ No Calificado / Non Qualified

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 14. Cantidad Distribuida / Amount Distributed | 19494.96 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 15. Cantidad Tributable / Taxable Amount | 19194.96 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 45536.20 | 16. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Anualidad o Pagos Periódicos / Tax Withheld from Annuity or Periodic Payments | 0.00 | 17. Desglose de Cantidad Distribuida / Breakdown of Amount Distributed | |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | A. Aportaciones Diferidas / Deferred Contributions | |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | B. Aportaciones Voluntarias / After-Tax Contributions | |
| 8. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distribution of Qualified Plans (10%) | | C. Ingreso Generado / Income Accretion | |
| 9. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | D. Otros / Others | |
| 10. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | | E. Total (Sume líneas 17A a la 17D) / Total Add lines 17A through 17D | |
| 11. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 16. Código de Distribución / Distribution Code | A |
| 12. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresidents Distributions | | Razones para el Cambio / Reasons for the Change | |
| 13. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | | |

**Número de Cuenta** / Account Number

**Número de Control** / Control Number
000368752

**Número de Control de la Declaración Informativa Original** / Control Number of Original Informative Return

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

Reproducido por: Departamento de Hacienda

ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.