From: Olga Lugo Damiani
Box 7973
Ponce, P.R. 00732



U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
JAN 14, 20
AMOUNT
**$0.85**
R2303S102801-02

RECEIVED & FILED
2020 JAN 16 PM 3:43
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR



Document Mailer

To: Secretaría / Clerk's Office
Tribunal de Distrito de los EU
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

00918-170399