TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:
**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**

Como representante de

**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**
Deudores

PROMESA, Título III

Núm. 17 BK 3283-LTS

La presente radicación guarda relación con el ELA.

NÚMERO DE EVIDENCIA DE RECLAMACION: 21147

NOMBRE DEL RECLAMANTE: Eufemia Rivera Rivera

**MOCION
RADICACION DE REPLICA**

1. Eufemia Rivera, dirección Urb. Brisas del Mar, calle Mar Caribe #100, Isabela, P.R. 00662 con número de teléfono 787-531-6598 y correo electrónico riverafmk@ymail.com últimos digito de seguro social 4510.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 40,mil, en el Departamento de la Familia Isabela con fecha de empleo que comencé 1992 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

_[firma]_
13/1/2020

SRF 35902

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

> ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.
>
> LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.

16 de Septiembre de 2019

Asunto:   Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación **21147**. Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y <u>no</u> se limite simplemente a copiar la misma información.

Batch 5

1

Número de Evidencia de Reclamación: **21147**
Reclamante: **RIVERA RIVERA, EUFEMIA**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
aproximadamente de 40 mil a 45, desconozco monto. estoy pidiendo ajuste de salario, no tengo específico, vengo del salario básico actual, por lo que desconozco monto.

Batch 5

*Número de Evidencia de Reclamación:* **21147**

*Reclamante:* **RIVERA RIVERA, EUFEMIA**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de la familia (ADFAN)_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _desde 1992 — hasta el presente_ _2004_

3(c). Últimos cuatro dígitos de su número de seguro social: _4510_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☒ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). _Reclamo salarial_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento de la familia_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Dept Fam_

4(c). Número de caso: _17-03283_

4(d). Título, epígrafe, o nombre del caso: _Dept. de la Fam. y Deudores Públicos Unidos_

Batch 5

2

99012340041902I

*Número de Evidencia de Reclamación:* **21147**
*Reclamante:* **RIVERA RIVERA, EUFEMIA**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
*pendiente de resolución (en apelación pr Servidor Público Unido)*

4(f). ¿Tiene usted una sentencia impaga? (Sí)/ No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
*desconozco*

*Sentencia Arbitraje*

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

SRF 35902

**\*\*\* Se requiere respuesta \*\*\***

ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.

LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.

16 de Septiembre de 2019

Asunto: Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación **26253**. Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y <u>no</u> se limite simplemente a copiar la misma información.

Batch 5

1



TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:
**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**

Como representante de

**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**

Deudores

PROMESA, Título III

Núm. 17 BK 3283-LTS

La presente radicación guarda relación con el ELA.

NÚMERO DE EVIDENCIA DE RECLAMACION: 26253

NOMBRE DEL RECLAMANTE: Eufemia Rivera Rivera

**MOCION
RADICACION DE REPLICA**

1. Eufemia Rivera Rivera, dirección Urb. Brisas del mar Calle mar Caribe #100 Isabela, P.R. con número de teléfono 787-531-6598 y correo electrónico Rivera.fmk2ymail.com, últimos digito de seguro social 4510.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 40 mil, en el Departamento de la Familia _____ con fecha de empleo que comencé 1992 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

POR TODO LO CUAL, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

1/13/2020

*Proof of Claim:* 26253
*Claimant:* Rivera Rivera, Eufemia

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**
   - ◼ A pending or closed legal action with or against the Puerto Rican government
   - ◼ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   $ 40,000.00 Aprox. (more or less)

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ◼ Yes. *Answer Questions 3(a)-(d).*

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de la Familia (Ad-Fam)

Batch 5



*Proof of Claim:* 26253
*Claimant:* Rivera Rivera, Eufemia

3(b). Identify the dates of your employment related to your claim: _1992 to present._

3(c). Last four digits of your social security number: _4510_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☒ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
  _reclamo salarial_

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
   - ☐ No.
   - ☒ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
_Departamento de la familia_

4(b). Identify the name and address of the court or agency where the action is pending:
_Departamento de la familia_

4(c). Case number: _17-3283_

4(d). Title, Caption, or Name of Case: _Estado Libre Asociado de Puerto Rico_

4(e). Status of the case (pending, on appeal, or concluded): _pending on appeal_

4(f). Do you have an unpaid judgment? (Yes) No (Circle one)
If yes, what is the date and amount of the judgment? _(unknown)_

**Batch 5**  2


990123400419022

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | | Tipo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | | | Aviso #: 5660677<br>Fecha Aviso: 01/15/2020 | |

| EUFEMIA RIVERA RIVERA<br>URB BRISAS DEL MAR<br>CALLE S CASA 100<br>ISABELA, PR 00662<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 123244-ISABELA<br>Aguadilla<br>Tecnico Servicios Familia III<br>$2,908.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>0 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,454.00 | 82.50 | 1,454.00 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| **Total:** | | | **1,454.00** | **82.50** | **1,754.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 21.08 | 25.43 |
| Fed OASDI/Disability - EE | 90.15 | 108.75 |
| PR Withholding | 60.23 | 79.45 |
| **Total:** | **171.46** | **213.63** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 123.59 | 149.09 |
| **Total:** | **123.59** | **149.09** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.89 | 2.89 |
| AE-Asoc Emp ELA-Prest Regular | 111.14 | 111.14 |
| SM-First Medical Health Plan | 10.75 | 10.75 |
| CO-COOP LA SAG FAMILIA | 50.00 | 50.00 |
| DM-FONDOS UNIDOS | 1.25 | 1.25 |
| OS-SERV PUBLICOS 009 B | 19.05 | 19.05 |
| Ahorros-AEELA | 43.62 | 52.62 |
| **Total:** | **238.70** | **247.70** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 48.71 | 58.76 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,454.00 | 0.00 | 171.46 | 362.29 | 920.25 |
| Acumulado: | 1,754.00 | 0.00 | 213.63 | 396.79 | 1,143.58 |

### Vacacion / Enfermedad / Tiempo Comp.

| | Horas | | Horas | | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: 0.00 | | Balance Previo: 0.00 | |
| + Acumulado: | 0.00 | + Acumulado: 0.00 | | + Acumulado: 0.00 | |
| - Utilizado: | 0.00 | - Utilizado: 0.00 | | - Utilizado: 0.00 | |
| Balance Final: | 0.00 | Balance Final: 0.00 | | Balance Final: 0.00 | |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5660677 | 920.25 |
| **Total:** | **920.25** |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

---

**Administracion Familia y Ninos**
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
01/15/2020

Aviso No.
5660677

**Cant. Deposito:** $920.25

**A la Cuenta(s) De**

EUFEMIA RIVERA RIVERA
URB BRISAS DEL MAR
CALLE S CASA 100
ISABELA, PR 00662
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 920.25 |
| **Total:** | | **920.25** |

## NO-NEGOCIABLE

SAN JUAN PR 009
14 JAN 2020 PM 2

Secretaría (Clerk's Office)
Tribunal de distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P. Rico
00918-1767

RECEIVED & FILED
JAN 16 PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Eufemio Rivera
Urb Poseo del Mar
Mar Contre #100
Isabela, P.R. 00662