Aracelis Nazario Torres
PO BOX 361204
San Juan, PR 00936-1204



7019 2280 0001 2800 7177





1000   00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JAN 14, 20
AMOUNT
$6.85
R2305H129083-29

Clerk's Office
Tribunal de Distrito de los EEUU
Room 150 Federal Building
Avenida Carlos Chardón 150
San Juan, PR 00918



2020 JAN 16 PM 3: 39
CLERK'S OFFICE
U.S. DISTRICT COURT

0091831703 C018

