14 de Enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

**NUM CASO: 17-03283-LTS**

A quien corresponda:

Comencé a trabajar para el Gobierno de Puerto Rico en el Departamento de la Familia para el 2 de abril de 2007. Desde entonces me he desempeñado como Técnico de Asistencia Social y Familiar I (TASF), realizando tareas iguales a un TASF III. Las funciones que realizo son superiores a los que indica los deberes de mi puesto y esto sin que el Departamento de la Familia lo compense con una reclasificación o remuneración. He solicitado la reclasificación de mi puesto desde el 2011 sin obtener respuesta alguna de la Agencia. Actualmente estoy devengando un salario bruto de $1,371 lo cual siento injusto porque entiendo cumplo con todos los requisitos y funciones necesarias para que se me conceda dicha petición. Actualmente el costo de vida ha ido en aumento, pero mi salario se mantiene igual, salario que mantiene a uno como empleado en un nivel de pobreza y con pocas esperanzas de ver un aumento sea justo de acuerdo el costo de vida actual y más cuando uno tiene familia.

Solicito se continúe el proceso de demanda por el salario mínimo, reclasificación de puesto junto con el retroactivo, por mi retiro y aumento salarial del cual estoy interesada en que dichas querellas sigan el curso correspondiente. De haber alguna duda se pueden comunicar al 787-206-8026 o al 787-614-1172 o mi email zairymartinez@gmail.com.

Cordialmente,

Zairy Martinez Martinez
TASF I



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

ZAIRY MARTINEZ MARTINEZ
HC-01 BOX 3026

Seguro Social: XXX-XX-4457

MAUNABO, PR 00707

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

Fecha de Nacimiento: 20 de enero de 1983                                   Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de mayo de 2007
Fecha de Comienzo de Cotización: 01 de mayo de 2007

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 6.02 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 6,545.80 | Aportaciones: | 3,451.62 |
| | | Intereses: | 2,096.88 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 7,649.36 | | |
| Tiempo: | 0.00 | Intereses: | 141.60 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **16,433.64** | **Total Aportaciones:** | **3,451.62** |
| **Beneficio:** | **0.00** | **Beneficio:** | **66.43** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • www.retiro.pr.gov



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### ZAIRY MARTINEZ MARTINEZ (175009)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-MAY-2007** |
| Años en Servicio: | **16.04** |
| Sueldo Bruto: | **$1,371.00** |
| Sueldo Neto: | **$700.33** |
| Balance Aportaciones*: | **$24,265.03** |
| Aportaciones Ley 106 **: | **$3,451.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500





Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Perfil Persona

### ZAIRY MARTINEZ MARTINEZ (175009)

Seguro Social: **XXX-XX-4457**  |  Fecha de Nacimiento: **20-ENE-1983**

*Última Actualización:*

En esta página puede modificar los datos registrados en el sistema.

( Cambiar Datos )

### Datos Personales

| | |
|---|---|
| Sexo: | **Femenino** |
| Estado Civil: | **No Disponible** |
| Lugar de Nacimiento: | **No Disponible** |

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

### Teléfonos de Contacto

| | |
|---|---|
| Residencial: | **(787) 206-8026** |
| Celular: | **No Disponible** |
| Compañia: | **No Disponible** |
| Trabajo: | **No Disponible** |

### Direcciones

| | |
|---|---|
| Postal: | **HC-01 BOX 3026,**<br>**MAUNABO, PR, 00707, USA** |
| Física: | **VILLAS DE MAUNABO, F-13 CALLE FLORES,**<br>**MAUNABO, PR, 00707, USA** |

### Información de Empleo

**01-May-2007**

Fecha del primer
nombramiento:

Clasificación: **CARRERA**

Aportación mensual: **8.50**

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940




DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Zairy Nadinez Nadinez
HC 1 Box 3026
Maunabo PR 00707

Secretaria
Tribunal de Distrito E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
2020 JAN 16 PM 3:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.