Réplica de Objecion Global

1. Datos de contacto.

Rafael Colón Negrón
Villa Del Carmen
Calle Saliente #1424
Ponce, P.R. 00716

787-433-0180

RECEIVED & FILED
2020 JAN 16 PM 3: 46
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

2. Epígrafe

A. Secretaria (Clerks Office)
Tribunal de Distrito de los E.U.
#150 Chardón Avenue
Federal Building
San Juan, Puerto Rico, 00918

B. Estado Libre Asociado de Puert, Rico y otros deudores

C. Número de Procedimiento 17BK-3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico.

E. Número de las evidencias de reclamos:

1) 105240 - Ley 180 - Pensión Retiro - Aumento Anual
   105506

2) 101160 - Ley 34 - Dr. Pedro Roselló
   101171

3) 109839 - Ley 89 del 79 - Prestación de Servicios
   Educativos a Departamento de Educación
   Ledo. Rafael Hernández Colón

3. El Tribunal no debe declarar a lugar
   la Objeción Global, debido a que son dineros
   adeudados en las siguientes leyes aprobadas
   por el Gobierno de Puerto Rico
        a. Ley 180
        b. Ley 34
        c. Ley 89 del 79

4 - Documentación Justificativa
   #s de Reclamación: 105240, 105506, 101160, 101171, 109839
        Años trabajados desde 1975 hasta el 2001. La restante
   evidencia no se puede enviar actualmente debido
   al recién terremoto que afectó a todas las
   agencias gubernamentales de P.R.

14 de enero de 2020

Nombre del Reclamante: Rosael Cilin Negrón

#ros de Reclamación : 105240, 105506, 101160, 101171, 109839

Centro de Procesamiento de Información Complementaria
del Estado Libre Asociado de Puerto Rico

Grand Central Station, PO Box 4708
New York, N.Y. 10163 - 4708

Reclamación de dinero adeudado:

1- Ley 89 (1979)      ...$26,400.00

2- Ley 180            ...$ 3,600.00

3- Ley 34             ...$ 1,200.00
                      _____
                      $31,200.00

Gracias Anticipadas

Cordialmente,

Rosael Colín Negrón

# teléf. 787-433-0180

Ponce, PR. 00716-2131