Rosael Colón Negrón
Villa Del Carmen
Calle Saliente #1424
Ponce, PR- 00716

SAN JUAN PR 009
15 JAN 2020 PM 2 L
FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 JAN 16 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918-133999