# Certificación de años de servicio en el Departamento de Educación

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

Nombre: Rosa J. Alvarado Torres
Núm. Reclamación: 11108
Sexo: F
Fecha de Nacimiento: 1945 septiembre 23

Tipo de Renta:
- Años de Servicios y Edad
  - Opcional ( )
  - Obligatoria ( X )
- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- Edad ( )
- Diferido ( )

Fecha de Retiro: 2000 julio 29
Edad al Retirarse: 54 años 10 meses
Servicios Acreditados: 33 años
Costo Anualidad: $ 31,442.23
Fecha de Efectividad: 2000 julio 29

Retiro Ley Núm. 44 de 2000

Cómputo de la Renta Anual:
a — Sueldo promedio mensual más alto durante tres años consecutivos a $ 1,819.44 ........ 1,182.63
X .75% X 30 años
(Por ciento)   (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) a su opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) a su opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b — Ajuste para llegar al Mínimo Establecido por Ley #44

| Años de Servicio | Edad | Incapacidad Física |
| --- | --- | --- |
| $ 181.95 | $ | $ |

............ 181.95

Diferencia Mínima o Renta Sistema Retiro
Renta Mensual Vitalicia ........ 1,364.
Renta Anual Vitalicia ........ 16,374

Computado: Lissaidy Morales    4 Enero 2001
Cotejado: Hugo E. Aponte Morán    4-1-01
Recomendado: Gloria E. Navas Pérez    10-1-01
Aprobado: Iraí A. Giménez López    12-1-01
Secretaria Ejecutiva

Carta al Sistema de Retiro de Maestros de Puerto Rico como evidencia de mi labor como maestra en el Departamento de Educación

26 de abril de 2001

Sra. Gloria E. Navas Pérez
Directora, Area de Servicios de Retiro
Junta de Retiro para Maestros
San Juan, Puerto Rico

Estimada Señora Navas:

Me acogí a los beneficios de Retiro para Maestros efectivo el 29 de julio de 2000. Para esa fecha tenía 35 años de servicio y 54 años. Sólo me faltaban 2 meses para cumplir 55 años y por problemas de enfermedad en la familia me fui con Ley 44 de Retiro Temprano. Mi número de seguro social es 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 y el número de caso es el 911.

El propósito de mi carta es notificar que de mi pensión me están cobrando indebidamente la aportación patronal desde el mes de octubre ya que cumplí 55 años el 23 de septiembre de 2000. He visitado la Oficina Regional de Ponce en varias ocasiones, le sacan copia a los talonarios y me dicen que lo envían a San Juan. Ya han pasado 7 meses de octubre a abril y todavía no he recibido respuesta.

Tengo la esperanza de que sea usted la persona indicada para que me pueda resolver el problema.

Le incluyo copia de los talonarios.

Gracias anticipadas por su ayuda.

Atentamente,

Rosa J. Alvarado Torres
582-96-203 – Caso #911

mda

Anexos

# Evidencia de Reclamación

**12. Is this claim subject to a right of setoff?**
☒ No / No
☐ Yes. Identify the property / Sí. Identifique el bien: _____

¿La reclamación está sujeta a un derecho de compensación?

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**
☒ No / No
☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $ _____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:
☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __25-junio-2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Rosa J. Alvarado Torres__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: __Rosa__ __Julia__ __Alvarado Torres__
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: __Maestra Departamento de Educación__

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección:
Number / Número _____ Street / Calle _____
City / Ciudad _____ State / Estado _____ ZIP Code / Código postal _____
Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

DEPARTAMENTO DE EDUCACION
ESCUELA DE LA COMUNIDAD
*S.U. ALFREDO BOCACHICA LEON*
VILLALBA PUERTO RICO

18 de mayo de 2000
FECHA

Sra. Rosa J. Alvarado
Maestra
Villalba Puerto Rico

Estimada señora: Alvarado:

Por la presente se le acepta la RENUNCIA de su plaza de Español

Secundario en la escuela de esta municipalidad para

ser efectiva el día 31 de julio de 2000.

Permítanos expresar a usted a nombre del Departamento de Educación y del

Municipio de Villalba su gratitud por los servicios prestados al sistema escolar y

desearle toda clase de éxitos en sus nuevas actividades.

