Rosa J. Alvarado Torres
Hc2 Box 5040
Villalba, P.R. 00766
No. de Reclamación: 67953




Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



RETURN RECEIPT
REQUESTED