**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 60530 / 60868

**NOMBRE DEL RECLAMANTE:** Leticia Hernández Cabán

**CORRECTIVA MOCION
RADICACION DE REPLICA**

1. Leticia Hernández Cabán dirección postal: P.O. Box 725 Aguadilla, P.R. 00605 con número de teléfono (787) 597-2035 y correo electrónico leticia.hdz29@gmail.com últimos digito de seguro social 1804.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 54,000, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 28-Diciembre-2000 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

P.O. Box 725
Victoria Station
Aguadilla, P.R. 00605

Leticia Hernández Cabán

RECEIVED & FILED
2020 JAN 16 PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.