| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | | Aviso #: 5145799<br>Fecha Aviso: 12/13/2019 |
|---|---|---|---|---|
| LETICIA HERNANDEZ CABAN<br>HC-4<br>BOX 46922<br>AGUADILLA, PR 00603<br>SS: 1804 | | # Empleado: 804<br>Dept: 127010-Aguadilla<br>Lugar: Aguadilla 2<br>Titulo: Tecnico Asist Soc y Fam III<br>Sueldo: $2,134.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0 + 4<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,067.00 | 1,867.50 | 24,541.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 617.22 |
| Total: | | | 1,067.00 | 1,867.50 | 25,758.22 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.47 | 373.49 |
| Fed OASDI/Disability - EE | 66.15 | 1,597.01 |
| PR Withholding | 15.11 | 390.74 |
| Total: | 96.73 | 2,361.24 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 90.70 | 2,086.10 |
| Total: | 90.70 | 2,086.10 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.67 | 61.41 |
| SM-First Medical Health Plan | 10.75 | 214.25 |
| DM-FONDOS UNIDOS | 2.50 | 57.50 |
| SC-TRIPLE-S VIDA INC | 12.83 | 295.09 |
| AE-Seguro por Muerte Asoc ELA | 6.98 | 160.54 |
| OS-SERV PUBLICOS 009 B | 16.01 | 368.23 |
| Ahorros-AEELA | 32.01 | 754.75 |
| AB-Asoc Emp ELA-Prest Regular | 0.00 | 6,378.16 |
| CO-COOP LA SAG FAMILIA | 0.00 | 340.00 |
| Total: | 83.75 | 8,629.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 35.74 | 862.80 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,067.00 | 0.00 | 96.73 | 174.45 | 795.82 |
| Acumulado: | 25,758.22 | 0.00 | 2,361.24 | 10,716.03 | 12,680.95 |

| Vacacion Horas | Enfermedad Horas | Tiempo Comp. Horas | DISTRIBUCION PAGA NETA |
|---|---|---|---|
| Balance Previo: 0.00<br>+ Acumulado: 0.00<br>- Utilizado: 0.00<br>Balance Final: 0.00 | Balance Previo: 0.00<br>+ Acumulado: 0.00<br>- Utilizado: 0.00<br>Balance Final: 0.00 | Balance Previo: 0.00<br>+ Acumulado: 0.00<br>- Utilizado: 0.00<br>Balance Final: 0.00 | Aviso #5145799 795.82<br><br>Total: 795.82 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/13/2019

Aviso No.
5145799

Cant. Deposito: $795.82

A la
Cuenta(s) De

LETICIA HERNANDEZ CABAN
HC-4
BOX 46922
AGUADILLA, PR 00603
Localizacion: Aguadilla 2

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 795.82 |
| Total: | | 795.82 |

## NO-NEGOCIABLE