Leticia Hernández Cabán
P.O. Box 725
Victoria Station
Aguadilla, P.R. 00605

RECEIVED & FILED
2020 JAN 16 PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-241199

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767