Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion:

Nombre: Luz Cortiz Lopez
Direccion Postal: PO BOX 340 Coroza l PR 00783
Direccion Residencial: Urb Palmas del Sur Calle 9 Cenza #141 Unions.

Num. de contacto:

Tel. 787-235-8644  Cel. 787-235-8644

Correo electronico: luzcortiz200@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

   1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

   2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

   3. Certificacion de empleo (Departamento de la Familia)

   4. Copia listado de Objecion Global- Anexo A

        (Donde se incluye informacion sobre la reclamacion)

   5. Otros: Cualquier otra evidencia que tengas



14 de enero/2020

A quien corresponda:

Solicito a que se proceda a realizer el ajuste salarial y que se ratifique la demanda.

14 de Enero de 2020

Por éste medio certifico haber solicitado certificación de empleo necesaria para someter la Radicación de Réplica (Objeción) de la Demanda de Promesa Titulo III. Tan pronto me sea enviada será debidamente entregada.

Gracias,

| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | Aviso #: 5398299<br>Fecha Aviso: 12/30/2019 |
| LUZ C ORTIZ LOPEZ<br>APARTADO 340<br>MOROVIS, PR 00687<br>SS: | # Empleado:<br>Dept: 123390-Bayamon<br>Lugar: Bayamon<br>Titulo: Trabajador Social I<br>Sueldo: $2,670.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 3 + 6<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,335.00 | 1,957.50 | 32,040.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | | 1,335.00 | 1,957.50 | 33,240.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.36 | 481.98 |
| Fed OASDI/Disability - EE | 82.77 | 2,060.88 |
| PR Withholding | 2.62 | 104.88 |
| Total: | 104.75 | 2,647.74 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 113.48 | 2,723.52 |
| Total: | 113.48 | 2,723.52 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.34 | 80.16 |
| AE-Asoc Emp ELA-Prest Regular | 194.67 | 4,396.42 |
| SM-First Medical Health Plan | 10.75 | 225.00 |
| CO-COOP LA SAG FAMILIA | 15.00 | 360.00 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-COOP DE SEGUROS DE VIDA | 34.30 | 823.20 |
| OS-SERV PUBLICOS 009 B | 18.00 | 432.00 |
| Ahorros-AEELA | 40.05 | 961.20 |
| Total: | 316.61 | 7,289.98 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 2,160.00 |
| FSED Disability Plan | 44.72 | 1,113.48 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,335.00 | 0.00 | 104.75 | 430.09 | 800.16 |
| Acumulado: | 33,240.00 | 0.00 | 2,647.74 | 10,013.50 | 20,578.76 |

| Vacaciones Horas | Enfermedad Horas | Tiempo Comp. Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|
| Balance Previo: 0.00 | Balance Previo: 0.00 | Balance Previo: 0.00 | | Aviso #5398299 | 800.16 |
| + Acumulado: 0.00 | + Acumulado: 0.00 | + Acumulado: 0.00 | | | |
| - Utilizado: 0.00 | - Utilizado: 0.00 | - Utilizado: 0.00 | | Total: | 800.16 |
| Balance Final: 0.00 | Balance Final: 0.00 | Balance Final: 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/30/2019

Aviso No.
5398299

**Cant. Deposito:** $800.16

A la
Cuenta(s) De
LUZ C ORTIZ LOPEZ
APARTADO 340
MOROVIS, PR 00687

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 800.16 |
| Total: | | 800.16 |

# NO-NEGOCIABLE

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

LUZ C ORTIZ LOPEZ
PO BOX 340

COROZAL, PR 00783

Seguro Social: XXX-XX-7339

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 20 de marzo de 1972
Fecha de Ingreso al Servicio Público: 23 de agosto de 2000
Fecha de Comienzo de Cotización: 23 de agosto de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 12 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 12,781.00 | Aportaciones: | 6,721.98 |
| | | Intereses: | 7,116.45 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 27,648.32 | | |
| Tiempo: | 0.00 | Intereses: | 2,550.78 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 50,096.55 | **Total Aportaciones:** | 6,721.98 |
| **Beneficio:** | 0.00 | **Beneficio:** | 229.11 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**U.S. POSTAGE PAID**
FCM LG ENV
MOROVIS, PR
00687
JAN 15, 20
AMOUNT
**$4.65**
R2305K134383-07

00918

CERTIFIED MAIL

7018 2290 0000 3473 7050

Secretaria
150 Carlos Chardon
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

Luz Colón López
PO Box 340
Corozal P.R. 00783

RECEIVED & FILED
2020 JAN 16 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.