

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

10 de junio de 2019

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

SANDRA MALDONADO GONZALEZ
URB SAN FELIPE
H 19 CALLE 8
ARECIBO, PR 00612

Seguro Social: XXX-XX-0143

A base de la información en nuestros registros, al 10 de junio de 2019 usted posee:

Fecha de Nacimiento: 01 de julio de 1961
Fecha de Ingreso al Servicio Público: 16 de junio de 1988
Fecha de Comienzo de Cotización: 16 de junio de 1988

Género: Femenino

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 1.92 |
| | | Aportaciones: | 9,824.92 | Aportaciones: | 4,247.87 |
| | | Intereses: | 778.69 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **25,080.71** | **Total Aportaciones:** | **10,603.61** | **Total Aportaciones:** | **4,247.87** |
| **Beneficio:** | **786.24** | **Beneficio:** | **58.63** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



## Sandra Maldonado Gonzalez

| | |
|---|---|
| **From:** | Mary Rodriguez Pagán <mrodriguez1@retiro.pr.gov> |
| **Sent:** | Monday, June 10, 2019 3:38 PM |
| **To:** | Sandra Maldonado Gonzalez |
| **Subject:** | Re: Certificación |
| **Attachments:** | SANDRA MALDONADO EC.pdf |

Buenas Tardes:
Adjunto documento solicitado.

De necesitar información adicional, puede comunicarse con uno de nuestros representantes del
Centro de Contacto al **(787) 777-1500**. En la Administración de los Sistemas de Retiro estamos para servirle.

Cordialmente,

*Mary Rodríguez Pagán*
*Orientadora de Servicios y Beneficios*
*Administración de los Sistemas de Retiro*
*para Empleados del Gobierno y la Judicatura*
*Centro Gubernamental Minillas*
*Torre Norte, PISO P*
*San Juan, PR 00940*
*PO Box 42003, San Juan, PR 00940-2203*
*(787)777-1500*
*www.retiro.pr.gov*

**From:** Sandra Maldonado Gonzalez <sandra.maldonado@familia.pr.gov>
**Sent:** Monday, June 10, 2019 10:47:49 AM
**To:** Mary Rodriguez Pagán
**Subject:** FW: Certificación

Buen día.

Adjunto certificación para la acción correspondiente.

Gracias y lindo día

**From:** digitalizacion@adsef.pr.gov [mailto:digitalizacion@adsef.pr.gov]
**Sent:** Monday, June 10, 2019 10:16 AM
**To:** Sandra Maldonado Gonzalez <sandra.maldonado@familia.pr.gov>
**Subject:**