Sandra Maldonado Gonzalez
Urb. San Felipe
Calle 8 Casa H19
Arecibo, P.R. 00612

7019 0700 0001 3971 7954

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 JAN 16 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767