13 de enero de 2020

*Nombre del tribunal*: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

*Deudores*: Commonwealth of Puerto Rico

*Número de procedimiento:* 17 BK 3283- LTS

*Título de la Objeción Global:* Notificación de la centésima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico

*Número de las evidencias de reclamos relacionados de Prime Clerk:*

a- 50530- Ley 89 Romerazo -(1 de julio de 1985). Esta ley fue expedida por el exgobernador, Carlos Romero Barceló en el 1984. Fue efectiva a partir del 1 de julio de 1985 otorgando un aumento salarial de $100.00 mensuales. Mi reclamación corresponde a que dicho aumento no se me adjudicó. Por lo cual se me adeuda la cantidad de $32,400. ($1,200 x 27 años).

Cordialmente,

*Zulma Colón Martínez*

Zulma Colón Martínez

HC-02 Box 9998

Juana Díaz, PR 00795

Teléfonos: (787) 260-7739; (787) 677-2786

Correo electrónico: zcolon96@yahoo.com