Zulma Colón Martinez
HC-02 Box 9998,
Juana Diaz, 00795
Puerto Rico

RECEIVED & FILED

2020 JAN 16  PM 3: 46

CLERK'S OFFICE
SAN JUAN

 

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JAN 14, 20
AMOUNT
**$7.45**
R2305K135197-05

1000

00918

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 1830 0001 2255 9668

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918 - 1767