Comprobante de Pensión del Sistema de Retiro de Maestros de Puerto Rico

### Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2019 |
| Hasta: | 06/15/2019 |
| Business Unit: | PUERT |
| Aviso #: | 1713856 |
| Fecha Aviso: | 06/14/2019 |

**ILIA M RIVERA GUZMAN**
URB LAS ALONDRAS
C17 CALLE 5
VILLALBA PR 00766-2316
SS: XXX-XX-9066

# Empleado: XXXXX9066
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A-OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,110.83 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

**HORAS E INGRESOS**

| Descripción | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,055.42 | 892.50 | 11,609.62 |
| | | | 1,055.42 | 892.50 | 11,609.62 |

**IMPUESTOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripción | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripción | Corriente | Acumulado |
|---|---|---|
| | 0.00 | 0.00 |

*Tributable

**TOTAL BRUTO**
Corriente: 1,055.42
Acumulado: 11,609.62

**TOTAL IMPUESTOS**
0.00
0.00

**DEDUCCIONES TOTALES**
0.00
0.00

**PAGA NETA**
1,055.42
11,609.62

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donado:
+ Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #1713856 — 1,055.42
Total: 1,055.42

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 06/14/2019

Aviso No. 1713856

Cant. Deposito: $1,055.42

TRAY 106 SQ 26722 **** SCH 5 DIGIT 00751   26322 2 AV 0.381
ILIA M RIVERA GUZMAN
URB LAS ALONDRAS
C17 CALLE 5
VILLALBA PR 00766-2316

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 127207449 | $1,055.42 |
| Total: | | $1,055.42 |

**NO-NEGOCIABLE**

# Evidencia de Reclamación

| | | | |
|---|---|---|---|
| Is this claim been acquired from someone else? / ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom? Sí. ¿De quién? _____ | | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Ilia M. Rivera Guzman<br>Name / Nombre<br><br>Calle 5 C-12 Las Alondras<br>Number / Número   Street / Calle<br><br>Villalba, PR. 00766<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto ____<br><br>Contact email / Correo electrónico de contacto ____ | Where should payments to the creditor be sent? (if different) / ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número   Street / Calle<br><br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto ____<br><br>Contact email / Correo electrónico de contacto ____ | |
| 4. Does this claim amend one already filed? / ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? / ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | | |

| Part 2 / Parte 2: | Give Information About the Claim as of the Petition Date<br>Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? / ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento Educación |
| 7. Do you supply goods and / or services to the government? / ¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

12. Is this claim subject to a right of setoff? / ¿La reclamación está sujeta a un derecho de compensación?

☒ No / No
☐ Yes. Identify the property / Sí. Identifique el bien _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? / ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No
☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $ _____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  20-julio-2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  _Ilia M. Rivera Guzmán_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Ilia Milagros Rivera Guzmán
   First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: maestra

Company / Compañía: Departamento de Educación
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: _____
   Number / Número   Street / Calle
   City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____