

Ilia M. Rivera Guzmán
Calle 5 C-17
Las Alondras
Villalba, P.R. 00766
No. de Reclamación: 83235

Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767