14 de Enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

**NUM CASO: 17BK03283-LTS**

A quien corresponda:

Comencé a trabajar para el Gobierno de Puerto Rico en el Departamento de la Familia para el 18 de marzo de 2008. Desde entonces me he desempeñado como Técnico de Asistencia Social y Familiar I (TASF), realizando tareas iguales a un TASF III. Las funciones que realizo son superiores a los que indica los deberes de mi puesto y esto sin que el Departamento de la Familia lo compense con una reclasificación o remuneración. He solicitado la reclasificación de mi puesto desde el 2011 sin obtener respuesta alguna de la Agencia. Actualmente estoy devengando un salario bruto de $1,341 lo cual siento injusto porque entiendo cumplo con todos los requisitos y funciones necesarias para que se me conceda dicha petición. Actualmente el costo de vida ha ido en aumento, pero mi salario se mantiene igual, salario que mantiene a uno como empleado en un nivel de pobreza y con pocas esperanzas de ver un aumento sea justo de acuerdo el costo de vida actual y más cuando uno tiene familia.

Solicito se continúe el proceso de demanda por el salario mínimo, reclasificación de puesto junto con el retroactivo, por mi retiro y aumento salarial del cual estoy interesada en que dichas querellas sigan el curso correspondiente. De haber alguna duda se pueden comunicar al 787-214-7424 o mi email montanezriveramarisol@gmail.com.

Cordialmente,

*[firma]*

Marisol Montañez Rivera
TASF I