

## GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MARISOL MONTANEZ RIVERA  
HC-2 BOX 8624

YABUCOA, PR 00767

Seguro Social: XXX-XX-2679

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Fecha de Nacimiento: 16 de septiembre de 1970  
Fecha de Ingreso al Servicio Público: 03 de junio de 2008  
Fecha de Comienzo de Cotización: 03 de junio de 2008

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 5.02 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 6,099.40 | Aportaciones: | 3,375.84 |
| | | Intereses: | 1,739.10 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 6,118.58 | | |
| Tiempo: | 0.00 | Intereses: | 75.90 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **14,032.98** | **Total Aportaciones:** | **3,375.84** |
| **Beneficio:** | **0.00** | **Beneficio:** | **65.60** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 · www.retiro.pr.gov



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### MARISOL MONTANEZ RIVERA (431694)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **03-JUN-2008** |
| Años en Servicio: | **14.04** |
| Sueldo Bruto: | **$1,341.00** |
| Sueldo Neto: | **$790.18** |
| Balance Aportaciones*: | **$20,261.67** |
| Aportaciones Ley 106 **: | **$3,375.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

