Marisol Montañez Rivera
HC 2 Buzon 8634
Yabucoa PR. 00767

RECEIVED & FILED
2020 JAN 16 PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office
Tribunal de Distrito
Room 150 Federal Building
San Juan PR 00918-1767