**PROMESA TITULO III NUM. 03283**

**DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

## DATOS PERSONALES

**Nombre- Maritza E. Figueroa Fernández**

**Dirección- Urb. Constancia, Calle Cortada #886, Ponce, Puerto Rico 00717-2202**

**Teléfono- 787-601-3999**

**Correo Electrónico- mefigue@gmail.com**

## OBJECIÓN GLOBAL

POR LA PRESENTE CERTIFICO QUE HE COMPLETADO TODAS Y CADA UNA DE LAS RECLAMACIONES A LAS CUALES TENGO DERECHO. HABIÉNDOLO HECHO CON LA PREMURA SOLICITADA Y ADICIONANDO LA DOCUMENTACIÓN QUE EVIDENCIA MIS RECLAMOS, OBJETO QUE EL (E L A), LA (A C T) Y EL (S R E) RECHACEN LAS MISMAS. CADA UNA DE MIS RECLAMACIONES CUENTA CON LA EVIDENCIA SUFICIENTE PARA APLICAR Y RECLAMAR LA DEUDA QUE CORRESPONDE EN CADA CASO.

ATENTAMENTE,

MARITZA E. FIGUEROA FERNANDEZ

MAESTRA RETIRADA

SEG.SOC. XXX-XX-2189

PROMESA TITULO III NUM. 03283

DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

13 de enero de 2020

A: Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767

Subject: **Cases# 88674- Ley de Escala Salarial**

Yo, Sra. Maritza E. Figueroa Fernández, actualmente soy maestra retirada del Departamento de Educación de Puerto Rico en el cual laboré por un período de 30 años, desde el 4 de agosto de 1986 hasta el 29 de julio de 2016. Durante este período mis labores se concentraron en el pueblo de Ponce, Puerto Rico. Mi preparación fue en Educación Especial con MA en Deficiencias en el aprendizaje. Trabajé con niños con diferentes impedimentos, entre ellos: retardo mental leve y educable, impedimentos múltiples, sordos-ciego, sordos, disturbios emocionales, perlesía cerebral, y problemas específicos en el aprendizaje.

Adjunto documentación que evidencia mis años trabajados en el Departamento de Educación de Puerto Rico. Mi pago de pensión actual, Certificado de Maestro, talonarios, entre otros. Esta evidencia le permitirá comprobar mi servicio como empleada pública en el puesto ocupado y la comprobación del derecho a los aumentos que no me fueron otorgados, durante mi período laboral.

Gracias anticipadas,

Maritza E. Figueroa Fernández
Maestra retirada
#SS-XXX-XX- 2189