**PROMESA TITULO III NUM. 03283**

**DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

## DATOS PERSONALES

**Nombre- Maritza E. Figueroa Fernández**

**Dirección- Urb. Constancia, Calle Cortada #886, Ponce, Puerto Rico 00717-2202**

**Teléfono- 787-601-3999**

**Correo Electrónico- mefigue@gmail.com**

## OBJECIÓN GLOBAL

POR LA PRESENTE CERTIFICO QUE HE COMPLETADO TODAS Y CADA UNA DE LAS RECLAMACIONES A LAS CUALES TENGO DERECHO. HABIÉNDOLO HECHO CON LA PREMURA SOLICITADA Y ADICIONANDO LA DOCUMENTACIÓN QUE EVIDENCIA MIS RECLAMOS, OBJETO QUE EL (E L A), LA (A C T) Y EL (S R E) RECHACEN LAS MISMAS. CADA UNA DE MIS RECLAMACIONES CUENTA CON LA EVIDENCIA SUFICIENTE PARA APLICAR Y RECLAMAR LA DEUDA QUE CORRESPONDE EN CADA CASO.

ATENTAMENTE,

*[firma]*

MARITZA E. FIGUEROA FERNANDEZ

MAESTRA RETIRADA

SEG.SOC. XXX-XX-2189

PROMESA TITULO III NUM. 03283

DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

13 de enero de 2020.

A: Proskauer Rose LLP
   Abogado de la Junta de Supervisión
   Eleven Times Square
   Nueva York, Nueva York 10036-8299
   A/A: Martin J. Bienenstock
   Brian S. Rosen

Subject: **Case #56492 Ley 164 22 de julio de 2003 (efectiva a partir de enero de 2004)**

Yo, Sra. Maritza E. Figueroa Fernández, actualmente soy maestra retirada del Departamento de Educación de Puerto Rico en el cual laboré por un período de 30 años, desde el 4 de agosto de 1986 hasta el 29 de julio de 2016. Durante este período mis labores se concentraron en el pueblo de Ponce, Puerto Rico. Mi preparación fue en Educación Especial con MA en Deficiencias en el aprendizaje. Trabajé con niños con diferentes impedimentos, entre ellos: retardo mental leve y educable, impedimentos múltiples, sordos-ciego, sordos, disturbios emocionales, perlesía cerebral, y problemas específicos en el aprendizaje.

Adjunto documentación que evidencia mis años trabajados en el Departamento de Educación de Puerto Rico. Mi pago de pensión actual, Certificado de Maestro, talonarios, entre otros. Esta evidencia le permitirá comprobar mi servicio como empleada pública en el puesto ocupado y la comprobación del derecho a los aumentos que no me fueron otorgados, durante mi período laboral. Note los talonarios enviados en este caso, donde NO se ve reflejado el aumento que me correspondía a partir de enero de 2004 hasta 29 de julio de 2016, según lo estipula esta ley. La deuda asciende a la cantidad $15,100.

Gracias anticipadas,

Maritza E. Figueroa Fernández
Maestra retirada
#SS-XXX-XX- 2189