**PROMESA TITULO III NUM. 03283**

**DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

## DATOS PERSONALES

**Nombre-** Maritza E. Figueroa Fernández

**Dirección-** Urb. Constancia, Calle Cortada #886, Ponce, Puerto Rico 00717-2202

**Teléfono-** 787-601-3999

**Correo Electrónico-** mefigue@gmail.com

## OBJECIÓN GLOBAL

POR LA PRESENTE CERTIFICO QUE HE COMPLETADO TODAS Y CADA UNA DE LAS RECLAMACIONES A LAS CUALES TENGO DERECHO. HABIÉNDOLO HECHO CON LA PREMURA SOLICITADA Y ADICIONANDO LA DOCUMENTACIÓN QUE EVIDENCIA MIS RECLAMOS, OBJETO QUE EL (E L A), LA (A C T) Y EL (S R E) RECHACEN LAS MISMAS. CADA UNA DE MIS RECLAMACIONES CUENTA CON LA EVIDENCIA SUFICIENTE PARA APLICAR Y RECLAMAR LA DEUDA QUE CORRESPONDE EN CADA CASO.

ATENTAMENTE,

MARITZA E. FIGUEROA FERNANDEZ

MAESTRA RETIRADA

SEG.SOC. XXX-XX-2189

PROMESA TITULO III NUM. 03283

DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

13 de enero de 2020.

A: Paul Hasting LLP
   Abogado del Comité de Acreedores
   200 Park Avenue
   Nueva York, Nueva York, 10166
   A/A: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz

Subject: **Cases #86488- Ley 96 del 10 de julio de 2002**

Yo, Sra. Maritza E. Figueroa Fernández, actualmente soy maestra retirada del Departamento de Educación de Puerto Rico en el cual laboré por un período de 30 años, desde el 4 de agosto de 1986 hasta el 29 de julio de 2016. Durante este período mis labores se concentraron en el pueblo de Ponce, Puerto Rico. Mi preparación fue en Educación Especial con MA en Deficiencias en el aprendizaje. Trabajé con niños con diferentes impedimentos, entre ellos: retardo mental leve y educable, impedimentos múltiples, sordos-ciego, sordos, disturbios emocionales, perlesía cerebral, y problemas específicos en el aprendizaje.

Adjunto documentación que evidencia mis años trabajados en el Departamento de Educación de Puerto Rico. Mi pago de pensión actual, Certificado de Maestro, talonarios, entre otros. Esta evidencia le permitirá comprobar mi servicio como empleada pública en el puesto ocupado y la comprobación del derecho a los aumentos que no me fueron otorgados y/o deudas impagas, durante mi período laboral. El monto de la reclamación es $4,400.

Gracias anticipadas,

Maritza E. Figueroa Fernández
Maestra Retirada
SS # XXX-XX-2189

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Figueroa Fernandez, Maritza E | 86488 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Figueroa Fernandez, Maritza E | 86488 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).