N4949988

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 05115526 |
| Desde: | 06/15/2004 | |
| Hasta: | 06/28/2004 | Fecha: 06/30/2004 |

MARITZA FIGUEROA FERNANDEZ
886 CALLE 10
URB CONSTANCIA
PONCE PR 00731
SS:

| | |
|---|---|
| # Empleado. | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Ponce High |
| Titulo: | M.Educ.Especial |
| Sueldo: | $2,570.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,285.00 | 732.00 | 15,420.00 |
| Total: | | | 1,285.00 | 732.00 | 15,420.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 18.63 | 223.59 |
| PR Withholdng | 106.98 | 1,283.76 |
| Total: | 125.61 | 1,507.35 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.65 | 1,387.80 |
| Total: | 115.65 | 1,387.80 |

### DEDUCCIONES ESPECIALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mac | 87.49 | 1,049.88 |
| AE-Asoc Emp ELA-Prest Regular | 57.39 | 688.68 |
| SM-First Medical Health Plan | 12.50 | 150.00 |
| DM-FONDOS UNIDOS | 0.50 | 6.00 |
| SC-NATIONAL LIFE INS. | 12.58 | 150.96 |
| AS FED MAESTROS AFT | 8.00 | 96.00 |
| GPR Plan de Ahorros | 38.55 | 462.60 |
| Total: | 217.01 | 2,604.12 |

### DEDUCCIONES NO TRIBUTABLES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 80.00 | 480.00 |
| GPR Plan de Retiro de Maestro | 109.23 | 1,310.76 |
| FSED Disability Plan | 21.85 | 262.20 |
| * Tributable | | |

### TOTALES

| | TOTAL PAGO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,285.00 | 125.61 | 332.66 | 826.73 |
| Acumulado: | 15,420.00 | 1,507.35 | 3,991.92 | 9,920.73 |

### LIC HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #05115526 | 826.73 |
| Total: | 826.73 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/22/2004 |
| Hasta: | 02/04/2004 |

# Cheque: 03154763
Fecha: 01/30/2004

MARITZA FIGUEROA FERNANDEZ
886 CALLE 10
URB CONSTANCIA
PONCE PR 00731
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Ponce High |
| Titulo: | M.Educ.Especial |
| Sueldo: | $2,570.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,285.00 | 120.00 | 2,570.00 |
| Total: | | | 1,285.00 | 120.00 | 2,570.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 18.64 | 37.27 |
| PR Withholdng | 106.98 | 213.96 |
| Total: | 125.62 | 251.23 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.65 | 231.30 |
| Total: | 115.65 | 231.30 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 87.49 | 174.98 |
| AE-Asoc Emp ELA-Prest Regular | 57.39 | 114.78 |
| SM-First Medical Health Plan | 12.50 | 25.00 |
| DM-FONDOS UNIDOS | 0.50 | 1.00 |
| SC-NATIONAL LIFE INS. | 12.58 | 25.16 |
| AS FED MAESTROS AFT | 8.00 | 16.00 |
| GPR Plan de Ahorros | 38.55 | 77.10 |
| Total: | 217.01 | 434.02 |

### BENEFICIOS PATRONALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 80.00 | 80.00 |
| GPR Plan de Retiro de Maestro | 109.23 | 218.46 |
| FSED Disability Plan | 21.85 | 43.70 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,285.00 | 125.62 | 332.66 | 826.72 |
| Acumulado: | 2,570.00 | 251.23 | 665.32 | 1,653.45 |

### LIC. HORAS / ACUM.

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #03154763 | 826.72 |
|---|---|
| Total: | 826.72 |

**MENSAJE:**

N 3974812

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/19/2004 |
| Hasta: | 03/03/2004 |

| | |
|---|---|
| # Cheque: | 03550230 |
| Fecha: | 02/27/2004 |

MARITZA FIGUEROA FERNANDEZ
886 CALLE 10
URB CONSTANCIA
PONCE PR 00731
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Ponce High |
| Titulo: | M.Educ.Especial |
| Sueldo: | $2,570.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,285.00 | 240.00 | 5,140.00 |
| Total: | | | 1,285.00 | 240.00 | 5,140.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 18.63 | 74.53 |
| PR Withholdng | 106.98 | 427.92 |
| Total: | 125.61 | 502.45 |

### APORTACIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.65 | 462.60 |
| Total: | 115.65 | 462.60 |

### DEDUCCIONES CORRIENTES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 87.49 | 349.96 |
| AE-Asoc Emp ELA-Prest Regular | 57.39 | 229.56 |
| SM-First Medical Health Plan | 12.50 | 50.00 |
| DM-FONDOS UNIDOS | 0.50 | 2.00 |
| SC-NATIONAL LIFE INS. | 12.58 | 50.32 |
| AS FED MAESTROS AFT | 8.00 | 32.00 |
| GPR Plan de Ahorros | 38.55 | 154.20 |
| Total: | 217.01 | 868.04 |

