aritza E. Figueroa Fernández
alle Cortada #886
Urb. Constancia, Ponce, P.R.
00717-2202



7019 1640 0001 4810 0989



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
JAN 14, 20
AMOUNT
$5.10
R2304M113827-02

Secretaria
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 JAN 16 PM 3:47
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.