aritza E. Figueroa Fernández
alle Cortada #886
Urb. Constancia, Ponce, P.R.
00717-2202

Secretaria
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767