14 de enero de 2020

Ramos Rodríguez, Carmela

Claim #97102

Proof of Claim: 119832

Clerk"s Office

United Stated District Court

Room 150 Federal Building

San Juan, PR 00918-1767

Adjunto envío copia de toda la evidencia que sometí el día 3 de octubre de 2019 por correo postal junto con el cuestionario: INFORMATION REQUESTED TO PROCESS YOUR CLAIM"".

Además, envío copia de evidencia de la carta que evidencia que envié por correo certificado 7018 2290 0001 7072 3733. Acompaño la hoja que me enviaron indicando que el monto de la reclamación es $0.00, si en la tabla que sometí indica las cantidades por cada ley y el total de la reclamación que asciende en total $30,054.00.

Espero con estos documentos cumplir con lo que me han solicitado de evidencia que falta en mi reclamación.

La tardanza para enviar los mismo se sebe a la situación surgida a consecuencia de los terremotos ocurridos el 6 de enero de 2020 y la secuela de eventos que afectaron mi situación personal.

Les solicito tomen en consideración lo antes mencionado, se los agradeceré.

Cordialmente,

Carmela Ramos Rodríguez

Javierys14@gmail.com

Clim: 97102, 119832, 132839
P.O. Box 388
Patllas, PR 00723-0388