

```
                 PATILLAS
               101 CARR 3
          PATILLAS, PR 00723-9998
               426750-0723
               (800)275-8777
            10/03/2019 10:27 AM

Product            Qty    Unit      Price
                          Price

First-Class Mail®   1     $0.70     $0.70
Letter
     (Domestic)
     (NEW YORK, NY  10163)
     (Weight:0 Lb 1.10 Oz)
     (Estimated Delivery Date)
     (Monday 10/07/2019)
Certified                          $3.50
     (USPS Certified Mail #)
     (70182290000170723733)
Affixed Postage                   ($4.20)
     (Affixed Amount:$4.20)

Total:                             $0.00
```

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER
(AYUDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DEJENOS SABER ACERCA DE SU MAS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):

Ramos Rodríguez, Carmela

Proof of Claim: 119832, 97102, 132839

Anejo 1

Ley núm. 96 -1 julio de 2002

| Años | Meses | Cantidad | Total adeudado |
|---|---|---|---|
| 2002 | 6 | $100.00 | $  600.00 |
| 2003 | 12 | $100.00 | $1,200.00 |
| 2004 | 12 | $100.00 | $1,200.00 |
| 2005 | 12 | $100.00 | $1,200.00 |
| 2006 | 12 | $100.00 | $1,200.00 |
| 2007 | 12 | $100.00 | $1,200.00 |
| 2008 | 12 | $100.00 | $1,200.00 |
| 2009 | 6 | $100.00 | $  600.00 |
| Total | | | $8,400.00 |

Ley núm. 164 – 22 de julio de 2004

| Años | Meses | Cantidad | Total adeudado |
|---|---|---|---|
| 2004 | 12 | $100.00 | $1,200.00 |
| 2005 | 12 | $100.00 | $1,200.00 |
| 2006 | 12 | $100.00 | $1,200.00 |
| 2007 | 12 | $100.00 | $1,200.00 |
| 2008 | 12 | $100.00 | $1,200.00 |
| 2009 | 6 | $100.00 | $  600.00 |
| Total | | | $6,600.00 |

Ley núm. 168 – 12 de julio de 2004

| Años | Meses | Cantidad | Total adeudado |
|---|---|---|---|
| 2004 | 3 | $150.00 | $  450.00 |
| 2005 | 12 | $150.00 | $1,800.00 |
| 2006 | 12 | $150.00 | $1,800.00 |
| 2007 | 12 | $150.00 | $1,800.00 |
| 2008 | 12 | $150.00 | $1,800.00 |
| 2009 | 6 | $150.00 | $  900.00 |
| Total | | | $6,750.00 |

Ley núm. 62 – 12 de septiembre de 2012 -Ajuste 3% cada 3 años

| Años | Renta Mensual | 3% | Total adeudado |
|---|---|---|---|
| 2009 | $2,227.46 | 0 | 0 |
| 2012 | $2,227.46 | $67.00 | $2,412.00 |
| 2015 | $2,294.46 | $69.00 | $2,484.00 |
| 2018 | $2,363.46 | $71.00 | $2256.00 |
| 2019 | $2,363.46 | $71.00 | 852.00 |
| Total | | | $8,304.00 |

773-3590
773 6291
773-6289
⚡773-3576



# DEPARTAMENTO DE EDUCACIÓN
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos
### Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediénte:                                    Número del Cambio: 9537    3612

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | CARMELA  RAMOS RODRIGUEZ | |
| 2. Seguro Social | 4710 | |
| 3. Número de Puesto | R35511 | |
| 4. Cifra de Cuenta | E1110-111-0810000-1006-00100-2010- | |
| 5. Cifra de Cuenta SIFDE | E1110 - 111 - 28563 - 1006 - 001 - 2010 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | MAESTRO EDUCACION COMERCIAL 9980 | |
| 9. Sueldo | $ 3,113.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | DRA. MARIA SOCORRO LACOT 28563 | |
| 12. Programa | Educación Ocupacional -Técnica | |
| 13. Ubicación | GUAYAMA 028 | |
| 14. Acción y Duración | | ENMIENDA DIAS A PAGAR EN PAGO GLOBAL DE RENUNCIA JUBILACION |
| 15. Aportación a Retiro | 9.000% | |
| 16. Último Día de Trabajo | | 29/MAYO/2009 **3:00 PM** |
| 17. Último Día de Pago | | 28/JULIO/2009 03:00 PM |
| 18. Fecha de Efectividad | | 28/JULIO/2009 **3:00 PM** |

