Mrs. Carmela Ramos-Rodriguez
P.O. Box 388
Patillas, PR 00723-0388





Clerk's Office
United Stated District Court
Room 150 Federal Building
San Juan, PR 00918-1767