Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion:

Nombre: Nerybel Garcia Colón
Direccion Postal: HC03 Box 16861, Corozal PR 00783
Direccion Residencial: Bo. Negros Carr. 805 Km 1.4 Corozal PR 00783

Num. de contacto:
Tel. (787)320-3309   Cel. (787) 320-3309

Correo electronico:
nerybel414@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A
   (Donde se incluye informacion sobre la reclamacion)
5. Otros: Cualquier otra evidencia que tengas

14 de Enero de 2020

Por éste medio certifico haber solicitado certificación de empleo necesaria para someter la Radicación de Réplica (Objeción) de la Demanda de Promesa Titulo III. Tan pronto me sea enviada será debidamente entregada.

Gracias,

*[signature: Nerybel Harri...]*

14 de enero/2020

A quien corresponda:

Solicito a que se proceda a realizer el ajuste salarial y que se ratifique la demanda.

*[firma]*

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

NERYBEL GARCIA COLON
HC 3 BOX 16861

COROZAL, PR 00783

Seguro Social: XXX-XX-7871

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 17 de septiembre de 1974
Fecha de Ingreso al Servicio Público: 14 de agosto de 2000
Fecha de Comienzo de Cotización: 14 de agosto de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.05 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 12,781.00 | Aportaciones: | 6,721.98 |
| | | Intereses: | 7,788.96 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 28,101.92 | | |
| Tiempo: | 0.00 | Intereses: | 5,435.26 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **54,107.14** | **Total Aportaciones:** | **6,721.98** |
| **Beneficio:** | **0.00** | **Beneficio:** | **239.09** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • 🔗 www.retiro.pr.gov

| | |
|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal    Aviso #: 5398265<br>Desde: 12/16/2019    Fecha Aviso: 12/30/2019<br>Hasta: 12/31/2019 |

| | | |
|---|---|---|
| **NERYBEL GARCIA COLON**<br>HC 03 BOX 16861<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept: 123390-Bayamon<br>Lugar: Bayamon<br>Titulo: Trabajador Social I<br>Sueldo: $2,670.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,335.00 | 1,957.50 | 32,040.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| **Total:** | | | **1,335.00** | **1,957.50** | **33,240.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.36 | 481.98 |
| Fed OASDI/Disability - EE | 82.77 | 2,060.88 |
| PR Withholding | 43.45 | 1,084.80 |
| **Total:** | **145.58** | **3,627.66** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 113.48 | 2,723.52 |
| **Total:** | **113.48** | **2,723.52** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.34 | 80.16 |
| RC-Prest Hip-Ret Cen Emp Clasi | 369.50 | 8,868.00 |
| RC-Pres Cult Ret Cen-Em Clasif | 55.61 | 1,334.64 |
| AE-Asoc Emp ELA-Prest Regular | 195.02 | 4,430.08 |
| CO-COOP LA SAG FAMILIA | 10.00 | 240.00 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-AMER FAM LIFE ASS CO | 28.70 | 688.80 |
| OS-SERV PUBLICOS 009 B | 18.00 | 432.00 |
| Ahorros-AEELA | 40.05 | 961.20 |
| SM-First Medical Health Plan | 0.00 | 15.00 |
| **Total:** | **720.72** | **17,061.88** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 1,620.00 |
| FSED Disability Plan | 44.72 | 1,113.48 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,335.00 | 0.00 | 145.58 | 834.20 | 355.22 |
| Acumulado: | 33,240.00 | 0.00 | 3,627.66 | 19,785.40 | 9,826.94 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5398265 | 355.22 |
| **Total:** | **355.22** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos     Fecha     Aviso No.<br>
P.O. BOX 194090     12/30/2019     5398265<br>
San Juan, PR 00919-4090

Cant. Deposito: $355.22

A la Cuenta(s) De

**NERYBEL GARCIA COLON**<br>
HC 03 BOX 16861<br>
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 355.22 |
| **Total:** | | **355.22** |

## NO-NEGOCIABLE

| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | Aviso #: 5142816<br>Fecha Aviso: 12/13/2019 |

| | | | |
|---|---|---|---|
| NERYBEL GARCIA COLON<br>HC 03 BOX 16861<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept: 123390-Bayamon<br>Lugar: Bayamon<br>Titulo: Trabajador Social I<br>Sueldo: $2,670.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,335.00 | 1,867.50 | 30,705.00 | |
| Bono de Navidad | | 0.00 | | 600.00 | |
| Bonificaciones | | 0.00 | | 600.00 | |
| Total: | | 1,335.00 | 1,867.50 | 31,905.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.35 | 462.62 |
| Fed OASDI/Disability - EE | 82.77 | 1,978.11 |
| PR Withholding | 43.45 | 1,041.35 |
| Total: | 145.57 | 3,482.08 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 113.48 | 2,610.04 |
| Total: | 113.48 | 2,610.04 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.34 | 76.82 |
| RC-Prest Hip-Ret Cen Emp Clasi | 369.50 | 8,498.50 |
| RC-Pres Cult Ret Cen-Em Clasif | 55.61 | 1,279.03 |
| AE-Asoc Emp ELA-Prest Regular | 195.02 | 4,235.06 |
| CO-COOP LA SAG FAMILIA | 10.00 | 230.00 |
| DM-FONDOS UNIDOS | 0.50 | 11.50 |
| SC-AMER FAM LIFE ASS CO | 28.70 | 660.10 |
| OS-SERV PUBLICOS 009 B | 18.00 | 414.00 |
| Ahorros-AEELA | 40.05 | 921.15 |
| SM-First Medical Health Plan | 0.00 | 15.00 |
| Total: | 720.72 | 16,341.16 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 44.72 | 1,068.76 |
| SM-First Medical Health Plan | 0.00 | 1,440.00 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,335.00 | 0.00 | 145.57 | 834.20 | 355.23 |
| Acumulado: | 31,905.00 | 0.00 | 3,482.08 | 18,951.20 | 9,471.72 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5142816 | 355.23 |
| Total: | 355.23 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Administracion Familia y Ninos**
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/13/2019

Aviso No.
5142816

Cant. Deposito: $355.23

A la
Cuenta(s) De

**NERYBEL GARCIA COLON**
HC 03 BOX 16861
COROZAL, PR 00783

Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 355.23 |
| Total: | | 355.23 |

## NO-NEGOCIABLE

Secretaria
Tribunal d Distrito de los Estados Unidos
Room 150 Federal Building Chardon Avenue
San Juan Puerto Rico 00918-1767



Nenybel Garcia Colón
HC05 Box 10861
Corozal PR 00783

RECEIVED & FILED
2020 JAN 16 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.