UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x
In re: :
:
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, : PROMESA
: Title III
as representative of :
: Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*, :
: (Jointly Administered)
Debtors.[1] :
---------------------------------------------------------------------x

NOTICE OF FILING OF FURTHER REVISED ORDER APPROVING NOTICE
PROCEDURES WITH RESPECT TO OMNIBUS OBJECTIONS TO CLAIMS FILED
OR ASSERTED BY HOLDERS OF CERTAIN BONDS ISSUED OR GUARANTEED BY
THE COMMONWEALTH

**PLEASE TAKE NOTICE** that on January 8, 2020, the Lawful Constitutional Debt Coalition (the "LCDC") filed its omnibus objection to claims filed by holders of bonds which were issued in excess of constitutional debt limits [Docket No. 9730] (the "LCDC Objection"). Concurrently with the LCDC Objection, the LCDC also filed the *Urgent Motion of Lawful Constitutional Debt Coalition Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, for Entry of an Order Approving Notice Procedures with Respect to Omnibus Objection to Claims filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth* [Docket No.9731] (the "Notice Procedures Motion") requesting that the Court

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

approve certain procedures and forms of notice in connection with the LCDC Objection. Among other things, the Notice Procedures Motion sought Court approval of English and Spanish language forms of notice of the LCDC Objection, attached as exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that, shortly after the filing of the LCDC Objection, the Official Committee of Unsecured Creditors (the "Committee")[2] filed its additional omnibus objection to claims [Docket No. 9735] (the "Miscellaneous Debt Limit Claim Objection") which seeks to invalidate certain claims based on constitutional debt limit grounds, including claims based on some of the same guaranties that are the subject of the LCDC Objection (namely the Commonwealth's guaranties of certain bonds issued by the Puerto Rico Infrastructure Authority and certain bonds issued by the Port of Americas Authority).

**PLEASE TAKE FURTHER NOTICE** that on January 9, 2020 the Committee filed its limited response to the Notice Procedures Motion [Docket No. 9753] (the "Limited Response") in which it presented to the Court a revised proposed procedures order (the "Revised Proposed Order"), including a revised proposed notice (the "Objection Notice"), in English and Spanish, in connection with the LCDC Objection and the Miscellaneous Debt Limit Claim Objection.

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby files a further revised proposed procedures order, in the form attached hereto as Exhibit A (the "Further Revised Proposed Order"), to reflect certain corrections to the Spanish translation of the Objection Notice. A redline of the Further Revised Proposed Order, as marked to show changes against the

---

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

Initial Revised Proposed Order, is attached hereto as <u>Exhibit B</u>.[3] Counsel to LCDC has reviewed the revisions to the Objection Notice and has no objection to these revisions.

Dated: January 20, 2020

By: */s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: */s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

---

[3] To be clear, no further changes have been made to the form of order or the English text of the Objection Notice.