16 de enero de 2020

UNITED STATES DISTRICT COURT FOR THE DISCTRICT OF PUERTO RICO
In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
As representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,
Promesa Title III No. 17 BK 3283-LTS (Jointly Administered)

Asunto: Estado Libre Asociado de Puerto Rico
Núm. de procedimiento 17 BK 3283-LTS

A:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos

Abogado de la Junta de Supervisión (Counsel for the Oversight Borard)
Proskauer Rose LLP

Abogado del Comité de Acreedores (Counsel for the Creditor's Committee)
Paul Hastings LLP

Durante las semanas pasadas recibí a mi buzón de correo una notificación sobre el reclamo hecho por mi en junio de 2018. En la misma se me indicaba que uno de los deudores solicitaba que mi reclamo fuera rechazado por falta de evidencia. Ante tal acción recopilé la información necesaria para presentar como respaldo de la misma. Debido a los recientes sucesos de público conocimiento sobre los terremotos y sismos constantes que están afectando el área sur de la isla, no pude someter los documentos en el tiempo requerido. No tuve acceso a mi hogar desde el día 7 de enero de 2020, hasta el 15 de enero del mismo año por grietas ocurridas en mi casa que hacían necesario la evaluación de un ingeniero estructural. Es por esta razón que solicito de ustedes, acepten los documentos que contestan, justifican y evidencian mi reclamación. Gracias anticipadas.

Cordialmente,

Sra. Wanda I. Figueroa Torres
Claim: 83721

# REPLICA

INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 17 PM 3:42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

A. Datos de contacto:

Claim - 83721

Contact Information:

- Name: **Wanda I. Figueroa Torres**

- Address: Urb. Santa Teresita 6008 San Alejandro St. Ponce, P.R. 00730

- phone number: 787-432-5971

- email: wfigueroa1216@gmail.com

B. Epígrafe



UNITED STATES DISTRICT COURT FOR THE DISCTRICT OF PUERTO RICO

In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Promesa Title III No. 17 BK 3283-LTS (Jointly Administered)

C. Motivos para oponerse a la objeción global

1. ¿Cuál es el fundamento de mi reclamación?

- La intención de la reclamación es formular las responsabilidades asociadas con el Estado Libre Asociado.
- Una acción pendiente de resolución o no concluida con el Gobierno de Puerto Rico o en contra de este por motivo de mi empleo actual como Maestra de Escuela Elemental contratada por el Departamento de Educación del Estado Libre Asociado de Puerto Rico.
- Y en otras reclamaciones al amparo del Título III, Ley PROMESA.
- Se presenta evidencia de que tengo una reclamación válida contra el E.L.A. de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.
- El derecho que me asiste según establecido por la Ley 96 del 12 de julio de 2002 en sus artículos 1 a y b, 2, 3, 4, 6, 7, 8:

"**Artículo 1**- Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:
(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría.
**Artículo 2.-** El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General."

- El derecho que me asiste según establecido por la Ley 164 de 22 de julio de 2003 en sus artículos 1a, 2, 3, 4, 5, 6, 7, 8, 9

2. ¿Cuánto es el monto reclamado?

Desglose de los aumentos adeudados:



Ley 96 del 12 de julio de 2002 – Según dispone el artículo 8 de la misma ley, será efectiva inmediatamente al momento de su firma. Esto significa que a julio de 2018, el Departamento de Educación de Puerto Rico tiene una deuda a mi persona por una cantidad de $19,200

Ley 164 de 22 de julio de 2003 – Se dispone que será efectiva en enero de 2004. Esto significa que el Departamento de Educación de Puerto Rico me adeuda $17,700 hasta la fecha de julio de 2018.

Ley 158 de 30 de junio de 1999 – Esta ley se divide en niveles y de acuerdo a estos se concedía el aumento (véase anejo – Copia de Artículo 5.04) y 6.08 "Distribución de créditos".

