16 de enero de 2020

UNITED STATES DISTRICT COURT FOR THE DISCTRICT OF PUERTO RICO
In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
As representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,
Promesa Title III No. 17 BK 3283-LTS (Jointly Administered)

Asunto: Estado Libre Asociado de Puerto Rico
Núm. de procedimiento 17 BK 3283-LTS

A:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos

Abogado de la Junta de Supervisión (Counsel for the Oversight Borard)
Proskauer Rose LLP

Abogado del Comité de Acreedores (Counsel for the Creditor's Committee)
Paul Hastings LLP

Durante las semanas pasadas recibí a mi buzón de correo una notificación sobre el reclamo hecho por mi en junio de 2018. En la misma se me indicaba que uno de los deudores solicitaba que mi reclamo fuera rechazado por falta de evidencia. Ante tal acción recopilé la información necesaria para presentar como respaldo de la misma. Debido a los recientes sucesos de público conocimiento sobre los terremotos y sismos constantes que están afectando el área sur de la isla, no pude someter los documentos en el tiempo requerido. No tuve acceso a mi hogar desde el día 7 de enero de 2020, hasta el 15 de enero del mismo año. Es por esta razón que solicito de ustedes, acepten los documentos que contestan, justifican y evidencian mi reclamación. Gracias anticipadas.

Cordialmente,

*Katherine Hargrove Cordero*

Sra. Katherine Hargrove Cordero
Claim: 102206, 107924, 50386, 50545

# REPLICA

## A. Datos de contacto:

Claim - 102206, 107924, 50386, 50545

Contact Information:

- Name: Katherine Hargrove Cordero

- Address: Rio Cañas Arriba sector Provincia calle 18 #395, Juana Díaz

- Postal Address: HC 01 Box 31325 Juana Díaz PR 00795-9756

- phone number: 787-512-5119

- email: katherine59pr@gmail.com

## B. Epígrafe

UNITED STATES DISTRICT COURT FOR THE DISCTRICT OF PUERTO RICO

In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Promesa Title III No. 17 BK 3283-LTS (Jointly Administered)

## C. Motivos para oponerse a la objeción global

1. ¿Cuál es el fundamento de mi reclamación?

- La intención de la reclamación es formular las responsabilidades asociadas con el Estado Libre Asociado.
- Una acción pendiente de resolución o no concluida con el Gobierno de Puerto Rico o en contra de este por motivo de mi empleo actual como Maestra de Escuela Elemental contratada por el Departamento de Educación del Estado Libre Asociado de Puerto Rico.
- Y en otras reclamaciones al amparo del Título III, Ley PROMESA.
- Se presenta evidencia de que tengo una reclamación válida contra el E.L.A. de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

- El derecho que me asiste según establecido por la Ley 96 del 12 de julio de 2002 en sus artículos 1 a y b, 2, 3, 4, 6, 7, 8:

    > "**Artículo 1**- Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:
    > (a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría.
    > **Artículo 2.-** El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General."

- El derecho que me asiste según establecido por la Ley 164 de 22 de julio de 2003 en sus artículos 1a, 2, 3, 4, 5, 6, 7, 8, 9

    2. ¿Cuánto es el monto reclamado?

Desglose de los aumentos adeudados:

Ley 96 del 12 de julio de 2002 – Según dispone el artículo 8 de la misma ley, será efectiva inmediatamente al momento de su firma. Esto significa que a julio de 2018, el Departamento de Educación de Puerto Rico tiene una deuda a mi persona por una cantidad de $19,200

Ley 164 de 22 de julio de 2003 – Se dispone que será efectiva en enero de 2004. Esto significa que el Departamento de Educación de Puerto Rico me adeuda $17,700 hasta la fecha de julio de 2018.

Ley 158 de 30 de junio de 1999 – Esta ley se divide en niveles y de acuerdo a estos se concedía el aumento (véase anejo – Copia de Artículo 6.08)

- Todo ese dinero fue asignado al presupuesto del Departamento de Educación de Puerto Rico, pero no adjudicado a mi persona según dispuesto por ley.

- Estoy reclamando el dinero que se me adeuda por concepto de las leyes establecidas por el Departamento de Educación de Puerto Rico y Estado Libre Asociado.

- Mi reclamación con relación a mi empleo actual en el Departamento de Educación de Puerto Rico.

3. Últimos cuatro dígitos de seguro social: 1620

4. ¿Cuál es la naturaleza de tu reclamación de empleo?

Salario impagado y otros

Ley 96 (12 de Julio de 2002)

Ley 164 (22 Julio 2003)

Ley 158 (30 de jun 1999)

Retiro

La Ley 1069 artículos 2, 3, 4, 5, 6, 7, a la oficina de Gerencia y Presupuesto que se le asignó la cantidad de $100,000,000 para aumentar a los empleados públicos de gobierno central a que al 26 de enero de 1999 y con cargos al fondo general que estaban vinculados al servicio al 1ro enero 2000. Sin distinción de estado ni categoría

5. Breve explicación del estatus de cuando se hizo permanente

Adquirí la permanencia con el Departamento de Educación en el año 1992. Actualmente me encuentro retirada desde mayo de 2015

D. Documentación justificativa: Anejos

Se presenta copia de toda evidencia que demuestra la veracidad de la reclamación. Cualquier otra evidencia o los documentos originales están disponibles para ser presentados de ser necesario.