Yo, Virgen S. Santiago Andújar estoy enviando esta réplica a la Secretaría (Clerk's Office), a la Junta de Supervisión (Counsel for the Oversight Board) y abogado del Comité de Acreedores (Counsel for the Creditors) debido a la Notificación de la Centésima Vigésima Tercera Objeción Global (No sustantiva) del Estado Libre Asociado de Puerto Rico. Ya que mi reclamo fue rechazado puesto que los datos de que el ELA, La ACT y/o el SRE disponen indican que mi reclamo fue deficiente. Como se menciona en el Anexo A. Debido a la situación que atraviesa Puerto Rico y es de vuestro conocimiento no pude radicar esta réplica ante un abogado como indicaron. Adjunto a esta notificación estoy enviando los reclamos que resultaron con datos deficientes. Para su reconsideración anexados a esta carta.

Caso No. 17-03283

Tel. 787-218-3102

Dirección Postal:
P.O. Box 1490
Juana Díaz, P.R. 00795

Correo Electrónico
virgensantiago3102@gmail.com

Reclamación # 91334 - Ley 164 (22 julio 2003)

Esta ley concede un aumento de cien (100) dólares a los empleados públicos del gobierno del Estado Libre Asociado de Puerto Rico efectivo el 1ro de enero de 2004. En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el gobierno del Estado Libre Asociado de P.R. ha propiciado la aprobación de leyes especiales para mejorar los beneficios marginales de los empleados públicos concediendo aumentos a diversos grupos que incluyen: maestros, policías, bomberos y empleados del gobierno central. Conforme a lo anterior, se conceden aumento de cien (100) dólares efectivo en enero de 2004 y que al 31 de diciembre de 2003 estén en servicio activo sin distinción de status ni categoría.

Tengo derecho al pago en retroativo según lo dispone la ley ya que trabajé ininterrumpidamente del año 1985 al año 2014.

Caso No. 17-03283

Reclamación #91334

Ley 144 (22 julio 2003)

2004 al 2016 (12 años)

$ 100.00
\_\_12\_\_
1,200 Anuales

Aumento x 12 años

1,200 x 12 años

Total = $14,400