Virgen S. Santiago Andujar
P.O. Box 1690
Juana Diaz, P.R. 00795

RECEIVED & FILED
2020 JAN 17 PM 4:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



7019 1120 0001 1733 9946

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JAN 13, 20
AMOUNT
$4.65
R2305K135197-12

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767