# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

**NÚMERO DE EVIDENCIA DE RECLAMACION:** 39299

**NOMBRE DEL RECLAMANTE:** Isamarys Mercado Carals

### MOCION
### RADICACION DE REPLICA

1. Isamarys Mercado Canals, dirección postal: 1066 Calle Arturo Jimenez Valle, Isabela PR 00662 con número de teléfono 787-17-404 y correo electrónico digitalsc2010@live.com últimos digito de seguro social 9826.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 68,400, en el Departamento de la Familia Programa de ADFAN con fecha de empleo que comencé 3 de enero de 200 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

1066 Calle Arturo Jimenez Valle
Isabela, PR 00662