| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Mercado Canals, Isamarys | 39299 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Mercado Canals, Isamarys | 39299 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000518

***CUST PR 1845 SRF 38154 PackID: 518 MMLID: 1572290 SVC: 121st Omni
Mercado Canals, Isamarys
1066 Calle Arturo Jimenez Ualle
Isabela , PR 00662

000518

*Número de Evidencia de Reclamación:* Joamary Mercado Cintrals
*Reclamante*: Claim #39299

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    68,400

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de la Familia

3(b). Identifique las fechas de su empleo con relación a su reclamación: 3 enero 2001 al Presente

3(c). Últimos cuatro dígitos de su número de seguro social: 9826

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☒ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). Reclamo salarial

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. *Responda Preguntas 4(a)-(f).*

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de la Familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Departamento de la Familia

4(c). Número de caso: 39299

4(d). Título, epígrafe, o nombre del caso: Estado Libre Asociado de Puerto Rico

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
Pendiente de Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
Desconozco

3

| ACAPIA av. agosto 1989 SIMBOLOS DE CONTABILIDAD | | | | | | Estado Libre Asociado de Puerto Rico OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL | 2. FECHA AUTORIZACION O.P.C. |
|---|---|---|---|---|---|---|---|
| F.Fondo | Agencia | Div. | S.Div. | Asig. | Objeto | | Desde: 1/jul/99 |
| E1120 | 111 | 123000 | 1078 | 001 | 2000 | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO DE EMPLEADOS TRANSITORIOS | Hasta: 30/jun/00 |

**3. ADVERTENCIA AL EMPLEADO:** Escala 9

El Nombramiento transitorio no le otorga derecho a ser nombrado en un puesto en el servicio de carrera con status probatorio o regular, a menos que cumpla con el procedimiento de reclutamiento y selección establecido en la Sección 4.3 de la Ley de Personal del Servicio Público, enmendada, para cubrir puestos en el Servicio de Carrera. El nombramiento transitorio tampoco le permite ser participante del Sistema de Retiro de los Empleados del Gobierno y la Judicatura. Este nombramiento transitorio se efectúa para atender una necesidad temporera, de emergencia, imprevista o de duración determinada y terminará cuando desaparezca la necesidad que dio origen al mismo.

Autorizado en Hoja de Evaluación de Costos y Disponibilidad de Fondos AFAN 00-104 del 28 de octubre de 1999

**4. Nombre del Empleado:**
MERCADO   CAÑALS   ISAMARIS  *Isamarys*
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

**5. Número de Seguro Social**
    9826

**6. Dirección del empleado**
SAN ANTONIO DE LA TUNA #21
ISABELA, PUERTO RICO  00662

**7. Agencia, Negociado o División, Sección o Unidad y Pueblo** Servicios a Familias con Niños
DEPARTAMENTO DE LA FAMILIA ADM. FAMILIAS Y NIÑOS     Región de Aguadilla

**8. Título de Clasificación del Puesto Transitorio**  *LPR AN*
ORIENTADORES A JOVENES  *Tecnico de Servicios a la Familia I*

**9. Número de Clase**  G-305-0

**10. Número del Puesto**  12394265

**11. Clase de nombramiento:**
X  En puesto de duración fija
___ con funciones de carrera
___ con funciones de confianza

APROBADO
Oficina de Personal
MAR 0 9 2000

**12. Sueldo mensual** $1,121.00       **Diferencial** $

**13. Duración del Nombramiento Transitorio**
De 3/ENERO/2000    Hasta 30/jun/00

**14. CERTIFICACION DEL EMPLEADO:**

Certifico que no he ocupado un puesto permanente o de duración fija con status transitorio en el Servicio Público durante el período de un (1) año anterior a la fecha de efectividad de esta [ilegible], que estoy física y mentalmente capacitado para desempeñar las funciones del puesto en el que se me nombra; que no he sido destituido del servicio público; que no he incurrido en conducta deshonrosa; no ha resultado convicto por delito grave o por cualquier delito que [ilegible] y que no soy adicto al uso habitual y excesivo de sustancias controladas o bebidas alcohólicas. Declaro que esta información es exacta y verídica y que tengo conocimiento que de descubrirse falsedad en la misma seré separado del puesto en el que se me nombra.

