Ramonita Moncho Cintron
1066 Calle Arturo
Ojong Valle
Isabela PR 00662

RECEIVED & FILED
2020 JAN 17 PM 4:59
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767