Quetcy Ann Cedeño Rodriguez

Oficial correccional 1

RECEIVED & FILED
2020 JAN 17 PM 4: 57
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Dirreccion Actual:

101 Grande Valencia Dr Suite 101 Orlando, Florida 32825

Dirreccion Anterior:

9318 New Heritage Rd Apt.101 Orlando, Florida 32825

Numero Celular

407-235-8338

Numero reclamacion

68341

Fecha Presentacion

6/29/18

Deudor

Commonwealth of Puerto Rico

Promesa Title III

3:17-3283 (LTS)

Email: qcedeno124@gmail.com

Dia: Enero 14, 2020

Quetcy Ann Cedeno Rodriguez