Quetey Ann Coleman
M1 Grande Valencia Dr-
Suite 101 Orlando Fl
32825

RECEIVED & FILED
2020 JAN 17 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretario Clerk's Office
Tribunal de Distrito De Los Estados
Unidos Room 150
Chardin Avenue
Federal Building
San Juan, Puerto Rico

UNITED STATES POSTAGE
PITNEY BOWES
$000.500
02 1P
0000752625
JAN 14 2020
MAILED FROM ZIPCODE 32825