Martes 14 de marzo 2020

To: Ley Promesa # 17-03283 Secretaría Tribunal, N.Y. Nueva York -6143

From: Sylvia Castillo López
Urb. Los Caobos 1213 Calle Bambú 1213
Ponce, Puerto Rico 00716-2624
Celular 787-634-3804 Email
silviacastillo0050@gmail.com
SCL

# Reclamaciones - Reclamaciones
SCL

① 91584 vs Estado Libre Asociado de P.R. Puerto Rico Departamento de Educación
Fundamento: Ley 96 Costo de vida

② 94640 vs Versus Estado Libre Asociado de Puerto Rico Departamento de Educación Ley 34 Ingenio Laboral Roselló

③ 92983 Estado Libre Asociado de Puerto Rico Departamento de Educación Fundamento: Ley 164 Sila Calderón

④ 104956 Estado Libre Asociado de P.R. Puerto Rico Departamento de Educación Ley 89 Romerazo

Sylvia Castillo López

Asunto: objeto la denegación de mis reclamos bajo la ley promesa basado en que la información ofrecida por la ~~corte~~ Federal corte en Ponce no nos informaron a base de llenar cantidades de dinero que debíamos reclamar porque las cantidades se repartirían entre los acreedores en partes iguales. ~~Entregué~~ entregué la documentación, fue verificada por personal de la Corte Federal de Ponce y no objetaron que no habían la cantidad de dinero que reclamaba, ni donde deberíamos conseguir la información. Por tales razones necesito que sea revisado mi caso por tal denegación.

Estoy enviando esta carta porque supe que hasta hoy teníamos para responder la apelación a la denegación. No tengo los documentos de la denegación porque mi país está en emergencia por temblores, terremotos constantes

2

y las oficinas en la cuales podríamos obtener la información requeridas para enviarles, están cerradas. No hay luz y la documentación que enviaron fue precisamente cuando comenzó la emergencia, emergencia y días después tuve que salir de Puerto Rico por problemas de salud, salud. Tengo problemas de movilidad y deformidad en mis manos por lo cual escribir yo misma esta apelación es mi único recurso. P

3

## Cantidades

Basada en los documentos de los documentos de mi reclamaciones, no aparece ninguna cantidad en tales documentos para poder efectuar cálculos. Por la razón que las denegaciones llegaron a mi en estado de emergencia en mi país Puerto Rico, las instituciones que podrían arrojarnos, arrojarnos información para obtener, obtener una cantidad exacta, estaban cerradas. En coversaciones con personas a las cuales le enviaron el dinero y que pueden tener mi mismo historial de trabajo en el Departamento de Educación estimo que 1,300  91584 — y básicamente más o menos las 3 reclamaciones subsiguientes. Necesito una oportunidad (pasada la emergencia en Puerto Rico) para obtener información fidedigna de estos números. Gracias

4.