From: Sylvia Castillo
Urbanización Los Caobos
1213 Calle Bambú
Ponce, P.R. 00716-2624

TO: Secretaria Tribunal de Distrito De los Estados Unidos Room 150 Federal Building San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL

7018 0680 0001 4887 3700

RETURN RECEIPT REQUESTED