14-Ene-2020

Jiménez González Carmen Leonor
Claim # 68152
Commonwealth of Puerto Rico    Promesa III

Solicito por este medio una extención para la reclamación solicitada Claim # 68152 Commonwealth of Puerto Rico. Motivo situación de Emergencia por los temblores, terremotos registrados en Puerto Rico. Las agencias gubernamentales a las que debo buscar información que solicitan estan cerradas por la emergencia. (Departamento de Educación)
Agradeceré su atención al respecto.

Gracias, Carmen Leonor Jiménez González

Carmen Leonor Jiménez González
P.O. Box 8553
Ponce, P.R 00732-8553

2020 JAN 17 PM 4:56
RECEIVED & FILED