17 Enero 2020

Jiménez González Carmen Leonor

Claim # 96198

Commonwealth of Puerto Rico

Solicito por este medio una extención para la reclamación solicitada #96198

Motivos situación de Emergencia en Puerto Rico por los temblores, terremotos registrados.

Agencias gubernamentales cerradas por motivos de seguridad. Es donde se pueden buscar las evidencias, (Departamento de Educación)

Agradeceré su atención al respecto.

Carmen Leonor Jiménez González

P.O. Box 8553
Ponce, Puerto Rico
00732-8553