14-Ene-2020

Jiménez González Carmen Leonor
Claim #97711
Commonwealth of Puerto Rico

RECEIVED & FILED
CLERK'S OFFICE
JAN 17 2020
US DISTRICT COURT
SAN JUAN, PR

Solicito por este medio una extención para la reclamación solicitada.

Motivos situación de Emergencia en Puerto Rico por los temblores terremotos registradas

Agencias gubernamentales están cerradas por motivos de seguridad. Es dónde se pueden buscar las evidencias. (Departamento de Educación)

Agradeceré su atención al respecto

Carmen Leonor Jiménez González
P.O. Box 8553
Ponce, P.R. 00732-8553