Carmen Leonor Jiménez González
P.O. Box 8553
Ponce, Puerto Rico
00732-8553

CERTIFIED MAIL

7019 2970 0002 2158 0047

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00730
JAN 15, 20
AMOUNT
$6.30
R2305K133237-11

1000    00918

FOREVER / USA

Tribunal De Distrito de los Estados Unidos
Secretaria Room 150
Federal Building San Juan Puerto Rico
00918-1767

2020 JAN 17 PM 4:57
RECEIVED & FILED