14-ene, 2020

Jiménez González Carmen Leonor
Claim #
97155
Commonwealth of Puerto Rico

Solicito por este medio una extención para la reclamación solicitada.

Motivos situación de Emergencia en Puerto Rico por los temblores terremotos registrados

Agencias gubernamentales están cerradas por motivos de seguridad. Es donde se pueden buscar las evidencias. (Departamento de Educación)

Agradeceré su atención al respecto.

Carmen Leonor Jiménez González
Carmen Leonor Jiménez Gzlz
P.O. Box 8553
Ponce, Puerto Rico
00732-8553

RECEIVED & FILED
CLERK'S OFFICE
JAN 17 2020
US DISTRICT COURT
SAN JUAN, PR