Carmen Leonor Jimenez Gonzalez
P.O. Box 8553
Ponce, Puerto Rico
                00732-8553

Tribunal De Distrito de los Estados Unidos
Secretaria   Room 150
Federal Building  San Juan Puerto Rico
                              00918-1767