Ivette López Ayala
P.O. Box 14 3904
Arecibo, PR 00614-3904
(787) 613-6574
Correo Electrónico: Ivette2159@live.com

Epígrafe: Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Número de Procedimiento: 17BK 03283-LTS
Número de Reclamo: 86370

Declaración:

Yo, Ivette López Ayala, pido, exijo y demando que el Tribunal debe declarar "No a lugar" la objeción Global en relación a mi reclamo.

La razón para mi petición es que yo fui empleada y estuve trabajando para el Departamento de Educación de Puerto Rico para los años del reclamo de "Promesa (Romerazo)". Trabaje para el Departamento de Instrucción Pública (Educación) comenzando en agosto de 1982 hasta Diciembre del 2012. Certifico que durante esos años fui empleada activa del Departamento de Educación de Puerto Rico como Maestra de Educación Especial y/o Maestra de Escuela Elemental.

Adjunto incluyo documentos que validan, respaldan, y certifican mis años de trabajo para el Departamento de Educación de Puerto Rico.

Certifico que la información provista esta correcta.

Firmada hoy martes 14 de enero de 2020.


Cordialmente,

*[signature]*
Ivette López Ayala


Documento Adjuntos (Copias):
- Talonario de Pago de Departamento de Educación (080) del 10/15/2007
- 2012 W-2 Form
- Certificación de Empleo