

## Certificación de Empleo

Certifico que la señora <u>Ivette López Ayala</u>, s.s. # <u>xxx-xx-3227</u>, trabajó en un puesto regular en la Escuela <u>José Cordero Rosario</u> del Distrito <u>Manatí</u> Municipio de <u>Barceloneta</u> como <u>Maestra Educ. Temprana K-3</u>. Desde el <u>25 de agosto de 1982</u> hasta el <u>21-diciembre-2012</u>. Su salario mensual era de <u>$2,730.00</u>. Su jornada de trabajo era de seis horas (6.00). Según el Art. 2.10 de la ley 26-2017 a partir de la vigencia de esta Ley, ningún empleado público tendrá derecho al pago de la liquidación de días en exceso por concepto de vacaciones o enfermedad.

Cualquier tachadura o borrón invalida esta certificación, dada a petición de la <u>Sra. López,</u> hoy <u>14 de enero de 2020</u>.

Atentamente,

*Marisol S. Monroig*
Marisol Cruz Monroig
Directora Recursos Humanos, Interina

Notifico que la información contenida en esta certificación es fiel y exacta.

Certificación emitida por:

| | |
|---|---|
| <u>Laura Amador Rios</u> | Técnico Recursos Humanos |
| Nombre/Firma | posición |

*Sello Oficial*

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico  00612-4623

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/26/2007 |
| Hasta: | 10/09/2007 |

# Cheque: 00065162
Fecha: 10/15/2007

IVETTE LOPEZ AYALA
FACTOR 1
CALLE K 63
ARECIBO PR 00612
SS: 3227

| | |
|---|---|
| # Empleado: | 3227 |
| Dept: | 8001009-Arecibo Barceloneta |
| Oficina: | Jose Cordero Rosario |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,480.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,240.00 | 1,152.00 | 23,560.00 | |
| Licencia Enfermedad en Exceso | | 0.00 | | 1,689.31 | |
| Total: | | 1,240.00 | 1,152.00 | 25,249.31 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 74.43 | 1,549.31 |
| Total: | 74.43 | 1,549.31 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 111.60 | 2,120.40 |
| Total: | 111.60 | 2,120.40 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 74.24 | 1,069.94 |
| SM-First Medical Health Plan | 101.50 | 1,928.50 |
| SC-ATLANTIC SOUTH INS CO | 15.00 | 255.00 |
| OS-FEDERACION DE MAESTROS | 8.00 | 152.00 |
| GPR Plan de Ahorros | 37.20 | 706.80 |
| SC-TRANS OCEANIC LIFE | 0.00 | 26.66 |
| Total: | 235.94 | 4,138.90 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 105.40 | 2,002.60 |
| FSED Disability Plan | 21.08 | 429.24 |
| SM-First Medical Health Plan | 0.00 | 1,080.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,240.00 | 74.43 | 347.54 | 818.03 |
| Acumulado: | 25,249.31 | 1,549.31 | 6,259.30 | 17,440.70 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #00065162 | 818.03 |
| Total: | 818.03 |

MENSAJE:

Formulario / Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO**
DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | IVETTE |
| Apellido(s) - Surname(s) | LOPEZ AYALA |
| Dirección Postal del Empleado - Employee's Mailing Address | FACTOR 1, CALLE K 63, ARECIBO, PR 00612 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8000910728 J C ROSARI, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Control - Control Number | 125494225 |
| 3. Núm. Seguro Social - Social Security No. | -3227 |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 34376.95 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 34376.95 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1384.91 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2932.50 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records
**Año: / Year: 2012**

Reproducido por: Departamento de Hacienda