P.O Box [illegible]
Arecibo P.R. 00614-3900

Secretaria (Clerk office)
Tribunal de Distrito de E.U
Room 150 Federal Building
San Juan P.R. 00918-1767

7019 0700 0000 7823 2440

RECEIVED
'20 JAN 17 AM 4:56
CLERK'S US DISTRICT
SAN JUAN

JAN 14, 20
$6.30
R2305K136482-17