**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |
|---|---|

NÚMERO DE EVIDENCIA DE RECLAMACION: __42220__

NOMBRE DEL RECLAMANTE: __NEREIDA RIVERA FELICIANO__

**MOCION
RADICACION DE REPLICA**

1. Nereida Rivera Feliciano, dirección postal: PO Box 1102 Victoria Station Aguadilla, PR 00605 con número de teléfono (939) 259-8599 y correo electrónico nereidanr@gmail.com, últimos digito de seguro social 6980.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 40,000.00, en el Departamento de la Familia Programa de ADFAN con fecha de empleo que comencé 8 de junio de 2001 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

*(firma)*
Nereida Rivera Feliciano

PO Box 1102
Victoria Station
Aguadilla, PR 00605