U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
JAN 15, 20
AMOUNT
**$0.70**
R2305K136571-09

00918

UNITED STATES POSTAL SERVICE
1000

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (P.R.) 00918-1767

Nereida Rivera Feliciano
P.O. Box 1102
Victoria Station
Aguadilla, P.R. 00605

RECEIVED & FILED
2020 JAN 17 PM 4:56
CLERK'S OFFICE
DISTRICT COURT