Jo-Ann Calderon Rivera

Oficial correccional 1

Dirreccion Actual:

101 Grande Valencia Dr Suite 101 Orlando, Florida 32825

Dirreccion Anterior:

9318 New Heritage Rd Apt.101 Orlando, Florida 32825

Numero Celular

407-259-6566

Numero reclamación

85203

Fecha Presentacion

6/29/18

Deudor

**Commonwealth of Puerto Rico**

**Promesa Title III**

3:17-3283 (LTS)

Email: joann_casco@yahoo.com

Dia: Enero 14, 2020

Jo-Ann Calderon Rivera