Case:17-03283-LTS Doc#:10239-1 Filed:01/17/20 Entered:01/21/20 11:52:34 Desc
Envelope Page 1 of 1

J. Ana Calderin
101 Grande Vale...
Suite 101 Orlando Florida
32825

RECEIVED & FILED
2020 JAN 17 PM 4:56
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

00918-170399

02 1P $000.50
0000752625 JAN 14 2020
MAILED FROM ZIP CODE 32825

Secretario (clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Chardón Avenue
Federal Building
San Juan, Puerto Rico
00918-1767