14 de enero 2020

Entiendo que este reclamo es correcto y justo ya se se me adeuda dcha cantidad. Estoy enviando documentación de Renuncia incentivada. La certificación de comienzo en Departamento de Educación de Puerto Rico se encuentra en proceso, Tan pronto la reciba lo estaré enviando

Gracias

Milagros Ortiz Brilla