Milagros Ortiz Barrett
HC-01 Box 5619
San German P.R. 00683

RECEIVED & FILED
2020 JAN 17 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan Puerto Rico 00918-1767