# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE:** That Jessica A. Figueroa-Arce, of the law firm Arroyo & Ríos Law Offices, P.S.C., hereby appears as counsel for Defendant 55H and Defendant 56H (as identified by pseudonyms in adversary proceeding number 19-00359). Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, which are applicable to these cases by section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the aforementioned counsel requests that all notice given or required to be given in these cases be served upon her. The aforementioned counsel's contact information is as follows:

**Atty. Jessica A. Figueroa-Arce**
**ARROYO & RIOS LAW OFFICES, P.S.C.**
<u>Hand-delivery address</u>:
101 Ave. San Patricio
Suite 1290 Maramar Plaza
Guaynabo, PR 00968

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

U.S. Mail address:
PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966

Tel.: (787) 522-8080
Fax: (787) 523-5696
E-mail: jfigueroa@arroyorioslaw.com

**Respectfully submitted.**

In Guaynabo, Puerto Rico, on January 21, 2020.

**ARROYO & RIOS LAW OFFICES, P.S.C.**
PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.: (787) 522-8080
Fax: (787) 523-5696
E-mail: jfigueroa@arroyorioslaw.com

*s/ Jessica A. Figueroa-Arce*
Jessica A. Figueroa-Arce
USDC-PR No. 225206

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's January 23, 2019 Eighth Amended Case Management Order. *See* Docket No. 4866-1.

Dated: January 21, 2020.

*s/ Jessica A. Figueroa-Arce*
Jessica A. Figueroa-Arce
USDC-PR No. 225206

2