Javier Irizarry
HC 1 Box 10007
San Sebastian P.R.
00685




U.S. POSTAGE PAID
FCM LG ENV
MOCA, PR
00676
JAN 10, 20
AMOUNT
$1.75
R2305M148082-15

Secretaria (Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767