January 14th 2020


United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767


Proskauer Rose LLP
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

RECEIVED & FILE
CLERK'S OFFICE

JAN 16 2020

US DISTRICT COURT
SAN JUAN, PR

Re:  **Statement account (Retirement).**
       **No. Reclaimed number 42035**
       **No. Reclaimed number 57731**

Plaintiff – Sandra Maldonado- Gonzalez with the address: Urb. San Felipe
H 19 Calle 8, Arecibo, PR. 00612, would like the let know the court that the following document is attached
to this letter:

1)  Letter received on the 10th of July 2019 and the information gathered is until the 10th of June 2019.
     The Plaintiff still works in the Government of Puerto Rico (ADSEF- Administration de Desarrollo
     Socio Economic de Department de la Familiar).

The letter send by this honorable Court had arrive late due that the plaintiff was on a vacation trip
( arriving yesterday to P.R. )  and also the stress related due to the earthquake that is still making its effect
on P.R.

Plaintiff respectfully request that this Honorable Court takes notice of Law 447 (Retirement Law, revoked)
As part of the benefits claimed on the demand.


Sandra Maldonado González
Urb. San Felipe calle 8 casa H19



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

10 de junio de 2019

### Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

SANDRA MALDONADO GONZALEZ
URB SAN FELIPE
H 19 CALLE 8
ARECIBO, PR 00612

Seguro Social: XXX-XX-0143

A base de la información en nuestros registros, al 10 de junio de 2019 usted posee:

Fecha de Nacimiento: 01 de julio de 1961
Fecha de Ingreso al Servicio Público: 16 de junio de 1988
Fecha de Comienzo de Cotización: 16 de junio de 1988

Género: Femenino

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 1.92 |
| | | Aportaciones: | 9,824.92 | Aportaciones: | 4,247.87 |
| | | Intereses: | 778.69 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **25,080.71** | **Total Aportaciones:** | **10,603.61** | **Total Aportaciones:** | **4,247.87** |
| **Beneficio:** | **786.24** | **Beneficio:** | **58.63** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • 🖥 www.retiro.pr.gov

**Sandra Maldonado Gonzalez**

| | |
|---|---|
| **From:** | Mary Rodriguez Pagán <mrodriguez1@retiro.pr.gov> |
| **Sent:** | Monday, June 10, 2019 3:38 PM |
| **To:** | Sandra Maldonado Gonzalez |
| **Subject:** | Re: Certificación |
| **Attachments:** | SANDRA MALDONADO EC.pdf |

Buenas Tardes:
Adjunto documento solicitado.

De necesitar información adicional, puede comunicarse con uno de nuestros representantes  del
Centro de Contacto al **(787) 777-1500**. En la Administración de los Sistemas de Retiro estamos para servirle.

Cordialmente,

*Mary Rodríguez Pagán*
*Orientadora de Servicios y Beneficios*
*Administración de los Sistemas de Retiro*
*para Empleados del Gobierno y la Judicatura*
*Centro Gubernamental Minillas*
*Torre Norte, PISO P*
*San Juan, PR 00940*
*PO Box 42003, San Juan, PR 00940-2203*
*(787)777-1500*
*www.retiro.pr.gov*

**From:** Sandra Maldonado Gonzalez <sandra.maldonado@familia.pr.gov>
**Sent:** Monday, June 10, 2019 10:47:49 AM
**To:** Mary Rodriguez Pagán
**Subject:** FW: Certificación

Buen día.

Adjunto certificación para la acción correspondiente.

Gracias y lindo día

**From:** digitalizacion@adsef.pr.gov [mailto:digitalizacion@adsef.pr.gov]
**Sent:** Monday, June 10, 2019 10:16 AM
**To:** Sandra Maldonado Gonzalez <sandra.maldonado@familia.pr.gov>
**Subject:**



U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
JAN 14, 20
AMOUNT
$7.45
R2306Y192026-12







7019 0700 0001 3971 7954

Sandra Maldonado Gonzalez
Urb. San Felipe
Calle 8 Casa #19
Arecibo, P.R. 00612

United State Distric Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RETURN RECEIPT
REQUESTED

RECEIVED & FILED
2020 JAN 16 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et

al.,

Debtors

-----------------------------------------------------------

PROMESA

Title III

**No. 17 BK 3283-LTS**

(Jointly Administered)

This filing relates to the

Commonwealth, HTA, and

ERS.

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED.

**Name:  FRANCIS VELEZ JIMENEZ**

**Address: EXT VILLA RITA CALLE 27 EE – 9 SAN SEBASTIAN PR 00685**

**Tel: (787) 519-6246**

**Email: FVELEZ@ASUME.PR.GOV**

**# Reclamación: 4464**

**# Caso: 17 BK 03283-LTS**

**Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de retiro AELA.**

## In re Commonwealth of Puerto Rico, Case No. 17-03283, United States District Court for the District of Puerto Rico

**Christian I. Rivera** <crivera@primeclerk.com>

Thu 12/12/2019 8:51 PM

To: Puerto Rico Team <puertoricoteam@PrimeClerk.com>

Prime Clerk LLC is the solicitation, notice, and claims agent for the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Sales Tax Financing Corporation ("COFINA"), Puerto Rico Highways & Transportation Authority ("HTA"), Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"). On May 3, May 5, May 21, and July 2, 2017, and September 27, 2019, the Commonwealth, COFINA, HTA, ERS, PBA, and the Puerto Rico Electric Power Authority (collectively, the "Debtors") filed petitions for relief under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"). The Debtors' cases are jointly administered in the United States District Court for the District of Puerto Rico under Case No. 17-03283.

Please find below a link to the following important document:

- **One Hundred and Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided. Hearing Scheduled for January 29, 2020 at 9:30 a.m. (AST). Objections Due by January 14, 2020 at 4:00 p.m. (AST) [Docket No. 9558]**

For additional information, please visit https://cases.primeclerk.com/puertorico.
*Quality. Partnership. Expertise. Innovation.*
For more information click here: https://www.primeclerk.com/why-choose-us



---

For Prime Clerk's email disclaimer, please click here: http://primeclerk.com/email-disclaimer/

