14 de enero de 2020

Sistema de Retiro
P.O BOX 42003
San Juan, Puerto Rico 00940-2203

RE: Beatriz Rodriguez Vales
\_\_\_\_\_-9527

**SOLICUTD DE ACLARACION DE INFORMACION DEL RETIRO**

Solicito que se aclare la información que provee el sistema, en cuanto la cantidad de tiempo que llevo aportando al Sistema de Retiro y a la cantidad que refleja el sistema. Comencé a cotizar al sistema de retiro en el año 1994, fecha que me otorgaron la permanencia. Actualmente llevo 25 años con 10 meses, trabajando en el Departamento de la Familia

La certificación del mes de enero de 2020 indica que tengo menos años cotizados, lo cual es incorrecto. Me preocupa la información que refleja su agencia ya que tengo evidencia que sustenta lo anteriormente mencionado como W2 y talonarios de pago.

Copia de esta reclamación y evidencia ha sido enviada a las agencias y bufetes de abogados que nos representan ante la Junta de Control Fiscal.

Cualquier duda pueden comunicarse con quien subscribe al correo electrónico beatriz.rodriguez@familia.pr.gov

Beatriz Rodriguez Vales

Clerck Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Buiding
San Juan, P.R. 00918-1767

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

BEATRIZ RODRIGUEZ VALES
PO BOX 971
HATILLO, PR 00659

Seguro Social: XXX-XX-9527

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 16 de octubre de 1963
Género: Femenino
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 16.00 |
| Aportaciones: | $49,078.16 |
| Intereses: | $10,466.25 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $59,544.41 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $17,472.00 |
| Intereses: | $1,415.30 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $18,887.30 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



Beatr[...]
P.O. Box 971
Hat. 1b, P.R 00659

Secretaria (Clerk's office)
Tribunal de Distrito de los
E. U
Room 150 federal Building
San Juan P.R
00918-1767

SAN JUAN P&DC 009
WED 15 JAN 2020 PM

RECEIVED & FILED
2020 JAN 16 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.