**Appendix I**

| Respondent's Name | Docket Entry No. of Response in Case No. 17-3283 |
|---|---|
| Magda I. Pacheco Rivera | 10031 |
| Gladys E. Santiago Rivera | 10032 |
| Nilsa Ivette Ortiz Baez | 10038 |
| Moraima L. Cruz Barrientos | 10039 |
| Maria De los Angeles Correa Corcino | 10040 |
| Maritza Maldonado Fontanez | 10042 |
| Aurea E. Martinez Perez | 10044 |
| Benigno Vera Perez | 10046 |
| Maribel Hernandez Torres | 10047 |
| Wilda Corchado Torres | 10048 |
| Elsa E. Torres Vazquez | 10050 |
| Carlota Colon Negron | 10051 |
| Lydia E. Perez Figueroa | 10052 |
| Linette Vazquez Gonzalez | 10053 |
| Pedro A. Diaz Camacho | 10054 |
| Carmen Ana Lopez Ayala | 10056 |
| Yomaira Alvarez Panelli | 10057 |
| Ana M. Cruz Morales | 10058 |
| Elsie Carlo Soto | 10059 |
| Orlando Diaz Aviles | 10060 |
| Saira Rosa Bravo | 10061 |
| Norma Matos Perez | 10062 |
| Carlos J. Santiago Rosario | 10063 |
| Carlos Vargas Barreto | 10064 |
| Gloria Esther Velez Rodriguez | 10066 |
| Anette Hernandez Rodriguez | 10067 |
| Ricardo Diaz Gomez | 10068 |
| Maria De los Angeles Guzman Olivo | 10070 |
| Carmen D. Morales Colon | 10073 |
| Aida Robledo Vazquez | 10074 |
| Viviana Berrios Lozada | 10075 |
| Johanna Ross Nieves | 10076 |
| Johanna Ross Nieves | 10078 |
| Carlos L. Lopez Padilla | 10080 |
| Yvonne Roldan Flores | 10081 |
| Jasmine Saldivar Alejandro | 10082 |
| Madelyn Cruz Valentin | 10083 |
| Rosa B. Berrios Santiago | 10085 |
| Edith Nieves Charriez | 10086 |
| Mayra I. Chacon Rodriguez | 10091 |
| Ana A. Silva Luciano | 10092 |
| Ana A. Silva Luciano | 10093 |

| | |
|---|---|
| Ana A. Silva Luciano | 10095 |
| Migdalia Gonzalez Santiago | 10096 |
| Miriam M. Santiago Hernandez | 10097 |
| Luis D. Nieves Nieves | 10111 |
| Yahaira Y. Rosado Mendez | 10112 |
| Maribelle Ruiz Torres | 10113 |
| Cristina Perez Aviles | 10114 |
| Cristina Perez Aviles | 10115 |
| Carmen J. Orta Perez | 10120 |
| Crucita Torres Nicot | 10121 |
| Sonia S. Roman Ramos | 10122 |
| Rey F. Marte Castro | 10123 |
| Yanitza Hernandez Ruiz | 10124 |
| Maribel Hernandez Torres | 10125 |
| Carmen I. Cubero | 10126 |
| Luz A. Perez Nieves | 10127 |
| Jessica J. Fernandez Hernandez | 10128 |
| Nidza Cecilia Henriquez Velazquez | 10129 |
| Johnny Cintron Rosario | 10130 |
| Virgen Milagros Velez Torres | 10131 |
| Virgen Adria Velez Torres | 10132 |
| Anthony Toro Lopez | 10133 |
| Maximo Valle Santiago | 10134 |
| Amparo Rodriguez Ramos | 10135 |
| Luissette M. Rodriguez Bernier | 10136 |
| Rosael Gonzalez Gonzalez | 10137 |
| Alma N. Mercado Beniquez | 10138 |
| Maria M. Calderin Garcia | 10139 |
| Wanda I. Morales Colon | 10141 |
| Rainier M. Torres Rivera | 10142 |
| Jorge L. Haddock Sanchez | 10143 |
| James L. Galarza Cruz | 10144 |
| Alex J. Santana Nevarez | 10145 |
| Sandra I. Echevarria Abreu | 10147 |
| Josefina Colon Negron | 10148 |
| Sonia I. Reyes Rivera | 10149 |
| Sonia I. Reyes Rivera | 10150 |
| Sonia I. Reyes Rivera | 10151 |
| Sonia I. Reyes Rivera | 10152 |
| Nitza Gotay Hays | 10153 |
| Manolin Nelson Rodriguez | 10154 |
| Maria De los Angeles Ateca Mulero | 10155 |
| Alfredo Benitez Delgado | 10156 |