14 de enero de 2020

*[signature]*
Nannette m. Abadía Muñoz
Con El Verde Sur
A2 Calle D Apt 5D
Caguas, PR 00725
787.406.2188
nabadiamunoz@yahoo.com

UNITED STATE DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
As representative of
THE COMMONWEALTH OF PUERTO RICO, et al., Debtors

Número de Reclamacion: 41626

NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS EMPLOYMENT OR PROVIDED

Trabajo para a Administración de Rehabilitación Vocacional bajo el Departamento del Trabajo, Gobierno de Puerto Rico. Pertenezco al Sistema de Retiro de los Empleado del Gobierno del estado Libre Asociado de Puerto Rico ( ELA).  Formo parte del caso No. 17BK 3283-LTS de la Ley PROMESA  Titulo III.  Mi número de reclamación:  41626

Me opongo a la objeción global.  He pertenecido al sistema de retiro del Gobierno y cuanto con la documentación que así lo certifica.  Donde todos mis años laborar he aportado a mi sistema de retito.

Fecha de ingreso al servicio público y que se comenzó a cotizar para el sistema de retiro:  31 de julio de 1996.  Verán que se ha pasado por 3 sistema dentro del mismo sistema de retiro.  Aclarando que en todo momento se ha trabajado bajo la administración de Rehabilitación Vocacional( para una sola agencia)

**Ley 1 ( 31/7/1996 – 30/6/2013)**
Años acreditados: 14
Balance acomunalado: $34.952.27

**Ley 3 2013 – 30/6/2017**
Tiempo trabajado: 4 años
Aportaciones: $ 13,364.80
Intereses: $ 1,078.13
Total de aportaciones: $ 14,442.93

**Ley 106**

Tiempo trabajado 2.42
Total de aportaciones: $7,038.93

Se acompaña Estado de Cuenta Estimado. Gracias por atender mi reclamo.