NANNETTE M. ABADÍA MUÑOZ
EL VERDE SUR
A2 CALLE D APT 5D
CAGUAS, PR 00725

RECEIVED & FILED
2020 JAN 21 PM 4:52
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 federal Building
San Juan PR 00918-1767