14 de enero de 2020

Nannette m. Abadía Muñoz
Con El Verde Sur
A2 Calle D Apt 5D
Caguas, PR 00725
787.406.2188
nabadiamunoz@yahoo.com

UNITED STATE DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
As representative of
THE COMMONWEALTH OF PUERTO RICO, et al., Debtors

Número de Reclamacion: 34155

ONE HUNDRED NINETEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT O THE COMMONWEALTH OR PUERTO RICO TO MISCELLANEOUS DEFICIT CLAIMS.

Trabajo para a Administración de Rehabilitación Vocacional bajo el Departamento del Trabajo, Gobierno de Puerto Rico. Pertenezco al Sistema de Retiro de los Empleado del Gobierno del estado Libre Asociado de Puerto Rico ( ELA). Formo parte del caso No. 17BK 3283-LTS de la Ley PROMESA Titulo III. Mi número de reclamación: 34155

Me opongo a la objeción global. He pertenecido al sistema de retiro del Gobierno y cuanto con la documentación que así lo certifica. Donde todos mis años laborar he aportado a mi sistema de retito.

Fecha de ingreso al servicio público y que se comenzó a cotizar para el sistema de retiro: 31 de julio de 1996. Verán que se ha pasado por 3 sistema dentro del mismo sistema de retiro. Aclarando que en todo momento se ha trabajado bajo la administración de Rehabilitación Vocacional( para una sola agencia)

**Ley 1 ( 31/7/1996 – 30/6/2013)**
Años acreditados: 14
Balance acomunalado: $34.952.27

**Ley 3 2013 – 30/6/2017**
Tiempo trabajado: 4 años
Aportaciones: $ 13,364.80
Intereses: $ 1,078.13
Total de aportaciones: $ 14,442.93

**Ley 106**

Tiempo trabajado 2.42
Total de aportaciones: $7,038.93


Se acompaña Estado de Cuenta Estimado. Gracias por atender mi reclamo.