

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

RECEIVED & FILED
2020 JAN 21 PM 4:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



PS00001000014    EP14F Oct 201
                 OD: 12 1/2 x 9

## PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: N. Abadía
El Verde Sur
A2 Calle D apt 5-D
Caguas PR 00725

TO: Secretaria Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan PR 00918-1767

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

---



UNITED STATES POSTAL SERVICE.    Retail

US POSTAGE PAID
**$7.35**
Origin: 00725
01/17/20
4216200725-01

### PRIORITY MAIL 1-DAY ®

0 Lb 2.90 Oz
1005

EXPECTED DELIVERY DAY: 01/18/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

### USPS TRACKING® NUMBER



9505 5111 5959 0017 4945 76

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

* Domestic only.    ✱ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.