RECEIVED & FILED
2020 JAN 21 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Signed: *[signature]*

1) RESPONDING CLAIMANT: MEDINA NUNEZ, JULIA A.   CEL 787 484 5658 HOME 787 873 2724

F 126 URB SANTA MARIA

SABANA GRANDE PR 00637

2) EMAIL: MABO0696@GMAIL.COM

3) CLAIM # 78114

4) CLRK'S OFFICE

UNITED STATES DISTRICT COURT

3150 CHARDON AVENUE

FEDERAL BUILDING

SAN JUAN PR 00918

5) DEUDOR: EMPLOYERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH

OF PUERTO RICO

6) REF: ONE HUNDRETH AND SECOND OMNIBUS OBJECTION

7) CITES: FAILS TO PROVIDE ANY BASIS FOR SUPPORTING CLAIM AGAINST SRE

8) REASON FOR OPPOSING: LA EVIDENCIA MUESTRA LA DEUDA QUE TIENE EL SRE CON ESTA RECLAMANTE. EL SRE UTILIZÓ SIN AUTORIZACIÓN MIS APORTACIONES COMO COLATERAL PARA VENTA DE BONOS NO AVALADOS POR LA LEY

9) ANEXO: EVIDENCIA DE MONTO DE APORTACIÓN AL SISTEMA DE RETIRO PARA ANUALIDAD

VITALICIA: DECLARACIÓN INFORMATIVA SOBRE PLANES DE RETIRO DEPARTAMENTO DE

HACIENDA DE PUERTO RICO (TAX RETURN 2018);$55,981

1

1) RESPONDING CLAIMANT: MEDINA NUNEZ, JULIA A.    CEL 787 484 5658 HOME 787 873 2724

F 126 URB SANTA MARIA

SABANA GRANDE PR 00637

2) EMAIL:    MABO0696@GMAIL.COM

3) CLAIM # 78114

4)    CLRK'S OFFICE

UNITED STATES DISTRICT COURT

3150 CHARDON AVENUE

FEDERAL BUILDING

SAN JUAN PR    00918

5) DEUDOR:    EMPLOYERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH

OF PUERTO RICO

6) REF: ONE HUNDRETH AND SECOND OMNIBUS OBJECTION

7) CITES: FAILS TO PROVIDE ANY BASIS FOR SUPPORTING CLAIM AGAINST SRE

8) REASON FOR OPPOSING: LA EVIDENCIA MUESTRA LA DEUDA QUE TIENE EL SRE CON ESTA RECLAMANTE. EL SRE UTILIZÓ SIN AUTORIZACIÓN MIS APORTACIONES COMO COLATERAL PARA VENTA DE BONOS NO AVALADOS POR LA LEY

9) ANEXO: EVIDENCIA DE MONTO DE APORTACIÓN AL SISTEMA DE RETIRO PARA ANUALIDAD VITALICIA: DECLARACIÓN INFORMATIVA SOBRE PLANES DE RETIRO DEPARTAMENTO DE HACIENDA DE PUERTO RICO (TAX RETURN 2018);$55,981

1/10/2020    Signed: *[signature]*

1/17/2020

Anexo: Documentos sometidos y recibidos el 1/14/2020, por su oficina

1) Firmé documento original y, además, someto otro firmado al pie

2) Devuelvo toda la documentación enviada originalmente, según me fue devuelta

Espero que yo haya hecho lo correcto. Gracias por su gestión.

*[signature]*

Julia A. Medina Núñez 787/873-2724/ 787-484-5658
126 URB SANTA MARIA
SABAN GRANDE, PR 00637

RECEIVED & FILED
2020 JAN 21 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR