IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Medina Nunez, Julia A. | 78114 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $55,000.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Medina Nunez, Julia A. | 78114 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $55,000.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**Formulario 480.7C**
Form
Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
**DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
**- INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES**
AÑO CONTRIBUTIVO - TAXABLE YEAR: 2018

F0419479552

☐ Enmendado - Amended: (____/____/____)

**Número de Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| **Núm. de Identificación Patronal - Employer Identification No.** 66-0433481 | **Núm. de Seguro Social - Social Security No.** | **Núm. de Identificación Patronal - Employer Identification No.** 66-0433481 |
| **Nombre - Name** RETIRO CENTRAL PENSIONADOS | **Nombre - Name** JULIA MEDINA NUNEZ | **Nombre del Plan - Name of Plan** RETIRO CENTRAL PENSIONADOS |
| **Dirección - Address** AVENIDA PONCE DE LEON 437 | **Dirección - Address** URB SANTA MARIA 126 | **Nombre de quien auspicia el plan - Plan sponsor's name** RETIRO CENTRAL PENSIONADOS |
| HATO REY, PR   009400000 **Código Postal - Zip Code** | SABANA GRANDE, PR   006372090 **Código Postal - Zip Code** | **Fecha en que comenzó a recibir la pensión:** Date on which you started to receive the pension: Día/Day 1  Mes/Month 2  Año/Year 2017 |

Marque el encasillado correspondiente: – Check the corresponding box:

**Forma de Distribución: – Form of Distribution:**
☐ Total Lump Sum  ☐ Parcial Partial  ☒ Pagos Periódicos Periodic Payments

**Tipo de Plan o Anualidad: – Plan or Annuity Type:**
☒ Gubernamental Governmental  ☐ Privado Calificado Qualified Private  ☐ No Calificado Non Qualified  ☐ Anualidad Fija Fixed Annuity  ☐ Anualidad Variable Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia Rollover Contribution | 0.00 | 16. Cantidad Distribuida Amount Distributed | 12,654.96 |
| 2. Distribución Vía Transferencia Rollover Distribution | 0.00 | 17. Cantidad Tributable Taxable Amount | 12,654.96 |
| 3. Costo de la Pensión o Anualidad Cost of Pension or Annuity | 55,981.36 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 4. Fondo de Retiro Gubernamental Governmental Retirement Fund | 0.00 | 19. Aportaciones Voluntarias After-Tax Contributions | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 20. Ingresos Exentos Exempt income | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) Tax Withheld from Lump Sum Distributions (20%) | 0.00 | 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | |
| 7. Contribución Retenida sobre una Distribución Total (10%) Tax Withheld from Lump Sum Distributions (10%) | 0.00 | | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 | A. Exentas Exempt | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 | B. Tributables Taxable | 0.00 |
| 10. Contribución Retenida sobre Anualidades Tax Withheld from Annuities | 0.00 | C. Cantidad sobre la cual se Pagó por Adelantado Amount over which a Prepayment was Made | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld with Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | D. Aportaciones Voluntarias After-Tax Contributions | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 | E. Total (Sume líneas 21A a la 21D) Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 | 22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 | 23. Código de Distribución Distribution Code | A |
| 15. Contribución Retenida sobre Otras Distribuciones Tax Withheld from Other Distributions | 0.00 | Razones para el Cambio Reasons for the Change | |

| Número de Cuenta Account Number P584781704 | Número de Control Control Number 180124247 | Número de Control de la Declaración Informativa Original Control Number of Original Informative Return 000000000 |
|---|---|---|

**FECHA DE RADICACIÓN:** 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - **FILING DATE:** FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.