



# PRIORITY MAIL®
## UNITED STATES POSTAL SERVICE

PLEASE PRESS FIRMLY

- Go to usps.com/postageonline
pickup right from your home or office at usps.com/pickup

## Mailing Envelope
**For Domestic and International Use**

EXPECTED DELIVERY DAY: 01/18/20

USPS TRACKING® NUMBER



9505 5110 2703 0017 3837 67

**Visit us at usps.com**

**INTERNATIONAL RESTRICTIONS**
**LIMITATIONS ON CONTENT:**
Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

From: /Expéditeur:
Julia A. Medina Núñez
126 Urb Santa Maria
Sabana Grande PR 00637

To: /Destinataire:
Clerk's Office
District Court