# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

ALBERTO LEÓN COLÓN

PO BOX 608

BO VACAS

VILLALBA, PR 00766

(787) 374-1815

mima5669@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 87954

RÉPLICA A LA *CENTÉSIMA* CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como miembro de la Policía de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los miembros

de la Policía de Puerto Rico. Este incentivo nunca se pagó. Durante el término de esa ley (2001-2005), yo era miembro de la Policía de Puerto Rico. De acuerdo con mis cálculos, el período comprende 2 años (2001-2003) a $300.00 por año, lo que representa $600.00 a los que tengo derecho.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$300.00 del año fiscal 2001-2002

$300.00 del año fiscal 2002-2003

Cantidad adeudada estimada: $600.00

Cantidad adeudada estimada: $600.00

Alberto León Colón

# Evidencia de Reclamación

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form).** / Llene esta información para identificar el caso (seleccione sólo un Deudor por formulario de reclamación).

| | Case No. | Petition Date |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

2019 JUN 25   A 3:36   RECEIVED

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada para prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1    Identify the Claim / Identificar la reclamación**

| | |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | Alberto Leon Cabro<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the Debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunta la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:    Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha.** FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  25 junio 2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name    Alberto León Colón
          First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo    Policia de Puerto Rico

Company / Compañía
          Identify the corporate servicer as the company if the authorized agent is a servicer.
          Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección
          Number / Número          Street / Calle

          City / Ciudad                          State / Estado        ZIP Code / Código postal

Contact phone / Teléfono de contacto          Email / Correo electrónico

---

Modified Official Form 410                    Proof of Claim                    page 4

Comprobante de Pensión del Sistema de Retiros de Empleados del Gobierno de Puerto Rico como evidencia de que trabajé como miembro de la Policía de Puerto Rico

**Estado Libre Asociado de Puerto Rico**
**530 - RETIRO CENTRAL PENSIONADOS**

| | | | Grupo de Pago: | SM -Quincenal | | | Business Unit: PUERT |
|---|---|---|---|---|---|---|---|
| | | | Desde: | 02/16/2016 | | Aviso #: | 1541415 |
| | | | Hasta: | 02/29/2016 | | Fecha Aviso: | 02/29/2016 |

| ALBERTO LEON COLON | # Empleado: | XXXXX6877 | DATA IMP: | Federal | PR |
| PO BOX 608 | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| VILLALBA PR 00766-0608 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 |
| | Titulo: | Pensionado | Pct. Adcl.: | |
| SS: XXX-XX-6877 | Sueldo: | $1,377.05 Monthly | Cant. Adcl.: | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | ------ Corriente ------ | | ----- Acumulado ----- | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 688.53 | 315.00 | 2,754.12 | | | |
| **Total:** | | | 688.53 | 315.00 | 2,754.12 | **Total:** | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | AB-Asoc Emp ELA-Prest Regular | 124.07 | 496.28 | SM-First Medical Health Plan | 100.00 | 200.00 |
| | | | SM-First Medical Health Plan | 45.50 | 182.00 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 105.92 | 423.68 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 1.75 | 7.00 | | | |
| | | | Ahorros-AEELA | 20.66 | 82.64 | | | |
| **Total:** | 0.00 | 0.00 | **Total:** | 297.90 | 1,191.60 | * Tributable | | |

| TOTAL BRUTO | | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|---|---|---|---|
| Corriente: | 688.53 | | 0.00 | 297.90 | | 390.63 |
| Acumulado: | 2,754.12 | | 0.00 | 1,191.60 | | 1,562.52 |

| PTO HORAS | ACUM | | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | Aviso #1541415 | 390.63 |
| + Acumulado: | | | | | |
| | | | | Total: | 390.63 |
| - Utilizado: | | | | | |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

**MENSAJE:**

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

**Estado Libre Asociado de Puerto Rico**
**530 - RETIRO CENTRAL PENSIONADOS**

Fecha
02/29/2016

Aviso No.
1541415

Cant. Deposito: _____ $390.63

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 103086 | $390.63 |
| **Total:** | | $390.63 |

TRAY 108 SQ 26633*****************SCH 5-DIGIT 00751     26635 2 AV 0.391
ALBERTO LEON COLON
PO BOX 608
VILLALBA PR 00766-0608

NO-NEGOCIABLE

Carta evidencia de renuncia del Cuerpo de la Policía de Puerto Rico

Estado Libre Asociado de Puerto Rico

**Policia de Puerto Rico**

CUARTEL GENERAL
TEL. 787-793-1234

NRH-2-2-1-311

13 de junio de 2003

Sgto. Alberto León Colón
Placa Número 8-2083
División Transportación, Guayama
P/C Superintendente Auxiliar
en Operaciones de Campo

Estimado Sargento León Colón:

Tengo ante mi consideración su comunicación del 24 de febrero de 2003, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.

Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 30 de septiembre de 2003.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle, por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Víctor M. Rivera González
Superintendente

POLICIA DE PUERTO RICO
ALBERTO LEON COLON
SARGENTO
RETIRADO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P.O. BOX 70166 SAN JUAN PR 00936-8166

Alberto
P.O. Box 608
Bo. Vacas
Villalba P.R. 00766
No. de Reclamacion: 87954



RECEIVED & FILED
2020 JAN 21 PM 4: 36
CLERK'S OFFICE
US DISTRICT COUR
SAN JUAN, PR

Secretaria (clerk's office)
Tribunal de Distrito de los Esta
Room 150 Federal Building
San Juan (Puerto Rico) 009