**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
Flat Rate Envelope
Apply Priority Mail Postage

U.S. POSTAGE PAID
PM 1-Day
ANASCO, PR
00610
JAN 18, 20
AMOUNT
**$7.35**
R2305K131934-03

1005   00918

From: Lydia E. Olmeda Almodóvar
P.O. Box 762
Añasco, P.R. 00610

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 21 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Barn Swallow
FOREVER USA

EXPECTED DELIVERY DAY: 01/21/20
USPS TRACKING® NUMBER
9505 5105 5547 0018 3744 24

Outer Dimension: 10 x 5