# Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

Numero de reclamacion:

Nombre: Alex J SANTANA NEVAREZ

Direccion Postal: PO BOX 682 COROZAL P.R 00783

Direccion Residencial: BO CIBUCO CARR 818 KM 3.5 INT COROZAL

Num. de contacto:

    Tel. 787-516-0707          Cel. 787-562-5810

Correo electronico: alexjoelsantana@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

    **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

    **1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

    **2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

    **3. Certificacion de empleo (Departamento de la Familia)**

    **4. Copia listado de Objecion Global- Anexo A**

          **(Donde se incluye informacion sobre la reclamacion)**

    **5. Otros: Cualquier otra evidencia que tengas**

RECEIVED & FILED
2020 JAN 21 PM 4:36

A quien pueda interesar:

Yo Alex Santana envio provisionalmente los ultimos dos talonarios ya que debido al terremoto ocurrido el 7-ENE-2020 el patrono no esta provellendo la certificación de empleo.

Alex j Santana Nevárez
16-ene-2020