Alex Santana Nevarez
PO Box 682
Corozal PR 00783

RECEIVED & FILED
2020 JAN 21 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

UNITED STATES POSTAL SERVICE
1000
00918

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
JAN 16, 20
AMOUNT
$0.70
R2305E125737-06