TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

RECEIVED & FILED 2020 JAN 21 PM 4:36

Yo Nydia Alicea Reclamo que mi dinero de retiro no sea trastocado y de existir dinero adeudado de aumento de salario no pagado. Se me proteja el dinero de mi jubilación del ELA de puerto Rico gobierno de Puerto Rico para la cual trabajé del marzo 2004 hasta actualidad aun continuo trabajando.

att Nydia Alicea

SS 9369 Nydia M Alicea Guzman

Departamento de la Familia ASUME Region Arecibo

13 de enero 2020

Deseo continuar mi reclamacion Aclaro que desconozco y no cuento con los documentos necesario Al momento. Soy empleada del Departamento d la Familia laboro en la ASUME desde 2004.

Al haber ocurrido cambios en los planes de retiro y ley 7 , huracan Maria y los temblores de enero 2020 no cuento con la evidencia al momento. El Sistema no lo permite generar

Reconozco que mi plan de retiro del gobierno de PUERTO RICO recogio posee alrededor de 45.000 mil dolares los cuale he acumuladopara mi retiro.

Hago la salveda de que la cantidad es puede ser mucho mayor

Por lo temblores en P.R. no me puedi que debi enviar los documentos a otras personas

Nydia M Alicea Guzman