Nydia M Alicea Gormz
HC-3 Box 55060
Areubo PR 00613-8311

Tribunal de Distrito de EU
#150 Chardon Avenue
Federal Building
San Juan PR 00918

RECEIVED & FILED
2020 JAN 21 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR