

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

Agencia: 409 - ADM. REHAB. VOCACIONAL

Seguro Social: XXX-XX-7602

NORMA I TORRES ORTIZ
URB VILLA VERDE
C-84 CALLE 10
BAYAMON, PR 00959

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Fecha de Nacimiento: 13 de diciembre de 1960
Fecha de Ingreso al Servicio Público: 21 de junio de 2000
Fecha de Comienzo de Cotización: 21 de junio de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 1.07 | Tiempo Trabajado: | 5.07 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 7,823.00 | Aportaciones: | 4,128.70 |
| | | Intereses: | 629.52 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **8,452.52** | **Total Aportaciones:** | **4,128.70** |
| **Beneficio:** | **0.00** | **Beneficio:** | **47.26** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov