Norma I. Torres Ortiz
Calle 10 C 84
Urb. Villa verde
Bayamón, P.R. 00959

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 21 PM 4: 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.