**A quien pueda interesar:**

El propósito de esta comunicación es confirmar mi interés sobre la reclamación sometida con su debido formulario a nombre del suscribiente, el Sr. Manuel Nieves Acevedo; actualmente me desempeño como Policía del Departamento de Seguridad Pública con el rango de Sargento, desde 16 de octubre de 2002, hasta el presente. Quiero dejar claro que de forma compulsoria realice aportaciones al sistema de retiro, **(Retiro Reforma 2000),** quien en ese momento tomó posesión del dinero y se nos explicó que el mismo se administraría en un fondo algo equivalente a una cuenta de retiro individual por decir **401 k**, donde la aportación del empleado era la única que iría al fondo y que al momento que el empleado no deseara continuar pudiera retirar sus aportaciones y disponer de ella como mejor le convenga. Esta aportación se realizó desde el momento que fui reclutado por la agencia en que laboro hasta el año 2013. El plan inicial fue sustituido por otro plan de retiro establecido por el Gobernador de Turno.

En el mes de diciembre de 2019, recibí notificación por parte de la firma de abogado "Prime Cerk LLS", de la ciudad de Nueva York, donde se me dio conocimiento y se me ilustró con documentos por la demanda de Promesa "Title 3", que estoy incluido con el número de reclamación "Clain" # 96617, número de caso 17 BK 03283-LTS, Por la cantidad $52,711.26, según el documento. Sin embargo, la parte demanda, Estado Libre Asociado de Puerto Rico, me incluye y rechaza del listado si no proveo la evidencia necesaria que demuestre la cantidad reclamada por concepto de plan de retiro a lo que esto contesto este servidor público como los demás empleados afectado y víctima de tantas malas decisiones financieras, donde ningún momento de nuestra honrosa carrera como Policía de Puerto Rico y empleado Público se nos notificó por parte de la agencia tampoco el Sistema de Retiro de la Reforma 2000, que en este caso el tenedor de los bienes no se le mostraba el rendimiento de esa inversión o como estaba siendo utilizado y manejado, donde lo único que se sabía era que funcionaba al igual que una cuenta 401 k , con la diferencia que la parte que retiene el dinero no se le obliga a rendir cuenta de sus operaciones y demostrarle al empleado que realizaba las aportaciones que su dinero estaba seguro y responsablemente manejado, para ser utilizado en el momento de su jubilación, el cual en estos mismos instantes estamos desprovisto de una seguridad financiera al momento de nuestro retiro

donde se depositó la confianza de nuestra familia como la nuestra a tener ese dinero al momento de cesar labores y de tener una estabilidad económica al momento de nuestra vejez .

Por lo tanto, solicito respetuosamente a ustedes señores Abogado que dada la situación donde el interés de estos administradores fue siempre mantener al participante del retiro Reforma 2000, en total desconocimiento y de todas las decisiones tomadas en cuartos oscuros, sin sentir la obligación de consultar o notificar incluyendo las partes más importantes de toda decisión tomada que en este caso éramos nosotros los participantes y empleados públicos del sistema. Solicito que no se me excluya o rechace de la participación de este proceso legal que para nosotros será la última oportunidad para recuperar nuestra aportación, que pueda ser depositada en un plan de retiro confiable que cumpla su propósito.

Atentamente.