Manuel Nieves
HL-1 Box 6647
Moca, P.R. 00676

RECEIVED & FILED
2020 JAN 21 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767