Denis Algado Alvino
AC. 03 Bry 12066
Yabucoa P.R. 00767

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 JAN 21 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.