Réplica de Objeción Global

I. Datos de Contacto

Fernando E. Pérez Torres
Urb. Las Lomas, calle 11A
apdo. 963
Juana Díaz, P.R. 00795
Teléfono - 939-281-4617

II. EPIGRAFE

a. Secretaría (Clark's office)
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan (Puerto Rico) 00918

RECEIVED & FILED 2020 JAN 21 PM 4:38

b. Estado Libre Asociado de Puerto Rico y otros (deudores).

c. Número de procedimiento 17BK 3283-LTS.

d. Objeción global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico.

II. Número de las evidencias de reclamos:

1. 101019 - Ley 180 - Pensión Retiro Aumento anual - Lcdo. Aníbal Acevedo Vilá (2001)

2. 99337 - Ley 34 de Dr. Pedro Roselló Aumento Anual. (1998)

3. 110.193 - Ley 89 - Prestación servicios Educativos al Depto. Educación. Lcdo. Rafael Hdez. Colón

4. 99337 - Ley 96 - 2002 Dr. Pedro Roselló

5. 101019 - Ley 164 - 2004 Sra. Sila M. Calderón

III. El Tribunal no debe declarar a lugar la objeción Global, debido a que son dineros adeudados en las siguientes leyes aprobados por el gobierno del Estado Libre Asociado de Puerto Rico.

1. Ley 180 - Pensión Retiro Aumento Anual 3%. Lcdo. Aníbal Acevedo Vilá.

2. Ley 34 - Aumento Anual - Dr. Pedro Roselló

3. Ley 89 del 79 - Prestación de Servicios Educativos al Depto. de Educación de P.R. Lcdo. Rafael Hernández Colón.

4. Ley 96 - 2002 - Aumento Anual - Dr. Pedro Roselló.

5. Ley 164 - 2004 Aumento Anual - Sra. Sila M.

IV. Documentación Justificativa

Años Servicios con el Departamento de Educación 1976-2006 (30 años).

Se está reclamando las leyes que cubren estos años de servicio Educativo.

No he podido enviar toda la evidencia justificativa debido a que las agencias que tramitan dicha información actualmente no están trabajando.

3 de enero 2020
Juana Díaz, Puerto Rico

Reclamante: Fernando E. Pérez Torres
# Reclamación 101019 - 99337 - 110193

Reclamación del dinero adeudado en mis años de Servicios con el Depto. de Edución del Estado Libre Asociado de Puerto Rico 1976-2006. En los siguientes # de Reclamación 101019, 99337 - 110193. de las Leyes que me competen cuando trabajaba.

1. Ley 180 - Pensión Retiro Aumento Anual
   3% 2001.                                    6,000
2. Ley 34 - Aumento Anual                     9,600
   (1998)
3. Ley 89 del 79                             26,400
4. Ley 96 del 2002                            4,800
5. Ley 164 del 2004                           2,400

                          Gran total  49,200

Gracias anticipadas por la cooperación al respecto.

Atentamente
Fdo. Fernando Pérez Torres
929-281-4617