From: Fernando E. Rivas Torres
P.O. Box 963
Juana Díaz, Puerto Rico
00795

To: Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 JAN 21 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.