

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

29 de abril de 2015

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MARI SANTIAGO MALDONADO
HC 6 BOX 14296
HATILLOS, PR 00659

**Seguro Social: XXX-XX-4100**

A base de la información en nuestros registros, al 29 de abril de 2015 usted posee:

**Fecha de Nacimiento:** 27 de agosto de 1965           **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de septiembre de 1992
**Fecha de Comienzo de Cotización:** 01 de septiembre de 1992

| Ley 1 al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 21.00 |
| Aportaciones: | $28,466.79 |
| Intereses: | $7,731.16 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $36,197.95 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $631.68 |

| Ley 3 al 31 de diciembre de 2013 | |
|---|---|
| Años Acreditados: | 1.09 |
| Aportaciones: | $4,456.95 |
| Intereses: | $0.00 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $4,456.95 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro. 437 Ave. Ponce de León. San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

16 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MARI I SANTIAGO MALDONADO  
HC 6 BOX 14296

HATILLOS, PR 00659

Seguro Social: XXX-XX-4100

A base de la información en nuestros registros, al 16 de enero de 2020 usted posee:

Fecha de Nacimiento: 27 de agosto de 1965  
Fecha de Ingreso al Servicio Público: 01 de septiembre de 1992  
Fecha de Comienzo de Cotización: 01 de septiembre de 1992

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 21 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,302.45 | Aportaciones: | 5,450.26 |
| | | Intereses: | 826.55 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 35,751.06 | **Total Aportaciones:** | 11,129.00 | **Total Aportaciones:** | 5,450.26 |
| **Beneficio:** | 631.68 | **Beneficio:** | 56.57 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta  
Área de Participantes

