Mari & Santiago Maldonado
HC 6 Box 14296
Hatillo, P.R 00659



United States District Court
Room 150 Federal Building
San Juan, P.R 00918-176?

RECEIVED & FILED
2020 JAN 21 PM 4:38
CLERK'S DISTRICT
SAN JUAN