January 16th 2020

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Proskauer Rose LLP
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

Re: Statement account (Retirement).

    Reclaimed number 47122
    Reclaimed number 38869
    Reclaimed number 48218
    Reclaimed number 48227
    Reclaimed number 36869

Plaintiff – Melissa Smart Morales, with the address: P.O Box 267, Camuy PR. 00627, would like the let know the court that the following document is attached to this letter:

1) **Statement Account** from the Retirement Department (*Retiro, Estado Libre Asociado de Puerto Rico*).

Also the Plantiff would respectfully like to inform this Honorable Court that the *Objection and the Attachments Hereto* was received on December 2019. Plaintiff due to vacation and of the earthquakes still affecting the island, hasn't answered nor read any request from the case.

Plaintiff respectfully request that this Honorable Court takes notice of Law 1,3,106,447 (Retirement Law, revoked). As part of the benefits claimed on the demand.

Melissa Smart Morales
P.O Box 267
Camuy PR. 00627