Melissa Smart Morales
P.O Box 567
Camuy, P.R. 00627



RECEIVED & FILED
2020 JAN 21 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1?