# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>        Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AMBAC ASSURANCE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY,<br><br>        Movants,<br><br>        v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>        Respondent. | Case No. 17-BK-4780-LTS<br><br>Re: ECF No. 10109 |

## JOINDER BY SERRALLES TO THE OVERSIGHT BOARD'S OPPOSITION TO MOTION TO AMEND PRIFA BONDHOLDER LIFT STAY MOTION

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**COMES NOW** Destilerias Serralles, Inc. ("Serralles"), by and through the undersigned legal counsel, and hereby files this joinder (the "Joinder") to the *Opposition of the Commonwealth of Puerto Rico to Motion to Amend PRIFA Bondholder Lift Stay Motion* presented by the Financial Oversight and Management Board for Puerto Rico (the "FOMB") (the "Opposition") [ECF 10274].

1.     Serralles has reviewed the arguments asserted in the Opposition and hereby joins the same for the reasons set forth at length therein. Accordingly, Serralles adopts the positions raised by the FOMB in the Opposition and incorporates them by reference to the instant Joinder.

2.     In compliance with the terms of the *Interim Case Management Order for Revenue Bonds* [ECF 9620 at ¶ 7], Serralles hereby certifies that it has taken reasonable efforts to avoid duplication of arguments or repetitive briefs.

3.     Further, Serralles reserves all rights and remedies with respect to the Joinder, including, but not limited to, the right to raise additional arguments at the hearing (if needed).

**WHEREFORE**, Serralles respectfully request this Court to grant this Joinder and to enter such other relief as is just and proper.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined the Court's CMP Order, as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of January, 2020.

**MCCONNELL VALDÉS LLC**
***Attorneys for Destilerias Serralles, Inc.***
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619

Facsimile:  787-759-9225

By: */s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com