14 de enero de 2020

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR

Por error envié la réplica al Tribunal de New York y en Email al https://cases.primeclerk.com/puertorico en el tiempo de responder.
Pero ayer llamé al (844) 822-9231 para corroborar que lo recibieron y me explicaron que lo envié al lugar incorrecto.
Pido disculpas pues tengo una hija afectada y 3 nietos con la situación de los temblores por lo que estoy bastante afectada.
Solicito acepten mi réplica.

RECEIVED & FILED
2020 JAN 21 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Gracias
Martha M Velázquez

<␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂>
<␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂><␂>



(i) Martha M. Velázquez López
1854 Exmore Ave
Deltona, FL 32725
(787) 615-8927
marthamaria1950@gmail.com
Claims 97559 SS 8959

(ii) Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico del Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (último cuatro dígito del número federal de contribuyente: 3481), la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474), y denominadas conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los ("DEUDORES") (núm. procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) Conforme al TITULO III (PROMESA).

la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm de procedimiento de quiebra 17 BK 3567-LTS) (último cuatro dígitos del número federal de contribuyente: 3808), Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el SRE), (núm. de procedimiento de quiebra 17 BK 3566-LTS) (último cuatro digito del núm. federal de contribuyente: 9686), Sistema de Retiro Maestros de Puerto Rico (el "SRM"), Departamento de Educación de Puerto Rico (el "DE"), también conocido como Departamento de Instrucción Pública de Puerto Rico (el "DIP") a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante de ELA, de la ACT y del SRE conforme al artículo 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica

 Martha M. Velázquez López SS 8959 claims 97559

de Puerto Rico ("PROMESA"), radicaran la Centésima décima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

(iii) Motivos para oponerme a la Objeción global (la Centésima décima octava objeción global) radicada por el Estado Libre Asociado de Puerto Rico (el "ELA").

(iii.1) Leyes aprobadas y firmadas conforme, según, normas y procedimientos del Estado Libre Asociado de Puerto Rico (el "ELA") quién delega en el Departamento de Educación, antes conocida por Departamento de Instrucción Pública y el Sistema de retiro para Maestros aplicar dichas leyes para mantener un

 Martha M Velázquez López SS 8959 claims 97559

sistema de personal con criterios uniformes: retribución y proveer equidad de sueldo invocando el principio constitucional de Igual Paga por Igual Trabajo. Este principio fue violado por el Estado Libre Asociado de Puerto Rico ("ELA") ya que el Departamento de Educación y el Sistema Retiro para Maestros no cumplieron con la equidad de sueldo ni con el principio Igual Paga por Igual Trabajo al no conceder los aumentos de sueldo que me correspondían al estar activa como empleada (1971-2006) regular del Estado Libre Asociado de Puerto Rico

.la Ley núm. 169 del 29 de julio de 1999 otorgó aumento de $100 a los empleados públicos activos al 26 de enero de 1999. monto deuda $8,100

.lb Ley núm 89 de 12 de julio de 1979, según enmendada,

conocida como la "Ley Retribucción Uniforme", Romerazo, Se aprobó $50 de Pasos por Mérito para mantener un Sistema Uniformede Personal. Monto deuda $16,050

.1c Ley núm 410 del 8 de octubre dè 2000, para conceder aumento de $100 a todos los empleados públicos efectivo el 1 de febrero de 2000. Monto deuda: $6,900

.1d Ley núm. 96 del 7 de agosto de 2001, conocida como "Silazo" otorgó aumento de sueldo de $100 a todos los empleados públicos sin distinción de status, ni categorías que estuvieran activos al 30 de junio de 2002.

Monto deuda $5,100

(iii.2) Salarios adeudas no se utilizaron para fijar la pensión como jubilada en el Sistema de Retiro para maestros. Además de eliminar bono verano, aportación al plan médico y bajar el aguinaldo navideño. Todos derechos adquiridos

 Martha M Velázquez López SS 8959 claim: 97559

(iv) Documentación justificativa

(iva). Hoja de reclamo

claims: 5947

51999

97559

(ivb) Información solicitada

claims 51947

51999

(ivc). Junta Retiro para maestros

. Designación Beneficiario

. Talonario cheque

. Retiro Incentivado (Solicitud)

(ivd) Asociación de maestros de Puerto Rico

. Designación Beneficiarios

(ive). Certificado vitalicio maestra otorgado por Departamento Educación

(6) Martha M Velázquez López SS. 8959 claim 9755