> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Valazquez Lopez, Martha Maria | 51947 | 6/27/18 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Valazquez Lopez, Martha Maria | 51947 | 6/27/18 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VELAZQUEZ LOPEZ, MARTHA M. | 51999 | 6/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VELAZQUEZ LOPEZ, MARTHA M. | 51999 | 6/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VELAZQUEZ LOPEZ, MARTHA M. | 97559 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VELAZQUEZ LOPEZ, MARTHA M. | 97559 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Número de Evidencia de Reclamación:*
*Reclamante:* 51947
Velazquez Martha Maria

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com. o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o <u>anterior en el gobierno de Puerto Rico</u>
   - ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   
   _adjunto_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   Ley 89 — $16,050 aproximado, ver página 2 adjunta Ley 89
   Ley 96 — $5,110 aproximado, ver página 2 adjunta Ley 96
   Ley 410 — $6,900 aproximado ver página adjunta Ley 410
   Ley 169 — $8,100 aproximado ver página adjunto Ley 169
   $36,160

*Número de Evidencia de Reclamación Reclamante:* 51947

Velázquez López Martha María

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación: Reclamación desde 1980 al 2006    Trabajé desde 1970 hasta 2006

3(c). Últimos cuatro dígitos de su número de seguro social: XXX-XX-8959

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No. Marco no porque no fui incluida en las que llevó la Asociación de Maestros de Puerto Rico. Ver información en los anejos
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: N/A

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso: N/A

2

*Número de Evidencia de Reclamación:* 5199

*Reclamante:* Velázquez López Martha María

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico — Trabajé desde 1971 al 2006

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Aumentos de sueldos no otorgados bajo las leyes 96, 89, 410 y 169

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): Ver reclamación Ley 96 en Claim: 5947. Estimar el 3% del costo de vida de acuerdo a los salarios dejados de devengar, otorgados por las leyes 89, 410 y 169. Además el Aguinaldo de Navidad fue bajado de $600 a $200, bono de verano eliminado y la aportación patronal al plan médico de $125 me fue eliminado el 2012. Estos eran beneficios Adquiridos.

Número de Evidencia de Reclamación: 51999

Reclamante: Velázquez López Martha María

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación: enero 1970 al 30 septiembre 2006

3(c). Últimos cuatro dígitos de su número de seguro social: XXX XX 8959

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Salarios no contados para fijar mi pensión por el Departamento de Educación de PR no haberme otorgado los aumentos de las leyes 89, 96, 410 y 169, violando así mi derecho constitucional a Igual paga por Igual Trabajo e Igual Protección de las leyes (Secciones 7 y 16). Además, de haber eliminado derechos adquiridos aportación plan médico, bono verano y bajada bono navidad.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:

2

JRM AR-2
REV. 3/94

GOBIERNO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
AREA DE RETIRO

Evidencia
claim 5199 q

## DESIGNACION DE BENEFICIARIOS

ESTE FORMULARIO DEBE COMPLETARSE EN SU TOTALIDAD. USE LETRA TIPO MOLDE. VER INSTRUCCIONES Y REGLAS AL DORSO.

### INFORMACION SOBRE EL PARTICIPANTE

1. NOMBRE: Velasquez Lopez Martha M
   (Apellido Paterno) (Apellido Materno) (Nombre)

2. FECHA DE NACIMIENTO: 31 / 10 / 1950
   (Día) (Mes) (Año)

SOCIAL: 8959

4. DIRECCION: Saint Just 225 Calle 4 Trujillo Alto PR 00976

5. TELEFONO RESIDENCIAL: 7621094

6. SEXO: ☒ F  ☐ M

Yo, el maestro identificado arriba, de acuerdo con las disposiciones de la Ley # 218 del 6 de mayo de 1951, conocida como Ley de Retiro para Maestros de Puerto Rico., según enmendada, designo la persona o personas abajo indicadas mis legítimos beneficiarios para recibir los beneficios por defunción que provee dicha Ley, según sean aplicables en mi caso.

