a M Velázquez López
Exmore Ave
na FL 32725



Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767