UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As the representative<br><br>THE COMMONWEALTH OF PUERTO RICO, et al. | PROMESA Title III<br>No. 17 BK 3283-LTS |

REPLICA EN OPOSICION Y SOMETIENDO DOCUMENTO

A LA HONORABLE COMISIÓN:

COMPARECE Luisa M. Torres Ramírez y expone lo siguiente:

1. Recibimos notificación en la que se solicita que el reclamo sea rechazado por ser insuficiente.
2. Nos oponemos a esta alegación, ya que las partes tienen la información y los documentos correspondientes a la reclamación en sus records y expedientes.
3. Se incluye la documentación requerida en apoyo a la reclamación presentada.
4. No había sido posible enviar los documentos tras la ocurrencia de una situación de emergencia por un terremoto en Puerto Rico, a partir del 7 de enero de 2020.

**POR TODO LO CUAL**, se solicita, respetuosamente, al Honorable Tribunal tome conocimiento de lo antes expuesto, acepte los documentos que se incluyen y se continúe la reclamación de la que suscribe.

**CERTIFICO** haber enviado copia fiel y exacta a las partes indicadas en la página 5 del Anexo C.

RESPETUOSAMENTE SOMETIDA.

En San Juan, Puerto Rico, a 17 de enero de 2020.

Luisa M. Torres Ramírez
HC-02 Box 7672
Peñuelas, PR 0062