**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

16 de enero de 2020

**Agencia: 162 - DEPARTAMENTO ASUNTOS AL CONSUMIDOR**

LUISA TORRES RAMIREZ  
HC-2 BOX 7672  
PENUELAS, PR 00624

Seguro Social: XXX-XX-1903

A base de la información en nuestros registros, al 16 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 16 de diciembre de 1978  **Género:** Femenino  
**Fecha de Ingreso al Servicio Público:** 16 de septiembre de 2005  
**Fecha de Comienzo de Cotización:** 16 de septiembre de 2005

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 0.06 | | Tiempo Trabajado: 4.07 | |
| Aportaciones: | | $0.00 | Aportaciones: | $17,119.80 |
| Intereses: | | $0.00 | Intereses: | $1,446.26 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $0.00 | Total Aportaciones: | $18,566.06 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: LUISA TORRES RAMIREZ**  Seguro Social: XXX-XX-1903
HC-2 BOX 7672
PENUELAS, PR 00624

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO ASUNTOS AL CONSUMIDOR |
| Años de Servicio: | 4.07 |
| Balance de Aportaciones: | $18,566.06 |

Esta certificación fue emitida el 16 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011646427542

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov