Luisa M. Torres
HC-02 Box 7672
Ciruelas, P.R.
00624

RECEIVED & FILED
2020 JAN 21 PM 4:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767