Ana M
HC 02 Box 7605
Corozal PR 00783

CERTIFIED MAIL

0000 5231 6035



U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
$7.60
R2303S101172-03

Tribunal de Distrito de los E.U.
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

2020 JAN 21 AM 11:02
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR