Radicacion de replica (Objecion)

PROMESA TITULO III  **No.17  03283**

Numero de reclamacion: 102

Nombre: Isabel M. Aponte Calderón
Direccion Postal: Urb. El Rosario T-13 Calle G Vega Baja P.R. 00693-5736
Direccion Residencial: Urb. Monte Verde Calle Monte Britton G 14, Manati P.R.
Num. de contacto: 787-598-5236
Tel. 787-484-1606  Cel. 787-598-5236
Correo electronico: isabelaponte22@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo  (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED 2020 JAN 21 AM 11:03 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.