15/1/2020

Yo Isabel M. Aponte

Solicito se me actualize mi Dirección Postal:

Nueva Dirección

Urb. El Rosario

T-13 Calle G

Vega Baja P.R. 00693-5736

Gracias Anticipadas

Isabel M. Aponte