Isabel Aponte Calderón
Urb El Rosario T-13 Calle G
Vega Baja, P.R. 00693-5736




7015 3430 0000 5231 6073

U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 17, 20
AMOUNT
$7.60
R2303S101172-03

1000  00918

RECEIVED & FILED
2020 JAN 21 AM 11: 03
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los Estados Unid
150 Federal Building Ave Carlos Chardón STE 150
San Juan, P.R. 00918-1767