CASP-OS-009-8

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SOLICITUD DE ARBITRAJE DE QUEJAS Y AGRAVIOS**

No escriba en estos apartados. Para uso oficial solamente.

Caso Número: 16 - 0930 AQ-    Fecha: NOV 14 2016

CASP 14 NOV'16 AM 11:15

**INSTRUCCIONES:** Someta el original y tres copias de esta Solicitud a la Comisión de Relaciones del Trabajo del Servicio Público. Notifique copia a la otra Parte. De requerir más espacio en algún apartado, favor de continuar en un anejo haciendo referencia al número del apartado.

| | | |
|---|---|---|
| 1. (a) Nombre de la Agencia: Programa de Desarrollo Laboral del Departamento de Desarrollo Económico y Comercio (DDEC) | Dirección postal: PO Box 362350 San Juan P.R. 00936-2350 | Teléfono: (787)765-2900 Fax: (787) - Dirección electrónica: www.ddecpr.com |
| (b) Nombre del abogado o representante: Lcda. Myrna Cruz Colón | Dirección postal: La misma | Teléfono: (787)765-2900 Fax: ( ) - Dirección electrónica: myrna.cruz@ddec.pr.gov |
| 2. (a) Nombre de la Unión: Coordinadora Unitaria de Trabajadores del Estado (CUTE) | Dirección postal: Calle Cádiz 1214 Puerto Nuevo, P.R. 00920 | Teléfono: (787)781-6649 Fax: (787)277-9290 Dirección electrónica: cuteinformacion@gmail.com |
| (b) Nombre del abogado o representante: Federico Torres Montalvo | Dirección postal: La misma | Teléfono: (787)391-6648 Fax: (787)277-9290 Dirección electrónica: cuteinformacion@gmail.com |
| 3. Nombre del empleado: (Si la Solicitud es presentada por un empleado en su carácter individual) | Dirección postal: La misma | Teléfono: (787)781-6649 Fax: (787)277-9290 Dirección electrónica: cuteinformacion@gmail.com |

4. ¿Se cumplió con el procedimiento establecido en el convenio colectivo antes de solicitar arbitraje?     SÍ  X     NO

5. Cantidad de Empleados afectados por esta controversia:  1

6. Período de vigencia del convenio:  fecha de efectividad: 15/sep/14   fecha de vencimiento: 1ro de julio 2017, Ley 66/2014

7. Disposiciones aplicables del convenio: Art. X Ascensos, Art. XXXIV Derechos Adquiridos y otros artículos relacionados

8. ¿Esta solicitud es sometida por acuerdo de las partes?      SÍ  X     NO

9. Esta solicitud es radicada por:     Unión  X     Agencia     Empleado

10. ¿Se radicó cargo de práctica ilícita?  X SÍ  ☐ , Caso Núm.     , radicado el
NO

| | | | | | |
|---|---|---|---|---|---|
| 11. ¿Se difirió el caso al procedimiento de quejas, agravios y arbitraje? | NO | X | Sí | | Fecha: |
| 12. ¿Se ha sometido esta controversia a algún otro foro? Sí | | X | | Si contestó que sí, indique a cuál foro y cuándo se radicó. | |

13. Breve descripción de los hechos y controversia: (Continúe en hoja aparte, de ser necesario)
El DDEC violó y continúa violando el Convenio Colectivo a no otorgar el aumento correspondiente por concepto de ascenso, a la querellante Christine Carreras Amadeo, según dispuesto.

14. Remedio solicitado: Que el DDEC cese y desista de violar el Convenio Colectivo. Que el DDEC le otorgue el aumento salarial correspondiente a la querellante desde la fecha de su nombramiento en el puesto al cual fue ascendida, conforme a lo dispuesto en el Convenio Colectivo.

15. Nombre y título de la persona que firma este documento
Federico Torres Montalvo: Secretario General
CUTE

16. Firma

Aquella persona que intencionalmente someta información falsa en este formulario puede estar sujeta a las multas que imponga la Comisión y a cualquier otra sanción o pena de Ley aplicable.

(Modificada en septiembre de 2006)