Calle Cádiz, 1214
Puerto Nuevo, PR 00920

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JAN 17, 20
AMOUNT $3.65
R2304E105350-37

00918

Secretaria (Clerk's Office)
Trib. de Distrito EE.UU.
Room 150 Federal Building
San Juan, PR 00918-1767

CERTIFIED MAIL

7019 2280 0000 8247 8693