Coordinadora Unitaria de Trabajadores del Estado
Calle Cádiz 1254
Puerto Nuevo, Puerto Rico 00920
787.793.0872
cuteinformacion@gmail.com

**United States District Court**
**For the District of Puerto Rico**

| In re: | PROMESA |
| Financial Oversight and Management Board for Puerto Rico | Title III |
| as representative of | No. 17 BK 3283-LTS (Jointly Administered) |
| The Commonwealth of Puerto Rico, et al., Debtors | This filing relates to the Commonwealth, HTA and ERS |

Por este medio se solicita que la reclamación número 110962 relacionada con María A. Rivera Alonso sea considerada tomando en cuenta los documentos que se incluyen y que la misma responde a un reclamo legalmente válido, resultante de la relación de empleo que existe y existió de María A. Rivera Alonso con el ELA. No hay razón en ley para denegar el reclamo ni que la reclamación se considere como deficiente porque la misma se presentó mediante una reclamación ("proof of claim").

Se solicita que se considere que quien radica esta comunicación tuvo una interrupción en sus operaciones, como consecuencia de la falta de electricidad asociada con el terremoto, lo cual dilató su presentación.

Se procede a notificar vía correo certificado a las siguientes direcciones:
1. Secretaría (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767
2. Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299
   A/A: Martin J. Bienenstock
   Brian Rosen
3. Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
   Paul Hastings, LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz

Cordialmente,

*[signature]*

Caleb Morales de Lebrón
Administrador de Servicios y Organización

RECEIVED & FILED
2020 JAN 21 AM 11: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN