CRTSP-OS-009-R

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN DE RELACIONES DEL TRABAJO DEL SERVICIO PÚBLICO**

# SOLICITUD DE ARBITRAJE DE QUEJAS Y AGRAVIOS

No escriba en estos apartados. Para uso oficial solamente.

Caso Número: AQ-09-551
Fecha: 4-Sep. 09

**INSTRUCCIONES:** Someta el original y tres copias de esta Solicitud a la Comisión de Relaciones del Trabajo del Servicio Público. Notifique copia a la otra Parte. De requerir más espacio en algún apartado, favor de continuar en un anejo haciendo referencia al número del apartado.

| | | |
|---|---|---|
| 1. (a) Nombre de la Agencia: Consejo de Desarrollo Ocupacional y Recursos Humanos | Dirección postal: PO ox 192159 Hato Rey, PR 00918 | Teléfono: (787) 754-5510 Fax: (787) 763-0195 Dirección electrónica: |
| (b) Nombre del abogado o representante: Aurelio González Curvelo | Dirección postal: La misma | Teléfono: (   ) Fax: (   ) Dirección electrónica: |
| 2. (a) Nombre de la Unión: Coordinadora Unitaria de Trabajadores del Estado | Dirección postal: Calle Cádiz 1214 San Juan PR 00920 | Teléfono: (787) 781-6649 Fax: (787) 277-9290 Dirección electrónica: cuteorg@gmail.com |
| (b) Nombre del abogado o representante: Federico Torres Montalvo | Dirección postal: La misma | Teléfono: (   ) Fax: (   ) Dirección electrónica: |
| 3. Nombre del empleado: (Si la Solicitud es presentada por un empleado en su carácter individual) UNION | Dirección postal: | Teléfono: (   ) Fax: (   ) Dirección electrónica: |

4. ¿Se cumplió con el procedimiento establecido en el convenio colectivo antes de solicitar arbitraje?   SÍ ☒   NO ☐

5. Cantidad de Empleados afectados por esta controversia:   9

6. Período de vigencia del convenio:   fecha de efectividad: 11 oct 2006   fecha de vencimiento: 11 oct 2009

7. Disposiciones aplicables del convenio:   XIII-Traslados y otros Artículos

8. ¿Esta solicitud es sometida por acuerdo de las partes?   SÍ ☒   NO ☐

9. Esta solicitud es radicada por:   Unión ☒   Agencia ☐   Empleado ☐

10. ¿Se radicó cargo de práctica ilícita?   NO ☒   SÍ ☐, Caso Núm. _____, radicando el _____

11. ¿Se difirió el caso al procedimiento de quejas, agravios y arbitraje?   NO ☒   SÍ ☐   Fecha: _____

12. ¿Se ha sometido esta controversia a algún otro foro?   SÍ ☐   NO ☒   Si contestó que sí, indique a cuál foro y cuándo se radicó.

(Continúa en la próxima página)

**13. Breve descripción de los hechos y controversia:** (Continúa en hoja aparte, de ser necesario)

El CDORH violó el Convenio Colectivo al trasladar a los empleados Tanya Caraballo, Ivonne Santiago, Edgardo Bigay, Edgardo Arlequín, María Rivera, Joana Ruiz, Roberto Soto, Yanira López, Yamaris Vázquez del Centro de Apoyo de Ponce, de forma arbitraria y caprichosa. Este traslado resulta altamente oneroso para los empleados unionados de dicho centro. Estas acciones atentan contra la integridad de la Unidad Apropiada.

**14. Remedio solicitado:**

El CDORH cese y desista de violar el Convenio Colectivo y que cumpla con lo dispuesto en dicho Convenio sobre los traslados, que le pague a la CUTE y a la querellante por los gastos que estos tengan que incurrir como resultado de esta acción.

| 15. Nombre y título de la persona que firma este documento | 16. Firma |
|---|---|
| Federico Torres Montalvo, Secretario General | *[signature]* |

Aquella persona que intencionalmente someta información falsa en este formulario puede estar sujeta a las multas que imponga la Comisión y a cualquier otra sanción o pena de Ley aplicable.
(Modificada en septiembre de 2006)