Calle Cádiz 1214
Puerto Nuevo, PR 00920

7019 2280 0000 8247 8693

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
JAN 17, 20
AMOUNT
$3.65
R2304E105350-37

Secretaria (Clerk's Office)
Trib. de Distrito de EE.UU.
Room 150 Federal Building
San Juan, PR 00918-1767

FOREVER USA
Barn Swallow