The Financial Oversight and Management Board for Puerto Rico as representative of
The Commonwealth of Puerto Rico

Mariel Collazo Otero

Teléfono: (787) 647-0116

Dirección: Balcones de Santa María 1500 Ave. San Ignacio Apt 26, San Juan, PR
00921

Correo electrónico: marielcollazo@familia.pr.gov

Número de reclamación: 29790

Deudor: Sistema de Retiro, Gobierno de Puerto Rico

Monto de  reclamación: $68,089.92

Por este medio, solicito respetuosamente que se considere la reclamación de pago por
las aportaciones adeudadas  por el Sistema de Retiro del Gobierno de Puerto Rico.
Adjunto documentación y evidencia solicitada.

Mariel Collazo Otero