Mariel Collazo Otero
Balcones de Santa María
1500 Ave. San Ignacio Apt 2C
San Juan, P.R. 00921

RECEIVED & FILED
2020 JAN 21 AM 11: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7019 2280 0000 8252 0781

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

CERTIFIED MAIL

UNITED STATES POSTAL SERVICE
1000
00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
JAN 18, 20
AMOUNT
$4.20
R2305K133188-01