Enero 14, 2020

Saludos:

Por la situación que está pasando en Puerto Rico no se pudo enviar más información.

Atentamente,

Ana Arbona Quiñones

RECEIVED & FILED
2020 JAN 21 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com. o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

- ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
- ☒ Empleo actual o anterior en el gobierno de Puerto Rico
- ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

______________________________

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

La ley 67 del 4 sept. 1992 ordena al sistema de Retiro otorgar el 3% del salario cada 3 años. Si mi salario anual era de $12,000 anual (aproximadamente 1/3 de tres año sería $4,021.70 desde entonces) $8043. [illegible] sería en total

**3. Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

- ☐ No. *Pase a la Pregunta 4.*
- ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación de PR ELA

3(b). Identifique las fechas de su empleo con relación a su reclamación: Trabaje desde enero 1967 hasta mayo 1996 desde esa fecha retirado 1996

3(c). Últimos cuatro dígitos de su número de seguro social: 2622

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

- ☑ Jubilación
- ☑ Salarios impagos
- ☐ Días por enfermedad
- ☐ Queja con el sindicato
- ☐ Vacaciones
- ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Por ley promesa el 4 sept. 1992 se aprobo un ajuste salarial de un 3% cada 3 años

**4. Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

- ☐ No.
- ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Junta de retiro para maestro Dept. Educ. de PR

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal federal de EU para el Districto de PR

4(c). Número de caso: 17BK 3283 LTS

4(d). Título, epígrafe, o nombre del caso: Titulo III promesa

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

______________________________

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

N/A

Someto evidencia de la W 2 que envia el Dept de Hacienda del Gobierno de PR para rendir planilla. Donde indica el sueldo del año y el costo de pensión o anualidad como evidencia. les envio, como empleada del ELA de Dept Educación de PR en el cual trabajó desde el año 1967 - hasta 1996 y acogida ese mismo año al retiro

Formulario Form 499 R-2/W-2 PR
Rev. 05 97

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | INFORMACION PARA CONTRIBUCION SOBRE INGRESOS - INCOME TAX INFORMATION | INFORMACION PARA EL SEGURO SOCIAL FEDERAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre- First Name<br>ANA | 3. Núm. Seguro Social Social Security No<br>-2622 | 8. Sueldos - Wages<br>12,065.12 | 17. Subtotales-cada 41 Subtotals-every 41<br>☐ |
| Apellido(s)-Surname(s)<br>ARBONA QUIÑONES | 4. Estado Civil-Civil Status<br>Soltero Single ☐ Casado Married ☐ | 9. Comisiones-Commissions<br>.00 | 18. Total Sueldos Seg. Soc. Soc. Sec. Wages<br>.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VALLE REAL<br>34 CALLE C<br>PONCE PR 00731 | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones-Allowances<br>.00 | 19. Seguro Social Retenido Soc. Sec. Tax Withheld<br>.00 |
| | 6. Núm. de Cuenta Patronal Employer's Account No. (EIN)<br>66-0433481 | 11. Propinas-Tips<br>.00 | 20. Total Sueldos y Pro. Medicare Medicare Wages and Tips<br>.00 |
| 2. Nombre y Dirección del Patrono Name and Address of Employer<br>PENSIONADOS MAESTROS 92<br>731-091-01-0320000000 | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity<br>28,148.00 | 12. Total=8+9+10+11<br>12,065.12 | 21. Contrib. Medicare Retenida Medicare Tax Withheld<br>.00 |
| | Copia C para Récords del Empleado<br>Copy C for Employee's Records | 13. Gastos Reembolsados Reimbursed Expenses<br>.00 | 22. Propinas (Seguro Social) Soc. Security Tips<br>.00 |
| | | 14. Cont. Retenida - Tax Withheld<br>.00 | 23. Seguro Social no Retenido en Propinas-Uncollected Soc. Sec. Tax on Tips<br>.00 |
| | | 15. Fondo de Retiro Retirement Fund<br>.00 | |
| 7 2262765 | Año: Year: 1997 | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS<br>.00 | 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips<br>.00 |

Instrucciones al dorso de Copia D-For instructions see back of Copy D

Ana Arbona
1774 Calle Marquesa
Valle Real
Ponce, PR 00716-0505

SAN JUAN
PR 009
17 JAN '20
PM 1 L

UNITED STATES POSTAGE
PITNEY BOWES
$000.50
02 1P
0000694498 JAN 15 202
MAILED FROM ZIP CODE 0072

RECEIVED & FILED
2020 JAN 21 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

00918$1339 C050

Radicacion de replica (Objecion)

# PROMESA TITULO III No.17 03283

## Numero de reclamacion: __33318__________

Nombre: ____Eddie Hernandez Vargas______________________________________

Direccion Postal:_______HC 9 BOX 11425 AGUADILLA,PR 00603-9291.________________________________________

