11 de enero de 2020

A: Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, PR 00918

De: Francisca Meléndez Rosa
# 75972
cel. 787-688-3985
Río Hondo 2 AT-28
Calle Río Morovis
Bayamón, PR 00961



Saludos:

Llevo 22 años trabajando como maestra en el Departamento de Puerto Rico. Mis evaluaciones siempre han sido satisfactorias alcanzando el 100 % de excelencia por mi desempeño como educadora. Durante el mes de mayo de 2014, entregué los documentos de activación de Carrera Magisterial para obtener el nivel y aumento que conlleva los estudios doctorales.

En el momento de la radicación, ya contaba con las 300 horas requeridas de Desarrollo Profesional. Debía completar un Proyecto Especial de 100 horas ya sea en adiestramiento a maestros o con mis estudiantes. A pesar de los esfuerzos realizados y las visitas a las oficinas de Carrera Magisterial, no encontré personal que me orientara y se me indicó que estaba detenida toda gestión relacionada al Plan de Desarrollo por Carrera Magisterial debido a la situación del gobierno y a la *Ley para la Reestructuración de la Deuda del Banco Gubernamental de Fomento para Puerto Rico y la Ley 66 de Sostenibilidad Fiscal y Operacional del Gobierno de Puerto Rico.*

He desarrollado Proyectos Especiales con mis estudiantes y llevé a cabo un Proyecto mediante las redes sociales de Internet en el cual cuento con más de nueve mil seguidores. El mismo se relaciona con el Proyecto PBL que el Departamento de Educación pidió a los maestros que debían implementar con sus grupos. Esta servidora creó un grupo en Facebook llamado *PBL Project Based Learning* con el cual mantenía a los maestros informados acerca de cómo se implementaba el PBL. Presenté paso por paso el proyecto que desarrollé con mis estudiantes y compartí los materiales que utilizaba con el mismo, además de compartir fotos y videos de los productos finales. Con este proyecto entiendo que cumplo con el requisito de las 100 horas de adiestramientos a colegas. Este esfuerzo fue reconocido por el Departamento de Educación al invitarme, por recomendación de la entonces Secretaria de Educación, a formar parte del Comité Consultivo de PBL de la Oficina de Asuntos Académicos a Nivel Central, invitación que acepté de buen agrado. Además se me reconoció al invitarme a representar a la clase magisterial en el Foro de la *Cumbre PBL* que llevo a cabo el Departamento de Educación.

El aumento por un Plan de Desarrollo Profesional con estudios doctorales representa un 40% del salario básico, lo que representa 700 dólares basados en el salario básico actual o 1,200 si se considera mi propio salario al momento de la radicación.

Solicito que se considere este aumento para mi cálculo de retiro y que el Departamento de Educación convalide los proyectos que he implementado hasta ahora o, de no ser así, me permita completar mi Plan de Desarrollo ya sea con las 100 horas en adiestramiento a maestros o con un Proyecto Especial para los estudiantes.

A continuación incluyo el Artículo 2.06 de la Ley de Carrera Magisterial que aplica en mi caso.

De requerir evidencia adicional, debido a la situación actual que enfrenta Puerto Rico por los temblores de tierra, solicito por este medio una prórroga para entregar los mismos.

Gracias por cualquier gestión que tengan a bien realizar para lograr mi reclamo.

Siempre a sus órdenes:

*Juan A. Santos*
*on behalf of:*
*Francisca Melendez Rosa*

Francisca Meléndez Rosa
Reclamación # 75972

**Artículo 2.06.-El Nivel IV en cada Clasificación (18 L.P.R.A. sec. 312e)**

El Nivel IV se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:
(a) Doctorado en la categoría en que se desempeña.
(b) Doscientas (200) horas- contacto en actividades de educación continuada desde que se le reconoció el Nivel III.
(c) Cien (100) horas de adiestramientos al personal docente de la escuela o del Sistema o que invierta cien (100) horas en un proyecto especial en beneficio del Sistema de Educación Pública.
(d) Diez (10) años de experiencia docente en el Sistema.
(e) Evaluaciones satisfactorias de su desempeño docente.

O en su lugar, los siguientes requisitos:
1. Cuarenta y cinco (45) créditos académicos conducentes al grado de doctor en áreas de estudios relacionadas con la categoría en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.
2. Trescientas (300) horas contacto en actividades de educación continuada desde que se le reconoció el Nivel III.
3. Cien (100) horas de adiestramientos al personal docente de la escuela o del Sistema o cien (100) horas en el desarrollo de un proyecto especial en beneficio del Sistema.
4. Diez (10) años de experiencia docente en el Sistema.

Evaluaciones satisfactorias de su desempeño docente.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Melendez Rosa, Francisca | 75972 | 6/28/2018 | Commonwealth of Puerto Rico | $99,612.50 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Melendez Rosa, Francisca | 75972 | 6/28/2018 | Commonwealth of Puerto Rico | $99,612.50 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).