# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION
## OF FINANCIAL GUARANTY INSURANCE COMPANY
## FOR APPEARANCE AT JANUARY 29-30, 2020, OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at January 29-30, 2020, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland and María Emilia Picó intend to appear on behalf of FGIC at the Hearing[1] in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 on the following items:

**Case No. 17-bk-3283**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of January 29-30, 2020, Omnibus Hearing* [Case No. 17-3283, Dkt. # 10254] (the "***Order***").

51288845.v1

Interim Case Management Order for Revenue Bonds

    a. *Response of the Financial Oversight and Management Board for Puerto Rico to Interim Report and Recommendation of the Mediation Team* [Dkt. #9493].

    b. *Interim Case Management Order for Revenue Bonds* [Dkt. 9620].

    c. *Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, AMBAC Assured Corporation, and Financial Guaranty Insurance Company to (I) Response of the Financial Oversight and Management Board for Puerto Rick to Interim Report and Recommendation of the Medication Team (ECF No. 9493), as Incorporated in (II) Interim Case Management Order for Revenue Bonds (ECF No. 9620)* [Dkt. #10251].

Motion for Leave to Amend PRIFA Lift Stay Motion

    d. *Motion for Leave to Amend Motion of AMBAC Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* [Dkt. #10109].

    e. *Opposition of the Commonwealth of Puerto Rico to Motion to Amend PRIFA Bondholder Lift Stay Motion* [Dkt. #10274].

    f. *AAFAF's Limited Joinder and Statement in Support of the Opposition of the Commonwealth of Puerto Rico to Motion to Amend PRIFA Bondholder Lift Stay Motion* [Dkt. #10277].

51288845.v1

2. Further, Martin A. Sosland and María Emilia Picó also reserve the right to present argument or respond to any agenda item, matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Dated: January 22, 2020.

Respectfully submitted,

REXACH & PICÓ, CSP

By: /s/ María E. Picó
María E. Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com


BUTLER SNOW LLP

By: /s/ Martin A. Sosland
Martin A. Sosland (*pro hac vice*)
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

Jason W. Callen (*pro hac vice*)
150 3rd Avenue, South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6774
Facsimile: (615) 651-6701
E-mail: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: January 22, 2020.

                Respectfully submitted,

                By: */s/ Martin A. Sosland*
                      Martin A. Sosland

                *Attorney for Financial Guaranty Insurance Company*

51288845.v1