# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283 (LTS)

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Craig Johnson, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    1.    On December 19, 2019 and December 27, 2019, the Court entered the *Interim Case Management Order* [Docket No. 9619] (the "***Interim Case Management Order***") and *Amended and Restated Order Addressing the Filing of and Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto* [Docket No. 9661], (the "***Amended and Restated Order Addressing Filing of Amended Report***"), respectively. Both the Interim Case Management Order and Amended and Restated Order Addressing Filing of Amended Report reference the *Order Pursuant to Bankruptcy Code Section 502 and* Bankruptcy *Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (1) Financial Oversight and Management Board, Acting through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* [Docket No. 5143], and the *Declaration of Christina Pullo of Prime Clerk LLC Regarding Service of Objection Notice upon Beneficial Holders of Challenged GO Bonds, annexed as Exhibit A to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the *Informative Motion of (I) Financial Oversight and Management Board, Acting through the Special Claims Committee, and (II) the Official Committee of Unsecured Creditors Regarding Service of Objection Notice and Procedures Upon Beneficial Holders of Challenged GO Bonds*, dated February 4, 2019 [Docket No. 5049].

2.      Paul Hastings LLP, counsel for the Official Committee of Unsecured Creditors ("*UCC*"), instructed Prime Clerk to follow the applicable provisions of the Interim Case Management Order and Amended and Restated Order Addressing Filing of Amended Report for the purpose of serving the following enumerated documents, which are hereinafter collectively referred to as the "*GO and PBA Bonds Objection Documents*"):

- Amended and Restated Order Addressing the Filing of Amended Report;

- Orden Enmendada Y Modificada Que Aborda La Radicación De Un Informe Enmendado Por El Equipo De Mediación Y Que Extiende (A) El Plazo De Paralización, (B) La Mediación Obligatoria Y (C) Determinadas Fechas Límite Relacionadas [Docket No. 9661], (the "*Amended and Restated Order Addressing Filing of Amended Report [Spanish Translation]*");

- Interim Case Management Order;

- Orden Provisional de Manejo del Caso [Docket No. 9619], (the "*Interim Case Management Order [Spanish Translation]*");

- Notice of (I) Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to (A) Claims Filed or Asserted by Holders of Certain 2011 Commonwealth General Obligation Bonds and (B) Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authority Bonds and (II) Briefing Schedule Regarding Motions to Dismiss with Respect to Objections to (A) Claims Filed or Asserted by Holders of Certain 2011 Commonwealth General Obligation Bonds, (B) Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authority Bonds, and (C) Claims Filed or Asserted by Holders of 2012 and 2014 Commonwealth General Obligation Bonds, a copy of which is attached hereto as **Exhibit A** (the "*GO and PBA Bonds -- UCC Objection Notice*"); and

- Aviso De (I) Objeción Del Comité Oficial De Acreedores No Asegurados, A Tenor Con La Sección 502 Del Código De Quiebras Y La Regla De Quiebras 3007, A (A) Reclamaciones Presentadas O Incoadas Por Tenedores De Ciertos Bonos De Obligación General Del Estado Libre Asociado De Puerto Rico Del 2011 Y (B) Reclamaciones Presentadas O Incoadas Contra El Estado Libre Asociado De Puerto Rico Por Tenedores De Ciertos Bonos De La Autoridad De Edificios Públicos De Puerto Rico Y (II) Itinerario De Alegatos Sobre Mociones De Desestimación Con Respecto A Objeciones A (A) Reclamaciones Presentadas Por Tenedores De Ciertos Bonos De Obligación General Del Estado Libre Asociado De Puerto Rico Del 2011, (B) Reclamaciones Presentadas O Incoadas Contra El Estado Libre Asociado De Puerto

2

Rico Por Tenedores De Ciertos Bonos De La Autoridad De Edificios Públicos De Puerto Rico, Y (C) Reclamaciones Presentadas O Incoadas Por Tenedores De Bonos De Obligación General Del Estado Libre Asociado De Puerto Rico Del 2012 Y 2014, a copy of which is attached hereto as **Exhibit B** (the "*GO and PBA Bonds -- UCC Objection Notice [Spanish Translation])*")

3.      As set forth in my certificate of service, dated January 13, 2020 [Docket No. 9851] (the "*Original Certificate of Service*"), pursuant to the Interim Case Management Order and Amended and Restated Order Addressing Filing of Amended Report and at my direction and under my supervision, employees of Prime Clerk caused one or more of the following six (6) documents to be served on the various parties by various methods on various dates as set forth in the Original Certificate of Service.

