TO WHOM IT MAY CONCERN:

RECEIVED & FILED

2020 JAN 22  PM 4: 18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

I am submitting documentation on a REPLICA related to the Case
No. 17 BK 3283-LTS appointed at the UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

I understand that the dateline was January 14, 2020, but I am hoping
that you accept my REPLICA based on some facts:

These are legal matters for which I have no knowledge or
experience. I looked for ways and means to comply with the
dateline, but it was not possible.

When I finally found a person who could help me, we were going
through the events of earthquakes that hit the south of Puerto Rico. I
live in the municipality of Villalba, which is in the south central part of
the island and the earthquakes and aftershocks affected us.

I expect that you understand my situation and accept my REPLICA.

Thank you,

Sonia González Cintrón

January 21, 2020

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, **Case No. 17 BK 3283-LTS**

SONIA GONZÁLEZ CINTRÓN

11032 URB. MONTE BELLO

CALLE 1 SOLAR B8

VILLALBA, PR 00766

787-486-0027

josesantini40@gmail.com

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación: 135983

RÉPLICA A LA **CENTÉSIMA** CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como enfermera en el Departamento de Salud de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los empleados del Departamento de Salud del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-1997), yo era empleada del Departamento de Salud. De acuerdo con mis cálculos, el período comprende 17 años a $1,200.00 por año, lo que representa $20,400.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997


Cantidad adeudada estimada: $20,400.00


Sonia González Cintrón

# Evidencia de Reclamación

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property:<br>Sí. Identifique el bien: _Deuda del Retumzazo – Ley 89_ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.     $_____ |

## Part 3 / Parte 3:    Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha.** FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __6-21-2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma ___Sonia Gonzalez Cintrón___

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name ___Sonia___ _____ ___Gonzalez Cintron___
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo ___Enfermera Retirada___

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _11 032_ ___urb monte Bello Calle #1 B8___
Number / Número    Street / Calle

___Villalba, P.R.___   State / Estado _____   ZIP Code / Código postal _00766_
City / Ciudad

Contact phone / Teléfono de contacto _787-486-0027_   Email / Correo electrónico _____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form) /
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación)

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED 2018 JUN 22 A 8:01

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| | |
|---|---|
| 1.  Who is the current creditor?<br><br>¿Quién es el acreedor actual? | _Sonia González Cintrón_<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombra al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

---

Modified Official Form 410                Proof of Claim                page 1

| HORAS | TARIFA | | DEVENGADO | | | DEDUCCIONES | |
|---|---|---|---|---|---|---|---|
| | | DESC. | MES CORRIENTE | ACUMULADO | DESC. | MES CORRIENTE | ACUMULADO |
| | | REGUL | 1241.00 | 2482.00 | ADV. | 341.66 | |
| | | DIFER | 120.00 | 240.00 | FICA | 84.38 | 168.76 |
| | | | | | CRT | 90.55 | 181.10 |
| | | | | | MEDIC | 19.73 | 39.46 |
| | | | | | 60010 | 63.00 | 126.00 |
| | | | | | PENSN | 88.94 | 177.88 |
| | | | | | EASVG | 37.23 | 74.46 |
| | | | | | EAINS | 7.00 | 14.00 |
| | | | | | 57000 | 239.71 | 479.42 |
| | | TOTAL | 1361.00 | 2722.00 | 71000 | 47.15 | 94.30 |

| PERIODO QUE TERMINA | FECHA | NUMERO CHEQUE |
|---|---|---|
| 02/28/93 | 02/26/93 | 02171077 |

| NUM. PUESTO | NUM. SEGURO SOCIAL | PAGA NETA | | | |
|---|---|---|---|---|---|
| N0482 | -4816 | 341.65 | TOTAL ▶ | 677.69 | 1355.38 |

SONIA GONZALEZ CINTRON

SICK =         SICKL = 742.50     VACAT = 288.75
CENTRO SALUD MENTAL DE GUAMO P.R.

