Sonia Gonzalez Cintron
urb. Monte Bello - 11032
Villalba, P.R. 00766

**RETURN RECEIPT REQUESTED**

CERTIFIED MAIL

7018 2290 0000 2773 9290



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 21, 20
AMOUNT
**$7.60**
R2303S101580-02

**RETURN RECEIPT REQUESTED**

2020 JAN 22 PM 4:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (clerk's office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**RETURN RECEIPT REQUESTED**