United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

___EIGHTY-SIXTH___ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 62840

Name and Address: Maria R. Huertas Rivera
1169 Calle Esmeralda
Barceloneta Puerto Rico 00617

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados ___1984 - 2001   -17 años___

Cantidad Reclamada ___20,400.00___

Ley ~~9 del año~~ ___Costo de Vida - Retiro de Maestros - (3% cada 2 años)___

Años Reclamados ___2001 - 2020___

Cantidad Reclamada ___5,209.80___

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión Sistema de Retiro para Maestros gobierno de P.R.
2. Informe renta anual vitalicia Junta de Retiros para Maestros
3. Certificación de Empleados del Depto. de Educ. Años de Servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: María R. Huertas Rivera

Firma: María R Huertas Rivera    Fecha: 21 ene. 2020