## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

21 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA R. HUERTAS RIVERA |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,355.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 29 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/11/1972. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria R. Huertas Rivera**, con número de seguro social que termina en **6414**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 1 de junio de 2001 |
| Tiempo Cotizado para la Pensión | 28 años, 6 meses, 1 sem., .5 día |
| Pensión mensual Inicial | $1,523.53 |
| Pensión Mensual Actual | $1,569.24 |

Esta certificación se expide hoy, **21 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

# JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| María R. Huertas Rivera | 58-1258 | F |

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional ( ✓ )
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1951 marzo 13 (Año / Mes / Día)

Fecha de Retiro: 2001 mayo 31 (Año / Mes / Día)

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|---|---|---|---|---|
| 50 Años | 2 Meses | 18 Días | 28 Años | 6 Meses | 1 Sem. | ½ Días | $36,003.11 | 2001 junio 01 |

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha _____
Iniciales _____

1569.24

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres años consecutivos a $2,031.38

X .018 % X 28 años, 6 meses, 1 semana y ½ día
(Por ciento)   (Tiempo Acreditado)

1,042.72
menos ajuste
5 %
52.13
990.59

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,523.53 |
|---|---|
| Renta Anual Vitalicia | 18,282.36 |

Computado: Julio C. Ortiz   17 julio 2001
Cotejado: Hugo E. Aponte   13 jul. 01
Recomendado: Gloria E. Navas Pérez   18/7/01
Aprobado: 7-30-01   Irma A. Giménez López, Secretaria Ejecutiva

HA/ajb
1p