United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

_Eighty - sixth_ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 63987

Name and Address: Carmen Camacho-Ilarraza
HC. 46 Box 5752
Dorado, P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _1984 - 2003 (19 años)_

Cantidad Reclamada _$22,800.00_

Ley ~~9 del año~~ _Costo de vida_

Años Reclamados _2003 - 2020_

Cantidad Reclamada _$5,541.45_

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de pensión Sistema de Retiro para maestros Gobierno de Puerto Rico
2. Informe Renta Anual Vitalicia Junta de Retiro para maestros
3. Certificación del Departamento de Educación Años de Servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Carmen Camacho-Ilarraza

Firma: *[signature]* Fecha: 21 de enero, 2020