# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

21 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN CAMACHO-ILARRAZA |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,617.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 1 de septiembre de 2003 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/24/1973. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen Camacho Ilarraza**, con número de seguro social que termina en **0385**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 2 de septiembre de 2003 |
| Tiempo Cotizado para la Pensión | 30 años, 1 día |
| Pensión mensual Inicial | $1,810.93 |
| Pensión Mensual Actual | $1,865.26 |

Esta certificación se expide hoy, **21 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414   787.764.6910   www.srm.pr.gov



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

CAMACHO ILARRAZA,CARMEN
HC 33 BOX 5752

DORADO PR 00646

Certifico que CAMACHO ILARRAZA,CARMEN recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,865.26 equivalente a $22,383.12 anual. Luego de las deducciones recibe la cantidad de $1,850.50 mensual, equivalente a $22,206.00 anual.

Esta certificación se expide hoy 21 de enero de 2020.



Número de Certificación: SRM03P2000375

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414    📠 787.759.2883    www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

9%=$217.31

| CARMEN CAMACHO ILARRAZA | Núm. Reclamación 38600 | Sexo F |
|---|---|---|
| **Tipo de Renta:** a- Años de Servicio y edad   Opcional (X)   Obligatorio ( )   b. Edad ( )   c- Incapacidad   Ocupacional ( )   No Ocupacional ( )   d- Diferida ( ) | | **Fecha de Nacimiento**   1952   2   1   Año   Mes   Día |
| **Edad al Retirarse** 51 Años   7 Meses   1 Días | **Servicios Acreditados** 30 Años   - Meses   - Sem.   1 Días | **Costo Anualidad** $42,879.87 | **Fecha de Retiro** 2003   9   1 |
| | | | **Fecha de Efectividad** 2003   9   2 |

Retiro Ley Núm. LEY 45 DEL 2000

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,414.57
X .75% (Por ciento) X 30años (Tiempo Acreditado)

$ 1,810.93

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | 1,810.93 |
|---|---|
| Renta Anual Vitalicia | 21,731.16 |

Computado: Annie Rivera 3-NOV-03 Fecha
Cotejado: María A. Torres Morales 3/Nov/03 Fecha
Recomendado: Irma García Hernández 3/11/03 Fecha Directora Area Servicios de Retiro
Aprobado: 21/XI/03 Fecha Harold González Rosado Secretario Ejecutivo

SMC

Nombre **CARMEN CAMACHO ILARRAZA**

Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1973-74 | | | | | 465.00 | | | | | | |
| AL | 25 | 10 | - | - | | | | | | | |
| 1998-99 | | | | | 1,867.00 | | | | | | |
| - | | | | | 1,892.00 | | | | | | |
| 1999-00 | 1 | | | | 1,892.00 | | | | | | |
| - | | | | | 1,992.00 | | | | | | |
| 2000-01 | 1 | | | | 1,992.00 | 1m | | | | | |
| - | | | | | 2,367.00 | 11m | | | | | |
| 2001-02 | 1 | | | | 2,367.00 | 12m | | | | | |
| 2002-03 | 1 | | | | 2,467.00 | 12m | | | | | |
| 2003-04 | | 2 | | | 2,617.00 | 2m 1d | | | | | |
| | 29 | 12 | - | - | | | | | | | |
| 2003-04 | | | | 1 | 2,617.00 | 2m 1d | | | | | |
| SubTotal | 30 | - | - | - | | | | | | | |
| 2003-04 | | | | 1 | 2,617.00 | 2m 1d | | | | | |
| | 29 | 12 | - | 1 | | | | | | | |
| **TOTAL** | **30** | - | - | **1** | | | | | | | |

Desglose primer pago:
   Renta Mensual
     Deducciones:
       Asociación de Maestros     $_____
       Préstamo_____     _____
       Otras     _____
         Total de Deduccines     _____
         Importe del Cheque      $_____

Observaciones:

Año Escolar
Hasta 1917-18 _____ 9 meses
Desde 1918-19 hasta 1940-41 _____ 10 meses
En el 1941-42 _____ 11 meses
Desde 1942-43 en adelante _____ 12 meses