United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS



__EIGHTY-SIXTH__ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 65313

Name and Address: Miguel A. González Maysonet
1169 Calle Esmeralda
Barceloneta Puerto Rico 00617

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  1984 - 2000  -  16 años

Cantidad Reclamada  19,200

Ley ~~9 del año~~ Costo de vida - Retiro de Maestros (3% cada 2 años)

Años Reclamados  2000 - 2020

Cantidad Reclamada  5,196.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión Sistema de Retiro para Maestros de gobierno de P.R.
2. Informe renta anual vitalicio Junta de Retiro para Maestros
3. Certificación de Empleados del Dpto. de Educ. Años de Servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Miguel A. González Maysonet

Firma: Miguel A. González Maysonet   Fecha: 21 ene - 2020