# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

21 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MIGUEL A. GONZALEZ MAYSONET |
| Seguro Social | : | |
| Categoría | : | ORIENTADOR ESCOLAR |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2000 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 28 años, 6 meses, 2 semanas y .50 día. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 11/16/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Miguel A. Gonzalez Maysonet**, con número de seguro social que termina en **3431**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 28 años, 1 mes, 1 sem., 1.5 días |
| Pensión mensual Inicial | $1,443.33 |
| Pensión Mensual Actual | $1,531.23 |

Esta certificación se expide hoy, **21 de enero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre: Miguel A. González Maysonet | Núm. Reclamación: 32907 | Sexo: M |
|---|---|---|

**Tipo de Renta:**
a— Años de Servicio y Edad
    Opcional (X)
    Obligatorio ( )
b— Edad ( )
c— Incapacidad
    Ocupacional ( )
    No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1949 julio 09
Fecha de Retiro: 2000 julio 28
Fecha de Efectividad: 2000 julio 29

Edad al Retirarse: 51 Años — Meses 20 Días
Servicios Acreditados: 28 Años, 1 Meses, 1 Sem., 1½ Días
Costo Anualidad: $33,786.24

Retiro Ley Núm. 44 de 2000

**Cómputo de la Renta Anual:**
a— Sueldo promedio mensual más alto durante tres (cinco) años consecutivos a $1,924.44 ..... 973.39
X .18 % X 28 años, 1 mes, 1 semana y 1 día
  (Por ciento)   (Tiempo Acreditado)

Ajuste 5 % ..... 48.66

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad. ..... 924.73

b— Ajuste para llegar al Mínimo Establecido por Ley 44

Años de Servicio: $518.60    Edad: $_____    Incapacidad Física: $_____    Diferido: $_____

Diferencia Mínimo o Renta Sistema Retiro ..... 518.60
Renta Mensual Vitalicia ..... 1,443.33
Renta Anual Vitalicia ..... 17,319.96

Computado: Celia Rodríguez   Fecha: 23-oct-2000
Cotejado: Hugo Aponte Morán   Fecha: 25-10-2000
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro   Fecha: 23/10/00
Aprobado: Irma A. Giménez López, Secretaria Ejecutiva   Fecha: 10/26/2000

GN/agb/lp

Nombre  Miguel A. González Maysonet

## Servicios Acreditados

| Año Escolar | Servicios Años | Servicios Meses | Servicios Sem. | Servicios Días | Sueldo Mensual | Año Escolar | Servicios Años | Servicios Meses | Servicios Sem. | Servicios Días | Sueldo Mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1971-1972 | | | | | 435.00 | | | | | | |
| hasta | 25 | — | 1 | 2 | | Incluye Rec. Tiempo 9 mese, 2 semanas y 2 días | | | | | |
| 1996-1997 | | | | | 1,905.00 | | | | | | |
| 1997-1998 | 1 | | | | 1,905.00 | | | | | | |
| 1998-1999 | | 11 | 3 | 4½ | 1,905.00 | | | | | | |
| 1999-2000 | 1 | | | | 1,905.00 | 6 meses | | | | | |
| | | | | | 2,005.00 | 6 meses | | | | | |
| 2000-2001 | | 1 | | | 2,005.00 | | | | | | |
| | 27 | 12 | 4 | 6½ | | | 28 | 1 | 1 | 1½ | |

Desglose primer pago:  
  Renta Mensual  
    Deducciones:  
      Asociación de Maestros    $ _____  
      Préstamo _____  
      Otras  
        Total Deducciones  
        Importe del Cheque    $ _____

Observaciones:

Año Escolar  
Hasta 1917-18 _____ 9 meses  
Desde 1918-19 hasta 1940-41 __ 10 meses  
En el 1941-42 _____ 11 meses  
Desde 1942-43 en adelante ____ 12 meses