United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

One Hundred and Third OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 64484

Name and Address: Aida L. Ortiz Nieves
HC 3 Box 5188
Dorado, P.R. 00646
(787) 587-0682

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  1984 - 2000 - 16 años

Cantidad Reclamada  $19,200.00

Ley 9 del año  Costo de Vida - Retiro de Maestros - (3% cada 2 años)

Años Reclamados  2000 - 2020

Cantidad Reclamada  $4,911.60

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de pensión Sistema de Retiro para maestros Gobierno de Puerto Rico
2. Informe Renta Anual Vitalicia Junta de Retiros para maestros
3. Certificación de Empleado del Depto de Educación Años de servicio.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Aida L. Ortiz Nieves

Firma: *Aida L. Ortiz Nieves* Fecha: 21/enero/2020