# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

21 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | AIDA L. ORTIZ NIEVES |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $1,900.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2000 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años, 2 meses, 1 semana y 4.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/13/1969. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

---

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. AIDA L. ORTIZ NIEVES**, con número de seguro social que termina en **7685**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 30 años, 10 meses, 1 semana y 3 días |
| Fecha de Efectividad de la Renuncia | 28 de julio de 2000 |
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Pensión Mensual Actual | $1,819.44 |

Esta certificación se expide hoy, **14 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Aida L. Ortiz Nieves | 31480 | F |

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional ( )
   Obligatorio ( )
b— Edad ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento
1947   septiembre   22
Año   Mes   Día

Fecha de Retiro
2000   julio   28
Año   Mes   Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 52 | 10 | 7 | 30 | 10 | 1 | 3 | $ 35,519.36 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad
2000   julio   29
Año   Mes   Día

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante ~~cinco~~ tres años consecutivos a $ 1,819.44 — 1,182.63
X .65% X 30 años
(Por ciento)   (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley #44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 181.95 | $ | $ | $ | 181.95 |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia — 1,364.58
Renta Anual Vitalicia — 16,374.96

Computado
por: Celia Rodríguez    14-9-2000

Cotejado
Hugo E. Aponte Morán    14-9-2000

Recomendado:
Gloria E. Navas Pérez    14-9-2000
Directora Área Servicios de Retiro

Aprobado:
Irma A. Giménez López    21/9/2000
Secretaria Ejecutiva

agb