RECEIVED & FILED
2020 JAN 22 PM 4: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

15 de enero de 2020

Abogado de la Junta de Supervisión
Proskaues Rose LLP
Eleven Time Square
NY 10036-8299

A-A:   Martin J. Bienenstock

   Brian S. Rosen

Carta Explicativa de demora en respuesta por reclamación "Promesa"

Re: num. reclamación 33767

Traigo a su atención mi solicitud para que se acepte la documentación anejada con relación a mi reclamación donde debería haber contestado antes del 14 enero de 2020; debido a que desde el 6 de enero de 2020, hubieron un sin número de sismos en PR, el Departamento de Hacienda estuvo cerrado hasta el día de hoy 15 de enero de 2020, era en mi oficina donde se encontraban toda la documentación requerida para sustentar mi reclamación. Una vez permitieron los accesos al Edificio Intendente Ramirez (Departamento Hacienda San Juan), pude completar los requisitos y enviar los mismos de acuerdo a la solicitud.

Espero pueda recibir mi reclamación dado a que los hechos por eventos climatológicos están fuera del control humano.

Gracias anticipadas,

Angela Soto Toro
Departamento de Hacienda
San Juan, PR