Reclamacion: 33767

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

08 de febrero de 2019

**Agencia: 135 - DEPARTAMENTO DE HACIENDA**

ANGELA SOTO TORO
BO AMELIA
1 C/LUIS M RIVERA
GUAYNABO, PR 00965

Seguro Social: XXX-XX-6716

A base de la información en nuestros registros, al 08 de febrero de 2019 usted posee:

**Fecha de Nacimiento: 16 de octubre de 1964**     **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 01 de julio de 1988**
**Fecha de Comienzo de Cotización: 01 de julio de 1988**

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 25.00 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 1.50 |
| Aportaciones: | $40,957.40 | Aportaciones: | $16,181.25 | Aportaciones: | $5,526.09 |
| Intereses: | $12,266.65 | Intereses: | $1,269.46 | Intereses: | $0.00 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $57,596.94 | Total Aportaciones: | $17,450.71 | Total Aportaciones: | $5,526.09 |
| SNC Pagado: | $4,372.89 | Beneficio: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | $0.00 | | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov