Angela Soto Tose
Bo. Amelia
1 Calle Luis M Rivera
Guaynabo, P.R. 00965

RECEIVED & FILED
2020 JAN 22 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



SAN JUAN PR 009
21 JAN 2020 PM 2 L
FOREVER USA
Barn Swallow

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767