Elga I. Mattei – Saez

Urb. Campo Alegre

F2 Calle Laurel

Bayamon, P.R. 00956 – 4450

Telephone (787) 209 -5756

Email elgaimattei@yahoo.com



January 13, 2020

Clerk's Office

United States District Court

Room 150 Federal Building

San Juan, PR 00918 – 1767

Dear Clerk:

    The United States District Court of Puerto Rico has proof of claim purport to asset liabilities associated with the Employees Retirement of the Government of the Commonwealth of Puerto Rico the problem was that the Employees of Retirement of the Government of the Commonwealth of Puerto Rico they raised their interest without notification. In order to retire from the Department of Instruction when I completed the forms of the Employees Retirement of the Government of the Commonwealth of Puerto Rico used the retiring date instead of the date, I had file for retirement.

    My claim number is 108256 and according to your files the Employees Retirement of the Government of the Commonwealth of Puerto Rico owes me $10,000. Due to this reason I am opposing the Omnibus Objection. I paid the Employees Retirement of the Government of the Commonwealth of Puerto Rico $16,000. took a loan to pay for my retirement.

Your truly

*Elga J. Mattei Saez*

Elga I. Mattei - Saez