Elga I. Mattei-Sáez
Urb. Campo Alegre
F-2 Calle Laurel
Bayamón, P.R. 00956-4450



RECEIVED & FILED
2020 JAN 22 PM 4:30
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767