Réplica

1- Nombre: Eladia Ayala-Cádiz
Urb. Flamboyanes, calle Lima
Ponce, P.R. 00716-4617

Correo Electronico
Eladia Ayala @ yahoo.com
Telefono: (787) 843-9662
Cel: (787) 629-3999

Reclamacion:

$11,400

(19 años a $600.00 por año.

Eladia Ayala-Cádiz

2. Nom. Tribunal:
Tribunal de distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918
Nom. Deudores:
Estado Libre Asociado de Puerto Rico
Num. Procedimiento:
17 BK 3283-LTS
Titulo de la Objecion Global:
Centésima Novena Objecion Global
Num. Evidencia de Reclamacion:
#59289

*Eladia Ayala-Cadez*