SAN JUAN PR 009

15 JAN 2020 PM 3 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00 918-1767

00918176700016



Eladia Ayala-Cadiz
1710 Flamboyanes Calle
Lima
Ponce, PR 00716

RECEIVED & FILED
2020 JAN 22 PM 4: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.