# Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

### Numero de reclamacion: 61018

**Nombre:** Carlos G. Ortiz Rosado

**Direccion Postal:** HC 73 Box 5764 Naranjito P.R. 00719

**Direccion Residencial:** Carr. 164 KM. 8.4 Int Bo. Lomas Jaguas Sector Lomalinda Naranjito P.R. 00719

**Num. de contacto:**
Tel. 787-299-3197 Cel.

**Correo electronico:** geralpr@hotmail.com

**Epigrafe:** Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

**Razon para la Objecion:** Explicación de porque no se completó la objeción

**Documentacion justificativa:** Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED
2020 JAN 22 PM 4:30
[CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR]

14 de Enero de 2020

Por éste medio certifico haber solicitado certificación de empleo necesaria para someter la Radicación de Réplica (Objeción) de la Demanda de Promesa Titulo III. Tan pronto me sea enviada será debidamente entregada.

Gracias,