| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/16/2019<br>12/31/2019 | Aviso #:<br>Fecha Aviso: | 5398414<br>12/30/2019 |
|---|---|---|---|---|---|
| CARLOS ORTIZ ROSADO<br>CARR. 164 KM. 8.4<br>BO. LOMAS JAGUAS<br>NARANJITO, PR 00719<br>SS: | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 12391o-roa Alta<br>Bayamon<br>Tecnico Servicios Familia I<br>$1,771.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Single Single<br>0 0 |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 885.50 | | 1,957.50 | 21,252.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Bonificaciones | | | 0.00 | | 600.00 |
| Total: | | 885.50 | 1,957.50 | | 22,452.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.84 | 325.55 |
| Fed OASDI/Disability - EE | 54.90 | 1,392.02 |
| PR Withholding | 5.69 | 178.56 |
| Total: | 73.43 | 1,896.13 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 75.27 | 1,806.48 |
| Total: | 75.27 | 1,806.48 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.22 | 53.28 |
| AE-Asoc Emp ELA-Prest Regular | 100.38 | 2,392.30 |
| SM-First Medical Health Plan | 10.75 | 193.50 |
| CO-COOP SAN MIGUEL | 20.00 | 480.00 |
| CO-COOP LA SAG FAMILIA | 40.00 | 960.00 |
| SC-AMER FAM LIFE ASS CO | 48.10 | 1,154.40 |
| OS-SERV PUBLICOS 009 B | 13.28 | 318.72 |
| Ahorros-AEELA | 26.57 | 637.68 |
| SM-First Medical Health Plan | 0.00 | 33.00 |
| Total: | 261.30 | 6,222.88 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 1,620.00 |
| FSED Disability Plan | 29.66 | 752.04 |
| SM-First Medical Health Plan | 0.00 | 540.00 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 885.50 | 0.00 | 73.43 | 336.57 | 475.50 |
| Acumulado: | 22,452.00 | 0.00 | 1,896.13 | 8,029.36 | 12,526.51 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5398414 | 475.50 |
|---|---|
| Total: | 475.50 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos          Fecha          Aviso No.
P.O. BOX 194090                         12/30/2019     5398414
San Juan, PR 00919-4090

Cant. Deposito:  $475.50

A la
Cuenta(s) De
            CARLOS ORTIZ ROSADO
            CARR. 164 KM. 8.4
            BO. LOMAS JAGUAS
            NARANJITO, PR 00719
            Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 475.50 |
| Total: | | 475.50 |

## NO-NEGOCIABLE

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | Grupo de Pago: SM -Quincenal<br>Desde: 12/01/2019<br>Hasta: 12/15/2019 | Aviso #: 5142960<br>Fecha Aviso: 12/13/2019 |
|---|---|---|---|
| CARLOS ORTIZ ROSADO<br>CARR. 164 KM. 8.4<br>BO. LOMAS JAGUAS<br>NARANJITO, PR 00719<br>SS: | # Empleado:<br>Dept: ...910-108 Alta<br>Lugar: Bayamon<br>Titulo: Tecnico Servicios Familia I<br>Sueldo: $1,771.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 885.50 | 1,867.50 | | 20,366.50 |
| Bono de Navidad | | 0.00 | | | 600.00 |
| Bonificaciones | | 0.00 | | | 600.00 |
| Total: | | 885.50 | 1,867.50 | | 21,566.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.84 | 312.71 |
| Fed OASDI/Disability - EE | 54.90 | 1,337.12 |
| PR Withholding | 5.69 | 172.87 |
| Total: | 73.43 | 1,822.70 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 75.27 | 1,731.21 |
| Total: | 75.27 | 1,731.21 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.22 | 51.06 |
| AE-Asoc Emp ELA-Prest Regular | 100.38 | 2,291.92 |
| SM-First Medical Health Plan | 10.75 | 182.75 |
| CO-COOP SAN MIGUEL | 20.00 | 460.00 |
| CO-COOP LA SAG FAMILIA | 40.00 | 920.00 |
| SC-AMER FAM LIFE ASS CO | 48.10 | 1,106.30 |
| OS-SERV PUBLICOS 009 B | 13.28 | 305.44 |
| Ahorros-AEELA | 26.57 | 611.11 |
| SM-First Medical Health Plan | 0.00 | 33.00 |
| Total: | 261.30 | 5,961.58 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 29.66 | 722.38 |
| SM-First Medical Health Plan | 0.00 | 540.00 |
| SM-First Medical Health Plan | 0.00 | 1,440.00 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 885.50 | 0.00 | 73.43 | 336.57 | 475.50 |
| Acumulado: | 21,566.50 | 0.00 | 1,822.70 | 7,692.79 | 12,051.01 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5142960 | 475.50 |
|---|---|
| Total: | 475.50 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
12/13/2019

Aviso No.
5142960

Cant. Deposito: $475.50

A la
Cuenta(s) De

CARLOS ORTIZ ROSADO
CARR. 164 KM. 8.4
BO. LOMAS JAGUAS
NARANJITO, PR 00719
Localizacion: Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 475.50 |
| Total: | | 475.50 |

## NO-NEGOCIABLE

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: CARLOS ORTIZ ROSADO**  Seguro Social: XXX-XX-4217
HC-73 BOX 5764
NARANJITO, PR 00719

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 12.09 |
| Balance de Aportaciones: | $26,455.66 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346308584

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

CARLOS ORTIZ ROSADO
HC-73 BOX 5764
NARANJITO, PR 00719

Seguro Social: XXX-XX-4217

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 21 de septiembre de 1977       **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 2004
**Fecha de Comienzo de Cotización:** 01 de julio de 2004

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 8.09 |
| Aportaciones: | $13,717.24 |
| Intereses: | $697.02 |
| Gastos Teneduría: | ($55.42) |
| Total Aportaciones: | $14,414.26 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 12.09 |
| Aportaciones: | $22,824.64 |
| Intereses: | $3,575.60 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $26,400.24 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDRED AND THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ORTIZ ROSADO, CARLOS G | 61018 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ORTIZ ROSADO, CARLOS G | 61018 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.