

U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
$1.30
R2303S101172-03

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Room 150 Federal Building
Ave. Carlos Chardon DPL
San Juan PR 00918 -1767

Carlos Gomez Lasac
He 73 Box 5764
Naranjito P.R. 00719

RECEIVED & FILED
2020 JAN 22 PM 4: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.