January 14th 2020

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Proskauer Rose LLP
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

Re: Statement account (Retirement).
    Reclaimed number 58897
    Reclaimed number 42161
    Reclaimed number 58264

Plaintiff – Jose Miguel Hernandez Sanchez - with the address: Calle Carmelo Rodriguez A-14, Hatillo, PR. 00659, would like the let know the court that the following document is attached to this letter:

1) **Statement Account** from the Retirement Department (Retiro, Estado Libre Asociado de Puerto Rico).

Also the Plantiff would respectfully like to inform this Honorable Court that the *Objection and the Attachments Hereto* was received on December 2019. Plaintiff due personal reasons and of the earthquakes still affecting the island, hasn't answered nor read any request from the case.

Plaintiff respectfully request that this Honorable Court takes notice of Law 1 (Retirement Law, revoked) As part of the benefits claimed on the demand.

*[signature]*
Jose Miguel Hernandez Sanchez
Calle Carmelo Rodriguez A-14
Hatillo, PR. 00659

*RECEIVED & FILED*
*2020 JAN 22 PM 4:17*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*