

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de septiembre de 2017

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

JOSE HERNANDEZ SANCHEZ                                      Seguro Social: XXX-XX-6104
, 00000

A base de la información en nuestros registros, al 14 de septiembre de 2017 usted posee:

**Fecha de Nacimiento: 10 de septiembre de 1961**          **Género: Masculino**
**Fecha de Ingreso al Servicio Público: 18 de septiembre de 1980**
**Fecha de Comienzo de Cotización: 18 de septiembre de 1980**

| Ley 447 al 30 de junio de 2013 | | Ley 3 al 31 de diciembre de 2016 | |
|---|---|---|---|
| Años Acreditados: | 14.50 | Años Acreditados: | 4.01 |
| Aportaciones: | $23,685.74 | Aportaciones: | $15,340.32 |
| Intereses: | $4,865.00 | Intereses: | $1,183.68 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $28,550.74 | Total Aportaciones: | $16,524.00 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

