```
U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
JAN 14, 20
AMOUNT
$7.30
R2306Y152026-12
```



7019 0700 0001 3971 7961

José M. Hernández Sánchez
Urb. San Ramón
c/Carmelo Rodríguez
A-14 - Hat: 116 - P.R. 00659

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 JAN 22 PM 4:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



RETURN RECEIPT REQUESTED