# Evidencia de Reclamación

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 JUN 29 A 9:05

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1    Identify the Claim / Identificar la reclamación**

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   José E. Santini Bocachica

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Sí. Identifique el bien: __Deuda del Romerazo – Ley 89__ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __6-22-2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __José B Santini Bocachica__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __José__ __Enrique__ __Santini Bocachica__
     First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo __Maestro Retirado.__

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección __11032__ __Monte Bello – Calle # 1-Solar B8__
                    Number / Número    Street / Calle

__Villalba, P.R.__ __00766__
City / Ciudad         State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-901-5993__ Email / Correo electrónico __N/A__

---

Modified Official Form 410                Proof of Claim                page 4

Cheque maestro 15 diciembre 1999

THIS DOCUMENT HAS A BROWN BACKGROUND ON THE FACE AND A WATERMARK ON THE PAPER - HOLD TO THE LIGHT TO VERIFY WATERMARK

Gobierno de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

90-0211/0215

BANCO GUBERNAMENTAL DE FOMENTO
P.O. Box 42001
San Juan PR 00940-2001

GDB

Cheque No.
01808061

Fecha: 12/15/99     Importe:     $500.05 *******

Paguese A la Orden De

**** QUINIENTOS CON 05/100 DOLARES****

JOSE E SANTINI BOCACHICA
URB LAS ALONDRAS
A49 CALLE 3
VILLALBA, PR 007660000
Localizacion: Francisco Zayas Santana

Secretaria de Hacienda

No es valido seis meses despues de su emision

⑊01808061⑊ ⑉021502118⑊ 3250 1016⑊

Talonarios de cheques que evidencian mi trabajo como maestro del Departamento de Educación de Puerto Rico

R2101636

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/20/02 |
| Hasta: | 03/05/02 |

# Cheque: 02587818
Fecha: 02/04/02

JOSE E SANTINI BOCACHICA
URB LAS ALONDRAS
A49 CALLE 3
VILLAL .0000
SS:

# Empleado:
Dept: 8005075-Ponce Villalba
Oficina: Francisco Zayas Santana
Titulo: M.Est. Sociales E Historia
Sueldo: $2,005.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Licencia Enfermedad en Exceso | | | 2,305.75 | | 2,305.75 |
| Total: | | | 2,305.75 | | 2,305.75 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 184.46 | 184.46 |
| Total: | 184.46 | 184.46 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Bruto | Impuestos | Deducciones | Paga Neta |
|---|---|---|---|---|
| Corriente: | 2,305.75 | 184.46 | 0.00 | 2,121.29 |
| Acumulado: | 2,305.75 | 184.46 | 0.00 | 2,121.29 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utlizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #02587818 | 2,121.29 |
|---|---|
| Total: | 2,121.29 |

MENSAJE:

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| JOSE E SANTINI BOCACHICA | 328 | 31 0397 | 327581 | 593934786 |

**DEDUCCIONES**

ESPECIFICAS — MISCELANEAS

ACUMULADO DURANTE EL AÑO NATURAL:

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS/SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|
| 31038 | | 37800 | | | 02 | 20342 | 06 | 22722 | 60 | 880 |

MES CORRIENTE:

| 10346 | | 12600 | | 5400 700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUE. NO TRIBUTABLE SE. SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 540000 | 000 | 000 | 180000 | 53500 | 72990 | 53510 |

ACUMULADO DURANTE EL AÑO NATURAL / MES CORRIENTE

VEASE CLAVES AL DORSO

# Certificación de Años por Servicio en el Departamento de Educación de Puerto Rico

JRM-6-A
Rev. 12/83

**RELACION DE AÑOS DE SERVICIO Y SUELDOS**

Número: 72-3469
Nombre del Miembro: José C. Santini
Pueblo: Bocachica
Categoría: Villalba Elemental
Núm. Retiro: —

| AÑO ESCOLAR | Años | Meses | Sem. | Días | SUELDO | AÑO ESCOLAR | Años | Meses | Sem. | Días | SUELDO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1975-76 | | | | | 540.00 | | | | | | |
| a/ | 18 | 11 | — | — | | | | | | | |
| 1993-94 | | | | | 1400.00 | | | | | | |
| 1994-95 | 1 | | | | 1525.00 | | | | | | |
| 1995-96 | 1 | | | | 1650.00 | | | | | | |
| 1996-97 | 1 | | | | 1775.00 | | | | | | |
| 1997-98 | 1 | | | | 1800.00 | | | | | | |
| 1998-99 | 1 | | | | 1800.00 | | | | | | |
| Total | 23 | 11 | — | — | a/ 25/6/99 | | | | | | |
| ★ Cuotas Devueltas | | | | | | | | | | | |
| 1972-73 | | | | | 465.00 | | | | | | |
| a/ | 1 | 10 | 2 | 4 | | | | | | | |
| 1974-75 | | | | | 590.00 | | | | | | |
| | 1 | 10 | 2 | 4 | | | | | | | |

★ Será efectivo
a/ 2/nov/99.

Fecha de este informe: 25-oct-1999
Cómputos verificados por: [signature]

J. 40-02-117—1.000—M—IGPR

# DEPARTAMENTO DE EDUCACIÓN
### Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**JOSE E. SANTINI BOCACHICA**

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE EDUCACION SECUNDARIA (HISTORIA)
SECONDARY SCHOOL TEACHER (HISTORY)

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el  14 de septiembre  de 20 01
Issued on  September 14,  20 01

Dado en San Juan de Puerto Rico, el  29 septiembre  de 20 01
Given at San Juan, Puerto Rico on  September 29,  20 01

César A. Rey Hernández
Secretario de Educación
Secretary of Education

Número de Certificado: 272
Certificate Number: 272

Certificado Vitalicio de maestro expedido a mi nombre por el Departamento de Educación de Puerto Rico

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

U.S. POSTAGE >> PITNEY BOWES

ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 12 2018

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/29/2018
Proof of Claim No.: 133065

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

Jose E Santini Bocachica
11032 Urb Monte Bello
Calle # 1 Salar # B8
Villalba, PR 00726