JOSE ... Bocachica
Urb. Monte Bello #-11032
Villalba, Puerto Rico-00766

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 JAN 22 PM 4:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT REQUESTED

Secretaria (Clerk's office)
Tribunal Distrito de los Estados Unidos
Room 150 - Federal Building
San Juan Puerto Rico 00918-1767

7018 2290 0000 2773 9276


CERTIFIED MAIL


UNITED STATES POSTAL SERVICE
1000
00918


U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 21, 20
AMOUNT
$7.60
R2303S101580-02