Radicacion de replica (Objecion)

PROMESA TITULO III  **No.17  03283**

Numero de reclamacion: 79250

RECEIVED & FILED
2020 JAN 22 PM 4:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Glendamid Janes Janes
Direccion Postal: P.O Box 689 Cidrales P.R. 00729
Direccion Residencial: Urb. Rose valley calle Rose E-7
Bo- Unibón Morales 00687

Num. de contacto:
  Tel.                              Cel. (787) 379-0084
Correo electronico: glent31@icloud.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

  **1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)**

  **2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)**

  **3. Certificacion de empleo (Departamento de la Familia)**

  **4. Copia listado de Objecion Global- Anexo A**

      **(Donde se incluye informacion sobre la reclamacion)**

  **5. Otros: Cualquier otra evidencia que tengas**

14 enero 2020.

A quien corresponda:

Yo, Glendamid Torres

    Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

*[firma]*