Glendaniel Jones Jones
P.O. Box 689
Orocovis P.R. 00720

CERTIFIED MAIL

7015 3430 0000 5231 6028





U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
JAN 14, 20
AMOUNT
$7.60
R2304N117993-05

1000   00918

Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 JAN 22 PM 4:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.