Fecha 13 enero 2020. HC-02 Box 9571
1- Carmen Otero Rivera Juan Díaz, PR 00795
-9587
Correo Electronico- Farmacia Rivera. 1-Aroba
Gmail. Com. Direccion, J. Díaz.

A- Nombre Tribunal Secretaria Clerk
EIA-PR. A/m Correccion Sistema de Retiro
Num Procedimiento 17 BK 3283 LTS.
B- Titulo Objecion Global
No. Caso- 34780 - 17032-83
C- Motivo para Oponerse a la Obj. Global

Porque Yo, Carmen Otero soy la unica acreedora y trabaje 1992-2013- Reclamo a lo q. tengo derecho de los aumentos que surgieron en diferentes años, Leyes que han pasado aumento $50.00
1) Ley 89- 12 julio 1979 (Romero)
2) Ley 96 Gobernador aprobada en el 2002. (Quinquenio) aumento $100.00 - años
3) Ley Obama 2008-2016 Algo que era para Sistema de Retiro Ley 140- cobraron retiro al 13% 2 años y no devolvieron (cuando empezo el aumento).
Documentacion Justificada
Secretaria (Clerk Office.

2da parte de atrás

Tribunal Depto E.U.
Room 150 Federal Building
* Room 150 San Juan PR, 00918 1767

CC. Abogado Junta de Supervisión
Counsel for the Over Sight Board
Proskauer Rose LLP.
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen.

3- Abogado del Comité Acreedores
(Counsel for the creditors (Committee)
Paul Hastings LLP
200 Park Avenue
N.Y. New York 10166
A/A Luc A Despins
James Bliss
James Worthington
G. Alexander Bongartz

Secretaría Clerk Office
Tribunal de Dtto de los EU.
#150 Chardón Avenue
Federal Building
San Juan, PR 00918

3

Muchos Gracias,
Carmen Ortiz

P.S. Hasta el momento yo soy la única acreedora.
Carmen J. Ortiz

Muchos Gracias.

PS
Espero Este Todo Completo.

No Reclamación

Enero 13-20 44053

Solicito por escrito yo, Sra. Carmen Ortiz. Que se me dé la oportunidad de 1 semana más para tenerla los leyes correctos, ya que sufrió un terremoto y se me ha hecho imposible comunicarme con la Agencia para verificar correctamente. De lo demás he mandado toda lo evidencia que creo q. está bien; Correo Electrónico Com. / Farmacia Rialas; / Proble G. Mail.

Perdonen el escrito a mano, no tengo computadora. Por favor denme una semana, envío esto para que no me cierren el caso.

He enviado los copias y el tiempo que me llegó el 2do libro, no tiene tiempo para tenerlo. Envié todo lo puede y por eso tal vez 1 semana los envío.

Muchas Gracias,
Carmen J. Ortiz

Nota:-

13 de enero 20:

Aumento Leyes

1 Ley 89 12 julio 1979 Romero
$50.00. aumento = $12-600 por 20 años servicio
2 Sila Ma. Calderón Gobernadora 4 años
2002 2006 aumento de $100.00.

Gastos de copia y envío
certificado correo: $200.00

Por eso pido 1 remedio más.
Tenemos En P.R.