Cano[?]
HC. 02 Box 9571
Juana Diaz, P.R. 00795



7019 1120 0001 1734 2489




Secretaria Clerk Office,
Tribunal Dtto. de los E. Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767.



RECEIVED & FILED
2020 JAN 22 PM 4:17
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.