17 de enero 2020

A quien pueda interesar:

Re: # de reclamo: 87846

RECEIVED & FILED
2020 JAN 22 PM 4: 17
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Mi nombre es Eliezer Rivera Balay con número de seguro social -5296 residente de Puerto Rico con la dirección 2174 Sector Villa Pampanos calle camarón Ponce P.R. 00716, número de telefono 787-546-4756 y correo electrónico ilonkarivera@yahoo.com.

La presente es para dirigirme al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico en relación a la demanda colectiva del Departamento de Salud de Puerto Rico al Sistema de Retiro, Ley Promesa titulo 3 de la Junta de Supervisión y Administración Financiera para Puerto Rico con el número de objeción global CXV (céntesima decimal quinta).

El Tribunal tomo la decision de excluirme de la demanda colectiva a lo cual me opongo rotundamente ya que fui empleado del Departamento de Salud de Puerto Rico por un periodo de 24 años aproximadamente. Durante todo ese tiempo hice contribuciones al sistema de retiro confiando que obtendria mis benficios justamente al mometo de mi jubilación. Adjunto con esta nisiva envio evidencia de mis contribuciones al sistema de retiro todo acompañado por talonarios que asi lo evidencian.

A pesar de que la fecha limite para radicar era el 14 d enero del 2020, mi area de residencia se ha visto afectada por los recientes sismos del area sur, dejando el area sin los servicios esenciales para poder lograr radicar mi objection a tiempo.

Muy cordialmente,

*Eliezer Rivera* (signature)