**Estado Libre Asociado de Puerto Rico**
571 - Departamento de Salud -- AFASS

| Grupo de Pago: | SM -Quincenal |
|---|---|
| Desde: | 03/16/2005 |
| Hasta: | 03/31/2005 |

# Cheque: 08712467
Fecha: 02/24/2005

ELIEZER RIVERA BALAY
CALLE 4 C-82
LA GUANCHITA
PONCE PR 00731
SS:

| # Empleado: | 96 |
|---|---|
| Dept: | 571036-Servicios Hospitalarios |
| Oficina: | HRP-Cl[nica Gen. Serv. Ambu. |
| Titulo: | Enfermera Practica |
| Sueldo: | $1,282.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Enfermedad Suma Global | | | 4,066.38 | | 4,066.38 |
| Total: | | | 4,066.38 | | 4,066.38 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 58.96 | 58.96 |
| Fed OASDI/EE | 252.12 | 252.12 |
| PR Withholdng | 325.31 | 325.31 |
| Total: | 636.39 | 636.39 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 4,066.38 | 636.39 | 0.00 | 3,429.99 |
| Acumulado: | 4,066.38 | 636.39 | 0.00 | 3,429.99 |

## PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #08712467 | 3,429.99 |
|---|---|
| Total: | 3,429.99 |

**MENSAJE:**



| HORAS | TARIFA | DESC. | DEVENGADO | | DESC. | DEDUCCIONES | |
|---|---|---|---|---|---|---|---|
| | | | MES CORRIENTE | ACUMULADO | | MES CORRIENTE | ACUMULADO |
| | | VACER | 660.53 | 660.53 | FICA | 40.95 | 187.51 |
| | | | | | MEDIC | 9.58 | 43.86 |
| | | | | | CWTNB | 52.84 | 52.84 |

OTHER PAY (PRIOR PERIODS)   2364.00
TOTAL   660.53   3024.53

| PERIODO QUE TERMINA EN | FECHA | NUMERO CHEQUE |
|---|---|---|
| 02/23/99 | 02/23/99 | 04767701 |

| NUM. PUESTO | NUM. SEGURO | PAGA NETA |
|---|---|---|
| D0531 | | 557.16 |

TOTAL ▶  103.37   445.19

ELIEZER RIVERA BALAY

HOSPITAL REGIONAL PONCE CLINICA GENERAL SERV. AMBULATORIO