Eliezer Rivera Balay
2114 Villa Pampanos
Calle camaron
Ponce P.R 00716

Secretarial (Clerk's Office)
Tribunal de Distrito de los E.U
Room 150 Federal Building
San Juan P.R. 00918-1760

7019 1120 0000 7523 6462

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
JAN 21, 20
AMOUNT
$4.05
R2304N117469-02

RECEIVED & FILED
2020 JAN 22 PM 4:17
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR