Bayamón, Puerto Rico
21 de enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Me dirijo a ustedes:
   Yo, Angela Oyola Rios, radico esta réplica. Resido en la Urbanización Campo Alegre, calle Robles E-6 en Bayamón, Puerto Rico. Mis teléfonos son: 787-269-5668 y el 787-478-8278 y mi correo electrónico es a.oyolarios@gmail.com.

Epígrafe:
   El Tribunal de Distrito de los Estados Unidos para el distrito de Puerto Rico, el deudor conforme al Título III es el Estado Libre Asociado de Puerto Rico (ELA) con el número de procedimiento de quiebra 17 BK 3283-LTS (últimos cuatro dígitos del número federal de contribuyente: 3481). El número de reclamación es 76914 y fue presentada (la réplica) en junio 25 de 2018.

Motivos:
   Me opongo a la objeción global a mi reclamo.

El Tribunal debe declarar a lugar mi reclamo, ya que hubo unos aumentos a los que tenía derecho y no fueron adjudicados.

Documentación justificativa

Adjunto proporciono la documentación de respaldo a mi reclamación contra el Estado Libre Asociado de Puerto Rico.

Gracias por su atención,
Att.
Ángela Ayala Ríos

P.D.
Debido a la situación por la que estamos pasando en Puerto Rico, estoy enviando mis documentos fuera de la fecha que ustedes indicaron. Agradecería dieran atención a mi caso, ya que estoy enviando la evidencia con los documentos necesarios.