Urbanización Campo Alegre, Calle Robles E-6 Bayamón, Puerto Rico, 00956



Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

