Reclamante: Vélez Martínez, Elizabeth
Número de evidencia de reclamación 98792, 84203, 75326

Por este medio deseo informar que nunca recibí los primeros libros (folletos) que inicial le enviaron a las personas que le objetaron las reclamaciones al gobierno de Puerto Rico.

Hice llamada a Prime Clerk para informar no recibí los libros (folletos). Me enviaron el cuestionario por correo electrónico, luego fui a Office Depot Office Max para reproducirlas.

Me enfermé, luego surgieron "templores de tierra" en el área sur de Puerto Rico. Desde el 28 de diciembre de 2019 hasta el momento presente. Envié cuestionarios con carta explicativa y documentos.

Luego llegaron otros libros (folletos) donde había que hacer una réplica. Entendí que enviando los cuestionarios completados, y documentos (anejos) estaba en lo correcto. Lo envié directamente Prime Clerk el 13 de diciembre de 2019 por Service de correo postal de 24 horas.

Esperando me tomen en consideración esta situación.

Respetuosamente,
Elizabeth Vélez Martínez

Elizabeth Velez Martinez
Urb. Rio Canas Calle Tamesis #3131
Ponce, P.R. 00728
Correo electrónico: elizabethvelez023@gmail.com

Número de reclamación: 98792, 84203, 75326

Tribunal de Distrito E.U.
para el Distrito de Puerto Rico
Estado Libre Asociado de Puerto Rico
Núm caso 17BK3283 LTS

Objección global
Centésima octava objección global

Número de reclamación: 75326

Reclamante: Vélez Martínez, Elizabeth

El argumento de mi reclamación está basado en demanda por Escala Salarial (discrimen salarial) comenzó desde septiembre 2003 hasta septiembre 2007, por Educadores Puertorriqueños en Acción (EPA).

La demanda por discrimen radica en el Tribunal Superior de San Juan, Puerto Rico. Para que el Departamento de Educación le concediera un aumento de sueldo justi razonable y retroactivo a agosto de 2001 para superintendente, superintendente auxiliares y supervisores de zona.

La Asociación Educadores Puertorriqueños en Acción (EPA) estaba reclamando un aumento de $850.00 dólares mensuales, retroactivo al mes de agosto de 2001.

Este aumento sería en adición a cualquier tipo de aumento que pudiera otorgar el Secretario de Educación en julio 2004.

El 21 de noviembre de 2006 Educadores Puertorriqueños en Acción (EPA) consciente de la problemática y desigualdad que existe en los sueldo presenta un ante Proyecto de ley para establecer unas escalas salariales al Tribunal Superior de San Juan.

Rafael Aragunde Torres, Secretario Departament de Educación aprobó un aumento en junio de 2007 de $250.00 mensuales. Dicho aumento nunca me fue otorgado.

Continua

Núm. de evidencia: 173136 2-2 pág

Reclamante: Vélez Martínez, Elizabeth

(continuación)

Desde que me retiré en el 2014 esos salarios fueron impagos.

El monto de mi reclamación fueron de $21,000.00

Año de mi retiro 2014

Total de años sin pagar 7 años.

Se incluyen anejos: cartas, memos, etc.

Elizabeth Vélez Martínez