

# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley #66 Oeste  •  PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. (787) 833-2942 • Fax (787) 831-4010
LIBRE DE CARGOS: 1-888-352-1924
E-mail: epa@coqui.net

# MEMORANDO INFORMATIVO

**A**        :        *Superintendentes de Escuelas, Superintendentes Auxiliares, Supervisores Generales y Supervisores de Zona*

**DE**        :        *Domingo Madera Ruiz*
*Presidente Estatal*

**FECHA**    :        *3 de junio de 2004*

**ASUNTO**  :        *Información sobre Acción de Clase*

*Me place informarles que en la última Vista del caso que tuvimos en el Tribunal Superior de San Juan y que se celebró el 25 de mayo de 2004 ocurrió lo siguiente:*

1.    *Nuestro Abogado expresó con lujos de detalles y con evidencia sustantiva la situación de ustedes, la injusticia y el discrimen que se ha cometido y la urgencia de que se paguen ochociento cincuenta dólares ($850.00), retroactivo al mes de agosto del 2001.*

2.    *Ese aumento sería en adición a cualquier tipo de aumento que pudiera otorgar el Secretario de Educación en julio próximo.*

3.    *Se discutió ampliamente el informe rendido por el Dr. Alameda que indica, sin lugar a dudas, que existe discrimen por edad y discrimen profesional exclusivamente con ustedes.*

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO

4. *Educadores Puertorriqueños entregó ese mismo día todo lo relativo al caso y, tanto el Juez como el Departamento de Justicia, estuvieron de acuerdo que nosotros cumplimos en todas sus partes los requerimientos del Tribunal.*

5. *Nuestro abogado y el abogado de Justicia someterán cualquier aspecto adicional lo antes posible para la consideración final del Tribunal.*

6. *El abogado de Justicia no se ha opuesto a la demanda presentada por EPA.*

7. *Somos de opinión que por la actitud del Juez y puntos a favor en la controversia, este caso está muy favorable para nuestra causa.*

8. *El Juez, con el peso de la evidencia, tomará la decisión final y nos citará a todos para entregar la resolución.*

*Confiamos se mantendrán tranquilos y sin comentarios hasta que estemos juntos en la última Vista en que el Juez tomará una decisión final y firme. Recuerden no hablar ni comentar el caso con amigos, vecinos, familiares y compañeros de trabajo.*



# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley #66 Oeste • PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. (787) 833-2942 • Fax (787) 831-4010
LIBRE DE CARGOS: 1-888-352-1924
E-mail: epa@coqui.net

## CARTA ESPECIAL A SUPERINTENDENTES DE ESCUELAS, SUPERINTENDENTES AUXILIARES, SUPERVISORES GENERALES Y SUPERVISORES DE ZONA

Estimados compañeros:

Antes de cerrar el año natural de 2003, es nuestro deber informarles en relación al caso de aumento de sueldo para ustedes que tenemos en el Tribunal Superior de San Juan y cuyo Juez es el Hon. Eddie Ríos Mellado. Todos ustedes conocen en detalle esta demanda que se radicó pues el Secretario de Educación no ha querido, voluntariamente, ofrecer los aumentos correspondientes. Todo caso en los Tribunales normalmente toma más tiempo que lo que uno se imagina y lógicamente nos desesperamos pero una vez en los Tribunales le corresponde a los mismos tomar las decisiones según la Ley y sus Reglamentos.

A este momento la evidencia llevada ante este Tribunal nos da el índice de que cada día más el Hon. Tribunal se da cuenta del alto discrimen del Departamento de Educación con este grupo profesional. Estamos reclamando un aumento de $850.00 dólares mensuales por persona, retroactivo al 1 de agosto de 2001. A tono con nuestro reclamo, si ganamos la demanda, el Departamento de Educación deberá pagar un total de $24,150.00 a cada persona y además otros gastos por honorarios de abogado; etc. según el acuerdo entre nuestro abogado y el Juez.

Al momento en que redactamos esta carta no existe oficialmente ninguna oferta del Secretario de Educación, a pesar de que sabe que tiene el caso perdido. La próxima fecha en que continuará el caso es durante el mes de febrero de 2004 ya que el Juez estará de vacaciones en diciembre y enero. En resumen, la demanda que hemos entablado, obliga al Departamento de Educación a desembolsar cerca de 15 millones de dólares. Entre más tiempo pase más alto será el desembolso. No olviden que ni nosotros ni nuestros abogados pueden, a este momento, revelar información pertinente al caso, ya que podría afectar negativamente el mismo.

