...th Vélez Martinez
...o Canas Calle Tamesis # 3131
..., Puerto Rico 00728



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767





CERTIFIED MAIL