Reyes Pagán Pagán
Ext. La Fe 22406 c/ San Andrés
Juana Díaz, PR 00795-8909





Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767