# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MANUEL VEGA MERCADO**
HC 5 BOX 55027
HATILLO, PR 00659

Seguro Social: XXX-XX-0340

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 26.5 |
| Balance de Aportaciones: | $55,745.59 |

*RECEIVED & FILED 2020 JAN 13 PM 5:31 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

Esta certificación fue emitida el 21 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122146097600

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

*Manuel Vega Mercado [signature]*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE CORRECCION
OFICINA REGIONAL – REGION NOROESTE
SECCION DE BENEFICIOS MARGINALES

# CERTIFICACIÓN DE EMPLEO Y SUELDO

Certifico que Manuel Vega Mercado, número de Seguro Social ___-__-i40, trabaja para la Administración de Corrección desde el 25 de Marzo de 1991 hasta el presente.

Actualmente ocupa un puesto regular de carrera como Oficial Correccional I. Devenga un salario de $1881.00 mensuales y recibe un bono de $1,000.00.

Dada en Aguadilla, Puerto Rico, hoy 19 de Enero de 2005.

Certifico correcto,

Manuel D. Nieves Sánchez
Auxiliar Administrativo I
Beneficios Marginales

*Proveyendo Seguridad, Propiciando Rehabilitación*
P.O. Box 5266 Aguadilla, Puerto Rico 00605, Tel. 882-2600 ext. 306, 891-5010

## ESTADO DE CUENTA ESTIMADO

21 de enero de 2016

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

MANUEL VEGA MERCADO
HC 5 BOX 55027
HATILLO, PR 00659

Seguro Social: XXX-XX-0340

A base de la información en nuestros registros, al 21 de enero de 2016 usted posee:

**Fecha de Nacimiento:** 24 de octubre de 1968  **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 30 de abril de 1991
**Fecha de Comienzo de Cotización:** 30 de abril de 1991

### Ley 1 al 30 de junio de 2013

| | |
|---|---:|
| Años Acreditados: | 22.50 |
| Aportaciones: | $34,235.60 |
| Intereses: | $9,683.63 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $43,919.23 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $745.06 |

### Ley 3 al 01 de julio de 2015

| | |
|---|---:|
| Años Acreditados: | 2 |
| Aportaciones: | $6,591.40 |
| Intereses: | $226.47 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $6,817.87 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Area de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



Formulario Form 499R-2/W-2PR Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222**

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | | |
|---|---|---|
| 1. Nombre - First Name: MANUEL | 3. Núm. Seguro Social / Social Security No.: -0340 | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION |
| Apellido(s) - Last Name(s): VEGA MERCADO | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481 | 7. Sueldos - Wages: 30,872.78 |
| Dirección Postal del Empleado - Employee's Mailing Address: CARRIZALES II CASA 420  HATILLO PR 00659 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 8. Comisiones - Commissions: 0.00 |
| | 6. Donativos / Charitable Contributions: 24.00 | 9. Concesiones - Allowances: 0.00 |
| Fecha de Nacimiento / Date of Birth: Día/Day 24 Mes/Month 10 Año/Year 1968 | | 10. Propinas - Tips: 0.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE CORRECCION Y REH  34 AVE. TENT CESAR GO  ESQUINA CALAF  HATO REY, PR 00936-0000 | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: / Indicate if the remuneration includes payments to the employee for: | 11. Total = 7 + 8 + 9 + 10: 30,872.78 |
| | A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017 | 12. Gastos Reemb. y Beneficios Marginales: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number: | | 13. Cont. Retenida - Tax Withheld: 855.38 |
| Fecha Cese de Operaciones / Cease of Operations Date: Día/Day ___ Mes/Month ___ Año/Year ___ | B- ☐ Servicios domésticos / Domestic services | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2,336.88 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: F0717193216 | C- ☐ Otros / Others: ___ | 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS: 0.00 |
| Número Control - Control Number: 180091467 | | Salarios Exentos (Ver Instrucciones) / Exempt Salaries (See instructions) |
| | Año: Year: **2018** | 16. Código/Code ___ 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | 16A. Código/Code ___ 0.00 |
| | | 16B. Código/Code ___ 0.00 |
| | | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 |

| INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|
| 17. Total Sueldos Seguro Social / Social Security Wages: 30,872. |
| 18. Seguro Social Retenido / Social Security Tax Withheld: 1,914. |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 30,872. |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 447.6 |
| 21. Propinas Seguro Social / Social Security Tips: 0.0 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.0 |

*Manuel Vega Mercado* (signature)

| Formulario Form 499R-2/W-2PR Rev. 07.18 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|

**222   COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| 1. Nombre - First Name: MANUEL | 3. Núm. Seguro Social / Social Security No.: -0340 | 7. Sueldos - Wages: 30,872.78 | 17. Total Sueldos Seguro Social / Social Security Wages: 30,872.78 |
|---|---|---|---|
| Apellido(s) - Last Name(s): VEGA MERCADO | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481 | 8. Comisiones - Commissions: 0.00 | |
| Dirección Postal del Empleado - Employee's Mailing Address: CARRIZALES II CASA 420  HATILLO PR 00659 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 9. Concesiones - Allowances: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 1,914.11 |
| | | 10. Propinas - Tips: 0.00 | |
| | | 11. Total = 7 + 8 + 9 + 10: 30,872.78 | |
| | 6. Donativos / Charitable Contributions: 24.00 | 12. Gastos Reemb. y Beneficios Marginales: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 30,872.78 |
| Fecha de Nacimiento / Date of Birth: Día 24 Mes 10 Año 1968 | | 13. Cont. Retenida - Tax Withheld: 855.38 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 447.66 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE CORRECCION Y REH  34 AVE. TENT CESAR GO  ESQUINA CALAF  HATO REY, PR 00936-0000 | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: Indicate if the renumeration includes payments to the employee for: A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017 B- ☐ Servicios domésticos / Domestic services C- ☐ Otros/Others: _____ | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2,336.88 | |
| | | 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS: 0.00 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| | | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code 16. 0.00 | |
| Número de Teléfono del Patrono / Employer's Telephone Number | | Código/Code 16A. 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Fecha Cese de Operaciones / Cease of Operations Date: Día ___ Mes ___ Año ___ | | Código/Code 16B. 0.00 | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: F0717193216 | | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 180091467 | Año: Year: 2018 | | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

*[signature: Manuel Vega Mercado]*