Manuel Vega
HC-05 Box 55027
Hatillo P.R. 00659



2020 JAN 22 PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767