**Appendix I**

| Respondent's Name | Docket Entry No. of Response in Case No. 17-3283 |
|---|---|
| Maria M. Cruz Pitre | 10157 |
| Maria De los Angeles Munoz Perez | 10158 |
| Maria De los Angeles Montalvo La Fontaine | 10159 |
| Awilda Roman Adames | 10160 |
| Ruth E. Pizarro Caraballo | 10161 |
| Marietta L. Collazo Leon | 10163 |
| Belmaris Lopez Cartagena | 10164 |
| Dora M. Torres Velez | 10165 |
| Jose Ramon Perez Torrellas | 10167 |
| Gloria I. Torres Suarez | 10168 |
| Gisela Santos Ortiz | 10170 |
| Darynel Rivera Landron | 10172 |
| Enrique Ortiz Carrero | 10173 |
| Ruth E. Pizarro Caraballo | 10175 |
| Jose R. Rosado Valle | 10177 |
| Luz L. Perez Torres | 10178 |
| Elsie Morales Morales | 10179 |
| Gloria E. Irizarry Rivera | 10180 |
| Vanessa Tacoronte Bonilla | 10181 |
| Leonarda Cuascut Cordero | 10182 |
| Ruth E. Pizarro Caraballo | 10183 |
| Arlene I. Morales Sanchez | 10184 |
| Angela Sanabria Rivera | 10185 |
| Victor Berrios Mercado | 10186 |
| Victor Berrios Mercado | 10187 |
| Luz Laboy Rivera | 10188 |
| Marisol Soto Corchado | 10189 |
| Marisol Soto Corchado | 10190 |
| Wanda I. Morales Colon | 10191 |
| Denise E. Delgado Alicea | 10192 |
| Wanda I. Monge Reyes | 10193 |
| Wanda I. Morales Colon | 10194 |
| Jannette M. Brito Nunez | 10195 |
| Astrid M. Ayala Baez | 10196 |
| Carmen T. Camacho Andujar | 10197 |
| Astrid M. Ayala Baez | 10198 |
| Yadira I. Passapera Sepulveda | 10199 |
| Lydia E. Collazo Nieves | 10200 |
| Aracelis Nazario Torres | 10203 |
| Rosael Colon Negron | 10206 |
| Rosa J. Alvarado Torres | 10207 |
| Leticia Hernandez Caban | 10208 |

| | |
|---|---|
| Sandra Maldonado Gonzalez | 10210 |
| Zulma Colon Martinez | 10211 |
| Ilia Milagros Rivera Guzman | 10212 |
| Ilia Milagros Rivera Guzman | 10213 |
| Marisol Montanez Rivera | 10214 |
| Maritza E. Figueroa Fernandez | 10215 |
| Maritza E. Figueroa Fernandez | 10217 |
| Maritza E. Figueroa Fernandez | 10218 |
| Maritza E. Figueroa Fernandez | 10219 |
| Carmela Ramos Rodriguez | 10220 |
| Mayra Cancel Sanchez | 10224 |
| Wanda I. Figueroa Torres | 10225 |
| Katherine Hargrove Cordero | 10226 |
| Virgen Santiago Andujar | 10227 |
| Isamarys Mercado Canals | 10229 |
| Quetcy Ann Cedeno Rodriguez | 10230 |
| Sylvia Castillo Lopez | 10231 |
| Carmen Leonor Jimenez Gonzalez | 10232 |
| Carmen Leonor Jimenez Gonzalez | 10233 |
| Carmen Leonor Jimenez Gonzalez | 10234 |
| Carmen Leonor Jimenez Gonzalez | 10235 |
| Ivette Lopez Ayala | 10236 |
| Nereida Rivera Feliciano | 10237 |
| Nereida Rivera Feliciano | 10238 |
| Jo-Ann Calderon Rivera | 10239 |
| Milagros Ortiz Bonilla | 10240 |
| Nannette M. Abadia Munoz | 10260 |
| Nannette M. Abadia Munoz | 10261 |
| Julia A. Medina Nunez | 10262 |
| Lydia E. Olmeda Almodovar | 10264 |
| Alex J. Santana Nevarez | 10266 |
| Nydia M. Alicea Guzman | 10267 |
| Norma I. Torres Ortiz | 10268 |
| Manuel Nieves Acevedo | 10269 |
| Denise E. Delgado Alicea | 10270 |
| Fernando E. Perez Torres | 10271 |
| Mari I. Santiago Maldonado | 10272 |
| Melissa Smart Morales | 10273 |
| Martha M. Velazquez Lopez | 10276 |
| Luisa M. Torres Ramirez | 10278 |
| Ana M. Narvaez Ferrer | 10279 |
| Isabel M. Aponte Calderon | 10280 |
| Christine Carreras Amadeo | 10281 |
| Maria A. Rivera Alonso | 10282 |
| Mariel Collazo Otero | 10283 |