IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

**MOTION INFORMING PARTICIPATION IN THE JANUARY 29, 2020 HEARING AND REQUEST TO BE HEARD**

**TO THE HONORABLE COURT:**

COME NOW the Salud Integral en la Montaña (SIM) and respectfully states as follows:

1. SIM informs that John E. Mudd will appear in person at the Federal District Court at San Juan Puerto Rico for the January 29, 2020 hearing. Mr. Mudd will speak as to SIM's objections to the ADR proceedings proposed by the Board and Debtor. In addition, Mr. Mudd will, if need, present SIM's views on any other part of the hearing's agenda as needed.

WHEREFORE: the SIM respectfully requests from the Honorable Court that it take notice of this motion .

Respectfully submitted on this 23th day of January, 2020.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com

2