**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO INFORM DESTILERIAS SERRALLES, INC.'S
APPEARANCE AT JANUARY 29-30 OMNIBUS HEARING**

**COMES NOW** Destilerias Serralles, Inc. ("Serralles"), by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding procedures for Attendance, Participation and Observation of January 29-30, 2020 Hearing* (the "Scheduling Order") (Dkt. No. 10254):

1. Nayuan Zouairabani of McConnell Valdés, LLC will appear in person on behalf of Serralles at the hearing on January 29-30, 2020 in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico (the "Hearing").

2. Mr. Zouairabani may present oral argument related to the following pleadings:

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Building Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS(Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

    a. *Motion for Leave to Amend Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Dkt. No. 10109);

    b. *Opposition of the Commonwealth of Puerto Rico to Motion to Amend PRIFA Bondholder Lift Stay Motion* (Dkt. No. 10274);

    c. *Joinder by Serralles to the Oversight Board's Opposition to Motion to Amend PRIFA Bondholder Lift Stay Motion* (Dkt. No. 10275); and

    d. Any other responses or motions related to the foregoing.

3. Serralles further reserves the right to present argument, respond, and/or otherwise be heard, as necessary, as to any other matter identified in the Agenda to be filed by the Oversight Board, as well as to any statements made at the Hearing by any party on any matters related to the instant Title III cases.

**WHEREFORE**, Serralles respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order (Dkt. No. 10254).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of January, 2020.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, and that we served the foregoing upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's Tenth Amended Notice, Case Management, and Administrative Procedures (Dkt. No. 8027-1 of Case No. 17-03283 (LTS)).

**MCCONNELL VALDÉS LLC**
*Attorneys for Destilerias Serralles, Inc.*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico  00918
Telephone: 787-250-5632
Facsimile:  787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

2