UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              : Title III
                                               :
     as representative of                      : Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        : (Jointly Administered)
                                               :
     Debtors.¹                                 :
------------------------------------------------------------------------ x
```

### NOTICE OF CASILLAS, SANTIAGO & TORRES, LLC, LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OF RATE ADJUSTMENTS EFFECTIVE MARCH 1, 2020

Casillas, Santiago & Torres, LLC ("CST Law"), local counsel to the Official Committee of Unsecured Creditors (the "Committee"),[2] hereby submits this notice in accordance with the Court's *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Docket No. 7678] ("Additional Presumptive Standards Order"), and respectfully states as follows:

1. As of March 1, 2020, the hourly rates of CST Law professionals working on matters in this Title III case will be adjusted to reflect a Promotion of individual professionals, as

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

detailed in the certification of Juan J. Casillas-Ayala, attached hereto as **Exhibit A**.

WHEREFORE, CST Law respectfully requests that the Court take notice of the foregoing.

Dated: January 23, 2020

*/s/Juan J. Casillas-Ayala*
Juan J. Casillas-Ayala, Esq.

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC – PR 223112)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
lllach@cstlawpr.com

*Local Counsel to the Official Committee
of Unsecured Creditors*