# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
                                                                             :
In re:                                                                       :
                                                                             :
THE FINANCIAL OVERSIGHT AND                          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    : Title III
                                                                             :
     as representative of                            : Case No. 17-BK-3283 (LTS)
                                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.*,            : (Jointly Administered)
                                                                             :
     Debtors.[1]                                     :
                                                                             :
---------------------------------------------------------------------------- x

## CERTIFICATION OF JUAN J. CASILLAS-AYALA IN SUPPORT OF NOTICE OF CASILLAS, SANTIAGO & TORRES, LLC, LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OF RATE ADJUSTMENTS EFFECTIVE MARCH 1, 2020

I, Juan J. Casillas-Ayala, hereby certify the following:

1. I am an attorney and counselor-at-law, fully admitted to practice in the Commonwealth of Puerto Rico and in this Court.

2. I maintain an office for the practice of law at El Caribe Office Building, 53 Palmeras Street, Suite 1601, San Juan PR 00901; and my postal address is PO Box 195075, San Juan PR 00901.

3. I am authorized to submit this certification in support of the *Notice of Casillas, Santiago & Torres, LLC, Local Counsel to the Official Committee of Unsecured Creditors, of Rate*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Adjustments Effective March 1, 2020* (the "Notice"), filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

4. In accordance with the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Docket No. 7678] ("Additional Presumptive Standards Order"), the Committee has authorized the following rate adjustments effective February 1, 2020, which are the result of Promotions of the professionals / timekeepers listed below:

| Timekeeper Name | Old Position / Title | New Position / Title | Old Rate | New Rate |
|---|---|---|---|---|
| Cristina Fernandez | Associate | Senior Associate | $170 | $200 |
| Luis Ramos-Cartagena | Income Member | Member | $240 | $270 |
| Amarily Maldonado | Income Member | Member | $240 | $270 |

5. The above-mentioned hourly rate increases imposed for timekeepers working on these Title III cases are consistent, both in amount and timing, with those imposed for timekeepers in the same professional services organization not working on these Title III cases.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

Dated: January 23, 2020

*/s/Juan J. Casillas-Ayala*
Juan J. Casillas-Ayala, Esq.

2