18 de enero de 2020



Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, PR 00918

Re: Promesa Titulo III No. 17BK 3283-LTS
Junta de Supervisión y Administración financiera para Puerto Rico
como representante del
Estado Libre Asociado de Puerto Rico y otros, deudores

Hago referencia a la centésima séptima objeción global presentada a reclamos deficientes sobre la base de las reivindicaciones salariales, laborales o servicios prestados. En mi caso[i] es de los Sistemas de Retiro de los Empleados del Gobierno del Estado Libre Asociado.

Al presentar mi caso por error involuntario no se incluyó evidencia de mis ingresos, por lo que, como parte de este documento incluyo *copia del talonario* más reciente en mi poder, pues el Sistemas de Retiro hace varios meses no envía los mismos.

| Nombre | No. De reclamación | Fecha de presentación | Deudor | Monto de la reclamación |
|---|---|---|---|---|
| Torres Meléndez, Carmen | 73623 | 6/19/2018 | Estado Libre Asociado de Puerto Rico | $56,946.00 anual |

En relación a la fecha límite, *solicito respetuosamente* se considere y acepte mi reclamo, aunque reconozco que se ha presentado fuera de fecha. Ello debido a la emergencia nacional por la que nos encontramos en Puerto Rico, al trasladarme al sur y los fuertes sismos registrados, se pasó la fecha.

Atentamente;

Carmen M. Torres Meléndez
Condominio Hato Rey Plaza Apto. 19K
200 Jesus T. Piñeiro
San Juan, PR 00918

---

[i] Numero 813, pag. 133