**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 12/16/2018 | Aviso #: 8875497 |
| Hasta: | 12/31/2018 | Fecha Aviso: 12/28/2018 |

| | | | | | |
|---|---|---|---|---|---|
| **CARMEN TORRES MELENDEZ** | # Empleado: | P5F | DATA IMP: | Federal | PR |
| COND HATO REY PLAZA | Dept: | 530460-Empleados-Ley 70-OPCION 4-C | Estado Civil: | Married | Married |
| 200 AVE JESUS T PINERO APT 19K | Lugar: | LEY 70- 2 JULIO 2010 | Concesiones: | 0 | 0 |
| SAN JUAN PR 00918-4151 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-3287 | Sueldo: | $4,720.50 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 2,360.25 | 1,957.50 | 56,646.00 | | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | | |
| Total: | | | 2,360.25 | 1,957.50 | 56,946.00 | | Total: | 0.00 | 0.00 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Asoc Emp ELA-Prest Regular | 224.01 | 4,070.88 | SM-First Medical Health Plan | 100.00 | 1,200.00 |
| | | | SM-First Medical Health Plan | 57.00 | 1,326.00 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 1.75 | 42.00 | | | |
| | | | Ahorros-AEELA | 70.81 | 1,699.44 | | | |
| Total: | 0.00 | 0.00 | Total: | 353.57 | 7,138.32 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 2,360.25 | 0.00 | 353.57 | 2,006.68 |
| Acumulado: | 56,946.00 | 0.00 | 7,138.32 | 49,807.68 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| – Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| – Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8875497 | 2,006.68 |
| Total: | 2,006.68 |

### ¡Atención Pensionados!

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
12/28/2018

Aviso No.
8875497

Cant. Deposito: ___ $2,006.68

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 0802127436 | $2,006.68 |
| Total: | | $2,006.68 |

TRAY 15 SQ 3622**************SCH 5-DIGIT 00917      3622 2 AV 0.383
CARMEN TORRES MELENDEZ
COND HATO REY PLAZA
200 AVE JESUS T PINERO APT 19K
SAN JUAN PR 00918-4151

NO-NEGOCIABLE

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Torres Melendez, Carmen | 73623 | 6/19/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|-------------------------------|
| Torres Melendez, Carmen | 73623 | 6/19/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000898