Carmen M. Torres Melendez
HC 2 BOX 6627
Morovis, P.R. 00687-8860



CERTIFIED MAIL
7018 2290 0000 3473 7371

U.S. POSTAGE PAID
FCM LETTER
MOROVIS, PR
00687
JAN 21, 20
AMOUNT
$6.85
R2305K134383-17

RECEIVED
2020 JAN 23 PM 4:54
CLERK'S OFFICE
US DISTRICT COURT

Secretaria
Tribunal de Distrito de los E.U.
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918