## **EXHIBIT B**

**El Diario**



**Affidavit of Publication State of New York County of New York, ss:
The undersigned, <u>Esperanza Ruiz,</u> is an Account Executive of
EL DIARIO/LA PRENSA** a company of Impremedia, located at
15 Metro Tech Center, 7th Floor, Brooklyn, NY 11201

This is a daily newspaper published in <u>**New York State**</u>. The legal notice of
<u>**The Commonwealth of Puerto Rico**</u>
was published in said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

Said Notice was published on:

Thursday, January 9, 2020

Subscribed and sworn to before me this

10th day of January, 2020

_____
Esperanza Ruiz
Account Executive

_____
Notary Public, ~~New York~~ County, N.Y.
     Kings

Samuel Tse
Notary Public - State of New York
No. 01TS6357989
Qualified in Kings County
Commission Expires May 1, 2021

15 Metro Tech Center, 7th Fl. Brooklyn, NY 11201   Phone: (212) 807-4763   Fax: (212) 807-4617

Case:17-03283-LTS   Doc#:10344-2   Filed:01/24/20   Entered:01/24/20 11:26:50   Desc:
Exhibit B   Page 3 of 3

**1320 Avisos Legales**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

In re:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,
Deudores.[1]

PROMESA
Título III
Caso Núm. 17-BK-3283 (LTS)
(Administrado Conjuntamente)

AVISO DE (I) OBJECIÓN DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A (A) RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2011 Y (B) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO POR TENEDORES DE CIERTOS BONOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO Y (II) ITINERARIO DE ALEGATOS SOBRE MOCIONES DE DESESTIMACIÓN CON RESPECTO A OBJECIONES A (A) RECLAMACIONES PRESENTADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2011, (B) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO POR TENEDORES DE CIERTOS BONOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, Y (C) RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2012 Y 2014

Este aviso es para (a) los tenedores de (i) uno o más bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico (el "ELA") en el 2011 (los "Bonos GO 2011"),(ii) uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico (los "Bonos AEP") en el 2011 y 2012, y/o (iii) uno o más bonos de obligación general emitidos por el ELA en el 2012 o 2014 (los "Bonos GO 2012-2014") y/o (b) las partes que han sometido avisos de participación con respecto a la orden de procedimientos [Docket Núm. 5143] sobre la *Objeción Ómnibus de (I) la Junta de Supervisión y Administración Financiera Para Puerto Rico, actuando a través del Comité de Reclamaciones Especiales, y (II) el Comité Oficial de Acreedores No Asegurados, a tenor con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico* [Docket Núm. 4784] (la "Objeción de Bonos GO 2012-2014").[2]

**I. Notificación de Objeción de Bonos GO 2011 y Objeción de Bonos AEP.** Por favor tenga en cuenta que el Comité Oficial de Acreedores no Asegurados (el "Comité" u "Objetor") ha presentado (a) una objeción, fechada el 21 de mayo de 2019 [Docket Núm. 7057] (la "Objeción de Bonos GO 2011") a reclamaciones presentadas o incoadas por titulares de ciertos Bonos GO 2011 y (b) una objeción, fechada el 18 de julio de 2019 [Docket Núm. 8141] (la "Objeción de Bonos AEP"), a reclamaciones presentadas o incoadas por los titulares de ciertos Bonos AEP contra el ELA basado en una garantía del ELA. Puede encontrar el texto completo de la Objeción de Bonos GO 2011 en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=7057. Puede encontrar el texto completo de la Objeción de Bonos AEP en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=8141.

La Objeción de Bonos GO de 2011 tiene el propósito de rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2011 (las "Reclamaciones de los Bonos GO de 2011"). La Objeción de Bonos AEP tiene el propósito de rechazar e invalidar reclamaciones presentadas o incoadas contra el Estado Libre Asociado basado en ciertos Bonos AEP garantizados por el ELA (las "Reclamaciones de los Bonos AEP"). Sujeto a los derechos apelativos aplicables, si el Tribunal concede la Objeción de Bonos GO 2011 y/o la Objeción de Bonos AEP total o parcialmente, la recuperación de los titulares de Bonos GO 2011 por cuenta de los Bonos GO 2011 y la recuperación de los titulares de Bonos AEP por cuenta de los Bonos AEP, según aplicable, se eliminará total o parcialmente, y a estos reclamantes les quedará prohibido permanentemente hacer valer dichas reclamaciones contra el ELA, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III, y participar en cualquier distribución en este Caso bajo el Título III por cuenta de dichas Reclamaciones de los Bonos GO de 2011 y Reclamaciones de los Bonos AEP, según aplicable. Por tanto, la Objeción de Bonos GO 2011 y la Objeción de Bonos AEP pueden afectar sus derechos.

