## EXHIBIT C

**El Nuevo Herald**

# Miami Herald
## el Nuevo Herald

State of: Florida                                         January 9, 2020
County of:  Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as ***EL Nuevo Herald*** has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of Miami Herald for Commonwealth of Porto-Rico Case number 17-BK-3283 (LTS) , *Legal Notice* was distributed to Publishers full circulations (**EL Nuevo Herald** ) On the 9th   day of  January 9, 2020.

By: *Matthew Weisberg*

Subscribed and sworn to before me this 9th  day of January , 2020

Notary public: _____

Notary seal:



# Miami Herald
**MEDIA COMPANY**

3511 NW 91 Avenue, Miami, FL 33172 [ ********@miamiherald.com [  www.miamiherald.com  |  www.elnuevoherald.com

VIENE DE LA 3A

# BROZA

himno de paz en el conflicto entre Israel y Palestina.

"Fue una época de euforia. Pensábamos que la guerra había terminado, pero no fue así", dijo sin profundizar en detalles.

Cuando deriva al tema de la música, el cantautor menciona a Miles David, Paul Simon, Bob Dylan, Serrat y Paco Ibáñez entre sus principales influencias.

En cuanto a los grandes momentos de su trayectoria, afirmó que ha tenido "muchos" porque ha podido vivir en España y Estados Unidos, donde ha tenido que adaptarse a las exigencias de públicos diferentes y comenzar de nuevo su carrera.

La labor humanitaria de Broza es otra de sus prioridades. Aparte del trabajo en la reeducación de niños con problemas de conducta, que lleva a cabo en su país, ha propiciado encuentros entre israelíes y palestinos a través de organizaciones regionales y de su propia gestión. Entre los proyectos más recientes destaca One Million Guitars, una iniciativa suya encaminada a impartir clases de guitarra en escuelas ubicadas en zonas de bajos recursos de Estados Unidos e Israel.

Las guitarras son diseñadas por el cantautor y se le entregan a los niños de forma gratuita.

"Siempre he tratado de involucrarme en todos los proyectos sociales que estén a mi alcance. Es algo que heredé de mis padres y que inculqué a mis hijos. No me gusta quedarme con los brazos cruzados ante cualquier problema que atraviese un ser humano. Ayudar nos hace mejores", concluyó.

CORTESÍA D. Broza

DAVID BROZA junto a niños que participan en el programa One Million Guitars en una escuela pública del Bronx, Nueva York.

*Arturo Arias-Polo: 305-376-2116, @arturoariaspolo*

*Concierto de David Broza y el Trío Havana. Centro de Arte y Cultura de Aventura. 3385 NE 188 St. Aventura. Domingo 12 de enero, 8 p.m. Boletos: $45-$100. Informes: 877-311-7469 ext. 1 o www.ticketmaster.com*

## CÓMO CONTACTARNOS

Subscripciones: 1 800 843-4372
Anuncios clasificados 1 866 860-6000
Otros anuncios: 305-376-2820
Para la entrega de su periódico: 1 800 843-4372
Horario de servicio será:
Lunes a viernes: 7:00 a.m. a 3:00 p.m.
Sábados: cerrado • domingos: 7:00 a.m. a 11:00 a.m.
Para servicio al suscriptor
www.elnuevoherald.com/servicio
**¿No le han entregado su periódico?** Si no ha recibido su diario antes de las 6 a.m. (7:30 a.m. fines de semana) en Miami-Dade o Broward, llame al 1-800-THEHERALD (1-800-843-4372) para pedir que una copia de reemplazo sea entregada al día siguiente o solicitar un crédito a su cuenta. La veracidad de la noticia es importante para nosotros. Favor de comunicarnos cualquier error, aclaración u omisión.

**DEPARTAMENTOS DE NOTICIAS:**
Mesa de Redacción: 305-376-2285
Galería y entretenimiento: 305-376-2183
Revista Viernes: 305-376-2217
Deportes: 305-376-2147
Fotografía: 305-376-3582
Perspectiva/Opiniones: 305-376-2166
perspectiva@elnuevoherald.com
General: 305-376-3535

**EJECUTIVOS DE LA REDACCIÓN**
Aminda Marqués González — Presidente / Directora Ejecutiva
305-376-3429 — amarques@miamiherald.com
Nancy San Martín — Subdirectora
305-376-4722 — nsanmartin@miamiherald.com
Maru Antuñano — Editora Jefe de Producción y Secciones Especiales
305-376-2183 — mantunano@elnuevoherald.com
Luisa Yanez — Coordinadora de Opinión
305-376-4627 — lyanez@miamiherald.com
Orlando Mellado — Jefe de Fotografía y video
305-376-3582 — omellado@elnuevoherald.com

**AUTORIZACIÓN PARA REIMPRIMIR:**
El contenido de información que aparece en el Nuevo Herald está protegido por el Federal Copyright Act (la ley de derechos de autor). No se permiten reproducciones sin permiso por escrito. Para solicitar autorización llame a los siguientes números. Fotos y gráficas: 305-376-3582; ediciones atrasadas: 305-376-3719 o por email a: backissues@miamiherald.com.

