21 de enero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 23 PM 4 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Mi nombre es Maritza Cruz Rosado, número de caso 17BK 03283-LTS, y número de reclamación #112376 con seguro social _____. Solicito la reclamación por demanda de clase a través del Departamento de Educación de Puerto Rico. Entiendo que durante los años donde laboré con el Departamento de Educación y con quien aún laboro no se me adjudicó una serie de saldos, llamados salarios impagos. Laboré durante y desde el 2000, al presente en el Departamento de Educación de Puerto Rico.

Mi correo electrónico es eleonoraemperatriz79@gmail.com, mi número de celular es (787) 346-0871.

Corrijo que mi dirección es Calle San Pedro M-8 Notre Dame, Caguas, P.R. 00725, ya que estaba incorrecta en las pasadas cartas.

Gracias por su atención.

Maritza Cruz Rosado
Maritza Cruz Rosado
Calle San Pedro M-8 Notre Dame, Caguas
P.R. 00725