Maritza Cruz Rosado
Calle San Pedro M-8
Urb. Notre Dame, Caguas, P.R.
00725

RETURN RECEIPT REQUESTED

7019 1640 0001 3360 7103

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
JAN 22, 20
AMOUNT
$6.85
R2304M114409-19