21 de enero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 23 PM 4:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Solicito la reclamación por demanda de clase a través del Departamento de Educación de Puerto Rico.

Mi nombre es Martha Cruz Rosado, número de reclamación 128952, mi Seguro Social es _____. Entiendo que durante los años que he laborado con el Departamento de Educación no se me adjudicó una serie de salarios, llamados salarios impagos. Laboro en el Departamento de Educación desde octubre de 1998 hasta el presente. Comprendiendo 22 años.

Cordialmente,

Martha Cruz Rosado

marthacruz2125@gmail.com
Cel. (787) 327-4440