Martha Cruz Rosado
C/San Pedro M-8
Notre Dame
Caguas, P.R. 00725

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
JAN 22, 20
AMOUNT
$6.85
R2304M114409-19

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 JAN 23 PM 4:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN