UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>Debtor. [1] | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq.*, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Fernando Van Derdys of Reichard & Escalera LLC hereby enters his appearance in the above-captioned cases ("the Cases") as co-counsel to Cobra Acquisitions LLC ("Cobra").

**PLEASE TAKE FURTHER NOTICE** that the Cobra, as party in interest hereto, requests that all notices and papers filed or entered in the Cases and all papers served or required to be served in the Cases be given to and served upon it through the undersigned counsel identified below at the following addresses and further requests to be added to any master service list, or any other similar notice list applicable to the Cases:

| REICHARD & ESCALERA, LLC | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| Rafael Escalera Rodríguez<br>escalera@reichardescalera.com<br><br>Sylvia M. Arizmendi<br>arizmendis@reichardescalera.com<br><br>Alana Vizcarrondo-Santana<br>vizcarrondo@reichardescalera.com<br><br>Fernando Van Derdys<br>fvander@reichardescalera.com<br><br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Telephone: (787) 777-8888 | Thomas P. McLish (*pro hac vice*)<br>tmclish@akingump.com<br><br>Scott M. Heimberg (*pro hac vice*)<br>sheimberg@akingump.com<br><br>Allison S. Thornton (*pro hac vice*)<br>athornton@akingump.com<br><br>2001 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288<br><br>and<br><br>Ira S. Dizengoff (*pro hac vice*)<br>Philip C. Dublin (*pro hac vice*)<br>Stephen M. Baldini (*pro hac vice*) |

|  | idizengoff@akingump.com <br> pdublin@akingump.com <br> sbaldini@akingump.com <br><br> Akin Gump Strauss Hauer & Feld LLP <br> One Bryant Park <br> New York, New York 10036 <br> Telephone: (212) 872-1000 <br> Facsimile: (212) 872-1002 |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in PROMESA, the Bankruptcy Code, and the Bankruptcy Rules, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the Cases and any proceedings therein, all of which are to be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of Cobra: (i) to trial by jury in the Cases or any controversy or proceeding related to the Cases; and (ii) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Cobra is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

DATED: January 24, 2020

| | |
|---|---|
| Respectfully submitted,<br><br>REICHARD & ESCALERA<br><br>**By :** _/s/ Rafael Escalera_____<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com<br><br>_/s/ Sylvia M. Arizmendi_____<br>**Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com<br><br>_/s/ Alana Vizcarrondo-Santana_<br>**Alana Vizcarrondo-Santana**<br>USDC-PR No. 301614<br>vizcarrondo@reichardescalera.com<br><br>_/s/ Fernando Van Derdys_____<br>**Fernando Van Derdys**<br>USDC-PR 201913<br>fvander@reichardescalera.com<br><br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>Thomas P. McLish (_pro hac vice_)<br>tmclish@akingump.com<br><br>Scott M. Heimberg (_pro hac vice_)<br>sheimberg@akingump.com<br><br>Allison S. Thornton (_pro hac vice_)<br>athornton@akingump.com<br><br>2001 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288<br><br>and<br><br>Ira S. Dizengoff (_pro hac vice_)<br>Philip C. Dublin (_pro hac vice_)<br>Stephen M. Baldini (_pro hac vice_)<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>sbaldini@akingump.com<br><br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/ *Fernando Van Derdys*
USDC-PR 201913