United State District Court For The Distict of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 17 B K 3283-LTS

_____119_____—OMNIEUS OBJECTION (NON-SUBSTANTIVE) OF

THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING

INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC 8978-4

Proof of Claim: 104451

Dame and Address: Agnes Caballero Muñoz
Los Colobos Park 411 Húcar, Carolina, P.R. 00987

Reclama al Gobierno del Estado Libre Asoiado de Puerto Rico; al Gobierno de Puerto Rico y al Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados ___30.5___

Cantidad Reclamada $36,000.00

Página 2

Ley 91 del año __3% aumento costo de vida__

Años Reclamados __2__

Cantidad Reclamada __$74.25__

Ley 96- Sila

Años Reclamados __16__

Cantidad Reclamada __$19,200.00__

Adjunto evidencia en réplica de la información solicitada:

1- Certificación del Depto. Educación
2- Certificación de pensión Retiro de Maestro
3- Copia talonario sueldo
4- Copia de la página 77 del libro Financial Oversight and Managment Board for Puerto Rico

Solicito la adjudicación de mi petición según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: __Agnes Caballero Muñoz__

Firma: __[signature]__   Fecha: __enero 2020__

agnescaballero1972@gmail.com
787-3642640