## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

23 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | AGNES CABALLERO MUNOZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | SAN JUAN (III,IV,V) |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2017 |
| Otros | : | |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. AGNES CABALLERO MUÑOZ**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 24 de diciembre de 2017 |
| Tiempo Cotizado para la Pensión | 30 años, 5 meses, 0 semana y 0 días |
| Fecha de Efectividad de la Renuncia | 23 de diciembre de 2017 |
| Fecha de Efectividad de la Pensión | 24 de diciembre de 2017 |
| Pensión Mensual Actual | $2,047.50 |

Esta certificación se expide hoy, **23 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414     787.764.6910     www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2019 |
| Hasta: | 09/30/2019 |

Business Unit: PUERT
Aviso #: 3614900
Fecha Aviso: 09/27/2019

AGNES CABALLERO MUNOZ
URB LOS COLOBOS
411 CALLE HUCAR
CAROLINA PR 00987-8318
SS: XXX-XX-0103

# Empleado: XXXXX
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,047.50 Monthly

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,023.75 | 1,462.50 | 18,427.50 |
| Total: | | | 1,023.75 | 1,462.50 | 18,427.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 34.22 | 615.96 |
| CO-COOP DEPT INSTR | 55.00 | 990.00 |
| SC-AMER FAM LIFE ASS CO | 38.35 | 306.80 |
| Ahorros-AEELA | 30.71 | 552.78 |
| Total: | 158.28 | 2,465.54 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,023.75 | 0.00 | 158.28 | 865.47 |
| Acumulado: | 18,427.50 | 0.00 | 2,465.54 | 15,961.96 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3614900 | 865.47 |
| Total: | 865.47 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3614900

Cant. Deposito: $865.47

TRAY 164 SQ 41210**********SCH 5-DIGIT 00982    41210 2 AV 0.383
AGNES CABALLERO MUNOZ
URB LOS COLOBOS
411 CALLE HUCAR
CAROLINA PR 00987-8318

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 748016104 | $865.47 |
| Total: | | $865.47 |

# NO-NEGOCIABLE

## Centésima décima novena objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 418 | CABALLERO MUNOZ, AGNES<br>411 HUCAR LOS COLOBOS PARK<br>CAROLINA, PR 00987 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 104451 | $ 3,400.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 419 | CABAN CABALLERO, WILSON<br>VILLA FONTANA<br>VIA 14 2JL 462<br>CAROLINA, PR 00983 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13986 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 420 | CABAN MORALES, MARIA E<br>HC 02 BOX 20679<br>AGUADILLA, PR 00603 | 4/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6654 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 421 | CABAN RODRIGUEZ, LUZ M<br>1364 SAN ALFONSO-ALTAMESA<br>SAN JUAN, PR 00921 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 107254 | $ 3,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 422 | CABAN SOTO, ANGEL L<br>PO BOX 1441<br>VICTORIA STATION<br>AGUADILLA, PR 00605 | 3/19/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 3495 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 26-02-2018 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 03:38:15 PM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

| | | | |
|---|---|---|---|
| SEGURO SOCIAL | | NUMERO CASO | 996 |
| NOMBRE | AGNES CABALLERO MUNOZ | NUMERO SOLICITUD | 930969 |
| DIRECCIÓN | LOS COLOBOS PARK | FECHA RADICACION | 20-02-2018 |
| | 411 HUCAR | PENSION AÑOS DE SERVICIO | |
| | CAROLINA, PR 00987 | FECHA NACIMIENTO  EDAD 54.17 | SEXO F |

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| INGRESO A NOMINA: 30-03-2018 | | | |
| FECHA EFECTIVIDAD: 23-12-2017 | $5,713.20 | $2,047.50 | |
| SERVICIOS ACREDITADOS: 30  5  0  0 | | $0.00 | |
| Años Meses Sem Días | | | |
| COSTO ANUALIDAD: $79,693.09 | | | |
| SALARIO PROMEDIO: $2,730.00 | | | |
| AUMENTO POR LEY: | | $2,047.50 | |
| RETROACTIVO: 23-12-2017 AL 15-03-2018 | | | |
| IMPORTE TOTAL (BRUTO) | $5,713.20 | | $24,570.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO | |
|---|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 | 34-22 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $102.66 | $68.44 | |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 | |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 | c/p |
| FINANZAS | 67-059 | $0.00 | $0.00 | |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 | |
| APORT. IND. 9% Cese: 19 octubre 2018 | 26-001 | $614.25 | $245.70 | 122.85 |
| OTROS | | $0.00 | $0.00 | |
| TOTAL DESCUENTO | | $716.91 | $314.14 | |
| NETO | | $4,996.29 | $1,733.36 | |

BONOS  NAVIDAD (BNP): $0.00  VERANO (PBV): $0.00  MEDICAMENTO (PBM): $0.00

| | | |
|---|---|---|
| COMPUTADO POR: | FECHA: feb/26/18 | |
| INTERVENIDO POR: | FECHA: | |
| SUPERVISOR (PENSIONES): | FECHA: 28 feb 2018 | |
| DIRECTOR: | FECHA: | |
| | | FEB 28 2018 |
| INGRESADO A NOMINA POR: | FECHA: 8/3/18 | |
| Mes: ☐ 1ra ☒ 2da | | |
| PAGO GLOBAL POR: | FECHA: 12/3/18 | |
| Mes: ☐ 1ra ☒ 2da ☐ Off Cycle ☐ Pay Line | | |
| SUPERVISOR (NOMINA): | FECHA: 2/4/18 | |