Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 85291

Nombre: Sheila Cartagena Cartagena

Direccion Postal: Apartado 44 Camino Avelino Lopez San Juan, PR 00926

Direccion Residencial: Barrio Santa Olaya Carr 830 Km 5 H 1 Bayamon PR 00956

Num. de contacto:

    Tel. 787-799-1481    Cel. 787-240-0980

Correo electronico: Sheila.cartagena01@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

    A partir de la fecha del documento no recibi Ninguna notificacion para proveer informacion solicitada.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de Educación)
4. Copia listado de Objecion Global - Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

*[Signature: Sheila Cartagena Cartagena]*