## JUSTIFICACIÓN

A: United States District Court For The District Of Puerto Rico

Deudores: The Commonwealth of Puerto Rico, et al.,

No. 17 BK 3283-LTS

Reclamo número: 35147

SRF 38154

Secretaria

Tribunal de Distrito de los Estados Unidos

#150 Chardon Avenue

Federal Building

San Juan (Puerto Rico) 00918

Mediante este documento escrito, quiero justificar el no haber podido completar y enviar la documentación solicitada en mi reclamación número 35147 para en o antes del 14 de enero de 2020. Debido a los eventos sísmicos ocurridos en Puerto Rico desde el 28 de diciembre de 2019, la profesión que ejerzo como Trabajadora Social del Departamento de la Familia y la carga laboral que implica el puesto que ocupo, este documento no pudo ser completado y enviado en su totalidad al 14 de enero de 2020.

Muy respetuosamente, ante los eventos significativos vividos desde el 28 de diciembre de 2019 y que aún continúan, solicito que se acepte toda la documentación aquí sometida referente a mi reclamo número 35147.

Agradezco de antemano esta solicitud,

Yaritza Ortiz Rivera
Urb. Villa Universitaria
Calle 26 S-25
Humacao, PR 00791

A: United States District Court For The District Of Puerto Rico

Deudores: The Commonwealth of Puerto Rico, et al.,

No. 17 BK 3283-LTS

SRF 38154

Claim# 35147

Secretaria

Tribunal de Distrito de los Estados Unidos

#150 Chardon Avenue

Federal Building

San Juan (Puerto Rico) 00918

Yo Yaritza Ortiz Rivera, con número de seguro social en terminal quien reside en Urb. Villa Universitaria calle 26 S-25 Humacao, PR con número de teléfono (787)344-3535 y correo electrónico yaorri2@gmail.com. Inicie labores como empleada del Departamento de la Familia desde el 25 de septiembre de 2001 fungí como Trabajadora Social, luego el 1 de julio de 2007 paso a ser Trabajadora Social IV y como Supervisora en Trabajo Social I el 1 de septiembre de 2007. Es en este último puesto que estoy reclamando mis trienios.

Se somete respuesta ante la reclamación #35147 por los trienios establecidos por ley 184 del 3 de agosto de 2004, conocida como ley para la Administración de los Recursos Humanos en el servicio público Sección 8.3 normas específicas sobre retribución punto número 3 (que los empleados públicos no sindicados y gerenciales que hayan ocupado un puesto regular durante un periodo ininterrumpido de tres años de servicios, sin haber recibido ningún aumento de sueldo recibirán un aumento de hasta un cinco por ciento de su sueldo o su equivalente en tipos intermedios).

El último aumento salarial que se recibió en el año dos mil siete (2007) fue de $3,166.00. A mi mejor entender los trienios que se me deben son correspondientes a los años 2011, 2014 y 2017. Así mismo estimo que el monto de la reclamación total ronda los $15,000.00.

Cabe señalar que, al tener el puesto de Supervisora, no respondo a una unión laboral que haya abogado por un aumento salarial por mi puesto de Supervisora en Trabajo Social. Por otro lado, el Departamento de Recursos Humanos del Departamento de la Familia no ha provisto hasta el momento la evidencia requerida para este caso debido a la perdida de documentación para el Huracán María.

Conozco que la ley por la cual reclamo mis trienios ha sido derogada. Sin embargo, su derogación fue para el año 2017, por lo que a mi mejor entender me corresponde lo que solicito. Así también conozco sobre la ley 7, la cual dejo sin efectos todo tipo de retribución monetaria por un periodo de dos años. Aun así, entiendo que me corresponden los trienios antes mencionados dado a que no confligen los periodos.

Adjunto evidencia:

Notificaciones de cambio

Certificaciones de empleo

Yaritza Ortiz Rivera

Urb. Villa Universitaria

Calle 26 S-25

Humacao, PR 00791