OCAP-11
Rev. 9/87

5ta. COPIA

| 1 SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
| | | | | | | |

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos
Santurce, Puerto Rico 00910

**NOTIFICACION DE
NOMBRAMIENTO Y JURAMENTO**

2. Certificación Número
2001-9--A

3. Fecha de la Certificación
17 AGOSTO 2001

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

| | | |
|---|---|---|
| 4. Nombre del Empleado:<br><br>ORTIZ          RIVERA,          YARITZA<br>(Apellido Paterno)     (Apellido Materno)     (Nombre)<br><br>Si se trata de una mujer casada siga este orden:<br>(1) Apellido paterno seguido de la preposición "DE"<br>(2) Apellido del esposo y (3) Nombre | 5. Nombre según aparece en el Seguro Social<br><br>YARITZA ORTIZ RIVERA | 6. Sexo<br><br>☐ M    ☒ F |
| | 7. Número del Seguro Social<br><br>*[illegible]* | |

| | | | |
|---|---|---|---|
| 8. Dirección del empleado:<br><br>URB. VILLA UNIVERSITARIA | 9. Agencia, Negociado o División, Sección o Unidad y Pueblo<br><br>DPTO. DE LA FAMILIA – REGION SAN JUAN<br>ADM. FAMILIAS Y NIÑOS | | |
| 10. Titulo de Clasificación del Puesto<br><br>TRABAJADOR SOCIAL I | 11. Número de Clase<br><br>G-320-0 | 12. Número del Puesto<br><br>12305310 | |

13. Clase de nombramiento

☐ Regular    ☒ Probatorio    ☐ Transitorio

☐ En el Servicio de Confianza _____
(Indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $ 1,344.00

Diferencial _____

Total $ _____

| | |
|---|---|
| 15. Fecha de efectividad del Nombramiento<br><br>25 SEPTIEMBRE DE 2001 | 16. Fecha en que expira el período probatorio o el nombramiento<br><br>24 MARZO 2002 |
| 17. Anterior Incumbente | 18. Titulo de Clasificación del Puesto<br><br>TRAB. SOCIAL I |

19. Firma de la autoridad nominadora o su representante autorizado:

| | | |
|---|---|---|
| IDALIA COLON RONDON | DIRECTORA REGIONAL | 25 SEPT. 2001 |
| Firma | Titulo | Fecha |

20.    JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, YARITZA ORTIZ RIVERA SS. Núm. *[illegible]* de 22 SOLTERA TRAB. SOC. I , y
(Nombre del Funcionario o Empleado)                                   (Edad)   (Soltero o Casado)   (Nombre del cargo o empleo)

vecino de HUMACAO juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del
(Pueblo)

Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bién y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

25 /Septiembre /01
(Fecha)

Declaración Jurada Núm. 244

_____
(Firma del Empleado o Funcionario)

Suscrito y jurado ante mí por YARITZA ORTIZ RIVERA _____ de las circunstancias antes
(Nombre)

expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante LICENCIA DE CONDUCIR #4175371 ,

En SAN JUAN Puerto Rico 25 de SEPTIEMBRE del año 2001 _____

Firma, Sello y Dirección del Notario Público
o del Funcionario Autorizado que toma
el Juramento

PARA USO EXCLUSIVO DE OCAP

| | | |
|---|---|---|
| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |

J. 99-07-114—600 B—41—IGPR.



**DEPARTAMENTO DE LA FAMILIA**

## Administración de Familias y Niños

21 de diciembre de 2001


Sa. Yaritza Ortiz Rivera
Región de San Juan


Nos place comunicarle que usted fue elegida, mediante
Certificación de Elegibles, para ocupar el puesto número
12305310 de Trabajador Social I, en el Programa de Servicios
a Familias con Niños.  Esta acción fue efectiva el 25 de
septiembre de 2001.

Usted estará en un período probatorio de seis meses.  Este
cubre desde el 25 de septiembre de 2001 hasta el 24 de marzo
de 2002.  Durante, se efectuarán dos evaluaciones: una
preliminar al 24 de diciembre de 2001 y una final al 24 de
marzo de 2002 a los fines de evaluar el desempeño de sus
funciones.

Su sueldo mensual es de $1,344 con diferencial de $426.


