- 21 de enero de 2020.

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico [el Tribunal]

RECEIVED & FILED
2020 JAN 23 PM 1: 30
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Como es de su conocimiento en Puerto Rico estamos siendo afectados por una serie de terremotos actualmente. El Presidente de Estados Unidos Donald Trump ha declarado a Puerto Rico zona de desastre. Por tal motivo tuve inconvenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación debido a que las Oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenzo periodo de tiempo; reanudando sus labores y gestiones al público recientemente. Mi reclamación Núm. 76464 -Deudor:El Estado Libre Asociado de Puerto Rico -Número de caso 17BK 03283-LTS y Núm. De reclamación 63107 -Deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico-Numero de caso 17 BK 03566-LTS. Ambos fueron presentados el día 22 de junio de 2018. Solicito una extención de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.Sin más nada queda de ustedes:

*[firma]*

Sra. Hilda Massa Dieppa
Calle 8 F1-48
Ciudad Masso
San Lorenzo,P.R
Telefono: 939-529-9278

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

<u>One Hundred and Second</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 63107
76464

Name and Address: Hilda Massa Dieppa
Calle 8 F1-48
Ciudad Masso
San Lorenzo, P.R. 00754

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados 1984 - 2009

Cantidad Reclamada $30,000.00

Ley 9 Costo de Vida - Retiro de Maestros (3% cada 2 años)

Años Reclamados 2009 - 2020

Cantidad Reclamada $4,897.20

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Sistema de Retiro de Maestros Gobierno de Puerto Rico.
2. Informe Renta Anual Vitalicio - Junta de Retiro de Maestros.
3. Certificación del Departamento de Educación de Puerto Rico - Años de Servicio.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Hilda Massa Dieppa

Firma: _____ Fecha: 21 de enero 2020