

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

21 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | HILDA MASSA DIEPPA |
| Seguro Social | : | |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : | CAGUAS I_ |
| Sueldo Mensual | : | $3,545.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de mayo de 2009 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años, 3 meses, 3 semans y 1 día. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 02/28/1978. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Hilda Massa Dieppa**, con número de seguro social que termina en **5006**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2009 |
| Tiempo Cotizado para la Pensión | 31 años, 1 mes, 2 sem., 4.5 días |
| Pensión mensual Inicial | $2,473.34 |
| Pensión Mensual Actual | $2,473.34 |

Esta certificación se expide hoy, **21 de enero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

**Rev.GIFT 10-OCT-08**

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **21-ABR-09**
Fecha Vencimiento: **5-Ago-09**

Núm de Caso: **0145**

## INFORME RENTA ANUAL VITALICIA

**MASSA DIEPPA, HILDA**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☑ Femenino  ☐ Masculino

Fecha Nacimiento: **29-nov-1953** (Mes-Día-Año)

Categoría y Pueblo: **CAGUAS - DIR. ELEM. III**

Retiro Ley Núm.: **Ley 91 del 2004**

Dirección Postal:
URB CIUDAD MASSO
F I - 48 CALLE 8
SAN LORENZO PR 00754

247334    50 8555...

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 55 Años / 6 Meses / 1 Días | 31 Años / 1 Meses / 2 Sem / 4½ Días | $ 61,970.77 | Mensual $ 2,473.34 / Anual $ 29,680.08 |

Fecha de Renuncia: **29-MAYO-09**   Último Día de Pago: **29-MAYO-09**
Fecha Efectividad Pensión: **30-MAYO-09**   Cierre de Nómina: **12-AGO-09**
Fecha Primer Pago Pensión: **31-AGO-09**   Importe $ **2,473.34**
Pago Global Retroactivo: Desde **30-MAYO-09** Hasta **15-AGO-09** Importe Total $ **6,342.93**

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 6,342.93 | $ 2,473.34 |
| Menos Descuentos: Préstamos | Descuento | Descuento |
| Personal (PP) 47-000 | 1,545.35 | 618.14 |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 4,797.58 | $ 1,855.20 |

Bonos:
☑ Bono Verano (PBV) $ 100.00   ☑ Bono Medicamentos (PBM) $ 100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

Nombre del Empleado: **ANNIE RIVERA CANALES**   Firma   Fecha: **6-AGO-09**
Nombre Supervisor: **NORMA I. PEÑA AGOSTO**   Firma   Fecha: 11/8/09

| PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO |
|---|---|
| Verificación de: ☑ Exactitud ☑ Legalidad ☑ Firmas ☑ Otros  AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS AUG 1 1 2009 NOMBRE: FIRMA: | Aprobado por: **IVONNE L. ORTIZ VALLADARES** Nombre Director(a) o Representante Autorizado  Firma   Fecha Mes-Día-Año |

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes ___ ☐ 1ra ☑ 2da   Nómina Pago Global  Mes ___ ☐ 1ra ☑ 2da  ☐ Off Cycle ☑ Pay Line

Nombre Empleado: _Nydia Rodriguez_   Firma   Fecha: 11-agosto-09
Nombre Empleado: _____   Firma   Fecha: 12/08/09
Nombre Supervisor: **Juan Agosto Castro**   Firma   Fecha (Mes-Día-Año)

Conservación: Seis años o una Intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Case:17-03283-LTS Doc#:10354-1 Filed:01/23/20 Entered:01/24/20 14:13:48 Desc: Exhibit Page 4 of 4

| Rev.GIFT 10-OCT-08 |  | Estado Libre Asociado de Puerto Rico<br>Sistema de Retiro para Maestros |  | Mes-Día-Año<br>Fecha Radicación<br>21-ABR-09 |
|---|---|---|---|---|
| Núm de Caso<br>0145 | | **INFORME RENTA ANUAL VITALICIA** | | Fecha Vencimiento<br>5-Ago-09 |

Página 2

_____ MASSA DIEPPA, HILDA _____
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social | 29-nov-1953 Fecha Nacimiento Mes-Día-Año | CAGUAS - DIR. ELEM. III Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 9,893.33 / 3 = $ 3,297.78 x 75.0% = — x 0.000 = $ 2,473.34
   Sueldos más altos / años / Promedio Sueldos / Por Ciento

**APORTACIÓN INDIVIDUAL  0%**

B. Ajuste de 0%   $  -  x 0% = $ -

C. Pensión Ajustada  $ - x 12 = $ -     $ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 3,045.00 | $ 36,540.00 | | Efectividad Pensión | 2009 | 5 | 30 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1953 | 11 | 29 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,045.00 | Edad al Retirarse | 55 | 6 | 1 |
| 6 | 0 | 20 | $ 3,295.00 | $ 19,770.00 | | | | | |
| 6 | 0 | 20 | $ 3,395.00 | $ 20,370.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | **Fracción de Tiempo Docente** | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,345.00 | Semanas 0 x 5 = - | | | |
| | | | | | | Días 0 x 1 = - | | | |
| | | | | | | | | | 0.0000 |
| 11 | 0 | 20 | $ 3,545.00 | $ 38,995.00 | | | | | |
| 1 | 0 | 20 | $ 3,045.00 | $ 3,045.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | **Fracción de Tiempo No-Docente** | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,503.33 | Meses 0 x 30 = - | | | |
| | | | | | | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | **DATOS APORTACION 9%** | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma    Fecha | | | |

| Sueldo Total para Promedio | $ 118,720.00 | $ 9,893.33 |
|---|---|---|

Revisado por: _____
Nombre

Firma    Fecha

| Servicios Acreditados | | | |
|---|---|---|---|
| Años | Meses | Sem | Días |
| 31 | 1 | 2 | 4½ |