## JUSTIFICACIÓN

A: United States District Court For The District Of Puerto Rico

Deudores: The Commonwealth of Puerto Rico, et al.,

No. 17 BK 3283-LTS

Reclamo número: 34197

SRF 38154


Secretaria

Tribunal de Distrito de los Estados Unidos

#150 Chardon Avenue

Federal Building

San Juan (Puerto Rico) 00918


Mediante este documento escrito, quiero justificar el no haber podido completar y enviar la documentación solicitada en mi reclamación número 34197 para en o antes del 14 de enero de 2020. Debido a los eventos sísmicos ocurridos en Puerto Rico desde el 28 de diciembre de 2019, la profesión que ejerzo como Trabajadora Social del Departamento de la Familia y la carga laboral que implica el puesto que ocupo, este documento no pudo ser completado y enviado en su totalidad al 14 de enero de 2020.

Muy respetuosamente, ante los eventos significativos vividos desde el 28 de diciembre de 2019 y que aún continúan, solicito que se acepte toda la documentación aquí sometida referente a mi reclamo número 34197.

Agradezco de antemano esta solicitud,

Yaritza Gómez Acosta
475 Patios Sevillanos
Carr. 8860 #2212
Trujillo Alto, PR 00976

A: United States District Court For The District Of Puerto Rico

Deudores: The Commonwealth of Puerto Rico, et al.,

No. 17 BK 3283-LTS

SRF 38154

Reclamo Número 34197

Secretaria

Tribunal de Distrito de los Estados Unidos

#150 Chardon Avenue

Federal Building

San Juan (Puerto Rico) 00918

Mi nombre es Yaritza Gómez Acosta; resido en 475 Patios Sevillanos, Carr. 8860, Número 2212, Trujillo Alto, PR 00976. Mis últimos cuatro número de SS ( ~~####~~ Mi número telefónico es 787-399-1717. Mi correo electrónico es: yga1971@yahoo.com

Explicando mi reclamo, indico que comencé a trabajar en el Departamento de la Familia el 16 de febrero de 2001 (incluyo evidencia). Dentro del Departamento de la Familia, desde el 2001 al 2017, he ido ascendiendo en puesto. Comencé siendo Trabajadora Social IV, Supervisora en Trabajo Social I y Supervisora en Trabajo Social II. Es en este último puesto que estoy reclamando mis trienios.

Mi reclamo 34197 es referente a trienios establecidos por la Ley 184 del 3 de agosto de 2004 que se me deben. Esta ley establece en su sección 8.3 (normas específicas sobre retribución), que los empleados públicos no sindicados y gerenciales que hayan ocupado un puesto regular durante un periodo ininterrumpido de tres años de servicios, sin haber recibido ningún aumento de sueldo recibirán un aumento de hasta un cinco por ciento de su sueldo o su equivalente en tipos intermedios.

El último aumento salarial que recibí fue en el año dos mil ocho (2008). Someto evidencia de lo que devengaba antes de mi último trienio el cual era ($ 3,235). También someto evidencia de lo que recibido desde entonces hasta el 2017, el cual es ($3,348). Esto evidencia que desde el 2008 he devengado el mismo salario $3,348, sin aumento alguno. Fui evaluada para trienios el cual nunca me otorgaron. También someto evidencia.

A mi mejor entender los trienios que se me deben son correspondientes a los años 2011, 2014 y 2017. Así mismo estimo que el monto de la reclamación total ronda los $15,000.00.

Cabe señalar que, al tener el puesto de Supervisora, no respondo a una unión laboral que haya abogado por un aumento salarial por mi puesto de Supervisora en Trabajo Social. Cabe señalar que el Departamento de Recursos Humanos del Departamento de la Familia no ha provisto hasta el momento la evidencia requerida para este caso debido a la perdida de documentación para el Huracán María. Es por ello por lo que someto evidencia de mis talonarios (uno por año) para evidenciar que durante ese periodo no recibí aumento.

Conozco que la ley por la cual reclamo mis trienios ha sido derogada. Sin embargo, su derogación fue para el año 2017, por lo que a mi mejor entender me corresponde lo que solicito. Así también conozco sobre la ley 7, la cual dejo sin efectos todo tipo de retribución monetaria por un periodo de dos años. Aun así, entiendo que me corresponden los trienios antes mencionados dado a que no confligen los periodos.

Yaritza Gómez Acosta
475 Patios Sevillanos
Carr. 8860, Núm. 2212
Trujillo Alto, PR 00976