Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: 7401

Nombre: Kariam S. Vázquez Reyes

Direccion Postal: Urb altagracia Calle Ruiseñor N-3 Toa Baja PR 00949

Direccion Residencial: Ext Inmaculada Calle 302 EE-27 Toa Baja PR 00949

Num. de contacto:

    Cel: 787-565-2444

Correo electronico: kariamvazquez40@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

A partir de la fecha del documento no recibi Ninguna notificacion para proveer informacion solicitada. El document no especifica la información que se solicita.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: Talonarios y Certificación Personal

*Kariam S. Vázquez Reyes*
21/1/2020