SRF 38154

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Tim
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Tim

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDRED TWENTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS**

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highwa

and Transportation Authority ("HTA"), and the Employees Retirement System of the Governme

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case numb and the last four (4) digits of each Debtor's federal tax identification number, as applicable, a the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 328 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporati ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 847 (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 E 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of t Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 356 LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Author ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 374 and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonweal COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (L Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Ca numbers due to software limitations).

0695/33260-002 CURRENT/112858850v1        12/10/2019 2:15 I

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VAZQUEZ REYES, KARIAM S | 7401 | 4/16/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VAZQUEZ REYES, KARIAM S | 7401 | 4/16/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000897

| # | NOMBRE | | | FECHA | CASO | DEUDOR | # RECL | MONTO |
|---|---|---|---|---|---|---|---|---|
| 740 | VAZQUEZ ORTIZ, JORGE LUIS<br>URB PASEO DE LA CEIBA<br>J25 GUAYABO<br>JUNCOS, PR 00777 | | | 4/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7656 | Indeterminado |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 741 | VAZQUEZ PEREZ, ADA E.<br>BOX 5790, BO RIO LAJAS<br>TOA ALTA, PR 00953 | | | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32704 | $ 448,800.0 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 742 | VAZQUEZ PEREZ, LINDA<br>P.O. BOX 2732<br>SAN GERMAN, PR 00683 | | | 3/12/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 3173 | Indeterminado |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 743 | VAZQUEZ REYES, KARIAM S<br>URB. ALTAGRACIA<br>CALLE RUISENOR 1N-3<br>TOA BAJA, PR 00949 | | | 4/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7401 | Indeterminado |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 744 | VAZQUEZ RIVERA, ANIBAL<br>HC 2 BOX 8534<br>COROZAL, PR 00783 | | | 3/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 2545 | $ 183. |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados



# CERTIFICACION

De los Registros de la Oficina de Recursos Humanos de Región San Juan, se desprende que **Kariam Vázquez Reyes,** comenzó a trabajar en el Departamento de la Familia, efectivo el **1 de enero de 2007.** Actualmente ocupa un puesto regular de **Supervisor de Asistencia Social y Familiar I,** en la Oficina Local de **Guaynabo I** y devenga un sueldo de **$1,371.**00 mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en San Juan de Puerto Rico.

OREALIS MENDOZA
DIRECTORA ASOCIADA
ADMINISTRACIÓN

/crn

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

08 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

KARIAM VAZQUEZ REYES
URB. ALTAGRACIA
C/ RUISE?OR N-3
TOA BAJA, PR 00949

Seguro Social: XXX-XX-1071

A base de la información en nuestros registros, al 08 de enero de 2020 usted posee:

**Fecha de Nacimiento:**            **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de enero de 2007
**Fecha de Comienzo de Cotización:** 01 de enero de 2007

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 6.01 |
| Aportaciones: | $7,423.92 |
| Intereses: | $124.05 |
| Gastos Teneduría: | ($37.32) |
| Total Aportaciones: | $7,547.97 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 10.01 |
| Aportaciones: | $14,056.45 |
| Intereses: | $2,040.41 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $16,096.86 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: KARIAM VAZQUEZ REYES**      Seguro Social: '
URB. ALTAGRACIA
C/ RUISEÑOR N-3
TOA BAJA, PR 00949

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 10.01 |
| Balance de Aportaciones: | $16,134.18 |

Esta certificación fue emitida el 8 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010846231432

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 ▪ www.retiro.pr.gov

**127 Adm. Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Grupo de Pago: SM -Quincenal
Desde: 01/01/2020
Hasta: 01/15/2020

Aviso #: 5667807
Fecha Aviso: 01/15/2020

**KARIAM VAZQUEZ REYES**
URB. ALTAGRACIA
CALLE RUISENOR 1N-3
TOA BAJA, PR 00949
SS:

# Empleado:
Dept: 127110-San Juan
Lugar: Guaynabo 1
Titulo: Tecnico Asist Soc y Fam I
Sueldo: $1,371.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Single / Single
Concesiones: 0 / 0
Pct. Adel.:
Cant. Adel.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 685.50 | 82.50 | 685.50 |
| Total: | | | 685.50 | 82.50 | 685.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.94 | 9.94 |
| Fed OASDI/Disability - EE | 42.50 | 42.50 |
| Total: | 52.44 | 52.44 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 58.27 | 58.27 |
| Total: | 58.27 | 58.27 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.71 | 1.71 |
| AE-Asoc Emp ELA-Prest Regular | 30.06 | 30.06 |
| SM-First Medical Health Plan | 10.75 | 10.75 |
| SC-AMER FAM LIFE ASS CO | 12.85 | 12.85 |
| OS-SERV PUBLICOS 009 B | 10.28 | 10.28 |
| Ahorros-AEELA | 20.57 | 20.57 |
| Total: | 86.22 | 86.22 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 22.96 | 22.96 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 685.50 | 0.00 | 52.44 | 144.49 | 488.57 |
| Acumulado: | 685.50 | 0.00 | 52.44 | 144.49 | 488.57 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5667807 | 488.57 |
| Total: | 488.57 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha: 01/15/2020

Aviso No. 5667807

Cant. Deposito:   $488.57

A la Cuenta(s) De
**KARIAM VAZQUEZ REYES**
URB. ALTAGRACIA
CALLE RUISENOR 1N-3
TOA BAJA, PR 00949
Localizacion: Guaynabo 1

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 488.57 |
| Total: | | 488.57 |

**NO-NEGOCIABLE**

Scanned by CamScanner