Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: **33898**

INTAKE DROP BOX RECEIVED & FILED 2020 JAN 23 PM 12:11 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

Nombre: ZORAIDA HERNANDEZ MENDOZA

Direccion Postal: URB. ROYAL TOWN CALLE 17 X-23 BAYAMON, PR 00956

Direccion Residencial: URB. ROYAL TOWN CALLE 17 X-23 BAYAMON, PR 00956

Num. de contacto:

Tel.: _____     Cel. **787-344-0421**

Correo electronico: **zhernandez0421@gmail.com**

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: **NO SE HABIA RECIBIDO NINGUN COMUNICADO NI CORRESPONDENCIA A LA SUSCRIBIENTE DESDE QUE SE SOMETIERON LOS FORMULARIOS Y DOCUMENTOS REQUERIDOS POR LA LEY PROMESA TITLE III CASO NO 17BK3283-LTS LOS CUALES SE RECIBIERON EN TRIBUNAL FEDERAL EL DIA 24 DE MAYO DEL 2018 A LAS 2:11 PM PONCHADO POR TRIBUINAL COMO RECIBIDO.**

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: **DEMANDA: RE; NILDA AGOSTO Y OTROS KPE-2006-0608.**