Hearing Date:  January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline:  January 14, 2020 at 4:00PM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

### ONE HUNDRED AND FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors")) (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

DEPARTAMENTO DE LA
**FAMILIA**
GOBIERNO DE PUERTO RICO

# C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San Juan, se desprende que **Zoraida Hernández Mendoza,** comenzó a trabajar en el Departamento de la Familia, efectivo el **1 de febrero de 2001.** Actualmente ocupa un puesto regular de Técnico de Asistencia Soocial y Familiar **II,** en la Oficina Local de **Guaynabo I** y devenga un sueldo de **$2,257**.00 mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACIÓN**

/crn



Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### ZORAIDA HERNANDEZ MENDOZA (141364)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-FEB-2001** |
| Años en Servicio: | **26.18** |
| Sueldo Bruto: | **$2,257.00** |
| Sueldo Neto: | **$1,450.56** |
| Balance Aportaciones*: | **$56,904.37** |
| Aportaciones Ley 106 **: | **$5,681.00** |

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✓ Certificados de Deuda de préstamos
- ✓ Certificados de Préstamo Hipotecario  .
- ✓ Certificado de deuda para Ética Gubernamental
- ✓ Certificado de Balance de Cancelación de préstamo.

Solicitudes en Línea

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

pr.gov



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

09 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

ZORAIDA HERNANDEZ MENDOZA **Seguro Social.**
URB ROYAL TOWN
CALLE 17 X23
BAYAMON, PR 00956

A base de la información en nuestros registros, al 09 de enero de 2020 usted posee:

**Fecha de Nacimiento:**                                    **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de febrero de 2001**

**Fecha de Comienzo de Cotización: 01 de febrero de 2001**

| *Ley Anterior al 30 de junio de 2013* | | |
|---|---|---|
| Años Acreditados: | 11.09 | |
| Aportaciones: | | $19,056.17 |
| Intereses: | | $1,598.65 |
| Gastos Teneduría: | | ($72.38) |
| Total Aportaciones: | | $20,654.82 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|
| Tiempo Trabajado: | 15.09 | |
| Aportaciones: | | $31,253.24 |
| Intereses: | | $4,996.31 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $36,249.55 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • ✎ www.retiro.pr.gov

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ZORAIDA HERNANDEZ MENDOZA**

Seguro Social:

URB ROYAL TOWN

CALLE 17 X23

BAYAMON, PR 00956

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 15.09 |
| Balance de Aportaciones: | $36,321.93 |

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946241317

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

Centésima objeción global

Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 573 | HERNANDEZ MENDOZA, KAREN CALLE ESTRELLA 207 CAMUY, PR 00627 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 83115 | $ 75,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico; pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 574 | HERNANDEZ MENDOZA, ZORIDA (zoraida) URB. ROYAL TOWN C/17 Y 23 BAYAMON, PR 00956 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 33898 | $ 36,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 575 | HERNANDEZ MILLAN, MARIBEL PO BOX 1669 LAS PIEDRAS, PR 00771 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32720 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 576 | HERNANDEZ MIRANDA, ANGELA URB ALTURAS DE SAN LORENZO G50 CALLE 5B SAN LORENZO, PR 00754 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30442 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 577 | HERNANDEZ MIRANDA, ANGELA URB ALTURAS DE SAN LOR G50 CALLE 5B SAN LORENZO, PR 00754 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36455 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

2018 MAY 24 P 2: 11
RECEIVED

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1**   Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   _Zoraida Hernandez Mendoza_

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

*Zoraida Hernandez Mendoza*
Name / Nombre

*Urb. Royal Town C/17 x 23-*
Number / Número      Street / Calle

*Bayamon        PR 00956*
City / Ciudad      State / Estado      ZIP Code / Código postal

*787-344-0421*
Contact phone / Teléfono de contacto

*zhernandez.0421@gmail.com*
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent? (if different)**
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número      Street / Calle

City / Ciudad      State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí.  ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

*Estado Libre Asociado*
*Departamento de la Familia*

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

8. **How much is the claim?**   $ *36,000.00*   . Does this amount include interest or other charges?
                                                    ¿Este importe incluye intereses u otros cargos?.

