Radicación de réplica (Objeción)

PROMESA TITULO III   No.17   03283

Numero de reclamación: 101536

INTAKE DROP BOX RECEIVED & FILED 2020 JAN 23 PM 12:10 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

Nombre:   Marilú González Diaz

Dirección Postal:   P O Box 51324  Toa Baja P.R. 00950

Dirección Residencial: carr. 830 km 5.1  Bo. Santa Olaya,  Sect. Los Vergara Bayamón

Núm. de contacto: Tel. 787 236-7012         Cel.  787 236-7012

Correo electrónico:   lulupapa69@gmail.com

Epígrafe: Ver anejo 1 (Información del caso)

Razón para la Objeción: A partir de la fecha de recibo del formulario No recibí ningún tipo de información o instrucciones adicionales al caso.

Documentación justificativa: Ver anejos

1. Estado de cuenta estimado ( Adm. de los Sistemas de Retiro)

2. Certificación de aportaciones ( Adm. de los Sistemas de Retiro)

3. Certificación de empleo  (Departamento de la Familia)

4. Copia listado de Objeción Global- Anexo A

    (Donde se incluye información sobre la reclamación)

5. Otros: _____

Certifico que todo lo aquí expuesto es cierto y verdadero.

Firma.

2020 JAN 14 AM 10:30 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR RECEIVED & FILED INTAKE DROP BOX