Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: _36415

Nombre: MYRNA RIVERA GARCIA

Direccion Postal:__SANTA ELENA CALLE B N34  BAYAMON PR 00957

Direccion Residencial: SANTA ELENA CALLE B N34 BAYAMON PR 00957

Num. de contacto:

Tel.:_787 616 4256_____     Cel.939 638 9437

Correo electronico: MRIVERA4@ASUME.PR.GOV

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: NUNCA FUE NOTIFICADA HASTA EL 23 DE DIC DEL 2019 QUE RECIBO NOTIFICACION...

_Myrna Rivera Garcia_
_Caso- 36415_

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: _____