Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion: 82119

2020 JAN 23 PM 12:10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Nombre: **David Martínez Pérez**

Direccion Postal: **Van Scoy c/10 a G-26 Bayamón, PR. 00957**

Direccion Residencial: **Van Scoy c/10 a G-26 Bayamón, PR. 00957**

Num. de contacto:

    Cel. **(787) 422-7157**

Correo electronico: **vida1507@yahoo.com**

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

    **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:

**AL MOMENTO NO HABIA RECIBIDO COMUNICACION ALGUNA AL RESPECTO.**

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros:

2020 JAN 14 AM 10:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED
INTAKE DROP BOX