Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDRED AND FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Retiro

Page 1 of 2



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### DAVID MARTINEZ PEREZ (461601)

| | |
|---|---|
| Agencia: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 02-ABR-2008 |
| Años en Servicio: | 14.04 |
| Sueldo Bruto: | $1,341.00 |
| Sueldo Neto: | $870.76 |
| Balance Aportaciones*: | $20,192.40 |
| Aportaciones Ley 106 **: | $3,375.00 |

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo

Solicitudes en Línea

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones.

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

pr.gov

https://retiro.pr.gov/sel/App/informacion-general.aspx

1/9/2020



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

RE: DAVID MARTINEZ PEREZ                     Seguro Social:

VAN SCOY

C/10 A G-26

BAYAMON, PR 00957

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 9.02 |
| Balance de Aportaciones: | $14,090.62 |

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946253069

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

18 de diciembre de 2019

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

DAVID MARTINEZ PEREZ  
VAN SCOY  
C/10  A G-26  
BAYAMON, PR 00957

Seguro Social:

A base de la información en nuestros registros, al 18 de diciembre de 2019 usted posee:

**Fecha de Nacimiento:**   **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 02 de abril de 2008
**Fecha de Comienzo de Cotización:** 02 de abril de 2008

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 5.02 |
| Aportaciones: | $6,063.10 |
| Intereses: | $72.89 |
| Gastos Teneduría: | ($34.21) |
| Total Aportaciones: | $6,135.99 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 9.02 |
| Aportaciones: | $12,328.98 |
| Intereses: | $1,727.43 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $14,056.41 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## Centésima primera objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 916 | MARTINEZ ORTIZ, NOELIA<br>RJ 31 C/ANTONIO PEREZ<br>URB. LA ROSALDA II<br>TOA BAJA, PR 00949 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 102108 | $ 16,803.37* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 917 | MARTINEZ ORTIZ, ROSAEL<br>APARTADO 71308<br>SAN JUAN, PR 00936 | 6/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 90178 | $ 75,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 918 | MARTINEZ PEREZ, DAVID<br>VAN SCOY<br>CALLE 10 A G-26<br>BAYAMON, PR 00957 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82119 | $ 14,090.62 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 919 | MARTINEZ PINEIRO, MIGDALIA<br>PO BOX 7500 PMB217<br>CAYEY, PR 00737 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 76124 | |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 920 | MARTINEZ PIZARRO, OSVAL E.<br>URB. VILLA FONTANA VIA 21 SL2<br>CARDINA, PR 00983 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25901 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 921 | MARTINEZ PUIG, JUAN C<br>58 CALLE COLOMER SANCHEZ<br>UTUADO, PR 00641 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43011 | $ 3,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados