IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | PROMESA Title III |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors. | |

**INFORMATIVE MOTION OF THE QTCB NOTEHOLDER GROUP
REGARDING JANUARY 29-30, 2020 OMNIBUS HEARING**

The QTCB Noteholder Group[2] hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of January 29-30, 2020 Omnibus Hearing* (Case No. 17-BK-3283, Dkt. No. 10254), and respectfully states as follows:

1.  David L. Lawton of Morgan Lewis & Bockius LLP will appear in person on behalf of the QTCB Noteholder Group at the January 29-30, 2020, omnibus hearing in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* (Case No. 17-BK-3283 LTS, Dkt. No. 134) and *Fourth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (Case No. 17-BK-3283 LTS, Dkt. No. 8618).

Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2. Mr. Lawton reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases.

3. In addition, Mr. Roberto Abesada-Agüet of Correa Acevedo & Abesada Law Offices, PSC will also be attending, on behalf of the QTCB Noteholder Group, the January 29-30 2020, omnibus hearing at the United States District Court for the District of Puerto Rico.

**WHEREFORE**, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

[*Remainder of page intentionally left blank.*]

**RESPECTFULLY SUBMITTED,**

Dated: January 24, 2020
San Juan, Puerto Rico

**Morgan, Lewis & Bockius LLP**

/s/ Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
Shannon B. Wolf (*pro hac vice*)
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com

**Correa-Acevedo & Abesada Law Offices, PSC**

Roberto Abesada-Aguet
USDC-PR No. 216706
Sergio Criado
USDC-PR No. 226307
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on January 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

        **CORREA ACEVEDO & ABESADA**
        **LAW OFFICES, P.S.C.**

        */s/ Sergio Criado*
        Sergio Criado
        USDC-PR No. 226307
        E-Mail: scriado@calopsc.com
        Centro Internacional de Mercadeo, Torre II
        # 90 Carr. 165, Suite 407
        Guaynabo, P.R. 00968
        Tel. (787) 273-8300; Fax (787) 273-8379