Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion: 29760

*INTAKE DROP BOX*
*RECEIVED & FILED*
*2020 JAN 23 PM 12:10*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, PR*

Nombre: **Martínez Ortiz, María M.**

Direccion Postal: **HC-06 Box 6656  Guaynabo PR, 00970**

Direccion Residencial: **Bo. Santa Rosa II, Parcelas Huertas c/10 #97**

**Guaynabo, PR. 00970**

Num. de contacto:

Cel. **(787) 501-4418**

Correo electronico: **millie2606@yahoo.com**

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:

**AL MOMENTO NO HABIA RECIBIDO COMUNICACION ALGUNA AL RESPECTO, HASTA EL DIA 12/12/19, VIA CORREO ELECTRONICO, QUE SE RECIBIO UN DOCUMENTO RELACIONADO CON LO MENCIONADO EN EPIGRAFE.** El documento no especifica la informacion solicitada

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

(Donde se incluye informacion sobre la reclamacion)

5. Otros: Evidencia de recibo de la comunicacion, talonario

*[Stamp: U.S. DISTRICT COURT CLERK'S OFFICE, 2020 JAN 14 AM 10:29, RECEIVED & FILED, INTAKE DROP BOX]*

*[Signature: Maria M. Martinez Ortiz]*
*29760*