Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

ONE HUNDRED AND FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# Prime Clerk
A Division of DUFF & PHELPS

## Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

### Creditor Data Details - Claim # 29760

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Martinez Ortiz, Maria M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29760 |
| | Date Filed | Schedule Number |
| | 05/18/2018 | n/a |

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 Viewing 1 of 2

## Claim Amounts

| | | | | | |
|---|---|---|---|---|---|
| 29760 | 05/18/2018 | Martinez Ortiz, Maria M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | | $0.00 |
| Claim Nature | Schedule Amount | C*U*D* Asserted Claim Amount | C*U*F* Current Claim Value | | Claim Status |
| General Unsecured | | | Employees Retirement System | | |
| Priority | 29760 | 06/29/2018 | Rodriguez Cruz, Maribel | of the Government of the Commonwealth of Puerto Rico | $0.00 | Pending Objection $0.00 |
| Secured | | | | | |
| 503(b)(9) Admin Priority | | | | | |
| Admin Priority | | | | | |

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 Viewing 1 of 2

| Total | $0.00 | $0.00 | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 12/12/2019 | Debtor's Omnibus Objection to Claims One Hundred ... | | | Deficient | Pending |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of

*[Signature: Maria M. Martinez Ortiz]*
*29760*

https://cases.primeclerk.com/puertorico/Home-ClaimInfo       09/01/2020



Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

**MARIA M MARTINEZ ORTIZ (133684)**

| | |
|---|---|
| Agencia: | DEPARTAMENTO DE LA FAMILIA |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 29-JUL-1994 |
| Años en Servicio: | 23 |
| Sueldo Bruto: | $3,241.00 |
| Sueldo Neto: | $1,937.37 |
| Balance Aportaciones*: | $63,850.83 |
| Aportaciones Ley 106 **: | $8,159.00 |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo

( Solicitudes en Línea )

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

*[firma]*

|pr.gov|

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940

https://retiro.pr.gov/sel/App/informacion-general.aspx

1/8/2020

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

18 de diciembre de 2019

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

MARIA M MARTINEZ ORTIZ
HC 01 BOX 6656

GUAYNABO, PR 00970

Seguro Social: .

A base de la información en nuestros registros, al 18 de diciembre de 2019 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 29 de julio de 1994
Fecha de Comienzo de Cotización: 29 de julio de 1994

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 15,556.80 | Aportaciones: | 8,159.09 |
| | | Intereses: | 1,260.17 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 47,033.86 | **Total Aportaciones:** | 16,816.97 | **Total Aportaciones:** | 8,159.09 |
| **Beneficio:** | 950.10 | **Beneficio:** | 81.37 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIA MARTINEZ ORTIZ**   Seguro Social: ⟩
HC 01 BOX 6656
GUAYNABO, PR 00970

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE LA FAMILIA |
| Años de Servicio: | 23 |
| Balance de Aportaciones: | $63,850.83 |

Esta certificación fue emitida el 8 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010846232280

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**RETIRO**
GOBIERNO DE PUERTO RICO

Centésima primera objeción global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 910 | MARTINEZ ORTA, JULIO<br>URB LA MONSERRATE<br>56 CALLE SANTA ROSA<br>SAN GERMAN, PR 00683 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31032 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 911 | MARTINEZ ORTIZ, CELIANN<br>PO BOX 371063<br>CAYEY, PR 00737-1063 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77114 | |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 912 | MARTINEZ ORTIZ, MAYRA DEL C.<br>CALLE FRANCISCO PIETRI #80<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64043 | $ 12,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 913 | MARTINEZ ORTIZ, ANA I.<br>8306 SPRING BREEZE CT.<br>ORLANDO, FL 32829 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 65087 | $ 25,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 914 | MARTINEZ ORTIZ, CARLOS<br>HC.05 BOX 13107<br>JUANA DIAZ, PR 00795 | 6/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 68551 | $ 30,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 915 | MARTINEZ ORTIZ, MARIA M.<br>BO. SANTA ROSA II PARCELAS HUERTAS #97<br>GUAYNABO, PR 00970 | 5/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29760 | Indeterminado* |

