Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: 36421

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 23 PM 12: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: __GLADYVEL RIVERA MARRERO

Direccion Postal: CONDOMINIO LA ARBOLEDA APT. 2706 GUAYNABO, P.R. 00966

Direccion Residencial: LA MISMA

Num. de contacto:

  Tel Cel. 787-216-5336

Correo electronico: gladyvel57@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: HASTA ESTE MOMENTO NO SE HABIA RECIBO NINGUNA DOCUMENTACION. El Documento no especifica Informacion Solicitada.

Documentacion justificativa: Ver anejos

  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

  3. Certificacion de empleo (Departamento de la Familia)

  4. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

  5. Otros: _____

*[Signature: Gladyvel Rivera Marrero]*

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 14 AM 10: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.