INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 23 AM 10:19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

_Eighty-seventh_ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: _115613_

Name and Address: _Lydia M. Malpica Padilla_
_P.O. Box 863_
_Dorado, P.R. 00646_

Email: _yiyacarlos11@gmail.com_    Tel. _787-667-3843_

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico. _y al Sistema de Retiro de Maestros de Puerto Rico_

Ley _96_ de _2002 - Boihou._

Años Reclamados _10 años   2002 - 2012_

Cantidad Reclamada _$ 12,000_

Ley 9/del año _Costo de vida - Retiro de Maestros (3% cada 2 años)_

Años Reclamados _4 años   2002 - 2020_

Cantidad Reclamada _$ 1,766.08_

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Sistema Retiro Maestros P.R.

2. Talonarios Depto Educación 2009, 2000, 2011, 2001, 2002, 2003

3.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Lydia M. Malpica Padilla

Firma: _Lydia M. Malpica Padilla_  Fecha: 1/23/2020

23 de enero de 2020

United States District Court of Puerto Rico
Secretaria (Clercks Office)
Room 150 Federal Building
San Juan, Puerto Rico

Yo Lydia M. Malpica Padilla, núm. de reclamación 115613 les informo el porqué estoy presentando tarde los documentos para mi reclamación. Anteriormente había enviado a Prime Clerk a New York el cuestionario el día 6 de diciembre de 2019, sin ninguna documentación ya que no me habían orientado. Les llamé para conocer si habían recibido mi cuestionario y ellos me orientaron sobre la documentación que me faltaba, que escribiera esta carta explicando porque llevaba ahora el cuestionario con la fecha del 6 de diciembre de 2019 (copia) y los documentos correspondientes. Gracias por su cooperación.

Atentamente,

Lydia M. Malpica Padilla