### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _Ley 96 del 1ro de Julio de 2002. Aumento Salarial de $100.00_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): _$12,000.00_

Reclamante: #115613 Lydia M. Malpica Padilla

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

☐ No. *Pase a la Pregunta 4.*

☑ Si. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educacion de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación: Julio 2002 - Julio 2012

3(c). Últimos cuatro dígitos de su número de seguro social: 5566

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

☐ Jubilación

☑ Salarios impagos

☐ Días por enfermedad

☐ Queja con el sindicato

☐ Vacaciones

☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____
_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

☐ No.

☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

_____

4(c). Número de caso: _____

4(d). Titulo, epigrafe, o nombre del caso:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/05/01 |
| Hasta: | 02/16/01 |

# Cheque: 06305335
Fecha: 02/13/01

**LYDIA M MALPICA PADILLA**
CALLE NORTE #176
DORADO PR 00646
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8007025-Bayamon Dorado |
| Oficina: | Marcelino Casiano (Int. Maguay |
| Titulo: | M.Educ.Especial |
| Sueldo: | $1,755.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 877.50 | 180.00 | 2,632.50 |
| Total: | | | 877.50 | 180.00 | 2,632.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 12.72 | 38.17 |
| PR Withholdng | 47.32 | 141.96 |
| Total: | 60.04 | 180.13 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.98 | 236.94 |
| Total: | 78.98 | 236.94 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-NATIONAL LIFE INS. | 14.33 | 42.99 |
| AS FED MAESTROS AFT | 8.00 | 32.00 |
| GPR Plan de Ahorros | 26.33 | 78.99 |
| Total: | 48.66 | 153.98 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 74.59 | 223.77 |
| FSED Disability Plan | 14.92 | 44.76 |
| SM-Medical One | 0.00 | 40.00 |
| * Tributable | | |

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 877.50 |
| Acumulado: | 2,632.50 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 60.04 |
| | 180.13 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 127.64 |
| | 390.92 |

### PAGA NETA

| | |
|---|---|
| | 689.82 |
| | 2,061.45 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06305335 | 689.82 |
| Total: | 689.82 |

**MENSAJE:**

Case:17-03283-LTS Doc#:10368-1 Filed:01/23/20 Entered:01/24/20 16:08:12 Desc: Exhibit Page 4 of 9

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/15/02 |
| Hasta: | 07/26/02 |

# Cheque: 04862400
Fecha: 07/30/02

| | |
|---|---|
| LYDIA M MALPICA PADILLA | |
| CALLE NORTE #176 | |
| DORADO PR 00646 | |
| SS: | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 8007025-Bayamon Dorado |
| Oficina: | Marcelino Casiano (Int. Maguay |
| Titulo: | M.Educ.Especial |
| Sueldo: | $1,747.07 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | 
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 873.54 | 858.00 | 12,277.08 |
| Pago Retroactivo Regular | | | 0.00 | | 99.76 |
| Total: | | | 873.54 | 858.00 | 12,376.84 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 12.66 | 179.46 |
| PR Withholdng | 38.24 | 547.75 |
| Total: | 50.90 | 727.21 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.62 | 1,113.98 |
| Total: | 78.62 | 1,113.98 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Dev Sueldo Cob Indebid | 82.15 | 328.60 |
| SC-UNIVERSAL LIFE INS. CO | 18.50 | 74.00 |
| AS FED MAESTROS AFT | 8.00 | 112.00 |
| GPR Plan de Ahorros | 26.21 | 371.37 |
| SC-NATIONAL LIFE INS. | 0.00 | 143.30 |
| DONATIVO | 0.00 | 10.00 |
| Total: | 134.86 | 1,039.27 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 60.00 | 420.00 |
| GPR Plan de Retiro de Maestro | 74.25 | 1,052.06 |
| FSED Disability Plan | 14.85 | 210.44 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 873.54 | 50.90 | 213.48 | 609.16 |
| Acumulado: | 12,376.84 | 727.21 | 2,153.25 | 9,496.38 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04862400 | 609.16 |
| Total: | 609.16 |

