17 de enero de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

(I)- <u>Datos del contacto</u>

    Nombre: **Vilmarie Morales Colón**

    Direccion Residencial:
    **Calle 410 Blq. 143 #20**
    **Villa Carolina, Carolina PR 00985**

    Direccion Postal:
    **Calle 410 Blq. 143 #20**
    **Villa Carolina, Carolina PR 00985**

    Teléfono: **(787) 513-8064**
    Correo Electrónico: **keilyshanty13@gmail.com**

(II) – <u>Epígrafe</u>

| | |
|---|---|
| Nombre del deudor: | **Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico** |
| Número del Procedimiento: | **17 BK 3283-LTS** |
| Título de Objeción Legal: | **ONE HUNDRED AND SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED** |
| Número de Reclamo: | **21692** |

### (III)-Motivo(s) para oponerse a Objeción global

El motivo para oponerme a la Objeción Global es que mi dinero aportado al Sistema de Retiro por concepto de ahorro personal fue utilizado por el Gobierno de Puerto Rico lo que incumple el acuerdo firmado con el Sistema de Retiro. Es por esta razón que solicito que persista el reclamo sometido, dado que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda la cantidad de $37,891.32 por concepto de aportación al sistema de Retiro de Puerto Rico.

Adjunto el estado de cuenta estimado de mis aportaciones al Sistema de Retiro provisto por esta Agencia en la cual no se refleja el tiempo trabajado del periodo correspondiente entre el año 2000 al 2013.

### Radicación:

Cabe señalar que debido a los fuertes y constantes sismos que han estado ocurriendo en Puerto Rico, varias agencias gubernamentales casaron sus funciones como medida de seguridad. Debido a esta situación se ha visto afectada la radicación de la información solicitada y aqui brindada en la fecha límite establecida.

## One Hundred and Second Omnibus Objection
## Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 654 | MORALES COLON, VILMARIE<br>VILLA CAROLINA<br>BLQ 143 20 CALLE 410<br>CAROLINA, PR 00985 | 5/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21692 | $ 75,782.64 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 655 | MORALES CORDERO, AIDA<br>PO BOX 267<br>CAMUY, PR 00627 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35689 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 656 | MORALES CORDERO, AIDA<br>PO BOX 267<br>CAMUY, PR 00627 | 6/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51169 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 657 | MORALES CORDOVA, KARIME<br>B-31 14 ST<br>MOUNTAIN VIEW<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 94731 | $ 182,309.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 658 | MORALES CORTES, BRENDA<br>BO ISLOTE II<br>281 CALLE 15<br>ARECIBO, PR 00612 | 4/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7894 | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

17 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

VILMARIE MORALES COLON
VILLA CAROLINA
BLQ. 143 #20 CALLE 410
CAROLINA, PR 00985

Seguro Social: XXX-XX-8772

A base de la información en nuestros registros, al 17 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 11 de octubre de 1975
Fecha de Ingreso al Servicio Público: 28 de agosto de 2000
Fecha de Comienzo de Cotización: 28 de agosto de 2000

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.06 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,457.95 | Aportaciones: | 5,676.36 |
| | | Intereses: | 5,221.24 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 19,893.53 | | |
| Tiempo: | 0.00 | Intereses: | 1,882.81 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 37,455.53 | Total Aportaciones: | 5,676.36 |
| Beneficio: | 0.00 | Beneficio: | 163.27 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



Vilmarie [illegible]
Calle 410 Blq 143 II 20
Villa Carolina, Carolina P.R.
00985

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

7019 1640 0000 1650 2785

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
JAN 22, 20
AMOUNT
$6.30
R2304M114521-05

