IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER ADJOURNING HEARING ON PENSIONS DISCOVERY MOTIONS

This matter is before the Court on the *Fifth Joint Status Report of Movant Ambac Assurance Corporation and Respondents The Financial Oversight and Management Board for Puerto Rico, The Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, with Respect to the Pensions Discovery Motions* (Dkt. No. 10325) (the "Joint Status Report") and the *Joint Urgent Motion by Ambac Assurance Corporation, The Financial Oversight and Management Board for Puerto Rico, The Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking An Order Granting an Adjournment of the Hearing on the Pensions Discovery Motions,* (Dkt. No. 10327) (the "Joint

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

Motion") [2]

Therein, the movant and respondents to two motions for discovery under Federal Rule of Bankruptcy Procedure 2004 (Dkt. Nos. 7505 and 7507) (together, the "Pensions Discovery Motions") ask the Court to adjourn the hearing date on the Pensions Discovery Motions from January 29, 2020 to the March Omnibus Hearing, scheduled to take place on March 4, 2020 in light of a pending Motion to Strike and in order to facilitate meet and confer efforts. Although the Motion to Strike has been resolved as of January 23, 2020 (see Dkt. No. 10332), the parties would benefit from time to review the Court's order and to continue their meet and confer efforts.

Taking note of the agreement among the parties and finding good cause for the requested relief, the Court hereby adjourns the hearing on the Pensions Discovery Motions to the March Omnibus Hearing, scheduled to take place on **March 4, 2020** in San Juan, Puerto Rico. The parties shall submit a joint status report to the Court on the remaining issues for adjudication on or before **5:00 p.m. AST on February 27, 2020**.

This order resolves Dkt. No. 10327.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: January 24, 2020

---

[2] Capitalized terms not defined in this Order shall have the meanings given to them in the Joint Motion.