**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>          as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>*Debtors.*[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING JANUARY 29-30, 2020 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorroy Crédito de Vega Alta, Cooperativa de Ahorro y Crédito de Lares, and Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía (hereinafter "the Cooperatives") hereby submit this informative motion pursuant to the *Court's Order Regarding Procedures for Attendance, Participation and Observation of January 29-30 Omnibus Hearing* (Case No. 17-BK-3283, Dkt. No. 10254), and respectfully state as follow:

   1.   Enrique M. Almeida Bernal of Almeida & Dávila, PSC will appear in person on behalf of the Cooperatives at the January 29-30, 2020, omnibus hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, federal Building, San Juan, Puerto Rico 00918-1767.

---

[1] The Debtors in these Title III Cases, along with each debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are 9i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of federal Tax ID: 3481); (ii) Puerto Rico Sales tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Mr. Almeida reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases, and/or to adversary proceedings 19-00292 and 19-00296 pending in the Title III Cases.

WHEREFORE, the Cooperatives identified hearin respectfully request that the Court take notice of the foregoing..

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 24th day of January, 2020.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 777-1376

/S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

/S/ **ZELMA DÁVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com