**Appendix I**

| Respondent's Name | Docket Entry No. of Response in Case No. 17-3283 |
|---|---|
| Maria R. Huertas Rivera | 10309 |
| Carmen Camacho Ilarraza | 10310 |
| Miguel A. Gonzalez Maysonet | 10311 |
| Aida Ortiz Nieves | 10312 |
| Angela Soto Toro | 10313 |
| Eladia Ayala Cadiz | 10315 |
| Carlos G. Ortiz Rosado | 10316 |
| Jose Miguel Hernandez Sanchez | 10317 |
| Jose E. Santini Bocachica | 10319 |
| Glendamid Torres Torres | 10320 |
| Carmen J. Orta Perez | 10321 |
| Eliezer Rivera Balay | 10324 |
| Angela Oyola Rios | 10326 |
| Elizabeth Velez Martinez | 10328 |
| Reyes Pagan Pagan | 10329 |
| Manuel Vega Mercado | 10330 |
| Carmen M. Torres Melendez | 10341 |
| Agnes Caballero Munoz | 10349 |
| Sheila Cartagena Cartagena | 10350 |
| Yaritza Ortiz Rivera | 10352 |
| Hilda Massa Dieppa | 10354 |
| Yaritza Gomez Acosta | 10356 |
| Kariam S. Vazquez Reyes | 10359 |
| Zoraida Hernandez Mendoza | 10360 |
| Marilu Gonzalez Diaz | 10361 |
| Myrna Rivera Garcia | 10362 |
| David Martinez Perez | 10363 |
| Maria M. Martinez Ortiz | 10366 |
| Gladyvel Rivera Marrero | 10367 |
| Lydia M. Malpica Padilla | 10368 |