# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## FIRST ORDER GRANTING IN PART THE EIGHTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

Upon the *Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Eightieth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Eightieth Omnibus Objection.

Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("ERS"), dated October 24, 2019, for entry of

an order disallowing in their entirety certain claims filed against the Commonwealth, HTA, or

ERS, as more fully set forth in the Eightieth Omnibus Objection and supporting exhibits thereto,

and upon the *Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended*

*Schedule for the Eightieth Omnibus Objection* (the "Notice of Adjournment"), filed by the

Commonwealth, HTA, and ERS on December 6, 2019 [ECF No. 9459], and upon the *Second*

*Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the*

*Eightieth Omnibus Objection* filed by the Commonwealth, HTA, and ERS on January 9, 2020

[ECF No. 9761]; and upon the *Third Notice of (A) Adjournment as to Certain Claims and (B)*

*Submission of Amended Schedules for the Eightieth Omnibus Objection* [ECF No. ___]; and the

Court having jurisdiction to consider the Eightieth Omnibus Objection and to grant the relief

requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to

PROMESA section 307(a); and due and proper notice of the Eightieth Omnibus Objection having

been provided to those parties identified therein, and no other or further notice being required; and

each of the claims identified in Exhibit A hereto (collectively, the "Deficient Claims") having been

found to be deficient; and pursuant to the First, Second and Third Notices of Adjournment, each

of the claims identified in Exhibit B hereto (collectively, the "Adjourned Claims") having been

adjourned; and the Court having determined that the relief sought in the Eightieth Omnibus

Objection is in the best interests of the Commonwealth, HTA, ERS, their creditors, and all parties

in interest; and the Court having determined that the legal and factual bases set forth in the

Eightieth Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Eightieth Omnibus Objection is GRANTED IN PART as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge