## Ninety-Third Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | VILLARREAL LOPEZ, MARIA V.<br>PO BOX 255<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66062 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | VIVES NEGRON, MIGUELINA<br>P.O. BOX 800176<br>COTO LAUREL, PR 00780 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70318 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | YORDAN CENTENO, NELLY<br>HC-01 BOX 7380<br>GUAYANILLA, PR 00656 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139951 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts