Claims 88002

Formulario / Form 499R-2/W-2 PR Rev. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

1. Nombre - First Name: MARIA
Apellido(s) - Surname(s): SILVA ORTIZ
Dirección Postal del Empleado - Employee's Mailing Address:
VILLA CARIBE 22
GUAYAMA, PR 00784

2. Nombre y Direccion Postal del Patrono - Employer's Name and Mailing Address:
L8102824992 J M VAZQUE
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:
Fecha de Cese de Operaciones / Cease of Operations Date:
Número de Control - Control Number: 45518225

3. Núm. Seguro Social - Social Security No.:
4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: / Year: **2007**

7. Sueldos - Wages: 46877.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 46877.00
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 3081.70
14. Fondo de Retiro - Retirement Fund: 3612.60
15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 0.00
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

**DEPT DE EDUCACION-CLASIFICADOS**, Esquina Calaf
Ave. Teniente Cesar Gonzalez
HATO REY, PR 00919

| | |
|---|---|
| MARIA I SILVA ORTIZ | # Empleado: |
| VILLA CARIBE 22 | Dept: |
| GUAYAMA, PR 00784 | Lugar: i02028-Caguas Guayama |
| | Titulo: Jose Munoz Vazquez |
| SS: | Sueldo: DEPARTAMENTO DE EDUCACION |
| | $3,720.00 Monthly |

Trab. de Pago de Quincena  
Desde: 06/16/2009  
Hasta: 06/30/2009

Aviso #: 5159799  
Fecha Aviso: 06/30/2009

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 4 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Corriente | | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,860.00 | 967.50 | 22,320.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 3,720.06 |
| Total: | | | 1,860.00 | 967.50 | 26,040.06 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 109.90 | 1,616.41 |
| Total: | 109.90 | 1,616.41 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 167.40 | 2,008.80 |
| Total: | 167.40 | 2,008.80 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 208.08 | 2,496.96 |
| SM-Asoc Maestros de PR | 23.00 | 276.00 |
| CO-COOP MAESTRO PR | 30.00 | 360.00 |
| SC-ATLANTIC SOUTH INS CO | 7.85 | 94.20 |
| SC-UTA INS CO | 13.13 | 157.56 |
| AS-ORG DIR Y ADM ESC PR | 10.00 | 120.00 |
| Ahorros-AEELA | 55.80 | 669.60 |
| Total: | 347.86 | 4,174.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 600.00 |
| GPR Plan de Retiro de Maestro | 158.10 | 1,897.20 |
| FSED Disability Plan | 31.62 | 442.68 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,860.00 | 0.00 | 109.90 | 515.26 | 1,234.84 |
| Acumulado: | 26,040.06 | 0.00 | 1,616.41 | 6,183.12 | 18,240.53 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5159799 | 1,234.84 |
| Total: | 1,234.84 |

MENSAJE:

---

**DEPT DE EDUCACION-CLASIFICADOS**  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
06/30/2009

Aviso No.  
5159799

*Claims 68002* (handwritten)

Cant. Deposito: $1,234.84

A la  
Cuenta(s) De

MARIA I SILVA ORTIZ  
VILLA CARIBE 22  
GUAYAMA, PR 00784

Localizacion: Jose Munoz Vazquez

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 044361 | $1,234.84 |
| Total: | | $1,234.84 |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/16/2007 |
| Hasta: | 11/30/2007 |

Aviso #: 7381054
Fecha Aviso: 11/30/2007

MARIA I SILVA ORTIZ
VILLA CARIBE 22
GUAYAMA, PR 00784
SS:

# Empleado:
Dept: 8102028-Caguas Guayama
Lugar: Jose Munoz Vazquez
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $3,470.00 Monthly

| | DATA IMP: | Federal | PR |
|---|---|---|---|
| Estado Civil: | | Single | Single |
| Concesiones: | | 0 | 4 |
| Pct. Adcl.: | | | |
| Cant. Adcl.: | | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,735.00 | 1,800.00 | | 36,545.00 |
| Pago Retroactivo Regular | | 0.00 | | | 125.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | | 2,737.00 |
| Incentivo de Excelencia | | 0.00 | | | 3,000.00 |
| Total: | | 1,735.00 | 1,800.00 | | 42,407.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 113.40 | 2,774.90 |
| Total: | 113.40 | 2,774.90 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 156.15 | 3,300.30 |
| Total: | 156.15 | 3,300.30 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 208.08 | 4,577.76 |
| SM-Asoc Maestros de PR | 23.00 | 483.00 |
| CO-COOP MAESTRO PR | 75.66 | 1,664.52 |
| SC-ATLANTIC SOUTH INS CO | 7.85 | 172.70 |
| SC-UTA INS CO | 13.13 | 288.86 |
| AS-ORG DIR Y ADM ESC PR | 8.50 | 170.00 |
| GPR Plan de Ahorros | 52.05 | 1,100.10 |
| Total: | 388.27 | 8,456.94 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1,100.00 |
| GPR Plan de Retiro de Maestro | 147.48 | 3,116.99 |
| FSED Disability Plan | 29.50 | 720.95 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,735.00 | 0.00 | 113.40 | 544.42 | 1,077.18 |
| Acumulado: | 42,407.00 | 0.00 | 2,774.90 | 11,757.24 | 27,874.86 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7381054 | 1,077.18 |
| Total: | 1,077.18 |

**MENSAJE:**

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
11/30/2007

Aviso No.
7381054

**Cant. Deposito:** $1,077.18

A la
Cuenta(s) De

**MARIA I SILVA ORTIZ**
VILLA CARIBE 22
GUAYAMA, PR 00784

Localizacion: Jose Munoz Vazquez

Claims 88003

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 044361 | $1,077.18 |
| Total: | | $1,077.18 |

**NO-NEGOCIABLE**