Claims: 88002

Maria I. Silva Ortiz
Villa Cañona 22
Loíza, PR
00729

RECEIVED
2020 JAN 24
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District
Court PR
Ave. Carlos E. Chardon
San Juan, PR
00918