# Nancy González Oliver
# Claim # 16128 – Claim # 28547



Nancy González Oliver
Villa Fontana
4 R N 30 Vía Isabel
Carolina, PR 00983
Teléfono 787-983-2281
Email / nmgonzalez00@gmail.com
Email / ngonzalez@familia.pr.gov

United States District Court for the District of Puerto Rico
Promesa III
No. 17BK 3283-LTS
The Financial Oversight and Management Board for Puerto Rico as representative of
The Commonweal of Puerto Rico, et al, Debtors

**One hundred twentieth omnibus objection (non-substantive) of the commonwealth of Puerto Rico, Puerto Rico high ways and transportation authority, and employees retirement system of the government of the commonwealth of Puerto Rico to miscellaneous deficient claims.**

Creditor
GONZALEZ OLIVER, NANCY

Debtor Name Employees Retirement System of the Government of the Commonwealth of Puerto Rico Date Filed 05/17/2018 Claim Number 16128, Claim Number 28547 Schedule Number 416120

Adjunto mi carta para el Juez Supremo.

# Nancy González Oliver
# Claim # 16128 – Claim # 28547



15 de enero de 2020

Honorable Juez del Tribunal de Estados Unidos de America

Me dirijo a usted con respeto y juramento de palabra escrita de decir la verdad y nada más que la verdad. Conforme a la decisión de la reclamación Claim Number16128 Schedule Number416120 no estoy de acuerdo en que el Tribunal declare ha lugar a la objeción global en relación con su reclamo. El motivo para oponerme a la objeción global, es la actualización de los salarios básicos del Plan de Retiro con el salario mínimo federal que no fueron actualizados. Para el, 1994 en el mes de abril comencé a laboral para la agencia cumpliendo todos los reglamentos y realizando las aportaciones a mi retiro mensuales con el propósito de tener acumulado el beneficio ofrecido por el gobierno de Puerto Rico. En la actualidad soy madre soltera y tengo una hija de siete (7) años por lo cual mis ahorros de más de 23 años no pueden ser denegados.

La isla de Puerto Rico esta enfrentado la situación de frecuentes temblores en toda la Isla. Como funcionaria de gobierno en posición de trabajadora social de la Administración de Cuidado Sustituto y Adopción de PR, he tenido que visitar varios pueblos y brindar mis servicios de apoyo, a causa de fuertes temblores inesperados causados en la zona sur del Isla de Puerto Rico. La situación sísmica en Puerto Rico ha incrementado en los pasados días. Los servicios eléctricos y sistemas de internet, accesos telefónicos colapsaron en toda la isla, provocando un impacto de incertidumbre para todos los habitantes de PR.

Hago llegar este documento con mucho respeto y para su consideración en apoyo a continuar dicha apelación. Reclamando que no he sido beneficiada del dinero que he aportado para mi retiro a causa del mal funcionamiento realizado por el gobierno de Puerto Rico

Atentamente.

*[firma]*
Nancy González Oliver