Nancy Gonzalez Oliver
Via Isabel 4RN-3D
Villa fontana P.R
carolina 00983









1000

00918

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JAN 21, 20
AMOUNT
$4.80
R2305K133715-15

7018 3090 0001 8035 4773

Secretaria (clerks office)
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767