DE-35
Rev. 4/99

# DEPARTAMENTO DE EDUCACION
## AREA DE RECURSOS HUMANOS

### INFORME SOBRE TRABAJO DE EMPLEADOS EN PERIODO PROBATORIO PERSONAL NO DOCENTE

| 1. Nombre del empleado | 2. Número de Seguro Social | 3. Título de Clasificación |
|---|---|---|
| Fernando E. Pérz Torres | - | Director Ejec. Prog. Voc. |

| 4. Ubicación Región / Distrito | 5. División, Sección, Unidad o Escuela | 6. Fecha en que vence el nombramiento |
|---|---|---|
| Ponce | Región de Ponce | 1 de septiembre de 2005 |

| FACTORES | Sobrepasa | Alcanza | No alcanza | Comentarios |
|---|---|---|---|---|
| **PRODUCTIVIDAD:** La cantidad de trabajo que realiza el empleado. | X | | | |
| **EFICIENCIA:** La calidad del trabajo que realiza el empleado. | X | | | |
| **CONOCIMIENTOS DEL TRABAJO:** Se refiere al dominio que ejerce sobre los distintos aspectos que componen su área de especialización. | X | | | |
| **HABILIDAD PARA APRENDER:** La rápidez y corrección con que el empleado aprende a ejecutar los deberes después de recibir las instrucciones. | X | | | |
| **ASISTENCIA:** La regularidad y puntualidad con que el empleado cumple con el horario diario de trabajo. | X | | | |
| **CONFIABILIDAD:** La capacidad observada en el empleado para captar y seguir instrucciones, asumir sus responsabilidades y ejecutar sus tareas con relativa independencia. | X | | | |
| **INTEGRIDAD:** La ausencia de sospecha, involucración o convicción por actos contrarios a la política pública, la Ley y la moral. La adhesión sincera y evidente a altos ideales morales y profesionales. | X | | | |
| **SOCIABILIDAD:** La conducta del empleado en sus contactos con los demas empleados, supervisores y usuarios de servicios de la agencia. | X | | | |
| **COOPERACION:** La actitud y disposición para colaborar en la consecución de los objetivos del servicio. | X | | | |
| **INICIATIVA Y CREATIVIDAD:** Cuando el empleado hace uso de sus talentos y capacidades especiales y los pone al servicio de la agencia. | X | | | |

CERTIFICO que los servicios rendidos por este empleado durante el período probatorio fueron:
☐ satisfactorios
☐ no satisfactorios

Indique si la no aprobación del período probatorio se debió a:

☐ Servicios  ☐ Hábitos  ☐ Actitudes

_____  _____
Firma del Jefe de Agencia o  Fecha
Representante Autorizado

CERTIFICO que la evaluación del empleado de referencia se hizo de conformidad con las guías emitidas por el Departamento de Educación y que la misma cubre el período comprendido entre el 1/enero/05 y el 31/enero/05 y que el resultado de ésta se discutió con el empleado.

_____  28-03-05
Firma del Supervisor Inmediato  Fecha

_____  28/3/05
Firma del Empleado  Fecha

lbf



# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado Vitalicio

### El Secretario de Educación

Por la presente confiere a

**FERNANDO ESTEBAN PEREZ TORRES**

El presente Certificado de Maestro que lo faculta para ejercer como

**DIRECTOR DE ESCUELA SECUNDARIA**

en las escuelas públicas o privadas de Puerto Rico.

Expedido el  1 de julio  de 19 95

Dado en San Juan de Puerto Rico, el  8 de septiembre  de 19 95

Número 1186

Victor R. Fajardo Vélez
Secretario de Educación

13/1/20



**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE EDUCACIÓN**
REGIÓN EDUCATIVA DE PONCE

OFICINA DEL DIRECTOR REGIONAL

27 de junio de 2006

**A QUIEN PUEDA INTERESAR:**

Por la presente certifico que el Sr. Fernando E. Pérez Torres trabaja en el Departamento de Educación como Director Ejecutivo II en la Región Educativa de Ponce con un puesto permanente desde hace 30 años.

Devenga un salario mensual de $ 3,975.00.

Certifico correcto,

*Daisy E. Sánchez Cruz*
Daisy E. Sánchez Cruz
Directora Interina
Región Educativa de Ponce

DESC/hms

*[signature]*
13/1/20

# CARIBBEAN UNIVERSITY
## RECINTO PONCE



5 de abril de 2004

Dr. Enrique Becerra
Director de Certificaciones
Departamento de Educación
Hato Rey, PR

Estimado señor Becerra:

Certifico que el profesor Fernando E. Pérez Torres, director del Instituto Tecnológico de Puerto Rico, Recinto de Ponce fue supervisor de práctica docente de nuestra Institución.

Durante los años académicos 2001-2002 y 2002-2003 el señor Pérez supervisó dos estudiantes de la Maestría en Artes en Educación con especialidad en Administración y Supervisión Educativa.

Si necesita información adicional, favor de comunicarse al Recinto.

Atentamente,

Louise Morell Montalvo
Consejera Profesional

13/1/20

P.O. Box 7733 - Ponce, P.R. 00732-7733 • Tel. (787) 840-2955 / Fax (787) 840-3065 • http://www.caribbean.edu