Fernando E. Perez Torres
Apt#o. 963
Juan Diaz P.R. 00795





U.S. POSTAGE PAID
COTO LAUREL, PR
00780
JAN 22, 20
AMOUNT
$0.15
R2305K134134-05

0000

Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767