Yamira
Buzón 3040 Monte Verde
San Isidro
Canóvanas, P.R. 00729





RECEIVED & FILED
2020 JAN 24 PM 4:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767