Radicacion de replica (Objecion)

PROMESA TITULO III No.17-03283

Numero de reclamacion: 44433

*[Stamp: INTAKE DROP BOX RECEIVED FILED 2020 JAN 24 AM 10:18 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*

Nombre: John F. Rosario Ramirez

Direccion Postal: P.O. Box 9022183, San Juan, P.R. 00902-2183

Direccion Residencial: Urb. Bellomonte Estate F8 calle 11 Guaynabo, P.R. 00969

Num. de contacto:

Tel.: _____  Cel. (787) 232-9156

Correo electronico: fitgy63@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
Solicito que cumpla con la deuda de Retiro

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

6. Resumen acuerdo de la Union de Servidores Publicos Unidos (SPU)

7.) Cuestionario de Evidencia de Reclamacion.

8.) Copia Fotostatica de Licencia de Conducir

9.) Carta Reclamo.

10.) Copia # de caso 44433