

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

17 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

JOHN F ROSARIO RAMIREZ
URB. LAS AMERICAS
DD-32 CALLE 9
BAYAMON, PR 00959

Seguro Social:

A base de la información en nuestros registros, al 17 de enero de 2020 usted posee:

Fecha de Nacimiento: 11 de diciembre de 1963
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

Género: Masculino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 13,419.40 | Aportaciones: | 7,056.68 |
| | | Intereses: | 1,084.03 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 55.61 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 42,489.72 | **Total Aportaciones:** | 14,503.43 | **Total Aportaciones:** | 7,056.68 |
| **Beneficio:** | 687.24 | **Beneficio:** | 76.11 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes





## CERTIFICACION DE EMPLEO

Certifico que el **Sr. John F. Rosario Ramirez,** es empleado del Departamento de la Familia desde el 8 de septiembre de 1988.

Ocupa el puesto de Programador de Sistemas Electrónicos III con estatus de Regular. Devenga un sueldo de $3,403.00 mensual.

Esta certificación se expide a petición del señor Rosario, hoy 23 de enero de 2020, conforme a Récord de Servicios del empleado.

Carmín Rodríguez Negrón
Secretaria Auxiliar Interina

evc

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa

Centésima sexta objeción global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 415 | ROSARIO QUIÑONES, MIGDALIA<br>I-I-3 AVE FLOR DEL VALLE<br>URB LAS VEGAS<br>CATAÑO, PR 00962 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69055 | $ 46,510.93* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 416 | ROSARIO RAMIREZ, JOHN F<br>F8 CALLE 11 BELLOMONTE ESTATES<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 44433 | $ 171,233.22 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 417 | ROSARIO REYES, ADA IRIS<br>FLAMBOYAN ST. E-16<br>MIRADOR ECHEVARRIA<br>CAYEY, PR 00736 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 82226 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 418 | ROSARIO RIVERA, ANNA G<br>URB VILLA CORDINA C/ 024<br>B/ 191 # 8<br>CAROLINA, PR 00985 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 22959 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 419 | ROSARIO RIVERA, CARMEN A.<br>HC 05 BOX 27165<br>CAMUY, PR 00627 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64671 | $ 75,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

# RESUMEN ACUERDO

**Bono de Firma:** $1,000 para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.



**Aportación Plan Médico Único -** Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo-** El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.

**Contribuciones Retiro Sistema 2000**



Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. Actualmente ese dinero no existe en caja, se utilizó por el Gobierno. Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones-** Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria -** A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías -** Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



**Feriados -** Si un feriado cae día sábado, el mismo será efectivo el día antes laborable. Si cae domingo, el feriado será concedido al día siguiente como es la práctica actual.

**Licencias-** se mantiene lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



**Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada -** Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

**Futuros Beneficios del Gobierno -** Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

**Ratificación -** Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.



Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spupr.com

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   _El gobierno dispone de nuestras aportaciones al Sistema de Retiro_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $57,027.74

Número de Evidencia de Reclamación: #44433
Reclamante: John F. Rosario Ramírez

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de la Familia

3(b). Identifique las fechas de su empleo con relación a su reclamación:
Desde el 01/enero/2007 al 30/junio/2017

3(c). Últimos cuatro dígitos de su número de seguro social: 8052

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☐ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
Se relaciona al descuento de aportación mensual del Sistema de Retiro desde el 01/enero/2007 al 30/junio/2017

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☒ No.
   ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de la Familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Sistema de Retiro del Gobierno de Puerto Rico.

4(c). Número de caso: Administración de los Sistemas de Retiro (ASR)

4(d). Título, epígrafe, o nombre del caso:
Aportación al Sistema de Retiro

Scanned by CamScanner

*Número de Evidencia de Reclamación:* #44433
*Reclamante:* John F. Rosario Ramírez

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_no tengo sentencia impaga_

# Claim 44433



TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

21 de enero de 2020

| | |
|---|---|
| En el asunto de: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO. | Núm. 17 BK 3283-LTS |
| Como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros, | |
| Deudores. | La presente radicación guarda Relación con el ELA, la ACT y el SER. |

## MOTIVO PARA RECLAMAR EL PAGO DE LAS APORTACIONES UTILIZADAS POR EL GOBIERNO DE PUERTO RICO DEL SISTEMA DE RETIRO

El motivo del reclamo es que el Gobierno de Puerto Rico, utilizó mis aportaciones del Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal, que este dinero sea devuelto.

*[firma]*

John F. Rosario Ramírez
Urb. Bellomonte Estate
F8 calle 11
Guaynabo, P.R. 00969

P.O. Box 9022183, San Juan P.R. 00902-2183
Teléfono: 1-787-232-9156 (Celular)
Correo electrónico: fitgy63@gmail.com

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROSARIO RAMIREZ, JOHN F | 44433 | 5/24/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $171,233.22 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROSARIO RAMIREZ, JOHN F | 44433 | 5/24/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $171,233.22 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**