Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: #38544




INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 24 AM 10: 17

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Nombre: Luis A. Faris Elba

Direccion Postal: 1430 Ave. San Alfonso, Apt. 2903, San Juan, 00921

Direccion Residencial: La misma

Num. de contacto:

Tel.: 787-289-7600 Ext.1203   Cel. 787-459-7325

Correo electronico: _____

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

Solicito que cumpla con la deuda del Retiro

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: Lic. de Conducir de P.R.

6. Notifi. Acuerdo de Servidores Publicos Unidos de P.R.

7. Cuestionario fundamento de la Reclamacion Ley 96



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

LUIS A FARIS ELBA                                              Seguro Social
COND PORTALES DE ALTAMESA
1430 AVE SAN ALFONSO APT 2903
SAN JUAN, PR 00921

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Fecha de Nacimiento: 14 de diciembre de 1958                   Género: Masculino
Fecha de Ingreso al Servicio Público: 01 de noviembre de 1991
Fecha de Comienzo de Cotización: 01 de noviembre de 1991

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 21.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
|  |  | Aportaciones: | 10,276.25 | Aportaciones: | 5,364.92 |
|  |  | Intereses: | 837.03 | Intereses: | 0.00 |
|  |  | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 35,239.02 | Total Aportaciones: | 11,113.28 | Total Aportaciones: | 5,364.92 |
| Beneficio: | 647.03 | Beneficio: | 65.13 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que el Sr. **Luis A. Faris Elba**, Seguro Social             labora para la Administración de Desarrollo Socioeconómico, adscrita al Departamento de la Familia desde el 19 de abril de 1989.

El señor **Faris Elba** ocupa un puesto en el Servicio de Carrera como Programador Sistemas Electrónicos II, devengando un salario mensual de $2,131.00.

Certifico Correcto, hoy 15 de enero de 2020, en San Juan, Puerto Rico.

**Nerita Molina Ríos, MBA**
**Administradora Auxiliar**
**Oficina de Recursos Humanos**

IGC

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building • PO Box 8000, San Juan, PR 00910-0800 • 787.289-7600-2270
Oficina de Recursos Humanos

# Prime Clerk

MENU

## Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

- Case Navigation

  Case Info

  Docket

  Claims

  Submit a Claim

  Presentar un reclamo

  Submit E-Ballot

- Quick Links

  Petitions

  Commonwealth Docket

  COFINA Docket

  HTA Docket

  ERS Docket

  PREPA Docket

  PBA Docket

  Avoidance Action Dockets

  COFINA - ATOP Noteholder Distributions by VOI

  COFINA Noteholder Notice of Distribution

  Supplemental Notice of Distribution to Noteholders

  UCC Notice of Objection

  U.S. Bank Notice of Distribution to Assured Secondary Market Cusips

  Tenth Amended Notice, Case Management and Administrative Procedures

  Creditor Lists

  Full List of CUSIPs

  COFINA Plan and Disclosure Statement

  Commonwealth Plan of Adjustment

  Commonwealth Disclosure Statement

  Claim Objections and Orders

  Bar Date Information

Judge Swain's Standing Order [Docket No. 8036]

Magistrate Judge Dein's Standing Order [Docket No. 8037]

Master Service List as of 1/21/2020

Master Claims Filter



| | |
|---|---|
| | 38544     advanced |
| Schedule | |
| Claim # | 38544 |
| Filed Date | 05/25/2018 |
| Creditor Name | FARIS ELBA, LUIS A. |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $85,269.72 |
| Schedule | |

terms of use    privacy notice    team    © 2019 Prime Clerk. All rights reserved.



# RESUMEN ACUERDO



**Aportación Plan Médico Único** - Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo**- El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.

Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. Actualmente ese dinero no existe en caja, se utilizó por el Gobierno. Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones**- Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria** -A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías** - Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



el mismo será efectivo el día antes laborable. Si cae domingo, el feriado será concedido al día siguiente como es la práctica actual.

**Licencias**- se mantiene lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



**Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada** - Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

**Futuros Beneficios del Gobierno** - Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

**Ratificación** - Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.





Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spupr.com

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☑ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _El Gobierno dispuso de Nuestras Aportaciones al Sistema de Retiro_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _$42,634.86_

*Número de Evidencia de Reclamación:* #38544
*Reclamante:* Luis A. Faris Elba

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☑ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de la Familia, ADSEF

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_____

3(c). Últimos cuatro dígitos de su número de seguro social: 3609

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☐ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Descuento de Aportación mensual del Sistema de Retiro
01-01-2007 / 30-06-2017

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☑ No.
   ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de la Familia, ADSEF

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Sistema de Retiro

4(c). Número de caso: Administracion de los Sistemas de Retiro (ASR)

4(d). Título, epígrafe, o nombre del caso:
Aportaciones al Sistema de Retiro

*Número de Evidencia de Reclamación:* #38544
*Reclamante:* Luis A. Faris Elba

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

NO