# Radicacion de replica (Objecion)

# PROMESA TITULO III   No.17   03283

# Numero de reclamacion: #82872

Nombre: Evelyn Lozada Fernandez

Direccion Postal: HC-06 BOX 6894, Sta Rosa I Guaynabo, 00971

Direccion Residencial: La misma

Num. de contacto:

Tel.: 787-289-7600 EXT 2347   Cel. 787-461-8282

Correo electronico: elozadaf@familia.pr.gov

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

Solicito que cumpla con la deuda de Retiro

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: Acuerdo de SPU

6. Copia Lic. Conducir de PR.

7. Documentación Adicional Fundamental