23 de enero 2020

Tribunal del Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

Junta de Supervisión y administración
Financiera para Puerto Rico

Representante:
Estado Libre asociado de Puerto Rico
y otros

Promesa Título III    #17BK3283LTS
Reclamación # 31350   35478 y
  Romero

Señores:
Recibí el documento SRF38154 el 23
de enero del 2020. Por tal razón me
dirijo a ustedes en esta fecha.
Trabajé por 36 años para
el Departamento de Transportación y
Obras Públicas. No recibí pasos
ni reclasificaciones del puesto por
varios años.
Había tomado el examen de Oficinista V y los aprobé. Había una
Plaza Vacante y nombraron otros

empleado que llevaba menos tiempo que yo trabajando.
Trabajé hasta enero 30 del 2006.
Habíamos solicitado el Romeroza, cualificada y nunca nos pagaron.

Esperando puedan evaluar y considerar el caso;

Quedo de usted;

Irenes Jiménez Buena
Teléfono 787-318-1679

anejos:
Copia certificado Nacimiento
Copia memorando Periodo Probatorio
copia OP 15 especial
Copia Informe de Cambios Especial
copia Informe de Cambios Especial
Copia Escala de Sueldo