TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO | PROMESA, Titulo III |
| | Num. 17BK 3283 – LTS |
| Como representante de: ESTDO LIBRE ASOCIADO DE PR Y OTROS, | (Administrada conjuntamente) |
| Deudores | La presente radicación con el ELA y el SRE. |

En vista de los momentos en que el país atravesó del Huracán Maria (2018) se perdió mucha documentación personal y documentos llegados tardíos en base y ahora con los terremotos; solicito se me considere radicar esta réplica Objeción global. Recientemente recibí una correspondencia por Priority Mail donde incluye listado de nombre de personas el cual se encuentra el de esta servidora (Sra. Betty Alvalle Alvarado, Cel. 787.204.3219, P.O. Box 1624 Guayama, PR 00785, correo electrónico: balvalle51@gmail.com / balvalle@dcr.pr.gov) **y se me da información importante a la elección por parte de las Demandantes para radicar una réplica**. Debido a esta información es la razón de radicar dicha replica en estos momentos a la Ley 96 - 2002. Dadas las circunstancias que atraviesa el País y vivo para en el Sur área afectada de Puerto Rico, pido mis disculpas en cuanto a la redacción de la réplica.

Se aneja Certificación de Empleo del Patrono para el cual estoy aún trabajando Departamento de Corrección y Rehabilitación Hato Rey, P.R., Ley 96-200, Sila Maria Calderón y documentación del Sistema de Retiro para Empleados de Gobierno de Puerto Rico.

*[firma]*

Sra. Betty Alvalle Alvarado, 14-enero-2020
Cel. 787.204.3219 / Ofic. 787.864.8886, ext. 1907
balvalle@dcr.pr.gov / balvalle51@gmail.com
P.O. Box 1624
Guayama, PR 00785