UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | PROMESA TITLE III |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17 BK 3283-LTS |
| | (Jointly Administered) |
| as representative of | This filing relates to the "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided" |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors | |
| | Number of claim- 9837 |

## MOTION SUBMITTING SPANISH TRANSLATION

TO THE HONORABLE COURT:

COMES NOW, MARGARITA CLEMENTE TAPIA, pro se, and very respectfully states and prays to his Honorable Court as follows:

1- On January 14, 2019, I filed an Opposition to "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided" and Request for Extension of Time. On said Motion, I filed a document in Spanish, which is a certification of employment.

2- I hereby submit a simple translation to the English language of said document.

1

WHEREFORE, the appearing party respectfully requests that the Court be informed of the above and accept the simple translation to the English language of the certification of employment.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY: that on this same date I notified via regular mail a copy of this document to the following: Counsel for the Oversight Board (Martin Bienestock, Brian S. Rosen), Proskauer Rose LLP, Eleven Times Square, New York, NY, 10036-8299; Counsel for the Creditors' Committee (Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongarts), Paul Hastings, LLP, 200 Park Avenue, New York, NY 10166.

In San Juan, Puerto Rico, this 23rd day of January, 2020.

*Margarita Clemente Tapia*

Claim: 9837

2