DTOP-595<br>REV 1/2003

[Seal of the Government of Puerto Rico]

**GOVERNMENT OF PUERTO RICO**
Department of Transportation and Public Works

## CERTIFICATION

I certify that the person indicated below was an employee of this Department and that the information offered, which is part of our official registry, is as follows:

Name     <u>Margarita Clemente Tapia</u>

Social Security Number     <u>xxx-xx-5834</u>

Appointment class     <u>Career regular</u>

Position     <u>Operator of equipment of data processing</u>

Place of employment     <u>Directorship of Drivers' Services</u>

Monthly wages     <u>$1,671.00</u>

Date of commencement     <u>June 9, 1971</u>

Date of resignation     <u>January 31, 2007</u>

OBSERVATIONS:

This certification is issued due to the petition of Margarita Clemente Tapia in Santurce, Puerto Rico, today January 2, 2020.

[signed]
Angel L. López Rodríguez
Director
Human Resources Office

3