Radicacion de réplica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 28069

Nombre: IVELISSE VELEZ MELON

Direccion Posta COND VISTA VERDE APT 606 AVE SAN IGNACIO SAN JUAN 00921

Direccion Residencial: COND VISTA VERDE APT 606 AVE SAN IGNACIO SAN JUAN 00921

Num. de contacto:

Tel.:787-631-2182          Cel. 787 631-2182

Correo electronico:ivevelezm12@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

A partir de la fecha del documento no recibi informacion adicional para poder responder.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

*[RECEIVED & FILED CLERK'S OFFICE JAN 24 2020 US DISTRICT COURT SAN JUAN, PR]*

[signature: Ivelisse Velez Melon]