SRF 38154

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ONE HUNDRED AND EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| VELEZ MELON, IVELISSE | 28069 | 5/18/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| VELEZ MELON, IVELISSE | 28069 | 5/18/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000723



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: IVELISSE VELEZ MELON**                                           Seguro Social: XXX-XX-

COND VISTA VERDE

APTO 606

SAN JUAN, PR 00921

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 12.06 |
| Balance de Aportaciones: | $26,597.92 |

Esta certificación fue emitida el 9 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020010946247075

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ⚫ PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 ⚫ www.retiro.pr.gov



## Centésima octava objeción global
## Anexo A: Defectuosas

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 5 VELEZ MEDINA, ROSA L. MANSIONES DEL CARIBE CALLE TOPACIO #356 HUMACAO, PR 00792 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70121 | $ 75,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| 6 VELEZ MELON, IVELISSE COND VISTA VERDE APT 606 AVE. SAN IGNACIO SAN JUAN, PR 00921 | 5/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28069 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| VELEZ MENDEZ, LISSET PO BOX 8800 PONCE, PR 00732-8800 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 74605 | $ 35,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| VELEZ MENDEZ, LISSETTE PO BOX 8800 PONCE, PR 00732-8800 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 74799 | $ 35,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| VELEZ MIRANDA, CARLOS URB CONSTANCIA 3006 CALLE SOLER PONCE, PR 00717-2213 | 4/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7652 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.



**mi RETIRO**  Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### IVELISSE VELEZ MELON (215121)

| | |
|---|---|
| Agencia: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 01-JUL-2004 |
| Años en Servicio: | 20.12 |
| Sueldo Bruto: | $1,853.00 |
| Sueldo Neto: | $954.31 |
| Balance Aportaciones*: | $40,723.13 |
| Aportaciones Ley 106 **: | $4,664.00 |

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✓ Certificados de Deuda de préstamos
- ✓ Certificados de Préstamo Hipotecario
- ✓ Certificado de deuda para Ética Gubernamental
- ✓ Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

** El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

**pr.gov**

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

09 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

IVELISSE VELEZ MELON
COND VISTA VERDE
APTO 606
SAN JUAN, PR 00921

**Seguro Social: XXX-XX-**

A base de la información en nuestros registros, al 09 de enero de 2020 usted posee:

**Fecha de Nacimiento: 0  de          de**          **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 2004**

**Fecha de Comienzo de Cotización: 01 de julio de 2004**

| *Ley Anterior al 30 de junio de 2013* | | |
|---|---|---|
| Años Acreditados: | 8.06 | |
| Aportaciones: | | $13,569.02 |
| Intereses: | | $609.06 |
| Gastos Teneduría: | | ($52.87) |
| Total Aportaciones: | | $14,178.08 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|
| Tiempo Trabajado: | 12.06 | |
| Aportaciones: | | $22,984.61 |
| Intereses: | | $3,560.44 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $26,545.05 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



# CERTIFICACION

De los Registros de la Oficina de Recursos Humanos de Región San Juan, se desprende que **Ivelisse Vélez Melón,** comenzó a trabajar en el Departamento de la Familia, efectivo el **1 de julio de 2004.** Actualmente ocupa un puesto regular de **Técnico de Asistencia Social y Familiar II,** en la Oficina Local de **Guaynabo I** y devenga un sueldo de **$1,853.**00 mensual.

Y para que así conste, firmo la presente hoy, **10 de enero de 2020,** en San Juan de Puerto Rico.

OREALIS MENDOZA
DIRECTORA ASOCIADA
ADMINISTRACIÓN

/crn

**COMISION APELATIVA DEL SERVICIO PÚBLICO**
**P.O. BOX 41149**
**San Juan, PR. 00940-1149**

**ASUNTO: SOLICITUD RECONSIDERACION** CASO <u>MADELINE ACEVEDO CAMACHO Y
<u>OTROS (2818) V Departamento de la Familia F y OTROS</u>, Caso Núm.: 2016-05-1340

1. Por la presente solicito la Reconsideración de la Resolución dictada en mi caso al poseer una reclamación valida y por derecho que me asiste a tener una adjudicación en los méritos.

2. a) ___X___ mi **puesto** está cubierto bajo la Ley 45 y soy empleado (a) **unionado (a).**
No obstante, entiendo que por la naturaleza de mi reclamación y el conocimiento y vasta experiencia que poseen los miembros de la Comisión, y estar el área de retribución relacionada con el principio del mérito, son los miembros de la Comisión a quien le corresponde resolver la controversia de derecho presentada en mi Apelación y los únicos que pueden conceder el remedio apropiado.

b) _____ mi **puesto es gerencial de carrera**

3. trabajo en:

_____ Departamento de la Familia - SECRETARIADO

___X___ ADSEF

_____ ADFAN

_____ ACUDEN

_____ ASUME

_____ ARV – Administración Rehabilitación Vocacional

_____ AIJ – Administración Instituciones Juveniles

4. _____ estoy retirado (a) actualmente - inactivo

5. Dirección; tel ; email

POSTAL _Cond. Vista Verde Apt 606 Ave San Ignacio San Juan 00921_

FISICA _Cond. Vista Verde Apt 606 Ave San Ignacio San Juan_

Tel: _939 881 3560_

Email _Ivevelezm12 @ gmail.com_

6. _____ Ivelisse Vélez Melón _____
NOMBRE LETRA MOLDE Y FIRMA

_19 Diciembre 2016_
FECHA

7. CERTIFICO REMITI COPIA DE LA PRESENTE SOLICITUD RECONSIDERACION A:
Lcda. Limary Rodríguez González; P.O. BOX 9020192, San Juan, PR 00902-0192

CASP 19 DEC'16 PM 2:29