Radicacion de replica (Objecion)

# PROMESA TITULO III  No.17  03283

Numero de reclamacion: 83889

Nombre: Wanda Ivette Abril León

Direccion Postal: Po box 764 Guaynabo, P.R. 00970-0764

Direccion Residencial: Carr.838 Sector Alejandrino k1 h-3 Guaynabo

Num. de contacto:

    Cel. (787)316-0699

Correo electronico:

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion: A partir de la fecha del documento no recibi más comunicación para contestar la misma.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Copia listado de Objecion Global- Anexo A

    (Donde se incluye informacion sobre la reclamacion)

5. Otros: _____



Wanda Ivette Abril León