SRF 38154

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HE!
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, an ERS.** |

**ONE HUNDRED NINETEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVI
THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS A
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTE
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
TO MISCELLANEOUS DEFICIENT CLAIMS**

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Hi;

and Transportation Authority ("HTA"), and the Employees Retirement System of the Gove

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case 1 and the last four (4) digits of each Debtor's federal tax identification number, as applical the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BF LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corp ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement Systen Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power At ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Common COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LT! Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptc numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ABRIL LEBRON, WANDA I | 83889 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ABRIL LEBRON, WANDA I | 83889 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## One Hundred and Nineteenth Omnibus Objection
### Exhibit A – Deficient

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| ABADIA MUNOZ, NANNETTE<br>COND EL VERDE SUR<br>A2 CALLE D APT 5 D<br>CAGUAS, PR 00725 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34155 | Undetermined* |
| Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| ABRIL LEBRON, WANDA I<br>PO BOX 764<br>GUAYNABO, PR 00970 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83889 | Undetermined* |
| Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| ACEVEDO ALFARO, MARIA<br>PO BOX 366<br>ISABELA, PR 00662 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 68292 | Undetermined* |
| Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| ACEVEDO BARBOSA, HERIBERTO<br>PO BOX 3680<br>GUAYNABO, PR 00970 | 4/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8301 | Undetermined* |
| Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| ACEVEDO COTTO, FRANCISCO J<br>URB BAIROA | 4/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the | 4420 | Undetermined* |

**127 Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Grupo de Pago: SM -Quincenal
Desde: 01/01/2020
Hasta: 01/15/2020

Aviso #: 5667818
Fecha Aviso: 01/15/2020

**WANDA I ABRIL LEON**
P. O. BOX 764
GUAYNABO, PR 00970

# Empleado:
Dept: 127110-San Juan
Lugar: Guaynabo 3
Titulo: Tecnico Asist Soc y Fam III
Sueldo: $2,690.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Single / Single
Concesiones: 0 / 0 + 4
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,345.00 | 82.50 | 1,345.00 |
| Total: | | | 1,345.00 | 82.50 | 1,345.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.50 | 19.50 |
| Fed OASDI/Disability - EE | 83.39 | 83.39 |
| PR Withholding | 38.46 | 38.46 |
| Total: | 141.35 | 141.35 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 114.33 | 114.33 |
| Total: | 114.33 | 114.33 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.37 | 3.37 |
| SM-First Medical Health Plan | 75.75 | 75.75 |
| CO-COOP FED MAESTRO | 10.00 | 10.00 |
| DM-FONDOS UNIDOS | 2.00 | 2.00 |
| SC-AMER FAM LIFE ASS CO | 26.75 | 26.75 |
| OS-SERV PUBLICOS 009 B | 19.05 | 19.05 |
| Ahorros-AEELA | 40.35 | 40.35 |
| Total: | 177.27 | 177.27 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 45.06 | 45.06 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,345.00 | 0.00 | 141.35 | 291.60 | 912.05 |
| Acumulado: | 1,345.00 | 0.00 | 141.35 | 291.60 | 912.05 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5667818 | 912.05 |
| Total: | 912.05 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha: 01/15/2020

Aviso No. 5667818

**Cant. Deposito:** $912.05

A la Cuenta(s) De

WANDA I ABRIL LEON
P. O. BOX 764
GUAYNABO, PR 00970

Localizacion: Guaynabo 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 912.05 |
| Total: | | 912.05 |

## NO-NEGOCIABLE



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

WANDA ABRIL LEON
PO BOX 764
GUAYNABO, PR 00970 0764

Seguro Social: XXX-XX-

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** de de  **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 31 de diciembre de 1992
**Fecha de Comienzo de Cotización:** 31 de diciembre de 1992

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 20.75 |
| Aportaciones: | $33,392.56 |
| Intereses: | $8,320.60 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $41,713.16 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $12,732.40 |
| Intereses: | $1,015.09 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $13,747.49 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

WANDA I ABRIL LEON
PO BOX 764

Seguro Social: XXX-XX-

GUAYNABO, PR 00970-0764

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Fecha de Nacimiento: de       le          Género: Femenino
Fecha de Ingreso al Servicio Público: 31 de diciembre de 1992
Fecha de Comienzo de Cotización: 31 de diciembre de 1992

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 20.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 12,732.40 | Aportaciones: | 6,772.33 |
| | | Intereses: | 1,015.09 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 41,713.16 | **Total Aportaciones:** | 13,747.49 | **Total Aportaciones:** | 6,772.33 |
| **Beneficio:** | 743.93 | **Beneficio:** | 69.45 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,



Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: WANDA ABRIL LEON**
PO BOX 764
GUAYNABO, PR 00970

Seguro Social: XXX-XX-____

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 24.75 |
| Balance de Aportaciones: | $55,460.65 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346304083

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**RETIRO**

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov