# Annex B

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

------------------------------------------------------------------------ X

In re:

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,

      Deudores.[1]

PROMESA
Título III

Caso Núm. 17-BK-3283 (LTS)

(Administrado Conjuntamente)

------------------------------------------------------------------------ X

**AVISO DE (A) OBJECIÓN DE LA COALICIÓN DE DEUDA CONSTITUCIONAL LEGÍTIMA, DE CONFORMIDAD CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A LAS RECLAMACIONES PRESENTADAS POR LOS TENEDORES DE CIERTOS BONOS EMITIDOS O GARANTIZADOS POR EL ESTADO LIBRE ASOCIADO Y (B) OBJECIÓN ÓMNIBUS DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS SOBRE EL LÍMITE DE LA DEUDA CONSTITUCIONAL A (I) LA RECLAMACIÓN DEL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO (RECLAMACIÓN NÚMERO 29485) BASADO EN CIERTOS PAGARÉS EMITIDOS POR EL ESTADO LIBRE ASOCIADO Y EN LA GARANTÍA DEL ESTADO LIBRE ASOCIADO DE CIERTO BONO EMITIDO POR LA AUTORIDAD DEL PUERTO DE LAS AMÉRICAS, (II) LA RECLAMACIÓN DEL SCOTIABANK DE PUERTO RICO (RECLAMACIÓN NÚMERO 47658) BASADO EN UN PAGARÉ DE ENTERA FE Y CRÉDITO EMITIDO POR LA ADMINISTRACIÓN DE SERVICIOS GENERALES DE PUERTO RICO, Y (III) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO BASADO EN LA GARANTÍA DEL ESTADO LIBRE ASOCIADO DE CIERTOS PAGARÉS EMITIDOS POR LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUCTURA DE PUERTO RICO**

---

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Quiebra Núm. 19-BK-5233-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

Usted está recibiendo este aviso porque (a) ha sido identificado como tenedor de (i) uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico en el 2012 (los "Bonos AEP 2012"), y/o (ii) uno o más de los Bonos de Obligación General del Estado Libre Asociado de Puerto Rico emitidos en 2012 o 2014 (los "Bonos GO 2012-2014") y/o (iii) una o más notas en anticipación de bonos emitidos por la Autoridad de Financiamiento de Infraestructura de Puerto Rico después de marzo de 2012 (los "PRIFA BANs") y/o (iv) uno o más bonos emitidos por la Autoridad del Puerto de las Américas después de marzo de 2012 (los "Bonos de Puertos" y colectivamente con los Bonos AEP 2012, Bonos GO 2012-2014, y PRIFA BANs, los Bonos "Late Vintage Bonds"), (b) ha enviado una aviso de participación con respecto a la orden de procedimientos [Docket Núm. 5143] relacionada a la *Objeción General de (I) Junta de Supervisión y Administración Fiscal para Puerto Rico, actuando a través de su Comité Especial de Reclamaciones, y (II) Comité Oficial de Acreedores No Asegurados, de conformidad con la Sección 502 del Código de Quiebras y Regla 3007 de Quiebras, a las Reclamaciones Presentadas o Entabladas por los Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico* [Docket No. 4784] (la "Objeción de los Bonos GO 2012-2014"),[2] y/o (c) es tenedor de toda o una porción de las evidencias de reclamación identificadas por los números de reclamación 29485 y 47658.

