UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

                  Debtor.

PROMESA
Title III

No. 17 BK 3567-LTS

------------------------------------------------------------x

ORDER GRANTING UNOPPOSED URGENT MOTION OF THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR LEAVE TO EXCEED PAGE LIMIT
FOR OPPOSITIONS TO THE PROPOSED AMENDED PRIFA LIFT STAY MOTION,
AMENDED HTA LIFT STAY MOTION, AND CCDA LIFT STAY MOTION (DOCKET ENTRY NO. 10399)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Unopposed Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Oppositions to the Proposed Amended PRIFA Lift Stay Motion, Amended HTA Lift Stay Motion, and CCDA Lift Stay Motion* (Docket Entry No. 10399 in Case No. 17-3283 and Docket Entry No. 676 in Case No. 17-3567, the "Motion"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). In order to adequately respond to all arguments contained in the Revenue Bond Lift Stay Motions (Docket Entry Nos. 10102, 10104, and 10109-2 in Case No. 17-3283), the Oversight Board seeks leave to exceed the thirty-five (35) page limit set forth in the Case Management Procedures (Docket Entry No. 8027-1 in Case No. 17-3283) and file oppositions of no more than sixty-five (65) pages each, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

The Motion is granted to the extent provided herein. The Oversight Board may file oppositions to each of the Revenue Bond Lift Stay Motions not to exceed sixty-five (65) pages in length each, exclusive of the cover page, the tables of contents and authorities, the signature page, exhibits, and the certificate of service.

This Order resolves Docket Entry No. 10399 in Case No. 17-3283 and Docket Entry No. 676 in Case No. 17-3567.

SO ORDERED.

Dated: January 27, 2020

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN
United States District Judge