# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Record to the Court of Appeals</u>

**DATE: January 27, 2020**

BK Case: 17-BK-3283-LTS
Related BK Case: 17-BK-4780-LTS
Related USCA Case: NA

**APPEAL FEE PAID ($505):** YES _____ NO __X__

**CASE CAPTION:** In Re: Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Official Committee of Unsecured Creditors

**APPEAL FROM:** Memorandum Order entered on 1/3/2020

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries  10412, 9695, 9425, 9060**

**VOLUMES:**
I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____  s/c: CM/ECF Parties, Appeals Clerk