**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 124th Omni Objection Hardcopy Service List attached hereto as **Exhibit A**:

- One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9892]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 126th Omni Objection Hardcopy Service List attached hereto as **Exhibit B**:

- One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9895]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Nancy I. Gonzalez Molina (MMLID: 2150193), HC-01 Box 4200, Salinas, PR 00751:

- One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9897]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Elliott Irizarry Nieves (MMLID: 1198160), P.O. Box 560205, Guayanilla PR 00656:

- One Hundred Twenty-Eight Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9900]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Luis Alberto Molina Rodriguez (MMLID: 2091879), Com. Playita Ferry, Calle Oro # 137, Ponce, PR 00730:

- One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9901]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Vidalina Perez Figueroa (MMLID: 1749693) Calle Rufina #10, Aguada, PR 00602:

- One Hundred Thirtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9903]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 133rd Omni Objection Hardcopy Service List attached hereto as **Exhibit C**:

- One Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9907]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 138th Omni Objection Hardcopy Service List attached hereto as **Exhibit D**:

- One Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 9917]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 144th Omni Objection Hardcopy Service List attached hereto as **Exhibit E**:

- One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses [Docket No. 9937]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 145th Omni Objection Hardcopy Service List attached hereto as **Exhibit F**:

- One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses [Docket No. 9938]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Maria De Los A. Santiago Ruiza (MMLID: 1995660), Repalto Kennedy #51. Calle 17, Penuelas, PR 00624:

- One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes [Docket No. 9939]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 147th Omni Objection Hardcopy Service List attached hereto as **Exhibit G**:

- One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses [Docket No. 9940]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Supplemental 149th Omni Objection Hardcopy Service List attached hereto as **Exhibit H**:

- One Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 9942]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Soraya Rivera Massini (MMLID: 450310), Box 247, Jayuya, PR 00664:

- One Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 9943]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Maria Del Rosario Olivera Rivera (MMLID: 1746498) Calle Rufina #10, Guayanilla, PR 00656:

- One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 9945]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Ramon Lopez Alvarado (MMLID: 1395848), 10 Calle Rufina, Guayanilla, PR 00656:

- One Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 9946]

Dated: January 27, 2020

Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 27, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 39110

**<u>Exhibit A</u>**

Exhibit A

Supplemental 124th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|------|-------|-------------|
| 1880007 | ARROYO DELGADO, JOSEPH | HC 03 BOX 15592 | YAUCO | PR | 00698 |
| 1998413 | AVILES CASIANO, EFRAIN | URB ESTANCIAS DEL RIO #850 | HOMIGUEROS | PR | 00660 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                          Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B

Supplemental 126th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2005776 | CRUZ PALMER, MELVIN J. | Urb. Ext. Villa Rita | Calle 30 Casa EE-18 | San Sebastian | PR | 00685 |
| 146431 | ECHEVARRIA SANTIAGO, ROSA E. | A - 4  CALLE  ORQUIDEA | URB. LLANOS  DEL  SUR | COTTO LAUREL | PR | 00780 |
| 1995088 | ESTEVEZ GUTIERREZ, EVELYN | Urb. Estancias del Rio #850 | | Hormigueros | PR | 00660 |
| 2037314 | FELICIANO PEREZ, MIRTA C. | Box 552 | | Penuelas | PR | 00624 |
| 1989634 | FERNANDEZ GONZALEZ, JOE E. | K 174 Cataluna | Urb. Vistamer | Carolina | PR | 00983 |

**<u>Exhibit C</u>**

## Exhibit C

Supplemental 133rd Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|------|-------|-------------|
| 2076930 | SANCHEZ RAMOS, MANUEL | #86 La Montalva | | Ensenada | PR | 00647 |
| 2066181 | TORRES BRUNET, VILMA I. | Urb. Laurel Sur | 4001 Callle Tortola | Coto Laurel | PR | 00780-5016 |

**<u>Exhibit D</u>**

Exhibit D

Supplemetnal 138th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1997295 | FELICIANO FIGUEROA, EDGARDO | Urb Lago Horizonte | 2001 Calle Zafiro | Coto Laurel | PR | 00780 |
| 1950975 | FIGUEROA PEREZ, JAVIER | Carr. 125 KM 7 | | Moca | PR | 00676 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit E**

## Exhibit E

Supplemental 144th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 449369 | RIVERA LUGO, LESBIA | URB SANTA TERESITA | CALLE C BN-17 | PONCE | PR | 00730 |
| 1947534 | RIVERA BAERGA, NILDA | Reparto Kennedy #51 | Calle A | Peñuelas | PR | 00624 |
| 2078277 | RIVERA BAERGA, NILDA | Reparto Kennedy #51 | Calle A | Peñuelas | PR | 00624 |

**Exhibit F**

Exhibit F

Supplemental 145th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 467963 | RODRIGUEZ COLON, EDUARDO | URB JARD DE CAYEY | C32 CALLE PASEO DE LA ROSA | CAYEY | PR | 00736 |
| 2005300 | RODRIGUEZ, SARAH CRESCIONI | Calle 5A16 Jardinesde | Santa Domingo | Juana Diaz | PR | 00795-2631 |

**<u>Exhibit G</u>**

## Exhibit G

Supplemental 147th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 638708 | SANTIAGO TORRES, DOEL | HC 1 BOX 5683 | VILLALBA | PR | 00766 |
| 1049983 | TORRES RIVERA, MARGARITA | PO BOX 608 | ADJUNTAS | PR | 00601 |

**<u>Exhibit H</u>**

Exhibit H

Supplemental 149th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 59802 | BURGOS MARIN, MILDRED M. | BOX 802 | GMD #103 | JAYUYA | PR | 00664 |
| 132310 | DELGADILLO BONIFACIO, IGNACIA N | P.O BOX 626 | | AGUAS BUENAS | PR | 00703 |
| 1188426 | DOMINGUEZ ROSA, DAVID | URB SAN ANTONIO | 57 CALLE 2 | AGUAS BUENAS | PR | 00703 |
| 2117893 | LUCIANO NUNEZ, DAVID  H | Maestro de Ingles del 1991-2012 | Departamento de Educacion | | | |
| 290258 | MALAVE SANTIAGO, MARIA  L. | HC 01 BOX 6832 | | SALINAS | PR | 00751-9739 |