UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| Debtors.[1] | : |

---

# JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN AMBAC ASSURANCE CORPORATION'S MOTIONS FOR RULE 2004 DISCOVERY CONCERNING COMMONWEALTH ASSETS [ECF NO. 9022] AND COMMONWEALTH CASH RESTRICTION ANALYSIS [ECF NO. 9023]

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Official Committee of Unsecured Creditors (the "Committee")[2] hereby files this joinder (the "Joinder") in (i) *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets* [ECF No. 9022] and (ii) *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction Analysis*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[ECF No. 9023] (together, the "Rule 2004 Motions").³ In support of its joinder, the Committee respectfully states as follows:

1. On January 23, 2020, the Court entered an order [ECF No. 10332] (the "Motion to Strike Order") denying the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority to Strike the Rule 2004 Motions* [ECF No. 9131]. In the Motion to Strike Order, the Court instructed the parties to the Rule 2004 Motions to meet and confer "to identify parameters for disclosure that are substantially narrower than the requests set forth in the Rule 2004 Motions and that are designed to provide Ambac with core information sufficient to obtain a basic understanding of major aspects of the Commonwealth's financial condition that will be relevant to a plan of adjustment." ECF No. 10332 at 8-9.

2. The Committee, on behalf the Debtors' unsecured creditors, hereby joins in the Rule 2004 Motions so that it may obtain the same information as Ambac related to the Commonwealth's financial condition and participate in any meet and confer process related thereto. As Ambac noted in the Rule 2004 Motions, the Commonwealth's creditors need transparency into its financial condition to fully evaluate its proposed plan of adjustment and to understand the full range of Commonwealth assets available to pay its creditors. *See* ECF No. 9022 at 1-2. The Committee and its constituents are entitled to this information to the same extent as Ambac and other creditors.

[*Remainder of page intentionally left blank*]

---

³ Capitalized terms used but not defined herein shall have the meanings given to them in the Rule 2004 Motions.

WHEREFORE, the Committee respectfully requests that, to the extent the Rule 2004 Motions are granted, or resolved consensually by the parties, the Committee be given access to all materials produced to Ambac and be permitted to participate in any meet and confer discussions among the parties.

Dated: January 27, 2020

By: /s/ Luc A. Despins

**PAUL HASTINGS LLP**
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: /s/ Juan J. Casillas Ayala

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3