# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### AMENDED INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING THE JANUARY 29-30, 2020 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this informative motion in compliance with the *Order Regarding Procedures for Attendance, Participation and Observation of January 29-30, 2020 Omnibus Hearing* (ECF No. 10254)[2], and respectfully state as follows:

1.      William J. Natbony and Casey J. Servais of Cadwalader, Wickersham & Taft LLP will appear on behalf of Assured at the January 29-30, 2020, Omnibus Hearing in Courtroom

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street,

Federal Building, San Juan, Puerto Rico 00918-1767.

2.      Mr. Natbony and/or Mr. Servais will present oral argument on behalf of

Assured on the following: (i) in support of the *Motion for Leave to Amend Motion of Ambac*

*Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Cop., and*

*Financial Guaranty Insurance Company Concerning Application of the Automatic Stay to the*

*Revenues Securing PRIFA Rum Tax Bonds* (ECF No. 10109), (ii) in support of the *Objection of*

*Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee*

*Corporation, Ambac Assurance Corporation, and Financial Guaranty Insurance Company to (I)*

*Response of the Financial Oversight and Management Board for Puerto Rico to Interim Report*

*and Recommendation of the Mediation Team (ECF No. 9493), as Incorporated in (II) Interim Case*

*Management Order for Revenue Bonds (ECF No. 9620)* (ECF No. 10251), and (iii) on all other

related papers.

3.      Mr. Natbony and/or Mr. Servais reserve the right to be heard on any matter

raised by any party at the January 29-30, 2020, Omnibus Hearing as concerns Assured related to

the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of

Assured.

-3-

Dated:  January 27, 2020
        New York, New York

**CASELLAS ALCOVER & BURGOS P.S.C.**


By: /s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR No. 204,809
    Ricardo F. Casellas-Sánchez
    USDC-PR No. 203,114
    Diana Pérez-Seda
    USDC–PR No. 232,014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Tel.: (787) 756-1400
    Fax: (787) 756-1401
    E-mail:  hburgos@cabprlaw.com
        rcasellas@cabprlaw.com
        dperez@cabprlaw.com


*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    William J. Natbony*
    Ellen M. Halstead*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, New York 10281
    Tel.: (212) 504-6000
    Fax: (212) 406-6666
    Email:  howard.hawkins@cwt.com
        mark.ellenberg@cwt.com
        bill.natbony@cwt.com
        ellen.halstead@cwt.com
        thomas.curtin@cwt.com
        casey.servais@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, 27th day of January, 2020.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice