## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### SUPPLEMENTAL CERTIFICATE OF SERVICE

     I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Awilda Bonilla Lopez (MMLID: 1988242) Cayey, PR 00736-9536:

- No Liability Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **Exhibit A**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9892]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Supplemental 125th Omni Objection Hardcopy Service List attached hereto as **Exhibit B**:

- No Liability Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **Exhibit A**

- One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9894]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Supplemental 126th Omni Objection Hardcopy Service List attached hereto as **Exhibit C**:

- No Liability Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **Exhibit A**

- One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided [Docket No. 9895]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Cesar Morales Cabrera (MMLID: 2118334), Praderas de Navarro 468, Gurabo, PR 00778:

- No Liability Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **Exhibit A**

- One Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses [Docket No. 9935]

2

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Supplemental 145th Omni Objection Hardcopy Service List attached hereto as **Exhibit D**:

- No Liability Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **Exhibit A**

- One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses [Docket No. 9938]

On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Lourdes Rosado Rosado (MMLID: 1911831), Alturas de Villalba, Villabla PR 00766:

- No Liability Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **Exhibit A**

- One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statuses [Docket No. 9939]

Dated: January 27, 2020

Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 27, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 39097

**<u>Exhibit A</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
|      |         |           |        |                      |
| Reason: | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
|        |                    |                       |        |                                |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit B</u>**

Exhibit B

Supplemental 125th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|------|-------|-------------|
| 2080517 | Camero, Olga | Urb. Valles de Anasco 144 | Anasco | PR | 00610 |
| 2070863 | Carmero Ramirez, Olga | Urbanizacion Valles De Anasco 144 | Anasco | PR | 00610 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit C</u>**

Exhibit C

Supplemental 126th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1191487 | ESCOBAR CASTRO, EBDIEL | PO Box 254 | Moca | PR | 00670 |
| 2105015 | Figueroa Colon, Haydee | | Jayuya | PR | 00664 |

**<u>Exhibit D</u>**

Exhibit D

Supplemental 145th Omni Objection Hardcopy Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1890585 | RODRIGUEZ APONTE, LIDUVINA | | Ponce | PR | 00730 |
| 2132432 | Rolon Rodriguez, Miriam B | F-11 Calle 6 Urab Vista Monte | Cidra | PR | 00739 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                    Page 1 of 1