# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON JANUARY 29-30 AT 9:30 A.M. AST[2]

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, January 29, 2020**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, January 30, 2020**, from 9:30 a.m. to 12:00 p.m., (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge Honorable Judith G. Dein, United States Magistrate Judge **Courtroom 3** United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Avenue, San Juan, P.R. 00918-1767** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should note that daylight savings time ended on November 3, 2019. As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is 8:30 a.m. Eastern Standard Time, on January 29-30, 2020.

**Video Teleconference**:   The hearing will be broadcast by **video teleconference in Courtroom 17C**[3] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.  STATUS REPORTS:

1. **Report from the Oversight Board.**

   Description: The Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will report on (i) the general status and activities of the Oversight Board; (ii) the status of PRIDCO's RSA and anticipated Title VI filing, (iii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iv) the anticipated process of resolution of the large volume of pro se responses to claim objections received this month, anticipated volume of additional omnibus objections to insufficient claims, and whether noticing can be clarified and response form developed to decrease the proportion of defective or non-pertinent responsive filings; and (v) the anticipated timing of legislative approval of the policies embodied in the PREPA 9019 Motion.

2. **Report from AAFAF.**

   Description: The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will provide a general status report on its status and activities, including the funding and status of post-Maria and earthquake-related relief and repair operations (including but not limited to education services and school facilities).

## II.  UNCONTESTED MATTERS:

1. **PREPA's Renewed Motion for Undisputed Payment and Release of Insurance Proceeds.** Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds **[Case No. 17-3283, ECF No. 9653, Case No. 17-4780, ECF No. 1843, Adv. Case No. 19-369, ECF No. 32]**

   Description:  The Puerto Rico Electric Power Authority's renewed motion requesting entry of an order providing: (i) PREPA may accept from Plaintiffs ("Insurers") a payment of $1,726,000 (the "Undisputed Payment") as an undisputed payment of insurance proceeds under certain commercial property insurance policies issued to PREPA by Plaintiffs for the

---

[3] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

policy period May 15, 2014 to May 15, 2015 (the "Property Insurance"); (ii) no creditors of PREPA or other parties shall be permitted to interfere with the transfer of the Undisputed Payment to PREPA or PREPA's use of the Undisputed Payment at its discretion; (iii) the Plaintiffs shall not be subject to claims of PREPA's existing creditors or third parties with respect to the Undisputed Payment, and payment to PREPA shall satisfy Insurers' obligations under the Property Insurance with respect to the amount so paid; (iv) no creditor of PREPA or other party shall have any claim against Plaintiffs in respect of the obligation so satisfied by payment of the Undisputed Amount of $1,726,000; (v) Insurers shall not seek a refund, reimbursement, or claw-back of the Undisputed Payment or any portion thereof; (vi) Insurers retain all rights, remedies and defenses under the Property Insurance and at law; (vii) Defendants retain all further rights, remedies and defenses under the Property Insurance, including without limitation the right to seek additional amounts under the Property Insurance; and (viii) except as expressly stated therein, the Order shall not be interpreted to limit any party's rights.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 22, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Certificate of No Objection Regarding Renewed Motion of Puerto Rico Electric Power Authority for Undisputed Payment and Release of Insurance Proceeds **[Case No. 17-3283, ECF No. 10171, Case No. 17-4780, ECF No. 1867, Adv. Case No. 19-369, ECF No. 38]**

    B.  Order Regarding Renewed Motion of Puerto Rico Power Authority for Undisputed Payment and Release of Insurance Proceeds **[Case No. 17-3283, ECF No. 10253, Case No. 17-4780, ECF No. 1868, Adv. Case No. 19-369, ECF No. 40]**

Status:  On January 24, 2020, at the invitation of the Court pursuant to the foregoing Order, the Oversight Board, on behalf of PREPA, filed a Notice of Presentment of PREPA of Revised Proposed Order for Undisputed Payment and Release of Insurance Proceeds **[Case No. 17-3283, ECF No. 10383, Case No. 17-4780, ECF No. 1877, Adv. Case No. 19-369, ECF No. 41]**, with an objection deadline of January 31, 2020.  Accordingly, this matter will not proceed at the Omnibus Hearing.

