UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors

---

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS.

---

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED.

---

Name: Soltrén González María De Los A.

Address: HC 6 Box 68462 Aguadilla PR 00603

Tel: (787) 503-0579

Email: mariasoltren@yahoo.com

# Reclamación: 41495

        38448

# Caso: 17 BK 03283-LTS

Motivo: Oposición a objeción global en relación a reclamo. Adjunto evidencia de retiro. Por motivo de la emergencia surgida en PR de los temblores de tierra y sus efectos en el Servicio eléctrico e infraestructura no pude enviar documentos a la fecha limite, por tal razón se envian. Documentos a esta fecha.

*María Soltrén González* (signature)

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de enero de 2020

**Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES**

MARIA SOLTREN GONZALEZ
HC 6 BOX 68462

AGUADILLA, PR 00603

Seguro Social: XXX-XX-0949

A base de la información en nuestros registros, al 23 de enero de 2020 usted posee:

Fecha de Nacimiento: 05 de enero de 1972
Fecha de Ingreso al Servicio Público: 08 de junio de 2000
Fecha de Comienzo de Cotización: 08 de junio de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 12.03 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 10,160.20 | Aportaciones: | 5,527.71 |
| | | Intereses: | 5,667.03 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 21,941.04 | | |
| Tiempo: | 0.00 | Intereses: | 2,117.50 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 39,885.77 | Total Aportaciones: | 5,527.71 |
| Beneficio: | 0.00 | Beneficio: | 182.86 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Maria Soltren Gonzalez
HC 6 Box 68462
Aguadilla PR 00603



Secretaria (Clerk's Office)
Tribunal De Distrito De Los EU
Room 150 Federal Building
San Juan PR 00918-1767