## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors | This filing relates to the Commonwealth, HTA, and ERS. |

---

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED.

Name: Myriam I Acevedo Mesonero

Address: Calle Harrison 105 Ramey

Tel: (787) 975-6849

Email: myriamiacevedomesonero@gmail.com

# Reclamación: 32741

# Caso: 17 BK 03283-LTS

Motivo: Oposición a objeción global en relación a reclamo. Adjunto evidencia de retiro AELA.

*[Signature: Myriam Acevedo Mesonero]*

## Deficiencies / Deficiencias:

- [ ] Document is not signed / Documento sin firma
- [ ] Document is illegible / Documento ilegible
- [ ] Document is incomplete / Documento incompleto
- [ ] Missing certificate of service / Falta certificado de notificación
- [ ] Missing exhibit(s) / Falta(n) anejo(s)
- [ ] Wrong case number / Número de caso incorrecto
- [ ] Other / Otro: