Myriam I. Acevedo Mesones
Calle Harrison 105
Bo...
Aguadilla PR 00604

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 27 PM 5:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$0.55
R2304E105991-10