Hilda L. Theresa Nieves
PO BOX 733
Isabela PR 00662

RECEIVED & FILED
2020 JAN 27 PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$0.70
R2304E105991-10

Secretaria (Clerks Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (PR) 00918-1767