UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## **INFORMATIVE MOTION – JANUARY 29, 2020 HEARING**

Dated: January 13, 2020

## INFORMATIVE MOTION – JANUARY 29, 2020 HEARING

Peter C. Hein, pro se, will attend the January 29, 2020 hearing in the New York courtroom (17C). Peter C. Hein requests the opportunity to speak in response to Docket #9731 and #9753 (if a hearing is held on those applications) and on any other matters that may affect his interests.

January 13, 2020

Respectfully Submitted,

*Peter C. Hein*

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com