# PRIORITY® MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



US POSTAGE
01/22/2020
From 10019

Zone 7

Pitney Bowes  026W0004897206
ComPlsPrice
Flat Rate Envelope  2076604879



## PRIORITY MAIL 3-DAY™

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 01/25/2020

0006

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

**USPS TRACKING #**



9405 5098 9864 2840 7078 70



EP14F July 2013
OD: 12.5 x 9.5



VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

