United District Court

For the District of Puerto Rico

..........................................................

IN RE:

The Financial Oversight and

Management Board for Puerto Rico.   Promesa Title III

As representative of   Case no. 17-BK-3283-(LTS)

The Commonwealth of Puerto Rico

Debtors

..........................................................

IN RE:

The Financial Oversight and

Management Board For Puerto Rico.   Promesa Title III

As representative of

The Employees Retirement System   Case no. 17-BK-3566( LTS)

of the Government of the Commonwealth

of Puerto Rico

Debtors

..........................................................

RECEIVED & FILED CLERK'S OFFICE JAN 27 2020 US DISTRICT COURT SAN JUAN, PR

AVISO DE PARTICIPACIÓN EN EL LITIGIO DE LAS OBJECIONES A

RECLAMACIONES DE BONOS SRE

---------------------------------------

Solicitud para enmendar y añadir el Cuspid no. De Bonos afectados del SRE ,

al documento original de Participación en el Litigio de las Objeciones a

Reclamaciones de Bonos SER sometido el 11/04/2019.

El propósito de ésta comunicación es para solicitarles respetuosamente el que

se me permita corregir errores y añadirle el Cuspid no. de los Bonos afectados según su listado en el documento original.

Los mismos fueron cometidos y olvidados en forma involuntaria.

El Cuspid no. Son lo siguientes: 29216 MBN 9 por la cantidad de $ 50,000.00 .

                29216 MBA 7 por la cantidad de$55 ,000.00.

Los bonos cuyo Cuspid no. 29216 MBN 9 fueron comprados en mercado primario.

Los bonos cuyo Cuspid no. 29216 MBA 7 fueron comprados en mercado secundario.

Esto hace que la parte 3 , inciso (b) donde expresa ¿El Participante compró alguno de sus Bonos SRE total o parcialmente , en el mercado secundario ? La contestación sería SI en lugar de NO, marcada por mí. Espero se me excuse por los errores cometidos.

Solicito que éstas correcciones se hagan parte del documento original y enmiende el mismo.

El documento original se encuentran bajo el número de "docket " 9127 fechado el día 11/07/2019, firmado y sometidos el 11/04/2019.

Sometido respetuosamente:

*[signature]*

Nestor A Rodriguez Marty.   Aprobado por:

                                                La honorable jueza Laura Tylor Swain
                                                Jueza de Distrito de los Estados Unidos

5347 Ave. Isla Verde

Condominio Marbella Oeste 1214.   Fecha : ......................................

Carolina , P. R  00979-5509

E- mail  nesvid@gmail.com

Tel  787-948-5459

Fecha: 11/27/2019