Sr. Nestor Rodriguez
5347 Ave. Isla Verde, #1214
Carolina, PR 00979

RECEIVED & FILED
2020 JAN 27 PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CERTIFIED MAIL
7017 0190 0000 3889 9509



Postage Meter
$ 004.65
02 1P
0001940225   JAN 24 2020
MAILED FROM ZIP CODE 00984

The Clerk of the United States District Court
for the District Of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767