UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors | This filing relates to the Commonwealth, HTA, and ERS. |

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED.

Name:  Claribel W Mercado Vargas-Urb. Los Robles Calle Los Robles 198 Moca PR 00676

Tel: (787) 941-0411

Email: cmercado@asume.pr.gov

# Reclamación: 31789

# Caso: 17 BK 03283-LTS

Motivo:  Oposición a objeción global en relación a reclamo.  Adjunto evidencia de Estado de cuenta Estimado del Sistemas de Retiro Empleados Gobierno y Judicatura.

Firma: *Claribel Mercado Vargas*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO



-----------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors

-----------------------------------------------------------

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the

Commonwealth, HTA, and

ERS.

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED.

Name: Claribel W Mercado Vargas-Urb Los Robles Calle Los Robles 198 Moca PR 00676

Tel: (787) 941-0411

Email: cmercado@asume.pr.gov

# Reclamación: 31789

# Caso: 17 BK 03283-LTS

Motivo: Oposición a objeción global en relación a reclamo. Adjunto evidencia de retiro AELA.