Claribel Mercado Vazquez
Urb Los Robles
Calle Los Robles 198
Moca PR 00676




U.S. POSTAGE PAID
FCM LETTER
MOCA, PR
00676
JAN 14, 20
AMOUNT
$0.70
R2305P151631-02

1000   00918

Oficina del Secretario
Tribunal do Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

Claribel Mercado Hernandez
Urb Los Robles
Calle Los Robles 198
Moca PR 00676

RECEIVED & FILED
2020 JAN 27 PM 5: 22
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.





U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$0.70
R2304E105991-10

1000    00918

Oficina del Secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR   00918-1767