Maribel S Mercado Vargas
Urb Los Robles 198
Moca PR 00676

RECEIVED & FILED
2020 JAN 15 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2020 JAN 27 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
MOCA, PR
00676
JAN 14, 20
AMOUNT
$0.55
R2305P151631-02

Oficina del secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 0098-1767
00918

Maribel S Moreso Vargas
Urb Los Robles
198 Callo Los Robles
Moca PR 00676

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2020 JAN 27 PM 5:24

RECEIVED & FILED




U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$0.70
R2304E105991-10

Oficina del Secretario
Tribunal do Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767