*Copia de documentos*

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Irizarry Vargas, Javier A | 74697 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $27,811.05 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Irizarry Vargas, Javier A | 74697 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $27,811.05 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000792



2. Por correo postal. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una ==réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores== a las siguientes direcciones:



Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **14 de enero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos

COPIA

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case. Llene esta información para identificar el caso. | Select only one Debtor per claim form. Seleccione sólo un deudor por formulario-de reclamación). | | |
|---|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que revela los requisitos para ser tratada con privacidad o confidencialidad en esta formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuenta en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Completa toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Parte 1: | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?
¿Quién es el acreedor actual?

Javier A. Irizarry Vargas

Name of the current creditor (the person or entity to be paid on this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? / Sí. ¿De quién?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del proceso de minento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Javier A. Irizarry Vargas
Name / Nombre

Hc 1. Box   10107
Number / Número   Street / Calle

San Sebastian   P.R.   00685
City / Ciudad   State / Estado   ZIP Code / Código postal

787-454-6573
Contact phone / Teléfono de contacto

javier. irizarry @ Yahoo. Com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Javier A. Irizarry
Name / Nombre

Hc 1   Box 10107
Number / Número   Street / Calle

San Sebastian P.R.   00676
City / Ciudad   State / Estado   ZIP Code / Código postal

787-454-6573
Contact phone / Teléfono de contacto

javier. irizarry @ Yahoo.com.
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) / Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing? / Sí. ¿Quién hizo la reclamación anterior?_____

**Give Information About the Claim as of the Petition Date**

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/).
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Sistema Retiro de los Empleado del Gobierno de Puerto Rico

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / así. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amount due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $_____

8. How much is the claim?

$ _27,81: .05_

¿Cuál es el importe de la reclamación?

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Approbacion Acumulada de Retiro_

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____ %
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de junio de 2018

### Agencia: 349 - MUNICIPIO MOCA

JAVIER IRRIZARY VARGAS
URB EL PEPINO
CASA B66  CALLE # 2
MOCA, PR 00676

Seguro Social: XXX-XX-XXXX

A base de la información en nuestros registros, al 27 de junio de 2018 usted posee:

**Fecha de Nacimiento:** ~~16 de abril de 1965~~     **Género: Masculino**

**Fecha de Ingreso al Servicio Público:** 01 de febrero de 2000
**Fecha de Comienzo de Cotización:** 01 de febrero de 2000

| Ley R2000 al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 13.02 |
| Aportaciones: | $15,682.23 |
| Intereses: | $1,641.42 |
| Gastos Teneduría: | ($75.47) |
| Total Aportaciones: | $17,323.65 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 17.02 |
| Aportaciones: | $23,804.98 |
| Intereses: | $4,006.07 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $27,811.05 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

**RETIRO**



**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☒ Yes. Identify the property /
Sí. Identifique el bien: _Aportaciones del Plan de Retiro_

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**

## Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _June 27 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)  _06 / 27 / 2018_

Signature / Firma _Javier Antonio Irizarry_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name    _Javier_         _Antonio_              _Irizarry_
        First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo    _Coordinador Oficina Turismo Municipio de Moca_

Company / Compañía    _Municipio de Moca_
        Identify the corporate servicer as the company if the authorized agent is a servicer.
        Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección    _Calle Calazan Lassalle_
        Number / Número    Street / Calle

        _Moca_                    _P.R._    _00676_
        City / Ciudad            State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-877-2233_ Email / Correo electrónico _CT de Moca @ Yahoo.Com_

---

Modified Official Form 410        Proof of Claim        page 4

Gobierno de Puerto Rico
Municipio de Moca

## *Departamento de Recursos Humanos*

### CERTIFICACION

Yo, David A. Cabán Romero, Director de Recursos Humanos del Municipio de Moca, **CERTIFICO** que las W2 incluidas son fiel y exacta a la original que figuran en nuestros archivos.  Las copias se expiden a solicitud del Sr. Javier Irizarry Vargas.  Estas copias no pueden ser reproducidas y deberán ser utilizadas para el propósito solicitado.

Para que así conste firmo la presente, hoy viernes, 10 de enero de 2020 en  Moca, Puerto Rico.

Certifico Correcto,

David A. Cabán Romero
Director de Recursos Humanos



Apartado 1571 Moca, Puerto Rico 00676  /Tels. (787)877-2233  / Email. rechum.moca@gmail.com / moca.nominas@gmail.com

*año 2000*

| MUNICIPIO DE MOCA "CAPITAL DEL MUNDILLO" | | | | | | NUMERO DEL SEGURO SOCIAL | | 065088 | FECHA DEL PERIODO | |
|---|---|---|---|---|---|---|---|---|---|---|
| NOMBRE DEL EMPLEADO | | | | | | H | | | | |
| JAVIER ANTONI IRIZARRY VARGAS | | | | | | | | | 12/31/2000 | |

| INGRESOS | | | DEDUCCIONES | | | CONTRIBUCIONES | | | |
|---|---|---|---|---|---|---|---|---|---|
| ESCRIPCION | HORAS | CANTIDAD | DESCRIPCION | CANTIDAD | ACUMULADAS | TIPO | CANTIDAD | ACUMULADAS | |
| SAL | 81.25 | 549.50 | Medicare | 7.97 | 194.97 | SEG SOC | | | |
| | | | SESURO CH | 1.50 | 26.00 | CONT. | 54.07 | 831.24 | |
| | | | MEDICAL O | | 6.00 | | 32.61 | 778.71 | |
| | | | COMPLETA | | 88.04 | | | | |
| | | | RETIRO 20 | 45.47 | 892.00 | | | | |
| | | | | | | TOTAL: | 66.68 | 1609.95 | |
| V75 | 18.75 | 150.00 | | | | FECHA DEL CHEQUE | | NUM DEL CHÉQUE | |
| E75 | 11.25 | 191.25 | | | | 12/22/2000 | | 0065088 | |
| | | | | | | PAGO NETO | | | |
| GRESOS. | | 549.50 | DEDUCCIONES CORRIENTES: | | 54.94 | CORRIENTE: | | 427.88 | |
| GRESOS ACUMULADOS: | | 13408.00 | DEDUCCIONES ACUMULADAS | | 1206.41 | ACUMULADO: | | 10591.64 | |

*año 2000*

Gobierno de Puerto Rico

Municipio de Moca

*Departamento de Recursos Humanos*

# Certificación

Certifico que el **Sr. Javier Antonio Irizarry Vargas** con número de seguro social **XXX-XX-XXXX** es un empleado del Municipio de Moca el cúal se desempeña la función de Coordinador de Turismo como Empleado Regular. El mismo pertence al Sistema de Retiro de **Reforma 2000**. Durante los años 2001 y 2003 el empleado tuvo los siguientes descuentos por concepto del Sistema de Retiro según consta en el modulo de nómina:

| Año | Descuento de Retiro |
|---|---|
| 1 de Enero 2001 al 31 Diciembre de 2001 | $1,091.28 |
| 1 de Enero de 2003 al 31 de Julio de 2003 | $658.00 |

Para que asi conste, firmo la presente hoy viernes 10 de Enero de 2020.

