Ja[...]
HC 1 Box 10104
San Sebastian P.R. 00685

RECEIVED & FILED
2020 JAN 27 PM 5:35
CLERK'S OFFICE
DISTRICT CO[...]
SAN JUAN P[...]

U.S. POSTAGE PAID
FCM LG ENV
MOCA, PR
00676
JAN 24, 20
AMOUNT
$1.75
R2305M148082-15

Secretaria (clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan. (Puerto Rico) 00918-176