Elaine Torres Perez
HC 5 Box 56769
Aguadilla, P.R.
00603

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$0.70
R2303S101723-07

Secretaria (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767