Iván Sánchez Pérez
H.C-3 BOX 8985
Bo. Aceituna
Moca PR 00676



Secretaria (clerk's Office)
Tribunal DE Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



RECEIVED & FILED
2020 JAN 27 PM 5:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.