## One Hundred and Eighth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 654 | VELEZ HERNANDEZ, MADELINE<br>9 ANTILLAS URB. VICTOR ROJAS - 1<br>ARECIBO, PR 00612 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42361 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 655 | VELEZ IRIZARRY, YOAMARY<br>URB. LA PROVIDENCIA 2157 CALLE FRANCO<br>PONCE, PR 00728 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65730 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 656 | VELEZ JIMENEZ, FRANCIS E<br>PO BOX 5421<br>SAN SEBASTIAN, PR 00685 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43863 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 657 | VELEZ JUARBE, LYDIA N<br>ALT DE MAYAGUEZ<br>1313 CALLE COLLORES<br>MAYAGUEZ, PR 00682-6245 | 3/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4464 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 658 | VELEZ JUSTINIANO, MARIA E<br>URB. VILLA TULI<br>#222<br>MAYAGUEZ, PR 00682-7538 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27214 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 659 | VELEZ JUSTINIANO, MARIA E<br>URB. VILLA TULI<br>222<br>MAYAGUEZ, PR 00682 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26754 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

26 de noviembre de 2019

**Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES**

FRANCIS E VELEZ JIMENEZ                                    Seguro Social: XXX-XX-9823
PO BOX 5421

SAN SEBASTIAN, PR 00685

A base de la información en nuestros registros,  al 26 de noviembre de 2019 usted posee:

Fecha de Nacimiento: 07 de junio de 1967                          Género: Masculino
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.33 |
| | | Aportaciones: | 12,243.40 | Aportaciones: | 6,222.58 |
| | | Intereses: | 988.78 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 50.77 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 39,369.40 | Total Aportaciones: | 13,232.18 | Total Aportaciones: | 6,222.58 |
| Beneficio: | 626.79 | Beneficio: | 65.10 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • 🖱 www.retiro.pr.gov

ASR-PR-100
Rev. Jul.17



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE NEGATIVA DE DEUDA DE PRÉSTAMOS PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre del Cliente:

FRANCIS E VELEZ JIMENEZ

PO BOX 5421
SAN SEBASTIAN, PR, 00685

Seguro Social:

XXX-XX-9823

Nuestros sistemas de información no refleja deuda en este momento.

Esta certificación fue realizada el 26 de noviembre de 2019 en San Juan, Puerto Rico.

LUIS D BULTRON
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203

## In re Commonwealth of Puerto Rico, Case No. 17-03283, United States District Court for the District of Puerto Rico

**Christian I. Rivera <crivera@primeclerk.com>**

Thu 12/12/2019 8:51 PM

To: Puerto Rico Team <puertoricoteam@PrimeClerk.com>

Prime Clerk LLC is the solicitation, notice, and claims agent for the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Sales Tax Financing Corporation ("COFINA"), Puerto Rico Highways & Transportation Authority ("HTA"),  Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA").  On May 3, May 5, May 21, and July 2, 2017, and September 27, 2019, the Commonwealth, COFINA, HTA, ERS, PBA, and the Puerto Rico Electric Power Authority (collectively, the "Debtors") filed petitions for relief under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").  The Debtors' cases are jointly administered in the United States District Court for the District of Puerto Rico under Case No. 17-03283.

Please find below a link to the following important document:

- **One Hundred and Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided. Hearing Scheduled for January 29, 2020 at 9:30 a.m. (AST). Objections Due by January 14, 2020 at 4:00 p.m. (AST) [Docket No. 9558]**

For additional information, please visit https://cases.primeclerk.com/puertorico.
*Quality. Partnership. Expertise. Innovation.*
For more information click here: https://www.primeclerk.com/why-choose-us



---

For Prime Clerk's email disclaimer, please click here: http://primeclerk.com/email-disclaimer/