Franci
Ext. Villa Rita
Calle 27 EE-9
San Sebastian PR
00685

Clerk's Obbice
United States District Court
Room 150 Federal BLDS
San Suan PR 00 918-1767





U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$1.15
R2304E105991-10

RECEIVED & FILED
2020 JAN 27 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

