January 23rd 2020

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Proskauer Rose LLP
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

Re: Statement account (Retirement).
    No. Reclaimed number 160091

Plaintiff – Lizelie Nieves De Jesus- with the address: P.O Box 141865, Arecibo, PR. 00614, would like the let know the court that the following documents is attached to this letter:

1) **Statement Account** from the Retirement Department (Retiro, Estado Libre Asociado de Puerto Rico) dated January 23rd 2020.

2) **Statement Account** from the Retirement Department (Retiro, Estado Libre Asociado de Puerto Rico) dated September 14th 2017.

The *Objection and the Attachments Hereto* was received on January 22nd 2020. Plaintiff respectfully request that this Honorable Court takes notice of Law R2000 and (Retirement Law, revoked) and Law 3-2017.

Plaintiff respectfully request that this Honorable Court takes notice that the Plaintiff name is: Lizelie Nieves De Jesus not Lizelie De Jesus Nieves as appeared in the *Objections and Attachments Hereto*.

Lizelie Nieves De Jesus
P.O Box 141865
Arecibo, PR. 00614