

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

LIZELIE NIEVES DE JESUS
PO BOX 141865

ARECIBO, PR 00614

Seguro Social: XXX-XX-5173

A base de la información en nuestros registros, al 23 de enero de 2020 usted posee:

Fecha de Nacimiento: 23 de agosto de 1963
Fecha de Ingreso al Servicio Público: 30 de septiembre de 2004
Fecha de Comienzo de Cotización: 30 de septiembre de 2004

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 8.07 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 8,302.60 | Aportaciones: | 4,520.41 |
| | | Intereses: | 3,308.51 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 12,507.45 | | |
| Tiempo: | 0.00 | Intereses: | 591.24 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **24,709.80** | **Total Aportaciones:** | **4,520.41** |
| **Beneficio:** | **0.00** | **Beneficio:** | **130.54** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



# ESTADO DE CUENTA ESTIMADO

14 de septiembre de 2017

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

LIZELIE NIEVES DE JESUS
PO BOX 141865
ARECIBO, PR 00614

Seguro Social: XXX-XX-5173

A base de la información en nuestros registros, al 14 de septiembre de 2017 usted posee:

**Fecha de Nacimiento:** 23 de agosto de 1963         **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 30 de septiembre de 2004
**Fecha de Comienzo de Cotización:** 30 de septiembre de 2004

| *Ley R2000 al 30 de junio de 2013* | | *Ley 3 al 31 de diciembre de 2016* | |
|---|---|---|---|
| Años Acreditados: | 8.07 | Años Acreditados: | 12.08 |
| Aportaciones: | $12,562.87 | Aportaciones: | $21,574.99 |
| Intereses: | $591.24 | Intereses: | $3,308.51 |
| Gastos Teneduría: | ($55.42) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $13,154.11 | Total Aportaciones: | $24,883.50 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

