Lizelie Nieves De Jesús
P.O. Box 141865
Arecibo, P.R. 00614




U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
JAN 24, 20
AMOUNT
$1.15
R2305E126270-21

1000    00918

United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED &
2020 JAN 27 : 33
CLERK.
U.S. DIS.
SA