# Caso 17-03283 del Estado Libre Asociado de Puerto Rico

### DATOS PERSONALES

| | |
|---|---|
| Mi Nombre Completo: | Evelyn Rodriguez Cruz |
| Dirección | Urb. Starlight Calle Novas 3017 |
| | Ponce, Puerto Rico 00717 |
| Telefono | 787-709-5066 |
| Direccion Correo electrónico | evyramonita@gmail.com |

### Objeción Global

Me opongo a la objeción Global porque he contestado todo documento que se me ha enviado. Estoy completamente segura que nunca me dieron los pasos que me correspondian como maestra y tampoco me dieron el 3% que se me tenia que otorgar cada tres años de Fondos de retiro. l Estado Libre Asociado me debe dinero por varias leyes que me aplican y las cuales estoy solicitando.



13 de enero de 2020

A: Secretaria

Tribunal de Distrito de los Estados Unidos
Federal Building Room 150
San Juan <Puerto Rico

Cases #81765 Ley Promesa 17-03283 del Estado Libre Asociado de Puerto Rico

Mi reclamación del caso 81765 por Ley 180 del Costo de vida , es por un empleo anterior en el gobierno de Puerto Rico. En estos momentos no tengo reclamación legal en este caso.

Me desempeñaba como maestra a nivel elemental en el pueblo de Ponce ,Puerto Rico en el Departamento de Educación de Puerto Rico.

Trabaje por un periodo de 30 años. Labore durante los años del 1977 al 2007. Mi seguro social es el ###-##-4016.

Esta reclamación es por un salario impago de aumento de sueldo del Estado Libre Asociado de Puerto Rico. El costo de la reclamación

es de la cantidad de $8.000.00 dólares.

Le estoy adjuntando evidencia de mis años trabajados en el Departamento de Educación de Puerto Rico. Mi pago de pensión actual y Certificado de maestro. esta evidencia que permitirá la verificación de mi servicio como maestro del Departamento de Educación de Puerto Rico y puesto ocupado.

Gracias Anticipadas.

Evelyn Rodriguez Cruz

Urb.Starlight Calle No 3017