# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 16, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 16 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page 1 of 2

**NOTICE OF DEFECTIVE PLEADING**
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de oscurecer u omitir de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date: January 21, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Cruz, Evelyn | 81765 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Cruz, Evelyn | 81765 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



## DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO
**REGION EDUCATIVA DE PONCE**

DIVISION DE CERTIFICACIONES DOCENTE

24 de septiembre de 2009

### CERTIFICACION

Certifico que __EVELYN  RODRIGUEZ  CRUZ__

seguro social __XXX-XX-4016__, posee un Certificado Vitalicio de

__MAESTRA DE EDUCACION ELEMENTAL__

Expedido desde __1- NOVIEMBRE -1988__

Número __405__

Certificado por,

Wisteria Tejero
Ayudante Especial
Área de Certificaciones



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS           PAGAR  40 DIAS 0.00 HRS
VACACIONES REGULARES                        VACACIONES REGULARES - JULIO
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ROD
---

RODRIGUEZ CRUZ, EVELYN                               4016
------------------------------              -------------------
NOMBRE                                      SEGURO SOCIAL

PONCE II -104/DR. RAFAEL LOPEZ NUSSA        15 - BA
------------------------------------        -------------------
DISTRITO/ESCUELA                            PREPARACION

REGULAR (01) -                                        28-0-0-0.0
------------------------------              -------------------
STATUS                                      ANTES    DESPUES
                                            EXPERIENCIA (A-M-S-D)

MA. EDUC. NINEZ TEMP. NIVEL ELEM.(K-3) -9   R27294
------------------------------------------  -------------------
CATEGORIA - CLASE                           NUMERO DE PUESTO

$ 2,405.00                                  01/JUNIO/2005
------------------------------              -------------------
SUELDO ANTES DEL CAMBIO                     PAGO DE VACACIONES

ESTATAL (111)
-------------                               -------------------
FONDO                                       CAUSA DEL CESE


------------------------------              -------------------
ULTIMO DIA DE TRABAJO                       ULTIMO DIA DE PAGO

E1110-11100-0810000-1009-00100-2006-
-------------------------------------
        CIFRA DE CUENTA

OBSERVACIONES:  AUMENTO EN SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL
                1 DE JULIO DE 2005 A $2505.00


APROBADO POR EL SECRETARIO DE EDUCACION.
                  _(signature)_
                ------------------                  -------------------
                    FIRMA                                FECHA
----------------------------------------------------------------------
                PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                         (CESE)
(RECORD D) _____     PROXIMO MES _____

Formulario 481 Rev. 05.04

Ennegrezca Completamente los Ovalos. Ejemplo
PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

2004    2004

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
1ro de enero de 2004 terminado el 31 de dic de 2004

Sello de Pago

copia 2004

C------4016

Evelyn Rodriguez (RU)
Urb Starlight Novas
#3017 Ponce PR 00717
1477

N/A
Urb Starlight Novas    7878411736
#3017 Ponce PR 00717
1477    7875427170

SI   NO

FUENTE DE MAYOR INGRESO:

OCUPACION (Anote el Código):
Maestro 6110

ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:

RECIBIDO
11 ABR 2005
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

1. Sueldos, Comisiones, Concesiones y Propinas
SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

A-Contribución Retenida: 1613
B-Sueldos, Comisiones, Concesiones y Propinas: 25466

Total (Núm. de comprobantes con esta planilla) ... 01 ... 1    1613    25466

2. Salarios del Gobierno Federal (Véanse instrucciones) .......

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) .....

4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) ..........    25466

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 06/03/02 |
| Hasta: | 06/14/02 |

# Cheque: 04193436
Fecha: 06/14/02

EVELYN RODRIGUEZ CRUZ
N-Q-8
URB. STAR LIGHT
PONCE PR 00731

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Dr. Rafael Lopez Nussa |
| Titulo: | M.Elemental |
| Sueldo: | $2,005.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,002.50 | 678.00 | 11,027.50 | |
| Total: | | 1,002.50 | 678.00 | 11,027.50 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 47.98 | 527.78 |
| Total: | 47.98 | 527.78 |

## APORTACIONES / DEDUCCIONES / APORTACIONES PATRONALES

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 90.23 | 992.53 | RM-Pres Hipot-Retiro Maestros | 133.66 | 1,470.26 | GPR Plan de Retiro de Maestro | 85.21 | 937.31 |
| | | | RM-Pres Cult- Ret Maestros | 19.96 | 219.56 | FSED Disability Plan | 17.04 | 187.44 |
| | | | RM-Prest Pers De Cuota-Ret Mae | 160.95 | 1,770.45 | SM-First Medical Health Plan | 0.00 | 300.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 191.85 | 2,104.25 | | | |
| | | | SM-First Medical Health Plan | 4.75 | 52.25 | | | |
| | | | SC-TRANS OCEANIC LIFE | 11.00 | 121.00 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 1.75 | 19.25 | | | |
| | | | AS FED MAESTROS AFT | 8.00 | 88.00 | | | |
| | | | GPR Plan de Ahorros | 30.08 | 330.88 | | | |
| Total: | 90.23 | 992.53 | Total: | 562.00 | 6,175.90 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,002.50 | 47.98 | 652.23 | 302.29 |
| Acumulado: | 11,027.50 | 527.78 | 7,168.43 | 3,331.29 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04193436 | 302.29 |
| Total: | 302.29 |

MENSAJE: "UNETE A LA CAMPANA BENEFICA DE EMPLEADOS PUBLICOS. LLENA LA BOLETA DE DESCUENTO DE NOMINA, AHORA".

Sh.
Rev. 0.



14 de septiembre de 2005

EVELYN R RODRIGUEZ CRUZ
URB STARLIGHT
3017 CALLE NOVAS
PONCE, PR 00717-1477

Seguro Social ........016

Señora Rodriguez Cruz:

De acuerdo con nuestros registros, usted tendría acreditado aproximadamente en este Sistema: **27 Año(s) 8 Mes(es) 0 Semana(s) 3½ Días** al **30 de junio de 2005**.

Este tiempo le daría derecho a una pensión aproximada de $ ----- al --------. Estos cálculos son preliminares y están sujetos a verificación final a la fecha de retiro. Se incluye Relación de Años de Servicios y Sueldos.

Con el propósito de completar su expediente, es necesario que nos envíe los siguientes documentos:

[ ]  Acta de Nacimiento en original

[ ]  Designación de Beneficiarios que se acompaña

[ ]  Solicitud de Retiro en caso que decida acogerse a los beneficios de retiro

[ ]  Otros: _____

Cordialmente,

Jorge Ojeda Figueroa
Gerente Servicios de Retiro
División Servicios al Maestro

EBJ/FJE

PO Box 191879, San Juan, PR 00919-1879, Teléfonos (787) 754-8611, 1-877-JRETIRO



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

Certifico que RODRIGUEZ CRUZ, EVELYN recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,866.26 equivalente a $22,395.12 anual. Luego de las deducciones recibe la cantidad de $1,265.40 mensual, equivalente a $15,184.80 anual.

Esta certificación se expide hoy 12 de noviembre de 2019.



Número de Certificación: SRM03P1905770

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

