21 de enero de 2020



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Bernardo Acevedo Gonzalez
Condominio Jardines de Altamesa
1 Ave. San Alfonso Apto. A17
San Juan, P. R. 00921
Teléfono: 787 (664-0945)
Correo Electrónico: merlinwarlock6666@gmail.com