Case:17-03283-LTS Doc#:10449-2 Filed:01/27/20 Entered:01/28/20 10:49:06 Desc: Envelope Page 1 of 1

BERNARDO A
CONDOMINIO J
1 AVE. SAN ALFONSO APT A-17
SAN JUAN, P.R. 00921-4654

7019 1120 0000 0971 3861



02 1P
0001738462
MAILED FROM ZIP

**SECRETARIA**
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, P.R. 00918-1767



RECEIVED & FILED
2020 JAN 27 PM 5: 33
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.