# Caso 17-03283 del Estado Libre Asociado de Puerto Rico

### DATOS PERSONALES

| | |
|---|---|
| Mi Nombre Completo: | Evelyn Rodriguez Cruz |
| Dirección | Urb. Starlight Calle Novas 3017 |
| | Ponce, Puerto Rico 00717 |
| Telefono | 787-709-5066 |
| Direccion Correo electrónico | evyramonita@gmail.com |

## Objeción Global

Me opongo a la objeción Global porque he contestado todo documento que se me ha enviado. Estoy completamente segura que nunca me dieron los pasos que me correspondian como maestra y tampoco me dieron el 3% que se me tenia que otorgar cada tres años de Fondos de retiro. l Estado Libre Asociado me debe dinero por varias leyes que me aplican y las cuales estoy solicitando.



13 de enero de 2020

A: Secretaria (Clerk Office

Tribunal de Distrito de los Estados Unidos

Federal Building Room 150

San Juan, Puerto Rico

Asunto: Cases 81832 Ley Promesa 17-03283 del Estado Libre Asociado de Puerto Rico

Mi reclamación del caso 81832 por Ley 95 del 10 e3 julio de 2002 , es por un empleo anterior en el gobierno de Puerto Rico. En estos momentos no tengo reclamación legal en este caso.

Me desempeñaba como maestra a nivel elemental en el pueblo de Ponce ,Puerto Rico en el Departamento de Educación de Puerto Rico.

Trabaje por un periodo de 30 años. Labore durante los años del 1977 al 2007.. Mi seguro social es el ███-██-4016.

Esta reclamación es por un salario impago de aumento de sueldo del Estado Libre Asociado de Puerto Rico. El costo de la reclamación

 es de la cantidad de $2.700.00 dólares.

Le estoy adjuntando evidencia de mis años trabajados en el Departamento de Educación de Puerto Rico. Mi pago de pensión actual y Certificado de maestro. esta evidencia que permitirá la verificación de mi servicio como maestro del Departamento de Educación de Puerto Rico y puesto ocupado.

Gracias Anticipadas.

Evelyn Rodríguez Cruz

Urb.Starlight Calle Novas 3017

Ponce, Puerto Rico 00717

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RODRIGUEZ CRUZ, EVELYN | 81832 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RODRIGUEZ CRUZ, EVELYN | 81832 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).