# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 16, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 16 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

**NOTICE OF DEFECTIVE PLEADING**
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).)* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2 *(Otro:) Favor de oscurecer u omitir de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date: January 21, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached



## DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO
**REGION EDUCATIVA DE PONCE**

DIVISION DE CERTIFICACIONES DOCENTE

24 de septiembre de 2009

### CERTIFICACION

Certifico que __EVELYN   RODRIGUEZ   CRUZ__

seguro social __XXX-XX-4016__, posee un Certificado Vitalicio de

__MAESTRA DE EDUCACION ELEMENTAL__

Expedido desde __1- NOVIEMBRE -1988__

Número __405__

Certificado por,

Wisteria Tejero
Ayudante Especial
Área de Certificaciones



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR   0 DIAS 0.00 HRS              PAGAR   40 DIAS 0.00 HRS
VACACIONES REGULARES                            VACACIONES REGULARES - JULIO
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ROD
---

RODRIGUEZ CRUZ, EVELYN                          ###-##-4016
------------------------------                  ------------------
NOMBRE                                          SEGURO SOCIAL

PONCE II -104/DR. RAFAEL LOPEZ NUSSA            15 - BA
--------------------------------------          ------------------
DISTRITO/ESCUELA                                PREPARACION

REGULAR (01) -                                       28-0-0-0.0
------------------------------                  ------------------
STATUS                                          ANTES      DESPUES
                                                EXPERIENCIA (A-M-S-D)

MA. EDUC. NINEZ TEMP. NIVEL ELEM.(K-3) -9       R27294
---------------------------------------         ------------------
CATEGORIA - CLASE                               NUMERO DE PUESTO

$ 2,405.00                                      01/JUNIO/2005
------------------------------                  ------------------
SUELDO ANTES DEL CAMBIO                         PAGO DE VACACIONES

ESTATAL (111)
--------------                                  ------------------
FONDO                                           CAUSA DEL CESE


------------------------------                  ------------------
ULTIMO DIA DE TRABAJO                           ULTIMO DIA DE PAGO

E1110-11100-0810000-1009-00100-2006-
-------------------------------------
CIFRA DE CUENTA

OBSERVACIONES:  AUMENTO EN SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL
                1 DE JULIO DE 2005 A $2505.00


APROBADO POR EL SECRETARIO DE EDUCACION.
                 *[signature]*
                ------------------------------    ------------------
                         FIRMA                           FECHA
-------------------------------------------------------------------
                    PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                              (CESE)
(RECORD D) _____        PROXIMO MES _____

copia 2004

Formulario 481 Rev. 05.04

Ennegrezca Completamente los Ovalos. Ejemplo
PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2004** **2004**

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
1ro de enero de 2004 terminado el 31 de dic de 2004

Sello de Pago

C-----4016

Evelyn Rodriguez (RU)
Urb Starlight Novas
#3017 Ponce PR 00717
1477

N/A

Urb Starlight Novas       7878411736
#3017 Ponce PR 00717
              1477  7875427170

SI  NO

FUENTE DE MAYOR INGRESO:

OCUPACION (Anote el Código):

Maestro  6110

ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:

RECIBIDO
11 ABR 2005
PLANILLA SIN PAGO

1. **Sueldos, Comisiones, Concesiones y Propinas**
   SUMINISTRE LOS COMPROBANTES DE RETENCION
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

A-Contribución Retenida    B-Sueldos, Comisiones, Concesiones y Propinas

1613                        25466

Total (Núm. de comprobantes con esta planilla) ...... 01 ......  1    1613    25466

2. Salarios del Gobierno Federal (Véanse instrucciones) .........................

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) .........

4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) .................................   25466

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 06/03/02 |
| Hasta: | 06/14/02 |

# Cheque: 04193436
Fecha: 06/14/02

EVELYN RODRIGUEZ CRUZ
N-Q-8
URB. STAR LIGHT
PONCE PR 00731

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Dr. Rafael Lopez Nussa |
| Titulo: | M.Elemental |
| Sueldo: | $2,005.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,002.50 | 678.00 | 11,027.50 | |
| Total: | | 1,002.50 | 678.00 | 11,027.50 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 47.98 | 527.78 |
| Total: | 47.98 | 527.78 |

## APORTACIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 90.23 | 992.53 |
| Total: | 90.23 | 992.53 |

## DEDUCCIONES ANTES CONT

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 133.66 | 1,470.26 |
| RM-Pres Cult- Ret Maestros | 19.96 | 219.56 |
| RM-Prest Pers De Cuota-Ret Mae | 160.95 | 1,770.45 |
| AE-Asoc Emp ELA-Prest Regular | 191.85 | 2,104.25 |
| SM-First Medical Health Plan | 4.75 | 52.25 |
| SC-TRANS OCEANIC LIFE | 11.00 | 121.00 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 19.25 |
| AS FED MAESTROS AFT | 8.00 | 88.00 |
| GPR Plan de Ahorros | 30.08 | 330.88 |
| Total: | 562.00 | 6,175.90 |

## DEDUCCIONES DESPUES IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 85.21 | 937.31 |
| FSED Disability Plan | 17.04 | 187.44 |
| SM-First Medical Health Plan | 0.00 | 300.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,002.50 | 47.98 | 652.23 | 302.29 |
| Acumulado: | 11,027.50 | 527.78 | 7,168.43 | 3,331.29 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04193436 | 302.29 |
| Total: | 302.29 |

MENSAJE: "UNETE A LA CAMPANA BENEFICA DE EMPLEADOS PUBLICOS. LLENA LA BOLETA DE DESCUENTO DE NOMINA, AHORA".



Sh.
Rev. 0

14 de septiembre de 2005

EVELYN R RODRIGUEZ CRUZ
URB STARLIGHT
3017 CALLE NOVAS
PONCE, PR 00717-1477

Seguro Social ###-##-016

Señora Rodriguez Cruz:

De acuerdo con nuestros registros, usted tendría acreditado aproximadamente en este Sistema: **27 Año(s) 8 Mes(es) 0 Semana(s) 3½ Días** al <u>30 de junio de 2005</u>.

Este tiempo le daría derecho a una pensión aproximada de $ ----- al --------. Estos cálculos son preliminares y están sujetos a verificación final a la fecha de retiro. Se incluye Relación de Años de Servicios y Sueldos.

Con el propósito de completar su expediente, es necesario que nos envíe los siguientes documentos:

[ ] Acta de Nacimiento en original

[ ] Designación de Beneficiarios que se acompaña

[ ] Solicitud de Retiro en caso que decida acogerse a los beneficios de retiro

[ ] Otros: _____

Cordialmente,

Jorge Ojeda Figueroa
Gerente Servicios de Retiro
División Servicios al Maestro

EBJ/FJF

*[handwritten notes: Dic. 2007 30 años servicios / Enero - 55 años edad]*

PO Box 191879, San Juan, PR 00919-1879, Teléfonos (787) 754-8611, 1-877-JRETIRO



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

Certifico que RODRIGUEZ CRUZ, EVELYN recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,866.26 equivalente a $22,395.12 anual. Luego de las deducciones recibe la cantidad de $1,265.40 mensual, equivalente a $15,184.80 anual.

Esta certificación se expide hoy 12 de noviembre de 2019.



Número de Certificación: SRM03P1905770

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

