Evelyn Rodriguez
Urb. Starlight Calle Novas 3017
Ponce, P.R 00717-1477






Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



Hasler
01/22/2020
US POSTAGE
FIRST-CLASS MAIL
$01.45⁰
ZIP 00918
011D11607543

Evelyn Rodriguez Cruz
Urb. Starlight
Calle Novas 3017
Ponce PR 00717

Evelyn Rodriguez Cruz
Urb. Star Light.
Calle Novas 3017
Ponce, P.R. 00717-1477

Secretaria (Clerk's Office)
Tribunal de Distrito de E.U.
150 AVE Chardon
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767