22 de enero de 2020



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | This filing relates to the Commonwealth, HTA, and ERS |
| Debtors. | |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Mayra E. Torres Ramos
Urb. Ciudad Señorial Calle noble #73
San Juan, Puerto Rico 00926
Teléfono: 1-787-243-1785
Correo electrónico: beba_2163@yahoo.com

NUMERO RECLAMACION **27280**