MAYRA E. TORRES RAMOS
URB. CIUDAD SEÑORIAL
CALLE NOBLE #73
SAN JUAN, P.R. 00926



7004 0750 0004 1299 3627



1000



00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 24, 20
AMOUNT

$7.60
R2304H108055-27

RECEIVED & FILED
2020 JAN 27 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, P.R. 00918-1767