21 de enero de 2020



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | **This filing relates to the Commonwealth, HTA, and ERS** |
| Debtors. | |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Nombre: Ivelisse Navarro Cancel
Dirección: Urb. Las Lomas calle 34 S O #1686
San Juan, Puerto Rico 00921-2434
Teléfono: (939) 640-9687
Correo Electrónico: lisvelisse@gmail.com