IVELISSE NAVARRO CANCEL
CALLE 34 SO #1686
URB. LAS LOMAS
SAN JUAN, P.R. 00921-2434

7004 0750 0004 1299 3535

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 24, 20
AMOUNT
**$7.60**
R2304H108055-27

RECEIVED & FILED
2020 JAN 27 PM 5: 30
DISTRICT COURT
SAN JUAN, P.R.

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767