Juan J. Cortés Ocasio
Juan J. Cortés Ocasio

# 48233

Reclamo Promesa III

Segun documentos recibidas indican que
mi Reclamo es deficiente por lo cual le envio
documento donde consta (Retiro) mi informacion,
Direccion, Año de comienzo y aportaciones por
Ley, Le solicita sea incluido y se corrige
el documento que indica que estoy en 0.

Juan J. Cortés Ocasio
Juan J. Cortés Ocasio
# 787-650-4479
# Contacto  939-240-4171

Gracie por su Atencion