Case:17-03283-LTS Doc#:10455-1 Filed:01/27/2001 Entered:01/28/2011 12:14:18 Desc:
Notice of Defective Pleading Page 1 of 1

Case:17-03283-LTS Doc#:10455-1 Filed:01/27/2001 Entered:01/28/2011 12:14:18 Desc:
Notice of Defective Pleading Page 1 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 17, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 17 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

*[signature]*