Juan J. Cortés Ocasio
Urb. Los Jardines
115 Calle Flor de luz
P.R. 00653-9418
Garrochales

Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

SAN JUAN PR 009

U.S. POSTAL SERVICE
SAN JUAN, P.R.
2020 JAN 27 PM 5:30
RECEIVED & FILED