23 de enero de 2020

RECEIVED & FILED
2020 JAN 27 PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

## CERTIFICACION

Yo, Justina Contreras López, reclamante en el caso 3:17-BK-3283 (LTS) PROMESA Title III, certifico que las copias que menciono a continuación son fiel y exacta del original.

- → Copia carta Oficina del Gobernador de Puerto Rico, Hon. Carlos Romero Barceló
  - Indica la bonificación o aumento salarial en escala comenzando el 1ro de junio de 1983 y terminando el 30 de septiembre de 1983, para un total de $190.00 mensual.
- → Copia Documento 410 - Proof of Claim / Evidencia de Reclamación
  - Complementado el 27 de abril de 2018, donde se hace la reclamación de deuda salarial.
  - Fecha de recibo del documento
  - Recibo de FedEx del documento 410

Doy fe que los documentos antes mencionado están autorizados por mí para entrarlo en el sumario del caso. Los mismos están iniciados en original.

Hoy, día 23 de enero de 2020.

Justina Contreras López

Firma: _Justina Contreras López_

Iniciales: _JCL_

Dirección:

P. O. Box 215
San Lorenzo, Puerto Rico 00754