Sra. Justinia Contreras López
P.O. Box 215
San Lorenzo, P.R.
00754

**CERTIFIED MAIL**

7013 2250 0000 2717 8645

U.S. POSTAGE PAID
FCM LG ENV
SAN LORENZO, PR
00754
JAN 25, 20
AMOUNT
**$7.60**
R2304M113445-01

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 JAN 27 PM 5:40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico
00918-1767