Ada M. Matias Salas

45916
Reclamo Promesa III
Segun documento Recibido mi nombre tiene
error en Apellido y segundo nombre mi nombre
Ada M. Matias Salas dicho documento (Ada H.
Nataes Sabs erroneo) e indica que mi Reclamo
es deficiente actualmente laboro para el
Gobierno y sigo cotizando, le envio documento
de Retiro (Estado de Cuenta) el cual consta
con mi nombre, Direccion, Años de Servicios
hasta el momento,
     Agradeceria que se corrija mi informacion
el el Documento Promesa y seme envie copia
ya corregido.

Ada M. Matias Salas.

787-650-4479
Contacto  939 450-7227

          Gracias por su atencion

RECEIVED & FILED 2020 JUN 27 PM 5:29 CLERK'S OFFICE U.S DISTRICT COURT SAN JUAN, PR