Vido M. Matías Salas
Urb. Los Jardines
15 Calle Flor de Luz
Arrochales P.R. 00652-9418

RECEIVED & FILED
2020 JAN 27 PM 5:29
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

SAN JUAN PR 009
25 JAN 2020 PM 3 L

FOREVER USA