Arnaldo Ruiz López
Ave. Noel Estrada #252
Isabela P.R. 00662

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$0.55
R2304E105991-10

RECEIVED & FILED
2020 JAN 27 PM 5:38