Nelson Cintron Rodriguez
Urb. Brisas del Mar II
Calle Palmera O-20
Guayama PR 00784

U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
JAN 22, 20
AMOUNT
$7.30
R2303S101103-29



CERTIFIED MAIL
7019 1640 0002 1434 2077

TO
CLERKS OFFICE US DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918

Avenida Chardon
Edificio 150

RECEIVED & FILED
2020 JAN 27 PM 5:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR