Miguel A. Burgos Nieves
Box 1192, Aguadilla, P.R. 00605

RECEIVED & FILED
2020 JAN 27 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
JAN 24, 20
AMOUNT
$1.30
R2304E105991-10

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767