JULIO PADILLA RIVERA
HC 74 BOX 5215
NARANJITO, P.R. 00719-7463

**CERTIFIED MAIL**

7004 0750 0004 1299 3566



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 24, 20
AMOUNT
**$7.60**
R2304H108055-27

1000  00918

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, P.R. 00918-1767

RECEIVED & FILED
2020 JAN 27 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.