UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors

---

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS.

---

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED.

**Name:** ESTHER M CARRERO RIVERA

**Address:** PO BOX 683, RINCON, PR 00677

**Tel:** (787) 644-0777

**Email:** estherm.carrero@gmail.com

**# Reclamación:** 81334

**# Caso:** 17 BK 03283-LTS

**Motivo:** Oposición a objeción global en relación a reclamo. Adjunto evidencia de retiro AELA.