

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 408 - ADMINISTRACION DE SUSTENTO PARA MENORES**

ESTHER M CARRERO RIVERA
PO BOX 683

Seguro Social: XXX-XX-9108

RINCON, PR 00677-0683

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Fecha de Nacimiento: 13 de agosto de 1970
Fecha de Ingreso al Servicio Público: 01 de julio de 1996
Fecha de Comienzo de Cotización: 01 de julio de 1996

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.17 |
| | | Aportaciones: | 12,243.40 | Aportaciones: | 5,570.26 |
| | | Intereses: | 988.78 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 50.77 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 39,289.70 | Total Aportaciones: | 13,232.18 | Total Aportaciones: | 5,570.26 |
| Beneficio: | 626.79 | Beneficio: | 61.93 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## Nonagésima séptima objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 466 | CARRERO MERCADO, CARLOS M<br>EST CERRO GORDO<br>32 PLAZA TIFANY<br>VEGA ALTA, PR 00692-9118 | 3/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 2503 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA | CASO | DEUDOR | N.º | MONTO |
|---|---|---|---|---|---|---|
| 467 | CARRERO OJEDA, FRANCISCO A<br>URB LLOS FLAMBOYANES<br>NO 52<br>AGUADA, PR 00602 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31001 | $ 55,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA | CASO | DEUDOR | N.º | MONTO |
|---|---|---|---|---|---|---|
| 468 | CARRERO RIVERA, ESTHER M<br>PO BOX 683<br>RINCON, PR 00677-0683 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 81334 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA | CASO | DEUDOR | N.º | MONTO |
|---|---|---|---|---|---|---|
| 469 | CARRERO ROMAN, FRANCES L.<br>PO BOX 458<br>AGUADA, PR 00607 | 6/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 76807 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA | CASO | DEUDOR | N.º | MONTO |
|---|---|---|---|---|---|---|
| 470 | CARRERO VALENTIN, JOSE E<br>85 CALLE MANUEL M. SAWAS<br>MAYAGUEZ, PR 00682 | 6/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46111 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA | CASO | DEUDOR | N.º | MONTO |
|---|---|---|---|---|---|---|
| 471 | CARRERO VALENTIN, JOSE ENRIQUE<br>85 CALLE MANUEL M. SAUEAS<br>MAYAGUEZ, PR 00682 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45973 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CARRERO RIVERA, ESTHER M | 81334 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CARRERO RIVERA, ESTHER M | 81334 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).