Esther Carrero
PO Box 683
Lincoln PR 00677

RECEIVED & FILED
2020 JAN 27 PM 5:28
CLERK'S OFFICE
U S DISTRICT COURT

7013 2250 0002 1292 2060

CERTIFIED MAIL

Secretaría
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JAN 23, 20
AMOUNT
$7.00
R2304E105991-10