13 de enero de 2020

Réplica a la Objección global

Demandante: Carmen Ruiz Martinez
Dirección: HC-07 Box 2424
Ponce, P.R. 00731
Teléfono - 787-436-7845
Correo - carivemar29@gmail.com

Epígrafe:
Tribunal de Distrito de los E.U.
Room 150 Federal Building,
San Juan, P.R. 00918-1767

Deudores:
Estado Libre Asociado de P.R.
17 BK - 3283 - LTS
Número de Reclamo - 101034

Motivos para oponerse a la Objección Global:

Por este medio me opongo a que se deje sin efecto la reclamación hecha para obtener justificación salarial al tiempo trabajado. Tengo dos casos pendientes de

RECEIVED & FILED
2020 JAN 27 PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

resolver donde los empleados públicos hemos sido afectados

1) Caso KAC-2001-0214, sobre las leyes del Salario Minimo en PR
Lic. Milagros Acevedo Colon
Condominio Colina Real
Avenida Felisa Rincon 2000
BOX 1705
San Juan, P.R. 00926
Tel. 787-422-7622-
Fax: 787-761-0058
maclegalic@gmail.com

Lic. Ivonne Gonzalez Morales
Colegiada # 5023 TSPR #3725
P.O. Box 9021828
San Juan, P.R. 00902-1828
Tel. 787-724-5323 - 410-0119
Fax - 787-200-5927
ivonnegm@prw.net

2) Caso KAC 2003-3604 (902) Ronellozo.
Relacionado a aumento en sueldo concedido pn Ejecutivo y no aplicado pn el ELA.
Lic. Maria A. Ortiz Rivera
269 Eleonor Roosvelt

3

San Juan, P.R
787-765-7828 Fax- 787-751-6758
mariaortiz.rivera@gmail.com.

Además solicito que se revise cualquier otra ley que haga justicia a los salarios de los empleados públicos.

Las cantidad, adeudadas aún no han sido de terminadas.

Atentamente,

Carmen Rivera Martinez
AC-01 Box 2424
Ponce, P.R 00731
787-436-7845

P.D. Someto ésta réplica en el día de hoy pues me fue imposible antes porque estoy refugiada debido a la Situación de Temblores que hay en nuestra región sur. Agradezco su comprensión.

Carmen Rivera Mntz