Secretaria
Tribunal de Distrito de E.U. Chardon
Room 150 Federal Building Ave.
San Juan, P.R. 00918-1767

Carmen Rivera Martin
HC 03 Box 24046
Ponce, P.R. 00731

RECEIVED & FILED
2020 JAN 27 PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.