10 de enero 2020

i. DATOS DEL CONTACTO

Nombre: Carlos J Cordero Rosa

Realizados por suscribiente Dirección:

Hc 6 Box 12404 San Sebastian Puerto Rico 00685

Teléfono: 787-636-3449

Correo Electrónico: carlosjcorderorosa@yahoo.com

ii. EPIGRAFE

Tribunal de Distrito de los Estados Unidos, San Juan, PR

Commonwealth of Puerto Rico ( Estado Libre Asociado de Puerto Rico)

Numero de caso: 17 BK 03283- LTS

Numero de procedimiento o reclamación: 46988

iii . MOTIVOS PARA OPONERSE A LA OBJECION GLOBAL

Someto ante su atención evidencias y documentos que justifican los reclamos, las bases de hecho y de derechos.

> Sobre pago de trienio: someto ante su atención se me conceda el aumento de sueldo por tres años de servicios satisfactorios ininterrumpidos (trienio).Del cual no se me ha concedido desde terminado el trienio en marzo 2011 y a su vez los consecuentes trienios hasta el presente.

Esto lo solicito bajo el amparo de la ley 184, del 3 de agosto del 2004, según enmendada, Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Llibre Asociado de Puerto Rico la cual

establece en su artículo 8 sección 8.3 inciso 3- Normas especificas sobre retribución.

Someto documento de solicitud de servicio de la Oficina de Recursos Humanos del Departamento de Recursos Naturales y Ambientales referente a la solicitud del trienio y numero de planteamiento del mismo, con fecha del 24 de octubre de 2014. Según mis cálculos ya que la agencia no se ha pronunciado sobre el particular, la deuda debe estar hasta diciembre 2019 en unos $12,240.00.

Someto copia carta sometida por personal del Departamento de Recursos Naturales y Ambientales del 10 de julio de 2013, solicitando el mismo.

A su vez se somete el que se reconozca y retribuya justamente al principio de merito mi puesto como Sargento del Departamento de Recursos Naturales y Ambientales ya que estoy ejerciendo esas funciones desde septiembre de 2004 y que personas que he supervisado ascendieron en el 2011, 7 años después de mi y le otorgaron el puesto de sargento con una retribución de $500.00 mayor a mi salario. Al momento el Departamento de Recursos Naturales no ha tomado la atención pertinente para otorgar el salario que corresponde al puesto en comparación a otros sargentos de igual antigüedad. Por lo que el Gobierno de Puerto Rico me adeuda por la diferencia en salario al puesto que ocupo de sargento la suma aproximada hasta diciembre de 2019 de unos $51,000.00

Esto lo reclamo según la constitución de Puerto Rico articulo 2 sección 16 derechos de los empleados a recibir igual paga por igual trabajo, ley número 16 del año 2017-ley de igualdad salarial de Puerto Rico y la Equal Pay Act de 1963.

Someto copia de solicitud de servicio sobre la escala de retribución y escala salarial de los sargentos de recursos naturales, de 25 de septiembre de 2014.

Someto copia de carta enviada a la Secretario de Recursos Naturales solicitando dicha retribución a mi puesto de sargento, con fecha del 24 de agosto de 2015

<u>Sobre el pago de media hora extra de la jornada regular de trabajo</u>: someto ante su atención se me otorgue el pago retroactivo por la cantidad no pagada del caso numero CA-03-061D-05-031del Departamento de Recursos Naturales y Servidores Publicos Unidos, caso que se originó en año 2003 y que el departamento comenzó a pagar desde 2010 y no así el retroactivo hasta el 2007 que fue el acuerdo a pagar esa media hora extra que se trabajaba. Por lo que el personal del Cuerpo de Vigilantes se le hizo el pago retroactivo de aproximadamente $7,000.00 y a este servidor aun no se la ha dado ese pago retroactivo.

Someto copia de la sentencia del caso numero KLRA200800189, del 25 de junio de 2008.

Someto copia de la carta del 7 de septiembre de 2011 , donde el Secretario Daniel Galan Kercado aclara sobre el pago retroactivo

<u>Sobre la Administración de Sistema de Retiro del Gobierno de Puerto Rico;someto ante su atención se certifique y garantice el dinero que aporte durante los años de servicio que comprende desde mayo de 1995 hasta junio de 2017, ya que esta agencia indica no me puede garantizar que ese dinero este disponible</u>

<u>Someto copia de un Estado de Cuenta Estimado que la Administración de los Sistemas de Retiro me entregó para la fecha del 11 de enero de 2020.</u>