Carlos J. Cordero Rosa
HC-6 Box 12404
San Sebastián, P.R. 00685





Secretaria (Clerk Office)
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

