## One Hundred and Tenth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBLE LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104956 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBA LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92983 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBU<br>URB LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94640 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBU LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91584 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | CINTRON ROSARIO, JOHNNY<br>HC -03 BOX 15455<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 95164 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors | | | | | |
| 6 | COLLAZO NIEVES, LYDIA E.<br>URB. SANTA MARIA<br>7144 DIVINA PROVIDENCIA<br>PONCE, PR 00717-1019 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80924 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | COLON MARTINEZ, ZULMA<br>HC-02 BOX 9998<br>JUANA DIAZ, PR 00795 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50530 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | COLON NEGRON, CARLOTA<br>CALLE 14<br>URB. LOMAS<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93720 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | COLON NEGRON, JOSEFINA<br>BO. AGUILITA<br>SECT. PENONCILLO<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97339 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | COLON NEGRON, JOSEFINA<br>SECTOR PERONCILLO APT. 963<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101398 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | COLON NEGRON, JOSEFINA<br>BARRIO AGUILILA<br>SECTOR PENONCILLO, APT. 963<br>JUANA DIAZ, PR 00795-0963 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101162 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | COLON NEGRON, JOSEFINA<br>BO. AGUILITA<br>SECT. PENONCILL.<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111044 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | COLON NEGRON, JOSEFINA<br>BARRIO AGUILITA<br>SECTOR PENONCILLO APT. 963<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104949 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | COLON NEGRON, ROSAEL<br>VILLA DEL CARMEN<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105240 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 15 | COLON NEGRON, ROSAEL<br>1424 SALIENTE VILLA DEL CARMEN<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105506 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | COLON NEGRON, ROSAEL<br>VILLA DEL CARMEN<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101160 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | COLON NEGRON, ROSAEL<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101171 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | COLON NEGRON, ROSAEL<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109839 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | COLON RIVERA, NILDA<br>HC-01 BOX 7208<br>VILLALBA, PR 00766-9856 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94278 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | COLON VAZQUEZ, NANCY R<br>URB. COUNTRY CLUB<br>CALLE DURBEC 963<br>SAN JUAN, PR 00924-3343 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108897 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | COTAY HAYS, NITZA<br>317 CALLE LOS OLIVOS<br>URB. CANAS HOUSING<br>PONCE, PR 00728 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35361 | $ 6,500.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 22 | CRUZ ESCUTE, CARMEN NITZA<br>CALLE BETANCES #76<br>CANOVANAS, PR 00729 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94723 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 23 | CRUZ SANTIAGO, NILDA<br>90-1 URB. JACAGUAX<br>JUANA DIAZ, PR 00795 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91026 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 24 | CUASCUT CORDERO, LEONARDA<br>101 A 19<br>DORADO, PR 00646 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101463 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 6,500.00* |