## One Hundred and Twelfth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GONZALEZ GONZALEZ, MARIA E.<br>APARTADO 608 BO. VACAS<br>VILLALBA, PR 00766 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90738 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | GONZALEZ GONZALEZ, MARIA E.<br>APARTADO 608<br>BO. VACA<br>VILLALBA, PR 00766 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56057 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | GONZALEZ SANTIAGO, MIGDALIA<br>HC 1 BOX 7849<br>VILLALBA, PR 00766 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88548 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | HARGROVE CORDERO, KATHERINE<br>3028 CALLE ESMERALDA<br>URB. LAGO HORIZONTE<br>COTTO LAUREL, PR 00780 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 107924 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | HARGROVE CORDERO, KATHERINE<br>URB. LAGO HORIZONTE<br>3028 CALLE ESMERALDA<br>COTTO LAUREL, PR 00780-2420 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 102206 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | HENRIQUEZ VELAZQUEZ, NIDZA CECILIA<br>4308 AVE.CONSTANCIA<br>URB. VILLA DEL CARMEN<br>PONCE, PR 00716 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67849 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Twelfth Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | HENRIQUEZ VELAZQUEZ, NIDZA CECILIA<br>4303 AVE.CONSTANCIA,URB.VILLA DEL CARMEN<br>PONCE, PR 00716 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90227 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 8 | HERNANDEZ JIRAU, ZAIDA<br>APARTADO 1234<br>LARES, PR 00669 | 3/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 1702 | $ 6,840.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | IRIZARRY RIVERA, GLORIA E.<br>APARTADO 2248<br>SAN GERMAN, PR 00683 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105735 | $ 15,600.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | IRIZARRY VALENTIN, CARMEN<br>JARDINES DE DORADO<br>B1 CALLE JAZMINES<br>DORADO, PR 00646 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90690 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | JIMENEZ GONZALEZ, CARMEN LEONOR<br>PO BOX 8553<br>PONCE, PR 00732-8553 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96198 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | JIMENEZ GONZALEZ, CARMEN LEONOR<br>PO BOX 8553<br>PONCE, PR 00732-8553 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97155 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | JIMENEZ GONZALEZ, CARMEN LEONOR<br>PO BOX 8553<br>PONCE, PR 00732-8553 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97711 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## One Hundred and Twelfth Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | LOPEZ AYALA, CARMEN ANA<br>LE CALLE MIMBRE<br>ARECIBO, PR 00612 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86074 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 15 | LOPEZ AYALA, IVETTE<br>PO BOX 143904<br>ARECIBO, PR 00614 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86370 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | LOPEZ CORTES, LUCERMINA<br>URB PASEOS DE JACARANDA<br>15505 CALLE MAGA<br>SANTA ISABEL, PR 00757-9627 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77973 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | LOPEZ OCASIO, ISMAEL<br>HC 2 BOX 4549<br>VILLALBA, PR 00766 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13262 | $ 13,800.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | LOPEZ PEREZ, MARITZA<br>J13-CAOBA QUINTAS DE DORADO<br>DORADO, PR 00646 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107235 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 36,240.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts