MARELYN GONZALEZ ROSADO
53 calle California # 53 Ponce P.R
marelyngonzalez@yahoo.com
1-787-557-0190

-MARELYN GONZALEZ ROSADO

CASO = 89966

-NOMBRE DEL TRIBUNAL:
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-NO.17BK 3283-LTS

**RECLAMO:**

El pago del Sistema de Retiro a los Empleados Gubernamentales del Estado libre Asociado de Puerto Rico en mi caso desde el año 1996 hasta el presente

**ASUNTO Importante:**

Sirva la presente para informar que en Ponce Puerto Rico mi lugar de residencia sufrimos una oleada de terremotos los cuales no han concluido y nos encontramos durmiendo fuera de nuestras residencias y me gustaría pudieran enviarme el listado de documentos requeridos. La municipalidad ha sufrido danos significativos afectando la oficina de recursos humanos lugar donde se encuentran los documentos requeridos en esta etapa. Solicito extensión de tiempo para someter documentos adicionales.

**Anejo documento de la oficina de retiro.**

*Marelyn Gonzalez Rosado*

Marelyn Gonzalez Rosado
CASO = 89966
marelyngonzalez@yahoo.com
787-557-0190

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GONZALEZ ROSADO, MARELYN | 89966 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GONZALEZ ROSADO, MARELYN | 89966 | 6/27/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 734 MMLID: 1842986 SVC: 120th Omni
GONZALEZ ROSADO, MARELYN
55 CALLE CALIFORNIA
PONCE, PR 00731



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### MARELYN GONZALEZ ROSADO (133268)

| | |
|---|---|
| Agencia: | **MUNICIPIO PONCE** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **30-JUL-1996** |
| Años en Servicio: | **19.08** |
| Sueldo Bruto: | **$2,588.00** |
| Sueldo Neto: | **$1,805.73** |
| Balance Aportaciones*: | **$36,916.18** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✓ Certificados de Deuda de préstamos
- ✓ Certificados de Préstamo Hipotecario
- ✓ Certificado de deuda para Ética Gubernamental
- ✓ Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940




DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

https://retiro.pr.gov/sel/App/informacion-general.aspx

10/2/2019

Marilyn Gonzalez Rosado
53 calle california
Ponce P.R. 00730

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

7019 0700 0002 2551 9523





U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JAN 25, 20
AMOUNT
$4.50
R2305K134126-05

RECEIVED & FILED
2020 JAN 27 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.