## One Hundred and Twenty-Third Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ROSS NIEVES, JOHANNA<br>P O BOX 1628<br>ISABELA, PR 00662 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29321 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | ROSS NIEVES, JOHANNA<br>PO BOX 1786<br>ISABELA, PR 00662 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27862 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | RUIZ TORRES, MARIBELLE<br>HC 4 BOX 8950<br>UTUADO, PR 00641-9525 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49365 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | SANTIAGO HERNANDEZ, ANGEL L.<br>11043 MONTE BELLO<br>VILLALBA, PR 00766-2357 | 6/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51157 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | SOTO CORCHADO, MARISOL<br>1631 CALLE JOSE CHEITO CORCHADO<br>ISABELA, PR 00662 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39654 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | TOLENTINO GARCIA, MAYRA IVETTE<br>448 ST NE 6 4EXT.<br>URB. COUNTRY CLUB<br>CAROLINA, PR 00982 | 4/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9174 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | TORRES RAMIREZ, LUISA M<br>HC2 BOX 7672<br>PENUELAS, PR 00624 | 6/19/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 62371 | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Twenty-Third Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 8 | TORRES RAMIREZ, LUISA M.<br>HC 2 BOX 7672<br>PENUELAS, PR 00624 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59023 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | TORRES SERRANO, SANDRA G.<br>URBMONTE BRISAS 5 EXT<br>5H24 CALLE 5<br>FAJARDO, PR 00738 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38417 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | TORRES VAZQUEZ, ELSA E.<br>1765 ANDROMEDA VENUS GARDENS<br>SAN JUAN, PR 00926 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 99065 | $ 75,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | VALLEJO MORENO, HECTOR F<br>URB VALLE DE ENSUENO<br>VALLE DEL SUR 605<br>GURABO, PR 00778 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41566 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | VAZQUEZ DIAZ, MILDRED<br>HC-50 BOX 22400<br>SAN LORENZO, PR 00754 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40207 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | VAZQUEZ REYES, KARIAM S<br>URB. ALTAGRACIA<br>CALLE RUISENOR 1N-3<br>TOA BAJA, PR 00949 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7401 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Twenty-Third Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | ZAIDA RAMOS CLEMENTE<br>VILLA CAROLINA<br>4115 CALLE 34<br>CAROLINA, PR 00985 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30990 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 75,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts