UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

              Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
PROMESA'S SECTIONS 4, 7, 301(C)(3), 304(H), DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATIVE ORDER ACYF-CB-PI-18-03, CHILD ABUSE PREVENTION AND TREATMENT ACT
(CAPTA), BANKRUPTCY CODE'S SECTIONS 362(B)(4), (D)(1) (DOCKET ENTRY NO. 9677)

        The Court has received and reviewed the *Motion for Relief from the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(c)(3), 304(h), Department of Health and Human Services Administrative Order ACYF-CB-PI-18-03, Child Abuse Prevention and Treatment Act (CAPTA), Bankruptcy Code's Sections 362(b)(4), (d)(1)* (Docket Entry No. 9677 in Case No. 17-3283, the "Motion"), filed by Centro de Orientación y Ayuda Psiquiátrica, Inc. ("Movant"), the *Response of the Commonwealth to Motion for Relief from the Automatic Stay Filed by Centro de Orientación y Ayuda Psiquiátrica, Inc.* (Docket Entry No. 10297), filed by the Commonwealth of Puerto Rico (the "Commonwealth"), and the *Motion to Inform Consent with the Commonwealth of Puerto Rico the Modification of the Automatic Stay to Allow the*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Continuance of Litigation at the Local Court Until Judgment, Request of Entry of Order and Request to Set Aside Hearing* (Docket Entry No. 10423), filed by Movant.

Movant and the Commonwealth are directed to promptly meet and confer and to file a joint proposed order that would resolve the Motion. In light of the apparent agreement between Movant and the Commonwealth, the hearing on the Motion is adjourned and the period referenced in 11 U.S.C. § 362(e)(1) is deemed waived pending resolution of the Motion.

SO ORDERED.

Dated: January 28, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge