UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING SECOND URGENT CONSENTED
MOTION FOR EXTENSION OF DEADLINES (DOCKET ENTRY NO. 10432)

      The Court has received and reviewed the *Second Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 10432 in Case No. 17-3283, the "Urgent Extension Motion"), filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority. The Urgent Extension Motion is granted to the extent provided herein. Opposition papers to *Consul-Tech Caribe Inc.'s Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 9845 in Case No. 17-3283, the "Motion") shall be filed by **February 12, 2020 at 5:00 p.m. (Atlantic Standard Time)**. Consul-Tech Caribe, Inc.'s reply papers shall be filed by

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**February 19, 2020 at 5:00 p.m. (Atlantic Standard Time)**. The Motion will be heard at the Omnibus Hearing scheduled for **March 4, 2020**.

This Order resolves Docket Entry No. 10432 in Case No. 17-3283.

SO ORDERED.

Dated: January 28, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge