**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE PUERTO RICO ELECTRIC POWER AUTHORITY REGARDING JANUARY 29-30, 2020 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of January 29-30, 2020 Omnibus Hearing* [ECF No. 10254], the Puerto Rico Electric Power Authority (PREPA) respectfully states as follows:

Joseph P. Davis III will be in attendance in San Juan to represent PREPA on (i) the status conference in connection with *Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims* [Case No. 17-3283, ECF No. 8789], and (ii) any other related matters.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Katiuska Bolanos will appear in San Juan as local counsel for PREPA but does not seek to be heard.

Dated: January 28, 2020
San Juan, PR

**GREENBERG TRAURIG, LLP**

*/s/ Joseph P. Davis III*
Joseph P. Davis III*
davisjo@GTLAW.com
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 279- 8403
* admitted *pro hac vice*

*Attorney for the Puerto Rico Electric Power Authority*

*/s/ Katiuska Bolanos*
Katiuska Bolaños
USDC-PR No. 231812
kbolanos@diazvaz.law

**DÍAZ & VÁZQUEZ LAW FIRM, PSC**
290 Jesús T. Piñero Ave.
Scotiabank Tower, Suite 11-E
San Juan, PR 00918
PO Box 11689
San Juan, PR 00922-1689
kbolanos@diazvaz.law
Tel. (787) 395-7133
Fax. (787) 497-9664

*Co-Attorney for Puerto Rico Electric Power Authority*