**From:** CourtDrive <receipts+Q17A1LUtMKCBLdWCsOfK@stripe.com>

**Sent:** Monday, July 1, 2019 11:41 PM

**To:** Alberto Estrella

**Subject:** Your receipt from CourtDrive #2282-3683



## Receipt from CourtDrive

Invoice #8BF0B14-0025

Receipt #2282-3683

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $188.00 | July 1, 2019 | MasterCard – 2197 |

**SUMMARY**

JUN 1, 2019 – JUL 1, 2019

| | |
|---|---|
| Integrations - 1000 (new) × 1752 | |
| First 1000 × 1000 | $0.00 |
| 1001 and above × 752 | $188.00 |
| **Amount paid** | **$188.00** |

If you have any questions, contact CourtDrive at support@courtdrive.com or call at +1 818-616-8050.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at CourtDrive, which partners with Stripe to provide invoicing and payments processing.