**From:** CourtDrive <receipts+Qt7AU5UtMRCBLdw0sO4K@stripe.com>
**Sent:** Thursday, August 1, 2019 11:43 PM
**To:** Alberto Estrella <agestrella@estrellallc.com>
**Subject:** Your receipt from CourtDrive #2970-5773



# Receipt from CourtDrive

Invoice #8BF0B14-0027
Receipt #2970-5773

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $270.75 | August 1, 2019 | MasterCard – 2197 |

**SUMMARY**

JUL 1, 2019 – AUG 1, 2019

Integrations - 1000 (new) × 2083

| | |
|---|---|
| First 1000 × 1000 | $0.00 |
| 1001 and above × 1083 | $270.75 |
| **Amount paid** | **$270.75** |

If you have any questions, contact CourtDrive at support@courtdrive.com or call at +1 818-616-8050.

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at CourtDrive, which partners with Stripe to provide invoicing and payments processing.