21 de enero de 2020

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors.

PROMESA
TITLE III

No. 17 BK 3283-LTS

(jointly Administered)

This Filing relates to the Commonwealth, HTA, and ERS

CLAIM# 48617

El motivo para unirme a la Objeción Global es, que el Gobierno de Puerto Rico utilizo mis aportaciones al sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Maribel Pizarro Castro
Calle 4 E-23
Urb. Rosa Maria
Carolina PR 00985
Teléfonos: 787-226-8206 / 787-226-8209
Correo electrónico: ross_marie_17@hotmail.com
rousyta_17@hotmail.com