Maribel Pizarro Castro
Calle 4 E-23
Urb. Rose marie
Carolina, Puerto Rico 00985



7019 1120 0000 2039 2298



FOREVER USA
Barn Swallow



1000

00918

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
JAN 25, 20
AMOUNT

$7.00

R2305K132999-27

Secretaría (clerk's Office)
Tribunal del Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED