24 de enero de 2020



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,
                Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

Claim # 92673

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

*[signature]*

Angel M. Nieves Rivera
Urb. Dorado del Mar
HH 4 Calle Pelícano
Dorado, Puerto Rico 00646
Teléfono: 787 319 6242