Angel M Nieves
Urb Dorado del Mar
HH4 Pelicano
Dorado PR 00646

RECEIVED & FILED
2020 JAN 28 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 27, 20
AMOUNT
$7.60
1000   00918   R2305H128939-37

HON LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS PARA DISTRITO DE PR
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767



CERTIFIED MAIL
7019 2970 0002 1037 1762