SRA. WILMA ORTIZ
P.O. BOX 5026
CAGUAS PR 00726



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 27, 20
AMOUNT

1000   00918   **$8.40**
R2305H128939-37

HON LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS PARA DISTRITO DE PR
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 JAN 28 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



CERTIFIED MAIL

7019 2280 0000 9071 9917