Re: Colón Torres, Yolanda

Celular: 787-930-0214

Dirección: HC-3 Box 15714
　　　　　　Coamo, Puerto Rico 00769

Núm. De Reclamación: __97765__

Fecha de Presentación: 26 de Junio de 2018

Deudor: Commonwealth of Puerto Rico

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Por este medio le estoy añadiendo a mi reclamación número __97765__ presentada el 26 de junio de 2018 lo siguiente:

1. Evidencia de que trabajé para el Departamento de Educación de Puerto Rico desde el año 1981 hasta mi retiro en el año 2013. (ver copia de carta adjunta).
2. El monto de dinero de mi reclamación es de $ __19,800.00__

Favor de enmendar mi reclamación con los cambios aqui indicados.

　　　　　　　　　　　　　　　　MUCHAS GRACIAS.

　　　　　　　　　　　　　　　　_[firma]_
　　　　　　　　　　　　　　　　YOLANDA COLON TORRES

　　　　　　　　　　　　　　　　FECHA 27 enero 2020