Ms. Yolanda [illegible] Perez
HC3 Box 15714
Coamo, P.R. 00769-9754

RECEIVED & FILED
2020 JAN 28 PM 5:30





U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
JAN 27, 20
AMOUNT
$4.55
R2303S103139-09

CERTIFIED MAIL
7018 0680 0000 9966 3917

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767