Re: Colón Torres, Yolanda

Celular: 787-930-0214

Dirección: HC-3 Box 15714
Coamo, Puerto Rico 00769

Núm. De Reclamación: 122917

Fecha de Presentación: 26 de Junio de 2018

Deudor: Commonwealth of Puerto Rico

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Por este medio le estoy añadiendo a mi reclamación número 122917 presentada el 26 de junio de 2018 lo siguiente:

1. Evidencia de que trabajé para el Departamento de Educación de Puerto Rico desde el año 1981 hasta mi retiro en el año 2013. (ver copia de carta adjunta).
2. El monto de dinero de mi reclamación es de $ 20,800.00

Favor de enmendar mi reclamación con los cambios aqui indicados.

MUCHAS GRACIAS.

*Yolanda Colón Torres*
YOLANDA COLON TORRES

FECHA 27 de enero de 2020