**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Torres, Yolanda | 122917 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00  20,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Torres, Yolanda | 122917 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000496



29 de agosto de 2013

DEPARTAMENTO DE EDUCACION  
Sección de Nombramientos y Cambios  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 643324  
Radicada en: 05 jun 2013

Atención: Sra. Matilde Pedraza

El(la) profesor(a) YOLANDA COLON TORRES con seguro social XXX-XX-3809 ha radicado una Solicitud de Retiro por la Ley 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X]Años de Servicio    [ ]Edad    [ ]Diferida    [ ]Suplementaria

Al 26 de julio de 2013, fecha de su última aportación recibida,  
[X]cualifica [ ]no cualifica para acogerse a la jubilación y tiene el siguiente tiempo:

  29 Años,   9 Meses,   2 Semanas,  3.86 Dias y su edad es 57 años.

Los pagos pendientes no están considerados en esta certificación.  Los mismos son:  
  [ ]Reconocimiento de Tiempo [ ]Diferencia en % por transf. recibida  
  [ ]Reembolso de Cuotas     [X]No aplica

Cualificará para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio, cualificará para una pensión al 1.8% del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen I. Ferra Tirado  
Principal Oficial Ejecutivo De Beneficios Y Servicios

C:   YOLANDA COLON TORRES                                      XXX-XX-3809  
     PO BOX 98  

     COAMO, PR 00769