Ms: Yolanda Colon Torres
HC 3 Box 15714
Coamo, P.R. 00769-9754






PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7018 0680 0000 9966 3924

U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
JAN 27, 20
AMOUNT
**$4.55**
R2303S103139-09

UNITED STATES
POSTAL SERVICE
1000        00918

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00 918-1767

SAN JUAN PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 JAN 28  PM 5:30
RECEIVED & FILED