José Hernández-Compres
Anexo 292, 50 CARR
Unit. 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, Ford. Luchetti
Edif. 5-C-18, Bayamón, PR 00961-7405

Clerk's Office
US District Court
Room 150 Federal Bldg.
San Juan, PR 00918-1767

CORRESPONDENCIA
LEGAL

RECEIVED & FILED
2019 SEP 16 PM 5:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CORRESPONDENCIA
LEGAL