CM/ECF LIVE - U.S. District Court for the District of Puerto Rico-Display Receipt    Page 1 of 1

Case:17-03283-LTS   Doc#:10512-2   Filed:01/28/20   Entered:01/29/20 14:46:55   Desc: Order DE #12 filed in 3:19-CV-1795 (JAG)   Page 1 of 1

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Judge Jay A. Garcia-Gregory (prd_jag@prd.uscourts.gov)
--Non Case Participants: Becky Agostini (becky_agostini@prd.uscourts.gov), Operations
Manager Mailbox (prd_opsmgr@prd.uscourts.gov)
--No Notice Sent:

Message-Id:<6849288@prd.uscourts.gov>
Subject:Activity in Case 3:19-cv-01795-JAG Hernandez-Compres v. Estado Libre Asociado
de Puerto Rico et al Order Referring Motion
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Puerto Rico**

### Notice of Electronic Filing

The following transaction was entered on 1/28/2020 at 5:31 PM AST and filed on 1/28/2020

**Case Name:**   Hernandez-Compres v. Estado Libre Asociado de Puerto Rico et al
**Case Number:**   [3:19-cv-01795-JAG](#)
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
**ORDER REFERRING MOTION. Pursuant to this Court's Order at Docket No. 11, Plaintiff's [7] Motion to Lift Stay and related Informative Motions at Docket Nos. [4]; [6] are hereby REFERRED to Judge Laura Taylor Swain, Bankruptcy Case No. 17-bk-03283 (LTS), for disposition. The Clerk of Court shall take notice. Signed by Judge Jay A. Garcia-Gregory on 1/28/2020. (JG)**


**3:19-cv-01795-JAG Notice has been electronically mailed to:**

**3:19-cv-01795-JAG Notice has been delivered by other means to:**

Jose L. Hernandez-Compres
Institucion 1072 5-C 206
Carretera 50 Unit 075
Industrial Luchetti
Bayamon, PR 00961