TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,<br>  Como representante de<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros,<br><br>              Deudores | PROMESA<br>Titilo III<br>Núm. 17 BK 3283-LTS<br>Administrada Conjuntamente<br><br>**Estado Libre Asociado de PR** |

**VISTA LA CENTÉSIMA DÉCIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO.**

*En este caso el Estado Libre Asociado de Puerto Rico es el deudor.*

Yo, Radames Cintrón Morales, me opongo a que se desestime mi reclamación número 97605 en esta objeción global porque entiendo que tengo derecho a que se me pague la misma. Yo fui empleado del Gobierno de Puerto Rico, específicamente de la Policía de Puerto Rico desde el 2 mayo de 1980 hasta mi retiro en 16 julio de 2008. Yo actualmente estoy recibiendo pago de retiro por ser elegible al retiro de la Policía de Puerto Rico.

Estoy reclamando beneficios bajo la Ley 89, Ley de Retribución Uniforme (popularmente conocida como el Romerazo) que fue firmada por el ex gobernador Carlos Romero Barceló el 12 de julio de 1979. La misma contemplaba una serie de beneficios entre ellos un aumento de sueldo de $100.00 mensuales para los empleados de la Policía de Puerto Rico. Este aumento fue adjudicado bajo la incumbencia del Gobernador Romero Barceló y cuando entró el próximo gobernador de Puerto Rico, Rafael Hernández Colón, fue descontinuado. Los sindicatos de la Policía iniciaron una demanda para que se reinstalara dicho aumento y la misma fue ganada en los Tribunales. Desafortunadamente en este momento no tengo documentación al respecto, pero incluso es públicamente conocido este hecho. La razón que dieron en aquel momento para no pagar la misma es que alegadamente la Policía de Puerto Rico no tenía los fondos disponibles para pagar dicha demanda.

Radames Cintrón Morales
154 Calle Guanajibo
Urb. Provincias de Rio
Coamo, PR 00769
787 718-8844
Rada1042@gmail.com

Anejos