

Estado Libre Asociado de Puerto Rico
## Policía de Puerto Rico

SASG-NRH-DNC-1-220

16 de mayo de 2008

Agte. Radamés Cintrón Morales
Placa Número 10424
C.I.C. de Ponce
P/C Superintendente Auxiliar
en Investigaciones Criminales

Estimado Agente Cintrón Morales:

Recibí su comunicación de 8 de enero de 2008, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio. Conforme a su decisión acepto la misma efectivo el 15 de julio de 2008.

No obstante, usted formó parte de un grupo de servidores públicos que con su esfuerzo y dedicación contribuyeron a mejorar la calidad de vida de Puerto Rico.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Aprovecho la oportunidad para expresarle nuestro agradecimiento por los servicios prestados a la Policía de Puerto Rico y desearle éxito en aquellas actividades que emprenda en el futuro.

Cordialmente,

Lcdo. Pedro A. Toledo Dávila
Superintendente

Ramón A. Ortega Rodríguez, C.P.A.
Superintendente Asociado

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, PO BOX 70166 SAN JUAN PR 00936-8166 - TEL. 787-793-1234

Demanda

*Devolver a la Unidad de Origen por que acompañe copia de las 2 recomendaciones de Ley 89 a las cuales hace referencia en su comunicación.*

PUERTO RICO
) RICO

L / AREA DE PONCE

Sra. Diana Couso Diaz, Directora
División Recursos Humanos

Agte. Radamés Cintrón Morales 10424
Agente Investigador / CIC Ponce

6 de marzo del 2003

### SOLICITUD REVISION DE SUELDO

Le solicito una revisión de sueldo toda vez que no he recibido el beneficio de la Ley 89 en los periodos comprendidos del 2 de mayo del 1990, hasta el 2 de mayo del 2000. En esos periodos fui recomendado favorablemente.

30 Abril 2003
TURNO 2,668

GOBIERNO DE PUERTO RICO
*POLICIA DE PUERTO RICO*
SUPERINTENDENCIA AUXILIAR EN INVESTIGACIONES CRIMINALES
CUERPO DE INVESTIGACIONES CRIMINALES
AREA DE PONCE

AP-2-2- 328

**SR. PABLO RODRIGUEZ GUZMAN**
Director
Negociado de Recursos Humanos

**INSP. JOSE E. ORTIZ MONTAÑEZ 4-2503**
Director, CIC Area de Ponce

22 de septiembre de 2000

*RECOMENDACION PARA AUMENTO DE SUELDO*
*POR AÑOS DE SERVICIO (LEY 89)*

Certifico que los servicios prestados por el ___Agte. Radamés Cintrón Morales___, placa núm. ___10424___ han sido:

/XXXX/    Satisfactorios

/____/    No Satisfactorios

De no ser satisfactorios favor de indicar el período de tiempo que cubren dichos servicios.

Hago constar que este agente no ha recibido los beneficios de la Ley 89, en los periódos del 2 de mayo de 1990 al 2 de mayo del 1995 y del 2 de mayo de 1995 al 2 de mayo del 2000.



## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

19 de septiembre de 2019

RADAMES CINTRON MORALES
PROVINCIAS DELRIO 1
154 CALLE GUANAJIBO
COAMO PR 00769

Estimado (a) señor (a) CINTRON:

Deseamos informarle que su solicitud de **REAJUSTE DE PENSION** ha sido aprobada efectiva el **16 DE JULIO DE 2008**. La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$2,108.79** mensuales y comenzará sus pagos en la **PRIMERA QUINCENA DE OCTUBRE DE 2019**. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Cordialmente,
Le extendemos el más sincero reconocimiento por su dedicación al servicio público.

Lcdo. Luis Collazo Rodríguez
Administrador

Maribel Martínez, Directora Auxiliar
Área de Servicios a Pensionados
JORTIZ01



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.722.0101 • www.retiro.pr.gov