R. Cintron Morales
154 Guanajibo St
Coamo PR 60769

SAN JUAN PR 009

27 JAN 2020 PM2 L

Clerks Office
US District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

2020 JAN 28 PM 5: 30

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.