# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Andrew Q. Chan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

     At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated:  January 29, 2020

Andrew Q. Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 29, 2020, by Andrew Q. Chan,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 9669 | Scotiabank de Puerto Rico<br>PO Box. 195568<br>San Juan, PR 00919-<br><br>Scotiabank de Puerto Rico<br>Attn: Roy Purcell<br>Vice President<br>290 Jesus T. Pinero Ave, 8th Floor<br>San Juan, Puerto Rico 00918<br><br>Scotiabank de Puerto Rico<br>C/O Wachtell, Lipton, Rosen & Katz<br>Attn: Richard G. Mason<br>51 West 52nd Street<br>New York, NY 10019 | The Bank of Nova Scotia<br>Attn: Luis Pablo Bautista<br>40 King St. W.<br>Toronto, ON M5HIHI Canada | January 15, 2020 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283                    Page 1 of 1