Genaro M. Cedeño Rodriguez

Villa Alegre C9 F17 Gurabo P.R. 00778

Bº Navarro Urb Gran Vista I Calle la Cima #104

Gurabo P.R. 00778

Policia DE P.R.

32 años De Servicio

Tel 787-942-7007

trombonista2512@yahoo.com

Claim 87568 No. 17 BK 3283-LTS

Titulo 3

*[signature: Genaro M Cedeño Rodriguez]*

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.