Genaro M. Osorio Roldon
Bº Navarro Urb Gran Vista I
Calle la Cima #104
Gurabo P.R. 00778

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN P.R.

Secretaria (clerk's office)
tribunal de Distrito de los
Estados Unidos Room 150 Chardon
avenue federal Building
San Juan, P.R. 00918-1767