miércoles, 22 de enero de 2020

A quien pueda interesar y/o Prime Clerk:

Réplica a la Objeción Global y evidencia para caso # 144890:

Jackeline González Castillo (S.S. xxx-xx-3359)

1. Datos del contacto: Jackeline González Castillo

   dirección física: Bo. Ceiba Baja Carr. 465 km. 1.3, Aguadilla P.R. 00603

   dirección postal: HC 03 BOX 34417, Aguadilla P.R. 00603

   teléfono: 787-347-0800 / 939-585-9289

   e-mail: jackeline2028@hotmail.com

2. Epígrafe: TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

   En el asunto de: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO
   Como representante de
   ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, deudores.

   PROMESA, Titulo III
   Núm.. 17 BK 3283-LTS
   (Administrada Conjuntamente)

   **La presente radicación guarda relación con el ELA y el SRE.**

   **NOTIFICACIÓN DE LA CENTÉSIMA VIGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE LE ALEGAN INTERESES SOBRE LA BASE DE LAS**

**REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS.**

3. Como parte de la Objeción Global se expondrá los motivos por la cual es necesario que atiendan a mi replica con relación a mi caso # 144890. Se adjunta evidencia de mi licencia de maestra en el Departamento de Educación de Puerto Rico. Pertenezco a dicha Agencia Gubernamental de P.R. desde octubre del 2011, pero la permanencia me fue dada en mayo 2016. Estoy actualmente activa como maestra regular en el Departamento de Educación y solicito que se me evalúe para todas aquellas leyes que me apliquen según los detalles de mi situación en particular. Apelo a que se me aplique la Ley 161, del 24 de diciembre del 2013, en la cual se brindo un aumento y cualifico para eso. Aproximadamente entiendo que tengo derecho a 5,000.00 como cantidad adeudada, pero ustedes dirán la última decisión.

4. Adjunto la documentación justificativa a mi caso.
    a. Licencias de maestra (2)
    b. Carta de evaluación cuando comencé en el DEPR (octubre 2011)
    c. Carta de otorgación de permanencia en el DEPR (mayo 2016)

Firma: _[signature]_