

Formulario: EM-2003 (Revisado 2004)

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACIÓN
### Hato Rey, Puerto Rico

### GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Nombre del maestro: Jackeline González Castillo     S.S. -3359

Categoría del puesto: Elemental 4-6 to. ( Transitorio Elegible )

Escuela: Carmen Borrás de Battestini      Distrito: Cabo Rojo

Materia(s): Ciencia - Español (5to.)      Grado: 4,5,6. to.

Período que comprende esta evaluación: Octubre 2011 - Mayo 2012

| Área | Puntuación Máxima | Puntuación Obtenida | % |
|---|---|---|---|
| A. Proceso de enseñanza aprendizaje. | 40 | 40 | 100% |
| B. Dominio del contenido de la materia | 25 | 25 | 100% |
| C. Evaluación del aprendizaje del estudiante | 40 | 40 | 100% |
| D. Organización y ambiente de la sala de clases | 40 | 40 | 100% |
| Totales | 145 | 145 | 100% |

Escala:
- ☐ 95 – 100%   (5) Ejecución profesional excelente
- ☐ 94 - 85%    (4) Ejecución profesional superior
- ☐ 84 - 70%    (3) Ejecución profesional promedio
- ☐ 69 - 60%    (2) Ejecución profesional bajo promedio
- ☐ 59 o menos  (1) Ejecución profesional deficiente

_Jackeline González Castillo_
Firma del maestro

DEPARTAMENTO DE EDUCACION
RECIBIDO
MAY 1 9 2016
TRANSACCIONES DE PERSONAL

Agnes A. Rodríguez Pagán
Nombre del director

_Agnes A. Rodríguez Pagán_
Firma del director

Fecha 16 de mayo de 2012



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Docente
*Teacher's Certificate*

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**JACKELINE GONZÁLEZ CASTILLO**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE EDUCACION EN LA NIÑEZ TEMPRANA: NIVEL ELEMENTAL PRIMARIO (K-3)
TEACHER OF EARLY CHILDHOOD EDUCATION- ELEMENTARY PRIMARY GRADES (K_3)

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido desde 15 de septiembre de 2019 hasta 15 de septiembre de 20 25
*Issued on September 15 2019 and valid until September 15 20 25*

Dado en San Juan de Puerto Rico, el 16 de septiembre de 20 19
*Given at San Juan, Puerto Rico on September 16 20 19*



Eligio Hernández Pérez
Secretario de Educación
*Secretary of Education*

Número de Certificado: 1066801
Certificate Number: 1066801



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Docente
*Teacher's Certificate*

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**JACKELINE GONZÁLEZ CASTILLO**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE NIVEL ELEMENTAL 4TO A 6TO
ELEMENTARY SCHOOL TEACHER-LEVEL 4TO-6TO

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido desde 15 de septiembre de 2019 hasta 15 de septiembre de 20 25
*Issued on September 15 2019 and valid until September 15 20 25*

Dado en San Juan de Puerto Rico, el 16 de septiembre de 20 19
*Given at San Juan, Puerto Rico on September 16 20 19*

Eligio Hernández Pérez
Secretario de Educación
*Secretary of Education*

Número de Certificado: 1066798
Certificate Number: 1066798

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

30 de mayo de 2016

| | | | |
|---|---|---|---|
| Nombre: | JACKELINE GONZALEZ CASTILLO | Fecha: | Martes, 7 de junio de 2016 |
| Dirección: | BO. CEIBA BAJA HC 03 BOX 34417 | | |
| Pueblo: | AGUADILLA, P.R. 00603 | | |
| Escuela: | HOMERO RIVERA SOLA | Hora: | 10:30 a.m. |
| Distrito: | AGUADILLA | | |
| Municipio: | AGUADILLA | Fecha de permanencia: | |
| Categoría: | MA. EDUC. NIVEL ELEMENTAL (4-6) | | Mayo 2016 |

Estimado(a) profesor(a):

Luego de haberse cotejado la **Propuesta de Organización Escolar 2016-2017** por el Director de la escuela que usted pertenece y haberse realizado una evaluación objetiva, se determinó que el puesto que usted ocupa ha sido declarado excedente.

De acuerdo a la Carta Circular #22-2015-2016, "Política Pública para la Reubicación, Traslado y Reclutamiento del Personal Docente de las Escuelas y los Institutos Tecnológicos del Departamento de Educación, Año Escolar 2015-2016 y Carta Circular # 28-2014 – 2015, enmienda a la Carta Circular #22-2014-2015, usted será reubicado por necesidad de servicio.

A tales efectos, se le cita a la fecha y hora arriba indicada en la Escuela Superior Vocacional Dr. Pedro Perea Fajardo, Carr #2, frente al Colegio de Mayagüez para presentarle los ofrecimientos disponibles y tomar la determinación.

Su asistencia es de carácter indelegable. De usted no poder asistir, deberá delegar por escrito en una persona de su entera confianza que le represente y pueda tomar decisiones; a esta, se le solicitará identificación con foto.

Cordialmente,

Norberto Valladares Crespo
Director Regional

---

Escuela a ser reubicado(a): _Ana M. Juarez_
Distrito: _Aguadilla_                    Municipio: _Aguadilla_
Firma del (la) maestro(a): _Jackeline González Castillo_   Fecha: _7/ junio/2016_

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

902-5957 / 3470800