Jackeline Gonzalez Castillo
HC 03 Box 34417
Aguadilla, P.R. 00603

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767