22 de enero de 2020

RECEIVED & FILED
2020 JAN 28 PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaría Federal del Distrito de los Estados Unidos
Distrito de Puerto Rico
Room 150 Federal Building
150 Cardon Avenue
San Juan, PR 00918-1767

Estimados señores,

Saludos cordiales para usted y todos los que laboran en dicha dependencia Federal.

Por la presente deseo notificarle que soy parte de los procedimientos radicados al Título III (PROMESA), número 17BK3283-LTS, y mi numero de reclamación es 59260 y 61672 los cuales aparecen en el anexo A Defectuoso.

Quisiera exponer que no pude contestar en o antes del 14 de enero de 2020 debido a que los libros donde aparecen estas reclamaciones como defectuosos los recibí tarde, o sea, después del 14 de enero de 2020.

En adición las situaciones que están ocurriendo en nuestra Isla con los temblores, el cierre de agencias públicas y el atraso en recibir los libros, documentos, obedecen a que no pudiera contestar a tiempo.

Espero tomen en consideración esta réplica y así darle contestación.

Queda de ustedes,

Héctor Ríos Guadarrama