Heitor Rios Cordero
HC-03 Box 13657
Yauco P.R. 00641

RECEIVED & FILED
2020 JAN 28 PM 5:29
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 006.30
0001925811 JAN 22 2020
MAILED FROM ZIP CODE 00611

Barn Swallow

CERTIFIED MAIL

7016 0910 0001 6430 6145

Secredaria Federal del Distrito de los
Estados Unidos
Distrito de Puerto Rico
Room 150 Federal Building
150 Cardon Avenue
San Juan P.R. 00918-1767