# Evidencia de Reclamación

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS A[RE OBJECTING]
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW [THAT YOUR]
CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR |
|---|---|---|---|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico |

**Reason:** Proof of claim purports to assert liabilities associated with the Com[monwealth of Puerto] Rico, but fails to provide any basis or supporting documentation for [the claim asserted] against the Commonwealth of Puerto Rico, such that the Debtors a[re unable to] determine whether claimant has a valid claim against the Common[wealth of Puerto Rico] or any of the other Title III debtors.

**SI SU RECLAMO ESTA INCLUIDO AQUÍ, UNO O MAS DE LOS DEUDORE[S OBJETAN]
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS IND[ICAN QUE SU]
RECLAMO ES DEFICIENTE.**

| NOMBRE | N° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MON[TO] REC[LAMADO] |
|---|---|---|---|---|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico | $0.0[0] |

**Base para:** La evidencia de reclamación tiene la intención de formular las respo[nsabilidades] asociadas con el Estado Libre Asociado de Puerto Rico, pero no prop[orciona ningún] fundamentos ni la documentación de respaldo para formular una re[clamación contra el] Estado Libre Asociado de Puerto Rico, de manera que los Deudores [no pueden] determinar si el reclamante tiene una reclamación válida contra el E[stado Libre Asociado] de Puerto Rico o cualquiera de los otros deudores en virtud del Títu[lo III].

Copies of the Omnibus Objection and all other filings in the Title III Cases are avail[able] at https://cases.primeclerk.com/puertorico. If you have questions, please contact P[rime Clerk] LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (fo[r international] callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish av[ailable]).

Copias de la Objeción global y todos los escritos radicados en el marco de las causas [de] Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/pue[rtorico. Si] tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-92[31 (llamada] gratuita para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde [el extranjero], disponible entre las 10:00 a.m. y las 17:00 p.m. (AST) (hablamos español).

Comprobante de Pensión del Sistema de Retiro de Maestros de Puerto Rico como evidencia de mi labor como maestro en el Departamento de Educación

[Pension stub from Gobierno de Puerto Rico, 982 - SISTEMA DE RETIRO MAESTRO-PENS, Fecha 09/13/2019, Aviso No. 3355437, marked NO-NEGOCIABLE. Recipient: MARVIN SANTIAGO PEREZ, VILLALBA PR. Details largely illegible.]