From: Marvin Santiago
HC-01 Box 7524
Villalba P.R. 00766

# Reclamación 75243



To: Secretaría (Clerk's office)
Tribunal de Distrito (Federal Building)
de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 JAN 28 PM 5:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.