# DECLARACIÓN JURADA

Yo, **IVELISSE PEREZ TALAVERA,** mayor de edad, soltera, ama de casa, vecina y residente de Moca, Puerto Rico, bajo juramento declaro que:

1. Que mi nombre y demás circunstancias personales son las anteriormente expuestas.

2. Que soy la demandante en los casos APE2016-0040, Tribunal de Primera Instancia, Sala de Aguadilla y caso KLCE201701083, Tribunal de Apelaciones.

3. Que por desconocimiento de la suscribiente no fueron entregados en el término correspondiente la Sentencia en el caso APE2016-0040 y la Resolución de Archivo Administrativo en el caso KLCE201701083.

4. Que la declarante desconocía que el término para la entrega de los mismos vencía en o antes del 14 de enero de 2020 y así mismo no sabía qué documentos había que someter ya que en el documento enviado a mi dirección postal no indicaba los documentos que fuera necesario entregar.

5. El Notario me advirtió de las consecuencias civiles que conlleva una declaración falsa y que la misma constituye la comisión del delito de perjurio, el cual está tipificado en el Código Penal de Puerto Rico.

Y PARA QUE ASI CONSTE firmo la presente en Aguadilla, Puerto Rico, hoy 27 de enero de 2020.

_____
DECLARANTE

Testimonio Núm. 3979

Jurada y suscrita ante mí por **IVELISSE PEREZ TALAVERA,** de las circunstancias personales antes expuestas y a quien conozco personalmente. En Aguadilla, Puerto Rico, hoy 27 de enero de 2020.

_____
NOTARIO PÚBLICO

