Irelisse P[...]
HC05 Box 10975
Moca P.R. 00676

CERTIFIED MAIL

7019 1640 0001 3387 9203

Secretaria
Tribunal Distrito de los E.U.
Room 150 Federal
Bilding San Juan P.R. 00918

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 28 PM 5:29

JAN 27 20
$6.55