William Castro Hernández
26 Calle Diego Deynes
Moca, P.R. 00676

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN 28 PM 5:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
27 JAN 2020 PM 2 L

George H.W. Bush
USA Forever

00918$9999