Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

Numero de reclamacion: Claim 35758   Relate 9550
 41030

Nombre: Anette Hernandez
Direccion Postal: HC 02 BOX 7643 Corozal PR
Direccion Residencial: Barrio Abras Car 821 Km 1.7 Corozal

Num. de contacto:
   Tel.            Cel. 787-209 3713
Correo electronico: Kianette3@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico
   **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

   1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
   2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
   3. Certificacion de empleo (Departamento de la Familia)
   4. Copia listado de Objecion Global- Anexo A
       (Donde se incluye informacion sobre la reclamacion)
   5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.