14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ANETTE HERNANDEZ RODRIGUEZ**　　　　　　　Seguro Social: XXX-XX-5669
HC 2 BOX 7663
COROZAL, PR 00783

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $46,446.85 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346309609

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

ANETTE HERNANDEZ RODRIGUEZ  
HC 2 BOX 7663  
COROZAL, PR 00783

Seguro Social: XXX-XX-5669

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:**  **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 31 de octubre de 1992**
**Fecha de Comienzo de Cotización: 31 de octubre de 1992**

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 21.00 |
| Aportaciones: | $28,435.63 |
| Intereses: | $7,290.44 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $35,726.07 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $9,920.20 |
| Intereses: | $800.58 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $10,720.78 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

14 -enero-2020.

Por este medio certifico haber solicitado la certificación de empleo al Depto. De la Familia para someter la Radicación de Réplica( Objeción ) de la Demanda de Promesa.Título III

Cordialmente

Anette Hernandez Rodriguez

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/16/2019<br>12/31/2019 | | Aviso #:<br>Fecha Aviso: | 5401673<br>12/30/2019 |
|---|---|---|---|---|---|---|---|
| ANETTE HERNANDEZ RODRIGUEZ<br>HC 2 BOX 7663<br>COROZAL, PR 00783<br>SS: | | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 127030-Bayamon<br>Toa Alta<br>Auxiliar Sist. Oficina II<br>$2,074.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0 | PR<br>Head of Household<br>1 + 5 |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,037.00 | 1,957.50 | | 24,888.00 | Fed FICA Med Hospital Ins / EE | 15.04 | 370.32 |
| Bono de Navidad | | 0.00 | | | 600.00 | Fed OASDI/Disability - EE | 64.29 | 1,583.42 |
| Tiempo Compensatorio-Regular | | 0.00 | | | 51.05 | PR Withholding | 3.84 | 95.73 |
| Total: | | 1,037.00 | 1,957.50 | | 25,539.05 | Total: | 83.17 | 2,049.47 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 88.15 | 2,115.60 | SI-Seg Incap. Obligatorio | 2.59 | 62.16 | SM-First Medical Health Plan | 180.00 | 2,160.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 138.31 | 3,305.04 | FSED Disability Plan | 34.74 | 855.57 |
| | | | SM-First Medical Health Plan | 79.25 | 1,869.00 | | | |
| | | | CO-COOP LA SAG FAMILIA | 30.00 | 720.00 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 5.22 | 125.28 | | | |
| | | | OS-SERV PUBLICOS 009 A | 15.56 | 373.44 | | | |
| | | | Ahorros-AEELA | 31.11 | 748.17 | | | |
| Total: | 88.15 | 2,115.60 | Total: | 302.04 | 7,203.09 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,037.00 | 0.00 | 83.17 | 390.19 | 563.64 |
| Acumulado: | 25,539.05 | 0.00 | 2,049.47 | 9,318.69 | 14,170.89 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5401673 | 563.64 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 563.64 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
12/30/2019

Aviso No.
5401673

**Cant. Deposito:** $563.64

A la
Cuenta(s) De

ANETTE HERNANDEZ RODRIGUEZ
HC 2 BOX 7663
COROZAL, PR 00783

Localizacion: Toa Alta

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXXX | 563.64 |
| Total: | | 563.64 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | | Aviso #: 5666972<br>Fecha Aviso: 01/15/2020 | |

