Anette Hernandez Rodrigo
HC 02 Box 7663
Corozal PR 00783





Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
150 Federal Building Ave. Carlos Chardon STE 150
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR