Radicacion de replica (Objecion)

PROMESA TITULO III **No.17 03283**

Numero de reclamacion: 395 claim 70866 Relate 9553

Nombre: Enrique Ortiz Carrero
Direccion Postal: HC 02 Boy 7663 Corozal PR. 00783
Direccion Residencial: Barrio Abras Can 821 K.1.7 Corozal PR.

Num. de contacto:
  Tel.
  Cel. 787 203 3335
Correo electronico: Kikecarrero1964@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico
  **Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro) not included msm
  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro) not included msm
  3. Certificacion de empleo (Departamento de la Familia) not included msm
  4. Copia listado de Objecion Global- Anexo A
    (Donde se incluye informacion sobre la reclamacion)
  5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED 2020 JAN 28 PM 5:30 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR