14 de enero de 2020

Por este medio certifico haber solicitado la certificación de empleo al Dept. de Educación

Para someter la Radicación de Réplica (Objeción) de la Demanda de Promesa. Titulo III.

Cordialmente,

Enrique Ortíz Carrero

Hearing Date: January 29, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: January 14, 2020 at 4:00PM (Atlantic Standard Time)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

### ONE HUNDRED AND THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

One Hundred and Third Omnibus Objection
Exhibit A - Deficient

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| ORTIZ BURGOS, SONIA N<br>CALLE NUEVA # 78<br>CIALES, PR 00638 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83249 | $ 79,676.40 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ BURGOS, ZULMA ZOE<br>URB LA VEGA CALLE C -90<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 74550 | $ 100,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CALDERON, JOSE B.<br>URBANIZACIÓN BOSQUE DE LOS PINOS<br>BOX 174<br>BAYAMON, PR 00956 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96849 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CALDERON, YASHIRA M<br>RESIDENCIAL CATAÑITO GARDENS<br>EDIF 4 APT D 10<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95629 | |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CARABALLO, GERARDO<br>N-16 11 ALTURAS DE YAUCO<br>YAUCO, PR 00698 | 6/20/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81475 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| ORTIZ CARRERO, ENRIQUE<br>HC 02 BOX 7663<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70866 | $ 40,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

395

| 080 Dépt. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/09/2019<br>12/20/2019 | Aviso #:<br>Fecha Aviso: | 5335478<br>12/30/2019 |
|---|---|---|---|---|---|
| **ENRIQUE ORTIZ CARRERO**<br>HC02 BOX 7663<br>ABRAS<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | :<br>8011023-Morovis Corozal<br>Emilio R. Delgado<br>DEPARTAMENTO DE EDUCACION<br>$3,538.17 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Head of Household<br>0  3 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,769.09 | 1,494.00 | 42,062.20 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| **Total:** | | | 1,769.09 | 1,494.00 | 42,766.37 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 25.65 | 620.11 |
| PR Withholding | 62.05 | 1,445.30 |
| **Total:** | 87.70 | 2,065.41 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 159.22 | 3,794.93 |
| **Total:** | 159.22 | 3,794.93 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 100.58 | 2,413.92 |
| SC-TRANS OCEANIC LIFE | 49.58 | 775.91 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| Ahorros-AEELA | 53.07 | 1,265.03 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 306.25 |
| **Total:** | 211.73 | 4,965.11 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,200.00 |
| FSED Disability Plan | 30.07 | 716.81 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,769.09 | 0.00 | 87.70 | 370.95 | 1,310.44 |
| Acumulado: | 42,766.37 | 0.00 | 2,065.41 | 8,760.04 | 31,940.92 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5335478 | 1,310.44 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | **Total:** | 1,310.44 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Dept. de Educacion - Maestros          Fecha                    Aviso No.
Avenida Teniente Cesar Gonzalez        12/30/2019               5335478
Esquina Calaf
HATO REY, PR 00919

**Cant. Deposito:** $1,310.44

A la
Cuenta(s) De

ENRIQUE ORTIZ CARRERO
HC02 BOX 7663
ABRAS
COROZAL, PR 00783
Localizacion: Emilio R. Delgado

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,310.44 |
| **Total:** | | 1,310.44 |

## NO-NEGOCIABLE

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/08/2020<br>01/22/2020 | | Aviso #:<br>Fecha Aviso: | 5588406<br>01/15/202 |
|---|---|---|---|---|---|---|
| ENRIQUE ORTIZ CARRERO<br>HC02 BOX 7663<br>ABRAS<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 8011023-Morovis Corozal<br>Emilio R. Delgado<br>DEPARTAMENTO DE EDUCACION<br>$3,538.17 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>0 | PR<br>Head of Household<br>3 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,769.09 | 66.00 | 1,769.09 |
| Total: | | | 1,769.09 | 66.00 | 1,769.09 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 25.65 | 25.6 |
| PR Withholding | 62.05 | 62.0 |
| Total: | 87.70 | 87.7 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 159.22 | 159.22 |
| Total: | 159.22 | 159.22 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 100.58 | 100.58 |
| SC-TRANS OCEANIC LIFE | 49.58 | 49.58 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 53.07 | 53.07 |
| Total: | 211.73 | 211.73 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 30.07 | 30.0 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NET |
|---|---|---|---|---|---|
| Corriente: | 1,769.09 | 0.00 | 87.70 | 370.95 | 1,310.44 |
| Acumulado: | 1,769.09 | 0.00 | 87.70 | 370.95 | 1,310.44 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5588406 | 1,310.44 |
|---|---|
| Total: | 1,310.44 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2020

Aviso No.
5588406

Cant. Deposito: $1,310.44

A la
Cuenta(s) De

ENRIQUE ORTIZ CARRERO
HC02 BOX 7663
ABRAS
COROZAL, PR 00783
Localizacion: Emilio R. Delgado

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,310.44 |
| Total: | | 1,310.44 |

# NO-NEGOCIABLE