Enrique Ortiz (...)
HC 02 Box 7665
Corozal PR. 00783

CERTIFIED MAIL
7019 0160 0000 7174 6072





U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
JAN 27, 20
AMOUNT
$7.60
R2303S101697-07

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos.
150 Federal Building Ave Carlos Chardon ste 150
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 28 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.