# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria Isabel Fonseca Torres**, con número de seguro social que termina en **5193**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de septiembre de 2015 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 1 sem., 3 días |
| Pensión mensual Inicial | $1,458.27 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **23 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

María Isabel [illegible]
Urb. LA Hacienda B-1 Calle A
Comerío P.R. 00782

Tribunal de Distrito de los E.U. (Secretaría)
Room 150 Federal Building
San Juan P.R. 00918-1767