

Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### CRUZ I DE JESUS MORALES (445736)

| | |
|---|---|
| Agencia: | **ADMINISTRAC DESARROLLO SOCIAL ECONOMICO** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-ENE-2009** |
| Años en Servicio: | **12.12** |
| Sueldo Bruto: | **$1,341.00** |
| Sueldo Neto: | **$814.72** |
| Balance Aportaciones*: | **$18,290.18** |
| Aportaciones Ley 106 **: | **$3,375.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500





**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

CRUZ DE JESUS MORALES　　　　　　　　　　　　　Seguro Social: XXX-XX-1311
HC-2 BOX 8624
YABUCOA, PR 00767

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 09 de mayo de 1971　　　　**Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 01 de enero de 2009
**Fecha de Comienzo de Cotización:** 01 de enero de 2009

| Ley Anterior al 30 de junio de 2013 | | | Ley 3 al 30 de junio de 2017 | | |
|---|---|---|---|---|---|
| Años Acreditados: | 4.06 | | Tiempo Trabajado: | 8.06 | |
| Aportaciones: | | $5,281.39 | Aportaciones: | | $11,401.18 |
| Intereses: | | $48.38 | Intereses: | | $1,559.23 |
| Gastos Teneduría: | | ($27.99) | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $5,329.77 | Total Aportaciones: | | $12,960.41 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ● PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 ● www.retiro.pr.gov