Luz I. de Jesús
HC 2 Box 7624
Yabucoa, PR 00767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 29 PM 4:35
RECEIVED & FILED

Secretaria (Clerk's Office)
Tribunal de Distrito de EU.
Room 150 Federal Building
San Juan, PR 00918-1767