NATALIA COLON AGOSTO
P O BOX 550
CANOVANAS PR 00729

7004 0750 0004 1298 5844



U.S. POSTAGE PAID
FCM LG ENV
CANOVANAS, PR
00729
JAN 28, 20
AMOUNT
$7.80
R2305H130630-03

1000    00918

HON. LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE P.R.
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 JAN 29 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR