Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 23810

Nombre: Samuel Huertas Mojica
Direccion Postal: RR-7 Box-16667 Toa Alta, P.R-00953
Direccion Residencial: C/ Begonia Núm. 359 Villas del Toa Toa Alta, P.R-00953

Num. de contacto:
Tel. (787) 603-8493  Cel. (787) 391-1451
Correo electronico: samuelhuertas495@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico
  Ver anejo 1 (Informacion del caso)

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A
   (Donde se incluye informacion sobre la reclamacion)
5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED 2020 JAN 29 PM 4:33 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

14 enero 2020.

A quien corresponda:

Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

Samuel Huertas Mojica

*[signature]*



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

22 de enero de 2020

## CERTIFICACION

Certifico que **Samuel Huertas Mójica**, seguro social **XXX-XX-8369** es empleado del Departamento de la Familia desde el **1 de junio de 1988**. Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Local Toa Baja.

Certifico la misma a petición del empleado.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

Edificio Paseo del Parque, Esq. Balances, Centro de Gobierno, Bayamón, PR 00960
Oficina Recursos Humanos, (787) 269-2222, Ext. 6474



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: SAMUEL HUERTAS MOJICA**  Seguro Social: XXX-XX-8369
RR7 BOX16667
TOA BAJA, PR 00953

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 28 |
| Balance de Aportaciones: | $61,461.42 |

Esta certificación fue emitida el 16 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011646424746

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

16 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

SAMUEL HUERTAS MOJICA
RR7 BOX16667
TOA BAJA, PR 00953

Seguro Social: XXX-XX-8369

A base de la información en nuestros registros, al 16 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 24 de agosto de 1964   **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1989
**Fecha de Comienzo de Cotización:** 01 de julio de 1989

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 24.00 |
| Aportaciones: | $37,364.45 |
| Intereses: | $9,239.41 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $46,603.86 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $13,760.17 |
| Intereses: | $1,097.39 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $14,857.56 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

2016 CA 001150

| | |
|---|---|
| **MADELINE ACEVEDO CAMACHO Y OTROS (2,818)**<br>**Apelantes**<br><br>v.<br><br>**DEPARTAMENTO DE LA FAMILIA Y ADMINISTRACIONES ADCRITAS: ADFAN, ASUME Y ACUDEN; ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL; ADMINISTRACIÓN DE INSTITUCIONES JUVENILES; Y OFICINA DE CAPACITACIÓN Y ASESORAMIENTO EN ASUNTOS LABORALES Y DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL ELA**<br>**Apelados** | **CASO NÚM. 2016-05-1340**<br><br>**RETRIBUCIÓN**<br>Materia |

**Panel integrado por las comisionadas asociadas Caldas Díaz, Lugo Somolinos y Maldonado Arrigoitía.**

### RESOLUCIÓN

La Comisión Apelativa del Servicio Público (Comisión) tuvo ante su consideración la solicitud de Apelación de epígrafe y acordó:

Examinada la *Moción en cumplimiento de orden y solicitando prórroga; Moción solicitando revisión ante la Comisión en pleno y se considere y resuelva moción del 31 de mayo de 2016;* y *Moción suplementando solicitud de revisión ante la Comisión en pleno radicada con fecha 10 de junio de 2016,* todas presentadas por la parte APELANTE el 31 de mayo de 2016, 10 de junio de 2016 y el 13 de junio de 2016, respectivamente, se dispone lo siguiente: **NADA QUE PROVEER.**

**POR LO TANTO**, a tenor con las facultades otorgadas en el Plan de Reorganización Núm. 2-2010 y conforme lo dispone el artículo II, secciones 2.1(d) y (e) del Reglamento Procesal de la Comisión, *supra*, la *Apelación*, presentada mediante su representación legal, Lcda. Ivonne González Morales, se tiene por no radicada.

A la *Moción solicitando se notifiquen documentos*, presentada por la parte APELANTE el 4 de octubre de 2016, **SE ACEPTA** a la Lcda. Milagros Acevedo Colón como representante legal de los APELANTES.

