

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JAN 27, 20
AMOUNT
$7.60
R2304E105350-95



HON. LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE P.R.
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767



7019 2280 0000 9071 9924



EDUARDO VELEZ CRESPO
URB. CAPARRA HEIGTHS
1471 CALLE EDEN
SAN JUAN PR 00920

RECEIVED & FILED
2020 JAN 29 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.