24 de enero de 2020

In re:
The Financial Oversight and
Management Board For Puerto Rico,
 as representative of
The Commonwealth of Puerto Rico, et
al.,
            Debtors

Promesa
Title III

No. 17 BK 3283-LT;
(Jointly Administered)

This filing relates
to the
Commonwealth
HTA, and ERS

Claim # 14321

El motivo para unirme a la objeción general es, que el gobierno de Puerto Rico utilizó mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Wanda Ortiz Rivera
Mansiones de Santa Bárbara
Calle Coral Q-4, Gurabo
Puerto Rico 00778
Teléfono Celular (787) 922-4445
Correo Electrónico: wanda201353@gmail.com

P.D. Se aneja con éstos documentos Estado de Cuenta Estimado del Gobierno de Puerto Rico

RECEIVED & FILED
2020 JAN 29 PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR