Wanda O Peña

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _El gobierno de Puerto Rico, dispuso de nuestras aportacion del Sistema de Retiro_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _122,538.4_

*Wanda Ortiz Rivera*

*Número de Evidencia de Reclamación:*
*Reclamante:* 14321

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: OGPe Oficina de Gerencia de Permisos

3(b). Identifique las fechas de su empleo con relación a su reclamación: 15 de agosto de 1989 a 31 de diciembre 2016

3(c). Últimos cuatro dígitos de su número de seguro social: 5637

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   
   Descuento de aportaciones mensual del Sistema de Retiro

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☑ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. Oficina de Gerencia de Permisos

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: United States District Court

4(c). Número de caso: 17 BK 3283 - LTS

4(d). Título, epígrafe, o nombre del caso: Promesa Title III



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Oficina de Gerencia de Permisos

*14321*

ANEJO VI
CARTA Circular 129-16
Ley Núm. 211-2015
Rev: 1/2016

## PROGRAMA DE PRERETIRO VOLUNTARIO
### NOTIFICACIÓN DE APROBACIÓN

21 de septiembre de 2016

Wanda Ortiz Rivera
Abogada
Oficina de Asuntos Legales

Estimado señor(a) Ortiz Rivera:

Por este medio se le notifica que:

1. La OGP ha autorizado que nuestra agencia se acoja al Programa de Preretiro Voluntario dispuesto en la Ley Núm. 211-2015. El Plan Patronal para el Preretiro contempla el puesto que usted ocupa. Usted suscribió irrevocablemente el Formulario de Elección para la Participación en el Programa de Preretiro, conforme a lo cual se le informa que la fecha de efectividad de su ingreso al mismo será el: **1 de enero de 2017**.

2. De acuerdo al Art. 10 de la Ley Núm. 211-2015, la agencia está ( ) reservándose o no está (X) reservándose el derecho de retener su puesto por _____ meses.

Agradecemos los años de servicios brindados a nuestra agencia y le deseamos éxito en esta nueva etapa de su vida.

_____
Alberto Lastra Power
Director

Centro Gubernamental Roberto Sánchez Vilella
Edif. Norte, Piso 13
Ave. De Diego, Pda. 22
Santurce, PR 00940
787-721-8282



Oficina de Gerencia de Permisos



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

*14321*

## ESTADO DE CUENTA ESTIMADO

14 de noviembre de 2019

Agencia: 428 - OFICINA DE GERENCIA DE PERMISOS

WANDA ORTIZ RIVERA
MANSIONES DE SANTA BARBARA
CALLE CORAL A-4
GURABO, PR 00778

Seguro Social: XXX-XX-5637

A base de la información en nuestros registros, al 14 de noviembre de 2019 usted posee:

Fecha de Nacimiento: 16 de mayo de 1959  Género: Femenino
Fecha de Ingreso al Servicio Público: 14 de agosto de 1981
Fecha de Comienzo de Cotización: 14 de agosto de 1981

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 23.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | .67 |
| | | Aportaciones: | 23,232.72 | Aportaciones: | 3,921.60 |
| | | Intereses: | 1,867.76 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 93,516.32 | Total Aportaciones: | 25,100.48 | Total Aportaciones: | 3,921.60 |
| Beneficio: | 1,623.49 | Beneficio: | 145.61 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

*(1-julio-2017)*

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov

*14321*

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 848 | ORTIZ RIVERA, CALIXTA<br>HC 2 BOX 14013<br>CAROLINA, PR 00987-9747 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32922 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 849 | ORTIZ RIVERA, EDWIN<br>PO BOX 305<br>COAMO, PR 00769 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33981 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 850 | ORTIZ RIVERA, LIZET<br>PO BOX 10007 SUITE 339<br>GUAYAMA, PR 00785 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38529 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 851 | ORTIZ RIVERA, WANDA<br>MANSIONES DE SANTA BARBARA<br>CALLE CORAL A4<br>GURABO, PR 00778 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14321 | $ 120,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 852 | ORTIZ RIVERA, WILMA<br>P.O. BOX 5026<br>CAGUAS, PR 00726-5026 | 5/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28763 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 853 | ORTIZ RIVERA, YARITZA<br>VILLA UNIVERSITARIA<br>S 25 CALLE 26<br>HUMACAO, PR 00791 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50648 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

---

\* Indica que la reclamación contiene montos por liquidar o indeterminados



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

**WANDA ORTIZ RIVERA (278678)**

| | |
|---|---|
| Agencia: | OFICINA DE GERENCIA DE PERMISOS |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 14-AGO-1981 |
| Años en Servicio: | 27.5 |
| Sueldo Bruto: | $4,702.00 |
| Sueldo Neto: | $2,613.96 |
| Balance Aportaciones*: | $118,616.80 |
| Aportaciones Ley 106 **: | $3,921.00 |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

✓ Certificados de Deuda de préstamos
✓ Certificados de Préstamo Hipotecario
✓ Certificado de deuda para Ética Gubernamental
✓ Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940



*14321*



# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: WANDA ORTIZ RIVERA**  
MANSIONES DE SANTA BARBARA  
CALLE CORAL  A-4  
GURABO, PR 00778

Seguro Social: XXX-XX-5637

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | OFICINA DE GERENCIA DE PERMISOS |
| Años de Servicio: | 27.5 |
| Balance de Aportaciones: | $118,616.80 |

Esta certificación fue emitida el 27 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020012746682035

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov