Wanda Ortiz Rivera
Manantiales de Santa Barbara
Calle Coral A-4, Gurabo
Puerto Rico 00778

RETURN RECEIPT REQUESTED

RECEIVED
2020 JAN 29 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Hon. Laura Taylor Swain
Secretaria
Tribunal de Distrito de PR
Para el Distrito de Puerto Rico
150 Carlos Chardon Street
Federal Building
San Juan, Puerto Rico 00918-1765




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JAN 28, 20
AMOUNT
$7.80
R2304M114409-19