28 de enero de 2020

Secretaria (Clark's Officce)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan(Puerto Rico) 00918-1767

Mercedes Ruiz Quintana

Hc-3 Box 13149

San Sebastián, P.R. 00685

Teléfono: (939) 279-8458

Email: ruizmercedes0028@gmail.com

**Asunto:** Apelación al *Tribunal el cual no debe declarar objeción a este reclamo número de querella: 03283 y 03566 sometidas 5/22/2018, Commonwealth of Puerto Rico.*

    Por este medio deseo solicitar que se me realice el ajuste salarial que corresponde al Puesto de Técnico de Asistencia Social y Familiar I a III del Departamento de la Familia de Puerto Rico presentando las debidas evidencias que corresponden a la reclasificación de Puesto y ajuste salarial. El día 4 de septiembre de 2008 me nombraron como Técnica I de Asistencia Social y Familiar Departamento de la Familia Región de Aguadilla con un salario de 1,041 con una convocatoria tipificando que a Técnico de Asistencia Social con un año de servicio sería reclasificada a TASF II con aumento salarial, llevo 11 años con un sueldo actual de 1,341 cumpliendo con orden ejecutiva OE-2017-026 aumento salarial escalonado solo se implementó año 2017. En los años 2018, 2019 y al presente no se ha ejecutado la misma. No han cumplido con la reclasificación correspondiente ya que somos técnico con requisito mínimo de bachillerato realizo funciones completas de técnico III. Recursos humanos de la administración en mención nos indicó que bajo la ley 66-2014 impide aumento de sueldo mientras la ley este en vigencia violando la misma dando aumentos a policía, maestros, bomberos, corrección y Departamento Familia  división ADFAN y SECRETARIADO excluyendo ADSEF y por último pasando por alto la Carta de derecho constitución artículo II sección 16 (igual paga por igual trabajo) Entiendo que es ilegal el no ajustar el salario como dice la Anejo junto a esta declaración evidencia del mismo, el cual demuestra mi reclamo del retroactivo y ajuste salarial al puesto que ocupo actualmente en la agencia.