DEFAM-27
Rev. 03/08

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
División de Nombramientos y Cambios

☐ Secretariado
☒ Administración ADSEF

☐ A
☒ B
☐ Excluido

## NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO DE EMPLEADOS(AS) REGULARES, PROBATORIOS Y DE CONFIANZA
(Ver instrucciones al dorso)

Número y Fecha de la Certificación
2008-164 del 29/08/2008

1. Nombre del(de la) Empleado(a):
   Ruiz (Apellido Paterno)   Quintana (Apellido Materno)   Mercedes (Nombre)

2. Dirección Física o Postal del(de la) Empleado(a):
   HC 06 Box 13149
   San Sebastián, PR 00685

3. Oficina, Programa o División:
   Región Aguadilla - Aguadilla I - ADSEF

4. Núm. Puesto: 2616
5. Núm. Clase: G-205
6. Núm. Escala: 8

7. Número Seguro Social:

8. Título de la Clasificación del Puesto:
   Técnico Asistencia Social y Familiar I

9. Clase de Nombramiento:
   ☐ Regular   ☒ Probatorio
   ☐ Confianza
   (Indique disposición legal que incluye el puesto en el servicio de confianza)

10. Sueldo Mensual $1,071.00
    Diferencial $_____
    Total $1,071.00

11. Fecha Efectividad Nombramiento: 4 de septiembre de 2008
12. Fecha Expiración Periodo Probatorio:
13. Anterior Incumbente:

14. Número y Fecha de Hoja de Evaluación de Costos y Disponibilidad de Fondos:

15. CIFRA DE CUENTA

| Cuenta | Fondo | Organización | Programa | Asignación | Año Pres. | GRANT |
|--------|-------|--------------|----------|------------|-----------|-------|
|        |       |              |          |            |           |       |

Deducciones:   Retiro   %   Asociación   %

16. Firma de la Autoridad Nominadora o su Representante Autorizado:
    Ada N. Pérez Cajigas         Directora Regional         4 de septiembre de 2008
    Firma                         Título                     Fecha

### 17. JURAMENTO DE FIDELIDAD Y TOMA DE POSESION DEL CARGO O EMPLEO

Yo, Mercedes Ruiz Quintana, soltera, y 28, Tec. Asistencia Social y Fam I
(Nombre del(de la) Funcionario(a) o Empleado(a))  (Status Civil)  (Mayor o Menor de Edad)  (Título de Clasificación)

y vecino(a) de San Sebastián (Pueblo) juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos, y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

_[firma]_                                          4 de septiembre de 2008
Firma del(de la) Funcionario(a) o Empleado(a)      Fecha

AFFIDÁVIT Núm. 10,615

Suscrito y jurado ante mí por Mercedes Ruiz Quintana de las circunstancias antes expresadas a quien
                               (Nombre del(de la) Funcionario(a) o Empleado(a))

doy fe de conocer personalmente o de haber identificado mediante Lic. Conducir, 4594232, en
                                                                  (Tipo de Identificación)  (Núm. de Identificación)

Aguadilla, Puerto Rico, hoy 4 de septiembre de 2008
(Pueblo)                    (Día) (Mes)            (Año)

Lic. Rafael G. _____
Firma y Sello del Abogado Notario que tomó el Juramento
Aguadilla, P.R. 00605

PUERTO RICO

PERIODO DE RETENCIÓN: Original – Expediente
Seis (6) años luego que el(la) empleado(a) se desvincule del servicio

13 de Septiembre de 2011

A: Sra. Yanitzia Irizarry
Secretaria
Departamento de la Familia

Sra. Lynnette Ramos Borges
Directora Recursos Humanos
ADSEF

Sr. José Sánchez Borges
Director Oficina de Clasificación y Retribución

De: *(firma)*
Mercedes Ruiz Quintana

Asunto: Solicitud de Reclasificación

*RECEIVED SEP 30 2011*

Desde el año 2008 ocupo un puesto de TASF I. Con el pasar del tiempo mis tareas se han tornado más complejas por evolución.

De acuerdo con las disposiciones de la Ley Num. 184 del 3 de agosto de 2004, según enmendada, al Convenio Colectivo y a la terminación de la Ley Num. 7, y todo lo que esto conlleva, solicito, muy respetuosamente, que mi puesto sea reclasificado a TASF II.

Además, solicito se me notifique por escrito su determinación en un término de 15 días laborables a partir del recibo de esta petición.

Gracias por su atención a este asunto.

Nombre **Mercedes Ruiz Quintana**

Puesto **TASF I**

Oficina **Aguadilla I**

Administración **ADSEF**

Dirección Postal **HC 6 Box 13149, San Sebastian, PR 00685**

Teléfono **787-381-2625**

26 de septiembre de 2011

RECEIVED
SEP 3 0 2011

Yo, _Luis M_____, recibí carta de solicitud de reclasificación de Mercedes Ruiz Qintana y la misma se tramitara a la oficina de nivel central del Departamento de la Familia.

_____
Firma

30-sept-201.
fecha