U.S. POSTAGE PAID
FCM LETTER
SAN SEBASTIAN, PR
00685
JAN 28, 20
AMOUNT
**$6.95**
R2304M110000-9

Mercedes Ruiz Quintana
HC 6 Box 13149 San Sebastian
P.R. 00685

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 29 PM 4:34

CERTIFIED MAIL

7018 0680 0001 5914 7913