Edmée Añeel Nieto

P.O. Box 518

Añasco, P.R.
00610

CERTIFIED MAIL

Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico

00918-1767

28 JAN '20
FM I L

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
JAN 28, 20
AMOUNT
$6.95
R2305K136205-01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2020 JAN 29 PM 4:30
RECEIVED & FILED

00918835999