Pantoja González, Luz M.
HC-1 Box 2371
Morovis, Puerto Rico 00687
Tel. (787) 930-1907
Correo electrónico: lpantoja9969@yahoo.com
marien.amezaga@gmail.com

Caso: 17 BK 03283-LTS
# reclamación: 119032
Monto reclamación: $30,000.00

Asunto: Objeción Global al Estado Libre Asociado de Puerto Rico, núm. de procedimiento 17 BK 3283 - LTS.

A: - Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building San Juan (Puerto Rico) 00918-1767

- Abogado de Junta de Supervisión
(Counsel for the Oversight Board)
Proskauer Rose LLP Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock, Brian S. Rosen

- Abogado del Comité de Acreedores
(Counsel for the Creditor's Committee)
Paul Hastings LLP 200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins, James Bliss
James Wathington, G. Alexander Bongartz

RECEIVED & FILED
2020 JAN 29 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Estimados señores:

Con relación a mi reclamación radicada el 06/29/2018, núm. de caso 17 BK 03283-LTS hacia el Estado Libre Asociado de Puerto Rico, núm. de reclamación 119032 con un monto de reclamación alegada Indeterminada, solicito su atención con respecto a los motivos por los que el Tribunal no debe declarar ha lugar la Objeción Global en relación a mi reclamo en cuanto a:

Mis servicios como maestra de Español Secundario desde enero de 1980 hasta febrero de 2010 en el Departamento de Educación de Puerto Rico. Durante estos años se enmendaron las siguientes leyes y de ninguna manera recibí los beneficios que proporcionaban:

A. Ley 89 del 12 de julio de 1979 – Ley de Retribución Uniforme bajo la administración del Hon. Gobernador de Puerto Rico Carlos Romero Barceló.

B. Reglamento de la Carrera Magisterial que deroga el Reglamento #6068 del 28 diciembre de 1999, según enmendado.

C. Ley 96 del 1ro. de julio de 2002 – Aumento de Sueldo Empleados Estatales de Puerto Rico bajo la administración de la Hon. Gobernadora Sila María Calderón Serra.

Lo antes expuesto va dirigido al Deudor Commonwealth de Puerto Rico con la intención de formular responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico del Título III, Promesa.

Con todos los derechos que me amparan ante el Tribunal de Justicia de Puerto Rico y Estados Unidos dejo ante su consideración mi compensación en cuanto a estas Leyes y Reglamento con la cantidad de $30,000.00
(Treinta mil dólares)

Atentamente,
Luz M. Pantoja González
(Luz M. Pantoja González)