U.S. POSTAGE PAID
FCM LETTER
MOROVIS, PR
00687
JAN 28, 20
AMOUNT
$6.40
R2305K134376

7018 2290 0000 3474 1385

CERTIFIED MAIL

Luz M. Pantoja González
HC-1 Box 2371
Morovis, P.R. 00687

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1741

RECEIVED & FILED
2020 JAN 29 PM 4:34
CLERK'S OFFICE
U.S. DIST. COURT
S.J. P.R.