De: Carmen L Ruiz Rebón
Po Box 677
Añasco, P.R. 00610

Secretaria (Clerk's Office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767