Nombre: Fernando L. Levante López

Dirección: Urb. Perla del Sur 4811 Calle Candido Hoyo, Ponce, P.R. 00717 (Dirección física y postal)

Núm. teléfono: 787-316-2223

Epígrafe:

Nombre del tribunal: Tribunal de Distrito de Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918
Tel. 787-772-3000

Nombre del deudor: ESTADO LIBRE ASOCIADO DE PUERTO RICO

Número de Procedimiento: 17 BK 3283-LTS

Título de la objeción global: centésima vigésima octava objeción global

Número evidencia reclamación: 126 696

Motivo para oponerse a la objeción global.

El gobierno no honro en ley lo siguiente.

1) Ley #89, nombre de la ley Retribución uniforme del 12 julio (firmada) del 1979 (Romero 20)

2) Ley 96 - 1 julio del 2002 (aumento $100.00 a todos los empleados públicos)

3) Ley 164 - 22 julio del 2003 - efectiva 1 de enero del 200_ aumento $180 mensuales.

El aproximado de la cantidad que el Departamento no pagó es de $15,000 (Departamento de Educación)

Es imposible buscar en record evidencia debido a que es imposible por los años que han pasado x ustedes deben de ayudar a buscar en record en nómina y contabilidad en el gobierno y/o que ustedes tienen el poder en ley de hacerlo

Tengo todos los talonarios desde los pagos que comensé a trabajar como maestro desde el año 1976 hasta el año 2006 que me retiré (sept. 30 2006) Esto se lo garantizo (los talonarios)