

Fernando Levante
URB Perla Del Sur
4811 Calle Candido Hoyos
Ponce, PR 00717-0305



Secretaría (clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Sasa + Puerto Rico 00918-1767