Radicacion de replica (Objecion)

PROMESA TITULO III   No. 17   03283

Numero de reclamacion:

Nombre: Maria Luisa Ortiz Lopez (Firma here)

Direccion Postal: Urb. Levittown Lakes BK-15 c/Dr. José Martorel. Toa Baja PR 00949

Direccion Residencial: Urb Levittown Lakes BK 15 Calle Dr. José Martorel Toa Bja. PR 00949

Num. de contacto:

Tel.              Cel. 787-906-2405

Correo electronico:



Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:     Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

☑ 1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

☑ 2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

   3. Certificacion de empleo  (Departamento de la Familia)

☑ 4. Copia listado de Objecion Global- Anexo A

        (Donde se incluye informacion sobre la reclamacion)

☑ 5. Otros: Cualquier otra evidencia que tengas



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

MARIA ORTIZ LOPEZ
URB LEVITTOWN LAKES
BK 15 C/DR JOSE MARTOREL
TOA BAJA, PR 00949

Seguro Social: XXX-XX-0803

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 13 de octubre de 1965         **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 30 de junio de 1990
**Fecha de Comienzo de Cotización:** 30 de junio de 1990

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 23.00 |
| Aportaciones: | $37,235.67 |
| Intereses: | $10,600.58 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $47,836.25 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $12,008.20 |
| Intereses: | $969.73 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $12,977.93 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http //www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIA ORTIZ LOPEZ**
URB LEVITTOWN LAKES
BK 15 C/DR JOSE MARTOREL
TOA BAJA, PR 00949

Seguro Social: XXX-XX-0803

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

Corporación: ADMINISTRAC DESARROLLO SOCIAL ECONOMICO
Años de Servicio: 27
Balance de Aportaciones: $60,814.18

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346329438

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

MADELINE ACEVEDO CAMACHO Y OTROS
VS. DEPT. DE LA FAM. Y ADM. REHABILITACION VOC.
ANEJO I
DEMANDA

50

| NOMBRE | SEGURO SOCIAL | DIRECCION | PUESTO | PUEBLO |
|---|---|---|---|---|
| 1932 ORTIZ LOPEZ, MARIA L. ~~no~~ 1932 | ~~###~~ | URB. LEVITTOWN LAKES BK-15 CALLE DR. JOSE MARTOREL TOA BAJA PR 00949 | TECN. ASSIT. SOC. | CATAÑO |

Formatted: Bullets and Numbering



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| as representative of | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 16, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 16 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Maria L. Ortiz López
w/b Levittown Lakes
Blk-15 c/01 José Martorel
P.R. 00949
Toa Baja

RECEIVED & FILED
2020 JAN 29 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaria ( Clerks Office )
Tribunal de Distrito USA
Chardon Avenue
#150 Federal Building San Juan PR. 00918

SAN JUAN PR 009
25 JAN 2020 PM 2
FOREVER USA
Barn Swallow