26 de enero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los EU
150 Chardon Avenue
Federal Building
San Juan, PR 00918

Estimados señores:

CONSIDERACION DE RECLAMACION

Deudor – Commowealth of Puerto Rico
Procedimiento 17 BK 3283 – Lts
Reclamación 97852
Ley 164 del 22 de julio del 2002 – 2003
Título de Objeción Global:

Notificación de la centésima quinta Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Desde la fecha en que fue efectiva la Ley, el 12 de julio de 1979 hasta la fecha en que me retire del Gobierno de Puerto Rico en el año 2008, no recibí dicho aumento salarial.

Por este medio autorizo respetuosamente se proceda con la Investigación pertinente para la determinación en relación al no recibo de dicho aumento en mi salario.

c:  Abogado de la Junta de Supervisión
    (Counsel for the Oversight Board)
    Proskauer Rose LLP
    Eleven Time Square
    Nueva York, Nueva York 10036-8299
    A/A: Martin J. Bienenstock
    Brian S. Rosen

Consideración de Reclamación
26 de enero de 2020
Pág. 2

       Abogado del Comité de Acrredores (Counsel for the Creditos' Committee)
       Paul Hastings LLP
       200 Park Avenue
       Nueva York, Nueva York 10166
       A/A: Luc A. Despins
       James Bliss
       James Worthington
       G. Alexander Bongartz

Atentamente,

*[signature]*

Anabel Ramos Rodríguez
Calle Luis M. Rivera 35
Santa Isabel, PR 00757
Telf. 787-319-3279
Email: anabelramosrodriguez@gmail.com