UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
SANTA ISABEL, PR
00757
JAN 28, 20
AMOUNT
**$0.70**
R2305K135432-03

De - Anabel Ramos Rodriguez
Calle Luis Munoz Rivera #35
Santa Isabel P.R. 00757

A. Secretaria (clerk's office)
Tribunal de Distrito de los E.U.
150 Chardon Avenue
Federal Buildins
San Juan, P.R. 00918

RECEIVED & FILED
2020 JAN 29 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.