U.S. POSTAGE PAID
FCM LETTER
SANTA ISABEL, PR
00757
JAN 28, 20
AMOUNT
**$0.70**
R2305K135432-03

1000        00918

De- Anabel Ramos Rodriguez
Calle Luis Muñoz Rivera #35
Santa Isabel P.R. 00757

A. Secretaría (Clerk's office)
Tribunal de Distrito de los E.U.
150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

RECEIVED & FILED
2020 JAN 29 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR