# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

This filing relates to the Debtors Commonwealth, HTA, and ERS.

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEERS RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED.

**Name:** Joel Chévere Santos, Urb Moca Gardens 515 Calle Orquídea Moca PR 00676

**Tel:** (787) 647-5934

**Email:** joel.chevere@yahoo.com

**# Reclamación:** 38695

**# Caso:** 17 BK 03283-LTS

**Motivo:** Oposición a objeción global en relación a reclamo. Adjunto evidencia de Estado de cuenta Estimado del Sistemas de Retiro Empleados Gobierno y Judicatura.

Por motivo de la emergencia surgida en Puerto Rico de los Temblores de Tierra y sus efectos en el servicio electrico e infraestructura no pude enviar documentos a la Fecha limite, por tal razon se envian documentos a esta fecha.

*[signature]*