

SAN JUAN PR 009
29 JAN 2020 PM 1

Joel Chévere
Urb. Moca Gardens
515 Calle Orquídea
Moca PR 00676

Clerk's Office
Trib. de los Distrito de los EU
Room 150 Federal Building
San Juan PR 00918-1767

RECEIVED & FILED
2020 JAN 29 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR