

INTAKE DROP BOX
RECEIVED & FILED

ANEXO C

Notificacion    2020 JAN 29  PM 3: 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Ivy C. Martínez González
Calle 31 Bloque AE # 24 Villas de Loiza,
Canovanas , P.R. 00729
Tel. (787) 234 – 8123
Email: martinezivychassandra@gmail.com
Claim: **109861**


**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Asunto: JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO,

        como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, deudores
PROMESA,
Título III
Núm. 17BK 3283- LTS
(Administrada  conjuntamente)
**La presente radicación guarda relación  con el ELA, la ACT y SER**
Estoy en contra  de mi reclamación porque mis documentos son válidos por el Departamento de
Educación y tengo la evidencia de la certificación de los años trabajados en el DE en la cual trabajo como
maestra actualmente y devengo un sueldo mensual de $1,950.00  hasta el presente.

Por este medio  deseo notificar que no había recibido los documentos a tiempo debido a problemas con
el correo postal en la cual realice una llamada, al (844)822-9231, la cual hable con el Sr. Andrés
Fernández e indique que no había recibido la documentación y ustedes luego me enviaron. Luego llame
nuevamente y ustedes me orientaron el cómo realizar una réplica. Estos documentos los recibí tarde
después de  la fecha del 14 de enero de 2020. Debido a inconvenientes ocurridos por el terremoto en
P.R., la cual se vieron afectados todos los establecimientos en P.R. que estaban cerrados incluyendo el
correo postal. Adjunto envió evidencia de la certificación de años  trabajados por el Departamento de
Educación de Puerto Rico

Solicito por este medio al **Tribunal, al SRE, al ACT, al ELA** que me extienda la fecha límite y reconsidere
mi caso debido a los inconvenientes ocurridos por este desastre natural que esta fuera de nuestra
voluntad el que haya ocurrido el mismo (terremoto) Pues todavía la tierra sigue temblando y estamos en
stress, ansiosos, nerviosos y la  perspectiva en que ocurra alguno  durante horas laborables de nuestros
empleos.

Solicito por este medio el retiro del monto que ustedes aprobaron por la cantidad de $2,750.
Espero su pronta atención a este asunto.

Queda de ustedes,

Profesora: Ivy C. Martínez González
Reclamo # (109861)

Envió de Copia fiel y exacta:
**Secretaria (Clerk Office)**
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
**Abogado de la Junta de Supervisión (Councel for the Oversight Board)**
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen
**Abogado del Comite de Acreedores (Counsel for the Creditors' Committee)**
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz