ANEXO C

Notificacion



INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 29 PM 3:28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Ivy C. Martínez González
Calle 31 Bloque AE # 24 Villas de Loiza,
Canovanas, P.R. 00729
Tel. (787) 234 – 8123
Email: martinezivychassandra@gmail.com
Claim: **106737**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Asunto: JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO,

    como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, deudores
PROMESA,
Título III
Núm. 17BK 3283- LTS
(Administrada conjuntamente)
**La presente radicación guarda relación con el ELA, la ACT y SER**
Estoy en contra de mi reclamación porque mis documentos son válidos por el Departamento de Educación y tengo la evidencia de la certificación de los años trabajados en el DE en la cual trabajo como maestra actualmente y devengo un sueldo mensual de $1,950.00 hasta el presente.

Por este medio deseo notificar que no había recibido los documentos a tiempo debido a problemas con el correo postal en la cual realice una llamada, al (844)822-9231, la cual hable con el Sr. Andrés Fernández e indique que no había recibido la documentación y ustedes luego me enviaron. Luego llame nuevamente y ustedes me orientaron el cómo realizar una réplica. Estos documentos los recibí tarde después de la fecha del 14 de enero de 2020. Debido a inconvenientes ocurridos por el terremoto en P.R., la cual se vieron afectados todos los establecimientos en P.R. que estaban cerrados incluyendo el correo postal. Adjunto envió evidencia de la certificación de años trabajados por el Departamento de Educación de Puerto Rico.

Solicito por este medio al **Tribunal, al SRE, al ACT, al ELA** que me extienda la fecha límite y reconsidere mi caso debido a los inconvenientes ocurridos por este desastre natural que esta fuera de nuestra voluntad el que haya ocurrido el mismo (terremoto) Pues todavía la tierra sigue temblando y estamos en stress, ansiosos, nerviosos y la perspectiva en que ocurra alguno durante horas laborables de nuestros empleos.

Solicito por este medio el retiro del monto que ustedes aprueben en este caso ya que aparece en $0.00 Espero su pronta atención a este asunto.

Queda de ustedes,

Profesora: Ivy C. Martínez González
Reclamo # (**106737**)

Case:17-03283-LTS Doc#:10547 Filed:01/29/20 Entered:01/30/20 15:00:56 Desc: Main
Document Page 2 of 2

Envió de Copia fiel y exacta:
**Secretaria (Clerk Office)**
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
**Abogado de la Junta de Supervisión (Councel for the Oversight Board)**
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen
**Abogado del Comite de Acreedores (Counsel for the Creditors' Committee)**
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz