

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos



INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 29 PM 3:28
CLERK'S OFFICE
US. DISTRICT COURT
SAN JUAN PR

23 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | IVY C. MARTINEZ GONZALEZ |
| Categoría | : | MA. INGLES NIVEL ELEMENTAL (K-6) |
| Distrito Escolar | : | SAN JUAN (III,IV,V) |
| Sueldo Mensual | : | $1,950.00 |
| Status | : | TRANSITORIO PROVISIONAL |
| Observaciones | : | |
| Trabaja | : | Desde el 17 de marzo de 1994 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 17 años, 2 meses, 2 semanas y .50 días. |

Claim 106737
Copy: Secretaria (Office Clerk)

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.