INTAKE DROP BOX
RECEIVED & FILED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

2020 JAN 29 PM 2:55

| | |
|---|---|
| **In re:** | PROMESA TITLE III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | NO. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** | This filing relates to the "Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided" |
| **Debtors** | |
| | Number of claim- 9837 |

## MOTION SUBMITTING EVIDENCE OF CLAIM NO. 9837

TO THE HONORABLE COURT:

COMES NOW, MARGARITA CLEMENTE TAPIA, pro se, and very respectfully states and prays to his Honorable Court as follows:

1- On January 14, 2020 I filed a "Motion in Opposition to 'Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided' and for Extension of Time", requesting additional time to file evidence on my claim.

1

2- With this motion I include as Exhibit 1 the judgment issued in case <u>Jeannette Abrams Diaz v. Commonwealth of Puerto Rico</u>, civil no. K AC2005-5021, in the Puerto Rico Court of First Instance, San Juan Part. Said judgment states that the parties have arrived to a settlement regarding certain plaintiffs, including the undersigned (see page 3 of the judgment, line 156).

3- I also include as Exhibit 2 an Informative Motion filed by the Commonwealth of Puerto Rico, which at page 5 of attachment 1 of said motion, it is clearly stated by the Commonwealth that they owe me the amount of $32,882.82.[1]

4- Hence, I request that the documents attached are considered as part of the evidence of my claim.

WHEREFORE, the appearing party respectfully request that the Court be informed of the above.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY: that on this same date I notified via regular mail a copy of this document to the following: Counsel for the Oversight Board (Martin Bienestock, Brian S. Rosen), Proskauer Rose LLP, Eleven Times Square, New York, NY, 10036-8299; Counsel for the Creditors' Committee (Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongarts), Paul Hastings, LLP, 200 Park Avenue, New York, NY 10166.

In San Juan, Puerto Rico, this 29th day of January, 2020.

*Margarita Clemente Tapia*
Margarita Clemente Tapia

Claim: 9837

---

[1] I am including a translation of pages 1, 15 and 16 of the judgment and of pages 1 and 2 of the Motion, as well as page 5 of attachment 1 of said Motion, which are the parts that pertain to the undersigned.

2