**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| JEANNETE ABRAMS DIAZ<br>**Demandante**<br><br>VS.<br><br>ESTADO LIBRE ASOCIADO DE PR Y OTROS<br>**Demandado** | **CIVIL NÚM**: K AC2005-5021<br>**SALA**: 905<br><br><br>**SOBRE**: SENTENCIA DECLARATORIA |

## SENTENCIA PARCIAL

En la vista del 6 de junio de 2011 del caso de epígrafe, comparecieron las partes éstas conversaron e informaron haber llegado a una transacción en cuanto a los siguientes demandantes:

1. ABRAMS DÍAZ, JEANNETTE
2. ACEVEDO GALARZA, LUIS A.
3. ACEVEDO GUTIERREZ, OSVALDO
4. ACEVEDO LUCIANO, ALBERTO
5. ACEVEDO MALDONADO, SONIA
6. ACEVEDO MERCADO, SAMUEL
7. ACEVEDO MONTANO, RAFAEL
8. ACEVEDO PÉREZ, MONSERRATE
9. ACEVEDO RAMIREZ, MARIANO
10. ACEVEDO SANTIAGO, MIGUEL A.
11. ACEVEDO SIERRA, ELSA
12. ACOSTA BATISTA, JOSÉ A.
13. ACOSTA FELICIANO, GLORIBEL
14. ACOSTA GARCIA, ANGELES
15. ACOSTA MENDOZA, MYRIAM
16. ACOSTA RODRÍGUEZ, DILIA
17. ADORNO NATAL, ADRIAN
18. AGOSTO MARTINEZ, LUIS A.
19. AGRONT VALENTÍN, DOMINGO
20. ALAGO AYALA, LUIS A.
21. ALAMO AGOSTO, CARMEN M.
22. ALBINO MARTINEZ, RESTITUTO
23. ALCARAZ SUYAS, MARIA
24. ALCAZAR RUIZ, INGRED
25. ALEJANDRO FEBRES, CARLOS J.
26. ALICEA COLON, MOISES
27. ALICEA RESTO, ANTONIO
28. ALLENDE OCASIO, DANIEL
29. ALONSO CORTES, RUTH N.
30. ALVARADO MORALES, RUBÉN
31. ALVAREZ APONTE, GABRIEL A.
32. ALVAREZ APONTE, MARIA DE L.
33. ÁLVAREZ DE JESÚS, IVETTE C.
34. ALVERIO VALIENTE, ENRIQUE R.
35. ALVIRA FIGUEROA, HIPOLITO
36. ALVIRA RIVERA, JUAN
37. ANDUJAR ADORNO, JOSE VICTOR
38. ANDUJAR DE LA CRUZ, AHIXA
39. APONTE DONES, NILIA I.
40. APONTE MERCADO, BENJAMIN
41. APONTE SERRANO, FIDEL
42. APONTE VÉLEZ, JOSÉ R.
43. AQUINO MARTÍNEZ, ANGEL L.
44. AQUINO VARGAS, AURELIO

