

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| JANNETTE ABRAMS DÍAZ Y OTROS<br><br>Demandantes<br><br>Vs.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br><br>Demandados | CASO NÚM. KAC 2005-5021<br>(905)<br><br>SOBRE: SENTENCIA DECLARATORIA |

**MOCION INFORMATIVA**
(Sometiendo Ultimas Tablas de Cómputos)

**A LA HONORABLE TRIBUNAL:**

Comparecen la parte demandada de epígrafe, **ESTADO LIBRE ASOCIADO DE PUERTO RICO**, por conducto de la representación legal que suscribe y muy respetuosamente, **INFORMA, EXPONE Y SOLICITA**:

1. La parte compareciente informa, notifica y adjunta a la presente moción, las últimas Tablas de Cómputos correspondiente a cada uno de los demandantes, que al día de hoy prevalecen en la causa de acción del caso de autos, para que se tome conocimiento de las mismas por este Honorable Tribunal. **(Anejo I, páginas 1-33)**

2. La parte compareciente además informa a este Honorable Tribunal, que el día 16 de marzo de 2012, mediante correo electrónico, se le notifico a la representación legal de la parte demandante, las Tablas antes indicadas.

3. El día de hoy informamos a este Honorable Tribunal, que estamos sometiendo y notificando a la parte demandante, Lcda. Ivonne González Morales, mediante correo certificado con acuse de recibo, las últimas Tablas de Cómputos

4. La parte compareciente y el abogado solicitan a este Honorable Tribunal, que tome conocimiento de lo antes informado, dé por notificada, por segunda vez, a la parte demandante, por conducto de su representación legal, la últimas Tablas de Cómputos, declare CON LUGAR la presente moción y proceda a determinar lo que en derecho corresponda.

Civil Núm. KAC 2005-5021 (905)
Página: 2
Sobre: Sentencia Declaratoria

**EN MERITO DE LO ANTERIOR**, solicitamos muy respetuosamente a este Honorable Tribunal, tomé conocimiento de lo aquí antes expresado, dé por notificada a la parte demandante, por segunda ocasión, las últimas Tablas de Cómputos, declare "CON LUGAR" la presente moción y procesa a determinar lo que en derecho corresponda.

**CERTIFICO:** Haber enviado fotocopia fiel y exacta del presente escrito a: **LCDA. IVONNE GONZALEZ MORALES**, P. O. Box 9021828, San Juan, P. R. 00902-1828; **LCDA. ANTONIA I. GARCÍA MATOS**, Asesora Legal, Oficina Asesor Legal, Departamento de Transportación y Obras Públicas, P. O. Box 41269, San Juan, P. R. 00940-1269.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 25 de abril de 2012.

                                       GUILLERMO A. SOMOZA COLOMBANI
                                       Secretario de Justicia

                                       GRISEL SANTIAGO CALDERON
                                       Secretario Auxiliar de Litigios

                                       FELIX E. SANCHEZ PIZARRO
                                       RUA Núm. 12343
                                       Directora de Asuntos Legales
                                       Oficina de Litigios Generales

                                       *[firma]*
                                       **MANUEL F. DÍAZ LUGO**
                                       **Abogado (9980)**
                                       **Departamento de Justicia**
                                       **Oficina de Litigios Generales**
                                       Apartado 9020192
                                       San Juan, PR 00902-0192
                                       Tel: 721-2900, exts. 2244, 2240
                                       Fax: (787) 725-2475
                                       mdiaz@justicia.pr.gov

mfdl
Anejo: Ultimas Tablas de Cómputos. (33 folios)

ABRAMS DIAZ, JEANNE
VS
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
CIVIL NUM KAC-2005-5021 (905)

