**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

RECEIVED &
2020 JAN 29 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Evelyn Morales Figueroa**, con número de seguro social que termina en **9284**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2008 |
| Tiempo Cotizado para la Pensión | 31 años, 11 mes, 0 sem., 2.5 días |
| Pensión mensual Inicial | $1,896.46 |
| Pensión Mensual Actual | $1,896.46 |

Esta certificación se expide hoy, **27 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879
787.777.1414    787.764.6910    www.srm.pr.gov

Evelyn Morales Figueroa
Carr 156 Km. 34.4
B° Palomas Sector Higüero
PO Box 181
Comerio, P.R. 00782

SAN JUAN
PR 009
28 JAN '20
PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 29 PM 4:36
RECEIVED & FILED

Clerk's Office
United States District Court.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

 

**GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
REGION EDUCATIVA DE PONCE
DISTRITO ESCOLAR DE SANTA ISABEL**

**CERTIFICACION DE EMPLEO Y AÑOS DE SERVICIO**

22 de diciembre de 2017

A quién pueda interesar:

Saludos cordiales. Certifico que la Profa. Madeline Rivera Rodríguez, con número de Seguro Social XXX-XX-XXX fue maestra de Educación Física desde agosto del año 1982 hasta julio del año 2013. La Profa. Rivera tenía estatus permanente en la Escuela S.U. Salvador Busquets en horario diurno, de la Región Educativa de Ponce, y completó sus 30 años de servicio.

Esperando su atención al respecto.

Cordialmente,

Prof. Carlos J. Martínez Ortiz
Ayudante Especial III
Distrito Escolar de Santa Isabel
Tel. 787-845-1265/939-366-5466

Madeline Rivera Rodriguez
HC 38 Box 7219
Guánica, P.R.
00653

RECEIVED & FILED
2020 JAN 29 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

RECEIVED & ~~FILED~~
2020 JAN 29 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Luis A. Carrasquillo Maldonado**, con número de seguro social que termina en **0331**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2014 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 1 sem., 4.5 días |
| Pensión mensual Inicial | $1,991.25 |
| Pensión Mensual Actual | $1,991.25 |

Esta certificación se expide hoy, **27 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

Luis A. Carrasquillo Maldonado
Bo Palomas Sector Higüero
PO Box 181
Comerio, P.R. 00782

SAN JUAN PR 009
28 JAN 2020 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2020 JAN 29 PM 4:36
RECEIVED & FILED

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767