UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                            No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                           (Jointly Administered)
et al.,

          Debtors.[1]

---------------------------------------------------------x

ORDER REGARDING FILINGS RESPONSIVE TO
CLAIM OBJECTIONS WITH NO OBJECTION ON FILE

       The Court has received the filings set forth in Appendix I hereto (collectively, the "Responses") of certain individuals (collectively, the "Respondents"). The Responses purportedly respond to omnibus objections to claims propounded by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), but certain Respondents do not reference any corresponding proofs of claim, and the Court has been unable to locate any claims submitted by the Respondents on the Claims Register. Alternatively, certain Respondents reference proofs of claim that are not subject to any pending omnibus objection to claims.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Oversight Board shall file an informative motion indicating what action it has taken or intends to take with respect to the Responses on or before **February 19, 2020**.

SO ORDERED.

Dated: January 29, 2020

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge