**Appendix I**

| Respondent's Name | Docket Entry Reference |
|---|---|
| Mabel Cardona Sierra | Docket Entry No. 10015 in Case No. 17-3283[1] |
| Juan R. Martinez Garcias | Docket Entry No. 10018 |
| Gloria Ramirez Diaz | Docket Entry No. 10019 |
| Alberto León Colón | Docket Entry No. 10030 |
| Maritza Batista Ocasio | Docket Entry No. 10055 |
| Norma Matos Peréz | Docket Entry No. 10062 |
| Yolanda Ortiz Vargas | Docket Entry No. 10065 |
| Carmen M. Rodríguez López | Docket Entry No. 10077 |
| Aitza Nieves Rivera | Docket Entry No. 10088 |
| Mari Liis Meléndez Rivera | Docket Entry No. 10089 |
| Ana A. Silva Luciano | Docket Entry No. 10090 |
| Migdalia González Santiago | Docket Entry No. 10094 |
| Marilisette Pérez Rivera | Docket Entry No. 10116 |
| José L. Córdova González | Docket Entry No. 10117 |
| Moraima Alvarado Figueroa | Docket Entry No. 10118 |
| Gretchen E. Valle Riefkohl | Docket Entry No. 10119 |
| Maria N. Vendrell Mantilla | Docket Entry No. 10174 |
| Marieli Ferrao Ayala | Docket Entry No. 10176 |
| Olga Lugo Damiani | Docket Entry No. 10201 |
| Eufemia Rivera Rivera | Docket Entry No. 10202 |
| Zairy Martinez Martinez | Docket Entry No. 10205 |
| Luz C. Ortiz Lopéz | Docket Entry No. 10209 |
| Maritza E. Figueroa Fernández | Docket Entry No. 10216 |
| Nerybel Garcia Colón | Docket Entry No. 10221 |
| Alberto León Colón | Docket Entry No. 10263 |
| Ana M. Navarez Ferrer | Docket Entry No. 10279 |
| Sonia Gonzalez Cintrón | Docket Entry No. 10308 |
| Maritza Cruz Rosado | Docket Entry No. 10345 |
| Maritza Cruz Rosado | Docket Entry No. 10346 |
| Luis A. Faris Elba | Docket Entry No. 10407 |
| María Soltrén González | Docket Entry No. 10434 |

---

[1] All docket entry references are to entries in Case No. 17-3283.