## Appendix I

| Respondent's Name | Docket Entry No. of Response in Case No. 17-3283 |
|---|---|
| Maria I. Silva Ortiz | 10402 |
| Nancy Gonzalez Oliver | 10403 |
| Fernando E. Perez Torres | 10404 |
| Yamira Cabrera Castro | 10405 |
| John F. Rosario Ramirez | 10406 |
| Evelyn Lozada Fernandez | 10408 |
| Irenes Jimenez Rivera | 10409 |
| Betty Alvalle Alvarado | 10410 |
| Grace Vazquez Pereira | 10414 |
| Ivelisse Velez Melon | 10415 |
| Wanda Ivette Abril Leon | 10416 |
| Myriam I. Acevedo Mesonero | 10435 |
| Hilda L. Mercado Nieves | 10436 |
| Claribel W. Mercado Vargas | 10440 |
| Maribel S. Mercado Vargas | 10441 |
| Javier A. Irizarry Vargas | 10442 |
| Elaine Torres Perez | 10443 |
| Ivan Sanchez Perez | 10444 |
| Francis Velez Jimenez | 10445 |
| Lizelie Nieves De Jesus | 10446 |
| Evelyn Rodriguez Cruz | 10447 |
| Evelyn Rodriguez Cruz | 10448 |
| Bernardo Acevedo Gonzalez | 10449 |
| Evelyn Rodriguez Cruz | 10450 |
| Mayra E. Torres Ramos | 10451 |
| Mayra E. Torres Ramos | 10452 |
| Ivelisse Navarro Cancel | 10453 |
| Juan J. Cortes Ocasio | 10455 |
| Justina Contreras Lopez | 10459 |
| Ada M. Matias Salas | 10463 |
| Arnaldo Ruiz Lopez | 10465 |
| Nelson Cintron Rodriguez | 10468 |
| Miguel A. Burgos Nieves | 10471 |
| Miguel A. Burgos Nieves | 10472 |
| Julio Padilla Rivera | 10473 |
| Esther M. Carrero | 10474 |
| Carmen Rivera Martinez | 10475 |
| Carlos J. Cordero Rosa | 10477 |
| Maria Isabel Vazquez Mojica | 10505 |
| Maribel Pizarro Castro | 10506 |
| Angel M. Nieves Rivera | 10507 |