UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 27, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on (1) the AP Defendants Service List attached hereto as **Exhibit A**; and (2) the NOP Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Second Supplemental Informative Motion Regarding Notices of Participation and Notices of Appearance Filed in Connection with Objections to ERS Bond Claims [Docket No. 10430, Case No. 17-03283; Docket No. 803, Case No. 17 BK 3566]

Dated: January 30, 2019

_____
Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 30, 2020 by Nora Hafez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

2

SRF 39348

**<u>Exhibit A</u>**

## Exhibit A

AP Defendants Service List
Served via email

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS | EMAIL |
|---|---|---|---|
| 55H and 56H | Attn: Atty. Moraima S. Ríos-Robles and Atty. Jessica A. Figueroa-Arce<br>Arroyo & Rios Law Offices, P.S.C.<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, PR 00966 | 19-00359 | jfigueroa@arroyorioslaw.com |
| Sculptor Capital LP f/k/n OZ Management LP | Attn: Kurt Mayr, David Lawton, and Shannon Wolf<br>Morgan, Lewis & Bockius, LLP<br>One State Street<br>Hartford, CT 06103-3178<br><br>Attn: Roberto Abesada-Agüet Sergio Criado Rocío Del Mar Valentín Colón<br>Correa Acevedo & Abesada Law Offices, PSC<br>Centro Internacional de Mercadeo, Torre II # 90 Carr. 165, Suite 407<br>Guaynabo, PR 00968 | 19-00355 | kurt.mayr@morganlewis.com<br>david.lawton@morganlewis.com<br>shannon.wolf@morganlewis.com<br>ra@calopsc.com<br>scriado@calopsc.com<br>rvalentin@calopsc.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**<u>Exhibit B</u>**

