21 de enero de 2020

Tribunal de Distrito de los Estados Unidos
Para El Distrito de Puerto Rico

A quien pueda interesar:

Como es de su conocimiento, en Puerto Rico estamos siendo afectados por una serie de terremotos actualmente. El Presidente de Estados Unidos, Donald Trump ha declarado a Puerto Rico zona de desastre. Por tal motive, tuve inconvenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación debido a que las Oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores y gestiones al púublico recientemente.

Mi reclamación Núm. _8011_, Deudor: El Estado Libre Asociado de Puerto Rico, Número de caso _178 K 3283 LTS_ y Num. de reclamación _82223_, Deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Número de Caso _128 K 3283 LTS_, ambos fueron presentados el día 22 de junio de 2018.

Solicito una extensión de la gestion y justificación que les estoy presentado por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes,

Norma I. Tirado Rodriguez
Calle 6 N-4
Villa del Rey 4ta. Sec.
Caguas, Puerto Rico 00727
Tel. (787) 633-1248

G-mail normotirado 85 arroba g-mail.com

*Romerazo*

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS  -  17BK3283-LTS

**One Hundred and Seventh** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: **80811**

Name and Address: **Norma I Tirado Rodriguez calle 6 N-4 Villa del Rey 4ta Seccion Caguas, P.R 00727 G-mail norma.tirado85 arroba gmail.com**

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados **1984 - 2010**

Cantidad Reclamada **$31,200.00**

Ley 9 _____

Años Reclamados _____

Cantidad Reclamada _____

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - Sistema de Retiro de maestros Gobierno de Puerto Rico
2. Informe Renta anual Vitalicio Junta Retiro
3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Norma I Tirado Rodriguez

Firma: *[signature]* Fecha: 24 de enero 2049