

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

14 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | NORMA I. TIRADO RODRIGUEZ |
| Seguro Social | : | N I T R |
| Categoría | : | MAESTRO NIVEL ELEMENTAL INGLÉS |
| Distrito Escolar | : | CAGUAS II_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2010 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 8 meses y 2 semanas. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 10/25/1979. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

---

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| Gobierno de Puerto Rico | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| --- | --- | --- | --- | --- |
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: | 01/16/2020 | Aviso #: | 5817776 |
| | Hasta: | 01/31/2020 | Fecha Aviso: | 01/30/2020 |

| NORMA I TIRADO RODRIGUEZ | # Empleado: | NITR | DATA IMP: | Federal | PR |
| --- | --- | --- | --- | --- | --- |
| VILLA DEL REY 4 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| N4 CALLE 6 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| CAGUAS, PR 00727 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: NITR | Sueldo: | $1,999.96 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
| --- | --- | --- | --- | --- | --- |
| Pago de Salarios Regulares | | | 999.98 | 172.50 | 1,999.96 |
| Total: | | | 999.98 | 172.50 | 1,999.96 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| SM-Asoc Maestros de PR | 70.00 | 140.00 |
| CO-COOP MAESTRO PR | 412.64 | 825.28 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 17.00 |
| Total: | 544.62 | 1,089.24 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-Asoc Maestros de PR | 100.00 | 100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| --- | --- | --- | --- | --- |
| Corriente: | 999.98 | 0.00 | 544.62 | 455.36 |
| Acumulado: | 1,999.96 | 0.00 | 1,089.24 | 910.72 |

### PTO HORAS

| | ACUM |
| --- | --- |
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5817776 | 455.36 |
| --- | --- |
| Total: | 455.36 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5817776

Cant. Desposito: _____ $455.36

A la
Cuenta(s) De

NORMA I TIRADO RODRIGUEZ
VILLA DEL REY 4
N4 CALLE 6
CAGUAS, PR  00727

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Checking | 046312250 | $455.36 |
| Total: | | $455.36 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2020 | Aviso #: | 5560826 |
| | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| NORMA I TIRADO RODRIGUEZ | # Empleado: | NITR | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| VILLA DEL REY 4 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +N4 CALLE 6 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| CAGUAS, PR 00727 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: NITR | Sueldo: | $1,999.96 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 999.98 | 82.50 | 999.98 |
| Total: | | | 999.98 | 82.50 | 999.98 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| SM-Asoc Maestros de PR | 70.00 | 70.00 |
| CO-COOP MAESTRO PR | 412.64 | 412.64 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 |
| Total: | 544.62 | 544.62 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 999.98 | | 0.00 | 544.62 | 455.36 |
| Acumulado: | 999.98 | | 0.00 | 544.62 | 455.36 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5560826 | 455.36 |
|---|---|
| Total: | 455.36 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5560826

Cant. Desposito: _____ $455.36

A la
Cuenta(s) De

NORMA I TIRADO RODRIGUEZ
VILLA DEL REY 4
N4 CALLE 6
CAGUAS, PR 00727

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 046312250 | $455.36 |
| Total: | | $455.36 |

**NO-NEGOCIABLE**

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Tirado Rodriguez, Norma I. | 82223 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Tirado Rodriguez, Norma I. | 82223 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).