29 de enero de 2020

a: Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

RECEIVED & FILED
2020 JAN 30 PM 4:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Por medio de la presente notifico que mi nombre completo responde a: Wonda Luz Diaz Reyes que soy vecina de la Calle 2 F-19 Urb. Villa Verde, Bayamón, P.R 00959. También comunico que mi celular es 787-585-5667 y que el correo electrónico es wandaldiaz@live.com.

Gracias, atte:

Wanda L. Diaz Reyes

29 de enero de 2020

A: Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Por este medio establezco que me opongo a que el tribunal no debe declarar ha lugar a la objeción en relación a mi reclamo ya que estoy demandando en relación a la Ley 8 "El Romerozo". Comerzé a trabajar en el entonces Departamento de Instrucción de Puerto Rico en el año 1978 mes de febrero terminando con mi retiro en enero de 2009. Para ese entonces en el Departamento de Educación de Puerto Rico. Sin otro particular, gracias por adelantado.

atte:
Wanda L. Diaz Reyes