Wanda Luz Diaz Reyes
Calle 2 F-19 Urb. Villa Verde, Bayamón, Puerto Rico
00959



RECEIVED & FILED
2020 JAN 30 PM 4:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico, 00918