Retiro Maestro

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS    17BK 3283-LTS

<u>One Hundred and Seventh</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 87223

Name and Address:

Norma I Tirado Rodríguez
calle 6 N-4 Villa del Rey 4ta Sección Caguas, P.R. 00727

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____

Cantidad Reclamada _____

Ley 9  Costo de vida - Retiro de maestro (3% cada 2 años)

Años Reclamados  2,010 - 2020

Cantidad Reclamada  $727. 136

Retiro Maestro

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - Sistema de Retiro de maestro Gobierno de Puerto Rico
2. Informe Renta anual Vitalicio Junta de Retiro
3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Norma I Tirado Rodriguez

Firma: _Norma I Tirado Rodríguez_   Fecha: 24 de ener 2019