Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 4-jun-10
Fecha Vencimiento: 18-nov-10

Núm de Caso: 1043

## INFORME RENTA ANUAL VITALICIA

TIRADO RODRGUEZ, NORMA I.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: NITR

Sexo: ☑ Femenino  ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): NITR

Categoría y Pueblo: GURABO - ELEM.

Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: VILLA DEL REY 4TA SECCION
N 4 CALLE 6
CAGUAS PR 00727

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta | |
|---|---|---|---|---|
| 58 Años 11 Meses 5 Días | 30 Años 4 Meses 2 Sem 4½ Días | $ 57,254.62 | Mensual $ 1,999.96 | Anual $ 23,999.52 |

Fecha de Renuncia: 28-jul-10   Último Día de Pago: 16-jul-10
Fecha Efectividad Pensión: 29-jul-10   Cierre de Nómina: 29-nov-10
Fecha Primer Pago Pensión: 15-dic-10   Importe $ 1,999.96
Pago Global Retroactivo Desde: 29-jul-10   Hasta: 30-nov-10   Importe Total $ 8,193.37

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 8,193.37 | $ 1,999.96 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos:   Clave | | |
| Personal (PP)   47-000 | 2,573.36 | 566.82 |
| Cultural (PC)   45-000 | - | - |
| Hipotecario (PH)   36-000 | - | - |
| Finanzas   67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 5,620.01 | $ 1,433.14 |

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES — Nombre del Empleado    Firma    3-nov-2010 Fecha

NORMA I. PEÑA AGOSTO — Nombre Supervisor    Firma    Fecha

### PREINTERVENCION DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS
NOV 5 2010
Bledoux

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma   7/11/10 Fecha

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina   Mes 12   ☑ 1ra ☐ 2da
Nombre Empleado: Nyra Rodriguez   Firma   9/nov/10 Fecha
Juan Agosto Castro   Nombre Supervisor   Firma

Nómina Pago Global   Mes 12   ☑ 1ra ☐ 2da   ☐ Off Cycle ☐ Pay Line
Nombre Empleado: PEGGY FRANCO RAMIREZ   Firma   11/29/10 Fecha
  Firma   9-Diciembre 2010 Fecha

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| Núm de Caso |
|---|
| 1043 |

| Fecha Radicación |
|---|
| 4-jun-10 |
| Fecha Vencimiento |
| 18-nov-10 |

Página 2

TIRADO RODRGUEZ, NORMA I.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: NITR
Fecha Nacimiento: NITR (Mes-Día-Año)
Categoría y Pueblo: GURABO - ELEM.

### COMPUTO RENTA ANUAL

A. $ 7,999.84 / 3 = $ 2,666.61 x 75.0% - x 0.000 = $ 1,999.96
   Sueldos más años / años   Promedio Sueldos   Por Ciento

B. Ajuste de 0%   $ - x 0% = $ -

C. Pensión Ajustada   $ - x 12 = $ -

APORTACION INDIVIDUAL   0%
$ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | Efectividad Pensión | 2010 | 7 | 29 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1951 | 8 | 24 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Edad al Retirarse | 58 | 11 | 5 |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 | x 240 | = |
| 0 | 0 | 20 | $ 2,730 | $ - | | Meses | 0 | x 20 | = |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Semanas | 0 | x 5 | = |
| | | | | | | Días | 0 | x 1 | = 0.0000 |
| 0 | 10.5 | 20 | $ 2,705.00 | $ 1,420.13 | | | | | |
| 6 | 0 | 20 | $ 2,580.00 | $ 15,480.00 | | | | | |
| 5 | 9.5 | 20 | $ 2,480.00 | $ 13,578.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 | x 365 | = |
| 0 | 0 | 20 | $ - | $ - | $ 2,539.84 | Meses | 0 | x 30 | = |
| | | | | | | 4 Sem | 0 | x 29 | = |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem | 0 | x 22 | = |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 | x 15 | = |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 | x 7 | = |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 | x 1 | = |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | | | Nombre | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma | | Fecha | |

Sueldo Total para Promedio: $ 95,998.13   $ 7,999.84

Revisado por:
Nombre
Firma    Fecha

**Servicios Acreditados**

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 4 | 2 | 4½ |

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TIRADO RODRIGUEZ, NORMA I | 80811 | 6/25/2018 | Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TIRADO RODRIGUEZ, NORMA I | 80811 | 6/25/2018 | Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 871 MMLID: 546991 SVC: 117th Omni
TIRADO RODRIGUEZ, NORMA I
CALLE 6 N4 URB VILLA DEL REY 4TA SECCION
CAGUAS, PR 00727

# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. NORMA I TIRADO RODRIGUEZ**, con número de seguro social que termina en *NITR*

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 29 de julio de 2010 |
| Tiempo Cotizado para la Pensión | 30 años, 4 meses, 2 semana y 4 1/2 días |
| Fecha de Efectividad de la Renuncia | 28 de julio de 2010 |
| Fecha de Efectividad de la Pensión | 29 de julio de 2010 |
| Pensión Mensual Actual | $1,999.96 |

Esta certificación se expide hoy, 27 **de enero de 2020** en **San Juan, Puerto Rico.**

**Edgardo Negrón Ramírez**
Supervisora
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. NORMA I TIRADO RODRIGUEZ**, con número de seguro social que termina en *NITR*

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 29 de julio de 2010 |
| Tiempo Cotizado para la Pensión | 30 años, 4 meses, 2 semana y 4 1/2 días |
| Fecha de Efectividad de la Renuncia | 28 de julio de 2010 |
| Fecha de Efectividad de la Pensión | 29 de julio de 2010 |
| Pensión Mensual Actual | $1,999.96 |

Esta certificación se expide hoy, 27 **de enero de 2020** en **San Juan, Puerto Rico.**

**Edgardo Negrón Ramírez**
Supervisora
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414     📠 787.764.6910     www.srm.pr.gov