30 de enero de 2020

A quien pueda interesar

La siguiente carta es para objetar y reconsiderar mi caso en Commonwealth of Puerto Rico. En el año 2001 estando en la escuela Luis Muñoz Rivera de Toa Alta radique para realizar la carrera magisterial. En ese momento no pude irme a estudiar ya que mi deber de madre era primero y mi hija solo tenia 5 años. Al radicar en ese momento me detuvieron los pasos de $25.00 que daban todos los años. Hacia llamadas constantes al Departamento de Educación, pero ellos me indicaban que como yo había decidido activarme en la carrera magisterial pues se me iban aguantar los pasos de salario. Lo deje así y no fue hasta el año 2007 que inicio mi carrera magisterial terminándola en el ano 2011 con el grado de maestría en las artes de educación elemental de k a 6 obteniendo 4.00 de promedio. Solo me pudieron pagar los dos primeros niveles adeudándome los últimos dos, debido a que vino una crisis fiscal la ley 7 y detuvieron todos los pagos. Llene mis últimos documentos para el 2014 pidiendo revisión y fueron congelados. Por lo cual les presentare todos los documentos requeridos para que me tomen en consideración para tener un digno salario ya que me esforcé para llegar a tener una maestría. Es por lo que apelo ante ustedes para que se me haga justicia pagándome la deuda que se me debe de la carrera magisterial y los pasos que se nos daban que nada tenia que ver con la carrera magisterial. Los pasos adeudan la cantidad de $350.00 y la deuda de la carrera magisterial hasta el ano 2020 adeudan de $10,000. Por eso acudí a ustedes buscando ayuda para que se haga honor a cientos de maestros como yo que pasamos por esta situación. Queda ante ustedes y muy respetuosamente.

Marie C. Santiago Vazquez

Calle 1 C24 Urb. Vistamar

Guayama Puerto Rico, 00784

Tel. 7875182178

santivaz@yahoo.com

# de reclamación 154978