Nivel II 157.50

pagado

Nivel III 437.50

87.50 87.50 87.50 87.50 87.50

Trabaja ~~III~~ no pagado

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

**Oficina de Carrera Magisterial**

**RECOMENDACIÓN DE REVISIÓN DE SALARIO 2012**

Certifico que he revisado y analizado el Plan de Mejoramiento Profesional de:

Nombre: Marie C. Santiago Vázquez
Escuela: Luis Muñoz Rivera
Distrito Escolar: Toa Baja
Región Educativa: Bayamón

Los mismos cumplen con todas las disposiciones de Ley, por lo cual recomiendo que se le otorgue el aumento salarial correspondiente a la(s) etapa(s) 1-3 del Nivel III de su Plan de Mejoramiento Profesional.

De usted no estar de acuerdo con esta determinación tiene derecho a solicitar revisión de la misma ante la Comisión Apelativa del Servicio Público, dentro de un término de treinta (30) días a partir del recibo de esta notificación. Podrá comparecer por sí mismo o representado por un abogado. La dirección de la Comisión es Ave. Ponce de León 1409, Edificio CEM sexto piso, Santurce.

Fecha: 7 de febrero de 2014

Eric H. Pérez Torres
Director Interino

*P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773- 2448, 2295 * FAX: (787) 756-8028*

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

**Oficina de Carrera Magisterial**

**RECOMENDACIÓN DE REVISIÓN DE SALARIO 2013**

Certifico que he revisado y analizado el Plan de Mejoramiento Profesional de:

Nombre: Marie C. Santiago Vázquez

Escuela: Luis Muñoz Rivera

Distrito Escolar: Toa Baja

Región Educativa: Bayamón

Los mismos cumplen con todas las disposiciones de Ley, por lo cual recomiendo que se le otorgue el aumento salarial correspondiente a la(s) etapa(s) _4ta_ del Nivel _III_ de su Plan de Mejoramiento Profesional.

De usted no estar de acuerdo con esta determinación tiene derecho a solicitar revisión de la misma ante la Comisión Apelativa del Servicio Público, dentro de un término de treinta (30) días a partir del recibo de esta notificación. Podrá comparecer por sí mismo o representado por un abogado. La dirección de la Comisión es Ave. Ponce de León 1409, Edificio CEM sexto piso, Santurce.

Cotejado por: Carmen Hernández

Fecha: 14 de mayo de 2014

Eric H. Pérez Torres
Director Interino

*P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773- 2448, 2295 * FAX: (787) 756-8028*

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Anejo 3
(Este documento debe completarse en tinta azul en todas sus partes)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**

***Programa de Carrera Magisterial***

**Fecha de Aprobación de esta Solicitud de Revisión Salarial** ______________________

**Certificación de entrega de solicitudes de Revisión** 2

Escuela Luis Muñoz Rivera Director Maritza Rosales Guzmán

Distrito Toa Baja Región Bayamón

Hoy, jueves 21 de marzo de 2013, hice entrega de las solicitudes analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente personal activo en la Carrera Magisterial:

| | **Nombre** | **Puesto** |
|---|---|---|
| 1. | Sylma Rolón | Maestra |
| 2. | Marie C. Santiago | Maestra |
| 3. | | |
| 4. | | |
| 5. | | |

RECIBIDO
MAR 21 2013
OFICINA DE CARRERA MAGISTERIAL

Certifico correcto,

[firma]
Nombre Director de Escuela

Maritza Rosales Guzmán
Firma

Evelyn Hernández Aponte
Nombre Persona Designada por Ayudante Especial a cargo del Distrito

[firma]
Firma

COTEJADO

CARRERA MAGISTERIAL



*Escuela de la Comunidad*
*Luis Muñoz Rivera*
*Apartado 1311*
*Toa Alta, P.R. 00954*
*Tel-Fax 787.870.3837*

Fecha 28 de febrero de 2012

A : Dra. Wanda Ortiz
Superintendente Auxiliar
Distrito de Toa Baja

De: Maritza Rosales Guzmán
Directora

Asunto: Entrega expediente de documentos de Carrera Magisterial
Marie C. Santiago Vázquez

- Recomendación de revisión salario y
- Recomendación de nivel
- Plan de mejoramiento profesional

RECIBIDO

Recibido FEB 2 8 2012

Fecha ______________________

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
**ESCUELA ELEMENTAL SECUNDINO DIAZ MORALES**
*Bo. Galateo Centro Carr. 804, Toa Alta, P.R.*
*P.O. Box: 349, Toa Alta, P.R. 00954*
*Tel/fax: 870-3404 ó 870-6597*

