Radicacion de replica (Objeción)

PROMESA TITULO III  **No.17  03283**

Numero de reclamación: ① 40 099
② 44458



Nombre: Gisela Oferrall Irizarry

Dirección Postal: Urb. Caparra Heights 1464 Calle Elba, San Juan, PR 00920

Dirección Residencial: Urb. Caparra Heights 1464 Calle Elba, San Juan, PR 00920

Núm. de contacto: 787 289-7600 Ext. 2355   Cel. 787 364-3465

Correo electronico: giselaoferrall@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Ver anejo 1 (Información del caso)

Razón para la Objeción:

Reclamación mis derechos

Retiro

Demanda

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificación de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objeción Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

Certifico que la información sometida es cierta y exacta.

Gisela Oferrall



ASR-PR-100
Rev. Jul.17

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE NEGATIVA DE DEUDA DE PRÉSTAMOS PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre del Cliente:

GISELA OFERRALL IRIZARY
CAPARRA HEGHTS
1464 CALLE ELBA
SAN JUAN, PR, 00925

Seguro Social:

**Nuestros sistemas de información no refleja deuda en este momento.**

Esta certificación fue realizada el 13 de enero de 2020 en San Juan, Puerto Rico.

_____
ADA TORRES
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

GISELA OFERRALL IRIZARY
CAPARRA HEGHTS
1464 CALLE ELBA
SAN JUAN, PR 00925

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 
Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de julio de 1989
Fecha de Comienzo de Cotización: 01 de julio de 1989

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 17,333.52 | Aportaciones: | 9,246.65 |
| | | Intereses: | 1,389.89 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 62,189.34 | Total Aportaciones: | 18,723.41 | Total Aportaciones: | 9,246.65 |
| Beneficio: | 1,318.40 | Beneficio: | 116.21 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,



Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Departamento de la Familia

## CERTIFICACION

De los Registros de la Oficina de Recursos Humanos de Región San Juan se desprende que **Gisela Oferrall Irizarry** comenzó a trabajar en el Departamento de la Familia efectivo el **16 de febrero de 1984**. Actualmente ocupa un puesto **Regular** de **Directora Centro de Servicios Integrados** y devenga un sueldo de **$4,273.00 mensual.**

Y para que así conste firmo la presente hoy, **14 de enero de 2020** en San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACION**

/crn

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administrated) |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 14, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 14 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page 1 of 2

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other:<br>*(Otro:)* |

Date: January 16, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

Page 2 of 2