INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 30 PM 12: 32

CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

# Radicacion de replica (Objecion)

# PROMESA TITULO III   No.17    03283

# Numero de reclamacion: _38263_

Nombre: _Ivelisse Berrios Torres_

Direccion Postal: _Urb. Miraflores. 31081 C/Margarita Dorado P.R, 006.44_

Direccion Residencial: _Urb. Miraflures C-4 Calle Margarita_
_Dorado P.2, 00646_

Num. de contacto:

Tel.: _(787) 989-7600 ext. 2371_    Cel. _(787) 299-0657_

Correo electronico: _iberriost@yahoo.Com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

_Solicito retiro, demanda por salario de Clase._

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

_Certifico que la
informacion es fiel
y exacta._