INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 30 PM 12:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: __40355__

Nombre: __Belén E. Arrieta Ortiz__
Direccion Postal: __Calle Torrelaguna #430 Emb San José, San Juan P.R 00923__
Direccion Residencial: __La misma__

Num. de contacto:
   Tel.: __787 289-7600 x 2315__    Cel. __787-213-7489__
   Correo electronico: __barrieta1965@gmail.com__

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

__Solicito retiro, demanda por Salario de Clase__

Documentacion justificativa: Ver anejos

   1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
   2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
   3. Certificacion de empleo (Departamento de la Familia)
   4. Copia listado de Objecion Global- Anexo A

*Certifico que la informacion es fiel y exacta*

*Belén E. Arrieta Ortiz*