INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 30 PM 12:33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: 35019

Nombre: Carmen Santiago Rodriguez
Direccion Postal: Paseo Calma J3315 3er Sec. Urb. Levittown Toa Baja P.R. 00949
Direccion Residencial: la misma

Num. de contacto:
Tel.: 787-289-7600X2319   Cel. 787-549-4186
Correo electronico: csantiago2210@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

Solicito retiro, demanda por salario de clase.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A

Certifico que la informacion es verídica y exacta.
Carmen Santiago