INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 30 PM 12:33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

## Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

Numero de reclamacion: 38807 - 34462

Nombre: Sonia Sanchez Ramos
Direccion Postal: P.O Box 52199 Toa Baja, P.R. 00950
Direccion Residencial: Urb. Marina Bahia, RH-1 Yaguamayina Catoño, P.R. 00962

Num. de contacto:
Tel.: (787) 275-0672    Cel. (787) 484-5142
Correo electronico: noem310@yahoo.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: Incorrecto Retiro, demanda por Salario de Clase

Documentacion justificativa: Ver anejos  Certifico que la informacion es verdadera y exacta

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global - Anexo A