# Radicacion de replica (Objecion)
# PROMESA TITULO III   No.17   03283
## Numero de reclamacion: 21455

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 30 PM 12:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Nombre: José J. Sanchez Acevedo

Direccion Postal: 1482 Ave FD Roosevelt Apto. 1004 - San Juan, PR 00920

Direccion Residencial: 1482 Ave. FD Roosevelt Apto 1004 - San Juan, PR 00920

Num. de contacto:

Tel.: 787-793-0321          Cel. 787-318-0801

Correo electronico: JeyJeysanz@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

Solicito se me otorguen los beneficios del retiro. Certifico que la informacion sometida es fiel y exacta.

Fdo: [signature]

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global - Anexo A
   ( Donde se incluye informacion sobre la reclamacion)
5. Otros: _____