INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 30 PM 12: 32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## Radicacion de replica (Objecion)

## PROMESA TITULO III   No.17   03283

Numero de reclamacion: _39496_

Nombre: _Luz Ivette Rodríguez Burgos_
Direccion Postal: _Urb. Santa Rosa C 11 #29-7 Bayamón 00959_
Direccion Residencial: _Urb. Santa Rosa C 11 #29-7 Bayamón PR 00959_

Num. de contacto:
Tel.: _787 647 4533_     Cel. _787-614-0926_
Correo electronico: _ivettefr@aol.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: _Solicitamos que cumplan_
_con la deuda de retiro y demanda_
_Certifico que la información sometida_
_es cierta y exacta_

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# C E R T I F I C A C I Ó N

Certifico que la **Sra. Luz I. Rodríguez Burgos,** Núm. Seguro Social
labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF)
adscrita al Departamento de la Familia, desde el 1 de julio de 1989.

La señora **Rodríguez Burgos** ocupa un puesto con estatus Regular en el Servicio de
Carrera como Oficial Administrativo I, devengando un salario mensual de $2,331.00.

Dado hoy, 14 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

IGC

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building •PO Box 8000, San Juan, PR 00910-0800 • 787.289-
7600-2270   **Oficina de Recursos Humanos**



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

### Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

LUZ I RODRIGUEZ BURGOS                                           Seguro Social
URB. SANTA ROSA
CALLE 11   29-7
BAYAMON, PR 00959

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Fecha de Nacimiento:                                            Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de julio de 1989
Fecha de Comienzo de Cotización: 01 de julio de 1989

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---:|---|---:|---|---:|
| Años Acreditados: | 24 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,856.92 | Aportaciones: | 5,868.42 |
| | | Intereses: | 862.30 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **33,375.28** | **Total Aportaciones:** | **11,719.22** | **Total Aportaciones:** | **5,868.42** |
| **Beneficio:** | **785.20** | **Beneficio:** | **58.50** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov