

Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 136835 (Retiro)
136859 (E.L.A. - Familia)

Nombre: Reinaldo Rodriguez Aponte
Direccion Postal: Urb. Mountain View Calle 4, F10 Carolina P.R. 00987
Direccion Residencial: Urb. Mountain View Calle 4 F10 Carolina P.R. 00987

Num. de contacto:
Tel.: 787-289-7600 Ext. 2351  Cel. 787-223-5578
Correo electronico: reinaldorodriguez353@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
Reclamación de mis derechos
1) Retiro
2) Estado Libre Asociado de P.R. - Dept. de la Familia

*[firma: Reinaldo Rodriguez Aponte]*

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

REINALDO RODRIGUEZ APONTE
MOUNTAIN VIEW
CALLE 4 F 10
CAROLINA, PR 00987

Seguro Social:

A base de la información en nuestros registros, al 27 de enero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

Género: Masculino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 11 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 14,622.60 | Aportaciones: | 8,528.26 |
| | | Intereses: | 1,135.55 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 28,051.69 | **Total Aportaciones:** | 15,758.15 | **Total Aportaciones:** | 8,528.26 |
| **Beneficio:** | 312.91 | **Beneficio:** | 72.79 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que el Sr. **Reynaldo Rodríguez Aponte**, presta servicios para la Administración de Desarrollo Socioeconómico, adscrito al Departamento de la Familia desde el 1 de julio de 2006.

El señor **Rodríguez Aponte** ocupa un puesto Regular de Carrera en el Servicio Público como Especialista en Asistencia Social y Familiar, devengando un salario mensual de $3,277.00.

Dado hoy, 30 de enero de 2020, en San Juan, Puerto Rico.

Jose J. Sánchez Acevedo
Director División Recursos Humanos
Oficina de Recursos Humanos

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado. Válida por seis (6) meses.

Ave. Ponce de León No. 800 Capitol Office Building • PO Box 8000, San Juan, PR 00910-0800 • 787.289-7600
Oficina de Recursos Humanos, División de Servicios al Empleado