# Radicacion de replica (Objecion)

## PROMESA TITULO III   No.17   03283

Numero de reclamacion: 23118 - 22805

TAKE DROP BOX
RECEIVED & FILED

2020 JAN 30 PM 12: 32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Nombre: Waleska L. Rivera Aponte

Direccion Postal: la misma residencial

Direccion Residencial: Urb. Country Club c/ 254 HG-18
Carolina P.R. 00982

Num. de contacto:

Tel.: 787-724-8585          Cel. 787-329-2230

Correo electronico: wrivera 1503@gmail.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: que no he Recibido Solicitud
alguna hasta el momento

Certifico que la informacion Sometida cierta y exacta
W. Rivera.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

### Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

WALESKA RIVERA APONTE                                    Seguro Social: XXX-XX-7962
PO BOX 19562

SAN JUAN, PR 00910

A base de la información en nuestros registros,  al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 21 de junio de 1969                         Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de julio de 1989
Fecha de Comienzo de Cotización: 01 de julio de 1989

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 23.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 9,776.92 | Aportaciones: | 5,302.11 |
| | | Intereses: | 774.80 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **31,717.45** | **Total Aportaciones:** | **10,551.72** | **Total Aportaciones:** | **5,302.11** |
| **Beneficio:** | **752.25** | **Beneficio:** | **50.25** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**

GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov

## GOBIERNO DE PUERTO RICO

Departamento de la Familia

# C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San Juan se  desprende que **WALESKA RIVERA APONTE** comenzó a trabajar en el Departamento de la Familia efectivo el **16 DE JUNIO DE 1989**.  Actualmente ocupa un puesto **REGULAR**  de **OFICINISTA II**  y devenga un sueldo de **$2,706.00.**

Y para que así conste firmo la presente hoy, **16 DE ENERO DE 2020** en San Juan de Puerto Rico.

JOSE PETERSON LAUREANO
OFICIAL ADMINISTRATIVO I
RECURSOS HUMANOS

/crn

