## Radicacion de replica (Objecion)

**PROMESA TITULO III   No.17   03283**

Numero de reclamacion: _33575 - 30799_

Nombre: _Antonio Otero Morales_
Direccion Postal: _P.O Box 52199 Toa Baja, P.R 00950_
Direccion Residencial: _Urb. Marina Bahia, RH-1 Yaguahatina Catoño, P.R 00962_

Num. de contacto:
  Tel.: _(787) 275-0672_   Cel. _(787) 424-5142_
Correo electronico: _noeh310@yahoo.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
_Subesto retiro, demanda por salario de clase -_

Documentacion justificativa: Ver anejos  _Certifico que la informacion es verifica y exacta_
  _Antonio Otero Morales_

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A