Radicacion de replica (Objecion)

PROMESA TITULO III  **No.17  03283**

Numero de reclamacion: *22449*

Nombre: *Gladys M. Olivero Rodriguez*
Direccion Postal:
Direccion Residencial: *Urb. Villas de Loiza Calle-2 D-21 Canovanas, P.R. 00729*
Num. de contacto:
  Tel. *787-289-7605 x2286*  Cel. *787-645-4803*
Correo electronico: *gladys.olivero@yahoo.com*

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

  Ver anejo 1 (Informacion del caso)

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

  3. Certificacion de empleo  (Departamento de la Familia)

  4. Copia listado de Objecion Global- Anexo A

      (Donde se incluye informacion sobre la reclamacion)

  5. Otros: Cualquier otra evidencia que tengas

*Certifico que la información sometida es cierta y exacta.*

*Gladys M. Oceán*