INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 30 PM 12:32
CLERK'S OFFICE
U.S. DIST. CT.
SAN JUAN

# Radicacion de replica (Objecion)

## PROMESA TITULO III No. 17 03283

Numero de reclamacion: #40648

Nombre: Yazmin Lopez Rodriguez
Direccion Postal: HC-01 Box 5862 Toa Baja, PR 00949
Direccion Residencial: Calle Caoba 148C Toa Baja, PR 00949

Num. de contacto:
Tel.: (935) 577-9108   Cel. El Mismo
Correo electronico: yasmin.lopez@familia.pr.gov

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: Tengo derecho a los Servicios de Retiro y la demanda Salario Minimo. Certifico que la informacion sometida es cierta y exacta.

*[firma: Yazmin Lopez Rodriguez]*

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A