# Radicacion de replica (Objecion)

## PROMESA TITULO III No.17 03283

Numero de reclamacion: 27304 Retiro
36653 Fondo

Nombre: Virgen M. Jimenez Reyes
Direccion Postal: Urb. Villa del Carmen calle 11 M3 Gurabo P.R-00778
Direccion Residencial: Urb Villa del Carmen calle 11 M3 Gurabo P.R. 00778

Num. de contacto:
  Tel.: N/A          Cel. 787-981-0171
Correo electronico: virmila@yahoo.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: Reclamacion de mis Derechos De Retiro De Demanda

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A
   ( Donde se incluye informacion sobre la reclamacion)
5. Otros: _____

Certifico que la información sometida es cierta y exacta
Virgen Jimenez Rys.



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

VIRGEN M JIMENEZ REYES  
URB VILLA DEL CARMEN  
M3 CALLE 11  
GURABO, PR 00778

Seguro Social:

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Fecha de Nacimiento:  
Fecha de Ingreso al Servicio Público: 01 de julio de 1989  
Fecha de Comienzo de Cotización: 01 de julio de 1989

Género: Femenino

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 22.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 13,578.52 | Aportaciones: | 7,295.97 |
| | | Intereses: | 1,082.74 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 43,940.45 | Total Aportaciones: | 14,661.26 | Total Aportaciones: | 7,295.97 |
| **Beneficio:** | 880.42 | Beneficio: | 85.74 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545   www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que la **Sra. Virgen del M. Jiménez Reyes**, Núm. Seguro Social XXX-XX-

labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 18 de septiembre de 1978.

La señora **Jiménez Reyes** ocupa un puesto con estatus Regular en el Servicio de Carrera como Oficial Administrativo III devengando un salario mensual de $2,898.00.

Dado hoy, 15 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos


IGC

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building • PO Box 8000, San Juan, PR 00910-0800 • 787.289-7600-2270  **Oficina de Recursos Humanos**

