# Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

Numero de reclamacion: _106003_

INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 30 PM 12:32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Nombre: _Nylvia Grant Allende_

Direccion Postal: _la misma_

Direccion Residencial: _869 Esteban Gonzalez, Santa Rita_
_San Juan PR 00925_

Num. de contacto:

Tel.: _787-289-7600 xt2295_   Cel. _787-342-4735_

Correo electronico: _nylviagrant@gmail.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
_Solicito se cumpla en mi deuda de retiro._
_y demanda._

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

_Certifico que la informacion sometida_
_es cierta y exacta_



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# C E R T I F I C A C I Ó N

Certifico que la Sra. **NYLVIA GRANT ALLENDE**  Seguro Social xxx-xx-3004 labora para la Administración de Desarrollo Socioeconómico adscrita al Departamento de la Familia desde 1 de agosto de 2013.

La señora **Grant Allende** ocupa un puesto Regular en el Servicio de carrera como Oficinista I, devengando un salario  mensual de $1,341.00.

Certifico Correcto, hoy 15 de enero de 2020, en San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

IGC

Nota: Esta certificación  no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building ●PO Box 8000, San Juan, PR 00910-0800 ● 787.289-7600-2270  **Oficina de Recursos Humanos**



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

30 de mayo de 2018

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

NYLVIA GRANT ALLENDE                                    **Seguro Social:**
869 ESTEBAN GONZALEZ
SAN JUAN, PR 00925

A base de la información en nuestros registros, al 30 de mayo de 2018 usted posee:

**Fecha de Nacimiento:**                                **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 2004**

**Fecha de Comienzo de Cotización: 01 de julio de 2004**

| Ley R2000 al 30 de junio de 2013 | | | | Ley 3 al | | |
|---|---|---|---|---|---|---|
| Años Acreditados: | 0.00 | | | Tiempo Trabajado: | 3.11 | |
| Aportaciones: | | $0.00 | | Aportaciones: | | $5,459.57 |
| Intereses: | | $0.00 | | Intereses: | | $419.93 |
| Gastos Teneduría: | | $0.00 | | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $0.00 | | Total Aportaciones: | | $5,879.50 |
| SNC Pagado: | | $0.00 | | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | | |
| Beneficio: | | $0.00 | | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel 787-754-4545
www.retiro.pr.gov





ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: NYLVIA GRANT ALLENDE**                     Seguro Social: ⟩ .  .. ... .

869  ESTEBAN GONZALEZ

SAN JUAN, PR 00925

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $5,879.50 |

Esta certificación fue emitida el 30 de mayo de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018053038009898

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917 ₃₇₁₁
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

**RETIRO**

ESTADO LIBRE ASOCIADO DE PUERTO RICO