# Radicacion de replica (Objecion)

## PROMESA TITULO III  No.17  03283

Numero de reclamacion:

Nombre: Josefina Garay Rojas

Direccion Postal: Paseo Centurion 3ra secc #3197 Levittown, T.B. P.R. 00949

Direccion Residencial: La misma

Num. de contacto:

Tel.                Cel. (787) 233-0752

Correo electronico: Josefina-garay024@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:    Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

  3. Certificacion de empleo (Departamento de la Familia)

  4. Copia listado de Objecion Global- Anexo A

      (Donde se incluye informacion sobre la reclamacion)

  5. Otros: Cualquier otra evidencia que tengas

Certifico que la informacion sometida es fiel y exacta

Josefina Garay Rojas