

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# C E R T I F I C A C I Ó N

Certifico que la **Sra. Josefina Garay Rojas,** Núm. Seguro Social **XXX-XX-9298** labora para la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) adscrita al Departamento de la Familia, desde el 1 de julio de 1996.

La señora **Garay Rojas** ocupa un puesto con estatus Regular en el Servicio de Carrera como Oficinista II, devengando un salario mensual de $2,141.00

Dado hoy, 13 de enero de 2020, San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

Nota: Esta certificación  no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

ASR-PR-151
Rev. May 14

ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN NEGATIVA DE DEUDA DE PRÉSTAMOS HIPOTECARIOS

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

| Nombre del Cliente: | Seguro Social: |
|---|---|
| Josefina Garay Rojas | |

**Nuestros sistemas de información no refleja deuda en este momento.**

Esta certificación fue realizada el _____ 14 de enero de 2020 _____ , en _____ San Juan _____
Puerto Rico.

_____ Luis E. Rivera Cano _____
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203 Tel: 787-754-4545


RETIRO



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

## Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

JOSEFINA GARAY ROJAS                                   Seguro Social:
URB LEVITTOWN 3RA SECC
3197 PASEO CENTURION
TOA BAJA, PR 00949

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Fecha de Nacimiento: 24 de diciembre de 1964                    Género: Femenino
Fecha de Ingreso al Servicio Público: 31 de agosto de 1996
Fecha de Comienzo de Cotización: 31 de agosto de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 3.11 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,092.38 | Aportaciones: | 5,389.84 |
| | | Intereses: | 770.03 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 28,917.35 | Total Aportaciones: | 10,862.41 | Total Aportaciones: | 5,389.84 |
| Beneficio: | 454.62 | Beneficio: | 55.91 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940    PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545   www.retiro.pr.gov

ASR-PR-100
Rev. Jul.17



## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

### CERTIFICACIÓN DE NEGATIVA DE DEUDA DE PRÉSTAMOS PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre del Cliente:                                                   Seguro Social:

JOSEFINA  GARAY ROJAS

URB LEVITTOWN 3RA SECC
3197 PASEO CENTURION
TOA BAJA, PR, 00949

**Nuestros sistemas de información no refleja deuda en este momento.**

Esta certificación fue realizada el 14 de enero de 2020 en San Juan, Puerto Rico.

LUIS E. RIVERA CANO
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 ▪ www.retiro.pr.gov