Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 1336

INTAKE DROP BOX RECEIVED & FILED 2020 JAN 30 PM 12:32 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

Nombre: Marisol Flores Suárez

Direccion Postal: #190- Que. Las Marias Hyde Park San Juan 00927

Direccion Residencial: #190- Que Las Marias Hyde Park San Juan 00927

Num. de contacto:

Tel.: 787-295-6115    Cel. 787-203-4998

Correo electronico: _____

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:

_solicito mi pension de retiro y demanda laboral._

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____

Certifico que la información es fiel y exacta. Marisol Flores Díaz