

# CERTIFICACION

Certifico que la **Sra. Marisol Flores Suárez**, presta servicios para la Administración de Desarrollo Socioeconómico, adscrita al Departamento de la Familia desde el 16 de junio de 1989.

La señora **Flores Suárez** ocupa un puesto en el Servicio de Carrera como Auxiliar de Contabilidad, devengando un salario mensual de $2,228.00.

Certifico Correcto, hoy 27 de enero de 2020, en San Juan, Puerto Rico.

Jose J. Sánchez Acevedo
Director División de Recursos Humanos
Oficina de Recursos Humanos

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

MARISOL FLORES SUAREZ
HYDE PARK
190 AVE LAS MARIAS
SAN JUAN, PR 00927

Seguro Social: 

A base de la información en nuestros registros, al 27 de enero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 01 de julio de 1989
Fecha de Comienzo de Cotización: 01 de julio de 1989

Género: Femenino

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 10,325.16 | Aportaciones: | 5,907.63 |
| | | Intereses: | 815.79 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 35,025.85 | **Total Aportaciones:** | 11,140.95 | **Total Aportaciones:** | 5,907.63 |
| **Beneficio:** | 808.64 | **Beneficio:** | 61.27 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov