INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 30 PM 12: 32

CLERK'S OFFICE
U.S. DISTRICT COURT

Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: __37785.__

Nombre: __Carmen B. Estrada Vega__
Direccion Postal: __Calle 81 BLQ 95 casa # 3 Sierra Bayamon PR 00961__
Direccion Residencial: __La mesma__

Num. de contacto:
Tel.: __289-7600 Ext 2335__  Cel. __939-451-5736__
Correo electronico: __Carmen.Estrada@Familia.pr.gov__

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: __Solicitamos que cumplan con la deuda del Plan y demorada.__

__Certifico que la información es cierta y exacta. att Carmen B. Estrada Vega__

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

15 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

CARMEN B ESTRADA VEGA
URB SIERRA BAYAMON
95-3 CALLE 81
BAYAMON, PR 00961

Seguro Social: 

A base de la información en nuestros registros, al 15 de enero de 2020 usted posee:

Fecha de Nacimiento: 
Fecha de Ingreso al Servicio Público: 30 de septiembre de 1997
Fecha de Comienzo de Cotización: 30 de septiembre de 1997

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 13 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,472.20 | Aportaciones: | 5,510.68 |
| | | Intereses: | 845.31 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | | | | |
| Pagado: | 207.48 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 23,641.86 | Total Aportaciones: | 11,317.51 | Total Aportaciones: | 5,510.68 |
| Beneficio: | 361.00 | Beneficio: | 62.47 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,



Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# CERTIFICACIÓN

Certifico que la Sra. **CARMEN B. ESTRADA VEGA**, Seguro Social labora para la Administración de Desarrollo Socioeconómico, adscrita al Departamento de la Familia desde el 1 de julio de 2000.

La señora **Estrada Vega** ocupa un puesto en el Servicio de Carrera como Oficinista I, devengando un salario mensual de $2,189.00

Certifico Correcto, hoy 15 de enero de 2020, en San Juan, Puerto Rico.

**Nerita Molina Ríos, MBA**
**Administradora Auxiliar**
**Oficina de Recursos Humanos**

IGC/MPR

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En la causa:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS<br><br>Deudores. | PROMESA<br>Título III<br><br>Caso n.º 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

AVISO DE PLAZOS PARA LA PRESENTACIÓN
DE EVIDENCIAS DE RECLAMACIONES

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inician casos en virtud del Título III de PROMESA (cada uno de ellos, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno de ellos, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser acreedor de uno de los Deudores y es posible que deba presentar una evidencia de reclamación ("Evidencia de reclamación").**

La lista de los nombres de los Deudores, sus números de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.º de id. tributaria federal | Caso n.º. | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno de Commonwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

*CBEV*

---

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).