# Radicacion de replica (Objecion)

## PROMESA TITULO III   No.17   03283

### Numero de reclamacion:

INTAKE DROP BOX
RECEIVED & FILED
2020 JAN 30 PM 12:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Nombre: ANGELA ESTRADA DIAZ

Direccion Postal: Villa Guadalupe, Calle 21 LL-15, Caguas, P.R. 00725

Direccion Residencial: "

Num. de contacto:
Tel. 787-477-5157   Cel. 787-586-2286

Correo electronico: bcotto.75@hotmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Informacion del caso)**

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

  1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
  2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
  3. Certificacion de empleo (Departamento de la Familia)
  4. Copia listado de Objecion Global- Anexo A
     (Donde se incluye informacion sobre la reclamacion)
  5. Otros: Cualquier otra evidencia que tengas

Certifico que la información sometida cierta y exacta

[signature]