Juan L. Santiago Collet
Victor Rojas 2
Calle 3 Casa 116
Arecibo, PR 00612



CERTIFIED MAIL
7019 0700 0000 7824 1299



U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
JAN 29, 20
AMOUNT
$7.60
R2305E126270-23

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Chardon Avenue
Federal Building
San Juan, PR 00918-1767