# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------

In re:                                    PROMESA

THE FINANCIAL OVERSIGHT AND          Title III

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of                      No.

**17 BK 3283-LTS**

THE COMMONWEALTH OF PUERTO RICO, et   (Jointly Administered)

al.,

This filing relates to the

Debtors

Commonwealth, HTA, and

------------------------------------------------------------

ERS.

NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYERS RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
EMPLOYMENT OR SERVICES PROVIDED.

**Name:  Gisela J Cordero Méndez, Urb Moca Gardens 515
Calle Orquídea Moca PR 00676
Tel: (787) 319-7585
Email: cordero126@yahoo.com
# Reclamación: 38699
# Caso: 17 BK 03283-LTS
Motivo:  Oposición a objeción global en relación a reclamo.
 Adjunto evidencia de Estado de cuenta
          Estimado del Sistemas de Retiro Empleados
Gobierno y Judicatura.
          Por motivo de la emergencia surgida en Puerto
Rico de los Temblores de Tierra y sus
          efectos  en el servicio electrico e infraestructura no
pude enviar documentos a la
          Fecha limite, por tal razon se envian documentos a
esta fecha.**

*Gisela J Cordero Méndez*

RECEIVED & FILED
2020 JAN 30  PM 4: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.