Gisela J. Cordero
Urb Moca Gardens
515 Calle Orquidea
Moca, PR 00676

RECEIVED & FILED
2020 JAN 30 PM 4 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerks Office
Trib. de Distrito de los E.U.
Room 150 Federal Building
San Juan PR 00918-1767

SAN JUAN PR 009
28 JAN 2020 PM 1 L

USA FIRST-CLASS FOREVER