Luz N. Nieves Cardona
PO Box 590
San Sebastián PR 00685

RECEIVED & FILED
2020 JAN 30 PM 4: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767