Enero 14, 2020

Saludos:

Por la situación que está pasando en Puerto Rico no se pudo enviar más información.

Atentamente,

*[signature]*
Ana Arbona Quiñones

RECEIVED & FILED
CLERK'S OFFICE
JAN 30 2020
US DISTRICT COURT
SAN JUAN, PR

RECEIVED &
2020 JAN 21 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR