Número de Evidencia de Reclamación:
Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

La ley 62 del 4 sept. 1992 ordena al sistema de Retiro otorgar el 3% del salario cada 3 años. Si mi salario anual fuera de $12,065 anual (aproximadamente 1/3 de tres años sería $4,021.70 desde entonces) $8043.

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Educación de PR   ELA*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *Trabajé desde enero 1967 hasta mayo 1996 desde esa fecha jubilado 1996*

3(c). Últimos cuatro dígitos de su número de seguro social: *2622*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☑ Jubilación

   ☑ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   *Por ley promesa el 4 sept. 1992 se aprobó con ajuste salarial de un 3% cada 3 años*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. *Junta de retiro para maestros Dept. Educ. de PR*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
*Tribunal federal de EU para el distrito de PR*

4(c). Número de caso: *17 BK 328 LTS*

4(d). Título, epígrafe, o nombre del caso: *Título III promesa*

2

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

N/A

Someto evidencia de la W 2 que envía el Dept de Hacienda del Gobierno de PR para rendir planilla. Donde indica el sueldo del año y el costo de pensión o anualidad como evidencia. les envío, como empleada del ELA de Dept Educación de PR en el cual trabajé desde el año 1967 hasta 1996 y acepté ese mismo año el retiro

3

| | | | |
|---|---|---|---|
| rmulario<br>Form 499 R-2/W-2 PR<br>Rev. 05 97 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA CONTRIBUCION SOBRE INGRESOS - INCOME TAX INFORMATION | INFORMACION PARA EL SEGURO SOCIAL FEDERAL SOCIAL SECURITY INFORMATION |
| 1. Nombre- First Name<br><br>ANA | 3. Núm. Seguro Social<br>Social Security No<br>-2622 | 8. Sueldos - Wages<br><br>12,065.12 | 17. Subtotales-cada 41<br>Subtotals-every 41<br>☐ |
| Apellido(s)-Surname(s)<br><br>ARBONA QUIÑONES | 4. Estado Civil-Civil Status<br>Soltero ☐ Casado ☐<br>Single    Married | 9. Comisiones-Commissions<br><br>.00 | 18. Total Sueldos Seg. Soc.<br>Soc. Sec. Wages<br>.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VALLE REAL<br>34 CALLE C<br>PONCE PR 00731 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones-Allowances<br><br>.00 | 19. Seguro Social Retenido<br>Soc. Sec. Tax Withheld<br>.00 |
| | 6. Núm. de Cuenta Patronal<br>Employer's Account No. (EIN)<br>66-0433431 | 11. Propinas-Tips<br><br>.00 | 20. Total Sueldos y Pro.Medicare<br>Medicare Wages and Tips<br>.00 |
| 2. Nombre y Dirección del Patrono<br>Name and Address of Employer<br><br>PENSIONADOS MAESTROS  92<br>731-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*000000 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>29,198.00 | 12. Total=8+9+10+11<br><br>12,065.12 | 21. Contrib.Medicare Retenida<br>Medicare Tax Withheld<br>.00 |
| | | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>.00 | 22. Propinas (Seguro Social)<br>Soc. Security Tips<br>.00 |
| | Copia C para Récords<br>del Empleado<br>Copy C for Employee's<br>Records | 14. Cont. Retenida -Tax Withheld<br><br>.00 | 23. Seguro Social no Retenido<br>en Propinas-Uncollected<br>Soc. Sec. Tax on Tips<br>.00 |
| | | 15. Fondo de Retiro<br>Retirement Fund<br>.00 | 24. Contrib. Medicare no Retenida<br>en Propinas-Uncollected<br>Medicare Tax on Tips |
| 7 2262765 | Año:<br>Year: 1997 | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | |
| | Instrucciones al dorso de Copia D-For instructions see back of Copy D | .00 | .00 |