Ana Arboona
1774 Calle Marquesa
Valle Real
Ponce, PR 00716-0505
SAN JUAN
PR 009
29 JAN '20
PM 2 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $000.50⁰
0000694498 JAN 27 2020
MAILED FROM ZIP CODE 00728

RECEIVED & FILED
2020 JAN 30 PM 4: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

009183999