Isaíra Rodríguez Andújar
PO Box 2498
Arecibo, PR 00613
787-615-6487
isair.rod@gmail.com

RECEIVED & FILED

2020 JAN 30  PM 4 30

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ISAIRA RODRIGUEZ ANDUJAR | # RECLAMACION: 64765 |
| vs. | |
| COMMONWEALTH OF PUERTO RICO, *et al* | PROMESA<br>Title III<br>NUM. 17 BK 3283-LTS |

Conforme a la documentación recibida sobre la moción de desestimación de mi reclamo;

1. En la reclamación 64765 intento proteger las aportaciones acumuladas al sistema de retiro de maestros (SRM), ate el proceso de quiebra del gobierno de Puerto Rico.

2. Que al momento de la reclamación las aportaciones e intereses devengados sumaban la cantidad de $47,560.00.

3. Que soy maestra activa del Departamento de Educación de Puerto Rico al día de hoy, el tiempo acreditado es de aproximadamente 18 años, 4 meses, y la cantidad de aportaciones acumuladas aumento a $54,196.74, según los records del SRM de Puerto Rico.

4. Que los maestros del Gobierno de Puerto Rico no tenemos derecho al Seguro Social por lo que nuestro retiro es el único sustento al momento de retirarnos de nuestro trabajo.

Por lo antes expuesto entiendo que este reclamo no debe ser desestimado ya que como ciudadano responsable hice mis aportaciones para tener un retiro digno y tengo derecho a calidad de vida una vez me llegue el momento de mi retiro. Cualquier información adicional que requiera y me sea solicitada estoy dispuesta a hacerla llegar.

1 de enero 2020.

NUM. 17 BK 3283-LTS - 1

Nota: Debido a que tuve acceso tarde en el mes de diciembre del comunicado de la corte y

También debido a los acontecimientos que todos conocemos del terremoto del 7 de enero

de 2020, que me mantuvieron sin agua ni luz por varios días, necesite tiempo adicional

para contestar la petición de desestimación. Espero que la Honorable Corte considere ver

y analizar mi respuesta a la misma.

NUM. 17 BK 3283-LTS - 2