RECEIVED & FILED

2020 JAN 30   PM 4: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Isaias Rodriguez
Pq. Box 2498
Arecibo P. Rocour3

Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Carlos Chardon918-1767

7019 0700 0000 7824 0742

UNITED STATES
POSTAL SERVICE ®

U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JAN 28, '20
AMOUNT
$4.10
R2305M144889-23