Javier Méndez-Pagán
Bo. Pueblo 287 Calle 2
Moca PR 00676

RECEIVED
2020 JAN 30 PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT

7014 2120 0003 4192 7461

To: Secretaría (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Rm 150 Federal Building
San Juan PR 00918-1767

CERTIFIED MAIL

UNITED STATES POSTAL SERVICE

1000
00918

AGUADILLA, PR
00603
JAN 29, 20
AMOUNT
$7.10
R2304E105991-10