27 de Enero de 2020

A quien pueda interesar,

Soy la Sra. Justina Rodriguez Tirico, empleada Retirada del Programa de Comedores Escolares del Departamento de Educación de Puerto Rico del Distrito Escolar de Morovis. Laboré durante 24 años como cocinera y por problemas laborales de salud me tuve que retirar por incapacidad con una cirugía en el hombro. Recibo actualmente $500.00 mensuales de pensión.

Es mi propósito indicar que recibí un documento donde aparece mi nombre bajo el claim number 49937 y el 719. No 17 BK 3283 LTS. Hace una semana de recibido decidí llamar para conocer el Propósito y me explican que es relacionado con la Ley Promesa y se me indica que debo enviar una carta explicativa de las reclamaciones hechas bajo la Ley Promesa.

Les informo que cualificaba para la Ley 89 conocida como el Bono de Lactancia ya que no se hizo el pago del mismo. Todo empleado público tiene derecho al 3% de Asistencia de vida y nunca se me ha pagado y teníamos derecho a un aumento de escala salarial por años de servicio y no recuerdo si se me hizo el pago.

Solicito ser considerada en la Demanda de Clase de la Ley Promesa bajo las aclaraciones antes expuestas.

Atentamente;

Justina Rodgz Otu

RECEIVED & FILED
2020 JAN 30 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.