Justino Rodriguez Otero
PO Box 75
Morovis, Puerto Rico, 00687

SAN JUAN PR

29 JAN 2020 PM 2 L

Secretaria (Clerk Office)
Tribunal de Distrito de E.E.U.U.
Room 150 Federal Building
San Juan P.R. 00918

RECEIVED & FILE

2020 JAN 30  PM 4: 29

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.