**(i) Datos de contacto:**

María T. Baerga Valle
Urb. El Real #143
San Germán, PR 00683
Tel. (787) 464-0878
Email: baerga88@gmail.com

**(ii) Epígrafe:**

Junta de Supervición y Administración Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico y otros.

**Deudores:**

a. ELA

b. ACT

c. SRE

Los números de reclamación son los siguientes:

a. 32812
b. 29048
c. 28814



**(iii) Los motivos son los siguientes:**

a. Aumento Convenio Colectivo más el 3% del costo de vida, Año 2012

b. Bono de Navidad - Año 2016 aproximadamente

c. Cambios en el Sistema de Retiro - Año 2013

d. Dietas

29-01-20