Marin O. Báez
143 Club E/Real
San Germán PR 00683

RECEIVED & FILED
2020 JAN 30 PM 4:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
29 JAN 2020 PM 2 L
FOREVER USA
Barn Swallow

Secretaría (Clerks Office)
Tribunal de Distrito de los E.U.
Room #150 Federal Buildings
San Juan PR 00918-1767

0091839999