De: Lydia H. Figueroa Correa

No. 17 BK 3283-LTS núm de procedimiento

Dirección postal

Urb San Martín
Calle 2 D6
Juana Díaz, P.R.
#Tel 787-307-8708

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 JAN 30 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Saludos cordiales:

Le estoy enviando evidencia de mi año de jubilación efectiva al 31 de julio 2014, talonario donde indica mi pensión mensual de $1,162.72 mensuales y evidencia de las reclamaciones. Las leyes en que firmaron por año y cantidad de aumento de mi reclamación.

Reclamaciones:

① #85126 - Ley 96 del 1 de Julio del 2002 aumento salarial de $100.00 mensuales está en el artículo 1(a) artículo 5. (P. de la C 2634). Mi reclamación es por la cantidad de $14,400 por un termino de 12 años sin recibirlo.

② Reclamación:
#97563 - Ley #34 del 12 de Junio de 1969 según enmendada del Bono de Navidad. Entiendo que no me aplica ya que siempre recibí mi bono lo que entiendo esta reclamación se puede desestimar.

③ Reclamación
#150533 - Ley 164 del 22 de Julio de 2003 efectivo el 1ro de enero de 2004. Aumento de sueldo de cien (100) dolares a los empleados públicos del gobierno del ELA de Puerto Rico. Mi reclamación es por la cantidad de $12,800 -son $12,000 desde el 1ro de Enero del 2004 que fue efectiva son 10 años más $800.00 de los meses desde Enero del 2014 hasta Septiembre del 2014 que comenzé a cobrar mi jubilación.

Entiendo que me deben considerar en mis reclamaciones pues de mi pensión mensual sólo me sobran $105.58 limpios. Le envié ese talonario del 2019 porque del 2020 no he recibido. Gracias por su colaboración. Sra. Lydia H. Figueroa

De: Lydia H. Figueroa Correa

No. 17 BK 3283-LTS núm de procedimiento

Dirección postal

Urb San Martin
Calle 2 D6
Juana Díaz, P.R.
#Tel 787-307-8708

A: Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Saludos cordiales:

Le estoy enviando evidencia de mi año de jubilación efectiva al 31 de julio 2014, talonario donde indica mi pensión mensual de $1,162.72 mensuales y evidencia de las reclamaciones. Las leyes en que firmaron por año y cantidad de aumento de mi reclamación.