De: Lydia H. Figueroa Correa
Urb. San Martin
Calle 2 D6 Juana Díaz, P.R 00795



RECEIVED & FILED
2020 JAN 30 PM 4:29
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767