Hilda Peñaloza Clemente
P.M.B 2259 P.O. Box 6017
Carolina P.R. 00984-6017

RECEIVED & FILED
2020 JAN 30 PM 4:29
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00985
JAN 29, 20
AMOUNT
$1.20
R2304W120227-27

Hon. Laura Taylor Swain Secretaria (clerks o
Tribunal de distrito de los Estados Unidos para dist
150 Carlos chardon street, Federal Building
San Juan P.R 00918-1767