24 de enero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 - Federal Building
San Juan, P.R.

Señores:

Sirva la presente para informarles que estoy radicando mi réplica a la Objeción global en el día de hoy, debido a los inconvenientes causados por el terremoto del 7 de enero de 2020.

Espero respetuosamente, puedan acoger esta réplica enviada en el día de hoy.

Atentamente,

Myrna Firpi Solis
Myrna Firpi Solis

(1) 24 de enero de 2020

In re:

The Financial Oversight and Management Board for Puerto Rico

as representative of

The Commonwealth of Puerto Rico, et al.,

Debtors

RECEIVED & FILED 2020 JAN 30 PM 4: 29 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

PROMESA
Tittle III

No. 17 BK-3283-LTS

This filing related to the Commonwealth, HTA and ERS.

Deudores:
① Gobierno de P.R. Estado Libre Asociado
② Cofina
③ Autoridad de Carreteras
④ Sistema de Retiro - gobierno de P.R.
⑤ PREPA

②

**Datos Contacto:**

Myrna E. Firpi Solis
Urb. Solimar - Calle Dorado - P-10
Patillas, P.R. 00723

**Dirección Postal:**

Myrna E. Firpi Solis
Apartado 1074
Patillas, P.R. 00723

**Correo Electrónico:**

mfirpi019@gmail.com

**Teléfono:**

787-231-4929

Reclamaciones:

① 98325 - Ley 34 - Ingreso laboral de Roselló
 - Monto de la reclamación alegada:
   Aproximadamente — $10,000.00

② 97588 - Ley 144 - Aumento retroactivo no pagado de la Ley 144 de Sila Calderón.
 - Monto de la reclamación alegada:
   Aproximadamente — $12,000.00

③ 93817 - Ley 96 - Costo de vida - 1 julio 2002
 - Monto de la reclamación alegada:
   Aproximadamente — $11,000.00

<u>Motivos</u> <u>para</u> <u>oponerme</u> <u>a</u> <u>la</u> <u>objeción global.</u>

Los motivos para oponerme a la objeción global es que comenzé a trabajar con el Departamento de Educación en el año 1986 aproximadamente en el mes de septiembre. Comenzé trabajando como maestra de educación especial en el municipio de Maunabo, P.R. Luego en el próximo año pasé al municipio de Patillas como maestra de educación especial y maestra regular elemental. Luego en el año 2000 en el mes de abril fui nombrada como Directora de escuela elemental, hasta que me retiré en septiembre del 2012.

Trabajé con el gobierno desde el año 1986 hasta el año 2012. Trabajé 26 años aproximadamente con el gobierno y me retiré con 30 años de experiencia habiendo pagado tiempo trabajado con el Programa Head Start.

Por tal motivo habiendo trabajado alrededor de 30 años en el gobierno, me merezco haber recibido los aumentos de la Ley 96 - Costo de vida del 1 de julio 2002, la ley 34 sobre el ingreso laboral de Roselló y la ley 144 sobre un aumento retroactivo no pagado de la ex-gobernadora Sila Calderón.

Adjunto documentos que evidencian mi trabajo con el Departamento de Educación:

ⓐ Informe de Cambio - Personal Docente del cambio de Transitorio elegible a Probatorio del 3 de julio 2000.

ⓑ Carta del Sistema de Retiro para maestros sobre balance de aportaciones acumuladas del 14 de septiembre de 2011

c) Carta del Sistema de Retiro para Maestros sobre la pensión mensual y deposito de cheque del 14 de diciembre 2012.

d) Carta sobre nombramiento de directora elemental del 29 de marzo de 2000.

e) Certificado de Maestro del 21 julio 1992.

f) Certificado Vitalicio como maestra de educación especial del 21 julio de 1992.

g) Certificado de Maestro nombrandome como Directora de escuela elemental, del 6 de diciembre de 2007.

Respetuosamente

Wynne Fiji Delis