## DEPARTAMENTO DE EDUCACIÓN
### Secretaría Auxiliar de Recursos Humanos
### Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | MYRNA FIRPI SOLIS | |
| 2. Número de Seguro Social | 5862 | |
| 3. Lugar y Fecha de Nacimiento | CAMUY 11/enero/1952 | |
| 4. Sexo | F | |
| 5. Estado Civil | CASADA | |
| 6. Preparación Académica | MA | |
| 7. Experiencia | 13-4-0-2.0 | |
| 8. Status Empleado (Contrato) | TRANSITORIO ELEGIBLE | PROBATORIO |
| 9. Sueldo Bruto | $1,920.00 | |
| 10. Número del Puesto | T-21920 | R-52270 |
| 11. Categoría del Puesto | DIRECTORA ELEMENTAL | |
| 12. Nivel del Puesto (Directivo) | I | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | | 3 de julio de 2000 |
| 16. Acción y Duración | | CAMBIO DE STATUS |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar nivel, grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | PATILLAS | |
| 23. Escuela | MARIA M. ORTIZ (JACABOA) | |
| 24. Dirección Postal y Residencial<br>P.O. BOX 1074<br>PATILLAS, PR 00723 | BO. JACABOA<br>RAMAL 758 KM. 1.0<br>PATILLAS, PR 00723 | 25. Teléfono Residencial<br>839-4196 |

26. Observaciones

27. En caso de cambio de *status* a probatorio o permanente, traslado reasignación permanente, reubicación o descenso

Firma del empleado _____ Fecha _____

28. Recomendado _____ Fecha _____
Director de Escuela

29. Deseo: ____ Acogerme ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente

Firma del empleado _____ Fecha _____

30. Recomendado _____ Fecha _____
Director de Escuela

31. Aprobado Por el Secretario de Educación o su Representante

Firma _____ Fecha _____

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**. (a)



**SRM**
Gobierno de Puerto Rico
Sistema de Retiro para Maestros

14 de septiembre de 2011

Prof. Myrna Firpi Solis
PO Box 1074
Patillas PR 00723

Estimado (a) Profesor(a) **Firpi Solis**:

De acuerdo con nuestros registros el balance de aportaciones acumuladas que usted tiene en este Sistema de Retiro para Maestros es de aproximadamente: $ 51,452.69 al 31 de agosto de 2011.

Las aportaciones han devengado intereses al presente por:

$ 10,311.26 para un total de cuotas e intereses de: $ 61,763.95.

El Tiempo acreditado es de:

24 Año (s), 3 Mes (es), 0 Semana (s), 4 Día (s).

Estos cálculos son preliminares y están sujetos a verificación final.

NOTA: Adeuda: Reconocimiento de Tiempo.

Cordialmente,

Franklin E. López Díaz
Gerente
Centro de Servicios de San Juan

FELD/rmr

PO Box 191879 San Juan, PR 00919-1879 Teléfono (787) 777-1414
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr

(b)



Gobierno de Puerto Rico
Sistema de Retiro para Maestros

14 de diciembre de 2012

PROF  MYRNA FIRPI SOLIS
PO BOX 1074
PATILLAS PR 00723

CASO:  0933

Estimada profesora Firpi:

Nos referimos a su Solicitud de Retiro por **Años de Servicio y Edad**, conforme a las disposiciones de la **Ley 91**, aprobada el **29 de marzo de 2004**. Su retiro fue efectivo el **29 de septiembre de 2012** y su renta mensual es de **$2,621.25**. Deseamos informarle que en su cuenta se depositó el cheque **9031534 por $4,562.00** el mismo pertenece al pago retroactivo desde el **29 de septiembre al 30 de noviembre de 2012**. Los descuentos en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitida por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

*[signature]*
Yvonne L. Ortiz Valladares
Principal Oficial Ejecutivo
Beneficios y Servicios

PO Box 191879 San Juan, PR 00919-1879  Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr

(C)

## DEPARTAMENTO DE EDUCACION

Secretaría Auxiliar de Recursos Humanos

29 DE MARZO DE 2000

SRA. MYRNA FIRPI SOLIS
P O BOX 1074
PATILLAS, PUERTO RICO 00723-1074

Estimada señora Firpi Solis:

Me place informarle que el Prof. Victor Fajardo, Secretario de Educación, la ha reasignado al puesto número R-01370 de Director Elemental I en la Escuela de la Comunidad Tomás Vera del distrito escolar de Patillas. Esta reasignación será efectiva dentro de los próximos cinco días de recibir esta carta y haber entregado todos los documentos oficiales al funcionario designado. Su status será transitorio elegible y devengará un sueldo mensual de $1,920.00. En adición al sueldo recibirá una compensación especial de ciento veinticinco dólares ($125.00) mensuales de Escuela de la Comunidad.

Le deseo mucho éxito en su nueva encomienda.

Cordialmente,

Irma A. Giménez López
Secretaria Auxiliar

IAGL/HCF/dn



# CERTIFICADO DE MAESTRO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACION**
SAN JUAN DE PUERTO RICO



## LA SECRETARIA DE EDUCACION

POR LA PRESENTE CONFIERE A:

MYRNA E. FIRPI SOLIS

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE __1 de julio__ DE 19 __91__ HASTA __30 de junio__ DE 19 __97__

DADO EN SAN JUAN DE PUERTO RICO EL __21 de julio__ DE 19 __92__.

_____
SECRETARIA DE EDUCACION

Número 3679

# CERTIFICADO

## LA SECRETARIA DE EDUCACION

### VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO



POR LA PRESENTE CONFIERE A:

MYRNA E. FIRPI SOLIS

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE EDUCACION ESPECIAL

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 1 de julio DE 19 91.

DADO EN SAN JUAN DE PUERTO RICO EL 21 de julio DE 19 92.

Número 1,027

SECRETARIA DE EDUCACION

# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**MYRNA FIRPI SOLIS**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

DIRECTOR(A) DE ESCUELA ELEMENTAL
ELEMENTARY SCHOOL PRINCIPAL

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde **27 de enero** de **2006** hasta **27 de enero** de 20 **12**
Issued on January 27 2006 and valid until January 27 20 12

Dado en San Juan de Puerto Rico, el **06 de diciembre** de 20 **07**
Given at San Juan, Puerto Rico on December 06 20 07

Rafael Aragunde Torres
Secretario de Educación
Secretary of Education

Número de Certificado: 922850
Certificate Number: 922850