Myrna Firpi Solis
Apt. 1074
Patillas, P.R.
00723



U.S. POSTAGE PAID
FCM LG ENV
PATILLAS, PR
00723
JAN 29, 20
AMOUNT
$1.40
R2307M152920-09

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 - Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 JAN 30 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.