27 de enero 2020.-

A quien pueda interesar:

fecha de presentación: junio 28, 2018
número de caso: 17 BK 03566-LTS.
número de reclamación: 120436

Yo Isabel Cruz Vergara mayor de edad y vecina de Aguas Buenas, Puerto Rico. certifico que que la evidencia aquí presentada es fiel y genuina.

Mis servicios acreditados
años: 30 años de servicio
meses: 5 meses
semanas: 2 semanas
días: 3 días

A. año 79 al 2003
Con la ley 87 del 2 de julio de 1979 trabaje bajo la administración del honorable gobernador Carlos Romero Barceló el cual otorgó $100.00 de aumento salarial.

B- año 2004-2009 (2009 me pencione Profesora retirada)
con la ley 168 del 23 de agosto de 2004. trabaje con la honorable gobernadora María Sila Calderón, el cual otorgó un aumento de $100.00.

C- No recibí el aumento otorgado de ninguno según la ley al presente.

Si me fueran a pedir la aproximación sería de 66,000 dolares según yo. O la cantidad que ustedes así determinen a la que tendría derecho según la ley.

Attentamente,
Isabel Cy Iyan
maestra retirada.

111473 - Ley 164
    Escala salarial
121798 - Ley 180
    aumento retroactivo
129929 - Ley 189

137041 - Ley 9
    Derecho laboral