Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

Fecha Radicación: 17-may-10
Fecha Vencimiento: 8-oct-10

Núm de Caso: 0767

CRUZ VERGARA ISABEL
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☒ Femenino  ☐ Masculino

Fecha Nacimiento (Mes-Día-Año)

ELEM-CIDRA
Categoría y Pueblo

Ley 91 del 2004
Retiro Ley Núm.

Dirección Postal: URB SAN ANTONIO
59 CALLE 2
AGUAS BUENAS PR 00703

Tipo de Renta (Pensión):
☒ Años de Servicio y Edad    ☐ Edad    ☐ Diferida
☐ Incapacidad Ocupacional    ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 57 Años / 0 Meses / 21 Días | 30 Años / 5 Meses / 2 Sem / 3 Días | $57,494.17 | $2,001.54 | $24,018.48 |

Fecha de Renuncia: 28-jul-10    Último Día de Pago: 28-jul-10
Fecha Efectividad Pensión: 29-jul-10    Cierre de Nómina: 13-oct-10
Fecha Primer Pago Pensión: 30-Oct-10    Importe: $2,001.54
Pago Global Retroactivo: Desde 29-jul-10 Hasta 15-oct-10    Importe Total: $5,197.56

**DESGLOSE DE DESCUENTOS**

|  | Clave | PAGO GLOBAL Descuento | PAGO MENSUAL Descuento |
|---|---|---|---|
| Importe Total (Bruto) |  | $5,197.56 | $2,001.54 |
| Menos Descuentos: |  |  |  |
| Préstamos: |  | 1,983.85 | 793.54 |
| Personal (PP) | 47-000 |  |  |
| Cultural (PC) | 45-000 |  |  |
| Hipotecario (PH) | 36-000 |  |  |
| Finanzas | 67-059 |  |  |
| Aport. Individual 9% (Clave 26-001) |  |  |  |
| ASUME |  |  |  |
| Otros |  |  |  |
| Importe Neto |  | $3,213.71 | $1,208.00 |

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ALFONSO MARTINEZ SANCHEZ    Firma    17-sep-2010
Nombre del Empleado
NORMA I. PEÑA AGOSTO    Firma    09/Sep/10
Nombre Supervisor

**PREINTERVENCIÓN DE DOCUMENTOS**    **USO DIRECTOR(A) AREA RETIRO**

Verificación de:
☐ Exactitud

Aprobado por:
IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado

Stamps: "AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS OCT 11 2010 NOMBRE: MARIANELA GONZALEZ MARTINEZ"  "PAGADO 11 OCT 2010"

## COMPUTO RENTA ANUAL

A. $ 8,006.15 / 3 = $ 2,668.72 x 75.0% - x 0.000 = $ 2,001.54
   Sueldos más altos   años   Promedio Sueldos   Por Ciento

B. Ajuste de 0%   $ -   x 0% = $ -

C. Pensión Ajustada   $ -   x 12 = $ -

**APORTACIÓN INDIVIDUAL** 0%

$ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | Efectividad Pensión | 2010 | 7 | 29 |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1953 | 7 | 8 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Edad al Retirarse | 57 | 0 | 21 |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 240 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 20 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Semanas | 0 x 5 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Días | 0 x 1 = | | - |
| | | | | | | | | | 0.0000 |
| 0 | 19.5 | 20 | $ 2,730.00 | $ 2,661.75 | | | | | |
| 5 | 10 | 20 | $ 2,580.00 | $ 14,190.00 | | | | | |
| 5 | 10.5 | 20 | $ 2,480.00 | $ 13,702.00 | | Fracción de Tiempo No Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 365 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 30 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,546.15 | 4 Sem | 0 x 29 = | | - |
| | | | | | | 3 Sem | 0 x 22 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 x 15 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 x 7 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 x 1 = | | - |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | DATOS APORTACIÓN | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | | | Nombre | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma | | Fecha | |

Sueldo Total para Promedio   $ 96,073.75   $ 8,006.15

Revisado por:

Nombre

Firma   Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 5 | 2 | 3 |



# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

24 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | ISABEL CRUZ VERGARA |
| Seguro Social | : | 5194 |
| Categoría | : | MA EDUC TEMPRANA NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | CIDRA |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2010 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 8 meses y 2 semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Isabel Cruz Vergara**, con número de seguro social que termina en 6194.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 29 de julio de 2010 |
| Tiempo Cotizado para la Pensión | 30 años, 5 meses, 2 semana y 3 días |
| Fecha de Efectividad de la Renuncia | 28 de julio de 2010 |
| Fecha de Efectividad de la Pensión | 29 de julio de 2010 |
| Pensión Mensual Actual | $2,001.54 |

Esta certificación se expide hoy, 24 de enero de 2020 en San Juan, Puerto Rico.

Edgardo Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| --- | --- | --- | --- | --- |
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2020 | Aviso #: 5565070 |
| | | Hasta: | 01/15/2020 | Fecha Aviso: 01/15/2020 |

| ISABEL CRUZ VERGARA | # Empleado: | XXXXX6194 | DATA IMP: | Federal | PR |
| --- | --- | --- | --- | --- | --- |
| URB SAN ANTONIO | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 59 CALLE 2 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| AGUAS BUENAS, PR 00703 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-6194 | Sueldo: | $2,001.54 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,000.77 | 82.50 | 1,000.77 | | | |
| Total: | | | 1,000.77 | 82.50 | 1,000.77 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | | | |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 53.48 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Corriente: | 1,000.77 | | 0.00 | 53.48 | 947.29 |
| Acumulado: | 1,000.77 | | 0.00 | 53.48 | 947.29 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
| --- | --- | --- | --- | --- |
| Balance Inicial: | 0.0 | | Aviso #5565070 | 947.29 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 947.29 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

*Handwritten notes:* Recibo 2,001.54 mensual Debido a que hipoteca de la casa en agosto 2013. Y saldo prestamo de retiro. En el Scotiabank 250 Ave Ponce de Leon Hato Rey P.R. 00918. Manager Check 101-280/215 5 agosto 2013 $9,852.13 Actualmente pago la hipoteca al B678.

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 01/15/2020

Aviso No. 5565070

Cant. Desposito: $947.29

A la Cuenta(s) De

ISABEL CRUZ VERGARA
URB SAN ANTONIO
59 CALLE 2
AGUAS BUENAS, PR 00703

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Checking | | $947.29 |
| Total: | | $947.29 |

## NO-NEGOCIABLE

# Social Security Administration

SOCIAL SECURITY
GATSBY BLDG SUITE 328
30 PADIAL ST
CAGUAS, PR 00725-3840
Date: January 24, 2020
BNC#: 20D1679F45549
HPM

ISABEL CRUZ VERGARA
URB SAN ANTONIO
59 CALLE 2
AGUAS BUENAS, PR 00703

Dear ISABEL CRUZ VERGARA

You asked us to verify whether you have received benefits from us. This letter verifies that:

- You do not receive benefits now and have not received benefits in the past.
- You do not have a pending claim for benefits.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

For general information about Social Security benefits we invite you to visit our website at www.socialsecurity.gov on the Internet. For questions, please call us at 1-800-772-1213, or call your local Social Security office at 833-882-1200. We can answer most questions over the phone. If you are deaf or hard of hearing, please call our TTY/TDD number, 1-800-325-0778. If you call or visit an office, please have this letter with you. It will help us answer your questions.

*Social Security Administration*