Urb. San Antonio
Calle 2 #59
Aguas Buenas, P.R.




7019 0700 0000 4637 1935

RECEIVED & FILED
2020 JAN 30 PM 4:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
#50 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918