# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 12:05 PM (AST)

Afternoon session:
Set 1:05 PM (AST)
Started: 1:13 PM (AST)
Ended: 3:53 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE LAURA TAYLOR SWAIN**                    DATE: January 29, 2020

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.* Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

3:17-BK-3283 (LTS)
Omnibus Hearing - January 29, 2020

| Sciemus Limited, *et al.* | 3:19-AP-00369 (LTS) |
|---|---|
| Plaintiffs | in 3:17-BK-4780 (LTS) |
| v. | |
| Financial Oversight and Management Board of Puerto Rico, *et al.* | |
| Defendants | |

**Omnibus Hearing held.**

## I.    STATUS REPORTS

1.    Report from the Oversight Board.

- Oversight Board will request adjournment of the hearing set for March 31, 2020 re: Docket No. 1235 in 17-4780. UCC does not object to said request.

- Oversight Board requests extension of briefing schedule.  Motion with proposed order to be filed.

2.    Report from AAFAF.

## II.    UNCONTESTED MATTERS:

1.    PREPA's Renewed Motion for Undisputed Payment and Release of Insurance

Proceeds. [Case No. 17-3283, ECF No. 9653, Case No. 17-4780, ECF No. 1843,

Adv. Case No. 19-369, ECF No. 32]

- Not heard. Proposed order filed on presentment.

2.    Seventy-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8961]

- Objection sustained as to claim of Cigna Health and Life Insurance Company.
- Proposed order to be submitted.

3.    Ninety-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9546]

3:17-BK-3283 (LTS)
Omnibus Hearing - January 29, 2020

    4.   Ninety-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9547]

    5.   Ninety-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9548]

    6.   Ninety-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9549]

    7.   One Hundredth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9550]

    8.   One Hundred and First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9551]

    9.   One Hundred and Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9553]

    10.   One Hundred and Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9554]

    11.   One Hundred and Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9555]

    12.   One Hundred and Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9556]

    13.   One Hundred and Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9557]

    14.   One Hundred and Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9558]

    15.   One Hundred and Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9559]

    16.   One Hundred and Tenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9560]

    17.   One Hundred and Eleventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9561]

    18.   One Hundred and Twelfth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9562]

    19.   One Hundred and Thirteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9563]

    20.   One Hundred and Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9564]

3:17-BK-3283 (LTS)
Omnibus Hearing - January 29, 2020

21. One Hundred and Fifteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9565]

22. One Hundred and Sixteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9566]

23. One Hundred and Seventeenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9567]

24. One Hundred and Eighteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9568]

25. One Hundred and Nineteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9569]

26. One Hundred and Twentieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9570]

27. One Hundred and Twenty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9572]

28. One Hundred and Twenty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9574]

**Ruling as to items 3 through 28 (Section II):**

Granted solely as to the claimants that did not respond to the referenced omnibus objections to claims and otherwise adjourned.  Proposed orders to be submitted.

### III.   CONTESTED MATTERS

1. Status Conference on Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. [Case No. 17-3283, ECF No. 8789]

   - Stay on Cobra's administrative expense claim continued.

   - Further status report to be heard at June Omni.

2. Debtors' Amended Motion Authorizing Alternative Dispute Resolution Procedures. [Case No. 17-3283, ECF No. 9718]

   - Granted subject to the provisions mentioned on the record.

   - Amended proposed order to be submitted on presentment.

3:17-BK-3283 (LTS)
Omnibus Hearing - January 29, 2020

3. Ambac's Motion for Leave to Amend Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds. [Case No. 17-3283, ECF No. 10109]

- ▪ Granted.
- ▪ Order to be issued.

4. Status Conference on Revenue Bond Order

- ▪ Arguments regarding the continuation of the provisions of, and proposed amendments to, the Revenue Bonds Order as defined in the Order Partially Amending Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto (Docket Entry No. 9618), and Setting Deadline for Further Responses to Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report (Docket Entry No. 9638) [Case No. 17-3283, ECF No. 9639]

  - o Judge Houser heard via telephone.
  - o Revised order to be issued.

5. Centro de Orientación y Ayuda Psiquiátrica, Inc.'s Motion for Relief from the Automatic Stay. [Case No. 17-3283, ECF No. 9677]
- ▪ Adjourned as per ECF No. 10496.

6. One Hundred and Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9552]
- ▪ Objection sustained as to Nazario Torres and as to the claimants that did not respond to the objection.
- ▪ Proposed order to be submitted.

## IV.  ADJOURNED MATTERS

1. AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]
2. AMPR's Motion for Relief from Stay. [Case No. 17-3283, ECF No. 3914]
3. Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC. [Case No. 17-3283, ECF No. 8862]
4. PREPA'S Motion to Remand. Puerto Rico Electric Power Authority's Motion to Remand [Adv. Case No. 19-453, ECF No. 8]

3:17-BK-3283 (LTS)
Omnibus Hearing - January 29, 2020

5.   Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code.  [Case No. 17-3283, ECF No. 2434]

6.   Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations. [Case No. 17-3283, ECF No. 7505]

7.   Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities. [Case No. 17-3283, ECF No. 7507]


s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy