**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GONZALEZ GARCIA, MELISA | 32840 | 5/24/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $76,444.20 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GONZALEZ GARCIA, MELISA | 32840 | 5/24/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $76,444.20 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**Instrucciones**

Responda las cuatro (4) preguntas del cuestionario. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más información de la que se incluye en la evidencia de reclamación inicial</u>.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas: |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

<u>Cuestionario</u>

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *El gobierno de Puerto Rico dispuso de mis aportaciones del sistema de Retiro*

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *10,303.95*

*Número de Evidencia de Reclamación:* 32840
*Reclamante:* Melissa González García

RECEIVED & FILED
2020 JAN 30  PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

☐   No. *Pase a la Pregunta 4.*

☑ ⁄ Sí.  Responda preguntas 3(a)-(d).

3(a).  Identifique el organismo o departamento específico en el que trabaja o trabajó:

   Departamento de la Familia

3(b).  Identifique las fechas de su empleo con relación a su reclamación:

   01-01-2007 / 30-06-2017

3(c).  Últimos cuatro dígitos de su número de seguro social:   8590

3(d).  Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐   Jubilación

   ☐   Salarios impagos

   ☐   Días por enfermedad

   ☐   Queja con el sindicato

   ☐   Vacaciones

   ☑   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   Descuento de Aportación mensual del Sistema de Retiro 01-01-2007 / 30-06-2017

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

☑   No.

☐   Sí. Responda Preguntas 4(a)-(f).

4(a).  Identifique el departamento o agencia que es parte de esta acción.

   Departamento de la Familia

4(b).  Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   Adm. Sistema de Retiro

4(c).  Número de caso:   17 BK 3283-LTS

4(d).  Título, epígrafe, o nombre del caso:

   PROMESA Titulo III

*Número de Evidencia de Reclamación:* 32 840

*Reclamante:* Melissa González García

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente Resolución

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

NO



Servidores Públicos Unidos de Puerto Rico · Concilio 95 · AFSCME · Tel. 1-787-273-7222 · www.spupr.com

**BONO...**
$1000 para cada miembro

para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.

## Aportación Plan Médico Único

Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en el costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



## Convenio Colectivo

El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.

Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. Actualmente ese dinero no existe en caja, se utilizó por el Gobierno. Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

## Bonificaciones

Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

## Bonificación presupuestaria

A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

## Cesantías

Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



sábado, el mismo será efectivo el día antes laborable. Si cae domingo, e feriado será concedido al día siguiente como es la práctica actual.

## Licencias

se mantienen lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



## Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada.

Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

## Futuros Beneficios del Gobierno

Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

## Ratificación

Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

27 de enero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

MELISSA GONZALEZ GARCIA
ARBORADA #24
URB LUIS MUNOZ RIVERA
GUAYNABO, PR 00969

Seguro Social: XXX-XX-8590

A base de la información en nuestros registros, al 27 de enero de 2020 usted posee:

Fecha de Nacimiento: 13 de abril de 1981                                     Género: Femenino
Fecha de Ingreso al Servicio Público: 05 de diciembre de 2007
Fecha de Comienzo de Cotización: 05 de diciembre de 2007

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 4.1 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 10,870.60 | Aportaciones: | 5,912.88 |
| | | Intereses: | 2,974.56 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 10,303.95 | | |
| Tiempo: | 0.00 | Intereses: | 104.59 | | |
| **Balance Acumulado:** | **0.00** | **Total Aportaciones:** | **24,253.70** | **Total Aportaciones:** | **5,912.88** |
| **Beneficio:** | **0.00** | **Beneficio:** | **99.62** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes





**DEPARTAMENTO DE LA**
**FAMILIA**
**GOBIERNO DE PUERTO RICO**

ADFAN

# CERTIFICACIÓN

Certifico que la Sra. Melissa González García, con seguro social número 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, es empleada de la Administración de Familias y Niños, desde el 5 de diciembre de 2007. La Sra. González está adscrita a la Administración Auxiliar de Prevención en la Comunidad en Nivel Central, ocupa un puesto de carrera-regular de Trabajadora Social IV. Devenga un salario mensual de $2,872.00.

