**Opposition Deadline: February 3, 2020 5:00 PM AST**
**Reply Deadline: February 18, 2020 5:00 PM AST**
**Hearing Date: March 5, 2020 9:30 AM AST**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF AMENDED MOTION OF AMBAC ASSURANCE CORPORATION, FINANCIAL GUARANTY COMPANY, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND U.S. BANK TRUST NATIONAL ASSOCIATION, CONCERNING APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX BONDS**

**PLEASE TAKE NOTICE** that on January 31, 2020, Ambac Assurance Corporation ("Ambac"), Financial Guaranty Insurance Company ("FGIC"), Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. (together with AGC, "Assured"), and U.S. Bank Trust National

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Association ("U.S. Bank" or the "Trustee") (collectively with the foregoing, the "Movants") filed their *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning the Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Tenth Amended Case Management Procedures (Case No. 3:17-bk-03283, ECF No. 8027-1) (the "Case Management Procedures"), and must be filed electronically with the Court by registered users of the Court's case filing system, in searchable portable document format. Pursuant to the *Amended Interim Case Management Order for Revenue Bonds* (Case No. 3:17-bk-03283, ECF No. 10595) that the Court issued on January 31, 2020, oppositions to the Motion are due **February 3, 2020 at 5:00 p.m. (Atlantic Standard Time)** and replies are due **February 18, 2020 at 5:00 p.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is **March 5, 2020, at 9:30 a.m. (Atlantic Standard Time)** at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardon Avenue, San Juan, Puerto Rico.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's Case Management Procedures.

Dated: January 31, 2020
       San Juan, Puerto Rico

| | |
|---|---|
| **FERRAIUOLI LLC** | **REXACH & PICÓ, CSP** |
| By: */s/ Roberto Cámara-Fuertes* <br>    Roberto Cámara-Fuertes (USDC-PR No. 219002) <br>    Sonia Colón (USDC-PR No. 213809) <br>    221 Ponce de León Avenue, 5th Floor <br>    San Juan, PR 00917 <br>    Telephone: (787) 766-7000 <br>    Facsimile: (787) 766-7001 <br>    Email: rcamara@ferraiuoli.com <br>          scolon@ferraiuoli.com | By: */s/ María E. Picó* <br>    María E. Picó <br>    (USDC-PR No. 123214) <br>    802 Ave. Fernández Juncos <br>    San Juan, PR 00907-4315 <br>    Telephone: (787) 723-8520 <br>    Facsimile: (787) 724-7844 <br>    Email: mpico@rexachpico.com |
| **MILBANK LLP** | **BUTLER SNOW LLP** |
| By: */s/ Atara Miller* <br>    Dennis F. Dunne (admitted *pro hac vice*) <br>    Atara Miller (admitted *pro hac vice*) <br>    Grant R. Mainland (admitted *pro hac vice*) <br>    John J. Hughes, III (admitted *pro hac vice*) <br>    55 Hudson Yards <br>    New York, NY 10001 <br>    Telephone: (212) 530-5000 <br>    Facsimile: (212) 530-5219 <br>    Email: ddunne@milbank.com <br>          amiller@milbank.com <br>          gmainland@milbank.com <br>          jhughes2@milbank.com | By: */s/ Martin A. Sosland* <br>    Martin A. Sosland (admitted *pro hac vice*) <br>    5430 LBJ Freeway, Suite 1200 <br>    Dallas, TX 75240 <br>    Telephone: (469) 680-5502 <br>    Facsimile: (469) 680-5501 <br>    Email: martin.sosland@butlersnow.com <br>    Jason W. Callen (admitted *pro hac vice*) <br>    150 3rd Ave., S., Suite 1600 <br>    Nashville, TN 37201 <br>    Telephone: (615) 651-6774 <br>    Facsimile: (615) 651-6701 <br>    Email: jason.callen@butlersnow.com <br> <br> ***Attorneys for Financial Guaranty Insurance Company*** |

[*Remainder of Page Intentionally Omitted*]

| | |
|---|---|
| **ARENT FOX LLP** | **RIVERA, TULLA, AND FERRER LLC** |
| By: */s/ David L. Dubrow* | By: */s/ Eric A. Tulla* |
| David L. Dubrow (admitted *pro hac vice*) | Eric A. Tulla |
| Mark A. Angelov (admitted *pro hac vice*) | USDC-DPR No. 118313 |
| 1301 Avenue of the Americas | Email: etulla@ riveratulla.com |
| New York, NY 10019 | Iris J. Cabrera-Gómez |
| Telephone: (212) 484-3900 | USDC-DPR No. 221101 |
| Facsimile: (212) 484-3990 | Email: icabrera@ riveratulla.com |
| Email: david.dubrow@arentfox.com | Rivera Tulla & Ferrer Building |
| mark.angelov@arentfox.com | 50 Quisqueya Street |
| Randall A. Brater (admitted *pro hac vice*) | San Juan, PR 00917-1212 |
| 1717 K Street, NW | Telephone: (787) 753-0438 |
| Washington, DC 20006 | Facsimile: (787) 767-5784 |
| Telephone: (202) 857-6000 | |
| Facsimile: (202) 857-6395 | |
| Email:randall.brater@arentfox.com | |

***Attorneys for Ambac Assurance Corporation***

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **HOGAN LOVELLS US LLP** |
| By: */s/ Heriberto Burgo Pérez* | By: */s/ Robin E. Keller* |
| Heriberto Burgos Pérez | Robin E. Keller, Esq. |
| USDC-PR No. 204809 | Ronald Silverman, Esq. |
| Ricardo F. Casellas-Sánchez | 390 Madison Avenue |
| USDC-PR No. 203114 | New York, NY 10017 |
| Diana Pérez-Seda | Telephone: (212) 918-3000 |
| USDC-PR No. 232014 | Facsimile: (212) 918-3100 |
| P.O. Box 364924 | robin.keller@hoganlovells.com |
| San Juan, PR 00936-4924 | ronald.silverman@hoganlovells.com |
| Telephone: (787) 756-1400 | |
| Facsimile: (787) 756-1401 | ***Attorneys for U.S. Bank National*** |
| Email: hburgos@cabprlaw.com | ***Association, in its Capacity as Trustee*** |
| rcasellas@cabprlaw.com | |
| dperez@cabprlaw.com | |

[*Remainder of Page Intentionally Omitted*]

- 5 -

**CADWALADER, WICKERSHAM & TAFT LLP**

By: <u>*/s/ Mark C. Ellenberg*</u>
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           bill.natbony@cwt.com
           ellen.halstead@cwt.com
           thomas.curtin@cwt.com
           casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

                                                */s/ Roberto Cámara-Fuertes*
                                                Roberto Cámara-Fuertes (USDC-PR No. 219002)
                                                221 Ponce de León Avenue, 5th Floor
                                                San Juan, PR 00917
                                                Telephone: (787) 766-7000
                                                Facsimile: (787) 766-7001
                                                Email: rcamara@ferraiuoli.com