**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------------- X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.¹                               :
-------------------------------------------------------------------- X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3566 (LTS)
                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE          :
GOVERNMENT OF THE COMMONWEALTH OF               :
PUERTO RICO,                                    :
                                                :
        Debtor.                                 :
-------------------------------------------------------------------- X
```

**URGENT JOINT MOTION TO MODIFY DISCOVERY AND BRIEFING
SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN
CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE
BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE
<u>GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO</u>**

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Creditors' Committee"),[1] the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee" and, together with the Creditors' Committee, the "Committees"), the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico (the "SCC"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with the FOMB and the SCC, the "Government Parties"), certain groups of ERS bondholders represented by Jones Day and White & Case LLP (the "ERS Bondholder Groups"), and The Bank of New York Mellon, as Fiscal Agent for the ERS bonds (the "Fiscal Agent" and, together with the ERS Bondholder Groups, the Committees, and the Government Parties, the "Parties") hereby file this *Urgent Joint Motion to Modify Discovery and Briefing Schedule with Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "Motion"). In support of this Motion, the Parties respectfully state as follows:

## BACKGROUND

1.   On July 24, 2019, the Court entered the *Order Regarding Stay Period and Mandatory Mediation* [Docket No. 8244] (the "Stay Order") staying certain adversary proceedings and contested matters and ordering mandatory mediation.

2.   Since that date, the Parties have participated in discussions facilitated by the Mediation Team regarding the scheduling of certain ERS matters.

---

[1]   The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

3.    On October 7, 2019, the Court entered its order [Docket No. 8818] approving initial

objection procedures (the "Initial Objection Procedures")[2] with respect to the following matters

(collectively, the "Claim Objections"):

(a)    the objections filed by (i) the Creditors' Committee, each dated March 12, 2019
       [Docket Nos. 5580 and 5586] (the "Creditors' Committee's Objections") and (ii)
       the Retiree Committee, dated April 23, 2019 [Docket No. 6482] (the "Retiree
       Committee's Objection" and, together with the Creditors' Committee's
       Objections, the "Committees' Objections") to claims filed by certain holders of
       bonds ("ERS Bonds") issued by the Employees Retirement System of the
       Government of the Commonwealth of Puerto Rico ("ERS");

(b)    the objection filed by the FOMB, dated May 22, 2019 [Docket No. 7075] (the
       "FOMB Objection");

(c)    any Additional Claim Objections; and

(d)    count one of each complaint (the "Count One Allegations") filed in the adversary
       proceedings commenced by the SCC and the Creditors' Committee [Adv. Nos.
       19-355, 19-356, 19-357, 19-358, 19-359, 19-360, and 19-361] (the "ERS
       Clawback Litigation").

4.    On October 24, 2019, the Court entered its order [Docket No. 8962] modifying the

Stay Order (the "Stay Abatement Order") to allow for resolution of the following issues: (i) the

*ultra vires* challenge to the enforceability of the ERS Bonds ("Ultra Vires Issue") raised in the

Committees' Objections and the Count One Allegations of the ERS Clawback Litigation; and (ii)

issues regarding the scope of the ERS Bondholders' liens (the "Lien Scope Issues") raised in

Adversary Proceeding Case Nos. 19-366 and 19-367 (the "ERS Lien Litigation"), Parts III, IV, V,

and ¶¶ 94-97 of Part VI of the Retiree Committee's Objection, and Part I.A.i (i.e., ¶¶ 63-67) of the

FOMB Objection.

---

[2]    Capitalized terms used but not defined in this Motion have the meanings set forth in the Initial Objection
       Procedures.

5.      The Stay Abatement Order set a discovery and briefing schedule to apply to litigation of the Ultra Vires Issue and the Lien Scope Issues ("Litigation Schedule").

6.      The Parties have been proceeding according to Litigation Schedule but agree that additional time is required to complete discovery, and have therefore agreed to a revised litigation schedule for the Ultra Vires Issue and the Lien Scope Issues, as set forth below:

## RELIEF REQUESTED

7.      By this Motion, the Parties jointly request that the Court modify the current Litigation Schedule set forth in the Stay Abatement Order to the "Revised" schedule as shown below:

|  | Current | Revised |
|---|---|---|
