28- enero -2020

Por este medio solicito que se realice el reclamo del ajuste salarial y que se ratifique la demanda.

_____
Sra. Wanda Rivera Berríos

RECEIVED & FILED
2020 JAN 31 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

(787) 240-3474 tel. |(787) 800 5433 (hermana)
abner1830.wr@gmail.com   Norma Rivera
(email)

28-enero-2020

Por éste medio notifico que se envían los últimos 2 talonarios de empleo ya que la oficina regional de la agencia ADSEF para la cual trabajo, no está operando ya que sufrió daños en el terremoto a principios de enero 2020.

*[signature]*

RECEIVED & FILED
2020 JAN 31 PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN