Wanda Rivera Berrios
Urb Bayamon Gardens
c/19 W1
Bayamon PR 00957



Secretaria
Tribunal de Distrito de los Estados Unidos
150 Federal Building Ave Carlos Chardon, ste 150
San Juan, PR 00918-1767



RECEIVED & FILED
2020 JAN 31 PM 3 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR