UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING STAY RELIEF MOTION (DOCKET ENTRY NO. 10512)

      The Court has received and reviewed the *Stay Relief Motion* (Docket Entry No. 10512 in Case No. 17-3283, the "Motion"), filed by Mr. José L. Hernández-Compres (the "Movant"). In the Motion, Movant seeks medical files from the Commonwealth's insurance entity in support of the claims raised in Movant's pending civil action in the Commonwealth Court, relief from stay to pursue that action, and the appointment of counsel.

      The Motion is denied without prejudice to the extent that Movant seeks relief from the automatic stay because Movant has failed to include a "certification that [he] has met and conferred with the Debtors regarding the requested relief" as required by Paragraph III.R of this Court's Case Management Order (Docket Entry No. 8027), and because Movant has not demonstrated that there is "cause" to lift the automatic stay. See 11 U.S.C. § 362(d)(1). The Debtors are hereby directed to reach out to Movant, who is apparently incarcerated, by mail to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

engage in the consultation required by the Case Management Order.  Movant may renew the Motion, including either a certification that he has conferred with the Debtors or a showing of exigent circumstances for failing to confer, at least 60 days from entry of this Order.  Movant is advised that requests for an order requiring disclosure of documents and for appointment of counsel to pursue litigation in the Commonwealth Court are not appropriately included in a motion for relief from the automatic stay.

This Order resolves Docket Entry No. 10512 in Case No. 17-3283.

SO ORDERED.

Dated: February 3, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge