## Exhibit A

**HTA Flow of Funds Chart**

Commonwealth imposes and collects cigarette excise taxes ("Cigarette Taxes") 13 L.P.R.A § 31625
Commonwealth imposes and collects gasoline and oil taxes ("Gas Taxes") 13 L.P.R.A § 31626
Commonwealth imposes and collects petroleum excise taxes ("Petroleum Taxes") 13 L.P.R.A § 31627
Commonwealth imposes and collects motor vehicle license fees gasoline and oil taxes ("License Fee") 9 L.P.R.A §§ 5681, 5682
TSA Accounts (held by CW)
Cigarette Taxes, Gas Taxes, Petroleum Taxes, and License Fees are collected into Commonwealth accounts, including TSA.
Appropriations pursuant to HTA Allocable Revenue Statutes
Gas Taxes "transferred" to HTA for "corporate purposes" on "monthly" basis. 13 L.P.R.A. § 31751(a)(1)(A)
Petroleum Taxes "transferred" to HTA for "corporate purposes" on "monthly" basis. 13 L.P.R.A. § 31751(a)(1)(A)
Cigarette Taxes "transferred" to HTA for "corporate purposes" on "monthly" basis. 13 L.P.R.A. § 31751(a)(3)(C)
License Fees "covered into" deposit for HTA once "collected" 9 L.P.R.A. §§ 2021, 5681
Held by HTA
HTA corporate account (not held by Fiscal Agent). Contains Gas Taxes, Petroleum Taxes, Cigarette Taxes, License Fees, and Toll Revenues (collectively, the "Revenues")
HTA imposes and collects tolls ("Toll Revenues") to corporate account 9 L.P.R.A. §§ 2004(j)
Held by Fiscal Agent
Pursuant to section 401 of the HTA Bond Resolutions, HTA is contractually obligated to transfer all Revenyes "received" by HTA to Pledged Funds held with the Fiscal Agent. 1968 Resolution § 401; 1998 Resolution § 401.
HTA Bondholders' security interest and recourse to Pledged Funds. See 1968 Resolution §§ 401, 601; 1998 Resolution §§ 401, 601.

