29 de enero de 2020

RECEIVED & FILED
2020 JAN 31 PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   As representative of
THE COMMONWEALTH OF PUERTO RICO, ET al.,
        Debtors.

PROMESA
Title III

No.17BK 3283-LTS
(Jointly Administered)

This Filing relates to the Commonwealth, HTA, and ERS

El motivo para unirme a la Objeción Global es, qué el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud Formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicito Muy respetuosamente a este tribunal que este dinero sea devuelto.

Joann M. Peñaloza Santiago
RR 2 Box 252
Carolina, Puerto Rico
Teléfono: (787) 478-0595
Correo Electrónico: penelozajoann99@gmail.com