Joann M. Peña Santiago
R.R. 2 Box 252
Carolina P.R. 00987

RECEIVED & FILED
2020 JAN 31 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SAN JUAN P&DC 009
THU 30 JAN 2020 PM



Hon. Laura Taylor Swain Secretaria (Clerks office)
Tribunal de distrito de los Estados Unidos para distrito P.R.
150 Carlos Chardón street, Federal Building
San Juan P.R. 918-1767