# EXHIBIT E



1. March 24, 2006 Assignment Agreement between the Tourism Company and GDB.

2. Under the Assignment Agreement, the Tourism Company "irrevocably pledges, assigns, transfers, grants, and sets over to GDB all rights it may legally have in amounts deposited in the Transfer Account." Assignment Agreement § 6. Assignment Agreement § 6. (emphasis added). Under the Trust Agreement, the CCDA granted the Bond Trustee: (i) a security interest in "Hotel Occupancy Tax Funds" – defined in the Trust Agreement as "all Hotel Occupancy Tax Revenues *that are deposited* in the Transfer Account". Granting Clause I; Trust Agreement, § 1.01 (emphasis added); and (ii) a security interest in GDB's right title and interest under the Assignment Agreement. Granting Clause IV.

3. March 24, 2006 Pledge Agreement between CCDA, GDB and the Bond Trustee.

4. Under the Pledge Agreement, the CCDA and GDB pledged to the Bond Trustee: (i) "all Hotel Occupancy Tax Funds received from the Tourism Company" (defined as deposited in the Transfer Account); (ii) all moneys deposited in the Pledge Account; and (iii) all right title and interest of GDB in the Assignment Agreement. Further, under the Trust Agreement CCDA granted the Bond Trustee a security interest in all rights CCDA received under the Pledge Agreement,. Granting Clause III.

5. Pledge Agreement §3(b)(2). Under the Trust Agreement CCDA granted a security interest against all funds, accounts and all money from time to time held by the Trustee. Granting Clause II.