29 de enero de 2020



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No.17BK 3283-LTS<br>(Jointly Administered) |
| As representative of<br>THE COMMONWEALTH OF PUERTO RICO, ET al.,<br>Debtors. | This Filing relates to the Commonwealth, HTA, and ERS |

El motivo para unirme a la Objeción Global es, qué el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud Formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicito Muy respetuosamente a este tribunal que este dinero sea devuelto.

Alejandrina Velázquez Nieves
37-14 calle 38 Villa Carolina
Carolina, Puerto Rico 00985
Teléfono: (787) 920-3538
Correo Electrónico: gaviotalibre55@gmail.com