Alejandrina Velazquez Nieves
37-14 Calle 38
Villa Carolina
Carolina P.R. 00985

RECEIVED & FILED
2020 JAN 31 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Hon. Laura Taylos Suoain
Secretaria (Llerks office)
Tribunal de distrito de los
Estados Unidos Para distrito P.R.
150 Carlos Chardon Street
Federal Buiding
San Juan P.R. 00918-1767