**Exhibit B**

**FY20 HTA Budget**

# **EXHIBIT 1:** PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY'S FISCAL YEAR 2020 CERTIFIED BUDGET

# EXHIBIT 1

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY'S BUDGET**

| In $ Thousands | FY20 Budget |
|---|---:|
| Toll Revenue* | $145,762 |
| Transit Revenue | 6,761 |
| Toll Fines | 13,067 |
| Other Income | 11,612 |
| **Total Own Revenues** | **177,203** |
| Gasoline Tax | - |
| Diesel Tax | - |
| Petroleum Products Tax | - |
| Cigarettes Taxes | - |
| Motor Vehicle License Fees | - |
| Act 30 - Licenses Fees Transferred to Act | - |
| **Total Revenues Retained by Central Government** | **-** |
| Commonwealth Funds Earmarked for Capital Expenditures | 193,639 |
| *Current year* | *67,334* |
| *Obligated funds carried over – Abriendo Caminos 1* | *80,000* |
| *Obligated funds carried over - Others* | *46,305* |
| Obligated funds carried over – Abriendo Caminos 2 | 34,500 |
| **Total Funding from Commonwealth** | **228,139** |
| Federal Highway Administration ("FHWA") Funds | 251,480 |
| Federal Emergency Revenues | 80,594 |
| Transit Funds | 29,464 |
| Hurricane Loss Assessment - Insurance and FEMA Revenue | 21,111 |
| **Total Federal and Other Funding** | **382,649** |
| **Subtotal Consolidated Revenues** | **$787,991** |
| Total Revenues Retained by Central Government | - |
| **Total Consolidated Revenues** | **$787,991** |

---

* Line is further itemized below

2

**EXHIBIT 1 (*cont'd*)**

**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY'S BUDGET**

| In $ Thousands | FY20 Budget |
|---|---:|
| Right of Way ("ROW") | $3,300 |
| Design | 0 |
| Construction Local | 10,000 |
| Transit Capital Improvement Program ("CIP") | 11,464 |
| Hurricane Loss Assessment | 22,325 |
| Federal Emergency Repair Program | 80,594 |
| Local Emergency Repair Program | 820 |
| Federal Construction Program* | 251,480 |
| Non-Federal Construction Program* | 195,720 |
| **Total Capital Expenditures** | **575,703** |
| Payroll and Related* | 62,901 |
| PayGo Retirement Impact | 18,940 |
| ROW Payments | 16,403 |
| Title III Professional Fees | 14,604 |
| Non-Title III Professional Fees* | 11,360 |
| Other Expenses | 16,386 |
| Tren Urbano | 67,198 |
| Feeder Buses | 9,070 |
| Toll Highways Administration and Maintenance* | 50,223 |
| Operating Reserve | 20,916 |
| **Total Operating Expenses** | **288,000** |
| **Total Expenditures** | **$863,704** |
| Current Year Deficit | 75,713 |

---

\* Line is further itemized below

**EXHIBIT 1 (*cont'd*)**

**TOLL REVENUE**

| In $ Thousands | FY20 Budget |
|---|---|
| PR-20 | 3,918 |
| *Tolls before rate increase[1]* | *3,705* |
| *Toll increases[2]* | *212* |
| PR-52 | 92,327 |
| *Tolls before rate increase* | *87,328* |
| *Toll increases* | *4,999* |
| PR-53 | 15,180 |
| *Tolls before rate increase* | *14,358* |
| *Toll increases* | *822* |
| PR-66 | 34,337 |
| *Tolls before rate increase* | *34,337* |
| *Toll increases* | *0* |
| **Baseline Toll Fare Revenue** | **145,762** |

---

[1] Calculated as toll fares effective end of FY19 multiplied by total volume per fare. Includes projected changes in volume driven both by macro assumptions as well as the impact of the Toll Optimization program.

