**(i) Datos de contacto:**

Irene Feliciano Vélez
978 Calle F
Parcelas Soledad
Mayagüez, Puerto Rico 00682
Tel. (787) 464-9928
Email: irenefv22@gmail.com

**(ii) Epígrafe:**

Junta de Supervicion y Administracion Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico y otros.

**Deudores:**

a. ELA

b. ACT

c. SRE

Los números de reclamación son los siguientes:

a. 34771
b. 32870

**(iii) Los motivos son los siguientes:**

a. Aumento Convenio Colectivo más el 3% del costo de vida, Año 2012

b. Bono de Navidad - Año 2016 aproximadamente

c. Cambios en el Sistema de Retiro - Año 2013

*Po. Irene Feliciano Vélez*
24/ene/2020