IRENE FELICIANO VÉLEZ
978 CALLE F
PARCELAS SOLEDAD
MAYAGÜEZ, PR 00682



SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM #150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

IRENE FELICIANO VÉLEZ
978 CALLE F
PARCELAS SOLEDAD
MAYAGÜEZ PR 00682



U.S. POSTAGE PAID
FCM LG ENV
MAYAGÜEZ, PR
00682
JAN 27, 20
AMOUNT
$1.20
R2305M147972-99

1000  00918



RECEIVED & FILED
2020 JAN 31 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARÍA (CLERK'S OFFICE)
UNITED STATES DISTRICT COURT
ROOM 150 FEDERA; BLDG
SAN JUAN PR 00918-1767