January 14th 2020

RECEIVED & FILED
2020 JAN 31 PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Proskauer Rose LLP
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

Re: Statement account (Retirement).
 No. Reclaimed number 42035
 No. Reclaimed number 57731

Plaintiff – Sandra Maldonado- Gonzalez with the address: Urb. San Felipe
H 19 Calle 8, Arecibo, PR. 00612, would like the let know the court that the following document is attached to this letter:

1) Letter received on the 10th of July 2019 and the information gathered is until the 10th of June 2019. The Plaintiff still works in the Government of Puerto Rico (ADSEF- Administration de Desarrollo Socio Economic de Department de la Familiar).

The letter send by this honorable Court had arrive late due that the plaintiff was on a vacation trip ( arriving yesterday to P.R. ) and also the stress related due to the earthquake that is still making its effect on P.R.

Plaintiff respectfully request that this Honorable Court takes notice of Law 447 (Retirement Law, revoked) As part of the benefits claimed on the demand.

*Sandra Maldonado Gonzalez* (signature)
Sandra Maldonado González
Urb. San Felipe calle 8 casa H19
Arecibo, Puerto Rico 00612

January 14th 2020

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Proskauer Rose LLP
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

Re: Statement account (Retirement).
   No. Reclaimed number 42035
   No. Reclaimed number 57731

Plaintiff – Sandra Maldonado- Gonzalez with the address: Urb. San Felipe H 19 Calle 8, Arecibo, PR. 00612, would like the let know the court that the following document is attached to this letter:

1) Letter received on the 10th of July 2019 and the information gathered is until the 10th of June 2019. The Plaintiff still works in the Government of Puerto Rico (ADSEF- Administration de Desarrollo Socio Economic de Department de la Familiar).

The letter send by this honorable Court had arrive late due that the plaintiff was on a vacation trip ( arriving yesterday to P.R. ) and also the stress related due to the earthquake that is still making its effect on P.R.

Plaintiff respectfully request that this Honorable Court takes notice of Law 447 (Retirement Law, revoked) As part of the benefits claimed on the demand.

Sandra Maldonado González
Urb. San Felipe calle 8 casa H19