Urb. Hacienda La Matilde
Calle Surco # 5420
Ponce, P.R. 00728
30 de enero de 2020

RECEIVED & FILED
2020 JAN 31 PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría ( Clerk's Office )
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan ( Puerto Rico ) 00918

Estado Libre Asociado de Puerto Rico
Num. de procedimiento 17BK 3283-LTS
Centésima Vigésima Séptima Objeción Global
No. de reclamación 150265

La presente misiva tiene como propósito radicar una réplica a la objeción global en el asunto de: Estado Libre Asociado de Puerto Rico, número de procedimiento 17BK 3283-LTS. Hago constar que desde agosto 1989 hasta el 27 de septiembre de 2019 fuí empleado docente del Departamento de Educación del Estado Libre Asociado de Puerto Rico. Que al momento de mi jubilación contaba con un balance disponible de 52 días acumulados por licencia de enfermedad cuya liquidación de $ 7,358.00 quedó pendiente de pago. Se adjuntan copia de balance de licencias disponibles, copia de talonario de pago y hoja de computos para determinar el monto de la reclamación que quedó pendiente de pago. Esta deuda por liquidación de días acumulados por enfermedad es real y le solicito al tribunal por estemedio no desestimar el caso.

Datos de contacto:
 Nombre: Héctor A. González Peña
Dirección: Urb. Hacienda La Matilde
          Calle Surco #5420
          Ponce, P.R. 00728
Teléfono: 787 841 1069
Correo eléctronico: hecgoz40@yahoo.com

Respetuosamente,

Héctor A. González Peña
Héctor A. González Peña

Se notifica a Secretaría Tribunal de Distrito de los Estados Unidos, Abogado de la Junta de Supervisión y Abogado del Comité de Acreedores.