- **Menu**
    - Inicio

- **DE14**
    - Crear DE-14
    - DE-14 sometidas (81)

- **Licencias Locales**
    - Solicitud de Licencias Locales
    - Licencias Locales sometidas (3)

- **Licencias Extraordinarias**
    - Solicitud de Licencias Extraordinarias
    - *Licencias Extraordinarias Sometidas (0)*

Fecha: 09/29/2019          Hora: 10:14:59 AM

| Balances de Licencias Disponibles | | | |
|---|---|---|---|
| Licencias | Días | Horas | Minutos |
| VACACIONES | 3 | 4 | 48 |
| ENFERMEDAD | 69 | 2 | 20 |

El balance aquí anotado podría variar en caso de que nos notifiquen ausencias incurridas por usted no informadas anteriormente.

| | | | | | | |
|---|---|---|---|---|---|---|
| 080 Dept. de Educacion - Maestros | | | Grupo de Pago: | SSI Quincenal | Aviso #: | 3626702 |
| Avenida Teniente Cesar Gonzalez | | | Desde: | 09/16/2019 | Fecha Aviso: | 09/27/2019 |
| Esquina Calaf | | | Hasta: | 09/27/2019 | | |
| HATO REY, PR 00919 | | | | | | |
| HECTOR A GONZALEZ PENA | # Empleado: | 3873 | | DATA IMP: | Federal | PR |
| 93CALLE TORRES | Dept: | 8005104-Ponce Ponce II | | Estado Civil: | Single | Single |
| PONCE, PR 00731 | Lugar: | Hemeterio Colon | | Concesiones: | 0 | 0 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,830.00 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,415.00 | 1,134.00 | 25,470.00 |
| Total: | | | 1,415.00 | 1,134.00 | 25,470.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.52 | 369.32 |
| PR Withholding | 52.69 | 948.42 |
| Total: | 73.21 | 1,317.74 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 127.35 | 2,292.30 |
| Total: | 127.35 | 2,292.30 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 24.00 | 406.80 |
| SC-TRANS OCEANIC LIFE | 5.92 | 106.56 |
| Total: | 29.92 | 513.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,080.00 |
| FSED Disability Plan | 24.06 | 433.08 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,415.00 | 0.00 | 73.21 | 157.27 | 1,184.52 |
| Acumulado: | 25,470.00 | 0.00 | 1,317.74 | 2,805.66 | 21,346.60 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3626702 | 1,184.52 |
| Total: | 1,184.52 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
09/27/2019

Aviso No.
3626702

Cant. Deposito: $1,184.52

A la
Cuenta(s) De

HECTOR A GONZALEZ PENA
93CALLE TORRES
PONCE, PR 00731

Localizacion: Hemeterio Colon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,184.52 |
| Total: | | 1,184.52 |

## NO-NEGOCIABLE

Cálculo del monto de la reclamación adeudado por concepto de liquidación por días de enfermedad:

Salario mensual : $ 2,830.00

Salario diario: $ 141.50

Mes escolar: 20 días

Balance de días acumulados disponible: 52

Para determinar el monto adeudado se toma el salario mensual y se divide por la cantidad de días en el mes escolar. El resultado equivale al salario por día.

$2,830 ÷ 20 días = $141.50

Luego se multiplica el salario diario por la cantidad de días disponibles en el balance de licencias. El resultado equivale al monto adeudado por concepto de liquidación de días de enfermedad.

$141.50 x 52 días = $ 7,358.00  Monto de la reclamación adeudado por el Departamento de Educación del Estado Libre Asociado de Puerto Rico.