Héctor González Peña
5420 Calle Surco
Urb. Hacienda La Matilde
Ponce, P.R. 00728-2438



RECEIVED & FILED
2020 JAN 31 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767