28 enero 2020

Prime Clerk LLC
Grand Central Station

Objeción global:
Amaralis Rosado Padilla - 2395
Claim # 119089
Date filed - 7/3/18
Commonwealth of Puerto Rico
asserted Claim amount - $15,600.00
Datos de contacto - Amaralis Rosado Padilla
P.O. Box 1125
Cabo Rojo, PR 00623-1125
C/# - 787-538-1925
C.E. - amaderosa@live.com
    amaralism@gmail.com

RECEIVED & FILED
2020 JAN 31 PM 3 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Deudores - Estado Libre Asociado de Puerto Rico y otros

Asunto: Estado Libre Asociado de Puerto Rico

Promesa
Título III
Núm. 17 BK 3283-LTS
administrada conjuntamente
La presente radicación guarda
relación con el ELA, La ACT y
el SRE.

# procedente:
17 BK 3283-LTS

Objeción Global

Notificación de la Centésima Cuadragésima Sexta Objeción global (no sustantivo) del Estado Libre Asociado de Puerto Rico de la Autoridad de Carreteras y transportación de P.R. y del Sist de retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en lo q se alega intereses sobre la base de unas leyes puertorriqueñas no especificadas