**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

Región Educativa de Mayagüez

Unidad de Recursos Humanos

## CERTIFICACIÓN

Según el Sistema de Recursos Humanos del Departamento de Educación, la Sra. Amaralis Rosado Padilla, con número de Seguro Social XXX-XX-2395, trabajó como Maestra Educación Especial (K-12) en la Escuela Rafael Martínez Nadal del Municipio de Mayaguez desde el 13 de enero de 1982 hasta el 28 de julio de 2014.

Y PARA QUE ASÍ CONSTE, expido la presente certificación bajo mi firma hoy, 28 de enero de 2020.

Sonia Horta Vargas
Auxiliar de Recursos Humanos





Centro Gubernamental, Calle Nenadich # 50, Suite #303, Mayagüez, Puerto Rico 00680 – Tel. (787) 832-6880 – Fax: (787) 832-3518

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.