Amaral
P.O. Box 1125
Cabo Rojo, P.R.
00623-1125

RECEIVED & FILED
2020 JAN 31 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7019 2280 0001 9455 9778

Secretaria / Clerk Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-17

U.S. POSTAGE PAID
FCM LETTER
CABO ROJO, PR
00623
JAN 29, 20
AMOUNT
$6.40
R2305K136576-13