UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- x
In re                                                                :
                                                                     :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :
MANAGEMENT BOARD FOR PUERTO RICO,                                    :    PROMESA
                                                                     :    Title III
                                                                     :
       as representative of                                          :
                                                                     :    Case No. 17-BK-3283 (LTS)
                                                                     :    (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO et al.,                              :
                                                                     :
                                                                     :
           Debtors.[1]                                               :
-------------------------------------------------------------------- x
```

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

To The Honorable United States District Court Judge Laura Taylor Swain:

COME NOW the undersigned attorneys at Willkie Farr & Gallagher LLP ("WF&G"), KTBS Law LLP *f/k/a Klee, Tuchin, Bogdanoff & Stern LLP* ("KTBS")[2] and Navarro-Cabrer Law Offices and hereby respectfully move to withdraw their appearances, pursuant to Local Bankruptcy Rule 9009-1(d)(3)(C), as counsel to Bettina M. Whyte (the "COFINA Agent"), in her capacity as the Court-appointed agent of the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Sales Tax Financing Corporation ("COFINA"). In support of this Motion the undersigned attorneys state as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Effective January 1, 2020, Klee, Tuchin, Bogdanoff & Stern LLP changed its name to KTBS Law LLP.

1. On August 10, 2017, the Court entered the *Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* (the "Commonwealth-COFINA Stipulation") [Dkt. No.996]. The Commonwealth-COFINA Stipulation appointed Bettina M. Whyte as the COFINA Agent to litigate and/or settle the Commonwealth-COFINA Dispute on behalf of COFINA and authorized her to retain such legal and other professionals as she reasonably deems appropriate to meet her responsibilities.

2. The Commonwealth-COFINA Stipulation appointed WF&G as lead counsel to the COFINA Agent and KTBS as special municipal bankruptcy counsel to the COFINA Agent. On November 3, 2017 [Dkt No. 1612], the Court approved, *nunc pro tunc*, the COFINA Agent's retention of Navarro-Cabrer as local counsel to the COFINA Agent.

3. On September 8, 2017, the Commonwealth Agent commenced an adversary proceeding styled *The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico as agent of the Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico v. Bettina Whyte, as agent of The Financial Oversight and Management Board for Puerto Rico as representative of The Puerto Rico Sales Tax Financing Corporation*, Adv. Proc. No. 17-257-LTS (the "Adversary Proceeding").

4. On February 5, 2019, the Court entered the *Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* [Dkt. No. 5055]. COFINA's Plan of Adjustment went effective on February 12, 2019.

5. On February 21, 2019, the Court entered an Order [Dkt No. 596 in the Adversary Proceeding] approving the Joint Stipulation of Dismissal with Prejudice of the Adversary

Proceeding and all remaining claims and causes of action asserted therein by the Commonwealth Agent, the COFINA Agent, and the Permitted Intervenors.

6. There are no motions pending before this Court filed by or against the COFINA Agent, no further hearing or trial dates have been scheduled as to the COFINA Agent, and the engagement has concluded. The COFINA Agent is aware of and consents to this withdrawal and has been provided copy of this Motion. The undersigned attorneys respectfully request that the Court cease to notify them of motions, pleadings, papers, and orders in this matter.

WHEREFORE the undersigned attorneys respectfully request the Court authorize the withdrawal of their appearance as counsel for the COFINA Agent.

Dated: February 3, 2020
New York, New York

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Nilda M. Navarro-Cabrer<br>Nilda M. Navarro-Cabrer<br>(USDC – PR No. 201212)<br>**NAVARRO-CABRER LAW OFFICES**<br>El Centro I, Suite 206<br>500 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 764-9595<br>Facsimile: (787) 765-7575<br>Email: navarro@navarrolawpr.com<br><br>*Local Counsel to the COFINA Agent* | By: /s/ Matthew A. Feldman<br>Matthew A. Feldman (*pro hac vice*)<br>Joseph G. Minias (*pro hac vice*)<br>Antonio Yanez, Jr. (*pro hac vice*)<br>Martin L. Seidel (*pro hac vice*)<br>James C. Dugan (*pro hac vice*)<br>Paul V. Shalhoub (*pro hac vice*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com<br>        jminias@willkie.com<br>        ayanez@willkie.com<br>        mseidel@willkie.com<br>        jdugan@willkie.com<br>        pshalhoub@willkie.com<br><br>*Counsel to the COFINA Agent* |

By: /s/ Jonathan M. Weiss
Kenneth N. Klee (pro hac vice)
Daniel J. Bussel (pro hac vice)
Jonathan M. Weiss (pro hac vice)
KTBS LAW LLP f/k/a KLEE, TUCHIN,
BOGDANOFF & STERN LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
dbussel@ktbslaw.com
jweiss@ktbslaw.com

*Special Municipal Bankruptcy Counsel
to the COFINA Agent*