Tribunal de Distrito de los Estados Unidos  28 de enero de 2020
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

**Deudor**: Commonwealth of Puerto Rico

**En el asunto de**: Estado Libre Asociado de Puerto Rico, Núm. De procedimiento 17 BK 3283-LTS.

**Título de la Objeción global**: Notificación de la centésima vigésima novena objeción global (No sustantiva) del Estado libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestados.

**Los números de las evidencias de reclamos:** 122439

Yo, José A. Matías Pérez, ante los números de reclamos, presento a continuación los números de casos:

1. Ley 96 de 1 de julio de 2002, ($100.00): Caso Abdiel Acevedo Pérez y otros 700 - caso #: 2013-04-1542 OASE Retribución - Pendiente de adjudicación ante la OASE. Entiendo y presento evidencia que para esta fecha, yo José A. Matías Pérez, estuve trabajando, hasta el presente, el cual entiendo que dicha Ley, aplica para que se me otorgue la cantidad de dinero adeudado por el gobierno de Puerto Rico, ya que dicha Ley fue firmada y aprobada, pero no se me adjudicó dicho aumento de los ($100.00) desde la fecha del comienzo de la Ley, hasta la fecha de hoy. Al calcular la cantidad del dinero de ($100.00) dólares por 12 meses desde el 1 de julio de 2002, al presente, han pasado (17 años), eso significa que se me adeudan **($20,400.00 dólares)**, esto es hasta el año 2019, sin contar el año 2020.

2. Ley 109 - 2008 aumento de 1 de julio de 2008, ($150.00): Caso #: 2013-11-0224 Retribución - Pendiente de adjudicación ante la OASE. Entiendo y presento evidencia que para esta fecha, yo José A. Matías Pérez, estuve trabajando, hasta el presente, el cual entiendo que dicha Ley, aplica para que se me otorgue la cantidad de dinero adeudado por el gobierno de Puerto Rico, ya que dicha Ley fue firmada y aprobada, pero no se me adjudicó dicho aumento de los ($150.00) desde la fecha del comienzo de la Ley, hasta la fecha de hoy. Al calcular la cantidad del dinero de ($150.00) dólares por 12 meses desde el 1 de julio de 2008, al presente, han pasado (11 años), eso significa que se me adeudan **($19,800.00 dólares)**, esto es hasta el año 2019, sin contar el año 2020.

3. Al calcular el dinero adeudado por el Gobierno del Estado Libre Asociado de Puerto Rico, al Prof. José A. Matías Pérez, por las dos Leyes que el Prof. Tiene derecho, el cálculo total de dicha deuda entre las dos Leyes suman un total de **($ 40,200.00 dólares)**.

**Datos de contacto:**

José Alfredo Matías Pérez
Urb. Valle Alto Calle Colina # 2051
Ponce, Puerto Rico 00730
Núm. Tel. (787) 410 - 8800
prof.matias2014-1@hotmail.com

Cordialmente,

*[firma]*

José A. Matías Pérez