**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Matias Perez, Jose A. | 122439 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Matias Perez, Jose A. | 122439 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000139



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: SRM

31 de octubre de 2019

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSE A. MATIAS PEREZ |
| Seguro Social | : | 9486 |
| Categoría | : | MA. EDUC. SEC (QUIMICA) |
| Distrito Escolar | : | PONCE I_ |
| Sueldo Mensual | : | $3,331.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 26 de agosto de 1996 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 23 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Form. 409 Rev./79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

Pagarle por vacaciones regulares en julio
Descontarle _____ días por ausencias.

## INFORME DE CAMBIO - PERSONAL DOCENTE

| # | Campo | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1 | Nombre del Empleado | Matías Pérez, José A. | |
| 2 | Núm. Seg. Social | ___-__-3486 | |
| 3 | Sexo | M | |
| 4 | Estado Civil | C | |
| 5 | Prep. Académica | BA (15) | |
| 6 | Experiencia | 0 | |
| 7 | Status Empleado (Contrato) | T/E (06) | |
| 8 | Sueldo Bruto | $1,500.00 | |
| 9 | Núm. de la Plaza | T80229 | |
| 10 | Categoría de la Plaza | Ciencia (9818) | |
| 11 | Clasificación Puestos Dir. | | |
| 12 | Fondo | E | |
| 13 | Cifra Cuenta | 97-111-081-03-305-002-1120-01-0000 | |
| 14 | Fecha de efectividad | 26 de agosto de 1996 | |
| 15 | Acción y Duración | Nombramiento resto año | |
| 16 | Causa del Cese | | |
| 17 | Ultimo Día Trabajo | | |
| 18 | Ultimo Día de Pago | | |
| 19 | Programa Escolar | Ciencia Esc. Manuel González Pató | |
| 20 | Turno en Registro | 28A | |
| 21 | Distrito Escolar | Ponce I (103) | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| | |

24. Observaciones (Antes del Cambio): Turnos anteriores no aceptaron. Trabaja por primera vez con Depto. Educación. Ubicación: Manuel González Pató

25. Observaciones (Después del Cambio):

26. Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso _____ Fecha _____

27. Deseo: ☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado _____ Fecha _____

28. Recomendado _____ Superintendente de Escuelas _____ Fecha _____

29. Recomendado _____ Superintendente de Escuelas _____ Fecha _____

30. APROBADO: POR EL SECRETARIO DEL DEPARTAMENTO DE EDUCACION

_[signature]_ FIRMA _____ FECHA _____

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Form. 40u Rev. /79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

Pagarle _____ días por vacacio
regulares en julio

Descontarle _____ días
ausencias

## INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO | |
|---|---|---|---|
| 1 Nombre del Empleado | Matías Pérez, José A. | | |
| 2 Núm. Seg. Social | 186 | | |
| 3 Sexo | M | | |
| 4 Estado Civil | S | | |
| 5 Prep. Académica | B A | | |
| 6 Experiencia | | | |
| 7 Status Empleado (Contrato) | Probatorio | | |
| 8 Sueldo Bruto | | | |
| 9 Núm. de la Plaza | R26513 | | |
| 10 Categoría de la Plaza | Maestro Quimica | | |
| 11 Clasificación Puestos Dir | | | |
| 12 Fondo | E | | |
| 13 Cifra Cuenta | 99-111-081-09-103-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-01 | | |
| 14 Fecha de Efectividad | 17 de agosto de 1998 | | |
| 15 Acción y Duración | nombramiento | | |
| 16 Causa del Cese | | | |
| 17 Ultimo Día Trabajo | | | |
| 18 Ultimo Día de Pago | | | |
| 19 Programa Escolar | Quimica | | |
| 20 Turno en Registro | 18 Eleg. Ingreso | | |
| 21 Distrito Escolar | Ponce I- Esc. Com. Sup Juan Serrallés | | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| | |

24 Observaciones (Antes del Cambio) Turnos anteriores no aceptaron Renunció a puesto en Ponce V efectivo 5 de agosto de 1998. Incumbente anterior, Lilian Feliciano, aceptó puesto permanente en Juana Díaz.

26 _José A. Matías Pérez_  17/agosto/98
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso
Fecha

**NOTA IMPORTANTE:** El señor Matías aceptó el puesto de Química el día 6 de agosto de 1998.

Renunció a su puesto anterior por instrucciones de nivel central.

25 Observaciones (Después del Cambio)

27 Deseo:
☐ Acogerme    ☒ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_José A. Matías Pérez_  17/8/98
Firma del Empleado        Fecha

28 Recomendado
_[signature]_  17/agosto/98
Superintendente de Escuelas   Fecha

29 Recomendado
_____  _____
Superintendente de Escuelas   Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____  _____
FIRMA                    FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, __José A. Matías Pérez__, Seguro Social número
(Nombre del funcionario o empleado)

__-9486__, de __30 años__, __Soltero__
(Edad) (estado civil)

__Maestro__ y vecino de __Ponce__.
(Nombre del cargo o empleo) (Pueblo)

juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior, que prestaré fidelidad y adhesión a las mismas y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

__28 de Agosto de 1998__    __José A. Matías Pérez__
(Fecha)                      (Firma de empleado o funcionario)

Declaración Jurada Número __4529__

Suscrito y jurado ante mí por __José A. Matías Pérez__, de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante __LICENCIA DE CONDUCIR 1807162__.

En __PONCE__, Puerto Rico, hoy __28__ de __AGOSTO__ del año __1998__.

__Ramón G. Hernández__
Firma, Sello y Dirección del
Notario Público o del Funcionario
Autorizado que toma el Juramento
Calle Capitán Correa núm. 46, Ponce, PR

**DEPARTAMENTO DE EDUCACIÓN**

Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | José A. Matías Pérez | |
| 2. Número de Seguro Social | -9486 | |
| 3. Lugar y Fecha de Nacimiento | | |
| 4. Sexo | M | |
| 5. Estado Civil | | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | | |
| 8. Status Empleado (Contrato) | Prob. | |
| 9. Sueldo Bruto | | |
| 10. Número del Puesto | R26513 | |
| 11. Categoría del Puesto | Química | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | E | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 1 de agosto de 2000 | |
| 16. Acción y Duración | Reub. perm. plaza e incumbente | |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Ponce 1 | |
| 23. Escuela | Sup. Jdnes de Ponce | Sup. Juan Serrallés |
| 24. Dirección Postal y Residencial | | 25. Teléfono Residencial |

26. Observaciones:

27. En caso de cambio de status a probatorio, permanente, traslado, reasignación permanente, reubicación o descenso.

José A. Matías Pérez  21/julio/2000
Firma del empleado / Fecha

28. Recomendado
_____ 21 julio 2000
Director de Escuela / Fecha

29. Deseo: ____ Acogerme  ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

José A. Matías Pérez  21/julio/2000
Firma del empleado / Fecha

30. Recomendado
_____ 28 julio 2000
Director de Escuela / Fecha

31. Aprobado: Por el Secretario de Educación o su Representante

_____    _____
Firma                Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.