José A. Matías Pérez
Urb. Valle Alto calle Colina #2051
Ponce, P.R. 00730

RECEIVED & FILED
2020 JAN 31 PM 3:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 08918-1767