29 de enero de 2020

Secretaria (Clerks Office)

Tribunal de distrito de los EU

Room 150 Federal building

San Juan, PR 00918-1767



Amalia N. Arce Rodríguez

HC 4 Box 46876

San Sebastián, P.R. 00685

Teléfono: 787-207-1830

Email: magiearcer@gmail.com

**Asunto:** Apelación al *Tribunal el cual no debe declarar objeción a este reclamo número de querella: 36037 sometida 5/24/2018, Commonwealth of Puerto Rico.*

    Por este medio deseo reclamar que se me realice el ajuste salarial que corresponde al Puesto de Supervisor de Asistencia Social y Familiar I del Departamento de la Familia de Puerto Rico en la Administración de Desarrollo Socio Económico y Familiar (ADSEF) el cual estoy reclamando en la querella en mención que es Reclasificación del Puesto y ajuste salarial. El 2 de enero de 2013 me designaron como Supervisor Interino de Asistencia Social y Familiar en la Local de San Sebastián del Departamento de la Familia Región de Aguadilla sin sueldo del puesto, para ese momento tenía un sueldo bruto mensual de $2,385.00 que es equivalente al sueldo de Técnico de Asistencia Social y Familiar III. En el año 2015 comenzaron a pagarme un diferencial de $111.00 por la labor de Supervisor Interino de ADSEF en la Local de San Sebastián. Y el 8 de septiembre de 2016 me llega el nombramiento de Supervisor de Asistencia Social y Familiar I, quitándome el diferencial mencionado, pero manteniendo el sueldo de Técnico de Asistencia Social y Familiar que es de $2,385, cuando se debió otorgar un aumento justo acorde a las nuevas funciones de supervisión; ya que según recursos humanos de la administración en mención nos indicó que bajo la ley 66-2014 impide aumento de sueldo mientras la ley este en vigencia la cual tuve que aceptarlo de esa manera. Entiendo que nos es injusto e ilegal el no ajustar el salario como dice la Constitución igual trabajo igual paga. Agradeceré que se tome la acción que corresponde en esta situación.