Amalia N. (illegible)
HC 4 Box 46876
San Sebastián PR 00685

SAN JUAN PR 009
29 JAN 2020 PM 1 L
FOREVER U.S.
Barn Swallow

RECEIVED & FILED
2020 JAN 31 PM 3:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

0091881600