Rafael Santiago Quiñones
HC-03 Box 13411
Yauco P.R. 00698

RECEIVED & FILED
2020 JAN 31 PM 3:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Cel. 939-254-4559

Correo Electronico
rafaelsangiago@gmail.com

Numero de Caso - 165901