Rafael Santiago [?]
HC-03 Box 13411
Yauco P.R. 00698

RECEIVED & FILED
2020 JAN 31 PM 3:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

30 JAN '20
PM 1 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767