30 de enero de 2020

Tribunal De Distrito de E.U.
Para el Distrito de P.R.

Estado Libre Asociado de P.R.
Deudor

Caso No. 17 BK 3283-LTS
SRF 38154
Lilliam Hernández Torres
Correo Electrónico: lilliam1226@gmail.com
Teléfono: (787)205-0699

MOTIVO PARA OPONERSE A LA OBJECION GLOBAL

Se solicita un ajuste de salario ya que la Ley Núm. 12 aprobada el 27 de agosto de 1982, no se me proyectó en el sueldo. Cabe destacar que suscribiente trabajó en la Administración del Derecho al Trabajo en la Región de Humacao, Puerto Rico; para los años 1980 al 1986. Se adjunta Comprobante de Retención donde demuestra que suscribiente trabajó en dicho lugar para los años antes mencionados.

Para el año 1994 comencé a laborar en el Departamento de la Familia hasta el 31 de diciembre de 2019, donde me acogí al retiro.

Cabe señalar, que no se había procedido a solicitar dichos beneficios debido a la situación de emergencia que ha estado atravesando por Puerto Rico.

Por lo tanto, solicito el ajuste de salario mencionado.

*[firma]*
Lilliam Hernández Torres
Jardines de Gurabo
207 Calle 10
Gurabo, Puerto Rico 00778