Any questions regarding the statement should be made to your local FmHA County Office.

Forma 499 R-2/W-2 PR
Form 27 Jun. 79
NEGOCIADO DE CONTRIBUCION SOBRE INGRESOS
Bureau of Income Tax

ESTADO LIBRE ASOCIADO DE PUERTO RICO—COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA—DEPARTMENT OF THE TREASURY
ADMINISTRACION DE RENTAS INTERNAS—INTERNAL REVENUE ADMINISTRATION

**COMPROBANTE DE RETENCION—WITHHOLDING STATEMENT**

Copia B — Copy B

| Field | Value |
|---|---|
| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 50-77<br>HERNANDEZ TORRES, LILLIAN<br>BOX 779<br>JUNCOS 000666 |
| 2 Núm. de Cuenta del Empleado / Employee Account Number | 1193 |
| 3 Estado Civil—Civil Status | Soltero / Single [X] Casado / Married [ ] |
| 6 Número de Cuenta del Cónyuge / Spouse Account No. | |
| 9 Nombre y Dirección del Patrono / Name and Address of Employer | ADM. DEL DERECHO AL TRABAJO<br>AVE. MUNOZ RIVERA 654<br>HATO REY, PUERTO RICO |
| 10 Núm. de Cuenta Patronal / Employer Account No. | 69-066-0112 |

Copia B Para Planilla del Empleado

Copy B for Employee's Tax Return

AÑO / YEAR 19 81

**INFORMACIÓN PARA LA PLANILLA DE CONT. SOBRE INGRESOS—INCOME TAX RETURN INFORMATION**

| Field | Value |
|---|---|
| 4 Sueldos / Wages | 7020.00 |
| 7 Comisiones / Commissions | .00 |
| 11 Total | 7020.00 |
| 13 Cont. Retenida / Tax Withheld | 276.96 |
| 15 Fondo de Retiro / Retirement Fund | 309.60 |

**INFORMACIÓN DE SEGURO SOCIAL—SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 5 Subtotal / Corrección Correction / Nulo Void | [ ] [ ] [ ] |
| 8 Total de Sueldos (FICA) / Total FICA wages | 7020.00 |
| 12 Seguro Social Retenido / FICA tax withheld | 466.92 |
| 14 Propinas (FICA) / FICA tips | .00 |
| 16 Seguro Social no retenido en propinas—Uncollected FICA tax on tips | |

OFICINA DEL GOBERNADOR

LA FORTALEZA

SAN JUAN, PUERTO RICO 00901

12 de abril de 1983

El 1ro de junio de 1983, comenzarás a recibir una bonificación especial que se te pagará de la siguiente forma:

$50 el 1ro de junio de 1983
$30 el 1ro de julio de 1983
$50 el 31 de julio de 1983
$30 el 31 de agosto de 1983
$30 el 30 de septiembre de 1983

La bonificación que habrás de recibir además de tu sueldo, se logró con la aprobación de la Ley Núm. 12 de 27 de agosto de 1982. En tu caso particular representa una cantidad total de $190 en un período de 4 meses.

Debido a que la situación económica de nuestro país continúa difícil y que tenemos compromisos y prioridades ineludibles, sometí legislación ante las Cámaras Legislativas con el propósito de implantar un plan por etapas encaminado a mejorar la condición retributiva de los empleados públicos.

Dicho plan entrará en vigor el 1ro de octubre de 1983, conforme a la Ley Núm. 12 de 27 de agosto de 1982, y a legislación sometida. En esta ocasión, el 1ro de octubre de 1983, recibirás un aumento de $30 mensuales en tu sueldo regular que como tal será permanente y se habrá de considerar para los fines del cómputo de pensiones, de tu margen prestatario y para otros beneficios marginales.

Posteriormente, el 1ro de abril de 1984, o sea 6 meses después de haber recibido tu primer aumento en sueldo, entrarán en vigor nuevas escalas salariales, las que forman parte de un plan integral de retribución desarrollado por una firma consultora bajo la coordinación de la Oficina Central de Administración de Personal.

Las nuevas escalas de retribución que entrarán en vigor en estas fechas están desarrolladas en una base porcentual y superan en todos los tipos retributivos a las vigentes. La adopción de estas nuevas escalas te traerá un segundo aumento de sueldo. Este aumento será variable y su cuantía dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo al entrar en vigor las nuevas escalas. En el caso de los empleados de carrera, el tipo mínimo vigente se incrementará desde $57 hasta $125 mensuales y, como te dije anteriormente, el aumento individual a recibir en dicha cantidad dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo.

Para determinar el aumento neto que recibirás en virtud de las nuevas escalas de sueldos, deberás restarle el adelanto que ya se te habrá otorgado de $30 mensuales a partir del 1ro de octubre de 1983, al efecto bruto que tendrán las nuevas escalas sobre tu sueldo individual.

En años fiscales futuros se implantarán las otras 2 etapas de la reestructuración salarial, de acuerdo a los recursos disponibles que conllevan revisiones de las estructuras salariales. Cuando se adopte la tercera etapa, los mínimos de las escalas vigentes para los empleados de carrera, se incrementarán desde $169 mensuales hasta $375 mensuales, dependiendo del nivel de clasificación.

Esta acción representa un esfuerzo adicional de nuestra Administración por hacer justicia a los trabajadores en el servicio público, cuyos salarios tradicionalmente se han mantenido por debajo de las tendencias retributivas que se registran en el sector privado. Además, constituye una forma de compensar irrevocablemente y en forma permanente a los empleados públicos, ya que los ajustes salariales se hacen de conformidad con la realidad presupuestaria de nuestro gobierno, así que puedes tener la seguridad de que los mismos se harán efectivos en las fechas en que se dispone y no serán cancelados ulteriormente.

Espero haber clarificado todo lo concerniente a la situación salarial de los empleados de carrera, según se proyectó por los aumentos propuestos a la Asamblea Legislativa y por la implantación de las nuevas escalas salariales al 1ro de abril de 1984.

Cordialmente,

Carlos Romero Barceló