

**PRIORITY MAIL 1-DAY®**

0 Lb 2.10 Oz
1005

EXPECTED DELIVERY DAY: 01/31/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS SIGNATURE® TRACKING NUMBER

9510 8111 5959 0030 4995 99

- Date of deliv...
- USPS TRACKI...
  international d...
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

FROM:
Lilliam Hernández Torres
Urb. Jardines de Gurabo
#207 Calle 10
Gurabo P.R. 00778

RECEIVED & FILED
2020 JAN 31 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

TO:
Secretaria (Clerk's Office)
Tribunal de Destrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, (Puerto Rico) 00918

*Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.