29 de enero de 2020

Maria Antongiorgi-Jordan, Esq.
Clerk of Court
United States District Court
Room 150 Federal Bldg.
San Juan, Puerto Rico 00918-1767

Atn. Marian B. Ramírez Rivera
Deputy Clerk

Señoras:

Según solicitado en Notificación de Documento Defectuoso el 17 de enero de 2020, adjunto el mismo debidamente firmado.

Gracias por su atención.

Cordialmente

*[signature]*

Ivette Meléndez Rivera
Reclamación Núm. 32686

Nombre Ivette Meléndez Rivera
Dirección E-27 Neisy Sta. Rosa/Caguas PR 00725
Tel. (787) 548-5924
Email iv.melendc@gmail.com
Claim# 32686

RECEIVED & FILED
2020 JAN 15 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors. 1

PROMESA
Title III

No. 17 BK 3283-LTS
Jointly Administered)

**This filling relates to the Commonwealth and ERS.**

### OBJECCION

Yo Ivette Meléndez Rivera residente en Calle Neisy E-27 Caguas, Puerto Rico 00725 que he trabajado en el gobierno de Puerto Rico en las siguientes agencias:

    Departamento de la Familia 1988 hasta el presente

El Estado Libre Asociado de Puerto Rico me adeuda un ajuste de salario mínimo federal y el patrono debe determinar cuánto es la cantidad. Adjunto documentación solicitada.

*[firma]*

RECEIVED & FILED
2020 JAN 31 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.