**Nombre** Joaquin Vázquez Meléndez
**Dirección** E-27 Neisy Sta. Rosa/Caguas, PR 00725
**Tel.** (787) 548-5924
**Email**
**Claim#** 22648

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

        as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors. 1

PROMESA
Title III

No. 17 BK 3283-LTS
Jointly Administered)

**This filling relates to the Commonwealth and ERS.**

## OBJECCION

Yo Joaquín Vázquez Meléndez que resido en Caguas, Puerto Rico 00725 que he trabajado en el gobierno de Puerto Rico en las siguientes agencias:

    Departamento de la Familia Agosto 2004 a Junio 2014.

El Estado Libre Asociado de Puerto Rico me adeuda un ajuste de salario mínimo federal y el patrono debe determinar cuánto es la cantidad. Adjunto documentación solicitada.

*Joaquín Vazquez Meléndez* (signature)