Joaquin Vázquez Melendez
E-27 Neisy
Urb. Santa Rosa
Caguas, P. R. 00725

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JAN 30, 20
AMOUNT
**$1.60**
R2304M114409-19

Secretaría Clerk's Office
Tribunal de Distrito de los E. U.
Room 150 Federal Building
San Juan, P. R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 JAN 31 PM 3 09
RECEIVED & FILED