29 de enero de 2020

Maria Antongiorgi-Jordan, Esq.
Clerk of Court
United States District Court
Room 150 Federal Bldg.
San Juan, Puerto Rico 00918-1767

Atn.  Marian B. Ramírez Rivera
      Deputy Clerk

Señoras:

Según solicitado en Notificación de Documento Defectuoso el 17 de enero de 2020, adjunto el mismo debidamente firmado.

Gracias por su atención.

Cordialmente

Karla M. Vázquez Meléndez
Reclamación Núm. 18674

Nombre Karla M. Vázquez Meléndez
Dirección E-27 Neisy Sta. Rosa, Caguas, P.R 00725
Tel. (787) 643-2753
Email k.tiru7@gmail.com
Claim# 18674

RECEIVED & FILED
2020 JAN 15 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors. 1

PROMESA
Title III

No. 17 BK 3283-LTS
Jointly Administered)

**This filling relates to the Commonwealth and ERS.**

RECEIVED & FILED
2020 JAN 31 PM 3: 10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

### OBJECCION

Yo Karla M. Vázquez Meléndez residente en Calle Neisy E-27 Caguas, Puerto Rico 00725 que he trabajado en el gobierno de Puerto Rico en las siguientes agencias:

    Departamento de la Familia 2008 hasta el 2015.

El Estado Libre Asociado de Puerto Rico me adeuda un ajuste de salario mínimo federal y el patrono debe determinar cuánto es la cantidad. Adjunto documentación solicitada.

Karla M. Vázquez Meléndez