Karla M. Vázquez Meléndez
E-27 Neisy
Urb. Santa Rosa
Caguas, P. R. 00725



RECEIVED & FILED
2020 JAN 15 PM 4:36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL
7004 2510 0006 4071 1770

AMOUNT $7.75
R2304N118189-10

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P. R. 00918-1767

Karla M. Vázquez Meléndez
E-27 Neisy
Urb. Santa Rosa
Caguas, P. R. 00725




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JAN 30, 20
AMOUNT
$1.80
R2304M114409-19

1000    00918

Maria Antongiorgi- Jordan
Clerk of Court
United States District
Room 150 Federal Bldg.
San Juan, P. R. 00918-1767
Atn: Marian B. Ramírez Rivera



RECEIVED & FILED
2020 JAN 31 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.