Claim # 152504

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

RECEIVED & FILED
2020 JAN 31 PM 2:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

# CERTIFICACIÓN

Certifico que, **María M. Torres Rodríguez**, seguro social **XXX-XX-3799**, es empleada **Regular** que ocupa el puesto de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de Santa Isabel. Comenzó a prestar servicios el **9 de agosto de 1988** y devenga un sueldo de **$1,954.34** mensuales.

Dada en San Juan, Puerto Rico, el 14 de enero de 2020, según solicitada por el / la empleado(a).

Marieliz D. Arroyo Figueroa
Supervisora



Maria M [illegible]
HC02 Box 4414
Villalba P.R.
00766

RECEIVED & FILED
2020 JAN 31 PM 2:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
30 JAN 2020 PM 1
FOREVER USA
Barn Swallow

Secretaria (clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

Claim # 151151

# GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente



RECEIVED & FILED
2020 JAN 31 PM 3:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## CERTIFICACIÓN

Certifico que, **María M. Torres Rodríguez**, seguro social **XXX-XX-3799**, es empleada **Regular** que ocupa el puesto de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de Santa Isabel. Comenzó a prestar servicios el **9 de agosto de 1988** y devenga un sueldo de **$1,954.34** mensuales.

Dada en San Juan, Puerto Rico, el 14 de enero de 2020, según solicitada por el / la empleado(a).

Marieliz D. Arroyo Figueroa
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051

DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Maud M. Torres Rod[...]
HC 02 Box 4414
Villalba P.R. 00766

30 JAN 2020 PM 1 FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 JAN 31 PM 3:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

00918189999