28 de enero de 2020

Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico
Junta de Supervisión y Administración
Financiera para Puerto Rico
  como representante de
Estado Libre Asociado de Puerto Rico
Promesa Título III
Num. 17 BK 3283-LTS



Yo Luis A. Carrasquillo Maldonado (N° de Reclamación Num. 96299) les comunico que debido a que recibí tarde el libro y por el terremoto tomen en consideración este asunto. Por tanto reclamo mis derecho con relación a la Ley Promesa que incluyen la siguientes leyes 96, 164, 3%, 34, 89. La presente radicación guarda relación con el ELA, la ACT y el SRE.

Atentamente,
Luis A. Carrasquillo Maldonado