# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Luis A. Carrasquillo Maldonado**, con número de seguro social que termina en **0331**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | **29 de julio de 2014** |
| Tiempo Cotizado para la Pensión | **30 años, 0 mes, 1 sem., 4.5 días** |
| Pensión mensual Inicial | **$1,991.25** |
| Pensión Mensual Actual | **$1,991.25** |

Esta certificación se expide hoy, **27 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro