Luis A. Carrasquillo
PO Box 181
Comerio, P.R. 00782

RECEIVED & FILED
2020 FEB -3 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
31 JAN 2020 PM 2 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767