28 de enero de 2020

Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico
Junta de Supervisión y Administración
Financiera para Puerto Rico
   como representante de
Estado Libre Asociado de Puerto Rico
   Promesa Título III
Num. 17 BK 3283-LTS

RECEIVED & FILED
2020 FEB -3 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Yo Evelyn Morales Figueroa (N⁰ de Reclamación 95857)
les comunico que debido a que recibí tarde el libro y
por el terremoto tomen en consideración este asunto.
Por tanto reclamo mis derecho con relación a la Ley
Promesa que incluyen las siguientes leyes 96, 164,
3%, 34, 89, La presente radicación guarda relación
con el ELA, La ACT y el SRE.

Atentamente,
Evelyn Morales Figueroa