**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Evelyn Morales Figueroa**, con número de seguro social que termina en **9284**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2008 |
| Tiempo Cotizado para la Pensión | 31 años, 11 mes, 0 sem., 2.5 días |
| Pensión mensual Inicial | $1,896.46 |
| Pensión Mensual Actual | $1,896.46 |

Esta certificación se expide hoy, 27 de enero de 2020 en San Juan, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro