Evelyn Morales Figueroa
P.O. Box 181
Comerío, P.R. 00782

RECEIVED & FILED
2020 FEB -3 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
JAN 2020 PM 2

Clerk Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767