Tribunal de Distrito de los
Estados Unidos para el
Distrito de Puerto Rico
en el asunto de:
Junta de Supervisión y administración
Financiera para P.R. como representante
de Estado L.A. de P.R.
Secretario (Clerk Office)

RECEIVED & FILED
2020 FEB -3 PM 3:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re: Claim No. (157040)

A quien pueda interesar:

Debido a la situación que está viviendo mi país, a raíz del terremoto del 7 de enero de 2020, olvidé radicar una réplica dentro de los plazos establecidos. Espero comprensión de su parte al respecto.

Por este medio envío certificación de los años que estuve laborando en el Departamento de Educación de Puerto Rico hasta el día que me jubilé.

Actualmente el Departamento de Educación de Puerto Rico me negó el pago de los excesos de los días por enfermedad (75 días al momento de mi jubilación (15-agosto/2019).

Agradeceré la ayuda que me puedan prestar a mi situación.

Mil gracias,
Cordialmente,
Evelyn Burgos Santos
8895) (787-380-7579)