RECEIVED & FILED
2020 FEB -3 PM 3: 20
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

24 de enero de 2020

¡Saludos!

La presente es para notificarle que hemos recibido los documentos con la relación de Promesa Título 3.

Por lo cual lo estamos redactando y haciendo llegar lo propio, ya que estamos dándole seguimiento a la reclamación.

Por razones ajenas a mi voluntad no había recibido toda la documentación apropiada por razones de mi dirección.

Mi dirección es la siguiente: Jose Antonio Cintrón Gonzalez, PO Box 1060, Villalba, PR 00766.

Queda de usted,

José Antonio Cintrón González
Reclamación #136369
(787) 315-8008