José A. [illegible] Torres
Apartado 1060
Villalba P.R. 00766

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2020 FEB -3 PM 3:20
RECEIVED & FILED

Secretaria Clerk's
Tribunal de Distrito de los
Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918