Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767



Considero y entiendo que cualifico para recibir los beneficios correspondientes a la Ley 89 de 1984 (Romeracas) y a la Ley 96 de 2000 (Sila Calderón) ya que trabajé durante esos años y tengo derecho a ello. El hecho de no haber recibido esos aumentos me perjudicó en mi salario mensual y por consecuencial al cotizar para el retiro la cantidad asignada fue mucho menor. Entiendo que con el alto costo de vida existente, este dinero que se me retribuya será de gran beneficio. Agradeceré la atención prestada a este asunto.

Respetuosamente,

Josefina Morales Torres

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

__One hundred tenth__ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 155141 - 131635

Name and Address: Josefina Morales Torres
Parcelas El Cotto
15 Calle 10, Dorado, P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados __23 años 7 meses (1984 - julio 2007)__

Cantidad Reclamada __$7,075.00__

Ley __96__ de __2000__ (Sila Calderón)

Años Reclamados __6 años 7 meses (2000 - julio 2007)__

Cantidad Reclamada __$9,100.00__

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema de Retiro de Maestros de P.R.
2. Informe de Renta Mensual Vitalicio de Retiro de Maestros de P.R.
3. Certificación Años de Servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Josefina Morales Torres

Firma: Josefina Morales Torres    Fecha: 2/feb./2020

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. JOSEFINA MORALES TORRES**, con número de seguro social que termina en **3740**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 28 de julio de 2007 |
| Tiempo Cotizado para la Pensión | 32 años, 4 meses, 0 semana y 1 ½ días |
| Fecha de Efectividad de la Renuncia | 27 de julio de 2007 |
| Fecha de Efectividad de la Pensión | 28 de julio de 2007 |
| Pensión Mensual Actual | $1,837.08 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414   787.764.6910   www.srm.pr.gov