# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSEFINA MORALES TORRES |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (INGLES) |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,480.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2007 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 33 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/19/1974. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo C-1515 (IRM
14-mayo-/1
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**   9%=$220.45

| JOSEFINA MORALES TORRES | Núm. Reclamación 43111 | Sexo F |
|---|---|---|
| **Tipo de Renta:** a- Años de Servicio y edad   Opcional (X)   Obligatorio ( )   b. Edad ( ) | c- Incapacidad   Ocupacional ( )   No Ocupacional ( )   d- Diferida ( ) | **Fecha de Nacimiento**   1953  4  15   Año  Mes  Día |
| **Edad al Retirarse**   54  3  13   Años Meses Días | **Servicios Acreditados**   32  4  -  1½   Años Meses Sem. Días | **Costo Anualidad**   $52,098.22 | **Fecha de Retiro**   2007  7  27   Año Mes Día |
| | | | **Fecha de Efectividad**   2007  7  28   Año Mes Día |

Retiro Ley Núm. 91 DEL 2004

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,449.44      $1,837.08

.75 x 30 años
(Por ciento)            (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio    Edad    Incapacidad Física
$ _____         $ _____   $ _____     $ _____
Diferencia Mínimo o Renta Sistema de Retiro

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
1 4 AGO 2007
DIRA ADELINE MARRERO FIGUEROA

| Renta Mensual Vitalicia | $1,837.08 |
|---|---|
| Renta Anual Vitalicia | $22,044.96 |

Computado: Annie Rivera   3/8/07 Fecha    Cotejado: Ivonne L Ortiz Valladares  8/8/07 Fecha

Recomendado: José A. Massas Rosário, Director Area Servicios de Retiro o su Representante   10/VIII/07 Fecha

15 ago 07 Fecha

Aprobado: Wanda G. Santiago López, Director Ejecutivo o su Representante

Fecha: 8/7/2007

jbm