Josefina Morales Torres
Parcelas El Cotto
5 Calle 10, Dorado, P.R. 00646

RECEIVED & FILED
2020 FEB -3 PM 3:20
U.S. DISTRICT COURT
SAN JUAN, P.R.

7019 1120 0000 2391 1953

CERTIFIED MAIL

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
FEB 01, 20
AMOUNT
$7.10
R2304M113297-10