29 de enero de 2020

Rosa M. Santoni López
P.O. Box 5000
P.M.B 705
Aguada, Puerto Rico 00602-7003
Tel. 939-280-4968

RECEIVED & FILED
2020 FEB -3 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk Office)
Tribunal De Distrito de los EU
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

En la radicación enviada en junio de 2018 no se había incluido la cantidad que establece la Ley 96 que aporta $25.00 dólares mensuales. Esta cantidad es de $300.00 dólares al año por 18 años de servicios, que sumaría un total de $5,400.00 dólares. Los años de servicios son desde 1992-2010. El número de reclamación es 164842.

El Estado Libre Asociado ha sido demandado por incumplir con lo que establece la Ley 96 y es el Tribunal el que determina la acción a tomar.