love

FOREVER US

SAN JUAN PR 009

30 JAN 2020 PM 1 1

Secretaria (Clerk Office)
Tribunal de distrito de los EU.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB -3 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Rosa M. Santoni López
P.O. Box 5000
PMB 705
Aguada, Puerto Rico
00602-7003