Myrna Aioste C142
II 64 La Palmita
Yauc, P.R. 00698

To: Secretaria (Clerk's Office)
Tribunal De Distrito do lose E.U
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB -3 PM 3:22