January 29th 2020

**United States District Court**
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**Proskauer Rose LLP**
Eleven Times Square
New York, New York, 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

**Paul Hastings LLP**
200 Park Avenue
New York, New York 10166
A/A Luc A. Despins
James Bliss
James Wothrtington
G. Alexander Bonzartz

Re: Statement account (Retirement).
No. Reclaimed number 40439
Statement account (Commonweath).
No. Reclaimed number 40290

Plaintiff – Ana E. Santos Molina- with the address: Urb. Estancias de Arecibo, 52 Calle Breve, Arecibo, PR. 00612-6316, would like the let know the court that the following documents is attached to this letter:

1) **Statement Account** from the Retirement Department (Retiro, Estado Libre Asociado de Puerto Rico) dated September 17rd 2017.

Plaintiff respectfully request that this Honorable Court takes notice of Law 447 and (Retirement Law, revoked) and Law 3-2017.

Ana E. Santos Molina
Estancias de Arecibo
52 Calle Breve
Arecibo, PR. 00612-6316