

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de septiembre de 2017

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

ANA SANTOS MOLINA
, 00000

**Seguro Social:** XXX-XX-9328

A base de la información en nuestros registros, al 15 de septiembre de 2017 usted posee:

**Fecha de Nacimiento:** 13 de noviembre de 1961   **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 28 de junio de 1984
**Fecha de Comienzo de Cotización:** 28 de junio de 1984

| *Ley 447 al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 29.00 |
| Aportaciones: | $28,996.14 |
| Intereses: | $8,887.25 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $37,883.39 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 31 de diciembre de 2016* | |
|---|---|
| Años Acreditados: | 4.01 |
| Aportaciones: | $10,261.92 |
| Intereses: | $796.59 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $11,058.51 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

**Unidad de Estado de Cuenta**
Área de Participantes



Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

