Ana E. Santos Martin
Est. de Arecibo
52 Calle Breve
Arecibo PR 00612-6316

7004 2510 0004 9744 2292

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan PR 00918-1767

2020 FEB -3 PM 3:24
RECEIVED & FILED
U.S. DIST. COURT
CLERK'S OFFICE
SAN JUAN, P.R.



U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JAN 30, 20
AMOUNT
$6.95
R2305E126270-23





00918
1000