INTAKE DROP BOX
RECEIVED & FILED

2020 FEB -3 AM 11: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

30 DE ENERO DE 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de EU.
Room 150 Federal Building
San Juan P.R. 00918-1767

Reclamación # 130527

A quien pueda interesar:

Se somete la certificación del tiempo en que ésta servidora Ana R. Rolón Salgado laboró en el Dept. de la Vivienda del ELA.

Dichas labores comenzaron en el año 1980 y finalizaron en el año 2010.

Ésta evidencia es para ser usada en la determinación de PROMESA (Title III) No. 17 BK 3283-LTS

Anticipando las gracias

Ana R. Rolón Salgado
tel 787-962-2449

Anexo: Certificación
Documento enviado
Corte de Distrito