**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROLON SALGADO, ANA R | 130527 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | \multicolumn{4}{l}{Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors} |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROLON SALGADO, ANA R | 130527 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | \multicolumn{4}{l}{La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.} |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000923



27 de enero de 2020

2020 JAN 29 P 12:18

Lcda. Liz Neida Nieves Martínez
    Secretaria Auxiliar Recursos Humanos
    Departamento de Vivienda

Estimada Lcda. Nieves:

Por este medio solicito una certificación como evidencia indicando que comencé labores para Septiembre del año 1980 y hasta 31 de Diciembre de 2010.

Hago esta petición debido a que estoy reclamando el derecho a El Romerazo a través de la Ley Promesa y es necesaria dicha certificación.

Deberá entregar la evidencia antes del 18 de Febrero del año en curso.

Anticipándoles las Gracias,

_____
Ana R. Rolón Salgado
Tel. 787-962-2449
     787-403-7882

P.D. Deseo aclarar que laboré en la oficina Regional ADMVI, Bayamón

**GOBIERNO DE PUERTO RICO**
Departamento de la Vivienda

CERTIFICACIÓN

Certifico que la Sra. Ana Rosa Rolón Salgado, con número de seguro social ~~[redacted]~~, comenzó a laborar en el Departamento de la Vivienda desde el 2 de septiembre de 1980 hasta el 31 de diciembre de 2010, cuando se acogió a los beneficios de una Pensión por Mérito bajo la Ley Núm. 70 del 2 de julio de 2010, componente 4C.

Ocupó un puesto regular de carrera como Técnico de Servicios a la Comunidad II, realizando sus funciones en la Oficina Regional de Bayamón.

Certifico que la información ofrecida es la correcta, solicitada por la señora Rolón hoy, 29 de enero de 2020.

Lcda. Lisneida Nieves Martínez
Secretaria Auxiliar
Secretaría de Recursos Humanos

Ave. Barbosa #606 Edificio Juan C. Cordero Dávila Río Piedras, PR 00918 | P.O. Box 21365 San Juan, PR 00928-1365
Tel:(787)274-2527 | www.vivienda.pr.gov

