INTAKE DROP BOX
RECEIVED & FILED

2020 FEB -3 AM 11:26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

30 DE ENERO de 2020

Secretaria (Clerk's office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

Reclamacion # 164308

A quien pueda interesar:

Se somete certificación del tiempo en que ésta servidora laboró (Ana R. Robin Salgado) en el Dept. de la Vivienda de E.L.A. Dichas labores comenzaron en el año 1980 y finalizaron en el año 2010.

Esta evidencia es para ser usada en la determinación de Promesa (Title III) NO. 17BK 3283-LTS

Anticipandole las gracias

Ana R. Robin Salgado
Tel 787-962 2449