3/Febrero/2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

Re: Claim No. (138765)

A quién pueda interesar:

Por éste medio hago entrega Personalmente de documento solicitado por dicho Tribunal referente a mis años laborando en el Depto. de la Vivienda Estatal; en adición solicito muy respetuosamente participar de ser posible en una Vista que se llevará a cabo el día 4/Marzo/20 a las 9:30 (A.M.) en dicho Tribunal.

De tener alguna otra duda y requerir algún otro documento, puede comunicarse con ésta servidora al (939) 338-4596 / (787) 288-5817 dirección Calle 1 (J-11) Urb. Forest Hills Bayamón, P.R. 00959

Sin otro particular al cual referirme quedo de usted.

Cordialmente,
Zaida Ivette Soto Cabrera
Zaida Ivette Soto Cabrera

Anejos: