United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



INTAKE DROP BOX
RECEIVED & FILED

2020 JAN 31 AM 11:16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 162648

Name and Address: Arminda Rivera Concepción
C-14 Calle Luis Muñoz Rivera
Urb. Martorell Dorado P.R 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico. y al Sistema de Retiro de Puerto Rico

Ley 89 de 1984 – Romerazo

Años Reclamados 1984 hasta 2003 (19 años)

Cantidad Reclamada 22,800

Ley costo de vida, Retiro de Maestro (3% cada dos años).

Años Reclamados 2003 hasta 2020 (3% cada dos años

Cantidad Reclamada 3,744.88

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión de Retiro de Maestro.
2. Informe de Renta Anual Vitalicia Junta de Retiro de Maestros
3. Certificación del Departamento de Educación (años de servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Arminda Rivera Concepción

Firma: Arminda Rivera Concepción   Fecha: 31 enero 20