# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Arminda Rivera Concepción**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 10 de enero de 2003 |
| Tiempo Cotizado para la Pensión | 30 años, 3 meses, 3 semana y 3 días |
| Fecha de Efectividad de la Renuncia | 9 de enero de 2003 |
| Fecha de Efectividad de la Pensión | 10 de enero de 2003 |
| Pensión Mensual Actual | $1,300.99 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mi-2-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

.9%=$180.14

| ARMINDA RIVERA CONCEPCION | Núm. Reclamación 38255 | Sexo F |
|---|---|---|

**Tipo de Renta:**

a- Años de Servicio y edad
  Opcional     (X)
  Obligatorio  ( )
b. Edad       ( )

c- Incapacidad
  Ocupacional     ( )
  No Ocupacional  ( )
d- Diferida       ( )

**Fecha de Nacimiento**
_____  _____  _____
Año    Mes    Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de R... |
|---|---|---|---|---|---|---|---|---|
| 49 | 3 | 5 | 30 | 3 | 3 | 3 | $ 37,427.41 | 2003  1  9 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año  Mes  Día |

**Fecha de Efectividad**
2003   1   10
Año    Mes   Día

Retiro Ley Núm. **45 DEL 2000**

1340.02

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a **$2,001.53**

X    .65%    X    30 años
  (Por ciento)      (Tiempo Acreditado)

$ 1,300.99

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años
    de edad

( ) o a opción en fecha osterior si al retirarse tiene 10 y menos de 25 años de servicios y
    menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | 1,300.99 |
|---|---|
| Renta Anual Vitalicia | 15,611.88 |

| Computado | | Cotejado | |
|---|---|---|---|
| Annie Rivera | 26/2/03 Fecha | María A. Torres Morales | 26/2/03 Fecha |
| Recomendado: Gloria E. Navas Pérez, Directora, Area Serv. de Retiro | 24-2-03 Fecha | Aprobado: Irma A. Giménez López, Secretaria Ejecutiva | 7/3/03 Fecha |

AGB

Nombre __ARMINDA RIVERA CONCEPCION__

Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1972-73 | | | | | 390.00 | | | | | | |
| AL | 26 | 9 | 3 | 3 | | | | | | | |
| 1998-99 | | | | | 1,775.00 | | | | | | |
| 1999-00 | 1 | | | | 1,775.00 | 1M, 15D | | | | | |
| - | | | | | 1,800.00 | 4M, 5D | | | | | |
| - | | | | | 1,900.00 | 6M | | | | | |
| 2000-01 | 1 | | | | 1,900.00 | 1M | | | | | |
| - | | | | | 2,005.00 | 11M | | | | | |
| 2001-02 | 1 | | | | 2,005.00 | 12M | | | | | |
| 2002-03 | | 2 | | 2 | 2,105.00 | 6M, 1D | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| Sub-Total | 30 | - | - | - | | | | | | | |
| 2002-03 | | 3 | 3 | 3 | 2,105.00 | 6M, 1D | | | | | |

Desglose primer pago:                                                                  $_____
   Renta Mensual
     Deducciones:
       Asociación de Maestros         $_____
       Préstamo_____         _____
       Otras                                       _____
         Total de Deduccines          _____
       Importe del Cheque                                 $_____

Observaciones:
                 Año Escolar
     Hasta 1917-18_____ 9 meses
     Desde 1918-19 hasta 1940-41_____ 10 meses
     En el 1941-42_____ 11 meses
     Desde 1942-43 en adelante_____ 12 meses