INTAKE DROP BOX
RECEIVED & FILED

2020 FEB -3 AM 11:26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

3/Febrero/2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

Re: Claim No. (157542)

A quién pueda interesar:

Hago entrega personalmente de documento solicitado por dicho Tribunal referente a mis años de servicios laborando en el Depto. De La Vivienda Estatal; en adición solicito muy respetuosamente participar de ser posible en una vista a llevarse a cabo el día 4/marzo/20 a las 9:30 (A.M.) en dicho Tribunal.

De haber alguna otra duda puede comunicarse con éste servidor al (787)579-2279 / (787) 203-9040.

Sin otro particular al cual referirme quedo de usted.

Atentamente,

Marciano Santana López

Anejos: