> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santana Lopez, Marciano | 157542 | 6/28/2018 | Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santana Lopez, Marciano | 157542 | 6/28/2018 | Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

rmación muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la ción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí lecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de ormidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción l en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica.** Si usted no se opone al remedio solicitado Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que arecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo lica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está nible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se iona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica.** Su réplica se considerará radicada dentro de los plazos lecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **18 de febrero** )20, salvo extensión por escrito por parte del ELA, la ACT o el SRE, o previa solicitud por escrito ida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 18 de febrero de 2020.**

---

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme resente notificación, se celebrará una vista sobre la Objeción global y la réplica **a las 09:30 a.m. (AST) de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados os para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 8-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre jeción global. Sin embargo, el ELA, la ACT y el SRE se reservan el derecho, previa notificación con 3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante ta. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes celebración de la vista sobre la Objeción global y la réplica.

RIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y IFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global **deberá** contener la siguiente mación:

(i) **Datos de contacto.** La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

3

29/enero/2020

Lcda. Lisneida Nieves Martínez
Sec. Aux. - Recursos Humanos
Depto. De la Vivienda

Re: Certificación

Estimada Lcda. Nieves Martínez:

Por este medio muy respetuosamente solicito me facilite lo antes indicado en epígrafe, referente a los años que laboré en la Agencia que fue 1ro de octubre de 1979 hasta 31 de diciembre del 2010, en carácter permanente para luego acogerme al Retiro.

La Certificación fue requerida por el Tribunal de Distrito de E.U. para el Distrito de P.R. (Ley Promesa-Título-III).

Acompaño evidencia de dicho Tribunal y fecha límite para entregar lo solicitado en la referencia, ya que habrá una Vista y seré partícipe de ella el día 4/marzo/2020 a las (9:30 A.M.)

Le estoy agradecido a la atención que pueda prestar a mi pedido por la urgencia del mismo.

Cordialmente,

Narciso Santana López

Anejo: (1)

**GOBIERNO DE PUERTO RICO**
Departamento de la Vivienda

## CERTIFICACIÓN

Certifico que el Sr. Marciano Santana López, con número de seguro social _____, comenzó a laborar en el Departamento de la Vivienda desde el 1 de julio de 1979 hasta el 31 de diciembre de 2010, cuando se acogió a los beneficios de una Pensión por Mérito bajo la Ley Núm. 70 del 2 de julio de 2010, componente 4C.

Ocupó un puesto regular de carrera como Técnico de Servicios a la Comunidad III, realizando sus funciones en la Oficina Regional de Bayamón.

Certifico que la información ofrecida es la correcta, solicitada por el señor Santana hoy, 29 de enero de 2020.

Lcda. Lisneida Nieves Martínez
Secretaria Auxiliar
Secretaría Recursos Humanos

Ave. Barbosa #606 Edificio Juan C. Cordero Dávila Río Piedras, PR 00918 | P.O. Box 21365 San Juan, PR 00928-1365
Tel: (787) 274-2527 | www.vivienda.pr.gov

