INTAKE DROP BOX
RECEIVED & FILED

2020 FEB -3 AM 11:26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

30 de enero del 2020.

Clerk's Office
United States District Court
Room 150, Federal Building
San Juan, Puerto Rico

¡Saludos cordiales!

Por medio de ésta misiva, declaro que, Yo, Ada Hilda Cruz Cruz, residente de la calle 14 #141, urbanización Forest Hills, Bayamón P.R. 00959, soy la reclamante #786 en la lista enviada por ustedes, con el número de reclamación #153917. Esto es a través de la Ley Promesa.

Someto ante ustedes la Certificación de Servicios prestados al Departamento de la Vivienda (Subsidio de Vivienda y Desarrollo Comunitario) desde el 1979 hasta mi retiro.

Además solicito estar presente en la Vista pautada para el 4 de marzo del año en curso.

Agradeciéndole por todas las gestiones realizadas al respecto;

continúa

Jueves 30 de enero 2020.

Atentamente,
United States District Court
Sra: Hilda N. Cruz Cruz
Clemente Ruiz Nazario Building
# Soy Social:
# Reclamación: 153917

¡Saludos cordiales!
Por medio de esta misiva, declaro yo Hilda Cruz Cruz, residente de la calle 14 #141 urbanización forest hills Bayamón P.R. 00959. Soy la reclamante #786 en la lista enviada por ustedes, con el número de reclamación #153917. Esto es a través de la Ley Promesa. Someto ante ustedes la Certificación de Servicios prestados o Reporte mensual de la Vivienda (Subsidio de vivienda) Desarrollo Comunitario desde el 1/1/19 hasta mi retiro. Además, solicito estar presente en la lista periódica para ella y de marca del año en curso.

Hay dejando le por toda las gestiones realizadas al respecto, continúa