**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cruz Cruz, Ada Hilda | 153917 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cruz Cruz, Ada Hilda | 153917 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000845

28 de enero del 2020.

Lcda. Liz Neyda Nieves Martínez
Secretaria Auxiliar
Recursos Humanos y Desarrollo Laboral
Dpto. de La Vivienda

¡Mis saludos cordiales! El propósito de ésta misiva, es para solicitar una Certificación de Servicios, rendidos al área de Subsidio de Vivienda y Desarrollo Comunitario (antes Vivienda Rural) como Técnica II. Desde el año 1979 hasta mi retiro. Dicha petición se debe a lo siguiente: Soy reclamante a los beneficios del llamado "Romerazo". Aumento aprobado a los empleados del E.L.A. El cual el mismo no fue ejecutado por la siguiente administración.

La llamada Ley Promesa, está trabajando todas las reclamaciones hecha por todos los servidores públicos que estaban laborando cuando comenzó la administración del Honorable gobernador Don Carlos Romero Barceló.

Por lo tanto, me urge tener dicha certificación antes del 18 de febrero del año en curso. La misma será sometida a la Ley Promesa.

Anejo forma con mi número de reclamación 153917.

Sin nada más sobre el particular, quedo de usted;

Atentamente
Sra. Ada H. Cruz Cruz
Vda. de Padilla
-615-5504  Urb. Forest Hills Calle 14
#141 Bay. P.R. 00959

**GOBIERNO DE PUERTO RICO**
Departamento de la Vivienda

## CERTIFICACIÓN

Certifico que la Sra. Ada H. Cruz Cruz, con número de seguro social comenzó a laborar en el Departamento de la Vivienda desde el 2 de septiembre de 1980 hasta el 21 de marzo de 2003, cuando fue cesanteada.

Ocupó un puesto regular de carrera como Técnico de Servicios a la Comunidad II, realizando sus funciones en la Oficina Regional de Bayamón.

Certifico que la información ofrecida es la correcta, solicitada por la señora Cruz hoy, 29 de enero de 2020.

Lcda. Lisneida Nieves Martínez
Secretaria Auxiliar
Secretaría Recursos Humanos

Ave. Barbosa #606 Edificio Juan C. Cordero Dávila Río Piedras, PR 00918 | P.O. Box 21365 San Juan, PR 00928-1365
Tel: (787)274-2527 | www.vivienda.pr.gov

