UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED 2018 JUN 22 P 2:29

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor? / ¿Quién es el acreedor actual?**

   De Jesús Torres Francisco

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _indeterminado_ | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Ley 89 Deuda del Romerazo_ | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>   Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate (on the Petition Date)**<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>   Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ | |

Modified Official Form 410             Proof of Claim             page 3

| NOMBRE | | | | | | NUMERO DE EMPLEADO | | NUMERO DE CHEQUE | | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUM. SEGURO SOCIAL FEDERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCISCO DE JESUS TORRES | | | | | | 540573 | | 467880 | | 22 10 65 | 52001 | — — |

| ESPECIFICAS | | | | | | PRESTAMOS | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESO PAGO AL CORRIENTE | SEGURO SOCIAL RETENIDO | SERVICIOS MEDICOS | AHORRO | SEGURO | RETIRO | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD |
| | | | | | 1470 | | | | | | | | 33401 |

| 630,00 | 19,44 | | | | | | | 210,00 | 14,70 | 195,30 |
|---|---|---|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | CONTRIBUCION SOBRE INGRESO PAGO AL CORRIENTE | SEGURO SOCIAL RETENIDO | SERVICIOS MEDICOS | | ACUMULADO | | DEL MES | SUELDO BRUTO DEVENGADO | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | SUELDO TRIBUTABLE PARA SEGURO SOCIAL FEDERAL | | | TOTALES DEL MES | | |

VEASE CLAVES AL DORSO

ESTADO LIBRE ASOCIADO DE PUERTO RICO-INFORME DE SUELDOS Y DEDUCCIONES

Modelo SC-1515
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre: Francisco De Jesús Torres | Núm. Reclamación: 1-18267 | Sexo: M |

**Tipo de Renta:**
- a— Años de Servicio y Edad
  - Opcional (xx)
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1937 agosto 26
Fecha de Retiro: 1996 enero 30
Fecha de Efectividad: 1996 enero 31

Edad al Retirarse: 58 Años 05 Meses 05 Días
Servicios Acreditados: 30 Años 05 Meses 01 Sem. 01 Días
Costo Anualidad: $ 26,375.23

Retiro Ley Núm. 218 de 1951

FEB 1996 PREINTERVENIDO Por:

**Cómputo de la Renta Anual:**

— Sueldo promedio mensual más alto durante /cinco/ tres años consecutivos a $ 1,462.37 .... 1,096.77

.75% X 30 años
(Por ciento)   (Tiempo Acreditado)

En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia ... 1,096.77

Renta Anual Vitalicia ... 13,161.24

| Computado | Cotejado |
|---|---|
| Mayda Díaz  23 febrero 96 Fecha | Hugo E. Aponte Morán  23 febrero 96 Fecha |
| Recomendado: Maribel Solá Matos  26/2/96 Fecha | Aprobado: 1/3/96 Fecha  Aurora Ramírez Vega  Secretario Ejecutivo |

HA/agb /ffl/ Div. de Reclamaciones/
Secr. Aux., Area de Retiro, Int.

Nombre  Francisco De Jesus Torres

## Servicios Acreditados

| Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo Mensual | Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo Mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1965-66 | | | | | 210.00 | | | | | | |
| Hasta | 24 | 10 | 3 | 4½ | | | | | | | |
| 1989-90 | | | | | 1,200.00 | | | | | | |
| 1990-91 | 1 | | | | 1,225.00 | | | | | | |
| 1991-92 | 1 | | | | 1,250.00 | | | | | | |
| 1992-93 | 1 | | | | 1,250.00 | 11m | | | | | |
| - | | | | | 1,275.00 | 1m | | | | | |
| 1993-94 | 1 | | | | 1,275.00 | 2m, 2d | | | | | |
| - | | | | | 1,400.00 | 8m, 18d | | | | | |
| - | | | | | 1,525.00 | 1m | | | | | |
| 1994-95 | | 11 | 3 | 4½ | 1,525.00 | 10m, 19½d | | | | | |
| - | | | | | 1,650.00 | 1m | | | | | |
| 1995-96 | | 1 | | 1 | 1,650.00 | | | | | | |
| | 28 | 22 | 6 | 10 | | | | | | | |
| Sub-Total | 30 | - | - | - | | | | | | | |
| 1995-96 | | 5 | 1 | 1 | 1,650.00 | | | | | | |

Total: 30  5  1  1

Desglose primer pago:
  Renta Mensual                          $ _____
    Deducciones:
      Asociación de Maestros     $ _____
      Préstamo _____         _____
      Otras                                _____
        Total Deducciones
        Importe del Cheque              $ _____

Observaciones:
             Año Escolar
  Hasta 1917-18 _____ 9 meses
  Desde 1918-19 hasta 1940-41 __ 10 meses
  En el 1941-42 _____ 11 meses
  Desde 1942-43 en adelante ____ 12 meses