Fra...
Hacienda El Semil
Bzn. 11137
Villalba, P.R. 00766

7018 2290 0000 2774 2184





U.S. POSTAGE
FCM LG ENV
VILLALBA, P...
00766
FEB 01, 20
AMOUNT
$7.6
R2303S10158

Secretaría (Clerks Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan, Puerto Rico 00918-1...

RECEIVED & FILED
2020 FEB -3 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COU...
SAN JUAN P...