January, 29, 2020

Arroyo, Puerto Rico

OFFICE OF THE CLERK

RECEIVED & FILED
CLERK'S OFFICE
FEB -3 2020
US DISTRICT COURT
SAN JUAN, PR

TO WHOM IT MAY CONCERN:

I want to beg your pardon because my late reply to your request of evidence of my claim

# 127988 regarding the 0.03 % that haven't been sent to my person after my retiring from job as a teacher under the Department of Education in Puerto Rico

Included is a copy of the year I retired and the amount of my monthly payment.

I am also including a document prepared by me according to the years I stopped receiving the 0.03 % for subsequent years after my last increased given up to the year of 2002.

This is why I am sending you this proof of evidence for my claim.

I hope you will enter my claim in order to make justice for my years of service in public education and it was not added to my pension.

Truly yours

Alejandrino Reyes Colón

SS# ̶ ̶ ̶