Número de Evidencia de Reclamación: _____

Reclamante: *Alejandrino Reyes Colón*

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *Aumento del 0.03% a mi pensión a partir de 2003*

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *$10,950.07*

*Número de Evidencia de Reclamación:* 27588

*Reclamante:* Alejandrina Reyes Colón

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Sistema de Retiro para Maestros / Depto de Educación - Gobierno del E.L.A.

   3(b). Identifique las fechas de su empleo con relación a su reclamación: 2003 - hasta 2019 y ss

   3(c). Últimos cuatro dígitos de su número de seguro social: 5578

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☒ Jubilación
   ☐ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   Anejos

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. Sistema de Retiro para Maestros / Depto de Educación - Gobierno del E.L.A.

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: United State District Court for the District of P.R.

   4(c). Número de caso: #17 BK - 3283 - LTS

   4(d). Título, epígrafe, o nombre del caso:

   _____

2

*Número de Evidencia de Reclamación:* #123968
*Reclamante:* Alejandrino Rey Colё

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

pendiente a resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

unknown

3

RELACIÓN DE SUELDOS Y EL 0.03 % CORRESPONDIENTE SIN ADJUDICAR.

| AÑO | SUELDO | AUMENTO EN 0.03% | AUMENTO ANUAL |
|---|---|---|---|
| 1999 | 1,170.00 | | |
| 2001 | 1,241.25 | | |
| 2002 | 1,278,49 | | |

Hasta el 2002 se recibió el aumento del .03%. No hubo más aumentos.

| AÑO | SUELDO | | AUMENTO EN 0.03% | AUMENTO ANUAL |
|---|---|---|---|---|
| 2003 | 1,317.84 | * sueldo proyectado | 38.35 | 460.00 |
| 2004 | 1456.37 | " | 39.53 | 474.42 |
| 2005 | 1495.90 | " | 44.87 | 538.52 |
| 2006 | 1540.77 | " | 46.22 | 554.67 |
| 2007 | 1586.99 | " | 47.60 | 571.31 |
| 2008 | 1634.59 | " | 49.03 | 588.45 |
| 2009 | 1,683.62 | " | 50.50 | 606.10 |
| 2010 | 1734.12 | " | 52.02 | 624.28 |
| 2011 | 1786.14 | " | 53.58 | 643.01 |
| 2012 | 1839.72 | " | 55.19 | 662.19 |
| 2013 | 1894.91 | " | 56.84 | 682.16 |
| 2014 | 1951.75 | " | 58.55 | 702.63 |
| 2015 | 2010.30 | " | 60.30 | 723.70 |
| 2016 | 2070.60 | " | 62.18 | 745.41 |
| 2017 | 2132.70 | " | 63.98 | 767.80 |
| 2018 | 2196.68 | " | 65.90 | 790.80 |
| 2019 | 2262.58 | " | 67.87 | 814.52 |

Total para esta reclamación------- $10,950.07

*[signature]*
ALEJANDRINO REYES COLÓN 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

Claim # 127988

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Alejandrino Reyes Colón | 30951 | M |

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional (x)
   Obligatorio ( )
b— Edad ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1946 Año / junio Mes / 15 Día

Fecha de Retiro: 1999 Año / julio Mes / 23 Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 53 | 1 | 9 | 30 | — | — | — | $ 32,981.97 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad: 1999 Año / julio Mes / 24 Día

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres años consecutivos a $ 1,800.00 ........ 1,170.00
X .65% X 30 años
   (Por ciento)        (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,170.00 |
|---|---|
| Renta Anual Vitalicia | 14,040.00 |

Computado: Mayda Díaz / agosto 1999 Fecha
Cotejado: Hugo E. Aponte Morán / 17-8-99 Fecha
Recomendado: Gloria E. Navas Pérez / 19-Ago-99 Sec. Eje. Aux. Area de Retiro
Aprobado: José A. Figueroa Colón / 23/8/99 Sub-Secretario Ejecutivo

26 | Reflexiones de un Nomada

| Gobierno de Puerto Rico | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | Grupo de Pago: SM -Quincenal | | Business Unit: PUERT | |
| | | | | | Desde: 09/01/2017 | | Aviso #: 0002300 | |
| | | | | | Hasta: 09/15/2017 | | Fecha Aviso: 09/15/2017 | |
| ALEJANDRINO REYES COLON | | # Empleado: XXXXX5578 | | | DATA IMP: | Federal | PR | |
| PO BOX 1203 | | Dept: 592060-Anos de Serv:032 | | | Estado Civil: | Married | Married | |
| GUAYAMA PR 00785-1203 | | Lugar: Ley 218/51:032 | | | Concesiones: | 0 | 39 +99 | |
| | | Titulo: Pensionado | | | Pct. Adcl.: | | | |
| SS: XXX-XX-5578 | | Sueldo: $1,278.49 Monthly | | | Cant. Adcl.: | | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 7.867631 | 81.25 | 639.25 | 1,381.25 | 10,867.25 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | 81.25 | 639.25 | 1,381.25 | 10,967.25 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 909.16 | SM-Plan Medico ASES | 0.00 | 800.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 123.81 | 2,104.77 | | | |
| | | | AS-ASOC PENSIONADOS | 1.00 | 17.00 | | | |
| | | | Ahorros-AEELA | 19.18 | 326.06 | | | |
| Total: | 0.00 | 0.00 | Total: | 197.47 | 3,356.99 | * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 639.25 | 0.00 | 197.47 | 441.78 |
| Acumulado: | 10,967.25 | 0.00 | 3,356.99 | 7,610.26 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #0002300 | 441.78 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 441.78 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 09/15/2017

Aviso No. 0002300

Cant. Deposito: $441.78

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 10382606 | $441.78 |
| Total: | | $441.78 |

TRAY 79 SQ 17891**************SCH 5-DIGIT 00714   17891 2 AV 0.373  
ALEJANDRINO REYES COLON  
PO BOX 1203  
GUAYAMA PR 00785-1203

NO NEGOCIABLE