Alejandrino Reyes Colon
Urb. Jardines de Arroyo B1-9 Calle Y
Arroyo, PR 00714






Office of the Clerk
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R.
00918-176

RECEIVED & FILED
2020 FEB -3 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.