MADELINE SANTIAGO SERRANO
COND. WHITE TOWER
1049 C/3 SE APT. 511
SAN JUAN, PUERTO RICO 00921



CERTIFIED MAIL
7019 1120 0000 6513 8639



U.S. POSTAGE
ZIP 00927
02 4W
0000362890

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767



RECEIVED & FILED
2020 FEB -3 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.