**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---

| | |
|---|---|
| *In re* | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF CHANGE OF CONTACT INFORMATION

**COMES NOW** Mark T. Stancil having been admitted *pro hac vice* in the above-captioned case as counsel for the *ad hoc* group of certain holders of bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc Group of General Obligation Bondholders"), herein provides notice of his new contact information:

> Mark T. Stancil
> Willkie Farr & Gallagher LLP
> 1875 K Street, N.W.
> Washington, D.C. 20006-1238
> Tel.: 202-303-1133
> Fax: 202-303-2133
> Email: mstancil@willkie.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**WHEREFORE**, the Ad Hoc Group of General Obligation Bondholders respectfully requests that all Parties take notice of the new contact information herein and that the contact information be updated in CM/ECF as well as the master service list. The contact information for Paul, Weiss, Rifkind, Wharton & Garrison LLP, Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, and Jiménez, Graffam & Lausell remains the same.

Dated: February 4, 2020
      Washington, D.C.

Respectfully submitted,

By: /s/ Karen R. Zeituni
    Andrew N. Rosenberg (*pro hac vice*)
    Richard A. Rosen (*pro hac vice)*
    Walter Rieman (*pro hac vice*)
    Kyle J. Kimpler (*pro hac vice*)
    Karen R. Zeituni (*pro hac vice*)
    **PAUL, WEISS, RIFKIND,**
    **WHARTON & GARRISON LLP**
    1285 Avenue of the Americas
    New York, NY 10019
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990
    Email: arosenberg@paulweiss.com

Respectfully submitted,

By: /s/ Mark T. Stancil
    Mark T. Stancil (*pro hac vice*)
    **WILLKIE FARR & GALLAGHER LLP**
    1875 K Street, N.W.
    Washington, DC 20006-1238
    Telephone: (202) 303-1133
    Facsimile: (202) 303-2133
    Email: mstancil@willkie.com

Respectfully submitted,

By: /s/J. Ramón Rivera Morales
    J. Ramón Rivera Morales
    USDC-PR Bar No. 200701
    **JIMÉNEZ, GRAFFAM & LAUSELL**
    PO Box 366104
    San Juan, PR 00936-6104
    Telephone: (787) 767-1030
    Facsimile: (787) 751-4068
    Email: rrivera@jgl.com

Respectfully submitted,

By: /s/ Donald Burke
    Lawrence S. Robbins (*pro hac vice*)
    Gary A. Orseck (*pro hac vice*)
    Kathryn S. Zecca (*pro hac vice*)
    Donald Burke (*pro hac vice*)
    **ROBBINS, RUSSELL, ENGLERT,**
    **ORSECK, UNTEREINER & SAUBER LLP**
    2000 K Street, N.W., 4th Floor
    Washington, DC 20006
    Telephone: (202) 775-4500
    Facsimile: (202) 775-4510
    Email: dburke@robbinsrussell.com

*Counsel to the Ad Hoc Group of General Obligation Bondholders*