United States District Court For The District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

**One hundred tenth** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: **71678**

Name and Address: **Nayda Luz Concepción Pérez
Bo. Higuillar Parc. San Antonio
22 C. Dorado P.R. 00646-5707**

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados **18 años**

Cantidad Reclamada **$5,400.00**

Ley **96 Sila Calderón**

Años Reclamados **6 años**

Cantidad Reclamada **$7,200.00**

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema de Retiro de P.R.
2. Informe de Renta Mensual Vitalicio
3. Certificación Años de Servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Nayda Luz Concepción Pérez

Firma: Nayda L. Concepción Perez   Fecha: 01/28/2020