

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | NAYDA L. CONCEPCION PEREZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2006 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 32 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nayda L. Concepción Perez**, con número de seguro social que termina en **0448**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2006 |
| Tiempo Cotizado para la Pensión | 32 años, 0 mes, 1 sem., 4 días |
| Pensión Mensual Inicial | $1,822.50 |
| Pensión Mensual Actual | $1,822.50 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov


SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

| NAYDA L CONCEPCION PEREZ | Núm. Reclamación 41906 | Sexo F | |
|---|---|---|---|
| **Tipo de Renta:** | | **Fecha de Nacimiento** | |
| a- Años de Servicio y edad | c- Incapacidad | 1950 / 8 / 2 | |
| Opcional ( X ) | Ocupacional ( ) | Año / Mes / Día | |
| Obligatorio ( ) | No Ocupacional ( ) | | |
| b. Edad ( ) | d- Diferida ( ) | | |

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 56 / 4 / 19 | 32 - 1 - 4 | $49,870.94 | 2006 / 12 / 20 |
| Años / Meses / Días | Años / Meses / Sem. / Días | | Año / Mes / Día |
| | | | **Fecha de Efectividad** |
| | | | 2006 / 12 / 21 |
| | | | Año / Mes / Día |

Retiro Ley Núm. 91DEL2004

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,430.00 — $1,822.50

.75% x 30 años
(Por ciento)    (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio       Edad        Incapacidad Física
$ _____    $ _____    $ _____    $ _____

Diferencia Mínimo o Renta Sistema de Retiro

[Stamp: APROBADO DE FINANZAS DOCUMENTOS PREINTERVENIDOS 2 3 ENE 2007 ANILDA VAZQUEZ CARABALLO] Diferido

| Renta Mensual Vitalicia | $1,822.50 |
|---|---|
| Renta Anual Vitalicia | $21,870.00 |

Computado: Annie Rivera — 17/1/07 Fecha
Cotejado: Ivonne L Ortiz Valladares — 1/19/07 Fecha
Recomendado: Irma García Hernández, Directora Area Servicios de Retiro — 22/1/2007 Fecha
Aprobado: 24ENE07 Fecha
Dinelia Oyola Morales, Subdirectora Ejecutiva

Fecha: 1/17/2007

jbm

31 de enero del 2020

A quien pueda interesar:

Yo Nayda L. Concepción Pérez, maestra retirada del Departamento de Educación de Puerto Rico considero que debo recibir los beneficios correspondientes a la ley 89 (Romerazo) y la ley 96 (Sila Calderón) del 2,000 , ya que tengo derecho a los mismos. El hecho de no haber recibido estos aumentos me perjudico en mi salario y por ende, la cantidad de dinero que recibo de mi retiro es mucho menor. Entiendo que con el alto costo de vida existente, este dinero que se me retribuya será de gran beneficio para mí y mi familia.

Agradeceré su atención prestada

Respetuosamente,

*Nayda Luz Concepción Pérez*