De: [illegible] Díaz Concepción Pérez
Bo. Higuillar Parc. San Antonio
22C Dorado P.R. 00646-5707



Para: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB -3 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.