27 de enero - 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos

Estimada Secretaría:

Yo, Inés González Cruz, estoy reclamando el aumento de $200.00 de la Ley Promesa #89 el Romerazo y #96 de Sila Calderón, que se desglosa $100.00 de la Ley #96 y $100.00 de la Ley #89.

Trabajé como maestra en el Dept. de Educación del Estado Libre Asociado de P.R. deste enero del 1978, hasta mayo del 2008.

att:
Inés González Cruz

27 de enero - 2020

Secretaría (Clerk's Office)
Tribunal del Distrito de los
Estados Unidos.

Estimada Secretaría:

Yo, Inés González Cruz, como parte de la demanda Ley Promesa. Según solicitado los siguientes datos.

Datos de contactos:
- Inés González Cruz
- Ext. Rexville
  G2-3 Calle 15A
  Bay. P.R. 00957
- 787-797-0203 / 787-484-2658
  inesgonzalezcruz@gmail.com

att.
Inés González Cruz