**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Gonzalez Cruz, Ines | 117480 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Gonzalez Cruz, Ines | 117480 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Inés González Cruz**, con número de seguro social que termina en 3182.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2008 |
| Tiempo Cotizado para la Pensión | 30 años, 4 mes, 1 sem., 0.5 días |
| Pensión mensual Inicial | $1,877.45 |
| Pensión Mensual Actual | $1,877.45 |

Esta certificación se expide hoy, 3**1 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

| Rev.GIFT 10-MAR-08 | | Estado Libre Asociado de Puerto Rico Sistema de Retiro para Maestros | | Mes-Día-Año Fecha Radicación 28-feb-08 |
|---|---|---|---|---|
| Núm de Caso 431-A | | INFORME RENTA ANUAL VITALICIA | | Fecha Vencimiento 19-sep-08 |

Página 2

GONZALEZ CRUZ INES
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social | 20-ABRIL-1953 Fecha Nacimiento Mes-Día-Año | MA ELEM - BAYAMON Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 7,509.79 / 3 = $ 2,503.26 x 75.0% = - x 0.000 = $ 1,877.45 x 12 = $ 22,529.34
   Sueldos más altos   años   Promedio Sueldos   Por Ciento
   22,529.40

B. Ajuste de 0%   $ - x 0% = $ -   APORTACIÓN INDIVIDUAL

C. Pensión Ajustada   $ - x 12 = $ -   $ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,480.00 | $ 29,760.00 | | Efectividad Pensión | 2008 | 7 | 29 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1953 | 4 | 20 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,480.00 | Edad al Retirarse | 55 | 3 | 9 |
| 12 | 0 | 20 | $ 2,480.00 | $ 29,760.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 240 | = | - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 20 | = | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,480.00 | Semanas | 0 x 5 | = | - |
| | | | | | | Días | 0 x 1 | = | 0.0000 |
| 5 | 1 | 20 | $ 2,480.00 | $ 12,524.00 | | | | | |
| 6 | 0 | 20 | $ 2,580.00 | $ 15,480.00 | | | | | |
| 0 | 19 | 20 | $ 2,730.00 | $ 2,593.50 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 365 | = | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,549.79 | Meses | 0 x 30 | = | - |
| | | | | | | 4 Sem | 0 x 29 | = | - |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem | 0 x 22 | = | - |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 x 15 | = | - |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 x 7 | = | - |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 x 1 | = | - |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | | | Nombre | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma | | Fecha | |

Sueldo Total para Promedio $ 90,117.50   $ 7,509.79

Revisado por:
Nombre
Firma   Fecha

**Servicios Acreditados**

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 4 | 1 | 0.5 |

2999395

Rev.GIFT 10-MAR-08

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

| Mes-Día-Año | |
|---|---|
| Fecha Radicación | 28-feb-08 |
| Fecha Vencimiento | 19-sep-08 |

Núm de Caso: 431-A

# INFORME RENTA ANUAL VITALICIA

GONZALEZ CRUZ INES — Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: 2

Sexo: ☑ Femenino ☐ Masculino

20-ABRIL-1953 — Fecha Nacimiento (Mes-Día-Año)

MA ELEM - BAYAMON — Categoría y Pueblo

Ley 91 del 2004 — Retiro Ley Núm.

Dirección Postal: EXT REXVILLE
G 2- 3 CALLE 15 A
BAYAMON PR 00957

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida ☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 55 | 3 | 9 | 30 | 4 | 1 | 0.5 | $ 52,481.96 | $ 1,877.45 | $ 22,529.40 |

Fecha de Renuncia: 28-jul-08 — Último Día de Pago: 28-jul-08

Fecha Efectividad Pensión (Mes-Día-Año): 29-jul-08 — Cierre de Nómina: 12-sep-08

Fecha Primer Pago Pensión (Mes-Día-Año): 30-Sep-08 — Importe $ 1,877.45

Pago Global Retroactivo (Mes-Día-Año): Desde 29-jul-08 — Hasta 15-sep-08 — Importe Total $ 2,997.86

## DESGLOSE DE DESCUENTOS

| | Clave | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 2,997.86 | $ 1,877.45 |
| Menos Descuentos: | | Descuento | Descuento |
| Préstamos: | | | |
| Personal (PP) | 47-000 | 224.58 | 149.72 |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| Finanzas | 67-059 | | |
| | | - | |
| Aport. Individual 9% (Clave 26-001) | | | - |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 2,773.28 | $ 1,727.73 |

AREA DE RETIRO — DOCUMENTOS PREINTERVENIDOS — SEP 18 2008 — NOMBRE: PEGGY FRANCO RAMIREZ — FIRMA:

Bonos:
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.

JORGE I. ROHENA GOTAY — Nombre del Empleado — Firma — 4-sep-2008 Fecha

NORMA PEÑA AGOSTO — Nombre Supervisor — Firma — 5-Sep-08 Fecha

## PREINTERVENCION DE DOCUMENTOS

Verificación de:
☐ Exactitud
☐ Legalidad
☐ Firmas
☐ Otros

AREA DE RETIRO — DOCUMENTOS PREINTERVENIDOS — SEP 5 2008 — NOMBRE: — FIRMA: Brendally Ledoux Mirabal

## USO DIRECTOR(A) AREA RETIRO

Aprobado por: Wanda Santiago López — Nombre Director(a) o Representante Autorizado

Firma — 9/08/08 Fecha (Mes-Día-Año)

## USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina — Mes 9 ☐ 1ra ☑ 2da

Nombre Empleado: Wanda I. Rodriguez — Firma — 9-9-08 Fecha (Mes-Día-Año)

Nómina Pago Global — Mes 9 ☐ 1ra ☑ 2da ☐ Off Cycle ☑ Pay Line

Nombre Empleado: MARIANELA GONZALEZ MARTINEZ — Firma — 15/9/08 (Mes-Día-Año) Fecha

Juan Agosto Castro — Nombre Supervisor — Firma — 2 Octubre 2008 Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.