Inés González Cruz
Ext. Rexville
Calle 15 A-G 2-3
Bayamón P.R. 00957





7019 2970 0002 3044 5573

Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB -3 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

