31 de enero de 2020

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No.17BK 3283-LTS<br>(Jointly Administered) |
| As representative of<br>THE COMMONWEALTH OF PUERTO RICO, ET al., | This Filing relates to the<br>Commonwealth, HTA, and<br>ERS |
| Debtors. | |

El motivo para unirme a la Objeción Global es, qué el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud Formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicito Muy respetuosamente a este tribunal que este dinero sea devuelto.

Julio A. Valdes De Jesús
Urb. Country Club Calle 232 HG-34
Carolina, Puerto Rico 00982
Teléfono: (787) 594-8875
Correo Electrónico: juliovaldes11@yahoo.com

RECEIVED & FILED
2020 FEB -3 PM 3: 25
CLERK'S OFFICE