Julio A
Urb. Country Club
Calle 232 HG-34
Carolina P.R. 00982

UNITED STATES POSTAL SERVICE
1000
00918
U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00985
JAN 31, 20
AMOUNT
$1.20
R2305K132908-25

Hon. Laura Taylor Swain
Secretaria (Clerks Office)
Tribunal De Distrito De Los Estados Unidos
Distrito Puerto Rico
150 Carlos Chardon Street
Federal Buildings
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 FEB -3 PM 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.