# EVIDENCIA DE RECLAMACIÓN

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

| | | Case No. | Petition Date: |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

**Proof of Claim / Evidencia de reclamación**    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   Nilda Estrella Santiago Hernandez

   Name of the current creditor (the person or entity to be paid for this claim) / Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410    Proof of Claim    page 1

**12. Is this claim subject to a right of setoff?**
¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**
¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

### Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar o indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _22 - junio - 20/5_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _illegible_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name
First name / Primer nombre ___ Middle name / Segundo nombre ___ Last name / Apellido ___

Title / Cargo ___

Company / Compañía ___
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección
Number / Número ___ Street / Calle ___
City / Ciudad ___ State / Estado ___ ZIP Code / Código postal ___
Contact phone / Teléfono de contacto ___ Email / Correo electrónico ___

Modified Official Form 410 — Proof of Claim — page 4

# CARTA DE RENUNCIA A MI POSICIÓN DE MAESTRA EN EL DEPARTAMENTO DE EDUCACIÓN DE PR

DEPARTAMENTO DE EDUCACION
ESCUELA DE LA COMUNIDAD
MANUEL FERNANDEZ JUNCOS
JUANA DIAZ, P.R.

23 de junio de 2000

Sra. Edith Rivera
Directora de Escuela
Juana Díaz, P.R.

Estimada Senóra Edith Rivera:

    Por la presente solicito se acepte mi RENUNCIA de la Plaza Maestra Elemental que ocupo en el Distrito Escolar de Juana Díaz para ser efectiva el día 31 de julio de 2001.

    Motiva esta peticion de renuncia las razones expuestas a continuacion:

Retiro Temprano.

Atentamente,

_____
FIRMA

# TALONARIO DE CHEQUE Y COMPROBANTE DE PENSIÓN COMO MAESTRA DEL DEPARTAMENTO DE EDUCACIÓN DE PR

**Estado Libre Asociado de Puerto Rico**
592 - JUNTA RETIRO MAESTROS PENSIONA

Grupo de Pago: SM-Quincenal
Desde: 03/16/2006
Hasta: 03/31/2006

Business Unit: PUERT
Aviso #: 1850591
Fecha Aviso: 03/30/2006

NILDA E SANTIAGO HERNANDEZ
URB JACAGUAX
90 CALLE 1
JUANA DIAZ, PR 00795
SS:

# Empleado:
Depto: 592110-Por Mérito Ley 44
Lugar: PENSIONADOS LEY 44 02700
Título: Pensionado
Sueldo: $1,403.33 Monthly

DATA IMP: Federal   PR
Estado Civil: Single   Single
Concesiones: 0   0
Per. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripción | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 3,635.97 | 81.25 | 701.67 | 487.50 | 4,210.02 |

## IMPUESTOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 48.28 | 289.68 |

Total: 81.25 701.67 487.50 4,210.02    Total: 48.28 289.68

## DEDUCCIONES GENERALES

| Descripción | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Coop-Ret Mae | 32.09 | 192.54 |
| SM-SSS PR Inc | 35.90 | 213.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 100.00 | 300.00 |

Total: 0.00 0.00   Total: 67.99 405.54   * Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 701.67 | 4,210.02 |
| Total Impuestos | 48.28 | 289.68 |
| Deducciones Totales | 67.99 | 405.54 |
| Paga Neta | 585.80 | 3,514.80 |

### DISTRIBUCION PAGA NETA
Aviso #1850591   585.80
Total:   585.80

**PTO HORAS   ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donado:
+ Ajustes:
Balance Final: 0.0

MENSAJE:

Estado Libre Asociado de Puerto Rico
592 - JUNTA RETIRO MAESTROS PENSIONA

Fecha: 03/30/2006

Aviso No. 1850591

Cant. Deposito: $585.80

A la Cuenta(s) De:
NILDA E SANTIAGO HERNANDEZ
URB JACAGUAX
90 CALLE 1
JUANA DIAZ, PR 00795

Location: PENSIONADOS LEY 44 02700

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Número de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 181 | $585.80 |

Total: $585.80

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/13/99 |
| Hasta: | 09/24/99 |

| # Cheque: | 0992939 |
|---|---|
| Fecha: | 09/30/99 |

NILDA E SANTIAGO HERNANDEZ
URB JACAGUAX
CALLE 1 #90
JUANA DIAZ PR 07950000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Manuel Fernandez Juncos |
| Titulo: | M.Elemental |
| Sueldo: | $1,775.00 Mensual |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 887.50 | 120.00 | 15,975.00 | |
| **Total:** | | **887.50** | **120.00** | **1,775.00** | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 80.67 | 1,413.34 |
| Fed Withholdng | 0.00 | 0.00 |
| **Total:** | **80.67** | **161.34** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 62.13 | 124.26 |
| **Total:** | **62.13** | **1,118.26** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 97.33 | 194.66 |
| SM-Fed Maestros de PR | 24.00 | 48.00 |
| DM-FONDOS UNIDOS | 1.00 | 2.00 |
| SC-TRANS OCEANIC LIFE | 14.88 | 29.76 |
| GPR Plan de Ahorros | 26.63 | 53.26 |
| **Total:** | **163.84** | **327.68** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Fed Maestros de PR | 40.00 | 40.00 |
| GPR Plan de Retiro de Maestro | 75.44 | 150.88 |
| FSRD Disability Plan | 15.09 | 30.18 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 887.50 | 80.67 | 225.97 | 580.86 |
| Acumulado: | 1,775.00 | 161.34 | 1,445.94 | 1,161.72 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #0992939 | 580.86 |
| **Total:** | **580.86** |

MENSAJE: "PROTEGE TU VIDA, USA EL CINTURON DE SEGURIDAD"