




90-1 Urb. Jacaguax
Juana Díaz, Puerto Rico
00795

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 FEB -3 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.