31 de enero de 2020

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No.17BK 3283-LTS (Jointly Administered) |
| As representative of THE COMMONWEALTH OF PUERTO RICO, ET al., | This Filing relates to the Commonwealth, HTA, and ERS |
| Debtors. | |

El motivo para unirme a la Objeción Global es, qué el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud Formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicito Muy respetuosamente a este tribunal que este dinero sea devuelto.

*[firma]*
Sandra López Rodríguez
HC2 Box 14684
Carolina, Puerto Rico 00987
Teléfono: (787) 479-8202
Correo Electrónico: sandraivan2007@hot mail.com

RECEIVED & FILED 2020 FEB -3 PM 3: 25