Sandalio I Lopez Rodriguez
HC 2 Box 14684
Carolina PR 00987
RECEIVED & FILED
2020 FEB -3 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN N.V.S.

Hon. Laura Tay lor Swain
Secretaria Clerts office
Tribunal de distrito de los
Estados Unidos Para distrito P.R.
150 Carlos chardon Street
Federal Bui ding
San Juan PR 00 918-1767





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00985
JAN 31, 20
AMOUNT
$1.00
R2305K132908-25