30 de enero de 2020

Hon. Laura Tailor Swain
Secretaria
Tribunal de Distrito de los Estados Unidos
para Distrito de Puerto Rico

Saludos cordiales:

Remito los documentos solicitados en la reclamación de Promesa, los cuales tenían un término hasta el 14 de enero de 2020. La razón por las cuales son remitidos a la fecha de hoy responde, a motivos de salud, los cuales me impidieron realizar los trámites para conseguir la información solicitada en el tiempo establecido.

Gracias por la atención que puedan brindar a este asunto.

Cordialmente,

Ramón Hernández Rivera

27 de enero de 2020

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | **This filing relates to the Commonwealth, HTA, and ERS** |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Ramón Hernández Rivera
Vista Alegre 42 Calle las Flores
Bayamón, Puerto Rico 00959
Teléfono: 787-232-7723
Correo Electrónico: gmrivera1966@yahoo.com