RAMON HERNANDEZ RIVERA
VISTA ALEGRE
42 CALLE LAS FLORES
BAYAMON PR 00959

RECEIVED & FILED
2020 FEB -3 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HON LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS EU
PARA DISTRITO DE PR
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918 1767

