31 de enero de 2020.

Marian B. Ramirez Rivera
Deputy Clerk

Estimados Señores:
     Por este medio les indico el porque de la
Objeción global. Yo recibo beneficios del seguro
social por incapacidad desde el 2012. Solicité
la pensión de retiro por incapacidad y me la
denegaron dos veces el Sistema de Retiro del
Gobierno. Creo que tengo derecho a la pensión
por incapacidad del gobierno y quiero recla-
mar ese derecho que me corresponde por ley.
Envie copia de la Sotencia de mi caso dond
se indica lo que constituye una acción
legal para el otorgamiento de los beneficios d
retiro por incapaidad laboral. En este docume
to le explica que mi caso está paralizado ye
espera de ser liberado para acudir al Tribuna
de Apeleciones en cumplimiento al mandato
de la ley federal Promesa y en considera-
ción a las leyes de Puerto Rico.
     Espero se tome en consideración mi caso, gra
atentamente,
Alma R. Ruiz Guardado

**Prime Clerk**
Grand Central Station PO Box 4850
New York, NY 10163-4850



U S POSTAGE PITNEY BOWES

ZIP 11232  $ 000.35⁰
02 4W
0000349804 JAN 17 2020

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 12/30/2019
Proof of Claim No.: 172839

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

ALVIN R. RIVERA GUARDIOLA
UNIVERSITY GARDENS
G 12  CALLE TEKA
ARECIBO, PR 00612

## La nueva cantidad de su beneficio

**NOMBRE DEL BENEFICIARIO:** ALVIN R RIVERA GUARDIOLA

Sus beneficios de Seguro Social aumentarán un **1.6%** en el 2020 debido a un aumento en el costo de vida. Puede usar esta carta cuando necesite prueba de la cantidad de su beneficio para recibir ayuda con alimentos, alquiler o de energía eléctrica y gas. También la puede usar como prueba de ingresos para solicitar préstamos bancarios u otras transacciones. Guarde esta carta junto con sus otros documentos importantes.

### ¿Cuándo y cuánto recibiré en beneficios?

- La cantidad de su beneficio mensual (antes de deducciones) es — **$1,036.60**
- La cantidad que deducimos para el seguro médico de Medicare es (Si no tenía — **$119.60**
  Medicare a partir del 22 de noviembre de 2019, o si alguien más paga su prima
  mensual, mostramos $0.00.)
- La cantidad que deducimos para pagar la prima mensual del plan de Medicamentos
  Recetados de Medicare es (Le haremos saber si esta cantidad cambia para el 2020. Si — **$0.00**
  no solicitó alguna retención a partir del 1 de noviembre de 2019, mostramos $0.00.)
- La cantidad que voluntariamente solicitó que retuviéramos para pagar impuestos
  federales es (Si no solicitó que se retuvieran impuestos voluntarios a partir — **$0.00**
  del 22 de noviembre de 2019, mostramos $0.00.)
- Después de todas las deducciones, usted recibirá alrededor del — **$917.00**
  22 de enero de 2020.

Si no está de acuerdo con alguna de estas cantidades, debe escribirnos dentro de 60 días a partir de la fecha en que reciba esta carta. O visite *www.ssa.gov/non-medical/appeal* (solo disponible en inglés) para apelar por internet. Nos dará gusto de revisar las cantidades.

Si todavía recibe sus beneficios por cheque y quiere cambiar a un pago electrónico, por favor visite el sitio de internet *http://fiscal.treasury.gov/GoDirect/espanol* titulado Directo a Su Cuenta Bancaria del Departamento del Tesoro de los EE. UU.

