29 de enero de 2020

Hc-1 Box 7530

Villalba, PR. 00766

Reciban un cordial saludo:

El objetivo de la presente es para notificar que yo Elides De Jesús Colón con ss xxx-xx-6715 certifico que el correo electrónico elidesdj@gmail.com adjunto en el sistema para la reclamación No. 80561 fue escrito incorrectamente. El correo electrónico correcto es dejesuselides10@gmail.com.

Espero que pueda ser corregido.

Cordialmente,

*[signature: Elides De Jesús Colón]*

Elides De Jesús Colón

RECEIVED & FILED
2020 FEB -3 PM 3:25
CLERK'S OFFICE

TO WHOM IT MAY CONCERN:

I am submitting documentation on a REPLICA related to the Case No. 17 BK 3283-LTS appointed at the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

Claim #76805 and Claim #80561

I understand that the dateline was January 14, 2020, but I am hoping that you accept my REPLICA based on some facts:

These are legal matters for which I have no knowledge or experience. I looked for ways and means to comply with the dateline, but it was not possible.

When I finally found a person who could help me, we were going through the events of earthquakes that hit the south of Puerto Rico. I live in the municipality of Villalba, which is in the south central part of the island and the earthquakes and aftershocks affected us.

I also had to go through a surgical intervention on the 8th of January. (See evidence attached).

I expect that you understand my situation and accept my REPLICA.

Thank you,

Elides De Jesús Colón

January 27, 2020

**INSTITUTO OFTALMOLOGICO**
**MILTON E IRIZARRY QUIÑONES MD**
**EDIFICIO ZAMORA**
**44 CALLE MAYOR**
**PONCE PR 00730-3761**
**TELS: 787-848-5353/848-5354**

**INSTRUCCIONES CIRUGIA CATARATA**

Usted ha escogido someterse a una cirugía de catarata el día

<u>8 DE ENERO DE 2020</u>, la cual se llevará a cabo en:

**CARIBBEAN SURGERY CENTER**
**8024 CALLE CONCORDIA**
**OFICINA 100**
**URB SANTA MARIA**
**\*\*FRENTE AL RESTAURANT PIZZA HEAVEN\*\***
**TELEFONO: 787-812-2218**

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

| | |
|---|---|
| ELIDES DE JESÚS COLÓN | PROMESA |
| HC-1 BOX 7530 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (787) 238-4571 | No. de Reclamación: 80561 |
| elidesdj@gmail.com | |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como trabajadora social en el Departamento de la Familia de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los maestros del Departamento de Educación (DE) de Puerto Rico. Este incentivo

nunca se pagó. Durante el término de esa ley (2001-2005), yo era empleada del Departamento de la Familia (DF) del Gobierno de Puerto Rico. De acuerdo con mis cálculos, el período comprende 4 años (2001-2005) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$300.00 del año escolar 2001-2002

$300.00 del año escolar 2002-2003

$300.00 del año escolar 2003-2004

$300.00 del año escolar 2004-2005

Cantidad adeudada estimada: $1,200.00

*[signature]*
Elides De Jesús Colón