# EVIDENCIA DE RECLAMACIÓN

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form).** /
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☑ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación                                      04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalda la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   Elides De Jesus Colon
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410          Proof of Claim                                    page 1

| | |
|---|---|
| 12. Is this claim subject to a right of setoff? ¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property / Sí. Identifique el bien: ____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $____<br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** **Sign Below / Firmar a continuación**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el 06/22/2018 (MM/DD/YYYY) (DD/MM/AAAA)<br><br>Signature / Firma [signature]<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**<br><br>Name: Eliclés (First name / Primer nombre) De Jesús (Middle name / Segundo nombre) Colón (Last name / Apellido)<br><br>Title / Cargo ____<br><br>Company / Compañía ____<br>Identify the corporate servicer as the company if the authorized agent is a servicer. Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección: Bo Vacas Sector Vista Alegre (Number / Número, Street / Calle)<br>Villalba (City / Ciudad) PR (State / Estado) 00766 (ZIP Code / Código postal)<br><br>Contact phone / Teléfono de contacto (787)236-4571 Email / Correo electrónico ____ |

# CARTA DE RENUNCIA AL DEPARTAMENTO DE LA FAMILIA COMO EVIDENCIA DE LOS AÑOS QUE LABORÉ COMO TRABAJADORA SOCIAL EN ESA AGENCIA DEL GOBIERNO DE PUERTO RICO

**DEPARTAMENTO DE LA FAMILIA**
**OFICINA LOCAL VILLALBA**

Sr. Esteban Pérez Ubieta
Administrador ADSEF
Departamento de la Familia
San Juan, Puerto Rico

Sr. Israel Burgos Vélez
Director Regional
Ponce, Puerto Rico

Sr. Miguel A. De Jesús Ocasio
Director Local Villalba

Sra. Elides De Jesús Colón
TASF III

25 de enero de 2011

**RENUNCIA POR MERITO CON 75%, LEY 70.**

Efectivo el 31 de enero de 2011 presento mi renuncia como TASF III en ADSEF, en la Local de Villalba, para acogerme a los beneficios de una pensión por merito con un 75%, Ley 70 del 2 de julio de 2010.

Gracias anticipadas por la atención prestada a este asunto.

## CERTIFICACIÓN DE EMPLEO EN EL DEPARTAMENTO DE LA FAMILIA DEL GOBIERNO DE PUERTO RICO



DEPARTAMENTO DE LA FAMILIA
OFICINA LOCAL VILLALBA

24 DE ENERO DE 2011

CERTIFICO CORRECTO

| | | |
|---|---|---|
| NOMBRE DEL EMPLEADO | : | ELIDES DE JESUS COLON |
| FECHA COMENZO EN EMPLEO | : | 11 DE NOVIEMBRE DE 1975 |
| STATUS | : | PERMANENTE |
| SUELDO ACTUAL | : | $2,192.00 MENSUAL |
| DIRECCION FISICA | : | CENTRO GUBERNAMENTAL LA VEGA, OFICINA 101 VILLALBA, PUERTO RICO |
| **CERTIFICO CORRECTO** | : | MIGUEL A. DEJESUS OCASIO DIRECTOR LOCAL TEL – (787) 847-2290 |

## COMPROBANTE DE PENSIÓN DEL SISTEMA DE RETIRO DE EMPLEADOS DEL GOBIERNO DE PUERTO RICO

| | |
|---|---|
| Gobierno de Puerto Rico | Grupo de Pago: SM-Quincenal |
| 530 - RETIRO CENTRAL PENSIONADOS | Desde: 09-16-2018 |
| | Hasta: 09-30-2018 |
| | Business Unit: PUERT |
| | Aviso #: 7081279 |
| | Fecha Aviso: 09/28/2018 |

| | |
|---|---|
| ELIDES DE JESUS COLON | # Empleado: |
| HC 1 BOX 7530 | Dept: 530460-Empleados-Ley 70-OPCION 4-C |
| VILLALBA PR 00766-9357 | Lugar: L8Y 70- 2 JULIO 2010 |
| | Titulo: Pensionado |
| SS: XXX-XX-6715 | Sueldo: $1,633.58 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripción | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 816.79 | 1,462.50 | 14,702.72 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | **816.79** | **1,462.50** | **14,802.72** |

### IMPUESTOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripción | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripción | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### BENEFICIOS PATRONALES PAGADOS

| Descripción | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 100.00 |
| SM-MMM Advantage | 0.00 | 100.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 816.79 | 0.00 | 0.00 | 816.79 |
| Acumulado: | 14,802.72 | 0.00 | 0.00 | 14,802.72 |

### HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| + Ajuste: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7081279 | 816.79 |
| **Total:** | **816.79** |

MENSAJE:

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 • 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 • Fax 787-764-6058 • coaresanjuan@retiro.pr.gov • www.retiro.pr.gov
ContactoRetiro 787-777-1500 • Isla 1-877-777-2020 • TelePréstamo 787-957-8181

---

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
09/28/2018

Aviso No.
7081279

Cant. Deposito: $816.79

TRAY 120 SQ 25435...
ELIDES DE JESUS COLON
HC 1 BOX 7530
VILLALBA PR 00766-9357

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 1724 | $816.79 |
| **Total:** | | **$816.79** |

**NO-NEGOCIABLE**