

# 80561

Elides De Jesús Colón

Ac.1-Box 7530

Villalba, PR 00766

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
JAN 30, 20
AMOUNT
**$0.85**
R2305H127764-01

00918

1000

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



RECEIVED & FILED
2020 FEB -3 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R



INTRA-DISTRICT PRIORITY