

Elides De Jesús Colón
Ac. 1- Box 7530
Villalba, PR 00766

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



RECEIVED & FILED
2020 FEB -3 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.