Revisado 1/30/2020

Re:  Colón Torres, Yolanda

Celular: 787-930-0214

Dirección: HC-3 Box 15714
          Coamo, Puerto Rico 00769

Núm. De Reclamación: _122917_

Fecha de Presentación: 26 de Junio de 2018

Deudor: Commonwealth of Puerto Rico


  Por este medio le estoy añadiendo a mi reclamación número _122917_
presentada el 26 de junio de 2018 lo siguiente :

    1.  Evidencia de que trabajé para el Departamento de Educación de Puerto
       Rico desde el año 1981 hasta mi retiro en el año 2013. (ver copia de carta
       adjunta).
    2.  El monto de dinero de mi reclamación es de $ _45,600.00_

Favor de enmendar mi reclamación con los cambios aqui indicados.


                         MUCHAS GRACIAS.


                         _Yolanda Colón Torres_
                         YOLANDA COLON TORRES

                         FECHA  30 enero 2020

RECEIVED 2020 FEB -3