Revisado por Documentos
1/30/2020

Re: Colón Torres, Yolanda

Celular: 787-930-0214

Dirección: HC-3 Box 15714
            Coamo, Puerto Rico 00769

Núm. De Reclamación: __97765__

Fecha de Presentación: 26 de Junio de 2018

Deudor: Commonwealth of Puerto Rico


Por este medio le estoy añadiendo a mi reclamación número __97765__ presentada el 26 de junio de 2018 lo siguiente:

1. Evidencia de que trabajé para el Departamento de Educación de Puerto Rico desde el año 1981 hasta mi retiro en el año 2013. (ver copia de carta adjunta).
2. El monto de dinero de mi reclamación es de $ __19,800.00__

Favor de enmendar mi reclamación con los cambios aqui indicados.

MUCHAS GRACIAS.

*Yolanda Colón Torres*
YOLANDA COLON TORRES

FECHA 30 enero 2020