*Revisado por Documentos 1/30/2020*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Torres, Yolanda | 97765 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Torres, Yolanda | 97765 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 *$19,800.00* |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

19 de febrero de 2014

YOLANDA COLON TORRES     XXX-XX-3809     Solicitud No:    703975
PO BOX 98     Radicada en:    30 ene 2014
COAMO, PR 00769

Profesor(a): Colon Torres       CASO: 1466

Deseamos informarle que su Pension Años De Servicio / Merito ha sido aprobada conforme a las disposiciones de la Ley Núm. 91 de 29 de marzo de 2004. Su retiro fue efectivo el 21 de diciembre de 2013 y su renta mensual será de $2,047.50. Recibirá un pago retroactivo desde el 21 de diciembre de 2013 al 28 de febrero de 2014.

Le orientamos que puede autorizar a nuestro Sistema a descontar de su pensión determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I. Ferra Tirado
Principal Oficial Ejecutivo De Beneficios Y Servicios

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414; Fax:
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov





29 de agosto de 2013

DEPARTAMENTO DE EDUCACION  
Sección de Nombramientos y Cambios  
APARTADO 190759

SAN JUAN PR 00919 0759

Solicitud No: 643324  
Radicada en: 05 jun 2013

Atención: Sra. Matilde Pedraza

El(la) profesor(a) YOLANDA COLON TORRES con seguro social XXX-XX-3809 ha radicado una Solicitud de Retiro por la Ley 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X]Años de Servicio    [ ]Edad    [ ]Diferida    [ ]Suplementaria

Al 26 de julio de 2013, fecha de su última aportación recibida,  
[X]cualifica [ ]no cualifica para acogerse a la jubilación y tiene el siguiente tiempo:

   29 Años,    9 Meses,    2 Semanas,   3.86 Dias y su edad es 57 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:  
 [ ]Reconocimiento de Tiempo [ ]Diferencia en % por transf. recibida  
 [ ]Reembolso de Cuotas       [X]No aplica

Cualificará para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio, cualificará para una pensión al 1.8% del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

*[signature]*

Gretchen I. Ferra Tirado  
Principal Oficial Ejecutivo De Beneficios Y Servicios

c  YOLANDA COLON TORRES                                            XXX-XX-3809  
   PO BOX 98  

   COAMO, PR 00769

# CATHOLIC UNIVERSITY OF PUERTO RICO

PONCE, PUERTO RICO

## YOLANDA COLÓN TORRES

HAVING SATISFACTORILY COMPLETED ALL REQUIREMENTS OF THIS INSTITUTION AS PRESCRIBED IN ITS FOUR YEAR COURSE OF STUDY, AND HAVING BEEN RECOMMENDED BY THE FACULTY OF THE INSTITUTION AND APPROVED BY ITS BOARD OF TRUSTEES, AND HAVING COMPLIED WITH ALL THE PROVISIONS OF THE LAW AND OF UNIVERSITY ORDINANCES, IS HEREBY ADMITTED BY THE UNIVERSITY TO THE DEGREE OF

## BACHELOR OF ARTS

AND IS ENTITLED TO ALL RIGHTS AND PRIVILEGES PERTAINING TO THAT DEGREE IN WITNESS WHEREOF THE GRAND CHANCELLOR AND THE PRESIDENT OF THE UNIVERSITY AFFIX THE SEAL OF THE UNIVERSITY AND GRANT THIS DEGREE AT PONCE, PUERTO RICO, MAY 22, 1981.

_____
GRAND CHANCELLOR



_____
PRESIDENT

# CERTIFICADO  DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

YOLANDA COLON TORRES

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA SECUNDARIA
(Estudios Sociales)

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 7 de abril DE 19 87 HASTA 7 de abril DE 19 93.

DADO EN SAN JUAN DE PUERTO RICO EL 7 de abril DE 19 87

Número 3024

SECRETARIA DE INSTRUCCIÓN PÚBLICA

# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio
## El Secretario de Educación

Por la presente confiere a

YOLANDA COLON TORRES

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE ESCUELA SECUNDARIA

( Estudios Sociales )

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el 18 de marzo de 19 94.

Dado en San Juan de Puerto Rico, el 7 de abril de 19 94.

Número 1700.



Secretario de Educación