Re:  Colón Torres, Yolanda

Celular: 787-930-0214

Dirección: HC-3 Box 15714
          Coamo, Puerto Rico 00769

Núm. De Reclamación: _49, 028_

Fecha de Presentación: 26 de Junio de 2018

Deudor: Commonwealth of Puerto Rico


Por este medio le estoy añadiendo a mi reclamación número _49 028_
presentada el 26 de junio de 2018 lo siguiente :

1. Evidencia de que trabajé para el Departamento de Educación de Puerto
   Rico desde el año 1981 hasta mi retiro en el año 2013. (ver copia de carta
   adjunta).
2. El monto de dinero de mi reclamación es de $ _33, 300.00_

Favor de enmendar mi reclamación con los cambios aqui indicados.


MUCHAS GRACIAS.


YOLANDA COLON TORRES

FECHA  30 enero 2020

SAN JUAN
CLERK'S O
DISTRICT
20 FEB -3 PM 3: 24
RECEIVED



Estado Libre Asociado de Puerto Rico
**Sistema de Retiro para Maestros**

29 de agosto de 2013

DEPARTAMENTO DE EDUCACION                          Solicitud No:        643324
Sección de Nombramientos y Cambios                 Radicada en:    05 jun 2013
APARTADO 190759

SAN JUAN PR 00919 0759·

Atención: Sra. Matilde Pedraza

El(la) profesor(a) YOLANDA COLON TORRES con seguro social XXX-XX-3809 ha radicado una
Solicitud de Retiro por la Ley 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro
para Maestros del Estado Libre Asociado de Puerto Rico).

[X]Años de Servicio      [ ]Edad      [ ]Diferida      [ ]Suplementaria

Al 26 de julio de 2013, fecha de su última aportación recibida,
[X]cualifica [ ]no cualifica para acogerse a la jubilación y tiene el siguiente tiempo:

   29 Años,     9 Meses,     2 Semanas,   3.86 Dias y su edad es 57 años.

Los pagos pendientes no están considerados en esta certificación.  Los mismos son:
  [ ]Reconocimiento de Tiempo [ ]Diferencia en % por transf. recibida
  [ ]Reembolso de Cuotas       [X]No aplica

Cualificará para una pensión al 75% del promedio de los 36 salarios más altos, de haber
cotizado 30 años de servicios. De tener menos de 30 años de servicio, cualificará para
una pensión al 1.8% del promedio de los 36 salarios más altos, multiplicado por el
tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio,
enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de
existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.
Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras
hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen I. Ferra Tirado
Principal Oficial Ejecutivo De Beneficios Y Servicios

C·    YOLANDA COLON TORRES                              XXX-XX-3809
      PO BOX 98

      COAMO, PR 00769



**ESTADO LIBRE ASOCIADO DE**
**P U E R T O   R I C O**
Sistema de Retiro para Maestros

19 de febrero de 2014

YOLANDA COLON TORRES            XXX-XX-3809         Solicitud No:            703975
PO BOX 98                                           Radicada en:       30 ene 2014

COAMO, PR 00769

Profesor(a): Colon Torres                    CASO: 1466

Deseamos informarle que su Pension Años De Servicio / Merito ha sido aprobada conforme a las disposiciones de la Ley Núm. 91 de 29 de marzo de 2004.  Su retiro fue efectivo el 21 de diciembre de 2013 y su renta mensual será de $2,047.50.  Recibirá un pago retroactivo desde el 21 de diciembre de 2013 al 28 de febrero de 2014.

Le orientamos que puede autorizar a nuestro Sistema a descontar de su pensión determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM.  Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido.  Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales.  El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I. Ferra Tirado
Principal Oficial Ejecutivo De Beneficios Y Servicios

235 Ave. Arterial Hostos, Edif. Capital Center ,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414;  Fax:
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov



# DEPARTAMENTO DE EDUCACIÓN

ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio

## El Secretario de Educación

Por la presente confiere a

YOLANDA COLON TORRES

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE ESCUELA SECUNDARIA

( Estudios Sociales )

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el ___18 de marzo___ de 19 _94_.

Dado en San Juan de Puerto Rico, el ___7 de abril___ de 19 _94_.

_____
Secretario de Educación

Número 1700

# CERTIFICADO

# DE MAESTRO



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

YOLANDA COLON TORRES

MAESTRA DE ESCUELA SECUNDARIA
(Estudios Sociales)

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER  COMO

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE ___7 de abril___ DE 19 _87_ HASTA ___7 de abril___ DE 19 _93_

DADO EN SAN JUAN DE PUERTO RICO EL _7 de abril___ DE 19 _87_

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

Número 3024

# CATHOLIC UNIVERSITY OF PUERTO RICO

PONCE, PUERTO RICO

## YOLANDA COLÓN TORRES

HAVING SATISFACTORILY COMPLETED ALL REQUIREMENTS OF THIS INSTITUTION AS PRESCRIBED IN ITS FOUR YEAR COURSE OF STUDY, AND HAVING BEEN RECOMMENDED BY THE FACULTY OF THE INSTITUTION AND APPROVED BY ITS BOARD OF TRUSTEES, AND HAVING COMPLIED WITH ALL THE PROVISIONS OF THE LAW AND OF UNIVERSITY ORDINANCES, IS HEREBY ADMITTED BY THE UNIVERSITY TO THE DEGREE OF

## BACHELOR OF ARTS

AND IS ENTITLED TO ALL RIGHTS AND PRIVILEGES PERTAINING TO THAT DEGREE IN WITNESS WHEREOF THE GRAND CHANCELLOR AND THE PRESIDENT OF THE UNIVERSITY AFFIX THE SEAL OF THE UNIVERSITY AND GRANT THIS DEGREE AT PONCE, PUERTO RICO, MAY 22, 1981.



PRESIDENT





GRAND CHANCELLOR