Yolanda Colon Torres
HC-3 Box 15714
Coamo, Puerto Rico 00769

  

U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
JAN 31, 20
AMOUNT
$8.00
R2303S103139-06



CERTIFIED MAIL

7018 0680 0000 9966 3498

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-176

RECEIVED & FILED
2020 FEB -3 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.