UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- x
*In re* :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of :
: Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.[1] :
------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Alison R. Ambeault, depose and say that I am employed by Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, NY 10019. I am over the age of 18 years and am not a party to the above-captioned action.

On February 3, 2020, I caused a true and correct copy of the below-referenced document to be sent via electronic mail to each of the parties listed on **Exhibit A** attached hereto.

On February 3, 2020, I caused two courtesy copies of the below-referenced document to be delivered via overnight mail to the Chambers of The Honorable Laura Taylor Swain and to the Office of the United States Trustee for Puerto Rico at the addresses below:

The Honorable Laura Taylor Swain
United States District Court for the Southern District of New York

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007

Office of the United States Trustee for the District of Puerto Rico
Attn: Monsita Lecaroz Arribas
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

- *Motion for Leave to Withdraw Appearance* [Dkt. No. 10625].

Alison R. Ambeault

Sworn to before me this
4th day of February, 2020

_____
Notary Public

JOHN M. KAELIN
Notary Public, State of New York
No. 01KA6399485
Qualified in New York County
Commission Expires Oct. 21, 2023

# Exhibit A

bwhyte@bmwconsult.com
abhishek.kalra@lehmanholdings.com
acasepr@gmail.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
nhamerman@kramerlevin.com
abyowitz@kramerlevin.com
ghorowitz@kramerlevin.com
boneill@kramerlevin.com
acevedovila1@gmail.com
acordova@juris.inter.edu
adam.goldberg@lw.com
liza.burton@lw.com
christopher.harris@lw.com
Adiaz@cnrd.com
Kbolanos@cnrd.com
avalencia@cnrd.com
adtoro@pico-blanco.com
afernandez@delgadofernandez.com
agestrella@estrellallc.com
kcsuria@estrellallc.com
fojeda@estrellallc.com
AGlenn@kasowitz.com
SSchmidt@kasowitz.com
TWelch@kasowitz.com
agraitfe@agraitlawpr.com
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
ajimenez@ajlawoffices.com
ajimenez@ajlawoffices.com
alavergne@lsplawpr.com
alex@fuenteslaw.com
alexandra.bigas@gmail.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
yehuda.goor@dechert.com
andres@awllaw.com
antoniofuentesgonzalez@yahoo.com

anunez@smlawpr.com
emaldonado@smlawpr.com
acouret@smlawpr.com
adeliz@smlawpr.com
aperez@kpmg.com
Lnegron@kpmg.com
arosenberg@paulweiss.com
Arthursail@stny.rr.com
asociacióngerencialescfse@gmail.com
auetz@foley.com
ausubopr88@gmail.com
avb@sbgblaw.com
avb@sbgblaw.com
jsanabria@sbgblaw.com
bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
bbennett@jonesday.com
belkgrovas@gmail.com
beth@feganscott.com
bguzina@sidley.com
blair.warner@sidley.com
bjquintana@quintanapr.com
bkfilings@fortuno-law.com
bmd@bmdcounselors.com
bos-bankruptcy@hklaw.com
bpastuszenski@goodwinlaw.com
cbrown@goodwinlaw.com
brosenblum@jonesday.com
jgross@jonesday.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
kdm@romclaw.com
cacuprill@cuprill.com
garciamirandalaw@gmail.com
cgarcia@garciariveralaw.com
c-aquino@prepa.com
carla.rodriguezbernier@yahoo.com
carlos.iguina@multinationalpr.com
carlos.lugo@saldanalaw.com
hector.saldana@saldanalaw.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carloslsuarez@gmail.com
carlosvergne@aol.com
cbg@bobonislaw.com
efl@bobonislaw.com

