# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA (TITLE III) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |
| As representative of : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered)[1] |
| Debtors | |

## MOTION FOR LEAVE TO WITHDRAW FROM LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**COME NOW**, Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico (collectively the "Santander Entities") parties-in-interest as to the Commonwealth of Puerto Rico, through the undersigned counsel, and very respectfully states and prays:

1. Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico, a party-in-interest, in the above captioned case, has been represented by the undersigned attorney, Juan R. Rivera Font, and by Sidley Austin LLP's attorneys, Andrew W. Stern, Nicholas P. Crowell, Alex Rovira and James Heyworth. See Docket nos. 781, 782, 796, 798 and 800.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

-1-

2. Santander entities have agreed with the undersigned as to the withdrawal of the legal representation in this matter.

3. The undersigned also requests for the court to order the Clerk of the Court to Cease all notifications to Juan R. Rivera Font and that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

**To (Parties-In-Interest's Name):**

**Santander Securities, LLC**
207 Ponce de León Ave. 4th floor
San Juan, PR 00917-1818
Attn.: James Vannah
E-mail: jvannah@santandersecurities.com
E-mail: jacqueline.delbasty@santander.us
Phone: 787-777-4534 / Fax: 787-751-6155

**Santander Asset Management, LLC**
Santander Tower
B-7 Tabonuco Street, Suite 1800
Guaynabo, PR 00969
Attn.: Frank Serra
E-mail: fserra@sampr.com
E-mail: jacqueline.delbasty@santander.us
Phone: 787-777-4534 / Fax: 787-751-6155

**Banco Santander Puerto Rico**
207 Ponce de Leon Ave.
Hato Rey, PR 00917-1818
Attn.: Rafael Bonilla Rodriguez
E-mail: rbonilla@bspr.com
E-mail: jacqueline.delbasty@santander.us
Phone: 787-777-4534 / Fax: 787-751-6155

**WHEREFORE**, it is respectfully requested from this Honorable Court to accept the withdrawal of attorney Juan R. Rivera Font as attorney of record for Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico in the above captioned case.

**I HEREBY CERTIFY** that on this same sate, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on this 4th day of February of 2020.

**JUAN R RIVERA FONT, LLC**
27 González Giusti Ave.,
Office 602
Guaynabo, PR 00968
Tel.: (787) 751-5290
Fax: (787) 751-6155

**s/JUAN R. RIVERA FONT**
USDC-PR No. 221703
juan@riverafont.com

-3-