

Secretariado

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Miriam Martínez Ortiz**, Número de Seguro Social, trabaja para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en la **Oficina Local Cayey**.

La **Sra. Martínez** ofrece servicios como **Supervisora Asistencia Social y Familiar I**. Comenzó en la agencia el **3 de septiembre de 1992**. La empleada devenga un salario mensual de **$ 2,434.00** y su puesto es **Regular**.

Certifico hoy, **27 de enero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA, Paseo del Pueblo
P.O. Box 210, Guayama, PR 00785
Tel. 787-864-4373