UNITATED STATES DISTRICT COURT

FOR THE DISTRIC OF PUERTO RICO

| In re: | PROMESA |
|---|---|
| THE FINANCIAL OVESIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17BK3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWELATH OF PUERTO RICO, et al., | **This filing relates to the Commonwealth, HTA and ERS.** |
| Debtors. | |

30 de enero de 2020

Ley #96

Centésima Vigésima Cuarta Objeción Global

Réplica a la Objeción Global

Nombre: Karen J. Bello Correa

Dirección: Urb. Jardines de la Reina, Calle Acacia G-17 #081

Guayama, P.R. 00784

Número de teléfono: 939-244-9355

Correo electrónico: kjbellocorrea@gmail.com

Fecha de presentación: 6/28/2018

Número de caso: 17BK03283-LTS

Deudor: Estado Libre Asociado de Puerto Rico

Número de reclamación: 129182

Favor evaluar el caso. Le envio certificación por los años trabajados en el Departamento de Educación de Puerto Rico. Para conocer si existe una posibilidad de cualificar en esta ley.

Gracias,

Att. _Karen J. Bello Correa_