UNITATED STATES DISTRICT COURT

FOR THE DISTRIC OF PUERTO RICO

PROMESA

Title III

No. 17BK3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA and ERS.**

In re:

THE FINANCIAL OVESIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWELATH OF PUERTO RICO, et al.,

Debtors.

30 de enero de 2020

Ley #164

Centésima Vigésima Cuarta Objeción Global

Réplica a la Objeción Global

Nombre: Karen J. Bello Correa

Dirección: Urb. Jardines de la Reina, Calle Acacia G-17 #081

Guayama, P.R. 00784

Número de teléfono: 939-244-9355

Correo electrónico: kjbellocorrea@gmail.com

Fecha de presentación: 6/28/2018

Número de caso: 17BK03283-LTS

Deudor: Estado Libre Asociado de Puerto Rico

Número de reclamación: 138475

  Favor de evaluar el caso. Envio certificación de los años trabajados en el Departamento de Educación de Puerto Rico. Para verificar posible cualificación en esta ley.

Gracias,

Att. _Karen J. Bello Correa_