# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Sistema Retiro para Maestros**

9 de mayo de 2017

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | KAREN J. BELLO CORREA |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | COAMO_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 17 de octubre de 1988 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 27 años, 1 mes, 2 semanas y 1 1/2 día. |

Cándida R. Chico
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.