Karen J. Bello Correa
urb. Jardines de la Reina
calle Acacia G-17 #081
Guayama, P.R. 00784



U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 03, 20
AMOUNT
**$1.20**
R2305E125717-03

1000        00918

Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 FEB -4 PM 3 23
RECEIVED & FILED