UNITATED STATES DISTRICT COURT

FOR THE DISTRIC OF PUERTO RICO

PROMESA

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVESIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWELATH OF PUERTO RICO, et al.,<br><br>Debtors. | Title III<br><br>No. 17BK3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

30 de enero de 2020

Centésima Vigésima Cuarta Objeción Global

Réplica a la Objeción Global

Nombre: Karen J. Bello Correa

Dirección: Urb. Jardines de la Reina, Calle Acacia G-17 #081

Guayama, P.R. 00784

Número de teléfono: 939-244-9355

Correo electrónico: kjbellocorrea@gmail.com

Fecha de presentación: 6/28/2018

Numero de caso: 17BK03283-LTS

Deudor: Estado Libre Asociado de Puerto Rico

Numero de reclamación: 146621

Por la presente certifico que soy maestra retirada del Departamento de Educación de Puerto Rico. Fecha de retiro Julio-2017. No habiendo recibido el Bono de Navidad en los años 2018-2019. Enviando evidencia de talonarios. Favor de evaluar mi caso para posible calificación.

Gracias,

Att. *Karen J. Bello Correa*