| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GUAYAMA PR 00784-9308 | | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX-2094 | | | Sueldo: | $1,306.35 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 653.18 | 1,867.50 | | 15,023.14 |

*No bono de Navidad*

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

| Total: | | | 653.18 | 1,867.50 | 15,023.14 | Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 1,496.02 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

| Total: | 0.00 | 0.00 | Total: | 0.00 | 1,496.02 | * Tributable | | |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | |
|---|---|---|---|
| Corriente: 653.18 | 0.00 | 0.00 | 653.18 |
| Acumulado: 15,023.14 | 0.00 | 1,496.02 | 13,527.12 |

### PTO HORAS   ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5072237 | 653.18 |
|---|---|
| Total: | 653.18 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/13/2019

Aviso No.
5072237

Cant. Deposito: _$653.18_

TRAY 83 SQ 18890****************SCH 5-DIGIT 00714    18890 2 AV 0.383
KAREN J BELLO CORREA
JARDINES DE LA REINA
81 CALLE ACACIA
GUAYAMA PR 00784-9308

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 6801802854 | $653.18 |
| Total: | | $653.18 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 12/16/2018 | Aviso #: | 8758550 |
| | | Hasta: | 12/31/2018 | Fecha Aviso: | 12/28/2018 |

| **KAREN J BELLO CORREA** | # Empleado: | XXXXX | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| JARDINES DE LA REINA | Dept: | 592230-Anos y Servicios Ley160/2013 | Estado Civil: | Married | Married |
| 81 CALLE ACACIA | Lugar: | Anos y Servicios Ley160/2013 | Concesiones: | 0 | 39 +99 |
| GUAYAMA PR 00784-9308 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-2094 | Sueldo: | $1,306.35 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | --- Corriente --- | | --- Acumulado --- | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 653.18 | 1,957.50 | | 15,676.32 | | | |

*Sin bono de Navidad*

| Total: | | 653.18 | 1,957.50 | | 15,676.32 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RM-Prest Pers De Cuota-Ret Mae | 149.73 | 3,593.52 | | | |
| | | | Ahorros-AEELA | 0.00 | 78.40 | | | |
| Total: | 0.00 | 0.00 | Total: | 149.73 | 3,671.92 | * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 653.18 | 0.00 | 149.73 | 503.45 |
| Acumulado: | 15,676.32 | 0.00 | 3,671.92 | 12,004.40 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #8758550 | 503.45 |
| + Acumulado: | | | Total: | 503.45 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico                                    Fecha                              Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS                       12/28/2018                         8758550

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 6801802854 | $503.45 |
| Total: | | $503.45 |

Cant. Deposito:   $503.45

TRAY 73 SQ 17993*****************SCH 5-DIGIT 00714    17993 2 AV 0.378
KAREN J BELLO CORREA
JARDINES DE LA REINA
81 CALLE ACACIA
GUAYAMA PR 00784-9308

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | Grupo de Pago: SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: 12/01/2018 | Aviso #: 8559417 |
| | | Hasta: 12/15/2018 | Fecha Aviso: 12/14/2018 |

| KAREN J BELLO CORREA | # Empleado: XXXXX2094 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| JARDINES DE LA REINA | Dept: 592230-Anos y Servicios Ley160/2013 | Estado Civil: | Married | Married |
| 81 CALLE ACACIA | Lugar: Anos y Servicios Ley160/2013 | Concesiones: | 0 | 39 +99 |
| GUAYAMA PR 00784-9308 | Titulo: Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-2094 | Sueldo: $1,306.35 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 653.18 | 1,875.00 | 15,023.14 |
| Total: | | | 653.18 | 1,875.00 | 15,023.14 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 149.73 | 3,443.79 |
| Ahorros-AEELA | 0.00 | 78.40 |
| Total: | 149.73 | 3,522.19 |

* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 653.18 | 0.00 | 149.73 | 503.45 |
| Acumulado: | 15,023.14 | 0.00 | 3,522.19 | 11,500.95 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8559417 | 503.45 |
| Total: | 503.45 |

**MENSAJE:**

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/14/2018

Aviso No.
8559417

Cant. Deposito: $503.45

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 6801802854 | $503.45 |
| Total: | | $503.45 |

TRAY 73 SQ 17993**********SCH 5-DIGIT 00714    17993 2 AV 0.378
KAREN J BELLO CORREA
JARDINES DE LA REINA
81 CALLE ACACIA
GUAYAMA PR 00784-9308

**NO-NEGOCIABLE**