Karen J. Bello Correa
urb. Jardines de la Reina
calle Acacia G-17 #081
Guayama, P.R. 00784



Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB -4 PM 3 23
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.