Damaris Medina Ramos
24980 carretera 437
Quebradillas, PR 00678




U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
FEB 03, 20
AMOUNT
**$1.20**
R2305K136738-03

1000   00918

RECEIVED & FILED
2020 FEB -4 PM 3:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria Tribunal de Distrito de los
E.U para Distrito de Puerto Rico
150 Carlos Chardon Street
Federal Building
San Juan, PR 00918-1767