8 de enero de 2020

# Réplica de Objección Global

## I. Datos de contacto

Madeline Rivera Rodríguez
Calle B #113
Barrio Arenas, Guánica, P.R. 00653

Postal

HC 38 Box 7219
Guánica, P.R. 00653

## II. Epígrafe

a. Secretaria (Clerk's office)
Tribunal del Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan, Puerto Rico 00919

b. Estado Libre Asociado de Puerto Rico y otros deudores

c. Número de procedimiento 17 BK 3283 LTS

d. Objeción global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico

Madeline Rivera Rodríguez
*Madeline Rivera Rodríguez*

e. Número de las evidencias de reclamos y las leyes

1. 86474 - Ley 180
2. 87677 - Ley 34
3. 98817 - Ley 180
4. 99074 - Ley 89
5. 103262 - Ley 96
6. 105528 - Ley 164

III. El Tribunal no debe declarar a lugar la objección Global debido a que es dinero adeudado a los Empleados Públicos del Estado Libre Asociado de Puerto Rico. Años 1982 a 2013, trabajé como maestra en el Departamento de Educación Pública de Puerto Rico.

1. Ley 34 - Aumento Anual - Dr. Pedro Roselló
2. Ley 89 del 79 - Aumento Anual - Prestación de Servicios Educativos, Lcdo. Rafael Hernández Colón
3. Ley 180 - Pensión Retiro Aumento Anual 3% Lcdo. Aníbal Acevedo Vilá
4. Ley 164 - 2004 - Aumento Anual - Sra. Sila M. Calderón
5. Ley 96 - 2002 - Aumento Anual - Dr. Pedro Roselló

Madeline Rivera Rodríguez
*Madeline Rivera Rodríguez*

8 de enero de 2020

Reclamante: Madeline Rivera Rodríguez

#Reclamaciones: 86474, 87677, 98817, 99074
103262, 105528

Reclamaciones del dinero adeudado en mis años de servicio como maestra en el Departamento de Educación de Puerto Rico años 1982 al 2013

1. Ley 34 (1998) — 18,000
2. Ley 89 (1979) — 36,000
3. Ley 18 (2001) — 14,400
4. Ley 96 (2002) — 13,200
5. Ley 164 (2004) — 10,800
   T- 94,400

Gracias anticipadas por la atención al respecto.

Atentamente,
Madeline Rivera Rodríguez
Madeline Rivera Rodríguez
Tel. 787-384-1758

Document Page 6 of 6