
GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
REGION EDUCATIVA DE PONCE
DISTRITO ESCOLAR DE SANTA ISABEL


DEPARTAMENTO DE EDUCACIÓN

**CERTIFICACION DE EMPLEO Y AÑOS DE SERVICIO**

22 de diciembre de 2017

A quién pueda interesar:

Saludos cordiales. Certifico que la Profa. Madeline Rivera Rodríguez, con número de Seguro Social XXX-XX-XXX fue maestra de Educación Física desde agosto del año 1982 hasta julio del año 2013. La Profa. Rivera tenía estatus permanente en la Escuela S.U. Salvador Busquets en horario diurno, de la Región Educativa de Ponce, y completó sus 30 años de servicio.

Esperando su atención al respecto.

Cordialmente,

Prof. Carlos J. Martínez Ortiz
Ayudante Especial III
Distrito Escolar de Santa Isabel
Tel. 787-845-1265/939-366-5466

Madeline Rivera Rodríguez
Madeline Rivera Rodríguez
Tel. 787-394-1758