Madeline Rivera Rodriguez
HC 38 Box 7219
Guánica, P.R. 00653



RECEIVED & FILED
2020 FEB -4 PM 3:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767