February 3, 2020

Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

Regards:

    This is a reply in response to the notification I received about my claim to the Ley Promesa (título III). In it, I include the evidence requested to support this claim. Attached included a copy of the nominations and changes report, which establishes the salary earned before concluding the teaching career (Carrera Magisterial) and the salary I should have received after complete my teaching career (Carrera Magisterial), which I never received the difference. I also include a copy of the salary review letter, indicating that I complied with all the provisions of the law for such salary increase. I also include a copy of the earning statements corresponding to the last month that I worked with the Department of Public Education of Puerto Rico since retired on December 2013. If you look at the earning statements, the amount I received and what I had to earn according to the nominations and changes report does not match, even taking into my earning statements the deductions made to me. I hope that this evidence is useful to reach a just decision. I appreciate your help.

Sincerely,

Diana I. Hernández Pérez

3 February 3, 2020

Claim number
142415