RECEIVED & FILED

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Hernandez Perez, Diana I. | 142415 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Hernandez Perez, Diana I. | 142415 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Case:17-03283-LTS Doc#:10688-1 Filed:02/04/20 Entered:02/05/20 10:07:58 Desc: Exhibit in Spanish Page 3 of 10



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

**Oficina de Carrera Magisterial**

### RECOMENDACIÓN DE REVISIÓN DE SALARIO 2012

Certifico que he revisado y analizado el Plan de Mejoramiento Profesional de:

Nombre: Diana Hernández Pérez

Escuela: Julio Babilonia

Distrito Escolar: Moca

Región Educativa: Mayagüez

Los mismos cumplen con todas las disposiciones de Ley, por lo cual recomiendo que se le otorgue el aumento salarial correspondiente a la(s) etapa(s) _3_ del Nivel _3_ de su Plan de Mejoramiento Profesional.

De usted no estar de acuerdo con esta determinación tiene derecho a solicitar revisión de la misma ante la Comisión Apelativa del Servicio Público, dentro de un término de treinta (30) días a partir del recibo de esta notificación. Podrá comparecer por sí mismo o representado por un abogado. La dirección de la Comisión es Ave. Ponce de León 1409, Edificio CEM sexto piso, Santurce.

Cotejado por: José A. Pérez Soto                Fecha: 21 de enero de 2014

Eric H. Pérez Torres
Director Interino

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773-2448, 2295 * FAX: (787) 756-8028
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| 080 DEPT DE EDUCACION-MAESTROS | | Grupo Pago: | SM Quincenal | Aviso #: | 5947080 |
|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez, Esquina Calaf | | Desde: | 11/21/2013 | Fecha Aviso: | 12/13/2013 |
| HATO REY, PR 00919 | | Hasta: | 12/06/2013 | | |

| DIANA HERNANDEZ PEREZ | # Empleado: XXXXX8 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| P.O.BOX 1975 | Dept: 8004049-Mayaguez Moca | Estado Civil: | Single | Single |
| MOCA, PR 00676 | Lugar: Julio Babilonia | Concesiones: | 0 | 0 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-8655 | Sueldo: $2,880.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,440.00 | 1,416.00 | 33,119.20 | PR Withholding | 56.87 | 1,413.78 |
| Bono de Navidad | | | 0.00 | | 1,000.00 | | | |
| Licencia Enfermedad en Exceso | | | 0.00 | | 512.40 | | | |
| Total: | | | 1,440.00 | 1,416.00 | 34,631.60 | Total: | 56.87 | 1,413.78 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 129.60 | 2,980.73 | AE-Asoc Emp ELA-Prest Regular | 93.72 | 2,155.56 | GPR Plan de Retiro de Maestro | 122.40 | 2,815.13 |
| | | | SM-First Medical Health Plan | 16.00 | 906.00 | FSED Disability Plan | 24.48 | 588.74 |
| | | | SC-TRANS OCEANIC LIFE | 22.23 | 511.29 | SM-First Medical Health Plan | 0.00 | 1,320.00 |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 195.50 | | | |
| | | | Ahorros-AEELA | 43.20 | 993.58 | | | |
| Total: | 129.60 | 2,980.73 | Total: | 183.65 | 4,761.93 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,440.00 | 0.00 | 56.87 | 313.25 | 1,069.88 |
| Acumulado: | 34,631.60 | 0.00 | 1,413.78 | 7,742.66 | 25,475.16 |

### LIC. HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | Aviso #5947080 | 1,069.88 |
|---|---|---|---|
| + Ganada: | | | |
| + Compra: | | | |
| - Usada: | | | |
| - Donada: | | Total: | 1,069.88 |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
12/13/2013

Aviso No.  
5947080

Cant. Deposito: $1,069.88

A la  
Cuenta(s) De

DIANA HERNANDEZ PEREZ  
P.O.BOX 1975  
MOCA, PR 00676

Localizacion: Julio Babilonia

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,069.88 |
| Total: | | 1,069.88 |

## NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Grupo Pago: | SM Quincenal | Aviso #: 6217415 |
| Desde: | 12/09/2013 | Fecha Aviso: 12/30/2013 |
| Hasta: | 12/20/2013 | |

DIANA HERNANDEZ PEREZ
P.O.BOX 1975
MOCA, PR 00676

SS: XXX-XX-8655

# Empleado: XXXXX8
Dept: 8004049-Mayaguez Moca
Lugar: Julio Babilonia
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,880.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,440.00 | 1,476.00 | 34,559.20 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 512.40 |
| Total: | | | 1,440.00 | 1,476.00 | 36,071.60 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 56.87 | 1,470.65 |
| Total: | 56.87 | 1,470.65 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 129.60 | 3,110.33 |
| Total: | 129.60 | 3,110.33 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 93.72 | 2,249.28 |
| SM-First Medical Health Plan | 16.00 | 922.00 |
| SC-TRANS OCEANIC LIFE | 22.23 | 533.52 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 |
| Ahorros-AEELA | 43.20 | 1,036.78 |
| Total: | 183.65 | 4,945.58 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 122.40 | 2,937.53 |
| FSED Disability Plan | 24.48 | 613.22 |

* Tributable

## TOTAL BRUTO / BRUTO TRIBUTABLE / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tributable | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,440.00 | 0.00 | 56.87 | 313.25 | 1,069.88 |
| Acumulado: | 36,071.60 | 0.00 | 1,470.65 | 8,055.91 | 26,545.04 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6217415 | 1,069.88 |
| Total: | 1,069.88 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/30/2013

Aviso No.
6217415

Cant. Deposito: $1,069.88

A la
Cuenta(s) De

DIANA HERNANDEZ PEREZ
P.O.BOX 1975
MOCA, PR 00676

Localizacion: Julio Babilonia

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,069.88 |
| Total: | | 1,069.88 |

# NO-NEGOCIABLE

## DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:                                                           Número del Cambio:

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | DIANA HERNANDEZ PEREZ | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R22784 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2014-SCHOOLWIDE14 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 42747 - 01F - 2014 - SCHOOLWIDE14A - 42747 - 01F - 1110 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | | |
| 8. Clasificación y Número de Clase | MA. EDUC. TEMPRANA ( NIVEL ELEM-K-3) 9803 | |
| 9. Sueldo | $ 2,967.50 | $3.300.00   APR 1 5 2014 |
| 10. Diferencial | | |
| 11. División o Escuela | JULIO BABILONIA 42747 | SECCION DE CORRESPONDE |
| 12. Programa | | |
| 13. Ubicación | SAN SEBASTIAN 132 | |
| 14. Acción y Duración | | AUM/SUELDO/CARRERA MA ETAPA 4-5 NIVEL 2 Y 3 (87.50 |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | | |
| 18. Fecha de Efectividad | | 03/SEPTIEMBRE/2013 |

19. Comentarios y Explicaciones
ENMIENDA LOS SIGUIENTES CAMBIOS
JUBILACION EF 20/DICIEMBRE/2013 $3.300.00

20. Firma del Jefe de Agencia o Representante Autorizado

Dra. Julia Nazario Fuentes

Fecha de Preparado:    14/ABRIL/2014
Preparado Por:         INES

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.