De: Dian

P.O. Box 1975
Moca, Puerto Rico 00676

7019 1640 0001 6867 4026

  

U.S. POSTAGE PAID
FCM LG ENV
MOCA, PR
00676
FEB 03, 20
AMOUNT
**$7.60**
1000    00918    R2305P151631-04

RECEIVED & FILED
2020 FEB -4 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Para: Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767