Proof of Claim: 111128
120700

RECEIVED & FILED
2020 FEB -4 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Name and address: Norma Iris Castro Rodríguez
Arenal 461 Calle 13
Dorado P.R. 00646

Ya que la Ley 89 (Romerazo) y la Ley 96 (Sila Calderón 2000) fueron aprobadas, tengo derecho a sus beneficios. Al no recibir en su momento los beneficios correspondientes, mi salario se perjudicó y por consiguiente la cantidad de mi retiro fue mucho menor. Espero que este dinero se me retribuya para poder llevar una mejor calidad de vida por el alto costo de la misma.

Agradeceré la atención al respecto.
Respetuosamente

Norma Iris Castro Rodríguez
2/3/2020

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan. Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

_One hundred tenth_ **OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING
INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS**

DOC 8978-4

Proof of Claim: 111128
120700

Name and Address: Norma Iris Castro Rodríguez
Arenal 461 Calle 13
Dorado P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico
Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados     25 años (1984 – diciembre 2008)

Cantidad Reclamada     $ 7,500.00

Ley     96 (año 2000 Sila Calderón)

Años Reclamados     9 años (2000 – 2008)

Cantidad Reclamada     $ 10,800.00

Página 2

Adjunto evidencia en replica a la información solicitada:

1. Certificación Pensión Sistema de Retiro de Maestros de P.R.

2. Informe de Renta Mensual Vitalicio de Retiro Maestros de P.R.

3. Certificación Años de Servicio

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Norma Iris Castro Rodriguez

Firma: Norma Iris Castro Rodriguez          Fecha: 2/3/2020



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

28 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | NORMA I. CASTRO RODRIGUEZ |
| Seguro Social | : | |
| Categoría | : | M. EDUC. FAM. CONS. |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 19 de diciembre de 2008 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 32 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/16/1976. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**

Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.NORMA I. CASTRO RODRIGUEZ**, con número de seguro social que termina en **1069**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | **30 de enero de 2009** |
| Tiempo Cotizado para la Pensión | **32 años, 4 meses, 1 semana y 2 días** |
| Fecha de Efectividad de la Renuncia | **20 de diciembre de 2008** |
| Fecha de Efectividad de la Pensión | **30 de enero de 2009** |
| Pensión Mensual Actual | **$1,922.37** |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo Negron Ramirez
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

☎ 787.777.1414     ✉ 787.764.6910     www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

| | |
|---|---|
| Mes-Día-Año | |
| Fecha Radicación | 26-ago-08 |
| Fecha Vencimiento | 17-ene-09 |

Núm de Caso
**0815**

## INFORME RENTA ANUAL VITALICIA

**CASTRO RODRIGUEZ, NORMA I.**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo ☑ Femenino
☐ Masculino

**13-oct-1953**
Fecha Nacimiento
Mes-Día-Año

**FAM. Y CONSUMIDOR-DORADO**
Categoría y Pueblo

**Ley 91 del 2004**
Retiro Ley Núm.

Dirección Postal   341 ARENAL CALLE 13
DORADO PR 00646

**Tipo de Renta (Pensión)**
☑ Años de Servicio y Edad    ☐ Edad    ☐ Diferida
☐ Incapacidad Ocupacional    ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 2 | 7 | 32 | 4 | 1 | 2 | $ 56,713.07 | **Mensual** | **Anual** |
| Años | Meses | Días | Años | Meses | Sem | Días | | $ 1,922.37 | $ 23,068.44 |

Fecha de Renuncia   19-dic-08     Último Día de Pago   19-dic-08
Mes-Día-Año
Fecha Efectividad Pensión   20-dic-08     Cierre de Nómina   13-ene-09
Mes-Día-Año
Fecha Primer Pago Pensión   30-Jan-08     Importe $   1,922.37
Mes-Día-Año
Pago Global Retroactivo   Desde   20-dic-08   Hasta   15-ene-09   Importe Total   $   1,705.31

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 1,705.31 | $ 1,922.37 |

Menos Descuentos:

| Préstamos: | Clave | Descuento | Descuento |
|---|---|---|---|
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| Finanzas | 67-059 | - | |

**PAGADO**
8 JAN 2009

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JAN 8 2009
NOMBRE: MARIANELA GONZALEZ MARTINEZ
FIRMA:

Aport. Individual 9% (Clave 26-001)                          -
ASUME
Otros

Importe Neto              $ 1,705.31        $ 1,922.37

Bonos:
☐ Bono Verano (PBV)                ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

| ALFONSO MARTINEZ SANCHEZ | Por: | 18-DIC-08 |
|---|---|---|
| Nombre del Empleado | Firma | Fecha |
| NORMA I. PEÑA AGOSTO | | |
| Nombre Supervisor | Firma | Fecha |

### PREINTERVENCIÓN DE DOCUMENTOS       USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
DEC 19 2008
NOMBRE:
FIRMA: B Ledour

Aprobado por:

Wanda Santiago López
Nombre Director(a) o Representante Autorizado

Firma                Fecha
Mes-Día-Año

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina   Mes   /   ☐ 1ra ☑ 2da          Nómina Pago Global   Mes   ☐ 1ra ☑ 2da
☑ Off Cycle ☑ Pay Line

Nombre Empleado   Wanda L Rodriguez Mirabal          Nombre Empleado
Firma          Fecha (Mes-Día-Año)   1/7/09          Firma   (Mes-Día-Año) Fecha

Juan Agosto Castro          30 Enero 2009
Nombre Supervisor   Firma          Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.