Norma Iris Castro Rodriguez
Arenal 461 Calle 13
Dorado, P.R. 00646-9746

7019 1120 0000 2391 1922





CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
FEB 03, 20
AMOUNT
$7.60
R2304M113297-10

RECEIVED & FILED
2020 FEB -4 PM 3:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767