TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>**JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO**<br><br>Como representante de<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,**<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br><br>La presente radicación guarda relación con el ELA. |

RECEIVED & FILED
2020 FEB [illegible] PM 52
CLERK'S OFFICE
SAN JUAN PR

NÚMERO DE EVIDENCIA DE RECLAMACION: __8197__

NOMBRE DEL RECLAMANTE: __FRANK VARGAS MANTILLA__

**MOCION**
**RADICACION DE REPLICA**

1. Frank Vargas Mantilla, dirección postal: 2326 Carr. 494 Isabela, PR 00662 con número de teléfono (787) 410-2601 y correo electrónico frank.vargas67@outlook.com, últimos digito de seguro social ___.

2. El motivo para oponerme a la objeción global es una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este, empleo actual o anterior en el gobierno de Puerto Rico.

3. El monto de mi reclamación es aproximadamente 54,000.00, en el Departamento de la Familia Programa de ADSEF con fecha de empleo que comencé 7 de diciembre de 1989 hasta el presente para reclamación de salarios impagos y queja con el sindicato.

**POR TODO LO CUAL**, muy respetuosamente se solicita de esta Honorable Tribunal que acepte la presente Moción de radicación de réplica.

**RESPETUOSAMENTE SOMETIDA.**

En Isabela, Puerto Rico a 13 de enero de 2020.

*[firma]*
Frank Vargas Mantilla

2326 Carr 494
Isabela, PR 00662