| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/01/2020<br>01/15/2020 | Aviso #:<br>Fecha Aviso: | 5666560<br>01/15/2020 |
|---|---|---|---|---|---|
| FRANK VARGAS MANTILLA<br>BO ARENALES ALTOS<br>RUTA 20 BUZON 55<br>ISABELA, PR 00662<br>SS: | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 127010-Aguadilla<br>Isabela<br>Oficinista III<br>$2,074.00 Monthly | | DATA IMP:<br>Estado Civil:<br>Concesiones: 0<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Married claiming 1/2<br>0 + 5 |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,037.00 | 82.50 | 1,037.00 |
| Total: | | | 1,037.00 | 82.50 | 1,037.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.04 | 15.04 |
| Fed OASDI/Disability - EE | 64.29 | 64.29 |
| PR Withholding | 16.74 | 16.74 |
| Total: | 96.07 | 96.07 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 88.15 | 88.15 |
| Total: | 88.15 | 88.15 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.59 | 2.59 |
| AE-Asoc Emp ELA-Prest Regular | 219.00 | 219.00 |
| SM-First Medical Health Plan | 23.00 | 23.00 |
| CO-COOP LA SAG FAMILIA | 10.00 | 10.00 |
| DM-FONDOS UNIDOS | 0.50 | 0.50 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 3.00 |
| OS-SERV PUBLICOS 009 A | 15.56 | 15.56 |
| Ahorros-AEELA | 31.11 | 31.11 |
| Total: | 304.76 | 304.76 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 34.74 | 34.74 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,037.00 | 0.00 | 96.07 | 392.91 | 548.02 |
| Acumulado: | 1,037.00 | 0.00 | 96.07 | 392.91 | 548.02 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666560 | 548.02 |
| Total: | 548.02 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/15/2020

Aviso No.
5666560

Cant. Deposito: $548.02

A la
Cuenta(s) De

FRANK VARGAS MANTILLA
BO ARENALES ALTOS
RUTA 20 BUZON 55
ISABELA, PR 00662
Localizacion: Isabela

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 548.02 |
| Total: | | 548.02 |

## NO-NEGOCIABLE