Frank Vargas Mantilla
0326 Carr. 494
Isabela, PR 00662

RECEIVED & FILED
2020 FEB -4 PM 3:52
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

SAN JUAN PR 009
31 JAN 2020 PM 2 L

FOREVER USA
love