January 31, 2020

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Claim number 164079 on case No. 17 BK 3283-LTS, In re: The financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al. at the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

To whom it may concern

This letter is to file a response to the Omnibus objection "ONE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES" based on "Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors."

The objection is not based on the reality that we, the Department of Education Retirees are living and after all of this years. We are not receiving a fair treatment by the omnibus. All the money that all the retirees did not receive are a right by law.

The objection of the Omnibus is unfair to all the people, including myself, because my claim is based on acquired rights by law that I never received. The money on the retirement plan that I supposed to be awarded is an acquired right and now the Omnibus have an objection and by that means they think that the Government of Puerto Rico don't need to add its retirees teachers retirement plan to the PROMESA based bankruptcy of Puerto Rico. Its not fair to me.

My proof of claim have all the needed information to claim my right and by my social security number the Omnibus and every people on this case knows that I'm a retiree of the public services employers retirees and it's my right. That is basis of my claim. I consider unfair that after all my work years on the public service that an objection of the Omnibus that he understand that my claim fails to provide any basis. After all my years of work and money that I not received, its not fair to me, and us.

Sincerely yours,

Reinaldo Irizarry Rodríguez

RR 03 Box 9094

Añasco, Puerto Rico 00610