Reinaldo Inzunzy Rodriguez
RR-03 Box 9094
Añasco, P.R. 00610

RECEIVED & FILED
2020 FEB 4 PM 3:54
CLERK
U.S. DISTRICT COURT
SAN JUAN PR

Clerks Office
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

7015 0640 0003 8950 8374

FOREVER USA
Barn Swallow

AMOUNT
$6.40
R2305K131934-06
00918