Enero 2020

Junta De Supervisión Y Administración
Financiera Para Puerto Rico

Como Representante de

Estado Libre Asociado de Puerto Rico

En respuesta a documento recibido sobre Promesa Título III, se procede a enviar los siguientes documentos que son evidencias del tiempo trabajando con el Gobierno de Puerto Rico. Donde se comenzó trabajando con la Ley 447, y se estuvo cotizando para dicho retiro.

1. Estado de cuenta estimado a la fecha de gestión, el 13 de enero 2020.
2. Certificación de balances de aportaciones, también estimadas a esa fecha.
3. Una certificación de la agencia para la cual laboro, donde se certifica la fecha de antigüedad, comenzando a laborar el 2 de julio de 1987, para la fecha que se evalúa tenia trabajando en esa agencia 22 años con 0 meses t o días, han transcurrido desde el año 2009 que se evaluó la antigüedad u total de 10ños.
4. También se acompaña una copia de talonario donde se refleja los cambios surgidos.(según orientación recibida)

Entendemos nuestro retiro es parte importante de la deuda del gobierno de Puerto Rico.

Ramona M. Ruiz Nieves