**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

RAMONA RUIZ NIEVES
HC-02 BOX 6160
LARES, PR 00669

**Seguro Social:** XXX-XX-(

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

**Fecha de Nacimiento:** 09 de diciembre de 1960
**Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1989
**Fecha de Comienzo de Cotización:** 01 de julio de 1989

### Ley Anterior al 30 de junio de 2013

| | |
|---|---:|
| Años Acreditados: | 22.75 |
| Aportaciones: | $48,557.93 |
| Intereses: | $12,274.25 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $60,832.18 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

### Ley 3 al 30 de junio de 2017

| | |
|---|---:|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $17,441.19 |
| Intereses: | $1,412.67 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $18,853.86 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



## GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: RAMONA RUIZ NIEVES**
HC-02 BOX 6160
LARES, PR 00669

Seguro Social: XXX-XX-

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 26.75 |
| Balance de Aportaciones: | $79,686.04 |

Esta certificación fue emitida el 13 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020011346307619

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## Administración de Familia y Niños




ADFAN

Luis E. Fortuño
Gobernador

Mayra N. López Carrero
Administradora

14 de abril de 2009

A: RAMONA M. RUIZ NIEVES

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que *RAMONA M. RUIZ NIEVES* cuyo número de empleado es *** - ** -    , y que ocupa el puesto *Supervisor De Trabajo Social I*, tiene una fecha de ingreso al servicio público de *2/7/1987* con una antigüedad total de *22 años 0 meses 0 días* (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

Mayra N. López Carrero
Administradora

Estado Libre Asociado de Puerto Rico

| Administracion Familia y Niños | | | Grupo de Pago: | SM -Quincenal | Aviso #: | 9335774 |
|---|---|---|---|---|---|---|
| Ave. Ponce de Leon Pda. 2 , Edificio Sendic | | | Desde: | 12/16/2012 | Fecha Aviso: | 12/28/2012 |
| San Juan, PR 00901 | | | Hasta: | 12/31/2012 | | |

| RAMONA M. RUIZ NIEVES | # Empleado: | XXXXX | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC-2 BOX 6160 | Dept: | 123660-Lares | Estado Civil: | Single | Single |
| LARES, PR 00669 | Lugar: | Arecibo | Concesiones: | 0 | 0 |
| | Titulo: | Supervisor De Trabajo Social I | Pct. Adcl.: | | |
| SS: XXX-XX-6973 | Sueldo: | $3,633.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,816.50 | 1,957.50 | 43,596.00 |
| Bono de Navidad | | | 0.00 | | 1,225.00 |
| Bonificaciones | | | 0.00 | | 500.00 |
| Bono Convenio Colectivo | | | 0.00 | | 350.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 1,957.90 |
| Total: | | | 1,816.50 | 1,957.50 | 47,628.90 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 26.34 | 690.62 |
| Fed OASDI/Disability - EE | 76.29 | 2,000.41 |
| PR Withholding | 126.81 | 3,325.74 |
| Total: | 229.44 | 6,016.77 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 150.32 | 3,607.68 |
| Total: | 150.32 | 3,607.68 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 88.47 | 2,123.28 |
| SC-TRANS OCEANIC LIFE | 4.00 | 96.00 |
| Ahorros-AEELA | 54.50 | 1,308.00 |
| DUM-Gob Dev Sueldo Cob Indebid | 0.00 | 305.73 |
| Total: | 146.97 | 3,833.01 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 168.48 | 4,225.17 |
| FSED Disability Plan | 60.85 | 1,595.51 |
| * Tributable | | |

| | BRUTO | BRUTO TRIBUT. ADD | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,816.50 | 0.00 | 229.44 | 297.29 | 1,289.77 |
| Acumulado: | 47,628.90 | 0.00 | 6,016.77 | 7,440.69 | 34,171.44 |

### PTO HORAS AC EN

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #9335774 | 1,289.77 |
|---|---|
| Total: | 1,289.77 |

MENSAJE:

Administracion Familia y Niños
Ave. Ponce de Leon Pda. 2
Edificio Sendic
San Juan, PR 00901

Fecha
12/28/2012

Aviso No.
9335774

Cant. Deposito: $1,289.77

A la
Cuenta(s) De

RAMONA M. RUIZ NIEVES
HC-2 BOX 6160
LARES, PR 00669

Localizacion: Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 156265397 | $1,289.77 |
| Total: | | $1,289.77 |

NO NEGOCIABLE