

U.S. POSTAGE PAID
FCM LETTER
SAN SEBASTIAN, PR
00685
FEB 03, 20
AMOUNT
$6.55
R2307M152641-9

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Buiding
San Juan (Puerto Rico) 00918-1767

Ramona M Ruiz Nieves
HC-2 Box 9160
Lares, P R 00669

7017 0660 0000 7684 0918