Por este medio deseo informar que:

Mi nombre es: Carlos Morales Vázquez

dirección: 25503 Carr 743 Bo km 1.7 Vegas Cayey, P.R. 00736

Correo Electrónico: Cuyon39@gmail.com

Celular: 939-224-4460
787-634-1769

I Fecha de la presentación: 6/27/2018
Número de Caso: 17 BK 03566-LTS
Deudor: Sistema de Retiro de los Empleados del gobierno del Estado libre Asociado de Puerto Rico
Número de reclamación: 101254
monto de la reclamación: $7,529.76

II Fecha de la presentación: 6/27/2018
Número de caso: 17 BK 03566-LTS
Deudor: Sistema de Retiro de los empleados del Gobierno del Estado libre Asociado de Puerto Rico
Número de reclamación: 106922
monto de la Reclamación: $5,400.00

Me opongo a la objeción global ya que fui empleado por muchos años del gobierno de Puerto Rico Estado libre Asociado de Puerto Rico.

Cordialmente
Carlos Morales Vázquez