Carlos Morales Vázquez
25503 Car 743 Bo Km1.7
Vegas, Cayey, P.R. 00736

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 S. Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CIDRA, PR
00739
JAN 14, 20
AMOUNT
$6.85
R2304M113360-09

00918

RECEIVED & FILED
2020 FEB 4

CERTIFIED MAIL

7019 1640 0000 9883 5665

0091031767 B017
00910-17675