**(i)    Datos de contacto:**

Nombre demandante: Leila Pablos Vazquez

Dirección:Urbanización Villa Universitaria Calle 35-BH6

Humacao Puerto Rico 00791

Teléfono: 787-209-9152

Correo electrónico: leilapablos1@hotmail.com

**(ii)    Epígrafe**

Tribunal del Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Notificación de la nonagésima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestados.

17 BK 03283-LTS

Reclamo en Prime Clerk 24832

Base para la evidencia de reclamación tiene la intensión de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

**(iii)    Motivos para oponerse a la objeción global**

El Gobierno de Puerto Rico dispuso de nuestras aportaciones al Sistema de Retiro, sin previa notificación y sin intensión de reponerlo. Por lo que se reclama un monto de deuda de $61,802.82 según el estado de cuenta estimado por la Administración de sistemas de Retiro de Empleados de Gobierno y la Adjudicatura.

**(iv)    Documentación justificativa**

Véase documentos adjuntos

2020 FEB -3 PM 3: 24
CLERK'S OFFICE
U S DISTRICT COURT
RECEIVED & FILED

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| PABLOS VAZQUEZ, LEILA | 24832 | 5/23/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| PABLOS VAZQUEZ, LEILA | 24832 | 5/23/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☑ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *el gobierno dispuso de nuestros aportaciones al sistema de Retiro*

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *$ 61,802.82*

*Número de Evidencia de Reclamación:*
*Reclamante*:

3. __Empleo.__ ¿Su reclamo se relaciona con un empleo actual o anterior en el
   gobierno de Puerto Rico?

   ☐   No. *Pase a la Pregunta 4.*

   ☑   Sí. __Responda preguntas 3(a)-(d).__

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _Departamento de La Familia_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea
aplicable):

   ☐   Jubilación

   ☐   Salarios impagos

   ☐   Días por enfermedad

   ☐   Queja con el sindicato

   ☐   Vacaciones

   ☑   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de

   ser necesario).
   _Descuento de aportación mensual del Sistema de Retiro_
   _01-01-2007 / 30-06-2017_

4. __Acción legal.__ ¿Su reclamación se relaciona con una acción judicial ya cerrada o
   pendiente de resolución?

   ☑   No.

   ☐   Sí. __Responda Preguntas 4(a)-(f).__

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de la Familia_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente
de resolución:
   _Sistema de Retiro_

4(c). Número de caso: _Administración de Sistema de Retiro Num 17BK3283LTS_

4(d). Título, epígrafe, o nombre del caso:
   _Aportación al Sistema de Retiro_

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_Pendiente de resolverse_

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_no_



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

17 de enero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

LEILA PABLOS VAZQUEZ
URB VILLA UNIVERSITARIA
BH-6 CALLE 35
HUMACAO, PR 00791

Seguro Social: XXX-XX-1450

A base de la información en nuestros registros, al 17 de enero de 2020 usted posee:

Fecha de Nacimiento: 04 de septiembre de 1965
Fecha de Ingreso al Servicio Público: 28 de febrero de 1994
Fecha de Comienzo de Cotización: 28 de febrero de 1994

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 14,812.80 | Aportaciones: | 7,769.26 |
| | | Intereses: | 1,199.90 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **52,226.40** | **Total Aportaciones:** | **16,012.70** | **Total Aportaciones:** | **7,769.26** |
| **Beneficio:** | **671.60** | **Beneficio:** | **81.27** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes





**DEPARTAMENTO DE LA**
**FAMILIA**
**GOBIERNO DE PUERTO RICO**

**ADFAN**

# CERTIFICACION

Certifico que la Sra. Leila Pablos Vázquez, con seguro social `          50`, labora para el Departamento de la Familia – Administración de Familias y Niños desde el 1 de febrero de 1994 hasta el presente.

Ocupa un puesto de Supervisora de Trabajado Social II con estatus De Carrera - Regular. Devenga un salario de $3,686.00 mensual.

Esta certificación se expide a petición de la señora Pablos, hoy 17 de enero de 2020, conforme a información en el Sistema Mecanizado de Recursos Humanos (RHUM) del Departamento de Hacienda.

Carmín Rodríguez Negrón
Administradora Auxiliar de Recursos Humanos



RESUMEN

ACUERDO

PUBLICOS UNIDOS DE PUERTO RICO
CONCILIO 95
SP
AFSCME, AFL-CIO



**BONO FIRMA** $1000 para cada miembro

**Bono de Firma-** $1,000 para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.

**Aportación Plan Médico Único** - Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo**- El Convenio Colectivo se mantiene vigente en sus áreas 'no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.



**Contribuciones Retiro Sistema 2000** - Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. Actualmente ese dinero no existe en caja, se utilizó por el Gobierno. Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones**- Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria** -A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías** - Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



**Feriados:** - Si un feriado cae día sábado, el mismo será efectivo el día antes laborable. Si cae domingo, el feriado será concedido al día siguiente como es la práctica actual.

**Licencias-** se mantiene lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



**Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada** - Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

**Futuros Beneficios del Gobierno** - Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

**Ratificación** - Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.



Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spupr.com

U.S. POSTAGE PAID
FCM LG ENV
PUNTA SANTIAGO, PR
FEB 01, 20

**$7.80**

R2307M152684-06

00918

1000

7015 3430 0000 9637 4183

Hon. Laura Taylor Swain

Secretaria

Tribunal de Distrito de los Estados Unidos

Para Distrito de Puerto Rico

150 Carlos Chardon Street

Federal Building

San Juan PR 00918-1767

RECEIVED &
2020 FEB -3 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Villa Universitaria
Calle 35-BHG
Numero A2. 00791