IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING UNOPPOSED URGENT MOTION OF THE AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS, THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS, AND ASSURED GUARANTY CORP AND ASSURED GUARANTY MUNICIPAL CORP., FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO JOINT MOTION TO DISMISS THE PUBLIC DEBT CLAIM OBJECTIONS

Upon consideration of the *Unopposed Urgent Joint Motion of the Ad Hoc Group of General Obligation Bondholders, the Ad Hoc Group of Constitutional Debtholders, and Assured Guaranty Corp. and Assured Guaranty Municipal Corp., for Leave to Exceed Page Limit with Respect to Joint Motion to Dismiss the Public Debt Claim Objections* (Docket Entry

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 10645 in Case No. 17-3283, the "Urgent Motion"),[2] seeking leave to exceed the thirty-five (35) page limit for memoranda of law in support of motions prescribed by the Case Management Procedures, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to Section 306 of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of this Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided.  Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Movants may exceed the thirty-five (35) page-per-motion limit set in the Case Management Procedures by filing one or more joint memoranda of law in support of their Motion to Dismiss the Public Debt Claim Objections not to exceed, in the aggregate, eighty (80) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, certificate of service, and other required certifications.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

4. This Order resolves Docket Entry No. 10645 in Case No. 17-3283.

SO ORDERED.

Dated: February 5, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.