UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

NOTICE REGARDING AMENDED MOTION FOR ENTRY OF AN ORDER
(A) AUTHORIZING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES,
(B) APPROVING ADDITIONAL FORMS OF NOTICE, AND (C) GRANTING RELATED RELIEF

Consistent with the Court's statements on the record at the January 29, 2020, Omnibus Hearing, the Court provides this notice in connection with the *Amended Motion for Entry of an Order (a) Authorizing Alternative Dispute Resolution Procedures, (b) Approving Additional Forms of Notice, and (c) Granting Related Relief* (Docket Entry No. 9718 in Case No. 17-3283[2]). Annexed hereto as Exhibits A and B, respectively, for the parties' reference, are (i) a table containing exemplar column headings for use in the notices that are anticipated to be filed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283.

with the Court by the Debtors upon commencement of the alternative dispute resolution process and periodically thereafter, and (ii) blacklined and clean versions of the proposed *Alternative Dispute Resolution Notice* (Docket Entry No. 10295-1, the "ADR Notice"), which incorporates the Court's editorial suggestions discussed on the record at the January 29, 2020, Omnibus Hearing as well as further suggestions. The Court's suggested revisions to the ADR Notice are intended to make it easier for recipients to understand and follow. The revisions are consistent with the Debtors' proposal of an all-purpose form that includes information regarding arbitration and Commonwealth court resolution even where the relevant Debtor is declining to consent to one or both of those methods. The Court suggests that the Debtors consider further clarifying the ADR Notice by omitting information and elections regarding arbitration and/or Commonwealth court resolution if the relevant Debtor does not intend to consent to those methods.

The Debtors are further requested to revise their proposed order to include the following language: "Pursuant to Local Civil Rule 1(f) of the United States District Court for the District of Puerto Rico, this Order suspends the Court's Local Civil Rule 83J for the specific Title III cases captioned above and their related adversary proceedings."

Dated: February 5, 2020

       /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge