| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f) | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status | | Claim Amount Key |
|---|---|---|---|---|---|---|---|
| | | | | | | | a: unspecified |
| | | | | | | | b: $1-$10,000 |
| | | | | | | | c: $10,001-$100,000 |
| | | | | | | | d: $100,001-$500,000 |
| | | | | | | | e: $500,001-$1,000,000 |
| | | | | | | | f: $1,000,001+ |