UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

NOTICE REGARDING SPANISH LANGUAGE VERSION OF THE
FORM OF NOTICE OF TRANSFER TO ADMINISTRATIVE RECONCILIATION PROCEDURES

The Court has received and reviewed the *Notice of Presentment of Revised Proposed Order (a) Authorizing Administrative Reconciliation of Claims, (b) Approving Additional Form of Notice, and (c) Granting Related Relief* (Docket Entry No. 9617 in Case No. 17-3283) filed by the Debtors.  Attached hereto as Exhibit A are blacklined and clean versions of the Debtors' proposed *Administrative Claims Reconciliation Notice* ("ACR Notice") in the Spanish language, as modified to reflect changes recommended by the Court's translation unit. The Debtors are requested to file an amended notice of presentment attaching a proposed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Spanish language version of the ACR Notice that incorporates the changes reflected in Exhibit A hereto.

Dated: February 5, 2020

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge