**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO~~,~~ *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES**

Fecha de ~~Servicio~~Notificación:
Reclamante(s) designados:
Dirección:
~~Numero~~Número(s) de reclamaciones designadas:
Cantidad(es) ~~indicado~~ indicada(s) en la(s) prueba(s) de ~~reclamaciones~~reclamación:
Tipo de Reclamación (Pensión/Jubilado, Reembolso de ~~impuestos~~contribuciones,
Empleado público y/o Queja):

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su ~~l~~ número de identificación de contribuyente~~tributaria~~ federal ~~de cada Deudor~~, según corresponda, son (i) ~~e~~El Estado Libre Asociado de Puerto Rico (el "~~ ~~Estado Libre Asociado~~"~~ "~~"~~) (~~c~~Caso de ~~quiebra~~ Quiebras N~~o~~núm. 17 ~~ ~~BK 3283-LTS) (últimos cuatro dígitos del número de identificación ~~tributaria~~ de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (~~c~~Caso de Quiebras ~~quiebra~~ N~~o~~núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente~~tributaria~~ federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (~~c~~Caso de Quiebras ~~Quiebra~~ N~~o~~núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente ~~tributaria~~ federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (~~c~~Caso de Quiebras ~~Quiebra~~ N~~o~~núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente ~~tributaria~~ federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (~~c~~Caso de Quiebras ~~Quiebra~~ N~~o~~núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente ~~tributaria~~ federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") ~~, y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores")~~ (~~c~~Cas~~o~~a de Quiebras ~~Quiebra~~ 19 ~~ ~~BK ~~ ~~5233-LTS) (los casos al amparo del Título III figuran co~~n~~ ~~mo~~ números ~~de el~~ ~~c~~Caso d~~e~~ la Corte d~~ee~~ Quiebra~~s~~ debido a limitaciones del *software*).

1

> **Este aviso solo se aplica a los números de reclamaciones designadas mencionados anteriormente. Debe leerLea el aviso detenidamente y discútaloutirlo con su abogado. Si no tiene un abogado, puede consultar cona uno.**
>
> **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hHora estándar del Atlántico) (español disponible).**

Mediante Con este Aviso de Reconciliación Administrativao, el [Deudor] por la presente presenta presenta las reclamaciones anteriormente identificadas anteriormente (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III [del Deudor] para su a una resolución mediante la de reconciliación de reclamaciones administrativas, de conformeidad con los procedimientos (el "Procedimientoss de Reconciliación Administrativao") establecidos por la *Orden emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el [FECHA]. Dicha orden: (A) Autorizaando la Reconciliación Administrativa de Reclamaciones, (B) Aprueba obando una Forma Adicional de AvisoNotificación, y (C) Otorgando Alivio el Remedio RelacionadoApropiado*, ingresado por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el [FECHA]. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamacióon(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa".Prime Clerk queda autorizado y dirigido a designar el (los) Reclamacion(es) Designada(s) de ACR como "Sujeto a Reconciliación Administrative" en el Registro de Reclamacions en estos casos del Título III. Se adjunta una copia de los Procedimientos de Reconciliación Administrativao para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la su reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las rReclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las rReclamaciones por reembolsos de impuestos contribuciones ("Reclamaciones de reembolso de Impuestoscontribuciones"), las rReclamaciones por salarios y beneficios adeudados al público empleados públicos ("Reclamaciones de empleados públicos") y las querellasjas sindicales ("Reclamaciones de quejas/agraviosquerelljaas"). Para obtener información sobre los procesos administrativos aplicables a su reclamacionreclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguenaran de manera oportuna, las Reclamaciones Administrativas de Reclamaciones ón(es) Designada(s) por ACR serán monitoreadas por el tribunal del Título III y [el Deudor] deberá informarle al tribunal del Título

2

III **cada 60 días** sobre del estado de toda cada reclamación sometida presentada a los Procedimientos de Reconciliación Administrativa cada 60 días.

> **Formatted:** Font: Not Bold

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de [la agencia responsable de la reclamación] se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para su la Reconciliación de su Reclamación Administrativa Designada de ACR.

Si no recibe comunicación tiene noticias de su un representante de la agencia dentro de loas **SESENTAS DÍAS SIGUIENTES A DE LA "FECHA DE SERVICIO NOTIFICACIÓN" QUE APARECE REFLEJADA EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON DEBE CONTACTAR** [PRIME CLERK].

3

**Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones**

Usted eEstá recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompañae esta Descripción General para determinar que cuáles procedimientos se seguirán para procesarán su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para consideraran su reclamación. Debe leerLea esta Descripción General detenidamente y discútelo discútalao con su abogado. Si no tienes un abogado, puede consultar a con uno.

Dentro de los sesenta (60) días siguientes al recibo de después que recibes este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicara comunicará con usted para notificarle que esa dicha agencia ha iniciado el procesamiento de su reclamación. SI NO OYES RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR CONTACTAR COMUNÍQUESE CON [PRIME CLERK] INMEDIATAMENTE.

Una vez que ERS, Hacienda, o la agencia correspondiente del Estado Libre Asociado aplicable hayan alcanzado llegado a una determinación inicial (la "Determinación Inicial") (la "Determinación Inicial") en cuanto al monto, si alguno, de su reclamación, , si corresponde, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo a sincronización y los los procedimientos aplicables apara dichesa apelación varían de acuerdo según eal tipo de reclamacióno que tengausted presente.:

- **Reclamaciones de pensión/jubilación**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) díasiez a partir de la fecha de la carta para solicitar la reconsideración. Si pidebusca una reconsideración, un oficial examinador de audiencias celebrárárealizara una audiencia vista para considerar su reclamación. Recibirá launa decisión de ERS dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vistade su audiencia. Si ERS deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de los treinta (30) días a partir de posteriores a la fecha de la denegacióneisión que niega de la reconsideración. Si se rechaza su apelación es rechazada, deberá presentar una apelación ante del Tribunal de Apelaciones de Puerto Rico dentro de los treinta (30) días posteriores a partir dea la fecha de la determinación de la Junta de Retiro.

- **Reclamaciones de reembolso de impuestoscontribuciones**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede presentar radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días posteriores siguientes a la fecha de envío de en que se envió la carta de Hacienda.

4

- **Reclamaciones de empleados públicos**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo~~ido~~ el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá ~~presentar~~ radicar su apelación. Si no tiene ~~un~~ abogado, puede consultar con~~a~~ uno.

- **Reclamaciones de quejas/agravios**: Si tiene una reclamación relacionada con ~~de~~ quejas/agravios, la misma ~~su reclamación~~ se procesará de acuerdo con los términos de su convenio colectivo. Debe examinar ~~consultar~~ su convenio colectivo para obtener más información sobre los pasos que se tomarán~~a~~n para resolver su reclamación, los plazos de tiempo ~~el momento~~ para resolverla~~o~~ y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial~~,~~ pero no radica ~~presenta~~ una apelación dentro de los plazos de tiempo ~~establecidos~~ indicados anteriormente, su reclamación será designada como "resuelta~~o~~" y se le pagará el monto, si ~~corresponde~~alguno, que se haya determinado en ~~por~~ los procedimientos administrativos.

5