# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,** | **PROMESA Title III** |
| as representative of | |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** | **No. 17 BK 3283-LTS** |
| Debtors.[1] | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW Sabin Willett, applicant herein and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

1. Applicant is an attorney and member of the law firm of Morgan, Lewis & Bockius LLP with offices at

| | |
|---|---|
| Address: | One Federal Street<br>Boston, MA 02110-1726 |
| Email: | sabin.willett@morganlewis.com |
| Telephone: | (617) 951-8775 |
| Facsimile: | (860) 240-2701 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankr. Case No. 17 BK 3283-LTS) (last four digits of federal tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17 BK 3284-LTS) (last four digits of federal tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankr. Case No. 17 BK 3567-LTS) (last four digits of federal tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17 BK 3566-LTS) (last four digits of federal tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankr. Case No. 17 BK 4780-LTS) (last four digits of federal tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankr. Case No. 19 BK 5233-LTS) (last four digits of federal tax ID 3801) (Title III case numbers listed as bankruptcy case numbers due to software limitations).

2. Applicant will sign all pleadings with the name Sabin Willett.

3. Applicant has been retained as a member of the above-named firm by the QTCB Noteholder Group[2] to provide legal representation in connection with Case No. 17-BK-3283-LTS now pending before the United States District Court for the District of Puerto Rico.

4. Applicant has been since 1983 and is today a member in good standing of the bar of the Commonwealth of Massachusetts. Applicant's Massachusetts bar number is 542519.

5. Applicant has been admitted to practice before the following courts:

Supreme Judicial Court of Massachusetts

United States District Court for the District of Massachusetts

United States Courts of Appeal for the First, Second, Fifth, Tenth and D.C. Circuits

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

Name:    Robert Abesada-Agüet
Correa-Acevedo & Abesada Law Offices, P.S.C.

USDC-PR Bar No. 216706

---

[2] "QTCB Noteholder Group" means the group identified in the Notice of Appearance and Request for Notice [ECF No. 134].

|  |  |
|---|---|
| Address: | Centro Internacional de Mercadeo II<br>#90 Carr. 165 Suite 407<br>Guaynabo, Puerto Rico 00968-8064 |
| E-mail: | ra@calopsc.com |
| Telephone: | (787) 273- 8300 |
| Facsimile: | (787) 273- 8371 |

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same. Among the rules is a rule that provides in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission of $300.00 per appearance in each new case before the Court. Payment of the *pro hac vice* admission fee is attached hereto.

WHEREFORE, Applicant respectfully requests that he be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: February 5, 2020

>*/s/ Sabin Willett*
>Sabin Willett
>One Federal Street
>Boston, MA 02110-1726
>Tel: (617) 951-8775
>sabin.willett@morganlewis.com

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

Dated: February 5, 2020

>Roberto Abesada- Agüet
>
>/s/ *Roberto Abesada- Agüet*

**I HEREBY CERTIFY** that on February 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

*/s/ Roberto Abesada-Agüet*
 Robert Abesada-Agüet
USDC-PR No. 216706
*Correa-Acevedo & Abesada*
*Law Offices, P.S.C.*
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
Email: ra@calopsc.com
Tel. (787) 273- 8300

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2020

_____
U.S. DISTRICT JUDGE