# EXHIBIT 6

Section 3.—The Secretary of the Treasury of Puerto Rico is hereby authorized to withhold from any appropriations or funds in his possession, belonging to the entities operating one or more institutions in the Puerto Rico Medical Center, such amounts as may be necessary according to the contribution each entity is bound to make for the operation of such auxiliary medical services, services of a commercial nature and administrative services as the entities operating one or more institutions in the Puerto Rico Medical Center may have heretofore agreed and may hereafter agree to integrate for the common use of the member institutions composing the Puerto Rico Medical Center, if the Corporation should fail to reimburse the advances received within the time prescribed in section 2 above.

Section 4.—This act shall take effect immediately after its approval.

*Approved May 14, 1964.*

## Public Buildings—Leasing of Space

(H. B. 883)

[No. 27]

[*Approved May 14, 1964*]

## AN ACT

To amend section 15 of Act No. 56, of June 19, 1958, which provides for the leasing of space by the departments, agencies, instrumentalities or municipalities of the Commonwealth of Puerto Rico, in buildings constructed by the Public Buildings Authority.

*Be it enacted by the Legislature of Puerto Rico:*

Section 1.—Article 15, of Act No. 56, approved June 19, 1958, as amended,[85] is hereby amended to read as follows:

"Section 15.—Any department, agency, instrumentality or municipality of the Commonwealth may, by regulation or law, or acting by and through its secretary, director or executive head, be

---

[85] 22 L.P.R.A. § 916.

pledged under a contract or contracts with the Authority for the total or partial lease of any office building or facilities in relation therewith owned and operated by the Authority, or for spaces or services to be rendered by any government organization in relation therewith. Such contract or contracts may contain such terms and conditions as by mutual agreement may be stipulated by the Authority and said department, agency, instrumentality or municipality; provided, however, that no such contract shall be for a term longer than 30 years from its effective date. The rent to be paid to the Authority under any such contracts in any year shall not exceed the sum of the following factors: (i) the expenses of operating and maintaining such office building and related facilities in such year, including the administrative expenses of the Authority in relation therewith, (ii) the total of the interest, principal, and amortization requirements of the bonds issued by the Authority for the financing of such office building and related facilities, payable in such year, and (iii) an annual reserve to be provided for such purposes; provided, however, that the rent shall be distributed among the various lessees, if there be more than one, on the basis of the proportion that the space leased by each lessee bears to the total leasable space in such public building and related facilities. Any department, agency, instrumentality or municipality of the Commonwealth is hereby authorized, with the approval of the Governor of Puerto Rico or the officer to whom he may delegate, to perform and execute any and all of the acts, agreements, covenants, contracts and transactions necessary, convenient or desirable to perform and execute each contract and provide for the payment or satisfaction of any obligation of said department, agency, instrumentality or municipality. Any contract shall be valid and binding upon the department, agency, instrumentality or municipality of the Commonwealth. The whole or any portion of the rents payable to the Authority under any such contracts may be pledged by the Authority for the payment of the principal of and interest on any bonds issued by the Authority.

"For the purposes of this act the word 'department' shall mean any executive department created by or pursuant to Article IV, Section 6, of the Constitution of the Commonwealth of Puerto Rico,[85.1] and any other government organization created by law of the Legislature and mainly dependent on appropriations of funds

---

[85.1] L.P.R.A., vol. 1.

by the Legislature to meet its operating expenses.

"The good faith and credit of the Commonwealth are hereby pledged for the payment of the rents under any lease contract executed pursuant to the terms of this act with any department of the Commonwealth, and the good faith and credit of any municipality shall be pledged for the payment of the rents under any lease contract executed pursuant to the terms of this act by or in behalf of the municipality.

"If any portion of the rents payable to the Authority in any fiscal year by any agency or instrumentality of the Commonwealth under the terms of any lease contract executed pursuant to the provisions of this act were not paid when due, the Commonwealth shall advance to the Authority the unpaid portion of such rents. The Secretary of the Treasury is hereby directed to make any such advances from any unencumbered funds in the Treasury of Puerto Rico, and the good faith and credit of the Commonwealth are hereby pledged for the making of such advances. Any advances so made by the Commonwealth shall be reimbursed to the Commonwealth by the agency or instrumentality to whose account such advances shall have been made, from any funds of the said agency or instrumentality that may be available after having paid such rents as may then be owing to the Authority and after having defrayed all other current operating expenses of such agency or instrumentality."

Section 2.—This act shall take effect immediately after its approval.

*Approved May 14, 1964.*

---

### Watershed Protection—Flood Control

(H. B. 892)

[No. 28]

[*Approved May 14, 1964*]

### AN ACT

To empower the Governor of Puerto Rico or the Secretary of Agriculture of Puerto Rico to acquire by any lawful means any property or interest in any properties that may be necessary for