# EXHIBIT 8

| Apr. 11 | PUBLIC BLDGS. AUTH.—BONDS | Act No. 17 |

## Public Buildings Authority—Bonds; Warranty

(S.B. 717)

[No. 17]

[*Approved April 11, 1968*]

## AN ACT

To provide for the warranting by the Commonwealth of Puerto Rico of payment of principal of and interest on any kind of bonds, not to exceed $27,000,000 issued by the Public Buildings Authority to be used for any of the purposes of said Authority; to maintain a reserve fund by said Authority refundable by the Secretary of the Treasury; and to extend said warranty to cover premiums and interest accrued in regard to said bonds.

*Be it enacted by the Legislature of Puerto Rico:*

Section 1.—

The Commonwealth of Puerto Rico hereby warrants payment of the principal of and the interest on bonds in an aggregate principal amount not exceeding $27,000,000 issued or to be issued by the Public Buildings Authority for any of its purposes authorized by law. The bonds covered by this warranty shall be those specified by the Authority, and a statement of such warranty shall be set forth on the face of such bonds. It shall be understood that said warranty is extensive to the bonds that may be issued in the future to consolidate, merge, or remerge any bonds issued by the Authority in accordance with this act, including the payment of any premiums that may be paid in connection with such consolidation, merger or remerger, or interest accrued, if any, on the date of such consolidation, merger or remerger. If at any time the revenues, or income, and any other moneys of the Authority, pledged for the payment of the principal of and interest on such bonds, are not sufficient for the payment of such principal and interest when they fall due, nor to maintain the reserve fund for the bonds that the Authority has pledged itself to maintain, the Secretary of the Treasury shall draw from the Redemption Fund established by Act No. 269 of May 11, 1949,[35] or from any funds available in the Treasury of Puerto Rico, such sums as may be necessary to cover the deficiency in the amount required for the payment of such principal and interest and to compensate the sum used from said reserve fund and shall direct

---

[35] 13 L.P.R.A. § 402 et seq.

Act No. 17     4th REGULAR SESSION—5th ASSEMBLY     Apr. 11

that the sums so drawn be applied to such payment and purpose. The good faith and credit of the Commonwealth of Puerto Rico are hereby pledged for such payments.

Section 2.—This act shall take effect July 1, 1968.

*Approved April 11, 1968.*

### Criminal Procedure—Habeas Corpus

(H.B. 860)

[No. 18]

*[Approved April 11, 1968]*

### AN ACT

To amend Section 469 of the Code of Criminal Procedure, 1935 edition.

*Be it enacted by the Legislature of Puerto Rico:*

Section 1.—Section 469 of the Code of Criminal Procedure, 1935 edition,[36] is hereby amended to read as follows:

"Section 469.—

(a) Every person unlawfully imprisoned or restrained of his liberty, may prosecute a writ of habeas corpus, to inquire into the cause of such imprisonment or restraint.

(b) No judge shall be under the obligation to consider a writ of habeas corpus to inquire into the validity of the detention of a person imprisoned by virtue of a judgment given by any Part of the Court of First Instance, if it is shown that the legality of said detention has already been determined by any Judge of the Court of First Instance by reason of a former writ of habeas corpus, and the new writ does not bring up any argument not having been produced or adjudged before, and the judge or court is convinced that the granting of the writ shall not serve the purposes of justice.

(c) No judge shall consider a writ of habeas corpus prosecuted by an inmate imprisoned by virtue of a final judgment which has not exhausted the remedy provided by Rule 192.1 of the Rules of Criminal Procedure.[37] If denied after having been prosecuted, the

---

[36] 34 L.P.R.A. § 1741.
[37] 34 L.P.R.A., App. II.