# EXHIBIT 1

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM DECEMBER 7, 2019 THROUGH FEBRUARY 5, 2020

|   | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **STIPULATION DATE** |
|---|---|---|---|---|---|
| 1. | *Pedro Duarte Rosario v. ELA*, Case No. SJ2019CV07264(805) Civil Rights Case | Pedro Duarte | Commonwealth of Puerto Rico | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Litigation to proceed to final judgment before the Trial Court, the Puerto Rico Court of Appeals, and the Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Litigation, including, but not limited to, the execution and enforcement of any judgment for money damages and provisional remedies against the Commonwealth or any other Title III debtor. | December 17, 2019 |
| 2. | *Rivera-Cruz, et. al. v. Caldero-López, et. al.*, Case No. 16-2469 Civil Rights Case | Xiomara Rivera-Cruz and Carlos L. Centeno-Merced | Commonwealth of Puerto Rico | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the Prepetition Action to proceed to final judgment before the District Court and (ii) allow Movants to pursue execution and enforcement of any non-monetary relief that does not entail the disbursement of funds belonging to the Commonwealth or any other Title III Debtor for the implementation, enforcement, and/or execution of such non-monetary relief; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages or any other monetary relief that entails the disbursement of funds by the Commonwealth or any other Title III debtor, and provisional remedies against the Commonwealth or any other Title III debtor. | December 20, 2019 |
| 3. | Potential inverse condemnation action relating to alleged prepetition events | Jupiter Property Management, LLC | Commonwealth of Puerto Rico | The Title III Stay is hereby modified solely to the limited extent necessary to allow (i) Movant to commence the Litigation in the Trial Court and (ii) the Litigation to proceed to final | January 21, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | | | | judgment before the Trial Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Litigation, including, but not limited to, the execution and enforcement of any judgment for money damages and provisional remedies against the Commonwealth or any other Title III debtor or any other relief that entails the disbursement of funds by the Commonwealth. | |
| 4. | *Myra E. Mercado Reyes v. Hon. Secretario de Justicia, Estado Libre Asociado de PR, Policía de PR*, Civil Case No. KAC2010-0545 Forfeiture Actions | Myra E. Mercado Reyes | Commonwealth of Puerto Rico | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court, the Court of Appeals of Puerto Rico, and the Supreme Court of Puerto Rico in accordance with the Uniform Forfeiture Act of 2011, 34 L.P.R.A. § 1724 et seq. (the "UFA") and, if judgment is entered in Movant's favor, to allow Movant to pursue remedies against the Commonwealth under section 19 of the UFA solely with respect to the return of the forfeited property; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages and provisional remedies against the Commonwealth or any other Title III debtor. | January 10, 2020 |