# EXHIBIT 2

## TITLE III STAY MODIFICATIONS REGARDING EMPLOYMENT ACTIONS AGREED TO BY THE COMMONWEALTH[1]

### A. Description of Title III Stay Modification

The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity, Department of Education Office of Appeals), or similar administrative process, through final resolution, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor.

|    | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|----|---|---|---|---|
| 1. | NILDA CRUZ SANCHEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-07-0020 REGULAR STATUS APPOINTMENT AS TEACHER | Nilda Cruz Sánchez | Commonwealth | February 5, 2020 |
| 2. | NILDA CRUZ SANCHEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1568 REGULAR STATUS APPOINTMENT AS TEACHER | Nilda Cruz Sánchez | Commonwealth | February 5, 2020 |

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the Debtors' Fourteenth Omnibus Motion for Approval of Modifications of the Automatic Stay.

"Prepetition Action" shall mean the action identified in the column, "Case Information."

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 3. | AIXA CORREA BACHILLER V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-07-0052 REGULAR STATUS APPOINTMENT AS TEACHER | Aixa Correa Bachiller | Commonwealth | February 5, 2020 |
| 4. | AIXA CORREA BACHILLER V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-04-1558 REGULAR STATUS APPOINTMENT AS TEACHER | Aixa Correa Bachiller | Commonwealth | February 5, 2020 |
| 5. | MARIBEL PONS ORAMA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-05-1666 REGULAR STATUS APPOINTMENT AS TEACHER | Maribel Pons Orama | Commonwealth | February 5, 2020 |
| 6. | MARIBEL PONS ORAMA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0162 REGULAR STATUS APPOINTMENT AS TEACHER | Maribel Pons Orama | Commonwealth | February 5, 2020 |
| 7. | NITZA ORTIZ GUZMAN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1618 REGULAR STATUS APPOINTMENT AS TEACHER | Nitza Ortiz Guzman | Commonwealth | February 5, 2020 |

