**Appendix I**

| Respondent's Name | Docket Entry No. of Response in Case No. 17-3283 |
|---|---|
| Wilma Ortiz Rivera | 10508 |
| Wilma Ortiz Rivera | 10509 |
| Radames Cintron Morales | 10514 |
| Genaro M. Cedeno Rodriguez | 10516 |
| Jackeline Gonzalez Castillo | 10517 |
| Hector Rios Guadarrama | 10518 |
| Hector Rios Guadarrama | 10519 |
| Marvin Santiago Perez | 10520 |
| Ivelisse Perez Talavera | 10521 |
| Anette Hernandez Rodriguez | 10523 |
| Enrique Ortiz Carrero | 10524 |
| Cruz I. De Jesus Morales | 10531 |
| Natalia Colon Agosto | 10532 |
| Eduardo Velez Crespo | 10534 |
| Wanda Ortiz Rivera | 10535 |
| Mercedes Ruiz Quintana | 10536 |
| Anabel Ramos Rodriguez | 10542 |
| Anabel Ramos Rodriguez | 10543 |
| Anabel Ramos Rodriguez | 10544 |
| Joel Chevere Santos | 10545 |
| Ivy C. Martinez Gonzalez | 10546 |
| Ivy C. Martinez Gonzalez | 10547 |
| Norma I. Tirado Rodriguez | 10556 |
| Wanda L. Diaz Reyes | 10557 |
| Norma I. Tirado Rodriguez | 10558 |
| Marie C. Santiago Vazquez | 10559 |
| Ivelisse Berrios Torres | 10561 |
| Belen E. Arrieta Ortiz | 10562 |
| Carmen I. Santiago Rodriguez | 10563 |
| Sonia Sanchez Ramos | 10564 |
| Jose J. Sanchez Acevedo | 10565 |
| Antonio Otero Morales | 10569 |
| Gladys M. Olivero Rodriguez | 10571 |
| Yazmin Lopez Rodriguez | 10572 |
| Josefina Garay Rojas | 10575 |
| Marisol Flores Suarez | 10576 |
| Angela Estrada Diaz | 10578 |
| Juan L. Santiago Collet | 10579 |
| Gisela J. Cordero Mendez | 10580 |
| Luz N. Nievez Cardona | 10581 |
| Ana Arbona Quinones | 10582 |
| Isaira Rodriguez Andujar | 10583 |

| | |
|---|---|
| Javier Mendez Pagan | 10584 |
| Justina Rodriguez Otero | 10585 |
| Maria T. Baerga Valle | 10586 |
| Lydia H. Figueroa Correa | 10587 |
| Hilda Penaloza Clemente | 10588 |
| Myrna E. Firpi Solis | 10589 |
| Joann M. Penaloza Santiago | 10614 |
| Alejandrina Velazquez Nieves | 10617 |
| Irene Feliciano Velez | 10619 |
| Sandra Maldonado Gonzalez | 10622 |
| Amalia N. Arce Rodriguez | 10627 |
| Lilliam Hernandez Torres | 10629 |
| Ivette Melendez Rivera | 10630 |
| Joaquin Vazquez Melendez | 10631 |
| Karla M. Vazquez Melendez | 10632 |