JRM-267 - Revisada - Junio 1982



ESTADO LIBRE ASOCIADO DE PUERTO RICO
# JUNTA DE RETIRO PARA MAESTROS
Ponce de León 268, Apdo. 1879, Hato Rey, P.R. 00919-1879
Tel. (809) 754-8611

15 de abril de 1992

Prof. Ana Rosa Cruz Cruz
43 W 18 Los Caobos
Ponce, PR 00731

Estimad_a_ profesor_a_:

De acuerdo con nuestros récords, usted tiene acreditado en este Sistema __25__ años, __3__ mes(es), __--__ semana(s) y __½__ día(s), al __20__ de __diciembre__ de __1991__. Este tiempo le daría derecho a una pensión aproximada de $ __------__ al __------__. Estos cálculos son preliminares y están sujetos a verificación final a la fecha de retiro. Se incluye Relación de Años de Servicios y Sueldos.

Con el propósito de completar su expediente, es necesario que nos suministre los siguientes documentos:

/__/ Acta de Nacimiento en original.

/__/ Designación de Beneficiarios que se acompaña.

/__/ Solicitud de Retiro en caso que decida acogerse a los beneficios de retiro.

/__/ Otras:

Cordialmente,

*César Díaz Piño*
César Díaz Piño
Jefe, Div. Reclamaciones, Int.

JR/grr

"Ofreciendo servicios y beneficios de carácter social a los participantes del Sistema"

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property / Sí. Identifique el bien: Derecho a la compensación de la ley de aumento salarial adeudado Romerazo 1983-1989

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

$ _____

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  26/6/18  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  Ana Rosa Cruz

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  Ana  Rosa  Cruz
First name / Primer nombre · Middle name / Segundo nombre · Last name / Apellido

Title / Cargo  Maestra Educación Elemental (Retirada)

Company / Compañía  Departamento de Educación
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  2833  Cojoba  Los Caobos
Number / Número · Street / Calle

Ponce  P.R.  00716
City / Ciudad · State / Estado · ZIP Code / Código postal

Contact phone / Teléfono de contacto  787-484-7316  Email / Correo electrónico  anarosacruz.47@yahoo.com

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

MMLID: 114706

EPOC ID: 17032830089 10

RECEIVED 18 JUN 27 P 11:28

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

CRUZ CRUZ, ANA R
Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

176

RM-6-A
lev. 12/83

## RELACION DE AÑOS DE SERVICIO Y SUELDOS

Número: 53-6219
Nombre del Miembro: Ana R. Cruz
Pueblo: Ponce IV
Categoría: Elemental
Núm. Retiro: — o —

0267 Cruz

| AÑO ESCOLAR | SERVICIOS | | | | SUELDO | AÑO ESCOLAR | SERVICIOS | | | | SUELDO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1966-67 al | 19 | 9 | — | — | 235.00 (½ d) | | | | | | |
| 1985-86 | | | | | 940.00 | | | | | | |
| 1986-87 | 1 | | | | 940.00 / 1,015.00 | | | | | | |
| 1987-88 | 1 | | | | 1,015.00 / 1,089.00 | | | | | | |
| 1988-89 | 1 | | | | 1,115.00 / 1,175.00 | | | | | | |
| 1989-90 | 1 | | | | 1,200.00 | | | | | | |
| 1990-91 | 1 | | | | 1,225.00 | | | | | | |
| 1991-92 | | 6 | | | 1,250.00 | | | | | | |
| | 24 | 15 | — | — | Total 25 | 3 | — | ½ | | a/ 20-12-91 | |

Fecha de este informe: 10-abril-1992
Cómputos verificados por: Mayda Díaz

O/L

**NOTA IMPORTANTE:**
Estos cómputos son preliminares. Analice la relación. Verifique sus cómputos. Si existe alguna discrepancia, favor comunicarse con la sección de retiro a la brevedad posible.

J. 40-02-117—1,000—M—IGPR.

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

JUNTA DE RETIRO PARA MAESTROS

INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Ana Rosa Cruz Cruz | 32318 | F |

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional (X)
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1947 Año / Mes / Día

Fecha de Retiro: 2000 Año / jul. Mes / 2? Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 52 | 08 | 20 | 33 | 10 | -- | -- | $36,840.55 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad: 2000 Año / jul. Mes / 2? Día

Retiro Ley Núm. 44 de 2000

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres años consecutivos a $1,819.44

X .65 % X 33 años
(Por ciento)   (Tiempo Acreditado)                                  1,182.63

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $181.95 | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro                                      181.95

Renta Mensual Vitalicia                                                        1,364.58
Renta Anual Vitalicia                                                         16,374.96

Oficina de Finanzas
Documentos Preintervenidos
Fecha 10/10/2000
Iniciales / Diferido

Computado: Celia Rodríguez  11 oct. 2000
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro  11-10-00

Cotejado: Hugo E. Aponte Morán  11 oct. 2000
Aprobado: Irma A. Giménez López, Secretaria Ejecutiva  16/10/2000

MN/agb/7p

## Servicios Acreditados

| Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo Mensual | Año Escolar | Servicios Años | Meses | Sem. | Días | Sueldo Mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1966-1967 | | | | | 235.00 | | | | | | |
| Hasta | 30 | 9 | -- | -- | | | | | | | |
| 1996-1997 | | | | | 1,800.00 | | | | | | |
| 1997-1998 | 1 | | | | 1,800.00 | | | | | | |
| 1998-1999 | 1 | | | | 1,800.00 | | | | | | |
| 1999-2000 | 1 | | | | 1,800.00 | 6 meses | | | | | |
| | | | | | 1,900.00 | 6 meses | | | | | |
| 2000-2001 | | 1 | | | 1,900.00 | | | | | | |
| | 33 | 10 | -- | -- | | TOTAL | 33 | 10 | 00 | 00 | |

