Sra. Ana Rosa Cruz Cruz
Calle Cojoba 2833
Los Caobos, Ponce P.R. 00716

7018 2290 0000 2774 2221




U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
FEB 01, 20
AMOUNT
$7.80
1000    00918    R2304M113827-05

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 FEB -5 PM 2:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767