4 de febrero de 2020

Isabel M Jiménez Medina
P.O. Box 637
Aguada, Puerto Rico 00602

Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos.
Room 150 Federal Building.
San Juan, Puerto Rico. 00918-1767

En la radicación enviada en junio de 2018 no se había incluido la cantidad que establece la Ley 96 (paso) que aporta $25.00 dólares mensuales. Esta cantidad es de $300.00 dólares al año por 31 años de servicios. (desde 1981-hasta 2012) Esto sumaría un total de $9,300.00 dólares. El número de radicación es 147081.

El Estado Libre Asociado. ha sido demandado por incumplimiento que establece la Ley 96 y es el tribunal el que determina la acción a tomar