Isabel M. Jiménez Medina
P.O. Box 637
Aguada, Puerto Rico 00602

Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico. 00918-1767

00918-999955