4 de febrero de 2020

Isabel M Jiménez Medina
P.O. Box 637
Aguada, Puerto Rico 00602
Tel- 939-264-7106

RECEIVED & FILED
2020 FEB -5 PM 2:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

En la radicación que se envió en junio de 2018 no se había incluido la fecha en la que se estableció el romerazo. Ley 89 del 1979 que estableció $50.00 dolares mensuales que sumaría $600.00 dólares al año. La suma total seria de $18,600 dolares por 31 año de servicios. Los años reclamados son desde 1981 hasta el 2012, el número de reclamación es 120428.

El Estado Libre Asociado (ELA) ha sido demandado por incumplimiento de lo que establece la Ley (Ley 89 de 1979) y es el Tribunal el que determina la acción a tomar.