Isabel Jiménez
P.O. Box 634
Aguada, Puerto Rico 00602

RECEIVED & FILED
2020 FEB -5 PM 2:43
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767