3 de febrero de 2020

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED

2020 FEB -5 PM 2: 37

ASUNTO: REPLICA PROMESA

NUM: 17 BK 3282-LTS

Estimada secretaría:

La presente de esta comunicación es para hacer una réplica de dicho caso:

NOMBRE: ANA M. HADDOCK RIVERA

DIRECCION: URB. LA HACIENDA CALLE 42 AT 31

GUAYAMA, PUERTO RICO 00784

CELULAR: 787-328-2535

CORREO ELECTRONICO: haddockana@gmail.com

Num. De Reclamación: 145850

Deudor: Commonwealth of Puerto Rico

Estoy reclamando en esta misiva que no me desestimen del caso porque tengo el derecho al beneficio por dichas leyes.

Reclamo en esta demanda aumentos de sueldos no recibidos y escalas salariales no recibidas.

Trabaje 34 años en el Departamento de Educación en Guayama, Puerto Rico. Fueron leyes que el Gobierno de P. R. hizo y que no recibí el dinero de aumentos salariales y aumentos de gobierno. No tengo las escalas salariales eso deben solicitarlo al Departamento de Educación

-2-Continuación caso 17 BK 3283-LTS

Sistema de Retiro. No creo justo que después de trabajar 34 años no tenga derecho a lo que me deben. Lo trabaje no es un regalo. No se mucho de leyes ni tampoco se si esto es lo que están solicitando. No recibí lo que se me ofreció.

EPIGRAFE:

SECRETARIA TRIBUNAL DE DISTRITO DE LOS E.U.

ROOM 150 FEDERAL BUILDING SAN JUAN, P. R.

ABOGADO DE LA JUNTA DE SUPERVISION

PROSKAUER ROSE LLP

ELEVEN TIMES SQUARE NUEVA YORK, NUEVA YORK, 10036-8299

A/A MARTIN J, BIENENSTOCK

    BRIAN S. ROSEN

ABOGADO DEL COMITE DE ACREEDORES

PAUL HASTING LLP- 200 PARK AVENUE NUEVA YORK, NUEVA YORK 10166

A/A LUC A. DESPINS

JAMES BLISS

JAMES WORTHIGTON

G. ALEXANDER BONGARTZ

-3-Continuación caso 17 BK 3283-LTS

PRIME CLERK

COMMOUNTHWEALTH OF PUERTO RICO

CASO NO: 17-03283

United States Bancruptcy court for the Districk of Puerto Rico San Juan

Date filled : 11/15/19

Proof of claim 172522

Prime clerk

Caso no: 17-032883

Proof of Claim: 145850

Prime clerk

Caso 17-032883

Proof of claim: 172484

Adjunto envió copias como evidencia de mi trabajo. No tengo mucho porque me acc ží a la Jubilación en Junio 2013 y triture todo lo que tenía.

Gracias. Muy respetuosamente,

Ana M. Haddock Rivera
787-328-2535