**Hearing Date:  March 4, 2020, at 9:30AM (Atlantic Standard Time)**
**Response Deadline:  February 18, 2020 at 4:00PM (Atlantic Standard Time)**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

---

### ONE HUNDRED THIRTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*\*\*CUST PR 1845 SRF 38939 PackID: 1023 MMLID: 2044037 SVC: 139th Omni**
**Haddock Rivera, Ana M.**
**AT-31 C-42 Urb La Hacienda**
**Guayama, PR 00784**

Case:17-03283-LTS   Doc#:10715-1   Filed:02/05/20   Entered:02/06/20 15:55:49   Desc:
Exhibit   Page 3 of 23

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Haddock Rivera, Ana M. | 145850 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Haddock Rivera, Ana M. | 145850 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 1023 MMLID: 2044037 SVC: 139th Omni
Haddock Rivera, Ana M.
AT-31 C-42 Urb La Hacienda
Guayama, PR 00784

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Haddock Rivera, Ana M. | 145850 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Haddock Rivera, Ana M. | 145850 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En la causa:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br> como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS<br><br> Deudores. | PROMESA<br>Título III<br><br><br>Caso n.º 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**AVISO DE PLAZOS PARA LA PRESENTACIÓN
DE EVIDENCIAS DE RECLAMACIONES**

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inician casos en virtud del Título III de PROMESA (cada uno de ellos, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno de ellos, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser acreedor de uno de los Deudores y es posible que deba presentar una evidencia de reclamación ("Evidencia de reclamación").**

La lista de los nombres de los Deudores, sus números de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.º de id. tributaria federal | Caso n.º. | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno de Commonwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

---

[2]    PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

## INFORMACIÓN GENERAL: PUNTOS CLAVE

- Este documento es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente). El documento se enviará a todas las partes con las cuales los Deudores posiblemente tengan deudas en dinero (conocidas como "acreedores").

- **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**

- En los procedimientos según el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el procedimiento según el Título III. En este documento, se explica cómo presentar sus reclamaciones.

- **A muchos acreedores de Casos en virtud del Título III <u>no se les exige</u> presentar una reclamación.** En este documento, se indica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2 de este documento para obtener una lista completa de las partes que <u>no</u> deben presentar una reclamación.**

- **Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación,** y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que un Deudor propone pagar los montos adeudados a sus acreedores. Una vez presentado, este plan estará disponible para que lo revisen los acreedores. En una fecha posterior, se determinará quién votará en el plan. El monto que puede recibir en virtud del plan también se determinará más adelante.

- **Si debe presentar una reclamación en contra de alguno de los Deudores,** debe hacerlo antes del **<u>29 de mayo de 2018 a las 4:00 p. m., hora del Atlántico</u>.** Con este documento, se proporciona un formulario que puede usar para presentar su reclamación.

- Las reclamaciones pueden presentarse (a) de manera electrónica, realizando la presentación en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) por correo postal o entrega personalmente en las direcciones indicadas en la Sección 6 de este documento.

- Si, después de leer este documento, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, entre ellos, si necesita presentar una reclamación, debe hablar con un abogado.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 795974 |
|---|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 | EPOC ID: 170328301141535 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 | |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 | |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contigente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

HADDOCK RIVERA, ANA
Estado Libre Asociado de P. R y otros deudores

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____



170328301141535

| 2. | Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No    *nose*
☒ Yes. From whom?
Sí. ¿De quién? *La junta de Supervisión y Adm. de P.R* |

| 3. | Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

758

HADDOCK RIVERA, ANA
URBANIZACION LA HACIENDA
C42 AT - 31
GUAYAMA, PR 00784

*787-328-2535*
Contact phone / Teléfono de contacto

*haddockana@gmail.com*
Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto |

| 4. | Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No  *Se'*
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| 5. | Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No  *Se*
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____ |

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).
*Estado Libre Asociado de PR*
*Departamento de Educación* |

| 7. | Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No  *Estoy Retirada*
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: *Caso No. 17 BK 3283.LTS*

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ *50,000  o lo que bve corresponde.* |

*Maxima a que tengo derecho*

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *[handwritten]*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
SI. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*El Remueso Ley 80, Ley escala Salarial, por paso, Ley Retiro, 390 Ley 6 (Costo de Vida) Ley 34 (ingreso laboral), Ley 164 Primetas Silas* *[handwritten]*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
SI. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien:        $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
SI. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED
JUN 29 2018

