Ana M.
Urb La Hacienda
C42 AT 31
Guayama, PR 00784



U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 04 20
AMOUNT
**$8.00**
R2303S101103-29
1000          00918



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7019 1640 0002 1434 0295



RECEIVED & FILED
2020 FEB -5 PM 2:37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

Secretaria (Clerk Office)
Tribunal de Distrito de
los Estados Unidos
Room 150
Federal Building
San Juan PR 00918-1767