ANEXO C

Notificación

Myriam Panell Morales
Calle 40 Bloque 1F-24
Urb. Villas De Loiza
Canovanas, P.R. 00729
Tel. (787) 308-5495
Email: myriampbaez@gmail.com
Claim: **114968**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Asunto: JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,

    Como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, deudores
PROMESA,
Título III
Núm. 17BK 3283- LTS
(Administrada conjuntamente)
**La presente radicación guarda relación con el ELA, la ACT y SRE**

Estoy en contra de mi reclamación porque mis documentos son válidos por el Departamento de Educación y tengo la evidencia de la certificación de los años trabajados en el DE en la cual trabaje como Maestra de nivel elemental.

Por este medio deseo enviar la evidencia de mi certificación de los años trabajados en el Departamento de Educación, adjunto a este documento.

Solicito por este medio el retiro del monto de la reclamación alegada de $ 2,750.00.
Espero su pronta atención a este asunto.

                    Queda de ustedes,

                    Profesora: Myriam Panell Morales
                    Reclamo # (114968)

Envió de Copia fiel y exacta:
**Secretaria (Clerk Office)**
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
**Abogado de la Junta de Supervisión (Councel for the Oversight Board)**
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen
**Abogado del Comite de Acreedores (Counsel for the Creditors' Committee)**
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz