**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Myriam Panell Morales**, con número de seguro social que termina en 3734.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de junio de 2016 |
| Tiempo Cotizado para la Pensión | 25 años, 11 mes, 1 sem., .25 días |
| Pensión mensual Inicial | $1,263.02 |
| Pensión Mensual Actual | $1,263.02 |

Esta certificación se expide hoy, 30 **de enero de 2020** en **San Juan, Puerto Rico**.

Jorge I. Rohena Gotay
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov