Fecha de la vista: 29 de enero de 2020, a las 09:30 a.m. (AST)

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISION Y DE ADMINISTRACION FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente) |

**RESPONDIENDO A LA CENTECIMA DECIMA NOVENA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del numero federal de contribuyente de cada Deudor, en su caso son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") núm. de procedimiento de quiebra 17 BK 3284-LTS) últimos cuatro dígitos del número federal del contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747; y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) ( los números de causas radicadas conforme al Título III figuran como números de procedimientos de quiebra debido a limitaciones del programa informático).

Honorable Magistrado de los Estados Unidos Juez Laura Taylor Swain:

El Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA, la ACT y el SRE, conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"), radicaron la Centésima décima novena objeción global a los reclamos deficientes que aparecen en el Anexo A de la objeción global. De dicha objeción global en el Anexo A se desprende la reclamación núm. 11114, la cual no especifica el monto de la reclamación.

## ARGUMENTO

El monto de la reclamación no fue especificado porque el total de la aportación en la certificación del Sistema de Retiro varía. Una certificación individual del Sistema de Retiro del 4 de abril de 2018 refleja un total de aportación de $32,884.78. El 10 de junio de 2019 se volvió a sacar una certificación individual que refleja un total de aportación de $31,364.82, o sea, que un año más tarde el total de la aportación mermó reflejando una diferencia de $1,519.96.

Fecha: 9 de enero de 2020
Respetuosamente,

*[signature: Ana E. Cancel Torres]*
Ana E. Cancel Torres
72 Calle Alemañy
Urb. Alemañy
Mayagüez, P.R. 00680-2324
(787) 597-0047
anacancel@gmail.com
(Núm. reclamación 11114)