# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administrated) |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 14, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 14 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 |   | Other:<br>*(Otro:)* |

Date: January 16, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached