Ana E. Canal[...]
77 calle Alemany
Mayagüez, PR 00680-2324

RECEIVED & FILED
2020 FEB -5 PM 2:42
US DISTRICT COURT
SAN JUAN, PR

Secretaria Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767