31 de enero 2020

RECEIVED & FILED
2020 FEB -5 AM 2: 40

Secretaría del Tribunal
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

RE: Claim # 71072
    Caso # 17 BK 03283-LTS
    Joel Negrón Guzmán
    Ext. Estancias del Mayoral
    101 Calle Vinaza
    Villalba, PR 00766
    (787) 319-2836

Señores:

Por la presente les hago mi réplica sobre mi reclamación # 71072 referente a la Ley 89, mejor conocida como "El Romerazo". Recibí una notificación de que uno o mas deudores solicitan que mi reclamo sea rechazado por ser deficiente.

Primeramente le informo que estoy haciendo mi reclamación el día de hoy, ya que esta correspondencia fue entregada por error en otro correo y lo recibí tarde de acuerdo a la fecha límite para presentar mi réplica para oponerme a la Objeción global, aparte de que con los temblores que hemos estado sufriendo los residentes del área Sur de Puerto Rico, se me ha hecho un poco tarde para hacer esta solicitud, pues la ansiedad y el temor que estamos enfrentando no me encontraba bien emocionalmente para hacerlo.

Entiendo que mi reclamo debe tomarse en consideración ya que yo trabajé para la Administración de Corrección, en Instituciones Juveniles desde diciembre del 1998 hasta diciembre 2011. Le incluyo copia de mi nombramiento y cesantía. Además le incluyo copia de un talonario y un estado de cuenta del ELA, (por supuesto viejos) para que puedan corroborar la información. De necesitar información adicional, favor comunicarse conmigo inmediatamente, aunque entiendo que cualquier otra información la pueden corroborar directamente con la agencia para la cual trabajé.

Espero que puedan tomar en consideración mi objeción a la Objeción global, dada las circunstancias que le expliqué anteriormente.

Atentamente,

*[firma]*

Joel Negrón Guzmán

Cc: Abogado de la Junta de Supervisión
    Proskauer Rose LLP
    Eleven Times Square
    New York, Nueva York 10036-8299
    A/A: Martin J. Bienenstock
    Brian S. Rosen

    Abogado del Comité de Acreedores
    Paul Hastings LLP
    200 Park Avenue
    Nueva York, Nueva York 10166
    A/A: Luc. A. Despins
    James Bliss
    James Worthington
    G. Alexander Bongartz