| I. SIMBOLOS DE CONTABILIDAD | | | | | | | Estado Libre Asociado de Puerto Rico OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL Apartado 8476, Estación Fernández Juncos Santurce, Puerto Rico 00910 | 2. Certificación Número |
|---|---|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | | 98-92 |
| | | | | | | | | 3. Fecha de la Certificación |
| 99 | 111 | 072 | 03 | 600 | 001 | 1110 | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 21/OCTUBRE/1998 |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

**4. Nombre del Empleado:**
NEGRON          GUZMAN          JOEL
(Apellido Paterno)   (Apellido Materno)   (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

**5. Nombre según aparece en el Seguro Social**
JOEL NEGRON GUZMAN

**6. Sexo** [X] M [ ] F

**7. Número del Seguro Social**
2381

**8. Dirección del empleado:**
P O BOX 1115
VILLALBA PUERTO RICO 00766

**9. Agencia, Negociado o División, Sección o Unidad y Pueblo**
ADMINISTRACIONN DE INSTITUCIONES JUVENILES
CENTRO DE DETENCION DE HUMACAO

**10. Título de Clasificación del Puesto**
OFICIAL DE SERVICIOS JUVENILES I

**11. Número de Clase**
3111

**12. Número del Puesto**
16898

**13. Clase de nombramiento**
[ ] Regular  [X] Probatorio  [ ] Transitorio
[ ] En el Servicio de Confianza _____
(indique disposición legal que incluye el puesto en el servicio de confianza)

RETIRO: 8.275%
AHORRO: 3%

**14. Sueldo Mensual** $1,059.00
Diferencial _____
Total $ _____

**15. Fecha de efectividad del Nombramiento**
20 DE NOVIEMBRE DE 1998

**16. Fecha en que expira el período probatorio o el nombramiento**
19 DE NOVIEMBRE DE 1999

**17. Anterior Incumbente**
VACANTE

**18. Título de Clasificación del Puesto**

**19. Firma de la autoridad nominadora o su representante autorizado:**
MIGUEL ANGEL RIVERA        ADMINISTRADOR        20 NOVIEMBRE 98
Firma                      Título               Fecha

**20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, JOEL NEGRON GUZMAN (Nombre del Funcionario o Empleado), SS. Núm. _____ de 23 (Edad), CASADO (Soltero o Casado), OFIC. SERV. JUV. I (Nombre del cargo o empleo), y vecino de VILLALBA (Pueblo) juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

20 de noviembre de 1998
(Fecha)

Declaración Jurada Núm. 592

Suscrito y jurado ante mí por JOEL NEGRON GUZMAN (Nombre), de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante _____,

En HATO REY, Puerto Rico, hoy 20 de NOVIEMBRE del año 1998.

Firma del Empleado o Funcionario

Firma, Sello y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

**PARA USO EXCLUSIVO DE OCAP**

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|
| | | |

/NT
J. 9-29-02-159-400 B-41-Mar 92-IGPR.

**GOBIERNO DE PUERTO RICO**
Departamento de Corrección y Rehabilitación
**Administración de Instituciones Juveniles**

3 de febrero de 2012

Joel Negrón Guzmán
Carr. 514 Box Semil
Buzón 8607
Villalba, Puerto Rico 00766

Señor Negrón Guzmán:

Mediante comunicado del 21 de diciembre de 2011, le notifiqué la intención de decretar su cesantía del puesto regular que ocupa como Oficial de Servicios Juveniles I en el Centro de Tratamiento Social de Villalba. Esto, debido a que la Administración de Instituciones Juveniles le concedió el período máximo de tiempo para proteger su status y los derechos a que pudo ser acreedor según establecido en la Ley 45 del 18 de abril de 1935, "Ley de Compensaciones por Accidente del Trabajo de la Corporación del Fondo del Seguro del Estado", Artículo 5(a), por encontrarse reportado en descanso desde el 13 de octubre de 2010.

En la referida misiva, usted fue apercibido del derecho que le asiste a solicitar por escrito una Vista Administrativa Informal ante el Oficial Examinador de Acciones Disciplinarias en un término de quince (15) días a partir del recibo de la comunicación. El término transcurrió sin que usted solicitara la misma.

La Ley 184 de 3 de agosto de 2004, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico", dispone lo siguiente:

Artículo 6     Administración de los Recursos Humanos

Sección 6.6   Disposiciones sobre Retención

   Inciso 9.  "Se podrán decretar cesantías en el servicio, sin que constituya acción disciplinaria o destitución en las siguientes circunstancias:

      a. ……………….

      b. ……………….



P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-8329

Joel Negrón Guzmán
Página 2

    c. cuando el empleado esté inhabilitado por accidente del trabajo y en tratamiento médico bajo el Fondo del Seguro del Estado por un período mayor de doce (12) meses desde la fecha del accidente, conforme al Artículo 5-A de la Ley Núm. 45 de 18 de abril de 1935, según enmendada, "Ley de Compensaciones por Accidente del Trabajo". De esta acción se notificará al empleado apercibiéndole de su derecho a solicitar vista administrativa".

El Convenio Colectivo de la Federación de Custodia es cónsono con lo tipificado en la legislación antes mencionada.

Luego de evaluar su caso y de conformidad con la autoridad conferida por el Plan de Reorganización Núm. 2 de 21 de noviembre de 2011, "Plan de Reorganización del Departamento de Corrección y Rehabilitación, le notifico que queda cesado del puesto que ocupa como Oficial de Servicios Juveniles I efectivo al recibo de esta comunicación.

