Joel Negrón Guzmán  
Ext. Estancias del Mayoral  
101 Calle Vinaza  
Villalba, PR 00766



Secretaría del Tribunal  
Tribunal de Distrito de los Estados Unidos  
Room 150 Federal Building  
San Juan, PR 00918-1767