29 de enero de 2020

RECEIVED & FILED

2020 FEB -5 PM 2: 38

CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,                               No. 17 BK 3283-LTS

     As representative of                                    (Jointly Administered)

THE COMMONWEALTH OF PUERTO RICO, et                             **This filing relates to the**
al.,                                                            **Commonwealth, HTA, and**
           Debtors.                              **ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.  Mi Número de Reclamación **(16128)** "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mis Números de Reclamaciones son **(80635) (29199) (15899)** "COMMONWEALTH OF PUERTO RICO". Le solicito adjunten esta comunicación de algún expediente que tengan con mis documentos que les fueron enviados de mi reclamación.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.


**Nancy González Oliver**
Vía Isabel 4 R N – 30
Villa Fontana
Carolina, Puerto Rico  00983
Teléfono: 787 (983-2281)
Correo Electrónico:  nmgonzalez00@gmail.com