# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

Gonzalez Oliver                                                                                advanced  Q

«  <  Page [1] of 2  »  >

| | |
|---|---|
| Schedule | 933606 |
| Claim # | 80635 |
| Filed Date | 06/07/2018 |
| Creditor Name | GONZALEZ OLIVER , NANCY |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.70 |
| Schedule | |
| Claim # | 29199 |
| Filed Date | 05/23/2018 |
| Creditor Name | GONZALEZ OLIVER, NANCY |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.00 |
| Schedule | 416119 |
| Claim # | 15899 |
| Filed Date | 05/17/2018 |
| Creditor Name | GONZALEZ OLIVER, NANCY |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $507,600.00 |
| Schedule | 416120 |
| Claim # | 16128 |
| Filed Date | 05/17/2018 |
| Creditor Name | GONZALEZ OLIVER, NANCY |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $183,900.24 |

Prime Clerk    Commonwealth of ...                                                              MENU
                                                                                                 ^

| | |
|---|---|
| Filed Date | 06/27/2018 |