Nancy Sanchez Ortiz
Via Isabel 4RN-30
Villa Fontana
Carolina P.R 00983

SAN JUAN PR 009
04 FEB 2020 PM 2 L

RECEIVED & FILED
2020 FEB -5 PM 2:30
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

HON. LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA DISTRITO DE P.R.
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

00918-170399