1 de febrero de 2020

RECEIVED & FILED
2020 FEB -5 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Estimada Secretaría,

Yo, Carmen Santiago Bones escribo esta carta porque necesito que se me incluya de nuevo en la Demanda al Estado Libre Asociado de Puerto Rico, ya que estoy en todo derecho de pertenecer a la misma. Estoy reclamando unos beneficios que no fueron pagados. Durante el gobierno de El Romerazo y Sila, empecé a trabajar para el Estado Libre Asociado en el Departamento de la Familia el día 2 de enero de 1979 y tengo derecho a reclamar como todos los demás.

Espero que tomen en consideración mi reclamo.

Sinceramente,

Carmen Santiago Bones

Carmen Santiago Bones
126 Calle Tópica
Com. Las 500tas
Arroyo, P.R. 00714
(787)955-3552
Nemracsan@icloud.com

695- Carmen Santiago Bones
Fecha de Presentación 7/3/18
Número de caso: 17 BK 03283-LTS
Estado Libre Asociado
Número de Reclamación — 141770