Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R. 00728-3802

Procedimiento: 17BK 3283-LTS
Reclamción #160905

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Señores:

De acuerdo a la notificación enviada por sus oficinas donde se me notifica la exclusión de la petición que hiciera para ser considerada en la reclamación de un aumento en el costo de vida.

Someto a su atención una Moción de Reconsideración con el propósito de ser incluida en el proceso de reclamación de la deuda por aumento de costo de vida.

Como base a la petición me refiero a la Ley Núm. 10 de 21 de mayo de 1992 y la Ley Núm. 35 de 24 de abril de 2017. Se incluye copia de la Ley Núm. 35.

Espero ser incluida en la petición de la reclamación.

Atentamente,

*Agustina Santos Chamorro*

Agustina Santos Chamorro

Anexo 4

Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R.  00728-3802

Procedimiento 17 BK 3283-LTS
Número de reclamación 160905

## MOCIÓN DE RECONSIDERACIÓN

Abogado del Comité de Acreedores (*Counsel for the Creditors'* Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

4 de febrero de 2020

Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R. 00728-3802                                                    Pág. | 1-7

Procedimiento: 17BK 3283-LTS
Reclamción #160905

## MOCIÓN DE RECONSIDERACIÓN

Moción de reconsideración para Srta. Agustina Santos Chamorro: Urbanización las

Delicias, 808 Calle Dámaso del Toro, Ponce P.R. 00728-3802. Teléfono #1 (787) 569-8831. No

correo electrónico.

El Tribunal donde se va a ventilar el caso es el Tribunal de Distrito de Estados Unidos

#150 Chardon Avenue; Federal Building, San Juan (Puerto Rico) 00918-1767.

El deudor en este caso particular es el Commonwealth of Puerto Rico y el número de

procedimiento es el 17BK 3283-LTS.

El título de objeción global con la que está relacionada "Notificación de la Centésima

Trigésima Tercera Objeción Global" (no sustantiva) del Estado Libre Asociado de Puerto Rico.

El número de la evidencia de la reclamación es #160905.

Expongo que de acuerdo a la Ley Núm. 35 de 24 de abril de 2007 y la Ley Núm. 10 de 21

de mayo de 1992 (copias adjuntas) no cumplió el Gobierno de Puerto Rico con el aumento de

tres (3) por ciento (3%) a todas las pensiones concedidas efectivas al 1$^{ro}$ de enero de 2004 o

antes de conformidad a lo dispuesto en ambas leyes.

El aumento de tres (3) porciento (3%) fue efectivo al 1$^{ro}$ de enero de 2007 y no fue

otorgado de acuerdo a lo expuesto en la Ley Núm. 35 de 24 de abril de 2007.

A continuación expongo una relación año por año de la deuda contraída por el Gobierno

de Puerto Rico, la cual no me ha sido honrada a la fecha de febrero de 2020. La deuda total

según el exibit 1 es de $9,285.00. (Vea exibit 1).

Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R.  00728-3802

Pág. | 2-7

Procedimiento: 17BK 3283-LTS
Reclamción #160905

De acuerdo a los números expresados en el exibit 1 el Gobierno de Puerto Rico me adeuda la

cantidad de $9,285.00 por el incumplimiento de la Ley Núm. 10 de 21 de mayo de

1992 y la Ley Núm. 35 del 24 abril de 2007. En ambas se me otorga un tres (3) porciento (3%)

de aumento anual a la pensión por costo de vida a la que tengo derecho.