Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R. 00728-3802

Pág. | 3-7

Procedimiento: 17BK 3283-LTS
Reclamción #160905

### Exibit I

Detalle de la Deuda No Pagada
del Commonwealth of Puerto Rico
Basado en el Aumento Concedido
Por Ley Núm. 10 de 21 mayo de 1992 y la Ley Núm. 35 de 24 de mayo de 2007

| Año | Ley Núm. | Sueldo Base | % Aumento | Aumento Aplicable | Sueldo Base Próximo Año | Deuda Acumulada |
|---|---|---|---|---|---|---|
| 2004 | #10-21/05/1992 | $ 17,080.00 | .03 | $ 512.00 | $ 17,592.00 | $ 512.00 |
| 2007 | #10-21/05/1992 | 17,592.00 | .03 | 528.00 | 18,120.00 | 1,040.00 |
| 2008 | #35-24/04/2007 | 17,592.00 | .03 | 528.00 | 18,664.00 | 1,568.00 |
| 2009 | #35-24/04/2007 | 18,120.00 | .03 | 544.00 | 19,224.00 | 2,112.00 |
| 2010 | #35-24/04/2007 | 18,664.00 | .03 | 560.00 | 19,801.00 | 2,672.00 |
| 2011 | #35-24/04/2007 | 19,224.00 | .03 | 577.00 | 19,801.00 | 3,249.00 |
| 2012 | #35-24/04/2007 | 19,801.00 | .03 | 594.00 | 20,398.00 | 3,843.00 |
| 2013 | #35-24/04/2007 | 20,398.00 | .03 | 612.00 | 21,010.00 | 4,455.00 |
| 2014 | #35-24/04/2007 | 21,010.00 | .03 | 630.00 | 21,640.00 | 5,085.00 |
| 2015 | #35-24/04/2007 | 21,640.00 | .03 | 649.00 | 22,389.00 | 5,734.00 |
| 2016 | #35-24/04/2007 | 22,289.00 | .03 | 669.00 | 23,958.00 | 6,403.00 |
| 2017 | #35-24/04/2007 | 22,958.00 | .03 | 689.00 | 23,647.00 | 7,092.00 |
| 2018 | #35-24/04/2007 | 23,647.00 | .03 | 709.00 | 24,356.00 | 7,801.00 |
| 2019 | #35-24/04/2007 | 24,356.00 | .03 | 731.00 | 25,087.00 | 8,532.00 |
| 2020 | #35-24/04/2007 | 25,087.00 | .03 | 753.00 | 25,840.00 | 9,285.00 |
| Total Deuda del Commonwealth of Puerto Rico | | | | $ 9,285.00 | --- | $ 9,285.00 |

Para detalles de la fórmula aplicada favor de ver el exibit # II-III

Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R. 00728-3802

Pág. | 4-7

Procedimiento: 17BK 3283-LTS
Reclamción #160905

### Exibit II

Detalle de la deuda acumulada y no pagada por el Commonwealth of Puerto Rico de acuerdo a la Ley Núm. 10 de 21 de mayo de 1992, efectiva al 1$^{ro}$ de enero de 1992 que reconoce un aumento a el costo de vida, establece que cada tres (3) años se aumenta un tres (3) por ciento (3%) a todas las anualidades que se paguen en virtud de dicha Ley por edad, años de servicio, etc. que estén vigentes a esa fecha.

De acuerdo a lo arriba expuesto la Srta. Agustina Santos Chamorro que comenzó a disfrutar de los beneficios de pensión en agosto de 2001 tiene derecho a este aumento correspondiente al año 2004 y 2007. Este está calculado como sigue:

| | Año 2004 | | | Año 2007 | |
|---|---|---|---|---|---|
| 17,080 | Pensión Anual | | 17,592 | Pensión Anual | |
| .03 | Por ciento de aumento | | .03 | Por ciento de aumento | |
| $ 512.40 | Aumento Pensión | | $ 527.76 | Aumento Pensión | |
| 17,080 | Sueldo Básico | | 17,592 | Sueldo Básico | |
| 512 | Aumento 3% | | 528 | Aumento 3% | |
| $ 17,592 | Pensión a recibir efectivo hasta el 2007 | | $ 18,120 | Pensión a recibir efectivo hasta el 2007 | |

Por estos dos aumentos de acuerdo a este Ley se dejaron de recibir $1,040.00 lo cual corresponde a la Ley #10 de 21 de mayo de 1992.

Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R. 00728-3802

Pág. | 5-7

Procedimiento: 17BK 3283-LTS
Reclamción #160905

**Exibit III**

Detalle de la Deuda Acumulada
del Commonwealth of Puerto Rico 2008-2020
Basado en el Tres Por ciento (3%) Anual Srta. Agustina Santos Chamorro

| **Año 2008** | | **Año 2009** | | **Año 2010** | |
|---|---|---|---|---|---|
| 17,592 | Pensión Anual | 18,120 | Pensión Anual | 18,664 | Pensión Anual |
| .03 | Por ciento de aumento | .03 | Por ciento de aumento | .03 | Por ciento de aumento |
| $527.76 | Aumento Pensión | $543.60 | Aumento Pensión | $599.92 | Aumento Pensión |
| | | | | | |
| 17,592 | Sueldo Básico | 18,120 | Sueldo Básico | 18,664 | Sueldo Básico |
| 528 | Aumento 3% | 544 | Aumento 3% | 560 | Aumento 3% |
| $18,120 | Pensión 2009 | $18,664 | Pensión 2010 | $19,224 | Pensión 2011 |
| **Año 2011** | | **Año 2012** | | **Año 2013** | |
| 19,224 | Pensión Anual | 19,801 | Pensión Anual | 20,398 | Pensión Anual |
| .03 | Por ciento de aumento | .03 | Por ciento de aumento | .03 | Por ciento de aumento |
| $576.72 | Aumento Pensión | $594.03 | Aumento Pensión | $611.94 | Aumento Pensión |
| | | | | | |
| 19,224 | Sueldo Básico | 19,801 | Sueldo Básico | 20,398 | Sueldo Básico |
| 577 | Aumento 3% | 594 | Aumento 3% | 612 | Aumento 3% |
| $19,801 | Pensión 2012 | $20,398 | Pensión 2013 | $21,010 | Pensión 2014 |

Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R. 00728-3802

Pág. | 6-7

Procedimiento: 17BK 3283-LTS
Reclamción #160905

### Exibit III (continuación)

Detalle de la Deuda Acumulada
del Commonwealth of Puerto Rico 2008-2020
Basado en el Tres Por ciento (3%) Anual Srta. Agustina Santos Chamorro

**Año 2014**

| | |
|---|---|
| 21,010 | Pensión Anual |
| .03 | Por ciento de aumento |
| $630.30 | Aumento Pensión |
| | |
| 21,010 | Sueldo Básico |
| 630 | Aumento 3% |
| $21,640 | Pensión 2015 |

**Año 2015**

| | |
|---|---|
| 21,640 | Pensión Anual |
| .03 | Por ciento de aumento |
| $649.28 | Aumento Pensión |
| | |
| 21,640 | Sueldo Básico |
| 649 | Aumento 3% |
| $22,289 | Pensión 2016 |

**Año 2016**

| | |
|---|---|
| 22,289 | Pensión Anual |
| .03 | Por ciento de aumento |
| $668.67 | Aumento Pensión |
| | |
| 22,289 | Sueldo Básico |
| 669 | Aumento 3% |
| $22,958 | Pensión 2017 |

**Año 2017**

| | |
|---|---|
| 22,958 | Pensión Anual |
| .03 | Por ciento de aumento |
| $688.74 | Aumento Pensión |
| | |
| 22,958 | Sueldo Básico |
| 689 | Aumento 3% |
| $23,647 | Pensión 2018 |

**Año 2018**

| | |
|---|---|
| 23,647 | Pensión Anual |
| .03 | Por ciento de aumento |
| $709.41 | Aumento Pensión |
| | |
| 23,647 | Sueldo Básico |
| 709 | Aumento 3% |
| $24,356 | Pensión 2019 |

