De: Agustina Son...
Urb. Las Delicias 808
Calle Dámaso del Toro
Ponce, P.R. 00728-3802




U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
FEB 04, 20
AMOUNT
**$1.60**
R2305K134027-06

RECEIVED & FILED
2020 FEB -5 PM 2:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767