29 de enero de 2020

San Juan, Puerto Rico

RECEIVED & FILED
2020 FEB -5 PM 2: 48

Reclamante: Tamara Colón Torres

Número de Procedimiento: 17 BK 3283-LTS

Números de Reclamación: 49762, 94057 y 96621

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde 1983 hasta 2014 como Maestra Bibliotecaria en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

|  | #Reclamación | Cantidad Adeudada |
|---|---|---|
| 1. Ley 89 - julio de 1995 – Romerazo | 49762 | $21,600.00 |
| 2. Ley 109 – junio, 2008 - Escala salarial – Paso | 94057 | $ 7,200.00 |
| 3. Ley 96 – julio 2002 – Aumento de sueldo | 96621 | $14,400.00 |
| 4. Ley 164 – julio 2003 – Aumento de sueldo | 96621 | $27,600.00 |
|  | Gran Total | $56,400.00 |

Así como otras leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada. Muy agradecida por su atención a esta reclamación.

Atentamente,

*Tamara Colón T.*

Tamara Colón Torres

(787) 391-5171

## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Tamara Colón Torres

Dirección: 1391 San Lucas, Altamesa

San Juan Puerto Rico 00921

Teléfono: (787) 391-5171

Dirección Correo Electrónico: cttamara@gmail.com

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo

    #49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

    #94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

    #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

    Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

    Ley 89 Romerazo – Efectiva en 1 de julio de 1996

    Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 8 de febrero de 1983 hasta el 31 de mayo de 2014 (31 años) de labor como Maestra Bibliotecaria.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

- Certificación del Departamento de Educación sobre años de servicio
- Carta Sistema de Retiro de Maestros aprobando pensión por años de servicio
- Certificado Vitalicio de Maestra Bibliotecaria otorgado por Departamento de Educación de Puerto Rico
- Diploma de grado Maestría en Educación de Cambridge College y Certificación de Grado
- Evaluación del trabajo realizado por la maestra bibliotecaria para diciembre 2012
- Documentos obre Carrera Magisterial
- Diploma de grado de Bachillerato en Educación Elemental Universidad de Puerto Rico
- Resolución – Cambio de nombre (por si es necesario)

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe, Tamara Colón, al (787)391-5171.

2Tamara Colón Torres