| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

RECEIVED & FILED
2020 FEB -5 PM 2: 48

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres, Tamara Colon | 49762 | 6/15/2018 | Commonwealth of Puerto Rico | $~~0.00~~ $21,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres, Tamara Colon | 49762 | 6/15/2018 | Commonwealth of Puerto Rico | $~~0.00~~ $21,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000265

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

2020 FEB -5 PM 2:48

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Torres, Tamara | 94057 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $7,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Torres, Tamara | 94057 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $7,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000088

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

RECEIVED & FILED
2020 FEB -5 PM 2:48

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Torres, Tamara | 96621 | 6/26/2018 | Commonwealth of Puerto Rico | $~~0.00~~ $42,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Torres, Tamara | 96621 | 6/26/2018 | Commonwealth of Puerto Rico | $~~0.20~~ $42,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

12 de junio de 2008

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | TAMARA COLON TORRES |
| Seguro Social | : | |
| Categoría | : | MAESTRO BIBLIOTECARIO |
| Distrito Escolar | : | SAN JUAN II |
| Sueldo Mensual | : | $2,580.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 8 de febrero de 1983 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un período de veinticinco (25) años, cuatro (4) meses, dos (2) semanas y cuatro (4) días y medio (½). |

271-2-08-0745

Matilde Pedraza Leduc
Supervisora
División de Personal Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

24 de julio de 2014

TAMARA COLON TORRES
BACONES DE STA MARIA
1500 SAN IGNACIO BOX 125
SAN JUAN, PR 00921 4752

Solicitud No:   758845
Radicada en:   19 jun 2014

Profesor(a): Colon Torres   CASO: 2594

Deseamos informarle que su Pension Años De Servicio / Merito ha sido aprobada. Su retiro fue efectivo el 31 de mayo de 2014 y su renta mensual será de $2,244.25. Recibirá un pago retroactivo desde el 31 de mayo de 2014 al 31 de julio de 2014.

Le orientamos que puede autorizar a nuestro Sistema a descontar de su pensión determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen L. Ferra Tirado
Principal Oficial Ejecutivo De Beneficios Y Servicios

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414;  Fax:
http://www.srm.pr.gov     E-mail: srm_correspondenciaconsulta@srm.pr.gov





# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
Life Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**TAMARA COLON TORRES**

el presente Certificado de Maestro que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**MAESTRO(A) BIBLIOTECARIO**
**TEACHER LIBRARIAN**

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido el   16 de agosto   de 20 06
Issued on     August 16,      20 06

Dado en San Juan de Puerto Rico. el   17 agosto   de 20 06
Given at San Juan, Puerto Rico on      August 17,  20 06

*Rafael Aragunde Torres* Certificate Number: 431
Secretario de Educación
Secretary of Education

Número de Certificado: 431

# The Trustees of Cambridge College

Make known to all whom these letters may come
that by the advice of the faculty
they have conferred upon

## Tamara Colón Torres

the academic degree of

## Master of Education

With all its honors and privileges
in testimony whereof witness the seal of the college
and the signatures of the President and other officers
Given this seventh day of June, 2009

President of the College

Chairman of the Board of Trustees



Puerto Rico Regional Center

# Degree Conferral Certificate

| | |
|---|---|
| **Student:** | Tamara Colon-Torres |
| **I.D.:** | 166877 |
| **Enrollment Dates:** | Fall 2007 through Spring 2009 |
| **Degree Conferred:** | Master of Education (M.Ed.) |
| **Major/Study Area** | Library Teacher |
| **Degree Conferral Date:** | June 7, 2009 |

Tamara Colon-Torres was enrolled in the graduate program at Cambridge College from Fall 2007 through Spring 2009. She pursued a course of study in Library Education and successfully completed all the academic requirements for the program.

A Master of Education Degree was conferred on June 7, 2009.

