# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No.17 BK 3283-LTS

| | |
|---|---|
| NÉLIDA VEGA BURGOS | PROMESA |
| URB. LAS ALONDRAS | TÍTULO III |
| CALLE 1 G#10 | NUM. 17 BK 3283-LTS |
| VILLALBA, PR 00766 | NO. RECLAMACIÓN: 130384 |

Email: alexandramercado66@yahoo.com

REPLICA A LA *CENTÉSIMA* CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTIO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DEL 12 DE JULIO DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2008.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado, reclamando salarios impagos en mi empleo como maestra del Departamento de Educación del Estado Libre Asociado de Puerto Rico por servicios prestados.

Durante su gobernación, el Honorable Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico por la cantidad de $100.00 mensuales. Por lo tanto este aumento nunca se pagó.

Durante el término de esa ley a partir del año 1980 hasta el año 2008, yo era empleada del Departamento de Educación del gobierno de Puerto Rico. De acuerdo a mis cálculos, el periodo comprende de veintiocho (28) años a $1,200.00 por años de servicios, lo que representa la cantidad de $33,600.00 a los cual tengo derecho.

*Nélida Vega Burgos*
*Nélida Vega Burgos*