A continuación le desgloso la cantidad adeudada por años de servicios. Favor refiérase a los anejos.

## ANEJO A Desglose de años de servicios

- $1,200.00 del año escolar que comprende de 1980-1981
- $1,200.00 del año escolar que comprende de 1981-1982
- $1,200.00 del año escolar que comprende de 1982-1983
- $1,200.00 del año escolar que comprende de 1983-1984
- $1,200.00 del año escolar que comprende de 1984-1985
- $1,200.00 del año escolar que comprende de 1985-1986
- $1,200.00 del año escolar que comprende de 1986-1987
- $1,200.00 del año escolar que comprende de 1987-1988
- $1,200.00 del año escolar que comprende de 1988-1989
- $1,200.00 del año escolar que comprende de 1989-1990
- $1,200.00 del año escolar que comprende de 1990-1991
- $1,200.00 del año escolar que comprende de 1991-1992
- $1,200.00 del año escolar que comprende de 1992-1993
- $1,200.00 del año escolar que comprende de 1993-1994
- $1,200.00 del año escolar que comprende de 1994-1995
- $1,200.00 del año escolar que comprende de 1995-1996
- $1,200.00 del año escolar que comprende de 1996-1997
- $1,200.00 del año escolar que comprende de 1997-1998
- $1,200.00 del año escolar que comprende de 1998-1999
- $1,200.00 del año escolar que comprende de 1999-2000
- $1,200.00 del año escolar que comprende de  2000-2001
- $1,200.00 del año escolar que comprende de 2001-2002
- $1,200.00 del año escolar que comprende de 2002-2003
- $1,200.00 del año escolar que comprende de 2003-2004
- $1,200.00 del año escolar que comprende de 2004-2005
- $1,200.00 del año escolar que comprende de 2005-2006
- $1,200.00 del año escolar que comprende de 2006-2007
- $1,200.00 del año escolar que comprende de 2007-2008

**ANEJO B  Evidencia de Talonarios**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | 4522 | 28 0290 | 500175 | 674723808 |

DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 | 21113 | 06 | 16505 | 10 | 2000 |
| 10870 | | 18480 | | | | 60 | 830 | 81 | 1600 | | |

MES CORRIENTE

| 5435 | | 9240 | 2900 | 3960 | 700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 264000 | 000 | 000 | 132000 | 33800 | 64283 | 33917 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | 4522 | 31 0890 | 303273 | 683235504 |

DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 | 21113 | 06 | 16505 | 10 | 2000 |
| 43480 | | 73920 | | | | 60 | 830 | 81 | 1600 | | |

MES CORRIENTE

| 5435 | | 9240 | 8300 | 3960 | 700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1056000 | 000 | 000 | 132000 | 31800 | 69683 | 30517 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | 4522 | 30 0692 | 333492 | 716449518 |

DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 | 21113 | 06 | 20276 | 10 | 7803 |
| 28878 | | 55440 | | | | 60 | 830 | 81 | 1600 | | |

MES CORRIENTE

| 4813 | | 9240 | 7800 | 3960 | 700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 792000 | 000 | 000 | 132000 | 26900 | 78135 | 26965 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 31 0794 | 300174 | 540658107 |

| | ESPECIFICAS | | | DEDUCCIONES | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 60 | 21113 2600 | 06 81 | 20198 1600 | 10 | 2500 |
| 56566 | | 75355 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 9688 | | 11515 | 10200 | 4935 | 700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1076500 | 000 | 000 | 164500 | 34800 | 850 49 | 44651 |

VEASE CLAVES AL DORSO

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 31 1294 | 318356 | 549978381 |

| | ESPECIFICAS | | | DEDUCCIONES | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 60 | 21113 3975 | 06 81 | 28430 1600 | 10 | 2500 |
| 106355 | | 132930 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 9688 | | 11515 | 10200 | 4935 | 700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1er QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1923000 | 000 | 000 | 164500 | 34900 | 94656 | 34944 |

VEASE CLAVES AL DORSO

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 30 1194 | 313164 | 547572717 |

| | ESPECIFICAS | | | DEDUCCIONES | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 60 | 21113 3975 | 06 81 | 28430 1600 | 10 | 2500 |
| 95318 | | 121415 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 9688 | | 11515 | 10200 | 4935 | 700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1er QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1734500 | 000 | 000 | 164500 | 34900 | 94656 | 34944 |

