Hilda Vega Burgo
Urb. Los Andes C.1 #10
Villalba, P.R. 00766





Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767