United State District Court For The Distict of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 17 B K 3283 -LTS

_____139_____OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF

THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING

INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC

Proof of Claim: 116721

Name and Address: Marta R. Gerena Landrau
c/ 38 S.E. #1188 Reparto Metropolitano
San Juan, P.R., 00921-2616

Reclama al Gobierno del Estado Libre Asoiado de Puerto Rico; al Gobierno de Puerto

Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984 -- Romerazo

Años Reclamados ___25_____

Cantidad Reclamada __$30,000____

página 2

Ley 91 del año _____ 3% costo de vida cada dos años

Años Reclamados __5__

Cantidad reclamada __$297.75__ cada dos años

Ley 96

Años reclamados __8 años__

Cantidad reclamada __$9,600__

Adjunto evidencia en réplica de la información solicitada:

1. Certificación de empleo
2. Certificación de Junta de Retiro Maestros
3. Informe Renta Anual Vitalicia

Solicito la adjudicación de mi petición según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre __Marta R. Gerena Landrau__
mgerena417@gmail.com

Firma __Marta R. Gerena Landrau__ Fecha __6 febrero del 2020__

Telf celu: (787)613-6535