

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARTA R. GERENA LANDRAU |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | SAN JUAN III_ |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2009 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 30 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Marta R. Gerena Landrau**, con número de seguro social que termina en **2121**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 23 de diciembre de 2009 |
| Tiempo Cotizado para la Pensión | 30 años, 4 mes, 3 sem., 1 día |
| Pensión Mensual Inicial | $1,985.00 |
| Pensión Mensual Actual | $1,985.00 |

Esta certificación se expide hoy, **3 de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **1-oct-09**
Fecha Vencimiento: **3-feb-10**

Núm de Caso: **1320**

## INFORME RENTA ANUAL VITALICIA

**GERENA LANDRAU MARTA R.**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: ___

Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): ___

Categoría y Pueblo: **SEC-SAN JUAN**

Retiro Ley Núm.: **Ley 91 del 2004**

Dirección Postal:
URB REPARTO METROPOLITANO
1188 CALLE 38 SE
SAN JUAN PR 00921-2616

1985.00
2/10

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad
☐ Edad
☐ Diferida
☐ Incapacidad Ocupacional
☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 53 Años | 5 Meses | 27 Días | 30 Años | 4 Meses | 3 Sem | 1 Días | $ 56,509.73 | Mensual $ 1,985.00 | Anual $ 23,820.00 |

Fecha de Renuncia: **22-dic-09**
Último Día de Pago: **22-dic-09**
Fecha Efectividad Pensión: **23-dic-09**
Cierre de Nómina: **10-feb-10**
Fecha Primer Pago Pensión: **28-Feb-10**
Importe $ **1,985.00**
Pago Global Retroactivo: Desde **23-dic-09** Hasta **15-feb-10** Importe Total $ **3,553.77**

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 3,553.77 | $ 1,985.00 |
| Menos Descuentos: | | Descuento | Descuento |
| Préstamos: | Clave | | |
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | 357.30 | 238.20 |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 3,196.47 | $ 1,746.80 |

PAGADO
FEB 09 2010

Bonos:
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.

**ALFONSO MARTINEZ SANCHEZ** — Nombre del Empleado
**NORMA I. PEÑA AGOSTO** — Nombre Supervisor
Fecha: **19-ene-2010**

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

JAN 29 2010
B Ledoux

Aprobado por: **IVONNE L. ORTIZ VALLADARES**
Nombre Director(a) o Representante Autorizado

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes: ___ ☐ 1ra ☑ 2da
Nombre Empleado / Firma / Fecha

Nómina Pago Global Mes: ___ ☐ 1ra ☑ 2da
☐ Off Cycle ☑ Pay Line
Nombre Empleado / Firma / Fecha

Juan Agosto Castro — Nombre Supervisor
Firma / Fecha: 23 febrero 2010

Conservación: Seis años o una Intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5309867 |
| Fecha Aviso: | 12/30/2019 |

**MARTA R GERENA LANDRAU**
REPTO METROPOLITANO
1188 CALLE 38 SE
SAN JUAN PR 00921-2616
S:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,985.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 992.50 | 1,957.50 | 23,820.00 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 992.50 | 1,957.50 | 24,120.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.50 | 2,844.00 |
| CO-COOP FED MAESTRO | 152.50 | 3,660.00 |
| SC-AMER FAM LIFE ASS CO | 28.95 | 694.80 |
| Total: | 301.95 | 7,198.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,200.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 992.50 | 0.00 | 301.95 | 690.55 |
| Acumulado: | 24,120.00 | 0.00 | 7,198.80 | 16,921.20 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5309867 | 690.55 |
| Total: | 690.55 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
12/30/2019

**Aviso No.**
5309867

Cant. Deposito: $690.55

TRAY 146 SQ 33057****************SCH 5-DIGIT 00920   33057 2 AV 0.383
MARTA R GERENA LANDRAU
REPTO METROPOLITANO
1188 CALLE 38 SE
SAN JUAN PR 00921-2616

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 510102416 | $690.55 |
| Total: | | $690.55 |

**NO-NEGOCIABLE**