†

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

17BK 3283-LTS

One hundred fourtieth, One hundred twenty eight OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 140207
128770
137339

Name and Address: Dora A. Lozada Rivera
F-16 Azules del Mar
Dorado del Mar, Dorado P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  16 años

Cantidad Reclamada  $19,200.00

Ley ~~9 del año~~ Costo de Vida - Retiro de Maestros - (3% cada 2 años)

Años Reclamados Desde 2001 al 2020 (19 años

Cantidad Reclamada 4,403.26

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión Sistema de Retiro para maestros Gobierno de Puerto Rico
2. Informe Renta Anual Vitalicia Junta de Retiro para Maestros de P.R.
3. Certificación Años de Servicio Departamento de Educación de P.R.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Dora A. Lozada Rivera

Firma: Dora A. Lozada Rivera    Fecha: 6 de febrero de 2020