# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Dora A. Lozada Rivera**, con número de seguro social que termina en :   $D L R$

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **28 de julio de 2001** |
| **Tiempo Cotizado para la Pensión** | **26 años, 10 mes, 0 sem., 1 día** |
| **Pensión Mensual Inicial** | **$1,438.98** |
| **Pensión Mensual Actual** | **$1,438.98** |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414      📠 787.764.6910      www.srm.pr.gov



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

28 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | DORA A. LOZADA RIVERA |
| Seguro Social | : | ~~_____~~ *PLR* |
| Categoría | : | M. EDUC. FAM. CONS. |
| Distrito Escolar | : | VEGA BAJA_ |
| Sueldo Mensual | : | $1,980.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 28 años y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/02/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## JUNTA DE RETIRO PARA MAESTROS
## INFORME RENTA ANUAL VITALICIA

_PLR_

| Nombre | Núm. Reclamación | Sexo  F |
|---|---|---|
| Dora A. Lozadas Rivera | 35596 | |

**Tipo de Renta:**

a- Años de Servicio y Edad       c- Incapacidad

Opcional ( )                     Ocupacional ( )

Obligatorio ( )                  No Ocupacional ( )

b- Edad ( )                      d- Diferida ( )

| Fecha de Nacimiento | | | PLR |
|---|---|---|---|
| Año | Mes | Día | |

| Fecha de Retiro | | |
|---|---|---|
| 2001 | 7 | 27 |
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 2 | 14 | 26 | 10 | 0 | 1 | $ 32,370.27 | 2001 | 7 | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Retiro Ley Núm.    **44**    de    **2000**

---

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante tres años consecutivos a    $ **1,862.77**      **$899.59**

   **0.018**    X    **26 Años**    **10 meses**    **0 semanas**    **1 días**       **menos ajuste**

   (Por ciento)                         (Tiempo Acreditado)                           5%
                                                                                    **44.97**

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____       **$854.62**

   ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55
       años de edad.

   ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y
       menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $  542.45 | $ | $ | $ | **$542.45** |

| Diferencia Mínimo o Renta Sistema Retiro | |
|---|---|
| Renta Mensual Vitalicia | **$1,397.07** |
| Renta Anual Vitalicia | **$16,764.84** |

| Computado: | | Cotejado: | |
|---|---|---|---|
| Celia Rodríguez Rivera | Fecha | Alberto Sohum | Fecha |
| Recomendado: | | Aprobado: | |
| Gloria E. Navas Pérez | | | Irma A. Giménez López |
| Directora Area Servicios de Retiro | Fecha | Fecha | Secretaria Ejecutiva |

/jla