United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

17BK-3283-LTS

One hundred Forty-Second OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 118725

Name and Address:
Lillian Moura Gracia
HC 09 Box 1507
Ponce, P.R. 00731

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados ___20½ años___

Cantidad Reclamada ___$24,600.00___

Ley ~~9 del año~~ Costo de Vida - Retiro de Maestros - (3% cada 2 años)

Años Reclamados Desde 2009-2020 (10 años)

Cantidad Reclamada $1,906.45

Ley 164 (2004-2007) 4 años
Cantidad reclamada $4,800.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1) Certificación Pensión Sistema Retiro para maestros Gobierno de P.R.
2) Informe Renta Anual Vitalicia Junta de Retiro de Maestros de P.R.
3) Certificación Años de Servicio Departamento de Educación de P.R.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Lillian Moura Gracia

Firma: *Lillian Moura Gracia*  Fecha: 6 feb 2020