# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Lillian Moura Gracia**, con número de seguro social que termina en 7.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 5 de agosto de 2009 |
| Tiempo Cotizado para la Pensión | 24 años, 6 mes, 3 sem., 0 días |
| Pensión Mensual Inicial | $1,059.14 |
| Pensión Mensual Actual | $1,059.14 |

Esta certificación se expide hoy, **6 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414     787.764.6910     www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

# C E R T I F I C A C I O N

| | |
|---|---|
| Certifico que | : LILLIAM MOURA GRACIA |
| Seguro Social | : |
| Categoría | : MA. EDUC. SEC (CIENCIA GENERAL) |
| Distrito Escolar | : PONCE II_ |
| Sueldo Mensual | : $2,630.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 4 de agosto de 2009 |
| Otros | : Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por el periodo de 24 años, 2 meses y 3 1/2 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

5298938

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **30-ABRIL-09**
Fecha Vencimiento: **16-oct-09**

Núm de Caso: **0872**

## INFORME RENTA ANUAL VITALICIA

**MOURA GRACIA LILLIAN**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social:

Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año):

Categoría y Pueblo: **MA SEC.- PONCE**

Retiro Ley Núm.: **Ley 91 del 2004**

Dirección Postal: **HC 09 BOX 1507, PONCE, PR 00731**

Tipo de Renta (Pensión):
☐ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☑ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 55 | 0 | 1 | 24 | 6 | 3 | 0 | $ 42,557.79 | $ 1,059.14 | $ 12,709.68 |

Fecha de Renuncia: **4-AGO-09**   Último Día de Pago: **2-MARZO-09**
Fecha Efectividad Pensión: **5-AGO-09**   Cierre de Nómina: **14-oct-09**
Fecha Primer Pago Pensión: **30-Oct-09**   Importe $ **1,059.14**
Pago Global Retroactivo Desde **5-AGO-09** Hasta **15-oct-09** Importe Total $ **2,511.30**

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 2,511.30 | $ 1,059.14 |
| Menos Descuentos: Préstamos: | Clave | Descuento | Descuento |
| Personal (PP) | 47-000 | 2,110.42 | 278.06 |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | - | - |

$139.03

Aport. Individual 9% (Clave 26-001)
ASUME
Otros

Importe Neto: $ **400.88**   $ **781.08**

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

Nombre del Empleado: **JORGE I. ROHENA GOTAY**   Firma   Fecha: **5-oct-2009**
Nombre Supervisor: **NORMA I. PEÑA AGOSTO**   Firma   Fecha

**PREINTERVENCIÓN DE DOCUMENTOS** | **USO DIRECTOR(A) ÁREA RETIRO**

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
OCT 8 2009
NOMBRE:
FIRMA:

Aprobado por:
**IVONNE ORTIZ VALLADARES**
Nombre Director(a) o Representante Autorizado
Firma   Fecha Mes-Día-Año

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes **10**  ☐ 1ra ☑ 2da
Nombre Empleado: Myrna Rodríguez
Firma   Fecha (Mes-Día-Año): 9/oct/09

Nómina Pago Global Mes ☐ 1ra ☑ 2da ☐ Off Cycle ☑ Pay Line
Nombre Empleado
Firma   Fecha (Mes-Día-Año)

Nombre Supervisor: Juan Agosto Castro
Firma   Fecha (Mes-Día-Año): 30-Octubre-2009

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.