CERTIFIED MAIL

7014 0510 0001 4747 8704

neopost
02/05/2020
US POSTAGE

Secretaría (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

RECEIVED & FILED
2020 FEB -6 PM 5: 09
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR