Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico

Noel Cordero Fernández
8735 callejón los González
Quebradillas; P.R. 00678-9734
tel:- 787-472-2476
e-mail: noel.quebradillas@gmail.com
reclamante

PROMESA - título III
Caso Núm. 17 BK 3283-LTS

Reclamación # 156944
(17 BK 03566-LTS)

Estado Libre Asociado
de Puerto Rico y otros
deudores

RECEIVED & FILED 2020 FEB -6 PM 5:08 CLERK'S OFFICE US DISTRICT COURT

Réplica a:
Centésima Vigésima Quinta Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico...

Comparece la parte reclamante, Noel Cordero Fernández para presentar evidencia para validar y fundamentar la reclamación expuesta en el caso de epígrafe y según requerido. Se someten ante la consideración de este Honorable Tribunal para el examen correspondiente los siguientes documentos:
① Certificación de Balances de Aportaciones Estimadas
② Estado de Cuenta Estimado
Ambos documentos fueron expedidos por la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura del Estado Libre Asociado de P.R.

-1-

Solicito al Honorable Tribunal, muy respetuosamente; que una vez examinada la prueba presentada, se acepte la misma en evidencia y en consecuencia declare válido y fundamentado mi reclamación y a la vez declare "No ha lugar" la Objeción Global presentada por la parte deudora (Estado Libre Asociado de P.R. y otros) en cuanto a la parte compareciente y aquí reclamante (Noel Cordero Fernández).

Ruego a este Honorable Tribunal, declare válido mi reclamación y se me mantenga como parte activa reclamante en el caso de epígrafe.

Certifico haber enviado copia del presente escrito y los documentos sometidos a:

1- Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
N.Y.; N.Y. 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

2- Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
N.Y.; N.Y. 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Respetuosamente sometido hoy 4 de febrero de 2020.

Noel Cordero Fernández
8735 Callejón Los González
Quebradillas; P.R. 00678-9734

tel. 787-472-2476
e-mail- noel.quebradillas@gmail.com

-2-