Noel Cordero
8735 callejón los Gonzalez
Quebradillas; P.R. 00678-9734



CERTIFIED MAIL

7019 1640 0001 4589 2757

U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
FEB 05, 20
AMOUNT
$4.75
R2304E105991-10

RECEIVED & FILED
2020 FEB -6 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan; Puerto Rico 00918-1767