# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

## REPLICA

Yo, Ivette Rodríguez de Duran, mayor de edad y empleno conocimiento de mis facultades mentales expongo y detallo lo siguiente en esta REPLICA:

**DATOS CONTACTO:**
Ivette Rodríguez de Duran

**Dirección postal y Residencial:**
Calle 3 J 27 URBANIZACION Toa Alta Heights
Toa Alta, Puerto Rico  00953

**TELEFONOS**
787-461-5168    787-633-6877

**Correo Electrónico**
Ivetterodiguez411@g.mail.com

Yo por derecho propio declaro y expongo al:

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO  LO SIGUIENTE:

Que trabaje para el DEPARTAMENTO DE EDUCACION DE PUERTO RICO desde 1974 hasta el 2006 cuando me acogí al retiro por años de servicio.

Someto certificación otorgada por el DEPARTAMENTO DE EDUCACION DE PUERTO RICO.

PAGINA 2
CASO NUM. DE RECLAMACION 12233

Que mi número de reclamación es 122337
Que la Tenedora es **PROMESA TITULO III**

Por lo antes expuesto y por derecho propio estoy reclamado el aumento otorgado por la" LEY DEL ROMERASO" incluida en la reclamación del COMNONWEALTH OF PUERTO RICO FEDERAL TAX ID.NO 5481 CASE NO. 17BK 3283 LTS. Mi reclamo es de $150.00 MENSUALES los cuales no se me otorgaron. Por tal razón solicito un rembolso por la cantidad de $46,000.00 que deje de devengar durante todos estos años.

Espero que se tome en consideración mi petición expuesta en esta **REPLICA** según las disposiciones de la ley.

Ivette Rodríguez de Duran
Seguro social !