**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2018 |
| Hasta: | 12/15/2018 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | 8629532 |
| Fecha Aviso: | 12/14/2018 |

**IVETTE RODRIGUEZ CINTRON**
URB TOA ALTA HTS
J27 CALLE 3
TOA ALTA PR 00953-4231
SS: XXX-XX-5187

| # Empleado: | |
|---|---|
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $2,316.13 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,158.07 | 1,875.00 | 26,635.61 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 1,158.07 | 1,875.00 | 26,935.61 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,100.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,158.07 | 0.00 | 0.00 | 1,158.07 |
| Acumulado: | 26,935.61 | 0.00 | 0.00 | 26,935.61 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8629532 | 1,158.07 |
| Total: | 1,158.07 |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
12/14/2018

Aviso No.
8629532

Cant. Deposito: ___ $1,158.07

ı'ıını|ı|'|l'ıı··ı||ı|·|'|llllı''ıı··|||ı|·||'ı··'||·'||ı|·|ı|ıınıl

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 192102862 | $1,158.07 |
| Total: | | $1,158.07 |



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Oficina Regional Educativa de Bayamón

31 de enero de 2020

## CERTIFICACIÓN

CERTIFICO que **Ivette Rodríguez De Duran** Seguro Social **XXX-XX-5187**, fue empleada del Departamento de Educación durante el periodo del 21 de octubre de 1974 hasta el 4 de octubre de 2006 ocupando un puesto **permanente** como **Auxiliar de Contabilidad III** en el **Departamento de Educación**. El sueldo mensual que devengaba era de **$3,448.00**

CERTIFICO que la información suministrada es fiel y exacta a nuestros expedientes.



Marily Zayas Torres
Directora
Recursos Humanos

**Nota:** Cualquier información deliberadamente alterada, está sujeta a la anulación del documento y las penalidades de ley establecidas.

PO Box 2988, Bayamón, PR  00960-2988 • Tel.: (787) 785-6455    

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.


Corte aqui

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 06.06 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br><br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL<br>DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br><br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|---|

| 1. Nombre-First Name<br>IVETTE | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>63334.32 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>63334.32 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>RODRIGUEZ DE DURAN | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>3926.72 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>URB TOA ALTA HEIGHTS<br>J27 CALLE 3<br><br>TOA ALTA, PR 00953-0000 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia / Day   Mes / Month   Año / Year | 9. Concesiones - Allowances<br>0.00 | |
| | | 10. Propinas - Tips<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>63334.32 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8107990076 EDUC BAYAM<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>63334.32 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>918.36 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records<br><br>Año:<br>Year: 2006 | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | | 13. Cont. Retenida - Tax Withheld<br>5182.46 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Fondo de Retiro<br>Retirement Fund<br>2444.04 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| Fecha de Cese de Operaciones: Dia / Day   Mes / Month   Año / Year<br>Cease of Operations Date: | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS<br>0.00 | |
| Número de Control - Control Number<br>23047730 | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |

Reproducido por: Departamento de Hacienda

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RODRIGUEZ DE DURAN, IVETTE | 122337 | 7/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RODRIGUEZ DE DURAN, IVETTE | 122337 | 7/6/2018 | Commonwealth of Puerto Rico | $0.00 $46,000.00 *(handwritten)* |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**