


**PRIORITY MAIL 1-DAY™**

US POSTAGE AND FEES PAID
FEB 4 2020
Mailed from ZIP 00953
PM Flat Rate Envelope

stamps endicia 062S10938539

IVETTE RODRIGUEZ DE DURAN
URB TOA ALTA HEIGHTS
J-27 CALLE 3
TOA ALTA PR 00953

SHIP TO:
SECRETARIA (CLERK OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
AVE CHARDON
SAN JUAN PR 00918

PRESS FIRMLY TO

PRIORITY MAIL

...e of delivery specified*
...PS TRACKING™ included to many major
...rnational destinations.
...ited international insurance.
...k up available.*
...er supplies online.*
...en used internationally, a customs
...laration label may be required.
...omestic only


To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



**USPS TRACKING #**

9405 5118 9956 1779 4709 95