Mark Scher
10804 Pebble Brook Lane
Potomac, MD 20854

RECEIVED & FILED
2020 FEB -6  PM 5:06
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

United States District Court for Puerto Rico
Clerk's Office
150 Avenida Carlos E. Chardon, Ste. 150
San Juan, Puerto Rico
00918-1767

00918-170625

CENTRAL DISTRICT PRINT
03 FEB 2020 PM 5 L

USA FOREVER