5 de febrero de 2020
Hatillo, P.R.

Junta de Supervición y
Administración Financiera para
Puerto Rico

A quien pueda interesar:

Por este medio estoy enviando Réplica con relación al reclamo rechazado hacia mi persona bajo la documentación PROMESA, Título III.

Epígrafe:

A- Nombre del Tribunal:
  Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
  " PROMESA Título III

B- Nombre de Deudores:
  Commonwealth of Puerto Rico

C- Título de objeción global:
  Centésima cuadragésima Tercera Objeción Global

D- Número de procedimiento:
  17 BK 03283-LTS

E- Números de las evidencias de reclamo:
  a) 132900 - línea 836
  b) 143918 - línea 837
  c) 116688 - línea 55
  d) 121990 - línea 485

Motivos por los cuales me opongo a que el Tribunal declare mi reclamo rechazado:

1. Fui maestra activa del Departamento de Educación Pública por espacio de 30 años: 1970 - 2,000, por lo cual están cubiertos los años trabajados del reclamo.

2. Entiendo que tengo derecho a recibir una cantidad justa del dinero que los maestros

jubilados reclamamos. No especifiqué cantidad, pues realmente no sé a la que tengo derecho. Ustedes pueden determinarlo ya que adjunto envío documentos de Retiro y debo recibir una cantidad adecuada a mis años de servicio.

En los documentos que recibí reflejan un monto de la reclamación alegada en $0.00 y yo no solicité eso. Por tal razón me reafirmo en que ustedes determinen el monto al que tengo derecho en mi reclamo. Me pueden llamar al (787) 445-4569.

Gracias por su atención.

Fraternalmente,

Lydia Portalatín Colón

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Portalatin Colon, Lydia | 116688 *linea #55* | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Portalatin Colon, Lydia | 116688 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

# Caso
17 BK 03283-LTS