**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| COLON, LYDIA PORTALATIN | 121990 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

*Portalatin Colon, Lydia      linea 485*

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| COLON, LYDIA PORTALATIN | 121990 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*# Caso  17 BK 03283 - LTS*

000519

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Portalatin Colon, Lydia | 132900 *línea 836* | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Portalatin Colon, Lydia | 132900 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Caso 17 BK 03283 - LTS*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Portalatin Colon, Lydia | 143918  *ilnea # 837* | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Portalatin Colon, Lydia | 143918 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*# CASO*
*17BK 03283-LTS*

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

# JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo   F |
|---|---|---|
| **Lydia Portalatín Colón** | **33697** | |

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional   (   )
  - Obligatorio   (   )
- b— Edad ( )

- c— Incapacidad
  - Ocupacional   (   )
  - No Ocupacional ( )
- d— Diferida   (   ) *

Fecha de Nacimiento
| 1945 | noviembre | 17 |
|---|---|---|
| Año | Mes | Día |

Fecha de Retiro
| 2000 | julio | 28 |
|---|---|---|
| Año | Mes | Día |

Edad al Retirarse
| 54 | 08 | 12 |
|---|---|---|
| Años | Meses | Días |

Servicios Acreditados
| 30 | 7 | 1 | 1 |
|---|---|---|---|
| Años | Meses | Sem. | Días |

Costo Anualidad
$ 34,408.21

Fecha de Efectividad
| 2000 | julio | 29 |
|---|---|---|
| Año | Mes | Día |

Retiro Ley Núm. **44** de **2000**

Oficina de Finanzas
Documentos Preintervenidos
Fecha 26/9/00
Iniciales AUC

Cómputo de la Renta Anual:   tres
a— Sueldo promedio mensual más alto durante /cinco/ años consecutivos a $ 1,819.44   163.75   | 1,182.63 |

X   .65% X 30 años
(Por ciento)         (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

(   ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

(   ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley #44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 181.95 | $ | $ | $ | 181.95 |

| | |
|---|---|
| Diferencia Mínimo o Renta Sistema Retiro | |
| Renta Mensual Vitalicia | 1,364.58 |
| Renta Anual Vitalicia | 16,374.96 |

Computado

_Celia Rodríguez_                     25 de 2000
Celia Rodríguez                         Fecha

Recomendado:
_Gloria E. Navas Pérez_              25-9-00
Gloria E. Navas Pérez                  Fecha
Directora Area Servicios de Retiro

Cotejado

_(firma)_                              25-9-2000
Hugo E. Aponte Morán                   Fecha

Aprobado:
_(firma)_  27/9/2000
                Fecha    Irma A. Giménez López
                         Secretaria Ejecutiva

~61

## Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo Mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1969–70 | | | | | 235.00 | | | | | | |
| Hasta | 27 | 6 | 1 | 1 | | | | | | | |
| 1996–97 | | | | | 1,800.00 | | | | | | |
| 1997–98 | 1 | | | | 1,800.00 | | | | | | |
| 1998–99 | 1 | | | | 1,800.00 | | | | | | |
| 1999–2000 | 1 | | | | 1,800.00 | 6 meses | | | | | |
| — | | | | | 1,900.00 | 6 meses | | | | | |
| 2000–2001 | | 1 | | | 1,900.00 | | | | | | |
| Total: | 30 | 7 | 1 | 1 | | | | | | | |

Desglose primer pago:                                        $ _____
    Renta Mensual
       Deducciones:
          Asociación de Maestros        $ _____
          Préstamo _____        _____
          Otras                        _____
           Total Deducciones        _____
           Importe del Cheque        $ _____

Observaciones:
        Año Escolar
    Hasta 1917-18 _____ 9 meses
    Desde 1918-19 hasta 1940-41 _ 10 meses
    En el 1941-42 _____ 11 meses
    Desde 1942-43 en adelante____ 12 meses

FORM. 409 Rev. 99

**DEPARTAMENTO DE EDUCACIÓN**

Secretaría Auxiliar de Recursos Humanos

**Informe de Cambio - Personal Docente**

Pagarle_____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Portalatín Colón, Lydia | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | Arecibo  –  12 noviembre 1947 | |
| 4. Sexo | F | |
| 5. Estado Civil | Divorciada | |
| 6. Preparación Académica | B.A. | |
| 7. Experiencia | 30-5-1-1 | |
| 8. *Status* Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $1,900.00 . | |
| 10. Número del Puesto | R02463 | |
| 11. Categoría del Puesto | Maestra - Estudios Sociales | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | | |
| 16. Acción y Duración | Renuncia | |
| 17. Causa del Cese | Jubilación Temprana | |
| 18. Último día de Trabajo | 31 de mayo de 2000 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | Estudios Soc. Intermedio 7mo. | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Arecibo | |
| 23. Escuela | Thomas Jefferson | |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial |
|---|---|
| Jardines de Arecibo Calle PQ – 79 Arecibo, PR  00612 | 880-2399 |

26. Observaciones:

27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_____     _____
Firma del empleado                    Fecha

28. Deseo: _____ Acogerme     _____ No Acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____     _____
Firma del empleado                    Fecha

29. Recomendado

*Grisilda Pelet Villafen*     *30 mayo 2000*
Director de Escuela                    Fecha

30. Recomendado

_____     _____
Director de Escuela                    Fecha

31. Aprobado: Por el Secretario de Educación o su Representante

_____     _____
Firma                                          Fecha

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.

## DEPARTAMENTO DE EDUCACIÓN
## DISTRITO ESCOLAR DE ARECIBO
## ESCUELA DE LA COMUNIDAD THOMAS JEFFERSON
## ARECIBO, PUERTO RICO

### ·CARTA DE ACEPTACIÓN DE RENUNCIA

07 de abril de 2000

Sr(a). Lydia Portalatín Colón
Maestra de Estudios Sociales
Escuela de la Com. Thomas Jefferson
Distrito Escolar de Arecibo

Estimado(a) Sr(a). Portalatín:

Después de haber evaluado su carta de renuncia, por motivo de que próximamente se acogerá a la jubilación; me place informarle que se acepta su renuncia. Le deseo que disfrute su bien merecido retiro y que el Señor Jesús, le bendiga en todos sus caminos y en toda nueva gestión que desee emprender.

Sin otro particular, me reitero siempre a sus órdenes,

Cordialmente,

Krimilda Pellot Villafañe
Directora