Lydia Postalatin Colin
HCI Box 6097
Hatillo, P.R. 00659

RECEIVED & FILED
2020 FEB -6 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT




U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
FEB 05, 20
AMOUNT
$1.40
R2305K134656-06

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767



SAN JUAN P&DC 009
WED 05 FEB 2020 PM