29 de enero de 2020

RECEIVED & FILED
2020 FEB -6 PM 5:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | **This filing relates to the Commonwealth, HTA, and ERS** |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número de Reclamación (**28616**) "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mis Número de Reclamación (**27414)** "COMMONWEALTH OF PUERTO RICO". Le solicito adjunten esta comunicación de algún expediente que tengan con mis documentos que les fueron enviados y mi reclamación.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Natalia Colón Agosto
P.O. Box 550
Canóvanas, Puerto Rico 00729
Teléfono: 787-439-2687
Correo Electrónico: nataliacolon2006@yahoo.com

# Commonwealth of Puerto Rico

Case No. 17-03283

case info / **claims**

+ Case Navigation

+ Quick Links

Colon Agosto, Natalia

advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| **Schedule** | 328982 |
| **Claim #** | 27414 |
| **Filed Date** | 05/25/2018 |
| **Creditor Name** | COLON AGOSTO, NATALIA |
| **Debtor Name** | Commonwealth of Puerto Rico |
| **Claim Value** | $496,800.00 |
| **Schedule** | |
| **Claim #** | 28616 |
| **Filed Date** | 05/25/2018 |
| **Creditor Name** | COLON AGOSTO, NATALIA |
| **Debtor Name** | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| **Claim Value** | $92,189.52 |

« ‹ Page 1 of 1 » ›

terms of use privacy notice team

© 2019 Prime Clerk. All rights reserved.


NATALIA COLON AGOSTO
P O BOX 550
CANOVANAS PR 00729
SAN JUAN
UNITED STATES POSTAL SERVICE
1000
00918
U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
FEB 05, 20
AMOUNT
$0.55
R2305H130630-02
-6 PM 5:00
HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767
00918-170399