

SAN JUAN PR 007
05 FEB 2020 PM 1 L

RECEIVED & FILED
2020 FEB -6 PM 5:00
U.S. DISTRICT
SAN JUAN

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

00918-170599

JULIO PADILLA RIVERA
HC 74 BOX 5215
NARANJITO PR 00719