# Prime Clerk

Creditor Data Details - Claim # 9047

**Creditor**
HERNANDEZ RIVERA, RAMON

**Debtor Name**
Commonwealth of Puerto Rico

**Date Filed**
04/26/2018

**Claim Number**
9047

**Schedule Number**
n/a

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | $1,853.57 |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | $1,853.57 |
| **Claim Status** | Asserted |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Secured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | |
| C* | |
| U* | |
| F* | |

**944005**

| | |
|---|---|
| **Claim #** | 29547 |
| **Filed Date** | 05/24/2018 |
| **Creditor Name** | HERNANDEZ RIVERA, RAMON |
| **Debtor Name** | Commonwealth of Puerto Rico |
| **Claim Value** | $641.31 |