RAMON HERNANDEZ RIVERA
VISTA ALEGRE
2 CALLE LAS FLORES
BAYAMON PR 00959

00918-170399

SAN JUAN PR 009

05 FEB 2020 PM 1 1

HON. LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA DISTRITO DE P.R.
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

SAN JUAN
DISTRIC
EMK'S OFF

2020 FEB -6  PM 5: 00

RECEIVED & FILED

