1045866

| | |
|---|---|
| **Claim #** | 14967 |
| **Filed Date** | 05/14/2018 |
| **Creditor Name** | RIVERA VALENTIN, GLORIA M. |
| **Debtor Name** | Commonwealth of Puerto Rico |
| **Claim Value** | $154,800.00 |