

GLORIA M RIVERA VALENTIN
VISTA ALEGRE
42 CALLE LAS FLORES
BAYAMON PR 00959

SAN JUAN PR 009
05 FEB 2020 PM 7 L

HON. LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA DISTRITO DE P.R.
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

00918-176755

2020 FEB -6 PM 5:00
RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT
SAN JUAN P.R.