UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 JAN 30 PM 4: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PROMESA

Title III No.17 BK 3283-LTS

A. Secretaría del Tribunal

Junta de Supervisión

Comité de Acreedores

28 de enero de 2020

**Respuesta a la replica**

**Nombre: Wanda L. Cruz Rosario**

**Dirección: HC 2 BOX 7346 Las Piedras, P.R. 00771**

**# TEL. (939) 275-7059 / (787) 475-3709**

**Correo electrónico:** wandacruz06@yahoo.com

RECEIVED & FILED
2020 FEB -6 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Conforme a los procedimientos establecidos por el Tribunal, adjunto evidencia relacionada a la reclamación #70230. Certificó que mi nombre e información indicada en la parte superior de la carta es correcta. Trabajé para el DE por 15 años.

Desde el 2001 comencé con un sueldo de $1,500 mensuales, luego de unos aumentos otorgados por el (DE) Gobierno de Puerto Rico a empleados públicos mi sueldo en el 2007 fue ($1,700 mensuales), en 2008 ($1,800 mensuales).

Luego progresivamente se aumentaba $25.00 (pasos) por año hasta el 2011. En el 2012 luego de un ajuste salarial comencé a devengar $2,000 mensuales ya que el DE dejó de pagar los pasos. Este fue mi sueldo hasta el 2018.

NOTA: Esta respuesta a la ordenanza del Tribunal está siendo enviada en esta fecha, ua que fue recibida en días recientes, además siendo un motivo de atraso la situación vivida en Puerto Rico en días recientes.

Confió acepten los documentos enviados.

Atentamente,

Wanda L. Cruz Rosario

*(firma)*