**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/01/2007 |
| Hasta: | 08/14/2007 |

# Cheque: 09299251
Fecha: 08/15/2007

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS PR  00771-9723
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8003065-Humacao San Lorenzo |
| Oficina: | Generoso Morales Munoz |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,700.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 850.00 | 912.00 | | 12,260.06 |
| Total: | | 850.00 | 912.00 | | 12,260.06 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 12.32 | 177.77 |
| PR Withholdng | 30.92 | 432.36 |
| Total: | 43.24 | 610.13 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 76.50 | 1,103.46 |
| Total: | 76.50 | 1,103.46 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 29.00 | 203.00 |
| SC-NATIONAL LIFE INS. | 14.78 | 221.70 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 127.50 |
| Total: | 52.28 | 552.20 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 72.25 | 1,042.13 |
| FSED Disability Plan | 14.45 | 208.45 |
| SM-Asoc Maestros de PR | 0.00 | 300.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 850.00 | 43.24 | 128.78 | 677.98 |
| Acumulado: | 12,260.06 | 610.13 | 1,655.66 | 9,994.27 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #09299251 | 677.98 |
| Total: | 677.98 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/02/2008 |
| Hasta: | 05/15/2008 |

# Cheque: 02025884
Fecha: 05/15/2008

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS PR 00771-9723
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8002065-CAGUAS SAN LORENZO |
| Oficina: | DRA MARIA T DELGADO DE MARCAca |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,800.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 900.00 | 558.00 | 8,050.00 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |
| Total: | | | 900.00 | 558.00 | 8,100.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 13.05 | 117.45 |
| PR Withholdng | 26.54 | 262.95 |
| Total: | 39.59 | 380.40 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 81.00 | 729.00 |
| Total: | 81.00 | 729.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 31.50 | 283.50 |
| DM-FONDOS UNIDOS | 0.50 | 4.50 |
| SC-NATIONAL LIFE INS. | 14.78 | 133.02 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 76.50 |
| Total: | 55.28 | 497.52 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 76.50 | 688.50 |
| FSED Disability Plan | 15.30 | 137.70 |
| SM-Asoc Maestros de PR | 0.00 | 400.00 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 900.00 |
| Acumulado: | 8,100.00 |

## TOTAL IMPUESTOS
39.59
380.40

## DEDUCCIONES TOTALES
136.28
1,226.52

## PAGA NETA
724.13
6,493.08

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02025884 | 724.13 |
| Total: | 724.13 |

MENSAJE: 'EL D.E OFRECE COMIDAS GRATIS EN VERANO A NI&OS DE 1 A 18 A&OS. 787-759-7221 / 1-866-9VERANO'

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM Quincenal |
| Desde: | 03/19/2009 |
| Hasta: | 04/01/2009 |

Aviso #: 3903434
Fecha Aviso: 03/30/2009

**WANDA L. CRUZ ROSARIO**
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723
SS: _____

| | |
|---|---|
| # Empleado: | |
| Dept: | 8003042-Humacao Las Piedras |
| Lugar: | Matias Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,825.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | |
| Concesiones: | 0 | Claiming no personal exem |
| Pct. Adcl.: | | |
| Cant. Adcl.: | 3 | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 912.50 | 360.00 | 5,475.00 |
| **Total:** | | | 912.50 | 360.00 | 5,475.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.23 | 79.39 |
| PR Withholding | 27.42 | 164.52 |
| **Total:** | 40.65 | 243.91 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 82.13 | 492.78 |
| **Total:** | 82.13 | 492.78 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 29.00 | 174.00 |
| DM-FONDOS UNIDOS | 0.50 | 3.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 51.00 |
| Ahorros-AEELA | 27.38 | 164.28 |
| **Total:** | 65.38 | 392.28 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 120.00 | 360.00 |
| GPR Plan de Retiro de Maestro | 77.56 | 465.36 |
| FSED Disability Plan | 15.51 | 93.06 |

* Tributable

## TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 912.50 | 0.00 | 40.65 | 147.51 | 724.34 |
| Acumulado: | 5,475.00 | 0.00 | 243.91 | 885.06 | 4,346.03 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3903434 | 724.34 |
| Total: | 724.34 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/30/2009

