Wanda L. Cruz Rosario
Hc 2 Box 7346
Las Piedras, P.R. 00771

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767