1ro. de Febrero/2020
San Germán, P.R. 00683
EIBA A. TORRES CRUZ
Recl. # 150192

¡Atención!

Radicación para la Réplica sobre la Decisión recibida mediante Notificación. (Véase carta adjunta)

Mi nombre es EIBA A. TORRES CRUZ, el número de mi reclamación es 150192 y el Deudor es el Commonwealth of Puerto Rico. Mi dirección es P.O Box 607 San Germán, P.R. 00683-0607 y mi número de teléfono es 787-892-3190.

Mi reclamación corresponde a la Ley Núm 89 del 12 de Julio de 1979 y la Ley Núm 3 de 1982 y cualquier otro aumentos de pago de sueldo luego del efecto de esa Ley; lo cual afectó mi escala de sueldo al no aplicarse. Esto también afectó mi escala correspondiente en el momento de mi Retiro (año 2000).

Por varios años, mientras trabajaba algunos abogados se acercaron para radicarnos la petición de los pagos que me adeudaba el Departamento de Salud de Puerto Rico. El primer abogado fue el Licenciado Harry Padilla; éste no hizo ninguna gestión. Año más tarde, fue el Lcdo W. J. Riefkch. (Adjunto copia del Contrato de Servicio de éste último abogado y del giro por adelanto de su gestión) Ambos Lcdos no realizaron acción alguna, pero cobraron; por tal razón no quise hacer otras gestiones con abogados para este caso.

Entiendo que el Gobierno no quiere pagar; sin embargo cuando se le debe a ellos un dólar ($1.00), le embargan cualquier cosa al deudor, pero así son las Leyes y los derechos que rigen a este

Cont.

VIDA H. TORRES CRUZ
Pcal. #150192
San Germán, P.R. 00683

País; es triste pero es la Realidad. El Gobierno de Puerto Rico (Deudor) sabe que esa ley existe (no ha sido anulada) y que pagaron a otros empleados de otras Agencias, y sin embargo ahora se atreven a pedir Justificaciones adicionales cuando saben que el Departamento de Salud (para el cual yo laboraba) no le pagó ese dinero a los empleados. En cualquier Tribunal eso es un discrimen laboral.

\* Para conocimiento de ustedes yo soy una persona de 75 años, incapacitada y sin recursos económicos; que pueden ayudarme a llevar pleitos con el Gobierno de P.R. (Deudor). Además no tengo familiares que puedan ayudarme. Para empeorar mi situación, soy una Ciega legal, que apenas puedo realizar mis tareas basicas personales. A ese efecto, una vecina me está haciendo el favor de escribir lo que yo le dicto para enviarles a ustedes. Entiendo y Comprendo que mis problemas personales no tienen que ver en parte con mi reclamación y menos para preocupar a alguien; pero necesitaba dejarles saber quien y por qué les hace este planteamiento. \*

Es lamentable que luego de prestar 34 años de servicios excelentes a mi pueblo, ésta sea forma y manera en que evaluen mi petición (Reclamación) a la cual tengo correcto derecho de recibir.

Si desean notificarme algo, debe ser por correo y/o por mi teléfono porque yo no tengo asistencia para poder presentarme

Cont.

EIBA A. Torres Cruz
Recl. #150192
San Germán, P.R. 00683

en sitio alguno.

Les adelanto las gracias por la lectura de mi comunicación. No los juzgo pero me da mucha tristeza la forma en que se valora el trabajo de los profesionales que le servimos con respeto y dedicación a nuestro País.

Con mucho respeto y esperando perdonen mi desahogo;
Saludos afectuosos.

Atentamente,

Elba A. Torres Cruz
(EIBA A. TORRES CRUZ)