**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Cruz, Elba A. | 150192 | 6/29/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Cruz, Elba A. | 150192 | 6/29/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000740

CUSTOMER'S RECEIPT — DO NOT SEND THIS RECEIPT FOR PAYMENT — KEEP IT FOR YOUR RECORDS

85320434035 100811 006800 **20*00

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|

PAY TO: Ldo. W J. Giel Kohl
ADDRESS: Cume Heritage Plaza #268
Ave. Ponce de Leon
C.O.D NO. OR USED FOR: San Juan, P.R. 00714-2006

CHECKWRITER IMPRINT AREA
FROM: Elba G Torres Cruz
ADDRESS: Apt 607
San Germán, P.R. 00683

This receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the Pay To and From information on the money order in the space provided. No claim for improper payment permitted 2 years after payment. If your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office.

An inquiry from 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date provided the money order has not been paid.

AVE. PONCE DE LEON 416
HATO REY, PUERTO RICO 00918
TELEFONO: (787) 763-4736

## CONTRATO DE SERVICIOS PROFESIONALES

OMBRE: EIBA A. TORRES CRUZ
JMERO DE EMPLEADO: 164010
CHA DE INGRESO AL SERVICIO PUBLICO: Junio 1ro / 68
GURO SOCIAL #
CHA DE ESTE CONTRATO: 10 agosto / 2000
JENCIA GUBERNAMENTAL PARA LA CUAL TRABAJA: Administración de Servicios de Salud Mental y Contra La Adicción. (ASSMCA)

1. Mediante este contrato nombro al Lcdo. William J. Riefkohl y al Lcdo. Alberto Aresti como mis representantes ales en la reclamación de cualquier aumento, compensación, estipendio o pasos a que yo tenga o pueda tener derecho por ón de mis servicios prestados al Gobierno del Estado Libre Asociado de Puerto Rico.

2. Esta reclamación se basa en la Ley Núm. 89 del 12 de julio de 1979, en la ley Núm. 12 de 1982 y/o cualquier otra que conceda aumentos de pago de sueldo y que sea aplicable.

3. Convengo en pagar a mi representación legal la cantidad de $20.00 para gastos iniciales al aceptar mi caso y un 20% la cantidad total que recobre para mi beneficio. Autorizo al Tribunal Sentenciador y/o al funcionario de la agencia dicativa correspondiente que del total de la cantidad que se me adjudique pague directamente a mi representación legal dicho %.

4. Entiendo que este caso se tramitará a mi nombre como demandante o peticionario y que ninguna unión o asociación ada o de empleados públicos actuará en mi nombre, siendo mi única y exclusiva representante legal la ya designada.

5. Estoy de acuerdo que a discreción de mi abogado mi caso sea tramitado conjuntamente con el de otros demandantes icionarios.

MA: Srta: EIBA TORRES CRUZ
ECCION: Aptdo 607
San Germán, P.R. 00683

RES. 892-3190 TEL TRAB. 833-0663

esente estoy:
a. Activo en el Servicio Público y ocupo la plaza de Trabajadora Social en Salud Mental IV
b. Pensionado desde (fecha)
c. Inactivo-retirado desde (fecha) Me retiraré efectivo al 31 agosto/20

DRE, DIRECCION Y TELEFONO DE UN FAMILIAR O ALLEGADO CERCANO:
Sra. Delia Torres Cruz
Aptdo 607
San Germán, P.R. 00683

Case:17-03283-LTS Doc#:10747-1 Filed:02/08/20 Entered:02/07/20 16:55:48 Desc: Exhibit Page 3 of 3