ELBA P. TORRES CRUZ
Aptdo 607
San Germán, P.R. 00683-0607

U.S. POSTAGE PAID
FCM LETTER
SAN GERMAN, PR
00683
FEB 03, 20
AMOUNT
**$6.55**
R2305K134612-8

Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal building
San Juan, P.R. 00918-1767

RECEIVED
2020 FEB -6
CLERK'S OFFICE

CERTIFIED MAIL

7017 1070 0000 3045 3215