**Nombre:** Janet Estrada Del Valle
**Dirección:** Urb. Bonneville Heights calle Aguas Buenas # 20 Caguas
**Tel.** 939-630-3374
**Email** janetut2004@yahoo.com
**Claim#** 32282

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

as representative of
THE COMMONWEALTH OF PUERTO RICO, et
al.,

Debtors. 1

PROMESA
Title III

No. 17 BK 3283-LTS
Jointly Administered)

**This filling relates to the
Commonwealth and ERS.**

### OBJECCION

Yo Janet Estrada Del Valle que resido en Urb. Bonneville Heights calle Aguas Buenas #
20 Caguas, Puerto Rico  00725 que he trabajado en el gobierno de Puerto Rico en las
siguientes agencias:

Departamento de la Familia (ADFAN Y SECRETARIADO) 2002 hasta el
presente

El Estado Libre Asociado de Puerto Rico me adeuda un ajuste de salario mínimo
federal y el patrono debe determinar cuánto es la cantidad. Adjunto documentación
solicitada.

Cordialmente,
Janet Estrada DelValle