Janet Estrada Del Valle
Urb. Boneville Heights
Calle Caguas Buenas #20
Caguas PR 00725



U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
FEB 05, 20
AMOUNT
$1.40
1000
00918
R2305H129471-02

Clerks Office
United States District
Room 150 Federal Bld
San Juan PR 00918

RECEIVED & FILED
2020 FEB -6 PM 5: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.