TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el Asunto de: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Número 17 BK 03283-LTS |
| como representante de | Número de Reclamación: 160059 |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | |

## RÉPLICA

Yo, Maribel Reyes Pérez, mayor de edad, vecina de Toa Alta, Puerto Rico y en mi pleno conocimiento de mis facultades mentales expongo y detallo lo siguiente en esta réplica.

**DATOS CONTACTO:**

Maribel Reyes Pérez

**DIRECCIÓN POSTAL Y RESIDENCIAL**
I-41 Calle 3 Urbanización Toa Alta Heights
Toa Alta, Puerto Rico 00953

**TELÉFONOS**
(787) 464-1492    (787) 447-1024

**CORREO ELECTRÓNICO**
maryrey_07@yahoo.com
ldiaz_205@hotmail.com

Yo por derecho propio declaro y expongo al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico** lo siguiente:

Que trabajé para la Oficina Central de Administración de Personal (OCAP) actualmente se conoce como la Oficina de Administración y Transformación de Recursos Humanos (OATRH) desde el 1ro. de septiembre de 1983 hasta el 31 de mayo de 2013 cuando me acogí al retiro por años de servicio.

Someto certificación otorgada por la Oficina de Administración y Transformación de Recursos Humanos (OATRH).

Página 2
Número de Reclamación: 160059
Que la tenedora es Promesa Título III

Adicional incluyo Juramento de Fidelidad y de Toma de Posesión del Cargo o Empleo y Notificación de Nombramiento y Juramento.

Por lo antes expuesto y por derecho propio estoy reclamando el aumento otorgado por la "Ley del Romeraso" incluida en la reclamación del COMMONWEALTH OF PUERTO RICO FEDERAL TAX ID: 3481 LTS. Mi reclamo es de $150.00 mensuales los cuales no se me otorgaron.

Por tal razón solicito un reembolso por la cantidad de $54,000.00 que deje de devengar durante todos estos años.

Espero la atención prestada a este asunto. En consideración a mi petición expuesta RÉPLICA según las disposiciones de ley.

Expedida hoy 5 de febrero de 2020 en Toa Alta, Puerto Rico.

Cordialmente,

Maribel Reyes Pérez
I-41 Urb. Toa Alta Heights
Toa Alta, Puerto Rico 00953
Teléfono: 787-464-1492