

**GOBIERNO DE PUERTO RICO**

Oficina de Administración y
Transformación de los Recursos Humanos
del Gobierno de Puerto Rico

Hon. Wanda Vázquez Garced
Gobernadora

Lcda. Sandra E. Torres López
Directora

## CERTIFICACIÓN

Certifico que la Sra. Maribel Reyes Pérez, laboró para la Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico (OATRH), desde el 1 de septiembre de 1983 hasta 31 de mayo de 2013. El último puesto ocupado por la señora Reyes en la OATRH fue Técnico en Sistemas de Oficina III. En la Oficina de Recursos Humanos se desempeñó en las áreas del Programa de Ayuda al Empleado y Licencias.

En Hato Rey, Puerto Rico, hoy 29 de enero de 2020.

Certifico Correcto:

*[firma]*

Rachel Pagán González
Subdirectora Interina OATRH

PO Box 8476 San Juan, Puerto Rico 00910-8476  ·  Teléfono (787) 903-5603

## JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION

### DEL CARGO O EMPLEO

Yo, __Maribel Reyes Pérez__ de __23__
(Nombre del Funcionario o Empleado)   (Edad)

__Soltera__, __Oficinista Dactilógrafo II__ y vecino de
(Soltero o Casado)   (Nombre del cargo o empleo)

__Bayamón__, juro solemnemente que mantendré y defenderé la Constitución
(Pueblo)

de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios

__1ro Septiembre de 1983__          __Maribel Reyes Pérez__
(Fecha)                    (Firma del Empleado o Funcionario)

AFFIDAVIT NUM. __1735__

Suscrito y jurado ante mi por __Maribel Reyes Pérez__, de
(Nombre)

las circunstancias personales antes expresadas y a quien doy fe de conocer personalmente en __Santurce__, Puerto Rico, hoy __1º__ de __septiembre__
(Pueblo)

del año __1983__.

__[firma]__
Firma y Dirección de Notario Público
o del Funcionario Autorizado que toma el Juramento.

Modelo OP-11
Rev. 12 Feb. 70

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL
SAN JUAN, PUERTO RICO

**NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO**

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
| 00 | 415 | 27 | 00 | | 61 | 111 |

2. Cert. Núm. 132
3. Autorización Núm.
4. Fecha:

INSTRUCCIONES: Use este formulario para informar todo nombramiento en el Servicio por Oposición y en el Servicio sin Oposición. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 16 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Si la persona nombrada no tiene el Historial Personal (Formulario OP–1) radicado en la Oficina de Personal, dicho formulario deberá ser sometido conjuntamente con esta Notificación de Nombramiento. Además, este formulario deberá venir acompañado del Examen Médico (Formulario OP–12) y del acta de nacimiento de la persona nombrada. Prepare cuatro copias de este formulario y someta tres a la Oficina de Personal con los documentos estipulados. Para nombramiento de emergencia no se requiere Historial Personal, Examen Médico ni acta de nacimiento. La cuarta copia es para sus archivos.

5. Nombre del Empleado: **Reyes  Pérez  Maribel**
   (Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

6. Dirección: **Calle Reno A-27 Santa Juanita Bayamón, Puerto Rico 00619**

7. Agencia, Negociado o División, Sección o Unidad: **Oficina Central de Adm. de Personal-Instituto para Des. de Pers. Serv. Público-Santurce**

8. Título de Clasificación: **Oficinista** Puesto Núm. **6031**
9. Sexo: ☐ Varón  ☒ Mujer

10. Clase de nombramiento:
☐ Probatorio  ☐ Transitorio  ☐ Provisional  ☐ De Emergencia Núm.
☐ En el Servicio sin Oposición
(INDIQUE LA DISPOSICION LEGAL QUE INCLUYE EL PUESTO EN ESTE SERVICIO)

11. Fecha de efectividad de Nombramiento: **1 de septiembre de 1983**
12. Fecha en que expira el nombramiento: **Por servicios transitorios hasta el 31 de diciembre de 1983**
13. Sueldo Mensual: $ **421.00**  Retiro **34.75**  Obvenciones

14. Anterior Incumbente: **Migdalia Roeda**  / Título de clasificación del puesto: **Oficinista Ejec. IV**

15. Firma de la autoridad nominadora o su representante autorizado: _____
Firma: **Carmen C. Colón**  Título: **Oficial de Personal**  Fecha: **1 sept. 1983**

16. **JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, _____ de _____ _____
(Nombre del Funcionario o Empleado) (Edad) (Nombre del cargo o empleo)

juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

_____
(Funcionario o Empleado)

Jurado y firmado ante mí _____
en y para _____ hoy día ___ de _____ del año _____

AFFIDAVIT NUM. _____
(Funcionario que toma el juramento)

NO ESCRIBA DEBAJO DE ESTA LINEA

**OFICINA DE PERSONAL**

17. Nombramiento aprobado por:
Fecha:

18. Tarjeta:
Perforada: Por:
Verificada: Por:

19. Núm. asignado al empleado
Núm. Historial Personal

**CONTADURIA**

20. Intervención:
21. Tarjeta Perforada:
Por:
Verificada:
Por:

J. 0019—500 B.—IGPR.