


**PRIORITY MAIL 1-DAY™**

US POSTAGE AND FEES PAID
FEB 5 2020   Mailed from ZIP 00953
PM Flat Rate Envelope
Commercial Base Price

stamps endicia   062S10938539

MARIBEL REYES PEREZ
URB TOA ALTA HEIGHTS
I-41 CALLE 3
Toa Alta, PR 00953

0005

SHIP TO:
SECRETARIA (CLERK OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
AVE CHARDON
SAN JUAN PR 00918

RECEIVED & FILED
2020 FEB -6 PM 5: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**USPS TRACKING #**

9405 5118 9956 1776 7166 90





EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM