# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283 (LTS)

(Jointly Administered)


## SUPPLEMENTAL CERTIFICATE OF SERVICE


      I, Craig Johnson, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

      1.      On February 6, 2020, Prime Clerk LLC filed a Certificate of Service [Docket No. 10729] (the "***February 7 Certificate of Service***") in connection with the service of the Late Vintage Bond Claims Objection Documents (as defined in the February 7 Certificate of Service). This certificate of service supplements the February 7 Certificate of Service.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      At the direction of Paul Hastings LLP, counsel for the Official Committee of Unsecured Creditors ("*UCC*") and consistent with the procedures set forth in the *Declaration of Christina Pullo of Prime Clerk LLC Regarding Service of Objection Notice upon Beneficial Holders of Challenged GO Bonds* (the "***Pullo Declaration***") annexed as Exhibit A to the *Informative Motion of (I) Financial Oversight and Management Board, Acting through the Special Claims Committee, and (II) the Official Committee of Unsecured Creditors Regarding Service of Objection Notice and Procedures Upon Beneficial Holders of Challenged GO Bonds*, dated February 4, 2019 [Docket No. 5049] as well as at my direction and under my supervision, on February 3, 2020, employees of Prime Clerk served (via overnight mail or next business day service ) the *Interim Case Management Order* [Docket No. 9619] (the "***Interim Case Management Order***") on the banks, brokers, dealer agents, nominees or their agents attached hereto as **<u>Exhibit A</u>** (collectively, the "***DTC Participants***") that held the Late Vintage Bonds (CUSIP number 745223AA5) in "street name" on behalf of one more beneficial holders of those bonds as of January 10, 2020  as set forth in the securities position report provided by The Depository Trust Company.  Prime Clerk provided the DTC Participants with instructions and sufficient quantities of the Interim Case Management Order to distribute it to the beneficial owners of the Late Vintage Bonds (CUSIP number 745223AA5) as of January 10, 2020.

3.      Further, pursuant to the procedures outlined in the Pullo Declaration, at my direction and under my supervision, on February 3, 2020, employees of Prime Clerk caused the Interim Case Management Order to be served via e-mail on DTC; Broadridge Financial Solutions ("***Broadridge***"), which is the mailing agent for more than 90% of the DTC Participants; and certain other mailing agents and depositories, all as listed on the service list attached hereto as **<u>Exhibit B</u>**.

4.      Further, pursuant to the direction of Paul Hastings LLP and at my direction and under my supervision, on February 3, 2020, employees of Prime Clerk caused the Interim Case Management Order and Interim Case Management Order [Spanish translation] to be served on the entities and via the method set forth on the Claimants Service List attached hereto as **<u>Exhibit C</u>**.

Dated: February 7, 2020

Craig Johnson

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 7, 2020, by Craig Johnson, proved
to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: 

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 39517, 39516

**<u>Exhibit A</u>**

Exhibit A

Nominee Service List

Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| BROADRIDGE | JOBS N42990 | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| DEPOSITORY TRUST CO | ATTN ED HAIDUK | 55 WATER STREET 25TH FLOOR | | NEW YORK | NY | 10041 | |
| DEPOSITORY TRUST CO | ATTN HORACE DALEY | 55 WATER STREET 25TH FLOOR | | NEW YORK | NY | 10041 | |
| MEDIANT COMMUNICATIONS | ATTN STEPHANIE FITZHENRY PROXY CNTR | 100 DEMAREST DRIVE | | WAYNE | NJ | 07470 0000 | |
| RBC INVESTOR SERVICES 0901 | ATTN EMMA SATTAR OR PROXY MGR | 155 WELLINGTON ST W 3RD FLOOR | | TORONTO | ON | M5V 3L3 | CA |
| CITIGROUP GLOBAL MARKETS 0418 0505 | ATTN ROSE MARIE YODICE OR PROXY MGR | 388 GREENWHICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | |
| JPMORGAN CHASE BANK NA 0902 | ATTN SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD OPS 4 | FLOOR 02 | NEWARK | DE | 19713 2107 | |
| JPMS JPMC 0352 | ATTN JOHN FAY | 500 STANTON CHRISTIANA ROAD OPS 4 | FLOOR 03 | NEWARK | DE | 19713 2107 | |
| MERRILL LYNCH PIERCE FENN 0161 8862 | ATTN EARL WEEKS OR PROXY MGR | 4804 DEER LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| PERSHING LLC 0443 | ATTN JOSEPH LAVARA | ONE PERSHING PLAZA | | JERSEY CITY | NJ | 07399-0000 | |
| STATE STREET 0997 | ATTN CHRISTINE SULLIVAN | 1776 HERITAGE DR | | NORTH QUINCY | MA | 02171-0000 | |
| STATE STREET 0997 | ATTN MIKE FEELEY ROB RAY PROXY MGR | CORP ACTIN JAB5E 1776 HERITAGE DR N | | QUINCY | MA | 02171-0000 | |
| THE BANK NY MELLON 0901 2510 2209 | ATTN EVENT CREATION DEPARTMENT | 500 GRANT STREET ROOM 151 2700 | | PITTSBURGH | PA | 15258 | |
| THE BANK NY MELLON 0901 2510 2209 | ATTN JENNIFER MAY | 525 WILLIAM PENN PL SUITE 153 0400 | | PITTSBURGH | PA | 15259 | |

