

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Wanda E. Martínez Zayas**, Número de Seguro Social, *WEMZ* trabajo para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en la **Oficina Local Cayey**.

La **Sra. Martínez** ofreció servicios como **Técnico de Asistencia Social y Familiar I**. Laboro en la agencia desde el **17 de septiembre de 2001** hasta el **1ro de octubre de 2018**.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373

Ley 447
Completa



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

14 de abril de 2016

WANDA E. MARTINEZ ZAYAS     XXX-XX-9658     Solicitud No:    872996
BOX 10000 SUITE 109                                           Radicada en:    16 mar 2016
CAYEY, PR 00737

Estado de Cuenta Pre-Retiro

Ley 211-2015

Estimado(a) señor(a):

Nuestro Sistema de Retiro se encuentra en el proceso de certificar los años de servicios que tienen acreditados hasta el 30 de junio de 2013, para cumplir con las disposiciones de la Ley 211 de 8 de diciembre de 2015, que creó el Programa Pre- Retiro Voluntario.

Conforme a la información que consta en su expediente para asuntos de Retiro y la evidencia en nuestro sistema mecanizado de nómina durante el período del 01 de julio de 1989 al 14 de agosto de 1989, 20 de marzo de 1990 al 4 de marzo de 1999, 17 de septiembre de 2001 al 30 de junio de 2013. Usted a completado:

                Años Acreditados                : 21.25

En caso de que los períodos de tiempo indicados con anterioridad no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su agencia, corporación o municipio.

Si tuvo interrupciones en el servicio público o si el ultimo estado de cuenta le fue remitido en los pasados dos (2), debera solicitar un Estado de Cuenta actualizado antes de radicar una solicitud de pensión en este Sistema de Retiro.

Cordialmente,

*Yamilet Amador*

Yamilet Amador Cruz
COMPUTO ESTADO DE CUENTA

[Sello: OFICINA DEL CONTRALOR, División de Intervenciones Fiscales, APR 1 8 2016]

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO BOX 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787-250-7251
www.retiro.pr.gov

**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO