

**DEPARTAMENTO DE LA FAMILIA**
**GOBIERNO DE PUERTO RICO**
Secretariado

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Miguel Ofray Ortiz**, Número de Seguro Social, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey**.

El señor Ofray ofrece servicios como **Oficinista II**. Comenzó en la agencia el **20 de mayo de 1991**. El empleado devenga un salario bruto de $2,537.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama