

**DEPARTAMENTO DE LA FAMILIA**
Secretariado
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Sonia Roque Rodríguez**, Número de Seguro Social, _____, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey**.

La señora **Roque** ofrece servicios como **Técnico de Asistencia Social y Familiar II**. Comenzó en la agencia el **4 de septiembre de 2003**. La empleada devenga un salario bruto de $1,853.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373