

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Dania M. Carpena Martínez**, Número de Seguro Social, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey**.

La señora Carpena ofrece servicios como **Técnico de Asistencia Social y Familiar III**. Comenzó en la agencia el **1 de diciembre de 1999**. La empleada devenga un salario bruto de $2,279.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama