

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Elizabeth Gutiérrez Roig**, Número de Seguro Social, _____, trabaja para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en la **Oficina Local Cayey**.

La **Sra. Gutiérrez** ofrece servicios como **Directora Centro Servicios Integrales II**. Comenzó en la agencia el **16 de febrero de 1994**. La empleada devenga un salario mensual de **$3,244.00** y su puesto es **Regular**.

Certifico hoy, **27 de enero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373