6 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | Doris de L Porto Torres |
| Dirección: | PO Box 372614 Cayey PR 00737 |
| Teléfono: | 787-347-9634 |
| Correo Electrónico: | dpdorishel@gmail.com |
| Numero de reclamación: | 119482 |

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo 111

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS

como representante de

Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra17 BK 3283-LTS) (últimos cuatro dígitos del numero federal de contribuyente:3481)
2. La corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del numero federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la ÄCT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del numero federal de contribuyente:3808)
4. El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del numero federal de contribuyente: 9686);

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi reclamación 119482 por las siguientes leyes Ley 164 (escala salarial), Ley 9 (Quinquenio) y Ley 89 (Romeraso), por la cual considero tengo derecho de acuerdo a mis años de servicio en el Departamento de la Familia como empleada de carrera regular desde el 16 de febrero de 2007 hasta el presente.

Le incluyo certificación empleo.

Gracias,

*[firma]*

Doris de L. Porto Torres