

**Secretariado** — **DEPARTAMENTO DE LA FAMILIA** GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Doris Porto Torres**, Número de Seguro Social, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey.**

La señora **Porto** ofrece servicios como **Técnica de Asistencia Social y Familiar I**. Comenzó en la agencia el **16 de febrero de 2007**. La empleada devenga un salario bruto de $1,371.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama