

**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO
Secretariado

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Elena Hernández Escalante**, Número de Seguro Social, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey**.

La señora Hernández ofrece servicios como **Técnico de Asistencia Social y Familiar III**. Comenzó en la agencia el **1 de diciembre de 1987**. La empleada devenga un salario bruto de $2,413.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama