

A QUIEN PUEDA INTERESAR

CERTIFICO que, **José Luis Alvarado Toledo**, Número de Seguro Social, _____, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey**.

El señor Alvarado ofrece servicios como **Técnico de Asistencia Social y Familiar II**. Comenzó en la agencia el **1 de julio de 2004**. El empleado devenga un salario bruto de $1,978.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama