

**Secretariado** — **DEPARTAMENTO DE LA FAMILIA** — GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Omalis Morales Ramos**, Número de Seguro Social, OMR OMR I, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey**.

La señora Morales ofrece servicios como **Técnico de Asistencia Social y Familiar I**. Comenzó en la agencia el **16 de febrero de 2007**. La empleada devenga un salario bruto de $1,371.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

*[firma]*

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama