RECEIVED & FILED
2020 FEB -7 AM 10: 41
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

## Radicacion de replica (Objecion)

## PROMESA TITULO III No.17 03283

Numero de reclamacion: _115623_

Nombre: _Myrna L. Torres Hernandez_
Direccion Postal: _Urb. Victoria Heights C/3-S-3 Bay. P.R. 00959_
Direccion Residencial: _Urb. Victoria Heights C/3-S-3 Bayamon, P.R. 00959_

Num. de contacto:
Tel.: _(787) 786-5324_   Cel. _(787) 587-3607_
Correo electronico: _myrnalth65@gmail.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion: _Certifico que esta certificacion es cierta y exacta._

_[signature]_

Documentacion justificativa: Ver anejos

   1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

   2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

   3. Certificacion de empleo (Departamento de la Familia)

   4. Copia listado de Objecion Global- Anexo A