Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 51568

RECEIVED & FILED
2020 FEB -7 AM 10: 41
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Nombre: José L. Alvarez Alamo

Direccion Postal: Calle J-14 #L-260 Alturas de Rio Grande, Rio Grande PR. 00745

Direccion Residencial: La misma

Num. de contacto:

Tel.: _____

Cel. 787-435-8638

Correo electronico: Jalvarez12427@yahoo.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
Certifico que esta certificacion es cierta y exacta.

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____