# Radicacion de replica (Objecion)

## PROMESA TITULO III   No.17   03283

## Numero de reclamacion: _32148_

RECEIVED & FILED
2020 FEB -7  AM 10: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Nombre: _María L. Pérez Maysonet_

Direccion Postal: _Urb. Villa fontana, Vía 16 BR-5 Carolina PR 00983_

Direccion Residencial: _Urb. Villa fontana, Vía 16 BR-5 Carolina PR 00983_

Num. de contacto:

Tel.: _____    Cel. _(787) 365-6035_

Correo electronico: _mmaysonet 25@gmail.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
_Certifico Esta certificación es cierta y exacta._

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo  (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____