Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 47835

RECEIVED & FILED
2020 FEB -7 AM 10: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Vilmarie Garcia
Direccion Postal: C/ J-14 L-260 Alturas Rio Grande RG P.R. 00745
Direccion Residencial: C/ J-14 L-260 Alturas Rio Grande

Num. de contacto:
    Tel.: _____
    Cel.: 939-216-5030
Correo electronico: vilmaralvarez@yahoo.com

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
Certifico que esta certificacion es cierta y exacta.

*Vilmarie Garcia* (signature)

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A
    ( Donde se incluye informacion sobre la reclamacion)
5. Otros: _____

