Romerazo

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

__centecima decima cuarto__ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 93101

Name and Address: Norma Iris Núñez Falcón
Urb. Villa Blanca
Calle José Garrido 5
Caguas, PR. 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados 27 años  1984-2011

Cantidad Reclamada 26,400.00

Ley 9 _____

Años Reclamados _____

Cantidad Reclamada _____

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - Sistema de Retiro de maestros Gobierno de Puerto Rico
2. Informe Renta anual Vitalicio - Junta Retiro
3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Norma Iris Núñez Falcón

Firma: *Norma Iris Núñez Falcón* Fecha: 5 de febrero 2020



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

30 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | NORMA I. NUNEZ FALCON |
| Seguro Social | : | *[signature]* |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | CAGUAS II_ |
| Sueldo Mensual | : | $2,555.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2011 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 22 años, 8 meses, 1 semana y .50 día. |

*[signature]*

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 01/16/2020
Hasta: 01/31/2020

Business Unit: PUERT
Aviso #: 5833240
Fecha Aviso: 01/30/2020

NORMA I NUNEZ FALCON
URB VILLA BLANCA
+5 CALLE GARRIDO
CAGUAS, PR 00725
SS:

# Empleado:
Dept: 592170-EDAD LEY 91 2004
Lugar: EDA LEY 91 2004
Titulo: Pensionado
Sueldo: $1,024.36 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 39 + 99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 512.18 | 172.50 | 1,024.36 |
| Total: | | | 512.18 | 172.50 | 1,024.36 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 96.32 | 192.64 |
| AE-Asoc Emp ELA-Prest Regular | 49.20 | 98.40 |
| AS-ASOC PENSIONADOS | 1.00 | 2.00 |
| Ahorros-AEELA | 15.37 | 30.74 |
| Total: | 161.89 | 323.78 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | Corriente | | Acumulado |
|---|---|---|---|
| Corriente: | 512.18 | 0.00 | 161.89 | 350.29 |
| Acumulado: | 1,024.36 | 0.00 | 323.78 | 700.58 |

### PTO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Aviso #5833240    350.29
Total:    350.29

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5833240

Cant. Desposito: $350.29

A la
Cuenta(s) De

NORMA I NUNEZ FALCON
URB VILLA BLANCA
5 CALLE GARRIDO
CAGUAS, PR 00725

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $350.29 |
| Total: | | $350.29 |

# NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Grupo de Pago: | SM -Quincenal | | Business Unit: | PUERT | |
| | | | Desde: | 01/01/2020 | | Aviso #: | 5576290 | |
| | | | Hasta: | 01/15/2020 | | Fecha Aviso: | 01/15/2020 | |
| NORMA I NUNEZ FALCON | | # Empleado: | | | DATA IMP: | Federal | PR | |
| URB VILLA BLANCA | | Dept: | 592170-EDAD LEY 91 2004 | | Estado Civil: | Married | Married | |
| 5 CALLE GARRIDO | | Lugar: | EDA LEY 91 2004 | | Concesiones: | 0 | 39 + 99 | |
| CAGUAS, PR 00725 | | Titulo: | Pensionado | | Pct. Adcl.: | | | |
| SS: | | Sueldo: | $1,024.36 Monthly | | Cant. Adcl.: | | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 512.18 | 82.50 | 512.18 | | | |
| Total: | | | 512.18 | 82.50 | 512.18 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 96.32 | 96.32 | | | |
| | | | AE-Asoc Emp ELA-Prest Regular | 49.20 | 49.20 | | | |
| | | | AS-ASOC PENSIONADOS | 1.00 | 1.00 | | | |
| | | | Ahorros-AEELA | 15.37 | 15.37 | | | |
| Total: | 0.00 | 0.00 | Total: | 161.89 | 161.89 | * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 512.18 | 0.00 | 161.89 | 350.29 |
| Acumulado: | 512.18 | 0.00 | 161.89 | 350.29 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5576290 | 350.29 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 350.29 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5576290

Cant. Desposito: _____ $350.29

A la
Cuenta(s) De

NORMA I NUNEZ FALCON
URB VILLA BLANCA
5 CALLE GARRIDO
CAGUAS, PR 00725

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $350.29 |
| Total: | | $350.29 |

## NO-NEGOCIABLE

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Norma I. Núñez Falcón**, con número de seguro social que termina er *[signature]*.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2011 |
| Tiempo Cotizado para la Pensión | 22 años, 5 mes, 1 sem., 4.5 días |
| Pensión mensual Inicial | $1,024.36 |
| Pensión Mensual Actual | $1,024.36 |

Esta certificación se expide hoy, **31 de enero de 2020** en **San Juan, Puerto Rico**.

*[signature]*

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

| Rev.GIFT 12-abril-11 | SRM Sistema de Retiro para Maestros Area de Servicios de Retiro | Mes-Día-Año Fecha Radicación 11-ABR-11 |
|---|---|---|
| SABI Núm de Caso 0503 | INFORME RENTA ANUAL VITALICIA | Fecha Vencimiento 30-sep-11 |

NUÑEZ FALCON, NORMA I.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☑ Femenino ☐ Masculino

GURABO - M. EDUC. ELEM.
Categoría y Pueblo

Ley 91 del 2004
Retiro Ley Núm.

Fecha Nacimiento (Mes-Día-Año)

Dirección Postal: URB VILLA BLANCA
5 CALLE GARRIDO
CAGUAS PR 00725

Tipo de Renta (Pensión): ☐ Años de Servicio y Edad   ☑ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

**Edad al Retirarse:** 62 Años  8 Meses  3 Días
**Servicios Acreditados:** 22 Años  5 Meses  1 Sem  4½ Días
**Costo Anualidad:** $ 45,586.92
**Renta:** Mensual $ 1,024.36   Anual $ 12,292.32

Fecha de Renuncia: 28-jul-11
Fecha Efectividad Pensión: 29-jul-11
Fecha Primer Pago Pensión: 15-Oct-11
Pago Global Retroactivo: Desde 29-jul-11   Hasta 30-sep-11

Último Día de Pago: 21-jul-11
Cierre de Nómina: 27-sep-11
Importe: $ 1,024.36
Importe Total: $ 2,147.84

### DESGLOSE DE DESCUENTOS

|  | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 2,147.84 | $ 1,024.36 |
| Menos Descuentos: Préstamos / Clave | Descuento | Descuento |
| Personal (PP)  47-000 | 1,090.83 | 427.78 |
| Cultural (PC)  45-000 | - | - |
| Hipotecario (PH)  36-000 | - | - |
| Finanzas  67-059 |  |  |
| Aport. Individual 9% (Clave 26-001) |  |  |
| ASUME |  |  |
| Otros |  |  |
| Importe Neto | $ 1,057.01 | $ 596.58 |

PAGADO  2 8 SEP 2011

Bonos:
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES
Nombre del Empleado

NORMA I. PEÑA AGOSTO
Nombre Supervisor

Firma                                26-sep-2011

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☐ Exactitud
☐ Legalidad
☐ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
SEP 27 2011
NOMBRE
FIRMA:

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: Ivonne L. Ortiz Valladares
Nombre Director(a) o Representante Autorizado

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina   Mes 10   ☑ 1ra ☐ 2da
Nombre Empleado
Nombre Supervisor: Jorge L. Serrrano Cruz

Nómina Pago Global   Mes 10   ☑ 1ra ☐ 2da   ☐ Off Cycle ☑ Pay Line
Nombre Empleado: MARIANELA GONZALEZ MARTINEZ

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.