INTAKE DROP BOX
RECEIVED & FILED

2020 FEB -7 PM 3: 15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

5 de febrero 2020

Tribunal de Distrito de los Estados Unidos Para El Distrito de Puerto Rico

A quien pueda interesar:

Como es de su conocimiento, en Puerto Rico estamos siendo afectados por una serie de eventos actualmente. El Presidente de Estados Unidos, Donald Trump ha declarado a Puerto Rico zona de desastre. Por tal motivo, tuve inconvenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación debido a que las oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores y gestiones al público recientemente.

Mi reclamación Núm. 92474, Deudor: El Estado Libre Asociado de Puerto Rico, Numero de caso 178 BK 3283-LTS y Núm. de reclamación 93101, Deudor Sistema de Retiro de los empleados de Gobierno del Estado Libre Asociado de Puerto Rico. Numero de caso 178 K 328 LTS, ambos fueron presentados el día 22 de junio de 2018. Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas

Sin más nada queda de ustedes,

*Norma Iris Nuñez Falcón* (signature)
Norma Iris Nuñez Falcón

Urb. Villa Blanca Calle José Garrido 5

Caguas, P.R. 00725