*Retiro Maestra*

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

*centecimo décimo cuarto* — OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: *92474*

Name and Address: *Norma Iris Núñez Falcón*
*Calle José Garrido #5*
*Urb. Villa Blanca*
*Caguas, PR. 00725*

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____

Cantidad Reclamada _____

Ley 9 *costo de vida – Retiro de maestros 3% cada años.*
*2010-2020*

Años Reclamados  *10 años (2010-2020)*

Cantidad Reclamada $ *1,769.00*

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - Sistema de Retiro de maestr[os] Gobierno de Puerto Rico

2. Informe Renta anual Vitalicio Junta de Retir[o]

3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Norma Iris Nuñez Falcón

Firma: _Norma Iris Nuñez Falcón_   Fecha: 5 de febrero 2020



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

30 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | NORMA I. NUNEZ FALCON |
| Seguro Social | : | *[redacted]* |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | CAGUAS II |
| Sueldo Mensual | : | $2,555.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2011 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 22 años, 8 meses, 1 semana y .50 día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/16/2020 | Aviso #: | 5833240 |
| | | Hasta: | 01/31/2020 | Fecha Aviso: | 01/30/2020 |

| NORMA I NUNEZ FALCON | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB VILLA BLANCA | Dept: | 592170-EDAD LEY 91 2004 | Estado Civil: | Married | Married |
| +5 CALLE GARRIDO | Lugar: | EDA LEY 91 2004 | Concesiones: | 0 | 39 + 99 |
| CAGUAS. PR 00725 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,024.36 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 512.18 | 172.50 | 1,024.36 | |
| Total: | | 512.18 | 172.50 | 1,024.36 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 96.32 | 192.64 |
| AE-Asoc Emp ELA-Prest Regular | 49.20 | 98.40 |
| AS-ASOC PENSIONADOS | 1.00 | 2.00 |
| Ahorros-AEELA | 15.37 | 30.74 |
| Total: | 161.89 | 323.78 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 512.18 | 0.00 | 161.89 | 350.29 |
| Acumulado: | 1,024.36 | 0.00 | 323.78 | 700.58 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5833240 | 350.29 |
|---|---|
| Total: | 350.29 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5833240

Cant. Desposito: _____ $350.29

A la
Cuenta(s) De

NORMA I NUNEZ FALCON
URB VILLA BLANCA
5 CALLE GARRIDO
CAGUAS, PR 00725

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $350.29 |
| Total: | | $350.29 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2020 |
| Hasta: | 01/15/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5576290 |
| Fecha Aviso: | 01/15/2020 |

NORMA I NUNEZ FALCON
URB VILLA BLANCA
5 CALLE GARRIDO
CAGUAS PR 00725
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592170-EDAD LEY 91 2004 |
| Lugar: | EDA LEY 91 2004 |
| Titulo: | Pensionado |
| Sueldo: | $1,024.36 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 512.18 | 82.50 | 512.18 |
| Total: | | | 512.18 | 82.50 | 512.18 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 96.32 | 96.32 |
| AE-Asoc Emp ELA-Prest Regular | 49.20 | 49.20 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 |
| Ahorros-AEELA | 15.37 | 15.37 |
| Total: | 161.89 | 161.89 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 512.18 | 0.00 | 161.89 | 350.29 |
| Acumulado: | 512.18 | 0.00 | 161.89 | 350.29 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5576290 | 350.29 |
| Total: | 350.29 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5576290

Cant. Desposito: _____ $350.29

A la
Cuenta(s) De

NORMA I NUNEZ FALCON
URB VILLA BLANCA
5 CALLE GARRIDO
CAGUAS, PR 00725

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $350.29 |
| Total: | | $350.29 |

**NO-NEGOCIABLE**

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Norma I. Núñez Falcón**, con número de seguro social que termina er *NYN*.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2011 |
| Tiempo Cotizado para la Pensión | 22 años, 5 mes, 1 sem., 4.5 días |
| Pensión mensual Inicial | $1,024.36 |
| Pensión Mensual Actual | $1,024.36 |

Esta certificación se expide hoy, 3**1 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.764.6910    www.srm.pr.gov

Rev.GIFT 12-abril-11

**SABI**
Núm de Caso: **0503**

Sistema de Retiro para Maestros
Area de Servicios de Retiro

Fecha Radicación: **11-ABR-11**
Fecha Vencimiento: **30-sep-11**

## INFORME RENTA ANUAL VITALICIA

**NUÑEZ FALCON, NORMA I.**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☒ Femenino  ☐ Masculino

Categoría y Pueblo: **GURABO - M. EDUC. ELEM.**

Retiro Ley Núm.: **Ley 91 del 2004**

Fecha Nacimiento (Mes-Día-Año)

Dirección Postal: **URB VILLA BLANCA**
**5 CALLE GARRIDO**
**CAGUAS PR 00725**

Tipo de Renta (Pensión): ☐ Años de Servicio y Edad  ☒ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 62 Años  8 Meses  3 Días | 22 Años  5 Meses  1 Sem  4½ Días | $ 45,586.92 | Mensual $1,024.36   Anual $12,292.32 |

Fecha de Renuncia: **28-jul-11**    Último Día de Pago: **21-jul-11**
Fecha Efectividad Pensión: **29-jul-11**    Cierre de Nómina: **27-sep-11**
Fecha Primer Pago Pensión: **15-Oct-11**    Importe: $ **1,024.36**
Pago Global Retroactivo: Desde **29-jul-11** Hasta **30-sep-11**  Importe Total $ **2,147.84**

### DESGLOSE DE DESCUENTOS

|  | Clave | PAGO GLOBAL Descuento | PAGO MENSUAL Descuento |
|---|---|---|---|
| Importe Total (Bruto) |  | $ 2,147.84 | $ 1,024.36 |
| Menos Descuentos: Préstamos: |  |  |  |
| Personal (PP) | 47-000 | 1,090.83 | 427.78 |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 |  |  |
| Aport. Individual 9% (Clave 26-001) |  |  |  |
| ASUME |  |  |  |
| Otros |  |  |  |
| Importe Neto |  | $ 1,057.01 | $ 596.58 |

PAGADO 2 8 SEP 2011

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

**ANNIE RIVERA CANALES** — Nombre del Empleado    Firma    26-sep-2011

**NORMA I. PEÑA AGOSTO** — Nombre Supervisor    Firma    Fecha

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
☐ Exactitud
☐ Legalidad
☐ Firmas
☐ Otros

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS SEP 2 7 2011

Aprobado por: **Ivonne L. Ortiz Valladares**
Nombre Director(a) o Representante Autorizado

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes **10**  ☒ 1ra ☐ 2da
Nombre Empleado: _Nysa Rodríguez_   Firma   Fecha 27/sep/11
Nombre Supervisor: **Jorge L. Serrrano Cruz**   Firma   Fecha

Nómina Pago Global  Mes **10**  ☒ 1ra ☐ 2da  ☐ Off Cycle  ☒ Pay Line
Nombre Empleado: **MARIANELA GONZALEZ MARTINEZ**   Firma   Fecha 28/9/11
Firma   Fecha

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.