5 de febrero 2020

Tribunal de Distrito de los Estados Unidos Para El Distrito de Puerto Rico

A quien pueda interesar:

Como es de su conocimiento, en Puerto Rico estamos siendo afectados por una serie de eventos actualmente. El Presidente de Estados Unidos, Donald Trump ha declarado a Puerto Rico zona de desastre. Por tal motivo, tuve inconvenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación debido a que las oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores y gestiones al público recientemente.

Mi reclamación Núm. __109349__, Deudor: El Estado Libre Asociado de Puerto Rico, Numero de caso __17 K 3283 LTS__ Núm. de reclamación __91122__,. Deudor Sistema de Retiro de los empleados de Gobierno del Estado Libre Asociado de Puerto Rico. Numero de caso __17 K 3283 LTS__, ambos fueron presentados el día 22 de junio de 2018. Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas

Sin más nada queda de ustedes,

*Wilma Núñez Falcón*

Wilma Núñez Falcón

Urb. Villa Blanca Calle José Garrido 5

Caguas, P.R. 00725