United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

_Centecima decima cuarta_ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 91177

Name and Address: Wilma Núñez Falcón
Ave. José Garrido 5
Urb. Villa Blanca
Caguas, P.R 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  1984-2005  21 años

Cantidad Reclamada  $25,200.00

Ley 9

Años Reclamados _____

Cantidad Reclamada _____

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - Sistema de Retiro de maestro Gobierno de Puerto Rico
2. Informe Renta anual Vitalicio - Junta Retiro
3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Wilma Núñez Falcón

Firma: Wilma Núñez Falcón   Fecha: 5 de Feb. 2020



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

30 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | WILMA NUNEZ FALCON |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | GURABO |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2005 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 26 años, 8 meses, 3 semanas y 3 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Wilma Núñez Falcón**, con número de seguro social que termina en *msm*

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2005 |
| Tiempo Cotizado para la Pensión | 25 años, 5 mes, 1 semana |
| Pensión mensual Inicial | $1,003.50 |
| Pensión Mensual Actual | $1,003.50 |

Esta certificación se expide hoy, **31 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

📞 787.777.1414    📠 787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

583 58 3984                                9%=$197.25

| Nombre | Núm. Reclamación | Sexo F |
| --- | --- | --- |
| WILMA NUÑEZ FALCÓN | 39805 | |

Tipo de Renta:
- a- Años de Servicio y edad
  - Opcional    (X)
  - Obligatorio ( )
- b. Edad       ( )
- c- Incapacidad
  - Ocupacional    ( )
  - No Ocupacional ( )
- d- Diferida    ( )

Fecha de Nacimiento
Año   Mes   Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
| --- | --- | --- | --- |
| 52 años  03 Meses  04 Días | 25 Años  05 Meses  01 Sem.  -- Días | $34,977.24 | 2005  07  28 |

Fecha de Efectividad
2005   07   29

Retiro Ley Núm. 91 del 29 de marzo de 2004

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,191.77         $1,003.50

     .018%      X      25 años, 5 meses, 1 semana
   (Por ciento)              (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio    Edad    Incapacidad Física    Diferido    JOSÉ REYES DÁVILA

$ _____    $ _____    $ _____    $ _____

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
15 SEP 2005

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $1,003.50 |
| --- | --- |
| Renta Anual Vitalicia | $12,042.00 |

Computado por:         Cotejado por:
B Ledoux    14-9-05         POR:  [signature]   14 sept-05
Brendally Ledoux Mirabal  Fecha    María A Torres Morales  Fecha

Recomendado:         Aprobado:
[signature]   14/9/05    16 sept/05   [signature]
Irma García Hernández   Fecha    Fecha   Dinelia Oyola Morales
Directora, Area Servicios de Retiro            Sub-Directora Ejecutiva

lod

| Gobierno de Puerto Rico | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| --- | --- | --- | --- | --- |
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: | 01/16/2020 | Aviso #: | 5822605 |
| | Hasta: | 01/31/2020 | Fecha Aviso: | 01/30/2020 |

| WILMA NUNEZ FALCON | # Empleado: | | DATA IMP: | Federal | PR |
| --- | --- | --- | --- | --- | --- |
| VILLA BLANCA | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 5 AVE JOSE GARRIDO | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| CAGUAS, PR 00725 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,003.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
| --- | --- | --- | --- | --- | --- |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 501.75 | 172.50 | 1,003.50 | |
| Total: | | 501.75 | 172.50 | 1,003.50 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| AE-Asoc Emp ELA-Prest Regular | 30.90 | 61.80 |
| CO-COOP FED MAESTRO | 75.00 | 150.00 |
| Ahorros-AEELA | 15.05 | 30.10 |
| Total: | 174.43 | 348.86 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-Plan Medico ASES | 100.00 | 100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Impuestos | Deducciones | Paga Neta |
| --- | --- | --- | --- | --- |
| Corriente: | 501.75 | 0.00 | 174.43 | 327.32 |
| Acumulado: | 1,003.50 | 0.00 | 348.86 | 654.64 |

### PTO HORAS ACUM

| | |
| --- | --- |
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
| --- | --- |
| Aviso #5822605 | 327.32 |
| Total: | 327.32 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5822605

Cant. Desposito: _____ $327.32

A la
Cuenta(s) De

WILMA NUNEZ FALCON
VILLA BLANCA
5 AVE JOSE GARRIDO
CAGUAS, PR 00725

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Checking | | $327.32 |
| Total: | | $327.32 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2020 | Aviso #: | 5565655 |
| | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| WILMA NUNEZ FALCON | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| VILLA BLANCA | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 5 AVE JOSE GARRIDO | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| CAGUAS, PR 00725 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,003.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 501.75 | 82.50 | 501.75 | | | |
| Total: | | | 501.75 | 82.50 | 501.75 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | | | |
| | | | AE-Asoc Emp ELA-Prest Regular | 30.90 | 30.90 | | | |
| | | | CO-COOP FED MAESTRO | 75.00 | 75.00 | | | |
| | | | Ahorros-AEELA | 15.05 | 15.05 | | | |
| Total: | 0.00 | 0.00 | Total: | 174.43 | 174.43 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 501.75 | 0.00 | 174.43 | 327.32 |
| Acumulado: | 501.75 | 0.00 | 174.43 | 327.32 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5565655 | 327.32 |
| + Acumulado: | | | | |
| | | | Total: | 327.32 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/15/2020

Aviso No.  
5565655

Cant. Desposito:   $327.32

A la  
Cuenta(s) De

WILMA NUNEZ FALCON  
VILLA BLANCA  
5 AVE JOSE GARRIDO  
CAGUAS, PR  00725

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $327.32 |
| Total: | | $327.32 |

## NO-NEGOCIABLE