5 de febrero 2020

Tribunal de Distrito de los Estados Unidos Para El Distrito de Puerto Rico

A quien pueda interesar:

Como es de su conocimiento, en Puerto Rico estamos siendo afectados por una serie de eventos actualmente. El Presidente de Estados Unidos, Donald Trump ha declarado a Puerto Rico zona de desastre. Por tal motivo, tuve inconvenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación debido a que las oficinas y Dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores y gestiones al público recientemente.

Mi reclamación Núm. 109349, Deudor: El Estado Libre Asociado de Puerto Rico, Numero de caso 17K3283LTS y Núm. de reclamación 91122. Deudor Sistema de Retiro de los empleados de Gobierno del Estado Libre Asociado de Puerto Rico. Numero de caso 17K3283 LTS, ambos fueron presentados el día 22 de junio de 2018. Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas

Sin más nada queda de ustedes,

*Wilma Núñez Falcón*

Wilma Núñez Falcón

Urb. Villa Blanca Calle José Garrido 5

Caguas, P.R. 00725