*Retiro Maestro*

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

*Centecima decimo Cuarto* OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 109349

Name and Address: Wilma Nuñez Falcón
Ave. Jose Garrido 5
Urb. Villa Blanca
Caguas, PR 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____

Cantidad Reclamada _____

Ley 9 __

Años Reclamados  2005 - 2020 - 15 años

Cantidad Reclamada  $3,009.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - sistema de Retiro de maestr[os] Gobierno de Puerto Rico

2. Informe Renta anual Vitalicio Junta de Retir[o]

3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Wilma Nuñez Falcón

Firma: Wilma Nuñez Falcón     Fecha: 5 de feb. 2020



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

30 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | WILMA NUNEZ FALCON |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | GURABO |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2005 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 26 años, 8 meses, 3 semanas y 3 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Wilma Núñez Falcón**, con número de seguro social que termina en *MSM*

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2005 |
| Tiempo Cotizado para la Pensión | 25 años, 5 mes, 1 semana |
| Pensión mensual Inicial | $1,003.50 |
| Pensión Mensual Actual | $1,003.50 |

Esta certificación se expide hoy, **31 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

583 58 3984                                                                9%=$197.25

| Nombre | Núm. Reclamación | |
|---|---|---|
| WILMA NUÑEZ FALCÓN | 39805 | Sexo F |

**Tipo de Renta:**
- a- Años de Servicio y edad
  - Opcional (X)
  - Obligatorio ( )
- b. Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

Fecha de Nacimiento
Año  Mes  Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 52 años  03 Meses  04 Días | 25 Años  05 Meses  01 Sem.  -- Días | $34,977.24 | 2005 Año  07 Mes  28 Día |
| | | | Fecha de Efectividad |
| | | | 2005 Año  07 Mes  29 Día |

Retiro Ley Núm. 91 del 29 de marzo de 2004

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,191.77 — $1,003.50

   .018%   X   25 años, 5 meses, 1 semana
   (Por ciento)      (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
1 5 SEP 2005
JOSÉ REYES DÁVILA

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $1,003.50 |
|---|---|
| Renta Anual Vitalicia | $12,042.00 |

| Computado por: | | Cotejado por: | |
|---|---|---|---|
| B Ledoux | 14-9-05 | POR: | 14 sept-05 |
| Brendally Ledoux Mirabal | Fecha | María A Torres Morales | Fecha |

| Recomendado: | | Aprobado: | |
|---|---|---|---|
| Irma García Hernández | 14/9/05 | 16 sept/05 | Dinelia Oyola Morales |
| Directora, Área Servicios de Retiro | Fecha | Fecha | Sub-Directora Ejecutiva |

lod

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 01/16/2020
Hasta: 01/31/2020

Business Unit: PUERT
Aviso #: 5822605
Fecha Aviso: 01/30/2020

WILMA NUNEZ FALCON
VILLA BLANCA
5 AVE JOSE GARRIDO
CAGUAS, PR 00725
SS:

# Empleado:
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $1,003.50 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 39 + 99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 501.75 | 172.50 | 1,003.50 |
| Total: | | | 501.75 | 172.50 | 1,003.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| AE-Asoc Emp ELA-Prest Regular | 30.90 | 61.80 |
| CO-COOP FED MAESTRO | 75.00 | 150.00 |
| Ahorros-AEELA | 15.05 | 30.10 |
| Total: | 174.43 | 348.86 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 100.00 | 100.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 501.75 | |
| Acumulado: | 1,003.50 | |
| Total Impuestos Corriente | 0.00 | |
| Total Impuestos Acumulado | 0.00 | |
| Deducciones Corriente | 174.43 | |
| Deducciones Acumulado | 348.86 | |
| Paga Neta Corriente | 327.32 | |
| Paga Neta Acumulado | 654.64 | |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #5822605 | 327.32 |
|---|---|
| Total: | 327.32 |

**MENSAJE:**

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5822605

Cant. Desposito: $327.32

A la
Cuenta(s) De

WILMA NUNEZ FALCON
VILLA BLANCA
5 AVE JOSE GARRIDO
CAGUAS, PR 00725

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $327.32 |
| Total: | | $327.32 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2020 |
| Hasta: | 01/15/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5565655 |
| Fecha Aviso: | 01/15/2020 |

WILMA NUNEZ FALCON
VILLA BLANCA
+5 AVE JOSE GARRIDO
CAGUAS, PR 00725
SS: [redacted]

| | |
|---|---|
| # Empleado: | [redacted] |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,003.50 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 501.75 | 82.50 | 501.75 |
| **Total:** | | | 501.75 | 82.50 | 501.75 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| AE-Asoc Emp ELA-Prest Regular | 30.90 | 30.90 |
| CO-COOP FED MAESTRO | 75.00 | 75.00 |
| Ahorros-AEELA | 15.05 | 15.05 |
| **Total:** | 174.43 | 174.43 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 501.75 | 0.00 | 174.43 | 327.32 |
| Acumulado: | 501.75 | 0.00 | 174.43 | 327.32 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5565655 | 327.32 |
| Total: | 327.32 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5565655

Cant. Desposito: $327.32

A la
Cuenta(s) De

WILMA NUNEZ FALCON
VILLA BLANCA
5 AVE JOSE GARRIDO
CAGUAS, PR 00725

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $327.32 |
| Total: | | $327.32 |

## NO-NEGOCIABLE