RECEIVED & FILED
2020 FEB -7 PM 5:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

February 4 2020

Clerk Office United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Claimer: Sonia M. Acevedo Pérez
Celular phone number: 787-598-8071
E-mail: acv2sony@hotmail.com

Claim number: 121710
Dated Filled: 7/2/2018
Debtor: Employees Retirement System of the government of the Commonwealth of Puerto Rico

Asserted Claim Amount: $63,862.00

**Reason for opposing the Omnibus Objection:**

1. I work for the municipality of San Sebastian from September 1993 until the month of November 1998. I began to contribute for the retirement system of the government of the Commonwealth of Puerto Rico in the month of July 1996 (see a copy of the certification of the time allocated) annex 1.
2. Work for the Corporation of the Insurance Fund of the State of Puerto Rico from November 1998 to the present where I have continued to contribute for the retirement system of the government of the Commonwealth of Puerto Rico (see Estimated account statement of accredited years and total contributions.
3. For this reason, my objection to Obnibus Objection lies in the illegality of using the money corresponding to my contributions to the government s retirement system of the Commonwealth of Puerto Rico for any purpose other than to award myself the corresponding pension according to my years of service. For this reason; I Sonia M. Acevedo Pérez does not authorize any use of the money I have contributed with sacrifice for so many years for any use other than the one mentioned above.

Signed by me, today February 4, 2020.

*Sonia Acevedo Pás* (signature)
Sonia M. Acevedo Pérez