

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de marzo de 2018

Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO

ACEVEDO PEREZ SONIA
COLINAS VERDES U17 CALLE 1
SAN SEBASTIAN, PR 00685

Seguro Social: XXX-XX-4824

A base de la información en nuestros registros, al 27 de marzo de 2018 usted posee:

**Fecha de Nacimiento:**

**Género: Masculino**

**Fecha de Ingreso al Servicio Público:** 30 de julio de 1996

**Fecha de Comienzo de Cotización:** 30 de julio de 1996

| Ley 1 al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 16.25 |
| Aportaciones: | $35,346.69 |
| Intereses: | $6,460.56 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $41,807.25 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Años Acreditados: | 4.06 |
| Aportaciones: | $20,581.18 |
| Intereses: | $1,473.33 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $22,054.51 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov




RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO



**Gobierno de Puerto Rico**
**Municipio Autónomo de San Sebastián**
**Departamento de Recursos Humanos**



## CERTIFICACION

Yo, Claudio J. Cardona Acevedo, Director de Recursos Humanos, del Municipio Autónomo de San Sebastián, certifico:

La **Sra. Sonia Acevedo Pérez** cuyo seguro social es el XXX-XX-4824, trabajó como empleada transitoria en el Municipio Autónomo de San Sebastián hasta la renuncia efectiva el 15 de noviembre de 1999.

A continuación las fechas y puestos ocupados, según nuestros records:

| | | | |
|---|---|---|---|
| 1/sep/1993 al | 30/sep/1995 | Ayudante de Farmacia | Centro de Salud |
| 1/oct/1995 al | 17/feb/1997 | Auxiliar Fiscal | Auditoria Interna |
| 18/feb/1997 al | 15/nov/1998 | Secretaria Administrativa | Policía Municipal |
| 16/nov/1998 al | 15/nov/1999 | Licencia Sin Sueldo | |

15/nov/1999 fecha de renuncia al puesto de Secretaria Administrativa Policía Municipal

Según nuestros records, la señora Acevedo Pérez comenzó a cotizar al sistema de retiro efectivo el 1 de julio de 1996 hasta el 15 de noviembre de 1998.

Para que así conste, firmo la presente certificación hoy, 26 de febrero de 2018 en San Sebastián, Puerto Rico.

*(firma)*

Claudio J. Cardona Acevedo
Director Recursos Humanos