SONIA ACEVEDO PEREZ

URB. COLONAS VERDES CALL1 CASA U-17

SAN SEBASTIAN, PR   00685




U.S. POSTAGE PAID
FCM LETTER
SAN SEBASTIAN, PR
00685
FEB 06, 20
AMOUNT
**$6.95**
R2307M152641-11



CERTIFIED MAIL™

7014 0150 0001 5124 0467

CLERK OFFICE UNITED STATES DISTRICT COURT

ROOM 150 FEDERAL BUILDING

SAN JUAN, PUERTO RICO   00918 - 1767