5 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | William O. Collazo Moringlane |
| Dirección: | P.O. Box 54 |
| | Arroyo, PR 00714-0054 |
| Teléfono: | 787-324-9503 |
| Correo Electrónico: | williecollazo20@gmail.com |
| Numero de reclamación: | 48968 y 46380 |

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo 111

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS

como representante de

Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de puerto rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra17 BK 3283-LTS) (últimos cuatro dígitos del numero federal de contribuyente:3481)
2. La corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del numero federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la ÄCT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del numero federal de contribuyente:3808)
4. El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del numero federal de contribuyente: 9686);

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia, desde 10 de agosto de 1988 hasta el presente. Solicito que se reevalué mi reclamación 48968 y 46380 y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado.

Le incluyo certificación de empleo.

Gracias,

William O. Collazo Moringlane

RECEIVED & FILED
2020 FEB -7 PM 5: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

5 de febrero de 2020

A: Tribunal de Distrito de los Estados Unidos para el distrito de Puerto Rico

Debido a complicaciones para envió a tiempo de objeción, por razones de los diferentes eventos de terremotos en área sur, donde resido y vivo se me hizo imposible completar los documentos requeridos en el tiempo reglamentario. Por lo cual solicito prorroga y acepten mi información enviada.

William O. Collazo Moringlane

P.O Box 54
Arroyo PR 00714-0054