

A QUIEN PUEDA INTERESAR

CERTIFICO que, **William Collazo Moringlane**, Número de Seguro Social, -4969, trabaja para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en la **Oficina Regional Guayama**.

El **Sr. Collazo** ofrece servicios como **Supervisor Asistencia Social y Familiar II**. Comenzó en la agencia el **10 de agosto de 1988**. El empleado devenga un salario mensual de **$3,029.00** y su puesto es **Regular**.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama