W. Gallazo Morales<br>
P.O. Box 54<br>
Arroyo, P.R. 00714

RECEIVED & FILED<br>
2020 FEB -7 PM 5: 16<br>
CLERK'S OFFICE<br>
U.S. DISTRICT COURT<br>
SAN JUAN, PR

TO: Secretaria - Clerk's OFFice<br>
Tribunal de Distrito de los E.U.<br>
Room 150 Federal Building<br>
San Juan, P.R.

00918-1767

