UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## REPLICA A OBJECION GLOBAL

Comparece el que suscribe, con el número de reclamación **105928** y, muy respetuosamente informa al Honorable Tribunal que tiene una reclamación justificada contra la Administración de los Sistemas de Retiro de los Empleados Públicos del Gobierno y la Judicatura.

Que se acompañan los documentos que así lo acreditan: **Estado de Cuenta Estimado** y **Certificación de Balances de Aportaciones Estimadas**, emitidas por la Administración de los Sistemas de Retiro.

Que mis datos personales son los siguientes: Anibal Méndez Pérez, Box 2159, Voladoras Lomas, Moca, PR 00676; Correo electrónico anibalmendezprz@gmail.com; Tel. (787) 560-4230.

Y PARA QUE ASI CONSTE, firmo la presente, hoy 3 de febrero de 2020, en Aguadilla, Puerto Rico.

RESPETUOSAMENTE SOMETIDO por

Anibal Méndez Pérez
Box 2159
Moca, PR 00676