From: Anibal Méndez Pérez
PO Box 2159
Moca, PR 00676

U.S. POSTAGE PAID
FCM LETTER
MOCA, PR
00676
FEB 05, 20
AMOUNT
$6.95
R2304H109480-06

CERTIFIED MAIL

7019 0160 0000 8527 7685

To: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767