6 de febrero de 2020
Vega Baja, Puerto Rico

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

La Presente es para Solicitar la reclamación por demanda de clase a través del Departamento de Educación de Puerto Rico

Mi nombre es María de Lourdes Vargas Cintrón número de caso 17BK 03283-LTS y número de reclamación 147585 con número de Seguro Social 2911

Entiendo que durante todos los años que he laborado para el Departamento de Educación de Puerto Rico 2000-2020 (al presente) No se me ha adjudicado una serie de saldos, llamados salarios impagos.

Mi correo electrónico es: mariadellvargas@yahoo.com
Mi número de celulares 787 345-7471

Gracias por su atención,

María Vargas Cintrón
2911

RECEIVED & FILED
2020 FEB -7 PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.