Vargas Cintron, María de Lourdes
#407 Calle Sierra
Urb. Villas Los Pescadores
Vega Baja, P.R. 00693

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB -7 PM 5:15
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR