5 de febrero de 2020

Centésima, cuadragésima, octava objeción Global relacionada con Prime Clark #caso 17BK03283 LTS, número de reclamación 153179

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy la Sra. Carmen Rita Velázquez Vives. Mi dirección postal es HC08 Box 38829, Caguas P.R. 00725 y mi teléfono 787-368-6309. Correo electrónico carmenrita25@gmail.com

Durante 38 años trabajé como personal docente para el Departamento de Educación de P.R. desde enero de 1968 hasta enero de 2006; fecha en que me acogí al retiro permanente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante por la naturaleza de impago durante los años correspondientes a la Ley 89, Ley 96 y Ley 164.

Adjunto les envío copia de las evidencias que confirman dichas alegaciones. Mi número de reclamación es 153179.

De necesitar alguna otra evidencia, favor de comunicarse conmigo nuevamente.

Muchas Gracias por su atención,

Atentamente,

*Carmen Rita Velázquez Vives*
Carmen Rita Velázquez Vives

P.D. Debido a que no recibí suficiente orientación al respecto, no apliqué reclamación para ser elegible para la Ley 96 y Ley 164; periodo en que estuve trabajando durante la vigencia de dichas Leyes. Quiero se me considere para ser elegible para los mismos. Muchas gracias
Carmen Rita Velázquez Vives 153179 #reclamación