

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

25 de enero de 2006

**PROF CARMEN R VELAZQUEZ VIVES**
**HC 8 BOX 38829**
**CAGUAS PR   00725**

CASO NUM:697
S.S.      1998

Profesora **Velázquez Vives**:

Hacemos referencia  a su Solicitud de Retiro por **EDAD y Años de Servicios**.
La misma fue atendida a tono con las disposiciones de la Ley 91,  aprobada el
29 de marzo de 2004. Conforme lo antes señalado su retiro fue efectivo el **2 de
enero de 2006**. Recibirá una renta mensual de **$2,046.39.**

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a
efectuar Depósito Directo de su pensión en instituciones financieras, además de
realizar  descuentos tales como  pago del Seguro Médico u otras deducciones
autorizadas por   ley. Se incluye información de interés para los maestros
pensionados.

En el Sistema de Retiro para Maestros estamos para servirle.

Cordialmente,

Irma García Hernández
Directora
Área de Servicios de Retiro

CIPL/MTM/SMC



SRM-ar-517
REV 06/04

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

10 de mayo de 2005

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**Prof: Carmen R. Velázquez Vives**
**Seguro Social:**         1998

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Puerto Rico.

[ X ] Años de Servicio y Edad        [ ] Edad        [ ] Diferido        [ ]Suplementaria

Al **1 de agosto de 2005 (fecha en que piensa renunciar)** , (fecha de su última cotización) [X] cualifica [ ] no cualifica, **para acogerse a la jubilación, y tiene el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 37 | 6 | 2 | 1 | 58 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
    [ ] Reconocimiento de Tiempo.
    [ ] Diferencia en Por Ciento por Transferencia Recibida
    [ ] Reembolso de Cuotas
    **[ X ] No aplica**

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.
Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente.

Irma García Hernández
Directora
Área Servicios de Retiro

Yolanda Cotto Ayala
Técnico, Servicios de Retiro

FELD/tmn
CF:    PROF:  Carmen Rita Velázquez Vives
            HC08 Box 38829
            Caguas P.R 00725

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr