Sr. Carmen Rita Velazquez Vives
HC-08 Box 38829
Caguas, P.R. (00725)



U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
FEB 06, 20
AMOUNT
$4.10
R2304H109474-08

CERTIFIED MAIL

7019 1640 0000 8406 0170

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (P.R.) 00918-1767