RECEIVED & F.
2020 FEB -7 PM 2:14
U.S. DISTRI
SAN JUAN

4 de febrero de 2020

Saludos:

A Datos de contacto:
1. Sr. Jorge Luis Gonzalez Vazquez
   HC-5 Box 7723
   Yauco   P.R.   00698

2. num de Telefono
   a. 787- 437-2476
      939-286 0791

3 Correo electronico
   JunGonzalez13@yahoo.com

B. Patrono
Administracion de correccion
urb. Industrial Tres monjitas
Ave. Teniente cesar Gonzalez
Esq. calaf   San Juan,
   Box 71308, San juan P.R. 00936

Oficial de custodia correccional-1

   Placa # 4967
   Jungonzalez13@yahoo.com

Empeze: 25 de marzo    1991

Termine; 30 de junio   2010

C-Epigrafe
1.Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San juan (Puerto Rico) 00918-1767

2.Doudores:
Estado Libre Asociado de Puerto Rico
y otros

3. núm de procedemiento
17 BK 3283 LTS
# de caso - 165152

4-La presente radicación guarda
relación con el E.L.A, La A.C.T
y SRE

D.Motivo para oponerse a la objeción
global
La ley 96-2004 bajo el gobierno
de sila marie Calderón
Aumento otorgado por la ex-
gobernadora sila M. Calderón para
el aumento de $100 dolares a los
empleados públicos lo cual no se
otorgo.

E.Cantidad Reclamada
$ 7,800

Jorge L Gonzalez Vazquez