

ASOCIACIÓN DE EMPLEADOS DEL ELA

La cuenta del socio que se indica a continuación refleja el siguiente balance tentativo sujeto a revisión final:

Nombre del socio: GONZALEZ VAZQUEZ JORGE L.

Agencia : DEPTO. CORRECCION Y REHABILITACION

Seguro Social : 4642

Balance deuda a : JUNIO de 2017

Balance deuda aplicando Ahorros y Dividendos: $42.00

Para que así conste, firmo la presente, hoy **09 de Junio de 2017**, en San Juan, Puerto Rico.

ADALBERTO FUENTES GONZALEZ
OFICIAL ADMINISTRATIVO II
SUCURSAL DE PONCE
Teléfono: (787) 641-4075.

El artículo 16 de la Ley 9 del 25 de abril de 2013, según enmendada, establece que: "Todo crédito, depósito o sobrante por cualquier concepto en el Gobierno Estatal, o una dependencia o instrumentalidad de éste, a favor de un asociado que habiendo cesado en su puesto estuviere en deuda con la Asociación, que no esté gravado en el sistema de retiro correspondiente será retenido por el Secretario de Hacienda de Puerto Rico o el funcionario competente y transferido a los fondos de la Asociación para solventar parcial o totalmente la deuda pendiente con la misma".

# OPCIONES PARA RETIRAR AHORROS Y PARA SOCIO EN CONTINUIDAD

## PARTE I — A SER COMPLETADA POR EL SOCIO

**NOMBRE Y APELLIDOS:** Jorge L Gonzalez Vazquez 00698
**SEGURO SOCIAL:** [illegible]
**DIRECCIÓN RESIDENCIAL:** Bo Caimito Carretera 372 k 4.9
**CÓDIGO POSTAL:** 00658
**TELÉFONO:**
**DIRECCIÓN POSTAL:** HC-05 Box 7723, Yauco, PR
**CÓDIGO POSTAL:** 00698
**TELÉFONO CELULAR:** 787-470-3638
**FECHA DE NACIMIENTO (MES, DÍA, AÑO):** 09/15/66

**INDIQUE LA AGENCIA ANTERIOR DONDE TRABAJÓ**

| AGENCIA | PUESTO - OFIC. NEG. O DIVISIÓN | COMENZÓ A TRABAJAR | TERMINÓ | FECHA DE EFECTIVIDAD DE LA RENUNCIA |
|---|---|---|---|---|
| Administracion de Correccion | OCI | 25 marzo 91 | junio 2010 | |

**¿TIENE AEELA MASTERCARD?** ☐ SÍ  ☒ NO

**INDIQUE FECHA(S) DE LICENCIA(S) SIN SUELDO:**

**NOMBRE Y DIRECCIÓN DEL PARIENTE MÁS CERCANO QUE NO VIVA CON USTED:** Marybel Gonzalez Mercado

**FIRMA DEL SOCIO:** Jorge L Gonzalez

## PARTE II — OPCIONES PARA RETIRAR AHORROS Y PARA SOCIO EN CONTINUIDAD

A tales fines, autorizo AEELA a notificar al Sistema de Retiro al que pertenezco, que se descuente de mi pensión y remita directamente a la AEELA la aportación que corresponde, según solicito a continuación:

**Opciones — Favor de marcar una**
- A - Socio en Continuidad ☐
- B - Cancelación de Deuda ☐
- C - *Retiro Parcial de Ahorros ☐   [ ] Sobrante ____
- D - Retiro Total de Ahorros ☒

*Conforme a las normas aplicables

☐ 3% DESCUENTO MÍNIMO REQUERIDO
☐ ESPECIFIQUE OTRO DESCUENTO SI ES MAYOR DEL 3% ____

**INICIALES DEL PENSIONADO:** H

[Sello: ASOC. DE EMPLEADOS DEL E.L.A. — JUL 24 2017 — SUC. PONCE]

## PARTE III — PARA SER COMPLETADA POR LA AGENCIA

**Nombre del Socio:** Jorge Gonzalez Vazquez
**Agencia:** Dpto de Correccion
**Seguro Social:** 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
**Fecha(s) de Licencias sin Sueldo Desde:** 1. 9 marzo 2010  **Hasta:** 9 agosto 2010
2. ____  Hasta ____
3. ____  Hasta ____
**Fecha de Efectividad de la Renuncia:** 9 agosto 2010
**Razón de Cese:** Sep. de Puesto
**Sistema de Retiro al cual pertenece:** Central

**SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA, FAVOR INDICAR:**
a) ¿Cuál? ____  b) Fecha ____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| Dic/2009 | $64.34 | $6.00 | $298.50 |
| enero/2010 | $64.34 | $6.00 | $298.50 |
| feb/2010 | $64.34 | $6.00 | $298.50 |

**INDIQUE SI REMITIRÁ PAGO GLOBAL $** ____

Certifico que he verificado toda la información ofrecida y que es completamente correcta:

**Teléfono Funcionario Autorizado:** 273-6464
**Firma:** [signature]

**Dir. de Recursos Humanos o su Representante Autorizado (Use letra de molde):** [signature] Reyna I Martinez Sepe

**Fecha de Certificación:** 18 julio 2017

AEELA - 61
11 - 2013 (Rev.)