González Vázquez Jorge
HC-5 Box 7723
Yauco P.R. 00698

RECEIVED & FILED
2020 FEB -7 PM 5:14
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretario (Clerk; office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767