3 de febrero 2020

Carmen S. Cruz Brito
Urbanización Santa Elena
A-1 Calle 10
Yabucoa PR. 00767
Teléfono: (787) 368-8835
Correo electrónico: carmcruz13@gmail.com
CLAIM #: 11323 7

Estado Libre Asociado de Puerto Rico

Estoy en contra de la objeción Global, creo que tengo reclamación valida. Desde el 13 de febrero de 2009 hasta el presente. Adjunto evidencia que proviene del Departamento de Educación. Pasos por años de servicios, días por enfermedad. Cantidad: **$44,000**

Atentamente,

Carmen S. Cruz Brito