## CERTIFICACIÓN

La Sra. **CARMEN S. CRUZ BRITO**, Seguro Social -6087 ocupa un puesto **TRANSITORIO ELEGIBLE** de **MAESTRA BIBLIOTECARIA** desde el 7 de agosto de 2019 hasta el 5 de junio de 2020, en la escuela **LEONCIO MELÉNDEZ** del municipio de **LAS PIEDRAS**. Devenga un sueldo mensual bruto de **$1,820.00**.

Esta información se recopiló a través del Sistema de Datos de Recursos Humanos.

Dada en Humacao, Puerto Rico el 4 de febrero de 2020, a petición de la señora **CARMEN S. CRUZ BRITO**.

CERTIFICO CORRECTO,

**SOL I. ORTIZ BRUNO, E.d.D.**
**SUPERINTENDENTE REGIONAL**



