Carmen S. Cruz Britto
Urb. Santa Elena A-1
Calle 10 Yabucoa P.R
00767

RECEIVED & FILED
2020 FEB -7 PM 5: 13

SAN JUAN PR 009

05 FEB 2020 PM 1 L

FOREVER / USA

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767

0091839999