# Prime Clerk

CLOSE

Creditor Data Details - Claim # 27812

**Creditor**
Marcano Garcia, Luis

**Debtor Name**
Commonwealth of Puerto Rico

**Date Filed**
05/22/2018

**Claim Number**
27812

**Schedule Number**
n/a

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Claim Nature | Total |
| Schedule Amount | $0.00 |
| Asserted Claim Amount | $20,000.00 |
| Claim Nature | Secured |
| Current | $20,000.00 |
| Schedule Amount | |
| Asserted Claim Amount | $20,000.00 |
| C* | C |
| U* | U |
| F* | |

C*=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Prime Clerk

Creditor Data Details - Claim # 28177

**Creditor**
MARCANO GARCIA, LUIS E

**Debtor Name**
Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**
05/22/2018

**Claim Number**
28177

**Schedule Number**
n/a

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $102,758.73 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $102,758.73 |
| Claim Status | Asserted |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $102,758.73 |
| C* | |
| U* | |
| F* | |

| | Total |
|---|---|
| Schedule Amount | $0.00 |
| Asserted Claim Amount | $205,517.46 |
| Current | Secured |
| | $205,517.46 |

C*=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Prime Clerk

Creditor Data Details - Claim # 26027

**Creditor**
Marcano Garcia, Luis

**Debtor Name**
Commonwealth of Puerto Rico

**Date Filed**
05/22/2018

**Claim Number**
26027

**Schedule Number**
752276

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | $683.00 |
| C* | C |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Secured |
| Schedule Amount | |
| Asserted Claim Amount | $30,000.00 |
| C* | C |
| U* | U |
| F* | |

| Claim Nature | Total |
|---|---|
| Schedule Amount | $683.00 |
| Asserted Claim Amount | $30,000.00 |
| Current Claim Value | $30,000.00 |

C*=Contingent, U=Unliquidated, D=Disputed, F=Foreign