29 de enero de 2020

RECEIVED & FILED
2020 FEB -7 PM 5: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número de Reclamación (**26755**) "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mi Número de Reclamación (**30234**) "COMMONWEALTH OF PUERTO RICO". Le solicito adjunten esta comunicación de algún expediente que tengan con mis documentos que les fueron enviados y mi reclamación.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Barbara Calderon Pereira
Calle 73 B #116 A-1
Urb. Villa Carolina
Carolina, Puerto Rico 00985
Teléfono: 787-214-
Correo Electrónico: bcpf_1979@yahoo.com

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

| Calderon Pereira | advanced |

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | |
| Claim # | 30234 |
| Filed Date | 05/25/2018 |
| Creditor Name | Calderon Pereira, Barbara |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $43,200.00 |
| Schedule | 864677 |
| Claim # | 26755 |
| Filed Date | 05/25/2018 |
| Creditor Name | CALDERON PEREIRA, BARBARA |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $44,369.64 |

« ‹ Page 1 of 1 » ›

terms of use    privacy notice    team         © 2019 Prime Clerk. All rights reserved.

BARBARA CALDERON PEREIRA
CALLE 73 B #116 A-1
URB VILLA CAROLINA
CAROLINA PR 00985



06 FEB 2020 PM 2 L

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

2020 FEB -7 PM 5:12
RECEIVED & FILED

00918-170399