RECEIVED & FILED

2020 FEB -7 PM 5: 12

# UNITED STATES DISTRIC COURT
# FOR THE DISGTRIC OF PUERTO RICO

In re:                      *

                             PROMESA

THE FINANCIAL OVERSIGHT AND    *    Tittle III
MANAGEMENT BOARD FOR PR

                             •    No. 17 BK 3283-LTS

      As representative of
THE COMMONWEALTH OF PUERTO RICO, *    (Jointly Administered)
et als.

                             •    This filing relates to the
                                  Commonwealth, HTA, and ERS

## REPLICA A OBJECION GLOBAL

Al Honorable Tribunal:

Comparece la Sra. Margarita Cintrón de Armas, por derecho propio y muy respetuosamente expone, alega y solicita:

1. El número de mi reclamación es 160396, efectuada el 5 de julio de 2018, en la que reclamo las aportaciones efectuadas al Sistema de Retiro de los Empleados del ELA.

2. Recibí una notificación en la que solicitan que mi reclamo sea rechazado, ya que alegan que los datos de mi reclamación son deficientes ya que no se proporcionó la documentación de respaldo para formular una reclamación contra dicho Sistema.

3. Junto con mi reclamación acompañé y acompaño nuevamente la siguiente evidencia:

    1. Certificación de balances de aportaciones estimadas número ASR20180628398l5076 emitida el 28 de junio de 2018 por la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de la que surge que a esa fecha había realizado aportaciones por $77,678.12.

    2. Estado de Cuenta Estimado emitido por la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura del 28 de agosto de 2018 en la que se desglosan las aportaciones efectuadas a la Ley 447 al 30 de junio de 2013 y las aportaciones efectuadas a la Ley 3 del 30 de junio de 2017.

POR TODO LO CUAL, muy respetuosamente solicito se declare Ha Lugar la presente Réplica y se mantenga vigente mi reclamación con cualquier otro pronunciamiento que en derecho proceda.

En Guayama, Puerto Rico, a 6 de febrero de 2020.

Respetuosamente sometida,

*[firma]*

Margarita Cintrón de Armas
Urb. Jardines de Guamaní
A-6 Calle 1
Guayama, Puerto Rico 00784
Cel. 787-241-4663

CERTIFICO:

Haber notificado por correo postal:

Secretaría – Tribunal de Distrito de los Estados Unidos, Room 150, Federal Building, San Juan, PR 00918-1767

Martin J. Bienestock y Brian S. Rosen – Abogados de la Junta de Supervisión en Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299

Luc A. Despins, James Bliss, James Worthington y G. Alexander Bongartz – Abogados del Comité de Acreedores en Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166

*[firma]*

Margarita Cintrón de Armas