Margarita Cintrón
Urb Jard Guamaní
A6 Calle 1
Guayama, PR 00784

RECEIVED & FILED
2020 FEB -7 PM 5:12
CLERK'S OFFICE
DISTRICT PR
SAN JUAN

Secretaria
Tribunal de Distrito de EU
Room 150
Federal Building
150 Chardon Ave
San Juan, PR 00918