# Commonwealth of Puerto Rico (17-03283) CHANGE CASE

Contact 844.822.9231    Client Login

Case Info | Docket | **Claims** | Submit a Claim | Presentar un reclamo | Submit Inquiry

Master Claims Filter

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| 69442 | 21265 | 05/25/2018 | TORRES RAMOS, ANGEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 432653 | 19886 | 05/25/2018 | TORRES RAMOS, ANGEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| | 55060 | 06/27/2018 | TORRES RAMOS, ARNALDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 113,065.34 |
| 602850 | 30268 | 05/25/2018 | TORRES RAMOS, DENNIS | Commonwealth of Puerto Rico | $ 12,600.00 |
| 602850 | 31927 | 05/25/2018 | TORRES RAMOS, DENNIS | Commonwealth of Puerto Rico | $ 0.00 |
| | 23301 | 05/25/2018 | TORRES RAMOS, DIANA V | Commonwealth of Puerto Rico | $ 150,000.00 |
| | 47255 | 06/24/2018 | Torres Ramos, Diana V. | Commonwealth of Puerto Rico | $ 150,000.00 |
| | 33622 | 05/25/2018 | Torres Ramos, Juan A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 3,600.00 |
| 1101382 | 7012 | 04/23/2018 | Torres Ramos, Juan L | Commonwealth of Puerto Rico | $ 0.00 |
| 155361 | 24048 | 05/29/2018 | TORRES RAMOS, MARGARITA | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 300,000.00 |
| | 31465 | 05/29/2018 | Torres Ramos, Margarita | Puerto Rico Electric Power Authority | $ 10,000.00 |
| | 35493 | 05/29/2018 | TORRES RAMOS, MARGARITA | Commonwealth of Puerto Rico | $ 170,000.00 |
| 549688 | 28179 | 05/22/2018 | Torres Ramos, Mayra E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 168,236.64 |
| | 27280 | 05/22/2018 | Torres Ramos, Mayra E | Commonwealth of Puerto Rico | $ 1,326.48 |
| 413134 | 25360 | 05/22/2018 | TORRES RAMOS, MAYRA E | Commonwealth of Puerto Rico | $ 453,600.00 |
| | 13400 | 05/08/2018 | TORRES RESTO, GERMAN | Commonwealth of Puerto Rico | $ 300.00 |
| | 37820 | 06/20/2018 | Torres Reyes, Dahimar | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 26,880.83 |
| | 44301 | 06/20/2018 | Torres Reyes, Dahimar | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 26,880.83 |
| | 40556 | 05/29/2018 | Torres Reyes, Jose E | Commonwealth of Puerto Rico | $ 0.00 |
| | 38400 | 05/29/2018 | Torres Reyes, Lydia | | $ 166,800.00 |

Search Docket | **Search Claim**

Enter number or name

Select scope: Claims Only

Claim Number(s)(e.g. 1,3,5-7)

Schedule Number

Creditor name

Debtor(s): Commonwealth of Puerto Rico(17-03283)

Select Classification: Select an Option

Select Search Operator: Select an Option

Amount

Date from — Date to

Search Claim

Reset

**Prime Clerk** Commonwealth of ...

MENU

case info / claims

+ Case Navigation

+ Quick Links

161653     advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | 413135 |
| Claim # | 161653 |
| Filed Date | 08/01/2018 |
| Creditor Name | TORRES RAMOS, MAYRA E |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.04 |

« ‹ Page 1 of 1 » ›

terms of use    privacy notice    team    © 2019 Prime Clerk. All rights reserved.