MAYRA E. TORRES RAMOS
URB CIUDAD SEÑORIAL
CALLE NOBLE 73
SAN JUAN PR 00926



SAN JUAN PR 009
05 FEB 2020 PM 1 L

RECEIVED & FILED
2020 FEB -7 PM 5:11
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

0091851703 C018