# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria S. Rivera Rivera**, con número de seguro social que termina en 6526.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | l de octubre de 2009. |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 1 sem., 1 días |
| Pensión mensual Inicial | $2,702.50 |
| Pensión Mensual Actual | $2,705.50 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

Fecha Radicación: 16-jun-09
Fecha Vencimiento: 5-nov-09
Núm de Caso: 0946

**RIVERA RIVERA MARIA S.** — Seguro Social: -6526 — Sexo: ☑ Femenino ☐ Masculino
Apellido Paterno, Materno, Nombre e Inicial

Fecha Nacimiento (Mes-Día-Año)
Categoría y Pueblo: DIC ESC. ELEM. II - COROZAL
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: PO BOX 893, COROZAL, PR 00783

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 55 Años, 9 Meses, 24 Días | 30 Años, 0 Meses, 1 Sem, 1 Días | $ 65,671.12 | $ 2,702.50 | $ 32,430.00 |

Fecha de Renuncia: 30-sep-09
Último Día de Pago: 30-sep-09
Fecha Efectividad Pensión: 1-oct-09
Cierre de Nómina: 27-oct-09
Fecha Primer Pago Pensión: 15-Nov-09
Importe $ 2,702.50
Pago Global Retroactivo: Desde 1-oct-09 Hasta 31-oct-09 Importe Total $ 2,702.50

**DESGLOSE DE DESCUENTOS**

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 2,702.50 | $ 2,702.50 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos: Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 2,702.50 | $ 2,702.50 |

Bonos:
☐ Bono Verano (PBV) ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

PAGADO OCT 27 2009

Certifico que la información aquí provista es cierta, correcta y completa.
Nombre del Empleado: JORGE I. ROHENA GOTAY — Fecha: 13-oct-2009
Nombre Supervisor: NORMA I. PEÑA AGOSTO — Fecha: 15/oct/09

**PREINTERVENCIÓN DE DOCUMENTOS**

Verificación de:
☑ Exactitud
☐ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS — OCT 15 2009

**USO DIRECTOR(A) AREA RETIRO**

Aprobado por: IVONNE ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Fecha: 17 oct 09

**USO AREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina — Mes: 11 ☑ 1ra ☐ 2da
Nómina Pago Global — Mes: Nov ☑ 1ra ☐ 2da ☐ Off Cycle ☑ Pay-Line

Nombre Empleado: (firma) Fecha: 20/oct/09
Nombre Supervisor: Juan Agosto Castro — Fecha: 15 oct 09
Nombre Empleado: Alice (firma) Fecha: 12 November 2009

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

| Rev.GIFT 10-OCT-08 | | | | | | | |
|---|---|---|---|---|---|---|---|

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **16-jun-09**
Fecha Vencimiento: **5-nov-09**

Núm de Caso: **0946**

## INFORME RENTA ANUAL VITALICIA

Página 2

RIVERA RIVERA MARIA S.
Apellido Paterno, Materno, Nombre e Inicial

DIC ESC. ELEM. II - COROZAL
Categoría y Pueblo

Seguro Social | Fecha Nacimiento (Mes-Día-Año)

### COMPUTO RENTA ANUAL

A. $ 10,810.00 / 3 = $ 3,603.33 x 75.0% = - x 0.000 = $ 2,702.50
   Sueldos más altos / años = Promedio Sueldos x Por Ciento

B. Ajuste de 0%   $ - x 0% = $ -

C. Pensión Ajustada  $ - x 12 = $ -

APORTACIÓN INDIVIDUAL  0%
$ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 6 | 0 | 20 | $ 3,545.00 | $ 21,270.00 | | Efectividad Pensión | 2009 | 10 | 1 |
| 6 | 0 | 20 | $ 3,645.00 | $ 21,870.00 | | Nacimiento | 1953 | 12 | 7 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,595.00 | Edad al Retirarse | 55 | 9 | 24 |
| 12 | 0 | 20 | $ 3,795.00 | $ 45,540.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,795.00 | Semanas 0 x 5 = - | | | |
| | | | | | | Días 0 x 1 = - | | | |
| | | | | | | 0.0000 | | | |
| 3 | 0 | 20 | $ 3,795.00 | $ 11,385.00 | | | | | |
| 9 | 0 | 20 | $ 3,295.00 | $ 29,655.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,420.00 | Meses 0 x 30 = - | | | |
| | | | | | | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 0.0000 | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma        Fecha | | | |

