Maria S. Rivera Rivera
Box 893
Corozal, P.R. 00783





RETURN RECEIPT
REQUESTED

2020 FEB -7 PM 5:18
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

Clerks Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767