# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria S. Rivera Rivera**, con número de seguro social que termina en 6526.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | I de octubre de 2009. |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 1 sem., 1 días |
| Pensión mensual Inicial | $2,702.50 |
| Pensión Mensual Actual | $2,705.50 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 16-jun-09
Fecha Vencimiento: 5-nov-09

Núm de Caso: 09-46

## INFORME RENTA ANUAL VITALICIA

**RIVERA RIVERA MARIA S.** — Seguro Social: 6526 — Sexo: ☑ Femenino ☐ Masculino
Apellido Paterno, Materno, Nombre e Inicial

Fecha Nacimiento (Mes-Día-Año)

Categoría y Pueblo: DIC ESC. ELEM. II - COROZAL
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: PO BOX 893
COROZAL, PR 00783

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 55 Años 9 Meses 24 Días | 30 Años 0 Meses 1 Sem 1 Días | $ 65,671.12 | $ 2,702.50 | $ 32,430.00 |

Fecha de Renuncia: 30-sep-09
Último Día de Pago: 30-sep-09
Fecha Efectividad Pensión: 1-oct-09
Cierre de Nómina: 27-oct-09
Fecha Primer Pago Pensión: 15-Nov-09
Importe $ 2,702.50
Pago Global Retroactivo Desde 1-oct-09 Hasta 31-oct-09 Importe Total $ 2,702.50

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 2,702.50 | $ 2,702.50 |
| Menos Descuentos: Préstamos: | Descuento | Descuento |
| Personal (PP) Clave 47-000 | - | - |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | - | - |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 2,702.50 | $ 2,702.50 |

PAGADO — OCT 27 2009

Bonos:
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.
JORGE I. ROHENA GOTAY — Nombre del Empleado — Firma — Fecha: 13-oct-2009
NORMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — Fecha: 15/oct/09

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
OCT 15 2009
NOMBRE / FIRMA: Bledout

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: IVONNE ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma — Fecha: 17-oct-09

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes 11 ☑ 1ra ☐ 2da
Nombre Empleado: Myrna Rodriguez — Firma — Fecha: 20/oct/09

Nómina Pago Global Mes Nov ☑ 1ra ☐ 2da ☐ Off Cycle ☑ Pay-Line
Nombre Empleado: Alice — Firma — Fecha

Juan Agosto Castro — Nombre Supervisor — Firma — Fecha: 12-noviembre-2009

Conservación: Seis años o una Intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| Núm de Caso | 0946 |
|---|---|

| Fecha Radicación | 16-jun-09 |
|---|---|
| Fecha Vencimiento | 5-nov-09 |

Página 2

RIVERA RIVERA MARIA S.
Apellido Paterno, Materno, Nombre e Inicial

-6526 — Seguro Social

Fecha Nacimiento (Mes-Día-Año)

DIC ESC. ELEM. II - COROZAL
Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $10,810.00 / 3 = $3,603.33 x 75.0% = - x 0.000 = $2,702.50
   Sueldos más altos / años / Promedio Sueldos / Por Ciento

B. Ajuste de 0%  $ - x 0% = $ -

C. Pensión Ajustada  $ - x 12 = $ -

**APORTACION INDIVIDUAL** 0%
$ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 6 | 0 | 20 | $3,545.00 | $21,270.00 | | Efectividad Pensión | 2009 | 10 | 1 |
| 6 | 0 | 20 | $3,645.00 | $21,870.00 | | Nacimiento | 1953 | 12 | 7 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $3,595.00 | Edad al Retirarse | 55 | 9 | 24 |
| 12 | 0 | 20 | $3,795.00 | $45,540.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $3,795.00 | Semanas 0 x 5 = - | | | |
| | | | | | | Días 0 x 1 = - | | | |
| | | | | | | | | | 0.0000 |
| 3 | 0 | 20 | $3,795.00 | $11,385.00 | | | | | |
| 9 | 0 | 20 | $3,295.00 | $29,655.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $3,420.00 | Meses 0 x 30 = - | | | |
| | | | | | | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | **DATOS APORTACION 9%** | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma   Fecha | | | |

Sueldo Total para Promedio: $129,720.00    $10,810.00

Revisado por:
Nombre
Firma   Fecha

**Servicios Acreditados**

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | | 1 | 1 |

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2020 | Aviso #: | 5572610 |
| | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| MARIA S RIVERA RIVERA | # Empleado: | XXXXX6526 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 893 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| COROZAL, PR 00783 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-6526 | Sueldo: | $2,702.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,351.25 | 82.50 | 1,351.25 | | | |
| Total: | | | 1,351.25 | 82.50 | 1,351.25 | Total: | 0.00 | 0.00 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SM-First Medical Health Plan | 62.00 | 62.00 | | | |
| | | | AS-ASOC E P A | 6.00 | 6.00 | | | |
| | | | Ahorros-AEELA | 40.54 | 40.54 | | | |
| Total: | 0.00 | 0.00 | Total: | 108.54 | 108.54 | * Tributable | | |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,351.25 | | 0.00 | 108.54 | 1,242.71 |
| Acumulado: | 1,351.25 | | 0.00 | 108.54 | 1,242.71 |

| PTO HORAS | ACOM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5572610 | 1,242.71 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 1,242.71 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/15/2020

Aviso No.  
5572610

Cant. Desposito: __$1,242.71__

A la  
Cuenta(s) De

MARIA S RIVERA RIVERA  
PO BOX 893  
COROZAL, PR 00783

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $1,242.71 |
| Total: | | $1,242.71 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2020 |
| Hasta: | 01/31/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5829560 |
| Fecha Aviso: | 01/30/2020 |

MARIA S RIVERA RIVERA
PO BOX 893
COROZAL, PR  00783

SS:   XXX-XX-6526

| | |
|---|---|
| # Empleado: | XXXXX6526 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,702.50 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,351.25 | 172.50 | 2,702.50 |
| **Total:** | | | 1,351.25 | 172.50 | 2,702.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.00 | 124.00 |
| AS-ASOC  E P A | 6.00 | 12.00 |
| Ahorros-AEELA | 40.54 | 81.08 |
| **Total:** | 108.54 | 217.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,351.25 | 0.00 | 108.54 | 1,242.71 |
| Acumulado: | 2,702.50 | 0.00 | 217.08 | 2,485.42 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5829560 | 1,242.71 |
| **Total:** | 1,242.71 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5829560

Cant. Desposito:  __$1,242.71__

A la
Cuenta(s) De

MARIA S RIVERA RIVERA
PO BOX 893
COROZAL, PR  00783

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,242.71 |
| **Total:** | | $1,242.71 |

## NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA S. RIVERA RIVERA |
| Seguro Social | : | 6526 |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL II |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $3,795.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de septiembre de 2009 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 30 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Rivera, Maria S. | 148004 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Rivera, Maria S. | 148004 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**