Maria S. Rivera Rivera
Box 893
Corozal, P.R. 00783


CERTIFIED MAIL
7007 0710 0004 8774 4376





U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
FEB 06, 20
AMOUNT
$7.80
R2303S101697-08

RETURN RECEIPT
REQUESTED

2020 FEB -7 PM 5:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerks Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767