## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### FOURTH NOTICE OF (A) ADJOURNMENT AS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED SCHEDULES FOR THE EIGHTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

To the Honorable United States District Judge Laura Taylor Swain:

1.      Pursuant to notice, scheduled for hearing on December 11, 2019 were various objections to proofs of claim (collectively, the "Eightieth Omnibus Objection") filed against the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

2.      Since the filing of the Eightieth Omnibus Objection, the Debtors have received

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

additional supplemental mailings submitted by claimants subject thereto.  In order to review these additional supplemental mailings, and in particular, to evaluate whether such claimants shall be transferred into the administrative reconciliation process, by notices dated December 6, 2019 [ECF No. 9459], January 9, 2020 [ECF No. 9761], and January 24, 2020 [ECF No. 10381] the Debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth, HTA and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] adjourned the hearing on the Eightieth Omnibus Objection to the March 4, 2020 omnibus hearing (the "March Hearing") solely with respect to the claims identified therein.  In light of additional supplemental mailings received, the Debtors hereby further adjourn the hearing on the Eightieth Omnibus Objection to the March Hearing, solely with respect to Proofs of Claim Nos. 13397 and 32148.

3.      The Debtors respectfully submit as Attachment 1 hereto a revised proposed order on the Eightieth Omnibus Objection, and accompanying amended schedules of claims to be disallowed and claims subject to adjournment.

Dated: February 10, 2020                              Respectfully submitted,
       San Juan, Puerto Rico

                                                     /s/ *Hermann D. Bauer*
                                                     Hermann D. Bauer
                                                     USDC No. 215205
                                                     Carla García Benítez
                                                     USDC No. 203708
                                                     **O'NEILL & BORGES LLC**
                                                     250 Muñoz Rivera Ave., Suite 800
                                                     San Juan, PR 00918-1813
                                                     Tel:  (787) 764-8181
                                                     Fax:  (787) 753-8944

                                                     *Attorneys for the Financial Oversight and
                                                     Management Board for Puerto Rico, as*

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight
and Management Board for the Puerto Rico,
as representative for the Commonwealth,
HTA, and ERS*