# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**FOURTH NOTICE OF (A) ADJOURNMENT AS TO CERTAIN CLAIMS, (B) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (C) SUBMISSION OF AMENDED SCHEDULES FOR THE EIGHTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

1.　Pursuant to notice, scheduled for hearing on December 11, 2019 were various objections to proofs of claim (collectively, the "Eighty-First Omnibus Objection") filed against the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Since the filing of the Eighty-First Omnibus Objection, the Debtors have received additional supplemental mailings submitted by claimants subject thereto. In order to review these additional supplemental mailings, and in particular, to evaluate whether such claimants shall be transferred into the administrative reconciliation process, by notices dated December 6, 2019 [ECF No. 9461], January 9, 2020 [ECF No. 9762], and January 24, 2020 [ECF No. 10382] the Debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] adjourned the hearing on the Eighty-First Omnibus Objection to the March 4, 2020 omnibus hearing (the "March Hearing") solely with respect to the claims identified therein. In light of additional supplemental mailings received, the Debtors hereby further adjourn the hearing on the Eighty-First Omnibus Objection to the March Hearing, solely with respect to the following claims: Proofs of Claim Nos. 127988 and 38891.

3. Furthermore, the Debtors respectfully withdraw, without prejudice, their objection to Proof of Claim No. 137385.

4. The Debtors respectfully submit as Attachment 1 hereto a revised proposed order on the Eighty-First Omnibus Objection, and accompanying amended schedules of claims to be disallowed and claims subject to adjournment.

Dated: February 10, 2020
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, and ERS*