## Eighty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FLORES DEL VALLE, MERCEDES<br>URB IDAMARIS GARDENS CALLE MYRNA DELGADO J8<br>CAGUAS, PR 00725 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138858 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | FLORES ROSELLO, MARIA DE F<br>HC 2 BOX 4785<br>COAMO, PR 00769-9614 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37740 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | FUENTES GONZALEZ, VILMA<br>PO BOX 825<br>AGUADILLA, PR 00602 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22271 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | FUENTES GUTIERREZ, SONIA I<br>4219 SANDHILL CRANE TERRACE<br>MIDDLEBURG, FL 32068 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57077 | $ 10,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | GALAN CRESPO, CARMEN I.<br>NOLLA<br>1 CALLE BENIGNO NAVAS<br>ARECIBO, PR 00612 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49036 | $ 10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | GARCES O'NEILL, GABINO E.<br>HC 02 BOX 11439<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89082 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | GARCÍA APONTE, NANETTE J<br>URB. MONTE VERDE CALLE MONTE ARARAT<br>#510<br>MANATÍ, PR 00674 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69047 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | GARCIA CRUZ, ANIDXA Y.<br>PO BOX 901<br>HATILLO, PR 00659 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51068 | $ 21,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GARCIA CRUZ, LUZ V<br>HC 03 BUZON 18326<br>RIO GRANDE, PR 00745 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69672 | $ 15,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GARCIA IRIZARRY, JOHANNA<br>HC-02 BOX 5210<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77936 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | GARCÍA RODRÍGUEZ, MARTA<br>HC-07 BOX 35862<br>CAGUAS, PR 00727-9340 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48219 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | GARCIA, ANGELA<br>HC 05 BOX 5802<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70059 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | GIBOYEAUX VALENTIN , AMALIA<br>HC80 BOX 8324<br>DORADO, PR 00646 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55413 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GIERBOLINI ALVARADO, AGNERIS<br>2019 MASSIMO DR<br>CREEDMOOR, NC 27522 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54550 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

# Eighty-Sixth Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | GIERBOLINI ALVARADO, GLENDA I<br>P.O. BOX 557<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57055 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | GIERBOLINI HOYOS , OCTAVIO H.<br>P.O. BOX 557<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54573 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | GONZALES ORTIZ, EDWIN<br>NUM 433 PASEO RUISESSOR<br>COTO LAUREL, PR 00780-2407 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126966 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | GONZALEZ ACEVEDO, ROSA IVETTET<br>PO BOX 2233<br>SAN SEBASTIAN, PR 00685 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90061 | $ 20,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | GONZÁLEZ ALVAREZ, RAMONITA<br>URB. SANTA ELENA<br>CALLE NOGAL # E 10<br>GUAYANILLA, PR 00656 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50282 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | GONZÁLEZ ALVAREZ, RAMONITA<br>URB. SANTA ELENA<br>CALLE NOGAL # E-10<br>GUAYANILLA, PR 00656 | 6/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 45358 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 21 | GONZALEZ CARRERO, NANCY I.<br>E 39 - CALLE - 7 URB. COLINAS DEL OESTE<br>HORMIGUEROS, PR 00660 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155135 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

# Eighty-Sixth Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | GONZALEZ GARCIA, ELBA<br>URB. JARDINES DEL MAMEY CALLE 7 I-5<br>PATILLAS, PR 00723 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71885 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 23 | GONZALEZ MAYSONET, MIGUEL A<br>1169 CALLE ESMERALDA<br>BARCELONETA, PR 00617 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65313 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 24 | GONZALEZ MENDOZA, LESLIE<br>URB. SAN AGUSTIN<br>113 CALLE SAN BRUNO<br>VEGA BAJA, PR 00693 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52970 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 25 | GONZALEZ NEGRÓN, BLANCA I.<br>P.O. BOX 1181<br>LARES, PR 00669 | 7/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68608 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 26 | GONZALEZ ORTIZ, EDWIN<br>433 PASEO RUISENOR<br>COTO LAUREL<br>PONCE, PR 00780-2407 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123788 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 27 | GONZALEZ RIVERA, ENRIQUE<br>BDA. MARIN CALLE 5 170-A<br>GUAYAMA, PR 00784 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58573 | $ 50,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 28 | GONZALEZ RIVERA, JAMES A.<br>BDA MARIN<br>CALLE 5 170 A<br>GUAYAMA, PR 00784 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47998 | $ 50,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | GONZALEZ RODRIGUEZ, JUANA<br>CALLE 27 II 10<br>SANTA JUANITA BAYAMON<br>BAYAMON RICO, PR 00956 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79322 | $ 12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | GONZALEZ SANTIAGO, PEDRO A.