**Prime Clerk** Commonwealth of ...

MENU

case info / claims

+ Case Navigation

+ Quick Links

Velez Crespo, Eduardo          advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | |
| Claim # | 27235 |
| Filed Date | 05/25/2018 |
| Creditor Name | Velez Crespo, Eduardo |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $360,000.00 |
| Schedule | 1116819 |
| Claim # | 27189 |
| Filed Date | 05/25/2018 |
| Creditor Name | VELEZ CRESPO, EDUARDO |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $93,350.04 |

« ‹ Page 1 of 1 » ›

terms of use   privacy notice   team          © 2019 Prime Clerk. All rights reserved.



## CERTIFICACION DE EMPLEO

Certifico que la **Sr. Eduardo Vélez Crespo,** es empleado del Departamento de la Familia desde el 7 de septiembre de 2000.

Ocupa el puesto de Oficinista IV con estatus de Regular. Devenga un sueldo de $3,192.00 mensual.

Esta certificación se expide a petición del señor Vélez, hoy 16 de enero de 2020, conforme a Récord de Servicios del empleado.

Carmín Rodríguez Negrón
Secretaria Auxiliar Interina

evc

Edif. Roosevelt Plaza 185 ● PO Box 11398, San Juan, PR 00910-1398 ● 787.294-4900 ext.1010
Administración Correspondiente ● Oficina de Procedencia ● Programa