EDUARDO VELEZ CRESPO
URB CAPARRA HEIGHTS
1471 CALLE EDEN
SAN JUAN PR 00920

SAN JUAN PR 009
05 FEB 2020 PM 1 L

2020 FEB -7 PM 5:11
RECEIVED & FILED

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

00918@1703 C018