# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :          Title III
                                                          :
        as representative of                              :          Case No. 17-BK-3283
                                                          :          (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                :          (Jointly Administered)
                                                          :
        Debtors.[1]                                       :
------------------------------------------------------------------------ x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Winnie Wu, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that on Febuary 3, 2020, I caused to be served the following document by sending a true and correct copy by e-mail on the parties listed on Exhibit A.  In addition, a true and correct copy of the following document was electronically served via the CM/ECF system on all counsel of record.  On Febuary 4, 2020, I caused to be severed the following document by sending a true and accurate copy by first class mail on the parties listed on Exhibit B.

- Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors **[Case No. 17-3283, Docket No. 10638].**

Dated: Febuary 11, 2020

                                        */s/Winnie Wu*
                                        Winnie Wu

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:  3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

## EXHIBIT A
Via E-mail

**Aurelius Capital Management, LP**
**Aurelius Opportunities Fund, LLC**
Attn: Dan Gropper
dgropper@aurelius-capital.com
ldowling@aurelius-capital.com
ops@aurelius-capital.com

**Autonomy Master Fund Limited**
**c/o Autonomy Americas LLC**
Attn: Ben Berkowitz
bberkowitz@autonomycapital.com

**Brigade Capital Management, LP**
Attn: Patrick Criscillo
operations@brigadecapital.com

**Canyon Capital Advisors LLC**
legal@canyonpartners.com

**Davidson Kempner Capital Management LP**
Attn: T. Troyer
Ttroyer@dkpartners.com

**Fir Tree Partners**
Attn: Operations Department
operations@firtree.com

**GoldenTree Asset Management LP**
Attn: Peter B. Alderman
legalgroup@goldentree.com

**Mason Capital Management, LLC**
masonops@masoncap.com

**Silver Point Capital Fund, L.P.**
**Silver Point Capital, L.P.**
creditadmin@silverpointcapital.com
feds@silverpointcapital.com

**Davidson Kempner Capital Management LP**
Attn: T. Troyer
Ttroyer@dkpartners.com

**Brigade Capital Management, LP**
Attn: Patrick Criscillo
operations@brigadecapital.com

**OZ Management LP**
**Attn: Jason Abbruzzese**
Jason.abbruzzese@ozm.com

**Davidson Kempner Capital Management LP**
Attn: T. Troyer
Ttroyer@dkpartners.com

**Monarch Alternative Capital LP**
Attn: Michael Kelly
michael.kelly@monarclp.com
legalteam@monarchlp.com
fundops@monarchlp.com

Leigh R. Fraser
**Ropes & Gray LLC**
leigh.fraser@ropesgray.com

-2-

Kevin Lyons, Esq.
Terence Workman, Esq.
Daniel Weinberg
**Assured Guaranty Corp**
klyons@agltd.com
tworkman@agltel.com
dweinberg@agltd.com

**Assured Guaranty Corp**
Kevin Lyons, Esq.
Terence Workman, Esq.
Daniel Weinberg
klyons@agltd.com
tworkman@agltel.com
dweinberg@agltd.com
**Ben Berkowitz**
**c/o Autonomy Americas LLC**
**bberkowitz@autonomycapital.com**

**Brigade Capital Management, LP**
**Patrick Criscillo**
**operations@brigadecapital.com**

**Cooperativa de Ahorro y Crédito de Aguada**
Angel L. Aviles Gonzalez
aaviles@coopaguada.com
**Financial Guaranty Insurance Company**
Derek Donnelly
derek.donnelly@fgic.com

**LMAP 903 Limited**
Robyn Huffman

rhuffman@fundamental .com

**Mason Capital Master Fund, L.P.**
John Grizzetti
masonops@masoncap.com

**MCP Holdings Master LP**
Michael Kelly
Michael.kelly@monarchip.com

**Monarch Capital Master Partners III LP**
**Monarch Debt Recovery Master Fund Ltd**
**Monarch Special Opportunities Master Fund Ltd.**
Michael Kelly
Michael.kelly@monarchip.com

**National Public Finance Guarantee Corporation**
Legal Department
c/o Gary Saunders
**gary.saunders@mbia.com**

**The Canyon Value Realization Master Fund, L.P.**
Natasha Johnson
**legal@canyonpartners.com**

**Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.**
James W. Lundy, Jr., General Counsel
Syncora Guarantee Inc.
james.lundy@scafg.com

