29 de enero de 2020



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | **This filing relates to the Commonwealth, HTA, and ERS** |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número de Reclamación (**28211**) "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mi Número de Reclamación (**28223**) "COMMONWEALTH OF PUERTO RICO". Le solicito adjunten esta comunicación de algún expediente que tengan con mis documentos que les fueron enviados y mi reclamación.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Bernardo Acevedo Gonzalez
Condominio Jardines de Altamesa
1 Ave. San Alfonso Apt. A-17
San Juan, Puerto Rico 00921-4654
Teléfono: 787-664-0945
Correo Electrónico: merlinwarlock6666@gmail.com