# Commonwealth of Puerto Rico

Case No. 17-03283

case info  /  **claims**

+ Case Navigation

+ Quick Links

| Acevedo Gonzalez, | advanced ⇌ | 🔍 |
|---|---|---|

« ‹ Page 1 of 2 » ›

| Schedule | |
|---|---|
| Claim # | 45140 |
| Filed Date | 05/30/2018 |
| Creditor Name | Acevedo Gonzalez, Angel V. |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $0.00 |

| Schedule | |
|---|---|
| Claim # | 28223 |
| Filed Date | 05/22/2018 |
| Creditor Name | Acevedo Gonzalez, Bernardo |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $475,200.00 |

| Schedule | |
|---|---|
| Claim # | 28211 |
| Filed Date | 05/22/2018 |
| Creditor Name | Acevedo Gonzalez, Bernardo |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $115,682.64 |

| Schedule | |
|---|---|
| Claim # | 15413 |
| Filed Date | 05/15/2018 |
| Creditor Name | Acevedo Gonzalez, Carlos L. |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $3,500,000.00 |

**Prime Clerk**    Commonwealth of ...

MENU

| Claim # | |
|---|---|
| Filed Date | 05/15/2018 |