BERNARDO ACEVEDO GONZALEZ
COND JARDINES DE ALTAMESA
1 AVE SAN ALFONSO APT A-17
SAN JUAN PR 00921-4654

SAN JUAN PR 009

05 FEB 2020 PM 1 L

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

00918$1703 C018