

Contact 844.822.9231    Client Login

# Commonwealth of Puerto Rico (17-03283)  CHANGE CASE

Case Info    Docket    **Claims**    Submit a Claim    Presentar un reclamo    Submit Inquiry

Master Claims Filter

Search Docket    Search Claim

🔍 Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| | 830 | 03/05/2018 | National Union Fire Insurance Co of Pittsburgh, Pa. on behalf of the entities listed on exhibit A | Commonwealth of Puerto Rico | $ 737,504.48 |
| 763638 | 28484 | 05/29/2018 | NATIONWIDE JANITORIAL SERVS INC | Commonwealth of Puerto Rico | $ 6,894.00 |
| 667943 | 14407 | 05/09/2018 | NATIVIDAD ARZUAGA ROSA | Commonwealth of Puerto Rico | $ 82,233.77 |
| | 3058 | 03/16/2018 | Nauditt, David W. | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 9,888.55 |
| | 11170 | 05/14/2018 | Nauman, Alice | Puerto Rico Electric Power Authority | $ 20,000.00 |
| | 8131 | 04/24/2018 | Naváez Gonzalez, Felix M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| | 38011 | 05/29/2018 | Navarez Alvarez, Jose R | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000.00 |
| | 8764 | 05/04/2018 | Navarrete Ortiz, Priscilla | Commonwealth of Puerto Rico | $ 66,795.89 |
| 367136 | 24197 | 05/24/2018 | NAVARRO ALVAREZ, ALEXIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 367137 | 25598 | 05/24/2018 | NAVARRO ALVAREZ, ALEXIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 983837 | 25564 | 05/24/2018 | Navarro Alvarez, Alexis | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 374475 | 28656 | 05/24/2018 | Navarro Alvarez, Alexis | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 252178 | 40699 | 05/30/2018 | NAVARRO BELTRAN, EVELYN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 53,986.42 |
| 210810 | 27929 | 05/25/2018 | NAVARRO CALDERON, ALFREDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 983858 | 25634 | 05/25/2018 | Navarro Calderon, Alfredo J | Commonwealth of Puerto Rico | $ 0.00 |
| 983859 | 29152 | 05/22/2018 | NAVARRO CANCEL, IVELISSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 128,147.40 |
| 270948 | 28171 | 05/22/2018 | NAVARRO CANCEL, IVELISSE | Commonwealth of Puerto Rico | $ 613,800.00 ✓ |

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

Schedule Number

Creditor name

Debtor(s)

Commonwealth of Puerto Rico(17-03283)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from    Date to

Search Claim

Reset