IVELISSE NAVARRO CANCEL
CALLE 34 SO 1686
URB LAS LOMAS
SAN JUAN PR 00921-2434

SAN JUAN PR 009

05 FEB 2020 PM 1 L



2020 FEB -7 PM 5:10
RECEIVED & FILED

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

00918$1703 C018