3 de febrero 2020

Datos de contactos
Inés M. Lugo Santana
Los Caobos Calle Acerola #1021
Ponce P.R. 00716
Tel. 787-548-5703

Epígrafe
Commonwealth of PuertoRico
17 BK 3283-LTS
CENTESIMA PRIMERA OBJECIÓN GLOBAL
71511

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan (Puerto Rico) 00918-1767

Yo Inés M. Lugo Santana, Me opongo a que se dé lugar la objeción Global.

La razón por la que me opongo es por que el Estado Asociado de Puerto Rico, específicamente el Dept. De Educación no me pagó los 150.00 mensuales que por Ley tengo derecho.

La Ley es la #168 desde el 12 de julio de 2004. Se supone fuera efectiva a partir del 1 de octubre del 2004.

Exijo que se me pague ese aumento de 150.00 que postula dicha Ley.

Adjunto la Ley.

Ok:
Inés M. Lugo Santana

Envío evidencia de que trabajé para el Estado Libre Asociado De Puerto Rico, Departamento de Educación.