

# Ley Núm. 168 del año 2004

(P. de la C. 4743), 2004, ley 168

### Para conceder aumento de 150 dólares a los empleados públicos
### LEY NÚM. 168 DEL 12 DE JULIO DE 2004

Para conceder un aumento de sueldo de ciento cincuenta (150) dólares mensuales a empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico.

**EXPOSICION DE MOTIVOS**

Puerto Rico exige mejores servicios gubernamentales y demanda mayor eficiencia y productividad. La consecución de este reclamo social requiere empleados motivados y comprometidos con el desarrollo económico. Los empleados públicos han sido y son los principales ejecutores de los servicios gubernamentales y de las obras de infraestructura esenciales para el beneficio y bienestar de todo el pueblo de Puerto Rico.

Esta Administración, sensible a las necesidades del pueblo y de sus empleados, ha logrado identificar fondos para conceder los aumentos de salarios más abarcadores en la historia laboral del servicio público, sin necesidad de recurrir a la implantación de planes de cesantías. Muchas agencias han logrado hacer economías y facilitar procesos con la colaboración de sus servidores públicos.

En reconocimiento a la labor que realizan nuestros empleados públicos y a la importancia que tiene para esta Administración, los servicios que prestan a las familias puertorriqueñas directa o indirectamente, se provee para un aumento salarial de ciento cincuenta (150) dólares a partir del 1 de octubre de 2004 a todos los empleados públicos que no están cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, y para los que si lo están pero no tienen convenios negociados al 29 de febrero de 2004.

En el caso de los empleados sindicados bajo Ley Núm. 45 de 25 de febrero de 1998, según enmendada, en unidades apropiadas cubiertas por convenios colectivos firmados y vigentes con cláusulas de aumentos de salarios, recibirán este aumento al 1 de julio de 2004. Aquellos que hayan negociado mediante convenio una cantidad menor a la autorizada mediante esta legislación, recibirán la cantidad que sea necesaria para completar e aumento propuesto de cientos cincuenta (150) dólares mensuales en efectivo el 1 de julio de 2004. Por otra parte, aquellos que hubiesen negociado un aumento de salario mayor a los ciento cincuenta (150) dólares mensuales podrán recibir la diferencia siempre que la agencia aporte los costos adicionales que conlleve.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

**Artículo 1.-** Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Ciento cincuenta (150) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de septiembre de 2004 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestasen servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de octubre de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento exceda éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Se dispone que las acciones de personal que se efectúen con posterioridad a la vigencia se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley de Retribución Uniforme y el Reglamento de Retribución Uniforme.

(b) Ciento cincuenta (150) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio estén en servicio activo, y cubiertos por un convenio colectivo bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, vigente y firmado antes del 29 de febrero de 2004. Cuando en un puesto se prestas en servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados a los servicios que no estén en servicio activo al 1 de julio de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aún cuando el empleado esté devengando un sueldo igual o superior al máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Se dispone que las acciones de personal que se efectúen con posterioridad a la vigencia se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley De Retribución Uniforme y el Reglamento de Retribución Uniforme.

**Artículo 2.-**El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellos cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos de salarios, según lo dispuesto en este Artículo.

**Artículo 3.-**Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada del aumento concedido para todos los empleados beneficiarios, según defina la Oficina de Gerencia y Presupuesto. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 31 de octubre de 2004.

**Artículo 4.**-Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) la Rama Judicial; (4) los empleados municipales y/o aquellos que presten servicios a los municipios; (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; y (6) los miembros del Sistema de Rango de la Policía de Puerto Rico.

**Artículo 5.**-El aumento concedido en esta Ley será efectivo el 1 de octubre de 2004, para todos los empleados públicos que no están cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, y para los que, aún estándolo, no tenían un convenio firmado al 29 de febrero de 2004 que tuviera cláusula de aumentos de salarios negociados. El mismo no tendrá el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio, conforme la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley de Retribución Uniforme.

Los empleados sindicados bajo la Ley Núm. 45 de febrero de 1988, según enmendada, en unidades apropiadas cubiertas por convenios colectivos vigentes y firmados, al 29 de febrero de 2004, recibirán este aumento al 1 de julio de 2004. Aquellos que hayan negociado mediante convenio una cantidad menor a la propuesta mediante esta legislación, recibirán la cantidad que sea necesaria para completar el aumento propuesto de ciento cincuenta (150) dólares mensuales efectivo el 1 de julio de 2004.

Por otra parte, aquellos que hubieran negociado un aumento de salario mayor a los ciento cincuenta (150) dólares mensuales, podrán recibir el mismo siempre que la agencia aporte los costos adicionales que conlleve dicho aumento.

**Artículo 6.**-Los sindicatos que representen empleados en unidades apropiadas cubierta por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, cuyos miembros de la unidad apropiada reciban este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2005-2006 y conforme a la Ley Núm. 45 de 25 de febrero de 1998, según enmendada.

**Artículo 7.**-Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedar sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 8.**-Esta Ley comenzará a regir inmediatamente después de su aprobación.

**Nota Importante:** Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

<u>**Presione Aquí para regresar al Menú anterior y seleccionar otra ley.**</u>

---

### ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio

público, a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

## LexJuris de Puerto Rico siempre está bajo construcción.

| Home| Leyes y Jurisprudencia | Información | Agencias | Profesionales | Biografías | Historia | Pueblos de Puerto Rico| Servicios |Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| Ordenanzas | Revista Jurídica |

© 1996-2004 LexJuris de Puerto Rico - Derechos Reservados



Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

9 de febrero de 2007

**Prof. Inés Lugo Santana**

S.S. 6693

Estimado(a) profesor(a): Lugo
De acuerdo con la información disponible al presente en nuestra oficina, usted tiene **cotizado al Sistema aproximadamente:**

| AÑOS | MESES | SEMANAS | DIAS |
|------|-------|---------|------|
| 31   | 1     | 1       | 1.5  |

Al 30 de enero de 2007.

Usted completaría **años de servicios** durante el mes de ------------
Usted recibiría una **pensión aproximada de $1,853.00 a junio 2007**
Usted tendría un descuento de **aportación individual (9%)** de aproximadamente $222.40 **hasta completar el requisito** de treinta años (30) *de* servicio y/o **cincuenta y cinco (55) años de edad**.

**Estos cálculos son preliminares** y están sujetos a verificación final y oficial a la fecha de su retiro. **Esto no es una Certificación Oficial de Retiro.** Cuando se radique oficialmente una solicitud de retiro se le enviará una Certificación final para el referido propósito.

Estos cómputos **no reflejan** el tiempo de cualquier pago total que haya hecho por concepto de Reconocimiento de Tiempo, Transferencia, Reembolso de Aportaciones, o cualquier retiro de aportaciones al Sistema. Tampoco contemplan el retiro de aportaciones que usted haya efectuado.

Cordialmente,

Arlene Hoyos Escalera
Oficial
Sala de Servicios

ahe

Oficina Regional de Ponce