Inés M. Lugo Santana
Los Caobos Calle Acerola
1021 Ponce P.R. 00716

RECEIVED & FILED
2020 FEB -7 PM 5:17
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767