RAMONITA CORREA MEJIAS

CALLE 529 URBANIZACION VILLA CAROLINA

BLOQUE 196 CASA # 37

CAROLINA PR 00985



RECEIVED & FILED
2020 FEB -7 PM 5:22
CLERK'S OFFICE
SAN JUAN, P.

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
FEB 06, 20
AMOUNT
$1.40
R2305K134398-08

SECRETEARIA (CLERCK'S OFFICE)

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

ROOM 150 FEDERAL BUILDING

SAN JUAN PR 00918-1767