# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| *In re* | : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| as representative of | : | Case No. 17-BK-3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | : | **Court Filing Relates Only to PREPA** |
| Debtor. | : | |
| ------------------------------------------------------------ x | : | |
| *In re* | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | PROMESA Title III |
| as representative of | : | Case No. 17-04780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),[*] | : | (Jointly Administered) |
| Debtor. | : | |
| ---------------------------------------------------------- - x | : | |
| CORTLAND CAPITAL MARKET SERVICES LLC, as successor administrative agent for lenders under that certain Credit Agreement, dated as of May 4, 2012, among PREPA, Scotiabank, and the lenders party thereto, and SOLA LTD, SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, and ULTRA NB LLC, | : | PROMESA Title III Adversary Proc. No. 19-00396-LTS |

---

[*] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

|  | : |  |
| --- | --- | --- |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA), PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY (AAFAF), U.S. BANK NATIONAL ASSOCIATION, as successor Trustee under the trust agreement, as amended and supplemented, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, SYNCORA GUARANTEE INC. and AD HOC GROUP OF PREPA BONDHOLDERS, | : | |
| Defendants. | : | |
| ------------------------------------------------------------- | x | |
| SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA, | : | Adversary. Proc. No. 19-00405-LTS |
| Plaintiffs, | : | |
| v. | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, PUERTO RICO ELECTRIC POWER AUTHORITY, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE COMMONWEALTH OF PUERTO RICO, JOHN DOE 1, as the Governor of Puerto Rico, JOHN DOE 2 as the Executive Director of AAFAF and U.S. BANK NATIONAL ASSOCIATION | : | |
| Defendants. | : | |
| ------------------------------------------------------------- | x | |

**[PROPOSED] ORDER GRANTING URGENT MOTION TO ADJOURN
HEARING ON MOTIONS TO DISMISS**

-ii-

Upon consideration of the *Joint Response Of Fuel Line Lenders and Union Entities to Government Parties' Scheduling Motion and Urgent Motion to Adjourn March 4, 2020 Hearing on Bondholders' and Government Parties' Motions To Dismiss Amended Complaints in Adversary Proceedings* (the "Motion to Adjourn"),[1] filed on February 11, 2020, and it appearing that (i) the Court has jurisdiction to consider the Motion to Adjourn and the relief requested therein pursuant to section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"); (ii) venue of this proceeding and the Motion to Adjourn is proper pursuant to section 307 of PROMESA; (iii) notice of the Motion to Adjourn was adequate and proper under the circumstances and no further or other notice need be given:

        IT IS HEREBY ORDERED THAT:

        1.    The Motion to Adjourn is GRANTED to the extent set forth herein.

        2.    The hearing on the Motions to Dismiss[2] in the Adversary Proceedings is adjourned to _____.

        3.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2020

                                                  _____
                                                  Honorable Laura Taylor Swain
                                                  United States District Court Judge

---

[1] Capitalized terms have the same meaning as in the Motion to Adjourn.

[2] Dkts. 54 and 55 in Adv. Pro. No 19-396, Dkts. 35 and 36 in Adv. Pro. No. 19-405.