1 febrero 2020

A quien pueda interesar:

Yo María M. Lenes Rodz. quiero aclarar que esa carta fue que yo la pedí como evidencia para que vieran el día y el año empezé a trabajar. Pues llegó firmada por una supervisora a la quien yo se la pedí para tener la evidencia para ustedes. Gracias por su atención. Espero que forme parte del expediente

att
María M. Lenes Rodz.

RECEIVED & FILED
2020 FEB -7 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.