**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **María M. Torres Rodríguez**, seguro social **XXX-XX-3799**, es empleada **Regular** que ocupa el puesto de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de Santa Isabel. Comenzó a prestar servicios el **9 de agosto de 1988** y devenga un sueldo de **$1,954.34** mensuales.

Dada en San Juan, Puerto Rico, el 14 de enero de 2020, según solicitada por el / la empleado(a).

*Marieliz D. Arroyo Figueroa*
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051

DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.