Maria M. Torres Roc(?)
HC02 Box 4414
Villalba P.R. 00766



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 06, 20
AMOUNT
$1.20
R2305H127764-06

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan P.R. 00918-1767

U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB -7 PM 5: 22

RECEIVED & FILED

Maria M. Torres Rod.
Aco2 Box 4414
Villalba P.R. 00766

RECEIVED & FILED
2020 JAN 23 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (clerk's Office)
Tribunal de Distrito d los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767