Radicación de Replica(objection)

PROMESA TITULO III Num. 17 BK03283-LTS

**Número de reclamación** : 57981

**Nombre**: Migdalia Rivera Nieves

*[signature: Migdalia Rivera Nieves]*

**Dirección Postal**: Avenida Dos Palmas 1168 Levittown Toa Baja, PR 00949

**Dirección Residencial**: Avenida Dos Palmas 1168 Levittown Toa Baja, PR 00949

**Número de Teléfono**:787-627-9508

**Correo Electrónico**: migdalia.rivera@familia.pr.gov

**Epigrafe**: Re: The Financial Oversight and Management Board of Puerto Rico.

**Razón para la Objecion:**

Reclamo por este medio que se me siga incluyendo en la demanda.

**Someto como evidencia los siguientes documentos:**

Certificacion de empleo(Departamento de la Familia)

Estado de Cuenta Estimado( Administracion de los Sistema de Retiro

*[Stamp: INTAKE DROP BOX RECEIVED & FILED 2020 FEB 10 AM 11:10 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR]*