**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

24 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

MIGDALIA RIVERA NIEVES
LEVITTOWN
1168 AVE DOS PALMAS
TOA BAJA, PR 00949

Seguro Social: XXX-XX-X

A base de la información en nuestros registros, al 24 de enero de 2020 usted posee:

**Fecha de Nacimiento:**  
**Género: Femenino**

**Fecha de Ingreso al Servicio Público:** 21 de enero de 1999

**Fecha de Comienzo de Cotización:** 21 de enero de 1999

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 11.04 | Tiempo Trabajado: | 15.04 |
| Aportaciones: | $28,044.87 | Aportaciones: | $44,697.50 |
| Intereses: | $2,626.38 | Intereses: | $7,404.63 |
| Gastos Teneduría: | ($70.02) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $30,671.25 | Total Aportaciones: | $52,102.13 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



22 de enero de 2020

## CERTIFICACION

Certifico que **Migdalia Rivera Nieves**, seguro social **XXX-XX-**____ es empleada del Departamento de la Familia desde el **21 de enero de 1999**. Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Local Toa Baja.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

Edificio Paseo del Parque, Esq. Balances, Centro de Gobierno, Bayamón, PR 00960
Oficina Recursos Humanos, (787) 269-2222, Ext. 6474

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MIGDALIA RIVERA NIEVES**  Seguro Social: XXX-XX-9401
LEVITTOWN
1168 AVE DOS PALMAS
TOA BAJA, PR 00949

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 15.04 |
| Balance de Aportaciones: | $51,336.88 |

Esta certificación fue emitida el 24 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020012446616473

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov