**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICE AND SERVICE OF PAPERS**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Juan A. Cuyar Cobb, Esq., of Fernández Cuyar Rovira & Plá LLC, hereby enters his appearance in Case No. 17 BK 3283-LTS (the "Title III Case") on behalf of American Century Investment Management, Inc. ("ACI"), pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by section 301 of PROMESA, 48 U.S.C. § 2161, and such counsel hereby requests that the name of the undersigned be added to the mailing list maintained by the Clerk of the Court in the Title III Case and that the Clerk and all parties-in-interest in the Title III Case provide all notices and all papers given or required to be given and all notices and all papers served on any party, filed with the Court in the Title III Case or in any case consolidated or administered herewith, or delivered to the Office of the United States Trustee in the Title III Case, be delivered to and served upon:

> Juan A. Cuyar Cobb, Esq.
> Fernández Cuyar Rovira & Plá LLC
> P.O. Box 9023905
> San Juan PR 00902-3905
> Telephone: (787) 977-3772
> Facsimile: (787) 977-3773
> Email: jcc@fclawpr.com

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, papers, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, briefs, affidavits, declarations, hearings, notices of adjournment, answers or replies or similar papers, or requests, presentments, applications, and any other documents brought before this Court with respect to the Title III Case and any proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or electronically, related to the Title III Case, or which otherwise affect or seek to affect the Title III Case and any proceedings therein, all of which shall be sent to the attorney listed above.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notice and Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of ACI of any rights, claims, actions, defenses, setoffs, recoupments, or other remedies to which ACI is or may be entitled under any agreements or at law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

I HEREBY CERTIFY that on this same date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

Dated: February 11, 2020
San Juan, Puerto Rico

**Fernández Cuyar Rovira & Plá LLC**
P.O. Box 9023905
San Juan PR 00902-3905
Telephone: (787) 977-3772
Facsimile: (787) 977-3773
Email: jcc@fccplawpr.com

/s/Juan A. Cuyar Cobb
Juan A. Cuyar Cobb
USDCPR 212401

*Attorneys for ACI*