Radicación de Replica(objection)

PROMESA TITULO III Num. 17 BK03283-LTS

**Número de reclamación** : 70158

**Nombre**: Nancy Soto Ortiz  *Nancy Soto Ortiz*

**Dirección Postal**: HC 03 Box 8573 Dorado, PR 00646.

**Dirección Residencial**: Bo. Espinosa Sector Jacana Calle Luis Padilla #17 Dorado

PR 00646

**Número de Teléfono**:787-390-6584

**Correo Electrónico**: nancysoto967@gmail.com

**Epigrafe**: Re: The Financial Oversight and Management Board of Puerto Rico.

**Razón para la Objecion:**

Reclamo por este medio que se me siga incluyendo en la demanda.

**Someto como evidencia los siguientes documentos:**

Certificacion de empleo(Departamento de la Familia)

Estado de Cuenta Estimado( Administracion de los Sistema de Retiro