

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: NANCY SOTO ORTIZ**                    Seguro Social: XXX-XX-5̶

HC 3 BOX 8573

DORADO, PR 00646

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 28 |
| Balance de Aportaciones: | $58,087.28 |

Esta certificación fue emitida el 23 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020012346607463

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

2020 FEB -7 AM 10:27



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

23 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

NANCY SOTO ORTIZ                                               **Seguro Social: XXX-XX**
HC 3 BOX 8573
DORADO, PR 00646

A base de la información en nuestros registros, al 23 de enero de 2020 usted posee:

**Fecha de Nacimiento:**                                        **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 1989**

**Fecha de Comienzo de Cotización: 01 de julio de 1989**

| *Ley Anterior al 30 de junio de 2013* | | |
|---|---|---|
| Años Acreditados: | 24.00 | |
| Aportaciones: | | $35,205.34 |
| Intereses: | | $9,492.81 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $44,698.15 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|
| Tiempo Trabajado: | 4 | |
| Aportaciones: | | $12,401.77 |
| Intereses: | | $987.36 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $13,389.13 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • 🖥 www.retiro.pr.gov



DEPARTAMENTO DE LA
## FAMILIA
GOBIERNO DE PUERTO RICO

23 de enero de 2020

## CERTIFICACION

Certifico que **Nancy Soto Ortiz**, seguro social **XXX-XX-5486** es empleada del Departamento de la Familia desde el **2 de diciembre de 1987**. Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Local Toa Baja.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

Edificio Paseo del Parque, Esq. Balances, Centro de Gobierno, Bayamón, PR  00960
Oficina Recursos Humanos, (787) 269-2222, Ext. 6474