INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 10 AM 11:11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

A: Promesa Título III

De: *Linda M. Hernández Cortés* (firma)
 Linda M. Hernandez Cortes
 Departamento de la Familia

En respuesta a la objeción de la Junta de Supervisión y Administración Financiera para Puerto Rico. Promesa III.

Donde el estado Libre Asociado de Puerto Rico, (el ELA) número de procedimiento de prueba 17BK3283 LTS.

Reclamo por este medio que se me siga incluyendo en la demanda.

Someto como evidencia los siguientes documentos.

1. Certificación de Empleo
2. Certificación de Retiro

Radicación de Replica(objection)

PROMESA TITULO III Num. 17 BK03283-LTS

Número de reclamacion:

*Linda M. Hernández Cortés*

**Nombre**: Linda Margaret Hernández Cortes

**Dirección Postal Anterior**: 10 Calle las Rosas Apartamento 1204 Bayamón, PR 00961

**Dirección Residencial y Postal Actual**: Urbanización Forest Hill Calle 2 # 290 Bayamón, PR 00959

**Número de Teléfono**:787-638-4615

**Correo Electrónico**: lindahernandez17@gmail.com

**Epigrafe**: Re: The Financial Oversight and Management Board of Puerto Rico.

**Razón para la Objecion:**

Reclamo por este medio que se me siga incluyendo en la demanda.

**Someto como evidencia los siguientes documentos:**

Certificacion de empleo(Departamento de la Familia)

Estado de Cuenta Estimado( Administracion de los Sistema de Retiro