

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

24 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

LINDA M HERNANDEZ CORTEZ
COND. THE TOWERS 10
LAS ROSAS APTO 1204
BAYAMON, PR 00961

Seguro Social: XXX-XX-

A base de la información en nuestros registros, al 24 de enero de 2020 usted posee:   Género: Femenino

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 14 de agosto de 2001
Fecha de Comienzo de Cotización: 14 de agosto de 2001

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 11.1 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 12,301.00 | Aportaciones: | 6,688.69 |
| | | Intereses: | 6,797.15 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 26,369.41 | | |
| Tiempo: | 0.00 | Intereses: | 2,437.84 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 47,905.40 | **Total Aportaciones:** | 6,688.69 |
| **Beneficio:** | 0.00 | **Beneficio:** | 203.62 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

22 de enero de 2020

## CERTIFICACION

Certifico que **Linda M. Hernández Cortés**, seguro social **XXX-XX-____** es empleada del Departamento de la Familia desde el **14 de agosto de 2001**. Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Local Toa Baja.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474