Radicación de Replica(objection)

PROMESA TITULO III Num. 17 BK03283-LTS

**Número de reclamación** :80288

**Nombre**: Marisol Martinez Rivera

**Dirección Postal**: HC 01 Box 8537 Toa Baja, PR 00949

**Dirección Residencial**: Urb. Jardines de Monaco I C-4 Calle Trina Padilla de Sanz Manatí, PR 00674

**Número de Teléfono**:939-639-0470

**Correo Electrónico**: marisolmartinez2009@hotmail.com

**Epígrafe**: Re: The Financial Oversight and Management Board of Puerto Rico.

**Razón para la Objecion:**

Reclamo por este medio que se me siga incluyendo en la demanda.

**Someto como evidencia los siguientes documentos:**

Certificacion de empleo(Departamento de la Familia)

Estado de Cuenta Estimado( Administracion de los Sistema de Retiro