

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

29 de enero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

MARISOL MARTINEZ RIVERA
HC 1 BOX 8537

Seguro Social: XXX-XX-8

TOA BAJA, PR 00949

A base de la información en nuestros registros,  al 29 de enero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 24 de enero de 2003
Fecha de Comienzo de Cotización: 24 de enero de 2003

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 10.1 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 11,821.00 | Aportaciones: | 6,428.44 |
| | | Intereses: | 6,101.82 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 23,544.37 | | |
| Tiempo: | 0.00 | Intereses: | 1,904.48 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 43,471.67 | **Total Aportaciones:** | 6,428.44 |
| **Beneficio:** | 0.00 | **Beneficio:** | 185.46 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



2020 FEB -7 AM 10: 27





DEPARTAMENTO DE LA
# FAMILIA
**GOBIERNO DE PUERTO RICO**

23 de enero de 2020

## CERTIFICACION

Certifico que **Marisol Martínez Rivera**, seguro social **XXX-XX-8**___ es empleada del Departamento de la Familia desde el **12 de agosto de 2002**.   Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Local Toa Baja.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474