INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 10 AM 11: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

A: Promesa Título III

De: Vivian Baez Santiago
    Departamento de la Familia

En respuesta a la objeción de la Junta de Supervisión y Administración Financiera para Puerto Rico. Promesa III.

Donde el estado Libre Asociado de Puerto Rico, ( el ELA) número de procedimiento de prueba 17BK3283 LTS.

Reclamo por este medio que se me siga incluyendo en la demanda.

Someto como evidencia los siguientes documentos.

1. Certificación de Empleo
2. Certificación de Retiro