UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 10 PM 1:28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al,

Debtors

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth; HTA and ERS

### RECLAMO DE LA LEY 89

1. En el 1977; el Ex – Gobernador, Carlos Romero Barceló, fue electo democráticamente y terminó su mandato en el 1985, dando un aumento de sueldo el cual el Ex – Gobernador, Rafael Hernández Colón, no dio.
2. Yo, Carmen Rivera Ginorio, comencé a trabajar en Servicios Sociales, en el 1980 terminando en el 1999, dicho aumento nunca se me concedió.
3. Actualmente soy pensionada del Gobierno de Puerto Rico de los Sistemas de Retiro.
4. Es posible que en el "Proof of Claim" que se presentó estuviera marcado los Sistemas de Retiro y no el Estado Libre Asociado de Puerto Rico (ELA). Entiendo que esta reclamación va dirigida al Estado Libre Asociado de Puerto Rico (ELA), deudor en virtud del Título III de la Ley Promesa.

POR LO QUE se solicita muy respetuosamente el Reclamo de la Ley 89 del Hon. Carlos Romero Barceló.

Respetuosamente sometida:

31 de enero de 2020

*[signature]*

CARMEN V. RIVERA GINORIO
RECLAMACIÓN NÚM. 133130
HC-3 BOX 10667
COMERIO PR 00782
(787) 905-3377
ide.nieves16@gmail.com