UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

     Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF URGENT MOTION TO ADJOURN
MARCH 4, 2020 HEARING ON BONDHOLDERS' AND GOVERNMENT PARTIES'
MOTIONS TO DISMISS AMENDED COMPLAINTS IN ADVERSARY PROCEEDINGS

       The Court has received and reviewed the *Joint Response Of Fuel Line Lenders and Union Entities to Government Parties' Scheduling Motion and Urgent Motion to Adjourn March 4, 2020 Hearing on Bondholders' and Government Parties' Motions To Dismiss Amended Complaints in Adversary Proceedings* (Docket Entry No. 10823 in Case No. 17-3283, the "Motion"[2]).

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    The Motion was also filed at Docket Entry No. 1905 in Case No. 17-4780, Docket Entry No. 56 in Adv. Proc. No. 19-405, and Docket Entry No. 82 in Adv. Proc. No. 19-396.

Responsive papers, if any, to the request for relief in the Motion must be filed by **February 14, 2020, at 2:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: February 11, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge