UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth; HTA and ERS |

### RECLAMO DE LA LEY 89

1. En el 1977; el Ex – Gobernador, Carlos Romero Barceló, fue electo democráticamente y terminó su mandato en el 1985, dando un aumento de sueldo el cual el Ex – Gobernador, Rafael Hernández Colón, no dio.
2. Yo, Enrique Nieves López, comencé a trabajar en Servicios Sociales, en el 1976, terminando en el 2000, dicho aumento nunca se me concedió.
3. Actualmente soy pensionado del Gobierno de Puerto Rico de los Sistemas de Retiro.
4. Es posible que en el "Proof of Claim" que se presentó estuviera marcado los Sistemas de Retiro y no el Estado Libre Asociado de Puerto Rico (ELA). Entiendo que esta reclamación va dirigida al Estado Libre Asociado de Puerto Rico (ELA), deudor en virtud del Título III de la Ley Promesa.

POR LO QUE se solicita muy respetuosamente el Reclamo de la Ley 89 del Hon. Carlos Romero Barceló.

Respetuosamente sometida:

31 de enero de 2020

ENRIQUE NIEVES LÓPEZ
RECLAMACIÓN NÚM. 150626
HC-3 BOX 10667
COMERIO PR 00782
(787) 810-9643
e.nieveslopez53@gmail.com