7 de febrero de 2020

Tribunal de Distrito
Para el Distrito de Puerto Rico (el Tribunal)

Como es de conocimiento en Puerto Rico estamos siendo afectados actualmente por una serie de terremotos. El Presidente de los Estados Unidos ha declarado a Puerto Rico, zona de desastre. Por tal motivo tuve inconvenientes para recopilar y hacerle llegar toda la evidencia requerida debido a que las oficinas y dependencias del gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo; reanudando sus labores y su servicio al publico recientemente.

Mi reclamación número 95366 Deudor; Estados Libre Asociado de Puerto Rico número de caso 17BK03283-LTS y número de Reclamación 92104- deudor: Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico número de caso 17BK03566-LTS. Ambos fueron presentados el día 26 de junio de 2018. Por este medio solicito una extensión para la gestión y justificación que le he presentado por escrito.
Agradeceré se tome en cuenta mi reclamación validando las evidencias enviadas a su consideración. Queda:

_____
Carmen D. Capeles Díaz
Calle 16 M-10
Ciudad Massó
San Lorenzo, Puerto Rico
Teléfono (787)365-1966

SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 10 AM 10:24

RECEIVED & FILED
INTAKE DROP BOX