United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17-BK-3283-LTS

*One hundred nineteenth* OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: *95366*

Name and Address: *Capeles Diaz, Carmen D.*
*M-10 Calle 16*
*Urbanización: Ciudad Masso*
*San Lorenzo, P.R. 00754*

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  *1984 - 2005*

Cantidad Reclamada  *25,200.00*


Ley 9 _____

Años Reclamados _____

Cantidad Reclamada _____

Adjunto evidencia en réplica a la información solicitada:

1. Certificación del Sistema de Retiro de maestros Gobierno de Puerto Rico
2. Informe Renta Anual Vitalicia, Junta de Retiro para maestros
3. Certificación del Departamento de Educación de Puerto Rico - (años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Carmen D. Capeles Díaz

Firma: [signature] Fecha: 2/10/2020

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Carmen D. Capeles Diaz**, con número de seguro social que termina en ~~ese~~

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 17 de diciembre de 2005 |
| Tiempo Cotizado para Pensión | 32 años, 4 meses, 2 sem, 1 días |
| Pensión mensual Inicial | $1,741.24 |
| Pensión Mensual Actual | $1,741.24 |

Esta certificación se expide hoy, **6 de febrero de 2020** en **San Juan, Puerto Rico**.

Jorge Rohena Gotay
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

0703

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

| CARMEN D CAPELES DIAZ | Núm. Reclamación 40486 | Sexo F |
|---|---|---|

**Tipo de Renta:**
a- Años de Servicio y edad   c- Incapacidad
   Opcional    (X)      Ocupacional        ( )
   Obligatorio ( )      No Ocupacional     ( )
b. Edad       ( )    d- Diferida           ( )

**Fecha de Nacimiento**
___ ___ ___
Año  Mes  Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 55  2  10 | 32  4  2  1 | $47,892.97 | 2005  12  16 |
| Años Meses Días | Años Meses Sem. Días | | Año Mes Día |

**Fecha de Efectividad**
2005  12  17
Año  Mes  Día

Retiro Ley Núm. **91 DEL 2004**

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a **$2,321.66**     $1,741.24

.75%  X   30 años
(Por ciento)         (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ ____ | $ ____ | $ ____ | $ ____ |

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
18 ENE 2006
ISBETH LÓPEZ CASTRO

Diferencia Mínimo o Renta Sistema de Retiro

**Renta Mensual Vitalicia**     1,741.24

**Renta Anual Vitalicia**      20,894.88

Computado: Carlos J. Serrano   Fecha 13/1/06
Cotejado: Alberto Sohun        Fecha 13/ene/06
Recomendado: Irma García Hernández, Directora Area Servicios de Retiro    Fecha 1/17/06
Aprobado: Dinelia Oyola Morales, Subdirectora Ejecutiva   Fecha 19 enero/06

Fecha: 1/13/2006

agb



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

6 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN D. CAPELES DIAZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESTUDIOS SOCIALES E HISTORIA) |
| Distrito Escolar | : | SAN LORENZO_ |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 16 de diciembre de 2005 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 32 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/13/1973. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.