United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

_One hundred nineteenth_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING
INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 92 104

Name and Address: Capeles Díaz, Carmen D.
M-10 calle 16
Ciudad Masso
San Lorenzo P.R. 00754

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la
Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____

Cantidad Reclamada _____

Ley 9 Costo de vida - Retiro de maestros (3% cada 2 años)

Años Reclamados __2005 _ 2020_____

Cantidad Reclamada __7,835.58_____

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación del Sistema de Retiro de maestros Gobierno de Puerto Rico.

2. Informe Renta Anual Vitalicia, Junta de Retiro para maestros

3. Certificación del Departamento de Educación de Puerto Rico- (años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: _Carmen D. Capeles Díaz_____

Firma: ___Capeles_____ Fecha: _2/10/2020_