## Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER ON DRA PARTIES' [NOTICE THAT THE DRA IS A PARTY IN INTEREST AND CAN PARTICIPATE IN THE MONOLINES' AMENDED LIFT STAY LITIGATION AND REQUEST TO MODIFY THE AMENDED REVENUE BOND SCHEDULING ORDER] [MOTION TO PERMIT THE DRA PARTIES TO INTERVENE IN THE MONOLINES' AMENDED LIFT STAY LITIGATION]**

Upon consideration of the *DRA Parties' Motion and Memorandum of Law in Support of their (i) Notice that the DRA Is a Party in Interest and Can Participate in the Monolines' Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (ii) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines' Amended Lift Stay Litigation* (the "Motion")[2] in the above-captioned Title III proceeding; the Court having reviewed the Motion and the relief requested; having jurisdiction

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Motion.

over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 § U.S.C. 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.
   a. [The Amended Revenue Bond Scheduling Order shall be further modified by adding the following language at the end of paragraph 1(b) therein:
      i. "The GDB Debt Recovery Authority (the "DRA") is a party in interest with respect to the HTA Lift Stay Motion, as amended or as originally filed. Consistent with the terms of this Order, AmeriNational Community Services, LLC and Cantor-Katz Collateral Monitor LLC (together, the "DRA Parties") are permitted to participate with respect to any overlapping legal issues to the extent such legal issues have already been already raised in both the HTA Lift Stay Motion, as amended or as originally filed, and *The DRA Parties' Motion and Memorandum of Law in Support of Their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection* [Dkt. No. 7643] (the "Overlapping Issues"). Such participation includes, but is not limited to, filing any relevant briefing, taking discovery on any Overlapping Issues (which shall be coordinated among the parties to avoid duplication), and appearing at oral argument."]

b. [Pursuant to Federal Rule of Bankruptcy Procedure 2018(a), the DRA Parties are hereby permitted to intervene and participate in the Monolines' Amended Lift Stay Motion litigation in the above-captioned Title III proceeding in accordance with and pursuant to the Amended Revenue Bond Scheduling Order.]

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February \_\_\_, 2020
      San Juan, Puerto Rico

                                                    _____
                                                    The Hon. Laura Taylor Swain
                                                    UNITED STATES DISTRICT JUDGE