2/5/2020                                          Prime Clerk

# Prime Clerk   Commonwealth of ...                                          MENU

case info / claims

+ Case Navigation

+ Quick Links

| medina ramos | advanced ≡ 🔍 |
|---|---|

« ‹ Page 1 of 1 » ›

| Schedule | |
|---|---|
| Claim # | 171115 |
| Filed Date | 09/23/2019 |
| Creditor Name | Medina Ramos, Carmen G. |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.00 |

| Schedule | |
|---|---|
| Claim # | 113749 |
| Filed Date | 06/28/2018 |
| Creditor Name | Medina Ramos, Damaris |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $35,412.96 |

| Schedule | |
|---|---|
| Claim # | 120929 |
| Filed Date | 06/28/2018 |
| Creditor Name | Medina Ramos, Damaris |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $151,200.00 |

| Schedule | 756530 |
|---|---|
| Claim # | 2746 |
| Filed Date | 03/26/2018 |
| Creditor Name | MEDINA RAMOS, FERNANDO |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $1,546.00 |

| Schedule | |
|---|---|
| Claim # | 131610 |
| Filed Date | 06/29/2018 |