Damaris Medina Ramos
24980 Carretera 437
Quebradillas, P.R 00678




U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
FEB 07, 20
AMOUNT
**$1.00**
R2305P149686-16

00918

Secretaria Tribunal de Distrito de los
E.U para Distrito de Puerto Rico
150 Carlos Chardon Street
Federal Building
San Juan, PR 00918-1767



RECEIVED & FILED
2020 FEB 10 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.