Juana Díaz, P.R.
7 de febrero de 2020

RECEIVED & FILED
2020 FEB 10 PM 4:19

Réplica Ley 89

Margarita J. Salichs Rodríguez
Calle Degetau #19
Juana Díaz, P.R. 00795

Celular 787-317-4383

Tribunal de Distrito de los EU
para el Distrito de PR.

Deudores
    Commonwealth de PR

# procedimiento            # reclamación
    17 BK 3283-LTS             61923

Centésima Sexta Objeción Global

Objeción
    Trabajé como maestra en el Dpto de Educación desde 1964 hasta 1999. La ley 89 se aprobó el 12 de julio de 1979.

Margarita Salichs Rodríguez