Margarita I. Sobrales R(?)
Calle Degetau #19
Juana Diaz PR 00795






U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
FEB 08, 20
AMOUNT
$6.40
R2305K135197-05

CERTIFIED MAIL




7019 1120 0001 1734 4094

Secretaria (Clerk's Office)
Tribunal Distrito de EU.
Room 150 Federal Building, 150 Ave. Carlos Cha(?)
San Juan PR 00918-1767


