10 de febrero de 2020

Centésima, cuadragésima, octava objeción Global relacionada con Prime Clark #caso 17BK03566 LTS, numero de reclamación 151107

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy la Sra. Felicita González González. Mi dirección postal Villas de Castro calle 24 GG-15 Gaguas, P.R. 00725 y mi teléfono 787-536-1680. Correo electrónico mastereduc@hotmail.com

Durante 30 años trabajé como personal docente para el Departamento de Educación de P.R. desde septiembre de 1978 hasta mayo de 2009; fecha en que me acogí al retiro permanente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante por la naturaleza de impago durante los años correspondientes a la Ley 89, Ley 96 y Ley 160.

Adjunto les envío copia de las evidencias que confirman dichas alegaciones. Mi número de reclamación es 151107

De necesitar alguna otra evidencia, favor de comunicarse conmigo nuevamente.

Muchas Gracias por su atención,

Atentamente,

*[firma]*
Felicita González González

10 de febrero de 2020

Centésima, cuadragésima, octava objeción Global relacionada con Prime Clark #caso 17BK03566 LTS, numero de reclamación 132835

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy la Sra. Felicita González González. Mi dirección postal Villas de Castro calle 24 GG-15 Gaguas, P.R. 00725 y mi teléfono 787-536-1680. Correo electrónico mastereduc@hotmail.com

Durante 30 años trabajé como personal docente para el Departamento de Educación de P.R. desde septiembre de 1978 hasta mayo de 2009; fecha en que me acogí al retiro permanente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante por la naturaleza de impago durante los años correspondientes a la Ley 89, Ley 96 y Ley 160.

Adjunto les envío copia de las evidencias que confirman dichas alegaciones. Mi número de reclamación es 132835

De necesitar alguna otra evidencia, favor de comunicarse conmigo nuevamente.

Muchas Gracias por su atención,

Atentamente,

_____
Felicita González González

10 de febrero de 2020

Centésima, cuadragésima, octava objeción Global relacionada con Prime Clark #caso 17BK03566 LTS, numero de reclamación 113380

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy la Sra. Felicita González González. Mi dirección postal Villas de Castro calle 24 GG-15 Gaguas, P.R. 00725 y mi teléfono 787-536-1680. Correo electrónico mastereduc@hotmail.com

Durante 30 años trabajé como personal docente para el Departamento de Educación de P.R. desde septiembre de 1978 hasta mayo de 2009; fecha en que me acogí al retiro permanente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante por la naturaleza de impago durante los años correspondientes a la Ley 89, Ley 96 y Ley 160.

Adjunto les envío copia de las evidencias que confirman dichas alegaciones. Mi número de reclamación es 113380

De necesitar alguna otra evidencia, favor de comunicarse conmigo nuevamente.

Muchas Gracias por su atención,


Atentamente,


_____
Felicita González González

RECEIVED & FILED 2020 FEB 10 PM 4:19