

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

GONZALEZ GONZALEZ, FELICITA
URB VILLAS DE CASTRO
GG15 CALLE 24
CAGUAS PR 00725-4662

Certifico que GONZALEZ GONZALEZ, FELICITA con número de Seguro Social XXX-XX-7772 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $2,054.00, equivalente a $24,648.00 anual. Luego de las deducciones recibe una pensión neta de $1,442.08, equivalente a $17,304.96 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Diciembre de 2019 1er. Quincena | Diciembre de 2019 2da. Quincena | Enero de 2020 1er. Quincena | Enero de 2020 2da. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | 53.48 | 53.48 |
| AE-Asoc Emp ELA-Prest Regular | 101.60 | 101.60 | 101.60 | 101.60 |
| SM-First Medical Health Plan | 45.50 | 45.50 | 45.50 | 45.50 |
| SC-TRANS OCEANIC LIFE | 34.26 | 34.26 | 34.26 | 34.26 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 | 1.00 | 1.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 | 8.50 | 8.50 |
| GPR Plan de Ahorros | 61.62 | 61.62 | 61.62 | 61.62 |
| **Total de descuentos** | ($305.96) | ($305.96) | ($305.96) | ($305.96) |

Esta certificación se expide hoy 5 de febrero de 2020.



Número de Certificación: SRM04P2000359

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.759.2883   www.srm.pr.gov

