Felicita Gonzalez
Calle 24-GG-15
Villas de Castro
Caguas, P.R.
       00725



Secretaria (Clerk office
Tribunal de Distrito de los E.U
Room 150 Federal Building
San Juan P.R. 00918-1767



CERTIFIED MAIL

7019 1640 0000 8406 0194