UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
The Financial Oversight and
Management Board for Puerto Rico

As representative of
The Commonwealth of Puerto Rico,
Et als.
Debtors

Promesa
Title III
No. 17 BK 3283-LTS
(Jointly Administered)
This filing relates to the
Commonwealth, HTA and
ERS

## DECLARACION JURADA

YO, **LESTER ROSA TORRES OLIVERAS**, mayor de edad, casada con Miguel Ángel Rodríguez Martínez, maestra retirada, propietaria y vecina de Guayanilla, Puerto Rico, Seguro Social número xxx-xx--4121 bajo juramento DECLARO:

1. Que soy de las circunstancias personales antes expresadas, con dirección postal en Apartado 560782, Guayanilla, Puerto Rico 00656, número de teléfono 787-228-9893 y correo electrónico matematicalester@gmail.com.

2. Que la suscribiente CERTIFICA por la presente haber trabajado en el Departamento de Educación del Estado Libre Asociado de Puerto Rico desde el año 1987 hasta el 26 de junio de 2018, habiendo cumplido treinta (30) años de servicio luego de lo cual me acogí al retiro. La certificaciones que acreditan mis años de servicio y el tiempo trabajado obran en poder del Departamento de Educación del Estado Libre Asociado de Puerto Rico.

3. Que la declarante tiene una reclamación contra el Departamento de Educación del Estado Libre Asociado de Puerto Rico, la cual fue radicada bajo el número de caso17-BK3283-LTS. Mi número de reclamación es 133535 y la cantidad reclamada es de $75,000.00.

4. Que durante el tiempo que trabajé en el Departamento de Educación se me dejó de pagar beneficios salariales a los cuales tenía derecho por aumentos concedidos a los empleados de la agencia. Por lo cual el Estado Libre Asociado de Puerto Rico me adeuda la cantidad antes indicada.

5. Que los hechos expuestos en la presente declaración jurada son ciertos y me constan de propio y personal conocimiento o por información que entiendo es cierta.

6. Entiendo y reconozco las implicaciones legales de carácter civil y penal que conlleva esta Declaración en caso de que la misma resulte falsa luego de haber sido orientada sobre este particular por la Notario Autorizante.

7. Que he sido orientada sobre las implicaciones y consecuencias de la presente declaración y que suscribo esta declaración conociendo que el mentir bajo juramento podría constituir el delito de perjurio.

8. Que todo lo antes declarado es la verdad y nada más que la verdad.

Y PARA QUE ASI CONSTE, juro y suscribo la presente declaración en Yauco, Puerto Rico, a 7 de febrero de 2020.

_(firma)_
**LESTER ROSA TORRES OLIVERAS**

Affidavit número: 818

Jurado y suscrito ante mí por **LESTER ROSA TORRES OLIVERAS** de las circunstancias personales antes indicadas y a quien doy fe de conocer por haberla identificado mediante su Licencia de conducir del Estado Libre Asociado de Puerto Rico expedida bajo el número 987568.

En Yauco, Puerto Rico a 7 de febrero de 2020.

_(firma)_
NOTARIO PÚBLICO

