SRA. LESTER ROSA TORRES OLIVERAS
APARTADO 560782
GUAYANILLA, PUERTO RICO 00656

CERTIFIED MAIL

7011 3500 0000 3734 5977

SECRETARIA
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 FEB 10 PM 4:18
RECEIVED & FILED

00918$2767

U.S. POSTAGE PAID
GUAYANILLA, PR
00656
FEB 07 20
AMOUNT
$6.95
R2305K134650-02