For The District of Puerto Rico

In re:

The Financial Oversight And
Management Board For Puerto Rico

as representative of

The Commonwealth of Puerto Rico, el
al,

Debtors.

RECEIVED & FILED

2020 FEB 10 PM 4: 17

Promesa
Title III

No. 17 BK 3283-LTS
(Jointly Administered

This filing relates to the
Commonwealth, HTA and
ERS.

Yo Julia Pérez Martínez, con residencia
en Urb. El Madrigal calle 11 L-8, Ponce, Puerto Rico.
00730, con Teléfono 939-717-4604 que recibí
una notificación donde tenía que enviar
evidencia de que el Romeraso no fue
pagado pues estuve con los Tribunales de
Puerto Rico desde el año 1974 hasta el
día de mi retiro que fue el año 2004
retiro por merito. y no recibí el Romeraso
que el deudor fue el Estado Libre Asociado
de Puerto Rico. Mi numero de reclamación
es 59526. Envió evidencia del periodo de
servicio en los Tribunales de Puerto Rico.

Dado hoy 24 de enero de 2020

La Ley 89                    Atentamente Julia Pérez Martínez
Incluyo evidencia    Julia Pérez Martínez
                                        Numero de reclamo 59526