

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura



ADM SISTEMAS DE RETIRO
CENTRO DE ORIENTACION
RECIBIDO

2014 OCT 16 PM 3:23

COSTO TENTATIVO PARA ACOGERSE AL PLAN COMPLETA SUPLEMENTACION

JULIA PEREZ MARTINEZ          8 de agosto de 2014
EL MADRIGAL
L 8 CALLE 11
PONCE PR 00730-1433

| CLASE DE SERVICIOS | PERIODO DE SERVICIOS | COSTO |
|---|---|---|
| Plan Completa Suplementación | 16-JUL-1974 AL 31-DIC-2004 | $ 6,468.97 |
| Intereses | | 12,966.15 |
| | | $ 19,435.12 |

## INSTRUCCIONES

1. Le incluimos un tentativo del costo a pagar para acogerse al Plan de Completa Suplemetanción.

2. Deberá indicar la alternativa seleccionada en uno de los siguientes encasillados:

    ---------Deseo acogerme al Plan de Completa Suplementación

    ---X- No intereso acogerme al Plan de Completa Suplementación

3. A partir de la fecha de envio de esta relación tendrá sesenta (60) días para solicitar el costo final. De no recibir contestación en el término concedido se dejará sin efecto su solicitud.

4. Los pensionados puedan acogerse a un plan de pago máximo de sesenta (60) meses o hasta un mes antes de la fecha en que cumplan los sesenta y cinco (65) años de edad, lo que sea menor.

Roberto Guerrero Santiago
Gerente
División Asuntos de Pensionado

\# de reclamación 59526.