Julia Pé[rez Martí]s
Urb. El Madrigal Calle
11 L-8
Ponce, Puerto Rico 00730

Case:17-03283-LTS Doc#:10847-2 Filed:02/10/20 Entered:02/12/20 11:10:30 Desc: Envelope Page 1 of 1

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, (Puerto Rico) 00918