3 de febrero de 2020

Juan Rodríguez Pérez
P.O. Box 1524
Aguadilla, Puerto Rico 00605
Tel- 787-951-0025

Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

En la radicación enviada en junio de 2018 no se había incluido la cantidad que establece la Ley 96 (paso) que aporta $25.00 dólares mensuales. Esta cantidad es de $300.00 dólares anuales por 32 años de servicios. Esto sumaria la cantidad de $9,600 dólares. Los años de servicios son desde 1976 hasta 2008. El número de reclamación es 133379.

El Estado Libre Asociado. ha sido demandado por incumplir lo que establece La Ley 96 y es el tribunal que determina la acción a tomar.