Juan Rodriguez Pérez
P.O. Box 1514
Aguadilla, Puerto Rico 00605

Secretaria (Clerk office)
Tribunal de Distrito de los E.U
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767