3 de febrero de 2020

Juan Rodríguez Pérez
P.O. Box 1524
Aguadilla, Puerto Rico 00605
Tel 787-951-0025

RECEIVED & FILED
2020 FEB 10 PM 4:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico. 00918-1767

En la radicación enviada en junio de 2018 no se había indicado la fecha del romerazo. Esta es la Ley 89 del 1979 que establece la cantidad de $50.00 dólares mensuales, para un total de $600.00 al año. Los años reclamados son desde 1979 - 2008 que sumaría un total de $16,800 dólares. El número de reclamación es 109304.

El Estado Libre Asociado. ha sido demandado por incumplimiento de lo que establece la ley y es el tribunal el que determina la acción a tomar.