Juan Rodriguez Rivera
P.O. Box 1529
Aguadilla, Puerto Rico 00605

Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

03 FEB 2020 PM 1  FOREVER USA  Barn Swallow