Datos de Contacto: Victoria Quirindongo González

HC 3 Box 12654, Peñuelas PR 00624; Teléfonos:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.* Debtors[1]

PROMESA Title III; No. 17 BK 3283-LTS; This filing relates to the Commonwealth and ERS.

ONE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES

Yo, Victoria Quirindongo González, con Número de Reclamo 157672, por medio de la presente procedo a oponerme a la Objeción Global. El motivo para oponerme a la Objeción Global es el reclamo del monto de la reclamación con Número de Reclamo 157672, cuyo total es tres mil dólares ($3000.00). Esta cantidad adeuda por los deudores[1] conforme a la aprobación de las leyes que abarcaron el periodo trabajado en el Departamento de Educación del Estado Libre Asociado de Puerto Rico. Las evidencias del periodo trabajado fueron enviadas el 7 de febrero de 2020.

Cordialmente,

*(signature)*
Victoria Quirindongo González

---

[1]The Debtors in these Title III Cases: (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last four (4) digits of Federal Tax ID: 3481); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last four (4) digits of Federal Tax ID: 9686).