AFTER 10 DAYS RETURN TO

Victoria Quinindongo
HC-3- Box 12654
Bo. Junco. Peñuelas P.R.
00624



SAN JUAN PR 009
08 FEB 2020 PM 1 L

2020 FEB 10 PM 4:16
RECEIVED & FILED

Secretaria
Tribunal Distrito de e.u.
Room 150
Federal Building
San Juan P.R.
00918-1767

009183999