Zoraida Santiago Andreu
406 22 Corr. 478
Quebradillas, P.R. 00678-9448

Case:17-03283-LTS Doc#:10853-1 Filed:02/10/20 Entered:02/12/20 11:35:54 Desc:
Envelope Page 1 of 1

07 FEB 2020 PM 2 L
RECEIVED & FILED

2020 FEB 10 PM 4:14
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Clerk's Office
United States District Court
Room 150 Federal Building - Chardon Ave.
San Juan, Puerto Rico 00918-1767