Quebradillas, P.R.
8 Febrero 2020

U.S. District Court
for the District of Puerto Rico
Court's Clerk's Office

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

A quién pueda interesar:

En respuesta a diferentes comunicaciones recibidas, en los documentos SRF 389-39 Promesa III No. 17BK32833 LTS y el documento SRF 38154 Promesa III No. 17BK 3283-LTS; incluyo la siguiente información.

Mi nombre- *Blanca M Cubero Vega*
Teléfono- *787-895-2389*
Dirección- *Apartado 626 Quebradillas P.R. 00678*

Nombre del Tribunal- Commonwealth of P.R.
U.S. District Court
Fort the District of P.R.

Todo esto con el propósito de objetar la decisión tomada a favor de los deudores Promesa Tittle III No. 17Bk-32283-LTS. Se solicita se cumpla con las reclamaciones, en la demanda por los reclamantes a base de las reinvenciones salariales, laborales y servicios prestados. Todo esto relacionadas al incumplimiento de las siguientes leyes:

- Ley 1801- aumento del 3% por costo de vida
  Cantidad reclamada- $ *8,029.44*
- Ley 96- de junio de 2002 aplicada en julio 2002
  Cantidad reclamada $ *20,400.00*
- Ley 164- del 22 de junio 2003 aplicada a enero 2004
  Cantidad reclamada $ *18,000.00*

Además incluyo los números de reclamación asignados:
*43868*

Espero haber sometido la información solicitada

Cordialmente
*Blanca M Cubero Vega*