Blanca M Cube... Vega
Apartado 696
Quebradillas, P.R. 00678

Case:17-03283-LTS Doc#:10854-2 Filed:02/10/20 Entered:02/12/20 11:40:09 Desc:
Envelope Page 1 of 1

07 FEB 2020 PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building - Chardon Ave.
San Juan, Puerto Rico - 00918-1767

2020 FEB 10 PM 4:15
RECEIVED & FILED

00918$1767 0000