ANGEL R. CLASS VILLANUEVA
CALLE 8 L13 MOUNTAIN VIEW
CAROLINA PR 00987



RECEIVED & FILED
2020 FEB 10 PM 4: 22
CLERK'S OFFICE
U.S. DISTRICT C.O.
SAN JUAN P.R.

SAN JUAN PADC 009
FRI 07 FEB 2020 PM

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767