**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de: | PROMESA, Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE LA CENTESIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS RECLAMACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS**

SI SU RECLAMO ESTA INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECION GLOBAL, EL ELA. LA ACT Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS DE LOS QUE EL ELA LA ACT Y/O EL SRE DISPONEN INDICAN QUE SU RECLAMO ES DEFICIENTE.

SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A.</u> DEBERA LEER DETENIDAMENTE ESTA NOTIFICACION Y LA OBJECION GLOBAL Y COMENTARLAS CON SU ABOGADO SI NO TIENE ABOGADO ES POSIBLE QUE DESEE ACUDIR A UNO.

**Maritza Ramírez Pérez**

**Claim # 43950**

**Correo electrónico= <u>mramirez71@live.com</u>**

6 de febrero de 2020

A: SECRETEARIA (CLERCK'S OFFICE)

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

ROOM 150 FEDERAL BUILDING

SAN JUAN PR 00918-1767

A: ABOGADO DE LA JUNTA DE SUPERVISION

 (COUNSEL FOR THE OVERSIGHT BOARD)

PROSKAUER ROSE LLP

ELEVEN TIMES SQUARE

NEW YORK, NEW YORK 10036-8299

A/A: MARTIN J. BIENENSTOCK

BRIAN S ROSEN

A: ABOGADO DEL COMITE DE ACREEDORES

( COUNSEL FOR THE CREDITORS COMMITTEE )

PAUL HASTINGS LLP

200 PARK AVENUE

NEW YORK, NEW YORK 10166

A/A : LUC A. DESPINS

JAMES BLISS

JAMES WORTHINGTON

G. ALEXANDER BONGARTZ

Por este medio someto la documentación requerida para completar los documentos de la demanda del Titulo III ( PROMESA) número de caso : 17 BK 3283-LTS caso de la querellante Maritza Ramírez Pérez. Además, solicito se me conceda una prórroga para someter los documentos ya que los mismos fueron recibidos con posterioridad a la fecha límite para ser sometidos.

Anejo las certificaciones de la Administración del Sistema de Retiro del ELA que evidencia las cantidades retenidas en los salarios devengados durante los años de servicio público en el Departamento del Trabajo y Recursos Humanos por el Sistema de Retiro del Estado Libre Asociado de Puerto Rico.

Gracias por su atención.

Maritza Ramírez Pérez

**Claim # 43950**

**Tel.787-319-1201**

**Correo electrónico=** mramirez71@live.com

**Dirección Calle 529 Urb. Villa Carolina 196 #37 Carolina PR 00985**