MARITZA RAMIREZ PEREZ

CALLE 529 URBANIZACION VILLA CAROLINA

BLOQUE 196 CASA # 37

CAROLINA PR 00985

 

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
FEB 06, 20
AMOUNT
**$1.40**
R2305K134398-08

SECRETEARIA (CLERCK'S OFFICE)

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

ROOM 150 FEDERAL BUILDING

...... PR 00918-1767

RECEIVED & FILED
2020 FEB 10 PM 4: 22
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.