TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| GRISEL DÁVILA BOCACHICA | PROMESA |
| BO EL NUEVO PINO | Título III |
| HC-01 BOX 4040 | Núm. 17 BK 3283-LTS |
| VILLLABA, P.R. 00766-9710 | No. De Reclamación 66939 6/21/2018 |
| 787-237-2450 | |
| griseldavila12@gmail.com | |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO PÚBLICO DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006. A LA CUAL NUNCA ME PAGARON Y ESTOY RECLAMANDO POR DERECHO, YA QUE FUI EMPLEADA PÚBLICA DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DESDE EL 4 DE ENERO DE 1984 HASTA EL 27 DE JUNIO DEL 2014, FECHA DE MI ÚLTIMA COTIZACIÓN RECIBIDA.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como empleado público del gobierno del Estado Libre Asociado de Puerto Rico y que no fueron pagados.

*[firma]*
Grisel Dávila Bocachica