ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

30 de julio de 2014

SRA. MATILDE PEDRAZA
SECCIÓN NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: GRISEL DAVILA BOCACHICA

El participante de referencia ha radicado una Solicitud de Retiro en nuestro Sistema. Al **27 de junio de 2014** fecha de su última cotización recibida.

[X] cualifica  [ ] no cualifica  para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | | EDAD ACTUAL |
|------|-------|---------|------|---|-------------|
| 30 | 3 | 1 | 3 | | 55 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ ] Otros:

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Sistema de Retiro para Maestros u otras instituciones gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen I. Ferrá Tirado
Principal Oficial Ejecutivo de Beneficios y Servicios

kcm

c.  PROF GRISEL DAVILA BOCACHICA
    HC 01 BOX 4040
    VILLALBA PR 00766

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882
www.srm.pr.gov



**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| **Grupo de Pago:** SM -Quincenal | **Business Unit:** PUERT | |
| **Desde:** 10/16/2019 | **Aviso #:** 4099634 | |
| **Hasta:** 10/31/2019 | **Fecha Aviso:** 10/30/2019 | |

**GRISEL DAVILA BOCACHICA**
HC 1 BOX 4040
VILLALBA PR 00766-9879

SS: XXX-XX-2384

| | |
|---|---|
| **# Empleado:** | XXXXX2384 |
| **Dept:** | 592160-ANOS SERVICIO LEY91 2004 |
| **Lugar:** | A/OS SERVICIO LEY 91 |
| **Titulo:** | Pensionado |
| **Sueldo:** | $2,025.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| **Estado Civil:** | Married | Married |
| **Concesiones:** | 0 | 39 +99 |
| **Pct. Adcl.:** | | |
| **Cant. Adcl.:** | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | |
|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | |
| Pago de Salarios Regulares | | | 1,012.50 | 1,635.00 | 20,250.00 | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | |
| **Total:** | | | 1,012.50 | 1,635.00 | 20,350.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 47.00 | 913.00 |
| **Total:** | 47.00 | 913.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,000.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,012.50 |
| Acumulado: | 20,350.00 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES / PAGA NETA

| | |
|---|---|
| 47.00 | 965.50 |
| 913.00 | 19,437.00 |

### RTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4099634 | 965.50 |
| **Total:** | 965.50 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
10/30/2019

**Aviso No.**
4099634

Cant. Deposito: ___ $965.50 ___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 3342 | $965.50 |
| **Total:** | | $965.50 |

TRAY 120 SQ 27233*******************SCH 5-DIGIT 00751      27233 2 AV 0.383
GRISEL DAVILA BOCACHICA
HC 1 BOX 4040
VILLALBA PR 00766-9879

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 10/01/2019 | Aviso #:   3848012 |
| Hasta: | 10/15/2019 | Fecha Aviso: 10/15/2019 |

**GRISEL DAVILA BOCACHICA**
HC 1 BOX 4040
VILLALBA PR 00766-9879

SS: XXX-XX-2384

| | | |
|---|---|---|
| # Empleado: | XXXXX2384 | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 | |
| Lugar: | A/OS SERVICIO LEY 91 | |
| Titulo: | Pensionado | |
| Sueldo: | $2,025.00 Monthly . | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,012.50 | 1,545.00 | 19,237.50 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 1,012.50 | 1,545.00 | 19,337.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 47.00 | 866.00 |
| **Total:** | 47.00 | 866.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 900.00 |
| * Tributable | | |

### TOTAL BRUTO

| | | |
|---|---|---|
| Corriente: | 1,012.50 | |
| Acumulado: | 19,337.50 | |

### TOTAL IMPUESTOS

| | |
|---|---|
| 0.00 | |
| 0.00 | |

### DEDUCCIONES TOTALES

| | PAGA NETA |
|---|---|
| 47.00 | 965.50 |
| 866.00 | 18,471.50 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3848012 | 965.50 |
| **Total:** | 965.50 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
10/15/2019

**Aviso No.**
3848012

Cant. Deposito: ___ $965.50 ___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 3342 | $965.50 |
| **Total:** | | $965.50 |

TRAY 120 SQ 27233**************SCH 5-DIGIT 00751     27233 2 AV 0.383
GRISEL DAVILA BOCACHICA
HC 1 BOX 4040
VILLALBA PR 00766-9879

NO-NEGOCIABLE

GF-7

6907193

R

**Gobierno de Puerto Rico**
072 - Adm. Instituciones Juveniles

GRISEL DAVILA BOCACHICA
URB. VISTA ALEGRE
CALLE LIRIOS 1006
VILLALBA PR 00766
SS: 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

| Grupo de Pago: | SM -Quincenal | # Cheque: | 03948712 |
|---|---|---|---|
| Desde: | 07/16/00 | | |
| Hasta: | 07/31/00 | Fecha: | 07/28/00 |

| # Empleado: | 582152384 |
|---|---|
| Dept: | 072060-Serv. Educativos y Recreativos |
| Oficina: | CentroTratamiento Social Ponce |
| Título: | Maes. Escuela Elemental |
| Sueldo: | $1,900.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Corriente | | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 686.92 | 1035.00 | 12,160.01 |
| Pago de Dias Feriados | 11.692308 | 22.50 | 263.08 | 97.50 | 1,139.99 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 1,314.96 |
| Total: | | 22.50 | 950.00 | 1132.50 | 14,614.96 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 64.92 | 1,098.08 |
| | | |
| Total: | 64.92 | 1,098.08 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 25.11 | 351.54 |
| AE-Asoc Emp ELA-Prest Regular | 48.13 | 673.82 |
| SM-First Medical Health Plan | 67.00 | 926.00 |
| CO-COOP SERV V SOC | 15.00 | 210.00 |
| AS-FED MAESTROS DE PR | 8.00 | 112.00 |
| GPR Plan de Ahorros | 28.50 | 399.00 |
| Total: | 191.74 | 2,672.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 280.00 |
| GPR Plan de Retiro de Maestro | 80.75 | 1,130.50 |
| FSED Disability Plan | 31.83 | 489.67 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 85.50 | 1,083.00 |
| Total: | 85.50 | 1,083.00 |

### TOTAL IMPUESTOS
| Corriente | Acumulado |
|---|---|
| 64.92 | 1,098.08 |

* Tributable

### DEDUCCIONES TOTALES
| | |
|---|---|
| 277.24 | 607.84 |
| 3,755.36 | 9,761.52 |

### TOTAL BRUTO
| Corriente: | 950.00 |
|---|---|
| Acumulado: | 14,614.96 |

### PRO HORAS          ACUM
| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGANETA
| | PAGANETA |
|---|---|
| Cheque #03948712 | 607.84 |
| | |
| Total: | 607.84 |

MENSAJE:

PATENT PENDING