Grisel Davila Bocachica
Bo. El Pino HC-01 BOX 4040
Villalba P.R. 00766-9710

 

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 08, 20
AMOUNT
$1.20
R2305H127764-06

Secretaria-(Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2020 FEB 10 PM 4:21

RECEIVED & FILED