RECEIVED & FILED
2020 FEB 10 PM 4:22
CLERK'S OFFICE

RECEIVED & FILED
febrero 13/2020

A quien pueda interesar:

Mi nombre es Gloria Esther Burgos Rosado con número de reclamación 37417, empleada de la Administración de Vivienda Pública de Estado Libre Asociado de Puerto Rico. Desde el 23 de Julio de 2002 al 30 de Junio de 2013 estuve cotizando para el Sistema de Retiro. Según la Ley de Retiro 2000 el empleado al cumplir 60 años era elegible para retirar sus ahorros en un pago global ley que fue derogada.

Además, bajo la Ley de Retiro 2000, los empleados de la Administración de Vivienda Pública no serían obligados a pertenecer bajo este sistema razón por la cual solicité ser excluida para el 1ro de Julio de 2013.

Por lo antes expuesto solicito que las aportaciones al Sistema de Retiro me sean reembolsadas. Esta cantidad es de $36,391.53. Le incluyo copia del Estado de Cuenta del Sistema de Retiro, copia de la Ley Retiro 2000 y

carta circular del Secretario del.
Departamento de Vivienda.
Dandole las gracias por la
ayuda que puedan brindarme

Gloria E. Burgos Rosado
P.O. Box 373443
Cayey, P.R. 00737343
787-372-2487
burgos gloria 209 @ gmail.com
# reclamación 137417