

**DEPARTAMENTO DE LA VIVIENDA**
Gobierno de Puerto Rico

"Hoy construimos un mejor Puerto Rico"

| **NOVIEMBRE** | **CARTA CIRCULAR** | **2012-42** |

### POR CUANTO

La Administración de Vivienda Pública ("AVP") fue creada por la Ley Núm. 66 del 17 de agosto de 1989, según enmendada, "(Ley Orgánica)" la cual establece las facultades que habrá de tener el Administrador.

### POR CUANTO

El Artículo 5(d) de la Ley Orgánica dispone que el Administrador tendrá la facultad de nombrar el personal que sea necesario para la implantación de dicha ley, el cual podrá acogerse a los beneficios de la Ley Núm. 447 del 15 de mayo de 1951, según enmendada, que establece el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico, y a la Ley Núm. 133 del 28 de junio de 1996, según enmendada, que establece el Fondo de Ahorro y Préstamo de los Empleados del Gobierno de Puerto Rico.

### POR TANTO

Los empleados de la AVP podrán acogerse a los beneficios de la Ley Núm. 447 y Ley Núm. 133, antes citadas.

Esta Carta Circular deroga cualquier otra que sea incompatible con lo aquí establecido.

En San Juan, Puerto Rico, hoy 14 de noviembre de 2012.

**Lcdo. Miguel B. Hernández Vivoni**
**Administrador Interino**

Distribución: Secretario
Subsecretario
Administradores
Asociados y Auxiliares



Avenida Barbosa 606, Edificio Juan C. Cordero, Río Piedras, P.O. Box 363188 San Juan, Puerto Rico 00936-3188
Tel. (787) 759-9407

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de enero de 2020

Agencia: 266 - ADMINISTRACION VIVIENDA PUBLICA

GLORIA E BURGOS ROSADO  
PO BOX 37-3443  

CAYEY, PR 00737-3443

Seguro Social: XXX-XX-1412

A base de la información en nuestros registros, al 23 de enero de 2020 usted posee:

Fecha de Nacimiento:  
Fecha de Ingreso al Servicio Público: 23 de julio de 2002  
Fecha de Comienzo de Cotización: 23 de julio de 2002  

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 11 | Tiempo Trabajado: | 0 | Tiempo Trabajado: | 0 |
| | | Aportaciones: | 0.00 | Aportaciones: | 0.00 |
| | | Intereses: | 0.00 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 33,760.71 | | |
| Tiempo: | 0.00 | Intereses: | 2,630.82 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 36,391.53 | **Total Aportaciones:** | 0.00 |
| **Beneficio:** | 0.00 | **Beneficio:** | 0.00 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta  
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov

# Administración de los Sistemas de Retiro

## Guías para el nuevo Sistema 2000



ADMINISTRACION DE LOS SISTEMAS DE RETIRO

*Protegiendo tu futuro económico*

5

## Beneficio por incapacidad total y permanente

Los participantes que hayan hecho las aportaciones requeridas por el Administrador del Sistema para la compra de un seguro por incapacidad a largo plazo, recibirán los beneficios que se dispongan en el contrato de seguro que se haya adquirido con dichas aportaciones, en el caso de alguno ser elegible para reclamar dicho beneficio.

## Cese de un empleado público como participante del Sistema 2000

En el caso de que un empleado deje de ser participante del Sistema 2000, el balance en la Cuenta de Ahorro permanecerá en el Sistema y será acreditado semestralmente, sobre la base de la fórmula que éste seleccione para la inversión de los fondos en su Cuenta de Ahorro.

Una vez el participante cumpla con el requisito de edad de <u>60 años</u>, éste es elegible para solicitarle al Administrador, la compra de un contrato de anualidad de pensión según dispone la ley o el pago <u>global del balance sobre la cuenta</u>, cual sea la aplicabilidad.

Cabe mencionar que una vez el empleado deje de laborar para una instrumentalidad del Gobierno de Puerto Rico, éste no podrá seguir aportando dinero a su Cuenta de a Ahorro con el Sistema, excepto en el caso de que regrese a ser empleado público.

## Beneficios alternos

Los participantes del Programa de Cuentas de Ahorro podrán disfrutar de los beneficios alternos como los programas de préstamos que ofrece actualmente el Sistema de Retiro de Empleados.

Los términos de los préstamos serán los mismos que se le ofrecen a los participantes del Programa de Beneficios Definidos.

## Alternativas de inversión

Los participantes del Programa de Cuentas de Ahorro podrán seleccionar que la rentabilidad de su cuenta se determine entre las siguientes alternativas o combinación de alternativas de inversión:

**1- Ingreso fijo**
Bajo esta opción, la rentabilidad será igual al rendimiento de las obligaciones que emite el Tesoro de los Estados Unidos en una base promedio y un vencimiento constante de dos años. Esta alternativa es una conservadora, de bajo riesgo y garantizada.

