Gloria E. Burgos
P O Box 37-3443
Cayey, P.R. 00737-3443

RECEIVED & FILED

2020 FEB 10 PM 4: 22

CLERK'S OFFICE
U.S. DISTRICT COURT



U.S. POSTAGE PAID
FCM LG ENV
CAYEY, PR
00736
FEB 07, 20
AMOUNT
$1.20
R2305H126322-08

1000        00918

Secretaria (clerk's office)
Tribunal de Distrito de los
    Estados Unidos
Room 150 Federal Building
San Juan, P.R.
              00918-1767