6 de febrero de 2020

RECEIVED & FILED
2020 FEB 10 PM 4: 21

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan, Puerto Rico 00918-1767


Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen


Counsel for the Creditor's Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz


Información para radicar réplica sobre la Objeción Global:

(i) Datos de contacto.
Nombre: **Nadiezhda Irizarry Cuadrado**
Dirección: Calle 11 Q-3 Alturas de Interamericana, Trujillo Alto, PR 00976
Teléfono: 787-364-2349
Correo electrónico: nirizarryc@yahoo.com


(ii) Epígrafe.
Nombre del Tribunal: United States District Court for The District of Puerto Rico
Nombre del deudor: The Commonwealth Of Puerto Rico, et al.,
Número del procedimiento: **17 BK 3283-LTS**
Título de Objeción legal: One Hundred Twenty-Eight Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of The Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided

Número de reclamo: **141030,** Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Número de reclamo: **150518,** Commonwealth Of Puerto Rico


(iii) Motivo para oponerse a Objeción global.

El motivo para unirme a la Objeción global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico, número de reclamo: 141030. La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron, número de reclamo: 150518.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.


(iv) Documentación justificativa.
Se anejan los siguientes documentos como evidencia:
- Copia del Exhibit A -Deficient, páginas 9 de 161
- Estado de Cuenta estimado de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura
- Certificación de Empleo del Departamento de la Familia
- Evidencia de Reclamación Copia de la Objeción global
- Información del caso de Prime Clerk
- Evidencia de Reclamación Formulario 410 Modificado
- Documento de Información Solicitada para Procesar su Reclamación


Cordialmente,

**Nadiezhda Irizarry Cuadrado**
Calle 11 Q-3 Alturas de Interamericana
Trujillo Alto, Puerto Rico 00976
787-364-2349
nirizarryc@yahoo.com