02/06/2020

Radicar una réplica

Yo Doris Suárez reclamación #134674 solicito a The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico PROMESA Title III No 17 BK 3283-LTS

One Hundred Thirty Omnibus Objections (non sustantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Trasportation Authority, and Employers Retirement System of the government of the Commonwealth of Puerto Rico to deficient claims asserting Interest Based on Salary Demand, Employment or Services Provided

Solicito incluya y acepte mi reclamación debido a que trabajé más de 30 años como maestra del Departamento de Educación. Estoy enviando documento como evidencia de mi pensión.

Doris Suárez Pérez
HC-2 Box 47072
Arecibo PR 00612
dosua07@hotmail.com

(787) 407-4663
878-8499