

1 de octubre de 2007

**PROF. DORIS SUAREZ PEREZ**
**PO BOX 144046**
**ARECIBO PR    00614-4046**

CASO: **897-A**

Profesora **Suárez Pérez**:

Nos referimos a su Solicitud de Retiro por Años de Servicios. La misma fue atendida a tono con las disposiciones de la **Ley 91**, aprobada el **29** de **marzo** de **2004**. Su retiro fue efectivo el **28 de julio de 2007** y recibirá una renta mensual de **$1,855.83.**

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le advertimos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Se incluye información de interés para los maestros pensionados.

Cordialmente,

Wanda G Santiago López
Directora Área Servicios de Retiro

NPA/agb

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5062968 |
| Fecha Aviso: | 12/13/2019 |

**DORIS SUAREZ PEREZ**
HC 2 BOX 47072
ARECIBO PR 00612-9312

SS: XXX-XX-2116

| | |
|---|---|
| # Empleado: | XXXXX2116 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,855.83 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 927.92 | 1,867.50 | 21,342.16 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 927.92 | 1,867.50 | 21,642.16 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 3.95 | 90.85 |
| AS-ASOC PENSIONADOS | 1.00 | 7.00 |
| SM-First Medical Health Plan | 0.00 | 970.00 |
| **Total:** | 4.95 | 1,067.85 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 800.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto Corriente: | 927.92 | |
| Total Bruto Acumulado: | 21,642.16 | |
| Total Impuestos Corriente: | 0.00 | |
| Total Impuestos Acumulado: | 0.00 | |
| Deducciones Totales Corriente: | 4.95 | |
| Deducciones Totales Acumulado: | 1,067.85 | |
| Paga Neta Corriente: | 922.97 | |
| Paga Neta Acumulado: | 20,574.31 | |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5062968 | 922.97 |
| **Total:** | 922.97 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/13/2019

Aviso No.
5062968

Cant. Deposito: $922.97

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $922.97 |
| **Total:** | | $922.97 |

TRAY 27 SQ 6005****************SCH 5-DIGIT 00612   6005 2 AV 0.383
DORIS SUAREZ PEREZ
HC 2 BOX 47072
ARECIBO PR 00612-9312

**NO-NEGOCIABLE**