Doris Suarez
HC 2 Box 47072
Arecibo, PR 00612

7019 1120 0000 7606 7669

U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
FEB 08, 20
AMOUNT
$7.60
R2307M152866-04

1000    00918

RETURN RECEIPT REQUESTED

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RETURN RECEIPT REQUESTED

SAN JUAN
DISTRICT COURT
CLERK'S OFFICE

2020 FEB 10 PM 4: 20

RECEIVED & FILED