| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Maldonado Ortiz, Sonia M. | 131085 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Maldonado Ortiz, Sonia M. | 131085 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38939 PackID: 853 MMLID: 2077133 SVC: 128th Omni
Maldonado Ortiz, Sonia M.
Urb. Maria del Carmen E-18 Calle 8
Corozal, PR 00783

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Sonia M. Maldonado Ortíz**, con número de seguro social que termina en 2783.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 1 de enero de 2009 |
| Tiempo Cotizado para la Pensión | 31 años, 1 mes, 0 sem., 4.5 días |
| Pensión mensual Inicial | $2,421.25 |
| Pensión Mensual Actual | $2,421.25 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414   787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **10-oct-08**
Fecha Vencimiento: **29-ENE-09**

Núm de Caso: **0875**

### INFORME RENTA ANUAL VITALICIA

**MALDONADO ORTIZ, SONIA M.**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: ____

Sexo: ☑ Femenino  ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): ____

Categoría y Pueblo: **COROZAL - DIRECTOR ELEM**

Retiro Ley Núm.: **Ley 91 del 2004**

Dirección Postal:
URB MARIA DEL CARMEN
E 18 CALLE 8
COROZAL PR 00783

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 55 Años 3 Meses 5 Días | 31 Años 1 Meses 0 Sem 4.5 Días | $ 61,856.23 | $ 2,421.25 | $ 29,055.00 |

Fecha de Renuncia: **31-DIC-08**    Último Día de Pago: **31-DIC-08**
Fecha Efectividad Pensión: **1-ENE-09**    Cierre de Nómina: **13-ENE-09**
Fecha Primer Pago Pensión: **30-ENE-09**    Importe $ **2,421.25**
Pago Global Retroactivo: Desde **1-ENE-09** Hasta **15-ENE-09**  Importe Total $ **1,210.63**

#### DESGLOSE DE DESCUENTOS

|  | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 1,210.63 | $ 2,421.25 |
| Menos Descuentos: Préstamos: | Descuento | Descuento |
| Personal (PP) Clave 47-000 | 203.20 | 406.40 |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 1,007.43 | $ 2,014.85 |

PAGADO

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES — Nombre del Empleado — Firma — 18-DIC-08
NORMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — Fecha

#### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
DEC 23 2008
NOMBRE: ____
FIRMA: ____

#### USO DIRECTOR(A) AREA RETIRO

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado
Firma — Fecha: 1/08/09

#### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina   Mes ____   ☐ 1ra ☑ 2da
Nombre Empleado ____  Firma ____  Fecha (Mes-Día-Año) ____

Nómina Pago Global   Mes ____   ☑ 1ra ☐ 2da   ☐ Off Cycle  ☐ Pay Line
Nombre Empleado ____  Firma ____  Fecha (Mes-Día-Año) ____

Juan Agosto Castro
Nombre Supervisor   Firma   Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **10-oct-08**
Fecha Vencimiento: **29-ENE-09**

Núm de Caso: **0875**

### INFORME RENTA ANUAL VITALICIA

Página 2

MALDONADO ORTIZ, SONIA M.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Fecha Nacimiento (Mes-Día-Año)

COROZAL - DIRECTOR ELEM
Categoría y Pueblo

#### COMPUTO RENTA ANUAL

A. $ 9,685.00 / 3 = $ 3,228.33 x 75.0% = - x 0.000 = $ 2,421.25
   Sueldos más altos / años = Promedio Sueldos x Por Ciento

