Sonia M. Maldonado Ortiz
Calle 8 E-18
Urb. Maria del Carmen
Corozal, P.R. 00783

RECEIVED & FILED
2020 FEB 10 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Clerks Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767