> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| MALDONADO ORTIZ, SONIA M. | 152575 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO. PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| MALDONADO ORTIZ, SONIA M. | 152575 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Sonia M. Maldonado Ortíz**, con número de seguro social que termina en 2783.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de enero de 2009 |
| Tiempo Cotizado para la Pensión | 31 años, 1 mes, 0 sem., 4.5 días |
| Pensión mensual Inicial | $2,421.25 |
| Pensión Mensual Actual | $2,421.25 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico.**

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414   787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: 10-oct-08
Fecha Vencimiento: 29-ENE-09

Núm de Caso: 0875

## INFORME RENTA ANUAL VITALICIA

Apellido Paterno, Materno, Nombre e Inicial: MALDONADO ORTIZ, SONIA M.
Seguro Social: 2783
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año):
Categoría y Pueblo: COROZAL - DIRECTOR ELEM
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: URB MARIA DEL CARMEN
E 18 CALLE 8
COROZAL PR 00783

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 55 Años 3 Meses 5 Días | 31 Años 1 Meses 0 Sem 4.5 Días | $ 61,856.23 | $ 2,421.25 | $ 29,055.00 |

Fecha de Renuncia: 31-DIC-08    Último Día de Pago: 31-DIC-08
Fecha Efectividad Pensión: 1-ENE-09    Cierre de Nómina: 13-ENE-09
Fecha Primer Pago Pensión: 30-ENE-09    Importe $ 2,421.25
Pago Global Retroactivo Desde 1-ENE-09    Hasta 15-ENE-09    Importe Total $ 1,210.63

### DESGLOSE DE DESCUENTOS

|  | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 1,210.63 | $ 2,421.25 |
| Menos Descuentos: Préstamos: | Descuento | Descuento |
| Personal (PP) Clave 47-000 | 203.20 | 406.40 |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 1,007.43 | $ 2,014.85 |

PAGADO

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.
Nombre del Empleado: ANNIE RIVERA CANALES    Firma    Fecha: 18-DIC-08
Nombre Supervisor: NORMA I. PEÑA AGOSTO    Firma    Fecha

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
DEC 23 2008
NOMBRE:
FIRMA:

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado
Firma    Fecha: 1/08/09

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina    Mes    ☐ 1ra ☑ 2da    Nómina Pago Global    Mes    ☑ 1ra ☐ 2da    ☐ Off Cycle ☐ Pay Line
Nombre Empleado    Firma    Fecha
Nombre Empleado    Firma    Fecha
Juan Agosto Castro
Nombre Supervisor    Firma    Fecha

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

| Rev.GIFT 10-OCT-08 | | | | | | | Mes-Día-Año |
|---|---|---|---|---|---|---|---|
| | SRM | Estado Libre Asociado de Puerto Rico Sistema de Retiro para Maestros | | | SRM | | Fecha Radicación 10-oct-08 |
| Núm de Caso 0875 | | INFORME RENTA ANUAL VITALICIA | | | | | Fecha Vencimiento 29-ENE-09 |

Página 2

MALDONADO ORTIZ, SONIA M.
Apellido Paterno, Materno, Nombre e Inicial

2783           COROZAL - DIRECTOR ELEM
Seguro Social    Fecha Nacimiento     Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 9,685.00 / 3 = $ 3,228.33 x 75.0% = - x 0.000 = $ 2,421.25
    Sueldos más altos / años / Promedio Sueldos / Por Ciento

