Sonia M. Maldonado Ortiz
Calle 8 E-18
Urb. Maria del Carmen
Corozal, P.R. 00783

RECEIVED & FILED
2020 FEB 10 PM 4:20
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR



Clerks Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767