(ii) Epígrafe: Promesa

Título III

Núm.17BK 3283-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al 2008-2009 se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $28,800.00 apróximadamente de salarios impagos. Solocito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho segú la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Informe de Renta Anual Vitalicia
- Evidencia talonarios de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

Nombre: María C. Gutiérrez Pérez

últimos cuatro #Seguro Social: 6887

Núm. de reclamación: 112001

Dirección: P.O. Box 113, Vega Alta P.R. 00692

Teléfono: 787-218-8676

(ii) Epígrafe: Promesa

Título III

Núm.17BK 3283-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al 2008-2009 se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $28,800.00 apróximadamente de salarios impagos. Solocito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho segú la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Informe de Renta Anual Vitalicia
- Evidencia talonarios de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

_María C. Gutiérrez Pérez_  _6887_
Nombre                                    últimos cuatro #Seguro Social

_María C. Gutiérrez Pérez_   _1472 17_
                                         Núm. de reclamación

Dirección _P.O. Box 113_
_Vega Alta, P.R. 00692_
Teléfono _787-218-8676_

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria C. Gutiérrez Pérez**, con número de seguro social que termina en 6887.

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2008** |
| **Tiempo Cotizado para la Pensión** | **32 años, 7 mes, 1 sem., 1 días** |
| **Pensión mensual Inicial** | **$1,896.07** |
| **Pensión Mensual Actual** | **$1,896.07** |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.764.6910    www.srm.pr.gov



## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesas**

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA C. GUTIERREZ PEREZ |
| Seguro Social | : | -6887 |
| Categoría | : | MA EDUC NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | VEGA ALTA_ |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2009 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 33 años, 8 meses y 3 semanas. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 10/24/1973. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/16/2020 | Aviso #: | 5828519 |
| | | Hasta: | 01/31/2020 | Fecha Aviso: | 01/30/2020 |

| MARIA C GUTIERREZ PEREZ | # Empleado: | XXXXX6887 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 113 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +VEGA ALTA, PR 00692 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-6887 | Sueldo: | $1,896.07 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 948.04 | 172.50 | 1,896.08 | | | |
| Total: | | | 948.04 | 172.50 | 1,896.08 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SM-MMM Advantage | 100.00 | 100.00 |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 948.04 | 0.00 | 0.00 | 948.04 |
| Acumulado: | 1,896.08 | 0.00 | 0.00 | 1,896.08 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | Aviso #5828519 | 948.04 |
|---|---|---|---|
| + Acumulado: | | Total: | 948.04 |
| - Utilizado: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/30/2020

Aviso No.  
5828519

Cant. Desposito: __$948.04__

A la  
Cuenta(s) De

MARIA C GUTIERREZ PEREZ  
PO BOX 113  
VEGA ALTA, PR 00692

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.04 |
| Total: | | $948.04 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2020 | Aviso #: | 5571569 |
| | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| MARIA C GUTIERREZ PEREZ | # Empleado: | XXXXX6887 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 113 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +VEGA ALTA, PR 00692 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-6887 | Sueldo: | $1,896.07 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 948.04 | 82.50 | 948.04 |
| Total: | | | 948.04 | 82.50 | 948.04 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 948.04 | 0.00 | 0.00 | 948.04 |
| Acumulado: | 948.04 | 0.00 | 0.00 | 948.04 |

### PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5571569 | 948.04 |
|---|---|
| Total: | 948.04 |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/15/2020

Aviso No.  
5571569

Cant. Desposito:    $948.04

A la  
Cuenta(s) De

MARIA C GUTIERREZ PEREZ  
PO BOX 113  
VEGA ALTA, PR 00692

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $948.04 |
| Total: | | $948.04 |

## NO-NEGOCIABLE

Rev.GIFT 10-MAR-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 2-abr-08
Fecha Vencimiento: 4-sep-08

Núm de Caso: 0250

## INFORME RENTA ANUAL VITALICIA

**GUTIERREZ PEREZ, MARIA C.**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año)

Categoría y Pueblo: **VEGA ALTA - ELEMENTAL**

Retiro Ley Núm: **Ley 91 del 2004**

Dirección Postal: **PO BOX 113 / VEGA ALTA PR 00692**

1896.08

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 56 | 5 | 20 | 32 | 7 | 1 | 1 | $ 55,486.68 | $ 1,896.07 | $ 22,752.84 |

