Anexo C -pág. 4 del documento

(ii) Epígrafe: Promesa

Título III

Núm.17BK 3283-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al 1999-2000 se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $19,200.00 apróximadamente de salarios impagos. Solicito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho según la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Informe de Renta Anual Vitalicia
- Evidencia talonarios de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

*Cruz N. Meléndez Rosado*
Firma

*Cruz N. Meléndez Rosado*
Nombre

Dirección: Bo. Palmarejo Corozal, P.R. 00783

Teléfono: 787-438-0936

3519
últimos cuatro #Seguro Social

138 777
Número de reclamación