IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Melendez Rosado, Cruz N. | 138777 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Melendez Rosado, Cruz N. | 138777 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000323

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

*Meléndez Rosado   CN-MR*

Certifico la siguiente información referente a la pensión de la **Prof. Cruz N. Rivera Rivera**, con número de seguro social que termina en 3519.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000. |
| Tiempo Cotizado para la Pensión | 32 años, 4 mes, 1 sem., 3 días |
| Pensión mensual Inicial | $1,364.37 |
| Pensión Mensual Actual | $1,447.46 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

*3*



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414       787.764.6910      www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CRUZ N. MELENDEZ ROSADO |
| Seguro Social | : | -3519 |
| Categoría | : | MA, EDUCACION TEMPRANA (K-3) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $1,900.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de enero de 2000 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 32 años, 5 meses, 1 semana y 2 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

### INFORME RENTA ANUAL VITALICIA

-3519

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Cruz N. Meléndez Rosado | 33149 | F |

Tipo de Renta:
a— Años de Servicio y Edad
  Opcional ( )
  Obligatorio ( )
b— Edad ( )
c— Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento
_____ Año  _____ Mes  _____ Día

Fecha de Retiro
2000 Año   julio Mes   28 Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 51 | 2 | 26 | 32 | 4 | 1 | 3 | $ 33,518.29 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad
2000 Año   julio Mes   29 Día

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha _____
Iniciales _____

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante cinco años consecutivos a $1,819.16          1,182.45
   X   65%   X   30 años
   (Por ciento)      (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | 181.92 |
|---|---|---|---|---|
| $ 181.92 | $ | $ | $ | |

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,364.37 |
|---|---|
| Renta Anual Vitalicia | 16,372.44 |

Computado
_____  24 enero 2001
Celia Rodríguez Rivera     Fecha

Recomendado:
_____  25-1-01
Gloria E. Navas Pérez      Fecha
Directora Area Servicios de Retiro

Cotejado
por: B. Ledoux            24-1-01
Julio C. Ortiz            Fecha

Aprobado:
_____  24 enero 2001
Irma A. Giménez López      Fecha
Secretaria Ejecutiva

HA/aph

mrm

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/16/2020 | Aviso #: | 5813043 |
| | | Hasta: | 01/31/2020 | Fecha Aviso: | 01/30/2020 |

| CRUZ N MELENDEZ ROSADO | # Empleado: | XXXXX3519 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 392 | Dept: | 592110-Por Merito Ley 44 | Estado Civil: | Single | Married |
| COROZAL, PR 00783-0392 | Lugar: | PENSIONADOS LEY 44 02700 | Concesiones: | 0 | 39 + 99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-3519 | Sueldo: | $1,447.46 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.907446 | 81.25 | 723.73 | 162.50 | 1,447.46 | | | |
| Total: | | 81.25 | 723.73 | 162.50 | 1,447.46 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 | SM-MCS Advantage | 100.00 | 100.00 |
| | | | CO-COOP MAESTRO PR | 60.35 | 120.70 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 17.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 122.33 | 244.66 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 723.73 | 0.00 | 122.33 | 601.40 |
| Acumulado: | 1,447.46 | 0.00 | 244.66 | 1,202.80 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5813043 | 601.40 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 601.40 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/30/2020

Aviso No.  
5813043

Cant. Desposito: __$601.40__

A la  
Cuenta(s) De

CRUZ N MELENDEZ ROSADO  
PO BOX 392  
COROZAL, PR 00783-0392

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $601.40 |
| Total: | | $601.40 |

**NO-NEGOCIABLE**

