Cruz Noelia Melendez Rosado
Bo. Palmarejo
Box 392
Corozal, P.R. 00783

RECEIVED & FILED

2020 FEB 10 PM 4: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
FEB 07, 20
AMOUNT
$1.40
R2303S101697-07

To: Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767