Secretaria Tribunal del Distrito de
Los Estados Unidos
Room 150, Federal Building
San Juan, Puerto Rico 00918-1767

February 6, 2020

Re: Martinez Torres Luvia I.
49 Colony Road
West Springfield, MA 01089
Tel: 413-244-3433
Email: luviamartinez@yahoo.com
Claim No: 127509
17BK3283LTS

About:
    Tribunal de Distrito de los Estados Unidos para el distrito de Puerto Rico. Deudores del caso al Estado Libre Asociado de Puerto Rico. Titulo de la 157 objeción Global (no sustantiva), del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y transportación de P.R. y del Gobierno del Estado Libre Asociado de Puerto Rico a varios reclamos deficientes.

Dear Sir,
    I am writing to you in regards of claim mentioned above, in which you sent me information stating that my claim is deficient because it lacks supporting documentation to prove my years of service as a teacher in the Department of Education in P.R.

    When I came to Massachusetts to work as a teacher, I kept solid proof of the evidence of my work. I am enclosing in this letter the best evidence I have in my power of my teaching years.

    I was entitled to some increase in salary and was not given.

    I hope you review my case and the proof included will help you to make a decision on my favor.

Thanks for your cooperation.

Respectfully,

*Luvia I. Martinez Torres (O'Brien)*

Luvia I. Martinez-O'Brien
Maiden Name: Luvia I. Martinez Torres
49 Colony Road
West Springfield, MA 01089