

COMMONWEALTH OF PUERTO RICO

DEPARTMENT OF EDUCATION

HATO REY, PUERTO RICO

271.2 LP lvm

OFFICE OF THE
SECRETARY OF EDUCATION
271-2-86-0567

January 28, 1986

### TO WHOM IT MAY CONCERN

We hereby certify that   Luvia I. Martinez Torres

has been working for the Department of Education of the Commonwealth of Puerto Rico for a period of  twenty (20) years, five (5) months, one (1) week and two (2) days

(His) (Her) teaching experience is as follows:

Elementary School Teacher.......From-August 6, 1956 to March 6, 1962 A.M.

Sick leave....................From-March 6, 1962 A.M. to February 6, 1963

Social Worker.................From-August 10, 1970 to June 28, 1971.

Elementary English Teacher.....From-August 2, 1971 to June 30, 1972.

Elementary English Teacher.....From-August 7, 1972 to September 29, 1972. 1 month

Social Worker................From-October 2, 1972 to June 29, 1973.

Elementary School Teacher......From-August 2, 1973 to September 24, 1976 A.M.

Sick leave....................From-September 24, 1976 P.M.

Elementary School Teacher......From-August 8, 1977 to May 28, 1982.

Secondary English Teacher......From-August 2, 1982 up to present.



Luisa M. Prieto
Personnel Officer



# TEACHERS RETIREMENT BOARD

268 Ponce de León Ave., P. O. Box 1879, Hato Rey, P. R. 00919
Phone: (809) 754-8611

March 3, 1997

MASSACHUSETTS TEACHERS'
RETIREMENT BOARD
BOSTON OFFICE
69 CANAL STREET
BOSTON  MA   02114-2006

## CERTIFICATION

We hereby certify that according to our records Mrs. Luvia Martinez, SS    -8011 who worked as a teacher on the Department of Education in Puerto Rico from August 1956 to January 1986 with interruptions periods of time.

The following contributions were paid to this System while she worked from the time shown above.

| Fiscal Year | Time Worked | Contributions Per Year |
|---|---|---|
| 1956-57 | 11 months | $115.50 |
| 1957-58 | 12 months | 130.20 |
| 1958-59 | 12 months | 134.40 |
| 1959-60 | 12 months | 138.60 |
| 1960-61 | 12 months | 168.00 |
| 1961-62 | 8 months | 139.21 |
| | 5 years and 7 months | $825.91 |

Those contributions from 1956-57 to 1961-62 were withdrawal from this System by Mrs. Luvia Martinez on March 19, 1963.

PAGE 2
MRS. LUVIA MARTINEZ
SS        -8011
Certification
March 3,1997


| 1970-71 | 10 months & 3 weeks | 301.00 |
| 1971-72 | 11 months | 392.49 |
| 1972-73 | 12 months | 434.70 |
| 1973-74 | 12 months | 453.60 |
| 1974-75 | 12 months | 537.60 |
| 1975-76 | 12 months | 537.60 |
| 1976-77 | 2 months, 3 weeks & 4 1/2 days | 133.28 |
| 1977-78 | 11 months | 531.30 |
| 1978-79 | 12 months | 600.60 |
| 1979-80 | 12 months | 634.20 |
| 1980-81 | 12 months | 680.23 |
| 1981-82 | 12 months | 701.40 |
| 1982-83 | 12 months | 701.40 |
| 1983-84 | 12 months | 742.35 |
| 1984-85 | 12 months | 789.60 |
| 1985-86 | 10 months | 659.65 |

Contributions from retroactive salaries
(Law 89,1979)                                          21.00
Total contributions still on the Puerto Rico     $8,852.00
Teachers' Retirement System.  Equivalent to 14 years, 10 months,
2 weeks and 4 days.

Cordially,

Dinelia Oyola Morales
Claim Division Chief

CDP/JR/enm