Luvia I. Martinez
49 Colony Rd.
W. Springfield, Ma. 01089

RECEIVED & FILED
2020 FEB 10 PM 4:18
CLERK
SAN JUAN, P.R.

7018 0360 0001 3228 4771

CERTIFIED MAIL

FEB 07 2020 USPS AGAWAM MA

Secretaria Tribunal del Distrito de los Estados Unidos
Room 150, Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
AGAWAM, MA
01001
FEB 07 20
AMOUNT
$4.10
R2304M112040-05