6 de febrero de 2020

Réplica a la objeción global de parte de:

**Datos de contacto:**
Nombre: Sandra V. Rivera Castillo
Dirección: P.O. Box 22742
San Juan, P.R. 00931
Correo electrónico: sandriinbox@gmail.com
Número de teléfono: (787)536-5900

**Epígrafe:**
Tribunal: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
Deudores: Junta de Supervisión y Administración Financiera para Puerto Rico como representante del Estado Libre Asociado y otros (deudores).

PROMESA Título III
Núm.: 17BK3283-LTS

Título de la objeción global: Notificación de la centésima trigésima primera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de reivindicaciones salariales, laborales o servicios prestados

Núm. de Reclamación: 142033
Cantidad: $4,000
Departamento de Educación
Social Security #: -5821
Cronos #: 55615



**Motivo para oponerse a la objeción global:**
Por este medio presento mi respuesta a la objeción global presentada por los deudores a la reclamación que hago (142033) por bono de Navidad y acumulación de días por enfermedad. Los dineros perdidos conciernen el cumplimiento de los términos del Convenio Colectivo entre la Federación de Maestros de Puerto Rico y el Departamento de Educación de Puerto Rico (secretaría del Estado Libre Asociado de Puerto Rico). En el Convenio Colectivo entre la Federación de Maestros de Puerto Rico y el Departamento de Educación, el Artículo XLIV, sección 44.01, se exponen los derechos al bono de Navidad; mientras en el Artículo XXXVI de las disposiciones generales, Sección 36.06, se exponen los derechos sobre la Licencia por enfermedad por cuya pérdida se hacen las reclamaciones.

**Documentación justificativa:** Convenio Colectivo entre la Federación de Maestros de Puerto Rico y el Departamento de Educación de Puerto Rico (Artículo XLIV, sección 44.01, Artículo XXXVI de las disposiciones generales, Sección 36.06)

Atentamente,

Sandra V. Rivera Castillo