del presupuesto por la legislatura para evaluar la implantación de los aumentos aquí acordados, modificar dichos aumentos conforme a cualquier otra distribución o para buscar alternativas viables a la situación de insuficiencia o incapacidad económica de cumplir con los aumentos pactados por no haber sido asignados del Fondo General.

### ARTÍCULO XLV
### FONDO ESPECIAL DE AYUDA SOLIDARIA

**Sección 45.01** El Departamento aportará anualmente a un Fondo Especial de Ayuda Solidaria para beneficio de los miembros del representante exclusivo, las sumas que se desglosan a continuación:

A. Primer Año: $ 5.00 anuales por miembro del representante exclusivo.
B. Segundo Año: $ 8.00 anuales por miembro del representante exclusivo.
C. Tercer Año: $10.00 anuales por miembro del representante exclusivo.

**Sección 45.02** La Federación aportará a dicho fondo una cantidad mensual no menor a la que en la actualidad aporta a un fondo similar bajo su administración.

**Sección 45.03** Las partes constituirán un Comité Conjunto para elaborara los mecanismos para la implantación de este beneficio y las situaciones que el mismo atenderá. Disponiéndose que tal mecanismo debe reconocer y tomar en consideración el carácter de fondos públicos de la aportación del Departamento a dicho fondo, el asesoramiento del Departamento del Trabajo y cualquier otra entidad, disposición legal o consideración que proceda. El Comité además tendrá el propósito de crear un Reglamento de Uso y Administración de estos fondos y su estructura de funcionamiento. El mencionado reglamento deberá ser aprobado por las partes y por el Departamento del Trabajo.

**Sección 45.04** La presente cláusula entrará en vigor una vez se haya aprobado el Reglamento de Fondo Especial, según dispuesto en los párrafos anteriores.

**Sección 45.05** Anualmente dicho fondo será objeto de una auditoria fiscal y operacional por una firma de auditores externos seleccionada por las partes. Los honorarios profesionales de dicha firma de auditores serán pagados con cargos al Fondo Especial.

### ARTÍCULO XLVI
### JUNTA DE RETIRO PARA MAESTROS

El Departamento se compromete a respaldar las acciones ante el poder legislativo y/o ejecutivo que propulse la Federación de Maestros para que los miembros de la Unidad Apropiada sean representados por la Federación ante la Junta de Retiro para Maestros.

### ARTÍCULO
### XLVII SISTEMA DE RETIRO

**Sección 47.01** El Departamento y la Federación, se comprometen a solicitar conjuntamente a la Junta de Retiro para Maestros, que durante la vigencia de este convenio lleve a cabo un estudio actuarial para determinar la viabilidad y el costo de brindar a los miembros de la Unidad Apropiada un beneficio de retiro con veinticinco (25) años de servicios cotizados y una pensión equivalente al setenta y cinco porciento (75%) de su sueldo promedio más alto.

**Sección 47.02** Dicho estudio actuarial deberá considerar las enmiendas a la ley o los reglamentos que correspondan, para fijar la aportación patronal para esos fines en un 9% o el por ciento que corresponda.

**Sección 47.03** Ambas partes se comprometen además a someter conjuntamente a la Asamblea Legislativa aquellas enmiendas de ley que sean necesarias para conseguir estos derechos y para que se asignen los fondos necesarios para absorber el impacto económico de los mismos.

50

### ARTICULO XLVIII
### LA CARRERA MAGISTERIAL

**Sección 48.01** La Federación y el Departamento crearán el Comité de La Carrera Magisterial que estará constituido por seis (6) integrantes, tres de la Federación y tres del Departamento, con el propósito de armonizar los procedimientos que regirán.

**Sección 48.02** Tanto el Departamento de Educación, como la Federación de Maestros, se comprometen a armonizar la Ley 45 y la Ley de la Carrera Magisterial (Ley 158 de 1999) y el Reglamento de la Carrera Magisterial en aquellos renglones en los que puedan haber contradicciones, particularmente en las definiciones de renumeración, incentivos, evaluación, categorías de maestros y representación en los comités de trabajo que establecen los mecanismos y procesos de evaluación.

