Rivera Castillo
P.O. Box 22742
San Juan, P.R. 00931





Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 10 PM 4:18
CLERK'S
DISTRICT
SAN JUAN