27 de Enero de 2020

Secretaria
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

Yadira Torres Vargas
166 Brooks Pines
Apto.5214 Columbia,
South Carolina 29210

Promesa Title III
No. 17BK 3282-LTS

El dia 17 de Enero de 2020 recibí esta carta y leyendo la misma tenia hasta el 14 de Enero de 2020 para pedir una réplica, por error involuntario no habia notificado mi nueva dirección postal a ustedes. Agadeceré en la manera que le sea posible me notifiquen que documentos son los que necesitan para poder seguir en el caso Promesa TitleIII No. 17 BK 3283-LTS. En mi carácter personal la agencia envuelta es El Sistema de Retiro de los empleados de gobierno del Estado Libre Asociado de Puerto Rico. Adjunto evidencia personal y confidencial para que mi reclamo no sea deficiente según lo leido en la comunicación. El dinero aportado al Sistema del Retiro fué por 24 años trabajados de los cuales 3 años fuí empleada provisional y 21 años cotizados como empleada permanente. Adjunto copia de carta recibida y evidencia de años pagados al Sistema de Retiro de los empleados del Gobierno de Puerto Rico. Gracias por su atención al respecto y cualquier notificación agradeceré sea enviada a la dirección antes escrita.