Yadira Torres Lugo
166 Brook Pines Dr.
Apto. 5214
Columbia, South Carolina
29210

Secretaria Tribunal de Distrito de
los Estados Unidos.
Room 150 Federal Building
San Juan Puerto Rico
00918-1767