Janette Bonilla Rodriguez
PO Box 2864
Guayama, PR 00785-2864






Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767