1 de abril de 2013

Sra. Marta Jordán Torres
Directora
Escuela Adolfo Grana Rivera
Distrito Escolar de Yauco
Municipio de Peñuelas

Saludos!

Por este medio quiero notificarle que efectivo el 1 de abril de 2013, renuncio al puesto C28446 de Profesional de Servicio de Alimentos I (PSA I) en la Escuela Adolfo Grana Rivera. El motivo por edad y condiciones de salud.

Me siento muy complacida por haber trabajado con el Departamento de Educación y haber laborado en beneficio de nuestros jóvenes.

!Que Dios les bendiga!

Atentamente,

Victoria Quirindongo González
   -0611