ASR-PA-017
Rev. Ene. 13

# RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

OFICINA SERVICIO AL EMPLEADO
PENSIONES NO DOCENTE

FEB 20 2014

RECIBIDO

## SOLICITUD DE REEMBOLSO DE APORTACIONES

### SECCIÓN I. INFORMACIÓN DEL PARTICIPANTE

**Apellido Paterno, Materno, Nombre e Inicial:** Quirindongo González Victoria
**Seguro Social:** -0611
**Nacimiento (Día-Mes-Año):** /1956
**Teléfono:** 836-7257

**Dirección Postal:**
HC-03 BOX 12654
Peñuelas, PR 00624

**Dirección Residencial:** ☐ Igual a la Postal
Bo. Tallaboa Poniente
Sector Junco
Peñuelas, PR 00624

**Sexo:** ☒ Femenino ☐ Masculino
**Estado Civil:** ☐ Casado ☒ Soltero
**Nombre del Cónyuge:** N/A

**Plan Acogido:** ☐ Coordinado ☒ Completa Suplementación
**Primer Descuento (Día-Mes-Año):** 30 Oct 90
**Último Descuento (Día-Mes-Año):**

**Información de Empleo:**
Comenzando con el último empleo, incluya todos los periodos servidos al Gobierno de Puerto Rico, sus Instrumentalidades y Municipios.

| Nombre de la Agencia | Ingreso (Día-Mes-Año) | Renuncia o Cese (Día-Mes-Año) |
|---|---|---|
| Departamento de Educación | 30-Octubre 1990 | 04/25/2013 |

### SECCIÓN II. DETALLE DE PRÉSTAMOS VIGENTES CON EL SISTEMA

| Participante | | | | Cónyuge | | | |
|---|---|---|---|---|---|---|---|
| Hipotecario | ☐ Sí | ☐ No | Número | Hipotecario | ☐ Sí | ☒ No | Número N/A |
| Personal | ☒ Sí | ☐ No | Número | Personal | ☐ Sí | ☒ No | Número |
| Viaje Cultural | ☐ Sí | ☐ No | Número | Viaje Cultural | ☐ Sí | ☒ No | Número |

### SECCIÓN III. OTROS SISTEMAS DE RETIRO EN LOS QUE HA COTIZADO

Indique en cual ha cotizado y si transfirió aportaciones de alguno de estos sistemas al nuestro.

○ Fondo de Anualidades y Pensiones para Maestros ☐ Sí ☒ No Fecha _____ Día-Mes-Año
○ Sistema de Retiro de la Autoridad de Energía Eléctrica ☐ Sí ☒ No Fecha _____ Día-Mes-Año
○ Sistema de Retiro de la Universidad de Puerto Rico ☐ Sí ☒ No Fecha _____ Día-Mes-Año

### SECCIÓN IV. INFORMACIÓN DEL FONDO DEL SEGURO DE ESTADO

1. Al momento de su renuncia, tenía una reclamación pendiente para recibir beneficios por Compensación Ocupacional.

☒ No   Reclamación (Dí-Mes-Año) _____   Decisión Final (Día-Mes-Año) _____
○ Sí   (De contestar afirmativo, debe incluir la desición final).

### SECCIÓN V. CERTIFICACIÓN

**CERTIFICO** que la información provista aquí es cierta y que me consta que ofrecer información falsa conlleva la aplicación de penalidades establecida por Ley.

_____
Firma del Solicitante

20 Feb 2014
Fecha (Día-Mes-Año)

Favor de verificar los documentos necesarios para radicar la solicitud al dorso del papel.

Entregado por 2nde ocasión el 10/Abril/14
Melissa Pari

Conservación: Igual al expediente cual forma parte.

Página 1 de 2

# Declaración Jurada

Yo, **Victoria Quirindongo González**, mayor de edad, soltera, incapacitada y vecina de Peñuelas, Puerto Rico **BAJO JURAMENTO DE LEY DECLARO:**

1. Que mi nombre y demás circunstancias personales son las antes expresadas.

2. Que mi dirección postal es HC 3 Box 12654, Bo.Tallaboa Poniente, Sector El Junco, Peñuelas, Puerto Rico.

3. Que mi seguro social es el         -0611.

4. Que el 30 de abril de 1990, comencé a trabajar como profesional de Servicios de Alimentos en el Departamento de Educación de Puerto Rico.

5. Que mi último día de trabajo fue el 4 de abril de 2013; por cuestiones de salud.

6. Que mediante esta declaración hago claro que no estoy de acuerdo con la Decisión del Tribunal y mi número de reclamación es #157672.

7. Que lo declarado lo hago de buena fe, es la verdad a mi mejor saber y entender; y me consta de propio y personal conocimiento. Así lo juro y suscribo conociendo la penalidad que conlleva el falsificar una declaración jurada y para que se tome conocimiento de lo antes expresado. **Y PARA QUE ASÍ CONSTE**, Juro y Firmo la presente en Peñuelas, Puerto Rico hoy 7 de febrero de 2020.

AFFIDAVIT NUM : 7010

**Jurado y suscrito** ante mí por **Victoria Quirindongo González**, de las circunstancias antes expresadas y a quien identifico con su pasaporte 598465598. En Peñuelas, Puerto Rico hoy 7 de febrero de 2020.

Lcda. Verónica A. Pagán Torres MBA
Abogada- Notaria