FROM:

Victoria Quiñindng
H.C. 3. Box 12657
Bo. Juncos
Peñuelas P.R.
00918-1767
00624



TO:

secretaria
Tribunal Distrito e.u.
Room 150
Federal Building
San Juan P.R.
00918-1767

Photo Document Mailer
6" x 10"

ReadyPost