Secretaria (Clerk Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 10 PM 4:22
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

A quien pueda Interezar:

Yo Olga Morales Ortiz, les envio pruebas de haber trabajado como enfermera en el Departamento de Salud en los 1983 al 1998, la cual tengo derecho a reclamar el dinero del "Romerazo".

El numero de reclamación en 141115, cuya fecha de presentación fué 6/29/2,018, mi reclamo se basa en $15,000, a los cuales tengo derecho como pago atrasado del "Romerazo".

Atentamente
Olga Morales Ortiz