IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

2020 FEB 10  PM 4: 22

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Morales Ortiz, Olga | 141115 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Morales Ortiz, Olga | 141115 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /**
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED

JUN 2 9 2018

PRIME CLERK LLC

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Olga Morales Ortiz

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el creedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? _____
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Olga Morales Ortiz
Name / Nombre

#41 Ricardo Balazquidez Ext Guayylia
Number / Número    Street / Calle

Guayanilla  P.R.   00656
City / Ciudad    State / Estado    ZIP Code / Código postal

(787) 395-4256
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**    Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ _ignorado_ . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_cantidad de dinero (Bomerazo adeudado)_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☒ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir: _dinero retenido del Bomerazo._

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:**      $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410                    Proof of Claim                         page 3

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _años de servicio._ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.<br><br>_años de servicio_ | $ _____ |

---

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _08/Junio/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Olga Morales Ortiz_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _Olga_ _Morales_ _Ortiz_
    First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _BSN_

Company / Compañía _Salud_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _#41 Ricardo Balazquidez Cff Guaydia_
    Number / Número      Street / Calle
_Guayanilla_ _P.R._ _00656_
    City / Ciudad      State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto _(787) 375-4256_ Email / Correo electrónico _____

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| | | NOMBRE | | | IDENTIFICACION | | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|---|---|---|---|
| OLGA MORALES ORTIZ | | | | | | | 31 08 85 | 035219 | 557298081 |

| | DEDUCCIONES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS | SEGURO | | | | | | |
| 55864 | 40720 | 29432 | | | | 36 | 2500 | 81 | 575 | | |

| | | MES CORRIENTE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6983 | 5090 | 3679 | 5300 | 2166 | | | | | | | |

| $77600 | | $77600 | | 72200 | | 72200 | | 22900 | 26293 | | 23007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | MES CORRIENTE | | | | | |

VEASE CLAVES AL DORSO

AEELA-54
:-85 (REV.)

ASOCIACION DE EMPLEADOS DEL E.L.A. DE P.R.
P.O. BOX 8000 SAN JUAN, P.R. 00936-4500
ESTADO DE CUENTA A: 12/31/85
CON TRANSACCIONES A: 09/31/85

P   FECHA  COMPR   IMPORTE  AMORT  BALANCE

N C   D E U D A

TOTAL AHORROS          TOTAL DIVIDENDOS
ACUM. A: 09/85         ACUM. A: 06/84
   1,008.81                 83.06

SEG SOC:        -0002    IVAN R. ROMAN
   DT: 13-09                 DIRECTOR EJECUTIVO
                    ASOCIACION DE EMPLEADOS DEL E.L.A. DE P.R.

MORALES ORTIZ OLGA
BZN 379 BO MAGAS ARRIBA
GUAYANILLA    00656

---

ASOCIACION DE EMPLEADOS

INFORME INTERESES PAGADOS

PARA FINES DE SU INFORME AL NEGOCIADO DE CONTRIBU-
CIONES SOBRE INGRESOS, NOTIFICAMOS LOS INTERESES
PAGADOS POR USTED A ESTA ASOCIACION.

MORALES ORTIZ OLGA
   SEG SOC:        -0002

IVAN R. ROMAN

DIRECTOR EJECUTIVO
ASOCIACION DE EMPLEADOS DEL E.L.A. DE P.R.

| 00000 | 1985 | *****.00 |
|-------|------|----------|
| SU PRESTAMO NUMERO | AÑO | CANTIDAD |
| | INTERESES PAGADOS | |

08-38
10-86 (Rev.)



*Estado Libre Asociado de Puerto Rico*
**ADMINISTRACION DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
Apartado 42003, Estación Minillas, Santurce, P. R. 00940

## HOJA DE SERVICIOS

**INSTRUCCIONES:**

Este formulario se utiliza para recopilar información sobre los servicios prestados al Gobierno por el participante del Sistema de Retiro.

1. Informe los sueldos devengados por el empleado sin descontar las ausencias, castigos, licencias y otros, pero excluyendo toda bonificación o pago por concepto de horas extras trabajadas.
2. En el apartado "Observaciones" indique aquellos períodos de interrupción de servicios, si los hubiera y las causas.
3. Si fuera necesario, utilicen hojas adicionales siguiendo el mismo patrón.
4. Las aportaciones al Sistema deberán cubrir el período total especificado.

| Morales Ortíz, Olga | 0002 |
|---|---|
| **(Apellido Paterno) (Apellido Materno) (Nombre)** | **Número Seguro Social o Empleado** |

| 6 de enero de 1950 | AFASS | 16 de junio de 1981 |
|---|---|---|
| **Fecha de Nacimiento** | **Agencia en que prestó los servicios** | **Fecha primer descuento para Retiro** |

| Clasificación del Puesto | Período de Servicios | | | | | | Sueldo Mensual | Sueldo por hora | Horas Trabajadas | Total Sueldos Devengados | Aportaciones al Sistema | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Desde | | | Hasta | | | | | | | | |
| | D | M | A | D | M | A | | | | | | |
| Enfermera II | 20 | 8 | 79 | 30 | 9 | 79 | 555.00 | | | 769.84 | Esta acogida | |
| " | 1 | 10 | 79 | 30 | 6 | 80 | 590.00 | | | 5,310.00 | | |
| " | 1 | 7 | 80 | 30 | 6 | 81 | 615.00 | | | 7,380.00 | | |
| " | 1 | 7 | 81 | 30 | 6 | 82 | 615.00 | | | 7,380.00 | | |
| " | 1 | 7 | 82 | 30 | 9 | 83 | 615.00 | | | 9,225.00 | | |
| " | 1 | 10 | 83 | 31 | 3 | 84 | 645.00 | | | 3,870.00 | | |
| " | 1 | 4 | 84 | 15 | 6 | 86 | 695.00 | | | 18,417.50 | | |
| " | 16 | 6 | 86 | 30 | 9 | 86 | 722.00 | | | 2,527.00 | | |
| " | 1 | 10 | 86 | 31 | 3 | 88 | 777.00 | | | 13,986.00 | | |
| " | 1 | 4 | 88 | 31 | 7 | 88 | 817.00 | | | 3,268.00 | | |
| " | 1 | 8 | 88 | 15 | 1 | 89 | 943.00 | | | 5,171.29 | | |
| " | 16 | 1 | 89 | 31 | 8 | 89 | 1,049.00 | | | 7,884.42 | | |
| Enfermera III | 1 | 9 | 89 | 31 | 12 | 89 | 1,134.00 | | | 4,536.00 | | |

