Olga Morales Ortiz
#41 Ricardo Balasquidez
Ext Guaydia
Guayanilla, P.R. 00656



Secretaría (Clerk Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 10 PM 4:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**RETURN RECEIPT REQUESTED**