Leila Pablos Vazquez
Villa Universitaria
Calle 35 - BH 4
Humacao P.R. 00791





Hon. Laura Taylor Swain
Secretaria
Tribunal de Distrito de los Estados Unidos
Para Distrito de Puerto Rico
150 Carlos Chardon Street
Federal Building
San Juan P.R. 00918