Re: Colón Torres, Yolanda

Celular: 787-930-0214

Dirección: HC-3-BOX 15714

Coamo, Puerto Rico 00769

Num. de Reclamación: { 97765
                       122917
                       49028

Fecha de presentación: 26 de junio de 2018

Deudor: Commonwealth of Puerto Rico

Se incluye Certificación Actualizada al 6 de febrero de 2020 del Departamento de Educación del Estado Libre Asociado de Puerto Rico. Esta Certificación indica que trabajé como maestra por el término de 29 años, 8 meses, 2 semanas y 3 días hasta mi retiro efectivo el 20 de diciembre de 2013.

Yolanda Colón Torres
Yolanda Colón Torres
7 de febrero de 2020

RECEIVED & FILED
2020 FEB 10 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.