

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | YOLANDA COLON TORRES |
| Seguro Social | : | 3809 |
| Categoría | : | MA. EDUC. SEC (ESTUDIOS SOCIALES E HISTORIA) |
| Distrito Escolar | : | COAMO_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2013 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 29 años, 8 meses, 2 semanas y 3 días. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

---

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.