Yolanda Colón Torres
HC-3 BOX 15714
Coamo, Puerto Rico 00769

  

U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 07, 20
AMOUNT
$7.40
R2303S103139-06

00918

1000



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7018 0680 0000 9966 7472

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED / FILED
2020 FEB 10 PM 4: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT
REQUESTED