Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

—1959

| Nombre | Núm. Reclamación | Sexo F |
|---|---|---|
| Luz M. Cruz Cruz | 32956 | |

**Tipo de Renta:**
- a— Años de Servicio y Edad
  - Opcional (x)
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento
_____  _____  _____
Año    Mes    Día

Fecha de Retiro
2000   agosto   1
Año    Mes    Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|---|---|---|---|---|
| 55 | 5 | 6 | 35 | 5 | 1 | 2½ | $ 37,533.17 | 2000 agosto 2 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año Mes Día |

Retiro Ley Núm. 218 de 1951

---

**Cómputo de la Renta Anual:**

a— Sueldo promedio mensual más alto durante ~~cinco~~ **tres** años consecutivos a $ 1,819.58      1,364.68

X .75% X 30 años
(Por ciento)   (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferenciales |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia     1,364.68

Renta Anual Vitalicia     16,376.16

| Computado | | Cotejado | |
|---|---|---|---|
| B. Ledoux | 24-10-00 | [signature] | 24/10/2000 |
| Brendally Ledoux | Fecha | Carlos J. Serrano | Fecha |
| Recomendado: [signature] Gloria E. Navas Pérez | 24-10-00 Fecha | Aprobado: [signature] 10/27/2000 Fecha | Irma A. Giménez López |
| Directora Area Servicios de Retiro | | | Secretaria Ejecutiva |

[Stamp: Oficina de Finanzas Documentos Preintervenidos Fecha]

Nombre  Luz M. Cruz Cruz

## Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo Mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1964-65 | | | | | 210.00 | | | | | | |
| Hasta | 29 | 4 | 1 | 2 | | ½d | | | | | |
| 1993-94 | | | | | 1,400.00 | | | | | | |
| 1994-95 | | 7 | 2 | 3 | 1,525.00 | | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| Sub-Total | 30 | - | - | - | | | | | | | |
| 1994-95 | | 4 | 1 | 1 | 1,525.00 | | | | | | |
| 1995-96 | 1 | | | | 1,650.00 | | | | | | |
| 1996-97 | 1 | | | | 1,775.00 | 13d | | | | | |
| - | | | | | 1,800.00 | 11m, 7d | | | | | |
| 1997-98 | 1 | | | | 1,800.00 | | | | | | |
| 1998-99 | 1 | | | | 1,800.00 | | | | | | |
| 1999-2000 | 1 | | | | 1,800.00 | 6m | | | | | |
| - | | | | | 1,900.00 | 6m | | | | | |
| 2000-2001 | | 1 | | 1 | 1,900.00 | | | | | | |

Total:    35    5    1    2½

Desglose primer pago:
  Renta Mensual
    Deducciones:
      Asociación de Maestros    $ _____
      Préstamo _____
      Otras
        Total Deducciones
        Importe del Cheque    $ _____

Observaciones:

### Año Escolar

Hasta 1917-18 _____ 9 meses
Desde 1918-19 hasta 1940-41 __ 10 meses
En el 1941-42 _____ 11 meses
Desde 1942-43 en adelante __ 12 meses

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 JUN 22 P 2:29

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación 04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor? / ¿Quién es el acreedor actual?**

   Luz Minerva Cruz Cruz

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _Deuda del Romerazo - Ley 89_ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  _6-22-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Luz Minerva Cruz Cruz_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  _Luz Minerva Cruz Cruz_
   First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo  _Maestra Retirada_

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  _11137   Hacienda El Semil_
   Number / Número   Street / Calle

_Villalba_    _P.R._   _00766_
City / Ciudad    State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _939-242-6626_ Email / Correo electrónico _____

FORM. 409 Rev. 99



**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Luz Minerva Cruz Cruz | |
| 2. Número de Seguro Social | -1959 | |
| 3. Lugar y Fecha de Nacimiento | Ponce - | |
| 4. Sexo | Femenino | |
| 5. Estado Civil | Casada | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | 35 años | |
| 8. *Status* Empleado (Contrato) | permanente | |
| 9. Sueldo Bruto | $1,900.00 | |
| 10. Número del Puesto | R-28819 | |
| 11. Categoría del Puesto | Maestra Inglés-Nivel Secundario | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | 111-081-09-075-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-01-000075 | |
| 15. Fecha de Efectividad | 1 de agosto de 2000 | |
| 16. Acción y Duración | Cese | |
| 17. Causa del Cese | Jubilación Edad y Años de Servicio | |
| 18. Último día de Trabajo | 31 de mayo de 2000 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | Inglés Nivel Secundario | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Villalba | |
| 23. Escuela | de la com. Francisco Zayas | |
| 24. Dirección Postal y Residencial | HC-01 Box 4672 Villalba, PR 00766  Bo. Semil Carr. 514 Km. 0 hm. 3 Villalba PR | 25. Teléfono Residencial 847-6313 847-4337 (amiga) |

