Luz Minerva Cruz Cruz
Hacienda El Semil
Bzn. 11137
Villalba, P.R. 00766



Secretaría (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 10 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.