6 de febrero de 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 10 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A quien pueda interesar:

Considero que debo recibir los beneficios de la Ley 89 (Romerazo) y de la Ley 96 (Sila M. Calderón) ya que es un derecho. El hecho de no haber recibido estos aumentos me ha perjudicado con mis finanzas y por consecuencia mi retiro (lo que recibo de pensión mensual) es mucho menor. Espero que éste dinero se me devuelva ya que será de gran beneficio para mi persona.

Agradezco su atención al respecto.

Cordialmente,

Myrna Báez Torres
(787) 361-5229

United States District Court For The District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

<u>One Hundred Tenth</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 149385

Name and Address: Myrna Báez Torres
Parcelas El Cotto #15 Calle 10
Bo. Maguayo, Dorado, P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  24 años

Cantidad Reclamada  $7,500.00

Ley 96 - Sila M. Calderón

Años Reclamados  8 años

Cantidad Reclamada  $10,800.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema Retiro de Maestros
2. Informe de Renta Mensual Vitalicio Retiro de Maestros
3. Certificación del Departamento de Educación (Años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Myrna Báez Torres

Firma: *Myrna Báez Torres* Fecha: 6-feb-2020