

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MYRNA BAEZ TORRES |
| Seguro Social | : | |
| Categoría | : | MA. BELLAS ARTES (ARTES VISUALES) K-12 |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,765.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 19 de diciembre de 2008 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 30 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Myrna Báez Torres**, con número de seguro social que termina en **2167**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **20 de diciembre de 2008** |
| **Tiempo Cotizado para la Pensión** | **30 años, 3 mes, 0 sem., 4 días** |
| **Pensión mensual Inicial** | **$1,929.35** |
| **Pensión Mensual Actual** | **$1,929.35** |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| Mes-Día-Año | |
|---|---|
| Fecha Radicación | 1-oct-08 |
| Fecha Vencimiento | 14-mar-09 |

Núm de Caso
**1129**

BAEZ TORRES, MYRNA
_Apellido Paterno, Materno, Nombre e Inicial_          _Seguro Social_

Sexo ☑ Femenino
☐ Masculino

_Fecha Nacimiento_
Mes-Día-Año

DORADO - ARTES VISUALES
_Categoría y Pueblo_

Ley 91 del 2004
_Retiro Ley Núm._

Dirección Postal   ~~BO MAGUAYO~~
EL COTTO 15 CALLE 10
DORADO PR 00646

Tipo de Renta (Pensión)   ☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 2 | 11 | 30 | 3 | 0 | 4 | $ 53,724.54 | Mensual | Anual |
| Años | Meses | Días | Años | Meses | Sem | Días | | $ 1,929.35 | $ 23,152.20 |

Fecha de Renuncia   19-DIC-08          Último Día de Pago   19-DIC-08
Mes-Día-Año
Fecha Efectividad Pensión   20-DIC-08          Cierre de Nómina   11-mar-09
Mes-Día-Año
Fecha Primer Pago Pensión   31-Mar-09          Importe $   1,929.35
Mes-Día-Año
Pago Global Retroactivo   Desde   20-DIC-08   Hasta   15-mar-09   Importe Total   $   5,570.26

**DESGLOSE DE DESCUENTOS**

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | 5,570.26 | $   1,929.35 |
| Menos Descuentos: | | |

|  | Clave | Descuento | Descuento |
|---|---|---|---|
| Préstamos Personal (PP) | 47-000 | 561.45 | 224.58 |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| Finanzas | 67-059 | - | |
| | | - | |
| Aport. Individual 9% (Clave 26-001) | | 578.80 | 231.52 |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $   4,430.01 | $   1,473.25 |

Bonos:
☐ Bono Verano (PBV)          ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES          24-feb-2009
_Nombre del Empleado_          _Firma_          _Fecha_

NORMA I. PEÑA AGOSTO          2/may/09
_Nombre Supervisor_          _Firma_          _Fecha_

**PREINTERVENCIÓN DE DOCUMENTOS**          **USO DIRECTOR(A) AREA RETIRO**

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
FEB 2 7 2009
NOMBRE:
FIRMA:

Aprobado por:
Wanda Santiago López
_Nombre Director(a) o Representante Autorizado_

3/05/09
_Firma_          _Fecha_
Mes-Día-Año

**USO AREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina   Mes   3   ☐ 1ra ☑ 2da
Nombre Empleado   Myrna Rodríguez
_Firma_          _Fecha (Mes-Día-Año)_

Nómina Pago Global   Mes   ☐ 1ra ☐ 2da
☐ Off Cycle ☑ Pay Line
Nombre Empleado
_Firma_          _(Mes-Día-Año)_   Fecha

Juan Agosto Castro          1-Abril/2009
_Nombre Supervisor_          _Firma_          _Fecha (Mes-Día-Año)_

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.