Myrna Báez Torres
Parcelas El Cotto 15, Calle 10
Bo. Maquayo, Dorado, P.R.
00646





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918