**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ruiz Martiz, Gracia M. | 117093 | 6/28/2018 | Commonwealth of Puerto Rico | $80,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ruiz Martiz, Gracia M. | 117093 | 6/28/2018 | Commonwealth of Puerto Rico | $80,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Send.
AVAILABLE TO ANY other information.

February 6/2020
Gracia M Ruiz Martinez
Urb. Los Maestros #636
Arecibo, P.R. 00610

000370

***CUST PR 1845 SRF 38939 PackID: 370 MMLID: 1883660 SVC: 146th Omni  
Ruiz Martiz, Gracia M.  
Urb Los Maestros A6 Buzon 6  
Anasco, PR 00610

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.GRACIAS M. RUIZ MARTINEZ**, con número de seguro social que termina en **1799**.

| | |
|---|---:|
| Fecha de Elegibilidad de la Pensión | 13 de julio de 2013 |
| Tiempo Cotizado para la Pensión | 60 años, 7 meses, 2 semana y 3 días |
| Fecha de Efectividad de la Renuncia | 12 de julio de 2013 |
| Fecha de Efectividad de la Pensión | 13 de julio de 2013 |
| Pensión Mensual Actual | $3,240.14 |

Esta certificación se expide hoy, **3 de febrero de 2020** en **San Juan, Puerto Rico.**

*[firma]*

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov

## DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Sección Archivos Docente y No Docente

# CERTIFICACIÓN

Certifico que **Gracia M. Ruiz Martínez**, seguro social **xxx-xx-1799**, ha prestado servicios para el Departamento de Educación del Estado Libre Asociado de Puerto Rico por un período de (60) años, nueve (9) meses.

Su experiencia se detalla a continuación:

| CATEGORIA | DESDE | HASTA |
|---|---|---|
| Maestra Elemental-Rural | 21 enero, 1952 | 25 febrero, 1955 |
| Lic. S/S Maternidad | 28 febrero, 1955 | 27 mayo, 1955 |
| Reinst. Maestra Elemental | 5 julio, 1955 | 22 noviembre, 1957 |
| Lic. S/S Maternidad | 25 noviembre, 1957 | 7 enero, 1958 |
| Reinst. Maestra Elemental | 8 enero, 1958 | 2 febrero, 1962 |
| Lic. S/S Maternidad | 21 febrero, 1962 | 27 julio, 1962 |
| Reinst. Maestra Elemental | 6 agosto, 1962 | 11 agosto, 1968 |
| Trabajador Social Escolar | 12 agosto, 1968 | 27 junio, 1969 |
| Coordinadora Elemental | 4 agosto, 1969 | 28 junio, 1971 |
| Maestra Elemental | 2 agosto, 1971 | 20 junio, 1972 |
| Maestra Secundaria | 7 agosto, 1972 | 17 agosto, 1972 |

Gracia M. Ruiz Martínez

Página 2

| CATEGORIA | DESDE | HASTA |
|---|---|---|
| Coordinador Elemental | 18 agosto, 1972 | 28 junio, 1974 |
| Maestra Secundaria | 1 agosto, 1974 | 12 agosto, 1974 |
| Coordinador Elemental | 13 agosto, 1974 | 27 junio, 1975 |
| Maestra Secundaria | 4 agosto, 1975 | 15 agosto, 1975 |
| Coordinador de matemáticas | 18 agosto, 1975 | 28 mayo, 1976 |
| Maestra Secundaria (Matemáticas) | 2 agosto, 1976 | 19 diciembre, 1977 |
| Supervisora General III (Matemáticas) | 20 diciembre, 1977 | 2 agosto, 1983 |
| Superintendente Escolar IV | 3 agosto, 1983 | 31 julio, 1984 |
| Superintendente Escolar V | 1 agosto, 1984 | 4 julio, 2010 |
| Ayudante Especial III | 5 julio, 2010 | 31 diciembre, 2012 |
| Superintendente Escolar V | 1 enero, 2013 | Hasta el presente |

Cándida R. Chico

Auxiliar Administrativo III

Archivo Docente