




U.S. POSTAGE PAID
PM 1-Day
TRUJILLO, PR 00976
FEB 08, 20
AMOUNT
$7.75
R2304M113146-06
00918
1005

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL®**

EXPECTED DELIVERY DAY: 02/10/20

USPS TRACKING® NUMBER
9505 5106 8823 0039 3988 71

FROM:
GRACIA M. RUIZ MARTINEZ
URB. LOS MAESTROS #6 BZ 6
AÑASCO, P.R. 00610

TO:
SECRETARIA (Clerk Office)
TRIBUNAL DE DISTRITO de los Estados Unidos
#150 Chardón Avenue
Federal Building
SAN JUAN, (Puerto Rico) 00918-1767

RECEIVED FEB 10 PM 4:20 CLERK'S OFFICE DISTRICT COURT SAN JUAN PR

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

USPS.COM/PICKUP

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL



