RECEIVED & FILED

2020 FEB 10 PM 4: 20

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

7 de febrero de 2020

Prime Clerk LLC
830 3rd Avenue FL 9
New York NY 10022-6561

In Re Commonwealth of Puerto Rico
Case No. 17-03283; Proof of Claim No. 96966
Eva L. Dones Aponte
US Bankruptcy Court for the District of PR (San Juan)

Distinguidos señores:

El 2 de enero de 2020; le remití a Clerk's Office, United State District Court, 150 Chardon Avenue Federal Building, San Juan, PR 00918, carta con acuse de recibo número 7019 1640 0001 0249 8305, carta con una serie de documentos de los cuales acompaño copia.

Carta de la Oficina Del Gobernador, fechada 30 de marzo de 1984;

Carta de mi puño y letra donde claramente establezco una reclamación por $24,000.00 (aproximadamente).

A base de lo anterior, recibí copia de un escrito titulado "Notice of Filing of Revised Proposed Order And Amended Schedules For One Hundred And Eleventh Omnibus Objection (Non-Substantive) Of The Commonwealth of Puerto Rico, Puerto Rico Highways And Transportation Authority, And Employees Retirement System Of The Government Of The Commonwelth of Puerto Rico To Deficient Claims Asserting Interests Based on Salary Demands, Employment Or Services Provided". Tiene fecha de 28 de enero de 2020; donde se indicó que al siguiente día 29 de enero de 2020; habría una vista.

Allí también incluyó copia de documentos indicando que mi reclamación era deficiente. En el mismo se hace constar "Asserted Claim Amount $0.00. Pero, en la carta que sometí estoy haciendo una reclamación de $24,000.00 aproximadamente.

Solicito que se modifique o reconsidere que mi reclamación no es "undetermined" si no que es por $24,000.00 aproximadamente.

Con mucho respeto.

*Eva L. Dones Aponte*

Eva L. Dones Aponte
Urb. Villa del Carmen
Paseo Vila 4909
Ponce, PR 00716




CC
Clerk's Office United State
District Court
150 Chardon Avenue
Federal Building San Juan, PR 00918