PRESS

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

This envelope is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

## UNITED STATES POSTAL SERVICE.

**Retail**

**P**

**US POSTAGE PAID**
**$7.75**

Origin: 00730
02/07/20
4269310733-9

**PRIORITY MAIL 1-DAY ®**

0 Lb 2.50 Oz

**1005**

EXPECTED DELIVERY DAY: 02/08/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING®NUMBER**



9505 5106 2201 0038 2107 56

FROM: Eva L. Dones Aponte
4909 Paseo Vila
Urb. Villa del Carmen
Ponce PR 00716

TO:
Clerk's Office United State
District Court
150 Chardon Avenue
Federal Building
San Juan PR 00918






RECEIVED & FILED
2020 FEB 10 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES POSTAL SERVICE®**





INSURED

# PRIORITY MAIL ★

# FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5



UNITED STATES
POSTAL SERVICE®

* Domestic only.    ✕ For International shipments, the maximum weight is 4 lbs.