21 de enero de 2020

RECEIVED & FILED
2020 FEB 10 PM 4: 19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | **This filing relates to the Commonwealth, HTA, and ERS** |
| Debtors. | |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

*[signature]*

Enaida Colon Garcia
Calle 8 L 13 Mountain View
Carolina, Puerto Rico 00987
Teléfono: 1-787- 627-1916
Correo electrónico: enaidacolon@gmail.com