**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Garcia, Enaida | 15010 | 5/14/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $41,728.56 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Garcia, Enaida | 15010 | 5/14/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $41,728.56 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

\*\*\*CUST PR 1845 SRF 38154 PackID: 1001 MMLID: 1478258 SVC: 97th Omni
Colon Garcia, Enaida
Urb. Mountain View L13 c/8
Carolina, PR 00987

001001

## Nonagésima séptima objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 892 | COLON FUENTES, SYLVIA M.<br>PO BOX 1311<br>AIBONITO, PR 00705 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68358 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 893 | COLON GARCIA, DIANA I.<br>URB SIERRA BAYAMON<br>68-15 CALLE 60<br>BAYAMON, PR 00961 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 81303 | $75,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 894 | COLON GARCIA, EDGARDO<br>I-3 CALLE FLAMBOYAN<br>RIVIERAS DE CUPEY<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 90313 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 895 | COLON GARCIA, ENAIDA<br>URB. MOUNTAIN VIEW L13 C/8<br>CAROLINA, PR 00987 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 15010 | $41,728.56* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación válida contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 896 | COLON GARCIA, JOSE M.<br>P.O. BOX 74<br>VEGA ALTA, PR 00692 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 72641 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación válida contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

Número de Evidencia de Reclamación: *15010*

Reclamante: _____

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *El gobierno de Puerto Rico, dispuso de nuestras aportaciones del sistema de Retiro*

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   *$ 41,728.56*

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de La Familia*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *01-01-2007 / 30-06-2017*

3(c). Últimos cuatro dígitos de su número de seguro social: *6963*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). *Descuento de Aportación mensual del Sistema de Retiro   01-01-2007 / 30-06-2017*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. *Departamento de La Familia*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Adm. Sistema de Retiro*

4(c). Número de caso: *17BK 3283-LTS*

4(d). Título, epígrafe, o nombre del caso: *PROMESA Título III*

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No̲  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_No_

# RESUMEN ACUERDO



**Bono de Firma:** $1,000 para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.

**Aportación Plan Médico Único** - Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo-** El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.

**Contribuciones Retiro Sistema 2000**



Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. **Actualmente ese dinero no existe en caja, se utilizó por el Gobierno.** Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones-** Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria** -A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías** - Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



**Feriados** - Si un feriado cae día sábado, el mismo será efectivo el día antes laborable. Si cae domingo, el feriado será concedido al día siguiente como es la práctica actual.

**Licencias-** se mantiene lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



**Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada -** Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

**Futuros Beneficios del Gobierno** - Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

**Ratificación** - Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.



Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spupr.com



## CERTIFICACION

Certifico que la Sra. Enaida Colón García, con seguro social xxx-xx-6963, labora para el Departamento de la Familia – Administración de Familias y Niños desde el 8 de septiembre de 1988 hasta el presente.

Ocupa un puesto de Técnico Sistema Oficina II con estatus De Carrera - Regular. Devenga un salario de $2,864.00 mensual.

Esta certificación se expide a petición de la señora Colón, hoy 24 de enero de 2020, conforme a información en el Sistema Mecanizado de Recursos Humanos (RHUM) del Departamento de Hacienda.

Carmín Rodríguez Negrón
Administradora Auxiliar de Recursos Humanos



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

29 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

ENAIDA COLON GARCIA
URB MOUNTAIN VIEW
L13 CALLE 8
CAROLINA, PR 00987

Seguro Social: XXX-XX-6963

A base de la información en nuestros registros, al 29 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 01 de julio de 1989
Fecha de Comienzo de Cotización: 01 de julio de 1989

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 10,534.57 | Aportaciones: | 5,892.06 |
| | | Intereses: | 836.11 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 37,387.36 | **Total Aportaciones:** | 11,370.68 | **Total Aportaciones:** | 5,892.06 |
| Beneficio: | 822.32 | Beneficio: | 61.32 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

