ENAIDA COLON GARCIA
CALLE 8 L 13 MOUNTAIN VIEW
CAROLINA PR 00987

SAN JUAN PR 009
FRI 07 FEB 2020 PM

RECEIVED & FILED
2020 FEB 10 PM 4:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767