Claim # / Reclamación # 128550

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz



6 de febrero de 2020

Yo Cecilia Rodríguez Torres maestra del Departamento de Educacion desde el año 1968. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766.  Mi número de teléfono 787-340-2787.  Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 26 de junio de 2018 presenté el caso # 17BK 03283 LTS número de reclamación 128550 mejor conocida como la Ley 98 de junio del año 1980 Ley para retirados o pensionados del sistema de retiros de maestro por la cantidad de $300.00.  Como un aguinaldo de Navidad a entregar en el mes de diciembre de cada año.

A tal motivo reclamo la cantidad de $4,800 pagaderos a razón de $300.00 anuales por los trece (16) años de jubilada del Departamento de Educación Pública.

Ver anejo de Talonario de jubilada

Claim # / Reclamación # 140921

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Cecilia Rodríguez Torres maestra del Departamento de Educacion de Puerto Rico desde el año 1968.  Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766.  Mi número de teléfono 787-340-2787.  Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 26 de junio de 2018 presenté el caso # 17BK 03283 LTS número de reclamación 140921 mejor conocida como la Ley 164 del año 2003 Ley del incentivo Gobernadora Sila M. Calderón donde se expuso conceder un aumento de $100.00 a cada empleado público efectivo el 1ro de enero de 2004 el cual no recibí.

A tal motivo reclamo desde el 2004 la cantidad de 3,600 pagaderos hasta el 2006 año en que me jubilé del Departamento de Educación de Puerto Rico. Añadiendo mis años de retiro seria la cantidad de $19,200 (16 × 1,200 anual).

Claim # / Reclamación # 164894

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Cecilia Rodríguez Torres maestra del Departamento de Educación desde el año 1968. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766. Mi número de teléfono 787-340-2787. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 26 de junio de 2018 presenté el caso # 17BK 03283 LTS numero de reclamación 164894 mejor conocida como la Ley 96 del año 2002 Ley para conceder un aumento sueldo de $100.00 a todos los empleados públicos del gobierno efectivo desde el 30 de junio del 2002 (El Romerazo).

Por tal motivo reclamo desde el año 2002 la cantidad de $4,800 a razón de $100.00 por cada mes trabajado hasta el año 2006 en que me jubilé del Departamento de Educación. Si le añado mis años de retiro en que debí de recibir sería la cantidad de $1,200 anuales sumando un total de $15,600.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2019 |
| Hasta: | 09/30/2019 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | 3598489 |
| Fecha Aviso: | 09/27/2019 |

**CECILIA RODRIGUEZ TORRES**
EST DE MAYORAL
12109 CALLE TRAPICHE
VILLALBA PR 00766-3140
SS: XXX-XX-9453

| | |
|---|---|
| # Empleado: | XXXXX9453 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,342.07 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | | Corriente | | Acumulado | |
|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | |
| Pago de Salarios Regulares | | | 1,171.04 | 1,462.50 | 21,078.72 | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

| Total: | | | 1,171.04 | 1,462.50 | 21,178.72 | |
|---|---|---|---|---|---|---|

| Total: | 0.00 | 0.00 |
|---|---|---|

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| CO-COOP MAESTRO PR | 107.50 | 1,935.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 153.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 900.00 |

| Total: | 0.00 | 0.00 |
|---|---|---|

| Total: | 116.00 | 2,088.00 |
|---|---|---|

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,171.04 |
| Acumulado: | 21,178.72 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 116.00 |
| | 2,088.00 |

### PAGA NETA

| | |
|---|---|
| | 1,055.04 |
| | 19,090.72 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3598489 | 1,055.04 |
| Total: | 1,055.04 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
09/27/2019

**Aviso No.**
3598489

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXX | $1,055.04 |
| Total: | | $1,055.04 |

Cant. Deposito: ___$1,055.04___

TRAY 106 SQ 26905****************SCH 5-DIGIT 00751    26905 2 AV 0.383
CECILIA RODRIGUEZ TORRES
EST DE MAYORAL
12109 CALLE TRAPICHE
VILLALBA PR 00766-3140

