Anexo C -pág. 4 del documento

(ii) Epígrafe: Promesa

    Título III

    Núm.17BK 3283-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al 2008-2009 se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $28,800.00 apróximadamente de salarios impagos. Solocito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho segú la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Informe de Renta Anual Vitalicia
- Evidencia talonarios de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

*Amalia Kuilan Torres*

Nombre: Amalia Kuilan Torres

Dirección: P.O. Box 3597 Vega Alta, P.R. 00692-3597

Teléfono: 939-284-0965

6083

últimos cuatro #Seguro Social

117975

Núm. de reclamación

SRF 35480

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

\*\*\* **Response Required** \*\*\*

> THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.
>
> PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

September 3, 2019

Re: PROMESA Proof of Claim
*In re Commonwealth of Puerto Rico*, Case No. 17-03283
United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors"). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number **117975**. You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do <u>not</u> simply copy over the same information.

<u>Please respond to this letter on or before October 3, 2019 by returning the enclosed questionnaire with the requested information and documentation</u>.

Batch 3



Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

Batch 3

2


990123400365847

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Amalia Kuilan Torres**, con número de seguro social que termina en **6083**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2008 |
| Tiempo Cotizado para Pensión | 31 años, 0 meses, 2 sem, 1 días |
| Pensión mensual Inicial | $1,895.42 |
| Pensión Mensual Actual | $1,895.42 |

Esta certificación se expide hoy, **30 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Jorge Rohena Gotay**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414    📠 787.764.6910    www.srm.pr.gov



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

KUILAN TORRES, AMALIA
HC 83 BOX 6771

VEGA ALTA PR 00692-9737

Certifico que KUILAN TORRES, AMALIA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,895.42 equivalente a $22,745.04 anual. Luego de las deducciones recibe la cantidad de $1,895.42 mensual, equivalente a $22,745.04 anual.

Esta certificación se expide hoy 30 de enero de 2020.



Número de Certificación: SRM03P2000596

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov

Rev. GIFT 10-MAR-

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 2-ABR-08
Fecha Vencimiento: 4-sep-08

Núm de Caso: 0254

## INFORME RENTA ANUAL VITALICIA

KUILAN TORRES, AMALIA — I-6083 — Sexo: ☒ Femenino ☐ Masculino
Apellido Paterno, Materno, Nombre e Inicial — Seguro Social

Fecha Nacimiento (Mes-Día-Año)
Categoría y Pueblo: VEGA ALTA - ELEMENTAL
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: HC 83 BOX 6771
VEGA ALTA PR 00692

Tipo de Renta (Pensión):
☒ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 0 | 26 | 31 | 0 | 2 | 1 | $ 52,074.52 | $ 1,895.42 | $ 22,745.04 |
| Años | Meses | Días | Años | Meses | Sem | Días | | | |

Fecha de Renuncia: 28-jul-08     Último Día de Pago: 28-jul-08
Fecha Efectividad Pensión: 29-jul-08     Cierre de Nómina: 27-ago-08
Fecha Primer Pago Pensión: 15-Sep-08     Importe $ 1,895.42
Pago Global Retroactivo: Desde 29-jul-08 Hasta 31-ago-08 Importe Total $ 2,078.84

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 2,078.84 | $ 1,895.42 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: Clave | | |
| Personal (PP) 47-000 | 326.18 | 326.18 |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Fianzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 1,752.66 | $ 1,569.24 |

PAGADO 25 AUG 2008

Bonos:
☐ Bono Verano (PBV)     ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES — Firma: Annie Rivera — 15-AGO-08
Nombre del Empleado

YOLANDA PEREZ COLON — Firma — Fecha
Nombre Supervisor

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
☒ Exactitud
☐ Legalidad
☒ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
AUG 18 2008
NOMBRE: Brendally Ledoux Mirabal
FIRMA:

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado
Firma — Fecha (Mes-Día-Año)

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes 9  ☒ 1ra ☐ 2da
Nombre Empleado: Wanda I. Rodriguez Mirabal
Firma — Fecha (Mes-Día-Año) 9-21-08

Nómina Pago Global  Mes Sept  ☒ 1ra ☐ 2da  ☐ Off Cycle ☒ Pay Line
Nombre Empleado
Firma — Fecha (Mes-Día-Año)

Juan Agosto Castro — Firma
Nombre Supervisor
18 Septiembre 2008
Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

| Rev.GIFT 10-MAR-08 | | | | | | | | Mes-Día-Año |
|---|---|---|---|---|---|---|---|---|
| | | Estado Libre Asociado de Puerto Rico | | | | | | Fecha Radicación 2-ABR-08 |
| | | Sistema de Retiro para Maestros | | | | | | Fecha Vencimiento |
| Núm de Caso 0254 | | INFORME RENTA ANUAL VITALICIA | | | | | | 4-sep-08 |

Página 2

KUILAN TORRES, AMALIA
Apellido Paterno, Materno, Nombre e Inicial

-6083     VEGA ALTA - ELEMENTAL
Seguro Social   Fecha Nacimiento   Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 7,581.67 / 3 = $ 2,527.22 x 75.0% = - x 0.000 = $ 1,895.42 x 12 = $ 22,744.98 / 22,745.04
(Sueldos más altos / años / Promedio Sueldos / Por Ciento)

B. Ajuste de 0% $ - x 0% = $ -   APORTACION INDIVIDUAL 0%

C. Pensión Ajustada $ - x 12 = $ -   $ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | |
|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,505.00 | $ 30,060.00 | | Efectividad Pensión | 2008 | 7 | 29 |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1953 | 7 | 3 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,505.00 | Edad al Retirarse | 55 | 0 | 26 |
| 6 | 10 | 20 | $ 2,505.00 | $ 16,282.50 | | | | | |
| 5 | 10 | 20 | $ 2,605.00 | $ 14,327.50 | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Semanas 0 x 5 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,550.83 | Días 0 x 1 = - | | | |
| | | | | | | | | | 0.0000 |
| 1 | 0 | 20 | $ 2,755.00 | $ 2,755.00 | | | | | |
| 11 | 0 | 20 | $ 2,505.00 | $ 27,555.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 30 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,525.83 | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma    Fecha | | | |

Sueldo Total para Promedio: $ 90,980.00   $ 7,581.67

Revisado por: Nombre
Firma    Fecha

**Servicios Acreditados**

| Años | Meses | Sem | Días |
|---|---|---|---|
| 31 | 0 | 2 | 1 |

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

30 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | AMALIA KUILAN TORRES |
| Seguro Social | : | 6083 |
| Categoría | : | MA EDUC NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | VEGA ALTA_ |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |

Observaciones :

| | | |
|---|---|---|
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 28 de julio de 2008 |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años, 4 meses y 3.50 días. |

Cándida R. Chico Montáñez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Amalia Kuilan Torres
P.O. Box 3597
Vega Alta, P.R.
00692-3597

RECEIVED & FILED
2020 FEB 11 PM 4:30
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN



U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
FEB 10, 20
AMOUNT
$1.20
R2305K134427-7

Clearks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R.
00918-1467