Cordialmente,

Sr. Ruysdael Dávila
Director de Escuela

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Rosa J. Alvarado Torres | 33308 | F |

Tipo de Renta:
a— Años de Servicio y Edad         c— Incapacidad
   Opcional    ( )                    Ocupacional    ( )
   Obligatorio ( )                    No Ocupacional ( )
b— Edad ( )                         d— Diferida ( )*

Fecha de Nacimiento: 1945 ___ ___ (Año / Mes / Día)

Fecha de Retiro: 2000 / julio / 28

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 54 | 10 | 6 | 35 | — | — | — | $ 37,442.23 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad: 2000 / julio / 29

Retiro Ley Núm. __44__ de __2000__

Cómputo de la Renta Anual:                         tres
a— Sueldo promedio mensual más alto durante ~~cinco~~ años consecutivos a $ 1,819.44 ........ 1,182.6?
X   ~~.65%~~ 75  X   30 años
   (Por ciento)         (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

   ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

   ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley   #44

| Años de Servicio | Edad | Incapacidad Física | |
|---|---|---|---|
| $ 181.95 | $ | $ | $ |

........ 181.9?

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia ........ 1,364.5?

Renta Anual Vitalicia ........ 16,374.9?

| Computado | | Cotejado | |
|---|---|---|---|
| Linsaidy Morales | 4 Enero 2001 | p/: B. Ledouil  Hugo E. Aponte Morán | 4-1-01 |
| | Fecha | | Fecha |

| Recomendado: | | Aprobado: | |
|---|---|---|---|
| Gloria E. Navas Pérez | 11-1-01 | | Irma A. Giménez López |
| Directora Area Servicios de Retiro | Fecha | 12-1-01 Fecha | Secretaria Ejecutiva |

(stamp: Oficina de Finanzas / Documentos Preintervenidos / Fecha / Inicial)

| Gobierno de Puerto Rico | | Grupo de Pago: SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: 03/01/2019 | Aviso #: 0181600 |
| | | Hasta: 03/15/2019 | Fecha Aviso: 03/15/2019 |

| ROSA J ALVARADO TORRES | # Empleado: XXXXX2030 | DATA IMP: Federal PR |
|---|---|---|
| HC 2 BOX 5040 | Dept: 592110-Por Merito Ley 44 | Estado Civil: Single Married |
| VILLALBA PR 00766-9890 | Lugar: PENSIONADOS LEY 44 02700 | Concesiones: 0 39 +99 |
| | Titulo: Pensionado | Pct. Adcl.: |
| SS: XXX-XX-2030 | Sueldo: $1,447.69 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.908862 | 81.25 | 723.85 | 406.25 | 3,619.25 |
| Total: | | 81.25 | 723.85 | 406.25 | 3,619.25 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 112.50 | 562.50 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 17.50 |
| Total: | 116.00 | 580.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 200.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 723.85 | 0.00 | 116.00 | 607.85 |
| Acumulado: | 3,619.25 | 0.00 | 580.00 | 3,039.25 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0181600 | 607.85 |
| Total: | 607.85 |

MENSAJE: "Aprovecha las Oportunidades Movilidad visita la www.OATRH.PR.GOV"

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/15/2019

Aviso No.
0181600

Cant. Deposito: $607.85

TRAY 106 SQ 26509**************SCH 5-DIGIT 00751    26509 2 AV 0.383
ROSA J ALVARADO TORRES
HC 2 BOX 5040
VILLALBA PR 00766-9890