### DEDUCCIONES NO CORRIENTES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 80.00 | 160.00 |
| GPR Plan de Retiro de Maestro | 109.23 | 436.92 |
| FSED Disability Plan | 21.85 | 87.40 |
| * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,285.00 | 125.61 | 332.66 | 826.73 |
| Acumulado: | 5,140.00 | 502.45 | 1,330.64 | 3,306.91 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03550230 | 826.73 |
| Total: | 826.73 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/24/2003 |
| Hasta: | 12/09/2003 |

# Cheque: 02501716
Fecha: 12/12/2003

MARITZA FIGUEROA FERNANDEZ
886 CALLE 10
URB CONSTANCIA
PONCE PR 00731
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Ponce High |
| Titulo: | M.Educ.Especial |
| Sueldo: | $2,570.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,285.00 | 1,392.00 | 28,655.00 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 1,963.51 |
| **Total:** | | | **1,285.00** | **1,392.00** | **31,618.51** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 18.63 | 89.03 |
| PR Withholdng | 106.98 | 2,606.66 |
| **Total:** | **125.61** | **2,695.69** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 115.65 | 2,578.95 |
| **Total:** | **115.65** | **2,578.95** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 87.49 | 2,012.27 |
| AE-Asoc Emp ELA-Prest Regular | 57.39 | 1,319.97 |
| SM-First Medical Health Plan | 12.50 | 307.50 |
| DM-FONDOS UNIDOS | 0.50 | 11.50 |
| SC-NATIONAL LIFE INS. | 12.58 | 289.34 |
| AS FED MAESTROS AFT | 8.00 | 184.00 |
| GPR Plan de Ahorros | 38.55 | 859.65 |
| **Total:** | **217.01** | **4,984.23** |

## BENEFICIOS PATRONALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 109.23 | 2,435.73 |
| FSED Disability Plan | 21.85 | 537.57 |
| SM-First Medical Health Plan | 0.00 | 820.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,285.00 | 125.61 | 332.66 | 826.73 |
| Acumulado: | 31,618.51 | 2,695.69 | 7,563.18 | 21,359.64 |

## HORAS / DISTRIBUCION PAGA NETA

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| | |
|---|---|
| Cheque #02501716 | 826.73 |
| **Total:** | **826.73** |

**MENSAJE:** ' RECIBAMOS LA LLEGADA DE LA NAVIDAD EN UNIDAD FAMILIAR '. MUCHAS BENDICIONES. SILA M. CALDERON

**Estado Libre Asociado de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 10/16/2016 | |
| Hasta: | 10/31/2016 | |

Business Unit: PUERT
Aviso #: 3984863
Fecha Aviso: 10/31/2016

MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202
SS: XXX-XX-2189

# Empleado: XXXXX2189
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,302.50 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,151.25 | 240.00 | 3,453.75 |
| Pago Retro Pensionados | | | 0.00 | | 3,676.57 |
| Total: | | | 1,151.25 | 240.00 | 7,130.32 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 138.15 | 828.90 |
| RM-Prest Pers De Cuota-Ret Mae | 65.03 | 390.18 |
| Total: | 203.18 | 1,219.08 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,151.25 | 0.00 | 203.18 | 948.07 |
| Acumulado: | 7,130.32 | 0.00 | 1,219.08 | 5,911.24 |

### PTO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Aviso #3984863    948.07
Total:    948.07

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

Fecha: 10/31/2016

Aviso No. 3984863

Cant. Deposito: $948.07

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.07 |
| Total: | | $948.07 |

TRAY 88 SQ 19559**********SCH 5-DIGIT 00716    19559 2 AV 0.373
MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2016 |
| Hasta: | 11/15/2016 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4248947 |
| Fecha Aviso: | 11/15/2016 |

**MARITZA E FIGUEROA FERNANDEZ**
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202
SS: XXX-XX-2189

| | |
|---|---|
| # Empleado: | XXXXX2189 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,302.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,151.25 | 322.50 | 4,605.00 |
| Pago Retro Pensionados | | | 0.00 | | 3,676.57 |
| Total: | | | 1,151.25 | 322.50 | 8,281.57 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 138.15 | 967.05 |
| RM-Prest Pers De Cuota-Ret Mae | 65.03 | 455.21 |
| Total: | 203.18 | 1,422.26 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,151.25 | 0.00 | 203.18 | 948.07 |
| Acumulado: | 8,281.57 | 0.00 | 1,422.26 | 6,859.31 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4248947 | 948.07 |
| Total: | 948.07 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2016