**19. Comentarios y Explicaciones**

SE ACOGE A LOS BENEFICIOS DE LA LEY 91 DEL 29/MARZO/2004 VAC.REG.40 DIAS PAGADAS EN JUNIO Y JULIO PAG.GLOB.VAC.20 DIAS DEL 4/AGOSTO/2009 8:00 AM AL 31/AGOSTO/2009 3:00 PM ENF.90 DIAS DEL 1/SEPTIEMBRE/2009 8:00 AM AL 21/ENERO/2010 3:00 PM

**20. Firma del Jefe de Agencia o Representante Autorizado**     $ 3,113.      40 junio   $14,850   90

María Lizardi Valdés

María Lizardi Valdés              ECS

Fecha de Preparado:     23/JUNIO/2010
• Preparado Por:     ECS

(90 días enfermedad) $ 236
CK 5599258

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461  FAX
El Departamento de Educación no discrima por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Proof of Claim. 119852

*Claimant:* **Ramos Rodriguez, Carmela**

3(b). Identify the dates of your employment related to your claim:

_____

3(c). Last four digits of your social security number: __4710__

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Anejo 1_____

_____

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☒ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.

_____

4(b). Identify the name and address of the court or agency where the action is pending:

_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: _____

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _____



990123400378915

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ramos Rodriguez, Carmela | 97102 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ramos Rodriguez, Carmela | 97102 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Ramos Rodríguez, Carmela

P.o. Box 388

Patillas, PR  00723-0388

E-mail javierys14@gmail.com

Proof of Claim: 119832, 97102, 132839

Case No. 17-03283

S.S. xxx-xx-4710

Agencia Departamento de Educación de Puerto Rico

Tiempo de Empleo:  enero 1978 a julio 2009

Retiro Ley 91 Años de experiencia

Beneficios reclamados por salarios no recibidos por incumplimiento del Gobierno de Puerto Rico hasta 30 septiembre de 2019.

La reclamación consta de las siguientes cantidades según la ley que aplica:

| | |
|---|---|
| Ley núm. 96 - 1 de julio de 2002 | $8,400.00 |
| Ley núm. 164 - 22 de julio de 2004 | 6,600.00 |
| Ley núm. 168 - 12 de julio de 2004 | 6,750.00 |
| Ley núm. 62 - 4 de septiembre de 1992 | 8,304.00 |
| Total | $30,054.00 |

Anejos:      1. Tabla de Compensación por LEYES 96,164,168 Y 62.
2. Informe de Nombramientos y cambios 23/junio/2010
3. Hoja de talonario del año 2009
4. Hoja de talonario del año 2017

Carmela Ramos Rodríguez
Maestra Retirada

*Proof of Claim:* **119832**
*Claimant:* **Ramos Rodriguez, Carmela**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide <u>more</u> information than the initial proof of claim.**  For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com. or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**

   ☐  A pending or closed legal action with or against the Puerto Rican government

   ☒  Current or former employment with the Government of Puerto Rico

   ☐  Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   ＿＿ ₿ 30,054.00 ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

3. **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☒  No. *Please continue to Question 4.*

   ☐  Yes.  **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:

   _____

Batch 3


990123400378915

# DEPARTAMENTO DE EDUCACIO
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos
### Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediénte:                                          Número del Cambio: 9537

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | CARMELA RAMOS RODRIGUEZ | |
| 2. Seguro Social | 4710 | |
| 3. Número de Puesto | R35511 | |
| 4. Cifra de Cuenta | E1110-111-0810000-1006-00100-2010- | |
| 5. Cifra de Cuenta SIFDE | E1110 - 111 - 28563 - 1006 - 001 - 2010 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | MAESTRO EDUCACION COMERCIAL 9980 | |
| 9. Sueldo | $ 3,113.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | DRA. MARIA SOCORRO LACOT 28563 | |
| 12. Programa | Educación Ocupacional -Técnica | |
| 13. Ubicación | GUAYAMA 028 | |
| 14. Acción y Duración | | ENMIENDA DIAS A PAGAR EN PA GLOBAL DE RENUNCIA JUBILACI |
| 15. Aportación a Retiro | 9.000% | |
| 16. Último Día de Trabajo | | 29/MAYO/2009 3:00 PM |
| 17. Último Día de Pago | | 28/JULIO/2009 03:00 PM |
| 18. Fecha de Efectividad | | 28/JULIO/2009 3:00 PM |

**19. Comentarios y Explicaciones**

SE ACOGE A LOS BENEFICIOS DE LA LEY 91 DEL 29/MARZO/2004 VAC.REG.40 DIAS PAGADAS EN JUNIO Y. PAG.GLOB.VAC.20 DIAS DEL 4/AGOSTO/2009 8:00 AM AL 31/AGOSTO/2009 3:00 PM ENF.90 DIAS DEL 1/SEPTIEMBRE/2009 8:00 AM AL 21/ENERO/2010 3:00 PM