Nivel I – Aumento inicial – 7% del sueldo básico ($105.00) – se me otorgó en el año 2000

Nivel II – Aumento 9% sueldo básico ($157.50) – solicitado en abril 2006, pero nunca otorgado. **Se incluye evidencia** a tales fines. Total adeudado a julio de 2018 = $22,207.50

Nivel III – Aumento 25% sueldo básico ($437.50) – solicitado en enero de 2007, pero nunca otorgado. **Se incluye evidencia** a tales fines. Total adeudado a julio de 2018 = $57,750.

- Todo ese dinero fue asignado al presupuesto del Departamento de Educación de Puerto Rico, pero no adjudicado a mi persona según dispuesto por ley.

- Estoy reclamando el dinero que se me adeuda por concepto de las leyes establecidas por el Departamento de Educación de Puerto Rico y Estado Libre Asociado.
- Mi reclamación con relación a mi empleo actual en el Departamento de Educación de Puerto Rico.

## 3. Últimos cuatro dígitos de seguro social: **9928**

4. Breve explicación del estatus de cuando se hizo permanente

Soy maestra del Departamento de Educación de Puerto Rico. Entre con status de transitorio probatorio en el 1996 y adquirí mi permanencia en el 1999. Desde entonces hasta la actualidad me desempeño en el cargo.

5. ¿Cuál es la naturaleza de tu reclamación de empleo?

Salarios a los que la ley me confiere el derecho y no se pagaron a pesar de que los fondos fueron asignado al aprobarse las leyes:

Ley 96 (12 de Julio de 2002)

Ley 164 (22 Julio 2003)

Ley 158 (30 de jun 1999)

Según lo indican las leyes 96 y 164 en sus artículos artículos 2, 3, 4, 5, 6, 7, a la oficina de Gerencia y Presupuesto que se le asignó la cantidad de $100,000,000 para aumentar a los empleados públicos de gobierno central a que al 26 de enero de 1999 y con cargos al fondo general que estaban vinculados al servicio al 1ro enero 2000. Sin distinción de estado ni categoría

D. Documentación justificativa: Anejos

Se presenta copia de toda evidencia que demuestra la veracidad de la reclamación. Cualquier otra evidencia o los documentos originales están disponibles para ser presentados de ser necesario.

Anejo 1 – Talonario de sueldo agosto 2001

Anejo 2 – talonario de sueldo diciembre de 2002

- Se presentan como evidencia estos talonarios que demuestran claramente que no se recibió ningún tipo de aumento relacionado a la Ley 96 de 12 de julio de 2002.

Anejo 3 – Talonario de sueldo enero 2004

Anejo 4 – Talonario de sueldo junio 2004

- Se presentan como evidencia estos talonarios que demuestran claramente que no se recibió ningún tipo de aumento relacionado a la Ley 164 de 22 de julio de 2003.

Anejo 5 – copia solicitud de la activación a la carrera magisterial presentada en abril 2006

Anejo 6 – copia de la certificación de que los documentos fueron evaluados y la directora certifica que evaluó todos los documentos, que están completos y que se entrega copia fiel y exacta a la Región de Ponce del Departamento de Educación de Puerto Rico, siendo recibidos por la Sra. Rosa M. Burgos Sánchez, Secretaria Auxiliar de Recursos Humanos, Oficina de Carrera Magisterial.

Anejo 7 – copia de la certificación de que los documentos fueron evaluados y la directora certifica que evaluó todos los documentos, que están completos y que se entrega copia fiel y exacta a la Región de Ponce del Departamento de Educación de Puerto Rico, siendo recibidos por la Sra. Nilda Domenech, Superintendente de Escuelas de la Región de Ponce.

Anejo 8 – La Superintendente, Sra. Domenech, evalúa el expediente y hace sus recomendaciones. Fecha del documento 16 de enero 2007 (véase fecha escrita a puño de la Superintendente de Ponce, Sra. Domenech.