*Isamarys Mercado Cañals*
Firma del empleado

**15. Certificación de la agencia**

Certifico que el puesto número 12394265, clasificado como ORIENTADORES A JOVENES *Tecnico de Servicios a la Familia I* en el cual se nombra a ISAMARIS MERCADO CAÑALS

___ atenderá funciones de naturaleza temporera, de emergencia, imprevistas o de duración determinada.
___ atenderá funciones permanentes o recurrentes mientras se crea el puesto permanente necesario.
___ responde a las circunstancias enumeradas en la Sección 4.3 Inciso 12 de la Ley Núm. 5 del 14 de octubre de 1975, enmendada.
Especifique

**16.** *[firma]*
CARLOS M. SAMALOT OCASIO          DIRECTOR REGIONAL INT    VEASE ENMIENDA DEL 3 ENERO 2000
Firma de la autoridad nominadora o su representante autorizado    Título          Fecha

**17. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, Isamary Mercado Cañals, Seguro Social Núm. -9826 de 27 Soltera
  (Nombre del funcionario o empleado)                          (Edad)  (Soltero o Casado)
Orientadora                     y vecino de Isabela , juro solemnemente que mantendré y defenderé la
(Nombre del Cargo o Empleo)                (Pueblo)
Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior, que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

3 de enero del 2000
(Fecha)

Declaración Jurada Número: 14,903

Suscrito y jurado ante mí por Isamary Mercado Cañals, de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante:
Tarjeta Electoral # 3591367

En Isabela , Puerto Rico, hoy 3 de enero de año 2000

*Isamarys Mercado Cañals*
(Firma del empleado o funcionario)

*[firma y sello notarial — VILLANUEVA ABOGADO-NOTARIO]*
Firma, Sello Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

| | | |
|---|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | Aviso #: 5660934<br>Fecha Aviso: 01/15/2020 |

| | | | | |
|---|---|---|---|---|
| ISAMARIS MERCADO CANALS<br>CALLE ARTURO JIMENEZ VALLE<br>1066<br>ISABELA, PR 00607<br>SS: i-9826 | # Empleado: 826<br>Dept: 123620-Isabela I<br>Lugar: Aguadilla<br>Titulo: Tecnico Servicios Familia III<br>Sueldo: $2,519.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0 + 4<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Corriente Ingresos | Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,259.50 | 82.50 | 1,259.50 |
| Pago Retroactivo Regular | | | 0.00 | | 300.00 |
| **Total:** | | | **1,259.50** | **82.50** | **1,559.50** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.26 | 22.61 |
| Fed OASDI/Disability - EE | 78.09 | 96.69 |
| PR Withholding | 31.28 | 50.50 |
| **Total:** | **127.63** | **169.80** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 107.06 | 132.56 |
| **Total:** | **107.06** | **132.56** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.40 | 2.40 |
| AE-Asoc Emp ELA-Prest Regular | 143.49 | 143.49 |
| SM-First Medical Health Plan | 129.25 | 129.25 |
| CO-COOP LA SAG FAMILIA | 30.00 | 30.00 |
| SC-WASHINGTON NAT INS CO | 46.55 | 46.55 |
| OS-SERV PUBLICOS 009 B | 18.90 | 18.90 |
| Ahorros-AEELA | 37.79 | 46.79 |
| **Total:** | **408.38** | **417.38** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PSED Disability Plan | 42.19 | 52.24 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,259.50 | 0.00 | 127.63 | 515.44 | 616.43 |
| Acumulado: | 1,559.50 | 0.00 | 169.80 | 549.94 | 839.76 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5660934 | 616.43 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | **Total:** | **616.43** |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| | | |
|---|---|---|
| Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Fecha<br>01/15/2020 | Aviso No.<br>5660934 |

**Cant. Deposito:** $616.43

A la
Cuenta(s) De

ISAMARIS MERCADO CANALS
CALLE ARTURO JIMENEZ VALLE
1066
ISABELA, PR 00607
Localizacion: Aguadilla

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 616.43 |
| **Total:** | | **616.43** |

## NO-NEGOCIABLE