One Hundred and Eighth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 654 | VELEZ HERNANDEZ, MADELINE<br>9 ANTILLAS URB. VICTOR ROJAS - 1<br>ARECIBO, PR 00612 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42361 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 655 | VELEZ IRIZARRY, YOAMARY<br>URB. LA PROVIDENCIA 2157 CALLE FRANCO<br>PONCE, PR 00728 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65730 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 656 | VELEZ JIMENEZ, FRANCIS E<br>PO BOX 5421<br>SAN SEBASTIAN, PR 00685 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43863 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 657 | VELEZ JUARBE, LYDIA N<br>ALT DE MAYAGUEZ<br>1313 CALLE COLLORES<br>MAYAGUEZ, PR 00682-6245 | 3/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4464 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 658 | VELEZ JUSTINIANO, MARIA E<br>URB. VILLA TULI<br>#222<br>MAYAGUEZ, PR 00682-7538 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27214 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 659 | VELEZ JUSTINIANO, MARIA E<br>URB. VILLA TULI<br>222<br>MAYAGUEZ, PR 00682 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26754 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

 **GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

26 de noviembre de 2019

### Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

FRANCIS E VELEZ JIMENEZ                                    Seguro Social: XXX-XX-9823
PO BOX 5421

SAN SEBASTIAN, PR 00685

A base de la información en nuestros registros, al 26 de noviembre de 2019 usted posee:

Fecha de Nacimiento: 07 de junio de 1967                              Género: Masculino
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.33 |
| | | Aportaciones: | 12,243.40 | Aportaciones: | 6,222.58 |
| | | Intereses: | 988.78 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | | | | |
| Pagado: | 50.77 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 39,369.40 | Total Aportaciones: | 13,232.18 | Total Aportaciones: | 6,222.58 |
| Beneficio: | 626.79 | Beneficio: | 65.10 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • 🖥 www.retiro.pr.gov



ASR-PR-100
Rev. Jul.17

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

### CERTIFICACIÓN DE NEGATIVA DE DEUDA DE PRÉSTAMOS PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre del Cliente:                                      Seguro Social:

FRANCIS E VELEZ JIMENEZ                          XXX-XX-9823
PO BOX 5421
SAN SEBASTIAN, PR, 00685

**Nuestros sistemas de información no refleja deuda en este momento.**

Esta certificación fue realizada el 26 de noviembre de 2019 en San Juan, Puerto Rico.

_____
LUIS D BULTRON
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203

Francis Velez Sine
xf. Villa Rita
Calle 27 #33 #9
Urb Sebastian PR
00685-

RECEIVED & FILED
2020 JAN 16  PM 3: 3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7014 2120 0003 4192 8871

Secretaria (Clerk's Office)
Tribunal de Distrito
de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

USPS
POSTAL SERVICE
1000
00918

U.S. POSTAGE P
FCM LETTER
AGUADILLA, PR
00603
JAN 14,20
AMOUNT
$7.00
R2303S101723-06

00918839959

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et

al.,

        Debtors

---------------------------------------------------------

PROMESA

    Title III

**No. 17 BK 3283-LTS**

(Jointly Administered)

This filing relates to the

Commonwealth, HTA, and

ERS.

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED.

**Name:  JORGE L PEREZ SALAS**

**Address: PO BOX 3582, AGUADILLA, PR 00605**

**Tel: (787) 367-8295**

**Email: JORGEJORGE309@GMAIL.COM**

**# Reclamación: 75456**

**# Caso: 17 BK 03283-LTS**

**Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de retiro AELA.**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| PEREZ SALAS, JORGE | 75456 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|--------------------------------|
| PEREZ SALAS, JORGE | 75456 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES**

JORGE PEREZ SALAS
P O BOX 3582

Seguro Social: XXX-XX-1085

AGUADILLA, PR 00605

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Fecha de Nacimiento: 11 de julio de 1964
Fecha de Ingreso al Servicio Público: 16 de abril de 2004
Fecha de Comienzo de Cotización: 16 de abril de 2004

Género: Masculino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 9.02 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 9,041.80 | Aportaciones: | 4,760.72 |
| | | Intereses: | 3,776.04 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 14,365.20 | | |
| Tiempo: | 0.00 | Intereses: | 756.78 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **27,939.82** | **Total Aportaciones:** | **4,760.72** |
| **Beneficio:** | **0.00** | **Beneficio:** | **144.96** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · 🖥 www.retiro.pr.gov

Jorge Perez Salles
PO Box 3582
Aguadilla PR 00605

UNITED STATES POSTAL SERVICE

JAN 16 PM 3:38
CLERK'S OFFICE
DISTRICT COURT

1000

00918

R2304M110395-01

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 14, 20
AMOUNT
**$6.85**

CERTIFIED MAIL

7014 2120 0003 4192 8699

9999S

Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| SANCHEZ PEREZ, IVAN | 42820 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|----------------------------------|
| SANCHEZ PEREZ, IVAN | 42820 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Centésima sexta objeción global

Anexo A: Defectuosas

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 717 SANCHEZ PEREZ, IVAN<br>BO ACEITUNA<br>HC 03 BOX 8985<br>MOCA, PR 00676 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42820 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 718 SANCHEZ PEREZ, RAMON<br>SECTOR TOCONES<br>3317 CALLE DAMESA RAMOS QUINONES<br>ISABELLA, PR 00662 | 5/2/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11253 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 719 SANCHEZ PIZARRO, YAJAIRA<br>RR 1 BOX 10949<br>OROCOVIS, PR 00720 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 73381 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 720 SANCHEZ QUIONES, CARMEN Z.<br>PO BOX 1770<br>SAN LORENZO, PR 00754 | 5/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45398 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 721 SANCHEZ RAMOS, HERMINIO<br>HC-05 BOX 50530<br>MAYAGUEZ, PR 00680 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61512 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 722 SANCHEZ RAMOS, HERMINIO<br>HC 05 BOX 50530<br>MAYAGUEZ, PR 00680 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62605 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------

In re:                                          PROMESA

THE FINANCIAL OVERSIGHT AND                     Title III

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of                            **No. 17 BK 3283-LTS**

THE COMMONWEALTH OF PUERTO RICO, et             (Jointly Administered)

al.,                                            This filing relates to the

      Debtors                              Commonwealth, HTA, and

--------------------------------------------------              ERS.


NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE

COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND

TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF

THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO

DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,

EMPLOYMENT OR SERVICES PROVIDED.

**Name: IVAN SANCHEZ PEREZ**

 **Address:HC-3 BOX 8985, MOCA PR 00676**

**Tel: (787) 307-5729**

**Email:is775063@gmail.com  Email Trabajo:isanchez@asume.pr.gov**

**# Reclamación:**

**# Caso: 17 BK 03283-LTS**

**Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de retiro AELA.**

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

### Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

IVAN SANCHEZ PEREZ
HC 3 BOX 8985

MOCA, PR 00676

Seguro Social: XXX-XX-5303

A base de la información en nuestros registros,  al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 20 de noviembre de 1963                     Género: Masculino
Fecha de Ingreso al Servicio Público: 01 de agosto de 1988
Fecha de Comienzo de Cotización: 01 de agosto de 1988

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 15,081.60 | Aportaciones: | 7,910.24 |
| | | Intereses: | 1,221.66 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **35,305.62** | **Total Aportaciones:** | **16,303.26** | **Total Aportaciones:** | **7,910.24** |
| **Beneficio:** | **1,225.38** | **Beneficio:** | **85.70** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 14, 20
AMOUNT

**$6.85**

R2303S101723-06

00918

1000

UNITED STATES
POSTAL SERVICE®

CERTIFIED MAIL®

7014 2120 0003 4192 8666

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

00918385999

Ivan Sanchez Perez
HC-3 box 8985
Moca PR 00676

CLERK'S OFFICE
2020 JAN 16 PM 3:38

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et

al.,

Debtors

---

PROMESA

Title III


No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the

Commonwealth, HTA, and

ERS.


NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE

COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND

TRANSPORTATION AUTHORITY, AND EMPLOYERS RETIREMENT SYSTEM OF

THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO

DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,

EMPLOYMENT OR SERVICES PROVIDED.

**Name: Myriam I Acevedo Mesonero**

 **Address: Calle Harrison 105 Ramey**

**Tel: (787) 975-6849**

**Email:myriamiacevedomesonero@gmail.com**

**# Reclamación: 32741**

**# Caso: 17 BK 03283-LTS**

**Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de retiro AELA.**

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

### Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES

MYRIAM I ACEVEDO MESONERO
105 HARRISON
BASE RAMEY
AGUADILLA, PR 00603

Seguro Social: XXX-XX-9791

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Fecha de Nacimiento: 31 de octubre de 1958
Fecha de Ingreso al Servicio Público: 01 de junio de 1993
Fecha de Comienzo de Cotización: 01 de junio de 1993

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 – 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 8,677.72 | Aportaciones: | 4,725.22 |
| | | Intereses: | 685.76 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **31,438.63** | **Total Aportaciones:** | **9,363.48** | **Total Aportaciones:** | **4,725.22** |
| **Beneficio:** | **523.13** | **Beneficio:** | **55.10** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • www.retiro.pr.gov

Ninety-Sixth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 46 | ACEVEDO MALDONADO, EDGARDO HC03 BOX 7993 MOCA, PR 00676 | 7/1/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104225 | $ 50,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 47 | ACEVEDO MARTINEZ, JAIME HC-02 BOX 3084 LUQUILLO, PR 00773 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 76908 | $ 44,755.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 48 | ACEVEDO MESONERO, MYRIAM I. CALLE HARRISON 105 RAMEY AGUADILLA, PR 00604 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32741 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 49 | ACEVEDO MORALES, JACQUELINE PARCELAS SOLEDAD # 869 CALLE H MAYAGUEZ, PR 00682 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21743 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 50 | ACEVEDO MORALES, SANTOS J HC02 BOX 4968 VILLALBA, PR 00766-9718 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38395 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 51 | ACEVEDO MUNIZ, GERALDO A. URB SAN CRISTOBAL C8 AGUADA, PR 00602 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 45040 | $ 24,901.78 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ACEVEDO MESONERO, MYRIAM I. | 32741 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ACEVEDO MESONERO, MYRIAM I. | 32741 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

7014 2120 0003 4192 7649

Myriam Acevedo Mesonero
Calle Harrison 105 Raney
Bundilo PR 00604

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 16  PM 3: 39
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

## *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

MARVIN SANTIAGO PÉREZ

HC-01 BOX 7524

VILLALBA, PR 00766

(787) 321-5692

marvinsantiago200@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 108782

RÉPLICA A LA *CENTÉSIMA* CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los maestros del Departamento de Educación (DE) de Puerto Rico. Este incentivo

nunca se pagó. Durante el término de esa ley (2001-2005), yo era empleado del Departamento de Educación (DE) del Gobierno de Puerto Rico. De acuerdo con mis cálculos, el período comprende 4 años (2001-2005) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$300.00 del año escolar 2001-2002

$300.00 del año escolar 2002-2003

$300.00 del año escolar 2003-2004

$300.00 del año escolar 2004-2005

Cantidad adeudada estimada: $1,200.00

Marvin Santiago Pérez

## Evidencia de Reclamación

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS A[...]
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW [...]
CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR |
|------|---------|-----------|--------|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico |

**Reason:** Proof of claim purports to assert liabilities associated with the Com[...] Rico, but fails to provide any basis or supporting documentation for [...] against the Commonwealth of Puerto Rico, such that the Debtors [...] determine whether claimant has a valid claim against the Common[...] or any of the other Title III debtors

SI SU RECLAMO ESTA INCLUIDO AQUI, UNO O MAS DE LOS DEUDORE[...]
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDI[...]
RECLAMO ES DEFICIENTE.

| NOMBRE | N° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MON REC[...] |
|--------|-------------------|----------------------|--------|------|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico | $0.0[...] |

**Base para:** La evidencia de reclamación tiene la intención de formular las respo[...] asociadas con el Estado Libre Asociado de Puerto Rico, pero no prop[...] fundamentos ni la documentación de respaldo para formular una re[...] Estado Libre Asociado de Puerto Rico, de manera que los Deudores[...] determinar si el reclamante tiene una reclamación válida contra el E[...] de Puerto Rico o cualquiera de los otros deudores en virtud del Titul[...]

Copies of the Omnibus Objection and all other filings in the Title III Cases are avail[...]
at https://cases.primeclerk.com/puertorico. If you have questions, please contact P[...]
LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (fo[...]
callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish av[...]

Copias de la Objeción global, y todos los escritos radicados en el marco de las causa[...]
Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/pue[...]
tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-92[...]
gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde[...]
disponible entre las 10:00 a.m. y las 17:00 p.m. (AST) (hablamos español).

Comprobante de Pensión del Sistema de Retiro de Maestros de Puerto Rico como evidencia de mi labor como maestro en el Departamento de Educación



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 13, 20
AMOUNT
**$1.15**
R2305H127764-01

1000   0091 8



To: Secretaria (Clerk office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan Puerto Rico 00918-1767



From: Mauren Santiago Pérez

AC-01 Box 7524

Villalba P.R. 60766

# Reclamación 108780

RECEIVED & FILED

2020 JAN 16  PM 3:48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ocasio Vargas, Jose Raul | 37499 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ocasio Vargas, Jose Raul | 37499 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Claim - P 5749*

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION**

JOSE OCASIO VARGAS
24500 CARR 113
QUEBRADILLAS, PR 00678

**Seguro Social: XXX-XX-0877**

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento: 10 de junio de 1968**              **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 25 de junio de 2004**

**Fecha de Comienzo de Cotización: 25 de junio de 2004**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 9.00 | | Tiempo Trabajado: | 13 |
| Aportaciones: | $15,238.80 | | Aportaciones: | $25,371.71 |
| Intereses: | $828.03 | | Intereses: | $3,979.51 |
| Gastos Teneduría: | ($55.42) | | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $16,066.83 | | Total Aportaciones: | $29,351.22 |
| SNC Pagado: | $0.00 | | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JOSE OCASIO VARGAS**                                        Seguro Social: XXX-XX-0877

24500 CARR 113

QUEBRADILLAS, PR 00678

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

Corporación:                     DEPT. DE CORRECCION Y REHABILITACION

Años de Servicio:                13

Balance de Aportaciones:         $29,406.64

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346319584

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Formulario
Form **499R-2/W-2PR**
Rev. 07.18

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

1. Nombre - First Name

JOSE R

Apellido(s) - Last Name(s)

OCASIO VARGAS

Dirección Postal del Empleado - Employee's Mailing Address

24500 CARR 113, QUEBRADILLAS PR 00678

Fecha de Nacimiento:
Date of Birth:

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

depto de correccion y reh

34 ave tent cesar, esquina calaf, hato rey PR 00936

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

f0717193216

Número Control - Control Number

180091472

Fecha de radicación:  31 de enero - Filing date: January 31

3. Núm. Seguro Social
Social Security No.

)877

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

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

5. Costo de cubierta de salud auspiciada
por el patrono - Cost of employer-sponsored health coverage

0

6. Donativos
Charitable Contributions

24

**Patrono: - Employer:**

Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

B - ☐ Servicios domésticos
Domestic services

C - ☐ Otros / Others:

Año:
Year: **2018**

| 7. Sueldos - Wages | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|
| 28,183 | 0 |
| 8. Comisiones - Commissions | |
| 0 | |
| 9. Concesiones - Allowances | 18. Seguro Social Retenido Social Security Tax Withheld |
| 0 | |
| 10. Propinas - Tips | 0 |
| 0 | |
| 11. Total = 7 + 8 + 9 + 10 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| 28,183 | |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0 |
| 0 | |
| 13. Cont. Retenida - Tax Withheld | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 852 | |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 0 |
| 2,000 | |
| 15. Aportaciones a Planes Calificados Contributions to CODA PLANS | 21. Propinas Seguro Social Social Security Tips |
| 0 | |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code | 0 |
| 16. | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Código/Code | |
| 16A. | 0 |
| Código/Code | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| 16B. 0 | |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |
| 0 | |

☒ W2

☐ W2C

*Planilla Radicada Electrónicamente*

Jose R. Ocasio Vargas
24500 Carr. 113 K.15
Quebradillas P.R. 00678





U.S. POSTAGE PAID
FCM LETTER
QUEBRADILLAS, PR
00678
JAN 14, 20
AMOUNT

**$4.05**

R2305K136738-03

1000        00918

**PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE**

**CERTIFIED MAIL**™

7012 1010 0000 8755 4548

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

2020 JAN 16 PM 3: 38

RECEIVED & FILED

**(i) Datos de contacto:**

María T. Baerga Valle
Urb. El Real #143
San Germán, PR 00683
Tel. (787) 464-0878
Email: baerga88@gmail.com

**(ii) Epígrafe:**

Junta de Supervisión y Administración Financiera para Puerto Rico como representante
del Estado Libre Asociado de Puerto Rico y otros.

**Deudores:**

a. ELA

b. ACT

c. SRE



Los números de reclamación son los siguientes:

a.  32812
b.  29048
c.  28814

**(iii) Los motivos son los siguientes:**

a. Aumento Convenio Colectivo más el 3% del costo de vida, Año 2012

b. Bono de Navidad - Año 2016 aproximadamente

c. Cambios en el Sistema de Retiro - Año 2013

d. Dietas

Mania T. Baenga Valle
Urb. El Real 143
Carr. German PR 00683

Secretario/Clerks office
Tribunal de distrito de los Estados Unidos
Room #150 Federal Buildings
San Juan PR 00918-1767

Barn Swallow
FOREVER USA
MAYAGUEZ MAIN POST OFFICE
JAN 14 2020
00680

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2020 JAN 16 PM 3: 40

RECEIVED & FILED

**(i) Datos de contacto:**

Irene Feliciano Vélez
978 Calle F
Parcelas Soledad
Mayagüez, Puerto Rico 00682
Tel. (787) 464-9928
Email: irenefv22@gmail.com

**(ii) Epígrafe:**

Junta de Supervicion y Administracion Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico y otros.

**Deudores:**

a. ELA

b. ACT

c. SRE

Los números de reclamación son los siguientes:

a.  34771
b.  32870

**(iii) Los motivos son los siguientes:**

a. Aumento Convenio Colectivo más el 3% del costo de vida, Año 2012

b. Bono de Navidad - Año 2016 aproximadamente

c. Cambios en el Sistema de Retiro - Año 2013



IRENE FELICIANO VÉLEZ
978 CALLE F
PARCELAS SOLEDAD
MAYAGÜEZ, PR 00682

RECEIVED & FILED

2020 JAN 16  PM 3: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM #150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO  00918-1767

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| REYES ALVAREZ, IVONNE | 28825 | 5/24/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| REYES ALVAREZ, IVONNE | 28825 | 5/24/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: IVONNE REYES ALVAREZ**

Seguro Social: XXX-XX-5774

URB SAN FELIPE

E- 13 CALLE 4

ARECIBO, PR 00612

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 24.25 |
| Balance de Aportaciones: | $45,910.25 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346305033

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



*Reclaim 28825*

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

### Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

IVONNE REYES ALVAREZ                                    **Seguro Social: XXX-XX-5774**
URB SAN FELIPE
E- 13 CALLE 4
ARECIBO, PR 00612

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento: 12 de noviembre de 1971**          **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 30 de septiembre de 1992**
**Fecha de Comienzo de Cotización: 30 de septiembre de 1992**

| *Ley Anterior al 30 de junio de 2013* | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|
| Años Acreditados: 20.25 | | Tiempo Trabajado: 4 | |
| Aportaciones: | $28,068.63 | Aportaciones: | $9,705.90 |
| Intereses: | $7,353.95 | Intereses: | $781.77 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $35,422.58 | Total Aportaciones: | $10,487.67 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: 0.00 | | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad
aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por
concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para
Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la
sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta
oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Ivonne Reyes Alvarez
...b. San Felipe
...lle 4-E-13
...cibo, P.R. 00613

RECEIVED & FILED

2020 JAN 16 PM 3: 37

...RK'S OFF...
...TRICT C...
...N JUAN, P.R.

7019 0700 0000 7823 1481

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Chardon Avenue
Federal Building
San Juan, PR 00918-1767

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JAN 14, 20
AMOUNT
$4.05
R2305M144689-18



**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et

al.,

          Debtors

---------------------------------------------------------

PROMESA

Title III

**No. 17 BK 3283-LTS**

(Jointly Administered)

This filing relates to the

Commonwealth, HTA, and

ERS.

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED.

**Name: LUZ N. NIEVES CARDONA**

**Address: P O BOX 570 SAN SEBASTIAN P.R.  00685**

**Tel: (939) 865-3532**

**Email: LNIEVES@ASUME.PR.GOV**

**# Reclamación: 60514 Y 60462**

**# Caso: 17 BK 03283-LTS**

**Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de retiro AELA.**



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES**

LUZ N NIEVES CARDONA
PO BOX  570

SAN SEBASTIAN, PR 00685

Seguro Social: XXX-XX-4840

A base de la información en nuestros registros,  al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 24 de mayo de 1957
Fecha de Ingreso al Servicio Público: 01 de enero de 2000
Fecha de Comienzo de Cotización: 01 de enero de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 12.06 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,025.80 | Aportaciones: | 5,276.68 |
| | | Intereses: | 5,522.39 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 21,380.25 | | |
| Tiempo: | 0.00 | Intereses: | 2,014.34 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **38,942.78** | **Total Aportaciones:** | **5,276.68** |
| **Beneficio:** | **0.00** | **Beneficio:** | **237.49** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Luz N. Nieves Cardona | 60514 60462 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Luz N. Nieves Cardona | 60514 60462 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 0140 0000 3322 8581

0091831767 0000

Luz N. Nieves Cordova
PO Box 570
Por Sebastian PR 00685

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 14, 20
AMOUNT
$6.85
R2303S101723-06

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

*In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS

MARVIN SANTIAGO PÉREZ

HC-01 BOX 7524

VILLALBA, PR 00766

(787) 321-5692

marvinsantiago200@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 75243

RÉPLICA A LA *CENTÉSIMA* CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un

aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2006), yo era empleado del DE. De acuerdo con mis cálculos, el período comprende 26 años a $1,200.00 por año, lo que representa $31,200.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del  año escolar 2003-2004

$1,200.00 del  año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

Cantidad adeudada estimada: $31,200.00

Marvin Santiago Pérez

## Evidencia de Reclamación

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS A
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW 1
CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | |
|---|---|---|---|---|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico | |
| Reason: | | Proof of claim purports to assert liabilities associated with the Comm Rico, but fails to provide any basis or supporting documentation for against the Commonwealth of Puerto Rico, such that the Debtors a determine whether claimant has a valid claim against the Common or any of the other Title III debtors | | |

SI SU RECLAMO ESTA INCLUIDO AQUÍ, UNO O MAS DE LOS DEUDORE
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDI
RECLAMO ES DEFICIENTE.

| NOMBRE | N° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MON REC |
|---|---|---|---|---|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico | $0.0 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las respo asociadas con el Estado Libre Asociado de Puerto Rico, pero no proq fundamentos ni la documentación de respaldo para formular una re Estado Libre Asociado de Puerto Rico, de manera que los Deudores determinar si el reclamante tiene una reclamación válida contra el E de Puerto Rico o cualquiera de los otros deudores en virtud del Titul | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are avail
at https://cases.primeclerk.com/puertorico. If you have questions, please contact P
LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for
callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish av

Copias de la Objeción global, y todos los escritos radicados en el marco de las causa
Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/pue
tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-92
gratuita para Estados Unidos y Puerto Rico a (646) 486-7944 (para llamadas desde
disponible entre las 10:00 a.m. y las 17:00 p.m. (AST) (hablamos español).

Comprobante de Pensión del Sistema de Retiro de Maestros de Puerto Rico como evidencia de mi labor como maestro en el Departamento de Educación



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 13, 20
AMOUNT
**$1.15**
R2305H127764-01

1000    00918



To: Secretaria (Clerk's office)

Tribunal de Distrito Federal Building
de los Estados Unidos

Room 150 Federal Building,

San Juan, Puerto Rico 00918-1767

INTRA-DISTRICT
PRIORITY

INTRA-DISTRICT
PRIORITY

From:
HC-01 Box 7524
Villalba P.R. 00766

# Reclamación 75243

RECEIVED & FILED
2020 JAN 16 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et

al.,

          Debtors

---------------------------------------------------------------

PROMESA

Title III

**No. 17 BK 3283-LTS**

(Jointly Administered)

This filing relates to the

Commonwealth, HTA, and

ERS.

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED.

**Name: Yadira Enit Nieves Sifre**

**Address: HC6 BOX 66738**

**Tel: (787) 431-0830**

**Email: ynieves@asume.pr.gov**

**# Reclamación: 27777,  36931,  38730,  29646**

**# Caso: 17 BK 03283-LTS**

**Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de retiro AELA.**

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| NIEVES SIFRE, YADIRA E | 27777. | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| NIEVES SIFRE, YADIRA E | 27777 | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 161 | NIEVES SANTIAGO, NELSON # A-16 CALLE 9 NUEVA VIDA PONCE, PR 00728 | 5/31/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45441 | $ 85,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 162 | NIEVES SEGURRA, IRIS M. RES. DUCOS EDIF 26 APT 173 AGUADILLA, PR 00603 | 7/2/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 68378 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 163 | NIEVES SERRANO, IRIS Y. HC 2 BOX 4550 SABANA HOYOS, PR 00688 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40335 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 164 | NIEVES SIFRE, YADIRA BO ESPINAL 113 CALLE B AGUADA, PR 00602 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38730 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 165 | NIEVES SIFRE, YADIRA E HC 6 BOX 66738 AGUADILLA, PR 00602-9854 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27777 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 166 | NIEVES SIFRE, YADIRA E HC 6 BOX 66738 AGUADILLA, PR 00602-9854 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36931 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Centésima tercera objeción global

Anexo A: Defectuosas

| | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| | | ...LTS | ...Retiro de los Empleados | 67670 | $ 28,560.00* |

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| NIEVES SIFRE, YADIRA E | 36931 | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|--------------------------------|
| NIEVES SIFRE, YADIRA E | 36931 | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Centésima tercera objeción global

Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 161 | NIEVES SANTIAGO, NELSON # A-16 CALLE 9 NUEVA VIDA PONCE, PR 00728 | 5/31/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45441 | $ 85,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 162 | NIEVES SEGURRA, IRIS M. RES. DUCOS EDIF 26 APT 173 AGUADILLA, PR 00603 | 7/2/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 68378 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 163 | NIEVES SERRANO, IRIS Y. HC 2 BOX 4550 SABANA HOYOS, PR 00688 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40335 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 164 | NIEVES SIFRE, YADIRA BO ESPINAL 113 CALLE B AGUADA, PR 00602 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38730 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 165 | NIEVES SIFRE, YADIRA E HC 6 BOX 66738 AGUADILLA, PR 00602-9854 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27777 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 166 | NIEVES SIFRE, YADIRA E HC 6 BOX 66738 AGUADILLA, PR 00602-9854 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36931 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

* Indica que la reclamación contiene montos no líquidos y/o no determinados.

Centésima tercera objeción global

Anexo A: Defectuosas

| FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| | | | | $ 28,560.00* |

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| NIEVES SIFRE, YADIRA | 38730 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| NIEVES SIFRE, YADIRA | 38730 | 5/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 161 | NIEVES SANTIAGO, NELSON<br># A-16 CALLE 9<br>NUEVA VIDA<br>PONCE, PR 00728 | 5/31/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45441 | $ 85,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 162 | NIEVES SEGURRA, IRIS M.<br>RES. DUCOS EDIF 26 APT 173<br>AGUADILLA, PR 00603 | 7/2/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 68378 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 163 | NIEVES SERRANO, IRIS Y.<br>HC 2 BOX 4550<br>SABANA HOYOS, PR 00688 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40335 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 164 | NIEVES SIFRE, YADIRA<br>BO ESPINAL<br>113 CALLE B<br>AGUADA, PR 00602 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38730 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 165 | NIEVES SIFRE, YADIRA E<br>HC 6 BOX 66738<br>AGUADILLA, PR 00602-9854 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27777 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 166 | NIEVES SIFRE, YADIRA E<br>HC 6 BOX 66738<br>AGUADILLA, PR 00602-9854 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36931 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados.

Centésima tercera objeción global
Anexo A: Defectuosas

| | | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | | | | | | $ 28,560.00* |

Vigesimoquinta Objeción Colectiva

Anexo A: Reclamaciones Duplicadas Exactas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 287 | NIEVES RODRIGUEZ, ENIBET HC 9 BOX 12167 AGUADILLA, PR 00603 | 06/21/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 76053 | $ 200,000.00 | NIEVES RODRIGUEZ, ENIBET HC9 BOX 12167 AGUADILLA, PR 00603 | 06/21/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 83412 | $ 200,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 288 | NIEVES RODRIGUEZ, EVANGELIO BDA. POSARELL-SECTOR LAZOS P.O. BOX 53 COMERIO, PR 00782 | 07/02/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 140936 | Indeterminado* | NIEVES RODRIGUEZ, EVANGELIO PO BOX 53 COMERIO, PR 00782 | 07/03/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 105753 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 289 | NIEVES ROMAN, LUIS RAUL HC03 BOX 6560 DORADO, PR 00646-9510 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 56019 | Indeterminado* | NIEVES ROMAN, LUIS RAUL HC 03 BOX 6560 DORADO, PR 00646-9510 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 56200 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 290 | NIEVES ROMAN, MIRIAM PO BOX 67 SAN SEBASTIAN, PR 00685 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 59200 | $ 11,400.00 | NIEVES ROMAN, MIRIAM PO BOX 67 SAN SEBASTIAN, PR 00685 | 07/03/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 154794 | $ 11,400.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 291 | NIEVES SIFRE, YADIRA HC 6 BOX 66738 AGUADILLA, PR 00603 | 05/24/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 29646 | Indeterminado* | NIEVES SIFRE, YADIRA BO ESPINAL 113 CALLE B AGUADA, PR 00602 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 38730 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan (Puerto Rico) 00918-1767

> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299
> A/A: Martin J. Bienenstock
> Brian S. Rosen

> Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
> Paul Hastings LLP
> 200 Park Avenue
> Nueva York, Nueva York 10166
> A/A: Luc A. Despins
> James Bliss
> James Worthington
> G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> #150 Chardon Avenue
> Federal Building
> San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Dated: July 18, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial
Oversight and Management Board
as representative for the
Commonwealth of Puerto Rico*

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial
Oversight and Management Board
as representative for the
Commonwealth of Puerto Rico*

3

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de diciembre de 2019

**Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES**

YADIRA NIEVES SIFRE                                    **Seguro Social: XXX-XX-1530**
HC 6 BOX 66738
AGUADILLA, PR 00602 9854

A base de la información en nuestros registros, al 27 de diciembre de 2019 usted posee:

**Fecha de Nacimiento: 02 de mayo de 1973**            **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 01 de enero de 2000**
**Fecha de Comienzo de Cotización: 01 de enero de 2000**

| Ley Anterior al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 16.75 | |
| Aportaciones: | | $25,653.46 |
| Intereses: | | $5,491.79 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $31,145.25 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| Ley 3 al 30 de junio de 2017 | | |
|---|---|---|
| Tiempo Trabajado: | 4 | |
| Aportaciones: | | $10,025.80 |
| Intereses: | | $809.16 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $10,834.96 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • 🖷 www.retiro.pr.gov

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: YADIRA NIEVES SIFRE**                    Seguro Social: XXX-XX-1530

HC 6 BOX 66738

AGUADILLA, PR 00602

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE SUSTENTO PARA MENORES |
| Años de Servicio: | 20.75 |
| Balance de Aportaciones: | $41,980.21 |

Esta certificación fue emitida el 27 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122746165493

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Yadira
LCLe Box 6613
Aguadilla P.R. 00603

RECEIVED & FILED

2020 JAN 16 PM 3: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767





U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
JAN 13,20
AMOUNT

1000

00918

$1.30
R2304E105991-10

**(i) <u>Datos de contacto:</u>**

Walter Izquierdo Rodríguez
Bo. Batelles Carr. 106 Km. 9.5
Sector Villa Los Robles
Mayagüez, Puerto Rico 00680

HC-4 Box 45562
Mayagüez, Puerto Rico 00680

Tel. (787) 367-2135
Email: wizquierdo014@gmail.com

**(ii) <u>Epígrafe:</u>**

Junta de Supervición y Administración Financiera para Puerto Rico como representante
del Estado Libre Asociado de Puerto Rico y otros.

**<u>Deudores:</u>**

a. ELA

b. ACT

c. SRE

Los números de reclamación son los siguientes:

a.  45628
b.  33354
c.  24986



**(iii) <u>Los motivos son los siguientes:</u>**

a. Aumento Convenio Colectivo más el 3% del costo de vida, Año 2012

b. Bono de Navidad - Año 2016 aproximadamente

c. Cambios en el Sistema de Retiro - Año 2013

d. Dietas

RECEIVED & FILED

2020 JAN 16  PM 3:33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Wilton Izquierdo Rodríguez
HC-4 Box 45362
Mayagüez P.R. 00680.

Secretaria (Clerk's Office)
Tribunal de distrito de los Estados Unidos
Room 150. Federal building
San Juan (Puerto Rico) 00918-1767

FOREVER USA
love

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO,
  Como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y
Otros,

                      Deudores

PROMESA
Titilo III
Núm. 17 BK 3283-LTS
Administrada Conjuntamente

**Estado Libre Asociado de PR**

**VISTA LA CENTÉSIMA DÉCIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO.**

*En este caso el Estado Libre Asociado de  Puerto Rico es el deudor.*

Yo, Radames Cintrón Morales, me opongo a que se desestime mi reclamación número 97605 en esta objeción global porque entiendo que tengo derecho a que se me pague la misma. Yo fui empleado del Gobierno de Puerto Rico, específicamente de la Policía de Puerto Rico desde el 2 mayo de 1980  hasta mi retiro en 16 julio de 2008. Yo actualmente estoy recibiendo pago de retiro por ser elegible al retiro de la Policía de Puerto Rico.

Estoy reclamando beneficios bajo la Ley 89, Ley de Retribución Uniforme (popularmente conocida como el Romerazo) que fue firmada por el ex gobernador Carlos Romero Barceló el 12 de julio de 1979. La misma contemplaba una serie de beneficios entre ellos un aumento de sueldo de $100.00 mensuales para los empleados de la Policía de Puerto Rico. Este aumento fue adjudicado bajo la incumbencia del Gobernador Romero Barceló y cuando entró el próximo gobernador de Puerto Rico, Rafael Hernández Colón, fue descontinuado.  Los sindicatos de la Policía iniciaron una demanda para que se reinstalara dicho aumento y la misma fue ganada en los Tribunales. Desafortunadamente en este momento no tengo documentación al respecto, pero incluso es públicamente conocido este hecho. La razón que dieron en aquel momento para no pagar la misma es que alegadamente la Policía de Puerto Rico no tenía los fondos disponibles para pagar dicha demanda.

Radames Cintrón Morales
154 Calle Guanajibo
Urb. Provincias de Rio
Coamo, PR 00769
787 718-8844
Rada1042@gmail.com

*Anejos*





**Estado Libre Asociado de Puerto Rico**
# Policía de Puerto Rico

SASG-NRH-DNC-1-220

16 de mayo de 2008

Agte. Radamés Cintrón Morales
Placa Número 10424
C.I.C. de Ponce
P/C Superintendente Auxiliar
en Investigaciones Criminales

Estimado Agente Cintrón Morales:

Recibí su comunicación de 8 de enero de 2008, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.  Conforme a su decisión acepto la misma efectivo el 15 de julio de 2008.

No obstante, usted formó parte de un grupo de servidores públicos que con su esfuerzo y dedicación contribuyeron a mejorar la calidad de vida de Puerto Rico.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno.  Además, si usted lo desea puede continuar acogido al seguro por muerte.

Aprovecho la oportunidad para expresarle nuestro agradecimiento por los servicios prestados a la Policía de Puerto Rico y desearle éxito en aquellas actividades que emprenda en el futuro.

Cordialmente,

Lcdo. Pedro A. Toledo Dávila
Superintendente

Ramón A. Ortega Rodríguez, C.P.A.
Superintendente Asociado

*Devuelvos a la Unidad de Origen para que acompañe copia de las 2 recomendaciones de Ley 89 a las cuales hace referencia en su comunicación.*

PUERTO RICO
RICO

L / AREA DE PONCE

---

**Sra. Diana Couso Díaz, Directora**
División Recursos Humanos

**Agte. Radamés Cintrón Morales 10424**
Agente Investigador / CIC Ponce

6 de marzo del 2003

### *SOLICITUD REVISION DE SUELDO*

Le solicito una revisión de sueldo toda vez que no he recibido el beneficio de la Ley 89 en los periodos comprendidos del 2 de mayo del 1990, hasta el 2 de mayo del 2000. En esos periodos fui recomendado favorablemente.

30 Abril 2003
TURNO 2,668

GOBIERNO DE PUERTO RICO
*POLICIA DE PUERTO RICO*
SUPERINTENDENCIA AUXILIAR EN INVESTIGACIONES CRIMINALES
CUERPO DE INVESTIGACIONES CRIMINALES
AREA DE PONCE

AP-2-2- 328

**SR. PABLO RODRIGUEZ GUZMAN**
Director
Negociado de Recursos Humanos

**INSP. JOSE E. ORTIZ MONTAÑEZ 4-2503**
Director, CIC Area de Ponce

<u>22</u> de <u>septiembre</u> de <u>2000</u>

*RECOMENDACION PARA AUMENTO DE SUELDO*
*POR AÑOS DE SERVICIO (LEY 89)*

Certifico que los servicios prestados por el <u>Agte. Radamés Cintrón Morales</u>
_____ , placa núm. <u>10424</u> han sido:

/XXXX/     Satisfactorios

/_____/     No Satisfactorios

De no ser satisfactorios favor de indicar el período de tiempo que cubren dichos
servicios.

Hago constar que este agente no ha recibido los beneficios de la Ley
89, en los períodos del 2 de mayo de 1990 al 2 de mayo del 1995 y
del 2 de mayo de 1995 al 2 de mayo del 2000.



## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

19 de septiembre de 2019

RADAMES CINTRON MORALES
PROVINCIAS DELRIO 1
154 CALLE GUANAJIBO
COAMO PR 00769

Estimado (a) señor (a) CINTRON:

Deseamos informarle que su solicitud de **REAJUSTE DE PENSION** ha sido aprobada efectiva el **16 DE JULIO DE 2008.** La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$2,108.79** mensuales y comenzará sus pagos en la **PRIMERA QUINCENA DE OCTUBRE DE 2019**. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Consideramos el más sincero reconocimiento por su dedicación al servicio público.

Lcdo. Luis Collazo Rodríguez
Administrador

Maribel Martínez, Directora Auxiliar
Área de Servicios a Pensionados
JORTIZ01



R. Cinton Morales
4 Guanajibo St.
Urb. del Rio I
Mame PR 00169

RECEIVED & FILED
2020 JAN 16  PM 3: 33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Clerks Office
US District Court
Room 150 Federal Bldg.
San Juan PR 00918-1767

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TORRES DELGADO, SYLVIA MILAGROS | 47081 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TORRES DELGADO, SYLVIA MILAGROS | 47081 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

RECEIVED & FILED
2020 JAN 16 PM 3: 33

Centésima séptima objeción global
Anexo A: Defectuosas

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 729 TORRES DELGADO, SYLVIA MILAGROS URB LAS VEGAS C20 T-22 CATAÑO, PR 00962 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47081 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 730 TORRES DIAZ, CARLOS A PO BOX 249 ST. 140 KM 5.3 JAYUYA, PR 00664 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35233 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 731 TORRES DIAZ, CARLOS A PO BOX 249 ST 140 KM 5.3 JAYUYA, PR 00664 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34401 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 732 TORRES DIAZ, JOSE MIGUEL HC-2 BOX 7202 COMERIO, PR 00782 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 85751 | $ 9,000.00 |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 733 TORRES DIAZ, NORMA M. URB. LA PLATA C/TURQUEZA B-18 CAYEY, PR 00736 | 6/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 84735 | Indeterminado* |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 734 TORRES ESCALERA, EILEEN D CALLE MONTEMBRILLO D25 URB. LOMAS DE CAROLINA CAROLINA, PR 00987 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25565 | $ 75,000.00 |
| Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados



DEPARTAMENTO DE LA
FAMILIA
GOBIERNO DE PUERTO RICO

C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de la Región San Juan se desprende que **SYLVIA M. TORRES DELGADO** comenzó a trabajar en el Departamento de la Familia efectivo al **3 de septiembre de 1992**. Actualmente ocupa un puesto **REGULAR** de **AUXILIAR DE SISTEMAS DE OFICINA II** en la Oficina Local Río Piedras II y devenga un sueldo de **$2,590.00**.

Y para que así conste firmo la presente hoy, **13 de enero de 2020** en San Juan de Puerto Rico.

JOSEPHINE FRANCIS ALVARADO
DIRECTORA INT LOCAL
RIO PIEDRAS II

/smtd

*Oficina Río Piedras II*
49 Ave 65 Infantería Suite 31
San Juan, PR 00923-3217
TEL. 787.765-8230  Fax: 787.250-5975

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

SYLVIA TORRES DELGADO                                    Seguro Social: **XXX-XX-7344**
CALLE A #60
BARRIO VENEZUELA
SAN JUAN, PR 00925

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento: 10 de diciembre de 1963**            Género: **Femenino**
**Fecha de Ingreso al Servicio Público: 30 de septiembre de 1992**
**Fecha de Comienzo de Cotización: 30 de septiembre de 1992**

| Ley Anterior al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 21.00 | |
| Aportaciones: | | $27,263.23 |
| Intereses: | | $7,044.45 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $34,307.68 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| Ley 3 al 30 de junio de 2017 | | |
|---|---|---|
| Tiempo Trabajado: | 4 | |
| Aportaciones: | | $9,517.00 |
| Intereses: | | $767.93 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $10,284.93 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · 🖰 www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: SYLVIA TORRES DELGADO**                    Seguro Social: XXX-XX-7344

CALLE A #60

BARRIO VENEZUELA

SAN JUAN, PR 00925

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE LA FAMILIA |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $44,592.61 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446368554

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940    PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

SYLVIA M. TORRES DELGADO
URB LAS VEGAS
2019-22 CALLE 20
CAÑO PUERTO RICO 00962-6415

RECEIVED & FILED

2020 JAN 16  PM 3: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

SECRETARIA (Clerk's Office)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
#150 CHARDON AVENUE
FEDERAL BUILDING
SAN JUAN PUERTO RICO 00918

FOREVER USA

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| AVILES MOJICA, ISABEL | 38437 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $117,576.18 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| AVILES MOJICA, ISABEL | 38437 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $117,576.18 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que ISABEL AVILES MOJICA, disfruta beneficios de PENSION LEY 3 de este Sistema de Retiro. La misma fue efectiva el 01 de agosto de 2017.  En la actualidad, recibe una anualidad ascendente a $6,229.68 pagadera en mensualidades de $519.14.

Esta certificación se expide hoy 14 de enero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

EBIRR01



RECEIVED & FILED

2020 JAN 16  PM 3: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rafael Avilés Elguera
Inst. Guerrero de Ponce
Buzon "A" Apt 14114-A
PR 00922-6568

Secretaria (Clerk Office)
Tribunal de Distrito
de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918-1767

SAN JUAN PR 009
15 JAN 2020 PM 2 L

FOREVER / USA

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et. al., Debtors

PROMESA

TITLE III

No. 17 BK 3283-LTS



## CLAIM # 75681: SUPPORTING DOCUMENTATION

**NAME:** Alex Javier Valdivia Hernández

**ADDRESS:** 704 Camino de los Cedros, Gurabo PR 00778

**TELEPHONE NUMBER:** 787-368-9654

**EMAIL ADDRESS:** alexjvaldivia@gmail.com

## ENCLOSED DOCUMENTS:

1. ***Estado de cuenta estimado*** / *Gobierno de Puerto Rico / Administración de los Sistemas de Retiro de los Empleado del Gobierno y la Judicatura*
2. ***Certificación de balances de aportaciones estimadas*** / *Gobierno de Puerto Rico / Administración de los Sistemas de Retiro de los Empleado del Gobierno y la Judicatura*



# ESTADO DE CUENTA ESTIMADO

12 de enero de 2020

**Agencia: 201 - A.A.A.**

ALEX JAVIER VALDIVIA HERNANDEZ                                    **Seguro Social: XXX-XX-8375**
704 CALLE 66
URBA VEREDAS
GURABO, PR 00778

A base de la información en nuestros registros, al 12 de enero de 2020 usted posee:

**Fecha de Nacimiento: 28 de febrero de 1975**                    **Género: Masculino**
**Fecha de Ingreso al Servicio Público: 01 de diciembre de 2011**
**Fecha de Comienzo de Cotización: 01 de diciembre de 2011**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|---|---|---|
| Años Acreditados: | 1.07 | | Tiempo Trabajado: | 5.07 | |
| Aportaciones: | | $4,187.02 | Aportaciones: | | $15,681.01 |
| Intereses: | | $9.34 | Intereses: | | $1,774.66 |
| Gastos Teneduría: | | ($9.33) | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $4,196.36 | Total Aportaciones: | | $17,455.67 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

RETIRO



# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ALEX JAVIER VALDIVIA HERNANDEZ**                    Seguro Social: XXX-XX-8375

704 CALLE 66

URBA VEREDAS

GURABO, PR 00778

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | A.A.A. |
| Años de Servicio: | 5.07 |
| Balance de Aportaciones: | $17,465.00 |

Esta certificación fue emitida el 12 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011246298766

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

RETIRO