### INFORMACION SOBRE EL BENEFICIARIO O LOS BENEFICIARIOS

| NOMBRE COMPLETO | Dirección Postal | Seguro Social | Relación con el declarante | Fecha de nacimiento | Porciento adjudicado |
|---|---|---|---|---|---|
| Carlos Quiñones Maldonado | Saint Just 225 Calle 4 Trujillo Alto PR | 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 | esposo | 17 sept 49 | 25 |
| Marguette Quiñones Velázquez | Saint Just 225 Calle 4 Trujillo Alto PR 00976 | 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 | hija | 10 ene 75 | 25 |
| Lynette Quiñones Velázquez | Saint Just 225 Calle 4 Trujillo Alto PR | 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 | hija | 31 dic ? | 25 |
| Michelle Quiñones Velázquez | Saint Just 225 Calle 4 Trujillo Alto PR 00976 | 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 | hija | 22 ... 7 | 25 |

Si alguno de los beneficiarios designados en este documento no me sobrevive, y si yo no hubiere radicado una nueva designación, el beneficio correspondiente al Beneficiario fenecido se pagará según dispongo a continuación:

☐ A los Herederos legales que determine el Tribunal, de acuerdo con las Leyes del Estado Libre Asociado de Puerto Rico.

☒ Al beneficiario o Beneficiarios que sobrevivan; en partes iguales.

_Martha M Velázquez López_
Firma del Maestro

29 de mayo de 2006
Fecha

### TESTIGOS (Ninguna persona que figure como Beneficiario en esta designación podrá firmar como testigo)

Los abajo firmantes certificamos que conocemos personalmente al participante y que este documento fue firmado por él, en nuestra presencia.

_Emma _____ Vely_
(Firma del Testigo)

Calle Chihuahua 684 Venus Gardens Río Piedras P.R.
Dirección (Calle y Número) (Ciudad y País)

_Margarita ___ Alamo_
(Firma del Testigo)

Villa Nevares 10-3A
Dirección (Calle y Número)

Río Piedras P.R.
(Ciudad y País)

SRM-asr-3 PRI
REV 06-06

Claim 51999

Evidencia de mi retiro

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Área Servicios de Retiro

# SOLICITUD
# PROGRAMA RETIRO INCENTIVADO

Para uso de la SRM: 300

Nota: Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente, use otro papel y acompáñelo con esta solicitud. LEA LAS INSTRUCCIONES AL DORSO.

Por la presente, solicito los beneficios del Retiro de acuerdo a las disposiciones de la Ley Núm. 91 de 29 de marzo de 2004, según enmendada y Orden Ejecutiva 2006-14 Programa de Retiro Incentivado y la Carta Circular 2006-003.

1. Nombre: Martha M  Apellido Paterno: Velazquez  Apellido Materno: López
2. Seguro Social: 8959
3. Sexo: ☒ Femenino ☐ Masculino
4. Estado Civil: ☐ Soltero(a) ☐ Casado(a) ☐ Divorciado(a) ☐ Viudo(a) ☒ Separado(a)
5. Dirección Postal: Saint Just 225 calle 4, Trujillo Alto PR 00976
6. Núm. de Teléfono y Cel.: (783) 762-1024 / 703-2611
7. Fecha de Nacimiento: 8 / 10 / 1950
8. Dirección Residencial: Saint Just 225 calle 4, Carolina PR 00976
9. Agencia donde trabaja: Departamento Educación
10. Pueblo donde trabaja: Trujillo Alto
11. Puesto que ocupa: Directora Escolar
12. Fecha de efectividad de la renuncia: 30 de septiembre 2006
13. Préstamo con SRM: ☒ Sí ☐ No  Tipo: ☐ Hipotecario ☒ Personal ☐ Viaje Cultural
14. Razón para el Retiro: ☒ Años de Servicio y Edad ☐ Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)
15. Nombre del Cónyuge: Carlos R. Quiñones Maldonado

## PARA USO DEL PATRONO
### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

17. CERTIFICO que Martha M. Velazquez López se encuentra actualmente en: ☒ Servicio Activo ☐ Licencia _____ Especifique _____

La fecha de renuncia es efectiva el 29 / 09 / 2006

Nombre de Escuela o Institución: Tulio Larrinaga   Teléfono: _____

Fecha 19 / 06 / 2006 Nombre: Matilde Pedraza Leduc

Firma Supervisor, Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia

### CERTIFICACIÓN DE PARTICIPACIÓN DEL PROGRAMA DE RETIRO INCENTIVADO

Certifico que a la fecha de 08 / 06 / 2006 el(la) participante de referencia ha notificado la decisión de acogerse al **Programa de Retiro Incentivado.**

Nombre: Matilde Pedraza Leduc
Unidad de Jubilaciones Docente
Firma: _____

Posición que Ocupa: Supervisora

Vea Requisitos y Condiciones Generales al Dorso

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2019 |
| Hasta: | 11/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4400086 |
| Fecha Aviso: | 11/15/2019 |

MARTHA M VELAZQUEZ LOPEZ
PO BOX 682
+SAINT JUST, PR 00978

SS: XXX-XX-8959

| | |
|---|---|
| # Empleado: | XXXXX8959 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,499.84 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,249.92 | 1,717.50 | 26,248.32 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| | | | | | |
| Total: | | | 1,249.92 | 1,717.50 | 26,348.32 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 1,123.08 |
| CO-COOP MAESTRO PR | 224.44 | 4,712.86 |
| SM-FAMILIAR ASOC MAESTROS | 0.00 | 25.08 |
| AS-ASOC MAESTROS DE P.R. | 0.00 | 250.00 |
| Total: | 277.92 | 6,111.02 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,249.92 |
| Acumulado: | 26,348.32 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 277.92 |
| | 6,111.02 |

### PAGA NETA

| | |
|---|---|
| | 972.00 |
| | 20,237.30 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4400086 | 972.00 |
| Total: | 972.00 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2019

Aviso No.
4400086

Cant. Desposito: $972.00

A la
Cuenta(s) De
MARTHA M VELAZQUEZ LOPEZ
PO BOX 682
SAINT JUST, PR 00978

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 039295346 | $972.00 |
| Total: | | $972.00 |

NO-NEGOCIABLE

## ASOCIACION DE MAESTROS DE PUERTO RICO
APARTADO 1088, HATO REY, PUERTO RICO 00919
TEL. 767-2020

Claim 51947

### DESIGNACION DE BENEFICIARIOS

ESTE FORMULARIO DEBE CUMPLIMENTARSE A MAQUINA PREFERIBLEMENTE. SI ES A MANO DEBE USARSE LETRA DE MOLDE. VEASE LA INFORMACION INDICADA AL DORSO.

**NOMBRE DEL SOCIO**
APELLIDO PATERNO: Velázquez
APELLIDO MATERNO: López
NOMBRE: Martha M.

**FECHA DE NACIMIENTO:** 10-31-50
**SEXO:** F

**DIRECCION POSTAL O RESIDENCIAL:** Calle 4 4-25 Saint Just 00750

**NUM. SEG. SOCIAL:** -8959
**NUM. SOCIO:** 072023 021
**JUNTA LOCAL:** 61

**INFORMACION SOBRE EL BENEFICIARIO**

| NOMBRE | PARENTESCO | DIRECCION | PORCIENTO DE BENEFICIO |
|---|---|---|---|
| Carlos R. Quiñones Maldonado | (esposo) | La misma | 25% |
| Muguette V. Quiñones Velázquez | (hija) | La misma | 25% |
| Lynette Quiñones Velázquez | (hija) | La misma | 25% |
| Michelle Quiñones Velázquez | (hija) | La misma | 25% |

Yo, el socio arriba identificado, por la presente designo al beneficiario o beneficiarios arriba mencionados para que reciban los pagos por defunción que correspondan de acuerdo con el Reglamento del Plan de Protección Social al Maestro. Dispongo, además, que si alguno de los beneficiarios arriba designados fallece con anterioridad a mí, el beneficio correspondiente se entregará al beneficiario o beneficiarios que me sobrevivan, por partes iguales. Esta designación revoca cualesquiera otra que hubiese hecho con anterioridad a esta fecha.

Firma del Asociado: Martha M. Velázquez López
Fecha: 1º de agosto de 1984

Affidavit Núm. 258

Jurada y suscrita ante mí por Martha M. Velázquez López
de 33 años, casada, maestra, y vecino de Carolina
Puerto Rico
quien conozco personalmente. Doy Fe. Fecha y sitio ut supra.

NOTARIO PUBLICO

DUPLICADO

claims 51947

# CERTIFICADO

## VITALICIO

### LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO



POR LA PRESENTE CONFIERE A:

MARTHA MARIA VELAZQUEZ LOPEZ

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 12 de junio DE 19 85

DADO EN SAN JUAN DE PUERTO RICO EL 13 de junio DE 19 85

Número 787

*[signature]*
SECRETARIA DE INSTRUCCIÓN PÚBLICA