Direccion Residencial: ___BO.CAMASEYES CAR.467 KM 0 H2,AGUADILLA,PR,00603.________________________________________

________________________________________

Num. de contacto:

Tel.:____________________ Cel. ______ 787-568-2516_______________

Correo electronico: ________hern.eddie09@gmail.com_____________________________

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: __________LOS DOCUMENTOS NO LLEGARON EN LA FECHA CORRESPONDIENTE PARA SER CONTESTADOS.________________________________________

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: ________________________________

RECEIVED & FILED
2020 JAN 21 PM 4: 38
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| HERNANDEZ VARGAS, EDDIE | 33318 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| HERNANDEZ VARGAS, EDDIE | 33318 | 5/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | Name | Date Filed | Case Number | Debtor | Claim # | Amount |
|---|---|---|---|---|---|---|
| 688 | HERNANDEZ TORRES, PEDRO L.<br>PO BOX 1623<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67534 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | Name | Date Filed | Case Number | Debtor | Claim # | Amount |
|---|---|---|---|---|---|---|
| 689 | HERNANDEZ TORRES, SOCORRO<br>HC-02 BOX 13537<br>AGUAS BUENAS, PR 00703 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 82460 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | Name | Date Filed | Case Number | Debtor | Claim # | Amount |
|---|---|---|---|---|---|---|
| 690 | HERNANDEZ VALENTIN, MIGUEL A.<br>ESTANCIAS DE BORINQUEN # 85<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80925 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | Name | Date Filed | Case Number | Debtor | Claim # | Amount |
|---|---|---|---|---|---|---|
| 691 | HERNANDEZ VARGAS, CARMEN S.<br>431 ARDUNO VILLA CADIZ<br>SAN JUAN, PR 00923 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 110670 | $ 62,373.15* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | Name | Date Filed | Case Number | Debtor | Claim # | Amount |
|---|---|---|---|---|---|---|
| 692 | HERNANDEZ VARGAS, EDDIE<br>COND VISTA VERDE<br>APTO 606<br>SAN JUAN, PR 00921 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33318 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

EDDIE HERNANDEZ VARGAS
COND VISTA VERDE
APTO 606
SAN JUAN, PR 00921

Seguro Social: XXX-XX-0259

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Fecha de Nacimiento: 01 de enero de 1975

Género: Masculino

Fecha de Ingreso al Servicio Público: 05 de octubre de 2001
Fecha de Comienzo de Cotización: 05 de octubre de 2001

| **Ley R2000 al 30 de junio de 2013** | | **Ley 3 - 2013 al 30 de junio de 2017** | | **Ley 106** | |
|---|---|---|---|---|---|
| Años Acreditados: | 11.08 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 9,776.20 | Aportaciones: | 5,145.77 |
| | | Intereses: | 4,910.21 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 18,931.00 | | |
| Tiempo: | 0.00 | Intereses: | 1,525.38 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **35,142.79** | **Total Aportaciones:** | **5,145.77** |
| **Beneficio:** | **0.00** | **Beneficio:** | **154.79** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov









Eddie Hernández
HC 9 BOX 11425
Aguadilla, P.R., 00603-9291

00918

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
JAN 17, 20
AMOUNT
$1.15
R2305K136452-5

1000

RECEIVED & FILED
2020 JAN 21 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico, 00918.

14 de enero de 2020

Secretaría

Tribunal de Distrito de los Estados Unidos

150 Ave. Carlos Chardón

San Juan, Puerto Rico 00918-1767

(I)-Datos de contacto

Nombre: **Josian Olivero Filomeno**

Dirección Residencial:

Urb. Parque Ecuestre

Calle The Kid L-23

Carolina,

PUERTO RICO

00987

Direccion Postal:

Urb. Parque Ecuestre

Calle The Kid L-23

Carolina,

PUERTO RICO

00987

Teléfono: (787) 317-0384

Correo electrónico: jolivero2516@gmail.com

RECEIVED & FILED
2020 JAN 21 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

(II)

Epígrafe

Nombre del deudor: Sistema de retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico

**Número del procedimiento: 17 BK 3283-LTS**

Título de Objeción legal: NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE

COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND

TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF

THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO

DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,

EMPLOYMENT OR SERVICES PROVIDED

**Número de reclamo:28809**

(III) Motivo para oponerse a Objeción global

Me opongo a la Objeción Global dado que el dinero aportado por mi parte al Sistema de Retiro por concepto de ahorro personal fue utilizado por parte del Gobierno de Puerto Rico lo que incumple el acuerdo con el Sistema de Retiro. Por lo tanto, solicito que se continúe con el reclamo sometido, dado que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda la cantidad de $30,431.16 por concepto de aportación al sistema de Retiro de Puerto Rico. En el estado de cuenta estimado de mis aportaciones al Sistema de Retiro provisto por esta agencia no se refleja el tiempo trabajado del periodo correspondiente entre el año 2004 al 2013.

Cabe señalar que debido a los sismos ocurridos en Puerto Rico varias agencias gubernamentales cesaron sus funciones como medida de seguridad. lo cual afecto lá a la radicación de la información solicitada en la fecha límite.



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

16 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

Seguro Social: XXX-XX-6254

JOSIAN OLIVERO FILOMENO
URB. PARQUE ECUESTRE
L-23 C/THE KIT
CAROLINA, PR 00987

A base de la información en nuestros registros, al 16 de enero de 2020 usted posee:

Fecha de Nacimiento: 25 de julio de 1978

Género: Masculino

Fecha de Ingreso al Servicio Público: 31 de octubre de 2004
Fecha de Comienzo de Cotización: 31 de octubre de 2004

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 8.09 | Tiempo Trabajado: | 4.02 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 8,911.60 | Aportaciones: | 4,080.74 |
| | | Intereses: | 3,345.74 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 12,360.34 | | |
| Tiempo: | 0.00 | Intereses: | 607.42 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **25,225.10** | **Total Aportaciones:** | **4,080.74** |
| **Beneficio:** | **0.00** | **Beneficio:** | **106.53** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

RETIRO
GOBIERNO DE PUERTO RICO





Josian Olivero
Urb. Parque Ecuestre
c/The Kid L-23
Carolina, Puerto Rico 00987
UNITED STATES POSTAL SERVICE
1000
00918
U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JAN 17, 20
AMOUNT
$7.45
R2305K134398-21
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL
7018 3090 0001 8039 4625
Secretaria - Tribunal de Distrito de E.U.
150 Ave. Carlos Chardón
San Juan, Puerto Rico 00918-1767
RECEIVED & FILED
2020 JAN 21 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

mi RETIRO

Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

IBIS PADIN GUZMAN (471637)

| | |
|---|---|
| Agencia: | **ADMINISTRACION DE FAMILIAS Y NIÑOS** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **07-AGO-2000** |
| Años en Servicio: | **42.1** |
| Sueldo Bruto: | **$2,035.00** |
| Sueldo Neto: | **$1,194.35** |
| Balance Aportaciones*: | **$58,749.75** |
| Aportaciones Ley 106 **: | **$5,123.00** |

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

**Solicitudes en Línea**

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

**Centro Gubernamental Minillas,**
Torre Norte Piso 7
San Juan PR 00940

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

IBIS PADIN GUZMAN
104 CALLE LAMELA
QUEBRADILLAS, PR 00678

**Seguro Social: XXX-XX-3041**

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento: 02 de mayo de 1955** **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 07 de agosto de 2000**

**Fecha de Comienzo de Cotización: 07 de agosto de 2000**

| ***Ley Anterior al 30 de junio de 2013*** | | |
|---|---|---|
| Años Acreditados: | 19.05 | |
| Aportaciones: | | $20,079.31 |
| Intereses: | | $1,869.77 |
| Gastos Teneduría: | | ($73.95) |
| Total Aportaciones: | | $21,949.08 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| ***Ley 3 al 30 de junio de 2017*** | | |
|---|---|---|
| Tiempo Trabajado: | 23.05 | |
| Aportaciones: | | $31,608.13 |
| Intereses: | | $5,192.54 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $36,800.67 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: IBIS PADIN GUZMAN** Seguro Social: XXX-XX-3041

104 CALLE LAMELA

QUEBRADILLAS, PR 00678

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 23.05 |
| Balance de Aportaciones: | $36,874.62 |

Esta certificación fue emitida el 14 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011446365214

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

RETIRO
GOBIERNO DE PUERTO RICO

Ibis
104 Calle Lamela
Quebradillas P.R. 00678
SAN JUAN P&DC 009
FRI 17 JAN 2020 PM
FOREVER / USA
FOREVER / USA
Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767
RECEIVED &
2020 JAN 21 PM 4:37

**Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)**
**Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)**

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 21 PM 4: 36

| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtors.[1] | PROMESA Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br>**This filing relates to the Commonwealth, HTA, and ERS.** |
|---|---|

**NINETY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

MARIBEL DELGADO RODRIGUEZ
HC-04 BOX 41705
HATILLO, PR 00659

**Seguro Social: XXX-XX-2067**

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento: 21 de noviembre de 1970** **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 14 de febrero de 2000**

**Fecha de Comienzo de Cotización: 14 de febrero de 2000**

| ***Ley Anterior al 30 de junio de 2013*** | | |
|---|---|---|
| Años Acreditados: | 12.06 | |
| Aportaciones: | | $22,170.92 |
| Intereses: | | $2,152.13 |
| Gastos Teneduría: | | ($73.95) |
| Total Aportaciones: | | $24,323.05 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| ***Ley 3 al 30 de junio de 2017*** | | |
|---|---|---|
| Tiempo Trabajado: | 16.03 | |
| Aportaciones: | | $33,814.31 |
| Intereses: | | $4,731.39 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $38,545.70 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIBEL DELGADO RODRIGUEZ**

Seguro Social: XXX-XX-2067

HC-04 BOX 41705

HATILLO, PR 00659

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

Corporación: ADMINISTRACION DE FAMILIAS Y NIÑOS

Años de Servicio: 16.03

Balance de Aportaciones: $38,619.65

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346326203

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

RETIRO
GOBIERNO DE PUERTO RICO

mi RETIRO Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

MARIBEL DELGADO RODRIGUEZ (493795)

| | |
|---|---|
| Agencia: | **ADMINISTRACION DE FAMILIAS Y NIÑOS** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **14-FEB-2000** |
| Años en Servicio: | **28.09** |
| Sueldo Bruto: | **$2,121.00** |
| Sueldo Neto: | **$1,379.69** |
| Balance Aportaciones*: | **$62,868.75** |
| Aportaciones Ley 106 **: | **$5,339.00** |

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

**Solicitudes en Línea**

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940

pr.gov

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| DELGADO RODRIGUEZ, MARIBEL | 30280 | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| DELGADO RODRIGUEZ, MARIBEL | 30280 | 5/24/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Maribel Delgado
HC-5 Box 93080
Arecibo PR. 00612

SAN JUAN PR 009
15 JAN 2020 PM 2 L

FOREVER / USA

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 21 PM 4:36
RECEIVED & FILED

14 de enero de 2020

Secretaría

Tribunal de Distrito de los Estados Unidos

150 Ave. Carlos Chardón

San Juan, Puerto Rico 00918-1767

(I)-Datos de contacto

Nombre: Iraida Blanco Núñez

Dirección:

Residencial

BO PALMER

94 CALLE PRINCIPAL

RIO GRANDE,

PUERTO RICO

00745

Postal

P.O. BOX 3281

RIO GRANDE PR

00745

teléfono: (787)-424-5757

Correo electrónico: iraidablanco@yahoo.com

RECEIVED & FILED
2020 JAN 21 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

(II)

Epígrafe

Nombre del deudor: Sistema de retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico

Número del procedimiento: 17 BK 3283-LTS

Título de Objeción legal: NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE

COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND

TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF

THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO

DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,

EMPLOYMENT OR SERVICES PROVIDED

Número de reclamo:62090

(III) Motivo para oponerse a Objeción global

Me opongo a la Objeción Global dado que el dinero aportado por mi parte al Sistema de Retiro por concepto de ahorro personal fue utilizado por parte del Gobierno de Puerto Rico lo que incumple el acuerdo con el Sistema de Retiro. Por lo tanto, solicito que se continúe con el reclamo sometido, dado que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda la cantidad de $46,036.62 por concepto de aportación al sistema de Retiro de Puerto Rico. En el estado de cuenta de mis aportaciones al Sistema de Retiro no incluyen los años transcurridos de 2007 al 2013. Durante ese tiempo laboré y continúo laborando como Trabajadora Social II en la Administración de Familia y Niños del Gobierno de Puerto Rico.

Cabe señalar que debido a los sismos ocurridos en Puerto Rico varias agencias gubernamentales cesaron sus funciones como medida de seguridad. lo cual afecto la a la radicación de la información solicitada en la fecha límite,

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

Seguro Social: XXX-XX-7620

IRAIDA BLANCO NUNEZ
PO BOX 3281

RIO GRANDE, PR 00745

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Fecha de Nacimiento: 08 de noviembre de 1964
Género: Femenino
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

| Ley 1 al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 0 |
| **Servicio No Cotizado** | |
| Pagado: | 0.00 |
| Tiempo: | 0.00 |
| **Balance Acumulado:** | **152.60** |
| **Beneficio:** | **0.00** |

| Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | 11,009.80 |
| Intereses: | 888.85 |
| Gastos Teneduría: | 0.00 |
| **Total Aportaciones:** | **11,898.65** |
| **Beneficio:** | **61.34** |

| Ley 106 | |
|---|---|
| Tiempo Trabajado: | 2.42 |
| Aportaciones: | 5,792.64 |
| Intereses: | 0.00 |
| Gastos Teneduría: | 0.00 |
| **Total Aportaciones:** | **5,792.64** |
| **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

RETIRO
GOBIERNO DE PUERTO RICO