- Amended and Restated Order Addressing Filing of Amended Report;
- Amended and Restated Order Addressing Filing of Amended Report [*Spanish Translation*];
- GO and PBA Bonds -- UCC Objection Notice;
- GO and PBA Bonds -- UCC Objection Notice [*Spanish Translation*];
- Interim Case Management Order; and
- Interim Case Management Order [*Spanish Translation*].

The aforementioned service is hereinafter referred to as the "**Original Service of *GO and PBA Bonds Objection Documents***".

4.      Since the filing of the Original Certificate of Service and pursuant to the Interim Case Management Order and Amended and Restated Order Addressing Filing of Amended Report and at my direction and under my supervision, on January 15, 2020, employees of Prime Clerk caused the following documents to be served via first class mail and e-mail on the notice parties set forth on the list attached hereto as **Exhibit C** as a supplement to the Original Service of GO and PBA Bonds Objection Document.

- Amended and Restated Order Addressing Filing of Amended Report;
- Amended and Restated Order Addressing Filing of Amended Report [*Spanish Translation*];
- GO and PBA Bonds -- UCC Objection Notice;
- GO and PBA Bonds -- UCC Objection Notice [*Spanish Translation*];
- Interim Case Management Order; and
- Interim Case Management Order [*Spanish Translation*].

Dated: January 21, 2019

Craig Johnson

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 21, 2019, by Craig Johnson, proved
to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2022

4

SRF 39057

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

-------------------------------------------------------------------- X

**NOTICE OF (I) OBJECTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE
SECTION 502 AND BANKRUPTCY RULE 3007, TO (A) CLAIMS FILED OR
ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL
OBLIGATION BONDS AND (B) CLAIMS FILED OR ASSERTED AGAINST
COMMONWEALTH BY HOLDERS OF CERTAIN PUERTO RICO PUBLIC
BUILDINGS AUTHORITY BONDS AND (II) BRIEFING SCHEDULE REGARDING
MOTIONS TO DISMISS WITH RESPECT TO OBJECTIONS TO (A) CLAIMS FILED
OR ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL
OBLIGATION BONDS, (B) CLAIMS FILED OR ASSERTED AGAINST
COMMONWEALTH BY HOLDERS OF CERTAIN PUERTO RICO PUBLIC
BUILDINGS AUTHORITY BONDS, AND (C) CLAIMS FILED OR ASSERTED BY
HOLDERS OF 2012 AND 2014 COMMONWEALTH GENERAL OBLIGATION BONDS**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case
No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings
Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title
III case numbers are listed as Bankruptcy Case numbers due to software limitations).

You are receiving this notice because (a) you have been identified as holding (i) one or more of the 2011 Commonwealth General Obligation Bonds (the "2011 GO Bonds"), (ii) one or more bonds issued by the Puerto Rico Public Buildings Authority (the "PBA Bonds") in 2011 and 2012, and/or (iii) one or more of the Commonwealth General Obligation Bonds issued in 2012 or 2014 (the "2012-2014 GO Bonds") and/or (b) you have submitted a notice of participation with respect to the procedures order [Docket No. 5143] regarding the *Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted By Holders of Certain Commonwealth General Obligation Bonds* [Docket No. 4784] (the "2012-2014 GO Bond Objection").[2]

## I.   Notice of 2011 GO Bond Objection and PBA Bond Objection

Please note that the Official Committee of Unsecured Creditors (the "Committee" or "Objector") has filed (a) an objection, dated May 21, 2019 [Docket No. 7057] (the "2011 GO Bond Objection"), to claims filed or asserted by holders of certain 2011 GO Bonds and (b) an objection, dated July 18, 2019 [Docket No. 8141] (the "PBA Bond Objection"), to claims filed or asserted by holders of certain PBA Bonds against the Commonwealth on account of a Commonwealth guarantee.  The full text of the 2011 GO Bond Objection may be found on the Internet by using the following link: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=7057.  The full text of the PBA Bond Objection may be found on the Internet by using the following link: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=8141.

The 2011 GO Bond Objection seeks to disallow and invalidate claims on account of the 2011 GO Bonds (the "2011 GO Bond Claims").  The PBA Bond Objection seeks to disallow and invalidate claims filed or asserted against the Commonwealth based on certain Commonwealth-guaranteed PBA Bonds (the "PBA Bond Claims").  **Subject to applicable appellate rights, if the Court grants the 2011 GO Bond Objections and/or the PBA Bond Objection in whole or in part, holders of 2011 GO Bond Claims' recovery on account of the 2011 GO Bonds and holders of PBA Bond Claims' recovery on account of the PBA Bonds, as applicable, will be eliminated in whole or in part, and such holders will be forever barred from asserting such claims against the Commonwealth, from voting on any plan of adjustment filed in this Title III Case, and from participating in any distribution in this Title III Case on account of such 2011 GO Bond Claims and PBA Bond Claims, as applicable.  Thus, the 2011 GO Bond Objection and the PBA Bond Objection may affect your rights.**

**La Objeción de Bonos GO de 2011 tiene el propósito de rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2011 (las "Reclamaciones de los Bonos GO de 2011"). La Objeción de Bonos AEP tiene el propósito de rechazar e invalidar reclamaciones presentadas o incoadas contra el Estado Libre Asociado basado en ciertos Bonos AEP garantizados por el ELA (las "Reclamaciones de los Bonos AEP"). Sujeto a los derechos**

---

[2]    The 2012-2014 GO Bond Objection objects to claims filed or asserted by holders of certain Commonwealth General Obligation Bonds issued in 2012 and 2014 (as detailed in the 2012-2014 GO Claim Objection).

apelativos aplicables, si el Tribunal concede si el Tribunal concede la Objeción de Bonos
GO 2011 y/o la Objeción de Bonos AEP total o parcialmente, la recuperación de los
titulares de Bonos GO 2011 por cuenta de los Bonos GO 2011 y la recuperación de los
titulares de Bonos AEP por cuenta de los Bonos AEP, según aplicable, se eliminará total o
parcialmente, y a estos reclamantes les quedará prohibido permanentemente hacer valer
dichas reclamaciones contra el ELA, votar en cualquier plan de ajuste presentado en este
Caso bajo el Título III, y participar en cualquier distribución en este Caso bajo el Título III
por cuenta de dichas Reclamaciones de los Bonos GO de 2011 y Reclamaciones de los
Bonos AEP, según aplicable. Por tanto, la Objeción de Bonos GO 2011 y la Objeción de
Bonos AEP pueden afectar sus derechos.

Please further note that the Committee and the Financial Oversight and Management
Board for Puerto Rico also filed the 2012-2014 GO Bond Objection on January 14, 2019, which
objection seeks to disallow and invalidate claims on account of the 2012-2014 GO Bonds.
Notice of the 2012-2014 GO Bond Objection was previously served on holders of the 2012-2014
GO Bonds in accordance with the Court's procedures order, dated February 15, 2019 [Docket
No. 5143].[3]

## II.   Briefing Schedule Regarding Motions to Dismiss with Respect to 2011 GO Bond Objection, PBA Bond Objection, and 2012-2014 GO Bond Objection

Please note further, that on December 19, 2019, the District Court entered a case
management order (the "Case Management Order") that approves a schedule for briefing on
motions to dismiss with respect to **the 2011 GO Bond Objection, the PBA Bond Objection,
and the 2012-2014 GO Bond Objection (collectively, the "Claim Objections")**.

The briefing schedule governing such motions to dismiss is as follows:

| | |
|---|---|
| Opening Brief(s) for the Identified Parties (as defined in the Case Management Order) | February 5, 2020 |
| Opening Brief(s) for all other bondholders or interested parties | February 19, 2020 |
| Opposition Brief(s) | March 18, 2020 |
| Reply Brief(s) for Identified Parties | April 8, 2020 |
| Reply Brief(s) for all other bondholders or interested parties | April 20, 2020 |
| Hearing | April 30, 2020 |

Please note that the foregoing briefing schedule may change, which change would be
reflected in further court orders and notices, as necessary.

**If you intend to participate in the motion to dismiss briefing, you must comply with
the requirements set forth in the Case Management Order. A copy of the Case**

---

[3]   Among other things, that procedures order required holders of 2012-2014 GO Bonds that wished to participate
in the litigation of the 2012-2014 GO Bond Objection to submit a notice of participation by April 16, 2019.

**Management Order is enclosed with this Notice.**[4]  Additional information regarding the Claim Objections, including any changes to the briefing schedule, will be posted on the Internet under the following link: https://cases.primeclerk.com/puertorico/Home-Index [under the tab "Litigation Notices"].

## III.   Further Information

| | |
|---|---|
| Requests for Spanish-language versions of this Notice and any questions regarding this Notice should be sent in writing to: | Envíe por escrito las solicitudes de las versiones en español de este Aviso y cualquier pregunta relacionada con este Aviso, a la siguiente dirección: |

> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Attn:  Douglass E. Barron
> NoticeofParticipation@paulhastings.com
> (212) 318-6690

## IV.   CUSIP Numbers of Bonds Subject to Claim Objections

The CUSIP numbers of the general obligation bonds subject to the 2011 GO Bond Objection are:

| Issuance | CUSIP | Issuance | CUSIP |
|---|---|---|---|
| 2011 C | 74514LXH5 | 2011 D | 74514LZE0 |
| 2011 C | 74514LXG7 | 2011 D | 74514LZB6 |
| 2011 C | 74514LWZ6 | 2011 D | 74514LZD2 |
| 2011 C | 74514LXF9 | 2011 D | 74514LZA8 |
| 2011 C | 74514LXD4 | 2011 D | 74514LZJ9 |
| 2011 C | 74514LWY9 | 2011 D | 74514LZH3 |
| 2011 C | 74514LXA0 | 2011 E | 74514LZL4 |
| 2011 C | 74514LXE2 | 2011 E | 74514LZP5 |
| 2011 C | 74514LXC6 | 2011 E | 74514LZM2 |
| 2011 C | 74514LXB8 | 2011 E | 74514LZN0 |
| 2011 C | 74514LWX1 | 2011 E | 74514LZQ3 |
| 2011 PIB | 74514LYW1 | 2011 E | 74514LZK6 |
| 2011 D | 74514LZF7 | | |
| 2011 D | 74514LZC4 | | |
| 2011 D | 74514LZG5 | | |

---

[4]   The Case Management Order also sets forth a briefing schedule for motions to dismiss adversary proceedings seeking a determination of, *inter alia*, the validity of GO and PBA bondholders' asserted liens and, if such liens are valid, to avoid same (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, and 19-297, collectively the "GO Lien Challenges").  Defendants in the GO Lien Challenges will also receive a copy of the Case Management Order.

4

The CUSIP numbers of the PBA bonds subject to the PBA Bond Objection are:

| Series | CUSIP | Series | CUSIP |
|--------|-----------|--------|-----------|
| R | 745235M57 | S | 745235P54 |
| R | 745235M65 | S | 745235P88 |
| R | 745235M73 | S | 745235P62 |
| R | 745235M81 | S | 745235P70 |
| S | 745235M99 | T | 745235Q20 |
| S | 745235N23 | U | 745235R52 |
| S | 745235N31 | U | 745235R60 |
| S | 745235N49 | U | 745235R78 |
| S | 745235N56 | U | 745235R86 |
| S | 745235N64 | U | 745235S69 |
| S | 745235N72 | U | 745235R94 |
| S | 745235N80 | U | 745235S28 |
| S | 745235N98 | U | 745235S36 |
| S | 745235P21 | U | 745235S44 |
| S | 745235P39 | U | 745235R37 |
| S | 745235P47 | | |

The CUSIP numbers of the general obligation bonds subject to the 2012-2014 GO Bond Objection are:

| Issuance | CUSIP | Issuance | CUSIP |
|----------|-----------|----------|-----------|
| 2012 A | 74514LB89 | 2012 A | 74514LB48 |
| 2012 A | 74514LB63 | 2012 A | 74514LA72 |
| 2012 A | 74514LA49 | 2012 A | 74514LC62 |
| 2012 A | 74514LA56 | 2012 A | 74514LB22 |
| 2012 A | 74514LC88 | 2012 A | 74514LC47 |
| 2012 A | 74514LD87 | 2012 A | 74514LC54 |
| 2012 A | 74514LA80 | 2012 A | 74514LD38 |
| 2012 A | 74514LC39 | 2012 A | 74514LA64 |
| 2012 A | 74514LB55 | 2012 A | 74514LA98 |
| 2012 A | 74514LD46 | 2012 A | 74514LB30 |
| 2012 A | 74514LB97 | 2012 A | 74514LB71 |
| 2012 A | 74514LD61 | 2012 B | 74514LA23 |
| 2012 A | 74514LC96 | 2012 B | 74514LZV2 |
| 2012 A | 74514LD79 | 2012 B | 74514LZW0 |
| 2012 A | 74514LC70 | 2012 B | 74514LZX8 |
| 2012 A | 74514LD53 | 2012 B | 74514LZY6 |
| 2012 A | 74514LA31 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LC21 | 2014 | 74514LE86 |
| 2012 A | 74514LD20 | | |

5

**<u>Exhibit B</u>**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

-------------------------------------------------------------------- X

In re:                                                         :

                                                               :

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN      :   PROMESA
FINANCIERA PARA PUERTO RICO,                        :   Título III

                                                               :

    como representante de                               :   Caso Núm. 17-BK-3283 (LTS)

                                                               :

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et*   :   (Administrado Conjuntamente)
*al.*,                                                        :

                                                               :

        Deudores.[1]                                         :

-------------------------------------------------------------------- X

**AVISO DE (I) OBJECIÓN DEL COMITÉ OFICIAL DE ACREEDORES NO
ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y
LA REGLA DE QUIEBRAS 3007, A (A) RECLAMACIONES PRESENTADAS O
INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2011 Y (B)
RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE
ASOCIADO DE PUERTO RICO POR TENEDORES DE CIERTOS BONOS DE LA
AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO Y (II) ITINERARIO DE
ALEGATOS SOBRE MOCIONES DE DESESTIMACIÓN CON RESPECTO A
OBJECIONES A (A) RECLAMACIONES PRESENTADAS POR TENEDORES DE
CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO DEL 2011, (B) RECLAMACIONES PRESENTADAS O INCOADAS
CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO POR TENEDORES DE
CIERTOS BONOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO
RICO, Y (C) RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES
DE BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE
<u>PUERTO RICO DEL 2012 Y 2014</u>**

---

[1]    Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título
y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según
aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS))
(Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés
Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos
de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico
("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva
federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto
Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación
contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra
Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y la
Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Quiebra Núm. 19-BK-5233-LTS) (Últimos
cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos en virtud del Título III
están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

Está recibiendo este aviso porque (a) ha sido identificado como tenedor de (i) uno o más bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico (el "ELA") en el 2011 (los "Bonos GO 2011"),(ii) uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico (los "Bonos AEP") en el 2011 y 2012, y/o (iii) uno o más bonos de obligación general emitidos por el ELA en el 2012 o 2014 (los "Bonos GO 2012-2014") y/o (b) ha sometido aviso de participación con respecto a la orden de procedimientos [Docket Núm. 5143] sobre la *Objeción Ómnibus de (I) la Junta de Supervisión y Administración Financiera Para Puerto Rico, actuando a través del Comité de Reclamaciones Especiales, y (II) el Comité Oficial de Acreedores No Asegurados, a tenor con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico* [Docket Núm. 4784] (la "Objeción de Bonos GO 2012-2014").[2]

## I.     Notificación de Objeción de Bonos GO 2011 y Objeción de Bonos AEP

Por favor tenga en cuenta que el Comité Oficial de Acreedores No Asegurados (el "Comité" u "Objetor") ha presentado (a) una objeción, fechada el 21 de mayo de 2019 [Docket Núm. 7057] (la "Objeción de Bonos GO 2011") a reclamaciones presentadas o incoadas por titulares de ciertos Bonos GO 2011 y (b) una objeción, fechada el 18 de julio de 2019 [Docket Núm. 8141] (la "Objeción de Bonos AEP"), a reclamaciones presentadas o incoadas por los titulares de ciertos Bonos AEP contra el ELA basado en una garantía del ELA. Puede encontrar el texto completo de la Objeción de Bonos GO 2011 en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=7057. Puede encontrar el texto completo de la Objeción de Bonos AEP en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=8141.

La Objeción de Bonos GO de 2011 tiene el propósito de rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2011 (las "Reclamaciones de los Bonos GO de 2011"). La Objeción de Bonos AEP tiene el propósito de rechazar e invalidar reclamaciones presentadas o incoadas contra el Estado Libre Asociado basado en ciertos Bonos AEP garantizados por el ELA (las "Reclamaciones de los Bonos AEP"). **Sujeto a los derechos apelativos aplicables, si el Tribunal concede la Objeción de Bonos GO 2011 y/o la Objeción de Bonos AEP total o parcialmente, la recuperación de los titulares de Bonos GO 2011 por cuenta de los Bonos GO 2011 y la recuperación de los titulares de Bonos AEP por cuenta de los Bonos AEP, según aplicable, se eliminará total o parcialmente, y a estos reclamantes les quedará prohibido permanentemente hacer valer dichas reclamaciones contra el ELA, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III, y participar en cualquier distribución en este Caso bajo el Título III por cuenta de dichas Reclamaciones de los Bonos GO de 2011 y Reclamaciones de los Bonos AEP, según aplicable. Por tanto, la Objeción de Bonos GO 2011 y la Objeción de Bonos AEP pueden afectar sus derechos.**

---

[2]     La Objeción de Bonos GO 2012-2014 objeta reclamaciones presentadas o incoadas por tenedores de ciertos Bonos de Obligación General emitidos en el 2012 y 2014 (según se detalla en la Objeción a Reclamación GO 2012-2014).

Por favor también tenga en cuenta que el Comité y la Junta de Supervisión y Administración Financiera Para Puerto Rico además radicaron la Objeción de Bonos GO 2012-2014 el 14 de enero de 2019, cuyo propósito es rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2012-2014. El Aviso de la Objeción de Bonos GO 2012-2014 fue notificada a los tenedores de los Bonos GO 2012-2014 de conformidad con la orden de procedimiento del Tribunal con fecha del 15 de febrero de 2019 [Docket Núm. 5143].[3]

## II.   Itinerario de Alegatos sobre Mociones de Desestimación con Respecto a Objeción de Bonos GO 2011, Objeción de Bonos AEP, y Objeción de Bonos GO 2012-2014

Además, tenga en cuenta que el 19 de diciembre del 2019, el Tribunal de Distrito emitió una orden para el manejo del caso (la "Orden de Manejo del Caso") aprobando un itinerario de alegatos para mociones de desestimación con respecto a la **Objeción de Bonos GO 2011, la Objeción de Bonos AEP y la Objeción de Bonos GO 2012-2014 (colectivamente, "Objeciones a Reclamaciones")**.

El itinerario de alegatos que gobierna dichas mociones de desestimación es el siguiente:

| | |
|---|---|
| Alegato(s) Inicial para las Partes Identificadas (según definido en la Orden de Manejo del Caso) | 5 de febrero de 2020 |
| Alegato(s) Inicial para todos los demás tenedores de bonos o partes interesadas | 19 de febrero de 2020 |
| Alegato(s) en oposición | 18 de marzo de 2020 |
| Alegato(s) de réplica para las Partes Identificadas | 8 de abril de 2020 |
| Alegato(s) de réplica para todos los demás tenedores de bonos o partes interesadas | 20 de abril de 2020 |
| Vista | 30 de abril de 2020 |

Por favor tenga en cuenta que el itinerario de alegatos antes mencionado puede cambiar, y que dichos cambios serían reflejados en las órdenes y notificaciones adicionales del tribunal según sea necesario.

Si pretende participar en los alegatos de mociones dispositivas, **deberá cumplir con los requisitos esbozados en la Orden de Manejo del Caso. Una copia de la Orden de Manejo del Caso está incluida con esta Notificación**.[4]  En el Internet aparecerá información adicional sobre las Objeciones a Reclamaciones, incluyendo cualquier cambio al itinerario de alegatos,

---

[3]   Entre otros asuntos, la orden de procedimientos requería que los tenedores de los Bonos GO 2012-2014 que desearan participar en el litigio de la Objeción de Bonos GO 2012-2014 sometieran aviso de participación en o antes del 16 de abril de 2019.

[4]   La Orden de Manejo del Caso también ordena un itinerario para los alegatos de mociones para desestimar procedimientos adversativos que buscan una determinación sobre, *inter alia*, la validez de los gravámenes de incoados por tenedores de bonos GO y AEP, y, si estos gravámenes son válidos, evitarlos (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296 y 19-297, colectivamente "Impugnaciones de Gravámenes GO"). Los Demandados en las Impugnaciones de Gravámenes GO también recibirán una copia de la Orden de Manejo del Caso.

bajo el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-Index [bajo la sección
"Litigation Notices"].

### III.    <u>Información Adicional</u>

Envíe por escrito las solicitudes de las
versiones en inglés de este Aviso y cualquier
pregunta relacionada con este Aviso, a la
siguiente dirección:

Requests for English-language
versions of this Notice and any questions
regarding this Notice should be sent in
writing to:

> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Attn: Douglass E. Barron
> NoticeofParticipation@paulhastings.com
> (212) 318-6690

### IV.    <u>Números CUSIP de Bonos Sujetos a Objeciones a Reclamaciones</u>

Los números CUSIP de los bonos de obligación general sujetos a la Objeción de Bonos
GO 2011 son:

| Emisión | CUSIP | Emisión | CUSIP |
|---------|-------|---------|-------|
| 2011 C | 74514LXH5 | 2011 D | 74514LZD2 |
| 2011 C | 74514LXG7 | 2011 D | 74514LZE0 |
| 2011 C | 74514LWZ6 | 2011 D | 74514LZF7 |
| 2011 C | 74514LXF9 | 2011 D | 74514LZG5 |
| 2011 C | 74514LXD4 | 2011 D | 74514LZH3 |
| 2011 C | 74514LWY9 | 2011 D | 74514LZJ9 |
| 2011 C | 74514LXA0 | 2011 E | 74514LZK6 |
| 2011 C | 74514LXE2 | 2011 E | 74514LZL4 |
| 2011 C | 74514LXC6 | 2011 E | 74514LZM2 |
| 2011 C | 74514LXB8 | 2011 E | 74514LZN0 |
| 2011 C | 74514LWX1 | 2011 E | 74514LZP5 |
| 2011 PIB | 74514LYW1 | 2011 E | 74514LZQ3 |
| 2011 D | 74514LZA8 | | |
| 2011 D | 74514LZB6 | | |
| 2011 D | 74514LZC4 | | |

Los números CUSIP de los Bonos AEP sujetos a la Objeción de Bonos AEP son:

| Serie | CUSIP | Serie | CUSIP |
|-------|-------|-------|-------|
| R | 745235M57 | S | 745235P54 |
| R | 745235M65 | S | 745235P88 |
| R | 745235M73 | S | 745235P62 |

| | | | |
|---|---|---|---|
| R | 745235M81 | S | 745235P70 |
| S | 745235M99 | T | 745235Q20 |
| S | 745235N23 | U | 745235R52 |
| S | 745235N31 | U | 745235R60 |
| S | 745235N49 | U | 745235R78 |
| S | 745235N56 | U | 745235R86 |
| S | 745235N64 | U | 745235S69 |
| S | 745235N72 | U | 745235R94 |
| S | 745235N80 | U | 745235S28 |
| S | 745235N98 | U | 745235S36 |
| S | 745235P21 | U | 745235S44 |
| S | 745235P39 | U | 745235R37 |
| S | 745235P47 | | |

Los números CUSIP de los bonos de obligación general sujetos a la Objeción de Bonos GO 2012-2014 son:

| Emisión | CUSIP | Emisión | CUSIP |
|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LB48 |
| 2012 A | 74514LB63 | 2012 A | 74514LA72 |
| 2012 A | 74514LA49 | 2012 A | 74514LC62 |
| 2012 A | 74514LA56 | 2012 A | 74514LB22 |
| 2012 A | 74514LC88 | 2012 A | 74514LC47 |
| 2012 A | 74514LD87 | 2012 A | 74514LC54 |
| 2012 A | 74514LA80 | 2012 A | 74514LD38 |
| 2012 A | 74514LC39 | 2012 A | 74514LA64 |
| 2012 A | 74514LB55 | 2012 A | 74514LA98 |
| 2012 A | 74514LD46 | 2012 A | 74514LB30 |
| 2012 A | 74514LB97 | 2012 A | 74514LB71 |
| 2012 A | 74514LD61 | 2012 B | 74514LA23 |
| 2012 A | 74514LC96 | 2012 B | 74514LZV2 |
| 2012 A | 74514LD79 | 2012 B | 74514LZW0 |
| 2012 A | 74514LC70 | 2012 B | 74514LZX8 |
| 2012 A | 74514LD53 | 2012 B | 74514LZY6 |
| 2012 A | 74514LA31 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LC21 | 2014 | 74514LE86 |
| 2012 A | 74514LD20 | | |

**<u>Exhibit C</u>**

Exhibit C

Notice Parties Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 1975345 | Canyon Balanced Master Fund, Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1869110 | Canyon Blue Credit Investment Fund L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1932215 | Canyon Distressed Opportunity Investing Fund II, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1806312 | Canyon Distressed Opportunity Investing Fund ll, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1899033 | Canyon Distressed Opportunity Master Fund II, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1958272 | Canyon NZ-DOF Investing, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1940131 | Canyon Value Realization Fund, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1840372 | Canyon Value Realization MAC 18 Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1977766 | Canyon-ASP Fund, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1974360 | Canyon-GRF Master Fund II, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 2001005 | Canyon-SL Value Fund, LP. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1958868 | Davidson Kempner Distressed Opportunities Fund LP | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 2052881 | Davidson Kempner Distressed Opportunities International Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1562743 | Davidson Kempner Institutional Partners, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1898917 | Davidson Kempner International, Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 2121486 | Davidson Kempner Partners | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1950406 | EP Canyon Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1915900 | Gordel Capital Limited | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit C

Notice Parties Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 1720882 | M.H. Davidson & Co. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1822821 | Sculptor Credit Opportunities Master Fund, Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 2122829 | Sculptor Enhanced Master Fund, Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 2022990 | Sculptor GC Opportunities Master Fund, Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1904705 | Sculptor Master Fund, Ltd. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1891934 | Sculptor SC II, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |
| 1996034 | The Canyon Value Realization Master Fund, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, Esq. | One State Street | Hartford | CT | 06103-3178 | kurt.mayr@morganlewis.com |