# Evidencia de anualidades de Plan de Retiro del Retiro Central de Pensionados del Gobierno de Puerto Rico

| Formulario **480.7C**<br>Form<br>Rev. 09.15 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>Departamento de Hacienda - Department of the Treasury<br>DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES<br>INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES<br>AÑO CONTRIBUTIVO - TAXABLE YEAR: 2015 | | **S150013** |
|---|---|---|---|
| | ☐ Enmendada - Amended   (__/__/__) | | Número de Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number |

**INFORMACION DEL PAGADOR - PAYER'S INFORMATION**

| | **INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION** |
|---|---|
| Núm. de Identificación Patronal - Employer's Identification Number<br>**660433481** | Núm. de Seguro Social- Social Security No.<br>**4816** |
| Nombre - Name<br>**RETIRO CENTRAL PENSIONADOS** | Nombre - Name<br>**SONIA GONZALEZ CINTRON** |
| Dirección - Address<br>**AVENIDA PONCE DE LEON #437<br>HATO REY, PR 00940** | Dirección - Address<br>**URB MONTE BELLO<br>BOX 11033<br>VILLALBA, PR 00766-2356** |

Marque el encasillado correspondiente - Check the corresponding box:

| Forma de Distribución - Form of Distribution | | Tipo de Plan o Anualidad - Plan or Annuity Type | | Fecha en que comenzó a recibir la pensión -<br>Date on which you started to receive the pension |
|---|---|---|---|---|
| ☑ Total<br>Lump Sum  ☐ Parcial<br>Partial  ☑ Anualidad o Pagos Periódicos<br>Annuity or Periodic Payments | | ☑ Gubernamental<br>Governmental  ☐ Privado Calificado<br>Qualified Private  ☐ No Calificado<br>Non Qualified | | Día 16 Mes 07 Año 1997<br>Day   Month   Year |

| | | | |
|---|---|---|---|
| **1. Aportación Vía Transferencia**<br>Rollover Contribution | | **16. Cantidad Distribuida**<br>Amount Distributed | 12522.24 |
| **2. Distribución Vía Transferencia**<br>Rollover Distribution | | **17. Cantidad Tributable**<br>Taxable Amount | 12222.24 |
| **3. Costo de la Pensión o Anualidad**<br>Cost of Pension or Annuity | 18278.00 | **18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1022.21, 1081.01(b)(2) o 1012D(b)(2)** -<br>Amount over which a Prepayment was made under Sections 1022.21, 1081.01(b)(9) or 1012D(b)(5) | |
| **4. Fondo de Retiro Gubernamental**<br>Governmental Retirement Fund | 0.00 | | |
| **5. Contribución Retenida sobre Anualidad o Pagos Periódicos**<br>Tax Withheld from Annuity or Periodic Payments | 0.00 | **19. Desglose de Cantidad Distribuida**<br>Breakdown of Amount Distributed | |
| **6. Contribución Retenida sobre una Distribución Total (20%)**<br>Tax Withheld from Lump Sum Distributions (20%) | | **A. Aportaciones Diferidas**<br>Deferred Contributions | |
| **7. Contribución Retenida sobre una Distribución Total (10%)**<br>Tax Withheld from Lump Sum Distributions (10%) | | **B. Aportaciones Voluntarias**<br>After-Tax Contributions | |
| **8. Contribución Retenida sobre una Distribución Total (5%)**<br>Tax Withheld from Lump Sum Distribution (5%) | | **C.Ingreso Generado**<br>Income Accretion | |
| **9. Contribución Retenida sobre otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%)** | | **D. Otros**<br>Others | |
| **10. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Other Distributions of Non Qualified Plans** | | **E. Total (Sume Líneas 19A a la 19D)**<br>Total (Add Lines 19A trough 19D) | |
| **11. Contribución Retenida sobre Transferencia de un Plan Calificado a una cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account** | | **20. Código de Distribución**<br>Distribution Code | **A** |
| **12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program (10%)** | | **Razones para el Cambio**<br>Reasons for the Change | |
| **13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account program to a Non Deductible Individual Retirement Account (10%)** | | | |
| **14. Contribución Retenida sobre Distribuciones a No Residentes**<br>Tax Withheld from Nonresident's Distributions | | | |
| **15. Contribución Retenida sobre Otras Distribuciones**<br>Tax withheld from Other Distributions | | | |

| Número de Cuenta<br>Account Number<br>**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** | Número Control<br>Control Number<br>**000352431** | Número Control de la Declaración Informativa Original<br>Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES-FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS
ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYER. KEEP COPY FOR YOUR RECORDS.

ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

Licencia de enfermera expedida por el Departamento de Salud del
Gobierno de Puerto Rico