Confío se mantengan tranquilos que cuando tengamos la última información, automáticamente le informaremos a ustedes.

Reciban nuestro fraternal saludo.

Domingo Madera Ruiz
Presidente

David E. Malavé Mercado
Director Ejecutivo

/grc

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO



## EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley #66 Oeste • PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. (787) 833-2942 • Fax (787) 831-4010
LIBRE DE CARGOS: 1-888-352-1924
E-mail: epa@coqui.net

3 de octubre de 2003

Distinguido(a) compañero(a):

La demanda por discrimen radicada en el Tribunal Superior de San Juan está en su etapa culminante. El **miércoles, 15 de octubre** continúa la Vista de este caso y esperamos obtener una decisión favorable para todos.

La Vista está pautada para las **10:00 a.m.** en la **sala 506** del **Tribunal Superior de San Juan**, Avenida Luis Muñoz Rivera. La asistencia de todos ustedes es de suma importancia por lo que le exhortamos tomen ese día por vacaciones y se den cita en el Tribunal a la hora indicada.

Unidos todos lograremos la justicia que necesitamos. Por lo tanto le esperamos en tan importante fecha.

Domingo Madera Ruiz
Presidente Estatal

David E. Malavé Mercado
Director Ejecutivo

/grc

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO



# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley # 66 Oeste • PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. 787-833-2942 • Fax 787-831-4010
LIBRE DE CARGOS: 1-888-352-1924
epa@choicecable.net

21 de noviembre de 2006

Distinguidos compañeros:

Educadores Puertorriqueñs en Acción, consciente de la problemática y desigualdad que existe en los sueldos de los Superintendentes, Superintendentes Auxiliares, Supervisores y Directores, ha presentado un ante-proyecto de Ley para establecer unas escalas salariales. Como estamos afiliados a American Federation of School Administrators, hemos solicitado el respaldo de esta Organización. La Presidenta de AFSA, Jill Levy, se ha comprometido a ayudarnos en el proceso de cabildear para lograr se apruebe el mismo.

Le incluyo copias del ante-proyecto y cartas enviadas por la Presidenta de AFSA, Jill Levy.

Le mantendremos informados sobre el curso que tomará este proyecto.

Cordialmente,

Domingo Madera
Presidente

DM/vra

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO



# AFSA American Federation of School Administrators

November 7, 2006

**President**
Jill S. Levy

**Executive Vice President**
Diann Woodard

**Secretary**
Roch Girard

**Treasurer**
Jimmy Gittings

**Vice Presidents**
Crystal Boling-Barton
Clarice Berry
Wendi Caporicci
James Dierke*
Carver Farrow
Donald Janicki
Ernest Logan
Gerald Martin
Leonard Pugliese*
Dominic Sacchetti**
James Smallwood
Cynthia Warren
Charles Whelan*
Florida Woods*

**General Counsel**
Bruce Bryant

**Special Counsel**
Mark Cousens

\* *Regional Vice President*
\*\* *Vice President for Organizing*

Honorable Peter Rivera
Chair, NYS Assembly Puerto Rican Task Force
826 Legislative Office Building
Albany NY 12248

Dear Assemblyman Rivera:

The American Federation of School Administrators (AFSA) is seeking your assistance in supporting our newly organized chapter in Puerto Rico, Local 105. The supervisors and administrators in Puerto Rico have prepared a legislative request asking their legislators to present and approve a law project regulating department - wide salary scales for school supervisors and administrators.

AFSA understands that the Winter Somos El Futuro Conference to be held in Puerto Rico this week can offer a window of opportunity for us partnership in support of this Local 105 initiative. Toward such effort I am enclosing the draft copy of the resolution that I have received from them.

Somos has had a track record of taking stands in support of issues that can benefit the residents of the island. AFSA is appealing to your demonstrated commitment asking that you consider lobbying on behalf of this legislative project during your upcoming conference.

AFSA will also be expressing support through direct correspondence to all elected officials of the Puerto Rican legislative body.

If you require additional information, please do not hesitate to contact me at 718 852-3000.

I am looking forward to your assistance on this matter.

Sincerely,

*Jill Levy*

Jill Levy
President

C: Local 105 President Domingo Madera

1101 17th Street, N.W. • Suite 408 • Washington, D.C. 20036 • P.202.986.4209 • F.202.986.4211 • afsa@admin.org
www.admin.org

**_Ier Borrador_ sometido por Educadores Puertorriqueños en Acción – 16 de septiembre de 2006**

Para enmendar la Sección 7 de la Ley Número 20 de 1 de mayo de 1947, según enmendada, a los fines de aumentar los salarios que tienen derecho los Superintendentes de Esuelas, Superintendentes Auxiliares, Supervisores Generales, Supervisores de Zona y Directores de escuela del Departamento de Educación, según las categorías para las cuales se establece la compensación adicional, dispuesta en esta Sección.

## EXPOSICIÓN DE MOTIVOS

Como resultado de los esfuerzos de Reforma Educativa de los últimos 13 años, los deberes y responsabilidades de cada uno de los componentes administrativos y de supervisión del Sistema Educativo han ido aumentando, no así su remuneración económica. Hemos visto como el personal docente de la sala de clases ha recibido aumentos como resultado de leyes que les han beneficiado de una manera u otra, mas sin embargo ni sus funciones, deberes, tareas o responsabilidades ha aumentado en gran manera; contrario al personal administrativo y de supervisión. Inclusive hay Directores Ejecutivos del Departamento de Educación que devengan una compensación mayor que el personal de administración y supervisión. La diferencia en salario de estos dos grupos es tan marcada que en muchas ocasiones el salario de los maestros es mayor al de sus superiores.

La preparación académica de la mayoría del personal administrativo y de supervisión docente es superior a la de los maestros, además la carga de trabajo y horarios es mayor que la de estos últimos. Como es de conocimiento general y como un principio de sana administración y con la firme intención de satisfacer los reclamos legítimos del sector administrativo y de supervisión y para proveerle las mejores condiciones de trabajo posible, debe mejorarse la retribución por servicios profesionales que ofrecen los Superintendentes de Escuelas, Superintendentes Auxiliares, Supervisores Generales, Supervisores de Zona y Directores de escuela del Departamento de Educación.

El diferencial en salario entre el maestro y el personal de administración y supervisión docente no se ajusta desde hace muchos años y es muy injusto no mejorar los diferenciales salariales entre los que supervisan y administran y los supervisados. La Ley de Carrera Magisterial, el Convenio Colectivo y la Ley 45 han beneficiado en todo momento al maestro aumentando su sueldo y disminuyendo sus funciones. Este reclamo por justicia salarial ha sido el pensamiento unitario entre las organizaciones profesionales que agrupan a estos funcionarios. El Sistema Educativo Puertorriqueño retendría este sector y evitaría que los mismos dejen el país en busca de mejores condiciones de trabajo en otros lugares. El éxodo del personal administrativo y de supervisión a la sala de clases desestabilizaría el Sistema de Educación Pública.

*Decretase por la Asamblea Legislativa de Puerto Rico:*

Artículo 1.- Para enmendar el Artículo 1 de la Sección 7 de la Ley Número 20 de 1 de mayo de 1947, según enmendada para que lea como sigue:

*Aumento en las compensaciones por servicios especiales; sistemas de clasificación*

Sección 7._ Se pagarán los siguientes aumentos adicionales por concepto de servicios especiales al siguiente personal:

(A) *Superintendentes de Escuelas*- Tomando en consideración la extensión territorial del distrito escolar a cargo del Superintendente de Escuelas, el número total de maestros en el distrito, el número de escuelas, la matrícula escolar del distrito, el personal administrativo y de supervisión de la oficina del Superintendente de Escuelas, el número total de otros empleados bajo su cargo tales como: empleados de comedores escolares, empleados de custodia, guardianes y otros; responsabilidades adicionales que les adscribe la Ley 149 de 15 de julio de 1999, y otras, además de su preparación académica, el Secretario de Educación establecerá una clasificación para agrupar los Superintendentes de Escuelas dentro de las cinco categorías para los cuales se establece la compensación adicional que se indica a continuación:

Primera categoría...................................................................$1,000.00
Segunda categoría.................................................................$1,500.00
Tercera categoría...................................................................$2,000.00
Cuarta categoría.....................................................................$2,500.00
Quinta categoría.....................................................................$3,000.00

(B) *Superintendentes Auxiliares*- Tomando en consideración los mismos factores utilizados para establecer las categorías para los Superintendentes de Escuelas, el Secretario de Educación establecerá una clasificación para agrupar dentro de las cinco categorías, para los cuales se establece la compensación que se indica a continuación.

Primera categoría...................................................................$800.00
Segunda categoría.................................................................$1,050.00
Tercera categoría...................................................................$1,300.00
Cuarta categoría.....................................................................$1,550.00
Quinta categoría.....................................................................$1,800.00

(C) *Supervisores Generales*- Tomando en consideración las materias que tenga que supervisar, el personal administrativo y técnico bajo su dirección y el nivel escolar en

que desarrolla sus actividades y las responsabilidades adicionales que les adscribe la Ley 149 de 15 de julio de 1999, y otras, además de su preparación académica, el Secretario de Educación establecerá una clasificación para agrupar los Supervisores Generales dentro de las cinco categorías para los cuales se establece la compensación adicional que se indica a continuación:

Primera categoría..................................................................$800.00
Segunda categoría...............................................................$1,000.00
Tercera categoría.................................................................$1,300.00
Cuarta categoría..................................................................$1,550.00
Quinta categoría..................................................................$1,800.00

(D) *Supervisores de Zona*- Tomando en consideración las materias en las que ha de trabajar, su labor en la preparación de planes de servicios; labor de supervisión a llevar a cabo, el personal administrativo y técnico a cargo y los grados que incluye su campo de acción, y las responsabilidades adicionales que les adscribe la Ley 149 de 15 de julio de 1999, y otras, además de su preparación académica, el Secretario de Educación establecerá una clasificación para agrupar los Supervisores de Zona dentro de las cinco categorías para los cuales se establece la compensación adicional que se indica a continuación:

Primera categoría....................................................$700.00
Segunda categoría...................................................$825.00
Tercera categoría....................................................$950.00
Cuarta categoría.....................................................$1,075.00
Quinta categoría.....................................................$1,200.00

(E) *Directores de escuela*- sustituir el término *Principales* por Director de escuela donde quiera que aparezca en esta Ley. Tomando en consideración el número de maestros bajo la supervisión, el número de otros empleados bajo su dirección y supervisión, tales como: empleados de comedores, de custodia, guardianes y otros, el número de alumnos matriculados en la escuela, la complejidad de la organización escolar, las responsabilidades adicionales que les adscribe la Ley 149 de 15 de julio de 1999, y otras, además de su preparación académica, el Secretario de Educación establecerá una clasificación para agrupar los directores de escuela dentro de las cinco categorías para los cuales se establece la compensación adicional que se indica a continuación:

Primera categoría...................................................$500.00
Segunda categoría..................................................$600.00
Tercera categoría...................................................$700.00
Cuarta categoría....................................................$800.00
Quinta categoría....................................................$900.00

El  Secretario de Educación reajustará las categorías de acuerdo con los factores determinantes de las mismas, según aquí se establece y a la vez promulgará por reglamento el método ha seguirse para agrupar por categorías a los diversos funcionarios del Sistema Escolar a que se refiere esta Ley. Una vez hecho el reajuste, ningún personal administrativo y de supervisión recibirá un sueldo menor del que estaba recibiendo antes de la aprobación de esta Ley ni menor a los de sus supervisados. Esto significa que todo aumento que sea otorgado al sueldo base del maestro, debe ser ajustado al personal de administración y de supervisión de forma tal que se mantenga la equidad según se establece en estas escalas.

Artículo 2.- Para redenominar este Artículo como *Asignaciones* y para que los fondos necesarios para llevar a cabo los propósitos de esta medida  se consigne en el presupuesto del Departamento de Educación  para el año fiscal vigente. En años subsiguientes se consignarán los fondos necesarios para dichos propósitos en el presupuesto general para gastos de funcionamiento del Departamento de Educación.

Artículo 3.- Esta Ley comenzará a regir a partir de 1 de julio de 2007.



# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley # 66 Oeste  •  PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. 787-833-2942  •Fax 787-831-4010
LIBRE DE CARGOS: 1-888-352-1924
epa@choicecable.net

# RECORDATORIO

**A**        :        Superintendentes, Superintendentes Auxiliares y
Supervisores

**DE**       :        Domingo Madera Ruiz
Presidente

**FECHA**  :        9 de enero de 2007

**ASUNTO :**        Demanda por discrimen salarial

Un saludo cordial y afectuoso y deseos de un año de mucha prosperidad y bienandanzas.

El **lunes, 22 de enero de 2007** hay una **Vista en el Tribunal Superior de San Juan** relacionado con el caso de discrimen salarial. La misma está pautada para las **10:15 a.m.** en la **Sala 506**. Todo el que pueda asistir está invitado.

Esperamos que este caso se resuelva con la mayor brevedad posible.

---

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

## LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO

Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Tribunal de Primera Instancia
Sala Superior de San Juan

Educadores Puertorriqueños en       )   Caso Núm:  KAC02-5357
Acción, Inc. (EPA); y otros          )
          Demandante                 )
                                     )   Salón de Sesiones: 506
          vs.                        )
                                     )   Sobre:
Hon. César Rey Hernández; y          )   Acción Civil
otros                                )
          Demandado                  )

## ORDEN Y CITACION PARA LA CONFERENCIA SOBRE EL ESTADO DEL CASO

Sírvanse las abogadas y los abogados de todas las partes ("USTEDES"), comparecer el _22 -enero - 2008_, a las _10:15 a.m._, al salón de sesiones 506 del Centro Judicial de San Juan, para una conferencia sobre el estado de los procedimientos. USTEDES deberán estar preparadas y preparados para:

1. Exponer en forma concisa y narrativa los hechos pertinentes en los que se basan su razón de pedir, negar o intervenir. USTEDES aunarán esfuerzos serios para identificar, entre USTEDES, los hechos medulares.

2. Explicar sus teorías jurídicas.

3. Solicitar cualquier enmienda a las alegaciones.

4. Pautar los mecanismos de descubrimiento de prueba y el término dentro del cual se satisfarán los mismos. SEAN USTEDES CONSCIENTES DE QUE EL DESCUBRIMIENTO SE LIMITARA A SU JUSTA ACEPCION en función del caso. USTEDES traerán toda la prueba documental hasta ahora utilizada o evaluada para la preparación de USTEDES o de las alegaciones presentadas y cualquiera otra ya disponible el día de la conferencia.

5. Conversar sobre la posibilidad de llegar a una transacción parcial o total. Así, USTEDES tienen que tener la autorización de las partes a tales efectos o comparecer con las partes a quienes representan. En la alternativa, dichas partes tendrán que estar disponibles para comunicarse con USTEDES por teléfono desde el Tribunal.

USTEDES traerán su libro de calendario para estar preparadas y preparados para pautar cualquier sesión judicial o cualquier reunión entre USTEDES. SI NO COMPARECEN ESE DIA O NO VIENEN en

11/10/2006 FRI 07:08 FAX @003/003

condiciones para satisfacer lo aquí requerido, él Tribunal podrá imponerles sanciones monetarias.

El Tribunal celebra estas reuniones o audiencias en el mismo salón de sesiones, frente al estrado. Mientras esperan sentadas y sentados y, más aún, durante el proceso de entrar al salón desde que abran la puerta azul, deben observar el mayor silencio y respeto al Tribunal, colegas y público para no interrumpir los trabajos. Los saludos entre USTEDES, colegas y oficiales del Tribunal, de no poder evitarse, se limitarán a un sencillo y discreto saludo. *SI NECESITAN CONVERSAR CON ALGUIEN, DEBERAN HACERLO FUERA DEL SALON DE SESIONES Y NO CERCA DE LA PUERTA AZUL DE ENTRADA DE LOS SALONES DE SESIONES.* Si tiene que hacer algún comentario breve a alguien mientras están en el salón de sesiones, lo harán en un tono de murmullo y el mismo será breve. NO OLVIDEN QUE TODO SE ESTA GRABANDO.

Más que mediante una ORDEN, el Tribunal prefiere recurrir a una exhortación a observar una conducta propia del recinto en el que nos reuniremos ese día. Nada menos requieren los Cánones de Etica y las normas de buenos modales.

*Deben cerciorarse de que los aparatos celulares estén apagados o en alerta silenciosa.*

Sírvanse quedar notificadas las personas abogadas y abogados de las partes con copia de este escrito y cualquiera que haya comparecido por derecho propio.

En Hato Rey, San Juan, a 29 de octubre de 2006.

EDDIE A. RIOS BENITEZ
Juez Superior



# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley # 66 Oeste  •  PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. 787-833-2942  • Fax 787-831-4010
LIBRE DE CARGOS: 1-888-352-1924
epa@choicecable.net

A            :        Supervisores de Zona y Supervisores Generales

DE          :        Domingo Madera
                     Presidente

FECHA     :        29 de junio de 2007

ASUNTO   :        **REACCION A LA INJUSTICIA DEL SECRETARIO DE EDUCACION**

Recientemente el Secretario de Educación anunció un aumento de sueldo para los Directores de Escuelas, Superintendentes y Superintendentes Auxiliares.  Se le olvidó al Secretario que los Supervisores son parte integrante de nuestro Sistema Educativo y pertenecen al componente Administrativo Docente.  Al igual que a ustedes, esta situación nos ha provocado indignación, ya que el Secretario quiere dar la impresión que está haciendo justicia, sin embargo, lo hace para unos sí y otros no.

Estamos tomando diferentes acciones con el propósito de lograr su inclusión en este proceso de aumentos salariales.  Enviamos un Comunicado de Prensa a los medios noticiosos, escribimos al Secretario indicando nuestra posición y nos comunicamos con nuestros abogados para buscar alternativas legales.  El bufete de abogados está en vías de enviar una moción al Tribunal solicitando la pronta atención al caso radicado e informando el nuevo caso de injusticia salarial provocado por el Departamento de Educación.

No vamos a claudicar en esta lucha y continuaremos aunando esfuerzos hasta conseguir se le haga justicia a todos ustedes.

/mcr                                                            recibido : sábado, 30 junio 2007

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO

**Educadores Puertorriqueños en Acción, Inc.**

**From:** "Educadores Puertorriqueños en Acción, Inc." <epa@choicecable.net>
**To:** "RAFAEL ARAGUNDE TORRES" <aragunde_r@de.gobierno.pr>
**Sent:** Thursday, June 28, 2007 4:33 PM
**Subject:** Aumento de sueldo

Sr. Rafael Aragunde
Secretario de Educación

Distinguido señor Secretario:

Según el memorando del 14 de junio de 2007 habrá aumento de sueldo de.$250.00 a los Directores de Escuela, Superintendentes y Superintendentes Auxiliares.  Un aumento a este personal es imperativo debido a los múltiples compromisos en que se envuelven estos compañeros.

Sin embargo, el grupo de Supervisores de Zona y los Supervisores Generales fueron dejados fuera de este beneficio salarial.  Estos distinguidos servidores son parte esencial de nuestro Sistema Educativo y en muchas ocasiones son los que resuelven las situaciones que existen en los planteles escolares.  Además, son los que cuando no hay Directores de Escuela, tienen que atender el plantel encargándose de todas las situaciones existentes.  También es necesario indicar que los Supervisores son parte integrante para que se pueda llevar con efectividad  el proceso educativo.

Señor Secretario, respetuosamente le pedimos ausculte todas las posibilidades existentes para que también incluya a los supervisores en el aumento salarial que con honra se merecen.  El grupo de Supervisores no es numeroso por lo que calculamos que el impacto presupuestario es de tan solo $600,000.00 al año.

Entendemos que siendo muchos de ellos sufragados por el Programa de Título I, no resulte oneroso para el Departamento de Educación.

Confío en que usted hará todo lo posible por complacer a este grupo de servidores educativos.

Cordialmente,

Domingo Madera Ruiz
Presidente

6/29/2007

recibido sábado, 30 junio 2007

# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle La Candelaria (Antigua Calle Mckinley) #66 Oeste
P.O. Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. 787-833-2942 • Fax 787-831-4010
LIBRE DE CARGOS: 1-888-352-1924
epa@choicecable.com

23 de octubre de 2007

## MEMORANDO

A         :        Directores, Supervisores de Zona y Supervisores Generales,
Superintendentes Auxiliares y Superintendentes de Escuelas

DE        :        Domingo Madera                           David E. Malavé
Presidente                                 Director Ejecutivo

ASUNTO    :        Proyecto para enmendar las leyes escolares

Como es de su conocimiento esta Organización Educadores Puertorriqueños en Acción ha estado
en una intensa lucha para lograr que sus escalas salariales sean revisadas y mejoradas ya que las
mismas datan de la década del 60. Radicamos un caso en el Tribunal Superior de San Juan y el
mismo está bastante adelantado.

No conforme con eso, preparamos un Ante Proyecto de Ley donde su sueldo actual sería
mejorado substancialmente, mediante la revisión de las escalas salariales. Esto conllevaría un
aumento entre $500.00 a $3,000.00 dependiendo de la categoría a la que pertence. Este proyecto
fue radicado en la Cámara por el Honorable Rolando Crespo y el mismo fue aprobado por
unanimidad. Luego pasó al Senado y también fue aprobado con un solo voto en contra.

Al pasar para la firma del Gobernador desarrollamos una serie de estrategias para concienciar al
mismo y que firmara el Proyecto. Hicimos una conferencia de prensa, pautamos anuncios por
radio y en los periódicos. Aún con todos estos esfuerzos, el Gobernador vetó el Proyecto. No
obstante, continuamos nuestras gestiones y hay un compromiso tanto de la Cámara como del
Senado para presentar el Proyecto e ir por encima del veto. Para poder lograrlo necesitamos su
compromiso y cabildeo llamando a sus Legisladores y comprometiéndolos para que voten en
favor del proyecto. Además es importante que el día en que se vea el proyecto, asista a la vista
para que los Legisladores noten el interés de todos ustedes.

Le agradeceré desarrollen una campaña inmediatamente enviándole el mensaje adjunto a todos
los Legisladores tanto de la Cámara como del Senado.

Confíamos en el compromiso de todos ustedes para hacer del Proyecto 3422 una verdadera
realidad. Favor pasar esta información a otros compañeros afectados.

DM/vra

2034 Calle Fortuna • Urb. Vista Alegre                    Urb. El Vedado • Calle Rodrigo de Triana #224
Ponce, P.R. 00717-2034                                            San Juan, P.R. 00918
Teléfono: 787-843-1224                                            Teléfono: 787-274-1342
LIBRE DE CARGOS: 1-877-863-6833                               LIBRE DE CARGOS: 1-877-863-6832

## LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO

# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley # 66 Oeste • PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. 787-833-2942 • Fax 787-831-4010
LIBRE DE CARGOS: 1-888-352-1924
epa@choicecable.net

## MEMORANDO

28 de Septiembre de 2007

**A** : Directores, Supervisores de Zona, Supervisores Generales, Superintendente Auxiliares y Superintendente de Escuelas.

**DE** : Domingo Madera          David E. Malavé
Presidente                Director Ejecutivo

**ASUNTO** : Conferencia de Prensa

En el proceso de buscar alternativas para hacer justicia para todos ustedes, radicamos un proyecto de ley para enmendar las escalas salariales. El mismo ya fue aprobado en la Cámara de Representante y en el Senado de Puerto Rico. Solamente falta la firma del Gobernador.

Con el propósito de concienciar a nuestro Gobernador de la importancia de la aprobación de este proyecto, estamos convocando a una conferencia de prensa a llevarse a cabo el miércoles 3 de octubre en la sala Mandin piso 3 Cámara de Representante. La hora para dar comienzo la actividad es a las 11:00 A.M.

Es bien importante su presencia allí ya que nos interesa que el Honorable Gobernador firme este proyecto.

## CONFIAMOS EN SU PARTICIPACION A ESTA ACTIVIDAD

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO



# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley #66 Oeste • PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. (787) 835-2942 • Fax (787) 831-4010
LIBRE DE CARGOS: 1-888-352-1924
E-mail: epa@coqui.net



**27 de octubre de 2003**

**Distinguido compañero (a):**

*Como es de su conocimiento, Educadores Puertorriqueños en Acción, (E.P.A.) no ha claudicado su lucha para conseguir que el Departamento de Educación le conceda un aumento de sueldo justo, razonable y retroactivo a agosto de 2001. La batalla ha llegado hasta el Tribunal Superior de San Juan y estamos seguros que allí nos concederán la justicia solicitada.*

*Su presencia en la Vista anterior ha sido determinante para que este caso esté llegando a su etapa final. A tales efectos le exhortamos una vez más a que me acompañen para la próxima Vista a celebrarse el día 5 de noviembre de 2003 en la sala 506. La hora pautada es a las 10:30 A.M.*

*Una vez mas, gracias por todo su respaldo y esperamos volver a verle el próximo 5 de noviembre.*

*Cordialmente,*

**Domingo Madera Ruiz**
**Presidente**

**David E. Malavé**
**Director Ejecutivo**

*recibido: jueves 30 oct.
2003*

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO

*Número de Evidencia de Reclamación:* **84203**
*Reclamante*: **Velez Martinez, Elizabeth**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico *trabajé en el Departamento de Educación*

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *$ 94,500.00*

**Batch 2**

990123400337443

*Número de Evidencia de Reclamación:* **84203**
*Reclamante*: **Velez Martinez, Elizabeth**

3. <u>**Empleo.**</u> **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _Departamento  de  Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _Año  1999  hasta  2018  Ley  158  del  18  de  julio de 199_

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _Ver  anejo_

4. <u>**Acción legal.**</u> **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   ☒ No.

   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

   _____



990123400337443

*Número de Evidencia de Reclamación:* **84203**
*Reclamante*: **Velez Martinez, Elizabeth**

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____



990123400337443

Reclamante: Vélez Martínez, Elizabeth

Anejo a la pregunta 3 (d) del cuestionario "Carrera Magisterial"

El argumento de mi reclamación está basado en la ley 158 del 18 de julio de 1999.

La ley proveía para un aumento de $375.00 mensuales, y los años que van corriendo.

Los supervisores comenzar $375.00 mensuales. Maestros iban a ir sobre el personal administrativos docente (supervisores). Cuando la ley aprobada le corresponde al personal administrativo en ese inicio de la ley. Le corresponde la categoría de ese aumento ya sea maestría o doctorado o doctorado. Dicho aumento nunca me fue otorgado desde que se aprobó la Ley 158.

Desde que me retiré en el 2014 esos salarios fueron impagos.

El monto de mi reclamación fueron $94,500.00

Año de mi retiro 2014
Año de ley 158 1999
Total años sin pagar 21 años

Elizabeth Vélez Martínez

*Número de Evidencia de Reclamación:* **84203**
*Reclamante*: **Velez Martinez, Elizabeth**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas.  **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com. o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico *trabajé en el Departamento de Educación*

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $ *94,500.00*

**Batch 2**

990123400337443

*Número de Evidencia de Reclamación:* **84203**
*Reclamante*: **Velez Martinez, Elizabeth**

3. <u>**Empleo.**</u> **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   ☐  No. *Pase a la Pregunta 4.*

   ☒  Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   <u>Departamento de Educación</u>

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   <u>Año 1999 hasta 2018 Ley 158 del 18 de julio de 199</u>

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐  Jubilación

   ☒  Salarios impagos

   ☐  Días por enfermedad

   ☐  Queja con el sindicato

   ☐  Vacaciones

   ☒  Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   <u>Ver anejo</u>

4. <u>**Acción legal.**</u> **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   ☒  No.

   ☐  Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

   _____



990123400337443

*Número de Evidencia de Reclamación:* **84203**
*Reclamante*: **Velez Martinez, Elizabeth**

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

**Batch 2**                                    3


990123400337443

Número:

Reclamante: Vélez Martínez, Elizabeth

Anejo a la pregunta 3 (d) del cuestionario "Carrera Magisterial"

El argumento de mi reclamación está basado en la ley 158 del 18 de julio de 1999.

La ley proveía para un aumento de $375.00 mensuales, y los años que van corriendo.

Los supervisores comenzaron $375.00 mensuales. Maestros iban a ir sobre el personal administrativos docente (supervisores). Cuando la ley aprobada le corresponde al personal administrativo en ese inicio de la ley. Le corresponde la categoría de ese aumento ya sea maestría o doctorado o doctorado. Dicho aumento nunca me fue otorgado desde que se aprobó la Ley 158.

Desde que me retiré en el 2014 esos salarios fueron impagos.

El monto de mi reclamación fueron $94,500.00

Año de mi retiro 2014
Año de ley 158 1999
Total años sin pagar 21 años.

Elizabeth Vélez Martínez