Por favor también tenga en cuenta que el Comité y la Junta de Supervisión y Administración Financiera Para Puerto Rico además radicaron la Objeción de Bonos GO 2012-2014 el 14 de enero de 2019, cuyo propósito es rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2012-2014. El Aviso de la Objeción de Bonos GO 2012-2014 fue notificada a los tenedores de los Bonos GO 2012-2014 de conformidad con la orden de procedimiento del Tribunal con fecha del 15 de febrero de 2019 [Docket Núm. 5143].[3]

**II. Itinerario de Alegatos sobre Mociones de Desestimación con Respecto a Objeción de Bonos GO 2011, Objeción de Bonos AEP y Objeción de Bonos GO 2012-2014.** Además, tenga en cuenta que el 19 de diciembre del 2019, el Tribunal de Distrito emitió una orden para el manejo del caso (la "Orden de Manejo del Caso") aprobando un itinerario de alegatos para mociones de desestimación con respecto a la **Objeción de Bonos GO 2011, la Objeción de Bonos AEP y la Objeción de Bonos GO 2012-2014 (colectivamente, "Objeciones a Reclamaciones").**

El itinerario de alegatos que gobierna dichas mociones de desestimación es el siguiente:

| | |
|---|---|
| Alegato(s) Inicial para las Partes Identificadas (según definido en la Orden de Manejo del Caso) | 5 de febrero de 2020 |
| Alegato(s) Inicial para todos los demás tenedores de bonos o partes interesadas | 19 de febrero de 2020 |
| Alegato(s) en oposición | 18 de marzo de 2020 |
| Alegato(s) de réplica para las Partes Identificadas | 8 de abril de 2020 |
| Alegato(s) de réplica para todos los demás tenedores de bonos o partes interesadas | 20 de abril de 2020 |
| Vista | 30 de abril de 2020 |

Por favor tenga en cuenta que el itinerario de alegatos antes mencionado puede cambiar, y que dichos cambios serían reflejados en las órdenes y notificaciones adicionales del tribunal según sea necesario.

Si pretende participar en los alegatos de mociones dispositivas, deberá cumplir con los requisitos esbozados en la Orden de Manejo del Caso. Una copia de la **Orden de Manejo del Caso está incluida con esta Notificación.**[4] En el Internet aparecerá información adicional sobre las Objeciones a Reclamaciones, incluyendo cualquier cambio al itinerario de alegatos, bajo el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-Index [bajo la sección "Litigation Notices"].

**III. Información Adicional**

Envíe por escrito las solicitudes de las versiones en inglés de este Aviso y cualquier pregunta relacionada con este Aviso, a la siguiente dirección:

Requests for English-language versions of this Notice and any questions regarding this Notice should be made in writing to:

Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690

**IV. Números CUSIP de Bonos Sujetos a Objeciones a Reclamaciones.**

Los números CUSIP de los bonos de obligación general sujetos a la Objeción de Bonos GO 2011 son:

| Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| 2011 C | 74514LXH5 | 2011 C | 74514LXA0 | 2011 D | 74514LZA8 | 2011 D | 74514LZF7 | 2011 E | 74514LZL4 |
| 2011 C | 74514LXG7 | 2011 C | 74514LXE2 | 2011 D | 74514LZB6 | 2011 D | 74514LZG5 | 2011 E | 74514LZM2 |
| 2011 C | 74514LWZ6 | 2011 C | 74514LXC6 | 2011 D | 74514LZC4 | 2011 D | 74514LZH3 | 2011 E | 74514LZN0 |
| 2011 C | 74514LXF9 | 2011 C | 74514LXB8 | 2011 D | 74514LZD2 | 2011 D | 74514LZJ9 | 2011 E | 74514LZP5 |
| 2011 C | 74514LXD4 | 2011 C | 74514LWX1 | 2011 D | 74514LZE0 | 2011 E | 74514LZK6 | 2011 E | 74514LZQ3 |
| 2011 C | 74514LWY9 | 2011 PIB | 74514LYW1 | | | | | | |

Los números CUSIP de los Bonos AEP sujetos a la Objeción de Bonos AEP son:

| Serie | CUSIP | Serie | CUSIP | Serie | CUSIP | Serie | CUSIP | Serie | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| R | 745235M57 | S | 745235N49 | S | 745235P21 | S | 745235P70 | U | 745235S69 |
| R | 745235M65 | S | 745235N56 | S | 745235P39 | T | 745235020 | U | 745235R94 |
| R | 745235M73 | S | 745235N64 | S | 745235P47 | U | 745235R52 | U | 745235S28 |
| R | 745235M81 | S | 745235N72 | S | 745235P54 | U | 745235R60 | U | 745235S36 |
| S | 745235M99 | S | 745235N80 | S | 745235P88 | U | 745235R78 | U | 745235S44 |
| S | 745235N23 | S | 745235N98 | S | 745235P62 | U | 745235R86 | U | 745235R37 |
| S | 745235N31 | | | | | | | | |

Los números CUSIP de los bonos de obligación general sujetos a la Objeción de Bonos GO 2012-2014 son:

| Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LB55 | 2012 A | 74514LA31 | 2012 A | 74514LC47 | 2012 B | 74514LA23 |
| 2012 A | 74514LB63 | 2012 A | 74514LD46 | 2012 A | 74514LC21 | 2012 A | 74514LC54 | 2012 B | 74514LZV2 |
| 2012 A | 74514LA49 | 2012 A | 74514LB97 | 2012 A | 74514LD20 | 2012 A | 74514LD38 | 2012 B | 74514LZW0 |
| 2012 A | 74514LA56 | 2012 A | 74514LD61 | 2012 A | 74514LB48 | 2012 A | 74514LA64 | 2012 B | 74514LZX8 |
| 2012 A | 74514LC88 | 2012 A | 74514LC96 | 2012 A | 74514LA72 | 2012 A | 74514LA98 | 2012 B | 74514LZY6 |
| 2012 A | 74514LD87 | 2012 A | 74514LD79 | 2012 A | 74514LC62 | 2012 A | 74514LB30 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LA80 | 2012 A | 74514LC70 | 2012 A | 74514LB22 | 2012 A | 74514LB71 | 2014 | 74514LE86 |
| 2012 A | 74514LC39 | 2012 A | 74514LD53 | | | | | | |

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Quiebra Núm. 19-BK-5233-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] La Objeción de Bonos GO 2012-2014 objeta reclamaciones presentadas o incoadas por tenedores de ciertos Bonos de Obligación General emitidos en el 2012 y 2014 (según se detalla en la Objeción a Reclamación GO 2012-2014).

[3] Entre otros asuntos, la orden de procedimientos requería que los tenedores de los Bonos GO 2012-2014 que desearan participar en el litigio de la Objeción de Bonos GO 2012-2014 sometieran aviso de participación en o antes del 16 de abril de 2019.

[4] La Orden de Manejo del Caso también ordena un itinerario para los alegatos de mociones para desestimar procedimientos adversativos que buscan una determinación sobre, *inter alia*, la validez de los gravámenes de incoados por tenedores de bonos GO y AEP y, si estos gravámenes son válidos, evitarlos (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296 y 19-297, colectivamente "Impugnaciones de Gravámenes GO"). Los Demandados en las Impugnaciones de Gravámenes GO también recibirán una copia de la Orden de Manejo del Caso.

971-80228-1

**1505 Abogados**

## Casos de Horas Extras, Salario Mínimo, Discriminación, Acoso Sexual, y Derechos Laboral

Hemos recuperado millones para nuestro clientes (resultados pasado no garantiza futuros resultados)
*No importa su estatus legal y no cobramos si no ganamos*



# Hang & Associates, PLLC
# (718)353-8522
www.hanglaw.com

CONSULTA GRATIS

136-20 38th Avenue, Suite 10G
Flushing, New York 11354



PREGUNTA POR LA ABOGADA ZINDZI QUE HABLA ESPAÑOL

988-79007-1

---

## ACCIDENTES DE CONSTRUCCIÓN

Accidentes de Autos • Mala Practica Medica
• Muerte por Negligencia

Llame los 7 días en Español

*Abogado con muchos años de experiencia que te ayudara con humanismo y profesionalismo en tu idioma*

**(646) 620-2390 • (212) 683-3800**

## William Schwitzer & Associates, PC

820 SECOND AVE. 10TH FL., NY, NY 10017

988-79325-1

---

## ACCIDENTES DE CONSTRUCCIÓN
**Más de 30 Años de Experiencia**



• Consulta Gratis
• No pagas si no ganas

## GORAYEB
& ASSOCIATES P.C.
**Los Abogados del Pueblo**
Su estado migratorio no importa
**(212) 267-9222 | gorayeb.com**

971-79812-1

---

## ¿MALA PRACTICA MEDICA?



Encuentre en nuestras páginas un abogado que lo ayude



---

**1505 Abogados**

## ¿DIVORCIO?
## ¿CORTE DE FAMILIA?



Encuentre en nuestras páginas un abogado que lo apoye



---


*AVISOS PERSONALES*

---

**1705 Intercambios Sociales**

## 347-580-2568
COREANA Y JAPONESA
SEXY ASIATICAS, FLUSHING.

**BROOKLYN**
55 St. and 6 Ave.
Chinese, Korean, Japanese.
646-925-7283   11-2AM

**FLUSHING**
Chinese, Korean, Japanese Girls
917-775-4081   Open 24/7
37 Ave./Main Street.

**GOOD PLACE**
JAPONESAS, MALAYSIA,
FILIPINA, ASIAN, COREANA.
QUEENS. 518-978-0608

**KARINA ECUATORIANA**
Delivery. Solicito Chicas.
**347-405-2357**

**REINA**
MADURA .BRONX. SITIO.
**646-262-3836**

---


**1805 Personales**

**LOOKING FOR LOVE**
Spanish or Dominican girl btwn 35-45 yrs old, speaks English. Bensonhurst, Brooklyn only. Call Eddie. 347-856-1937