**PRECIOS DE ENTREGA A DOMICILIO POR SEMANA**
**En Miami Dade y Broward:** 7 días = $25/semanal; jueves a domingo = $20/semanal; sábado y domingo $16/ semanal, domingo = $12/semanal. No incluye impuesto.
**Diario digital:** $15.99 mensuales. Precio del periódico en máquinas; diario $1.50, y domingos $3.00. En estanquillos, diario $1.50 y domingos $3.00 más impuestos. Ediciones Especiales $4.99

VIENE DE LA 3A

# POLICÍA

na documentación que avale el número de horas que realmente trabajaron.

Como respuesta al informe, los jefes policiales dijeron que contratarán a un auditor independiente para supervisar el trabajo fuera de servicio de los agentes. La ciudad espera tener terminado el estudio a finales de este año.

En total, los agentes de la Policía de Miami ganaron más de $70 millones fuera de servicio entre 2015 y 2018, en una práctica que también beneficia a la ciudad, ya que una tarifa administrativa de $4.50 por hora por agente y por lugar para trabajo fuera de servicio permanente va directamente a las arcas de la ciudad. Según documentos municipales, entre 2015 y 2018 Miami recaudó $6.4 millones por este tipo de cargo.

Según los reglamentos de la ciudad, a un agente no se le permite trabajar en otro empleo durante su horario regular, no puede trabajar más de 16 horas al día entre las horas regulares y las extras combinadas, y no puede trabajar más de 36 horas semanales en un empleo fuera de servicio.

En líneas generales, la auditoría concluyó que no hay suficiente comunicación entre los sistemas fuera de servicio y de servicio; que hubo excesos, ya que muchos de los pagos no se hicieron como de nómina; que el exceso de horas fuera de servicio podría provocar conflictos de interés y afectar el rendimiento de los agentes durante su horario de trabajo habitual.

Guba dijo que para reducir este abuso potencial la ciudad tiene que poner en manos de una tercera persona su programa de revisión.

Ken Russell, comisionado de Miami, dijo que apoya que los agentes trabajen horas adicionales, pero admitió que el sistema en vigor necesita una mayor supervisión.

"Los resultados de esta auditoría demuestran claramente que el actual sistema tiene que ser mejorado", dijo Russell. "He hablado con el jefe de la Policía y revisaremos sus recomendaciones, entre otras la posibilidad de contratar a una persona que se encargue de supervisar el programa fuera de servicio".

*Joe Flechas, reportero del Miami Herald, contribuyó a este reportaje.*

VIENE DE LA 3A

# DORAL

Boronat.

Durante la ceremonia, el alcalde se refirió al ejemplo de lucha incansable de Sosa Fortuny. También hicieron uso de la palabra el sobrino de Sosa Fortuny, Rafael Fortuny, quien recibió la proclama de la Ciudad, y los ex presos políticos Jose Luis Fernández y Luis Zúñiga.

El pasado diciembre, la Ciudad de Miami también declaró un día en honor del preso político fallecido. El alcalde Francis Suárez hizo una apasionada defensa del legado del exilio cubano y pidió a las nuevas generaciones de cubanoamericanos "entender el sacrificio supremo de estas personas que lo dieron todo por la libertad".

Sosa Fortuny pasó 43 de sus 76 años en cárceles cubanas. Sosa Fortuny fue encarcelado en dos ocasiones por luchar por la libertad de Cuba. Su primera condena la cumplió desde 1960 hasta 1978.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br>Deudores.[1] | PROMESA<br>Título III<br>Caso Núm. 17-BK-3283 (LTS)<br>(Administrado Conjuntamente) |

**AVISO DE (I) OBJECIÓN DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A (A) RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2011 Y (B) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO POR TENEDORES DE CIERTOS BONOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO Y (II) ITINERARIO DE ALEGATOS SOBRE MOCIONES DE DESESTIMACIÓN CON RESPECTO A OBJECIONES A (A) RECLAMACIONES PRESENTADAS POR TENEDORES DE CIERTOS BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2011, (B) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO POR TENEDORES DE CIERTOS BONOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, Y (C) RECLAMACIONES PRESENTADAS O INCOADAS POR TENEDORES DE BONOS DE OBLIGACIÓN GENERAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DEL 2012 Y 2014**

Este aviso es para (a) los tenedores de (i) uno o más bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico (el "ELA") en el 2011 (los "Bonos GO 2011"),(ii) uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico (los "Bonos AEP") en el 2011 y 2012, y/o (iii) uno o más bonos de obligación general emitidos por el ELA en el 2012 o 2014 (los "Bonos GO 2012-2014") y/o (b) las partes que han sometido avisos de participación con respecto a la orden de procedimientos [Docket Núm. 5143] sobre la *Objeción Ómnibus de (I) la Junta de Supervisión y Administración Financiera Para Puerto Rico, actuando a través del Comité de Reclamaciones Especiales, y (II) el Comité Oficial de Acreedores No Asegurados, a tenor con la Sección 502 del Código de Quiebras y la Regla de Quiebras 3007, a Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico* [Docket Núm. 4784] (la "Objeción de Bonos GO 2012-2014").[2]

**I. Notificación de Objeción de Bonos GO 2011 y Objeción de Bonos AEP.** Por favor tenga en cuenta que el Comité Oficial de Acreedores no Asegurados (el "Comité" u "Objetor") ha presentado (a) una objeción, fechada el 21 de mayo de 2019 [Docket Núm. 7057] (la "Objeción de Bonos GO 2011") a reclamaciones presentadas o incoadas por titulares de ciertos Bonos GO 2011 y (b) una objeción, fechada el 18 de julio de 2019 [Docket Núm. 8141] (la "Objeción de Bonos AEP"), a reclamaciones presentadas o incoadas por los titulares de ciertos Bonos AEP contra el ELA basado en una garantía del ELA. Puede encontrar el texto completo de la Objeción de Bonos GO 2011 en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=7057. Puede encontrar el texto completo de la Objeción de Bonos AEP en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=8141.

La Objeción de Bonos GO de 2011 tiene el propósito de rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2011 (las "Reclamaciones de los Bonos GO de 2011"). La Objeción de Bonos AEP tiene el propósito de rechazar e invalidar reclamaciones presentadas o incoadas contra el Estado Libre Asociado basado en ciertos Bonos AEP garantizados por el ELA (las "Reclamaciones de los Bonos AEP"). **Sujeto a los derechos apelativos aplicables, si el Tribunal concede la Objeción de Bonos GO 2011 y/o la Objeción de Bonos AEP total o parcialmente, la recuperación de los titulares de Bonos GO 2011 por cuenta de los Bonos GO 2011 y la recuperación de los titulares de Bonos AEP por cuenta de los Bonos AEP, según aplicable, se eliminará total o parcialmente, y a estos reclamantes les quedará prohibido permanentemente hacer valer dichas reclamaciones contra el ELA, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III, y participar en cualquier distribución en este Caso bajo el Título III por cuenta de dichas Reclamaciones de los Bonos GO de 2011 y Reclamaciones de los Bonos AEP, según aplicable. Por tanto, la Objeción de Bonos GO 2011 y la Objeción de Bonos AEP pueden afectar sus derechos.**

Por favor también tenga en cuenta que el Comité y la Junta de Supervisión y Administración Financiera Para Puerto Rico además radicaron la Objeción de Bonos GO 2012-2014 el 14 de enero de 2019, cuyo propósito es rechazar e invalidar reclamaciones a cuenta de los Bonos GO 2012-2014. El Aviso de la Objeción de Bonos GO 2012-2014 fue notificada a los tenedores de los Bonos GO 2012-2014 de conformidad con la orden de procedimiento del Tribunal con fecha del 15 de febrero de 2019 [Docket Núm. 5143].[3]

**II. Itinerario de Alegatos sobre Mociones de Desestimación con Respecto a Objeción de Bonos GO 2011, Objeción de Bonos AEP, y Objeción de Bonos GO 2012-2014.** Además, tenga en cuenta que el 19 de diciembre del 2019, el Tribunal de Distrito emitió una orden para el manejo del caso (la "Orden de Manejo del Caso") aprobando un itinerario de alegatos para mociones de desestimación con respecto a la **Objeción de Bonos GO 2011, la Objeción de Bonos AEP y la Objeción de Bonos GO 2012-2014 (colectivamente, "Objeciones a Reclamaciones")**.

El itinerario de alegatos que gobierna dichas mociones de desestimación es el siguiente:

| | |
|---|---|
| Alegato(s) Inicial para las Partes Identificadas (según definido en la Orden de Manejo del Caso) | 5 de febrero de 2020 |
| Alegato(s) Inicial para todos los demás tenedores de bonos o partes interesadas | 19 de febrero de 2020 |
| Alegato(s) en oposición | 18 de marzo de 2020 |
| Alegato(s) de réplica para las Partes Identificadas | 8 de abril de 2020 |
| Alegato(s) de réplica para todos los demás tenedores de bonos o partes interesadas | 20 de abril de 2020 |
| Vista | 30 de abril de 2020 |

Por favor tenga en cuenta que el itinerario de alegatos antes mencionado puede cambiar, y que dichos cambios serían reflejados en las órdenes y notificaciones adicionales del tribunal según sea necesario.

Si pretende participar en los alegatos de mociones dispositivas, **deberá cumplir con los requisitos esbozados en la Orden de Manejo del Caso. Una copia de la Orden de Manejo del Caso está incluida con esta Notificación**.[4] En el Internet aparecerá información adicional sobre las Objeciones a Reclamaciones, incluyendo cualquier cambio al itinerario de alegatos, bajo el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-Index [bajo la sección "Litigation Notices"].

**III. Información Adicional**

Envíe por escrito las solicitudes de las versiones en inglés de este Aviso y cualquier pregunta relacionada con este Aviso, a la siguiente dirección:

Requests for English-language versions of this Notice and any questions regarding this Notice should be sent in writing to:

Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690

**IV. Números CUSIP de Bonos Sujetos a Objeciones a Reclamaciones.**

Los números CUSIP de los bonos de obligación general sujetos a la Objeción de Bonos GO 2011 son:

| Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| 2011 C | 74514LXH5 | 2011 C | 74514LXA0 | 2011 D | 74514LZA8 | 2011 D | 74514LZF7 | 2011 E | 74514LZL4 |
| 2011 C | 74514LXG7 | 2011 C | 74514LXE2 | 2011 D | 74514LZB6 | 2011 D | 74514LZG5 | 2011 E | 74514LZM2 |
| 2011 C | 74514LWZ6 | 2011 C | 74514LXC6 | 2011 D | 74514LZC4 | 2011 D | 74514LZH3 | 2011 E | 74514LZN0 |
| 2011 C | 74514LXF9 | 2011 C | 74514LXB8 | 2011 D | 74514LZD2 | 2011 D | 74514LZJ9 | 2011 E | 74514LZP5 |
| 2011 C | 74514LXD4 | 2011 C | 74514LWX1 | 2011 D | 74514LZE0 | 2011 E | 74514LZK6 | 2011 E | 74514LZQ3 |
| 2011 C | 74514LWY9 | 2011 PIB | 74514LYW1 | | | | | | |

Los números CUSIP de los Bonos AEP sujetos a la Objeción de Bonos AEP son:

| Serie | CUSIP | Serie | CUSIP | Serie | CUSIP | Serie | CUSIP | Serie | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| R | 745235M57 | S | 745235N49 | S | 745235P21 | S | 745235P70 | U | 745235S69 |
| R | 745235M65 | S | 745235N56 | S | 745235P39 | T | 745235Q20 | U | 745235R94 |
| R | 745235M73 | S | 745235N64 | S | 745235P47 | U | 745235R52 | U | 745235S28 |
| R | 745235M81 | S | 745235N72 | S | 745235P54 | U | 745235R60 | U | 745235S36 |
| S | 745235M99 | S | 745235N80 | S | 745235P88 | U | 745235R78 | U | 745235S44 |
| S | 745235N23 | S | 745235N98 | S | 745235P62 | U | 745235R86 | U | 745235R37 |
| S | 745235N31 | | | | | | | | |

Los números CUSIP de los bonos de obligación general sujetos a la Objeción de Bonos GO 2012-2014 son:

| Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP | Emisión | CUSIP |
|---|---|---|---|---|---|---|---|---|---|
| 2012 A | 74514LB89 | 2012 A | 74514LB55 | 2012 A | 74514LA31 | 2012 A | 74514LC47 | 2012 B | 74514LA23 |
| 2012 A | 74514LB63 | 2012 A | 74514LD46 | 2012 A | 74514LC21 | 2012 A | 74514LC54 | 2012 B | 74514LZV2 |
| 2012 A | 74514LA49 | 2012 A | 74514LB97 | 2012 A | 74514LD20 | 2012 A | 74514LD38 | 2012 B | 74514LZW0 |
| 2012 A | 74514LA56 | 2012 A | 74514LD61 | 2012 A | 74514LB48 | 2012 A | 74514LA64 | 2012 B | 74514LZX8 |
| 2012 A | 74514LC88 | 2012 A | 74514LC96 | 2012 A | 74514LA72 | 2012 A | 74514LA98 | 2012 B | 74514LZY6 |
| 2012 A | 74514LD87 | 2012 A | 74514LD79 | 2012 A | 74514LC62 | 2012 A | 74514LB30 | 2012 B | 74514LZZ3 |
| 2012 A | 74514LA80 | 2012 A | 74514LC70 | 2012 A | 74514LB22 | 2012 A | 74514LB71 | 2014 | 74514LE86 |
| 2012 A | 74514LC39 | 2012 A | 74514LD53 | | | | | | |

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Quiebra Núm. 19-BK-5233-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] La Objeción de Bonos GO 2012-2014 objeta reclamaciones presentadas o incoadas por tenedores de ciertos Bonos de Obligación General emitidos en el 2012 y 2014 (según se detalla en la Objeción a Reclamación GO 2012-2014).

[3] Entre otros asuntos, la orden de procedimientos requería que los tenedores de los Bonos GO 2012-2014 que desearan participar en el litigio de la Objeción de Bonos GO 2012-2014 sometieran aviso de participación en o antes del 16 de abril de 2019.

[4] La Orden de Manejo del Caso también ordena un itinerario para los alegatos de mociones para desestimar procedimientos adversativos que buscan una determinación sobre, *inter alia*, la validez de los gravámenes de incoados por tenedores de bonos GO y AEP, y, si estos gravámenes son válidos, evitarlos (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296 y 19-297, colectivamente "Impugnaciones de Gravámenes GO"). Los Demandados en las Impugnaciones de Gravámenes GO también recibirán una copia de la Orden de Manejo del Caso.

CONSEJOS EXPERTOS — CRUISE.COM — LOS PRECIOS MÁS BAJOS
Nunca un cargo de reserva
LOS PRECIOS MÁS BAJOS, ¡GARANTIZADO

¡SUPER VENTAS PARA EL INVIERNO!
hasta $1,700 de Crédito a Bordo, hasta $1,700 de Reembolso, 60% DCT. en el 2do Huésped, 30% DCT. en el 3er/4to Huésped, Obtenga 2 a 4 Comodidades, Propinas Incluidas, Cena Especial Gratis para 2, Internet Gratis, Paquete de Bebida Gratis, Mejoras Gratis, Niños Viajan gratis y con Depósito Reducido en ciertos cruceros y categorías.

ALASKA — BAHAMAS — CARIBE — EUROPA — EXÓTICA

OFERTA DE LA SEMANA
Costa
10 Días al Caribe
saliendo de Port Everglades, FL, Ida y Vuelta
Desde $599*
Reciba hasta $500 DCT., + Hasta $400 de Créditos a Bordo en ciertos cruceros y categorías.

866-263-5855

*Precios por pers. c/aloj. dbl. sólo en Crucero en algunas gras. Hay ciertas restricciones. Los impuestos y cargos del gobierno son adicionales. Los precios incluyen NFCs. Los precios son en dólares de EE.UU. y pueden incluir Tarifas de Residente. Todos los itinerarios y precios están vigentes el día de la publicación de este anuncio y están sujetos a cambio sin aviso. Todas las ofertas exclusivas son por camarote en ciertos barcos y fechas de viaje y no son canjeables por dinero en efectivo ni pueden combinarse con otras promociones. Barcos Registrados en Las Bahamas y Panamá. CST #2015595-50 / Precios Más Bajos, Garantizados: Para tener derecho a esta garantía, el precio de la competencia que aparece en el anuncio debe estar disponible para reservación y ser una oferta idéntica de Sólo-Crucero. (Barco, Fecha, Destino, Categoría, etc). El cliente debe cumplir con las normas vigentes de las líneas de cruceros que anuncien la oferta. La garantía no incluye transporte aéreo ni terrestre, ciertos cargos a bordo, etc. Esta oferta es válida sólo para líneas de cruceros afiliadas con CLIA.