Delia E. Martínez Humphrey's
Directora
Nombramientos y Cambios


amd


cf   Director Regional


*Cuidando su mayor tesoro*

AVE. PONCE DE LEÓN PDA. NÚM. 2, SAN JUAN • APARTADO 15091, SAN JUAN, P. R. 00902-5091 • TEL.: (787) 724-7474



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA

ADFAN · ADSEF · ASUME · SECRETARIADO

Carmen G. Fontanez Calderón
Directora Aux. Recursos Humanos

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
REGION SAN JUAN**

# C E R T I F I C A C I O N

Certifico, que **Yaritza Ortiz Rivera ,** comenzó

a trabajar en este Departamento desde el 25 de septiembre de 2001.

Ocupa un puesto Regular  de Trabajador Social IV y devenga un

sueldo mensual de $2,764.00 dólares.

Para que así conste firmo la presente hoy 10 de julio de 2007

en San Juan, Puerto Rico.

Carmen G.  Fontánez Calderón
Directora Aux. Recursos Humanos



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
REGION SAN JUAN

30 de junio de 2010

**SRA. ELSA ORTIZ**
**DIRECTORA OFICINA LOCAL**
**RIO PIEDRAS II**

**RE:  YARITZA ORTIZ RIVERA**
**SUPERVISORA TS I**
**ADFAN**

**CARTA DE PRESENTACION:**

Nos place informarle que con efectividad al **1 de julio de 2010** la **Sra. Yaritza Ortiz** con un puesto de **Supervisora Trabajo Social I**, pasará a realizar sus funciones en la Oficina Local que usted dirige.

Agradecemos se instale a la **Sra. Ortiz** y se le oriente sobre sus tareas y normas administrativas vigentes.

Favor de proceder con su ubicación e indicarnos por escrito.

MARIA M. MARTINEZ ORTIZ
DIRECTORA REGIONAL INTERINA
SAN JUAN

CC. Exp. Personal

/smtd

San Juan E

# Administración de Familia y Niños





Luis E. Fortuño
Gobernador

Mayra N. López Carrero
Administradora

14 de abril de 2009

A:  YARITZA ORTIZ RIVERA

## CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que *YARITZA ORTIZ RIVERA* cuyo número de empleado es *** - ** yep y que ocupa el puesto *Supervisor De Trabajo Social I,* tiene una fecha de ingreso al servicio público de *9/22/2001* con una antigüedad total de *7* años *0* meses *0* días (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición.  Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente.  La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

Mayra N. López Carrero
Administradora

Estado Libre Asociado de Puerto Rico

Case:17-03283-LTS Doc#:10352-1 Filed:01/23/20 Entered:01/24/20 14:08:47 Desc: Exhibit Page 6 of 7

Estado Libre Asociado de Puerto Rico

# DEPARTAMENTO DE LA FAMILIA

PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

## INFORME DE CAMBIO

| | | |
|---|---|---|
| IMPORTANTE INSTRUCCIONES: LEA AL DORSO | | 1. Número del Cambio **05-1770** |
| | | 2. Número de Seguro Social del Empleado |

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. **12305310** | Puesto Núm. |
| 3. Nombre del empleado: | Ortiz Rivera, Yaritza A. | |
| 4. Agencia, Administración o Secretariado | ADMINISTRACIÓN FAMILIAS Y NIÑOS | |
| 5. Programa, División u Oficina | Servicios Familias con Niños | |
| 6. Unidad, División o Sección | | |
| 7. Ubicación geográfica del puesto | Región San Juan | |
| 8. Categoría del Empleado | DE CARRERA | |
| 9. Status del Empleado | REGULAR | Probatorio |
| 10. Título de Clasificación | Trabajador Social IV | Supervisor en Trabajo Social I |
| 11. Unidad Apropiada / Excluido | B | Excluido |
| 12. Sueldo | $2,764.00 | $3,166.00 |
| 12.a Diferencial (1) | | |
| 12.b Diferencial (2) | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Descuento Unión | | |
| 20. Otros Descuentos | | |
| 21. Clase | G-323-0 | G-330-0 |
| 22. Escala | 16 | 19 |
| 23. Fecha de Efectividad | | 1 de septiembre de 2007 |

| 24. SIMBOLOS DE CONTABILIDAD | Cuenta | Fdo. | Org. | Prog. | Asig. | Año Pres. | Grant | Cuenta | Fdo. | Org. | Prog. | Asig. | Año Pres. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E1110 | 111 | 1230000 | 1078 | 001 | 2008 | | | | | | | | |

25. Indique si se trata de: Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio ☐ Diferencial ☐
☐ Descenso X Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo ☐

26. En Caso de cambio a otra agencia Indique – Licencia a acreditarse: Compensatorio ____ días.
Licencia Enfermedad ____ días, Concedida ____ días, Licencia Regular ____ días, Concedida ____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 27. Renuncia | | | |
| 28. Separación | | | |
| 29. Destitución | | | |
| 30. Cesantía | | | |

31. Suspensión de Empleo y Sueldo: Duración: ____ De ____ A ____

32. Muerte: Fecha: ____ Hora ____ Ultimo día de pago: ____    Participante de Retiro ☐ Si ☐ No

33. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Militar sin sueldo ☐ Maternidad ☐ Sin sueldo
Duración: ____ DE ____ A ____

34. Comentarios y Explicaciones (si necesita más espacio use el dorso) **Reclasificación por cambio sustancial en deberes, autoridad y responsabilidad.**
**Autorizado en Hoja de Evaluación ADFAN 07-08-P0691 del 7 de septiembre de 2007. Periodo probatorio vence el 29 de febrero de 2008.**

35. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.

Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

| 36. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí: | 37. Firma del empleado en casos que fuere necesario |
|---|---|
| 38. Aprobado por:    Dra. Yarah S. Rodríguez López, Dir. Ofic.Rec. Hum. <br> Jefe de la Agencia o su Representante Autorizado <br> ALB | 22 de octubre de 2007 |

**IMPORTANTE**
INSTRUCCIONES:
LEA AL DORSO

**DEPARTAMENTO DE LA FAMILIA**
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

**INFORME DE CAMBIO**

2. Número de Seguro Social del Empleado

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| Cambio a Efectuarse | Puesto Núm. 12305310 | Puesto Núm. |
| 3. Nombre del empleado: | Ortiz Rivera, Yaritza A. | |
| 4. Agencia, Administración o Secretariado | **ADMINISTRACION DE FAMILIAS Y NIÑOS** | |
| 5. Programa, División u Oficina | **Servicios a Familias con Niños** | |
| 6. Unidad, División o Sección | | |
| 7. Ubicación geográfica del puesto | **Región San Juan** | |
| 8. Categoría del Empleado | **De Carrera** | |
| 9. Status del Empleado | **Probatorio** | Regular |
| 10. Título de Clasificación | **Trabajo Social IV** | |
| 11. Unidad Apropiada / Excluido | **B** | |
| 12. Sueldo | **$2,764.00** | |
| 12.a Diferencial (1) | | |
| 12.b Diferencial (2) | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Descuento Unión | | |
| 20. Otros Descuentos | | |
| 21. Clase | G-323-0 | |
| 22. Escala | 16 | |
| 23. Fecha de Efectividad | | 1 de julio de 2007 |

| 24. SIMBOLOS DE CONTABILIDAD | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant | Fondo | Org. | Prog. | Asig. | Año Pres. | Cuenta | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E1110 | 111 | 1230000 | 1078 | 001 | 2007 | | E1110 | 111 | 1230000 | 1078 | 001 | 2008 | |

25. Indique si se trata de : ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio ☐ Diferencial
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

26. En Caso de cambio a otra agencia indique – Licencia a acreditarse: Compensatorio ___ días.
Licencia Enfermedad ___ días, Concedida ___ días, Licencia Regular ___ días, Concedida ___ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 27. Renuncia | | | |
| 28. Separación | | | |
| 29. Destitución | | | |
| 30. Cesantía | | | |

31. Suspensión de Empleo y Sueldo: Duración: ___ De ___ A ___

32. Muerte: Fecha: ___ Hora ___ Ultimo día de pago: ___ Participante de Retiro ☐ SÍ ☐ No

33. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Militar sin sueldo ☐ Maternidad ☐ Sin sueldo
Duración: ___ DE ___ A ___

34. Comentarios y Explicaciones (si necesita más espacio use el dorso) **Cambio de Status. Se incluye Ocap-35. Cambio en cifra de cuenta.**

35. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. ___
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: ___

36. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

37. Firma del empleado en casos que fuere necesario

38. Aprobado por:
DRA. YARAH S. RODRIGUEZ LOPEZ
DIRECTORA OFICINA DE RECURSOS HUMANOS
Jefe de la Agencia o su Representante Autorizado

22 de octubre de 2007