   ¿Cuál es el importe de la   *Valor estimado*
   reclamación?                                     ☐ No / No

                                                    ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
                                                        charges required by Bankruptcy Rule 3001(c)(2)(A).
                                                        Sí. Adjunte un balance con intereses detallados, honorarios,
                                                        gastos u otros cargos exigidos por la Norma de Quiebras
                                                        3001(c)(2)(A).

9. **What is the basis of the**   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   **claim?**                     Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit
                                   disclosing information that is entitled to privacy, such as health care information.
   ¿Cuál es el
   fundamento de la              Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u
   reclamación?                   homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la
                                   reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que
                                   reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

                                   *Aportacion a sistema de Retiro*

10. **Is all or part of the claim**   ☒ No / No
    **secured?**
                                       ☐ Yes. The claim is secured by a lien on property.
    ¿La reclamación está               Sí. La reclamación está garantizada por un derecho de retención sobre un bien.
    garantizada de manera
    total o parcial?                       Nature of property / Naturaleza del bien:
                                           ☐ Motor vehicle / Vehículos

                                           ☐ Other. Describe:
                                             Otro. Describir:      _____

                                           Basis for perfection / Fundamento de la realización de pasos adicionales: _____
                                           _____

                                           Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for
                                           example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has
                                           been filed or recorded.)
                                           Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales
                                           para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un
                                           certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha
                                           presentado o registrado un derecho de retención.

                                           Value of property / Valor del bien:      $_____
                                           Amount of the claim that is secured /
                                           Importe de la reclamación que está garantizado: $_____

                                           Amount of the claim that is unsecured /
                                           Importe de la reclamación que no está garantizado: $_____
                                           (The sum of the secured and unsecured amounts should match the amount in line 7.)
                                           (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

                                           Amount necessary to cure any default as of the Petition Date /
                                           Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

                                           Annual Interest Rate (on the Petition Date)
                                           Tasa de interés anual (cuando se presentó el caso)_____%
                                           ☐ Fixed / Fija
                                           ☐ Variable / Variable

11. **Is this claim based on a**   ☒ No / No
    **lease?**
                                    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    ¿Esta reclamación está             Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____
    basada en un
    arrendamiento?

Modified Official Form 410

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property / *Sí. Identifique el bien:* _Aportación Plan de Retiro_ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____<br><br>*Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.* |
|---|---|

## Part 3 / Parte 3:   Sign Below / **Firmar a continuación**

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / *Marque la casilla correspondiente:*<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el _____ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _____<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:<br><br>Name _Zoraida   Hernández   Mendoza_<br>        First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido<br><br>Title / Cargo _Tası II_<br><br>Company / Compañía _____<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>*Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.*<br><br>Address / Dirección _Urb Royal town C/17 x 23,_<br>        Number / Número    Street / Calle<br>_Bayamón_     _PR_     _00956_<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto (_787_)_344-0421_  Email / Correo electrónico _zhernandez0421@gmail.com_ |
|---|---|

Modified Official Form 410

Proof of Claim

page 4

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 599541

EPOC ID: 170328301215166

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in  an Undetermined amount.   You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D -- Obligaciones Comerciales como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado.   Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| | |
|---|---|
| 1. **Who is the current creditor?**<br><br>**¿Quién es el acreedor actual?** | ZORAIDA HERNANDEZ MENDOZA<br>_____<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |



**Proof of Claim**

170328301215166

**8. How much is the claim?**      $ _____ *75 % adeudalto* _____
**¿Cuál es el importe de la reclamación?**

**Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**
☐ No / No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
    Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☑ No / No
☐ Yes. The claim is secured by a lien on property.
    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
    Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:**      $_____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $_____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____
_____

**Annual Interest Rate (on the Petition Date)**
**Tasa de interés anual (cuando se presentó el caso)_____%**
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☑ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 219448

EPOC ID: 170328300942828

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | HERNANDEZ MENDOZA, ZORAIDA<br>————————————————————————————— 952<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |
|---|---|



170328300942828

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ _Valor estimado a Servicio permanente_ . **Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

☐ No / No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Aportaciones Acumuladas en Retiro_

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $_____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____

_____

**Annual Interest Rate (on the Petition Date)**
**Tasa de interés anual (cuando se presentó el caso)_____%**
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____



Gobierno de Puerto Rico

## Administración de Desarrollo Socioeconómico de la Familia

Oficina de Recurso

5 de noviembre de 2012

Hernandez Mendoza, Zoraida   (Dif.)

Re: Nilda Agosto y Otros KPE-2005-06(

Saludos:

Usted figura como demandante en el Caso de Nilda Agosto y Otros vs. Departamento de Familia, sobre Salario Mínimo Federal.

La Oficina de Gerencia y Presupuesto ha identificado unas partidas dentro de las cuent de economías de la ADSEF, Departamento de la Familia, para acreditarle a su acreencia la demanda de referencia (año 2005). Adjunto a esta comunicación usted recibirá u cheque por la cantidad de           equivalente al 25% del pago total al que usted tie derecho conforme las estipulaciones de la sentencia. Del mismo, solamente se le est realizando los descuentos de Seguro Social y Contribuciones.

Reconocemos que este adelanto no representa el pago total, más si un abono de buena con el propósito de ir reduciendo el monto adeudado.

Si usted necesitara información adicional sobre este u otro asunto, no dude en comunicar con nosotros.

Cordialmente,

Ana I. Linares Fuentes
Administradora Auxiliar
Recursos Humanos

Anejo

LAW OFFICES
*IVONNE GONZALEZ MORALES*

P.O. BOX 9021828
SAN JUAN
PUERTO RICO 00902-1828
TEL. (787) 724-5323
FAX  (787) 200-5927

GALLARDO BLDG.
SUITE 305
301 RECINTO SUR ST.
OLD SAN  JUAN, PUERTO RICO 00902

30 de enero  de 2013

Sra. Dania E. Peña y otros
P.O. Box 31649,
San Juan, P.R. 00931

Estimada Sra. Peña y otros:

Re: Nilda Agosto y otros v ELA
      Civil núm. K AC-2005-0608

Correspondiendo a su carta del 19 de enero de 2013 le informamos que compartimos su opinión al respecto de que  el
proceso de entrega de cheques efectuado por el DF en el caso de referencia fue altamente irregular. Por tal razón estaremos
dando seguimiento  para aseguramos que  se cumpla con todos los términos de la Sentencia.

Con relación a la solicitud que formulan sobre entrega del duplicado de sus expedientes de personal, incluyendo  los informes
de cambio salariales [OP-15], le informamos que deben tramitar la misma directamente con la oficina de Recursos Humanos
de la oficina donde cada uno trabaja, según provee el Art. 12 de la Ley para la Administración de los Recursos Humanos en
el Servicio Público, [Ley núm. 184 del 3 de agosto de 2004], previo el pago del costo de reproducción.

De igual forma, es la responsabilidad del DF, como patrono, proveerles a los empleados a quienes  le efectuó pagos
regulares retroactivos una certificación sobre  el desglose de los salarios determinados en sus casos individuales. A tales
fines no deben pasar por alto que tales certificaciones son requeridas por el Departamento de Hacienda, de ustedes interesar
radicar  planillas sobre contribución sobre ingresos enmendadas, a los fines de obtener reintegro sobre el descuento que el
Departamento de la Familia  les realizó de contribuciones sobre ingresos, ya que el pago efectuado  corresponde a salarios
devengados en años anteriores al 2012.  Tenemos conocimiento de que a otros empleados que  solicitaron los desgloses,
se las entregaron. Les recomendamos  consultar, para recibir la orientación específica, y los formularios correspondientes, a
un contable de su preferencia y/o al Departamento de Hacienda.

Por otra parte traemos a su atención, que a pesar de que entendemos su preocupación respecto a que la liquidación  de los
salarios retroactivos que se la practique finalmente esté correcto, tienen que tomar en consideración que al dictar  el Tribunal
de Apelaciones efectivo al 21 de diciembre de 2012, Resolución donde remite nuevamente  el caso  al tribunal de primera
instancia,   cualquier asunto donde pueda suscitarse discrepancias en la cuantía de los pagos,  se someterá y atenderá a su
debido tiempo,   según disponga el tribunal. Hemos tomado nota de sus casos y los estaremos revisando dentro del
procedimiento judicial pendiente. Por tal razón no estamos dando citas en estos momentos a demandantes  individuales, ya
que ello se ajustará al programa de trabajo que se establezca. Tengan la seguridad de que continuemos trabajando, para
lograr que ustedes reciban la compensación total que obtuvimos en su beneficio.

Por otra parte y habiendo verificado  que ustedes todavía no han remitido a nuestra oficina el pago de honorarios de
abogado, aprovechamos para solicitar  la  cooperación de todos, para que cumplan con su responsabilidad con nosotras.
Máxime, cuando  deben estar conscientes que el proceso judicial del presente caso ha sido uno sumamente complejo y ha
generado y continúa generando gastos imprevistos sustanciales, los cuales  tenemos necesidad de cubrir con el pago  que
les estamos requiriendo. Sobre todo, porque llevamos más de ocho años  brindado servicios profesionales de excelencia y

cont. pág. 2

sufragado con muchos sacrificios los altos costos del presente litigio y de otras demandas de empleados del DF. Por lo que se requiere la cooperación, el esfuerzo y compromiso de todos para finalizar con éxito el trabajo que falta.

Contamos con ustedes y esperamos  que  atiendan el asunto del pago de honorarios  con la importancia que merece y horren el contrato que suscribieron.

Cordialmente,

Ivonne González Morales
Milagros Acevedo Colón

**ivonnegm@prw.net   Current Folder: INBOX**

| | |
|---|---|
| **Subject:** | Caso de Nilda Agosto Maldonado |
| **From:** | Lcda. Alma Vázquez Irizarry <avazquez@familia.pr.gov> |
| **Date:** | Wed, August 13, 2014 2:34 pm |
| **To:** | "Acevedo-Colon Milagros" <maclegaljc@gmail.com> |
| **Cc:** | "Lic. Ivonne González" <ivonnegm@prw.net> |
| **Priority:** | Normal |
| **Read receipt:** | sent |
| **Create Filter:** | Automatically | From | To | Subject |
| **Options:** | View Full Header | View Printable Version | Download this as a file |

13 de agosto de 2014

Lcda. Milagros Acevedo

Lcda. Yvonne González

RE: Caso de Nilda Agosto Maldonado

Como es de su conocimiento, recientemente se aprobó la Ley 66-2014, "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de PuertoRico". En específico, en su Capítulo IV Planes para las Sentencias Finales y Firmes Pendientes de Pago, artículo 28 Aplicabilidad y planes de pago, establece que:

"Ante el impacto negativo a la estabilidad fiscal y operacional del Estado Libre Asociado de Puerto Rico, incluyendo los gobiernos municipales, que conllevaría el pago mediante una suma global, las disposiciones de este Capítulo serán aplicables a todas las sentencias finales y firmes, con excepción de las relacionadas con expropiaciones, que a la fecha de la aprobación de esta Ley se encuentren pendientes de pago, así como a las que durante el transcurso de la vigencia de esta Ley se emitan, donde las agencias, instrumentalidades, corporaciones públicas, los municipios o el Estado Libre Asociado de Puerto Rico estén en la obligación de efectuar un desembolso de fondos con cargo al Fondo General, el fondo de la corporación pública que se trate, o con cargo al presupuesto municipal, según fuera el caso.

En aquellos casos donde las agencias, instrumentalidades, corporaciones públicas, los municipios o el Estado Libre Asociado de Puerto Rico, o funcionarios acogidos a los beneficios de esta Ley, estén en la obligación de efectuar un desembolso de fondos con cargo al Fondo General, al fondo de la corporación pública que se trate o con cargo al presupuesto municipal, según fuera el caso, y no exista un plan de pagos previamente acordado por escrito y aprobado por el Tribunal, se aplicarán las disposiciones contenidas en este Artículo. Ello con independencia de la naturaleza del fallo, o si se tratare de una transacción administrativa, extrajudicial o judicial. El Secretario de Justicia evaluará el plan de pago aplicable conforme a la cuantía de la sentencia, luego de lo cual solicitará una certificación de disponibilidad de fondos al Director de la Oficina de Gerencia y Presupuesto, la Junta de Gobierno o cuerpo rector de la corporación pública que se trate, o del Alcalde para el municipio correspondiente. Para efectos únicos de la aplicación de este Artículo el término Estado incluirá el Estado Libre Asociado de Puerto Rico, las agencias e instrumentalidades, corporaciones públicas y los municipios. Los planes de pago serán realizados conforme a los siguientes términos:

(i)    El Estado, la corporación pública o el municipio no realizará pago alguno a menos que el acreedor de la sentencia provea una certificación oficial emitida por la entidad pertinente, que indique la ausencia de deuda con el Departamento de Hacienda, el Centro de Recaudaciones de Ingresos Municipales y la Administración para el Sustento de Menores. En el caso de que el acreedor de l a s entencia t enga d euda c on a lguna agencia, e ntidad o corporación pública del Estado o con el propio municipio, la cantidad de la misma se reducirá del total a pagar.  En caso de que el acreedor de la sentencia haya solicitado alguna revisión administrativa de la deuda, el Gobierno del Estado Libre Asociado, la corporación pública o el municipio, según sea el caso, se abstendrá de emitir pago alguno hasta que el proceso de revisión haya culminado.  De confirmarse la existencia de la deuda impugnada, la cantidad de la misma se reducirá del total a pagar."

A la luz de lo antes expuesto, y en armonía con el propósito y espíritu de la ley, entendemos que el inciso (i) aplicaría a todo pago a ser realizado a cada demandante, por lo que antes de proceder a la entrega de los cheques de los demandantes es necesario que se nos provean los siguientes documentos de cada uno:

1.   Certificación de Deuda del Departamento de Hacienda

2.   Certificación de Deuda del CRIM

3. Certificación de Deuda de ASUME

4. Certificación de Deuda de la Administración a la cual pertenecen

Cordialmente,

**Lcda. Alma I. Vázquez Irizarry**

Oficina de Asesoramiento Legal

Departamento de la Familia

avazquez@familia.pr.gov

Tel. 787-294-4900, ext 1217

AVISO DE CONFIDENCIALIDAD: Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece a la remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcda. Alma I. Vázquez Irizarry, al (787) 294-4900, ext. 1217 y elimine este mensaje.

Attachments:

| untitled-[1.1] | 5.3 kb | [ text/plain ] | | Download \| View |
| image001.jpg | 9.3 kb | [ image/jpeg ] | image001.jpg | Download \| View |
| image002.jpg | 10 kb | [ image/jpeg ] | image002.jpg | Download \| View |

14 de agosto de 2014

Saludos cordiales:

A continuación les ofrecemos información actualizada referente a las gestiones que estamos realizando para lograr elpago de la Sentencia enel caso de Nilda Agosto y otros v ELA.

Primeramente, le notificamos.quelos fondos que logramosidentificarcontinúan disponibles y se van a utilizar para pagar la Sentencia,según se indica a continuación:

1). En ACUDEN y ASUME,ya nuestros peritos terminaron las auditorias de los Informes de nomina y se verificó la corrección.Dichas Administraciones, pagaránla suma pendiente de pago completa, pues se trata de pocos demandantes.Además, ya se obtuvo la aprobación OGP y al Depto. Hacienda expidió los cheques y están listos para entrega.

No obstante ahoraCOMO CONDICION PARA ENTREGAR LOS CHEQUES EN PAGO DE LA SENTENCIA,EL DF NOS REQUIERE, QUE SE CUMPLA CON LA LEY ESPECIAL #66-2014, sobre Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico, Y QUE CADA EMPLEADO SOMETA LOS SIGUIENTES DOCUMENTOS:

a. Certificación negativa de Deuda del Departamento de Hacienda
b. Certificación negativa de Deuda del CRIM
c. Certificación negativa de Deuda de ASUME
d. Certificación negativa de Deuda de la Administración a la cual pertenecen

2). El SECRETARIADO, tambiéntiene fondos para pagar COMPLETO.
NO OBSTANTE, se irán sacando los pagos poco a poco, pues aunque nuestros peritos completaron laauditaría, el DF tiene que corregir los errores y rehacer lanómina nuevamente para solicitar a OGP autorización para el pago. Por tal razón, en estos momentosno le podemos informar fecha, pero esperamos que el pago se realice en o antes de 4 meses.

POR EL MOMENTO, Y A LA MAYOR BREVEDAD SOLO LOS EMPLEADOS DEL SECRETARIADO, ACUDEN Y ASUME DEBEN HACERNOS LLEGAR EN ORIGINAL LAS CERTIFICACIONES ANTES IDENTIFICADAS, A LA SIGUIENTE DIRECCION:

LCDA. IVONNE GONZALEZ
PO BOX 9021828
SAN JUAN, P.R. 00902-1828

3). ADSEF, SOLO HARA UN PAGO PARCIAL, PUES NO TIENE TODOS LOS FONDOS.

A ESTA FECHA NO SABEMOS CUAL SERA EL % INDIVIDUALQUE RECIBIRAN O DISTRIBUCION, YA QUE EL DF NO HA COMPLETADO LAS CORRECCIONES EN LOS INFORMES FINALES DE NOMINA, PORLO ESTAREMOS NOTIFICANDOLES TAN PRONTO TENGAMOS LA INFORMACION.

COMO PREVIAMENTE LES INFORMAMOS, ADFAN NO TIENE DINERO. POR TANTO, LOS EMPLEADOS DE ESA ADMINISTRACIONNO RECIBIRAN ESTE Año PAGO.

Aprovechamos, por las múltiples llamadas y comunicaciones que a diario recibimos, emitiremos un comunicado mensualmente para mantenerlos Informados sobre los tramites que estamos realizando. De lo contrario no podemos trabajar. Además, tengan la seguridad quede surgir alguna situación referente a algún demandante en particular, nuestra oficina así se lo dejaremos saber directamente. Además, solicitamos la cooperación de todos para que seleccionar a una persona por OFICINA para que sirva de enlace con nuestra oficina y proveer números de email personal [ que no sea del gobierno].

ESPERAMOS SU COOPERACION Y ENTIENDAN QUE EL CASO DE NILDA AGOSTO TIENE ACUMULADOS MAS DE 700EMPLEADOS Y LOS TRAMITES TOMAN TIEMPO. LO IMPORTANTE ES QUE VAMOS ADELANTANDO........AUN CUANDO EL GOBIERNO ESTA ATRAVESANDO UNA SEVERA CRISIS FINANCIERA.

127-Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2019 |
| Hasta: | 10/15/2019 |
| Aviso #: | 3940866 |
| Fecha Aviso: | 10/15/2019 |

ZORAIDA HERNANDEZ MENDOZA
STA JUANITA
AS 4
BAYAMON PR 00956
SS

| # Empleado: | |
|---|---|
| Dept: | 12711O-San Juan |
| Lugar: | Rio Piedras 4 |
| Titulo: | Tecnico Asist Soc y Fam II |
| Sueldo: | $2,257.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,128.50 | 1,545.00 | 21,441.50 |
| Diferencial Temporero | | | 0.00 | | 5,272.50 |
| Tiempo Compensatorio-Regular | | | 0.00 | | 395.84 |
| **Total:** | | | 1,128.50 | 1,545.00 | 27,109.84 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.36 | 393.09 |
| Fed OASDI/Disability - EE | 69.97 | 1,680.81 |
| PR Withholding | 14.44 | 671.24 |
| **Total:** | 100.77 | 2,745.14 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 95.92 | 1,822.48 |
| **Total:** | 95.92 | 1,822.48 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.82 | 53.58 |
| AE-Asoc Emp ELA-Prest Regular | 144.33 | 2,742.27 |
| SM-First Medical Health Plan | 16.50 | 283.50 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 20.71 |
| Ahorros-AEELA | 33.86 | 655.22 |
| **Total:** | 198.60 | 3,755.28 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PSED Disability Plan | 37.80 | 908.16 |
| SM-First Medical Health Plan | 0.00 | 1,620.00 |
| * Tributable | | |

## TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,128.50 | 0.00 | 100.77 | 294.52 | 733.21 |
| Acumulado: | 27,109.84 | 0.00 | 2,745.14 | 5,577.76 | 18,786.94 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3940866 | 733.21 |
| **Total:** | 733.21 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
10/15/2019

Aviso No.
3940866

Cant. Deposito:  $733.21

A la
Cuenta(s) De

ZORAIDA HERNANDEZ MENDOZA
STA JUANITA
AS 4
BAYAMON, PR 00956
Localizacion: Rio Piedras 4

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 733.21 |
| **Total:** | | 733.21 |

# NO-NEGOCIABLE

127 Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR  00910-0800

| | | Grupo de Pago: | SM -Quincenal | | Aviso #: | 4148361 |
|---|---|---|---|---|---|---|
| | | Desde: | 10/16/2019 | | Fecha Aviso: | 10/30/2019 |
| | | Hasta: | 10/31/2019 | | | |

ZORAIDA HERNANDEZ MENDOZA
STA JUANITA
AS 4
BAYAMON, PR 00956
Ss.

| # Empleado: | | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| Dept: | 127110-San Juan | | Estado Civil: | Single | Claiming no personal exem |
| Lugar: | Rio Piedras 4 | | Concesiones: | 0 | |
| Titulo: | Tecnico Asist Soc y Fam II | | Pct. Adcl.: | | 3 |
| Sueldo: | $2,257.00 Monthly | | Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,128.50 | 1,635.00 | | 22,570.00 |
| Diferencial Temporero | | 0.00 | | | 5,550.00 |
| Tiempo Compensatorio-Regular | | 0.00 | | | 395.84 |
| **Total:** | | **1,128.50** | **1,635.00** | | **28,515.84** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.37 | 413.48 |
| Fed OASDI/Disability – EE | 69.97 | 1,767.98 |
| PR Withholding | 14.44 | 705.11 |
| **Total:** | **100.78** | **2,886.57** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 95.92 | 1,918.40 |
| **Total:** | **95.92** | **1,918.40** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.82 | 56.40 |
| AE-Asoc Emp ELA-Prest Regular | 144.33 | 2,886.60 |
| SM-First Medical Health Plan | 16.50 | 300.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 21.80 |
| Ahorros-AEELA | 33.86 | 689.08 |
| **Total:** | **198.60** | **3,953.88** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 1,800.00 |
| FSED Disability Plan | 37.80 | 955.26 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,128.50 | 0.00 | 100.78 | 294.52 | 733.20 |
| Acumulado: | 28,515.84 | 0.00 | 2,886.57 | 5,872.28 | 19,756.99 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4148361 | 733.20 |
| Total: | 733.20 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR  00910-0800

Fecha
10/30/2019

Aviso No.
4148361

Cant. Deposito:    $733.20

A la
Cuenta(s) De

ZORAIDA HERNANDEZ MENDOZA
STA JUANITA
AS 4
BAYAMON, PR  00956
Localizacion: Rio Piedras 4

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 733.20 |
| Total: | | 733.20 |

# NO-NEGOCIABLE