*signature: Maria M. Martinez*

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

**Maria Martinez Ortiz**

From: Martinez Millie <millie2606@yahoo.com>
Sent: Wednesday, January 08, 2020 2:02 PM
To: Maria Martinez Ortiz
Subject: Fwd: In re Commonwealth of Puerto Rico, Case No. 17-03283, United States District Court for the District of Puerto Rico

Sent from my iPhone

Begin forwarded message:

> From: "Christian I. Rivera" <crivera@primeclerk.com>
> Date: December 12, 2019 at 7:58:02 PM AST
> To: Puerto Rico Team <puertoricoteam@PrimeClerk.com>
> **Subject: In re Commonwealth of Puerto Rico, Case No. 17-03283, United States District Court for the District of Puerto Rico**
>
> Prime Clerk LLC is the solicitation, notice, and claims agent for the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Sales Tax Financing Corporation ("COFINA"), Puerto Rico Highways & Transportation Authority ("HTA"), Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"). On May 3, May 5, May 21, and July 2, 2017, and September 27, 2019, the Commonwealth, COFINA, HTA, ERS, PBA, and the Puerto Rico Electric Power Authority (collectively, the "Debtors") filed petitions for relief under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"). The Debtors' cases are jointly administered in the United States District Court for the District of Puerto Rico under Case No. 17-03283.
>
> Please find below a link to the following important document:
>
> - One Hundred and First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided. Hearing Scheduled for January 29, 2020 at 9:30 a.m. (AST). Responses Due on January 14, 2020 at 4 p.m. (AST) **[Docket No. 9551]**
>
> For additional information, please visit https://cases.primeclerk.com/puertorico.
>
> *Quality. Partnership. Expertise. Innovation.*
> For more information click here: https://www.primeclerk.com/why-choose-us



*[Signature: Maria M. Martinez Ortiz  29760]*

1

**122 Departamento de la Familia**
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

| | |
|---|---|
| Aviso #: | 5142241 |
| Fecha Aviso: | 12/13/2019 |

MARIA M. MARTINEZ ORTIZ
BO. SANTA ROSA II
PARCELAS HUERTAS #97
GUAYNABO, PR 00971
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 122045-Centro de Servicios Integrados |
| Lugar: | Oficina Local de Guaynabo 2 |
| Titulo: | Dir.Ctro.Servs.Integrales I |
| Sueldo: | $3,241.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 + 7 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,620.50 | 1,867.50 | 37,271.50 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Total: | | | 1,620.50 | 1,867.50 | 37,871.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.50 | 549.14 |
| Fed OASDI/Disability - EE | 100.47 | 2,348.03 |
| PR Withholding | 39.63 | 911.49 |
| Total: | 163.60 | 3,808.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 137.74 | 3,168.02 |
| Total: | 137.74 | 3,168.02 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 4.05 | 93.15 |
| AE-Asoc Emp ELA-Prest Regular | 202.90 | 4,335.70 |
| SM-First Medical Health Plan | 23.50 | 729.50 |
| DM-FONDOS UNIDOS | 1.50 | 34.50 |
| SC-USIC LIFE INS CO | 35.41 | 814.43 |
| DUM-Cont S/Ingresos Adeudados | 34.50 | 793.50 |
| Ahorros-AEELA | 48.62 | 1,118.26 |
| Total: | 350.48 | 7,919.04 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 54.29 | 1,268.77 |
| SM-First Medical Health Plan | 0.00 | 1,980.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,620.50 | 0.00 | 163.60 | 488.22 | 968.68 |
| Acumulado: | 37,871.50 | 0.00 | 3,808.66 | 11,087.06 | 22,975.78 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5142241 | 968.68 |
| Total: | 968.68 |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

**Departamento de la Familia**
Edif. Lila Mayoral
Ave Barbosa #306
San Juan, PR 00902

Fecha
12/13/2019

Aviso No.
5142241

Cant. Deposito:  $968.68

A la
Cuenta(s) De

MARIA M. MARTINEZ ORTIZ
BO. SANTA ROSA II
PARCELAS HUERTAS #97
GUAYNABO, PR 00971
Localizacion: Oficina Local de Guaynabo 2

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 968.68 |
| Total: | | 968.68 |

**NO-NEGOCIABLE**