**MENSAJE: PRUEBAS GRATIS PARA MUJERES, NO CUALIFIQUEN PARA REFORMA DE SALUD Y NO TENGAN PLAN MEDICO. 274-5640**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 08008385 |
| Desde: | 02/20/03 | |
| Hasta: | 03/05/03 | Fecha: 02/28/03 |

| | | |
|---|---|---|
| LYDIA M MALPICA PADILLA | # Empleado: | DATA IMP: Federal PR |
| CALLE NORTE #176 | Dept: 8007025-Bayamon Dorado | Estado Civil: Married Head of Household |
| DORADO PR 00646 | Oficina: Marcelino Casiano (Int. Maguay | Concesiones: 0 2 |
| | Titulo: M.Educ.Especial | Pct. Adcl.: |
| SS: | Sueldo: $1,855.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 927.50 | 240.00 | 3,710.00 |
| Total: | | | 927.50 | 240.00 | 3,710.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 13.45 | 53.80 |
| PR Withholdng | 43.10 | 172.40 |
| Total: | 56.55 | 226.20 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 83.48 | 333.92 |
| Total: | 83.48 | 333.92 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-UNIVERSAL LIFE INS. CO | 18.50 | 74.00 |
| AS FED MAESTROS AFT | 8.00 | 32.00 |
| GPR Plan de Ahorros | 27.83 | 111.32 |
| Total: | 54.33 | 217.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 60.00 | 120.00 |
| GPR Plan de Retiro de Maestro | 78.84 | 315.36 |
| FSED Disability Plan | 15.77 | 63.08 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Impuestos | Deducciones | Paga Neta |
|---|---|---|---|---|
| Corriente: | 927.50 | 56.55 | 137.81 | 733.14 |
| Acumulado: | 3,710.00 | 226.20 | 551.24 | 2,932.56 |

### LIC HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #08008385 | 733.14 |
| Total: | 733.14 |

MENSAJE: ' COMUNICATE CON EL COMITE DE ETICA DE TU AGENCIA PARA PARTICIPAR EN LA ENCUESTA DE ETICA 2003 '

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 4985267 |
| Desde: | 06/01/2009 | Fecha Aviso: 06/15/2009 |
| Hasta: | 06/12/2009 | |

| | | |
|---|---|---|
| LYDIA M MALPICA PADILLA | # Empleado: | |
| CALLE NORTE #176 | Dept: 8007025-Bayamon Dorado | |
| DORADO, PR 00646 | Lugar: MARCELINO CANINO CANINOy | |
| SS: | Titulo: DEPARTAMENTO DE EDUCACION | |
| | Sueldo: $2,505.00 Monthly | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,252.50 | 672.00 | 13,777.50 | |
| Total: | | 1,252.50 | 672.00 | 13,777.50 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.16 | 199.77 |
| PR Withholding | 48.30 | 531.30 |
| Total: | 66.46 | 731.07 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 112.73 | 1,240.03 |
| Total: | 112.73 | 1,240.03 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Anterior | 201.31 | 2,214.41 |
| SC-TRANS OCEANIC LIFE | 18.42 | 202.62 |
| AS-FED MAESTROS DE PR | 8.00 | 98.00 |
| Ahorros-AEELA | 37.58 | 413.38 |
| Total: | 265.31 | 2,928.41 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.46 | 1,171.06 |
| FSED Disability Plan | 21.29 | 234.19 |
| SM-MCS | 0.00 | 600.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,252.50 | 0.00 | 66.46 | 378.04 | 808.00 |
| Acumulado: | 13,777.50 | 0.00 | 731.07 | 4,168.44 | 8,877.99 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4985267 | 808.00 |
| Total: | 808.00 |

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
06/15/2009

Aviso No.
4985267

**Cant. Deposito:** $808.00

A la
Cuenta(s) De

**LYDIA M MALPICA PADILLA**
CALLE NORTE #176
DORADO, PR 00646

Localizacion: MARCELINO CANINO CANINOy

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 5107 | $808.00 |
| Total: | | $808.00 |

## NO-NEGOCIABLE

| DEPT DE EDUCACION-MAESTROS | | Grupo de Pago: | SM -Quincenal | Aviso #: | 5099979 |
|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez, Esquina Calaf | | Desde: | 11/22/2010 | | |
| HATO REY, PR 00919 | | Hasta: | 12/07/2010 | Fecha Aviso: | 12/15/2010 |

| LYDIA M MALPICA PADILLA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| CALLE NORTE #176 | Dept: | (an)/023-Bayamon Dorado | Estado Civil: | Married | Head of Household |
| DORADO, PR 00646 | Lugar: | MARCELINO CANINO CANINOy | Concesiones: | 0 | 2 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,505.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,252.50 | 1,392.00 | 28,349.31 | Fed FICA Med Hospital Ins / EE | 18.16 | 425.56 |
| Bono de Navidad | | | 0.00 | | 1,000.00 | PR Withholding | 0.00 | 1,034.89 |
| Total: | | | 1,252.50 | 1,392.00 | 29,349.31 | Total: | 18.16 | 1,460.45 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 112.73 | 2,551.53 | RM-Ser No Coti-Ret Ma-Anterior | 201.31 | 4,630.13 | GPR Plan de Retiro de Maestro | 106.46 | 2,409.65 |
| | | | SC-TRANS OCEANIC LIFE | 18.42 | 423.66 | FSED Disability Plan | 21.29 | 498.90 |
| | | | AS-FED MAESTROS DE PR | 8.00 | 184.00 | SM-MCS | 0.00 | 1,320.00 |
| | | | Ahorros-AEELA | 37.58 | 850.58 | | | |
| Total: | 112.73 | 2,551.53 | Total: | 265.31 | 6,088.37 | * Tributable | | |

### TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,252.50 | 0.00 | 18.16 | 378.04 | 856.30 |
| Acumulado: | 29,349.31 | 0.00 | 1,460.45 | 8,639.90 | 19,248.96 |

### PTO HORAS ACUM | DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | Aviso #5099979 | 856.30 |
|---|---|---|---|
| + Ganada: | | | |
| + Compra: | | Total: | 856.30 |
| - Usada: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

**MENSAJE:**

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
12/15/2010

Aviso No.  
5099979

**Cant. Deposito:** $856.30

A la  
Cuenta(s) De

LYDIA M MALPICA PADILLA  
CALLE NORTE #176  
DORADO, PR 00646

Localizacion: MARCELINO CANINO CANINOy

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 046510005107 | $856.30 |
| Total: | | $856.30 |

# NO-NEGOCIABLE

| DEPT DE EDUCACION-MAESTROS | | Grupo de Pago: | SM -Quincenal | Aviso #: | 5730874 |
|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez . Esquina Calaf | | Desde: | 01/10/2011 | Fecha Aviso: | 01/14/2011 |
| HATO REY, PR 00919 | | Hasta: | 01/21/2011 | | |

| LYDIA M MALPICA PADILLA | # Empleado: | λ ..... | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| CALLE NORTE #176 | Dept: | 8007025-Bayamon Dorado | Estado Civil: | Married | Head of Household |
| DORADO, PR 00646 | Lugar: | MARCELINO CANINO CANINOy | Concesiones: | 0 | 2 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,505.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,252.50 | 60.00 | 1,252.50 | Fed FICA Med Hospital Ins / EE | 18.16 | 18.16 |
| | | | | | | PR Withholding | 22.05 | 22.05 |
| Total: | | | 1,252.50 | 60.00 | 1,252.50 | Total: | 40.21 | 40.21 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 112.73 | 112.73 | RM-Ser No Coti-Ret Ma-Anterior | 201.31 | 201.31 | GPR Plan de Retiro de Maestro | 106.46 | 106.46 |
| | | | SC-TRANS OCEANIC LIFE | 18.42 | 18.42 | FSED Disability Plan | 21.29 | 21.29 |
| | | | Ahorros-AEELA | 37.58 | 37.58 | | | |
| Total: | 112.73 | 112.73 | Total: | 257.31 | 257.31 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,252.50 | 0.00 | 40.21 | 370.04 | 842.25 |
| Acumulado: | 1,252.50 | 0.00 | 40.21 | 370.04 | 842.25 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5730874 | 842.25 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 842.25 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE: REGISTRESE EN COLECTURIA VIRTUAL DE HACIENDA PARA OBTENER SE W2 DESDE LA ULTIMA SEMANA DE ENERO 2011

---

**DEPT DE EDUCACION-MAESTROS**  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
01/14/2011

Aviso No.  
5730874

**Cant. Deposito:** $842.25

A la  
Cuenta(s) De

**LYDIA M MALPICA PADILLA**  
CALLE NORTE #176  
DORADO, PR 00646

Localizacion: MARCELINO CANINO CANINOy

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 046510005107 | $842.25 |
| Total: | | $842.25 |

# NO-NEGOCIABLE

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico que la **Prof. Lydia M. Malpica Padilla**, con número de seguro social que termina en **5566**, disfruta de una pensión vitalicia del **Sistema de Retiro para Maestros**, desde el **28 de julio de 2012**. La Profesora recibe una pensión mensual de **$1,226.45**, equivalente a **$14,717.40** anual.

Esta certificación se expide hoy, **22 de agosto de 2019** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414    787.764.6910    www.srm.pr.gov