RETURN RECEIPT REQUESTED

17 de enero de 2020

RECEIVED & FILED

2020 JAN 23 PM 4: 53

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

(I)-Datos del contacto

Nombre: **Rosana Morales Colón**

Direccion Residencial: Calle 410 Blq. 143 #20
Villa Carolina, Carolina PR 00985

Direccion Postal: Calle 410 Blq. 143 #20
Villa Carolina, Carolina PR 00985

Teléfono: **(787) 310-7038**
Correo Electrónico: **rosyn_79@yahoo.com**

(II) – Epígrafe

Nombre del deudor: Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

Número del Procedimiento: 17 BK 3283-LTS

Título de Objeción Legal: ONE HUNDRED AND SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

Número de Reclamo: 80967

Nombre: **Rosana Morales Colón**
Número de Reclamo: **80967**
Pág. 2

### (III)-Motivo(s) para oponerse a Objeción global

Me opongo a la Objeción Global dado que el dinero aportado por mi parte al Sistema de Retiro por concepto de ahorro personal fue utilizado por el Gobierno de Puerto Rico lo que incumple el acuerdo con el Sistema de Retiro. Por lo tanto solicito que persista el reclamo sometido, dado que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda la cantidad de $9,995.04 por concepto de aportación al sistema de Retiro de Puerto Rico.

Cabe señalar que debido a los sismos ocurridos en Puerto Rico, varias agencias gubernamentales casaron sus funciones como medida de seguridad. Debido a esta situación se ha visto afectada la radicación de la información solicitada y aqui brindada en la fecha límite establecida.

Centésima segunda objeción global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 651 | MORALES CINTRON, JOSE L<br>HC 1 BOX 17223<br>HUMACAO, PR 00791 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 74583 | $ 150,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 652 | MORALES COLON, MARISOL<br>URB. EL CULEBRINA CALLE PINO G-11<br>SAN SEBASTIAN, PR 00685 | 7/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72001 | $ 38,807.03 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 653 | MORALES COLON, ROSANA<br>#20 VILLA CAROLINA<br>C/410 BLQ 143<br>CAROLINA, PR 00987 | 6/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 80967 | $ 19,990.08 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 654 | MORALES COLON, VILMARIE<br>VILLA CAROLINA<br>BLQ 143 20 CALLE 410<br>CAROLINA, PR 00985 | 5/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21692 | $ 75,782.64 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 655 | MORALES CORDERO, AIDA<br>PO BOX 267<br>CAMUY, PR 00627 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35689 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 656 | MORALES CORDERO, AIDA<br>PO BOX 267<br>CAMUY, PR 00627 | 6/5/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 51169 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Rosana Moseli Galí
Calle 410 Blg. 143 #20
Villa Carolina, Carolina
P.R. 00985

CERTIFIED MAIL

7019 1640 0000 1650 2792

Secretaria
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
JAN 22, 20
AMOUNT
$6.30
R2304M114521-05

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **María M. Torres Rodríguez,** seguro social **XXX-XX-3799,** es empleada **Regular** que ocupa el puesto de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de Santa Isabel. Comenzó a prestar servicios el **9 de agosto de 1988** y devenga un sueldo de **$1,954.34** mensuales.

Dada en San Juan, Puerto Rico, el 14 de enero de 2020, según solicitada por el / la empleado(a).

Marieliz D. Arroyo Figueroa
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051

DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Maria M. Torres Rod[?]
HC02 Box 4414
Villalba P.R. 00766

RECEIVED & FILED
2020 JAN 23 PM 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria (Clerk's Office)
Tribunal de Distrito d los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Francisca Rolón Cosme**, seguro social **XXX-XX-0442**, es empleada **Regular** que ocupa el puesto de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de Santa Isabel. Comenzó a prestar servicios el **9 de febrero de 1989** y devenga un salario de **$1,954.34** mensuales.

Dada en San Juan, Puerto Rico, el 22 de enero de 2020, según solicitada por el / la empleado(a).

Marielíz D. Arroyo Figueroa
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051

DEPARTAMENTO DE EDUCACIÓN

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Francisca [illegible]
HC-02 Box 4395
Villalba, P.R. 00766

RECEIVED & FILED
2020 JAN 23 PM 4:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767