## I.   Aviso de la Objeción a la Reclamación de *Late Vintage*

Por favor tenga en cuenta que la Coalición de Deuda Constitucional Legítima (la "CDCL" u "Objetor") ha presentado una objeción, con fecha del 8 de enero de 2020 [Docket Núm. 9730] (la "Objeción a la Reclamación de "*Late Vintage*""),[3] a reclamaciones presentadas por los tenedores de Bonos "*Late Vintage*". El texto completo de la Objeción a la Reclamación de "*Late Vintage*" se puede encontrar en Internet mediante el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=9730

La Objeción a la Reclamación de "*Late Vintage*" busca que se declare que los Bonos "*Late Vintage*" se emitieron en violación del límite del servicio de la deuda contenido en el artículo VI, sección 2 de la Constitución de Puerto Rico y, como resultado, cualquier reclamo a cuenta de o relacionado a los Bonos "*Late Vintage*" (las Reclamaciones de Bonos "*Late Vintage*") no tiene derecho prioritario bajo la Constitución de Puerto Rico o la ley estatutaria de Puerto Rico. **Sujeto a los derechos apelativos aplicables, si el Tribunal acoge la Objeción a la Reclamación de "*Late Vintage*" total o parcialmente, los tenedores de recuperación de las Reclamaciones de los Bonos "*Late Vintage*" podrán quedar despojados de su prioridad (de tener alguna) y/o la recuperación de los Bonos "*Late Vintage*" puede ser eliminada, total o parcialmente, en cuyo caso, los tenedores de Reclamaciones de Bonos "*Late Vintage*" podrán quedar impedidos por siempre de entablar tales reclamaciones contra el Estado Libre Asociado de Puerto Rico,**

---

[2]   La Objeción de Bonos GO 2012-2014 objeta reclamaciones presentadas o incoadas por tenedores de ciertos Bonos de Obligación General emitidos en el 2012 y 2014 (según se detalla en la Objeción a Reclamación GO 2012-2014).

[3]   Los términos en mayúscula que no se definen en este documento tendrán el significado que se les atribuye en la Objeción a la Reclamación de "Late Vintage" o la Objeción a Reclamación Miscelánea del Límite de la Deuda según se definen más abajo, según aplicable.

**de votar sobre cualquier plan de ajuste presentado en este Caso de Título III y de participar de cualquier distribución en este Caso de Título III a cuenta de tales Reclamaciones de Bonos "***Late Vintage***". Por lo tanto, la Objeción a la Reclamación de "***Late Vintage***" podría afectar sus derechos.**

## II. Aviso de la Objeción a Reclamación Miscelánea del Límite de la Deuda

Por favor tenga en cuenta que el Comité Oficial de Acreedores No Asegurados (el "Comité") ha presentado una objeción fechada el 8 de enero del 2020 [Docket Núm. 9735] (la "Objeción a Reclamación Miscelánea del Límite de la Deuda") a reclamaciones presentadas o incoadas por el Banco Gubernamental de Fomento para Puerto Rico ("BGF"), Scotiabank de Puerto Rico ("Scotiabank"), y tenedores de PRIFA BANs. El texto completo de la Objeción a Reclamación Miscelánea del Límite de la Deuda se puede encontrar en Internet mediante el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=9735.

La Objeción a Reclamación Miscelánea del Límite de la Deuda tiene el propósito de rechazar e invalidar (a) la reclamación del BGF [Reclamación Núm. 259485] basada en ciertos pagarés emitidos por el Estado Libre Asociado y la garantía del Estado Libre Asociado de los Bonos de Puertos (las "Reclamaciones BGF"), (b) la reclamación de Scotiabank [Reclamación Núm. 47658] basada en un pagaré de entera fe y crédito emitido por la Administración de Servicios Generales de Puerto Rico (la "Reclamación Scotiabank"), y (c) las reclamaciones presentadas o incoadas contra el Estado Libre Asociado basada en la garantía del Estado Libre Asociado de los PRIFA BANs (las "Reclamaciones PRIFA BANs" y, colectivamente con las Reclamaciones BGF y la Reclamación Scotiabank, las "Reclamaciones Misceláneas GO"). **Sujeto a los derechos apelativos aplicables, si el Tribunal concede la Objeción a Reclamación Miscelánea del Límite de la Deuda, total o parcialmente, la recuperación de los tenedores de las Reclamaciones Misceláneas GO a cuenta de dichas reclamaciones se eliminará total o parcialmente, y estos reclamantes quedarán prohibidos para siempre de hacer valer dichas reclamaciones contra el Estado Libre Asociado, de votar sobre cualquier plan de ajuste presentado en este Caso de Título III, y de participar de cualquier distribución en este Caso de Título III a cuenta de tales Reclamaciones Misceláneas GO, según aplique. Por lo tanto, la Objeción a Reclamación Miscelánea del Límite de la Deuda podría afectar sus derechos.**

## III. Objeciones Presentadas Previamente Relacionadas a los Bonos GO y AEP

Por favor tenga en cuenta, además, que el Comité y la Junta de Supervisión y Administración Fiscal para Puerto Rico también presentaron la Objeción de Bonos GO 2012-2014 el 14 de enero de 2019, cuya objeción busca rechazar e invalidar reclamos sobre Bonos GO 2012-2014. El aviso de la Objeción de Bonos GO 2012-2014 fue diligenciado previamente a los

tenedores de los Bonos GO 2012-2014 de acuerdo a la orden del Tribunal con fecha del 15 de febrero de 2019. [Docket Núm. 5143].[4]

Por favor tenga en cuenta, además, que el Comité también presentó (a) *la Objeción Ómnibus del Comité Oficial de Acreedores No Asegurados, de Conformidad con la Sección 502 del Código de Quiebras y la Regla 3007 de Quiebras a las Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General Emitidos en 2011 por el Estado Libre Asociado* [Docket Núm. 7057] (la "Objeción a Bonos GO 2011"), fechada el 21 de mayo de 2019, la cual tiene el propósito de rechazar e invalidar reclamaciones a cuenta de ciertos bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico en 2011 (los "Bonos GO 2011"), y (b) *la Objeción General del Comité Oficial de Acreedores No Asegurados, de Conformidad con la Sección 502 del Código de Quiebras y la Regla 3007 de Quiebras, a las Reclamaciones Presentadas Contra el Estado Libre Asociado de Puerto Rico por Tenedores de Ciertos Bonos de la Autoridad de Edificios Públicos de Puerto Rico* [Docket Núm. 8141] (la "Objeción de Bonos AEP"), el 18 de julio de 2019, cuya objeción busca rechazar e invalidar reclamos a cuenta de los Bonos AEP. El aviso de la Objeción a Bonos GO 2011 y la Objeción de los Bonos AEP fue entregada previamente a los tenedores de los Bonos GO 2011 y los Bonos AEP de acuerdo con la Orden Provisional de Manejo de Caso emitida por el Tribunal (la "Orden de Manejo de Caso"), con fecha del 19 de diciembre de 2019 [Docket Núm. 9619]

### IV. Calendario para la presentación de las Mociones de Desestimación Relacionadas a la Objeción a la Reclamación de Bonos Late Vintage, la Objeción a Reclamación Miscelánea del Límite de la Deuda, la Objeción de los Bonos AEP, la Objeción a Bonos GO 2011 y la Objeción de los Bonos GO 2012-2014

Por favor tenga en cuenta, además, que la Orden para el Manejo del Caso aprueba un calendario de radicaciones en torno a las mociones de desestimación relacionadas a la Objeción a la Reclamación de *Late Vintage*, la Objeción a Reclamación Miscelánea del Límite de la Deuda, la Objeción de Bonos AEP, la Objeción a Bonos GO 2011, y la Objeción de Bonos GO 2012-2014 (colectivamente, las "Objeciones a las Reclamaciones").

El calendario de presentación que rige las mociones de desestimación es el siguiente:

| Alegato(s) Inicial(es) para las Partes Identificadas (según se define~~cido~~ en la Orden de Manejo del Caso) | 5 de febrero de 2020 |
|---|---|
| Alegato(s) Inicial(es) para todos los demás tenedores de bonos o partes interesadas | 19 de febrero de 2020 |
| Alegato(s) en oposición | 18 de marzo de 2020 |
| Alegato(s) de réplica para las Partes Identificadas | 8 de abril de 2020 |
| Alegato(s) de réplica para todos los demás tenedores de bonos o partes interesadas | 20 de abril de 2020 |
| Vista | 30 de abril de 2020 |

---

[4] Entre otras cosas, esa orden de procedimientos requería que los tenedores de Bonos GO 2012-2014 que desearan participar en el litigio de la Objeción de los Bonos GO 2012-2014 presentaran un aviso de participación antes del 16 de abril de 2019.

Por favor tenga en cuenta que el calendario para la presentación de las mociones antes señalado puede cambiar, cuyo cambio se reflejaría en otras órdenes judiciales y avisos, según sea necesario.

**Si usted tiene la intención de participar en el calendario, la moción de desestimación, debe cumplir con los requisitos establecidos en la Orden para el Manejo del Caso. Copia de la Orden para el Manejo del Caso está anejada a este Aviso**[5]. Información adicional relacionada a las Objeciones a la Reclamación, incluyendo los cambios en el calendario de presentación, se publicará en Internet en el siguiente enlace: https://cases.primeclerk.com/puertorico/

### V. Información Adicional

Solicitudes para versiones en español de este Aviso y cualquier pregunta que surja de este Aviso en lo que refiere a la Objeción a la Reclamación de "Late Vintage" deben enviarse por escrito a la siguiente dirección:

> Quinn Emanuel Urquhart & Sullivan LLP
> 51 Madison Avenue
> New York, NY 10010
> Attn: Zach Russell, Esq.
> (212) 849-7273

Solicitudes para versiones en español de este Aviso y cualquier pregunta que surja de este Aviso en lo que refiere a la Objeción a Reclamación Miscelánea del Límite de la Deuda deben enviarse por escrito a la siguiente dirección:

> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Attn: Douglass E. Barron
> NoticeofParticipation@paulhastings.com
> (212) 318-6690

### VI. Números CUSIP de Bonos Sujetos a la Objeción a la Reclamación de Late Vintage y a la Objeción a Reclamación Miscelánea del Límite de la Deuda

---

[5] La Orden de Manejo del Caso también ordena un itinerario para los alegatos de mociones para desestimar procedimientos adversativos que buscan una determinación sobre, *inter alia*, la validez de los gravámenes incoados por tenedores de bonos GO y AEP y, si estos gravámenes son válidos, evitarlos (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296 y 19-297, colectivamente "Impugnaciones de Gravámenes GO"). Los Demandados en las Impugnaciones de Gravámenes GO también recibirán una copia de la Orden de Manejo del Caso.

Los números CUSIP de los Bonos AEP sujetos al reclamo de Objeción del Late Vintage son:

| Government Facilities Revenue Refunding Bonds, Series U ||||
|---|---|---|---|
| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| 2014 | $460,000 | 4.00% | 745235S51 |
| 2015 | 1,760,000 | 4.00% | 745235R45 |
| 2016 | 4,830,000 | 5.00% | 745235R52 |
| 2017 | 4,920,000 | 5.00% | 745235R60 |
| 2018 | 5,020,000 | 5.00% | 745235R78 |
| 2019 | 2,605,000 | 3.89% | 745235S69 |
| 2019 | 2,120,000 | 5.00% | 745235R86 |
| 2020 | 10,225,000 | 5.00% | 745235R94 |
| 2021 | 4,800,000 | 5.00% | 745235S28 |
| 2022 | 4,850,000 | 5.00% | 745235S36 |
| 2023 | 2,080,000 | 5.25% | 745235S44 |
| 2042 | 538,675,000 | 5.25% | 745235R37 |
| Total | $582,345,000 | | |

Los números CUSIP de los Bonos de Obligación General sujetos al reclamo de Objeción de *Late Vintage* son:

| Public Improvement Refunding Bonds, Series 2012 B ||||
|---|---|---|---|
| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| 2013 | $55,605,000 | 2.25% | 74514LZS9 |
| 2014 | 69,990,000 | 2.95% | 74514LZT7 |
| 2015 | 67,300,000 | 3.25% | 74514LZU4 |
| 2016 | 56,170,000 | 3.65% | 74514LZV2 |
| 2017 | 27,385,000 | 3.90% | 74514LZW0 |
| 2018 | 51,925,000 | 4.10% | 74514LZX8 |
| 2019 | 20,160,000 | 4.25% | 74514LZY6 |
| 2020 | 17,125,000 | 4.40% | 74514LZZ3 |
| 2033 | 49,610,000 | 5.30% | 74514LA23 |
| Total | $415,270,000 | | |

| Public Improvement Refunding Bonds, Series 2012 A | | | |
|---|---|---|---|
| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| 2020 | $10,000,000 | 4.00% | 74514LA31 |
| 2020 | 35,345,000 | 5.00% | 74514LC47 |
| 2021 | 49,400,000 | 4.00% | 74514LA49 |
| 2021 | 52,895,000 | 5.00% | 74514LC54 |
| 2022 | 32,110,000 | 4.13% | 74514LA56 |
| 2022 | 21,285,000 | 5.00% | 74514LC62 |
| 2022 | 20,000,000 | 4.00% | 74514LD46 |
| 2023 | 7,290,000 | 4.38% | 74514LC70 |
| 2023 | 68,500,000 | 5.25% | 74514LA64 |
| 2023 | 5,000,000 | 4.13% | 74514LD53 |
| 2024 | 10,000,000 | 4.00% | 74514LC88 |
| 2024 | 11,050,000 | 5.25% | 74514LA72 |
| 2024 | 5,000,000 | 4.13% | 74514LD61 |
| 2025 | 22,030,000 | 4.50% | 74514LA80 |
| 2025 | 5,000,000 | 4.25% | 74514LD79 |
| 2026 | 60,000,000 | 5.50% | 74514LD38 |
| 2026 | 4,455,000 | 4.50% | 74514LC96 |
| 2026 | 69,740,000 | 5.50% | 74514LA98 |
| 2027 | 17,945,000 | 5.50% | 74514LB 22 |
| 2027 | 11,520,000 | 4.25% | 74514LD87 |
| 2028 | 64,795,000 | 5.75% | 74514LB30 |
| 2029 | 6,665,000 | 5.00% | 74514LB48 |
| 2030 | 7,000,000 | 4.75% | 74514LB97 |
| 2031 | 7,335,000 | 4.75% | 74514LB55 |
| 2032 | 7,685,000 | 5.00% | 74514LC21 |
| 2033 | 27,400,000 | 5.00% | 74514LC39 |
| 2035 | 322,925,000 | 5.00% | 74514LD20 |
| 2037 | 263,540,000 | 5.13% | 74514LB63 |
| 2039 | 459,305,000 | 5.50% | 74514LB71 |
| 2041 | 632,975,000 | 5.00% | 74514LB89 |
| Total | $2,318,190,000 | | |

| General Obligation Bonds of 2014, Series A | | | |
|---|---|---|---|
| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| 2035 | $3,500,000,000 | 8.00% | 745 I 4LE86 |
| Total | $3,500,000,000 | | |

Los números CUSIP de los PRIFA BANs y los Bonos de Puertos sujetos al reclamo de Objeción de *Late Vintage* y la Objeción a Reclamación Miscelánea del Límite de la Deuda son:

| Other Commonwealth Guaranteed Debt Issued after March 2012 | | | |
|---|---|---|---|
| Issuing Entity | CUSIP | Principal Amount ($MM) | Original Issuance Date |
| PRIFA BANs | 745223AA5 | $78.1 | 3/17/2015 |
| Port of the Americas Authority | N/A | 225.5 | 12/31/2014 |
| Total | | $303.7 | |

Source: Principal amounts per Commonwealth's Disclosure Statement filed September 27, 2019.