Estimated Time Required:  5 minutes

2. **Seventy-Sixth Omnibus Objection to Claims.** The Puerto Rico Highways and Transportation Authority's Seventy-Sixth Omnibus Objection (Substantive) to Duplicate Claims Asserting Amounts for Which the Puerto Rico Highways and Transportation Authority is not Liable **[Case No. 17-3283, ECF No. 8961]**[4]

Description: The Puerto Rico Highways and Transportation Authority's seventy-sixth omnibus objection (Substantive) to duplicate claims asserting amounts for which the Puerto Rico Highways and Transportation Authority is not liable.

Objection Deadline:  November 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: December 3, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 4, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. Notice of Adjournment of Hearing on the Seventy-Sixth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority with Respect to Proof of Claim of Cigna Health and Life Insurance Company (Claim No. 19617) **[Case No. 17-3283, ECF No. 9336]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

3. **Ninety-Sixth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninety-Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9546]**[5]

---

[4] This agenda item is only scheduled in connection with the Proof of Claim of Cigna Health and Life Insurance Company (Claim No. 19617).

[5] Uncontested Agenda Item Numbers 3 - 28 are going forward solely as to the claimants that did not respond to the various omnibus objections to claims.  Certain responses to the various omnibus objection to claims, as stated in the (i) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10045]**, (ii) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10256]**, (iii) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10331]**, (iv) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10378]**, (v) *Notice of Adjournment as to Certain Claims Subject to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto*

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-sixth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

4.  **Ninety-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninety-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9547]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-seventh omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

---

Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 10306]**, and (vi) Notice of Adjournment as to Certain Claims Subject to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 10398],** have been adjourned to the March 4, 2020 omnibus hearing.

    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

5. **<u>Ninety-Eighth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninety-Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9548]**

<u>Description</u>: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-eighth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

<u>Objection Deadline</u>:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

6. **Ninety-Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Ninety-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9549]**

   Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's ninety-ninth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

   Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A.  None.

   Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
      A.  None.

   Related Documents:
      A.  None

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes.

7. **One Hundredth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundredth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9550]**

   Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundredth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

   Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A.  None.

7

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

8.  **One Hundred and First Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and First Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9551]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and first omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

9.  **One Hundred and Third Omnibus Objection to Claims.**  The Commonwealth of Puerto
    Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
    Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
    and Third Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
    Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No.
    9553]**

    Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and
    Transportation Authority, and the Employees Retirement System of the Government of the
    Commonwealth of Puerto Rico's one hundred and third omnibus objection (Non-
    Substantive) to deficient claims asserting interests based on salary demands, employment of
    services provided.

    Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
        A.  None.

    Reply, Joinder & Statement Deadlines:  January 21, 2020 at 4:00 p.m. (Atlantic Standard
    Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020,
    at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

    Replies, Joinders & Statements:
        A.  None.

    Related Documents:
        A.  None

    Status:  This matter is going forward.

    Estimated Time Required:  5 minutes.

10. **One Hundred and Fourth Omnibus Objection to Claims.**  The Commonwealth of Puerto
    Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
    Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
    and Fourth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
    Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No.
    9554]**

    Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and
    Transportation Authority, and the Employees Retirement System of the Government of the
    Commonwealth of Puerto Rico's one hundred and fourth omnibus objection (Non-
    Substantive) to deficient claims asserting interests based on salary demands, employment of
    services provided.

    Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
> A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
> A.  None.

<u>Related Documents</u>:
> A.  None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

11. **<u>One Hundred and Fifth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Fifth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9555]**

<u>Description</u>: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and fifth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

<u>Objection Deadline</u>:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
> A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
> A.  None.

<u>Related Documents</u>:
> A.  None

<u>Status</u>:  This matter is going forward.

Estimated Time Required: 5 minutes.

12. **<u>One Hundred and Sixth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto
Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
and Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No.
9556]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority, and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico's one hundred and sixth omnibus objection (Non-
Substantive) to deficient claims asserting interests based on salary demands, employment of
services provided.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard
Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020,
at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

13. **<u>One Hundred and Seventh Omnibus Objection to Claims.</u>** The Commonwealth of Puerto
Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
and Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No.
9557]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority, and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico's one hundred and seventh omnibus objection (Non-
Substantive) to deficient claims asserting interests based on salary demands, employment of
services provided.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

14. **One Hundred and Eighth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9558]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and eighth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

15. **One Hundred and Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto
Rico and the Employees Retirement System of the Government of the Commonwealth of
Puerto Rico's One Hundred and Ninth Omnibus Objection (Non-Substantive) to Deficient
Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283,
ECF No. 9559]**

Description: The Commonwealth of Puerto Rico and the Employees Retirement System of
the Government of the Commonwealth of Puerto Rico's one hundred and ninth omnibus
objection (Non-Substantive) to deficient claims asserting interests based upon unspecified
Puerto Rico statutes.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard
Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020,
at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

16. **One Hundred and Tenth Omnibus Objection to Claims.** The Commonwealth of Puerto
Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
and Tenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9560]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority, and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico's one hundred and tenth omnibus objection (Non-
Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico
statutes.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

13

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

17. **One Hundred and Eleventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Eleventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9561]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and eleventh omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

18. **One Hundred and Twelfth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Twelfth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9562]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and twelfth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

19. **One Hundred and Thirteenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Thirteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9563]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and thirteenth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

15

<u>Reply, Joinder & Statement Deadlines</u>: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A. None.

<u>Related Documents</u>:
    A. None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.


20. **<u>One Hundred and Fourteenth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Fourteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9564]**

<u>Description</u>: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and fourteenth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

<u>Objection Deadline</u>:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. None.

<u>Reply, Joinder & Statement Deadlines</u>: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A. None.

<u>Related Documents</u>:
    A. None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

16

21. **One Hundred and Fifteenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Fifteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9565]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and fifteenth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

22. **One Hundred and Sixteenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Sixteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9566]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and sixteenth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

17

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

23. **One Hundred and Seventeenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Seventeenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9567]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and seventeenth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

24. **One Hundred and Eighteenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees

Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Eighteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9568]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and eighteenth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

25. **One Hundred and Nineteenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Nineteenth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9569]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and nineteenth omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

26. **One Hundred and Twentieth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Twentieth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9570]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and twentieth omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

27. **One Hundred and Twenty-First Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred

and Twenty-First Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9572]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and twenty-first omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

28. **One Hundred and Twenty-Second Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Twenty-Second Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9574]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and twenty-second omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

## III. CONTESTED MATTERS:

1. **Status Conference on Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims.** Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8789]**

   Description:  Status conference regarding Cobra Acquisition LLC's motion for allowance and payment of administrative expense claims addressing (i) the status of the pending criminal matter; (ii) the status of FEMA's review of Cobra's contracts with PREPA; (iii) a summary of potential factual disputes that the parties anticipate will need to be tried; (iv) proposing a consensual pretrial schedule for discovery and briefing; and (v) notifying the Court of any additional issues pertaining to the Administrative Expense Motion that have arisen.

   Objection Deadline:  N/A

   Responses:
       A.  N/A

   Reply, Joinder & Statement Deadlines: N/A

   Replies, Joinders & Statements:
       A.  N/A

   Related Documents:
       A.  Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8789]**

       B.  Order Granting Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend All Applicable Deadlines to Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8886]**

       C.  Joint Informative Motion Pursuant to Order of October 17, 2019 Regarding Cobra Acquisition LLC's Motion For Allowance and Payment of Administrative Expenses Claims **[Case No. 17-3283, ECF No. 10307]**

   Status:  This matter is going forward.

22

Estimated Time Required:  25 minutes

2. **Debtors' Amended Motion Authorizing Alternative Dispute Resolution Procedures.**
Debtors' Amended Motion for Entry of an Order (A) Authorizing Alternative Dispute
Resolution Procedures, (B) Approving Additional Forms of Notice and (C) Granting Related
Relief **[Case No. 17-3283, ECF No. 9718]**

Description:  The Commonwealth of Puerto Rico, the Employees Retirement System of the
Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority, the Puerto Rico Electric Power Authority, and the Puerto Rico
Public Buildings Authority's amended motion for entry of an order (a) authorizing alternative
dispute resolution procedures, (b) approving additional forms of notice, and (c) granting
related relief.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Limited Opposition to Entry of Order (A) Authorizing Alternative Dispute
     Resolution Procedures (B) Approving Additional Forms of Notice, (C) Granting
     Related Relief Filed by the Financial Oversight and Management Board for Puerto
     Rico **[Case No. 17-3283, ECF No. 9880]**

  B. Limited Response of Official Committee of Unsecured Creditors to Debtors'
     Amended Motion for Entry of an Order (A) Authorizing Alternative Dispute
     Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting
     Related Relief **[Case No. 17-3283, ECF No. 10146]**

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard
Time) for all parties other than the Debtors or Statutory Committees and January 22, 2020,
at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. Reply in Support of Amended motion for Entry of an Order (A) Authorizing
     Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of
     Notice, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 10295]**

Related Documents:
  A. None.

Status:  This matter is going forward.

Estimated Time Required:  20 minutes

3. **Ambac's Motion for Leave to Amend Motion Concerning Application of the Automatic
Stay to the Revenues Securing PRIFA Rum Tax Bonds.** Motion for Leave to Amend
Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty
Municipal Corp., and Financial Guaranty Insurance Company Concerning Application of the

Automatic Stay to the Revenue Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 10109]**

Description:   Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company's motion for leave to amend *Ambac Assurance Corporation's Motion and Memorandum of Law in Support of Its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (ECF No. 7176, the "PRIFA Stay Motion").

Objection Deadline:   January 22, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Opposition of the Commonwealth of Puerto Rico to Motion to Amended PRIFA Bondholder Lift Stay Motion (ECF No. 10109) **[Case No. 17-3283, ECF No. 10274]**

    B. Joinder by Serralles to the Oversight Board's Opposition to Motion to Amended PRIFA Bondholder Lift Stay Motion **[Case No. 17-3283, ECF No. 10275]**

    C. AAFAF's Limited Joinder and Statement in Support of the Opposition of the Commonwealth of Puerto Rico to Motion to Amended PRIFA Bondholder Lift Stay Motion (ECF No. 10109) **[Case No. 17-3283, ECF No. 10277]**

Reply, Joinder & Statement Deadlines: January 25, 2020 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
    A. Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance  Company's Reply in Further Support of  Their Motion for Leave to Amend Their Motion Concerning Application of the  Automatic Stay to their Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 10400]**

Related Documents:
    A. Ambac Assurance Corporation's Motion and Memorandum of Law in Support of Its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7176]**

    B. Urgent Motion of the Financial Oversight and Management Board for Order Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Dismissing Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7262]**

    C. Financial Guaranty Insurance Company's Joinder in Ambac's Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7546]**

D. Opposition of the Commonwealth of Puerto Rico to Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 7827]**

E. AAFAF's Opposition to Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 7829]**

F. Partial Joinder of Official Committee of Unsecured Creditors in Support of Opposition of the Commonwealth of Puerto Rico to Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 7831]**

G. Ambac Assurance Corporation and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 8022]**

H. Limited Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Ambac Assurance Corporation's Motion and Memorandum of Law in Support of its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 8024]**

I. Informative Motion Submitting Exhibits to Ambac Assurance Corporation and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of their Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 8039]**

J. Sur-Reply of the Financial Oversight and Management Board to Ambac Assurance Corporation and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of their Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 8164]**

K. Statement of U.S. Bank Trust National Association, as Trustee, with Respect to Ambac Assurance Corporation's Motion and Memorandum of Law in Support of its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 8221]**

L. Interim Case Management Order for Revenue Bonds **[Case No. 17-3283, ECF No. 9620]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes

4. **Status Conference on Revenue Bond Order**

Description: Hearing to address any arguments concerning the continuation of the provisions of, and proposed amendments to, the Revenue Bonds Order as defined in the *Order Partially*

*Amending Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto (Docket Entry No. 9618), and Setting Deadline for Further Responses to Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report (Docket Entry No. 9638)* **[Case No. 17-3283, ECF No. 9639]**

Objection Deadline:  January 21, 2020 at 5:00 p.m. (Atlantic Standard Time).

Responses:
A. Limited Response of Official Committee of Unsecured Creditors to Interim Case Management Order for Revenue Bonds **[Case No. 17-3283, ECF No. 10249]**

B. Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation, and Financial Guaranty Insurance Company to (I) Response of the Financial Oversight and Management Board for Puerto Rico to Interim Report and Recommendation of the Mediation Team (ECF No. 9493) as Incorporated in (II) Interim Case Management Order For Revenue Bonds (ECF No. 9620) **[Case No. 17-3283, ECF No. 10251]**

Reply, Joinder & Statement Deadlines: January 27, 2020 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. DRA Parties' Joinder and Reservation of Rights in Support of the Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation, and Financial Guaranty Insurance Company to (I) Response of The Financial Oversight and Management Board for Puerto Rico to Interim Report and Recommendation of the Mediation Team (ECF No. 9493), as Incorporated in (II) Interim Case Management Order for Revenue Bonds (ECF No. 9620) **[Case No. 17-3283, ECF No. 10421]**

B. Response of Financial Oversight and Management Board to (A) Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation, and Financial Guaranty Insurance Company to (I) Response of the Financial Oversight and Management Board for Puerto Rico to Interim Report and Recommendation of the Mediation Team (ECF NO. 9493), as Incorporated in (II) Interim Case Management Order for Revenue Bonds (ECF NO. 9620), and (B) Limited Response of Official Committee of Unsecured Creditors to Interim Case Management Order for Revenue Bonds **[Case No. 17-3283, ECF No. 10424]**

Related Documents:
A. Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto **[Case No. 17-3283, ECF No. 9618]**

B. Interim Case Management Order for Revenue Bonds **[Case No. 17-3283, ECF No. 9620]**

C. Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report **[Case No. 17-3283, ECF No. 9638]**

D. Order Partially Amending Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto (Docket Entry No. 9618), and Setting Deadline for Further Responses to Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report (Docket Entry No. 9638) **[Case No. 17-3283, ECF No. 9639]**

E. Objection, Motion for Reconsideration Regarding ECF No. 9639, and Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation with Respect to Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report (ECF No. 9638) **[Case No. 17-3283, ECF No. 9655]**

F. Position Statement of Official Committee of Unsecured Creditors Regarding Mediation Team's Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report [Docket No. 9638] **[Case No. 17-3283, ECF No. 9656]**

G. Joint Statement of Certain Adversary Defendants Regarding Further Extension of Global Stay **[Case No. 17-3283, ECF No. 9657]**

H. Amended and Restated Order Addressing the Filing of An Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto **[Case No. 17-3283, ECF No. 9661]**

Status:  This matter is going forward.

Estimated Time Required:  60 minutes

5. **Centro de Orientación y Ayuda Psiquiátrica, Inc.'s Motion for Relief from the Automatic Stay.** Motion for Relief from the Automatic Stay Pursuant to PROMESA Sections 301(C)(3), 304(h), Department of Health and Human Services Administrative Order ACYF-CB-PI-18-03, Child Abuse Prevention and Treatment Act (CAPTA), Bankruptcy Code Sections 32(b)(4), 362(d)(1) **[Case No. 17-3283, SCF No. 9677]**

Description:  Centro de Orientación y Ayuda Psiquiátrica, Inc.'s motion for relief from the automatic stay pursuant to PROMESA sections 301(C)(3), 304(h), Department of Health and Human Services Administrative Order ACYF-CB-PI-18-03, Child Abuse Prevention and Treatment Act (CAPTA), Bankruptcy Code sections 32(b)(4), 362(d)(1).

Objection Deadline:  January 22, 2020 at 5:00 p.m. (Atlantic Standard Time).

27

<u>Responses</u>:
A.  Limited Response of Official Committee of Unsecured Creditors to Motions for Relief from Automatic Stay Filed by FDR 1,500 Corp., S.E. [Docket No. 9664] and Centro de Orientación y Ayuda Psiquiátrica, Inc. [Docket No. 9677] **[Case No. 17-3283, ECF No. 9832]**

B.  Response of the Commonwealth to Motion for Relief from the Automatic Stay filed by Centro de Orientación y Ayuda Psiquiátrica, Inc.] **[Case No. 17-3283, ECF No. 10297]**

<u>Reply, Joinder & Statement Deadlines</u>: January 27, 2020 at 5:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
A.  None

<u>Related Documents</u>:
A.  Order Scheduling Briefing of Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 9686]**

B.  Urgent Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 10014]**

C.  Order Granting Urgent Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 10036]**

D.  Motion to Inform Consent with the Commonwealth of Puerto Rico the Modification of the Automatic Stay to Allow the Continuance of Litigation at the Local Court Until Judgment, Request of Entry of Order and Request to Set Aside Hearing **[Case No. 17-3283, ECF No. 10423]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  20 minutes

6.  **<u>One Hundred and Second Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred and Second Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment of Services Provided **[Case No. 17-3283, ECF No. 9552]**[6]

---

[6] The One Hundred and Second Omnibus Objection to Claims is going forward solely as to (i) the response filed by Aracelis Mazario and (ii) the claimants that did not respond to One Hundred and Second Omnibus Objection to Claims. Certain responses to the One Hundred and Second Omnibus Objection to Claims, as stated in the (i) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10045]**, (ii) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10256]**, (iii) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10331]**,

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred and second omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment of services provided.

Objection Deadline: January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Reply to One Hundred and Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interest Based on Salary Demand, Employment or Services Provided, filed by Aracelis Mazario **[Case No. 17-3283, ECF No. 9963]**

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Aracelis Nazario to the One Hundred Second Omnibus Objection (Non-Substantive) to Deficient Claims. **[Case No. 17-3283, ECF No. 10289]**

Related Documents:
   A. None

Status: This matter is going forward.

Estimated Time Required: 10 minutes.

## IV.  ADJOURNED MATTERS:

   1. **AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service.** Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service

---

(iv) *Order Regarding Adjournment of Hearing, and Translation and Interpretation Services, In Connection with Certain Responses to Omnibus Objection to Claims* **[Case No. 17-3283, ECF No. 10378]**, (v) *Notice of Adjournment as to Certain Claims Subject to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* **[Case No. 17-3283, ECF No. 10306]**, and (vi) Notice of Adjournment as to Certain Claims Subject to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 10398]**, have been adjourned to the March 4, 2020 omnibus hearing.

(Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

Description:  Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) filed against the Puerto Rico Sales Tax Financing Corporation.

Objection Deadline:  August 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A.  None.

Reply, Joinder & Statement Deadlines: September 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A.  None

Related Documents:
 A.  Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

 B.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

 C.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

Status:  This matter has been adjourned to the April  22, 2020 omnibus hearing.

Estimated Time Required:  N/A

2.  **AMPR's Motion for Relief from Stay.** Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical's Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

Description:  Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay to pursue action against the Department of Education of the Commonwealth, the Secretary of the Department of Education of the

Commonwealth, Julia Keleher in her official capacity, and the Commonwealth of Puerto Rico. The action seeks a declaratory judgment concerning causes of action for breach and/or impairment of contractual and vested property rights.

Objection Deadline: October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
> A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
> A. Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

Related Documents:
> A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**
>
> B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**
>
> C. Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**
>
> D. Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**
>
> E. Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**
>
> F. Joint Informative Motion Regarding Hearing on Motion for Relief from Stay filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**
>
> G. Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 8075]**

Status: This matter has been adjourned to the March 4, 2020 omnibus hearing.

Estimated Time Required: N/A

3. **Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC.** Fee Examiner's Limited Objection to the Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the

Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8862]**

Description: The Fee Examiner's limited objection to the amended first interim application of Duff & Phelps LLC for allowance of compensation for services rendered and reimbursement of expenses incurred as independent forensic analysis team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the period of November 1, 2018 through January 31, 2019.

Objection Deadline:  N/A

Responses:
    A.  Reply of Duff & Phelps LLC to Fee Examiner's Limited Objections (Doc. No. 8862) to Amended First Application for Allowance of Compensation and Reimbursement of Expenses for Period November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8915]**

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8450]**

    B.  Motion Submitting Supporting Declaration to Fee Examiner's Limited Objection to the Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8866]**

    C.  Order Setting Deadline for Joint Status Report by Fee Examiner and Duff & Phelps **[Case No. 17-3283, ECF No. 8945]**

    D.  Order Adjourning Hearing and Setting Amended Deadline for Joint Status Report by Fee Examiner and Duff & Phelps **[Case No. 17-3283, ECF No. 9008]**

    E.  Order Regarding Joint Status Report by Fee Examiner and Duff & Phelps LLC in Response to Order Dated October 25, 2019 **[Case No. 17-3283, ECF No. 9170]**

Status:  This matter has been adjourned to the March 4, 2020 omnibus hearing.

Estimated Time Required:  N/A

4.   **PREPA'S Motion to Remand.** Puerto Rico Electric Power Authority's Motion to Remand **[Adv. Case No. 19-453, ECF No. 8]**

Description:  The Puerto Rico Electric Power Authority's motion to remand two consolidated actions (*Autoridad de Energía Eléctrica de Puerto Rico v. Vitol, Inc., et al.*, Civil No. K AC2009-1376 (901) and *Autoridad de Energía Eléctrica de Puerto Rico v. Vitol, Inc., et al.*, Civil No. 2012-1174 (905)) removed by Defendants Vitol Inc. and Vitol S.A back to the Commonwealth of Puerto Rico Court of First Instance.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.   Vitol Inc. & Vitol S.A.'s Objection to PREPA's Motion to Remand **[Adv. Case No. 19-453, ECF No. 10]**

Reply, Joinder & Statement Deadlines: February 4, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 5, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.   None.

Related Documents:
   A.   PREPA's Unopposed Urgent Motion for an Order (1) Extending by 14 Days the Time for PREPA to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal **[Adv. Case No. 19-453, ECF No. 12]**

   B.   Order Adjourning Hearing and Extending Deadline for PREPA to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Motion to Extend Deadline for Removal **[Adv. Case No. 19-453, ECF No. 13]**

Status:  This matter has been adjourned to the March 4, 2020 omnibus hearing.

Estimated Time Required:  N/A.

5.   **Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code.** Status Conference Regarding Gladys García-Rubiera *et. al.* Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

<u>Description</u>:  Status conference regarding Gladys García-Rubiera *et.al.*'s motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

<u>Objection Deadline</u>:  N/A

<u>Responses</u>:
    A. N/A

<u>Reply, Joinder & Statement Deadlines</u>: The parties to the Lift Stay Motion shall file an additional status report by December 2, 2019 at 5:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. N/A

<u>Related Documents</u>:
    A. Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(D)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

    B. Opinion issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

    C. Judgement issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

    D. Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

    E. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

    F. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

    G. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

    H. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

    I. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

<u>Status</u>:  This matter has been adjourned to the March 4, 2020 omnibus hearing.

Estimated Time Required:  N/A.

6.  **Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations.**
Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December
15, 2017 and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the
Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured
Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National
Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination **[Case
No. 17-3283, ECF No. 7505]**

Description:  Ambac Assurance Corporation's motion to compel the Commonwealth of
Puerto Rico, AAFAF, and the Financial Oversight and Management Board for Puerto Rico
to comply with the Court's orders of December 15, 2017 and February 26, 2018 as they
pertain to requests for information regarding the Commonwealth's pension liabilities, as set
forth in the Rule 2004 motions dated September 12, 2017 (ECF. No. 1283) and November
28, 2017 (ECF. No. 1870).

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to
Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF
No. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)
for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m.
(Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A.  Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance
Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

B.  Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac
Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283,
ECF No. 7588]**

C.  Joinder of Financial Guaranty Insurance Company to Ambac Assurance
Corporation's Motion to Compel Compliance with the Court's December 15, 2017
and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the Ad
Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation,
Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund

Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7674]**

D.  Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

E.  Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion to Compel Seeking Discovery Pursuant to Rule 2004 [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7883]**

Related Documents:

A.  Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8447]**

B.  Second Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to The Pension Discovery Motions **[Case No. 17-3283, ECF No. 8633]**

C.  Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an Adjournment of the Hearing of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

D.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

E.  Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G.  Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial

Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

H. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9518]**

I. Fifth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10325]**

J. Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10376]**

Status:  This matter has been adjourned to the March 4, 2020 omnibus hearing.

Estimated Time Required:  N/A.

7. **Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities.** Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning Pension Liabilities **[Case No. 17-3283, ECF No. 7507]**

Description: Ambac Assurance Corporation's motion for entry of order authorizing discovery of the Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico under Bankruptcy Rule 2004 concerning pension liabilities.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF No. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

    A.   Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

    B.   Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

    C.   Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities [ECF No. 7507] Discovery **[Case No. 17-3283, ECF No. 7675]**

    D.   Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

    E.   Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion Regarding Pension Liabilities Seeking Discovery Pursuant to Rule 2004 [ECF No. 7507] **[Case No. 17-3283, ECF No. 7880]**

    F.   Ambac Assurance Corporation's Omnibus Reply in Further Support of the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8230]**

Related Documents:

    A.   Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8447]**

    B.   Second Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to The Pension Discovery Motions **[Case No. 17-3283, ECF No. 8633]**

    C.   Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an Adjournment of the Hearing of the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

    D.   Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

    E.   Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth

of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F.   Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G.   Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

H.   Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 9518]**

I.   Fifth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10325]**

J.   Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10376]**

<u>Status</u>:  This matter has been adjourned to the March 4, 2020 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.


*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

39

Dated: January 27, 2020.
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*