David A. Cabán Romero

Director de Recursos Humanos

Sello Oficial

Apartado 1571 / Moca, Puerto Rico 00676  Tels. (787)877-3390 / 2270 / 2233 * Fax (787) 877-3560

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Municipio de Moca
CUENTA NOMINA



DEPOSITO DIRECTO

BANCO POPULAR DE PUERTO RICO
Sucursal De Moca

NO ES VALIDO DESPUES DE SEIS
MESES DE HABER SIDO EMITIDO

101-201
215°

FECHA DEL
DEPOSITO
12/20/2002

NUM. DEL DEPOSITO
9005266

9005266

PAGUESE A LA
ORDEN DE:

JAVIER ANTONI IRIZARRY VARGAS
HC-02 BOX 13305
MOCA                    PR  00676

THREE HUNDRED 'SEVENTY-ONE DOLLARS AND 93 CENTS

CANTIDAD DEL DEPOSITO
$    ***371.93

NON-NEGOTIABLE

---

NOMBRE DEL EMPLEADO
JAVIER ANTONI IRIZARRY VARGAS

NUMERO DEL SEGURO SOCIAL

FECHA / DEL PERIODO
12/31/2002

| INGRESOS | | | DEDUCCIONES | | | CONTRIBUCIONES | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPCION | HORAS | CANTIDAD | DESCRIPCION | CANTIDAD | ACUMULADAS | TIPO | CANTIDAD | ACUMULADAS |
| AE | 81.25 | 568.00 | Medicare | 8.24 | 205.40 | SEG. SOC. | 35.22 | 877.98 |
| | | | CAMPANA B | 1.00 | 12.00 | CONT. | 29.30 | 719.69 |
| | | | SEGURO CH | 1.50 | 26.00 | | | |
| | | | TRANS OCE | 59.92 | | | | |
| 75 | 18.75 | 225.00 | RETIRO 20 | 47.00 | 1109.64 | | | |
| 75 | 11.25 | 138.75 | UNIVERSAL | | 123.00 | | | |
| | | | PRESTAMO | 170.24 | | | | |
| | | | PRESTAMO | 170.32 | | | | |
| | | | E.L.A. AH | 17.04 | 402.36 | FECHA DEL CHEQUE | NUM DEL CHEQUE | |
| | | | OTHER | 41.79 | 383.28 | 12/20/2002 | 9005266 | |

GRESOS:
GRESOS ACUMULADOS:    568.00
DEDUCCIONES CORRIENTES:    191.55
DEDUCCIONES ACUMULADAS:    2662.16

LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO DE MOCA
CUENTA NOMINA

LIBRE ASOCIADO DE PUERTO RICO    14160.00

TOTAL:    64.52    1597.67

PAGO NETO

CORRIENTE:    371.93
ACUMULADO:    9900.17

Formulario
Form 499R-2/W-2PR
Rev. 05.02

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre-First Name<br>**JAVIER ANTONIO** | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>**14160.00** |
| | | 17. Subtotales-cada 41<br>Subtotals-every 41 |
| Apellido(s)-Surname(s)<br>**IRIZARRY-VARGAS** | 4. Estado Civil-Civil Status<br>Soltero ☐ Casado ☐<br>Single ☐ Married ☑ | 9. Comisiones-Commissions<br>**0.00** |
| | | 18. Total Sueldos Seguro Social<br>Social Security Wages<br>**14160.00** |
| Dirección Postal del Empleado-Employee's Mailing Address<br>**HC-02 BOX 13305** | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No.<br>**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** | 10. Concesiones-Allowances<br>**0.00** |
| | | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br>**877.98** |
| **MOCA PR 00676** | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>**66-0433489** | 11. Propinas-Tips<br>**0.00** |
| | | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>**14160.00** |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>**Municipio de Moca**<br>**Apartado 1571** | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>**0.00** | 12. Total=8+9+10+11<br>**14160.00** |
| | | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>**205.40** |
| | | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>**0.00** |
| **Moca PR 00676** | | 22. Propinas Seguro Social<br>Social Security Tips<br>**0.00** |
| | Copia B para Planilla<br>del Empleado | 14. Cont. Retenida -Tax Withheld<br>**719.69** |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | Copy B for Employee's | 23. Seguro Social no Retenido<br>en Propinas-Uncollected<br>Social Security Tax on Tips<br>**0.00** |
| Fecha Cierre de Operaciones<br>Operations Closing Date | Tax Return | 15. Fondo de Retiro<br>Retirement Fund<br>**1409.62** |
| Número Control - Control Number<br>**27519345** | Año: **2002**<br>Year: | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>**0.00** |
| | | 24. Contrib. Medicare no Retenida<br>en Propinas-Uncollected<br>Medicare Tax on Tips<br>**0.00** |

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación de la negociación del Procesamiento de Planillas.
Conservation: Ten (10) years from the filing date in the Returns Processing Bureau.

**INSTRUCCIONES**
**DEBERÁ SOMETER ESTA COPIA AL RENDIR SU PLANILLA**

Viene obligado a rendir planilla sobre ingresos:
- todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
- todo individuo casado que vivía con su cónyuge y que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD** - El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 ó reclusión por un término no mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otras penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 ó reclusión por un término fijo de tres años. De mediar circunstancias agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

Retenga la Copia C de este formulario para sus récord. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe al error a su patrono para que le completen un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS**
**THIS COPY MUST BE SUBMITTED WITH YOUR RETURN**

Tax returns must be filed by:
- every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
- every married individual who lives with his/her spouse, who during the taxable year individually or jointly, had a gross income of more than $6,000.

PENALTY - The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties, plus the costs of prosecution. If the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony, and upon conviction thereof, punished by a fine of not more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.

Keep Copy C of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, tell your employer to prepare a Form 499R-2c/W-2cPR.

Gobierno de Puerto Rico
Municipio de Moca
*Departamento de Recursos Humanos*

# Certificación

Certifico que el **Sr. Javier Antonio Irizarry Vargas** con número de seguro social **XXX-XX-~~XXXX~~** es un empleado del Municipio de Moca el cúal se desempeña la función de Coordinador de Turismo como Empleado Regular. El mismo pertence al Sistema de Retiro de **Reforma 2000**. Durante los años 2001 y 2003 el empleado tuvo los siguientes descuentos por concepto del Sistema de Retiro según consta en el modulo de nómina:

| Año | Descuento de Retiro |
|---|---|
| 1 de Enero 2001 al 31 Diciembre de 2001 | **$1,091.28** |
| 1 de Enero 2003 al 31 de Julio de 2003 | **$658.00** |

Para que asi conste, firmo la presente hoy viernes 10 de Enero de 2020.

David A. Cabán Romero
Director de Recursos Humanos

Sello Oficial

| NOMBRE DEL EMPLEADO | | | | | NUMERO DEL SEGURO SOCIAL | | | FECHA DEL PERIODO |
|---|---|---|---|---|---|---|---|---|
| JAVIER ANTONI IRIZARRY VARGAS | | | | | | | | 12/31/2004 |
| INGRESOS | | | DEDUCCIONES | | | CONTRIBUCIONES | | |
| DESCRIPCION | HORAS | CANTIDAD | DESCRIPCION | CANDTIDAD | ACUMULADAS | TIPO | CANTIDAD | ACUMULADAS |
| SAL | 81.25 | 587.00 | Medicare | 8.51 | 199.02 | SEG. SOC. | | |
| | | | CAMPANA B | 1.00 | 22.00 | CONT. | 36.39 | 850.88 |
| | | | SEGURO CH | 1.50 | 24.00 | | 17.87 | 432.91 |
| | | | RETIRO 20 | 48.57 | 1052.84 | | | |
| | | | E.L.A. AH | 17.61 | 381.72 | | | |
| | | | INTERNATI | 46.50 | 1741.00 | | | |
| | | | E.L.A. PR | 16.50 | 363.00 | TOTAL: | 54.26 | 1283.79 |
| J75 | 18.75 | 225.00 | PRESTAMO | | 234.08 | FECHA DEL CHEQUE | | NUM DEL CHEQUE |
| E75 | 11.25 | 322.50 | PRESTAMO | 21.29 | 234.19 | | | |
| | | | OTHER | 4.70 | 150.40 | 12/22/2004 | | 9014887 |
| | | | | | | PAGO NETO | | |
| GRESOS: | | 587.00 | DEDUCCIONES CORRIENTES: | | 166.18 | CORRIENTE: | | 366.56 |
| GRESOS ACUMULADOS: | | 13724.00 | DEDUCCIONES ACUMULADAS: | | 4402.25 | ACUMULADO: | | 8037.74 |

STA  LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO DE MOCA
CUENTA NOMINA



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**Municipio de Moca**
CUENTA NOMINA

**BANCO POPULAR DE PUERTO RICO** 101-201
Sucursal De Moca                 2/5

FECHA DEL DEPOSITO  12/22/2004

NUM: DEL DEPOSITO  9014887

**9014887**

NO ES VALIDO DESPUES DE SEIS
MESES DE HABER SIDO EMITIDO

**DEPOSITO DIRECTO**

CANTIDAD DEL DEPOSITO
$******366.56

THREE HUNDRED SIXTY-SIX DOLLARS AND 56 CENTS

PAGUESE A LA
ORDEN DE:

JAVIER ANTONI IRIZARRY VARGAS
HC-02 BOX 13305
MOCA          PR 00676

**NON-NEGOTIABLE**

VOID

AÑO 2005

NUMERO DEL SEGURO SOCIAL

NOMBRE DEL EMPLEADO

JAVIER ANTONI IRIZARRY VARGAS

| INGRESOS | | | DEDUCCIONES | | | CONTRIBUCIONES | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| HORAS | CANTIDAD | DESCRIPCION | CANTIDAD | ACUMULADAS | TIPO | SEG. SOC. CONT. | FECHA DEL PERIODO |
| 81.25 | 626.50 | Medicare | 9.08 | 225.00 | SEG. SOC. CONT. | 38.84 | 12/31/2005 |
| | | CAMPANA B | 1.00 | 24.00 | | 21.82 | |
| | | SEGURO CH | 1.50 | 26.00 | | | 962.26 |
| | | RETIRO 20 | 51.84 | 1201.62 | | | 507.11 |
| | | E.L.A. AH | 18.80 | 435.72 | | | |
| | | INTERNAT'L | 119.50 | 1700.00 | | | |
| | | E.L.A. PR | 22.55 | 529.10 | TOTAL: | 60.66 | |
| | | PRESTAMO | | 371.91 | | | NUM DEL CHEQUE |
| | | PRESTAMO | 34.24 | 372.66 | 1-CORRIENTE: | 14612.39 | |
| | | OTHER | 4.70 | 112.80 | FECHA DEL CHEQUE | | |

DEDUCCIONES CORRIENTES:

DEDUCCIONES ACUMULADAS:

263.21

4903.19

INGRESOS:

INGRESOS ACUMULADOS:

/725    18.75    626.50
775    11.25    425.63

1522.00

H

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Municipio de Moca
CUENTA NOMINA

DEPOSITO DIRECTO

PAGUESE A LA
ORDEN DE:
JAVIER ANTONI IRIZARRY VARGAS
HC-02 BOX 13305
MOCA                    PR 00676

THREE HUNDRED TWO DOLLARS AND .63 CENTS

NON-NEGOTIABLE

BANCO POPULAR DE PUERTO RICO
Sucursal De Moca

A TMLADO:
9054.43

PAGO NETO
302.63

12/31/2005

FECHA DEL CHEQUE

1-CORRIENTE:

CANTIDAD DEL DEPOSITO
$*****302.63

FECHA DEL DEPOSITO
12/31/2005

NUM. DEL DEPOSITO
9020042

Año 2006

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Municipio de Moca
CUENTA NOMINA

DEPOSITO DIRECTO

PAQUESE A LA
ORDEN DE:
JAVIER ANTONI IRIZARRY VARGAS
HC-02 BOX 13305
MOCA                PR 00676

FOUR HUNDRED FOURTEEN DOLLARS AND 25 CENTS

BANCO POPULAR DE PUERTO RICO          101(020)
Sucursal De Moca                      75

NO ES VALIDO DESPUES DE SEIS
MESES DE HABER SIDO EMITIDO

CANTIDAD DEL DEPOSITO
$*****414.25

FECHA DEL
DEPOSITO
12/20/2006

NUM. DEL DEPOSITO
9025440

9025440

NON-NEGOTIABLE

---

NOMBRE DEL EMPLEADO                    NUMERO DEL SEGURO SOCIAL
JAVIER ANTONI IRIZARRY VARGAS          H

| RIPCION | HORAS | INGRESOS CANTIDAD | DESCRIPCION | DEDUCCIONES CANTIDAD | ACUMULADAS | TIPO | SEG. SOC. CONT. | CONTRIBUCIONES ACUMULADAS |
|---|---|---|---|---|---|---|---|---|
| 81.25 | 626.50 | | Medicare | 9.08 | 232.42 | SEG. SOC. CONT. | 38.84 | 994.16 |
| | | | CAMPANA B | 2.00 | | | 21.82 | 558.51 |
| | | | SEGURO CH | 1.50 | 26.00 | | | |
| | | | RETIRO 20 | 51.84 | 1244.16 | FECHA DEL CHEQUE 12/20/2006 | TOTAL: 60.66 | NUM DEL CHEQUE 1552.67 |
| | | | E.L.A. AH | 18.80 | 451.20 | | | |
| | | | INTERNATI | | 239.00 | | | |
| | | | E.L.A. PR | 31.43 | 665.52 | | | |
| | | | E.L.A. PR | | 410.76 | | | |
| 18.75 | | | PRESTAMO | | 410.88 | | | |
| 11.25 | | | PRESTAMO | 34.24 | | | | |
| | | | OTHER | 4.70 | 112.80 | | | |

RESOS:            626.50
RESOS ACUMULADOS:  16036.00

DEDUCCIONES CORRIENTES:    151.59
DEDUCCIONES ACUMULADAS:    3794.74

CORRIENTE:      414.25
ACUMULADO:    10688.59

DO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO DE MOCA
CUENTA NOMINA

PAGO NETO
9025440

423.75
556.28

NOMBRE DEL EMPLEADO: JAVIER ANTONI IRIZARRY VARGAS

NUMERO DEL SEGURO SOCIAL:

FECHA DEL PERIODO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Municipio de Moca
CUENTA NOMINA

**DEPOSITO DIRECTO**

HARLAND - CCP

PAGUESE A LA
ORDEN DE:
JAVIER ANTONI IRIZARRY VARGAS
HC-02 BOX 13305
MOCA

PP. 00676

THREE HUNDRED FORTY-NINE DOLLARS AND 23 CENTS

BANCO POPULAR DE PUERTO RICO
Sucursal De Moca

101-201
215

FECHA DEL DEPOSITO: 12/20/2007

CANTIDAD DEL DEPOSITO
$****349.23

NUM. DEL DEPOSITO: 9030976

NON-NEGOTIABLE

NO ES VALIDO DESPUES DE SEIS
MESES DE HABER SIDO EMITIDO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO DE MOCA
CUENTA NOMINA

| DESCRIPCION | INGRESOS HORAS | CANTIDAD | DESCRIPCION | DEDUCCIONES CANTIDAD | ACUMULADAS | CONTRIBUCIONES TIPO | CANTIDAD | ACUMULADAS |
|---|---|---|---|---|---|---|---|---|
| SAL | 81.25 | 626.50 | Medicare | 9.08 | 235.32 | SEG. SOC. | 39.94 | 1006.56 |
|  |  |  | SEGURO CH | 1.50 | 26.00 | CONT. | 17.02 | 433.65 |
|  |  |  | RETIRO E |  |  |  |  |  |
|  |  |  | UNIVERSAL | 12.00 | 288.00 |  |  |  |
| V75 | 18.75 | 453.75 | E.L.A. AH | 18.80 | 451.20 |  |  |  |
| E75 | 11.25 | 680.63 | E.L.A. PR | 67.88 | 1302.56 |  |  |  |
|  |  |  | PRESTAMO | 55.61 | 1257.65 |  |  |  |
|  |  |  | PRESTAMO |  | 34.24 |  |  |  |
|  |  |  | E.L.A. SE | 4.70 | 112.80 |  |  |  |

INGRESOS: 626.50
INGRESOS ACUMULADOS: 16236.00

DEDUCCIONES CORRIENTES: 221.41
DEDUCCIONES ACUMULADAS: 4951.93

TOTAL: 55.96   1442.21

SEG. SOC. CONT.: 39.94   1006.56 / 17.02   433.65

FECHA DEL CHEQUE: 12/20/2007

NUM DEL CHEQUE: 9030976

CORRIENTE: 349.23
ACUMULADO: 9841.96

PAGO NETO

VOID

HARLAND - CCP

NOMBRE DEL EMPLEADO

JAVIER ANTONI IRIZARRY VARGAS

H

NUMERO DEL SEGURO SOCIAL

2008

| DESCRIPCION | INGRESOS | | DESCRIPCION | DEDUCCIONES | | TIPO | CONTRIBUCIONES | | FECHA DEL PERIODO |
|---|---|---|---|---|---|---|---|---|---|
| | HORAS | CANTIDAD | | CANTIDAD | ACUMULADAS | | CANTIDAD | ACUMULADAS | |
| SAL | 81.25 | 670.50 | M.disisle | | | SEG. SOC. | 41.57 | 1459.67 | |
| | | | SEGURO U.H | 9.72 | 247.77 | CONT. | 34.77 | 779.84 | |
| | | | | 1.50 | 26.00 | | | | |
| | | | UNIVERSAL | | | | | | |
| | | | L.A. SH | 20.12 | 168.00 | | | | |
| | | | L.A. PK | 102.04 | 432.88 | | | | |
| | | | PRESTAMO | | 1334.08 | | | | |
| U75 | 18.75 | 675.00 | PRESTAMO | 68.42 | 1249.04 | | | | |
| E75 | 11.25 | 910.00 | E.L.A. SE | 4.70 | 136.84 | | | | |
| | | | OTHER. | 14.83 | 112.80 | | | | |
| | | | | | 148.35 | TOTAL: | 76.34 | 2239.51 | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO DE MOCA
CUENTA NOMINA

| INGRESOS: | | DEDUCCIONES CORRIENTES: | | CORRIENTE: | |
|---|---|---|---|---|---|
| INGRESOS ACUMULADOS: | 17052.00 | DEDUCCIONES ACUMULADAS: | 5737.31 | ACUMULADO: | 9516.18 |

PAGO NETO

FECHA DEL CHEQUE    NUM DEL CHEQUE

11/22/2002    9036952

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Municipio de Moca
CUENTA NOMINA

DEPOSITO DIRECTO

NO ES VALIDO DESPUES DE SEIS
MESES DE HABER SIDO EMITIDO

BANCO POPULAR DE PUERTO RICO
Sucursal De Moca

101-201
215

| FECHA DEL DEPOSITO | NUM. DEL DEPOSITO |
|---|---|
| 11/22/2002 | 9036952 |

CANTIDAD DEL DEPOSITO
******317.35

913605

THREE HUNDRED SEVENTEEN DOLLARS AND 35 CENTS

PAGUESE A LA
ORDEN DE:

JAVIER ANTONI IRIZARRY VARGAS
HC-02 BOX 11305
MOCA

SR 00596

NON-NEGOTIABLE

| NOMBRE DEL EMPLEADO | | | H | NUMERO DEL SEGURO SOCIAL | | | | FECHA DEL PERIODO |
|---|---|---|---|---|---|---|---|---|
| JAVIER ANTONI IRIZARRY VARGAS | | | | | | | | 12/31/2009 |
| INGRESOS | | | DEDUCCIONES | | | CONTRIBUCIONES | | |
| DESCRIPCION | HORAS | CANTIDAD | DESCRIPCION | CANDTIDAD | ACUMULADAS | TIPO | CANTIDAD | ACUMULADAS |
| AL | 81.25 | 670.50 | Medicare | 9.72 | 250.68 | SEG. SOC. | 41.57 | 1072.08 |
| | | | SEGURO CH | 1.50 | 26.00 | CONT. | 20.10 | 644.41 |
| | | | RETIRO 20 | 55.48 | 1331.52 | | | |
| | | | E.L.A. AH | 20.12 | 482.88 | | | |
| | | | INTERNATI | 13.00 | 312.00 | | | |
| | | | E.L.A. PR | 123.59 | 2966.16 | | | |
| | | | PRESTAMO | | 821.16 | TOTAL | 61.67 | 1716.49 |
| 75 | 18.75 | 675.00 | PRESTAMO | 68.42 | 821.04 | FECHA DEL CHEQUE | | NUM DEL CHEQUE |
| 75 | 11.25 | 810.00 | E.L.A. SE | 4.70 | 112.80 | 12/23/2009 | | 9043511 |
| | | | | | | PAGO NETO | | |
| GRESOS: | | 670.50 | DEDUCCIONES CORRIENTES: | | 296.53 | CORRIENTE: | | 312.30 |
| GRESOS ACUMULADOS: | | 17292.00 | DEDUCCIONES ACUMULADAS: | | 7124.24 | ACUMULADO: | | 8169.40 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO DE MOCA
CUENTA NOMINA



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Municipio de Moca
CUENTA NOMINA

**DEPOSITO DIRECTO**

BANCO POPULAR DE PUERTO RICO    101-301    9043511
Sucursal De Moca    218

FECHA DEL
NO ES VALIDO DESPUES DE SEIS    12/23/2009    9043511
MESES DE HABER SIDO EMITIDO    NUM. DEL DEPOSITO

CANTIDAD DEL DEPOSITO
$******312.30

THREE HUNDRED TWELVE DOLLARS AND 30 CENTS

PAGUESE A LA    JAVIER ANTONI IRIZARRY VARGAS
ORDEN DE:    HC-02 BOX 13305
MOCA    PR 00676

**NON-NEGOTIABLE**

Formulario
Form 499R-2/W-2PR
Rev. 07.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name<br>JAVIER ANTONIO | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>17,292.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>17,292.00 |
| Apellido(s)-Surname(s)<br>IRIZARRY-VARGAS | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>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 | 8. Comisiones-Commissions | 18. Seguro Social Retenido<br>Social Security Tax<br>Withheld<br>1,072.08 |
| Dirección Postal del Empleado–Employee's Mailing Address<br>HC-02 BOX 13305 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 9. Concesiones-Allowances | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>17,292.00 |
| MOCA            PR      00676 | Día   Mes   Año<br>Day   Month   Year | 10. Propinas - Tips | |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>MUNICIPIO DE MOCA<br>P.O. BOX 1571 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 11. Total = 7 + 8 + 9 + 10<br>17,292.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>250.68 |
| | | 12. Gastos Reembolsados<br>Reimbursed Expenses | 21. Propinas Seguro Social<br>Social Security Tips |
| MOCA             00   1571 | Copia A - Copy A<br>Envíe a: - Send to: | 13. Cont. Retenida - Tax Withheld<br>644.41 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number   8778058 | NEGOCIADO<br>DE PROCESAMIENTO DE | 14. Fondo de Retiro<br>Retirement Fund<br>1,331.52 | 22. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips |
| Fecha Cese de Operaciones:   Día   Mes   Año<br>Cease of Operations Date:   Day   Month   Year | PLANILLAS<br>PO BOX 9022501<br>SAN JUAN PR 00902-2501 | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | |
| Número Control - Control Number<br>3982172 | Año:<br>Year:   2009 | 16. Salarios bajo Ley Núm. 324 de 2004. Salaries under Act. No. 324 of 2004 | 23. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips |
| | **Fecha de radicación: 31 de enero - Filing date: January 31**<br>Instrucciones al dorso de copia D - Instructions on back of copy D | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

THE PHOENIX COMPANY, INC.

Formulario
Form 499R-2/W-2PR
Rev. 05.10

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL
DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE
TREASURY INFORMATION

INFORMACION PARA EL
SEGURO SOCIAL
SOCIAL SECURITY
INFORMATION

| | | |
|---|---|---|
| 1. Nombre - First Name<br>JAVIER ANTONIO | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>17,092.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>17,092.00 |
| Apellido(s)-Surname(s)<br>IRIZARRY-VARGAS | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>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 | 8. Comisiones-Commissions | 18. Seguro Social Retenido<br>Social Security Tax<br>Withheld<br>1,059.68 |
| | | 9. Concesiones-Allowances | |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC-02 BOX 13305 | 5. Fecha en que comenzo a recibir<br>la pension - Date on which you<br>started to receive the pension | 10. Propinas - Tips | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>17,092.00 |
| MOCA | Dia   Mes   Año<br>Day   Month   Year | 11. Total 7 + 8 + 9 + 10<br>17,092.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>247.78 |
| 2. Nombre y Direccion Postal del Patrono<br>Employer's Name and Mailing Address<br>MUNICIPIO DE MOCA<br>P.O.BOX 1571<br>CALLE CALAZAN LASALLE | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Gastos Reembolsados<br>Reimbursed Expenses | 21. Propinas Seguro Social<br>Social Security Tips |
| MOCA   PR   00676 | Copia A - Copy A<br>Envie a: - Send to: | 13. Contr. Retenida - Tax Withheld<br>442.20 | 22. Seguro Social no Retenido<br>en Propinas-Uncollected Social<br>Security Tax on Tips |
| Número de Teléfono del Patrono<br>Employer Telephone Number   877-8058 | NEGOCIADO<br>DE PROCESAMIENTO DE<br>PLANILLAS | 14. Fondo de Retiro<br>Retirement Fund<br>1,331.52 | 23. Contrib. Medicare no Retenida<br>en Propinas-Uncollected<br>Medicare Tax on Tips |
| Fecha Cese de Operaciones:<br>Cease of Operations Date:   Dia   Mes   Año<br>Day   Month   Year | PO BOX 9022501<br>SAN JUAN PR 00902-2501 | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | |
| Número Control - Control Number<br>107933934 | Año:<br>Year:   2010 | 16. Salarios bajo Ley Núm. 324 de<br>2004 Salaries under Act. No.<br>324 of 2004 | 24. Sueldos y Propinas bajo Ley<br>HIRE de 2010 - Wages and Tips<br>under HIRE Act of 2010 |

Fecha de radicación: 31 de enero - Filing date: January 31
Instrucciones al dorso de copia D - Instructions on back of Copy D

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

THE PHOENIX COMPANY, INC

Formulario
Form 499R-2/W-2PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

INFORMACION PARA EL
DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| 1. Nombre - First Name | | | 3. Núm. Seguro Social Social Security No. | | 7. Sueldos - Wages | 17,242.00 | 17. Total Sueldos Seguro Social Social Security Wages | 17,242.00 |
| JAVIER ANTONIO | | | | | 8. Comisiones-Commissions | | | |
| Apellido(s)-Surname(s) | | | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 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 | | 9. Concesiones-Allowances | | 18. Seguro Social Retenido Social Security Tax Withheld | 724.20 |
| IRIZARRY-VARGAS | | | | | | | | |
| Dirección Postal del Empleado - Employee's Mailing Address | | | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | | 10. Propinas - Tips | | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 17,242.00 |
| HC-02 BOX 13305 | | | | | | | | |
| MOCA | | | Día Mes Año Day Month Year | | 11. Total = 7 + 8 + 9 + 10 | 17,242.00 | | |
| | | | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity | | 12. Gastos Reembolsados Reimbursed Expenses | | 20. Contrib. Medicare Retenida Medicare Tax Withheld | 249.94 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | | | 6A.Costo de cubierta de salud auspiciada por el patrono - Cost of employer sponsored health coverage | | 13. Contr. Retenida - Tax Withheld | | | |
| MUNICIPIO DE MOCA P.O. BOX 1571 | | | | | | | 21. Propinas Seguro Social Social Security Tips | |
| | | | 6B. Donativos Charitable Contributions | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 1,344.00 | | |
| MOCA | PR | 00676 | | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | | 22. Seguro Social no Retenido en Propinas–Uncollected Social Security Tax on Tips | |
| Número de Telefono del Patrono Employer's Telephone Number | | 7878778058 | Copia B para Planilla del Empleado | | | | | |
| | | | Copy B for Employee's Tax Return | | 16. Salario bajo Ley Núm. 324 de 2004 - Salaries under Act. No. 324 of 2004 | | 23. Contrib. Medicare no Retenida en Propinas–Uncollected Medicare Tax on Tips | |
| Fecha Cese de Operaciones: Cease of Operations Date: | Día Day | Mes Month Año Year | | | | | | |
| Número Control - Control Number | | | Año: Year: | 2011 | 16A Aportación al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | | | |
| 115190356 | | | | | | | | |

Instrucciones al dorso - Instructions on back

Reproduced by: THE PHOENIX COMPANY, INC.

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

### INSTRUCCIONES
### DEBERA SOMETER ESTA COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas para un Nuevo Puerto Rico (Código), Viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuvieren un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de más de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

Si usted eligió tributar bajo las disposiciones del Código de Rentas Internas de 1994, refiérase a las disposiciones aplicables bajo el mismo.

PENALIDAD - El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamento), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, mas las costas del proceso.

Retenga la Copia C de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

### INSTRUCTIONS
### THIS COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Internal Revenue Code for a New Puerto Rico (Code), an income tax return must be filed by any resident individual that:

- is an individual taxpayer or married, who during the taxable year had a gross income reduced by Code Section 1031.02 exemptions of more than $5,000;
- is a married individual who lives with his/her spouse, who elects to file separate returns that during the taxable year had a gross income reduced by Code Section 1031.02 exemptions of $2,500 or more; or
- has net income not subject to alternate basic tax of $150,000 or more;

If you elected to be taxed under the provisions of the Puerto Rico Internal Revenue Code of 1994, refer to the sections applicable thereunder.

PENALTY - The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000 or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any taxable income, in addition to other penalties provided by the Code, shall be guilty of a third degree felony and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep Copy C of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario
Form 499R-2/W-2PR
Rev. 09.12

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 1. Nombre - First Name | 3. Núm. Seguro Social Social Security No. |
| JAVIER ANTONIO | |

7. Sueldos - Wages — 17,392.00

17. Total Sueldos Seguro Social Social Security Wages — 17,392.00

Apellido(s)-Surname(s)

IRIZARRY-VARGAS

4. Núm. de Ident. Patronal Employer Ident. No. (EIN) — 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

8. Comisiones-Commissions

9. Concesiones-Allowances

18. Seguro Social Retenido Social Security Tax Withheld — 730.56

Dirección Postal del Empleado - Employee's Mailing Address

HC-02 BOX 13305

MOCA          PR    00676

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día / Mes / Año
Day / Month / Year

6. Costo de Pensión o Anualidad Cost of Pension or Annuity

10. Propinas - Tips

11. Total = 7 + 8 + 9 + 10 — 17,392.00

19. Total Sueldos y Pro. Medicare Medicare Wages and Tips — 17,392.00

2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address

MUNICIPIO DE MOCA
P.O.BOX 1571

MOCA          PR    00676

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer sponsored health coverage

12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits

13. Cont. Retenida - Tax Withheld — 252.10

20. Contrib. Medicare Retenida Medicare Tax Withheld — 252.10

6B. Donativos Charitable Contributions

14. Fondo de Retiro Gubernamental Governmental Retirement Fund — 1,356.48

21. Propinas Seguro Social Social Security Tips

Número de Teléfono del Patrono Employer's Telephone Number — 7878778058

Original
Envíe a: - Sent to:
Social Security Adm.
Wilkes-Barre D.O.C.
Wilkes-Barre, PA 18769-0001
Con la  W-3PR
With the

15. Aportaciones a Planes Cualific. Contributions to CODA PLANS

22. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips

Fecha Cese de Operaciones: Cease of Operations Date:
Día / Mes / Año
Day / Month / Year

16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act, No. 324 of 2004

Número Control - Control Number

124500927

Año: Year: — **2012**

16A. Aportación al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program

23. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips

**Fecha de radicación: 31 de enero - Filing date: January 31**
Instrucciones al dorso de copia D - Instructions on back of Copy D

Reproduced by: THE PHOENIX COMPANY, INC



Formulario
Form 499R-2/W-2PR
Rev. 08.13

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**091300** COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | JAVIER ANTONIO |
| 3. Núm. Seguro Social / Social Security No. | (obscured) |
| 7. Sueldos - Wages | 17392.00 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 17392.00 |
| Apellido(s) - Surname(s) | IRIZARRY-VARGAS |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433489 |
| 8. Comisiones - Commissions | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 1078.40 |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-02 BOX 13305 MOCA, PR 00676 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 17392.00 |
| | | Dia/Day Mes/Month Año/Year | 10. Propinas - Tips | |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 | 11. Total = 7 + 8 + 9 + 10 | 17392.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | MUNICIPIO DE MOCA P.O.BOX 1571 MOCA, PR 00676 | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer - sponsored health coverage 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld 252.10 |
| | | 13. Cont. Retenida - Tax Withheld 0.00 | 21. Propinas Seguro Social / Social Security Tips 0.00 |
| | | 6B. Donativos / Charitable Contributions 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund 1497.84 | |
| Número de Teléfono del Patrono / Employer's Telephone Number | 7878778058 | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| Fecha Cese de Operaciones: Dia/Day Mes/Month Año/Year | Copia B para Planilla del Empleado Copy B for Employee's Tax Return | 16. Salarios bajo Ley 324 de 2004 / Salaries under Act 324 of 2004 0.00 | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | W418250 | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número Control - Control Number | 003128690 | Año: Year: 2013 | | |

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Generado por SUCMTAX.COM

**INSTRUCCIONES**
**DEBERA SOMETER ESTA COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:
• sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de más de $5,000;
• sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
• tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

Si usted eligió tributar bajo las disposiciones del Código de Rentas Internas de 1994, refiérase a las disposiciones aplicables bajo el mismo.

PENALIDAD - El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, ambas penas, más las costas del proceso.

Retenga la Copia C de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS**
**THIS COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual that:
• is an individual taxpayer or married, who during the taxable year had a gross income reduced by Code Section 1031.02 exemptions of more than $5,000;
• is a married individual who lives with his/her spouse, who elects to file separate returns that during the taxable year had a gross income reduced by Code Section 1031.02 exemptions of $2,500 or more; or
• has net income subject to alternate basic tax of $150,000 or more.

If you elected to be taxed under the provisions of the Puerto Rico Internal Revenue Code of 1994, refer to the sections applicable thereunder.

PENALTY - The Code provides the following: Every person required on any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep Copy C of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario
Form 499R-2/W-2PR
Rev. 05.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Employee / Employer | | Información para el Departamento de Hacienda - Department of the Treasury Information | Información para el Seguro Social - Social Security Information |
|---|---|---|---|
| 1. Nombre - First Name: JAVIER ANTONIO | 3. Núm. Seguro Social - Social Security No.: [redacted] | 7. Sueldos - Wages: 17392.00 | 17. Total Sueldos Seguro Social - Social Security Wages: 17392.00 |
| Apellido(s) - Surname(s): IRIZARRY-VARGAS | 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433489 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido - Social Security Tax Withheld: 1078.40 |
| Dirección Postal del Empleado - Employee's Mailing Address: HC-02 BOX 13305 MOCA, PR 00676 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 17392.00 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address: MUNICIPIO DE MOCA P.O.BOX 1571 MOCA PR, 00676 | 6. Donativos - Charitable Contributions: 0.00 | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida - Medicare Tax Withheld: 252.10 |
| Número de Teléfono del Patrono - Employer's Telephone Number: 7878778058 | Patrono: - Employer: • Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | 11. Total = 7 + 8 + 9 + 10: 17392.00 | 21. Propinas Seguro Social - Social Security Tips: 0.00 |
| Fecha Cese de Operaciones: Día ___ Mes ___ Año ___ - Cease of Operations Date: Day ___ Month ___ Year ___ | • Envíe al Departamento de Hacienda electrónicamente - Send to Department of the Treasury electronically (www.hacienda.gobierno.pr) | 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: W5 8642 | • Entregue dos copias al empleado - Deliver two copies to employee | 13. Contribución Retenida - Tax Withheld: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 003194373 | • Conserve copia para sus récords - Keep copy for your records | 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 1639.20 | |
| | Año: Year: 2014 | 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00 | |
| | | 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions): 0.00 | |
| | | 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| | | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

Reproducido por SUCMTAX.COM

### INSTRUCCIONES PARA EL EMPLEADO
### DEBERA SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

Si usted eligió tributar bajo las disposiciones del Código de Rentas Internas de Puerto Rico de 1994, según enmendado, refiérase a las disposiciones aplicables bajo el mismo.

**PENALIDAD –** El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso

**Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.**

### INSTRUCTIONS FOR THE EMPLOYEE
### A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual that:

- is an individual taxpayer or married, who during the taxable year had gross income reduced by Code Section 1031.02 exemptions greater than $5,000;
- is a married individual who lived with his/her spouse and elects to file separate returns that during the taxable year had gross income reduced by Code Section 1031.02 exemptions of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

If you elected to be taxed under the provisions of the Puerto Rico Internal Revenue Code of 1994, as amended, refer to the sections applicable thereunder.

**PENALTY –** The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

**Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.**

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2cW-2cPR.

If you elected to be taxed under the provisions of the Code, refer to the sections applicable thereunder.

PENALTY - The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the Code or by the regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor. However, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the cost of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the term established by the Code) with the intention of defeating or evade any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

- has net income subject to alternate basic tax of $150,000 or more.

- is a married individual who lived with his/her spouse, and elects to file separate returns that during the taxable year had gross income reduced by Code Section 1031.02 exemptions of $2,500 or more, or

- is an individual taxpayer or married, who during the taxable year had gross income reduced by Code Section 1031.02 exemptions greater than $5,000,

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual that:

THIS COPY MUST BE SUBMITTED WITH YOUR RETURN

INSTRUCTIONS FOR THE EMPLOYEE

Retenga copia de este formulario para sus records. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete en Formulario 499R-2cW-2cPR.

Si usted eligió estar sujeto a contribución bajo las disposiciones del Código, refiérase a las secciones aplicables bajo el mismo.

PENALIDAD - El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente deje de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Código o por los reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será sancionado con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del Tribunal, más las costas del proceso. En aquellos casos en que cualquier persona que voluntariamente deje de rendir dicha planilla, declaración, certificación o informe dentro de los términos fijados por el Subtítulo correspondiente) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de las penalidades establecidas por el Código, incurrirá en delito grave de tercer grado, y en caso de convicción, será sancionado con pena de reclusión a pena fija de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena de multa fija establecida a pena fija de reclusión establecida a $20,000, o ambas penas, más las costas del proceso.

Si tiene ingreso neto sujeto a contribución básica alterna de $ 30,000 o más.

- sea casado que viva con su cónyuge y opte por rendir planillas separadas, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más, o

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000,

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), una planilla de contribución sobre ingresos todo individuo residente que:

DEBERÁ SOMETER ESTA COPIA AL RENDIR SU PLANILLA

INSTRUCCIONES PARA EL EMPLEADO

| | |
|---|---|
| Reproducido por: | Reproduced by: |
| Rock Solid Technologies, Inc. | |

Fecha de radicación: 31 de enero - Filing Date: January 31

| | |
|---|---|
| Año: 2015 Year. | |
| Número Control - Control Number | 00364677I |
| Número Confirmación Radicación Electrónica | W613717Z |
| Electronic Filing Confirmation Number | |
| Fecha Cese de Operaciones: | Día / Mes / Año |
| Cease of Operations Date: | Day / Month / Year |
| Número de Teléfono del Patrono | (787) 877-8058 |
| Employer's Telephone Number | |
| 2. Nombre y Dirección Postal del Patrono | |
| Employer's Name and Mailing Address | |

MOCA, PR 00676
PO BOX 1571
CALLE 1 JOSE CALAZAN
Municipio de Moca

URB. EL PEPINO CALLE 2 CASA B 66 SAN
MOCA, PR 00676

IRIZARRY VARGAS
Apellido(s) - Surname(s)

JAVIER ANTONIO
1. Nombre - First Name

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

Formulario
Form 499R-2W-2PR
Rev. 08.15
222

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

| SOCIAL SECURITY INFORMATION / INFORMACIÓN PARA EL SEGURO SOCIAL | | HACIENDA / DEPARTMENT OF THE TREASURY |
|---|---|---|
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 | 16B. Aportación al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 |
| 22. Contrib. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 | 15A. Código de Salarios Exentos - Exempt Salaries Code |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 | 16. Salarios Exentos (Ver Instrucciones) - Exempt Salaries (See Instructions) 0.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 252.18 | 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS 0.00 |
| 19. Total Sueldos y Pro. Medicare - Total Medicare Wages and Tips | 17392.00 | 14. Fondo del Retiro Gubernamental Government Retirement Fund 1639.20 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 1078.30 | 13. Contr. Retenida - Tax Withheld 0.00 |
| 17. Total Sueldos Seguro Social - Total Social Security Wages | 17392.00 | 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits 0.00 |
| | | 11. Total - Total 7+9+10 17392.00 |
| | | 10. Propinas - Tips 0.00 |
| | | 9. Comisiones - Commissions 0.00 |
| | | 8. Comisiones - Commissions 0.00 |
| | | 7. Sueldos - Wages 17392.00 |

14. Fondo del Retiro Gubernamental - Government Retirement Fund: 1639.20

With the W-3PR
Envíe esta copia
con el
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001

3. Donativos - Charitable Contributions 0.00

5. Costo de Cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) 660433489

6. Núm. Seguro Social - Social Security No.

Exento de Retención - Exempt from Withholding

Fecha Cese de Operaciones:
Día / Mes / Año
Day / Month / Year

Send to Department of the Treasury electronically
Envíe al Departamento de Hacienda electrónicamente
(www.hacienda.pr.gov)
Deliver two copies to employee
Entregue dos copias al empleado
Keep a copy for your records
Conserve copia para sus records

Formulario
Form 499R-2/W-2PR
Rev. 08.16

**222**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre - First Name<br>**JAVIER ANTONIO** | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>17451.19 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>17451.19 |

1. Nombre - First Name
**JAVIER ANTONIO**

Apellido(s) - Surname(s)
**IRIZARRY VARGAS**

Dirección Postal del Empleado - Employee's Mailing Address
URB. EL PEPINO CALLE 2 CASA B 66 SAN
MOCA, PR 00676

Fecha de Nacimiento:  Día  Mes  Año
Date of Birth:  Day  Month  Year

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
Municipio de Moca
CALLE 1 JOSE CALAZAN
PO BOX 1571
MOCA, PR 00676

Número de Teléfono del Patrono
Employer's Telephone Number  **(787)877-8058**

Fecha Cese de Operaciones:  Día  Mes  Año
Cease of Operations Date:  Day  Month  Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
**W706576**

Número Control - Control Number
**003798026**

Fecha de radicación: 31 de enero - Filing Date: January 31

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
**660433489**

5. Costo de Cubierta de salud auspiciada
por el patrono - Cost of employer-
sponsored health coverage
0.00

6. Donativos
Charitable Contributions
0.00

**Patrono: - Employer:**
• Envíe a: - Send to:
**Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001**
Con la
With the  **W-3PR**
• Envíe al Departamento de Hacienda
electrónicamente
Send to Department of the Treasury
electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus records
Keep copy for your records

Año:
Year:  **2016**

7. Sueldos - Wages
17451.19

8. Comisiones - Commissions
0.00

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total = 7+8+9+10
17451.19

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0.00

13. Cont. Retenida - Tax Withheld
70.00

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
1639.20

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0.00

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)
Código/Code
16.
0.00

Código/Code
16A.
0.00

16B. Aportaciones al Programa Ahorra y
Duplica tu Dinero - Contributions to the
Save and Double your Money Program
0.00

17. Total Sueldos Seguro Social
Social Security Wages
17451.19

18. Seguro Social Retenido
Social Security Tax Withheld
1081.97

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
17451.19

20. Contrib. Medicare Retenida
Medicare Tax Withheld
253.04

21. Propinas Seguro Social
Social Security Tips
0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips
0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0.00

Reproducido por:
Reproduced by:  **Rock Solid Technologies, Inc.**





ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO   → *en el año 2016*

14 de junio de 2016

**Agencia: 349 - MUNICIPIO MOCA**

JAVIER IRRIZARY VARGAS
URB EL PEPINO
CASA B66  CALLE # 2
MOCA, PR 00676

**Seguro Social: XXX-XX-~~XXXX~~**

A base de la información en nuestros registros, al 14 de junio de 2016 usted posee:

**Fecha de Nacimiento:** ~~XXXXXXXXXXX~~             **Género: Masculino**
**Fecha de Ingreso al Servicio Público: 01 de febrero de 2000**
**Fecha de Comienzo de Cotización: 01 de febrero de 2000**

| Ley R2000 al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 13.02 | |
| Aportaciones: | | $15,682.23 |
| Intereses: | | $1,641.42 |
| Gastos Teneduría: | | ($75.47) |
| Total Aportaciones: | | $17,323.65 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| Ley 3 al 31 de diciembre de 2015 | | |
|---|---|---|
| Tiempo Trabajado: | 16 | |
| Aportaciones: | | $21,892.58 |
| Intereses: | | $2,188.30 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $24,080.88 |
| Beneficio: | | $0.00 |

*14/Junio/2016*

Es importante destacar que el Balance de la Aportación Individual refleja la es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



Reproducido por:
Rock Solid Technologies, Inc.

Formulario
Form 499R-2/W-2PR
Rev. 01.17

**222**

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

GOBIERNO DE PUERTO RICO  GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA  DEPARTMENT OF THE TREASURY

Fecha de radicación: 31 de enero - Filing Date: January 31

| | |
|---|---|
| Número Control - Control Number | 000418063 |
| | 00418063 |
| Número Confirmación de Radicación Electrónica | W810243 |
| Electronic Filing Confirmation Number | |

Año / Year **2017**

16A.
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program  0.00

1. Nombre - First Name **JAVIER ANTONIO**

Apellido(s) - Last Name(s) **IRIZARRY VARGAS**

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address

Municipio de Moca
CALLE 1 JOSE CALAZAN
PO BOX 1571
MOCA, PR 00676

Número de Teléfono del Patrono
Employer's Telephone Number  (787)877-8058

Fecha Cese de Operaciones:
Employer's Telephone Number

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)  660433489

5. Dirección Postal del Empleado - Employee's Mailing Address
URB. EL PEPINO CALLE 2 CASA B 66 SAN
MOCA, PR 00676

Fecha de Nacimiento:
Date of Birth:

| | Día Day | Mes Month | Año Year |
|---|---|---|---|

6. Costo de Cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage  0.00

| | | |
|---|---|---|
| 7. Sueldos - Wages | | 17546.24 |
| 8. Comisiones - Commissions | | |
| 9. Concesiones - Allowances | | |
| 10. Propinas - Tips | | |
| 11. Total = 7+8+9+10 | | 17546.24 |
| 12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits | | |
| 13. Cont. Retenida - Tax Withheld | | 0.00 |
| 14. Fondo de Ahorro Gubernamental
Governmental Retirement Fund | | 1567.52 |
| 15. Aportaciones a Planes Cualific.
Contribut. a s/s CODA PLANS | | |

b. Donativos
Charitable Contributions  0.00

17. Total Sueldos Seguro Social
Social Security Wages  17546.24

18. Seguro Social Retenido
Social Security Tax Withheld  1087.87

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips  17546.24

20. Contrib. Medicare Retenida
Medicare Tax Withheld  254.42

21. Propinas Seguro Social
Social Security Tips

22. Seguro Social no Retenido
Social Security Tax on Tips
en Propinas - Uncollected  0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips  0.00

• Envíe al Departamento de Hacienda
electrónicamente
Send to Department of the Treasury
electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus records
Keep copy for your records

Con la
With the   W-3PR
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001

Salario Exento (Ver instrucciones)
Exempt Salaries (See instructions)  0.00

Formulario
Form 499R-2/W-2PR
Rev. 07.18

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name
**JAVIER ANTONIO**

2. Núm. Seguro Social
Social Security No.

7. Sueldos - Wages — 17056.00

8. Comisiones - Commissions — 0.00

9. Concesiones - Allowances — 0.00

17. Total Sueldos Seguro Social
Social Security Wages — 17056.00

Apellido(s) - Last Name(s)
**IRIZARRY VARGAS**

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
**660433489**

10. Propinas - Tips — 0.00

11. Total = 7+8+9+10 — 17056.00

18. Seguro Social Retenido
Social Security Tax Withheld — 1057.47

Dirección Postal del Empleado - Employee's Mailing Address
URB. EL PEPINO CALLE 2 CASA B 66 SAN
MOCA, PR 00676

5. Costo de Cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage — 0.00

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits — 0.00

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips — 17056.00

Fecha de Nacimiento:   Dia   Mes   Año
Date of Birth:   Day   Month   Year

6. Donativos
Charitable Contributions — 0.00

13. Cont. Retenida - Tax Withheld — 0.00

20. Contrib. Medicare Retenida
Medicare Tax Withheld — 247.31

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
**Municipio de Moca**
CALLE 1 JOSE CALAZAN
PO BOX 1571
MOCA, PR 00676

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund — **1393.44**

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS — 0.00

21. Propinas Seguro Social
Social Security Tips — 0.00

Número de Teléfono del Patrono
Employer's Telephone Number   **(787)877-8058**

A.  Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)

Código Core

16. — 0.00

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips — 0.00

Fecha Cese de Operaciones:   Dia   Mes   Año
Cease of Operations Date:   Day   Month   Year

B.  Servicios domésticos
Domestic services

Código Core

15A. — 0.00

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
**W1059661568**

C.  Otros / Others:

Código Core

16B. — 0.00

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips — 0.00

Número Control - Control Number
**201801139**

Año:
Year:  **2018**

16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program — 0.00

Fecha de radicación:  31 de enero - Filing Date:  January 31

Reproducido por:
Reproduced by:  Rock Solid Technologies, Inc.