| ANETTE HERNANDEZ RODRIGUEZ<br>HC 2 BOX 7663<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept: 127030-Bayamon<br>Lugar: Toa Alta<br>Titulo: Auxiliar Sist. Oficina II<br>Sueldo: $2,074.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Head of Household<br>Concesiones: 0 1 + 5<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,037.00 | 82.50 | 1,037.00 |
| **Total:** | | | **1,037.00** | **82.50** | **1,037.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.04 | 15.04 |
| Fed OASDI/Disability - EE | 64.29 | 64.29 |
| PR Withholding | 3.84 | 3.84 |
| **Total:** | **83.17** | **83.17** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 88.15 | 88.15 |
| **Total:** | **88.15** | **88.15** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.59 | 2.59 |
| AE-Asoc Emp ELA-Prest Regular | 138.31 | 138.31 |
| SM-First Medical Health Plan | 79.25 | 79.25 |
| CO-COOP LA SAG FAMILIA | 30.00 | 30.00 |
| AE-Seguro por Muerte Asoc ELA | 5.22 | 5.22 |
| OS-SERV PUBLICOS 009 A | 15.56 | 15.56 |
| Ahorros-AEELA | 31.11 | 31.11 |
| **Total:** | **302.04** | **302.04** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 34.74 | 34.74 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,037.00 | 0.00 | 83.17 | 390.19 | 563.64 |
| Acumulado: | 1,037.00 | 0.00 | 83.17 | 390.19 | 563.64 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666972 | 563.64 |
| **Total:** | **563.64** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/15/2020

Aviso No.
5666972

Cant. Deposito: $563.64

A la
Cuenta(s) De

ANETTE HERNANDEZ RODRIGUEZ
HC 2 BOX 7663
COROZAL, PR 00783

Localizacion: Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 563.64 |
| **Total:** | | **563.64** |

# NO-NEGOCIABLE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>**Apelantes**<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>**Apelados** | 2016 CA 001150<br><br>CASO NÚM. 2016-05-1340<br><br>RETRIBUCIÓN<br><br>Materia |

Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.

## RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016; y Moción suplementando solicitud de revisión ante la Comisión en pleno* radicada con fecha 10 de junio de 2016, todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER**.

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

Case:17-03283-LTS Doc#:10523-1 Filed:01/28/20 Entered:01/29/20 16:49:08 Desc:
Exhibit Page 8 of 8

MADELINE ACEVEDO CAMACHO Y OTROS (2,818)
2016-05-1340

ANEJO 1
PÁGINA 16 DE 44

| # | Nombre | Dirección |
|---|---|---|
| 975 | CARMEN I. GUILLAMA ORAMA | PO BOX 544; HATILLO PR 00659 |
| 976 | DAVID GULLON TORRES | CALLE A #29; BO. PALOMA; YAUCO, PR 00698 |
| 977 | ALBA I. GUTIERREZ FELIBERTI | URB. LA CUMBRE 515; CALLE KENEDY; SAN JUAN PR 00926 |
| 978 | THAMARA A. GUTIERREZ FERNANDEZ | PO BOX 370; GURABO PR 00778 |
| 979 | YAMIRA GUTIERREZ GARCIA | REPT. SAN JOSE CALLE 15; #0-13 SAN JUAN PR 00923 |
| 980 | INES M. GUTIERREZ GOMEZ | HC 02 11154; HUMACAO, PR 00791 |
| 981 | YASMIN GUTIERREZ MATOS | CALLE MORALES #85-A PDA. 20; SANTURCE, PR 00909 |
| 982 | JOSE L. GUTIERREZ OTERO | HC-71 BOX 16252; BAYAMON PR 00956 |
| 983 | ANGEL M. GUTIERREZ RODRIGUEZ | VILLA CAROLINA BLQ. 240; 17 CALLE 617; CAROLINA PR 00985 |
| 984 | ARNALDO GUZMAN CINTRON | CALLE REINITA 887; COUNGTRY CLUB; SAN JUAN PR 00924 |
| 985 | CARMEN M. GUZMAN COTTO | CALLE 27 2 L8 MIRADOR DE BAIROA; CAGUAS, PR 00725 |
| 986 | YOLANDA GUZMAN CRUZ | CH 01 BOX 6531; CANOVANAS, PR 00729 |
| 987 | CARMEN M. GUZMAN DE LEÓN | PO BOX 182; VEGA BAJA PR 00694 |
| 988 | NORA GUZMAN DE TORRELLA | CALLE INTERAMERICANA 257; UNIVERSITY GARDENS; SAN JUAN PR 00927 |
| 989 | VIRGILIO GUZMAN GORDIAN | URB. LOS CAOBOS C/; JAGUEY 150; PONCE PR 00716 |
| 990 | VILMA GUZMAN MEDRANO | CALLE 2 NE 1108; PUERTO NUEVO; SAN JUAN, PR 00920 |
| 991 | MARIA DE LOS A. GUZMAN OLIVO | CALLE 13 N 616 ALTURAS; RIO GRANDE PR 00745 |
| 992 | IVONNE A. GUZMAN PELLOT | C/ 19 #1276 URB. MONTECARLO; SAN JUAN PR 00924 |
| 993 | IVETTE GUZMAN PEREZ | PO BOX 544; BAYAMON, PR 00960 |
| 994 | BRENDA GUZMAN REYES | C/18 L-6 ALTURAS DE INTERAMERICANA; TRUJILLO ALTO PR 00976 |
| 995 | ELENA I. GUZMAN RODRIGUEZ | URB. LATURAS DEL ALBA 10308; CALLE AMANECER; VILLALBA, PR 00766 |
| 996 | HOWARD HATCHETT ORTIZ | 106 ISMAEL RIVERA; SAN JUAN, PR 00911 |
| 997 | VIRGEN HENRY MEDINA | PMB 164; 1505 AVE. MUÑOZ RIVERA; PONCE, PR 00717-0211 |
| 998 | VIRGINIO HEREDIA BONILLA | HC-02 BOX 7560; UTUADO PR 00641 |
| 999 | JESUS HERNANDEZ AGRONT | CALLE L. GUTIERREZ 451; L. MAESTROS; SAN JUAN PR 00 |
| 1000 | LISA HERNANDEZ ALICEA | HC-02 BOX 11164; HUMACAO, PR 00791-9602 |
| 1001 | JOHANNA HERNANDEZ ANDALUZ | VAN SCOY K-34 C/ 13; BAYAMON PR 00957 |
| 1002 | ZULMA I. HERNANDEZ AVILES | BOX 1114; VEGA ALTA PR 00692 |
| 1003 | DORA A. HERNANDEZ BULTRON | APARTADO 814; CAROLINA PR 00986; TEL. 939-645-8794 |
| 1004 | ALBA N. HERNANDEZ CANDELARIO | 7498 C/ PROGRES B-15; SABANA SECA PR 00752 |
| 1005 | ACELA HERNANDEZ COLON | CONDOMINIO LOMAS; DEL RIO GRANDE F-1204 BUZON 48; RIO GRANDE PR 00745 |
| 1006 | ANGEL L. HERNANDEZ CORTES | APARTADO 9521; COTTO STATION; ARECIBO PR |
| 1007 | JO-ANN HERNANDEZ CRUZ | PMB 282 PO BOX 6017; CAROLINA PR 00984 |
| 1008 | MARISOL HERNANDEZ DE JESÚS | URB. VALLE DE ENSUEÑO; 502 VALLE VERDE; GURABO PR 00778 |
| 1009 | MYRIAM HERNANDEZ DE LEÓN | HC-764 BQ. 6647; PATILLAS PR 00723 |
| 1010 | NORMA I. HERNANDEZ DE PÉREZ | PO BOX 831; OROCOVIS, PR 00720 |
| 1011 | MARGARITA HERNANDEZ DIAZ | URB. EL CORTIJO AB-2; CALLE 21; BAYMON PR 00959 |
| 1012 | WANDA I. HERNANDEZ FRAGOSO | HC-04 BOX 6327; YABUCOA PR 00767 |
| 1013 | ZAIDA HERNANDEZ GONZALEZ | BALEANES #505; PUERTO NUEVO SAN JUAN PR00920 |
| 1014 | GLENDALI HERNANDEZ GUADALUPE | CALLE 8 – J-3 URB. QUINTANS; DE TRUJILLO ALTO PR 00738 |
| 1015 | MILAGROS HERNANDEZ HERNANDEZ | CALLE 8 TERRAZA DE CUPEY K-L; TRUJILLO ALTO, PR 00976 |
| 1016 | ANTONIA HERNANDEZ HERRERA | C/L S-13 NUEVA VISTA; PONCE PR 00728 |
| 1017 | MARIA HERNANDEZ JIMENEZ | COND. TORRES DE ANDALUCIA; TRORRE II APTO. 1805; SAN JUAN PR 00926 |
| 1018 | MILAGROS HERNANDEZ LATIMER | RR 1 BOX 4066; CAROLINA, PR 00983 |
| 1019 | WANDA I. HERNANDEZ LOPEZ | C/ CASIMIRO DUCHESNE; #642 VILLA PRADES; RIO PIEDRAS, PR 00924 |
| 1020 | CARLOS A. HERNANDEZ MARTINEZ | BOX 270; SECTOR CAMBALACHE; MAYAGUEZ PR |
| 1021 | CARLOS I. HERNANDEZ MENDEZ | PO BOX 356; LOMAS VERDE, MOCA PR |
| 1022 | MARTA I. HERNANDEZ MIRANDA | PO BOX 1976; BO. HAYALAS DE COAMO |
| 1023 | NEYDA HERNANDEZ NORIEGA | HC-02 BOX 20536; AGUADILLA PR |
| 1024 | LUIS HERNANDEZ PAGAN | 7158 C/ VEGA 85; SABANA SECA PR 00952-4328; |
| 1025 | SHEILA HERNANDEZ PANTOJA | PO BOX 2101; BAYAMON PR 00960 |
| 1026 | AIDYVELISSE HERNANDEZ PIÑERO | URB. EXTENCION LAS MERCEDES; CALLE NAVO DD-26; LAS PIEDRAS PR |
| 1027 | HIRAM HERNANDEZ RESTO | HC-61 BOX 4266; TRUJILLO ALTO PR 00976 |
| 1028 | MARCELINO HERNANDEZ REYES | BO. LA LOMA HC-01; BOX 3652; BARRANQUITAS PR 00794 |
| 1029 | IRIS L. HERNANDEZ RIOS | 150 CALLE ANGEL SAVEDRA; SABANA GRANDE PR 00637 |
| 1030 | ANETTE HERNANDEZ RODRIGUEZ | HC-02 BOX 7663; COROZAL, PR 00783 |
| 1031 | MARIA E. HERNANDEZ RODRIGUEZ | HC-02 BOX 15452; CAROLINA PR 00985 |
| 1032 | MYRNA HERNANDEZ RODRIGUEZ | URB. FOREST HILLS #163 C/14; BAYAMON PR 00959 |
| 1033 | YOLANDA HERNANDEZ RODRIGUEZ | PO BOX 9300 COTTO ST.; ARECIBO, PR 00613; TEL. 787381-8776 |
| 1034 | ANGEL L. HERNANDEZ ROJAS | CALLE PETRONILA MATOS #1; CAMUY PR 00627 |
| 1035 | JANNET HERNANDEZ ROLDAN | BOX 98 J; SAINT JUST PR 00978 |
| 1036 | FELDINAD HERNANDEZ ROSA | PO BOX 2274; Guaynabo, PR |
| 1037 | YANITIA HERNANDEZ RUIZ | HC-2 BOX 8777; YABUCOA, PR 00676 |
| 1038 | LUZ C. HERNANDEZ SALGADO | PO BOX 9702; CAGUAS, PR 00726-9702 |
| 1039 | CARMEN A. HERNANDEZ SANTIAGO | C-02 BOX 14579; CAROLINA PR 00985 |