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
RESOLUCIÓN

Se apercibe a las partes de epígrafe que la parte adversamente afectada por una resolución u orden parcial o final podrá, dentro del término de 20 días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una *Moción de reconsideración* de la resolución u orden. La Comisión, dentro de los 15 días de haberse presentado dicha moción, deberá considerarla. Si la rechazare de plano o no actuare dentro de los 15 días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos 15 días, según sea el caso.

Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la Comisión resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los 90 días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración, pero deja de tomar alguna acción con relación a la moción dentro de los 90 días de esta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de 90 días, salvo que la Comisión por justa causa y dentro de esos 90 días, prorrogue el término para resolver por un período que no excederá de 30 días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de 30 días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A. sec. 2165.

**NOTIFÍQUESE Y ARCHÍVESE.**

2

MADELINE ACEVEDO CAMACHO Y OTROS (2818)
CASO NÚM. 2016-05-1340
**RESOLUCIÓN**

---

**ASÍ LO ACORDÓ LA COMISIÓN**, en San Juan, Puerto Rico, a 23 de noviembre de 2016.

**WANDA R. CALDAS DÍAZ**
Comisionada Asociada

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**RIXIE V. MALDONADO ARRIGOITÍA**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de noviembre de 2016, archivé en los autos de la Apelación el original de esta **Resolución** y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario de la Comisión



APELADOS:

**HON. IDALIA COLÓN RONDÓN**
SECRETARIA
DEPARTAMENTO DE LA FAMILIA
PO BOX 11398
SAN JUAN, PR 00910-2498

**HON. VANESSA J. PINTADO RODRÍGUEZ**
ADMINISTRADORA ADFAN
DEPARTAMENTO DE LA FAMILIA
PO BOX 194090
SAN JUAN, PR 00919-4090

**HON. MARTA ELSA FERNÁNDEZ PABELLÓN**
ADMINISTRADORA ADSEF
PO BOX 8000
SAN JUAN, PR 00910-0800

**HON. ROSABELLE PADÍN BATISTA**
ADMINISTRADORA ASUME
PO BOX 70376
SAN JUAN, PR 00936-8376

3

MADE... Case 17-03283-LTS Doc#:10533 Filed:01/29/20 Entered:01/30/20 09:00:32 Desc: Main
2016-05-1340 ACEVEDO-CAMACHO Y OTROS (2,818) Document Page 9 of 10

ANEJO
PÁGINA 17 DE ...

| # | Nombre | Dirección |
|---|---|---|
| 1040. | ADA L. HERNANDEZ SANTOS | CALLE 8 G 17; LOMAS DE TRUJILLO ALTO; TRUJILLO ALTO, PR 00976 |
| 1041. | CARMEN G. HERNANDEZ TORRES | C/535 BLOQ. 195 #5; VILLA CAROLINA, PR 00985 |
| 1042. | ISABEL HERNANDEZ TORRES | URB. LOS LIRIOS #80; CALLE ALELI ; JUNCOS PR 00777 |
| 1043. | JASMINE HERNANDEZ TORRES | 1300 C/ E 7 COND. PORTALES ; SAN JUAN F-147; SAN JUAN PR 00925 |
| 1044. | LILLIAM HERNANDEZ TORRES | URB. JARDINES DE GURABO; C/10 #207; GURABO PR 00778; |
| 1045. | MIGUEL HERNANDEZ TORRES | URB. SANTA ROSA 44-11; CALLE 23 ; BAYAMON, PR 00959 |
| 1046. | MERCEDES HERNANDEZ VALENTIN | PO BOX 75; GEORGE TOWN; TX 78627-0075 |
| 1047. | NYDIA B. HERRERA CORTES | URB. ATT. DE SAN PEDRO; C/ SAN CRISTOBAL P-20; NAGUABO PR 00738 |
| 1048. | JESUS M. HERRERA MALDONADO | LOS PINOS G-16; HUMACAO PR 00791 |
| 1049. | MIGUEL HIRALDO RAMON | NO PROVEYÓ DIRECCIÓN POSTAL |
| 1050. | ANA M. HOSI MARTE | COND TORRES II ANDALUCIA; APT. 110 ; SAN JUAN PR 00926 |
| 1051. | SAMUEL HUERTAS MOJICA | RR-01 BUZON 16667; BO. PIÑAS, TOA ALTA PR00953 |
| 1052. | VIRGINIA IBARRONDO RODRIGUEZ | URB. TURKEY C/ 1 #51; YAUCO PR 00698 |
| 1053. | SONIA I. ILDEFONSO RODRIGUEZ | APARTADO 347; PATILLAS PR 00723 |
| 1054. | NELLY E. IRIZARRY AVILEZ | PO BOX 1068; LAJAS, PR 00667 |
| 1055. | SONIA N. IRIZARRY CACERES | CALLE YAUREL 3025 URB. EXT.; MONTE SOL CABO ROJO 00623 |
| 1056. | LILLIAM IRRIZARRY GARCIA | URB. STA. TERESITA ; C/ SAN MARCOS; 5123 PONCE PR 00730 |
| 1057. | JUDITH IRRIZARRY GONZALEZ | URB. PUERTO NUEVO 311; C/ 19 NE SAN JUAN PR 00920 |
| 1058. | MARIANITA IRIZARRY OLAN | URB. ROYAL TOWN E-21; CALLE 12; BAYAMON , PR 00956 |
| 1059. | MARISELLY IRRIZARRY PEREZ | MONTE GRANDE 10; C/ SOL, CABO ROJO, PR 00623 |
| 1060. | IVELISSE IRRIZARRY ROBLES | HC- 645 BOX 6693; TRUJILLO ALTO PR 00976 |
| 1061. | NANCY IRRIZARRY TORRES | C/39 A-15 SANTA JUANITA; BAYAMON PR 00956 |
| 1062. | MARGARITA JACOBS RODRIGUEZ | URB. SANTA ROSA 51-2; CALLE 21; BAYAMON PR 00909 |
| 1063. | SERGIO A. JELÚ SOTO | COND. TORRE DEL ULAR; APART 70 C, AVE. ASHFORD 1477; SAN JUAN PR 00907 |
| 1064. | ELBA JIMENEZ DE SEDA | NO PROVEYÓ DIRECCIÓN POSTAL |
| 1065. | LISANDRA JIMENEZ ISAAC | C/ 67 BLOQ. 119 #31 ; VILLA CAROLINA, PR 00985 |
| 1066. | JANET JIMENEZ LOPEZ | HC-01 BOX 7345; TOA BAJA, PR 00949 |
| 1067. | VIRGEN M. JIMENEZ REYES | HC-01 BOX 29030; CAGUAS PR 00725 |
| 1068. | NAIDA M. JIMENEZ RIVERA | 727 C/ CONCEPCION VERA; MOCA PR 00676 |
| 1069. | MELIZZA A. JIMENEZ RUIZ | PO BOX 3181; RIO GRANDE PR 00745 |
| 1070. | JOSE A. JORGE CATALA | RR#3 BOX 4618; SAN JUAN, PR00926 |
| 1071. | JOSEFINA JORGE CATALA | RR#3 BOX 4618; SAN JUAN, PR00926 |
| 1072. | MAYRA E. JOVET ORTIZ | 1575 MUÑOZ RIVERA PMB 182; PONCE PR 00717 |
| 1073. | FERRY L. JUARBE CALVERNTI | PO BOX 1341; ARECIBO PR 00613 |
| 1074. | CARMEN G. JULIA LUGO | PO BOX 142215; ARECIBO PR 00612 |
| 1075. | MYRTA JULIA RIVERA | URB. SANTA MARIA ; CALLENAZARET #7835, ; PONCE, PR 00717 |
| 1076. | NELLY JUSINO MERETICHE | VILLA RETIRO N-1 C/13; SANTA ISABEL, PR 00757 |
| 1077. | AIDA E. KARMAN FERANNDEZ | CON. SANDIN HILLS; 15 C/ MIRAMONTE APT. 402; GUAYNABO PR 00966-2030 |
| 1078. | NITZA KERCADO LÓPEZ | PARQUE ECUESTRE B-83; CALLE 29 ; CAROLINA, PR 00987 |
| 1079. | SHEILA KERCADO MARTINEZ | RR H1 BOX 488; CAROLINA PR 00987 |
| 1080. | JULIO E. KERCADO RIVERA | NO PROVEYÓ DIRECCIÓN POSTAL |
| 1081. | ALBERTO LABOY MARRERO | CALLE RRUBIA BLOQ. 29 #26; VILLA ASTRUIAS; CAROLINA PR 00983 |
| 1082. | JOSE A. LABOY MORALES | PO BOX 541; NAGUABO PR 00718 |
| 1083. | ANGEL M. LABOY PABON | HC-1 BOX 6200; LAS PIEDRAS PR 00771 |
| 1084. | HERIBERTO LABOY REYES | HC-04 BOX 4425; HUMACAO PR 00777 |
| 1085. | LUZ N. LABOY RIVERA | URB. MENDEZ A-10; YABUCOA PR |
| 1086. | SONIA M. LABOY RODRIGUEZ | CALLE VERDE LUZ B-27; SAN ALFONSO; CAGUAS, PR 00725 |
| 1087. | NEREIDA LACEN MANSO | CALLE H URB. ALOMAR; LUQUILLO PR 00773 |
| 1088. | NITZA LAFUENTE RIVERA | C/ E #E-16 URB. JARDINES DE ARECIBO; ARECIBO PR 00612 |
| 1089. | GILBERTO A. LAGARES CHACON | URB. SAN FRANCISCO ; CALLE SAN MIGUEL #149; YAUCO, PR 00698 |
| 1090. | EVELYN LAGUNA SANTANA | LAS ROSALEDA EDFI 7; APTO. 69 ; GUAYNABO PR 00969 |
| 1091. | INES B. LAJARA GONZALEZ | URB. ALTAMESA ; AVE. SAN IGNACIO #1441; SAN JUAN PR 00921 |
| 1092. | LYDIA Y. LANZO CIRINO | HC-1 BOX 6215; LOIZA, PR 00772 |
| 1093. | MILDRED LARA MARSUAH | URB. FAIR VIEW C/5-B 25; SAN JUAN PR 00926 |
| 1094. | HENRY L. LARIOS COLON | PASEO CLARO 3214 3RA. SEC.; LEVITTOWN, PR 00949 |
| 1095. | LAURA LARRAGARTY MURIENTE | RIO HONDO II AM-30; CALLE RIO MAMEYES; BAYAMON PR 00961 |
| 1096. | IDALIA S. LASANTA DE RIVERA | PO BOX 189; NARANJITO PR 00719 |
| 1097. | CARMEN I. LASANTA MIRANDA | URB. TERRAZAS DE CUPEY E-12; C/ 3 TRUJILLO ALTO PR 00976 |
| 1098. | ANAIDA LASANTA ZAYAS | HC-4 BO 2357; BARRANQUITAS PR 00797 |
| 1099. | ORLANDO LASTRA ROSARIO | RR 1 BOX 13122; TOA ALTA PR 00953 |
| 1100. | LUZ C. LATIMER ANDINO | SABANA ABAJO SECT. PAJUIL P-34; CAROLINA PR 00983 |
| 1101. | JOSE A. LAUREANO LEBRON | C/ FLOR DE LOTO #6175; VILLA KENNEDY SS; TOA BAJA PR 00952; |
| 1102. | WILFREDO LAZA SANTIAGO | CALLE ZORZAL 23 ; PARCELAS CARMEN ; VEGA ALTA PR 00692 |
| 1103. | ALBERTO LAZÚ COLON | C/33 AN-29 TOA ALTA HEIGHTS; TOA ALTA PR 00953 |
| | ... E. LEBRON ANDINO | PO BOX 1731; YABUCOA PR 00767 |



Samuel Huertos
12-7 Bo# 16667
Ba Alta, P.R. 00953

RECEIVED & FILED
2020 JAN 29 PM 4:33
U.S. DISTRICT COURT
SAN JUAN, P.R.

7019 1640 0001 7203 6278

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918-1767