120. CARRERO CRESPO, RAMON
121. CARRERO VARGAS, ANTONIO
122. CARRION ACOSTA, FREDESWINDA
123. CARRION PEREZ, EDWIN
124. CARRION TORRES, FRANCISCO
125. CARTAGENA CARTAGENA, PORFIRIA
126. CARTAGENA MATEO, ANGEL L.
127. CASILLAS SMITH, DAVID E.
128. CASTILLO IBAÑEZ, PEDRO
129. CASTILLO SANTONI, ALEXANDRA
130. CASTRO GONZÁLEZ, EVELYN
131. CASTRO LOZADA, MEDELICIA
132. CASTRO VÉLEZ, ELISA
133. CATALA BORRERO, JOHNNY
134. CEDEÑO CRUZ, ZAIDA
135. CEDEÑO MERCADO, JOSE L.
136. CEDEÑO RIVERA, ANDRES
137. CEPEDA COLON, MINERVA
138. CEPEDA RODRÍGUEZ, CARMEN R.
139. CEPEDA RODRÍGUEZ, MARINA
140. CEPEDA SERRANO, AGUSTIN
141. CHABRIEL CORREA, ANTONIO
142. CHAPARRO RIOS, JOSE
143. CHEVARRIA RODRIGUEZ, JOSE
144. CINTRON ALVARADO, YAHAYRA
145. CINTRON CORTIJO, DOMINGO
146. CINTRÓN CORTIJO, LUIS O.
147. CINTRON RAMOS, LUIS
148. CINTRÓN SANTIAGO, ELIS M.
149. CIRINO CALDERON, JUAN
150. CIRINO PINET, JORGE
151. CIRINO PIZARRO, JULIO ANGEL
152. CLAUDIO FELIX, TERESA
153. CLEMENTE AYALA, ROBERTO
154. CLEMENTE CARRION, JUANA
155. CLEMENTE ORTIZ, MARIA L.
156. CLEMENTE TAPIA, MARGARITA
157. COLLADO PADILLA, VICTORIA M.
158. COLLAZO COLLAZO, ENOHELIA
159. COLLAZO RESTO, MIGUEL A.
160. COLLAZO RIVERA, CECILIA
161. COLON BERMUDEZ, ISABELITA
162. COLON COLON, ISIDRO A.
163. COLON COLON, JOSE J.
164. COLON DE JESUS, MIGUEL A.
165. COLON MEDINA, RIGOBERTO
166. COLON NEGRON, JOSEFINA
167. COLON RIVERA, CARLOS
168. COLON RIVERA, ENEIDA
169. COLON VAZQUEZ, VICTORIA
170. CONCEPCION CINTRON, FRANCISCO
171. CONCEPCIÓN FLORES, ROSA E.
172. CONCEPCION PEREZ, RUTH E.
173. CONCEPCION RAMIREZ, NORMA I.
174. CONCEPCION VAZQUEZ, DANIEL
175. CONCEPCION VAZQUEZ, ENRIQUE
176. CONDE, QUIÑONES, LINNETTE
177. CORCHADO AGOSTINI, SUZENNE
178. CORDERO GARCIA, ANGELA M.
179. CORDERO MENDEZ, MIRSA Y.
180. CORDERO SANTIAGO, ARMANDO J.
181. CORTES CABÁN, RICARDO
182. COSME MALDONADO, ALBERTO
183. COSS NUÑEZ, ANGEL
184. COSS NUÑEZ, MIGUEL A.
185. COTTO AVILES, MARIA J.
186. COTTO HERNANDEZ, MODESTO
187. COTTO MARCANO, JOSE A.
188. COTTO RAMOS, JULIO
189. COTTO VAZQUEZ, JOSE R.
190. CRESPI, JOSE R.
191. CRESPO AQUINO, JOSE A.
192. CRESPO REYES, ANTONIO
193. CRESPO VILLEGAS, REINALDI
194. CRUZ ARROYO, FELIPE

| | |
|---|---|
| 1020. | VÁZQUEZ CRUZ, FELIPE |
| 1021. | VAZQUEZ DE JESUS, PEDRO A. |
| 1022. | VÁZQUEZ DE LEON, BASILIO |
| 1023. | VAZQUEZ FUENTES, LUZ S. |
| 1024. | VAZQUEZ HUERTAS, NILDA I. |
| 1025. | VÁZQUEZ PADRÓ BENJAMÍN |
| 1026. | VAZQUEZ RIVAS, MIGUEL A. |
| 1027. | VAZQUEZ RODRIGUEZ, FRANKLIN |
| 1028. | VÁZQUEZ ROMÁN, ISMAEL |
| 1029. | VÁZQUEZ SÁNCHEZ, SIGFREDO |
| 1030. | VÁZQUEZ SANTIAGO, ALEJANDRINO |
| 1031. | VÁZQUEZ TORRES, NICOLÁS |
| 1032. | VÁZQUEZ VALENTIN, FELIX |
| 1033. | VEGA AGUIAR, BLANCA M. |
| 1034. | VEGA ALGARIN, HECTOR L. |
| 1035. | VEGA CRUZ, JOSE M. |
| 1036. | VEGA GARCIA, OMAYRA |
| 1037. | VEGA MARRERO, LUIS |
| 1038. | VEGA RODRIGUEZ, DANIEL |
| 1039. | VEGA RODRÍGUEZ, JULIO |
| 1040. | VEGA SANTIAGO, FRANCISCO |
| 1041. | VEGA TORRES, LIBRADO' |
| 1042. | VEGA, CARLOS JUAN |
| 1043. | VELÁZQUEZ BELLO, EFRÉN |
| 1044. | VELÁZQUEZ CRUZ, JOSE FERNANDO |
| 1045. | VELÁZQUEZ DE JESÚS SANTIAGO |
| 1046. | VELAZQUEZ FELICIANO, MIGUEL |
| 1047. | VELÁZQUEZ GONZÁLEZ, CRUZ T. |
| 1048. | VELÁZQUEZ GONZÁLEZ, GERALDO |
| 1049. | VELÁZQUEZ MALDONADO, HECTOR LUIS |
| 1050. | VELAZQUEZ RODRIGUEZ, MARIA J. |
| 1051. | VELAZQUEZ VARGAS, ANGEL M. |
| 1052. | VELAZQUEZ VILLEGAS, SERGIO |
| 1053. | VELEZ BAEZ, MARCIAL |
| 1054. | VÉLOZ CAPELLAN, CRISTINA |
| 1055. | VELEZ CARDONA, LOIDA |
| 1056. | VÉLEZ PAGAN, WILLIAM |
| 1057. | VÉLEZ PEREZ, HECTOR M. |
| 1058. | VELEZ RAMOS, JOSE A. |
| 1059. | VELEZ RIVERA, ANGELES |
| 1060. | VELEZ RIVERA, JOSE JUAN |
| 1061. | VÉLEZ TORRES, AUDELIZ |
| 1062. | VELEZ TORRES, ISMAEL |
| 1063. | VÉLEZ TORRES, WILLIAM |
| 1064. | VERA MUNÍZ, LUIS R. |
| 1065. | VERA MUNIZ, ZENAIDA |
| 1066. | VERDEJO MASSO, MARCELO |
| 1067. | VICENTE QUIÑONES, JOSE R. |
| 1068. | VICENTE RODRIGUEZ, JUAN |
| 1069. | VILELLA COLL, ANGELA L.. |
| 1070. | VILLEGAS CANCEL, BEATRIZ |
| 1071. | VILLEGAS CASTRELLO, JOSE L. |
| 1072. | VILLEGAS CORTIJO, PABLO |
| 1073. | VILLEGAS RODRÍGUEZ, DANIEL |
| 1074. | ZAMBRANA MONTALVO, CARMEN ANA |
| 1075. | ZAMBRANA ROSARIO, JUAN |
| 1076. | ZARAGOZA CASTILLO, WILLY |

El Tribunal le imparte su aprobación y dicta Sentencia Parcial por Estipulación. Como no existe razón para posponer que se dicte esta sentencia hasta la resolución final del pleito, se ordena a la señora Secretaria del Tribunal expresamente a que registre la misma.

SENTENCIA CIVIL NÚM. K AC2005-5021
Página 16 de 16

## REGÍSTRESE Y NOTIFÍQUESE.

En San Juan, Puerto Rico a 7 de junio de 2011.

*[signature]*
GEORGINA CANDAL SEGUROLA
**JUEZA SUPERIOR**

CERTIFICO:
Lic. [illegible] Rivera Torres
Secretaria Regional

[illegible] J. Rivera Clim[illegible]
Por [illegible]
Secretaria Auxiliar

SIMPLE TRANSLATION                                      EXHIBIT 1

## COMMONWEALTH OF PUERTO RICO
## COURT OF FIRST INSTANCE
## SUPERIOR COURT OF SAN JUAN

| | |
|---|---|
| JEANNETE ABRAMS DIAZ<br>Plaintiff | CIVIL NO. K AC2005-5021<br>COURTROOM: 905 |
| v. | |
| COMMONWEALTH OF PUERTO RICO AND OTHERS<br>Defendants | RE: DECLARATORY JUDGMENT |

## PARTIAL JUDGMENT

At the hearing held on June 6, 2011 in the case at hand, the parties appeared, they held negotiations and informed that they had reached a settlement regarding the following plaintiffs:

...

156. CLEMENTE TAPIA, MARGARITA

...

This Court imparts its approval and issues a Partial Judgment by Stipulation. Since there is no reason to postpone the issuance of this judgment until the final resolution of this case, it is expressly ordered that the clerk of the court shall register the same.

REGISTER AND NOTIFY.

3

In San Juan, Puerto Rico, on June 7, 2011

[signed]

GEORGINA CANDAL SEGUROLA

SUPERIOR JUDGE

4