ANEJO I

| NOMBRE | SS | Primera Hoja | Segunda Hoja | Total adeudado | Observaciones |
|---|---|---|---|---|---|
| CATALA BORRERO, JOHNNY | | $ 28,580.75 | $ 38,885.84 | $ 67,466.59 | |
| CEDEÑO MERCADO, JOSE L | | $ 13,711.44 | | $ 13,711.44 | |
| CEDEÑO CRUZ, ZAIDA | | $ 17,204.42 | $ 7,835.84 | $ 25,040.26 | |
| CEDEÑO RIVERA, ANDRES | | $ 15,645.50 | $ 9,823.92 | $ 25,469.42 | REN. 30/SEPT./06 |
| CEPEDA COLON, MINERVA | | $ 9,785.08 | | $ 9,785.08 | |
| CEPEDA RODRÍGUEZ, CARMEN R. | | $ 7,531.80 | | $ 7,531.80 | |
| CEPEDA RODRÍGUEZ, MARINA | | $ 17,195.56 | | $ 17,195.56 | |
| CEPEDA SERRANO, AGUSTIN | | $ 16,445.52 | | $ 16,445.52 | |
| CHABRIEL CORREA, ANTONIO | | $ 16,688.00 | $ 14,302.96 | $ 30,990.96 | REN. EAS 30/JUNIO/09 |
| CHAPARRO RIOS, JOSE E. | | $ 15,983.52 | | $ 15,983.52 | |
| CINTRON ALVARADO, YAHAYRA | | $ 484.12 | | $ 484.12 | LEY 7 25/JUNIO/10 |
| CINTRON BURGOS, MIGUEL A. | | | | $ - | REN. 31/MAYO/02 ATOR. PUERTOS |
| CINTRON CORTIJO, DOMINGO | | $ 1,893.90 | | $ 1,893.90 | |
| CINTRÓN CORTIJO, LUIS O. | | $ 4,819.76 | | $ 4,819.76 | |
| CINTRON RAMOS, LUIS | | $ 17,778.50 | $ 7,266.00 | $ 25,044.50 | REN. 31/MARZO/ 04 |
| CINTRÓN SANABRIA, DOMINGO | | | | $ - | ELIMINAR REN. 31/OCT./94 |
| CINTRÓN SANTIAGO, ELIS M. | | $ 20,245.30 | $ 23,634.20 | $ 43,879.50 | |
| CIRINO CALDERON, JUAN | | $ 15,521.12 | $ 16,154.32 | $ 31,675.44 | |
| CIRINO PINET, JORGE | | $ 12,534.76 | | $ 12,534.76 | |
| CIRINO PIZARRO, JULIO ANGEL | | $ 1,333.44 | | $ 1,333.44 | REN. 31/MAYO/05 |
| CLAUDIO FELIX, TERESA | | $ 29,418.09 | $ 34,210.72 | $ 63,628.81 | |
| CLEMENTE AYALA, ROBERTO | | $ 509.60 | | $ 509.60 | LEY 7 25/JUNIO/10 |
| CLEMENTE CARRION, JUANA | | $ 13,033.92 | $ 15,109.72 | $ 28,143.64 | REN. EAS 31/DIC./09 |
| CLEMENTE ORTIZ, MARIA L | | $ 12,223.48 | $ 12,289.44 | $ 24,512.92 | REN. 30/JUNIO/07 |
| CLEMENTE TAPIA, MARGARITA | | $ 16,411.54 | $ 16,471.28 | $ 32,882.82 | REN. 31/ENERO/07 |
| COLLADO PADILLA, VICTORIA M. | | $ 25,271.00 | $ 29,488.72 | $ 54,759.72 | |
| COLLAZO COLLAZO, ENCHELIA | | $ 15,944.54 | $ 8,911.24 | $ 24,855.78 | |
| COLLAZO RESTO, MIGUEL A. | | $ 12,298.37 | $ 6,853.05 | $ 19,151.42 | REN. 30/MAYO/04 |
| COLLAZO RIVERA, CECILIA | | $ 25,839.50 | $ 26,418.68 | $ 52,258.18 | REN. ACT. 13/ABRIL/08 |
| COLON BERMUDEZ, ISABELITA | | $ 8,544.69 | $ 13,022.56 | $ 21,567.25 | |
| COLON COLON, ISIDRO A. | | $ 10,802.64 | | $ 10,802.64 | REN. 15/ABRIL/09 |
| COLON COLÓN, JOSE J. | | $ 20,975.00 | $ 24,182.96 | $ 45,157.96 | |
| COLON DE JESUS, MIGUEL A. | | $ 15,030.50 | $ 17,226.12 | $ 32,256.62 | |

SIMPLE TRANSLATION                                              EXHIBIT 2

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF SAN JUAN**

| | |
|---|---|
| JEANNETE ABRAMS DIAZ<br>Plaintiffs | CIVIL NO. K AC2005-5021 (905) |
| v. | RE: DECLARATORY JUDGMENT |
| COMMONWEALTH OF PUERTO RICO AND OTHERS<br>Defendants | |

**INFORMATIVE MOTION**
(Submitting Latest Computational Tables)

TO THE HONORABLE COURT:

Comes now the defendant, COMMONWEALTH OF PUERTO RICO, through its undersigned legal representation and very respectfully, INFORMS, STATES AND PRAYS:

1.      The appearing party informs, notifies and attaches to this motion the latest Computational Tables that correspond to each plaintiff that as of today have prevailed in the cause of action of this case, to be acknowledged by this Honorable Court (Attachment I, pages 1-33).

2-      The appearing party also informs this Honorable Court that on March 16, 2012, through email, the Tables mentioned above were notified to plaintiffs' legal representation.

3-      Today we inform the Honorable Court that we are submitting and notifying to the plaintiffs, Ivonne González Morales, Esq., through certified mail with receipt, the latest Computational Tables.

5

4- The appearing party and its attorney request this Honorable Court to take knowledge of the above, held that plaintiffs were notified for a second time, through their legal representation, of the Computational Tables, grant this motion and solve whatever is proper as a matter of law.

WHEREFORE, we respectfully request from this Honorable Court to take knowledge of the contents herein, held that plaintiffs have been notified for a second time of the Computational Tables, grant this motion and solve whatever is proper as a matter of law.

I CERTIFY that I sent a true and exact copy of this document to: IVONNE GONZALEZ MORALES, ESQ., P.O. Box 9021828, San Juan, PR 00902-1828; ANTONIA I, GARCIA MATOS, ESQ., Legal Counsel, Office of the Legal Counsel, Department of Transportation and Public Works, P.O. Box 41269, San Juan, P.R. 00940-1269.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on April 25, 2012.

GUILLERMO A. SOMOZA COLOMBANI
Secretary of Justice

GRISELLE SANTIAGO CALDERON
Auxiliary Secretary of Litigation

FELIX E. SANCHEZ PIZARRO
RUA No. 12343
Director of Legal Affairs
Office of General Litigation

[signed]
MANUEL F. DIAZ LUGO
Attorney (9980)
Department of Justice

6

Office of General Litigation
Box 9020192
San Juan, PR 00902-0192
Phone: 721-2900 x. 2244, 2240
Fax: (787) 725-2475
madiaz@justicia.pr.gov

7

ATTACHMENT I

## ABRAMS DIAZ JEANNETE
## V.
## DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
## CIVIL NO. KAC-2005-5021 (905)

| NAME | SS | FIRST PAGE | SECOND PAGE | TOTAL OWED | OBSERVATIONS |
|---|---|---|---|---|---|
| ... | | | | | |
| CLEMENTE TAPIA MARGARITA | [REDACTED] | $16,411.54 | $16,471.28 | $32,882.82 | RESIGNED 31/JANUARY/07 |
| ... | | | | | |

8