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| A&B General Consultants Corp. | santiagoalex65@gmail.com | | |
| Academia Puertorriquena de la Lengua Espanola | info@academiapr.org | | |
| Acevedo, Nilma* | nacevedod@yahoo.com | | |
| Acosta Nazario, Andres & Magaly | magaly.acosta.nazario@gmail.com | | |
| Acosta Nazario, Magaly | magaly.acosta.nazario@gmail.com | | |
| Acosta-Nazario, Maribel and Magaly | magaly.acosta.nazario@gmail.com | | |
| Aguilo-Pico, Magda | pedro.quintero@pr.edu | | |
| Aguirre, Elva M. | afag@me.com | | |
| Allen, Chet H. | 49hobbs@gmail.com | | |
| Almeda, Yanira | yaniraalmeda@gmail.com | | |
| Alvarez, Linette | alvarezlinette@gmail.com | | |
| Alvarez-Beamud, Marie I. | mariealvarez687@gmail.com | | |
| Alvarez-Mendez, Carlos* | calvarez@mendezcopr.com | | |
| Alvarez-Mendez, Sylvia* | calvarez@mendezcopr.com | | |
| Amadeo, Jose E. | jamadeo@prtc.net | | |
| Amador-Toledo, Marisabel | yiyiamadoe@yahoo.com | | |
| Amador-Toledo, Rafael | amadortoledo@hotmail.com | | |
| Anderson, Virgle J. & Cheryl D. | andersonranches@yahoo.com | | |
| Antoni, Carlos M. | antonic00926@yahoo.com | | |
| Aponte-Valderas, Becky M. | beckymaponte@gmail.com | | |
| Aponte-Valderas, Jose L. | apontevalderas@gmail.com | | |
| Aponte-Valderas, Lisa M. | laponte@rmmelaw.com | | |
| Aponte-Valderas, Luis A. | albertoaponte@yahoo.com | | |
| Arana, Kenia | keniaarana15@gmail.com | | |
| Arias Guardiola Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Armando Rodriguez-Santana Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Arroyo Calderon, Edgardo | edgardo.arroyo.calderon@gmail.com | | |
| Audrey C. Scott Decd. IRA | mrbscott@yahoo.com | | |
| Aulet-Castro, Antonio R. | kititopr@hotmail.com | | |
| Avila Medina, Fe Mercedes | acs2004_47@hotmail.com | | |
| Avila-Medina, Angel G. | insnurse@gmail.com | | |
| Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Ayyar, Mani | mayyar29@gmail.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Balasquide-Frau, Miriam C. | mbschmidt2@aol.com | | |
| Ballester, Carmina | maggiesuro@gmail.com | | |
| Banks, Veronica | grbanks@gmail.com | | |
| Barahona LLC | bcollaza@lawpr.com | | |
| Barreras, Eliett | eliettambar@gmail.com | | |
| Barrios-Lugo, Marta | Loti53@hotmail.com | | |
| Barron Family Revocable Living Trust | danielrbarron@msn.com | | |
| Belgodere, Felipe | felipegel@prtc.net | | |
| Bello, Harry A. | hbello55@gmail.com | | |
| Beltran-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Benitez, Isabel Vazquez | annabellenoa@gmail.com | | |
| Bermudez-Ortiz, Jose | bermudezortizjose@gmail.com | | |
| Berrios-Rivera, Magali | magaberi@gmail.com | | |
| Blackburn, Janet | justtax@sbcglobal.net | | |
| BofA Securities (fka Merrill Lynch & Co.) | jason.stone@bofa.com | Winston & Strawn LLP | jmotto@winston.com |
| Bonnin, Raul | raul.bonnin@yahoo.com | | |
| Botet, Rosalina | hiram.vazquez@hub-co.com | | |
| Bou-Pina, Iris | housuki1941@yahoo.com | | |
| Brulez, Gary & Pamela | gary@cpamo.com | | |
| Buono-Alcaraz, Juan | jbuono2346@yahoo.com | | |
| Bury, John G. and Natalia | jburyenterprise@yahoo.com | | |
| Busquets, David | djbusquets@prtc.net | | |
| Canales, Freddie | freddiecanales@gmail.com | | |
| Candelario, Jose H. | candelariojodeh@gmail.com | | |
| Carbia, Consuelo | conniecarbia@gmail.com | | |
| Carbia, Orlando A. | orlandocarbia@gmail.com | | |
| Carlo-Landron, Susan Marie | clsm78@yahoo.com | | |
| Carlos R. Mendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Carrera, Ivette | ivesusa.carrera@gmail.com | | |
| Carro-Soto, Jose A. | drcarro2003@yahoo.com | | |
| Cartagena, Carmen R. | gefrecha@hotmail.com | | |
| Castellano-Rivera, Bevelyn | bevelyncastellano@hotmail.com | | |
| Castillo, Lynette | lynette_castillo@yahoo.com | | |
| Castro, Alida | alida_castro8@yahoo.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Castro-Lang, Rafael | rafacastrolang@gmail.com; rafacastrolanglaw@gmail.com | | |
| Cintron Cordero, Domingo | ACarpetcleaning47@gmail.com | | |
| Cintron, Rita | ritamcitron@gmail.com | | |
| Cirino-Ayala, Pedro A. | Pectorjr7722@yahoo.com | | |
| Claudio Ballester Rico Estate | vibaponce@yahoo.com | | |
| Colberg Cabrera Children Trust-Alberto Juan-Colberg, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Cole, James M. | jamesoncole@gmail.com | | |
| Collazo-Collazo, Cristina | amvc1@aol.com | | |
| Colon Rodriguez, Filiberto | ficorod4@gmail.com | | |
| Colon, Felix Antonio | felixmd78@gmail.com | | |
| Colon, Luis A. and de Colon, Maria A. | Bertiecolon@gmail.com | | |
| Colon, Nelson S. | pachan29@hotmail.com | | |
| Colon, Teresita | prwec1@gmail.com | | |
| Colon, Walter E. & Teresita | prwec1@gmail.com | | |
| Comas del Toro, Jesus and Comas, Herminia | ledorot077@gmail.com | | |
| Congregacion Hnas. Carmelitas de la Caridad | adamyriamv@gmail.com | | |
| Cooperativa de Ahorro y Credito de Santa Isabel | vmorales@cacsi.com | Gonzalez Lopez & Lopez Adames | marielopad@gmail.com |
| Coss, Lillian | lillianc@live.com | | |
| Cristy, Alfredo J. | ajcristy73@yahoo.com | | |
| Cruz, Luis A. | apolocande@yahoo.com | | |
| Cruz, Lydia | cruzl4477@gmail.com | | |
| Daniel Barreto Torres Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Davis, Veronica C. | dollyd701@hotmail.com | | |
| Davis, Wayne | picker629@msn.com | | |
| de Bello, Carmen Q. | hbello55@gmail.com | | |
| de Fortuno, Annette Diaz | anettefortuno@yahoo.com | | |
| De Jesus, Sara E. | sallyedejesus@gmail.com | | |
| de L. Rodriguez-Gonzalez, Maria | liamlourdesrodriguez2@gmail.com | | |
| de Lourdes Carvajal, Agnes | roch40@earthlink.net | | |
| de Munoz, Aida A & Munoz, Edgardo | emunozPSC@gmail.com | | |
| Dean Lavere Cooley Family Revocable Living Trust | dean@deancooley.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Dean Lavere Cooley Rollover IRA | dean@deancooley.com | | |
| Dearmond, John E. | enigma0722@aol.com | | |
| Del C. Osuna, Milagros | yayiosuna@gmail.com | | |
| Del Carmen Alomar Esteve, Maria | alomar.carmen@gmail.com | | |
| del Carmen Alvarez, Maria | marunces@gmail.com | | |
| Delgado-Toledo, Julio | juliodelgado@gmail.com | | |
| Diaz Cuevas, Carlos M. | carlosmdiazcuevas@gmail.com | | |
| Diaz, Eloy Mena | eloymenadiaz@gmail.com | | |
| Diaz, Ruben | rubencardio@gmail.com | | |
| Diaz-Nieves, Andres | diaznieves.diazfranco@gmail.com | | |
| Diaz-Sola, Cecilio and Torres, Elaine | cdiazsola@gmail.com | | |
| Diez, Fernando A. | fdo10@aol.com | | |
| Domenech Morera, Edgar | edgardomenech@gmail.com | | |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com | | |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com | | |
| Dorbatt Quiñones, Rosa V.* | rvdorbatt@gmail.com | | |
| Dra. Coty Benmaman Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Dragoni, Marcos & Aguayo de Dragoni, Maria | abbyaguayo@yahoo.com | | |
| Duboy, Silvia M. | Silviaduboy@gmail.com | | |
| Dunlavy, Joseph M | jdunlavy@kansasbusinessfinancing.com | | |
| Durling, John C. and Jerry L. | johnandchick@yahoo.com | | |
| Echeandia, Maria J.* | luis_fernando_silva@hotmail.com | | |
| Ellis, E. Clive | clive_ellis@hotmail.com | | |
| Empire Gas Company, Inc. | kelly@empigaspr.com | | |
| Empresas Treviño Ramirez Inc. | jesustrevicoperez@gmail.com | | |
| ENME Real Estate Corp. | rodriguezcardonia13@yahoo.com | | |
| Enudio Negron-Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Estate of Andres Lopez | doquinon@msn.com | | |
| Estate of Carlos A Quilichini Roig | quilichinipa2C@microjuris.com | | |
| Estate of Isaias E. Martir Soto | diazmartir1@gmail.com | | |
| Fagundo Alvarez, Alice Miriam | edgardomenech@gmail.com | | |
| Falcon-Rivera, Miguel A. * | miguelfalconrivera@yahoo.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Febles Negron, Elines | feblescontes@gmail.com | | |
| Federico A. Souffront Santiago Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Feliciano-Perez, Eladio & Gonzalez-Torres, Carmen | carmingonzalez70@gmail.com | | |
| Fernandez, Carmen Luisa | lina005pr@gmail.com | | |
| Fernandez, Rafael A. | becauxrosario@hotmail.com | | |
| Fernandez-Munoz, Socorro | happywonderwoman@yahoo.com | | |
| FERPO Consulting Group Inc | ginnette.fernandez@gmail.com | | |
| Ferrer-Davila, Luis M. | lyfeda2009@gmail.com | | |
| Fideicomiso B & B | JoseCBacoR@aol.com | | |
| Fideicomiso Flores-Morales, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Figueria Muniz, Iris M.* | irismfigueroa@gmail.com | | ivonnegm.prw.net |
| Figueroa-Soldevila, Maria Aracelis | mfigsol@gmail.com | | |
| Flores, Carlos M. | carlosflores385@hotmail.com | | |
| Font, Luis E. | fontpr@yahoo.com | | |
| Fourquet-Torres, Juan L. | juanfourquet@gmail.com | | |
| Francisco Toro-De Osuna and Viviana Velez-Perez | img.franciscotoro@gmail.com | | |
| Frank, Mary J. | mary.j.frank.civ@mail.mi | | |
| Freieria Umpierre, Enrique | hfreiria@prtc.net | | |
| Frontera, Osvaldo Antommattel | antorhellm@coqui.net | | |
| Fuentes, Enrique | hfa5364@gmail.com | | |
| Fumero-Vidal, Ricardo A. and Aguilo-Pico, Enid M.* | r.fumero@hotmail.com | | |
| G. Vidal-Santoni Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Gabriel Miranda Target Retirement Plan | gjmirandar@gmail.com | | |
| Galbraith, Jason R. | galbraithjason@yahoo.com | | |
| Galindez, Julio A. | julio@fprgalindez.com | | |
| Garcia Barros, Eva Pilar | epgarcia@prtc.net | | |
| Garcia Gubern Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Garcia Hernandez, Ada I. | adaytito@hotmail.com | | |
| Garcia Toledo, Alma | almagarciatoledo@yahoo.com | | |
| Garcia-Navarreto, Maribel | maribel.hernandezgarcia@gmail.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Garcia-Ramirez, Jaime A. | garciaramirez.jaime@gmail.com | | |
| Garcia-Toledo, Maria T | juliodelgado@gmail.com | | |
| Gardner, Allison Jean | kgmama3@yahoo.com | | |
| Garrido-Rincon, Marcos | garridomarco@gmail.com | | |
| Garrote, Nora E.* | negarrote@venuble.com | | |
| Gay, Susan | susiegay@yahoo.com | | |
| GIB Development LLC* | sshub@45equity.com | | |
| Ginorio Gomez, Victor M | ticoginorio@gmail.com | | |
| Gomez Vallecillo, Hiram | hiramgomez@me.com | | |
| Gonzalez Ojeda, Domingo A. | domgon787@aol.com | | |
| Gonzalez Reyes, Carlos J. | ccjjggrr1@hotmail.com | | |
| Gonzalez Roig, Emilio | millog@hotmail.com | | |
| Gonzalez Torres, Carmen | carmingonzalez70@gmail.com | | |
| Gonzalez, Ismael | isgon15@hotmail.com | | |
| Gonzalez, Lohr H. | sarahspoleti@sbcglobal.net | | |
| Gonzalez, Luis | b.diazj@hotmail.com | | |
| Gonzalez, Magda | aixza_gonzalez@yahoo.com | | |
| Gonzalez, Sandra | jamadeo@prtc.net | | |
| Gonzalez-Passalacqua, Jose Ramon | jrgp1@hotmail.com | | |
| Gonzalez-Quintana, Hector L. | hgg1164@hotmail.com | | |
| Gonzalez-Toro, Marylin | marylintk@gmail.com | | |
| Graham, Diana E. & Johnson | dgraham217@aol.com | | |
| Guardiola, Armando | sbaezdixon@gmail.com | | |
| Gubern-Garcia Living Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Gutierrez Nunez, Carmen M. | gncarmenm@hotmail.com | | |
| Hale, Carol Z. | czhlks@gmail.com | | |
| Hanke, Gilberto | 787fishing@gmail.com | | |
| Hans Mercado-Gonzalez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Hartke, Gary W. | midwestgar49@yahoo.com | | |
| Hawke, Gilberto | 787fishing@gmail.com | | |
| Haworth, Steven T. | Shaworth2002@gmail.com | | |
| Hensley, Michael B and Christy M. | hensley@sktc.net | | |
| Hernandez, Griselle | supergyzmo@yahoo.com | | |
| Hernandez-Aldarondo, Tomas | hernandeztomas@hotmail.com | | |
| Hernandez-Rodriguez, Freddie* | freddie.hernandez55@yahoo.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Highfields Capital I LP | lfr@mcvpr.com | McConnell Valdés LLC | lfr@mcvpr.com |
| Highfields Capital II LP | lfr@mcvpr.com | McConnell Valdés LLC | lfr@mcvpr.com |
| Highfields Capital III LP | lfr@mcvpr.com | McConnell Valdés LLC | lfr@mcvpr.com |
| Hospicio Emmanuel Deferred COMPFBO Moises Rivera, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Ileana Enid Cuerda-Reyes Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Inclan, Julian S. & Pietrantoni de Inclan, Vionette | jinccan@americanpapercorp.com | | |
| Ines Suarez, Maria * | mispg51@gmail.com | | |
| Inigo Fas, Fideicomiso | cheinigosz@gmail.com | | |
| Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | twillis@ofiglobal.com | Kramer Levin Naftalis & Frankel LLP | acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| Irizarry, Fernando and Rodriguez, Maria | maria@fiaarchitects.com | | |
| Isabel C. Petrovich Estate | paonessal@yahoo.com | | |
| Isaias F. Martir Soto Estate | diazmartir1@gmail.com | | |
| Ivaem College, Inc. | finanzas@ivaempr.com | | |
| Jaime Fernandez (guardian for Roger Breto Fernandez) | jaimejuventudvibra@gmail.com | | |
| Jansen, Janis L. | jljkse@csy.net | | |
| Jimenez, Teresita | tereyguigapr@gmail.com | | |
| Jimenez-Gandara, Maria Elena | maricartor@gmail.com | | |
| Joglor LLC | joefigueroa@yahoo.com | | |
| John Hancock Investments | ecaron@jhancock | Choate, Hall & Stewart, LLP | dgooding@choate.com; softedal@choate.com |
| John Levin-IRA | jlevin6@zoho.com | | |
| John Levin-Roth-IRA | jlevin6@zoho.com | | |
| Juan Ramon Gomez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Jubert-Rivera, Nery Jubert | nyjrivera@gmail.com | | |
| Kochen, Brandon | bkochen@45equity.com | | |
| Laborde, Ivonne | ivonnelaborde@hotmail.com | | |
| Landron, Matilde | tontimati@yahoo.com | | |
| Laracuente, Gregoria | kelvinquinones@gmail.com | | |
| Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com | | |
| League, Alvin L. & Evelyn R. | evelynleague@gmail.com | | |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 7 of 11

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Lennox, Jeffrey and Linda | lennox.linda@gmail.com | | |
| Lennox, Linda | lennox.linda@gmail.com | | |
| Libby, James | jgolf216@gmail.com | | |
| Librada-Sanz, Jesus | libradajesus@yahoo.es | | |
| Litespeed Master Fund Ltd. | jamie@litespeedpartners.com | | |
| Lizardi-Rivera, Rafael I. | pverdehcao@aol.com | | |
| Llop, Ibrahim | ibra_110P@hotmail.com | | |
| Lopez Ortiz, Ruth M.* | ruth.lopez1@hotmail.com | | |
| Lopez-Agudo, Fideicomiso | blanca_aguado@yahoo.com | | |
| Loubriel Umpierre, Enrique | eloubriel@yahoo.com | | |
| Lugo Rivera, Fideicomiso | yanitza_vargas@hotmail.com | Alfredo Cardona | cardonaalf@gmail.com |
| Luis A. Seguinot Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Lunt, Peter H. | plunt@nvcommercial.com | | |
| Mansfield, Karen | bluegecko2121@yahoo.com | | |
| Marchena, Orlando | orlyj27@yahoo.com | | |
| Marczynski, Christine J. | occhrissea@msn.com | | |
| Maria R. Rodriguez Estate | rrp@bobonislaw.com | Enrique G. Figueroa Llinas | efl@bobonislaw.com |
| Mark G. Scolnick 2007 Trust as Amended | markscolnick@gmail.com | | |
| Mark Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Marlin, Dennis J. | djm0212@yahoo.com | | |
| Marlin, Lisa | lisamarlin@icloud.com | | |
| Marquez-Rivera, Jose R. | manaveiras@hotmail.com | | |
| Martinez Oliver, Fabian | lumenmendez@hotmail.com | | |
| Martinez Velez, Iraida A. | indymarvel@gmail.com | | |
| Matos-Alvarado, Mercedes | mecanara@tim.it | | |
| Matras, Michael | importmike@aol.com | | |
| Mattei-Calvo, Hector L. | yauco13@yahoo.com | | |
| McDavitt, Thomas D. | tmacdee@cox.net | | |
| McNamara, James* | nmchail@earthlink.net | | |
| Me Salve Isabela | nmenda@admincomp.com | | |
| Me Salve Rio Piedras | nmenda@admincomp.com | | |
| Melendez Rodriguez, Elba E. * | eemro101@gmail.com | | |
| Melendez, Ismael | im712@yahoo.com | | |
| Melero Munoz, Carmen E. | carmensmelero@gmail.com | | |
| Menda, Nelson | nmenda@admincomp.com | | |
| Mendez, Raul | timbvxrs@gmail.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Mendez-Campoamor, Patricia* | pmcampoamor@yahoo.com | | |
| Mendez-Figueroa, Nelly A. | nelly.mendez.figueroa@gmail.com | | |
| Mendez-Perez, Ramon and Mendez, Carmen L. | totomendez@hotmail.com | | |
| Mercer, Helen M. | hmmdome@SBCglobal.net | | |
| Michica International Co. Shareholders Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Miguel J. Morales-Vales Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Miranda, Gabriel | gjmirandar@gmail.com | | |
| Miriam Loyola-Feliciano Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Monarch Alternative Capital LP | colin.daniels@monarchlp.com | Akin Gump Strauss Hauer & Feld LLP | Bkahn@akingump.com |
| Montanez, Luis G. | montanezlg@gmail.com | | |
| Morales Castro Trust | felixamorales1@gmail.com | | |
| Morales Morales, Luz Maria | luzsunrise99@gmail.com | | |
| Morales Silva, Virginia | moralessilva81@gmail.com | | |
| Morales Tores, Daira J. | ianaira@yahoo.com | | |
| Morales, Salvador | mfscolinas@yahoo.com | | |
| Morell, Magda | magda.morell@hotmail.com | | |
| Morla Rios, Everling | everling@jazzhamilton.com | | |
| Mottola, Joseph | cinim56@gmail.com | | |
| Muniz, Ramon G.* | nacevedod@yahoo.com | | |
| Nazario-Pagan, Maria A. | magaly.acosta.nazario@gmail.com | | |
| Nazario-Torres, Aracella | cellapillar@yahoo.com | Lodo Carlos Alberto Ruiz, CSP | carlosalbertoruizquiebras@gmail.com |
| Negron Angulo, Enudio | rudin425@gmail.com | | |
| Nevarez, Elba Iris | amaury47@att.net | | |
| New Concepts Machining, Inc. | newconcepts@frontiornet.net | | |
| Nido, Carlos J.* | carlosnido@gmail.com | | |
| Nieves Lopez, Gilberto | gilberttonieves@yahoo.com | | |
| Nieves, Antonia and Jose Maldonado, Sucesion | michelle.yulfo@gmail.com | | |
| Nigaglioni, Guillermo A. | gnigag@prtc.net | | |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 9 of 11

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Nilda E. Ortiz-Melendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Nilda Torres-Nieves and Jose Reyes-Cruz | tonito2009@live.com | | |
| Oceguera, Mirta | ocegueramirta@yahoo.com | | |
| Ojeda, Carlos J.* | carlodsojedapr@yahoo.com | | |
| Olivieri, Liana Rivera | mevicens@yahoo.com | Maria E. Vicens | mevicens@yahoo.com |
| Orr, Jack L & Barbara J | barbieo22@hotmail.com | | |
| Ortiz Rivera, Ada Ivette* | adaivette25@gmail.com | | |
| Ortiz-Quinones, Jose A. | brunygiuliani@hotmail.com | | |
| Ortolani, Sherri L | sherrilortolani@gmail.com | | |
| Padua Flores, Samuel* | samuelpadua@hotmail.com | | |
| Paul Villanueva-Cruz and Lidia Lopez-Gaston | paulnewvillage@gmail.com | | |
| Perez, Agustin | atinperez@gmail.com | | |
| Perez, Ivette* | icypr2@hotmail.com | | |
| Perez-Alvarez, Ramon F.* | rpbroky@gmail.com | | |
| Perez-Garcia, Julio A. and Garcia-Toledo, Teresa | teresagt72@prtc.net | | |
| Perez-Pasarell, Hector X. | hectorxavier2000@yahoo.com | | |
| Perez-Posas, Jose M. | mosqurperezl@gmail.com | | |
| Perlman, Alan Jay | perlfoto@gmail.com | | |
| Peterson, Darol G. | DP4401@frontier.com | | |
| Picó Gonzalez, Alberto J. | sallyedejesus@gmail.com | | |
| Pijem-Garcia, Julio S. | salva432001@yahoo.com | | |
| Pizarro Ramirez, Alma | smari_roca@yahoo.com | | |
| Plan de Pension Ministerial Inc. | plandepensiones@gmail.com | | |
| Playa Azul, CRL | mramos@bufetemrsz.com | Edgardo Muñoz, PSC | emunozPSC@gmail.com |
| Polifka, James R. | polifkaj@pctc.net | | |
| Pollard, Paul David | pdavidpollard@hotmail.com | | |
| Ponce De Leon, Carlos A. | cponcedeleon@ieg-pr.com | | |
| Quebrada Bonita Crl | mramos@bufetemrsz.com | Edgardo Muñoz, PSC | emunozPSC@gmail.com |
| Rahm, Susan D. and Jeffrey D. | jrahm@stifel.com | | |
| Ramirez Torres, Ernesto L.* | elrtorres@hotmail.com | | |
| Ramirez, Lavinia | marymqr@hotmail.com | | |
| Ramirez-Delgado Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com | | |
| Ramirez-Fas, Jose | joseramirez@gmail.com | | |

Exhibit B
NOP Service List
Served via email

| Full Name | Email Address | Counsel Firm Name | Counsel Email Address |
|---|---|---|---|
| Ramirez-Torres, Ernesto L. and Lopez-de Victoria, Adela A. | elrtorres@hotmail.com | | |
| Ramirez-Zayas, Maria V. | vinasita48@hotmail.com | | |
| Ramos Lopez, Elisa | gloriosaflor41@gmail.com | | |
| Ramos-Martin, Gerard * | gramosmartin@gmail.com | | |
| Ramos-Martin, Gerard and Ines Suarez, Maria* | gramosmartin@gmail.com; mispg51@gmail.com | | |
| Ratliff, Blaine | blaine.ratliff@LPL.com | | |
| Raul-Padilla, Luis | padimart@yahoo.com | | |
| Render, Richard E. | rickrender@icloud.com | | |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 11 of 11