# *** HOJA DE TRÁMITE ***

**Fecha: 31 de mayo de 2007**

**A: Departamento de Educación**
**Hato Rey, P.R.**

**ATENCIÓN: Oficina Carrera Magisterial**

## Se incluye lo siguiente:

**Certificación de radicación y aprobación del Plan de Mejoramiento Profesional.**

1. Marie C. Santiago Vázquez
2. Maribel Lacomba Cardona
3. Rosa M. Torres Narváez

RECIBIDO 31 MAY 2007

COTEJADO

Sra. Aida E. Rodríguez Rey
directora

CARRERA MAGISTERIAL
**Recibido por:**

***ESCUELA ELEMENTAL SECUNDINO DIAZ MORALES***
*Bo. Galateo Centro Carr. 804, Toa Alta, P.R.*
*P.O. Box: 349, Toa Alta, P.R. 00954*
***Tel/fax: (787) 870-3404 ó 870-6597 (Directora) 870-6559 (Trabajadora Social)***

**Fecha: 30 de marzo de 2009.**

# Hoja de Trámite

**A: Oficina de Carrera Magisterial**
**Departamento de Educación**
**Hato Rey , P.R.**

**De: Sra. Aida E. Rodríguez Rey**
**Directora**
**Escuela Secundino Díaz Morales**
**Distrito Escolar de Toa Alta**

COTEJADO

Se incluye los siguientes Documentos de la **Sra. Marie C. Santiago Vázquez :**

1. Plan de Mejoramiento Profesional
2. Solicitud de Revisión de Salario y Reclamación de Nivel
3. Recomendación de Revisión de Salario y Reconocimiento de Nivel

CARRERA MAGISTERIAL

Entregado por: Aida E. Rodríguez Rey

Recibido por: sujeto a revisión

RECIBIDO
30 MAR 2009
OFICINA DE LA CARRERA MAGISTERIAL

Estado Libre Asociado de Puerto Rico
**Departamento de Educación**

Certificaciones Docentes y Desarrollo Profesional

***PLAN DE MEJORAMIENTO PROFESIONAL***

**Parte II Introducción**

Nombre: **Marie C. Santiago Vázquez** Página: 1

Seguro Social: ____________ Fecha de Radicación: 15 de febrero de 2013

**INFORMACIÓN PERSONAL**

**A. Preparación Académica y experiencia docente.**

Poseo una Maestría en Artes en Educación Elemental en la Universidad Interamericana de Cupey. He impartido la enseñanza en los niveles de 1-6 en las materias de Español, Matemáticas, Ciencia y Estudios Sociales en la escuela elemental Luis Muñoz Rivera y en la escuela Secundino Díaz Morales del Distrito de Toa Alta. Tengo 15 años de experiencia trabajando para el Departamento de Educación y 3 años en colegios privados acreditados por el Consejo General de Educación como Pomayuan Private School en Trujillo Alto y la Academia Claret en Bayamón. He completado 42 créditos a nivel de Maestría en la Universidad Interamericana de Cupey. Requisitos de la especialidad en Educación en Enseñanza en el nivel elemental.

**B. Logros y reconocimientos profesionales obtenidos**

Pertenecí al Comité de Organización Escolar de la escuela Luis Muñoz Rivera durante dos años consecutivos (2004-2006). Estuve como presidenta del Consejo Escolar de la escuela Luis Muñoz Rivera (2011- 2012).

C. **Actividades Académicas y No Académicas de servicio a la comunidad escolar realizadas en los <u>últimos dos años</u>.**

He participado de manera voluntaria en diferentes actividades que promueve la escuela como:

- Organización de la programación de Graduación en el año 2010-2012 del sexto grado de la Escuela Luis Muñoz Rivera junto a la Maestra de salón hogar.
- Planificación, organización y números artísticos de: Cuadro de Honor, Graduaciones, San Valentín, Festival Navideño, entre otros.
- Organización estudiantil de baile y los pequeños Chefs.

COTEJADO

CARRERA MAGISTERIAL

**Estado Libre Asociado de Puerto Rico**
**Departamento de Educación**

Certificaciones Docentes y Desarrollo Profesional

***PLAN DE MEJORAMIENTO PROFESIONAL***

**Parte II Introducción**

Nombre Marie C. Santiago Vázquez Página: 2

Seguro Social: ______ Fecha de Radicación: 15 de febrero de 2013.

D. Resumen del entorno, social, cultural, económico y académico de la escuela y la comunidad a la cuál sirve.

*1- De la escuela*

La escuela de la Comunidad Luis Muñoz Rivera está ubicada en la Carr. 165 K.M. 01 H.M. 03 y pertenece al distrito escolar de Toa Baja, Región Educativa de Bayamón. Tiene una organización sencilla de 8:00-3:00 p.m. La matrícula atendida en nuestra escuela procede en su mayoría del área rural del barrio El Cielito y Contorno. Muchos de estos estudiantes viven con abuelos, madres solas, padres divorciados, Departamento de la Familia, con baja escolaridad de padres y padres desempleados.

La escuela de la Comunidad Luis Muñoz Rivera, está bajo el Programa Schoolwide y recibe fondos federales de Título I (Ley 1007-110), para impactar a los estudiantes y de esta forma mejorar el aprovechamiento académico en todas las materias básicas y complementarias Bellas Artes, y Educación Física para lograr alcanzar los estándares del Departamento de Educación. Nuestra escuela se encuentra en el segundo año de Plan de Mejoramiento debido a que no se alcanzaron las expectativas en las Pruebas de Aprovechamiento Académico (P.P.A.A.) del año 2008-2009 al no dominar las destrezas en las áreas de Inglés, Español y Matemáticas (A.Y.P.). Durante el año 2010-2011 la escuela se encuentra en el Plan de Reestructuración.

Nuestra escuela cuenta con (1) directora, (1) maestra de Kinder, (1) maestra de Educación Física, (1) maestra de Educación Especial Salón Tiempo Completo , (2) maestras de Salón Recurso, (5) maestros de Programa Regular, (1) maestro de Bellas Artes (Música), (1) maestra del Programa de Título I, (1) Trabajadora Social,(1)Facilitadora de Educación Especial.

La preparación académica es la siguiente: 9 maestros con bachillerato, 2 maestra con Maestría en Enseñanza en el Nivel Elemental, 1 maestra con Maestría en Tecnología Educativa, 1 maestra con Maestría en Educación Especial.

Nuestra planta física cuenta con 8 salones académicos, 1 salón de Educación Especial a Tiempo Completo, 1 salón de Educación Especial, 1 Comedor Escolar, 1 Salón de Kindergarten, 1 oficina de Trabajador Social, 2 salones para Terapistas,1 oficina del Facilitador y 1 oficina del Director y 1 cancha bajo techo.

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

***PLAN DE MEJORAMIENTO PROFESIONAL***

Nombre **Marie C. Santiago Vázquez** Página: **8**

Seguro Social: ____________ Fecha de Radicación: 15 de febrero de 2013

**Parte V. ANEJOS**

1. Trascripción de Créditos Bachillerato Nivel Elemental
2. Diploma de Bachillerato Universidad Interamericana Recinto de Cupey
3. Certificado Vitalicio del Departamento de Educación
4. Currículo de Maestría de la Universidad Interamericana Recinto de Cupey en Enseñanza en el Nivel Elemental
5. Transcripción de créditos de cursos tomados a Nivel de Maestría
6. Certificación del grado obtenido en Maestría
7. Diploma de Maestría en la enseñanza del nivel Elemental
8. La Enseñanza de conceptos Matemáticos a Nivel Elemental 4-6 (24 horas) (23-jun-2000)
9. La Enseñanza de Conceptos de Ciencia en el Nivel Elemental 4to –6to (25 horas) (23-jun-2000)
10. "Assessment" va a la Sala de Clases (5horas)(23-feb-2007)
11. Calidad total en la Educación (5horas)(23-mar-2007)
12. Reflexión sobre prácticas innovadoras en la sala de clase (6horas)(9-ago-2007 )
13. Estrategias para la enseñanza de las matemáticas en el nivel elemental. (20 horas) (13-may-2008)
14. Tecnología e información (3 horas) (15-mar-2008)
15. Lectoescritura (22 horas) (23-may-2008)
16. Academia de liderazgo para la inclusión escolar (66 horas) (28-ene-2009)
17. EDUPRO - Talleres de Desarrollo Profesional (36 horas) (14-dic.2009 hasta 5-mayo-2010)
18. Congreso de Educación, Ciencias y Tecnología( 5 horas)(7-9-dic.2011)
19. Tecnología Educativa en Acción: Cambiando paradigmas (3 horas)(15-mayo-2012)
20. Equipos de trabajo para el éxito(3horas)(18-mayo-2012)
21. Estándares de evaluación(3 horas)(30-mayo-2012)
22. Lectoescritura K-3 (6 horas)(10-dic.2012)
23. Evaluación de agosto a diciembre 2012

COTEJADO

MAY 1 2 2014

CARRERA MAGISTERIAL



**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

**PLAN DE MEJORAMIENTO PROFESIONAL**

Nombre: **Marie C. Santiago Vázquez**

Página: **4(a)**

Seguro Social: [redacted]

Fecha de radicación: 15 de febrero de 2013

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #1<br><br>Estudios formales con créditos universitarios | Completar 42 créditos académicos conducentes a obtener el grado de Maestría en Educación en Enseñanza en el Nivel Elemental | EDUC. 5047: Fundamentos Psicosociales de la Educación (3 créditos) | | | X | | |
| | | EDUC. 5045: La Niñez, la familia y la escuela (3créditos) | | | X | | |
| | | EDUC. 5111: Investigación Educativa 1 (3 créditos) | | X | | | |
| | | EDUC. 5114: Los Estudios Sociales y su Enseñanza en el Nivel Elemental (3 créditos) | X | | | | |
| | | EDUC. 5115: Las Ciencia y su Enseñanza en el Nivel elemental (3 créditos) | X | | | | |

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

**PLAN DE MEJORAMIENTO PROFESIONAL**

Nombre: **Marie C. Santiago Vázquez** Página: **(4b)**

Seguro Social: ______ Fecha de radicación: 15 de febrero de 2013

COTEJADO CARRERA MAGISTERIAL

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #1<br><br>Estudios formales con créditos universitarios | Completar 42 créditos académicos conducentes a obtener el grado de Maestría en Educación en el Nivel elemental | EDUC. 5116: El Español y su enseñanza en el nivel elemental (3 créditos) | X | | | | |
| | | EDUC 5117: Las Matemáticas y su enseñanza en el Nivel elemental (3 créditos) | | X | | | |
| | | EDUC.6024: Evaluación y Medidas Educativa (3créditos) | | X | | | |
| | | EDUC 6046: Desarrollo de Currículo (3 créditos) | | | X | | |

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

CARRERA MAGISTERIAL

**PLAN DE MEJORAMIENTO PROFESIONAL**

Nombre: **Marie C. Santiago Vázquez**

Página: **(4c)**

Seguro Social: ________

Fecha de radicación: 15 de febrero de 2013

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #1<br><br>Estudios formales con créditos universitarios | Completar 42 créditos académicos conducentes a obtener el grado de Maestría en el Nivel Elemental. | EDUC 5124 La Apreciación e Integración del Arte en el Nivel Elemental (3 créditos) | | | X | | |
| | | EDUC 5123: Creatividad y Expresión Corporal (3 créditos) | | | | X | |
| | | EDUC 5119- Temas de salud y su enseñanza en el nivel elemental (3 créditos) | | | | X | |
| | | Curso de Estadística (3 créditos ) | | | | X | |
| | | EDUC 5112 – Investigación Educativa II (3 créditos) | | | | | X |

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

## PLAN DE MEJORAMIENTO PROFESIONAL

**Nombre: Marie C. Santiago Vázquez** Página: **5(a)**

Seguro Social: ______ Fecha de radicación: 15 de febrero de 2013

CARRERA MAGISTERIAL COTEJADO

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento # 2 Adiestramiento Educación continua (horas contacto) | Completar 200 horas en orientaciones y adiestramientos o talleres de Educación Continúa para el mejoramiento profesional requeridos por la Ley. | La Enseñanza de Conceptos de Matemáticas en el Nivel Elemental 4-6 (24 horas)(23-jun-2000) | X | | | | |
| | | La Enseñanza de Conceptos de Ciencias en el Nivel Elemental 4-6 (25 horas)(23-jun-2000) | X | | | | |
| | | "Assessment" va a la Sala de clases (5horas)(23-feb-2007) | | X | | | |
| | Rev 2013 174 hrs | | **49hrs** | | | | |

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

**PLAN DE MEJORAMIENTO PROFESIONAL**

**Nombre: Marie C. Santiago Vázquez** Página: **5(b)**

Seguro Social: ________ Fecha de radicación: 15 de febrero de 2013

CARRERA MAGISTERIAL COTEJADO

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento # 2<br><br>Adiestramientos Educación Continua (horas contacto) | Completar 200 horas en orientaciones y adiestramientos o talleres de Educación Continúa para el mejoramiento profesional requeridos por la Ley. | Calidad total en la Educación (5 horas)(23-mar-2007) | | X | | | |
| | | "Reflexión sobre prácticas innovadoras en la sala de clases" (6 horas)(9-ago-2007) | | X | | | |
| | | "Estrategias para la Enseñanza de las Matemáticas en el Nivel Elemental. (20 horas)(13-may-2008) | | X | | | |
| | | Tecnología e información (3 horas)(15-mar-2008) | | X | | | |
| | | | | 39h | | | |

Case:17-03283-LTS Doc#:10559-1 Filed:01/30/20 Entered:01/31/20 10:35:04 Desc: Exhibit Page 16 of 31

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

...nes Docentes y Desarrollo Profesional

**PLAN DE MEJORAMIENTO PROFESIONAL**

...: **Marie C. Santiago Vázquez**

Página: **5 (d)**

...Social: ________

Fecha de radicación: 15 de febrero de 2013

| ...a de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| #20 ...ientos Educación horas contacto) | Completar 200 horas en orientaciones y adiestramientos o talleres de Educación Continúa para el mejoramiento profesional requeridos por la Ley. | Congreso de Educación, Ciencias y Tecnología (5horas)(7-9-dic.2011) | | | | | X |
| | | Tecnología Educativa en Acción: Cambiando paradigmas (3 horas)(15-mayo-2012) | | | | | X |
| | | Equipos de trabajo para el éxito(3horas)(18-mayo-2012) | | | | | X |
| | | Estándares de evaluación(3 horas)(30-mayo-2012) | | | | | X |
| | | Lectoescritura K-3 (6 horas) (10-dic.-2012) | | | | | X |
| | | | | | | | **20hrs** |



**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

**PLAN DE MEJORAMIENTO PROFESIONAL**

**Nombre: Marie C. Santiago Vázquez** Página: **5 (c)**

Seguro Social: ________ Fecha de radicación: 15 de febrero de 2013

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento # 2<br>Adiestramientos Educación continua (horas contacto) | Completar 200 horas en orientaciones y adiestramientos o talleres de Educación Continúa para el mejoramiento profesional requeridos por la Ley. | Lecto-Escritura<br>(22 horas)(23-may-2008) | | | X | | |
| | | Academia de liderazgo para la inclusión escolar<br>(66 horas) (28-ene-2009) | | | X | | |
| | | EDUPRO- Talleres de desarrollo profesional<br>(36horas) (14-dic.-2009 hasta 5-mayo-2010) | | | | X | |
| | | | | | **88hrs** | **36hrs** | |

CARRERA MAGISTERIAL ... EVALUADO

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

***PLAN DE MEJORAMIENTO PROFESIONAL***

**Parte II Introducción**

Nombre **Marie C. Santiago Vázquez** Página: **6**

Seguro Social: ____________ Fecha de Radicación: 15 de febrero de 201

| AREA DE NECESIDAD | OBJETIVO | ACTIVIDADES | ETAPAS DE DESARROLLO | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| *Elemento # 3*<br>*Actividades Académicas y no Académicas* | No aplica para nivel III | | | | | | |

CARRERA MAGISTERIAL COTEJADO

**Estado Libre Asociado de Puerto Rico**
**Secretaria Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

Certificaciones Docentes y Desarrollo Profesional

## PLAN DE MEJORAMIENTO PROFESIONAL

**Nombre:** **Marie C. Santiago Vázquez**

Página: 7

Seguro Social: ________

Fecha de radicación: 15 de febrero de 2013

| AREA DE NECESIDAD | OBJETIVO | ACTIVIDADES | ETAPAS DE DESARROLLO | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| *Elemento # 4*<br>*Desempeño docente* | Obtener dos (2) evaluaciones satisfactorias de mi desempeño docente. | Solicitar y coordinar con mi directora que me visite durante:<br>Fecha: | | | | | |
| | | agosto a mayo 2006-2007 | X | | | | |
| | | agosto a mayo 2007-2008 | | X | | | |
| | | agosto – mayo 2008-2009 | | | X | | |
| | | agosto- mayo 2009-2010 | | | | X | |
| | | agosto – mayo 2010-2011 | | | | | X |
| | | agosto – diciembre 2011 | | | | | X |
| | | agosto – diciembre 2012 | | | | | X |

Nombre del maestro: Marie C. Santiago

Escuela: Luis Muñoz Rivera Distrito: Toa Baja

## GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Este documento incluye 4 áreas de evaluación de la labor del maestro, las cuales se desglosan en criterios específicos.

Complete la guía haciendo una marca de cotejo (✓)

| **A. Área: Proceso de enseñanza y aprendizaje El maestro:** | **Escala** | | | | | | |
|---|---|---|---|---|---|---|---|
| | **(5)** | **(4)** | **(3)** | **(2)** | **(1)** | **N/A** | **Observaciones** |
| 1. Presenta evidencia de su planificación. | ✓ | | | | | | |
| 2. Desarrolla actividades de enseñanza variadas y pertinentes a los objetivos, a las necesidades, intereses y habilidades de los estudiantes y al tema bajo estudio. | ✓ | | | | | | |
| 3. Promueve la articulación entre las materias en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 4. Utiliza materiales de enseñanza variados y adecuados al tema bajo estudio y al nivel de desarrollo de los estudiantes (cuando están disponibles en la escuela). | ✓ | | | | | | |
| 5. Utiliza estrategias y actividades que promueven la construcción activa de conocimiento y que facilitan el desarrollo de conceptos. | ✓ | | | | | | |
| 6. Promueve el desarrollo de la creatividad en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 7. Desarrolla actividades que promueven destrezas de pensamiento crítico y desarrollo de valores. | ✓ | | | | | | |
| 8. Integra la tecnología (disponible en la escuela) a la enseñanza de la materia conforme a su desarrollo en el uso y manejo de la misma. | ✓ | | | | | | |
| **Totales** | 40 | | | | | | |

Case:17-03283-LTS Doc#:10559-1 Filed:01/30/20 Entered:01/31/20 10:35:04 Desc: Exhibit Page 21 of 31

Nombre del maestro: Marie C Santiago

Escuela: Luis Muñoz Rivera Distrito: Toa Baja

| B. Área: Dominio del contenido de la materia El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña. | / | | | | | | |
| 2. Demuestra conocimiento del Marco Curricular del área programática que enseña. | | / | | | | | |
| 3. Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña. | / | | | | | | |
| 4. Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña. | / | | | | | | |
| 5. Comunica las ideas de la materia que enseña con claridad. | / | | | | | | |
| Totales | 24 | | | | | | |

COTEJADO

CARRERA MAGISTERIAL

Nombre del maestro: Marie C. Santiago

Escuela: Luis Muñoz Rivera Distrito: Toa Baja

| C. Área: Evaluación del aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✓ | | | | | | |
| 2. Provee diferentes medios para que los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido. | ✓ | | | | | | |
| 3. Discute con los estudiantes los criterios de evaluación que les serán aplicados. | ✓ | | | | | | |
| 4. Ofrece oportunidad al estudiante para rehacer y mejorar los trabajos por los cuales será evaluado (cuando lo entienda necesario). | ✓ | | | | | | |
| 5. Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✓ | | | | | | |
| 6. Demuestra ser objetivo y justo al evaluar al estudiante. | ✓ | | | | | | |
| 7. Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✓ | | | | | | |
| 8. Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo. | ✓ | | | | | | |
| Totales | 40 | | | | | | |

Case:17-03283-LTS Doc#:10559-1 Filed:01/30/20 Entered:01/31/20 10:35:04 Desc: Exhibit Page 23 of 31

Nombre del maestro: Maria C. [illegible]

Escuela: Luis Muñoz Rivera Distrito: Toa Baja

| D. Área: Organización y ambiente de la sala de clase<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases. | | ✓ | | | | | |
| 2. Es consistente en la aplicación de las normas establecidas. | | ✓ | | | | | |
| 3. Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras está bajo su control. | | ✓ | | | | | |
| 4. Hace uso efectivo del tiempo lectivo. | | ✓ | | | | | |
| 5. Es asertivo en el uso del período de capacitación profesional | | ✓ | | | | | |
| 6. Planifica y coordina las actividades del período institucional (si aplica). | | ✓ | | | | | |
| 7. Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo. | | ✓ | | | | | |
| 8. Participa en reuniones convocadas durante el horario lectivo. | | | ✓ | | | | |
| Totales | 39 | | | | | | |

Nombre del maestro: Marie Santiago

Escuela: Luis Muñoz Rivera Distrito: Isa Baja

## GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Este documento incluye 4 áreas de evaluación de la labor del maestro, las cuales se desglosan en criterios específicos.

Complete la guía haciendo una marca de cotejo (✓)

| A. Área: Proceso de enseñanza y aprendizaje<br>El maestro: | Escala (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Presenta evidencia de su planificación. | ✓ | | | | | | |
| 2. Desarrolla actividades de enseñanza variadas y pertinentes a los objetivos, a las necesidades, intereses y habilidades de los estudiantes y al tema bajo estudio. | ✓ | | | | | | |
| 3. Promueve la articulación entre las materias en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 4. Utiliza materiales de enseñanza variados y adecuados al tema bajo estudio y al nivel de desarrollo de los estudiantes (cuando están disponibles en la escuela). | ✓ | | | | | | |
| 5. Utiliza estrategias y actividades que promueven la construcción activa de conocimiento y que facilitan el desarrollo de conceptos. | ✓ | | | | | | |
| 6. Promueve el desarrollo de la creatividad en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 7. Desarrolla actividades que promueven destrezas de pensamiento crítico y desarrollo de valores. | ✓ | | | | | | |
| 8. Integra la tecnología (disponible en la escuela) a la enseñanza de la materia conforme a su desarrollo en el uso y manejo de la misma. | | ✓ | | | | | |
| **Totales** | 39 | | | | | | |

COTEJADO

CARRERA MAGISTERIAL

Nombre del maestro: Maria C. Santiago

Escuela: Luis Muñoz Rivera Distrito: Toa Baja

| B. Área: Dominio del contenido de la materia El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1. Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña. | | ✓ | | | | | |
| 2. Demuestra conocimiento del Marco Curricular del área programática que enseña. | ✓ | | | | | | |
| 3. Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña. | ✓ | | | | | | |
| 4. Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña. | ✓ | | | | | | |
| 5. Comunica las ideas de la materia que enseña con claridad. | ✓ | | | | | | |
| Totales | 24 | | | | | | |

Nombre del maestro: [illegible]

Escuela: Luis Muñoz Rivera Distrito: Isa Baja

| C. Área: Evaluación del aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✓ | | | | | | |
| 2. Provee diferentes medios para que los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido. | ✓ | | | | | | |
| 3. Discute con los estudiantes los criterios de evaluación que les serán aplicados. | ✓ | | | | | | |
| 4. Ofrece oportunidad al estudiante para rehacer y mejorar los trabajos por los cuales será evaluado (cuando lo entienda necesario). | ✓ | | | | | | |
| 5. Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✓ | | | | | | |
| 6. Demuestra ser objetivo y justo al evaluar al estudiante. | ✓ | | | | | | |
| 7. Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✓ | | | | | | |
| 8. Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo. | ✓ | | | | | | |
| Totales | 40 | | | | | | |

Nombre del maestro: Marie C. Santiago

Escuela: Luis Muñoz Rivera Distrito: Toa Baja

| Área: Organización y ambiente de la sala clase maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases. | ✓ | | | | | | |
| Es consistente en la aplicación de las normas establecidas. | ✓ | | | | | | |
| Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras está bajo su control. | ✓ | | | | | | |
| Hace uso efectivo del tiempo lectivo. | ✓ | | | | | | |
| Es asertivo en el uso del período de capacitación profesional | ✓ | | | | | | |
| Planifica y coordina las actividades del período institucional (si aplica). | ✓ | | | | | | |
| Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo. | ✓ | | | | | | |
| Participa en reuniones convocadas durante el horario lectivo. | ✓ | | | | | | |
| Totales | 40 | | | | | | |

COTEJADO

CARRERA MAGISTERIAL

Anejo 5
(Este documento debe completarse en tinta azul en todas sus partes)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**

***Programa de Carrera Magisterial***

Nombre Marie C. Santiago Vazquez Puesto Maestra Fecha ____________

Escuela Luis Muñoz Rivera Distrito Toa Baja Región Bayamón

**Hoja de cotejo de los documentos que deben contener las Solicitudes de Reconocimiento de Nivel o Revisión de Salario**

| CRITERIOS | Cumple | No Cumple | Comentario Evaluativo |
|---|---|---|---|
| 1. Contiene los siguientes documentos completados:<br>✓ OCM-07-Solicitud de Revisión de Salario y Reclamación (original). (***Tinta azul***) | ✓ | | |
| ✓ OCM-09- Recomendación de Revisión de Salario y Reconocimiento de Nivel (original) (***Tinta azul***) | ✓ | | |
| 2. Carta del director de la escuela, **en original**, certificando que los documentos **son copias fieles** y exactas a los que fueron sometidos por el reclamante. **(Anejo 4)** (***Tinta azul***) | ✓ | | |
| 3. Copia fiel y exacta del documento del Plan de Mejoramiento Profesional del reclamante, certificado por el director. El director deberá verificar que el **Plan está vigente** antes de tramitar el mismo **(Artículo 6.06 "Vencimiento del Plan")**. | ✓ | | |
| 4. Una copia de la transcripción de créditos de estudiante ("student copy") que documente el grado obtenido y la preparación académica. **Se enviará, además, una <u>transcripción de créditos oficial</u> a la Oficina de Reclutamiento Docente del Departamento de Educación.** No se considerarán informes de notas, documentos de solicitud de Transcripción de Créditos, ni copia de Internet para sustituir el cumplimiento con el Elemento I. | ✓ | | |
| 5. Certificados oficiales que acrediten las horas de participación en actividades de educación continua que amplíen y renueven sus conocimientos dentro de las áreas de especialidad, que perfeccionen sus destrezas para la labor docente, que sean ofrecidas por universidades y entidades aprobados por el Departamento de Educación (Artículo 8.03). **(Deben ser de no menos de tres (3) horas de duración)** | ✓ | | |
| 6. Copia de los informes de evaluación del desempeño docente del reclamante. **(mínimo dos (2), recientes, una por semestre escolar)** | ✓ | | |

| CRITERIOS | Cumple | No Cumple | Comentario Evaluativo |
|---|---|---|---|
| 7. **Los maestros activos que tienen un Plan dirigido al Nivel IV (doctoral)** deberán presentar la siguiente documentación para evidenciar el cumplimiento del Elemento Núm. 3 de su plan: | N/a | | |
| • Proyecto especial que realizó en beneficio del Sistema. | N/a | | |
| • Carta del Superintendente de escuelas y del director de la escuela, apoyando los talleres y demás ofrecimientos del Proyecto Especial. | N/a | | |
| • Hoja de asistencia de las personas que participaron en los talleres, tutorías y otras actividades educativas ofrecidos en el proyecto especial. | N/a | | |
| • Las hojas de asistencia indican :<br>✓ título de los talleres, adiestramientos o tutorías, fecha y horario en que se ofrecieron los servicios<br>✓ firma de los participantes<br>✓ firma del director de la escuela certificando correcto<br>✓ nombre de la persona que ofreció los talleres. | N/a | | |
| • Evaluación sumativa de los logros obtenidos certificado por el director de la escuela. | N/a | | |
| 8. El plan está presentado en el siguiente orden:<br>1. OCM-07<br>2. OCM-09<br>3. Certificación copia fiel y exacta<br>4. Objetivo general<br>5. Plan de Mejoramiento Profesional<br>✓ Elemento 1 - Estudios Formales<br>o Evidencias<br>✓ Elemento 2 - Educación Continua<br>o Evidencias<br>✓ Elemento 3 - Proyecto Especial<br>o Evidencias<br>✓ Elemento 4 - Evaluaciones de Desempeño<br>o Evidencias | ✓<br>✓ | | |
| 9. **Todos los documentos están firmados en *tinta azul*.** | ✓ | | |

Certificamos que 15 febrero 2013 sometió todos los documentos requeridos para iniciar el proceso de Reclamación de Nivel y Revisión de Salario para el año 20 13.

Director de Escuela

Representante de la Docencia

Representante del Consejo Escolar

Case:17-03283-LTS Doc#:10559-1 Filed:01/30/20 Entered:01/31/20 10:35:04 Desc: Exhibit Page 30 of 31

Extensión hasta el 1ro de abril de 2014.

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Oficina del Desarrollo del Capital Humano
Programa de Carrera Magisterial

MAY 0 9 OFICINA DE CARRERA MAGISTERIAL

***Solicitud de Extensión de Vigencia***

***Fecha*** 9 de mayo de 2013

Dra. Rohena
***Director(a)***
***Oficina de Desarrollo del Capital Humano***
***Programa de Carrera Magisterial***

***Solicito extensión a mi Plan de Mejoramiento Profesional ya que no podré cumplir el mismo para la fecha estipulada.. La vigencia del mismo es de*** 2007 ***a*** 2012.

***Esta petición la hago debido*** a que el plan se venció en el 2012.

***Esta es mi información:***

***Nombre*** Marie C. Santiago
***Escuela*** Luis Muñoz Rivera
***Región*** Bayamón
***Maestro de***
***Distrito*** Toa Baja
***Seguro Social***

***Mi dirección electrónica es***

***Mi dirección postal es*** C/ Monteflores #180 Urb. Villa del Monte, Toa Alta
***Zip code*** 00953

***Cordialmente,***

Marie C. Santiago Vázquez
***firma***

DEPARTAMENTO DE EDUCACIÓN
*SECRETARIA DE RECURSOS HUMANOS*
*OFICINA DE DESARROLLO DEL CAPITAL HUMANO*
*FAX 787-756-8028*

***PROGRAMA DE CARRERA MAGISTERIAL***

## *HOJA DE VISITA*

Nombre del solicitante Marie C. Santiago Vazquez

Puesto de permanencia nivel elemental

Escuela Luis Muñoz Rivera

Distrito Toa Baja

Región Bayamón

Propósito de la visita: Status de la Carrera Magisterial

FIRMA: Marie C. Santiago FECHA: 9/mayo/2013.

**PARA USO DE LA OFICINA:**

Tipo de trámite: Activación ____ Revisión: ✓ Reclamación ____

Opción 45 ____ Extensión de Vigencia ____ Fecha del plan: ____

Orientación ✓

Observaciones: Verificar estatus de revisión. Se le indicó que se estaba trabajando revisión 2012. Que le enviarán contestación

[signature] 9/mayo/2013.

Atendido por Fecha

por escrito del resultado del mismo.