Esta certificación se expide hoy 28 de enero 2020, conforme a información de Sistema Mecanizado de Recursos Humanos a petición de la Sra. González.

Carmín Rodríguez Negrón
Administrador Auxiliar

Claim # 32840

Centésima objeción global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 84 | GONZALEZ GARCIA, LIZ M. HC01 BOX 5055 SANTA ISABEL, PR 00757 | 6/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 50197 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 85 | GONZALEZ GARCIA, MELISA PO BOX 3105 GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32840 | $ 76,444.20 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 86 | GONZALEZ GOMEZ, RAMON L. PO BOX 730 SAINT JUST, PR 00978 | 6/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 71209 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 87 | GONZÁLEZ GONZALEZ, ADA GELANI 334 EXT VISTAS DE CAMUY CAMUY, PR 00627-6377 | 11/21/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 301 | $ 100,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 88 | GONZALEZ GONZALEZ, ADA I. HC 6 BOX 8614 JUANA DIAZ, PR 00795-9610 | 6/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 59024 | $ 50,222.62* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 89 | GONZÁLEZ GONZÁLEZ, ALMA E URB. VILLA SERAL A-12 LARES, PR 00669 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66267 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

21 de enero de 2020

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

As representative of

THE COMMONWEALTH OF PUERTO RICO, et
al.,

Debtors.

PROMESA
TITLE III

No. 17 BK 3283-LTS

(jointly Administered)

This Filing relates to the
Commonwealth, HTA, and
ERS

CLAIM# 32840

El motivo para unirme a la Objeción Global es, que el Gobierno de Puerto Rico utilizo mis aportaciones al sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Melissa González García
P O Box 3105
Guaynabo, Puerto Rico 00970

Teléfonos: 787-247-1083 / 787-245-4249
Correo electrónico: melpao41@hotmail.com

Melissa Gonzalez Cruz
P.O. Box 3105 Guaynabo
Puerto Rico 00970-3105

RECEIVED & FILED

2020 JAN 30 PM 4:28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

HON LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS PARA DISTRITO DE PR
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767



7019 2280 0000 9071 9863

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



1000

00918



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
JAN 29, 20
AMOUNT

$7.80

R2305K133188-21

*Número de Evidencia de Reclamación:*
*Reclamante:* #claim 43195 — Rios Molina, Jorge

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $90.000

*Número de Evidencia de Reclamación del Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ **Sí. Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *Autoridad Aqueducto y Alcantarillado (AAA*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   *Julio 11/1991 hasta presente*

3(c). Últimos cuatro dígitos de su número de seguro social:   *9947*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
     *Ley 34 (1969)   Ley 96 (2002/2004)*
     *Ley 180 (1998)   Ley 164 (2009)*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ **Sí. Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   *Autoridad Aqueducto y Alcantarillados (A.A.A*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   *Tribunal Supremo de Puerto Rico*

4(c). Número de caso:   *43195*

4(d). Título, epígrafe, o nombre del caso:
   *Título III CASES*



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

12 de noviembre de 2019

**Agencia: 201 - A.A.A.**

JORGE RIOS MOLINA
HC 01 BOX 10263

Seguro Social: XXX-XX-9947

PENUELAS, PR 00624

A base de la información en nuestros registros, al 12 de noviembre de 2019 usted posee:

Fecha de Nacimiento: 30 de noviembre de 1962                    Género: Masculino
Fecha de Ingreso al Servicio Público: 11 de julio de 1991
Fecha de Comienzo de Cotización: 11 de julio de 1991

| Ley 1 al 30 de junio de 2013 | Ley 3 - 2013 al 30 de junio de 2017 | Ley 106 |
|---|---|---|
| Años Acreditados: *22 años* | Tiempo Trabajado: 4 | Tiempo Trabajado: 2.25 |
| *Pensión ley (1)* | Aportaciones: 16,397.68 | Aportaciones: 8,049.08 |
| | Intereses: 1,328.28 | Intereses: 0.00 |
| Servicio No Cotizado | Gastos Teneduría: 0.00 | Gastos Teneduría: 0.00 |
| Pagado: 0.00 | *Pensión Híbrido* | *Reembolso Aportaciones* |
| Tiempo: 0.00 | | |
| Balance Acumulado: 61,975.24 | Total Aportaciones: 17,725.96 | Total Aportaciones: 8,049.08 |
| Beneficio: ~~760.20~~ | Beneficio: 95.09 | Beneficio: 0.00 |

*$1,193.81 mensual*

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

*Pensión a los 65 años de edad*



Jorge Rios Medina

## Cómputos para Jubilados AAA

| Salario por hora | Meses | Salario por Mes | Total acumulado |
|---|---|---|---|
| $ 21.03232 | 12 | $ 3,416.13 | $ 40,993.52 |
| $ 20.25302 | 48 | $ 3,291.13 | $ 157,974.10 |
| Total | 60 | | $ 198,967.63 |

| | Años | 5 | $ 39,793.53 |
|---|---|---|---|
| % de Jubilación | 36% | | |
| | | Salario anual | $ 14,325.67 |
| / Meses / entre quincenas | 12 | Salario mensual | 1,193.81 |
| | 2 | Salario Quincenal | $ 596.90 |

**Pensión Ley 1**
*7-nov-91 al 30-junio-13*

**Pensión Híbrida**
*1-julio-13 al 30-junio-17*

**Reembolso de Aportaciones**
*1-julio-17 al presente*

a junio/30/13 = 22 años de servicio es
equivalente a un 36% pensión

2da_pension 1/julio/13 - 30/junio/2017
Pensión Híbrida

Rembolso Aportaciones = 1/julio/17 - presente

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Rios Molina, Jorge | 43195 | 6/27/18 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Rios Molina, Jorge | 43195 | 6/27/18 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

From: Jorge Rios Molina
CC 01 - B9P 10263
Ponce, P.R. 00624

RECEIVED & FILED
2020 JAN 30   PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

To: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
30 JAN 2020 PM 2 L

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cordero Rosa, Carlos J. | 46988 | 6/5/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cordero Rosa, Carlos J. | 46988 | 6/5/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**Departamento de Recursos Naturales y Ambientales**
Oficina de Recursos Humanos

## División de Transacciones, Informes y Archivo

## SOLICITUD DE SERVICIOS

NOMBRE: _CARlos J. Cordero Rosa_

OFICINA O ÁREA PROGRAMÁTICA: _Cuerpo de Vigilante_

TELÉFONOS: _787-636-3449_   FAX: _____

FECHA DE LA SOLICITUD: _24-Octubre 2014_   SEGURO SOCIAL: XXX-XX- _3608_

☐ CAMBIO DE DIRECCIÓN POSTAL:

_____

_____

☐ OTROS SERVICIOS: (especifique)

- _Solicitud número de planteamiento referente referente a la solicitud_
_del trienio para Agosto de 2012 hacia O.G.P._
- _Número de empleado_

Firma del solicitante _____

---

**PARA USO OFICIAL DE LA DIVISIÓN DE TRANSACCIONES, INFORMES Y ARCHIVO**

Fecha de nombramiento: _____

Clasificación: _____

Salario: _____

☐ Regular   ☐ Transitorio   ☐ Irregular   ☐ Confianza

**COMENTARIOS:** _____

_____

_____

Recibido por: _____   Fecha: _____

10 de julio de 2013

Hon. Carmen E. Guerrero Pérez
Secretaria Dpto. de Recursos Naturales y Ambientales
P. O. Box 366147
San Juan, Puerto Rico 00936

Re:  **Solicitud de ajuste salario y otros**
     **Personal de Dpto. de Recursos Naturales y Ambientales**

Honorable Secretaria:

Reciba un cordial saludo.

Me suscribo como representante legal de la Asociación de Seguridad, Policías y Ramas Anexas,
Inc. (ASPRA), asociación que representa al Personal No Sindicado y Gerencial Regular del
Departamento de Recursos Naturales y Ambientales en las siguientes reclamaciones de índole
salarial:

**I. Ajuste de salario:** conforme a  Comunicado Número 2012-03 emitido el 11 de enero de 2012 por
DRNA, titulado Procedimiento para la Concesión del Aumento de Sueldo por Tres (3) años de Servicios
Satisfactorios Ininterrumpidos (Trienio), dirigido al Personal No Sindical y Gerencial Regular del
Departamento para establecer las directrices para un aumento de sueldo por años de servicios de
conformidad con el Memorando Especial Núm. 39-2011 emitido por OCALARH.  En el mismo se
estableció un procedimiento para establecer la fecha de efectividad del aumento, a saber:

        a.  Computar el tiempo transcurrido en días calendarios, hasta el 8 de marzo de 2009,
            conforme en la Carta Normativa Núm. 1-2008
        b.  Reanudar el cómputo en días calendario, desde el 9 de marzo de 2011 hasta contabilizar
            el término de tres años.

**II. Aplicación de la Escala Salarial a personal gerencial:** Para el 1ro de septiembre de 1996 se aprobó
para el Departamento de Recursos Naturales y Ambientales la escala salarial que le aplicaría a los
empleados de carrera en el Departamento.  No obstante dicha escala salarial, la misma no ha sido aplicada

a los empleados conforme fue establecida y los aumentos salariales han sido otorgados a través de convenios sindicales que no aplican a los empleados gerenciales, creando así una desigualdad en la paga por rango y años de servicios.   Tanto es así, que muchos de los empleados (vigilantes) que son supervisados tienen mejor paga en comparación con la escala salarial y con los reclamantes que poseen rangos de supervisión dentro del Departamento.

### III. Reclamación ½ hora de ajuste de salario: ¿?

En comunicación 2011-64 del 15 de agosto de 2011 se le notificó al personal gerencial que se había determinado concederle a los oficiales del Cuerpo de Vigilantes un aumento de sueldo permanente y recurrente de $100.00 mensuales por prestar servicio en una jornada laboral de ocho (8) horas consecutivas, esto de naturaleza prospectiva a partir del 1ro de julio de 2011, excluyendo así el pago retroactivo de dicho ajuste.   A pesar de dicho comunicado, los oficiales gerenciales no han recibido el ajuste en salario conforme a lo notificado, además, exigen que dicho ajuste sea de carácter retroactivo.


### IV.  Pago tiempo doble por trabajo horas extras:???


Es por tal motivo que le solicito evalúe el expediente de personal de cada uno de los reclamantes y autorice el ajuste retroactivamente el salario conforme en derecho.  De no recibir respuesta de su parte dentro de los 60 días de recibida la presente misiva, estaremos iniciando nuestra reclamación en la Comisión Apelativa del Servicio Público, conforme establece el reglamento procesal de la Comisión.

Sin nada más y esperando su pronta respuesta, quedo.

Cordialmente,



Lcdo. Luis E. Meléndez Muñoz



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**Departamento de Recursos Naturales y Ambientales**
Oficina de Recursos Humanos

## División de Transacciones, Informes y Archivo

## SOLICITUD DE SERVICIOS

NOMBRE: _CARlos J. CordeRo RosA_

OFICINA O ÁREA PROGRAMÁTICA: _Cuerpo de VigilAntes_

TELÉFONOS: _787-636-3449_    FAX: _____

FECHA DE LA SOLICITUD: _25- Sept-2014_   SEGURO SOCIAL: _XXX-XX-___

☐ CAMBIO DE DIRECCIÓN POSTAL:

_No_

☒ OTROS SERVICIOS: (especifique)

1- EscAlA de Retribución con los tipos intermedios PARA sARgentos
2- HojA de funciones y debeRes PARA sARgentos y VigilAnter
3- EspecificAciones de clase y escAlA sAlARiAler pARA sARgentos y VigilAntes
4- ConvocAtoriA A sARgentos pARA el Año 2011

Firma del solicitante _____

PARA USO OFICIAL DE LA DIVISIÓN DE TRANSACCIONES, INFORMES Y ARCHIVO

Fecha de nombramiento: _____
Clasificación: _____
Salario: _____

☐ Regular   ☐ Transitorio   ☐ Irregular   ☐ Confianza

COMENTARIOS: _____

_____

Recibido por: _____   Fecha: _____

PO Box 366147 San Juan, Puerto Rico 00963
Teléfono: 999-2200 extensiones – 2361, 2359 – Fax – (787) 999-2247

**Sgto. Carlos J. Cordero Rosa**
**Sargento**
**Destacamento Isla de Mona**
**HC-6 Box 12404 San Sebastián**
**Puerto Rico 00685**
**787-636-3449**

24 de agosto de 2015                                    *A la mano*

*Recibida por:*
*Carley Ortiz*
*15| sept |2015*

*Recibido por*
*RAG*
*14 / marzo / 2016*

Honorable Carmen Guerrero Pérez
Secretaria
Departamento de Recursos Naturales y Ambientales

Hon. Guerrero Pérez:

Me dirijo a usted, para presentarle una situación que me perjudica adversamente, tanto en el plano laboral como personal y esperando que pueda atender y resolver mi planteamiento.

El 19 de agosto de 1999 tome juramentación como vigilante de esta agencia, y para septiembre del año 2004 fui ascendido al rango de sargento, aceptando esa nueva encomienda y responsabilidad en la región de Mayagüez. Fui trasladado en semanas posteriores a la Reserva Natural de Isla de Mona, como único supervisor permanente hasta el presente. Desde hace 11 años, he cumplido a cabalidad con todos mis deberes y responsabilidades y los mismos van más allá de los trabajos regulares de un supervisor, como situaciones especiales en; **manejo de ilegales, tráfico de droga y rescate**. Durante este periodo he tenido un record intachable. Esto es evidenciado en mis evaluaciones.

En estos pasados 11 años he estado supervisando vigilantes de mi academia y de la academia anterior a la mía de lo cual existe una diferencia en sus sueldos de $200 a $400 por encima de mi salario. Además hay sargentos que ascendieron en e año 1 (2011) de mi academia y academias pasadas que devengan un salario de $500 a $700 mayor al mío, esto 7 años más tarde al de mi ascenso. Esto ha creado una gran diferencia en el sueldo que yo recibo en comparación con los compañeros vigilantes que superviso y con compañeros sargentos que ascendieron 7 años más tarde. Quiero indicar que nuestra constitución en el Articulo **2** Sección 16 Derechos de los empleados establece que:

> *"Se reconoce el derecho de todo trabajador a escoger libremente su ocupación y a renunciar a ella, a recibir igual paga por igual trabajo, a un salario mínimo razonable, a protección contra riesgos para su salud o integridad personal en su trabajo o empleo, y a una jornada ordinaria que no exceda de ocho horas de trabajo. Sólo podrá trabajarse en exceso de este límite diario, mediante compensación extraordinaria que nunca será menor de una vez y media el tipo de salario ordinario, según se disponga por ley."*

Entiendo, no es justo que siga devengando un salario mucho más bajo que mis supervisados y que mis compañeros sargentos, asumiendo así más responsabilidad y compromiso para el departamento y con la política pública de la administración presente.

Le solicito muy respetuosamente como Secretaria y autoridad nominadora de esta agencia que considere el solicitar y justificar a la Oficina de Gerencia y Presupuesto el que se evalué mi retribución y se me compense adecuadamente. No solicito ni exijo se me pague más que a los demás, si no una paga justa y razonable en comparación con los sargentos que ascendieron en el año 2011, y en comparación de mis supervisados.

Espero pueda evaluar y considerar mi petición, gracias anticipadas.

Muy respetuosamente,

Sgto. Carlos J. Cordero Rosa
Sargento
Destacamento Isla de Mona



GOBIERNO DE PUERTO RICO

**Departamento de Recursos Naturales y Ambientales**

7 de septiembre de 2011

**COMUNICACIÓN NÚMERO 2011–76**

Secretario Auxiliar de Administración
Directora de Recursos Humanos
Comisionado del Cuerpo de Vigilantes
Vigilantes de Recursos Naturales y Ambientales

Daniel J. Galán Kercadó
Secretario

**ACLARACIÓN REFERENTE A AUMENTO DE SUELDO POR JORNADA LABORAL DE OCHO HORAS DIARIAS CONSECUTIVAS, CONCEDIDO AL PERSONAL DEL CUERPO DE VIGILANTES INCLUIDO EN LA UNIDAD APROPIADA B**

Mediante una asignación especial de fondos, la Oficina de Gerencia y Presupuesto (OGP), proveyó recursos fiscales adicionales para cumplir con el último aumento de sueldo correspondiente a lo estipulado y resuelto por la Comisión de Relaciones del Trabajo del Servicio Público, actualmente Comisión Apelativa del Servicio Público, en el Caso Núm. CA-03-061: D-05-031. Se determinó en el referido caso, conceder al personal incluido en la Unidad Apropiada B, tres (3) aumentos de sueldo, permanentes y recurrentes, de $100.00 mensuales. Estos debían ser concedidos al 1 de noviembre de 2007, al 1 de agosto de 2008[1] y al 1 de agosto de 2009. La razón para conceder estos aumentos de sueldo es por prestar servicios en una jornada laboral de ocho (8) horas diarias consecutivas.

**El aumento de sueldo de $100.00 mensuales, que notificamos en esta comunicación se comenzó a pagar efectivo al 1 de julio de 2011.** Queda pendiente de pago la cuantía correspondiente al periodo entre el 1 de agosto de 2009 y el 30 de junio de 2011. Dicho pago retroactivo se efectuará oportunamente conforme a la asignación de fondos y autorización que la OGP emita a tales fines.

---

[1] El aumento correspondiente al 1 de agosto de 2008, se pagó ese mismo año y no hay deuda pendiente de pago por el mismo.


PUERTO RICO
VERDE

PO Box 366147, San Juan, PR 00936
Tel. 787.999.2200 • Fax. 787.999.2303

Comunicación Número 2011-76
Página 2
7 de septiembre de 2011

En nuestra comunicación número 2010-121, del 9 de diciembre de 2010, les habíamos notificado sobre la concesión del aumento de sueldo correspondiente al 1 de noviembre de 2007. En la misma, indicamos que el aumento ahí anunciado sería pagado a partir del mes de noviembre de 2010 y que a ese momento, se estaba emitiendo un pago retroactivo por $800.00 para cubrir el periodo del 1 de noviembre de 2007 al 30 de junio de 2008. Por tanto, quedó pendiente de pago el periodo desde el 1 de julio de 2008 al 31 de octubre de 2010. También indicamos que el pago de dicho período estaba sujeto a que la OGP, hiciera la asignación de fondos para cubrir el mismo.

La Secretaría Auxiliar de Administración y la Oficina de Recursos Humanos serán responsables de tomar aquellas medidas administrativas y realizar todos los trámites necesarios, de forma tal, que los empleados beneficiados por este aumento de sueldo comiencen a disfrutar el mismo en el menor tiempo posible.

Agradecemos a los Vigilantes de Recursos Naturales y Ambientales su dedicación al servicio y esperamos que esta acción sea un estímulo para que continúen sirviendo con mayor esmero al Pueblo de Puerto Rico.

Esta comunicación se emite para aclarar y ampliar lo indicado en nuestra Comunicación Número 2011-65 del 15 de agosto de 2011, la cual trata sobre el mismo asunto aquí abordado.

LJPR/DBC/ljpr/lit