| Deadline for the defendants in the ERS Lien Litigation to answer the complaints and file counterclaims | 10/25/2019 | 10/25/2019 |
| Deadline for responses to Ultra Vires Issue raised in the Committees' Objections | 10/25/2019 | 10/25/2019 |
| Deadline for the ERS Bondholder Groups to answer the complaints and file counterclaims for the Count One Allegations of the ERS Clawback Litigation | 10/25/2019 | 10/25/2019 |
| Deadline for the plaintiffs to answer the counterclaims (if any) filed in the ERS Lien Litigation and the ERS Clawback Litigation | 11/1/2019 | 11/1/2019 |
| Rule 26 Disclosures | 11/1/2019 | 11/1/2019 |
| Fact discovery commences | 11/1/2019 | 11/1/2019 |
| Deadline for serving written discovery | 11/1/2019 | 11/1/2019 |
| Responses to document requests | 11/22/2019 | 11/22/2019 |
| Responses to interrogatories / RFAs | 12/3/2019 | 12/3/2019 |
| Deadline for any motions to compel | 1/3/2020 | 1/3/2020 |
| Disclosure of experts (if any) and a summary of the subjects about which they will offer opinions | 2/3/2020 | 3/20/2020 |
| Deadline for completion of fact discovery | 2/3/2020 | 3/30/2020 |
| Service of expert reports (if any) | 2/17/2020 | 4/1/2020 |
| Disclosure of rebuttal experts and service of rebuttal expert reports (if any) | 3/2/2020 | 4/15/2020 |
| Deadline for completion of expert depositions (if any) | 3/16/2020 | 4/27/2020 |
| Deadline for filing motions for summary judgment and declarations in support | 4/6/2020 | 5/6/2020 |

| | | |
|---|---|---|
| Deadline for Participants to file joinders in the motions for summary judgment on the Ultra Vires Issues | 4/13/2020 | 5/13/2020 |
| Deadline for filing oppositions to summary judgment briefs and declarations in support | 5/6/2020 | 6/3/2020 |
| Deadline for Participants to file joinders in oppositions to the summary judgment briefs on the Ultra Vires Issues | 5/13/2020 | 6/10/2020 |
| Deadline for filing reply briefs in support of motion for summary judgment and declarations in support | 5/20/2020 | 6/17/2020 |

8.     The Stay Abatement Order will remain in effect in all other respects.

9.     A copy of the order granting this Motion will be (a) served on all defendants in the ERS Lien Litigation and the ERS Clawback Litigation, (b) served on all Participants, and (c) posted on the ERS Objection Website.

10.     Pursuant to Paragraph I.H of the Case Management Procedures, the Parties hereby certify that they have carefully examined the matter and concluded that there is a true need for this Urgent Supplement; have not created the urgency through any lack of due diligence; have made a bona fide effort to resolve the matter without a hearing; and have made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court.

## REQUEST FOR EXPEDITED RELIEF

11.     The Parties request that the Court grant the Motion within the next 7 days without holding a hearing.  The Parties believe this expedited timeframe is appropriate given the widespread consensus in support of the Motion, the narrow relief requested herein, and the impending deadlines in the current Litigation Schedule.

## NOTICE

12.     Notice of this Motion has been provided to the following entities, or their counsel, if known: (i) the U.S. Trustee; (ii) the Office of the United States Attorney for the District of Puerto

Rico; (iii) the Financial Oversight and Management Board for Puerto Rico, (iv) the Puerto Rico
Fiscal Agency and Financial Advisory Authority; (v) the Official Committee of Retired Employees
of the Commonwealth of Puerto Rico; (vi) the insurers of the bonds issued or guaranteed by the
Debtors; (vii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the
Debtors; (viii) holders of ERS bonds who are parties to any group that has filed a statement under
Bankruptcy Rule 2019; (x) The Bank of New York Mellon, as Fiscal Agent for the ERS Bonds;
(xii) all parties that have filed a notice of appearance in the above-captioned Title III cases; (xiii)
all defendants in the ERS Clawback Litigation and the ERS Lien Litigation; and (xiv) all
Participants.

## NO PRIOR REQUEST

13.     No previous request for the relief requested herein has been made to this or any
other court.

[*Remainder of page intentionally left blank.*]

14

WHEREFORE, the Parties respectfully requests that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, and grant the Parties such other relief as is just and proper.

Dated: February 3, 2020

By:  */s/ Luc. A. Despins*

**PAUL HASTINGS LLP**
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By:   */s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

14

By:   */s/ Margaret A. Dale*

Martin J. Bienenstock
Brian S. Rosen
Jeffrey W. Levitan
Margaret A. Dale
(*Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management
Board for Puerto Rico as representative for the Debtors*

By:   */s/ Luis F. del Valle*

Luis F. del Valle-Emmanuelli USDC-PR No. 209514
P.O. Box 79897
Carolina, PR 00984-9897
Tel: (787) 977-1932
Fax: (787) 722-1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos San Juan, PR 00918
Tel:  (787) 751-6764 / 763-0565
Fax:  (787) 763-8260

*Attorneys for the Financial Oversight and Management
Board for Puerto Rico as representative of the
Employees Retirement System of the Government of the
Commonwealth of Puerto Rico*

14

By: _ /s/ Edward s. Weisfelner _____

**BROWN RUDNICK LLP**
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Special Claims Committee*

By: _ /s/ Alberto Estrella _____

**ESTRELLA, LLC**
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

14

By:  /s/ John J. Rapisardi

**O'MELVENY & MYERS LLP**
John J. Rapisardi (pro hac vice)
Suzzanne Uhland (pro hac vice)
Peter Friedman (pro hac vice)
William J. Sushon (pro hac vice)
7 Times Square
New York, NY 10036
(212) 326-2000

*Counsel for the Puerto Rico Fiscal Agency and
Financial Advisory Authority*

By: */s/ Luis C. Marini-Biaggi*

**MARINI PIETRANTONI MUÑIZ LLC**
Luis C. Marini-Biaggi
USDC No. 222301
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Counsel for the Puerto Rico Fiscal Agency and
Financial Advisory Authority*

14

By: */s/ Catherine Steege*

**JENNER & BLOCK LLP**
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

By: */s/ Bennazar-Zequeira*

**BENNAZAR, GARCÍA & MILIÁN, C.S.P A.J.**
Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired
Employees of Puerto Rico*

By: */s/ Alfredo Fernández-Martínez*
Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750 Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

By: */s/ Bruce Bennett*
Bruce Bennett (pro hac vice)
**JONES DAY**
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071 Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (pro hac vice)
**JONES DAY**
250 Vesey Street
New York, New York 10281 Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (pro hac vice)
Beth Heifetz (pro hac vice)
Sparkle L. Sooknanan (pro hac vice)
**JONES DAY**
51 Louisiana Ave. N.W. Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

*Counsel for ERS Bondholders Andalusian Global
Designated Activity Company, Glendon Opportunities
Fund, L.P., Mason Capital Master Fund, LP, Oaktree-
Forrest Multi-Strategy, LLC (Series B), Oaktree
Opportunities Fund IX, L.P., Oaktree Opportunities
Fund IX (Parallel 2), L.P., Oaktree Value Opportunities
Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P*

By: */s/ José C. Sánchez-Castro*
José C. Sánchez-Castro USDC-PR 213312
jsanchez@sanpir.com
Alicia I. Lavergne-Ramírez USDC-PR 215112
alavergne@sanpir.com

**SÁNCHEZ PIRILLO LLC**
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777

By: */s/ John K. Cunningham*
John K. Cunningham (pro hac vice)
Glenn M. Kurtz (pro hac vice)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10036
Tel. (212) 819-8200
Fax (212) 354-8113
 jcunningham@whitecase.com
gkurtz@whitecase.com

Jason N. Zakia (pro hac vice)
Cheryl T. Sloane (pro hac vice)
**WHITE & CASE LLP**
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel. (305) 371-2700
Fax (305) 358-5744
jzakia@whitecase.com
csloane@whitecase.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc.,
Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto
Rico AAA Portfolio Target Maturity Fund, Inc., Puerto
Rico Fixed Income Fund, Inc., Puerto Rico Fixed
Income Fund II, Inc., Puerto Rico Fixed Income Fund
III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto
Rico Fixed Income Fund V, Inc., Puerto Rico GNMA &
U.S. Government Target Maturity Fund, Inc., Puerto
Rico Investors Bond Fund I, Puerto Rico Investors Tax-
Free Fund, Inc., Puerto Rico Investors Tax-Free Fund,
Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc.,
Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto*

*Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax- Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.*

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret-Fuentes*
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

**REED SMITH LLP**

*/s/ Eric A. Schaffer*
Eric A. Schaffer (pro hac vice)
Luke A. Sizemore (pro hac vice)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

C. Neil Gray (pro hac vice)
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email:  cgray@reedsmith.com

*Counsel to The Bank of New York Mellon,*
*as fiscal agent*

**EXHIBIT A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------------- X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
          as representative of                   :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :    (Jointly Administered)
                                                 :
          Debtors.¹                              :
---------------------------------------------------------------------- X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
          as representative of                   :    Case No. 17-BK-3566 (LTS)
                                                 :
THE EMPLOYEES RETIREMENT SYSTEM OF THE           :
GOVERNMENT OF THE COMMONWEALTH OF                :
PUERTO RICO,                                     :
                                                 :
          Debtor.                                :
---------------------------------------------------------------------- X
```

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDER ON URGENT JOINT MOTION TO MODIFY DISCOVERY AND BRIEFING
SCHEDULE WITH RESPECT TO CERTAIN ISSUES RAISED IN CERTAIN
CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE
BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE
<u>GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO</u>**

Upon consideration of the *Urgent Joint Motion to Modify Discovery and Briefing Schedule
With Respect to Certain Contested Matters and Adversary Proceedings Related to the Bonds
Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto
Rico* (the "<u>Motion</u>")[1]; the Court having found and determined that (i) the Court has jurisdiction to
consider the Motion and the relief requested therein; (ii) venue is proper before this Court pursuant
to PROMESA section 307(a); (iii) due and proper notice of this Motion has been provided under
the particular circumstances and no other or further notice need be provided; (iv) based on the
statements and arguments made in the Motion, the relief requested in the Motion is in the best
interest of ERS, the Commonwealth and their creditors; (v) any objections to the relief requested
in the Motion have been withdrawn or are hereby overruled; and (vi) the legal and factual bases
set forth in the Motion establish just cause for the relief granted herein.  Accordingly, it is hereby
ORDERED THAT:

1.      The Motion is granted.

2.      The discovery and briefing schedule set forth in the *Order Granting Urgent Joint
Motion to Modify Order Regarding Stay and Mandatory Mediation with Respect to Certain Issues
Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by
the Employees Retirement system of the Government of the Commonwealth of Puerto Rico* [Docket

---

[1] Capitalized terms not herein defines shall have the meanings ascribed to them in the Motion.

No. 8962] (the "Stay Abatement Order") is hereby revised, and the following discovery and

briefing schedule shall apply to litigation of the Ultra Vires Issues and the Lien Scope Issues:

| | |
|---|---|
| Deadline for the Defendants in the ERS Lien Litigation to answer the complaints and file counterclaims | 10/25/2019 |
| Deadline for responses to Ultra Vires Issue raised in the Committees' Objections | 10/25/2019 |
| Deadline for the ERS Bondholder Groups to answer the complaints and file counterclaims for the Count One Allegations of the ERS Clawback Litigation | 10/25/2019 |
| Deadline for the plaintiffs to answer the counterclaims (if any) filed in the ERS Lien Litigation and the ERS Clawback Litigation | 11/1/2019 |
| Rule 26 Disclosures | 11/1/2019 |
| Fact discovery commences | 11/1/2019 |
| Deadline for serving written discovery | 11/1/2019 |
| Responses to document requests | 11/22/2019 |
| Responses to interrogatories / RFAs | 12/3/2019 |
| Deadline for any motions to compel | 1/3/2020 |
| Disclosure of experts (if any) and a summary of the subjects about which they will offer opinions | 3/20/2020 |
| Deadline for completion of fact discovery | 3/30/2020 |
| Service of expert reports (if any) | 4/1/2020 |
| Disclosure of rebuttal experts and service of rebuttal expert reports (if any) | 4/15/2020 |
| Deadline for completion of expert depositions (if any) | 4/27/2020 |
| Deadline for filing motions for summary judgment and declarations in support | 5/6/2020 |
| Deadline for Participants to file joinders in the motions for summary judgment on the Ultra Vires Issues | 5/13/2020 |
| Deadline for filing oppositions to summary judgment briefs and declarations in support | 6/3/2020 |
| Deadline for Participants to file joinders in oppositions to the motions summary judgment briefs on the Ultra Vires Issues | 6/10/2020 |
| Deadline for filing reply briefs in support of motion for summary judgment and declarations in support | 6/17/2020 |

3.      The Stay Abatement Order remains in effect in all other respects.

4.      A copy of this Order shall be filed on the docket in Commonwealth's and ERS's

Title III cases, the ERS Lien Litigation, and the ERS Clawback Litigation.  A copy of this Order

shall also be served by the plaintiffs upon all defendants in the ERS Lien Litigation and the ERS

Clawback Litigation, as well as served upon all Participants.  A copy of this Order shall also be

posted on the ERS Objection Website.

5.    The terms of and conditions of this Order shall be immediately effective and

enforceable upon its entry.

6.    This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.


Dated: February __, 2020

                                                       _____
                                                       HON. LAURA TAYLOR SWAIN
                                                       UNITED STATES DISTRICT JUDGE