[2] Calculated as difference between current and end of FY19 toll fares multiplied by total volume per fare

4

**EXHIBIT 1 (*cont'd*)**

**PAYROLL AND RELATED**

| In $ Thousands | FY20 Budget |
|---|---:|
| Payroll - Construction | $16,280 |
| Payroll - Operations | 9,304 |
| Christmas bonus | - |
| VTP Buyouts | 4,198 |
| Early Exits / Early Retirement | 9,920 |
| PayGo Pensions | 18,940 |
| Non-PayGo Pensions | 16,529 |
| Health benefits | 5,354 |
| Other | 1,315 |
| **Total Payroll Expenses** | **$81,841** |

**NON-TITLE III PROFESSIONAL SERVICE FEES**

| In $ Thousands | FY20 Budget |
|---|---:|
| Audit and Financial Services | 2,167 |
| Legal Services | 674 |
| Other Professional Services[1] | 915 |
| VTP Professional Services | 860 |
| VTP Outsourcing Costs | 2,425 |
| Implementation Soft Costs | 3,285 |
| Toll Optimization Professional Services | 1,035 |
| **Total Non-Title III Professional Services** | **11,360** |

---

[1] FOMB has permitted budget for "Other" professional services to exceed 10% of non-Title III professional fees to accommodate one-time costs related to the VTP program.

# EXHIBIT 1 (*cont'd*)

**FEDERAL CONSTRUCTION PROGRAM**

| In $ Thousands | FY20 Budget |
|---|---:|
| Hard Cost - Construction Projects | 143,374 |
| *Toll roads* | *45,001* |
| *Non-Toll roads* | *98,374* |
| Hard Cost - DTL | 77,139 |
| Hard Cost - Others | 8,430 |
| Soft Cost | 22,537 |
| **Total Federal Construction Program** | **251,480** |

**NON-FEDERAL CONSTRUCTION PROGRAM**

| In $ Thousands | FY20 Budget |
|---|---:|
| Hard Cost - Toll Optimization | 11,364 |
| Hard Cost - Others | 34,171 |
| Hard Cost - Abriendo Caminos 1 | 34,500 |
| Hard Cost - Abriendo Caminos 2 | 52,250 |
| Soft Cost - Design and Pre-Construction Mgmt | 24,548 |
| Soft Cost - CEI, SDC, Material Testing & Mgmt | 15,457 |
| Soft Cost - Others | 23,430 |
| **Total Non-Federal Construction Program** | **195,720** |

**ENFORCEMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY'S FY20 BUDGET**

**Section 1 -** All expenditures authorized in any prior fiscal year are terminated and no disbursement of public funds may be covered by such expenditure authorizations, except: (1) expenditures to carry out permanent improvements that have been accounted for and kept on the books; (2) capital expenditures and equipment expenditures with procurement cycles that extend beyond the end of the fiscal year that have been accounted for and kept on the books; and (3) the portion of any other expenditures authorized in the HTA certified budget for fiscal year 2019 that have been encumbered on or before June 30 of such fiscal year, which shall be kept in the books for 60 days after the termination of that fiscal year and after those 60 days no amount shall be drawn against such portion for any reason. This restriction on expenditures authorized in any prior fiscal year shall not apply to: programs financed in whole or in part with federal funds; or (ii) orders by the United States district court with jurisdiction over all matters under Title III of PROMESA.

**Section 2 -** On or before July 31, 2019, the Executive Director and the Finance Director of the Highway & Transportation Authority ("HTA") will provide to the Oversight Board a certification indicating the unused amounts of the fiscal year 2019 certified budget for items (1), (2), and (3) of Section 1.

**Section 3 -** The expenditures approved in this budget may only be reprogrammed with the prior approval of the Oversight Board. For the avoidance of doubt, this prohibition includes any reprogramming of any amount, line item or expenditure provided in this budget.

**Section 4 -** The Operating Reserve (which is comprised of the contingent Title III fees and litigation costs) in the amount of $20,916,000 established in the certified budget may not be used without the prior approval of the Oversight Board.

**Section 5 -** In conjunction with the reports that the Governor must submit to the Oversight Board no later than 15 days after the last day of each quarter of FY2020 pursuant to Section 203 of PROMESA, the Executive Director and the Finance Director of HTA will each certify to the Oversight Board: (1) that no expenditure authorized in any previous fiscal year (except for the expenditures covered by the exceptions in Section 1 above) have been used to cover any expense; and (2) the Executive Director of HTA will certify to the Oversight Board that no amount of the Operating Reserve has been obligated unless authorized in accordance with Section 4 above.

**Section 6 -** The Executive Director and the Finance Director of HTA shall be responsible for not spending or encumbering during FY2020 any amount that exceeds the expenditures authorized herein for FY2020, including payroll and related costs. The Executive Director of HTA shall also

7

certify to the Oversight Board by September 30, 2019 that no amount was spent or encumbered that exceeded the expenditures in the certified budget for fiscal year 2019.