### ¿Qué hago si tengo alguna pregunta?

- Visite nuestro sitio de internet *www.segurosocial.gov*
- Llámenos gratis al **1-800-772-1213** (TTY **1-800-325-0778**)
- Comuníquese con su oficina del Seguro Social más cercana

880 ISAAC CRUZ STGO ST
ARECIBO PR 00612

### Otra ayuda para personas de tercera edad

Llame al servicio de Localizador de cuidado para personas de tercera edad que ofrece la

*Cuadro:(787) 474-____*
*R.uzon@ramajudial.Pr*
*(787) 641-6___*
*Webmaster1@ramajudial.Pr*

Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE APELACIONES**
REGIÓN JUDICIAL DE SAN JUAN Y CAGUAS
PANEL IV

| | |
|---|---|
| ALVIN RIVERA GUARDIOLA<br><br>Recurrente<br><br>v.<br><br>ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO<br><br>Recurrida | REVISIÓN JUDICIAL procedente de la Junta de Síndicos de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura |
| KLRA201700593 | Caso Núm.: 2014-03481 |
| | Sobre: Incapacidad ocupacional, incapacidad no ocupacional. |

Panel integrado por su presidenta, la Jueza Jiménez Velázquez, la Jueza Cintrón Cintrón y la Jueza Rivera Marchand.

*Jiménez Velázquez, jueza ponente.*

## SENTENCIA
### (ARCHIVO ADMINISTRATIVO)

En San Juan, Puerto Rico, a 6 de diciembre de 2017

Tras evaluar el expediente del recurso de epígrafe, que versa sobre la revisión de una *Resolución* de la Junta de Síndicos de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura, destacamos que la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura, por voz del Procurador General de Puerto Rico, ha solicitado la paralización de los procedimientos apelativos, luego de haber hecho reserva de su derecho apelativo de revisión. En consideración a dicha petición y al derecho aplicable, ordenamos la paralización de los procedimientos apelativos.

Nos explicamos.

La paralización de los procedimientos apelativos con relación a la revisión de la *Resolución* de la Junta de Síndicos emitida el 27 de abril de 2017, está fundamentada en la petición presentada por

el Estado Libre Asociado de Puerto Rico al amparo del Título III de la ley federal *Puerto Rico Oversight Management and Economic Stability Act* (PROMESA), 48 USC 2101 *et. seq.*

La presentación de la petición de quiebras el 3 de mayo de 2017, por el Gobierno de Puerto Rico, a través de la Junta de Control Fiscal, en *In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., Debtors*, PROMESA, Title III, 17 BK 3283-LTS, activó la paralización automática de todo litigio o procedimiento, de naturaleza judicial o administrativa contra el deudor, a saber, el Estado Libre Asociado de Puerto Rico, que establece la sección 362 del Código Federal de Quiebras. 11 USC sec. 362.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y de la Judicatura de Puerto Rico es una agencia del Estado Libre Asociado de Puerto Rico, deudor que ha solicitado la protección del Título III de PROMESA.

Toda vez, que la reclamación del señor Alvin Rivera Guardiola constituye una acción legal para el otorgamiento de los beneficios de retiro por incapacidad laboral, luego de trabajar durante 26 años en el Departamento de Salud, contra el deudor que no cumple con las excepciones a la paralización automática contenidas en la sección 362(b)(4) del Código Federal de Quiebras, es necesario y mandatorio paralizar los trámites apelativos de la causa de epígrafe. 11 USC sec. 362(b)(4).

Apercibimos al señor Alvin Rivera Guardiola, y en particular, a su representación legal, que cualquiera de las partes, podría acudir oportunamente ante el Tribunal Federal de Quiebras para el Distrito de Puerto Rico, en el caso *In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., Debtors*, supra, a solicitar el

KLRA201700593                                                3

relevo de la paralización automática (*Order of Relief from the Automatic Stay*), en el recurso que nos ocupa.

Dicha parte, también, tiene la opción de gestionar el relevo de la paralización al darle cumplimiento a las directrices contenidas en el Párrafo III, inciso Q del *Third Amended Case Management Procedures*, emitido por la Hon. Laura Taylor Swain, en el aludido caso federal de quiebras.

Al así proceder, reconocemos al señor Alvin Rivera Guardiola, la reserva de su derecho apelativo de revisión judicial ante este foro. Es decir, nos reservamos nuestra jurisdicción para decretar la reapertura de este recurso, conforme a derecho, en la eventualidad que por razón de ley, o por orden del Tribunal Federal de Quiebras, se deje sin efecto la paralización, y la parte interesada acuda ante este foro para la continuación de los procedimientos apelativos. Reiteramos que la reapertura y la continuación de los procedimientos apelativos tienen que llevarse a cabo conforme a derecho, a saber, en cumplimiento al mandato de la ley federal PROMESA y en consideración a las leyes de Puerto Rico.

Por las razones antes expresadas, se ordena la paralización de los procedimientos ante este foro apelativo en la causa de epígrafe.

**Notifíquese inmediatamente a todas las partes, por correo electrónico, y luego por la vía ordinaria.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO ("ERS"),

Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

(Jointly Administered)

-----------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).



```
-----------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),

                Debtor.

```
-----------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3567-LTS

(Jointly Administered)

### NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III
### OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST,
PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 21, 2017 ("ERS's Petition Date"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as ERS's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition ("ERS's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 21, 2017, the Puerto Rico Highways and Transportation Authority ("HTA," and together with ERS, the "Debtors"), by and through the Oversight Board, as HTA's representative pursuant to PROMESA section 315(b), filed a petition ("HTA's Petition," and together with ERS's

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

Petition, the "<u>Petitions</u>") with the Court under title III of PROMESA.  The filings of the Petitions constitute orders for relief under title III of PROMESA.

On June 29, 2017, the Court entered an order jointly administering of the title III cases (the "<u>Title III Cases</u>"), for procedural purposes only with the title III cases of the Commonwealth of the Puerto Rico (the "<u>Commonwealth</u>") and the Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>"), pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

## General Case Information

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "<u>Claims and Noticing Agent</u>") at https://cases.primeclerk.com/puertorico (the "<u>Case Website</u>") or by contacting the proposed Claims and Noticing Agent directly at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers).  You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

## Purpose of the Title III Cases

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as ERS and HTA) that has encountered financial difficulty to work with its creditors to adjust its debts.  To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "<u>Bankruptcy Code</u>") are incorporated in and made applicable to cases under title III of PROMESA.



During these Title III Cases, the Debtors will remain in possession and control of their property, and will continue to maintain their functions and provide services for the benefit of the residents of Puerto Rico.  Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases.  Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors.  In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts.  Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court.  The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [Case No. 17-3283, D.I. 1], attached to the Commonwealth's title III petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

## Motion to Limit Notice

The Court also entered an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

## Inquiries

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).



## THIS PAGE IS LEFT INTENTIONALLY
## BLANK

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

-----------------------------------------------------------x

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

Como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO,
*et al.*,

Deudores.[1]

PROMESA
Título III

No. 17 BK 3283-LTS

(Administración Conjunta)

-----------------------------------------------------------x

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

Como representante del

SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO,

Deudor.

-----------------------------------------------------------x

PROMESA
Título III

No. 17 BK 3566-LTS

(Administración Conjunta)

---

[1] Los Deudores en estos casos bajo el Título III de PROMESA, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474); (iii) el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra No. 17 BK 3566-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 9686); y (iv) la Autoridad de Carreteras y Transportación ("HTA") Caso de Quiebra No. 17 BK 3567-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3808).

00477371; 1



```
-------------------------------------------------------x
```

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

      Como representante de la

AUTORIDAD      DE      CARRETERAS      Y
TRANSPORTACIÓN DE PUERTO RICO,

          Deudor.

PROMESA
Título III

No. 17 BK 3567-LTS

(Administración Conjunta)

```
-------------------------------------------------------x
```

## NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 21 de mayo de 2017 (la "Fecha de la Petición del ERS"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "ERS" por su siglas en inglés), por conducto de y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ERS a tenor con el artículo 315 de la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del ERS") bajo el Título III de PROMESA ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

---

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

00477371; 1

El 21 de mayo de 2017, la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA" por su siglas en inglés y conjuntamente con el ERS, los "Deudores"), por conducto de y a través de la Junta de Supervisión, como representante de HTA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de HTA", y conjuntamente con la Petición del ERS, la "Peticiones") bajo el Título III de PROMESA. La radicación de las Peticiones constituye órdenes de remedio bajo el Título III de PROMESA.

El 29 de junio de 2017, el Tribunal emitió una orden para la administración conjunta de los casos bajo el Título III (los "Casos Título III") junto a los casos bajo el Título III del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") y de la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), para propósitos procesales solamente, según permite la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III se encuentran ante la consideración de la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al propuesto Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

00477371; 1

## Propósito del Caso de Título III

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad territoriales cubierta (como lo son ERS y HTA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el Título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades territoriales se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición del Estado Libre Asociado bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [Caso

00477371; 1

Núm. 17-3283, D.I. 1], anejada a la petición bajo el Título III del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

### La Paralización Automática

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

### Moción Solicitando Limitar Notificaciones

El Tribunal también emitió una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una

descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

00477371; 1

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 447855

EPOC ID: 17032830103605

Debtor Commonwealth of Puerto Rico has listed your claim as their creditors list on Schedule F Employee Obligations as a Contingent, Unliquidated general unsecured claim in Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F Obligaciones de Empleados como un reclamo Contingente, Sin liquidar, no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como una reclamación para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | RIVERA GUARDIOLA, ALVIN R.<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

170328301036054

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

- ☑ No / No
- ☐ Yes. From whom?
  Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

561

RIVERA GUARDIOLA, ALVIN R.
UNIVERSITY GARDENS
G 12 CALLE TEKA
ARECIBO, PR  00612

(939) 274-3852
Contact phone / Teléfono de contacto

alvinrivera776 @ yahoo.Com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre _____

Number / Número _____  Street / Calle _____

City / Ciudad ____  State / Estado ____  ZIP Code / Código postal ____

Contact phone / Teléfono de contacto _____

Contact email / Correo electrónico de contacto _____

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

- ☑ No / No
- ☐ Yes. Claim number on court claims registry (if known)
  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
  Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

- ☑ No / No
- ☐ Yes. Who made the earlier filing?
  Sí. ¿Quién hizo la reclamación anterior?_____

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

- ☐ No / No
- ☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
  Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

  Retiro del gobierno.

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

- ☑ No / No
- ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

  Vendor / Contract Number | Número de proveedor / contrato: _____

  List any amounts due after the Petition Date (listed above) but before June 30, 2017:
  Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$_____

**Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Pension del gobierno_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$_____

Modified Official Form 410

Proof of Claim

page 3

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property / Sí. Identifique el bien: _Pensión del gobierno_

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $ _____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _Dic. 20 2019_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Alvin R. Rivera Guardiola_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: _Alvin_ _Rezzel_ _Rivero Guardiola_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: _Beneficios Seguro Social (Incapacidad)_

Company / Compañía: _____

Identify the corporate servicer as the company if the authorized agent is a servicer. Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: _Calle G12_  _University Gardens_
Number / Número    Street / Calle

_Arecibo_  _P.R._  _00612_
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto: _(939) 274-3852_  Email / Correo electrónico: _alvinriver7762@yahoo.c_

---

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GUARDIOLA, ALVIN RIVERA | 49316 | 6/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $100,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GUARDIOLA, ALVIN RIVERA | 49316 | 6/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $100,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000461

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | |

### NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 27, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 27 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.



Alvin R. Rivera Guardiola
University Gardens
Calle Teke G-12
Arecibo, P.R. 00612

RECEIVED & FILED
2020 FEB -3 PM 3: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.



Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767