ccuprill@cuprill.com
CEO@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
cetj@maaspr.com
cgray@reedsmith.com
dschlecker@reedsmith.com
charliehernandezlaw@gmail.com
chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
christopher.connolly@usdoj.gov
cintrongarcialaw@gmail.com
Clark.whitmore@maslon.com
Brian.klein@maslon.com
Jason.reed@maslon.com
Ana.chilingarishvili@maslon.com
bill.pentelovitch@maslon.com
john.duffey@maslon.com
claudia.quinones@indianowilliams.com
david.indiano@indianowilliams.com
leticia.casalduc@indianowilliams.com
Clearyd@gtlaw.com
Huttonj@gtlaw.com
Haynesn@gtlaw.com
fingerk@gtlaw.com
haynesn@gtlaw.com
cmechling@stroock.com
smillman@stroock.com
cmechling@stroock.com
smillman@stroock.com
khansen@stroock.com
jcanfield@stroock.com
condecarmen@condelaw.com
ls.valle@condelaw.com
notices@condelaw.com
contact@genesissecuritypr.com
corraldieg@gmail.com
courtneyrcarroll@gierbolinicarroll.com
miguelgierbolini@gierbolinicarroll.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
cspringer@reedsmith.com
cvelaz@mpmlawpr.com
lmarini@mpmlawpr.com
damarisqv@bufetequinones.com
daniel.bustos@excelerateenergy.com

daniel.elkort@patternenergy.com
david.powlen@btlaw.com
kevin.collins@btlaw.com
davidcarrionb@aol.com
ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
deindprcorresp@mad.uscourts.gov
delapena.sylvia@gmail.com
delgadomirandalaw@gmail.com
dg@g-glawpr.com
rgv@g-glawpr.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
fgierbolini@msglawpr.com
msimonet@msglawpr.com
rschell@msglawpr.com
doman@ubarri-romanlaw.com
donald.bernstein@davispolk.com
brian.resnick@davispolk.com
angela.libby@davispolk.com
Donna.Maldonado@popular.com
dortiz@elpuente.us
Douglas.Hallward-Driemeier@ropesgray.com
drfox@jonesday.com
dvelawoffices@gmail.com
dvelawoffices@gmail.com
ealdarondo@alblegal.net
califf@alblegal.net
drodriguez@alblegal.net
drodriguez.alb@gmail.com
ealmeida@almeidadavila.com
zdavila@almeidadavila.com
enrique.almeida@almeidadavila.com
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
ehernandez@lawservicespr.com
ejcr@corretjerlaw.com
elian.escalante@gmail.com
emckeen@omm.com
apavel@omm.com
emunozPSC@gmail.com
epo@amgprlaw.com

epo@amgprlaw.com
larroyo@amgprlaw.com
acasellas@amgprlaw.com
loliver@amgprlaw.com
kstipec@amgprlaw.com
pjime@icepr.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erovira@polymerpr.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com
eschaffer@reedsmith.com
lsizemore@reedsmith.com
jroach@reedsmith.com
estudiolegalrivera2@gmail.com
etulla@ riveratulla.com
icabrera@riveratulla.com
etulla@riveratulla.com
icabrera@riveratulla.com
marivera@riveratulla.com
eweisfelner@brownrudnick.com
fecolon@colonramirez.com
ferraric@ferrarilawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
castilloricardo977@gmail.com
finanzas@asg.pr.gov
fmontanezmiran@yahoo.com
fpabon@lvvlaw.com
fserra@sampr.com
fsilva@claropr.com
FSosnick@Shearman.com
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com
gaclegal@gmail.com
gbrenner@proskauer.com
ckass@proskauer.com
geisenberg@perkinscoie.com
gkurtz@whitecase.com
jcunningham@whitecase.com
brian.pfeiffer@whitecase.com
michele.meises@whitecase.com
glenncarljameslawoffices@gmail.com
gls@lopezsolerlaw.com
gmchg24@gmail.com
gonzalezbadillo@gmail.com
goplerud@sagwlaw.com
howie@sagwlaw.com
gpavia@pavialazaro.com
gerardopavialaw@msn.com
gpaz@populicom.com
gramlui@yahoo.com
gramlui@yahoo.com
gviviani@sanpir.com
jreyes@sanpir.com
jsanchez@sanpir.com
alavergne@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com
mmier@cabprlaw.com
hermann.bauer@oneillborges.com
daniel.perez@oneillborges.com
ubaldo.fernandez@oneillborges.com
Carla.garcia@oneillborges.com
gabriel.miranda@oneillborges.com
hernandezrodriguezlaw@gmail.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
NATHAN.BULL@CWT.com
bill.natbony@cwt.com
jaclyn.hall@cwt.com
hreynolds@delvallegroup.net
hvaldes@v-olaw.com
hvicente@vclawpr.com
iacosta@renocavanaugh.com
icastro@alblegal.net
storres@alblegal.net
ealdarondo@alblegal.net
drodriguez.alb@gmail.com
drodriguez@alblegal.net
ifullana@gaflegal.com
ileanaortix@outlook.com
info@NSACLAW.com
anevares@nsaclaw.com
lcancel@nsaclaw.com

ifullana@gaflegal.com
ioliver@ccsllp.com
iperez@jonesday.com
irg@roldanlawpr.com
irm@roldanlawpr.com
ivan.llado@mbcdlaw.com
ivandialo2001@yahoo.com
ivonnegm@prw.net
janebeckerwhitaker@gmail.com
janebeckerwhitaker@yahoo.com
jareeder@jonesday.com
JArmstrong@harriscomputer.com
jason.callen@butlersnow.com
javrua@gmail.com
Jay.goffman@skadden.com
mark.mcdermott@skadden.com
jbrugue@mbbclawyers.com
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com
ltorres@cstlawpr.com
AAneses@cstlawpr.com
Jean.lin@usdoj.gov
Laura.A.Hunt@usdoj.gov
rebecca.cutri-kohart@usdoj.gov
jeff.bjork@lw.com
michael.reiss@lw.com
jemudd@yahoo.com
jessica@bufete-emmanuelli.com
jesther27@aol.com
santos.giancarlo@gmail.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com
jf@cardonalaw.com
jfeldesman@FTLF.com
jfnevares-law@microjuris.com
jgenovese@gjb-law.com
mguitian@gjb-law.com
jsuarez@gjb-law.com
jarrastia@gjb-law.com
JLawlor@wmd-law.com
jlg@joselgarcia.com

jlgere@gmail.com
jlopez@constructorasantiago.com
jlopez@constructorasantiago.com
jmalin@winston.com
chardman@winston.com
jmenen6666@gmail.com
jmoralesb@microjuris.com
handuze@microjuris.com
corraldieg@gmail.com
jmotto@winston.com
Jnieves@gonzalezmunozlaw.com
jorge@mlrelaw.com
emil@mlrelaw.com
jorgequintanalajara@gmail.com
jose.sosa@dlapiper.com
jpalmore@mofo.com
jpatton@ycst.com
rbrady@ycst.com
JPeck@mofo.com
GLee@mofo.com
jpeck@mofo.com
glee@mofo.com
jnewton@mofo.com
lhughes@mofo.com
akissner@mofo.com
JPGLaw@outlook.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
Jramirez@amrclaw.com
Kellyrivero@hotmail.com
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com
dcantor@omm.com
mdiconza@omm.com
wsushon@omm.com
jreynoso@winston.com
jrivlin@afscme.org
tpaterson@afscme.org
martz@afscme.org
jsalichs@splawpr.com
etejeda@splawpr.com
jsanchez@bdslawpr.com
rdiaz@bdslawpr.com
jsanchez@lsplawpr.com

alavergne@lsplawpr.com
mvazquez@lsplawpr.com
jsanchez@scvrlaw.com
mhernandez@scvrlaw.com
jsoto@jbsblaw.com
juan@jahrlaw.com
juan@riverafont.com
juans@prtc.net
julia.mignuccisanchez@gmail.com
julian.fernandez@metropistas.com
julian.fernandez@metropistas.com
julio.pagan@g2la.com
jvannah@santandersecurities.com
jvilarino@vilarinolaw.com
jwarren@cwplaw.com
jwc@jwcartagena.com
jyoungwood@stblaw.com
david.elbaum@stblaw.com
jzakia@whitecase.com
csloane@whitecase.com
Keith.Wofford@ropesgray.com
Daniel.Egan@ropesgray.com
kgwynne@reedsmith.com
kstipec@amgprlaw.com
pjime@icepr.com
pjime@lawfirm-pr.com
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com
l.ortizsegura@ploolaw.com
lawlugo1@gmail.com
lawrence.bauer@nortonrosefulbright.com
lawrog@gmail.com
lcdo.carlos.e.riverajustiniano@gmail.com
lcumpiano@yahoo.com
ldelacruz@oeg.pr.gov
legal.fmpr@gmail.com
lemuel.law@gmail.com
lfr@mcvpr.com
lllach@cstlawpr.com
lmarini@mpmlawpr.com
loomislegal@gmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lrobbins@robbinsrussell.com
mstancil@robbinsrussell.com
gorseck@robbinsrussell.com
kzecca@robbinsrussell.com
dburke@robbinsrussell.com
jbolian@robbinsrussell.com
lsaldana@scvrlaw.com
arotger@scvrlaw.com
lsb@sbsmnlaw.com
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulHastings.com
anthonybuscarino@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com
luis.bautista@scotiabank.com
luis.vazquez@peerlessoil.com
luisfredsalgado@hotmail.com
luislluberas@mvalaw.com
lypagan@trabajo.pr.gov
man@nblawpr.com
manuel@rodriguezbanchs.com
rosasegui@yahoo.com
marcia.goldstein@weil.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
maria.baco@msn.com
MARIAE.HERNANDEZ@prepa.com
carmen.herrero@prepa.com
marianifrancolaw@gmail.com
Marieli.Paradizo@ponce.pr.gov
marielopad@gmail.com
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
mark.gallagher@usdoj.gov
MARKV@HBSSLAW.com
martin.sosland@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
maxtruj@gmail.com
mbienenstock@proskauer.com
ppossinger@proskauer.com

ebarak@proskauer.com
mzerjal@proskauer.com
sratner@proskauer.com
tmungovan@proskauer.com
bbobroff@proskauer.com
mfirestein@proskauer.com
lrappaport@proskauer.com
cfebus@proskauer.com
kperra@proskauer.com
jerichman@proskauer.com
jalonzo@proskauer.com
JLevitan@proskauer.com
BRosen@proskauer.com
dmunkittrick@proskauer.com
Mcantor4@mac.com
mcrm100@msn.com
mcto@debevoise.com
cabruens@debevoise.com
eworenklein@debevoise.com
mevicens@yahoo.com
Mfb@tcmrslaw.com
Lft@tcmrslaw.com
nperez@tcmrslaw.com
jvankirk@tcmrslaw.com
mfredericks@amerinatls.com
fdearmas@ciacpr.com
mfvelezquiebras@gmail.com
michael.cook@srz.com
michael.reiss@lw.com
migade19@hotmail.com
jaimeenriquecruzalvarez@gmail.com
Mimi.M.Wong@irscounsel.treas.gov
mmercado@mercado-echegaray-law.com
margaritalmercado@gmail.com
mmo@oronozlaw.com
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
jfigueroa@arroyorioslaw.com
mrm@rmlawpr.com
mroot@jenner.com
csteege@jenner.com
mvega@senado.pr.gov
n.tactuk@ferrovial.com
nicholasbassett@paulhastings.com
norbertocolonalvarado@yahoo.com

nrickenbach@rickenbachpr.com
nzt@mcvpr.com
nzt@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
mtrelles@pmalaw.com
orlando.gonzalez@publicisone.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
rortiz@rloclaw.onmicrosoft.com
Otero_and_assoc@hotmail.com
Paul.lockwood@skadden.com
Paula.Flowers@TransCore.com
pdechiara@cwsny.com
peajeinfo@dechert.com
pedronicot@gmail.com
penagaricanobrownusdc@gmail.com
peter.canzano@nortonrosefulbright.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
phammer@krcl.com
pola@frankpolajr.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prosol@utier.org
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
QUIEBRAS@ELBUFETEDELPUEBLO.com
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
scriado@calopsc.com
rvalentin@calopsc.com
rachel.mauceri@morganlewis.com

Rafael.Echevarria@evertecinc.com
rafael.ortiz.mendoza@gmail.com
ramon.dapena@mbcdlaw.com
victor.quinones@mbcdlaw.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbonilla@bspr.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
rcastellanos@devconlaw.com
rco@crlawpr.com
gar@crlawpr.com
rcruz@vnblegal.com
rdesoto@mapfrepr.com
rebecabarnes@bufetebarnes.com
rebecabarnes@bufetebarnes.com
rebecca.cutri-kohart@usdoj.gov
remmanuelli@me.com
rfc@thefinancialattorneys.com
Rgf@mcvpr.com
Rgmason@wlrk.com
Arwolf@wlrk.com
Eakleinhaus@wlrk.com
AKHerring@wlrk.com
rgordon@jenner.com
rlevin@jenner.com
cwedoff@jenner.com
rgtolaw@gmail.com
ytoyos@ramostoyoslaw.com
rhoncat@netscape.net
rich.katz@torquepointllc.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
riveraroman@hotmail.com
rlatorre@delvallegroup.net
rlm@martilaw.com
jnazario@martilaw.com
fjramos@martilaw.com
jnazario@martilaw.com
rnies@csglaw.com
gspadoro@csglaw.com
mlepelstat@csglaw.com
mcaruso@csglaw.com
robert.schnell@faegrebd.com
pjime@icepr.com

robin.keller@hoganlovells.com
rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
remmanuelli@me.com
romn1960@gmail.com
roppenheimer@omm.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrich2@huntonak.com
rrivera@jgl.com
rrivera@jgl.com
apico@jgl.com
rrodriguez@juris.inter.edu
rtoro@universalpr.com
rtorres@torresrodlaw.com
sanchez.lebron501@gmail.com
santilawoffice@yahoo.com
Saultoledo22@yahoo.com
sbest@brownrudnick.com
bchew@brownrudnick.com
sbeville@brownrudnick.com
schristianson@buchalter.com
vbantnerpeo@buchalter.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
skyhighelevators@gmail.com
softedal@choate.com
mbarulli@choate.com
jsantiago@choate.com
dgooding@choate.com
squsba@stblaw.com
bfriedman@stblaw.com
nbaker@stblaw.com
edward.linden@stblaw.com
sramirez@sarlaw.com
ssooknanan@jonesday.com
gstewart@jonesday.com
bheifetz@jonesday.com
vdorfman@jonesday.com

cdipompeo@jonesday.com
melgin@jonesday.com
stan.ladner@butlersnow.com
stansoffice@aol.com
steve@hbsslaw.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
suarezcobo@gmail.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
katescherling@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
johnshaffer@quinnemanuel.com
danielsalinas@quinnemanuel.com
matthewscheck@quinnemanuel.com
erickay@quinnemanuel.com
zacharyrussell@quinnemanuel.com
SwainDPRCorresp@nysd.uscourts.gov
swb@wbmvlaw.com
sawbacal@aol.com
pwm@wbmvlaw.com
prwolverine@gmail.com
jvv@wbmvlaw.com
javier.a.vega@gmail.com
sweise@proskauer.com
LRappaport@proskauer.com
swisotzkey@kmksc.com
rbillings@kmksc.com
tanairapadilla@yahoo.com
Thomas.g.ward@usdoj.gov
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov
toby.gerber@nortonrosefulbright.com
toledo.bankruptcy@gmail.com
tolson@gibsondunn.com
mmcgill@gibsondunn.com
hwalker@gibsondunn.com
lshelfer@gibsondunn.com
jchristiansen@gibsondunn.com
tpennington@renocavanaugh.com
TRowe@orrick.com
tuttieguerrero@yahoo.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov

valvarados@gmail.com
velez.hector@epa.gov
ventas@deya.com
vero@ferraiuoli.pr
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
vizcarrondo@reichardescalera.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
MHackett@proskauer.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wsmith@mwe.com
jkapp@mwe.com
mthibert-ind@mwe.com
ksheehan@mwe.com
wssbankruptcy@gmail.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com
ygc@rclopr.com
ygc1@prtc.net

- 11 -