|     | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|-----|------------------|--------|--------|-------------------|
| 8.  | NITZA ORTIZ GUZMAN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0256 REGULAR STATUS APPOINTMENT AS TEACHER | Nitza Ortiz Guzman | Commonwealth | February 5, 2020 |
| 9.  | AUREA MENDEZ NIEVES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1599 REGULAR STATUS APPOINTMENT AS TEACHER | Aurea Méndez Nieves | Commonwealth | February 5, 2020 |
| 10. | AUREA MENDEZ NIEVES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0143 REGULAR STATUS APPOINTMENT AS TEACHER | Aurea Méndez Nieves | Commonwealth | February 5, 2020 |
| 11. | MAGDA FIGUEROA MELENDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1577 REGULAR STATUS APPOINTMENT AS TEACHER | Magda Figueroa Meléndez | Commonwealth | February 5, 2020 |
| 12. | MAGDA FIGUEROA MELENDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-07-0033 REGULAR STATUS APPOINTMENT AS TEACHER | Magda Figueroa Meléndez | Commonwealth | February 5, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 13. | VERÓNICA ABREAU HERNANDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1554<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | Verónica Abraeau Hernández | Commonwealth | February 5, 2020 |
| 14. | VERÓNICA ABREAU HERNANDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-06-2159<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | Verónica Abraeau Hernández | Commonwealth | February 5, 2020 |
| 15. | MARISOL RODRIGUEZ ORTIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-05-1663<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | Marisol Rodríguez Ortiz | Commonwealth | February 5, 2020 |
| 16. | YAMARIS ROSARIO VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-09-0354<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | Yamaris Rosario Vázquez | Commonwealth | February 5, 2020 |
| 17. | YAMARIS ROSARIO VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2011-07-0043<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | Yamaris Rosario Vázquez | Commonwealth | February 5, 2020 |
| 18. | YAMARIS ROSARIO VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-05-1564<br><br>REGULAR STATUS APPOINTMENT AS TEACHER | Yamaris Rosario Vázquez | Commonwealth | February 5, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 19. | JOSE TORRES TORRES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2011-10-0813 REGULAR STATUS APPOINTMENT AS TEACHER | José Torres Torres | Commonwealth | February 5, 2020 |
| 20. | ADA VEGA TELLADO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2010-05-3144 REGULAR STATUS APPOINTMENT AS TEACHER | Ada Vega Tellado | Commonwealth | February 5, 2020 |
| 21. | BELINDA RIVERA RIVERA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2018-01-0443 REGULAR STATUS APPOINTMENT AS TEACHER | Belinda Rivera Rivera | Commonwealth | February 5, 2020 |
| 22. | GLORIA ORTIZ MARTINEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-11-0254 REGULAR STATUS APPOINTMENT AS TEACHER | Gloria Ortiz Martínez | Commonwealth | February 5, 2020 |
| 23. | GLORIVET ZAYAS CRUZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-11-0252 REGULAR STATUS APPOINTMENT AS TEACHER | Glorivet Zayas Cruz | Commonwealth | February 5, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 24. | LYZMARIE J PEREZ GONZALEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-08-0202 REGULAR STATUS APPOINTMENT AS TEACHER | Lyzmarie J. Pérez González | Commonwealth | February 5, 2020 |
| 25. | MIGUEL RIVAS VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2008-07-0030 REGULAR STATUS APPOINTMENT AS TEACHER | Miguel Rivas Vázquez | Commonwealth | February 5, 2020 |
| 26. | MIGUEL RIVAS VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2009-08-0363 REGULAR STATUS APPOINTMENT AS TEACHER | Miguel Rivas Vázquez | Commonwealth | February 5, 2020 |
| 27. | ETTIENNE ROSADO DOMENECH V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-05-1307 DISCIPLINARY ACTION | Ettienne Rosado Domenech | Commonwealth | February 5, 2020 |
| 28. | MIRIAM PEREZ MARTINEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-05-1339 RETRIBUTION | Miriam Pérez Martínez | Commonwealth | February 5, 2020 |

6

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 29. | MYRTHA RAMIREZ LUGO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2014-06-1555 REGULAR STATUS APPOINTMENT AS TEACHER | Myrtha Ramírez Lugo | Commonwealth | February 5, 2020 |
| 30. | GLAMARYS RODRÍGUEZ CORREA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2018-08-0042 REGULAR STATUS APPOINTMENT AS TEACHER | Glamarys Rodríguez Correa | Commonwealth | February 5, 2020 |
| 31. | LUZ B CALIXTO MARTINEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2016-07-0101 REGULAR STATUS APPOINTMENT AS TEACHER | Luz B. Calixto Martínez | Commonwealth | February 5, 2020 |
| 32. | RAUL NUÑEZ MELGAREJO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2009-04-0887 RETRIBUTION | Raul Nuñez Melgarejo | Commonwealth | February 5, 2020 |
| 33. | MIGUEL A RIVAS VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2009-08-0363 2008-2009 TEACHER POSITION | Miguel A. Rivas Vázquez | Commonwealth | February 5, 2020 |

7

|     | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **MODIFICATION DATE** |
| --- | --- | --- | --- | --- |
| 34. | MIGUEL A RIVAS VÁZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2009-08-0363 2007-2008 TEACHER POSITION | Miguel A. Rivas Vázquez | Commonwealth | February 5, 2020 |
| 35. | JOEL RUIZ RODRÍGUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2017-07-0084 REGULAR STATUS | Joel Ruiz Rodríguez | Commonwealth | February 5, 2020 |
| 36. | CARLOS PAGAN BRIGNONI V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2017-06-1309 RETENTION (DISCIPLINARY ACCION) | Carlos Pagán Brignoni | Commonwealth | February 5, 2020 |
| 37. | BRENDA CARTAGENA MONTEZUMA V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2017-06-1309 RETRIBUTION | Brenda Cartagena Montezuma | Commonwealth | February 5, 2020 |
| 38. | CARMEN B RIOS SALAS V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2005-01-1028 REGULAR STATUS | Carmen B. Ríos Salas | Commonwealth | February 5, 2020 |

8

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 39. | VICTOR NEGRÓN COLON V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2005-01-1017 CLASIFICATION | Victor Negrón Colón | Commonwealth | February 5, 2020 |
| 40. | RAUL BERRIOS RIVERA V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2004-10-0053 REGULAR STATUS | Raúl Berríos Rivera | Commonwealth | February 5, 2020 |
| 41. | MARTHA TORRES MERCADO V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2005-09-0357 PROMOTION | Martha Torres Mercado | Commonwealth | February 5, 2020 |
| 42. | FELÍCITA ORTIZ ORTIZ V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2016-04-1125 RETRIBUTION | Felícita Ortiz Ortiz | Commonwealth | February 5, 2020 |
| 43. | CESAR RODRIGUEZ MEDINA V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2011-07-0073 TRANSFER | César Rodríguez Medina | Commonwealth | February 5, 2020 |
| 44. | RAMON TORRES RIVERA V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2014-08-0409 REGULAR STATUS | Ramón Torres Rivera | Commonwealth | February 5, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 45. | UBALDO FIGUEROA RODRIGUEZ V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2013-05-1677 TRANSFER | Ubaldo Figueroa Rodríguez | Commonwealth | February 5, 2020 |
| 46. | BRENDA RODRIGUEZ LÓPEZ V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2014-02-0404 FRINGE BENEFITS | Brenda Rodríguez López | Commonwealth | February 5, 2020 |
| 47. | MARISOL OCASIO MAISONET V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2013-11-0255 REGULAR STATUS | Marisol Ocasio Maisonet | Commonwealth | February 5, 2020 |
| 48. | ROXANIE CASILLAS BURGOS V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2014-03-15443 RETENTION | Roxaine Casillas Burgos | Commonwealth | February 5, 2020 |
| 49. | MARISOL OCASIO MAISONET V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2011-06-3687 FRINGE BENEFITS | Marisol Ocasio Maisonet | Commonwealth | February 5, 2020 |
| 50. | GLORIVET ZAYAS CRUZ V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2017-11-0252 REGULAR STATUS | Glorivet Zayas Cruz | Commonwealth | February 5, 2020 |

|     | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **MODIFICATION DATE** |
| --- | --- | --- | --- | --- |
| 51. | LYZMARIE PEREZ GONZÁLEZ V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2017-08-0202 REGULAR STATUS | Lyzmarie Pérez González | Commonwealth | February 5, 2020 |
| 52. | YADIRA SANCHEZ SOLDEVILLA V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2017-11-0253 REGULAR STATUS | Yadira Sánchez Soldevilla | Commonwealth | February 5, 2020 |
| 53. | CARMEN RODRIGUEZ RIVERA Y OTROS 67 V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2013-11-0224 LAW 109 (SEEKING $150 SALARY INCREASE) | Carmen Rodríguez Rivera and other 67 | Commonwealth | February 5, 2020 |
| 54. | RAMON VALENTIN RIVERA V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2014-01-0324 Challenge to Position | Ramón Valentín Rivera | Commonwealth | February 5, 2020 |
| 55. | CARMEN I ELIZA ORTIZ V. DEPARTAMENTO DE EDUCACIÓN CASE NO: 2008-10-0370 RETENTION | Carmen I. Eliza Ortiz | Commonwealth | February 5, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 56. | VERONICA ABREU HERNÁNDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1554 REGULAR STATUS APPOINTMENT AS TEACHER | Verónica Abreu Hernández | Commonwealth | February 5, 2020 |
| 57. | VERONICA ABREU HERNÁNDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-06-2159 REGULAR STATUS APPOINTMENT AS TEACHER | Verónica Abreu Hernández | Commonwealth | February 5, 2020 |
| 58. | AIXA CORREA BACHILLER V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1558 REGULAR STATUS APPOINTMENT AS TEACHER | Aixa Correa Bachiller | Commonwealth | February 5, 2020 |
| 59. | MARIBEL PONS ORAMA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0162 REGULAR STATUS APPOINTMENT AS TEACHER | Maribel Pons Orama | Commonwealth | February 5, 2020 |
| 60. | MARIBEL PONS ORAMA V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-05-1666 REGULAR STATUS APPOINTMENT AS TEACHER | Maribel Pons Orama | Commonwealth | February 5, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | MODIFICATION DATE |
|---|---|---|---|---|
| 61. | AUREA MENDEZ NIEVES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1599 REGULAR STATUS APPOINTMENT AS TEACHER | Aurea Méndez Nieves | Commonwealth | February 5, 2020 |
| 62. | AUREA MENDEZ NIEVES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0143 REGULAR STATUS APPOINTMENT AS TEACHER | Aurea Méndez Nieves | Commonwealth | February 5, 2020 |
| 63. | MAGDA FIGUEROA MELENDEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1577 REGULAR STATUS APPOINTMENT AS TEACHER | Magda Figueroa Meléndez | Commonwealth | February 5, 2020 |
| 64. | NITZA E ORTIZ GUZMÁN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0256 REGULAR STATUS APPOINTMENT AS TEACHER | Nitza E. Ortiz Guzmán | Commonwealth | February 5, 2020 |
| 65. | NITZA E ORTIZ GUZMÁN V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1618 REGULAR STATUS APPOINTMENT AS TEACHER | Nitza E. Ortiz Guzmán | Commonwealth | February 5, 2020 |

|  | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **MODIFICATION DATE** |
|---|---|---|---|---|
| 66. | NILDA CRUZ SÁNCHEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1568 REGULAR STATUS APPOINTMENT AS TEACHER | Nilda Cruz Sánchez | Commonwealth | February 5, 2020 |
| 67. | JOSE TORRES TORRES V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2011-10-0813 REGULAR STATUS APPOINTMENT AS TEACHER | José Torres Torres | Commonwealth | February 5, 2020 |
| 68. | YAMARIS ROSARIO VAZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-05-1564 REGULAR STATUS APPOINTMENT AS TEACHER | Yamaris Rosario Vázquez | Commonwealth | February 5, 2020 |
| 69. | YAMARIS ROSARIO VAZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-09-0354 REGULAR STATUS APPOINTMENT AS TEACHER | Yamaris Rosario Vázquez | Commonwealth | February 5, 2020 |
| 70. | YAMARIS ROSARIO VAZQUEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2011-07-0043 REGULAR STATUS APPOINTMENT AS TEACHER | Yamaris Rosario Vázquez | Commonwealth | February 5, 2020 |

|  | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **MODIFICATION DATE** |
|---|---|---|---|---|
| 71. | MARISOL RODRIGUEZ ORTIZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-05-1663 REGULAR STATUS APPOINTMENT AS TEACHER | Marisol Rodríguez Ortiz | Commonwealth | February 5, 2020 |
| 72. | IVY MARTINEZ GONZÁLEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2013-04-1593 REGULAR STATUS APPOINTMENT AS TEACHER | Ivy Martínez González | Commonwealth | February 5, 2020 |
| 73. | ADA VEGA TELLADO V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2010-05-3144 REGULAR STATUS APPOINTMENT AS TEACHER | Ada Vega Tellado | Commonwealth | February 5, 2020 |
| 74. | GERMAN ROBLES MARTÍNEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0260 REGULAR STATUS APPOINTMENT AS TEACHER | German Robles Martínez | Commonwealth | February 5, 2020 |
| 75. | GERMAN ROBLES MARTÍNEZ V. DEPARTAMENTO DE EDUCACIÓN, CASE NO: 2012-08-0260 REGULAR STATUS APPOINTMENT AS TEACHER | Germán Robles Martínez | Commonwealth | February 5, 2020 |