Desglose primer pago:
Renta Mensual
Deducciones:
  Asociación de Maestros    $ _____
  Préstamo _____    _____
  Otras    _____
    Total Deducciones
    Importe del Cheque    $ _____

Observaciones:
    Año Escolar
Hasta 1917-18 _____ 9 meses
Desde 1918-19 hasta 1940-41 __ 10 meses
En el 1941-42 _____ 11 meses
Desde 1942-43 en adelante ____ 12 meses

**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/25/99 |
| Hasta: | 11/05/99 |

**# Cheque:** 01419199
**Fecha:** 11/15/99

ANA R CRUZ CRUZ
LOS CAOBOS
CALLE 43 W 18
PONCE PR 007310000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Angela Cordero Bernard |
| Titulo: | M.Elemental |
| Sueldo: | $1,800.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adel.: | | 0 |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 900.00 | 300.00 | 18,900.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 810.00 |
| Total: | | | 900.00 | 300.00 | 5,310.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 82.42 | 1,752.90 |
| Fed Withholdng | 0.00 | 0.00 |
| Total: | 82.42 | 476.90 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 63.00 | 315.00 |
| Total: | 63.00 | 1,323.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM Fed Maestros de PR | 46.50 | 232.50 |
| SC-NATIONAL LIFE INSSURANC | 18.20 | 21.00 |
| GPR Plan de Ahorros | 27.00 | 135.00 |
| Total: | 77.70 | 388.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 76.50 | 382.50 |
| FSED Disability Plan | 15.30 | 90.27 |
| SM-Fed Maestros de PR | 0.00 | 80.00 |

*Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 900.00 | 82.42 | 140.70 | 676.88 |
| Acumulado: | 5,310.00 | 476.90 | 1,711.50 | 4,129.60 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01419199 | 676.88 |
| Total: | 676.88 |

MENSAJE:

**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/10/00 |
| Hasta: | 01/21/00 |

# Cheque: 02065143
Fecha: 01/14/00

ANA R CRUZ CRUZ
LOS CAOBOS
CALLE 43 W 18
PONCE PR 007310000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005104-Ponce Ponce II |
| Oficina: | Angela Cordero Bernard |
| Titulo: | M.Elemental |
| Sueldo: | $1,900.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 950.00 | 60.00 | 950.00 |
| Total: | | | 950.00 | 60.00 | 950.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 91.42 | 91.42 |
| Total: | 91.42 | 91.42 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 66.50 | 66.50 |
| Total: | 66.50 | 66.50 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Fed Maestros de PR | 46.50 | 46.50 |
| SC-NATIONAL LIFE INSSURANCE | 4.20 | 4.20 |
| GPR Plan de Ahorros | 28.50 | 28.50 |
| Total: | 79.20 | 79.20 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 80.75 | 80.75 |
| FSED Disability Plan | 16.15 | 16.15 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 950.00 |
| Acumulado: | 950.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 91.42 |
| | 91.42 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 145.70 |
| | 145.70 |

## PAGA NETA

| | |
|---|---|
| | 712.88 |
| | 712.88 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02065143 | 712.88 |
| Total: | 712.88 |

**MENSAJE:**

## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** ANA ROSA CRUZ CRUZ
**IDENTIFICACION:**
**PERIODO QUE TERMINA EN:** 31 12 80
**NUMERO DE COMPROBANTE:** 047909
**NUMERO DE CHEQUE:** 73338266

### DEDUCCIONES

**ESPECIFICAS** — ACUMULADO DURANTE EL AÑO NATURAL

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORRO / SEGURO) |
|---|---|---|---|---|
| 107052 | | 68031 | | |

**MISCELANEAS**

| CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|
| 06 | 13050 | 60 | 880 |

NO ES NEGOCIABLE

**MES CORRIENTE**

| CONTRIBUCION | SEGURO SOCIAL | RETIRO | SERV. MED. | AHORRO | SEGURO |
|---|---|---|---|---|---|
| 9196 | | 5845 | 3145 | 2505 | |

| SUELDO BRUTO DEVENGADO (ACUM.) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUM.) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 995875 | 000 | 000 | 83500 | 24400 | 34621 | 244 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** ANA ROSA CRUZ CRUZ
**IDENTIFICACION:**
**PERIODO QUE TERMINA EN:** 31 12 83
**NUMERO DE COMPROBANTE:** 048349
**NUMERO DE CHEQUE:** 512667738

### DEDUCCIONES

**ESPECIFICAS**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) |
|---|---|---|---|---|
| 104103 | | 71085 | | |

**MISCELANEAS**

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 60 | 960 | | | | |

**MES CORRIENTE**

| CONTRIB. | SEGURO SOCIAL | RETIRO | SERV. MED. | AHORROS | SEGURO |
|---|---|---|---|---|---|
| 8384 | | 6160 | 3780 | 2640 | |

| SUELDO BRUTO DEVENGADO (ACUM.) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUM.) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1080000 | 000 | 000 | 88000 | 33000 | 21924 | 33076 |

VEASE CLAVES AL DORSO