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   _Ana M. Haddock Rivera_

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property / Sí. Identifique el bien: _Pago de aumento Sueldo no pagado_

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.      $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.   NO se. Soy que me deben

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _12-11-19_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Ana M. Haddock Ruiz_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _Haddock_ _Rivera_ _Ana M_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Oficinista Mec. III_

Company / Compañía _DE_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto_____ Email / Correo electrónico_____

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ _50,000_  *o lo que me deben.*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☑ No / No  *Se*

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Aumento de sueldo no pagado. Estado Libre Asoc_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No  *Se*

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☑ Other. Describe:
Otro. Describir:   _Aumento de sueldo aprobado y no pagado_

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).

Value of property / Valor del bien:   $ _50,000 / o lo que me deben_

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ _50,000 / Lo que me debe_

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija          _No se_
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☐ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410          **Proof of Claim**          page 3

272-FED-CP-IQ

ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
HATO REY, PUERTO RICO

OFICINA DEL
SECRETARIO DE INSTRUCCIÓN PÚBLICA

27 de septiembre de 1979

Srta. Ana M. Haddock Rivera
Baldorioty núm. 49 Oeste
Guayama, Puerto Rico   00654



Estimada señorita Haddock Rivera:

Usted ha sido seleccionada para ocupar un puesto de
Oficinista Dactilógrafo I en Comedores Escolares - Guayama.

Favor de pasar a la brevedad posible por la Oficina del
Superintendente de Escuelas - Guayama para indicarle la fecha
de efectividad del nombramiento.

Deberá presentar certificado de acta de nacimiento, certi-
ficación de graduación y dos retratos.

Cordialmente,

Frank E. Dobek
Director
División Personal Clasificado

El Departamento de Instrucción Pública no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición
social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez
HATO REY, PR 009 Esquina Calaf

| | | |
|---|---|---|
| Origen | SM -Quincenal | Aviso #: 0113285 |
| Desde: | 06/16/2008 | Fecha Aviso: 06/30/2008 |
| Hasta: | 06/30/2008 | |

ANA M HADDOCK RIVERA
URB LA HACIENDA
AT 31 CALLE 42
GUAYAMA, PR (07 -0000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8102028-Caguas Guayana |
| Lugar: | Oficina Del Superintendente |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,759.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Corriente | | Acumulado | | |
|---|---|---|---|---|---|
| | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 879.50 | 975.00 | 10,504.00 | |
| Licencia Enfermedad Exceso | | 0.00 | | 1,319.25 | |
| Pago Retroactivo Regu | | 0.00 | | 50.00 | |
| Total: | | 879.50 | 975.00 | 11,873.25 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.75 | 172.16 |
| Fed OASDI/Disability - EE | 54.53 | 736.14 |
| PR Withholding | 32.40 | 501.21 |
| Total: | 99.68 | 1,409.51 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 65.90 | 790.80 |
| Total: | 65.90 | 790.80 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 71.29 | 855.48 |
| CO-COOP GUAYAMA | 7.50 | 90.00 |
| SC-AMER FAM LIFE ASS CO | 4.70 | 56.40 |
| RC-Pres Pers Ret Cen-E Clasif | 66.73 | 767.40 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 42.00 |
| OS-UNION PASO/ SPT Y SPU | 11.99 | 143.88 |
| Ahorros-AEELA | 26.39 | 316.68 |
| Total: | 192.10 | 2,271.84 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 600.00 |
| Plan de Retiro < 4/1/90 | 81.57 | 978.85 |
| FSED Disability Plan | 14.95 | 201.83 |

| | BRUTO | BRUTO TRIBUT FED | * Tributable | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|---|
| Corriente: | 879.50 | 0.00 | | 99.68 | 258.00 | 521.82 |
| Acumulado: | 11,873.25 | 0.00 | | 1,409.51 | 3,062.64 | 7,401.10 |

## CTO HORAS

| | CUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0113285 | 521.82 |
| Total: | 521.82 |

MENSAJE:

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 0091

Fecha
06/30/2008

Aviso No.
113285

Cant. Deposito: $521.82
A la
Cuenta(s) De

ANA M HADDOCK RIVERA
URB LA HACIENDA
AT 31 CALLE 42
GUAYAMA, PR 00784-0000
Localizacion: Oficina Del Superintendente

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $521.82 |
| Total: | | $521.82 |

# NO-NEGOCIABLE

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, 1 PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/01/2009 |
| Hasta: | 07/15/2009 |

| Aviso #: | 5367060 |
|---|---|
| Fecha Aviso: | 07/15/2009 |

| | |
|---|---|
| ANA M HADDOCK RIVERA | |
| URB LA HACIENDA | |
| AT 31 CALLE 42 | |
| GUAYAMA, PR 00784-0000 | |
| SS: | |

| # Empleado: | |
|---|---|
| Dept: | 8102028-Caguas Guayama |
| Lugar: | Oficina Del Superintendente |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,859.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | ------ Corriente ------ | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios regulares | | 929.50 | 1,050.00 | 12,083.50 | |
| Licencia Enfermedad en Exceso | | 0.00 | | 1,801.90 | |
| | | | | | |
| Total: | | 929.50 | 1,050.00 | 13,885.40 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.48 | 201.34 |
| Fed OASDI/Disability - EE | 57.62 | 860.89 |
| PR Withholding | 34.44 | 591.87 |
| Total: | 105.54 | 1,654.10 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro 4/1/90 | 70.04 | 910.52 |
| Total: | 70.04 | 910.52 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 80.16 | 1,042.08 |
| CO-COOP GUAYAMA | 7.50 | 97.50 |
| SC-AMER FAM LIFE ASS CO | 4.70 | 61.10 |
| RC-Pres Pers Ret Cen-E Clasif | 66.73 | 867.49 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 45.50 |
| OS-UNION PASO/ SPT Y SPU | 12.74 | 165.62 |
| Ahorros-AEELA | 27.89 | 362.57 |
| SM-First Medical Health Plan | 0.00 | 6.25 |
| Total: | 203.22 | 2,648.11 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 86.21 | 1,120.73 |
| FSED Disability Plan | 15.80 | 236.03 |
| SM-First Medical Health Plan | 0.00 | 750.00 |

* Tributable

| TOTAL BRUTO | | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | |
|---|---|---|---|---|
| Corriente: | 929.50 | 0.00 | 105.54 | |
| Acumulado: | 13,885.40 | 0.00 | 1,654.10 | |

| DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|
| | 273.26 | 550.70 |
| | 3,558.63 | 8,672.67 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial | 0.0 |
| + Ganada. | |
| + Compra: | |
| - Usada: | |
| - Donada | |
| + Ajustes | |
| Balance F | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5367060 | 550.70 |
| Total: | 550.70 |

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez,
Esquina Calaf
HATO REY, PR 00919

Fecha
07/15/2009

Aviso No.
5367060

Cant. Depósito: **$550.70**

A la
Cuenta(s):

ANA M HADDOCK RIVERA
URB LA HACIENDA
AT 31 CALLE 42
GUAYAMA, PR 00784-0000
Localizacion: Oficina Del Superintendente

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $550.70 |
| | | |
| Total: | | $550.70 |

# NO-NEGOCIABLE

Case:17-03283-LTS Doc#:10715-1 Filed:02/05/20 Entered:02/06/20 15:55:49 Desc: Exhibit Page 19 of 23

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez      Esquina Calaf
HATO REY, PR 0919

| | Aviso #: 9491243 |
|---|---|
| Grupo de Pago: SM Quincenal | |
| Desde: 02/16/2010 | |
| Hasta: 02/28/2010 | Fecha Aviso: 02/26/2010 |

| ANA M HADDOCK RIVERA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB LA HACIENDA | Dept: | 8102028-Caguas Guayama | Estado Civil: | Married | Married |
| AT 31 CALLE 42 | Lugar: | Oficina Del Superintendente | Concesiones: | 0 | 1 |
| GUAYAMA, PR 00 1-0000 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,859.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | ---- Corriente ---- | | ---- Acumulado ---- | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 929.50 | 307.50 | 3,718.00 | | Fed FICA Med Hospital Ins / EE | 13.48 | 53.91 |
| | | | | | | Fed OASDI/Disability - EE | 57.63 | 230.52 |
| | | | | | | PR Withholding | 34.44 | 137.76 |
| **Total:** | | **929.50** | **307.50** | **3,718.00** | | **Total:** | **105.55** | **422.19** |

## DEDUCCIONES

| | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | |
| Plan de Retiro < 4.1/ | 70.04 | 280.16 | AE-Asoc Emp ELA-Prest Regular | 100.20 | 400.80 | SM-First Medical Health Plan | 125.00 | 250.00 |
| | | | CO-COOP GUAYAMA | 7.50 | 30.00 | Plan de Retiro < 4/1/90 | 86.21 | 344.84 |
| | | | SC-AMER FAM LIFE ASS CO | 4.70 | 18.80 | FSED Disability Plan | 15.80 | 63.20 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 66.73 | 266.92 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 14.00 | | | |
| | | | OS-UNION PASO/ SPT Y SPU | 12.74 | 50.96 | | | |
| | | | Ahorros-AEELA | 27.89 | 111.56 | | | |
| **Total:** | **70.04** | **280.16** | **Total:** | **223.26** | **893.04** | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente | 929.50 | 0.00 | 105.55 | 293.30 | 530.65 |
| Acumulado | 3,718.00 | 0.00 | 422.19 | 1,173.20 | 2,122.61 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #9491243 | 530.65 |
| Total: | 530.65 |

**MENSAJE:**

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

| **Fecha** | **Aviso No.** |
|---|---|
| 02/26/2010 | 9491243 |

Cant. Deposito:  __$530.65__

A la
Cuenta(s) De

**ANA M HADDOCK RIVERA**
URB LA HACIENDA
AT 31 CALLE 42
GUAYAMA, PR 00784-0000
Localizacion: Oficina Del Superintendente

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $530.65 |
| Total: | | $530.65 |

# NO-NEGOCIABLE



Gobierno de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 - SAN JUAN PR 00940-2203

11 de julio de 2013

**ANA M HADDOCK RIVERA**
**URB LA HACIENDA**
**AT 31 CALLE 42**
**GUAYAMA PR 00784**

Estimado (a) señor (a) **HADDOCK**:

Deseamos informarle que su solicitud de **PENSION POR MERITO** ha sido aprobada efectiva el **29 DE JUNIO DE 2013**. La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$1,394.25** mensuales y comenzará a recibir sus pagos en la **PRIMERA QUINCENA DE AGOSTO DE 2013**. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Le informamos que usted se acogió al Plan Coordinado y su pensión será reajustada al adquirir la condición de plenamente asegurado bajo la Ley Federal del Seguro Social. Si usted interesa cambiar al Plan de Completa Suplementación deberá solicitarlo en nuestras oficinas.

Para obtener información adicional al respecto, puede comunicarse libre de costo a través de TELERETIRO al 1-877-777-2020.

Le extendemos el más sincero reconocimiento por su dedicación al servicio público.

Cordialmente,

Héctor M. Mayol Kauffmann
Administrador

Wanda G. Sánchez Ortiz
Directora
Área de Servicios al Pensionado

MSOLIS

Estado Libre Asociado de Puerto Rico

# Departamento de Hacienda

**Planilla de Contribución sobre Ingresos de Individuos**
Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing



## Año 2013 - Tax Year 2013

**Nombre del Contribuyente** ..................................... **ANA M HADDOCK RIVERA**
Taxpayer Name

**Número de Seguro Social del Contribuyente** ....... **8930**
Taxpayer Social Security Number

**Nombre del Cónyuge** ...........................................
Spouse Name

**Número de Seguro Social del Cónyuge** ...............
Spouse Social Security Number

**Número de Confirmación** ..................................... **032820140876BC1AA42289841**
Confirmation Number

**Fecha y Hora de Radicación** ................................. 28/03/2014 05:26:30 PM
Date and Time of Filing

**Fecha de Pago** ....................................................
Payment Date

**Cantidad Pagada Electrónicamente** .....................
Amount Paid Electronically

**Número de Ruta / Tránsito** ..................................
Routing Number

**Número de Cuenta** ..............................................
Account Number

**Balance Pendiente de Pago** .................................
Amount Due

**Contribución Pagada en Exceso** .......................... 806
Amount Overpaid

✎ **Acreditar a Contribución Estimada del Próximo Año** ..................................
Credit to Estimated Tax for Next Year

✎ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** ..
Amount to be Contributed to the San Juan Bay Estuary Special Fund

✎ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ............
Amount to be Contributed to the University of Puerto Rico Special Fund

✎ **Cantidad a Reintegrar** ........................................................................ 806
Refund Amount

☐ **Mediante cheque por correo** - *Via check by mail*

☒ **Mediante depósito directo** - *Via direct deposit*

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

| | | |
|---|---|---|
| Forma 499 R-2/W-2 PR<br>Forma 27 Jun. 79<br>ECOCIADO DE CONTRIBUCION<br>SOBRE INGRESOS<br>Bureau of Income Tax | ESTADO LIBRE ASOCIADO DE PUERTO RICO—COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA—DEPARTMENT OF THE TREASURY<br>ADMINISTRACION DE RENTAS INTERNAS—INTERNAL REVENUE ADMINISTRATION<br>COMPROBANTE DE RETENCION—WITHHOLDING STATEMENT | Copia C — Copy C |

| Nombre y Dirección del Empleado<br>Name and Address of Employee | 2 Núm. de Cuenta del Empleado<br>Employee Account Number | INFORMACIÓN PARA LA PLANILLA DE CONT. SOBRE. INGRESOS—INCOME TAX RETURN INFORMATION | INFORMACIÓN DE SEGURO SOCIAL—SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| GI MARIA-HADDOCK RIVERA | -8930 | 4 Sueldos   Wages<br>4,603.68 | 5 Subtotal ☐   Corrección Correction ☐   Nulo Void ☐ |
| | 3 Estado Civil—Civil Status<br>Soltero ☐   Casado ☐<br>Single    Married | 7 Comisiones   Commissions<br>.00 | 8 Total de Sueldos (FICA)<br>Total FICA wages<br>4,603.68 |
| | 6 Número de Cuenta del Cónyuge<br>Spouse Account No. | | |
| Nombre y Dirección del Patrono<br>Name and Address of Employer | 10 Núm. de Cuenta Patronal<br>Employer Account No. | 11 Total<br>4,603.68 | 12 Seguro Social Retenido<br>FICA tax withheld<br>282.21 |
| INSTRUCCION<br>FI-21-05-55<br>11 I L 4910<br>HAVANA   CLASIFI   BI<br>#050020<br>05 | 67-06.6000 -02 | 13 Cont. Retenida   Tax Withheld<br>397.60 | 14 Propinas (FICA)<br>FICA Tips<br>.00 |
| | Copia C Para Record del Empleado<br>Copy C for Employee's Record<br>AÑO<br>YEAR  19 | 15 Fondo de Retiro<br>Retirement Fund<br>.00 | 16 Seguro Social no retenido en propinas—Uncollected FICA tax on tips<br>.00 |

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez Esquina Calaf
HATO REY, PR 00

| Aviso #: | 2314102 |
|---|---|
| Fecha Aviso: | 06/14/2013 |

| ANA M HADDOCK RIVERA | | # Empleado: | XXXXX8930 | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|---|
| URB LA HACIENDA | | Dept: | 8102126-GUAYAMA-CAGUAS | | Estado Civil: | Married | Married |
| AT 31 CALLE 42 | | Lugar: | OFICINA DEL SUPERINTENDENTE | | Concesiones: | 0 | 1 |
| GUAYAMA, PR 00-0000 | | Titulo: | DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: | | |
| SS: XXX-XX-8930 | | Sueldo: | $1,859.00 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | | 
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 929.50 | 892.50 | 10,224.50 | |
| Licencia Enfermedad Exceso | | 0.00 | | 1,673.10 | |

| | | | |
|---|---|---|---|
| Total: | 929.50 | 892.50 | 11,897.60 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.48 | 172.52 |
| Fed OASDI/Disability - EE | 57.63 | 737.65 |
| PR Withholding | 0.00 | 117.12 |
| Total: | 71.11 | 1,027.29 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 70.04 | 770.44 |
| Total: | 70.04 | 770.44 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 133.12 | 1,410.62 |
| SM-First Medical Health Plan | 19.00 | 183.00 |
| CO-COOP GUAYAMA | 7.50 | 82.50 |
| SC-AMER FAM LIFE ASS CO | 4.70 | 51.70 |
| SC-TRANS OCEANIC LIFE | 3.40 | 10.20 |
| RC-Pres Pers Ret Cen-E Clasif | 113.86 | 1,252.46 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 38.50 |
| OS-UNION PASO/ SPT Y SPU | 12.74 | 140.14 |
| Ahorros-AEELA | 27.89 | 306.79 |
| Total: | 325.71 | 3,475.91 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 86.21 | 948.31 |
| FSED Disability Plan | 15.80 | 202.24 |
| SM-First Medical Health Plan | 0.00 | 625.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTO | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 929.50 | 0.00 | 71.11 | 395.75 | 462.64 |
| Acumulado: | 11,897.60 | 0.00 | 1,027.29 | 4,246.35 | 6,623.96 |

### LIC. HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #2314102 | 462.64 |
|---|---|
| Total: | 462.64 |

MENSAJE:

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

| Fecha | 06/14/2013 |
|---|---|

| Aviso No. | 2314102 |
|---|---|

Cant. Deposito: $462.64

A la Cuenta(s) De

ANA M HADDOCK RIVERA
URB LA HACIENDA
AT 31 CALLE 42
GUAYAMA, PR 00784-0000
Localizacion: OFICINA DEL SUPERINTENDENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | 462.64 |
| Total: | | 462.64 |

# NO-NEGOCIABLE

Estado Libre Asociado de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2014 |
| Hasta: | 12/31/2014 |

| Business Unit: | PUERT |
|---|---|
| Aviso #: | 3440070 |
| Fecha Aviso: | 12/30/2014 |

ANA HADDOCK RIVERA
URB LA HACIENDA
AT31 CALLE 42
GUAYAMA PR 00784-7125
SS: XXX-XX-8930

| # Empleado: | XXXXX8930 |
|---|---|
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,394.25 Monthly |

| DATA IMP: | Federal |
|---|---|
| Estado Civil: | Single |
| Concesiones: | 0 |
| Pct. Adcl.: | |
| Cant. Adcl.: | |

PR
Single
0

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 697.13 | 1,957.50 | 16,731.12 | |
| Bono Navidad Pensionados | | 0.00 | | 200.00 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |
| Total: | | 697.13 | 1,957.50 | 17,031.12 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 29.50 | 798.00 |
| RC-Pres Pers Ret Cen-E Clasif | 113.86 | 2,732.64 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 84.00 |
| Ahorros-AEELA | 20.91 | 501.84 |
| Total: | 167.77 | 4,116.48 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,200.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 697.13 |
| Acumulado: | 17,031.12 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 167.77 |
| | 4,116.48 |

### PAGA NETA

| | |
|---|---|
| | 529.36 |
| | 12,914.64 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #3440070 | |
|---|---|
| | 529.36 |
| Total: | 529.36 |

MENSAJE:

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 0091  3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro .gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

Estado Libre Asociado de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
12/30/2014

Aviso No.
3440070

Cant. Deposito: $529.36

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $529.36 |
| Total: | | $529.36 |

TRAY 26 SQ 7747**********AUTO**SCH 5-DIGIT 00714     7747 2 AV 0.381
ANA HADDOCK RIVERA
URB LA HACIENDA
AT31 CALLE 42
GUAYAMA PR 00784-7125

NO-NEGOCIAR  E

**Prime Clerk**
Grand Central Station PO Box 4850
New York, NY 10163-4850



ZIP 11232
02 4W
0000349804 NOV 29 2019
$ 000.35⁰

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 11/15/2019
Proof of Claim No.: 172522

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

HADDOCK RIVERA, ANA M
URB LA HACIENDA
AT 31 CALLE 42
GUAYAMA, PR 00784-0000

---

**Prime Clerk**
830 Third Ave, 9ᵗʰ Floor
New York, NY 10022

ZIP 11232
02 4W
0000349804 SEP 11 2018
$ 000.35⁰

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 145850

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Ana M. Haddock Rivera
AT-31 C-42 Urb La Hacienda
Guayama, PR 00917

---

**Prime Clerk**
Grand Central Station PO Box 4850
New York, NY 10163-4850

ZIP 11232
02 4W
0000349804 NOV 29 2019
$ 000.35⁰

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 11/15/2019