De usted no estar de acuerdo con esta determinación, tiene derecho a radicar una apelación ante la Comisión Apelativa del Servicio Público, PO Box 13934, San Juan PR 00908-3934 en un término de quince (15) días laborables a partir de la fecha en que reciba esta comunicación. Deberá notificarnos con copia de todo escrito que radique ante la Comisión.

Atentamente,

Jesús González Cruz, Lcdo.
Secretario

MOT/CIC

cc.: Kelvin Merced Vega
    Federación Oficiales de Custodia
    Expediente de Personal



P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-8329

| Adm. Instituciones Juveniles | Grupo de Pago: | SM -Quincenal | Aviso #: | 3229264 |
|---|---|---|---|---|
| Calle Bolivia #60, Esquina Chile | Desde: | 08/16/2010 | | |
| Hato Rey, PR 00910 | Hasta: | 08/31/2010 | Fecha Aviso: | 08/30/2010 |

| JOEL NEGRON GUZMAN | # Empleado: | 2381 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 1115 | Dept: | 072020-Albergue | Estado Civil: | | Head of Household |
| VILLALBA, PR 00766 | Lugar: | CentroTratamiento Social Ponce | Concesiones: | 0 | 3 |
| | Titulo: | Oficial Serv. Juveniles 1 | Pct. Adcl.: | | |
| SS: -2381 | Sueldo: | $2,177.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,088.50 | 1,297.50 | 17,416.00 | |
| Tiempo Compensatorio-Regular | | 0.00 | | 2,230.49 | |
| Total: | | 1,088.50 | 1,297.50 | 19,646.49 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.78 | 284.87 |
| Fed OASDI/Disability - EE | 67.48 | 1,218.08 |
| PR Withholding | 30.99 | 674.28 |
| Total: | 114.25 | 2,177.23 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 90.07 | 1,441.12 |
| Total: | 90.07 | 1,441.12 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 65.07 | 1,041.12 |
| SM-First Medical Health Plan | 5.50 | 66.00 |
| RC-Pres Pers Ret Cen-E Clasif | 97.75 | 1,564.00 |
| AS-FED OFICIALES CUSTODIA PR | 14.64 | 234.24 |
| Ahorros-AEELA | 32.66 | 589.48 |
| Total: | 215.62 | 3,494.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 130.00 | 780.00 |
| GPR Plan de Retiro | 100.96 | 1,615.36 |
| FSED Disability Plan | 36.46 | 658.09 |
| SM-First Medical Health Plan | 0.00 | 250.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,088.50 | 0.00 | 114.25 | 305.69 | 668.56 |
| Acumulado: | 19,646.49 | 0.00 | 2,177.23 | 4,935.96 | 12,543.30 |

### BTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #3229264 | 668.56 |
|---|---|
| Total: | 668.56 |

**MENSAJE:**

---

**Adm. Instituciones Juveniles**
Calle Bolivia #60
Esquina Chile
Hato Rey, PR 00910

Fecha
08/30/2010

Aviso No.
3229264

Cant. Deposito: $668.56

A la
Cuenta(s) De

JOEL NEGRON GUZMAN
PO BOX 1115
VILLALBA, PR 00766

Localizacion: CentroTratamiento Social Ponce

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $668.56 |
| Total: | | $668.56 |

# NO-NEGOCIABLE



Asociación de Empleados
Estado Libre Asociado de Puerto Rico
P O BOX 364508, San Juan, P.R. 00936-4508

Estado de Cuenta al 12/31/2008

SOLICITE INFORMACION DE PRESTAMOS HIPOTECARIOS, IRA, MASTERCARD Y DE LOS SEGUROS DE AEELA.

Nombre
NEGRON GUZMAN JOEL

Seguro Social          Agencia
XXX-XX-2381            ADMINISTRACION DE INSTITUCIONES JUVENILES

|  |  | AHORROS | DIVIDENDOS |
|---|---|---|---|
| FECHA COTIZAR AHORROS: | (12/01/1998) |  |  |
| BALANCES INICIALES: | (01/01/2008) | $ 5,453.97 | $ 1,080.61 |
| ACUMULADO PERIODO 01/01/2008 AL 12/31/2008 |  | $   761.28 | $   324.49 |
| BALANCES FINALES: | (12/31/2008) | $ 6,215.25 | $ 1,405.10 |

*TOTAL   AHORROS Y DIVIDENDOS                    $ 7,620.35

| PRES | FECHA | NUM.DEUDA | IMPORTE | AMORTIZACION | ULT.AMORT. | BALANCE* | RENUEVA EN: |
|---|---|---|---|---|---|---|---|
| DE** | 10/07/2008 | 1324090 | $   712.25 |  |  | $   724.02 |  |
| GE | 09/25/2007 | 1170761 | $ 7,200.00 | $ 130.14 | 12/31/2008 | $ 5,918.16 | 09/2008 |

*TOTAL DE DEUDAS        $ 6,642.18

¡Somos la Fuerza Que Mueve a Puerto Rico!

*Balances sujetos a revisión. **Este préstamo es no amortizable y su balance refleja los intereses acumulados. De tener una deuda con la Asociación, sus ahorros y dividendos responden por la misma. Para honrar la cubierta de seguro, su pago debe estar al día. Nuestro teléfono es el 787-641-4075.

ZMROECF   8300

PABLO CRESPO CLAUDIO
DIRECTOR EJECUTIVO