**Año 2019**

| | |
|---|---|
| 24,356 | Pensión Anual |
| .03 | Por ciento de aumento |
| $730.68 | Aumento Pensión |
| | |
| 24,356 | Sueldo Básico |
| 731 | Aumento 3% |
| $25,087 | Pensión 2020 |

Agustina Santos Chamorro
Urb. Las Delicias
808 Calle Dámaso del Toro
Ponce, P.R. 00728-3802

Pág. | 7-7

Procedimiento: 17BK 3283-LTS
Reclamción #160905

### Exibit III (continuación)

Detalle de la Deuda Acumulada
del Commonwealth of Puerto Rico 2008-2020
Basado en el Tres Por ciento (3%) Anual Srta. Agustina Santos Chamorro

**Año 2020**

| | |
|---|---|
| 25,087 | Pensión Anual |
| .03 | Por ciento de aumento |
| $752.61 | Aumento Pensión |
| | |
| 25,087 | Sueldo Básico |
| 753 | Aumento 3% |
| $25,840 | Pensión 2018 |

# Ley Núm. 35 del año 2007
## (P. del S. 1693), 2007, ley 35

### (Conferencia)
### Ley de Aumentos de Pensiones y enmendar la Ley Núm. 447 de 1961: Ley de Retiro de Empleados Publicos.

### Ley Núm. 35 de 24 de abril de 2007

Para aumentar en un tres (3) por ciento todas las pensiones concedidas con efectividad al primero (1ro.) de enero de 2004 o antes, conforme lo dispone la Ley Núm. 10 de 21 de mayo de 1992;

conceder un segundo aumento de hasta un tres (3) por ciento a las pensiones menores de mil doscientos cincuenta (1,250) dólares mensuales, concedidas con efectividad al primero (1ro) de enero de 2004 o antes bajo las disposiciones de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada;

enmendar el inciso (A) del Artículo 2-101 y el inciso (a) del Artículo 2-103 de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, a los fines de aumentar la pensión mínima de trescientos (300) a cuatrocientos (400) dólares mensuales;

excluir de dichos aumentos las anualidades concedidas bajo la Ley Núm. 305 de 24 de septiembre de 1999;

proveer los fondos necesarios para cubrir el impacto de dichos aumentos; disponer que los municipios y las corporaciones públicas pagarán anualmente de recursos propios, el costo de estos aumentos a las anualidades de los que fueran sus empleado(a)s antes de pensionarse; y para otros fines.

**EXPOSICION DE MOTIVOS**

La Ley Núm. 447 de 15 de mayo de 1951, según enmendada, estableció un sistema de retiro y beneficios para lo(a)s empleado(a)s públicos. El Sistema de Retiro, según las disposiciones de la ley vigente, es un fideicomiso de los empleado(a)s públicos, y su función es invertir y custodiar las aportaciones periódicas que hacen lo(a)s empleado(a)s y sus respectivos patronos para poder efectuar, en un futuro, los correspondientes pagos de pensión por retiro o incapacidad a lo(a)s empleado(a)s.

Se reconoce que, con el paso del tiempo, el aumento en el costo de vida conlleva una disminución relativa de valor de las anualidades de lo(a)s pensionado(a)s. Por esta razón, se estableció mediante la Ley Núm. 10 de 21 de mayo de 1992, que efectivo el primero (1ro.) de enero de 1992, y subsiguientemente cada tres años, se aumentarían en un tres (3) por ciento todas las anualidades que se paguen en virtud de dicha Ley por edad, años de servicios o incapacidad, que estén vigentes a esa fecha y que se hayan estado percibiendo por tres años antes. De esta manera, el Gobierno enfrenta la obligación moral de ayudar a mejorar la condición de vida de lo(a)s pensionado(a)s, personas que dieron lo mejor de su vida en el servicio al Pueblo de Puerto Rico.

Por tanto, en la obligación del Gobierno de atender las necesidades de lo(a)s pensionado(a)s, mediante esta Ley, se conceden dos (2) aumentos de tres (3) por ciento a las pensiones concedidas bajo las disposiciones de la Ley Núm. 447, antes citada, otorgadas con anterioridad al primero (1ro.) de enero de 2004. El primer aumento será efectivo al primero (1ro) de julio de 2007, retroactivo al primero (1ro) de enero de 2007, y el segundo aumento que va dirigido a aumentar hasta un tres (3) por ciento todas las pensiones menores de mil doscientos cincuenta (1,250) dólares, sin sobrepasar el límite establecido de mil doscientos cincuenta (1,250) dólares mensuales; será efectivo al primero (1ro) de julio de 2008.

Los fondos necesarios para cubrir el costo de esos dos (2) aumentos, en lo que se refiere a pensionados del Gobierno Central, serán con cargo al Fondo General y deberán consignarse en el Presupuesto General para

Gastos del Gobierno del Estado Libre Asociado de Puerto Rico para cada año fiscal, a partir del Año Fiscal 2007-2008; y 2008-2009; respectivamente.

El costo de la retroactividad del primer aumento de tres (3%) por ciento para los pensionados del Gobierno Central, Corporaciones Públicas y Municipios, provendrá de asignaciones del Fondo General del Gobierno de Puerto Rico.

De otra parte, el proyecto provee para un aumento en las pensiones mínimas que en la actualidad están en trescientos (300) dólares a cuatrocientos (400) dólares. Todo(a) pensionado(a) que reciba menos de la pensión mínima mensual, se le aumentará su pensión por una cantidad equivalente a la diferencia entre la pensión que recibe y la pensión mínima que provee esta medida. El aumento será efectivo al primero (1ro) de julio de 2007, y será sufragado con los recursos obtenidos de la emisión de bonos de la Administración de los Sistemas de Retiro, para lo(a)s pensionado(a)s del Gobierno Central.

Todos los aumentos aquí concedidos no serán de aplicación a aquellas personas que reciben sus anualidades en virtud de la Ley Núm. 305 de 24 de septiembre de 1999, que crea un Programa de Cuentas de Ahorro para el Retiro de los Empleados del Gobierno de Puerto Rico.

Las corporaciones públicas y los municipios cuyo(a)s empleado(a)s estén cubiertos bajo esta Ley, cubrirán el costo que represente el aumento en pensiones, tanto el aumento del tres (3) por ciento como el aumento en la pensión mínima establecido por esta Ley para lo(a)s pensionado(a)s de su corporación o municipio.

**DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

**Artículo 1.-** Efectivo el primero (1ro.) de julio de 2007, retroactivo al primero (1ro) de enero de 2007, se aumentarán en un tres (3) por ciento todas las anualidades que se paguen bajo la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, por mérito, edad y años de servicios o incapacidad, que estén vigentes a esa fecha y que hayan sido otorgadas con efectividad al

primero (1ro.) de enero de 2004 o antes, conforme lo dispone la Ley Núm. 10 de 21 de mayo de 1992. La asignación de los recursos necesarios para cubrir el costo que conlleve el aumento en las pensiones de pensionado(a)s procedentes del Gobierno Central, será con cargo al Fondo General y deberá consignarse en el Presupuesto General para Gastos del Gobierno del Estado Libre Asociado de Puerto Rico para cada año fiscal, a partir del Año Fiscal 2007-2008.

Las corporaciones públicas y los municipios, cuyos empleado(a)s estén cubiertos bajo esta Ley, cubrirán de recursos propios el costo que represente el aumento en pensiones establecido por esta Ley para lo(a)s pensionado(a)s de su corporación o municipio a partir del Año Fiscal 2007-2008, y años subsiguientes.

El costo de la retroactividad del aumento de tres (3%) por ciento para lo(a)s pensionado(a)s del Gobierno Central, Corporaciones Públicas y Municipios, provendrá de asignaciones del Fondo General del Gobierno de Puerto Rico.

**Artículo 2.- Efectivo** al 1ro. de julio de 2008, se concederá un segundo aumento en las anualidades que hayan sido otorgadas con efectividad al primero (1ro) de enero de 2004 o antes, de hasta un tres (3) por ciento, para aquello(a)s pensionado(a)s que reciban una pensión mensual menor de mil doscientos cincuenta (1,250) dólares; sin sobrepasar el límite establecido de mil doscientos cincuenta (1,250) dólares mensuales. La asignación de los recursos necesarios para cubrir el costo que conlleve el aumento en las pensiones de pensionado(a)s procedentes del Gobierno Central, será con cargo al Fondo General y deberá consignarse en el Presupuesto General para Gastos del Gobierno del Estado Libre Asociado de Puerto Rico para cada año fiscal, a partir del Año Fiscal 2008-2009.

Las corporaciones públicas y los municipios, cuyos empleados estén cubiertos bajo esta Ley, cubrirán de recursos propios el costo que represente el aumento en pensiones establecido por esta Ley para los pensionados de su corporación o municipio a partir del Año Fiscal 2008-2009.

**Artículo 3.- Se enmienda el inciso (A) del Artículo 2-101 de la Ley Núm. 447 de 15 de mayo de 1951,** según enmendada, para que lea como sigue:

"**Artículo 2-101.- Anualidad por Retiro**
A. Al separarse del servicio al cumplir o después de cumplir las edades y haber completado el periodo de servicio que más adelante se indica, todos los participantes que no hubieren recibido el reembolso de sus aportaciones acumuladas tendrán derecho a percibir una anualidad por retiro. Dicha anualidad comenzará en la fecha en que el participante radique la solicitud de retiro, pero en ningún caso antes de su separación.

................

No obstante, se fija una pensión mínima de cuatrocientos (400) dólares mensuales para los participantes que se retiren de acuerdo con las disposiciones de esta Ley o de cualquiera de los planes de pensiones sobreseídos por ésta. Todo pensionado que esté recibiendo una pensión menor de cuatrocientos (400) dólares mensuales recibirá efectivo el 1ro. de julio de 2007, un aumento de cien (100) dólares o la diferencia, entre lo que reciba de pensión al 30 de junio de 2007, y cuatrocientos(400) dólares mensuales, lo que sea menor...."

**Artículo 4.- Se enmienda el inciso (a) del Artículo 2-103 de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, para que lea como sigue:**

"**Artículo 2-103.- Anualidades para nuevo(a)s participantes:**

(a) Anualidad por años de servicios. El retiro será opcional para los nuevo(a)s participantes que ingresen por primera vez al Sistema después del 1ro. de abril de 1990, a partir de la fecha en que cumplan sesenta y cinco (65) años de edad, hubieren completado un mínimo de diez (10) años de servicios acreditados y no hubieren solicitado ni recibido el reembolso de las aportaciones acumuladas. El importe de la anualidad será el uno punto cinco (1.5) por ciento de la retribución promedio multiplicado por los años de servicios acreditados. No obstante, se fija una pensión mínima para

los participantes que se retiren de acuerdo con las disposiciones de esta Ley de cuatrocientos (400) dólares mensuales, efectivo el 1 de julio de 2007. Todo pensionado que esté recibiendo una pensión menor de cuatrocientos(400) dólares mensuales, recibirá efectivo el 1 julio de 2007, un aumento de cien dólares ($100) o la diferencia entre, lo que reciba de pensión al 30 de junio de 2007, y cuatrocientos (400) dólares mensuales, lo que sea menor".

**Artículo 5.-** Los fondos necesarios para cubrir el costo que conlleve el aumento en la cantidad mínima de las pensiones de lo(a)s pensionado(a)s procedentes del Gobierno Central, provendrán de los recursos obtenidos por la emisión de bonos de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura. Las corporaciones públicas y los municipios, cuyo(a)s empleado(a)s estén cubiertos bajo esta Ley, cubrirán de recursos propios el costo que represente el aumento en la pensión mínima establecido por esta Ley para lo(a)s pensionado(a)s de su corporación o municipio.

**Artículo 6.-** Se excluyen expresamente de las disposiciones de la Ley, lo(a)s pensionado(a)s bajo las disposiciones de la Ley Núm. 305 de 24 de septiembre de 1999, conocida como Programa de Cuentas de Ahorro para el Retiro.

**Artículo 7.-** Esta Ley entrará en vigor inmediatamente después de su aprobación.

**Notas Importantes:**
1. Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

**ADVERTENCIA**
Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su

distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

© 1996-2007 LexJuris de Puerto Rico - Derechos Reservados