_____
Dr. Joe Lee
*Provost and VP for Academic*
*Cambridge College*
*Puerto Rico Regional Center*

March 22, 2010
Date

Seal
of the
College

268 Ponce de León Avenue, Suite 1400, Hato Rey, Puerto Rico 00918
Phone (787) 296-1101 • (787) 296-0245 • (787) 296-0160 • Admisiones (787) 763-2056
Fax (787) 296-0215 • www.cambridgecollege.edu/puertorico

Estado Libre Asociado de Puerto Rico
Departamento de Educación
Hato Rey, Puerto Rico

GUIA PARA LA EVALUACION DEL TRABAJO REALIZADO POR
EL MAESTRO BIBLIOTECARIO

Nombre: Tamara Colón Torres

Distrito: San Juan I

Puesto: Maestra Bibliotecaria

Contrato (Status): Regular

Esta evaluación cubre desde enero 2012

a mayo 2012

### Evaluación por Tareas

| Tareas | Núm. Criterios | Suma Total Puntos |
|---|---|---|
| I. Organización | 10 | 40 |
| II. Servicios | 10 | 40 |
| III. Relaciones | 2 | 8 |
| IV. Evaluación | 4 | 16 |
| Totales | 26 | 107 |

### Evaluación final

___ Superior (3.50 - 4.00) (4.00)   ___ Satisfactorio (Promedio) (1.50 – 2.49)

___ Muy Bueno (2.50 – 3.49)   ___ No satisfactorio (0 – 1.49)

*Informe Narrativo: Todos los servicios y ofrecimientos están de acuerdo con los estándares de excelencia que establece el Departamento de Educación. Su compromiso es auténtico con la educación.

_Tamara Colón Torres_     _Jesus L. Carrasma Diaz_
Evaluado                  Evaluador

PROGRAMA DE BIBLIOTECAS ESCOLARES
GUIA PARA LA EVALUACION DEL TRABAJO DEL MAESTRO BIBLIOTECARIO

DISTRITO San Juan I  
ESCUELA Dr. Isaac González  
DOCUMENTO DE TRABAJO  
NOMBRE Tamara Colón Torres

| CRITERIOS | PUNTUACION |||||
|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 |
| I. ORGANIZACION | | | | | |
| 1. Participa en la elaboración y desarrollo de los planes de trabajo de su escuela. | | | | | ✓ |
| 2. Prepara y desarrolla su plan de trabajo basado en las necesidades de su escuela y en los énfasis programáticos del Sistema y del Programa. | | | | | ✓ |
| 3. Organiza la colección y los servicios de tal manera que facilite la accesibilidad y el uso de los materiales. | | | | | ✓ |
| 4. Establece e implanta los mecanismos adecuados para la circulación de materiales y la recuperación de los mismos. | | | | | ✓ |
| 5. Organiza y mantiene al día el archivo vertical de información. | | | | | ✓ |
| 6. Mantiene al día los récords requeridos para administrar los servicios y para evidenciar los mismos. | | | | | ✓ |
| 7. Evalúa periódicamente la colección y la mantiene al día por medio de descarte y selección de materiales. | | | | | ✓ |
| 8. Rinde los informes a tiempo. | | | | | ✓ |
| 9. Asiste regular y puntualmente a su trabajo. | | | | | ✓ |
| 10. Mantiene en la biblioteca un ambiente atractivo que invita al estudio, la reflexión y la investigación. | | | | | ✓ |
| | | | | | 40 |



| CRITERIOS | PUNTUACION ||||| 
|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 |
| **II. SERVICIOS** | | | | | |
| 1. Orienta sistemáticamente a estudiantes, maestros(as) y otro personal en el uso correcto del material de consulta y otros recursos de la biblioteca, incluyendo el tecnológico. | | | | | ✓ ✓ |
| 2. Fomenta en los estudiantes el interés y la afición por la lectura. | | | | | |
| 3. Estimula los hábitos de estudio y el desarrollo de destrezas de investigación, mediante la aplicación de la <u>Guía curricular para el desarrollo de destrezas bibliotecarias</u>. | | | | | ✓ |
| 4. Mantiene informada a la comunidad escolar de los materiales impresos y no impresos que se reciben en la biblioteca, mediante la utilización de diferentes estrategias, y fomenta la circulación de los mismos. | | | | | ✓ |
| 5. Conoce y hace uso de los recursos de la comunidad. | | | | | ✓ |
| 6. Organiza el Club de Asistente de Biblioteca; estimula su desarrollo y buen funcionamiento. | | | | | ✓ |
| 7. Coordina con los maestros (as) de las diferentes áreas curriculares para desarrollar servicios y proyectos de acuerdo a sus necesidades y para ofrecer la instrucción bibliográfica. | | | | | ✓ |
| 8. Mantiene informado al (la) directora (a) de la escuela y a sus supervisores (as) de los problemas que afectan los servicios bibliotecarios. | | | | | ✓ |
| 9. Participa en actividades de adiestramiento profesional y aplica los conocimientos adquiridos. | | | | | ✓ |
| 10. Incorpora innovaciones para mejorar los servicios. | | | | | ✓ |
| | | | | | 40 |



3

| CRITERIOS | \ | PUNTUACION | | | |
|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 |
| **III. RELACIONES** | | | | | |
| 1. Participa en las actividades de los padres y los maestros de su escuela. | | | | | ✓ |
| 2. Mantiene una atmósfera de cordialidad y respeto que hace que la biblioteca sea atractiva a sus usuarios. | | | | | ✓ |
| **IV. EVALUACIÓN** | | | | | |
| 1. Prepara los informes necesarios. | | | | | ✓ |
| 2. Acepta y ejecuta las recomendaciones y sugerencias de sus supervisores. | | | | | ✓ |
| 3. Prepara y administra cuestionarios para recoger la opinión de los usuarios en torno a los servicios. | | | | | ✓ |
| 4. Evalúa los servicios que ofrece la biblioteca a fin de mejorarlos. | | | | | ✓ |

4



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

Oficina de Carrera Magisterial

## Recomendación de revisión de salario 2013

Certifico que he revisado y analizado el Plan de Mejoramiento Profesional de:

Nombre: Tamara Colon Torres
Escuela: Dr. Isaac González Martínez
Distrito Escolar: San Juan I
Región Educativa: San Juan

Los mismos cumplen con todas las disposiciones de Ley, por lo cual recomiendo que se le otorgue el aumento salarial correspondiente a la(s) etapa(s) 3-5 del Nivel III y Nivel II de su Plan de Mejoramiento Profesional.

De usted no estar de acuerdo con esta determinación tiene derecho a solicitar revisión de la misma ante la Comisión Apelativa del Servicio Público, dentro de un término de treinta (30) días a partir del recibo de esta notificación. Podrá comparecer por sí mismo o representado por un abogado. La dirección de la Comisión es Ave. Ponce de León 1409, Edificio CEM sexto piso, Santurce.

Fecha: 28 de abril de 2014

Cotejado por: Nadya L. Vera

Eric H. Pérez Torres
Director Interino

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773- 2448, 2295 * FAX: (787) 756-8028

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

7 de octubre de 2013

Oficina de Desarrollo del Capital Humano

Programa de Carrera Magisterial

# RECOMENDACIÓN DE REVISIÓN DE SALARIO 2012

Certifico que he revisado y analizado el Plan de Mejoramiento Profesional, junto a los Documentos que evidencian que completó el mismo sometidos por:

Nombre: Tamara Colón Torres

Escuela: Dr. Isaác González Martínez

Distrito Escolar: San Juan I

Región Educativa: San Juan

Los mismos cumplen con todas las disposiciones de Ley, por lo cual se recomienda que se le otorgue el aumento salarial por haber completado la(s) etapa(s) __3__ del Nivel __III__ de su Plan de Mejoramiento Profesional.

De no estar de acuerdo con la decision tomada, **ira directamente a la *Comisión Apelativa del Servicio Público,* según** establecido en el **Artículo 7.11 Apelación de Decisiones del Secretario",** las determinaciones del Secretario podrán ser revisables a través de los procedimientos de quejas, agravios y arbitraje establecidos en la Ley Núm.45 de 25 de febrero de 1998, según enmendada, major conocida como "Ley de Relaciones del Trabajo para el Servicio Público de Puerto Rico" dentro de los treinta (30) días siguientes de haber sido notificado al solicitante.

Certifico Correcto: _____ Fecha: _10/7/2013_

Milagros Rohena Rivera, Ed. D
Directora

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-5800

Nota: Este formato es para uso oficial



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**     OCM-12
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARIA AUXILIAR DE RECURSOS HUMANOS**

Oficina de Desarrollo del Capital Humano

*Programa de Carrera Magisterial*

## RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL

Certifico que he revisado y analizado el Plan de Mejoramiento Profesional, junto a los documentos que le hacen acreedor del derecho a recibir el Nivel Magisterial que solicita de:

| | | |
|---|---|---|
| Nombre | : | Tamara Colón Torres |
| Seguro Social | : | _____ |
| Escuela | : | Dr. Isaac González Martínez |
| Distrito Escolar | : | San Juan I |
| Región Educativa | : | San Juan |

Los mismos cumplen con todas las disposiciones de Ley, por lo cual se recomienda que se le otorgue el aumento salarial por haber completado la(s) etapa(s) __1-2__ del Plan de Mejoramiento Profesional.

Certifico Correcto

_____          5/16/2012
*Milagros Rohena Rivera*                         *Fecha*
*Directora*
*Oficina de Desarrollo del Capital Humano*

*Nota: Este formato es para uso oficial*

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773-5800 * FAX: (787) 250-0275
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo

# DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

ocm- 06

**Certificaciones Docentes y Desarrollo Profesional**

CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN
DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el (a) Profesor (a) <u>Tamara Colón Torres</u> con seguro social _____ de la escuela <u>Elemental Dr. Isaac González Martínez</u> del distrito escolar de <u>San Juan II</u> radicó su Plan de Mejoramiento Profesional de acuerdo a lo establecido en el artículo 2.07 del Reglamento de la Carrera Magisterial para el periodo de <u>30 de abril de 2009 al 30 de mayo de 2011</u>. Certificamos, además que el Comité de Evaluación analizó y evaluó dicho Plan a la luz del Capítulo VI del mismo reglamento y este fue aprobado hoy <u>29 de mayo de 2009</u>.

## COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| Ivonne Carmona de Jesús | *(firma)* | Directora Escolar |
| Juan O. Negrón | *(firma)* | Presidente Consejo Escolar |
| Irene Estrada | *(firma)* | Delegada de FMPR |

Fecha en que el solicitante radicó el Plan: _____ de _____ de _____.

*30 APR 2009*

AUCTORIBUS · PROFESSORIBUS · QUIBUS · HOC · MUNUS · COMMISSUM · EST

CURATORES

# Universitatis · Portoricensis

## Tamara Colón Torres

AD · GRADUM

### Baccalaurei · Artium · Educatione · Elementaria · Periti

ADMISERE · EIQUE · OMNIA · JURA · HONORES · PRIVILEGIA · AD · HUNC · GRADUM · PERTINENTIA · CONCESSERE.

IN · CUIUS · REI · TESTIMONIUM · NOS · HUIUS · UNIVERSITATIS · RITE · CONSTITUTI · MAGISTRATUS · HUIC · DIPLOMATI · NOMINA · NOSTRA · SUBSCRIPSIMUS · ET · SIGILLUM · NOSTRAE · UNIVERSITATIS · SIGILLUMQUE · AEDIUM · APPONI · CURAVIMUS.

DATUM · IN · URBE · RIO · PIEDRAS · PUERTO · RICO · DIE · DECIMO · SECUNDO · MENSIS · JUNII · ANNO · DOMINI · MCMLXXXIII

PRAESES

PRAESES · CURATORIUM

CANCELLARIUS

Duplicado: 14 de noviembre de 1989



EN EL TRIBUNAL DE DISTRITO DE PUERTO RICO
SALA DE SAN JUAN

| | | |
|---|---|---|
| TOMASA COLON TORRES | * | CIVIL NUM. 89-2841 (501) |
| PETICIONARIA | * | SOBRE: |
| EX PARTE | * | CAMBIO DE NOMBRE |

## RESOLUCION

La parte peticionaria radicó solicitud debidamente juramentada ante el Tribunal para enmendar el Acta de Nacimiento cuya inscripción consta en el Libro 91, Acta 112 del término Municipal de Juana Díaz el día 8 de febrero de 1959 y registrado el día 10 de febrero de 1959 con el nombre de TOMASA COLON TORRES.

El Tribunal, entiende que se ha justificado la concesión del remedio solicitado, por lo que declara Con Lugar la Petición y en su consecuencia, de conformidad con las disposiciones legales aplicables, ordena al Secretario de Salud de Puerto Rico, su representante o el encargado del Registro Demográfico de Puerto Rico concernido que proceda a efectuar en el acta de nacimiento la siguiente enmienda.

    a. El apartado correspondiente al nombre de inscrito deberá corregirse para que lea:

        TAMARA COLON TORRES

Regístrese y Notifíquese.

En San Juan, Puerto Rico, a 11 de abril de 1989.



JUEZ DE DISTRITO

ANTONIO J. NEGRONI CINTRON
Juez del Tribunal de Distrito