VEASE CLAVES AL DORSO

Case:17-03283-LTS   Doc#:1073   Filed:08/25/20   Entered:08/25/20 17:52:30   Desc:
Exhibit   Page 5 of 19

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| NELIDA VEGA BURGOS | | | 31 0194 | 319618 | 530776638 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 | 21113 | 06 | 20198 | 10 | 2500 |
| 7813 | | 10640 | | | | 60 | 2600 | 81 | 1600 | | |
| MES CORRIENTE | | | | | | | | | | | |
| 7813 | | 10640 | 10600 | 4560 | 700 | | | | | | |
| 152000 | 000 | | 000 | 152000 | | 34800 | | 82324 | | 34876 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | MES CORRIENTE | | | | | |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

6·4·2

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| NELIDA VEGA BURGOS | | | 31 0195 | 319663 | 551059272 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 | 21113 | 06 | 28430 | 10 | 2500 |
| 9688 | | 11515 | | | | 60 | 3975 | 81 | 1600 | | |
| | | | | | | | 2990 | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 9688 | | 11515 | 10200 | 4935 | 700 | | | | | | |
| 164500 | 000 | | 000 | 164500 | | 34900 | | 94656 | | 34944 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | MES CORRIENTE | | | | | |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| NELIDA VEGA BURGOS | | | 29 0296 | 363902 | 573758118 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 02 | 21538 | 06 | 30077 | 10 | 2500 |
| 21964 | | 27230 | | | | 60 | 2990 | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 10992 | | 13615 | 9400 | 5835 | 700 | | | | | | |
| 389000 | 000 | | 000 | 194500 | | 48400 | | 97637 | | 48463 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | MES CORRIENTE | | | | | |

**VEASE CLAVES AL DORSO**

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 31 1297 | 357610 | 637105215 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 02 | 21538 | 06 | 30052 | 10 | 2500 |
| 151955 | | 173880 | | | 59 | 5000 | 58 | 100 | 50 | 850 |
| | | | | | 81 | 1000 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 12482 | | 14490 | 4300 | 6210  700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO BRUTO SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 2520000 | 000 | 000 | 207000 | 53800 | 99222 | 53373 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 31 0897 | 344631 | 601633197 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 02 | 21538 | 06 | 30077 | 10 | 2500 |
| 99856 | | 115920 | | | 59 | 5000 | 68 | 100 | 60 | 850 |
| | | | | | 81 | 1000 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 12482 | | 14490 | 3900 | 6210  700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1656000 | 000 | 000 | 207000 | 54000 | 98847 | 54153 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 28 0298 | 364017 | 609831045 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 02 | 21538 | 06 | 30052 | 10 | 2500 |
| 24964 | | 28980 | | | 59 | 5000 | 68 | 100 | 60 | 850 |
| | | | | | 81 | 1000 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 12482 | | 14490 | 4300 | 6210  700 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 414000 | 000 | 000 | 207000 | 53800 | 99222 | 53973 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 30 0998 | 386251 | 619210818 |

**DEDUCCIONES**

| | ESPECIFICAS | | | | | | MISCELANEAS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | | |
| 3000 | | | | | | | | | | | | |

**MES CORRIENTE**

| 3000 | | | | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 37500 | 000 | 000 | 37500 | 17200 | 3000 | 17300 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NELIDA VEGA BURGOS | | 30 0699 | 410098 | 630891378 |

**DEDUCCIONES**

| | ESPECIFICAS | | | | | | MISCELANEAS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | | |
| 6000 | | | | | | | | | | | | |

**MES CORRIENTE**

| 1000 | | | | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 75000 | 000 | 000 | 12500 | 5700 | 1000 | 5800 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

**Gobierno de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 05583950 |
| Desde: | 12/16/00 | |
| Hasta: | 12/31/00 | Fecha: 12/28/00 |

NELIDA VEGA BURGOS
URB LAS ALONDRAS
G10 CALLE C1
VILLALBA PR  007660000
SS:

| | |
|---|---|
| # Empleado: : | |
| Dept: | 8105075-Ponce Villalba |
| Oficina: | S. U. Alfredo Bocachica |
| Titulo: | Dir. Escuela Elemental III |
| Sueldo: | $2,420.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,210.00 | 1950.00 | 26,915.00 |
| Bono de Navidad | | | 0.00 | | 500.00 |
| Diferencial Temporero | | | 0.00 | | 1,125.00 |
| Pago Retroactivo Regular | | | 0.00 | | 187.50 |
| Licencia  Enfermedad en Exceso | | | 0.00 | | 1,627.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 102.78 | 2,499.54 |

| | | | |
|---|---|---|---|
| Total: | 1,210.00 | 1950.00 | 7,760.00 |

| Total: | 102.78 | 2,499.54 |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 108.90 | 2,309.03 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 107.70 | 2,584.80 |
| RM-Prest Pers De Cuota-Ret Mae | 150.26 | 3,606.24 |
| SM-First Medical Health Plan | 13.50 | 324.00 |
| CO-COOP FED  MAESTRO | 12.50 | 300.00 |
| CO-COOP AS PARROQUIANO | 25.00 | 600.00 |
| DM-FONDOS UNIDOS | 1.00 | 17.50 |
| SC-TRANS OCEANIC LIFE | 26.50 | 438.00 |
| SC-NATIONAL LIFE INS. | 18.48 | 332.64 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 84.00 |
| AS-ASOC  E P A | 5.00 | 120.00 |
| GPR Plan de Ahorros | 36.30 | 813.08 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 480.00 |
| GPR Plan de Retiro de Maestro | 102.85 | 2,303.80 |
| FSED Disability Plan | 20.57 | 516.07 |

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

N 5722109

NELIDA VEGA BURGOS
URB LAS ALONDRAS
G10 CALLE C1
VILLALBA PR 00766-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dep: | 810507>-Ponce Villalba |
| Oficina: | S. U. Alfredo Bocachica |
| Titulo: | Dir. Escuela Elemental III |
| Sueldo: | $3,265.00 Monthly |

Grupo de Pago: SM_Quincenal
Desde: 10/01/2004
Hasta: 10/15/2004

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adc'l.: | | |
| Cant. Adc'l.: | | |

# Cheque: 06638537
Fecha: 10/14/2004

## FORMA DE INGRESO

| Description | Corriente Sueldo | Horas | Acumulado Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| Sueldo: | | | | | |
| | | 1,622.50 | 0.00 | 1,552.50 | 0.00 |

## TABULACIONES GENERALES

| Description | Corriente | Acumulado | Description | Corriente | Acumulado | Description | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 146.03 | 2,653.07 | AE-Asoc Emp ELA-Prest Regular | 143.14 | 2,290.18 | GPR Plan de Retiro de Maestro | 137.91 | 2,505.63 |
| | | | SM-First Medical Health Plan | 26.50 | 417.50 | FSED Disability Plan | 27.58 | 615.15 |
| | | | CO-COOP AS PARROQUIANO | 25.00 | 475.00 | SM-First Medical Health Plan | 0.00 | 720.00 |
| | | | DM-FONDOS UNIDOS | 1.00 | 19.00 | | | |
| | | | SC-NATIONAL LIFE INS. | 20.77 | 143.39 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 66.50 | | | |
| | | | AS-ASOC  E P A | 5.00 | 95.00 | | | |
| | | | AS-ORG NACIONAL DIREC ESCUELA | 10.00 | 190.00 | | | |
| | | | GPR Plan de Ahorros | 48.68 | 884.42 | | | |
| | | | SC-GENERAL ACCIDENT LIFE | 0.00 | 186.00 | | | |

## DEDUCCIONES

| Description | Corriente | Acumulado |
|---|---|---|
| Pago de Salarios Regulares | 1,622.50 | 29,477.50 |
| Pago por Vacaciones en Exceso | 0.00 | 3,610.74 |
| Licencia  Enfermedad en Exceso | 0.00 | 3,094.92 |

## IMPUESTOS

| Description | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 136.73 | 2,945.32 |

## BENEFICIOS PATRONALES NO PAGADOS

\* Tributable

| Total: | 1,622.50 | 1,552.50 | | Total: | 36,183.16 | | Total: | 136.73 | 2,945.32 |
|---|---|---|---|---|---|---|---|---|---|

## TABULACIONES TOTALES

| | Corriente | |
|---|---|---|
| | TOTAL BRUTO | TOTAL INGRESO |
| Corriente: | 146.03 | 283.59 |
| Acumulado: | 2,653.07 | 4,768.99 |

| | TOTAL INGRESO | |
|---|---|---|
| Corriente: | 1,622.50 | 136.73 |
| Acumulado: | 36,183.16 | 2,945.32 |

## DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| | 429.62 | 25,815.78 |
| | 7,422.06 | |

| DISTRIBUCION DE PAGA NETA | PAGA NETA |
|---|---|
| Cheque #06638537 | 1,056.15 |
| | 1,056.15 |

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| Total: | 1,056.15 |
|---|---|

MENSAJE:

5996-1325-2311 ©2002. Moore North America, Inc. SecureScan® Patents 5,018,767; 5,193,853; 5,707,083. PressureSeal Patent 4,918,128. - 0221

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/01/2005 |
| Hasta: | 04/15/2005 |

| | |
|---|---|
| # Cheque: | 09034561 |
| Fecha: | 04/14/2005 |

NELIDA VEGA BURGOS
URB LAS ALONDRAS
G10 CALLE C1
VILLALBA PR 00766-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8105075-Ponce Villalba |
| Oficina: | S. U. Alfredo Bocachica |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,245.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,622.50 | 562.50 | 11,357.50 |
| **Total:** | | | 1,622.50 | 562.50 | 11,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 136.73 | 957.11 |
| **Total:** | 136.73 | 957.11 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 146.03 | 1,022.21 |
| **Total:** | 146.03 | 1,022.21 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 143.14 | 1,001.98 |
| SM-First Medical Health Plan | 26.50 | 185.50 |
| CO-COOP AS PARROQUIANO | 25.00 | 175.00 |
| DM-FONDOS UNIDOS | 1.00 | 7.00 |
| SC-NATIONAL LIFE INS. | 20.77 | 145.39 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 24.50 |
| AS-ASOC E P A | 5.00 | 35.00 |
| AS-ORG NACIONAL DIREC ESCUELA | 10.00 | 70.00 |
| GPR Plan de Ahorros | 48.68 | 340.76 |
| **Total:** | 283.59 | 1,985.13 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 137.91 | 965.37 |
| FSED Disability Plan | 27.58 | 193.06 |
| SM-First Medical Health Plan | 0.00 | 300.00 |
| * Tributable | | |

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,622.50 |
| Acumulado: | 11,357.50 |

### TOTAL IMPUESTOS

| | |
|---|---|
| 136.73 | |
| 957.11 | |

### DEDUCCIONES TOTALES

| | PAGA NETA |
|---|---|
| 429.62 | 1,056.15 |
| 3,007.34 | 7,393.05 |

### LIC HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #09034561 | 1,056.15 |
| **Total:** | 1,056.15 |

**MENSAJE:** " VEN A LA 5TA FERIA EDUCATIVA FAMILIAR DE LA RAMA JUDICIAL , DOMINGO 1 DE MAYO, PLAZA DARSENAS "

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/2006 |
| Hasta: | 05/31/2006 |
| # Cheque: | 042 |
| Fecha: | 05/30/2006 |

NELIDA VEGA BURGOS
URB LAS ALONDRAS
G10 CALLE C1
VILLALBA PR  00766-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8105075-Ponce Villalba |
| Oficina: | S. U. Alfredo Bocachica |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,245.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | ------------- Corriente ------------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,622.50 | 810.00 | 16,225.00 | |
| Licencia  Enfermedad en Exceso | | 0.00 | | 3,245.04 | |
| **Total:** | | **1,622.50** | **810.00** | **19,470.04** | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 136.73 | 1,645.08 |
| **Total:** | **136.73** | **1,645.08** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 146.03 | 1,460.30 |
| **Total:** | **146.03** | **1,460.30** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 143.14 | 1,431.40 |
| SM-First Medical Health Plan | 11.00 | 110.00 |
| CO-COOP VILLALBA | 25.00 | 200.00 |
| CO-COOP AS PARROQUIANO | 25.00 | 250.00 |
| DM-FONDOS UNIDOS | 1.00 | 10.00 |
| SC-GENERAL ACCIDENT LIFE | 18.02 | 180.20 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 35.00 |
| AS-ASOC  E P A | 5.00 | 50.00 |
| AS-ORG NACIONAL DIREC ESCUELA | 5.00 | 100.00 |
| GPR Plan de Ahorros | 48.68 | 486.80 |
| **Total:** | **290.34** | **2,853.40** |

## DEDUCCION PATRONAL NO PAGADAS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 500.00 |
| GPR Plan de Retiro de Maestro | 137.91 | 1,379.10 |
| FSED Disability Plan | 27.58 | 330.97 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,622.50 | 136.73 | 436.37 | 1,049.40 |
| Acumulado: | 19,470.04 | 1,645.08 | 4,313.70 | 13,511.26 |

## LIO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04220445 | 1,049.40 |
| **Total:** | **1,049.40** |

MENSAJE:

U.S. Pat. no. 6,095,407    TP-504689-1    UNITED FORMS & GRAPHICS (787) 270-8405

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Grupo: | SM -Quincenal | Aviso #: **7628831** |
| Desde: | 12/07/2007 | Fecha Aviso: 12/07/2007 |
| Hasta: | 12/07/2007 | |

| | | | | |
|---|---|---|---|---|
| **NELIDA VEGA BURGOS** | # Empleado: : | | DATA IMP: Federal PR | |
| URB LAS ALONDRAS | Dept: 8105075-Ponce Villalba | | Estado Civil: Married Head of Household | |
| G10 CALLE C1 | Lugar: S. U. Alfredo Bocachica | | Concesiones: 0 0 | |
| VILLALBA, PR 00766-0000 | Titulo: DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: | |
| SS: | Sueldo: $3,495.00 Monthly | | Cant. Adcl.: | |

## HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Bono de Navidad | | | 1,000.00 | | 1,000.00 | PR Withholding | 80.00 | 3,543.73 |
| Pago de Salarios Regulares | | | 0.00 | 1,800.00 | 36,820.00 | | | |
| Incentivo de Excelencia | | | 0.00 | | 3,000.00 | | | |
| Pago Retroactivo Regular | | | 0.00 | | 125.00 | | | |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,920.50 | | | |
| Total: | | | 1,000.00 | 1,800.00 | 43,865.50 | Total: | 80.00 | 3,543.73 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 3,325.16 | AE-Asoc Emp ELA-Prest Regular | 0.00 | 149.08 | FSED Disability Plan | 17.00 | 745.69 |
| | | | SM-First Medical Health Plan | 0.00 | 286.00 | SM-First Medical Health Plan | 0.00 | 1,100.00 |
| | | | CO-COOP VILLALBA | 0.00 | 550.00 | GPR Plan de Retiro de Maestro | 0.00 | 3,140.31 |
| | | | CO-COOP AS PARROQUIANO | 0.00 | 550.00 | | | |
| | | | DM-FONDOS UNIDOS | 0.00 | 22.00 | | | |
| | | | SC-GENERAL ACCIDENT LIFE | 0.00 | 396.44 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 0.00 | 77.00 | | | |
| | | | AS-ASOC E P A | 0.00 | 110.00 | | | |
| | | | AS-ORG NACIONAL DIREC ESCUELAS | 0.00 | 220.00 | | | |
| | | | GPR Plan de Ahorros | 0.00 | 1,108.46 | | | |
| Total: | 0.00 | 3,325.16 | Total: | 0.00 | 6,468.98 | * Tributable | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **TOTAL BRUTO** | | **BRUTO TRIBUT. FED** | | **TOTAL IMPUESTOS** | **DEDUCCIONES TOTALES** | | **PAGA NETA** |
| Corriente: | 1,000.00 | | 0.00 | | 80.00 | 0.00 | | 920.00 |
| Acumulado: | 43,865.50 | | 0.00 | | 3,543.73 | 9,794.14 | | 30,527.63 |

| **PTO HORAS** | **ACUM** | | | | | **DISTRIBUCION PAGA NETA** | |
|---|---|---|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | | | Aviso #7628831 | 920.00 |
| + Ganada: | | | | | | | |
| + Compra: | | | | | | Total: | 920.00 |
| - Usada: | | | | | | | |
| - Donada: | | | | | | | |
| + Ajustes: | | | | | | | |
| Balance Final: | 0.0 | | | | | | |

**MENSAJE:**

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
**12/07/2007**

**Aviso No.**
**7628831**

**Cant. Deposito:** **$920.00**

**A la**
**Cuenta(s) De**

**NELIDA VEGA BURGOS**
URB LAS ALONDRAS
G10 CALLE C1
VILLALBA, PR 00766-0000
Localizacion: S. U. Alfredo Bocachica

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 111103 | $920.00 |
| Total: | | $920.00 |

# NO-NEGOCIABLE

to Rico

| | | | | | Grupo de Pago: | SM -Quincenal | | # Cheque: | 03619871 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Desde: | 12/16/2008 | | | |
| | | | | | Hasta: | 12/31/2008 | | Fecha: | 12/30/2008 |

| # Empleado: | | DATA IMP: | Federal | PR | |
|---|---|---|---|---|---|
| Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married | |
| Oficina: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 | |
| Titulo: | Pensionado | Pct. Adcl.: | | | |
| Sueldo: | $2,540.00 Monthly | Cant. Adcl.: | | | |

| HORAS E INGRESOS | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|
| -------------- Corriente -------------- | | | ------ Acumulado ------ | | | | |
| Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado. |
| | | 1,270.00 | 412.50 | 6,350.00 | | | |
| | | 0.00 | | 1,270.00 | | | |
| | | 1,270.00 | 412.50 | 7,620.00 | Total: | 0.00 | 0.0 |

**ANEJO C Evidencia de Estudios**

# CERTIFICADO

# VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO



# LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

NELIDA VEGA BURGOS

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE __19 de enero__ DE 19 _83_.

DADO EN SAN JUAN DE PUERTO RICO EL __4 de abril__ DE 19 _84_.

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

Número 1035

**ANEJO D Certificación**

# FORMA CORTA

| Liquidador | Revisor |
|---|---|

| R | M | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2001**                                                      **2001**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2001 O AÑO COMENZADO EL
1 de enero de 2001 Y TERMINADO EL 31 de DIC de 2001

PLANILLA: ☐ ORIGINAL  ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Sello de Pago

**Número de Seguro Social**

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| Nélida | | Vega | Burgos |

Dirección Postal
Urb. Las Alondras
calle 1 y-10 Villalba PR.

Código Postal 00766

-4522

Fecha de Nacimiento        Sexo
Día  Mes  Año            ☐ M  ☒ F
50

Número de Seguro Social Cónyuge

"Coloque el Sello de Goma (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono  Residencia
(   )   -

Teléfono  Oficina
(   )   -

Código Postal

CAMBIO DE DIRECCION
☐ Sí    ☐ No

Número de Recibo:
Importe:

## Encasillado 1

**SI NO**
A. ☒☐ ¿Ciudadano de Estados Unidos?
B. ☒☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐☒ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ☐☒ ¿Ingresos de premios de jugadas en Hipódromo?
E. ☐☒ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ☐☒ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1) ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2) ☐ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3) ☒ Jefe de familia
4) ☐ Soltero

**FUENTE DE MAYOR INGRESO:**
G. ☒ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ☐ Empleado del Gobierno Federal
I. ☐ Empleado de Empresa Privada
J. ☐ Retirado/Pensionado
Su ocupación Dueña de Escuela        Ocupación cónyuge

**PLANILLA  2002**
☒ ESPAÑOL    ☐ INGLES

---

**Use este formulario sólo si cumple con los siguientes requisitos:**

Su ingreso bruto no es mayor de $75,000.

Su ingreso consiste solamente de salarios y compensación sujetos a retención, anualidades y pensiones.

No ha recibido ingresos de pensión alimentaria, intereses, dividendos, negocio propio u otros ingresos.

Reclama la deducción fija.

No rinde bajo el estado personal de casado que rinde por separado.

Si solo reclama crédito por Aportación a la Fundación para la Libre Selección de Escuelas.

No rinde una Declaración de Contribución Estimada.

Es ciudadano americano o extranjero residente.

No reclama crédito por contribuciones pagadas al extranjero.

No reclama crédito por la retención en el origen por servicios prestados.

Si usted no cumple con todos los requisitos, deberá rendir la **Forma Larga.**

## Encasillado 2

Sello de Recibido
RECIBIDO
COLECTURIA
11065 VILLALBA 11065
DEPOSITANTE Nº 1165
APR 12 2002
SELLO #284
Juan A. Flores Galarza
Secretario de Hacienda

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| **1. Sueldos, Comisiones, Concesiones y Propinas** (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (FORMULARIOS 499R-2/W-2PR, 499R-2c/W-2cPR o W-2), SEGUN APLIQUE. | | 2,440 .00 / / / / | 30,825 .00 / / / / |
| (01) **Total** (Núm. de comprobantes con esta planilla) | 1 | 2,440 .00 | 30,825 .00 |

Contribución Retenida            Salarios Federales

2. Salarios del Gobierno Federal (Véanse instrucciones)............................ (01) [   .00]  (02) [   .00]

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12)........... (03) [   .00]

4. Ingreso Bruto Ajustado (Sume líneas 1B, 2B y 3).......................... (10) 30,865 .00

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque:  03215355 |
| Desde: | 11/01/2008 | |
| Hasta: | 11/15/2008 | Fecha:  10/17/2008 |

| | |
|---|---|
| NELIDA VEGA BURGOS | |
| URB LAS ALONDRAS | # Empleado: |
| G10 CALLE C1 | Dept:  8105075-Ponce Villalba |
| VILLALBA PR  00766-0000 | Oficina:  S. U. Alfredo Bocachica |
| SS: | Titulo:  DEPARTAMENTO DE EDUCACION |
| | Sueldo:  $3,745.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Licencia  Enfermedad en Exceso | | | 2,808.75 | | 6,214.53 |
| Enfermedad Suma Global | | | .00 | | 15,556.15 |
| Pago por Vacaciones en Exceso | | | 0.00 | | 1,537.42 |
| Pago Vacaciones Suma Global | | | 0.00 | | 13,834.90 |
| Pago de Salarios Regulares | | | 0.00 | 1,642.50 | 36,500.00 |
| Bonificaciones | | | 0.00 | | 2,100.00 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |
| **Total:** | | | **2,808.75** | **1,642.50** | **75,793.00** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 224.70 | 6,506.70 |
| **Total:** | **224.70** | **6,506.70** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 3,289.60 |
| **Total:** | **0.00** | **3,289.60** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Dev Sueldo Cob Indebid | 0.00 | 1,324.27 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,862.80 |
| SM-First Medical Health Plan | 0.00 | 150.00 |
| CO-COOP VILLALBA | 0.00 | 500.00 |
| CO-COOP AS PARROQUIANO | 0.00 | 500.00 |
| DM-FONDOS UNIDOS | 0.00 | 20.00 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 360.40 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 70.00 |
| AS-ASOC  E P A | 0.00 | 100.00 |
| AS-ORG NACIONAL DIREC ESCUELA | 0.00 | 200.00 |
| Ahorros-AEELA | 0.00 | 1,096.60 |
| **Total:** | **0.00** | **7,184.07** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,000.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 3,106.76 |
| FSED Disability Plan | 0.00 | 714.96 |

* Tribuable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 2,808.75 |
| Acumulado: | 75,793.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| 224.70 | |
| 6,506.70 | |

## DEDUCCIONES TOTALES

| | |
|---|---|
| 0.00 | |
| 10,473.67 | |

## PAGA NETA

| | |
|---|---|
| 2,584.05 | |
| 58,812.63 | |

## BCO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03215355 | 2,584.05 |
| **Total:** | **2,584.05** |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2009 |
| Hasta: | 06/15/2009 |

| | |
|---|---|
| Business Unit: PUERT |
| Aviso #: | 4904391 |
| Fecha Aviso: | 06/15/2009 |

NELIDA VEGA BURGOS
URB LAS ALONDRAS
G10 CALLE 1
VILLALBA, PR 00766
SS:

| # Empleado: | |
|---|---|
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,540.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | ---- Corriente ---- | | ---- Acumulado ---- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,270.00 | 885.00 | 13,970.00 |
| Total: | | | 1,270.00 | 885.00 | 13,970.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 13.00 | 13.00 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 38.50 |
| Ahorros-AEELA | 38.10 | 419.10 |
| Total: | 54.60 | 470.60 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,270.00 |
| Acumulado: | 13,970.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| 0.00 |
| 0.00 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| 54.60 |
| 470.60 |

## PAGA NETA

| | |
|---|---|
| 1,215.40 |
| 13,499.40 |

## PTO HORAS          ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #4904391 | 1,215.40 |
|---|---|
| Total: | 1,215.40 |