Aviso No.
3903434

Cant. Deposito: $724.34

A la
Cuenta(s) De

**WANDA L. CRUZ ROSARIO**
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $724.34 |
| Total: | | $724.34 |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez . Esquina Calaf
HATO REY, PR .00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/02/2010 |
| Hasta: | 08/13/2010 |

Aviso #: 2957155
Fecha Aviso: 08/13/2010

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8003042-Humacao Las Piedras |
| Lugar: | Matias Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,825.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 912.50 | 900.00 | 13,687.50 |
| Total: | | | 912.50 | 900.00 | 13,687.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.23 | 198.47 |
| PR Withholding | 27.42 | 411.30 |
| Total: | 40.65 | 609.77 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 82.13 | 1,231.95 |
| Total: | 82.13 | 1,231.95 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 29.00 | 435.00 |
| DM-FONDOS UNIDOS | 0.50 | 7.50 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 127.50 |
| Ahorros-AEELA | 27.38 | 410.70 |
| Total: | 65.38 | 980.70 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 77.56 | 1,163.40 |
| FSED Disability Plan | 15.51 | 232.65 |
| SM-Asoc Maestros de PR | 0.00 | 840.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 912.50 | 0.00 | 40.65 | 147.51 | 724.34 |
| Acumulado: | 13,687.50 | 0.00 | 609.77 | 2,212.65 | 10,865.08 |

| LIC HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #2957155 | 724.34 |
|---|---|
| Total: | 724.34 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
08/13/2010

Aviso No.
2957155

**Cant. Deposito:** $724.34

**A la
Cuenta(s) De**

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $724.34 |
| Total: | | $724.34 |

# NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez . Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/07/2011 |
| Hasta: | 02/18/2011 |

Aviso #: 6110330
Fecha Aviso: 02/14/2011

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723
SS:

| | |
|---|---|
| # Empleado: | XXXXX5809 |
| Dept: | 8003042-Humacao Las Piedras |
| Lugar: | Matias Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,975.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 987.50 | 180.00 | 2,962.50 |
| **Total:** | | | **987.50** | **180.00** | **2,962.50** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.32 | 42.96 |
| PR Withholding | 16.63 | 49.89 |
| **Total:** | **30.95** | **92.85** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 88.88 | 266.64 |
| **Total:** | **88.88** | **266.64** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 54.61 | 163.83 |
| SM-Asoc Maestros de PR | 29.00 | 87.00 |
| DM-FONDOS UNIDOS | 0.50 | 1.50 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 25.50 |
| Ahorros-AEELA | 29.63 | 88.89 |
| **Total:** | **122.24** | **366.72** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 83.94 | 251.82 |
| FSED Disability Plan | 16.79 | 50.37 |
| SM-Asoc Maestros de PR | 0.00 | 120.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUTADO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUTADO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 987.50 | 0.00 | 30.95 | 211.12 | 745.43 |
| Acumulado: | 2,962.50 | 0.00 | 92.85 | 633.36 | 2,236.29 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6110330 | 745.43 |
| **Total:** | **745.43** |

### HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/14/2011

Aviso No.
6110330

**Cant. Deposito:** $745.43

A la
Cuenta(s) De

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $745.43 |
| **Total:** | | **$745.43** |

# NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/13/2012 |
| Hasta: | 09/26/2012 |

| | |
|---|---|
| Aviso #: | 7433558 |
| Fecha Aviso: | 09/28/2012 |

**WANDA L. CRUZ ROSARIO**
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723
SS:

| | |
|---|---|
| # Empleado: | XXXXX5809 |
| Dept: | 8003042-Humacao Las Piedras |
| Lugar: | Matias Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,000.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | ---- Corriente ---- | | ----- Acumulado ----- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,000.00 | 1,104.00 | 17,841.66 |
| Total: | | | 1,000.00 | 1,104.00 | 17,841.66 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.50 | 258.70 |
| PR Withholding | 4.87 | 73.21 |
| Total: | 19.37 | 331.91 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 90.00 | 1,605.81 |
| Total: | 90.00 | 1,605.81 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 60.71 | 1,092.78 |
| SM-Asoc Maestros de PR | 29.00 | 522.00 |
| DM-FONDOS UNIDOS | 0.50 | 9.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 153.00 |
| Ahorros-AEELA | 30.00 | 535.31 |
| Total: | 128.71 | 2,312.09 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 120.00 | 1,080.00 |
| GPR Plan de Retiro de Maestro | 85.00 | 1,616.40 |
| FSED Disability Plan | 17.00 | 303.34 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,000.00 | 0.00 | 19.37 | 218.71 | 641.92 |
| Acumulado: | 17,841.66 | 0.00 | 331.91 | 3,917.90 | 13,471.85 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7433558 | 641.92 |
| Total: | 641.92 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
09/28/2012

Aviso No.
7433558

**Cant. Deposito:** $641.92

A la
Cuenta(s) De

**WANDA L. CRUZ ROSARIO**
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $641.92 |
| Total: | | $641.92 |

# NO-NEGOCIABLE

| DEPT DE EDUCACION-MAESTROS | | Grupo de Pago: | SM -Quincenal | Aviso #: | 1722015 |
|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez Esquina Calaf | | Desde: | 05/03/2013 | Fecha Aviso: | 05/15/2013 |
| HATO REY, PR 00919 | | Hasta: | 05/16/2013 | | |

| WANDA L. CRUZ ROSARIO | # Empleado: | XXXXX5809 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 01 BOX 7346 | Dept: | 8003042-Humacao Las Piedras | Estado Civil: | Single | Claiming no personal exem |
| LAS PIEDRAS, PR 00771-9723 | Lugar: | Matias Rivera | Concesiones: | 0 | |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 3 |
| SS: | Sueldo: | $2,000.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,000.00 | 558.00 | 9,000.00 |
| Total: | | | 1,000.00 | 558.00 | 9,000.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.50 | 130.50 |
| PR Withholding | 3.30 | 29.70 |
| Total: | 17.80 | 160.20 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 90.00 | 810.00 |
| Total: | 90.00 | 810.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 60.71 | 546.39 |
| SM-Asoc Maestros de PR | 32.50 | 278.50 |
| DM-FONDOS UNIDOS | 0.50 | 4.50 |
| SC-TRANS OCEANIC LIFE | 15.18 | 136.62 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 76.50 |
| Ahorros-AEELA | 30.00 | 270.00 |
| Total: | 147.39 | 1,312.51 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 85.00 | 765.00 |
| FSED Disability Plan | 17.00 | 153.00 |
| SM-Asoc Maestros de PR | 0.00 | 480.00 |
| * Tributable | | |

### TOTAL

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,000.00 | 0.00 | 17.80 | 237.39 | 744.81 |
| Acumulado: | 9,000.00 | 0.00 | 160.20 | 2,122.51 | 6,717.29 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #1722015 | 744.81 |
|---|---|
| Total: | 744.81 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
05/15/2013

Aviso No.
1722015

Cant. Deposito: $744.81

A la
Cuenta(s) De

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | 744.81 |
| Total: | | 744.81 |

## NO-NEGOCIABLE

**EL DEPARTAMENTO DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/20/2014 |
| Hasta: | 03/05/2014 |

Aviso #: 7306264
Fecha Aviso: 02/28/2014

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723
SS:

| | |
|---|---|
| # Empleado: | XXXXX5809 |
| Dept: | 8003042-Humacao Las Piedras |
| Lugar: | Matias Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,000.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,000.00 | 240.00 | 4,000.00 |
| Total: | | | 1,000.00 | 240.00 | 4,000.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.50 | 58.00 |
| PR Withholding | 3.30 | 13.20 |
| Total: | 17.80 | 71.20 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 90.00 | 360.00 |
| Total: | 90.00 | 360.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 63.31 | 253.24 |
| SM-Asoc Maestros de PR | 32.50 | 130.00 |
| DM-FONDOS UNIDOS | 0.50 | 2.00 |
| SC-TRANS OCEANIC LIFE | 20.28 | 81.12 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 34.00 |
| Ahorros-AEELA | 40.00 | 160.00 |
| Total: | 165.09 | 660.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 120.00 | 240.00 |
| GPR Plan de Retiro de Maestro | 85.00 | 340.00 |
| FSED Disability Plan | 17.00 | 68.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,000.00 | 0.00 | 17.80 | 255.09 | 727.11 |
| Acumulado: | 4,000.00 | 0.00 | 71.20 | 1,020.36 | 2,908.44 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #7306264 | 727.11 |
| Total: | 727.11 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/28/2014

Aviso No.
7306264

**Cant. Deposito:** $727.11

A la
Cuenta(s) De

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 727.11 |
| Total: | | 727.11 |

# NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/18/2015 |
| Hasta: | 12/18/2015 |

Aviso #: 0151331
Fecha Aviso: 12/21/2015

**WANDA L. CRUZ ROSARIO**
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8003042-Humacao Las Piedras |
| Lugar: | Matias Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,000.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | |
| Concesiones: | 0 | Claiming no personal exem |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | --- Corriente --- | | --- Acumulado --- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Bono de Navidad | | | 600.00 | | 600.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,410.00 | 22,959.72 |
| Total: | | | 600.00 | 1,410.00 | 23,559.72 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.70 | 341.62 |
| PR Withholding | 0.00 | 73.33 |
| Total: | 8.70 | 414.95 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 2,066.37 |
| Total: | 0.00 | 2,066.37 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 4,312.11 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,170.46 |
| SM-Asoc Maestros de PR | 0.00 | 1,207.50 |
| DM-FONDOS UNIDOS | 0.00 | 11.50 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 257.40 |
| Ahorros-AEELA | 0.00 | 918.39 |
| SC-COOP DE SEGUROS DE VIDA | 0.00 | 130.40 |
| SC-TRANS OCEANIC LIFE | 0.00 | 231.46 |
| Total: | 0.00 | 9,239.22 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 10.20 | 400.52 |
| GPR Plan de Retiro de Maestro | 0.00 | 2,499.56 |
| SM-Asoc Maestros de PR | 0.00 | 1,320.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 600.00 | 0.00 | 8.70 | 0.00 | 591.30 |
| Acumulado: | 23,559.72 | 0.00 | 414.95 | 11,305.59 | 11,839.18 |

### DISTRIBUCION PAGA NETA
Aviso #0151331    591.30
Total:    591.30

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/21/2015

Aviso No.
151331

Cant. Deposito: $591.30

A la
Cuenta(s) De

**WANDA L. CRUZ ROSARIO**
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 591.30 |
| Total: | | 591.30 |

## NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/19/2016 |
| Hasta: | 05/02/2016 |

| | |
|---|---|
| Aviso #: | 0542831 |
| Fecha Aviso: | 04/29/2016 |

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723
SS:

| | |
|---|---|
| # Empleado: | XXXXX5809 |
| Dept: | 8003042-Humacao Las Piedras |
| Lugar: | Matias Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,000.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,000.00 | 498.00 | 8,000.00 | |
| **Total:** | | **1,000.00** | **498.00** | **8,000.00** | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.50 | 116.00 |
| PR Withholding | 3.30 | 26.40 |
| **Total:** | **17.80** | **142.40** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 90.00 | 720.00 |
| **Total:** | **90.00** | **720.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 186.09 | 1,488.72 |
| AE-Asoc Emp ELA-Prest Regular | 95.14 | 761.12 |
| SM-Asoc Maestros de PR | 75.00 | 600.00 |
| DM-FONDOS UNIDOS | 0.50 | 4.00 |
| SC-AMER FAM LIFE ASS CO | 19.80 | 158.40 |
| Ahorros-AEELA | 40.00 | 320.00 |
| **Total:** | **416.53** | **3,332.24** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 120.00 | 480.00 |
| GPR Plan de Retiro de Maestro | 135.00 | 1,080.00 |
| FSED Disability Plan | 17.00 | 136.00 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,000.00 | 0.00 | 17.80 | 506.53 | 475.67 |
| Acumulado: | 8,000.00 | 0.00 | 142.40 | 4,052.24 | 3,805.36 |

### LIC HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0542831 | 475.67 |
| **Total:** | **475.67** |

**MENSAJE:**

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
04/29/2016

Aviso No.
542831

Cant. Deposito: $475.67

A la Cuenta(s) De

WANDA L. CRUZ ROSARIO
HC 01 BOX 7346
LAS PIEDRAS, PR 00771-9723

Localizacion: Matias Rivera

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 475.67 |
| **Total:** | | **475.67** |

## NO-NEGOCIABLE