In re:  The Common Wealth of Puerto Rico, *et al.*
Case No. 17-BK 3283 (LTS)                                    Page 1 of 1

**Exhibit B**

Exhibit B

Nominees and Depository Service List
Served via Email

| Name | Email |
|------|-------|
| Broadridge | SpecialProcessing@broadridge.com; BankruptcyJobs@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; cherifa.maameri@clearstream.com; david.mccauley@clearstream.com; hulya.din@clearstream.com; ca_luxembourg@clearstream.com; ca_mandatory.events@clearstream.com |
| DTC | mandatoryreorgannouncements@dtcc.com; LegalAndTaxNotices@dtcc.com; voluntaryreorgannouncements@dtcc.com; rgiordano@dtcc.com; |
| Euro Clear | eb.ca@euroclear.com; JPMorganInformation.Services@jpmorgan.com |
| Mediant | documents@mediantonline.com; mkoester@mediantonline.com; mhamdan@mediantonline.com; darchangel@mediantonline.com; mtaylor@mediantonline.com; mdickens@mediantonline.com |
| SIS | ca.notices@six-securities-services.com |

In re:  The Common Wealth of Puerto Rico, *et al* .
Case No. 17-BK 3283 (LTS)

**<u>Exhibit C</u>**

Exhibit C
GO Bond Claimants Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2139289 | AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, as Transferee | Attn: Francisco de Armas | Ponce de Leon Ave. # 1519 | Firstbank Bldg., Suite 1406 | | San Juan | PR | 00908 | | | First Class Mail |
| 2141413 | GDB Public Entity Trust as Transferee of the Government Development Bank for Puerto Rico | Moore & Van Allen, PLLC | Zachary H. Smith | 100 North Tryon St., Suite 4700 | | Charlotte | NC | 28202 | | zacharysmith@mvalaw.com | First Class Mail and Email |
| 2141413 | GDB Public Entity Trust as Transferee of the Government Development Bank for Puerto Rico | Law Offices of Giselle Lopez Soler | Giselle Lopez Soler | PMB 257 | Rd. 19 1353 | Guaynabo | PR | 00966 | | gls@lopezsolerlaw.com | First Class Mail and Email |
| 1561461 | Government Development Bank for Puerto Rico | c/o Moore & Van Allen PLLC | Attn: Zachary H. Smith | 100 North Tryon St., Suite 4700 | | Charlotte | NC | 28202 | | zacharysmith@mvalaw.com | First Class Mail and Email |
| 1561461 | Government Development Bank for Puerto Rico | Attn: Jose Santiago | Roberto Sanchez Vilella (Minillas) | Government Center | De Diego Ave. Stop 22 | San Juan | PR | 00907 | | jose.santiago@bgfpr.com | First Class Mail and Email |
| 2171072 | The Bank of Nova Scotia as Transferee of Scotiabank de Puerto Rico | Attn: Luis Pablo Bautista | 40 King St. W. | | | Toronto | ON | M5HIHI | Canada | | First Class Mail |