Sueldo Total para Promedio: $ 129,720.00   $ 10,810.00

Revisado por:
Nombre
Firma        Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | | 1 | 1 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2020 |
| Hasta: | 01/15/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5572610 |
| Fecha Aviso: | 01/15/2020 |

MARIA S RIVERA RIVERA
PO BOX 893
+COROZAL, PR  00783

SS:  XXX-XX-6526

| | |
|---|---|
| # Empleado: | XXXXX6526 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,702.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,351.25 | 82.50 | 1,351.25 |
| Total: | | | 1,351.25 | 82.50 | 1,351.25 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.00 | 62.00 |
| AS-ASOC  E P A | 6.00 | 6.00 |
| Ahorros-AEELA | 40.54 | 40.54 |
| Total: | 108.54 | 108.54 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,351.25 | 0.00 | 108.54 | 1,242.71 |
| Acumulado: | 1,351.25 | 0.00 | 108.54 | 1,242.71 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5572610 | 1,242.71 |
| Total: | 1,242.71 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5572610

Cant. Desposito:     $1,242.71

A la
Cuenta(s) De

MARIA S RIVERA RIVERA
PO BOX 893
COROZAL, PR  00783

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,242.71 |
| Total: | | $1,242.71 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| --- | --- | --- | --- | --- |
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: 01/16/2020 | | Aviso #: | 5829560 |
| | Hasta: 01/31/2020 | | Fecha Aviso: | 01/30/2020 |

| | | | |
| --- | --- | --- | --- |
| MARIA S RIVERA RIVERA | # Empleado: XXXXX6526 | DATA IMP: Federal | PR |
| PO BOX 893 | Dept: 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: Married | Married |
| COROZAL, PR 00783 | Lugar: A/OS SERVICIO LEY 91 | Concesiones: 0 | 39 + 99 |
| | Titulo: Pensionado | Pct. Adcl.: | |
| SS: XXX-XX-6526 | Sueldo: $2,702.50 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
| --- | --- | --- | --- | --- | --- |
| Pago de Salarios Regulares | | | 1,351.25 | 172.50 | 2,702.50 |
| Total: | | | 1,351.25 | 172.50 | 2,702.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-First Medical Health Plan | 62.00 | 124.00 |
| AS-ASOC E P A | 6.00 | 12.00 |
| Ahorros-AEELA | 40.54 | 81.08 |
| Total: | 108.54 | 217.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-First Medical Health Plan | 100.00 | 100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
| --- | --- | --- | --- | --- |
| Corriente: | 1,351.25 | 0.00 | 108.54 | 1,242.71 |
| Acumulado: | 2,702.50 | 0.00 | 217.08 | 2,485.42 |

### PTO HORAS ACUM

| | |
| --- | --- |
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
| --- | --- |
| Aviso #5829560 | 1,242.71 |
| Total: | 1,242.71 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5829560

Cant. Desposito: $1,242.71

A la
Cuenta(s) De

MARIA S RIVERA RIVERA
PO BOX 893
COROZAL, PR 00783

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Checking | | $1,242.71 |
| Total: | | $1,242.71 |

NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA S. RIVERA RIVERA |
| Seguro Social | : | -6526 |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL II |
| Distrito Escolar | : | COROZAL |
| Sueldo Mensual | : | $3,795.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de septiembre de 2009 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 30 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Rivera, Maria S. | 149400 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Rivera, Maria S. | 149400 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**