<br>#53 NEMESIA ARROYO<br>MAYAGUEZ, PR 00680 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159197 | $ 10,200.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | GONZALEZ VELEZ, JOSE B<br>PO BOX 512<br>LARES, PR 00669 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56134 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | GUEVAREZ FERNANDEZ, YOLANDA<br>RR2 BOX 6078<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65348 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | GUEVAREZ FERNANDEZ, YOLANDA<br>RR2 BOX 6078<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69325 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | HEREDIA RODRIGUEZ, AWILDA<br>SALOMÓN 837 COUNTRY CLUB<br>SAN JUAN, PR 00924 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89054 | $ 70,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | HERIBERTO RIOS CRUZ<br>PO BOX 752<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167213 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | HERNÁDEZ TORRES, AIXA M.<br>HC02 BOX 43427<br>VEGA BAJA, PR 00693-9617 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42773 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | HERNANDEZ CUEVAS, MYRNA<br>PO BOX 5000<br>PMB 548<br>CAMUY, PR 00627 | 7/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153941 | $ 69,984.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | HERNANDEZ ESTRADA, JUSTINA V.<br>HC 02 BZN 21541<br>BO SALTOS II<br>SAN SEBASTIAN, PR 00685 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156208 | $ 8,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | HERNANDEZ ESTRADA, JUSTINA V.<br>HC 2 BZN 21541<br>BO SALTOS II<br>SAN SEBASTIAN, PR 00685 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139367 | $ 15,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | HERNANDEZ MONTERO, LISBETH<br>URB. GLENVIEW GARDENS<br>CALLE ESCOCIA #B28<br>PONCE, PR 00730 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66094 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | HERNANDEZ MONTERO, LISBETH<br>URB. GLENVIEW GARDENS<br>CALLE ESCOCIA #B28<br>PONCE, PR 00730 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67417 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | HERNÁNDEZ MONTERO, LISBETH<br>URB. GLENVIEW GARDENS<br>CALLE ESCOCIA # B28<br>PONCE, PR 00730 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68285 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | HERNANDEZ PEREZ, MARITZA<br>HC04, BOX 15790, BO CACAO<br>CAROLINA, PR 00987 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57150 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | HERNANDEZ REY, LILLIAN<br>#5 RAMON MEDINA<br>MOCA, PR 00676 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157502 | $ 8,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | HERNANDEZ SANTIAGO , LILLIAM<br>URB. LOS CAOBOS ACEITILLO 605<br>PONCE, PR 00716-2602 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50076 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | HERNANDEZ SANTIAGO, WILLIAM<br>HC 06 BOX 40011<br>PONCE, PR 00731 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39643 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | HERNANDEZ SANTIAGO, WILLIAM<br>HC 06 BOX 40011<br>PONCE, PR 00731 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42324 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | HERNANDEZ SANTIAGO, WILLIAM<br>HC 06 BOX 40011<br>PONCE, PR 00731 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50124 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Sixth Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | HEVIA COLON, LUZ MINERVA<br>URB. LA HACIENDA<br>C-14 CALLE B<br>COMERIO, PR 00782 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158213 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | HUERTAS RIVERA, MARIA R<br>1169 CALLE ESMERALDA<br>BARCELONETA, PR 00617 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62840 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | ILARRAZA, CARMEN CAMACHO<br>HC. 46 BOX 5752<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63987 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | INFANTE RIOS, EVELYN<br>PO BOX 492<br>LAJAS, PR 00667 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37252 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | IRIS MARTINEZ, ANA<br>HC3 BOX 26851<br>LAJAS, PR 00667 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157734 | $ 45,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | IRIZARRY ORTIZ, JUDITH<br>URB. MIRAFLORES<br>CALLE 32 26 - 6<br>BAYAMON, PR 00957 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67638 | $ 14,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | IRIZARRY ORTIZ, JUDITH<br>URB. MIRAFLORES<br>CALLE 32 26 - 6<br>BAYAMON, PR 00957 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67430 | $ 1,200.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Sixth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | IRIZARRY SINIGAGLIA, MIGDALIA<br>CALLE SANTONI G-8<br>URB. SAN AUGUSTO<br>GUAYANILLA, PR 00656 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49479 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | IRIZARRY SINIGAGLIA, MIGDALIA<br>CALLE SANTONI G-8<br>URB. SAN AUGUSTO<br>GUAYANILLA, PR 00656 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39270 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 432,384.00* |
|---|---|---|---|---|---|---|