**The Bank Of New York Mellon, as Trustee for PRIFA Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015**
**U.S. Bank Trust National Association and U.S. Bank National Association, as Fiscal Agent for PBA Bonds**
Alex T. Chang

alex.chang@bnymellon.com

## **EXHIBIT B**
Via First Class Mail

**Autonomy Capital LP**
7-9 Conway Street
Conway House, 2nd Floor
Saint Helier, Jersey JE2 3NT

**Brigade Capital Management, LP**
Attn: Patrick Criscillo
399 Park Avenue, 16th Floor
New York, NY 10022

**Candlewood Investment Group, LP**
777 Third Avenue
Suite 19B
New York, NY 10017

**Fir Tree Partners**
Attn: Operations Department
55 West 46th Street
29th Floor
New York, NY 10036

**First Pacific Advisors, LLC**
11601 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025

**Emso Asset Management Limited**
21 Grosvenor Place
London SW1X 7HN

**BlackRock Financial Management, Inc.**
40 East 52nd Street
New York, NY 10022

**Deutsche Bank Securities, Inc.**
60 Wall Street
Floor 3
New York, NY 10005

**VR Advisory Services, Ltd.**
300 Park Avenue
16th Floor
New York, NY 10022

**Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC**
**Brookfield Place**
250 Vesey Street, 15th Floor
New York, NY 10281

**GoldenTree Asset Management LP**
Attn: Peter B. Alderman
300 Park Avenue 20th Floor
New York, NY 10022

**Puerto Rico AAA Portfolio Target Maturity Fund, Inc.**
Attn: General Counsel
American International Plaza Building
250 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

**Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC**
**Brookfield Place**
250 Vesey Street, 15th Floor

New York, NY 10281

**Warlander Asset Management, LP**
250 West 55th Street, 33rd Floor
New York, NY 10019

**Constellation Capital Management, LLC**
509 Madison Avenue, Suite 708
New York, NY 10022

**Solus Alternative Asset Management LP**
410 Park Avenue 11th Floor
New York, NY 10022

**Nuveen Asset Management, LLC**
333 W Wacker Dr. Chicago, IL 60606

**Invesco Advisers, Inc.**
350 Linden Oaks, Rochester, NY 14625

**Aristeia Capital, L.L.C.**
One Greenwich Plaza 3rd Floor
Greenwich, CT 06830

**Redwood Master Fund, Ltd.**
910 Sylvan Avenue
Englewood Cliffs, NJ 07632

**Eric P. Heichel**
Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue
New York, NY 10022

**Whitebox Advisors LLC (on behalf of its participating clients)**
3033 Excelsior Boulevard
Suite 300
Minneapolis, MN 55416

**Taconic Capital Advisors L.P. (on behalf of funds under management)**
280 Park Avenue
5th Floor
New York, NY 10017

**Canyon Capital Advisors LLC (on behalf of its participating clients)**
2000 Avenue of the Stars
11th Floor
Los Angeles, CA 90067

**GoldenTree Asset Management LP (on behalf of its participating clients)**
300 Park Avenue 20th Floor
New York, NY 10022

**Tilden Park Capital Management LP (on behalf of its participating clients)**
452 5th Ave,
28th Floor
New York, NY 10018

**Santander Asset Management, LLC, on behalf of funds and/or accounts managed or advised by it.**
GAM Tower
2nd Floor
2 Tabonuco Street
Guaynabo, PR 06968

**OppenheimerFunds, Inc., on behalf of funds and/or accounts managed or advised by it.**
350 Linden Oaks,
Rochester, NY 14625

**The Depository Trust Company**
55 Water St., 50th Floor
New York, NY 10041

**Dan Gropper**
**c/o Aurelius Capital Mgmt., LP**
535 Madison Avenue, 22nd Fl.
New York, NY 10022

**Candlewood Constellation SPC Ltd**
**Puerto Rico SP**
777 Third Avenue, Suite 19B
New York, NY 10017

**Don McCarthy**
**c/o Fir Tree Capital management, LP**
55 West 46th Street, 29th Fl.
New York, NY 10036

**Trustee**
**c/o Popular Fiduciary Services Popular Center**
North Building #209
Munoz Rivera, Ave.,
2nd Level,
Hato Rey, PR 00918