**2- Cartera de inversión del Sistema (Acciones y Bonos)**
Esta alternativa le da la opción al participante de obtener un rendimiento igual al 75% de las ganancias que obtiene la Cartera de Inversiones del Sistema, neto de los gastos de manejo, calculadas en una base semestral. El rendimiento calculado, luego es ajustado por ciertos gastos relacionados con la administración de cada cuenta antes de ser acreditado. Esta alternativa es considerada como agresiva y de mayor riesgo. **Esta opción pudiese causar que se le debite la cuenta al participante en uno o varios períodos durante el término de la cuenta.**

## de los Empleados del Gobierno

Al presente, el Sistema de Retiro es un sistema de beneficios definidos donde se le provee a los empleados participantes beneficios de pensión basados en los años de servicios acumulados, edad y salarios devengados. Bajo esta estructura, los beneficios de pensión no dependen del rendimiento de las inversiones del Sistema de Retiro. La Ley 447, según enmendada, requiere que tanto los empleados participantes como sus patronos, hagan aportaciones fijas al Sistema de Retiro para proveer los futuros beneficios de pensión.

Los empleados del Gobierno de Puerto Rico y sus entidades y los municipios de Puerto Rico, participan en el Programa de Beneficios Definidos.

## Participación en el Programa de Cuentas de Ahorro para el Retiro

Las enmiendas hechas a la Ley 447 establecen un Programa de Cuentas de Ahorro para el Retiro de:
1. Las personas que ingresen al Servicio Público por primera vez en o después del 1 de enero del 2000.
2. Las personas que hayan participado en el Sistema de Retiro de Empleados con anterioridad al 31 de diciembre de 1999, se les haya reembolsado sus aportaciones y se reempleen posterior al 31 de diciembre de 1999.
3. Las personas que sean participantes activos del Sistema de Retiro al 31 de diciembre de 1999, tendrán la opción de transferirse del Programa de Beneficios Definidos al Programa de Cuentas de Ahorro.

Los participantes del Sistema de Retiro participarán del Programa de Cuentas de Ahorro o del Programa de Beneficios Definidos, pero no de ambos programas.

## Opción de Transferencia de Empleados del Programa de Beneficios Definidos al Programa de Cuentas de Ahorro

El Administrador del Sistema de Retiro le notificará a las personas que sean empleados activos al 31 de diciembre de 1999, que tienen la opción hasta el 31 de marzo del 2000 para elegir cambiarse del actual Programa de Beneficios Definidos al Programa de Cuentas de Ahorro. Esta elección es irrevocable.

Las Cuentas de los empleados que se cambien del Programa de Beneficios Definidos al Programa de Cuentas de Ahorro será acreditada con un balance inicial igual a las aportaciones acumuladas por el empleado, antes de la fecha de efectividad de la elección para el cambio de cuenta, más los intereses acreditados por el Sistema de Retiro sobre dichas aportaciones.

## Aportaciones al Programa de Cuentas de Ahorro

Los participantes del Programa de Cuentas de Ahorro tendrán que hacer una aportación mensual equivalente a un 8.275% de su salario. Además, todo participante del Programa podrá aportar voluntariamente a su cuenta de ahorro

Los participantes del Programa de Cuentas de Ahorro también podrán, voluntariamente, hacer aquellas Para esto, los empleados podrán utilizar las aportaciones requeridas por la Asociación de Empleados del ELA.

## Créditos a la Cuenta de Ahorro

El Administrador del Sistema de Retiro mantendrá una cuenta separada para cada participante del Programa de Cuentas de Ahorro. La cuenta será acreditada con las aportaciones efectuadas por el participante y, en el caso de los empleados que se transfieran del Programa de Beneficios Definidos al de Cuentas de Ahorro, ésta será acreditada por las aportaciones hechas por el participante del Sistema previo al cambio de programa, más los intereses. La Cuenta de Ahorro de cada participante también será acreditada semestralmente por las ganancias realizadas o por los intereses generados en la cuenta, dependiendo de la fórmula que el participante haya escogido para invertir sus ahorros.

La cuenta pudiese ser debitada en el caso que el participante escoja la fórmula de inversión que no garantiza el balance de ésta. Los participantes siempre tendrán derechos adquiridos sobre los balances acumulados en sus cuentas de ahorro con el Sistema.

## Beneficios de retiro

Una vez el empleado cumpla los 60 años de edad y éste decida acogerse al retiro, el balance en la cuenta de ahorro será utilizado por el Administrador del Sistema de Retiro para la compra de un contrato de anualidad o pensión. En el caso de empleados casados, el contrato de pensión dispondrá para el pago de una pensión de por vida al cónyuge en caso de muerte del participante, equivalente a un 50% de la pensión del participante. En el caso de empleados solteros, el contrato de pensión será vitalicio. **Si el balance en la cuenta de ahorro al momento de la elección del retiro es menor de $10,000, el Administrador del Sistema le distribuirá dicho balance al participante en un pago global.**

## Beneficios en caso de muerte

En el caso de un participante que fallezca o sufra una incapacidad total y permanente o se le determine médicamente que padece de una enfermedad terminal mientras es empleado activo, su balance en la cuenta de ahorro le será pagado por el Administrador del Sistema en un pago global, a partir de la fecha de separación del servicio.

En el caso de muerte, dicho balance se le pagará a la persona o a las personas que el participante del Programa de Ahorro haya designado como su(s) beneficiario(s) en la forma y manera establecida por el Administrador del Sistema de Retiro.

De no existir una designación de beneficiarios, el balance se le pagará a las personas que tengan derecho, bajo las disposiciones de ley aplicable sobre comunidad de bienes, sociedad legal de gananciales y herencia.