APORTACIÓN INDIVIDUAL 0%

B. Ajuste de 0%   $ - x 0% = $ -

C. Pensión Ajustada   $ - x 12 = $ -      $ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 3,045.00 | $ 36,540.00 | | Efectividad Pensión | 2009 | 1 | 1 |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1953 | 9 | 26 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,045.00 | Edad al Retirarse | 55 | 3 | 5 |
| 6 | 0 | 20 | $ 3,295.00 | $ 19,770.00 | | | | | |
| 6 | 0 | 20 | $ 3,395.00 | $ 20,370.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,345.00 | Semanas 0 x 5 = - | | | |
| | | | | | | Días 0 x 1 = - | | | |
| | | | | | | 0.0000 | | | |
| 6 | 0 | 20 | $ 3,545.00 | $ 21,270.00 | | | | | |
| 6 | 0 | 20 | $ 3,045.00 | $ 18,270.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 30 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,295.00 | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 0.0000 | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: _____ Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma _____ Fecha | | | |

Sueldo Total para Promedio: $ 116,220.00   $ 9,685.00

Revisado por: _____ Nombre

Firma _____ Fecha

#### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 31 | 1 | 0 | 4.5 |

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 01/16/2020 | | Aviso #: | 5822231 |
| | | | Hasta: | 01/31/2020 | | Fecha Aviso: | 01/30/2020 |
| SONIA M MALDONADO ORTIZ | # Empleado: | XXXXX2783 | | | DATA IMP: | Federal | PR |
| URB MARIA DEL CARMEN | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | | Estado Civil: | Married | Married |
| E18 CALLE 8 | Lugar: | A/OS SERVICIO LEY 91 | | | Concesiones: | 0 | 39 + 99 |
| COROZAL, PR 00783 | Titulo: | Pensionado | | | Pct. Adcl.: | | |
| SS: XXX-XX-2783 | Sueldo: | $2,421.25 Monthly | | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,210.63 | 172.50 | 2,421.26 |
| Total: | | | 1,210.63 | 172.50 | 2,421.26 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| SC-TRIPLE-S VIDA INC | 33.88 | 67.76 |
| Ahorros-AEELA | 36.32 | 72.64 |
| Total: | 123.68 | 247.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 100.00 |
| * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,210.63 | 0.00 | 123.68 | 1,086.95 |
| Acumulado: | 2,421.26 | 0.00 | 247.36 | 2,173.90 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5822231 | 1,086.95 |
|---|---|
| Total: | 1,086.95 |

MENSAJE:

---

**Gobierno de Puerto Rico**  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/30/2020

Aviso No.  
5822231

Cant. Desposito: __$1,086.95__

A la  
Cuenta(s) De

SONIA M MALDONADO ORTIZ  
URB MARIA DEL CARMEN  
E18 CALLE 8  
COROZAL, PR 00783

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,086.95 |
| Total: | | $1,086.95 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2020 | Aviso #: | 5565281 |
| | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| SONIA M MALDONADO ORTIZ | # Empleado: | XXXXX2783 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB MARIA DEL CARMEN | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| E18 CALLE 8 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| COROZAL, PR 00783 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS:  XXX-XX-2783 | Sueldo: | $2,421.25 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,210.63 | 82.50 | 1,210.63 |
| Total: | | | 1,210.63 | 82.50 | 1,210.63 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| SC-TRIPLE-S VIDA INC | 33.88 | 33.88 |
| Ahorros-AEELA | 36.32 | 36.32 |
| Total: | 123.68 | 123.68 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,210.63 | 0.00 | 123.68 | 1,086.95 |
| Acumulado: | 1,210.63 | 0.00 | 123.68 | 1,086.95 |

### PTO HORAS  ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5565281 | 1,086.95 |
|---|---|
| Total: | 1,086.95 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5565281

Cant. Desposito:    $1,086.95

A la
Cuenta(s) De

SONIA M MALDONADO ORTIZ
URB MARIA DEL CARMEN
E18 CALLE 8
COROZAL, PR  00783

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,086.95 |
| Total: | | $1,086.95 |

## NO-NEGOCIABLE

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | SONIA M. MALDONADO ORTIZ |
| Seguro Social | : | -2783 |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $3,545.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de diciembre de 2008 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/10/1976. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.