APORTACIÓN INDIVIDUAL   0%

B. Ajuste de 0%   $ - x 0% = $ -

C. Pensión Ajustada   $ - x 12 = $ -    $ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 3,045.00 | $ 36,540.00 | | Efectividad Pensión | 2009 | 1 | 1 |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1953 | 9 | 26 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,045.00 | Edad al Retirarse | 55 | 3 | 5 |
| 6 | 0 | 20 | $ 3,295.00 | $ 19,770.00 | | | | | |
| 6 | 0 | 20 | $ 3,395.00 | $ 20,370.00 | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 240 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 20 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Semanas | 0 x 5 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 3,345.00 | Días | 0 x 1 = | | - |
| | | | | | | | | | 0.0000 |
| 6 | 0 | 20 | $ 3,545.00 | $ 21,270.00 | | | | | |
| 6 | 0 | 20 | $ 3,045.00 | $ 18,270.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 365 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 3,295.00 | Meses | 0 x 30 = | | - |
| | | | | | | 4 Sem | 0 x 29 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem | 0 x 22 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 x 15 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 x 7 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 x 1 = | | - |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | | Nombre | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma | | Fecha | |

Sueldo Total para Promedio   $ 116,220.00   $ 9,685.00

Revisado por:
     Nombre
     Firma     Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 31 | 1 | 0 | 4.5 |

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2020 | Aviso #: | 5565281 |
| | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| | | | |
|---|---|---|---|
| SONIA M MALDONADO ORTIZ | # Empleado: XXXXX2783 | DATA IMP: | Federal   PR |
| URB MARIA DEL CARMEN | Dept: 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married   Married |
| E18 CALLE 8 | Lugar: A/OS SERVICIO LEY 91 | Concesiones: | 0   39 + 99 |
| COROZAL, PR 00783 | Titulo: Pensionado | Pct. Adcl.: | |
| SS: XXX-XX-2783 | Sueldo: $2,421.25 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,210.63 | 82.50 | 1,210.63 |
| Total: | | | 1,210.63 | 82.50 | 1,210.63 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| SC-TRIPLE-S VIDA INC | 33.88 | 33.88 |
| Ahorros-AEELA | 36.32 | 36.32 |
| Total: | 123.68 | 123.68 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,210.63 | 0.00 | 123.68 | 1,086.95 |
| Acumulado: | 1,210.63 | 0.00 | 123.68 | 1,086.95 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5565281 | 1,086.95 |
| Total: | 1,086.95 |

MENSAJE:

---

Gobierno de Puerto Rico                         Fecha                          Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS            01/15/2020                     5565281

Cant. Desposito:    $1,086.95

A la
Cuenta(s) De

SONIA M MALDONADO ORTIZ
URB MARIA DEL CARMEN
E18 CALLE 8
COROZAL, PR  00783

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,086.95 |
| Total: | | $1,086.95 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | Grupo de Pago: SM -Quincenal | Business Unit: PUERT |
|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: 01/16/2020 | Aviso #: 5822231 |
| | Hasta: 01/31/2020 | Fecha Aviso: 01/30/2020 |

SONIA M MALDONADO ORTIZ
URB MARIA DEL CARMEN
E18 CALLE 8
COROZAL, PR 00783
SS: XXX-XX-2783

# Empleado: XXXXX2783
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,421.25 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 39 + 99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,210.63 | 172.50 | 2,421.26 |
| Total: | | | 1,210.63 | 172.50 | 2,421.26 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| SC-TRIPLE-S VIDA INC | 33.88 | 67.76 |
| Ahorros-AEELA | 36.32 | 72.64 |
| Total: | 123.68 | 247.36 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 100.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,210.63 | 0.00 | 123.68 | 1,086.95 |
| Acumulado: | 2,421.26 | 0.00 | 247.36 | 2,173.90 |

## PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #5822231 | 1,086.95 |
|---|---|
| Total: | 1,086.95 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5822231

Cant. Desposito: $1,086.95

A la
Cuenta(s) De

SONIA M MALDONADO ORTIZ
URB MARIA DEL CARMEN
E18 CALLE 8
COROZAL, PR 00783

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,086.95 |
| Total: | | $1,086.95 |

NO-NEGOCIABLE

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | SONIA M. MALDONADO ORTIZ |
| Seguro Social | : | -2783 |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $3,545.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de diciembre de 2008 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/10/1976. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.