Fecha de Renuncia: 28-jul-08
Último Día de Pago: 25-jul-08
Fecha Efectividad Pensión: 29-jul-08
Cierre de Nómina: 27-ago-08
Fecha Primer Pago Pensión: 15-Sep-08
Importe $ 1,896.07
Pago Global Retroactivo Desde 29-jul-08 Hasta 31-ago-08 Importe Total $ 2,079.55

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 2,079.55 | $ 1,896.07 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: Clave | | |
| Personal (PP) 47-000 | | |
| Cultural (PC) 45-000 | | |
| Hipotecario (PH) 36-000 | | |
| Finanzas 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 2,079.55 | $ 1,896.07 |

PAGADO

**Bonos:**
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.

**ANNIE RIVERA CANALES**
Nombre del Empleado

**YOLANDA PEREZ COLON**
Nombre Supervisor

Firma

Fecha: 15-AGO-08

### PREINTERVENCION DE DOCUMENTOS / USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
AUG 18 2008
NOMBRE:
FIRMA: Brendally Ledoux Mirabal

Aprobado por: **Wanda Santiago López**
Nombre Director(a) o Representante Autorizado

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes **9** ☑ 1ra ☐ 2da
Nómina Pago Global Mes **SEP** ☑ 1ra ☐ 2da ☐ Off Cycle ☑ Pay Line

Nombre Empleado: Wandal Rodriguez Mirabal
Fecha: 8-21-08

**Juan Agosto Castro**
Nombre Supervisor

Conservación: Seis años o una Intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-MAR-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 2-abr-08
Fecha Vencimiento: 4-sep-08

Núm de Caso: 0250

## INFORME RENTA ANUAL VITALICIA

Página 2

**GUTIERREZ PEREZ, MARIA C.**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: 6887
Categoría y Pueblo: VEGA ALTA - ELEMENTAL

### COMPUTO RENTA ANUAL

A. $ 7,584.27 / 3 = $ 2,528.09 × 75.0% = - × 0.000 = $ 1,896.07 × 12 = $ 22,752.81 / 22,752.74
   (Sueldos más altos / años / Promedio Sueldos / Por Ciento)

APORTACIÓN INDIVIDUAL 0%

B. Ajuste de 0%  $ - × 0% = $ -

C. Pensión Ajustada  $ - × 12 = $ -    $ - × 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,505.00 | $ 30,060.00 | | Efectividad Pensión | 2008 | 7 | 29 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1952 | 2 | 9 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,505.00 | Edad al Retirarse | 56 | 5 | 20 |
| 6 | 0 | 20 | $ 2,505.00 | $ 15,030.00 | | | | | |
| 6 | 0 | 20 | $ 2,605.00 | $ 15,630.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 × 240 = - | | |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 × 20 = - | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,555.00 | Semanas | 0 × 5 = - | | |
| | | | | | | Días | 0 × 1 = - | | |
| | | | | | | | | | 0.0000 |
| 0 | 18.5 | 20 | $ 2,755.00 | $ 2,548.38 | | | | | |
| 11 | 1.5 | 20 | $ 2,505.00 | $ 27,742.88 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 × 365 = - | | |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 × 30 = - | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,524.27 | 4 Sem | 0 × 29 = - | | |
| | | | | | | 3 Sem | 0 × 22 = - | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 × 15 = - | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 × 7 = - | | |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 × 1 = - | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma     Fecha | | | |

Sueldo Total para Promedio: $ 91,011.25    $ 7,584.27

Revisado por: Nombre   Firma   Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 32 | 7 | 1 | 1 |

SRF 35480

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

---

**THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**

**PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.**

---

September 3, 2019

Re: PROMESA Proof of Claim
*In re Commonwealth of Puerto Rico*, Case No. 17-03283
United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors"). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number **112001** . You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do **not** simply copy over the same information.

**Please respond to this letter on or before October 3, 2019 by returning the enclosed questionnaire with the requested information and documentation.**

Batch 3



990123400373062

SRF 35480

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

*** Response Required ***

> THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.
>
> PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

September 3, 2019

Re: PROMESA Proof of Claim
*In re Commonwealth of Puerto Rico*, Case No. 17-03283
United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number 147217 . You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do <u>not</u> simply copy over the same information.

<u>Please respond to this letter on or before October 3, 2019 by returning the enclosed questionnaire with the requested information and documentation.</u>

Batch 3



99012340037306

Maria C. Gutierrez Pérez
P.O. Box 113
Vega Alta, P.R. 00692-



RECEIVED & FILED
CLERK'S OFFICE
U.S. DIST. CT. COURT
2020 FEB 10 PM 4:20



Clerks office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767