Se comprometen además a someter conjuntamente, en la medida en que sea posible, en esta sesión ordinaria de la Legislatura y al Departamento de Educación, aquellas enmiendas que sean necesarias a las leyes y reglamentos para lograr el propósito común de conseguir el mejoramiento profesional de los maestros y otro personal docente.

**Sección 48.03** La incorporación de un miembro de la Unidad Apropiada a la Carrera Magisterial será estrictamente voluntaria.

**Sección 48.04** La Carrera Magisterial no afectará la composición de la Unidad Apropiada.

**Sección 48.05** La Carrera Magisterial no afectará los derechos adquiridos de los miembros de la Unidad Apropiada, ni estará en contraposición al Convenio Colectivo.

**Sección 48.06** Ningún miembro de la Unidad Apropiada que voluntariamente se incorpore a la Carrera Magisterial asumirá tareas administrativas y de supervisión.

### ARTÍCULO XLIX
### CARRERA MAGISTERIAL Y EQUIDAD SALARIAL

**Sección 49.01** El Departamento de Educación y la Federación de Maestros de Puerto Rico se comprometen a impulsar ante la Legislatura de Puerto Rico, para su aprobación, las enmiendas a la Ley de Carrera Magisterial, presentadas por la Administración del Gobierno de Puerto Rico, de manera tal que se redefinan las categorías del maestro, flexibilizar los mecanismos para lograr su incorporación y ascenso en los diferentes niveles que la misma establezca, y se incluyan los miembros de la Unidad Apropiada excluidos de la ley vigente.

**Sección 49.02** El Departamento de Educación y la Federación de Maestros de Puerto Rico se comprometen a revisar el Reglamento de la Ley de Carrera Magisterial para atemperar el mismo a lo establecido por el Convenio Colectivo particularmente lo dispuesto en el Artículo 18, sec. 18.02 y las enmiendas a la ley de Carrera Magisterial según sea enmendada.

### ARTÍCULO L
### DESARROLLO PROFESIONAL Y EDUCACIÓN CONTINUA

**Sección 50.01.** El Departamento y la Federación reconocen la necesidad de que los miembros de la Unidad Apropiada reciban apoyo en términos de adiestramientos y educación continua para su desarrollo profesional.

**Sección 50.02.** Todo miembro de la Unidad Apropiada, tendrá oportunidad de asistir a cursos de educación continua ofrecidos por el propio Departamento, según las necesidades del servicio así lo permitan.

**Sección 50.03** La asistencia de los miembros de la Unidad Apropiada a estos talleres será libre de costos.

**Sección 50.04** Además de a Nivel Central, estos cursos se ofrecerán a nivel de los distritos o regiones escolares, según la disponibilidad de recursos lo permitan.

**Sección 50.05** La Federación y el Departamento instituirán un Comité de Adiestra-

51

**Sección 40.02** El Departamento proveerá libre de costos, una identificación especial para los miembros de la Unidad Apropiada que trabajen en los municipios de Vieques o Culebra, para facilitar el acceso y los gastos de transportación marítima de éstos cuando tengan que trasladarse a la Isla de Puerto Rico a realizar gestiones oficiales relacionadas con sus funciones en el Departamento.

**Sección 40.03** Los gastos de transportación a que se hace referencia en la sección anterior, serán reembolsados conforme a las disposiciones de la sección 23 (Dieta y Millaje) de este convenio colectivo y del Reglamento de Gastos de Viaje del Departamento de Hacienda.

## ARTÍCULO XLI
## EQUIDAD SALARIAL

**Sección 41.01** A partir de la fecha de vigencia de este Convenio Colectivo, las partes constituirán un Comité de Trabajo, para estudiar y analizar las causas que puedan haber provocado algún tipo de inequidad salarial en el personal docente del Departamento, particularmente en los Trabajadores Sociales, Orientadores, Técnicos de Currículo, Maestros (a) Especialistas en Tecnología Educativa.

**Sección 41.02** El resultado de dicho estudio y sus recomendaciones será referido por las partes a la Rama Ejecutiva y Legislativa del Gobierno del Estado Libre Asociado de Puerto Rico, con sus respectivas recomendaciones para que se adopten las determinaciones de Política Pública que se estimen pertinentes.

**Sección 41.03** Una vez determinada la inequidad salarial de alguno de los grupos mencionados en la Sección 1 anterior, tanto el Departamento como la Unión se comprometen a juntos propulsar en los foros antes mencionados, las medidas necesarias para corregir las mismas.

## ARTÍCULO XLII
## PLAN MÉDICO

**Sección 42.01** Durante la vigencia de este Convenio Colectivo, y habiéndose aprobado un aumento en la aportación al Plan Médico de $20.00 aplicable a los miembros de la Unidad Apropiada, efectivo al 1ro. de enero de 2002, el Departamento de Educación concederá a los miembros de la Unidad Apropiada de personal docente, los aumentos a la aportación al Plan Médico que se indica a continuación:

   A. Veinte dólares ($20.00) al 1ro. de julio de 2003.
   B. Veinte dólares ($20.00) al 1ro. de julio de 2004.
   C. Veinte dólares ($20.00) al 1ro de julio de 2005.

Si la Asamblea Legislativa o por Orden Ejecutiva se aprueba un aumento a la aportación patronal al Plan Médico previo al 1ro. de julio de 2003 o al 1ro de julio de 2004 o al 1ro de julio de 2005, quedarán sin efecto el o los aumentos acordados al 1ro. de julio del año que corresponda, según sea el caso, siempre y cuando el aumento concedido sea igual o mayor. Si el aumento fuera menor, la diferencia quedará en vigor con efectividad del 1ro. de julio del año que corresponda.

**Sección 42.02** Las partes reconocen que la facultad constitucional de la aprobación del presupuesto general del Gobierno del Estado Libre Asociado de Puerto Rico recae en la Asamblea Legislativa. El Departamento solicitará y defenderá el presupuesto correspondiente para implantar los aumentos aquí pactados.

**Sección 42.03** Si en el ejercicio de su facultad constitucional, la Asamblea Legislativa aprueba una asignación presupuestaria menor a la partida destinada al Plan Médico para que el Departamento cumpla con los aumentos acordados, tanto la Federación como el Departamento se reunirán una semana después de la aprobación del presupuesto por la Legislatura para evaluar la implantación de los aumentos aquí acordados, modificar dichos aumentos conforme a cualquier otra distribución o para buscar alternativas viables a la situación de insuficiencia o incapacidad económica de cumplir con los aumentos pactados por no haber sido asignados del Fondo General.

**Sección 42.04** Los miembros de la Unidad Apropiada seleccionarán el Plan Médico de su preferencia, de los planes médicos aprobados por el Departamento de Hacienda. El Departamento solicitará al Departamento de Hacienda, con copia a la Federación, las opciones de planes médicos debidamente cualificados disponibles, con no menos de sesenta (60) días de antelación al periodo de renovación. El Departamento informará a la Unión y a los empleados las opciones de planes médicos debidamente cualificados, tan pronto se le informe por el Comisionado de Seguros del Departamento de Hacienda.

**Sección 42.05** El Departamento y la Federación se reunirán para evaluar la viabilidad de mejorar las cubiertas y/o reducir el costo de la aportación del empleado mediante selección de un plan único en el Departamento o en conjunto con otras agencias o mediante otras opciones que puedan ser implantadas y que redunden en beneficio a los miembros de la Unidad Apropiada.

## ARTÍCULO XLIII PLAN MEDICO DE LIBRE SELECCIÓN

El Departamento tramitará toda solicitud de ingreso y/o egreso a un plan médico presentada por un miembro de la Unidad Apropiada con efectividad a la fecha indicada por el solicitante, salvaguardando el principio de libre selección y sin otra limitación que no fuera la voluntad del solicitante o aquella que sugiere el Departamento de Hacienda y las leyes aplicables.

## ARTÍCULO XLIV BONO DE NAVIDAD

**Sección 44.01** Durante la vigencia de este Convenio Colectivo, el Departamento de Educación concederá los aumentos al Bono de Navidad que se indican a continuación a los miembros de la Unidad Apropiada del personal docente:

   A. Seiscientos Veinticinco dólares ($625.00) para el diciembre de 2002
   B. Setecientos cincuenta dólares ($750.00) para diciembre de 2003.
   C. Mil dólares ($1,000.00) para diciembre de 2004.

**Sección 44.02** El Bono de Navidad no estará sujeto a las deducciones que se hacen por concepto de retiro y ahorro. El pago del mismo se hará conforme al itinerario establecido por el Departamento de Hacienda.

**Sección 44.03** El Bono de Navidad se pagará a todo empleado que haya cumplido los requisitos mínimos establecidos en las leyes, reglamentos y normas establecidas aplicables.

**Sección 44.04** Cuando el empleado renuncie a su puesto o sea separado del servicio, tendrá derecho a que se le pague el bono en forma proporcional a los salarios devengados durante el año correspondiente al pago de su bono siempre y cuando cumpla con los requisitos mínimos establecidos en las leyes, reglamentos y normas establecidas.

**Sección 44.05** Si la Asamblea Legislativa o por Orden Ejecutiva se aprueba un aumento al Bono de Navidad para los empleados públicos para cualesquiera de los años mencionados en la Sección 1, el mismo se otorgará a los miembros de la Unidad Apropiada conforme a la legislación que se apruebe a esos efectos, atendiendo al proceso de asignación y distribución del Fondo General.

**Sección 44.06** Las partes reconocen que la facultad constitucional de la aprobación del presupuesto general del Gobierno del Estado Libre Asociado de Puerto Rico recae en la Asamblea Legislativa. El Departamento solicitará y defenderá el presupuesto correspondiente para implantar los aumentos aquí pactados.

**Sección 44.07** Si en el ejercicio de su facultad constitucional, la Asamblea Legislativa aprueba una asignación presupuestaria menor a la partida destinada al Bono de Navidad para que el Departamento cumpla con los aumentos salariales acordados, tanto la Federación como el Departamento se reunirán una semana después de la aprobación

en cada una de las leyes que gobiernan estas licencias y aquellos que sean negociados.

B. El Departamento reservará el puesto de todo miembro de la Unidad Apropiada que se encuentre en licencia autorizada por un término de un (1) año. En el caso de reinstalaciones de maestros acogidos a la licencia sindical el puesto le será reservado por el término de su licencia; disponiéndose que en caso de que el puesto reservado, vaya a ser transferido a otra escuela deberá ser acordado entre las partes. Le serán reconocidos los aumentos y beneficios adquiridos por los componentes de la unidad apropiada durante el tiempo de su licencia.

**Sección 36.06 Licencia por Enfermedad**

A. Los miembros de la Unidad Apropiada acumularan licencia de enfermedad a razón de dos días (2.0) por cada mes de trabajo del curso regular trabajado.

B. Esta licencia se acumulará hasta un máximo de 90 días laborables al 31 de diciembre de cada año. El miembro de la Unidad Apropiada podrá utilizar toda su licencia de enfermedad acumulada durante cualquier año natural.

C. La licencia por enfermedad se utilizara exclusivamente cuando el miembro de la unidad apropiada se encuentre enfermo, incapacitado física o mentalmente o que deba acudir a citas médicas. La licencia por enfermedad podrá ser utilizada además para los propósitos dispuestos en la Sec. 36.07 (A) "Licencia de Enfermedad Familiar Prolongada" del Convenio Colectivo.

D. El miembro de la Unidad Apropiada que se ausente por enfermedad por un periodo de tres (3) días o más, vendrá obligado a presentar un certificado médico acreditativo de la condición médica sufrida (diagnostico) y la cantidad de días que estaba realmente incapacitado para trabajar. El certificado médico deberá presentarse al momento de reintegrarse para trabajar. El certificado médico deberá ser expedido por un médico debidamente autorizado para ejercer dicha profesión en Puerto Rico y deberá incluir además el nombre del médico, su dirección y número de licencia.

E. En casos de enfermedad prolongada, el miembro de la Unidad Apropiada que agote su licencia por enfermedad, podrá solicitar el beneficio del Banco de Licencias acordado en este convenio (Véase Artículo XXXVII). Luego de agotar el balance de ambas licencias, si el empleado tuviera que seguir ausente por continuar enfermo, podrá solicitar autorización para una licencia sin sueldo.

F. El miembro de la Unidad Apropiada tendrá derecho al pago de la licencia acumulada en exceso de los noventa días (90) laborales en o antes del 31 de marzo de cada año, según lo dispuesto en la Ley 156 del 20 de agosto de 1996.

G. Cuando un miembro de la Unidad Apropiada se vea obligado a permanecer hospitalizado por razón de un Accidente de Trabajo, conforme lo dispone la Ley de Compensación por accidentes del trabajo, 11 LPRA, sec. 1 y siguientes; los primeros dos (2) días del tiempo que permanezca hospitalizado por tal razón, no se cargarán a su licencia de vacaciones regulares o de enfermedad. Se dispone que dicha licencia será con paga de salarios y cualquier otro derecho adquirido.

**Sección 36.07 Licencia de Enfermedad Familiar Prolongada**

A. En caso de enfermedad prolongada de un familiar inmediato del miembro de la Unidad Apropiada, según definido por la Ley Médico Familiar, se le concederán los días laborables necesarios con cargo a su licencia por enfermedad hasta un máximo de un 50% de los días acumulados en la misma.

B. Por enfermedad prolongada se entenderá una condición seria de salud, según definida por la Ley Médico Familiar.

C. El miembro de la Unidad Apropiada tendrá la opción de solicitar una licencia sin sueldo para atender la enfermedad prolongada de un familiar, según lo define la Ley Médico Familiar.

**Sección 36.08 Período de Tratamiento Enfermedades Contagiosas**

A. El miembro de la Unidad Apropiada que como resultado del desempeño de sus funciones oficiales haya estado expuesto a una enfermedad contagiosa grave o a una sustancia química, que por medio de contacto directo pueda contagiar y/o poner en peligro la vida de él o ella, o de los estudiantes a su cargo, tendrá derecho a un período de hasta un máximo de tres (3) días para recibir atención y recomendaciones médicas al efecto. El miembro de la Unidad Apropiada deberá someter al Departamento evidencia de la atención médica recibida y de las recomendaciones.

B. Estos días serán sin cargo a ninguna licencia, disponiéndose que de ser necesario, agotados estos días, utilizará del balance de su licencia de enfermedad o en su defecto podrá solicitar una licencia sin sueldo.

C. El Comité de Salud y Seguridad creado en virtud de lo dispuesto en el Artículo XXVII del Convenio Colectivo con el asesoramiento de uno o más profesionales de la salud, redactará para la aprobación del Secretario de Educación, unas guías y procedimiento para establecer las condiciones de salud cubiertas por esta sección y los procedimientos a seguir en tal eventualidad.

**Sección 36.09 Licencia de Días Personales**

A. Los miembros de la Unidad Apropiada tendrán derecho a ausentarse del centro de trabajo hasta un (1) día al año, sin acumulación, sin pérdida de salario y sin cargo a otras licencias, para atender asuntos personales.

**Sección 36.10 Licencia Funeral:**

A. El Departamento concederá una Licencia Funeral a todo miembro de la Unidad Apropiada, en el caso de la muerte de su cónyuge, hijos(as), el padre o la madre ya sean estos padres biológicos o adoptivos, los abuelos(as), nietos(as), hermanos(as) y suegros(as).

B. La duración de esta licencia será de dos (2) días laborables, contados a partir del fallecimiento del familiar.

C. En caso de que el fallecimiento del familiar incluido en esta sección ocurra fuera de la jurisdicción del Estado Libre Asociado de Puerto Rico, el miembro de la Unidad Apropiada tendrá derecho a tres (3) días laborables de licencia, siempre y cuando el sepelio se lleve a cabo fuera de dicha jurisdicción. No obstante, si el cadáver es trasladado a Puerto Rico para el sepelio, entonces el empleado tendrá derecho a solo dos (2) días laborables de licencia, contados a partir de la fecha en que el cadáver sea expuesto en capilla o cremado.

D. El miembro de la Unidad Apropiada deberá solicitar esta licencia a su Supervisor inmediato y someter evidencia acreditativa del fallecimiento, si así se le solicita.

E. Los días otorgados en esta licencia serán consecutivos al día del fallecimiento a petición del miembro de la Unidad Apropiada.

**Sección 36.11 Licencia Escolar**

A. Esta licencia se concederá a los miembros de la Unidad Apropiada para comparecer a las instituciones educativas públicas o privadas, donde cursan estudios todos sus hijos para indagar sobre su conducta y su aprovechamiento escolar.

B. Se concede a todos los miembros de la Unidad Apropiada que tengan hijos menores de edad en las escuelas públicas o privadas, sean primarias o secundarias, incluyendo las escuelas maternales, hasta un máximo dos (2) horas laborables al principio y hasta un máximo dos (2) horas laborables adicionales al final de cada semestre escolar. Esta licencia se utilizará cuando a instancias de las autoridades escolares, por iniciativa propia, comparezcan a las instituciones

bajo pertinente, no más tarde de sesenta (60) días calendario siguientes a la fecha en que el Secretario de Educación tenga conocimiento oficial de la causa para tomar dicha acción, indicándole expresamente la misma.

B. Todo empleado, personalmente o a través del Sindicato, tendrá treinta (30) días a partir del recibo de la notificación para solicitar la celebración de una vista para dilucidar la cesantía ante un Árbitro de la Comisión de Relaciones del Trabajo del Servicio Público, creada por la Ley núm. 45, supra.

C. En la vista, el empleado podrá ejercitar todos los derechos y prerrogativas que le garantiza la Sección 28.10 de este Convenio. Todas las partes tendrán las mismas garantías procesales del debido proceso de ley.

D. Cuando existan razones fundadas para creer que un empleado sufre de incapacidad física o mental para ejercer sus funciones, el Secretario de Educación le requerirá a éste, por escrito, que se someta a un examen médico ante uno o más médicos designados por el Departamento. Copia del requerimiento será notificada también al representante designado del Sindicato en la escuela, oficina, unidad, división o centro de trabajo pertinente no más tarde los veinte (20) días anteriores a la fecha designada para el examen. Mientras tanto el Secretario podrá relevar al empleado de sus deberes sin privación de sueldo. Si del dictamen médico resultare que el empleado está física o mentalmente incapacitado para desempeñar sus funciones, el Secretario notificará por escrito su separación del puesto por el tiempo que dure la incapacidad no más tarde los sesenta (60) días siguientes, contados a partir de la fecha en que advino en conocimiento del dictamen médico. Además notificará tal acción al representante designado del Sindicato en la escuela, oficina, unidad, división o centro de trabajo pertinente en el término antes mencionado y a las oficinas centrales de la Federación.

E. Si el empleado no estuviere conforme con la acción tomada por el Secretario, podrá personalmente o a través del Sindicato, solicitar una vista ante el Árbitro de la Comisión de Relaciones del Trabajo del Servicio Público dentro del término de treinta (30) días, contados a partir del recibo de la notificación de la acción para dilucidar la cesantía por incapacidad física o mental.

F. En la vista, todas las partes podrán ejercitar todos los derechos, prerrogativas y garantías procesales del debido proceso de ley que establece la Sección 34 de este Convenio.

G. En este proceso el empleado tendrá derecho a recibir el pago de sus licencias que tenga acumuladas y de agotarse éstas, continuar recibiendo su sueldo hasta que el Árbitro emita su decisión. En caso de que la decisión le sea favorable, el empleado recibirá su sueldo hasta que sea repuesto en su cargo.

**Sección 34.12 Disposiciones Generales**

A. El Departamento de Educación se compromete a reconocer que el procedimiento de querellas debe llevarse a cabo durante horas laborables, salvo acuerdo entre las partes.

B. La Federación y el Departamento prepararán un documento para tramitar quejas y agravios que contenga, como mínimo, la siguiente información.
 1. Datos personales (nombre y apellidos, seguro social, dirección y teléfono, puesto y categoría que ocupa, escuela o centro de trabajo y tipo de contrato).
 2. Tipo de agravio.
 3. Descripción del evento.
 4. Testigos.
 5. Leyes, reglamentos, cartas circulares o artículos pertinentes del Convenio.
 6. Petición.
 7. Firmas (Delegado o representantes, miembro de la Unidad Apropiada y Supervisor Inmediato).

## ARTÍCULO XXXV
### PRUEBAS PARA DETECTAR EL USO DE SUSTANCIAS CONTROLADAS

**Sección 35.01** La Federación y el Departamento unirán esfuerzos para combatir el uso de sustancias controladas.

**Sección 35.02** El Departamento promoverá un programa dirigido a prevenir, orientar e identificar los empleados usuarios de drogas con el propósito de lograr su rehabilitación.

**Sección 35.03** En este esfuerzo el Departamento garantizará a los trabajadores la protección de sus derechos civiles y constitucionales, así como los derechos contenidos en este convenio colectivo.

**Sección 35.04** Todas las pruebas se realizarán libre de costos para el trabajador.

**Sección 35.05** Las pruebas serán administradas por laboratorios clínicos calificados y contratados para esos fines y que utilicen las guías y parámetros establecidos por el National Institute of Drug Abuse.

**Sección 35.06** Todos los documentos que se utilicen (informes, resultados, formularios, expedientes, otros) serán confidenciales.

**Sección 35.07** El empleado tendrá derecho a obtener copia de los documentos mencionados en el inciso anterior.

## ARTÍCULO XXXVI LICENCIAS

**Sección 36.01** Las partes aceptan y reconocen que los miembros de la Unidad Apropiada tienen derecho a recibir los beneficios de licencias que se han otorgado a través de leyes, reglamentos, cartas circulares, memorandos, Ordenes Ejecutivas y otros tales como:

 Licencia de vacaciones regulares
 Licencia de vacaciones regulares para maestros con funciones de enseñanza, servicio al estudiante y maestros especiales
 Licencia por enfermedad
 Licencia para fines judiciales
 Licencia para servicio de jurado
 Licencia de Maternidad
 Licencia para estudios o adiestramientos
 Licencia Escolar
 Licencia de Representación Oficial
 Licencia Política
 Licencia Voluntarios Defensa Civil



A. Disponiéndose que las licencias sindicales y otras no económicas, las cuales ya fueron acordadas en este Convenio, tendrán plena vigencia.

B. Si se aprobare alguna Ley o se emitiera alguna Orden Ejecutiva que menoscabe derechos adquiridos incluidos en el inciso (a), prevalecerán las incluidas en este convenio.

C. Disponiéndose, que cualquier cambio que tenga la intención de alterar los beneficios contenidos en cartas circulares, memorandos, normas o reglamentos sobre este particular será previamente discutido y acordado entre las partes.

**Sección 36.02 Licencia para tomar exámenes y entrevistas de empleo**

A. Se concederá licencia con paga a cualquier miembro de la Unidad Apropiada que lo solicite por el tiempo que le requiera el tomar exámenes o asistir a entrevistas a las que haya sido citado oficialmente con relación a una oportunidad