**CERTIFICO CORRECTO:**

21 de diciembre de 1989
**FECHA**

Lourdes T. Napoleoni-Funcionaria Ejec. III
**JEFE DE AGENCIA O SU REPRESENTANTE**

Modelo OP-15
Rev. 12 Feb. 70

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL
INFORME DE CAMBIO

**IMPORTANTE**
INSTRUCCIONES
LEA AL DORSO

1. Número del Cambio
2. Número del Empleado

|  |  | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| Núm. | Cambio a Efectuarse | Puesto Núm. | Puesto Núm. |
| 3. | Nombre del Empleado | | |
| 4. | Título de Clasificación | | |
| 5. | Departamento o Agencia | | |
| 6. | División | | |
| 7. | Unidad o Sección | | |
| 8. | Dirección (del Trabajo) | | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | | |
| 12. | Sueldo | | |
| 13. | Descuento para Retiro | | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | | |

22. Indique si se trata de:

☐ Ascenso   ☐ Traslado   ☐ Descenso   ☐ Cambio de Status   ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
Por Enfermedad.................días          Para Vacaciones.................días

|  | Ultimo Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Ultimo día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte
Fecha.................Hora.................
Ultimo día
de pago:
Participante de Retiro
☐ Sí   ☐ No

| 29. Suspensión: | Duración | De | A |
|---|---|---|---|
| 30. Licencia sin sueldo: | Duración | De | A |
| 31. Licencia Militar: | Duración | De | A |
| 32. Licencia de Maternidad: | Duración | De | A |
| 33. Licencia Especial para Estudio: | Duración | De | A |

34. Reinstalación:

35. Comentarios y Explicaciones (Si necesita más espacio use el dorso)

36. En caso de cambio de puesto indique:              Examen sin Oposición ☐
Seleccionado de Terna Núm.................
Autorización Núm.................Nombre del anterior incumbente.................

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
Por Oposición          Sin Oposición          Exento

39. Aprobado por:
Jefe de la Agencia o su Representante Autorizado
Fecha:

APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE

40. Aprobado por:
Fecha:

41. Tarjeta perforada
Por:

42. Inscrito
Por:

43. Antes del Cambio          SIMBOLOS DE CONTABILIDAD          44. Después del Cambio

| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

DEJESE EN BLANCO

.—41—IGPR.

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE SALUD
Administración de Facilidades y Servicios de Salud
Area de Personal

AP-15 Especial

REGION ___Oeste___

INFORME DE CAMBIO (AP-15) #  CMM- ~~2358~~

NOMBRE: ___Olga Morales Ortíz___

NUMERO DE SEGURO SOCIAL: S.S. # ___-0002___

Se notifica el siguiente aumento en el sueldo del empleado que se indica a continuación, en virtud de lo dispuesto por la Ley 84 del 4 de junio de 1983. El aumento de sueldo que se concede será efectivo al primero de abril de 1984.

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| Título de Clasificación | Enfermero II | |
| Sueldo Mensual | 645.00 | 695.00 |
| Diferencial | 20.00 | 27.00 |
| Total | 665.00 | 722.00 |

COMENTARIOS: ~~Las condiciones que dieron origen prevalecen y se reajusta el diferencial según la norma establecida en la carta circular 2-83 de OCAP.~~

___Febrero de 1984___
FECHA

_____
Oficial de Personal
Firma de la Autoridad Nominadora o su
Representante Autorizado

# CENTRO MEDICO DE MAYAGUEZ

## DEPARTAMENTO DE SALUD
### MAYAGUEZ, PUERTO RICO

APARTADO 1868
MAYAGUEZ, P. R. 00708
TELEFONO 832-8686

VERIFICACION DE EMPLEO

| Nombre: | Seguro Social: |
|---|---|
| Olga Morales Ortíz | —0002 |

/ x / Empleado Activo:

Clasificación:   **Enfermera II**
Sueldo        :   **$804.00 (Mensual)**

Fecha de Nombramiento:   **20 de agosto de 1979**

Status Actual:  (xx) Regular  ( ) Probatorio  ( ) Transitorio
( ) Contrato ( ) Jornal       ( ) Otro_____

Lugar de Trabajo:   **Depto. Maternidad**

Observaciones:_____
_____
_____

/     / Empleado Inactivo:

Clasificación:   _____
Fecha de Nombramiento:   _____
Fecha Separado:   _____
Razón :   _____

/     / Otros:

__ No hay evidencia de empleo en los últimos dos años.

__ Pertenece a _____ por lo que le referimos su
solicitud de verificación.

___ _____
_____

| Firma Y Título: | Fecha: |
|---|---|
| Myriam Marty Feliciano *Myriam Marty Feliciano*<br>Funcionario Ejecutivo I | 14 de enero de 1988 |

OFICINA DE PERSONAL
CENTRO MEDICO
MAYAGUEZ, P. R.

AP-15
Modelo 10/81

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD

**INFORME DE CAMBIO**

**IMPORTANTE INSTRUCCIONES: LEA AL DORSO**

1. Número del Cambio   CMM-0257

1a. Región u Hospital   Región Oeste

2. Número de Seguro Social del Empleado   0002

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| 3. Nombre del Empleado | Olga Morales Ortiz | |
| 4. Puesto Núm. | F-1744 | |
| 5. Título de Clasificación | Enfermera II | |
| 6. Programa | Nivel Terciario | |
| 7. Departamento | Enfermería | |
| 8. Facilidad | Hosp. Reg. Ramón E. Betances | |
| 9. Ubicación Geográfica del Puesto | Mayaguez | |
| 10. Estado Civil | | |
| 11. Categoría del Empleado | De Carrera | |
| 12. Status del Empleado | Regular | |
| 13. a. Sueldo Mens. | $615.00 | |
| b. Diferencial | 20.00 | $40.00 |
| Total | $635.00 | $655.00 |
| 14. Descuento para Contribución sobre Ingresos | | |
| 15. Descuento para Seguro Social | | |
| 16. Descuento para Aportación Sistema de Retiro | 30.70 | 32.10 |
| 17. Descuento para Servicios Médicos | | |
| 18. Descuento para Ahorros (A. E. E. L. A.) | | |
| 19. Descuento para Seguros(A. E. E. L. A.) | | |
| 20. Obvenciones | | |
| 21. Otros Descuentos | | |
| 22. Fecha de Efectividad | | 11 de julio de 1983 |

| 23. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 84 | 111 | 09 | 05 | | 81 | | 84 | 111 | 09 | 05 | | 81 | |

24. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☐ Cambio de Status   ☐ Ascenso o traslado Transitorio

☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

25. En caso de cambio a otra agencia indique – Licencia a acreditar: _____ Compensatorio _____ días,

Licencia Enfermedad _____ días,   Concedida _____ días,   Licencia Regular _____ días,   Concedida _____ días,

| | Ultimo Día de Trabajo | Licencia Previamente Concedida | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 26. Renuncia | | | |
| 27. Separación | | | |
| 28. Destitución | | | |
| 29. Cesantía | | | |

30. Suspensión de Empleo y Sueldo: Duración: _____   De _____   A _____

31. Muerte: _____   Ultimo día de pago: _____   Participante de Retiro ☐ Sí ☐ No

Fecha _____   Hora _____

32. Clase de Licencia: ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad   ☐ Militar sin Sueldo   ☐ Sin Sueldo

Duración: _____   DE _____   A _____

33. Comentarios y Explicaciones (si necesita más espacio use el dorso) Se sustituye diferencial de un (1) paso de turnos rotativos ($20.00) por dos (2) pasos (40.00) de turnos Alternos 3:00 A 11:00 P.M. y 11:00 A 7:00 A.M. mediante comunicación del Lic. José R. Feijoó del 18 de enero /78.

34. Si el cambio de puesto es por Certificación de Elegibles indique Certificación de Elegibles Núm.

Si el cambio es a otro puesto, indique el nombre del anterior incumbente   APROBADO

35. Si el cambio es a otra agencia el jefe de la agencia donde se origina el cambio o su representante autorizado firmará aquí   36. Firma del empleado en casos que fuere necesario

OCT 18 1983

37. Aprobado por: _____   Oficial de Personal Int.   Fecha: 31 de agosto de 1983

Jefe de la Agencia o su Representante   DEPARTAMENTO DE SALUD
OFICINA DE PERSONAL

Revisado o Aprobado por: _____   CENTRO MEDICO MAYAGUEZ

ADMINISTRACION DE LOS SISTEMAS DE RETIRO
*Gobierno de Puerto Rico*

## DESGLOSE DE PLAN DE PAGO

Nombre: _____ OLGA  MORALES  ORTIZ _____
*(Nombre e Inicial, Apellido Paterno, Apellido Materno)*

Seguro Social: _____ - __,__ - __0002__

Concepto: __COSTOS DE LEY 31__

| Depósito | Deuda Actual | Desde | Hasta | Meses |
|---|---|---|---|---|
| $   00.00 | $   9,821.01 | Mayo/1998 | Junio/2001 | 38 |

### Términos del plan de pago:

| | | | |
|---|---|---|---|
| Núm. de Mensualidades: | 37 | Pago: $ 258.45 |
| Mensualidad Adicional | 1 | Pago: $ 258.36 |

Certifico que me comprometo a pagar la deuda descrita en este plan de pago bajo los términos y condiciones expuestos y que de incumplir con alguna de las disposiciones de este plan, se dará por terminado el mismo.

_Olga Morales O____          _Abril 22 /1995_
Firma                                         Fecha

Dirección __HC – 01  BOX  6236__
_____GUAYANILLA, PUERTO RICO 00656_____

**NOTA:** Haga sus pagos con cheque o giro postal a favor del Secretario de Hacienda y anote su número de Seguro Social al lado de su nombre.
Pagará retroactivo a Mayo de 1998 hasta Abril de 1999 la cantidad de $ 3,101.40.

Sra. Ana N. López Carmoega
*Jefe, División de Cobro*

PO BOX 42003  ⊙  ESTACIÓN MINILLAS  ⊙  SAN JUAN, PR 00940  ⊙  TEL: *754-4545*

AP – 15
Modelo 10/ 81

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD

P-808

1a. Región u Hospital

**Salud Sur**

2. Número de Seguro Social del Empleado

-0002

## IMPORTANTE
## INSTRUCCIONES:
## LEA AL DORSO

### INFORME DE CAMBIO

| Cambio a Efectuarse | Antes del Cambio  402 | Después del Cambio |
|---|---|---|
| 3. Nombre del Empleado | Olga Morales Ortiz | |
| 4. Puesto Núm. | D-0759 | |
| 5. Título de Clasificación | Enfermera III | |
| 6. Programa | Nivel Primario | |
| 7. Departamento | | |
| 8. Facilidad | C.D.T. | |
| 9. Ubicación Geográfica del Puesto | Guánica | |
| 10. Estado Civil | | |
| 11. Categoría del Empleado | De Carrera | |
| 12. Status del Empleado | Regular | |
| 13. a. Sueldo Mens. | $1,556.00 | |
|    b. Diferencial | 80.00 | |
|    Total | $1,636.00 | |
| 14. Descuento para Contribución sobre Ingresos | | |
| 15. Descuento para Seguro Social | | |
| 16. Descuento para Aportación Sistema de Retiro | 5.775% | |
| 17. Descuento para Servicios Médicos | | |
| 18. Descuento para Ahorros (A. E. E. L. A.) | | |
| 19. Descuento para Seguros(A. E. E. L. A.) | | |
| 20. Obvenciones | | |
| 21. Otros Descuentos | | |

| 22. Fecha de Efectividad | | A. F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23.    SIMBOLOS DE CONTABILIDAD | | 02 | 5-03 | 22 | 45 | 00 | 60 | PD | H3 | H3 | 00 | 1 | 111 | | |

24. Indique si se trata de:  ☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o traslado Transitorio

☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☐ Aumento de Sueldo

25. En caso de cambio a otra agencia indique – Licencia a acreditarse:   Compensatorio ____ días.   Concedida ____ días.
Licencia Enfermedad ____ días.   Concedida ____ días.   Licencia Regular ____ días.

| | Ultimo Día de Trabajo | Licencia Previamente Concedida | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 26. Renuncia | | | |
| 27. Separación | | | |
| 28. Destitución | | | |
| 29. Cesantía | 2 de mayo 1998 | - - - - - | 2 de mayo de 1998 |

30. Suspensión de Empleo y Sueldo:   Duración: ____ De ____ Ultimo día   A ____   Participante de Retiro  ☐ Sí  ☐ No

31. Muerte:
Fecha ____ Hora ____ de pago: ____

32. Clase de Licencia:  ☐ Para estudio  ☐ Especial con paga  ☐ Militar sin Sueldo  ☐ Maternidad  ☐ Sin Sueldo

Duración: ____ DE ____ A ____

33. Comentarios y Explicaciones (si necesita más espacio use al dorso) Cesantía de acuerdo a la comunicación de la Dra. Carmen Feliciano y de la Ley #190 del 5 de septiembre de 1996, enmendada por la Ley #31 del 6 de julio de 1997. Ultimo día de trabajo el 2 de mayo (AL DORSO)

34. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.

**APROBADO**

Si el cambio es a otro puesto, indique el nombre del anterior incumbente

35. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

36. Firma del empleado en casos que fuere necesario

MAY 11 1998

37. Aprobado por:  Sra. Lourdes T. Napoleoni
Jefe de la Agencia o su Representante Autorizado

Fecha: 6 de mayo de 1998
OFIC. PERSONAL REGIONAL
A. F. A. S. S. REGION SUR

Revisado o Aprobado por:

LTN/vls

Fecha:

AP-15
Especial
10-96

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE SALUD
Administración de Facilidades y Servicios de Salud
Area de Personal

## INFORME DE CAMBIO ESPECIAL

REGION SALUD SUR                    NUMERO DE CAMBIO (AP-15) P-861

Se notifica el siguiente cambio en el sueldo de este empleado, en virtud de las nuevas escalas de sueldo fijadas por la Ley número 27 del 23 de julio de 1993, según enmendada por la Ley Número 107 del 8 de agosto de 1996, la cual dispone aumentos de sueldos y escalas de Retribución para el Personal de Enfermería a partir del 1 de julio de 1996.

Olga Morales Ortiz                              0002
**Nombre del Empleado**                  **Número de Seguro Social**

Enfermera III                       1022          4E
**Título de Clasificación**          **Clase**        **Escala**

$1,331.00    $1,683.00                D-0759
**Mínimo**      **Máximo**             **Número de Puesto**

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| Sueldo Mensual | $1,431.00 | $1,556.00 |
| Diferencial | 80.00 | 80.00 |

Observaciones: _____

_____

_____

Sra. Lourdes T. Napoleon   APROBADO 11 de mayo de 1998
**Firma de la Autoridad Nominadora o su**          **Fecha**
**Representante Autorizado**         MAY 11 1998
LTN/CH/vls                  OFIC. PERSONAL REGIONAL
                            A.F.A.S.S. REGION SUR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
*ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD*
*REGION SUR DE SALUD*
PONCE. PUERTO RICO 00731
*OFICINA DE PERSONAL REGIONAL*

27 de noviembre de 1989

VERIFICACION DE EMPLEO

Señores:

A petición del solicitante nombrado a continuación, nos place confirmar la siguiente información:

1. Nombre del solicitante    Olga Morales Ortíz (        -0002)

   Dirección residencial     Bo. Magas Arriba HC-01 Box 6236

                             Guayanilla, Puerto Rico   00656

   Puesto que ocupa          Enfermera III

   Empleado desde            20 de agosto de 1979

   Sueldo Mensual            $ 1.134.00

   Su empleo es               X   Permanente        Temporero        Otros
                             4% de los primeros $6,000.00
2. Otros Ingresos           anuales de su sueldo (ANUAL) Concepto Bono Navideño

3. Nombre del Patrono        Adm. Facs. y Servs. de Salud-Region Sur Salud

   Firma del Informante      Cristóbal E. Roubert, J.D.

   Titulo Oficial            Oficial de Personal

   Teléfono del Patrono      840-8730 ext. 211, 210 o 208

CER/ nis

OFIC. DE PERSONAL REGIONAL
A.F.A.S.S.- REGION SUR

ESTADO LIBRE ASOCIADO DE PUERTO RICO

*ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD*

*REGION SUR DE SALUD*

PONCE. PUERTO RICO 00731

*OFICINA DE PERSONAL REGIONAL*

2 de mayo de 1990

A               :      Sra. Olga Morales Ortíz
                       Enfermera III
                       C.D.T. Guánica

P/C             :      Dr. Giordano San Antonio
                       Director Regional
                       Región de Salud Sur

P/C             :      Sra. Aida E. Colón Cruz
                       Directora Enfermeras
                       Región de Salud Sur

DE              :      Sra. Lourdes T. Napoleoni
                       Oficial de Personal Int.
                       Región de Salud Sur

ASUNTO          :      NOTIFICACION DE NOMBRAMIENTO REGULAR

          Nos place informarle que desde el 1ro. de mayo de 1990    ha pasado usted a ser empleado regular como Enfermera III en la Región de Salud Sur con un sueldo mensual de $1,134.00 despues de completar satisfactoriamente los ocho meses del período probatorio requerido por la Ley de Personal.

          Esperamos continue usted brindando en todas las funciones relacionadas con su puesto la misma cooperación demostrada hasta la fecha como se espera de todo buen servidor público.

LTN/ rnt
Anejos

ESTADO LIBRE ASOCIADO DE PUERTO RICO
*ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD*
*REGION SUR DE SALUD*
PONCE, PUERTO RICO 00731
*OFICINA DE PERSONAL REGIONAL*


2 de mayo de 1990


A                 :      Sra. Olga Morales Ortíz
                         Enfermera III
                         C.D.T. Guánica


P/C               :      Dr. Giordano San Antonio
                         Director Regional
                         Región de Salud Sur

P/C               :      Sra. Aida E. Colón Cruz
                         Directora Enfermeras
                         Región de Salud Sur

DE                :      Sra. Lourdes T. Napoleoni
                         Oficial de Personal Int.
                         Región de Salud Sur

ASUNTO            :      NOTIFICACION DE NOMBRAMIENTO REGULAR

         Nos place informarle que desde el 1ro. de
mayo de 1990     ha pasado usted a ser empleado regular como
Enfermera III en la Región de Salud Sur con un sueldo mensual
de $1,134.00 despues de completar satisfactoriamente los ocho
meses del período probatorio requerido por la Ley de Personal.

         Esperamos continue usted brindando en todas
las funciones relacionadas con su puesto la misma cooperación demos-
trada hasta la fecha como se espera de todo buen servidor público.


LTN/ rnt
Anejos

AP – 15
Modelo 10/ 81

**IMPORTANTE
INSTRUCCIONES:
LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD

**INFORME DE CAMBIO**

1. Número del Cambio  P-1688

1a. Región u Hospital
    **Salud Sur**

2. Número de Seguro Social del Empleado
    -0002

| Cambio a Efectuarse | Antes del Cambio Pres. 402 | Después del Cambio |
|---|---|---|
| 3. Nombre del Empleado | Olga Morales Ortíz | |
| 4. Puesto Núm. | D-0759 | |
| 5. Título de Clasificación | Enfermera III | |
| 6. Programa | Nivel Primario | |
| 7. Departamento | | |
| 8. Facilidad | Centro Diagnóstico y tratamiento | |
| 9. Ubicación Geográfica del Puesto | Guánica | |
| 10. Estado Civil | | |
| 11. Categoría del Empleado | De carrera | De carrera |
| 12. Status del Empleado | Probatorio | Regular |
| 13. a. Sueldo Mens. | | |
| b. Diferencial | | |
| Total | | |
| 14. Descuento para Contribución sobre Ingresos | | |
| 15. Descuento para Seguro Social | | |
| 16. Descuento para Aportación Sistema de Retiro | | |
| 17. Descuento para Servicios Médicos | | |
| 18. Descuento para Ahorros (A. E. E. L. A.) | | |
| 19. Descuento para Seguros(A. E. E. L. A.) | | |
| 20. Obvenciones | | |
| 21. Otros Descuentos | | |
| 22. Fecha de Efectividad | | 1 de mayo de 1990 |

| 23.  SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub. Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02 | 5-03 | 22 | 45 | 00 | 60 | PD-H3 | H3 | 00 | 1 | L11 | | | |

24. Indique si se trata de: ☐ Ascenso   ☐ Cambio de Categoría   ☒ Cambio de Status   ☐ Ascenso o traslado Transitorio
☐ Descenso   ☐ Reclasificación   ☐ Reinstalación   ☐ Reubicación   ☐ Traslado   ☐ Nuevo Nombramiento   ☐ Aumento de Sueldo

25. En caso de cambio a otra agencia indique – Licencia a acreditarse:   Compensatorio_____días.
Licencia Enfermedad_____días,   Concedida_____días,   Licencia Regular_____días,   Concedida_____días.

| | Ultimo Día de Trabajo | Licencia Previamente Concedida | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 26. Renuncia | | | |
| 27. Separación | | | |
| 28. Destitución | | | |
| 29. Cesantía | | | |

30. Suspensión de Empleo y Sueldo:   Duración:   De_____   A_____

31. Muerte:   Ultimo día   Participante de Retiro
Fecha_____   Hora_____   de pago_____   ☐ Sí   ☐ No

32. Clase de Licencia:   ☐ Para estudio   ☐ Especial con paga   ☐ Maternidad
☐ Militar sin Sueldo   ☐ Sin Sueldo

Duración:_____   DE_____   A_____

33. Comentarios y Explicaciones (si necesita más espacio use el dorso)   Se acompaña AP-35.

34. Si el cambio de puesto es por Certificación de Elegibles indique:   Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:   **APROBADO**

35. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí: °

36. Firma del empleado en casos que fuere necesario

MAY - 8 1990

37. Aprobado por:   Lourdes T. Napoleoni-Ofic. Pers. Int.   Fecha:  2 de mayo de 1990
Jefe de la Agencia o su Representante Autorizado

Revisado o Aprobado por_____   Fecha:_____

OFIC. DE PERSONAL REGIONAL
A.F.A.S.S. REGION SUR

rnt

AP-35
Rev. 1/81

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
Area de Personal

(Instrucciones al dorso)

INFORME SOBRE TRABAJO DE EMPLEADOS
EN PERIODO PROBATORIO

IMPORTANTE: INSTRUCCIONES AL DORSO

| 1. Nombre del empleado Olga Morales Ortiz | 2. Número de Seguro Social -0002 | 3. Título de Clasificación del Puesto Enfermera III |
|---|---|---|
| 4. Región u Hospital C.D.T. Guánica | 5. División, Sección o Unidad Enfermería | 6. Fecha en que vence el período probatorio 30 de abril de 1990 |

| FACTORES | SOBREPASA | ALCANZA | NO ALCANZA | COMENTARIOS |
|---|---|---|---|---|
| 1. PRODUCTIVIDAD: La cantidad de trabajo que realiza el empleado. | | ✓ | | |
| 2. EFICIENCIA: La calidad del trabajo que realiza el empleado. | | ✓ | | |
| 3. CONOCIMIENTOS SOBRE EL TRABAJO: Se refiere al dominio que ejerce sobre los distintos aspectos que componen su área de especialización. | | ✓ | | |
| 4. HABILIDAD PARA APRENDER: La rapidez y corrección con que el empleado aprende a ejecutar los deberes después de recibir las instrucciones. | | ✓ | | |
| 5. ASISTENCIA: La regularidad y puntualidad con que el empleado cumple con el horario diario de trabajo. | | ✓ | | |
| 6. CONFIABILIDAD: La capacidad observada en el empleado para captar y seguir instrucciones, asumir sus responsabilidades y ejecutar sus tareas con relativa independencia. | ✓ | | | |
| 7. INTEGRIDAD: La ausencia de sospecha, involucración o convicción por actos contrarios a la política pública, la Ley y la moral. La adhesión sincera y evidente a altos ideales morales profesionales. | ✓ | | | |
| 8. SOCIABILIDAD: La conducta del empleado en sus contactos con los demás empleados, supervisores y usuarios de servicios de la agencia. | | ✓ | | |
| 9. COOPERACION: La actitud y disposición para colaborar en la consecución de los objetivos del servicio. | ✓ | | | |
| 10. INICIATIVA Y CREATIVIDAD: Cuando el empleado hace uso de sus talentos y capacidades especiales y los pone al servicio de la agencia | | ✓ | | |

CERTIFICO que los servicios rendidos por este empleado durante el período probatorio _____ (fueron-no fueron) satisfactorios y que _____ (continuará-no continuará) como empleado regular.

Indique si la no aprobación del período probatorio se debió a:

☐ Servicios   ☐ Hábitos   ☐ Actitudes

Lourdes T. Napoleoni          30 de abril 1990
_____
Firma del Jefe de la Agencia          Fecha

CERTIFICO que la evaluación del empleado de referencia se hizo de conformidad con las guías emitidas por la AFASS y que la misma cubre el período comprendido entre el 1ro de mayo 1989 y el 30 abril 1990 y que el resultado de ésta se discutió con el empleado.

Rosa Bell de Jesús          9-IV-90
_____
Firma del Supervisor Inmediato          Fecha

Ramona Báez Rodríguez          11-IV-90
_____
Firma Revisor          Fecha

Olga Morales Ortiz

AP-15
Especial
5-90

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE SALUD
Administración de Facilidades y Servicios de Salud
Area de Personal

## INFORME DE CAMBIO ESPECIAL

REGION    Salud Sur                          NUMERO DE CAMBIO (AP-15)   P-3066

Se notifica el siguiente cambio en el sueldo de este empleado, en virtud de lo dispuesto por la Ley número 7 del 7 de mayo de 1989 la cual provee un aumento de sueldo general de $50.00 mensuales para los empleados públicos a partir del primero de julio de 1990.

| Olga Morales Ortíz | -0002 | D-0759 |
|---|---|---|
| Nombre del Empleado | Número de Seguro Social | Número del Puesto |

| Enfermera III | De Carrera Regular | 1022 | 26 |
|---|---|---|---|
| Título de Clasificación | Status del Empleado | Clase | Escala |

| $1,006.00 | $1,358.00 | 02-5-03-22-45-00-60-PD _-H3-H3-00-1-111 |
|---|---|---|
| Mínimo | Máximo | Cifra de Cuenta de Nómina |

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| Sueldo Mensual | $1,134.00 | $1,184.00 |
| Diferencial | $163.00 | $163.00 |

Observaciones: _____

_____

_____

*Lourdes T. Napoleoni*
LOURDES T. NAPOLEONI - OFICINA DE PERSONAL          27 de junio de 1991
Firma de la Autoridad Nominadora o su                       Fecha
Representante Autorizado

jmd

APROBADO
JUN 27 1991
OFICINA DE PERSONAL
DEPARTAMENTO DE SALUD
REGION SUR

MODELO SC 1500 PAGOS-EMPL
3/84 Rev.

# ASOCIACION DE EMPLEADOS DEL E.L.A.
## DE PUERTO RICO

NOTIFICACION DE PRESTAMO CONCEDIDO

| CHEQUE Y COMPROBANTE NUMERO |
|---|
| FECHA |
| NUM. EXPEDIENTE |

ASOCIADO

| CLAVE | DESCRIPCION | IMPORTE |
|---|---|---|
| 06 | PRESTAMO ················································ S | |
| | INTERESES A DESCONTAR | |
| 08P | DEUDA PRESENTE | |
| 08C | DEUDA ANTERIOR | |
| | DEUDA ENSERES | |
| | DEUDA GOMAS | |
| | DEUDA LOTES | |
| | DEUDA CENTRO | |
| | DEUDA S. AUTO | |
| | DEUDA S. OPC. | |
| | TOTAL INTERESES A DESCONTAR | |
| | PRESTAMOS A DESCONTAR: | |
| 163 | DEUDA VIGENTE | |
| 177 | DEUDA ENSERES | |
| 178 | DEUDA GOMAS | |
| 165 | DEUDA LOTES | |
| 16A | DEUDA S. AUTO | |
| 169 | DEUDA CENTRO | |
| 167 | DEUDA S. OPC. | |
| 163 | DEUDA OTROS | |
| | TOTAL DEUDAS A DESCONTAR | |
| | OTROS DESCUENTOS: | |
| 09-A | PRIMA GARANTIA ESPECIAL | |
| 03-D | SEGURO DEUDA DEVENGADO | |
| 03-D | SEGURO DEUDA-NUEVO PRESTAMO | |
| 03 | CUOTAS SEGURO ATRASADAS | |
| | CARGO POR SERVICIO | |
| | TOTAL OTROS DESCUENTOS | |
| | CREDITOS: | |
| 18-R | INTERESES NO DEVENGADOS DEUDA ANTERIOR | |
| 13-D | SEGURO DE DEUDA NO DEVENGADO | |
| | TOTAL CREDITOS: | |
| | TOTAL A DESCONTAR: | |
| | BALANCE A SU FAVOR: ···················· S | |

| | | | | AMORTIZACION MENSUAL | | | 08-D | NUM. CONTROL DE NOMINA |
|---|---|---|---|---|---|---|---|---|
| NUMERO EMPLEADO | NUMERO SEGURO SOCIAL | NUM. PLACA POLICIA | NUM PAGOS | CANTIDAD | FECHA PRIMER PAGO | FECHA ULTIMO PAGO | FECHA RENOVACION | INTERESES DIFERIDOS | 00 NUEVO / 11 RENOVACION |

AL RECIBIR ESTE PRESTAMO, USTED ES RESPONSABLE, ENTRE OTRAS, DE LAS SIGUIENTES OBLIGACIONES:
1. ESTAR ATENTO DE QUE SU AGENCIA LE EFECTUE LOS DESCUENTOS DE SU PRESTAMO. LA CANTIDAD A DESCONTAR DE SU SUELDO Y LA FECHA DEL PRIMER PAGO ESTAN INDICADAS EN LOS ESPACIOS PROVISTOS INMEDIATAMENTE SOBRE ESTE AVISO.
2. SI SU AGENCIA NO EFECTUA LOS DESCUENTOS CORRESPONDIENTES POR NOMINA, ES SU OBLIGACION REMITIR A LA ASOCIACION INMEDIATAMENTE LAS AMORTIZACIONES Y/O LAS DIFERENCIAS EN AMORTIZACIONES ATRASADAS, MEDIANTE PAGO DIRECTO.
3. SI SUS PAGOS NO SON RECIBIDOS REGULARMENTE, NO DEBERA ESPERAR A LA FECHA DE RENOVACION PARA CORREGIR ESTE ATRASO; DE LO CONTRARIO NO PODRA RENOVAR SU PRESTAMO EN EL MISMO MES QUE TRAMITO SU PRESTAMO ANTERIOR. LA REFERIDA FECHA SE APLAZARA HASTA HABER PAGADO MEDIANTE DESCUENTO DE NOMINA EL O LOS PLAZOS AL DESCUBIERTO. NO SE ACEPTARAN PAGOS DIRECTOS CON EL FIN DE TENER DERECHO A RENOVAR AL NO HABER CUMPLIDO CON LO ANTERIORMENTE DISPUESTO.
4. SI EN SU ULTIMA RENOVACION LA DEUDA ANTERIOR NO LE FUE DESCONTADA, USTED NO SE RELEVA DE LA RESPONSABILIDAD DE LA MISMA.
5. LOS PLAZOS VENCIDOS AL DESCUBIERTO DEVENGARAN INTERESES Y LOS MISMOS NO PODRAN SER CONDONADOS.
AL TRAMITARSE ESTE PRESTAMO, SE HA COBRADO INTERESES SOLO POR LA FRACCION DEL MES EN CURSO Y EL SIGUIENTE MES A LA FECHA EN QUE SE HA EXPEDIDO EL CHEQUE. A PARTIR DEL PRIMERO DEL TERCER MES, SU DEUDA COMENZARA A DEVENGAR INTERESES LOS CUALES SERAN DESCONTADOS DE SU SUELDO COMO PARTE DE LA AMORTIZACION MENSUAL HASTA EXTINGUIR LA DEUDA EN SU TOTALIDAD O TRAMITARSELE UN NUEVO PRESTAMO. EN LAS RENOVACIONES DE PRESTAMOS, LA DEUDA ANTERIOR SE DETERMINA CONSIDERANDO QUE LAS AMORTIZACIONES DEL MES EN CURSO Y EL SIGUIENTE SERAN RECIBIDAS.

AP – 15
Modelo 10/ 81

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD

INFORME DE CAMBIO

| | |
|---|---|
| IMPORTANTE INSTRUCCIONES: LEA AL DORSO | 1. Número del Cambio  **P-808** |
| | 1a. Región u Hospital  **Salud Sur** |
| | 2. Número de Seguro Social del Empleado  **-0002** |

| Cambio a Efectuarse | Antes del Cambio  402 | Después del Cambio |
|---|---|---|
| 3. Nombre del Empleado | Olga Morales Ortiz | |
| 4. Puesto Núm. | D-0759 | |
| 5. Título de Clasificación | Enfermera III | |
| 6. Programa | Nivel Primario | |
| 7. Departamento | | |
| 8. Facilidad | C.D.T. | |
| 9. Ubicación Geográfica del Puesto | Guánica | |
| 10. Estado Civil | | |
| 11. Categoría del Empleado | De Carrera | |
| 12. Status del Empleado | Regular | |
| 13. a. Sueldo Mens. | $1,556.00 | |
|     b. Diferencial | 80.00 | |
|     Total | $1,636.00 | |
| 14. Descuento para Contribución sobre Ingresos | | |
| 15. Descuento para Seguro Social | | |
| 16. Descuento para Aportación Sistema de Retiro | 5.775% | |
| 17. Descuento para Servicios Médicos | | |
| 18. Descuento para Ahorros (A. E. E. L. A.) | | |
| 19. Descuento para Seguros (A. E. E. L. A.) | | |
| 20. Obvenciones | | |
| 21. Otros Descuentos | | |
| 22. Fecha de Efectividad | | |

| 23. SIMBOLOS DE CONTABILIDAD | A.F. | Fondo | Agen-cia | Div. | Sub. Div. | Asig-nación | Objeto | A.F. | Fondo | Agen-cia | Div. | Sub. Div. | Asig-nación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02 | 5-03 | 22 | 45 | 00 | 60 | PD | H3 | H3 | 00 | 1 | 111 | | |

24. Indique si se trata de:  ☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o traslado Transitorio
☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☐ Aumento de Sueldo

25. En caso de cambio a otra agencia indique – Licencia a acreditarse:  Compensatorio ____ días.
Licencia Enfermedad ____ días.  Concedida ____ días.  Licencia Regular ____ días,  Concedida ____ días.

| | Ultimo Día de Trabajo | Licencia Previamente Concedida | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 26. Renuncia | | | |
| 27. Separación | | | |
| 28. Destitución | | | |
| 29. Cesantía | 2 de mayo 1998 | ----- | 2 de mayo de 1998 |

30. Suspensión de Empleo y Sueldo:  Duración:  De  A

31. Muerte:  Ultimo día  Participante de Retiro
Fecha ____  Hora ____  de pago: ____  ☐ Sí  ☐ No

32. Clase de Licencia:  ☐ Para estudio  ☐ Especial con paga  ☐ Maternidad
☐ Militar sin Sueldo  ☐ Sin Sueldo
Duración: ____  DE ____  A ____

33. Comentarios y Explicaciones (si necesita más espacio use al dorso)  Cesantía de acuerdo a la comunicación de la Dra. Carmen Feliciano y de la Ley #190 del 5 de septiembre de 1996. enmendada por la Ley #31 del 6 de julio de 1997.  Ultimo día de trabajo el 2 de mayo

34. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.  (AL DORSO)
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:  **APROBADO**

35. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí: ____

36. Firma del empleado en casos que fuere necesario ____

37. Aprobado por:  ~~Sra. Lourdes T. Napoleoni~~  Fecha:  6 de mayo de 1998
Jefe de la Agencia o su Representante Autorizado

Revisado o Aprobado por: ____  Fecha: ____
LTN/vls

MAY 11 1998
OFIC. PERSONAL REGIONAL
A.F.A.S.S. REGION SUR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
*ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD*
*REGION SUR DE SALUD*
PONCE, PUERTO RICO 00731
*OFICINA DE PERSONAL REGIONAL*

2 de mayo de 1990

A               :       Sra. Olga Morales Ortíz
                        Enfermera III
                        C.D.T. Guánica

P/C             :       Dr. Giordano San Antonio
                        Director Regional
                        Región de Salud Sur

P/C             :       Sra. Aida M. Colón Cruz
                        Directora Enfermeras
                        Región de Salud Sur

DE              :       Sra. Lourdes T. Napoleoni
                        Oficial de Personal Int.
                        Región de Salud Sur

ASUNTO          :       NOTIFICACION DE NOMBRAMIENTO REGULAR

        Nos place informarle que desde el 1ro. de
mayo de 1990    ha pasado usted a ser empleado regular como
Enfermera III en la Región de Salud Sur con un sueldo mensual
de $1,134.00 despues de completar satisfactoriamente los ocho
meses del período probatorio requerido por la Ley de Personal.

        Esperamos continue usted brindando en todas
las funciones relacionadas con su puesto la misma cooperación demos-
trada hasta la fecha como se espera de todo buen servidor público.

LTN/ rnt
Anejos

## INSTRUCCIONES

1. Use este formulario para informar cualquier cambio de personal.

2. Llene todos los apartados del 1 al 12 en la columna bajo el título "ANTES DEL CAMBIO" en todos los formularios que someta.

3. Llene además todos los apartados relacionados con el cambio que desea informar.

4. Al informar una renuncia o descenso adhiera una copia de la carta del empleado.

5. En casos de separación, suspensión, destitución o cesantía adhiera copia de la carta enviada al empleado dando las razones para el cambio.

**ESCRIBA AQUI CUALQUIER INFORMACION QUE NO PUEDA INCLUIR EN EL APARTADO 33 POR FALTA DE ESPACIO.**

Empleada se acogerá a la Ley 31.

NOTA:   CESANTIA EFECTIVA EL 2 de mayo de 1998.

de 1998.   El 3 de mayo domingo.   Licencia regular para pago global 13½ días del 4 al 21m mayo de 1998.   Licencia por enfermedad para pago global 90 días del 21m de mayo al 30m de septiembre de 1998.