26. Observaciones:

27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

Firma del empleado _____ Fecha

28. Deseo: ____ Acogerme ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado _____ Fecha

29. Recomendado [signature]
Director de Escuela — 31 de mayo de 2000 — Fecha

30. Recomendado
Director de Escuela _____ Fecha

31. Aprobado: Por el Secretario de Educación o su Representante

Firma _____ Fecha

| | | |
|---|---|---|
| **Gobierno de Puerto Rico**<br>080 - DEPT DE EDUCACION-MAESTROS | Grupo de Pago: SM -Quincenal<br>Desde: 12/04/00<br>Hasta: 12/04/00 | # Cheque: 05246437<br>Fecha: 12/08/00 |
| LUZ M CRUZ CRUZ<br>HC 01 BOX 4672<br>VILLALBA PR 007669716<br>SS: | # Empleado:<br>Dept: 8005075-Ponce Villalba<br>Oficina: Francisco Zayas Santana<br>Titulo: M.Ingles-Nivel Sec.<br>Sueldo: $1,900.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 0<br>Cant. Adcl.: |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Bono de Navidad | | | 500.00 | | 500.00 | PR Withholdng | 40.00 | 1,678.04 |
| Pago de Salarios Regulares | | 0.00 | | 1140.00 | 18,050.00 | | | |
| **Total:** | | | 500.00 | 1140.00 | 1,450.00 | **Total:** | 40.00 | 1,678.04 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,510.50 | AE-Asoc Emp ELA-Prest Regular | 0.00 | 1,773.62 | FSED Disability Plan | 8.50 | 315.35 |
| | | | SM-First Medical Health Plan | 0.00 | 994.50 | GPR Plan de Retiro de Maestro | 0.00 | 1,534.25 |
| | | | SC-TRANS OCEANIC LIFE | 0.00 | 106.97 | SM-First Medical Health Plan | 0.00 | 360.00 |
| | | | AE-Seguro por Muerte Asoc ELA | 0.00 | 66.50 | | | |
| | | | AS FED MAESTROS AFT | 0.00 | 152.00 | | | |
| | | | GPR Plan de Ahorros | 0.00 | 541.50 | | | |
| | | | RM-Ser No Coti-Ret Ma-Anterior | 0.00 | 89.30 | | | |
| **Total:** | 0.00 | 1,510.50 | **Total:** | 0.00 | 3,724.39 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 500.00 | 40.00 | 0.00 | 460.00 |
| Acumulado: | 1,450.00 | 1,678.04 | 5,234.89 | 11,637.07 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #05246437 | 460.00 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 460.00 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:** "FELICIDADES Y PROSPERO 2001 A LOS SERVIDORES PUBLICOS Y FAMILIARES", PEDRO ROSSELLO

**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/21/00 |
| Hasta: | 03/03/00 |

# Cheque: 02448716
Fecha: 02/28/00

LUZ M CRUZ CRUZ
HC 01 BOX 4672
VILLALBA PR 007669716
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005075-Ponce Villalba |
| Oficina: | Francisco Zayas Santana |
| Titulo: | M.Ingles-Nivel Sec. |
| Sueldo: | $1,900.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 950.00 | 240.00 | 3,800.00 | |
| Total: | | 950.00 | 240.00 | 3,800.00 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 91.42 | 365.68 |
| Total: | 91.42 | 365.68 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 66.50 | 266.00 |
| Total: | 66.50 | 266.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 54.98 | 219.92 |
| SM-First Medical Health Plan | 40.00 | 160.00 |
| SC-TRANS OCEANIC LIFE | 5.63 | 22.52 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 14.00 |
| AS FED MAESTROS AFT | 8.00 | 32.00 |
| GPR Plan de Ahorros | 28.50 | 114.00 |
| Total: | 140.61 | 562.44 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 80.00 |
| GPR Plan de Retiro de Maestro | 80.75 | 323.00 |
| FSED Disability Plan | 16.15 | 64.60 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 950.00 | 91.42 | 207.11 | 651.47 |
| Acumulado: | 3,800.00 | 365.68 | 828.44 | 2,605.88 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02448716 | 651.47 |
| Total: | 651.47 |

**MENSAJE:**