## NO-NEGOCIABLE

Cecilia Rodriguez Torres
Urb. Estancias Mayoral
Calle Trapiche A-14
12109 Villalba P.R. 00766

SAN JUAN PR 009

07 FEB 2020 PM 1 L



LUNAR NEW YEAR
FOREVER USA

Secretaria Clerks Office
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan P.R 00 918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2020 FEB 10 PM 4:16

RECEIVED & FILED

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Rene Ruiz Soto**, con número de seguro social que termina en **0445**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **1  de enero de 2014** |
| **Tiempo Cotizado para Pensión** | **31  años, 3 meses, 3  sem, 4.5  días** |
| **Pensión mensual Inicial** | **$ 2,846.25** |
| **Pensión Mensual Actual** | **$ 2,846.25** |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo Negron Ramirez**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414     🖷 787.764.6910     www.srm.pr.gov

Re: GIFT 12-abril-11

**SRM** Sistema de Retiro para Maestros
Area de Servicios de Retiro

| Fecha Radicación |
|---|
| JUN-28-2013 |
| Fecha Vencimiento |
| ABR-9-2014 |

Núm de Caso
**2233**

# INFORME RENTA ANUAL VITALICIA

RUIZ SOTO, RENE          -0445          Sexo ☐ Femenino
Apellido Paterno, Materno, Nombre e Inicial          Seguro Social          ☑ Masculino

SUPERINTENDENTE AUX-AGUADILLA          Ley 91 del 2004
Fecha Nacimiento          Categoría y Pueblo          Retiro Ley Núm.
Mes-Dia-Año

Dirección Postal    PO BOX 16
AÑASCO, PR  00610                    2846-24

Tipo de Renta (Pensión)    ☑ Años de Servicio y Edad    ☐ Edad    ☐ Diferida
☐ Incapacidad Ocupacional    ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 1 | 25 | 31 | 2 | | 3.45 | $ 83,757.34 | Mensual | | Anual | |
| Años | Meses | Días | Años | Meses | Sem | Días | | $ 2,846.25 | $ | 34,155.00 | |

Fecha de Renuncia    DIC-31-2013    Último Día de Pago    DIC-31-2013
Mes-Dia-Año
Fecha Efectividad Pensión    ENE-1-2014          Cierre de Nómina    ABR-10-2014
Mes-Dia-Año
Fecha Primer Pago Pensión    ABR-30-2014          Importe  $    2,846.25
Mes-Dia-Año
Pago Global Retroactivo    Desde  ENE-1-2014    Hasta  ABR-15-2014    Importe Total  $    9,961.88

## DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 9,961.88 | $ 2,846.25 |
| Menos Descuentos: | | |

| | Clave | Descuento | Descuento |
|---|---|---|---|
| Préstamos: | | | |
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 9,961.88 | $ 2,846.25 |

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
APR 10
MARIANELA GONZALEZ MARTINEZ
Nombre:
Firma:

AREA DE BENEFICIOS Y SERVICIOS DOCUMENTO PREINTERVENIDO
APR 10 2014
MARIANELA GONZALEZ MARTINEZ

4-1/2014

Bonos:
☐ Bono Verano (PBV)          ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

BLANCA MALAVE ROMAN                    31-mar-2014
Nombre del Empleado          Firma          Fecha
NORMA I. PEÑA AGOSTO
Nombre Supervisor          Firma          Fecha

## PREINTERVENCIÓN DE DOCUMENTOS          USO DIRECTOR(A) ÁREA RETIRO

Verificación de:          AREA DE RETIRO
☑ Exactitud          DOCUMENTOS PREINTERVENIDOS          Aprobado por:
☑ Legalidad          APR 2  2014          Gretchen Ferrá Tirado
☑ Firmas                    Nombre Director(a)/o Representante Autorizado
☐ Otros          NOMBRE:          PH:          Firma          Fecha
FIRMA: Ledoux          Mes-Dia-Año
Brendally Ledoux-Mirabal

## USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina    Mes  abr    ☐ 1ra ☑ 2da          Nómina Pago Global    Mes  abril    ☐ 1ra ☐ 2da
Off Cycle ☑ Pay Line

Nombre Empleado    Viviana Warren          Nombre Empleado
9/4/14
Firma          Fecha (Mes-Dia-Año)          Firma          Fecha (Mes-Dia-Año)

Jorge L. Serrrano Cruz
Nombre Supervisor          Firma          Fecha (Mes-Dia-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 12-abril-11



Sistema de Retiro para Maestros
Area de Servicios de Retiro



| Fecha Radicación | Mes-Día-Año |
|---|---|
| | JUN-28-2013 |
| Fecha Vencimiento | |
| | ABR-9-2014 |

Núm de Caso
**2233**

## INFORME RENTA ANUAL VITALICIA

Página 2

RUIZ SOTO, RENE
Apellido Paterno, Materno, Nombre e Inicial

-0445
Seguro Social

Fecha Nacimiento
Mes-Día-Año

SUPERINTENDENTE AUX-AGUADILLA
Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 11,385.00 / 3 = $ 3,795.00 x 75.0% = x 0.000 = $ 2,846.25
   Sueldos más altos   años   Promedio Sueldos   Por Ciento

APORTACIÓN INDIVIDUAL   0%

B. Ajuste de  0%   $ -   x  0% = $ -

$ -   x  0% = $ -

C. Pensión Ajustada   $ -   x  12 = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Días | | | | | Fecha | Años | Meses | Días |
| Meses | Trabajados | Total | Mensual | Devengado | Promedio | Efectividad Pensión | 2014 | 1 | 1 |
| 12 | 0 | 20 | $ 3,795.00 | $ 45,540.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1956 | 11 | 6 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,795.00 | Edad al Retirarse | 57 | 1 | 25 |
| 12 | 0 | 20 | $ 3,795.00 | $ 45,540.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 | x 240 | = |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 | x 20 | = |
| 0 | 0 | 20 | $ - | $ - | $ 3,795.00 | Semanas | 0 | x 5 | = |
| 12 | 0 | 20 | $ 3,795.00 | $ 45,540.00 | | Días | 0 | x 1 | = |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,795.00 | Años | 0 | x 365 | = |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 | x 30 | = |
| 0 | 0 | 20 | $ - | $ - | | 4 Sem | 0 | x 29 | = |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem | 0 | x 22 | = |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 | x 15 | = |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 | x 7 | = |
| 0 | 0 | 20 | $ - | $ - | $ - | Días | 0 | x 1 | = |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | DATOS APORTACIÓN 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | Nombre | | |
| | | | | | | Firma | | Fecha | |
| | | | | | | Revisado por: | | | |
| | | | | | | | Nombre | | |

Sueldo Total para Promedio   $ 136,620.00   $ 11,385.00

Firma   Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 31 | 3 | 3 | 4.5 |

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL




U.S. POSTAGE PAID
PM 1-DAY
AÑASCO, PR
00610
FEB 08 '20
AMOUNT
**$7.75**
1005        00918        R2305K131934-03

# PRIORITY
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED**＊

 **USPS TRACKING™ INCLUDED**＊

 **INSURANCE INCLUDED**＊

 **PICKUP AVAILABLE**

＊ Domestic only

**FROM:**

René Ruiz Soto
P.O Box 16
Añasco, P.R. 00610

**TO:**

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



**EXPECTED DELIVERY DAY: 02/10/20**

**USPS TRACKING ® NUMBER**



9505 5105 5547 0039 3813 95

2013
.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


**UNITED STATES**
**POSTAL SERVICE**®

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

RECEIVED & FILED

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR
CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Reyes, Maria Rosa | 82895 | 6/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $120,999.60 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU
RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Reyes, Maria Rosa | 82895 | 6/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $120,999.60 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000996



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que MARIA TORRES REYES, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de octubre de 2006. En la actualidad recibe una anualidad ascendente a $15,901.68 pagadera en mensualidades de $1,325.14.

Mensualmente se le efectúan los siguientes descuentos:

**AEELA - SEGURO POR MUERTE**                                   **$3.50**

Esta certificación se expide hoy, 06 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

LREYES1



437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203

Maria Roa Tous Rys
Calle Ferpier #206
Alturas del Parque
Carolina, P.R. 00987

SAN JUAN PR 009

07 FEB 2020  PM 2 L

love
FOREVER·USA

Clerks office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 10  PM 4: 14

RECEIVED & FILED

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | | |
|---|---|---|---|
| ❏ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❏ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❏ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❏ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

148435
Claim No. 155758
Initials _R.LOVELL_

Received

JUL 05 2018

Prime Clerk LLC

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

_Ana Maria Arocho Gonzáles_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

| | |
|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Ana Maria Arocho Gonzalez
Name / Nombre

26 Calle Diego Deynes
Number / Número    Street / Calle

Moca       P.R.       00676
City / Ciudad    State / Estado    ZIP Code / Código postal

787-210-1613
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

amay
_____
Name / Nombre

_____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

| | |
|---|---|
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.   Claim number on court claims registry (if known)<br>Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ |

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Sistema de Retiro ELA    Dto. Educación<br>Dto. Serv. Sociales |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

8. How much is the claim?          $ *Indeterminado*    . Does this amount include interest or other charges?
                                                        ¿Este importe incluye intereses u otros cargos?
   ¿Cuál es el importe de la                            ☐ No / No
   reclamación?                                         ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
                                                           charges required by Bankruptcy Rule 3001(c)(2)(A).
                                                           Sí. Adjunte un balance con intereses detallados, honorarios,
                                                           gastos u otros cargos exigidos por la Norma de Quiebras
                                                           3001(c)(2)(A).

9. What is the basis of the        Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   claim?                          Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit
                                   disclosing information that is entitled to privacy, such as health care information.
   ¿Cuál es el
   fundamento de la                Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u
   reclamación?                    homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la
                                   reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que
                                   reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

                                   *Ley 89- Romar aso            Ley 96 Sila M. Calderon*
                                   *Ley 34 Sistema de Retiro 3%*

10. Is all or part of the claim    ☑ No / No
    secured?                       ☐ Yes. The claim is secured by a lien on property.
                                      Sí. La reclamación está garantizada por un derecho de retención sobre un bien.
    ¿La reclamación está
    garantizada de manera                 Nature of property / Naturaleza del bien:
    total o parcial?                       ☐ Motor vehicle / Vehículos

                                           ☐ Other. Describe:
                                              Otro. Describir:      _____

                                           Basis for perfection / Fundamento de la realización de pasos adicionales: _____
                                           _____

                                           Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for
                                           example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has
                                           been filed or recorded.)

                                           Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales
                                           para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un
                                           certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha
                                           presentado o registrado un derecho de retención.)

                                           Value of property / Valor del bien:      $_____

                                           Amount of the claim that is secured /
                                           Importe de la reclamación que está garantizado: $_____

                                           Amount of the claim that is unsecured /
                                           Importe de la reclamación que no está garantizado: $_____
                                           (The sum of the secured and unsecured amounts should match the amount in line 7.)
                                           (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

                                           Amount necessary to cure any default as of the Petition Date /
                                           Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
                                           _____

                                           Annual Interest Rate (on the Petition Date)
                                           Tasa de interés anual (cuando se presentó el caso)_____%
                                           ☐ Fixed / Fija
                                           ☐ Variable / Variable

11. Is this claim based on a       ☑ No / No
    lease?
                                   ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    ¿Esta reclamación está            Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____
    basada en un
    arrendamiento?

Modified Official Form 410                          Proof of Claim                                    page 3

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☒ Yes. Identify the property / Sí. Identifique el bien: *Compensación por retiro y por sueldo dejado de devengar*

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en los que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   *06/29/2018*   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   *Ana M. Arocho González*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   *Ana Maria* *Arocho González*
First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo   *maestra - técnica III*

Company / Compañía   *Departamento Educación - Departamento Servi. Sociales*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   *Centro Gubernamental*
Number / Número     Street / Calle

*Moca*     *P.R.*     *00676*
City / Ciudad     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto _____     Email / Correo electrónico _____

Ana M. Arocho González
26 Calle Diego Deynes
Moca, P.R. 00676

SAN JUAN PR 009

07 FEB 2020 PM 1 L


George H. W. Bush
USA Forever

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

009188$1767 0000

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Claim No. 131327
Initials K.LOVE/AS

Received
JUL 05 2018
Prime Clerk LLC

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

*William Castro Hernández*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? _____
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

William Castro Hernandez
Name / Nombre

26 Calle Diego Deynes
Number / Número          Street / Calle

Moca          P.R.          00676
City / Ciudad      State / Estado      ZIP Code / Código postal

787-210-1613
Contact phone / Teléfono de contacto

amaaroche@yahoo.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número          Street / Calle

_____
City / Ciudad      State / Estado      ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**     Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Policia de Puerto Rico     Sistema Retiro ELA

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

**8. How much is the claim?**
$ *indeterminado*

¿Cuál es el importe de la reclamación?

. Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other
charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios,
gastos u otros cargos exigidos por la Norma de Quiebras
3001(c)(2)(A).

---

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Ley 34 Sistema de Retiro 3%*
*Ley 89- Romero50   Ley 96 Sila M. Calderon*

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien:        $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado:  $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
_Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable./ Variable

---

**1. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410

**2. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☒ Yes. Identify the property / Sí. Identifique el bien: *Compensacion por sueldo*
*Compensacion por retiro*

**3. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $ _____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:** | **Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el *06/29/2018* (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name: *William* *Castro* *Hernández*
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: *Inspector*

Company / Compañía: *Policia de Puerto Rico*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: *Ave Victoria Cuartel Policia*
Number / Número   Street / Calle

*Aguadilla*   *P.R.*   *00603*
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto: *787-891-3800*   Email / Correo electrónico: *amaarocho@yahoo.com*

Modified Official Form 410

William Castro Nez
26 Calle Diego Deynes
Moca, PR 00676

SAN JUAN PR 009

07 FEB 2020 PM 11



George H.W. Bush

USA
Forever

Clerk's office
United States District Court
Room 150 Federal Building.
San Juan PR. 00918-1767

00918$9999

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   Edgar Tirado Garcia

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| Edgar Tirado Garcia | Edgar Tirado Garcia |
| Name / Nombre | Name / Nombre |
| HC 10 box 49489 | HC 10 box 49489 |
| Number / Número      Street / Calle | Number / Número      Street / Calle |
| CAGUAS      P.R.      00725 | CAGUAS      P.R.      00725 |
| City / Ciudad   State / Estado   ZIP Code / Código postal | City / Ciudad   State / Estado   ZIP Code / Código postal |
| (787) 314-3971 | (787) 314-3971 |
| Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Estado Libre Asociado y Departamento de la Familia

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: Soy Empleado

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ $ 50,000.00_____. **Does this amount include interest or other charges?**<br>**¿Este importe incluye intereses u otros cargos?**<br><br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Límite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Reclamación Laboral : Ajuste Salarial _____ |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir:      _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:**     $_____<br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $_____ |

| 12. **Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   03/05/2018 ____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name   **Edgar Tirado Garcia**
First name / Primer nombre        Middle name / Segundo nombre        Last name / Apellido

Title / Cargo   **Conductor**

Company / Compañía   **DEPARTAMENTO DE LA FAMILIA**
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   **HC 10 box 49489**
Number / Número        Street / Calle

**CAGUAS**                    **P.R.**        **00725**
City / Ciudad            State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

Edgar Tirado Garcia
HC 10. Box 49489
Cagaues. PR 00725

U.S. POSTAGE PAID
SAN JUAN, PR
00907
FEB 05. 20
AMOUNT
$1.20
0000
R2305K132519-20

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R 00918 -1767