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $607.85 |
| Total: | | $607.85 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico  592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | | Grupo de Pago: SM -Quincenal  Desde: 03/16/2019  Hasta: 03/31/2019 | | Business Unit: PUERT  Aviso #: 0378343  Fecha Aviso: 03/29/2019 | |
|---|---|---|---|---|---|---|---|---|---|
| ROSA J ALVARADO TORRES  HC 2 BOX 5040  VILLALBA PR 00766-9890  SS: XXX-XX-2030 | | | | | # Empleado: XXXXX2030  Dept: 592110-Por Merito Ley 44  Lugar: PENSIONADOS LEY 44 02700  Titulo: Pensionado  Sueldo: $1,447.69 Monthly | | DATA IMP: Federal PR  Estado Civil: Single Married  Concesiones: 0 39+99  Pct. Adcl.:  Cant. Adcl.: | | |
| **HORAS E INGRESOS** | | | | | | | **IMPUESTOS** | | |
|  | | Corriente | | Acumulado | | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.908862 | 81.25 | 723.85 | 487.50 | 4,343.10 | | | | |
| Total: | | 81.25 | 723.85 | 487.50 | 4,343.10 | Total: | | 0.00 | 0.00 |
| **DEDUCCIONES** | | | | **DEDUCCIONES GENERALES** | | **BENEFICIOS PATRONALES PAGADOS** | | | |
| Descripcion | Corriente | Acumulado | | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | | SM-First Medical Health Plan | 112.50 | 675.00 | SM-First Medical Health Plan | 100.00 | 300.00 |
| | | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 21.00 | | | |
| Total: | 0.00 | 0.00 | | Total: | 116.00 | 696.00 | * Tributable | | |
| **TOTAL BRUTO** | | | | **TOTAL IMPUESTOS** | | **DEDUCCIONES TOTALES** | | | **PAGA NETA** |
| Corriente: | 723.85 | | | | | 0.00 | 116.00 | | 607.85 |
| Acumulado: | 4,343.10 | | | | | 0.00 | 696.00 | | 3,647.10 |
| **HRO HORAS** | **ACUM** | | | | | | **DISTRIBUCION PAGA NETA** | | |
| Balance Inicial: | 0.0 | | | | | | Aviso #0378343 | | 607.85 |
| + Acumulado: | | | | | | | | | |
| - Utilizado: | | | | | | | Total: | | 607.85 |
| - Donada: | | | | | | | | | |
| + Ajustes: | | | | | | | | | |
| Balance Final: | 0.0 | | | | | | | | |

MENSAJE:

Gobierno de Puerto Rico                Fecha                     Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS    03/29/2019                0378343

Cant. Deposito: ___$607.85___

| **DISTRIBUCION DE DEPOSITO DIRECTO** | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $607.85 |
| Total: | | $607.85 |

TRAY 106 SQ 26509***************SCH 5-DIGIT 00751   26509 2 AV 0.383
ROSA J ALVARADO TORRES
HC 2 BOX 5040
VILLALBA PR 00766-9890

JRM-3

**JRM**

GOBIERNO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

Para uso de la Junta

*Retiro Temprano*

SOLICITUD DE RETIRO
Años de Servicio y Edad – Edad – Diferido

Nota: Conteste todas las preguntas. Escriba a máquina o con tinta en letra de imprenta. Si no hay espacio suficiente use otro papel y adhiéralo a esta solicitud. LEA INSTRUCCIONES AL DORSO.

Por la presente solicito el Retiro, de acuerdo con las disposiciones de la Ley Núm. 218 del 6 de mayo de 1951, según subsiguientemente enmendada.

1. Nombre: Rosa  Apellido Paterno: J. Alvarado  Apellido Materno: Torres
2. Sexo: F ☒   M ☐
3. Núm. de Seguro Social: ___
4. Dirección Postal: Barriada Borinquen #11, Villalba, P.R. 00766
5. Fecha de Nacimiento: Mes ___ Día ___ Año 45
   Dirección Residencial: Bo Villalba Abajo, Villalba Sector Las Cumbres   Teléfono: 847-2307
6. Sitio de Nacimiento – Ciudad: Juana Díaz
7. Puesto que ocupa: Maestra
8. Distrito donde trabaja: Villalba
9. Fecha de efectividad de la pensión: 30-Jul-2000
10. Préstamo con el Sistema: Sí ☐   No ☒
    Clase: Hipotecario ☐   Personal ☐   Viaje Cultural ☐
11. Razón para el Retiro: Años de Servicio y Edad ☒   Diferido ☐
    Edad (60 años con 10 años y menos de 25 años de Servicio) ☐
12. Estado Civil: Soltero ☐   Divorciado ☐   Casado ☒   Viudo ☐   Separado ☐
13. Nombre del Cónyuge y su dirección: Pedro A. Díaz Camacho, Borinquen #11, Villalba, P.R. 00766
14. Nombre de hijos menores de 18 años de edad y fecha de nacimiento: Mónica Díaz Alvarado   Mes: abril   Día: 8   Año: 83

Fecha: 21-mayo-2000

Firma del Solicitante: Rosa J. Alvarado

CERTIFICACION DEL JEFE INMEDIATO
15. Certifico que Rosa J. Alvarado se halla actualmente en Servicio activo.

Uso de licencia (especifique): renuncia

Superintendente de Escuelas o Jefe de Personal de Departamento o Agencia

"Sirviéndole a la Clase Magisterial Puertorriqueña"