Aviso No.
4248947

Cant. Deposito: $948.07

TRAY 88 SQ 19559****************SCH 5-DIGIT 00716    19559 2 AV 0.373
MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.07 |
| Total: | | $948.07 |

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2016 |
| Hasta: | 10/31/2016 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3984863 |
| Fecha Aviso: | 10/31/2016 |

**MARITZA E FIGUEROA FERNANDEZ**
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202
SS: XXX-XX-2189

| | |
|---|---|
| # Empleado: | XXXXX2189 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,302.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,151.25 | 240.00 | 3,453.75 |
| Pago Retro Pensionados | | | 0.00 | | 3,676.57 |
| **Total:** | | | 1,151.25 | 240.00 | 7,130.32 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 138.15 | 828.90 |
| RM-Prest Pers De Cuota-Ret Mae | 65.03 | 390.18 |
| **Total:** | 203.18 | 1,219.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,151.25 | 0.00 | 203.18 | 948.07 |
| Acumulado: | 7,130.32 | 0.00 | 1,219.08 | 5,911.24 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3984863 | 948.07 |
| **Total:** | 948.07 |

**MENSAJE:**

---

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/31/2016

Aviso No.
3984863

Cant. Deposito: $948.07

TRAY 88 SQ 19559****************SCH 5-DIGIT 00716    19559 2 AV 0.373
MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.07 |
| **Total:** | | $948.07 |

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2016 |
| Hasta: | 11/15/2016 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4248947 |
| Fecha Aviso: | 11/15/2016 |

**MARITZA E FIGUEROA FERNANDEZ**
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202
SS: XXX-XX-2189

| | |
|---|---|
| # Empleado: | XXXXX2189 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,302.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,151.25 | 322.50 | 4,605.00 |
| Pago Retro Pensionados | | | 0.00 | | 3,676.57 |
| **Total:** | | | 1,151.25 | 322.50 | 8,281.57 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 138.15 | 967.05 |
| RM-Prest Pers De Cuota-Ret Mae | 65.03 | 455.21 |
| **Total:** | 203.18 | 1,422.26 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,151.25 | 0.00 | 203.18 | 948.07 |
| Acumulado: | 8,281.57 | 0.00 | 1,422.26 | 6,859.31 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4248947 | 948.07 |
| **Total:** | 948.07 |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2016

Aviso No.
4248947

Cant. Deposito: $948.07

TRAY 88 SQ 19559**********SCH 5-DIGIT 00716    19559 2 AV 0.373
MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.07 |
| **Total:** | | $948.07 |

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2016 |
| Hasta: | 10/31/2016 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3984863 |
| Fecha Aviso: | 10/31/2016 |

**MARITZA E FIGUEROA FERNANDEZ**
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202
SS: XXX-XX-2189

| | |
|---|---|
| # Empleado: | XXXXX2189 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,302.50 Monthly |

| DATA IMP.: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,151.25 | 240.00 | 3,453.75 |
| Pago Retro Pensionados | | | 0.00 | | 3,676.57 |
| **Total:** | | | 1,151.25 | 240.00 | 7,130.32 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 138.15 | 828.90 |
| RM-Prest Pers De Cuota-Ret Mae | 65.03 | 390.18 |
| **Total:** | 203.18 | 1,219.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,151.25 | 0.00 | 203.18 | 948.07 |
| Acumulado: | 7,130.32 | 0.00 | 1,219.08 | 5,911.24 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3984863 | 948.07 |
| Total: | 948.07 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/31/2016

Aviso No.
3984863

Cant. Deposito: $948.07

TRAY 88 SQ 19559************SCH 5-DIGIT 00716      19559 2 AV 0.373
MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.07 |
| Total: | | $948.07 |

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2016 |
| Hasta: | 11/15/2016 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4248947 |
| Fecha Aviso: | 11/15/2016 |

MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202
SS: XXX-XX-2189

| | |
|---|---|
| # Empleado: | XXXXX2189 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,302.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,151.25 | 322.50 | 4,605.00 |
| Pago Retro Pensionados | | | 0.00 | | 3,676.57 |
| Total: | | | 1,151.25 | 322.50 | 8,281.57 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 138.15 | 967.05 |
| RM-Prest Pers De Cuota-Ret Mae | 65.03 | 455.21 |
| Total: | 203.18 | 1,422.26 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,151.25 | 0.00 | 203.18 | 948.07 |
| Acumulado: | 8,281.57 | 0.00 | 1,422.26 | 6,859.31 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4248947 | 948.07 |
| Total: | 948.07 |

MENSAJE:

---

Estado Libre Asociado de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2016

Aviso No.
4248947

Cant. Deposito: $948.07

TRAY 88 SQ 19559**********SCH 5-DIGIT 00716    19559 2 AV 0.373

MARITZA E FIGUEROA FERNANDEZ
URB CONSTANCIA
886 CALLE CORTADA
PONCE PR 00717-2202

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.07 |
| Total: | | $948.07 |

**NO-NEGOCIABLE**



# CERTIFICADO DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

MARITZA ENID FIGUEROA FERNANDEZ

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE __28 de junio__ DE 19__84__ HASTA __30 de junio__ DE 19__90__.

DADO EN SAN JUAN DE PUERTO RICO EL __23 de octubre__ DE 19__84__.

Número 4578

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA



# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado Vitalicio

### El Secretario de Educación

Por la presente confiere a

MARITZA FIGUEROA FERNANDEZ

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE EDUCACION ESPECIAL

en las escuelas públicas o privadas de Puerto Rico.

Expedido el    31 de marzo    de 19 95

Dado en San Juan de Puerto Rico, el    15 de mayo    de 19 95

Víctor R. Fajardo Vélez
Secretario de Educación

Número 1029



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN DE PENSIÓN

FIGUEROA FERNANDEZ,MARITZA E
URB CONSTANCIA GARDENS
886 CALLE CORTADA
PONCE PR 00717-2202

Certifico que FIGUEROA FERNANDEZ,MARITZA E recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,302.50 equivalente a $27,630.00 anual. Luego de las deducciones recibe la cantidad de $2,009.42 mensual, equivalente a $24,113.04 anual.

Esta certificación se expide hoy 25 de noviembre de 2019.



Número de Certificación: SRM03P1906003

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    📠 787.759.2883    www.srm.pr.gov



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

25 de noviembre de 2019

MARITZA FIGUEROA FERNANDEZ　　　XXX-XX-2189　　　Solicitud No:　　901303
URB CONSTANCIA　　　　　　　　　　　　　　　　　　　Radicada en:　　16 ago 2016
886 CALLE CORTADA
PONCE, PR 00717 2202

Profesor(a): Figueroa Fernandez　　　　CASO: 277

Deseamos informarle que su Pension Años De Servicio / Merito ha sido aprobada. Su retiro fue efectivo el 29 de julio de 2016 y su renta mensual será de $2,302.50. Recibirá un pago retroactivo desde el 29 de julio de 2016 al 15 de septiembre de 2016.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Evelyn Vazquez Velazquez
Area de Servicios de Retiro



FORM. 407

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION**

**SECRETARIA AUXILIAR DE RECURSOS HUMANOS**

**INFORME DE CAMBIO - PERSONAL DOCENTE**

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | FIGUEROA FERNANDEZ, MARI | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. STATUS EMPLEADO | 01 - PERMANENTE | |
| 4. SUELDO | $ 1,945.00 | $ 2,920.00 |
| 5. NUM. DE PUESTO | N27530 | |
| 6. CATEGORIA | 9807-MAESTRO EDUC.ESPECIAL | |
| 7. RANGO | | MAESTRO ASOCIADO |
| 8. FONDO | ESTATAL | |
| 9. CIFRA DE CUENTA | 1E1110-11100-0810000-1009-00100-2001- | |
| 10. FECHA EFECTIVIDAD | | 1 DE AGOSTO DE 2000 |
| 11. DISTRITO | 104 - PONCE II | |
| 12. ESCUELA | MERCEDES P. SERRALLES | |

13. OBSERVACIONES:

ASIGNACION DE RANGO Y MODIFICACION EN SALARIO
POR APLICACION DE LA LEY NUMERO 158 DE 18 DE
JULIO DE 1999 (CARRERA MAGISTERIAL).

14. APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

_____          _____
FIRMA                             FECHA

TANTO LA SOLICITUD DE RECONSIDERACION COMO EL TALONARIO EL MAESTRO PUEDE ENTREGARLO AL DIRECTOR DE LA ESCUELA O ENVIARLO POR CORREO CERTIFICADO A LA SIGUIENTE DIRECCION:

>SECRETARIA AUXILIAR DE RECURSOS HUMANOS
>PO BOX 190759
>SAN JUAN, PUERTO RICO 00919-0759

CORDIALMENTE,

VICTOR FAJARDO, ED.D.
SECRETARIO

ANEJO

---

(TALONARIO)

YO, MARITZA FIGUEROA FERNANDEZ     SEGURO SOCIAL

MAESTRO EN LA ESCUELA MERCEDES P. SERRALLES

DEL DISTRITO ESCOLAR DE PONCE II     _X_ ACEPTO     ___ NO ACEPTO

EL RANGO MAGISTERIAL DE MAESTRO ASOCIADO     POR USTED OTORGADO.

FIRMA: _Maritza Figueroa Fernández_
FECHA: _3 de agosto de 2000._

Documento recibido el día 3 de agosto de 2000 (1:30 p.m.)