**20. Firma del Jefe de Agencia o Representante Autorizado**      $ 3,113.    40 junio   $ ₦₦ ₿

*María Lizardi Valdes*          ᄃᄃᄃ

María Lizardi Valdés

Fecha de Preparado:      23/JUNIO/2010

• Preparado Por:      ECS

( 90 días enfermedad

CK 5599258

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461
El Departamento de Educación no discrima por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ide politicas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ANEJOS

Estado Libre Asociado de Puerto Rico
2 - Sistema de Retiro Maestro-Pens

| | | | Grupo de Pago: | SM'-Quincenal | | # Cheque: | 05198583 |
|---|---|---|---|---|---|---|---|
| | | | Desde: | 09/16/2009 | | | |
| | | | Hasta: | 09/30/2009 | | Fecha: | 09/30/2009 |

CARMELA RAMOS RODRIGUEZ
BOX 388
ATILLAS PR 00723-0388

: -4710

| # Empleado: | 4710 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| Oficina: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| Titulo: | Pensionado | Pct. Adcl.: | | |
| Sueldo: | $2,227.46 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| go Retro Pensionados | | | 3,556.74 | | 3,556.74 | | | |
| go de Salarios Regulares | | 0.00 | | 82.50 | 1,113.73 | | | |
| otal: | | | 3,556.74 | 82.50 | 4,670.47 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / APORTACIONES PATRONALES

| descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Ser No Coti-Ret Ma-Nunca | 400.94 | 534.59 | | | |
| otal: | 0.00 | 0.00 | Total: | 400.94 | 534.59 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES

| | | | | |
|---|---|---|---|---|
| orriente: | 3,556.74 | 0.00 | 400.94 | 3,155.80 |
| cumulado: | 4,670.47 | 0.00 | 534.59 | 4,135.88 |

| HORAS | ACUM | | DISTRIBUCION PAGO NETO | |
|---|---|---|---|---|
| alance Inicial: | 0.0 | | Cheque #05198583 | 3,155.80 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 3,155.80 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| alance Final: | 0.0 | | | |

MENSAJE: ' LA NUEVA TARJETA DE NOMINA SUSTITUYO AL CHEQUE. INFORMATE Y ACTIVALA. TIENES HASTA EL 13-NOV-09 '

---

Ver al dorso para detalles de los mecanismos de seguridad   See reverse side for complete security features.

Modelo SC 784.2
31-ENERO-2006

DEPARTAMENTO DE HACIENDA
Edificio Intendente Ramirez
San Juan PR 00902-4140

Estado Libre Asociado de Puerto Rico
592 - Sistema de Retiro Maestro-Pens

Cheque No.
05198583

Fecha: 09/30/2009          Importe:     $3,155.80 *****

Paguese
A la
Orden De

****TRES MIL CIENTO CINCUENTA Y CINCO CON 80/100 DOLARES****

CARMELA RAMOS RODRIGUEZ
PO BOX 388
PATILLAS PR 00723-0388

Localizacion: A/OS SERVICIO LEY 91

BGF

No es valido seis meses despues de su emision

Secretario de Hacienda

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 04/01/2017 | Business Unit: PUERT |
| Hasta: | 04/15/2017 | Aviso #: 7323419 |
| | | Fecha Aviso: 04/13/2017 |

| CARMELA RAMOS RODRIGUEZ | | |
|---|---|---|
| PO BOX 388 | | |
| PATILLAS PR 00723-0388 | | |
| SS: XXX-XX-4710 | | |

| # Empleado: | XXXXX4710 |
|---|---|
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,227.46 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. AdcL: | | |
| Cant. AdcL: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,113.73 | 562.50 | 7,796.11 |
| **Total:** | | | 1,113.73 | 562.50 | 7,796.11 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 52.80 | 373.68 |
| SM-First Medical Health Plan | 148.50 | 1,039.50 |
| Ahorros-AEELA | 33.41 | 233.87 |
| **Total:** | 234.71 | 1,647.05 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 300.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,113.73 | 0.00 | 234.71 | 879.02 |
| Acumulado: | 7,796.11 | 0.00 | 1,647.05 | 6,149.06 |

## FTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7323419 | 879.02 |
| Total: | 879.02 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/13/2017

Aviso No.
7323419

Cant. Deposito:  $879.02

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 4317121443 | $879.02 |
| Total: | | $879.02 |

TRAY 67 SQ 16663********************SCH 5-DIGIT 00714      16663 2 AV 0.373
CARMELA RAMOS RODRIGUEZ
PO BOX 388
PATILLAS PR 00723-0388

NO NEGOCIABLE