(Anejos 5, 6, 7, 8 – Evidencia de que el plan se presentó y evaluó por el Departamento de Educación, representado por la Supervisora designada a la escuela, Sra. Izaida Álvarez. Estos mismos documentos se presentan por segunda ocasión en el 2008, como evidencia de que se sometieron en el 2006 y el Departamento de Educación y habían sido evaluados. Los poncharon con fecha del 2008 por exigencia de esta servidora de que se recibieron nuevamente.)

Anejo 9 – Evidencia de que se sometió nuevamente el plan para aprobación. Fecha enero 2007

Anejo 10 – Solicitud de Revisión de Salario y reclamación del Nivel. Dirigido al Secretario de Educación. Sr. Rafael Aragunde; certificado por Directora Escolar, Sra. Lizette Osuna. Fecha enero 2007.

Anejo 11 – Carta de certificación de entrega y recibo de documentos. Certificado por la directora escolar, Sra. Lizette Ozuna y dirigido a Sra. Rosa M Burgos, Secretaria Auxiliar de Recursos Humanos, Oficina de Carrera Magisterial. Fecha 11 enero 2007 (ponchado 2007 y nuevamente 2008)

Anejo 12 – Carta recibo de documentos carrera magisterial. Fecha enero 2008

Anejo 13 – Hoja de trámite por entrega de documentos

Anejo 14 – Certificación al Superintendente de Escuelas Distrito de Ponce, Sr. Artieri, de que los documentos son copia fiel y exacta de los evaluados por la directora escolar, Sra. Osuna. Fecha 9 de enero 2008.

Anejo 15 – Evaluación del plan de mejoramiento sometido en 2007 y presentado en 2008 con las recomendaciones hechas por la evaluadora. Indica además que faltar 15 créditos para alcanzar el próximo nivel, a entenderse el nivel 4.

Anejo 16 – Hoja de visita fecha del 25 de marzo de 2014 cuando entregué nuevamente los documentos, esta vez, asistí directamente a las oficinas en San Juan.

Anejo 17 – Copia hoja evidencia de presentación de la carpeta a la Directora Escolar, Sra. Marisol Cruz

Anejo 18 – Hoja de Solicitud de Revisión de salario y reclamación de Nivel sometida nuevamente el 30 de enero de 2015

Anejo 19 – Copia de Artículo 5.04 del Reglamento de Carrera Magisterial titulado "Requisitos para alcanzar los niveles".

Anejo 20 – Talonario de sueldo de enero 2006

Anejo 21 – Talonario de sueldo de diciembre de 2006

Anejo 22 – Talonario de sueldo de enero de 2007

Anejo 23 – Talonario de sueldo de diciembre de 2008

Anejo 24 – Memo enviado por el Departamento de Educación titulado " Reclamación de Nivel y Revisión de Salario del Personal Docente Activo en la Carrera Magisterial" con fecha de 23 de enero de 2014. Este comunicado establece como fecha límite el 28 de marzo de 2014. Luego de este memo fui personalmente a entregar los documentos nuevamente, esta vez a las oficinas centrales del Departamento de Educación, Hato Rey donde me poncharon la hoja como recibido (véase anejo 16).

Anejo 25 – Copia de la "Notificación de intervención inicial del caso" que se sometió a la Oficina del Procurador del Ciudadano, Oficina Regional de Ponce. Fecha agosto 2014.

Anejo 26 – Ley Núm. 96 del 2002 (3 páginas) Ley para conceder aumento de sueldo de cien dólares

Anejo 27 – Ley Núm. 164 del 2003 (3 páginas) Ley para conceder aumento de sueldo de cien dólares

Anejo 28 – Ley 158 del 1999 (16 páginas) Ley de Carrera Magisterial

## Ley Núm. 96 del año 2002

(P. de la C. 2634) 2002 ley 96
(Reconsiderado)

**Para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno.**
**LEY NUM. 96 DE 1 DE JULIO DE 2002**

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

### EXPOSICION DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y buscando el bienestar de todos los puertorriqueños. El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio