## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Irma Colón Vega

Dirección: P.O. Box 800868
Coto Laurel, Puerto Rico 00780-0868

Teléfono: (787)-638-9366

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo

   #49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

   #94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

   Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

   Ley 89 Romerazo – Efectiva en 1 de julio de 1996

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~el Departamento de Educación~~ *Puerto Rico Telephone Co.* de Puerto Rico desde el *5* de *Dic.*, de *1988* hasta el *1.* de *enero* de *2011* años) de labor como *Oficinista ordenes de servicio*.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

*Verificación de Empleo de la Puerto Rico Telephone Company*
*Verificación de Empleo de la Telefónica de Puerto Rico*
*Certificación de Orientación sobre los beneficios de Pensión*
*Certificación de PRT-CLARO*
*Declaración jurada referente a mi nombre.*

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

*Irma Colón Vega*
Irma Colón Vega
Teléfono - (787) 638-9366

2

Reclamante: Irma Colón Vega

Número de Procedimiento: 17 BK 3283 -LTS

Números de Reclamación: 139162, 143397, 140270

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde diciembre 1988 hasta enero 2011 como Oficinista General / Ordenes Servicio en el ~~Departamento de Educación~~ Puerto Rico Telephone Co. del Estado Libre Asociado de Puerto Rico.

|  | #Reclamación | Cantidad Adeudada |
|---|---|---|
| 1. Ley 89 - julio de 1995 – Romerazo | 139162 | $ 4,800.00 |
| 2. Ley 109 – junio, 2008 - Escala salarial – Paso | 143397 | $ |
| 3. Ley 96 – julio 2002 – Aumento de sueldo | 140270 | $ |
| 4. Ley 164 – julio 2003 – Aumento de sueldo | 140270 | $ |
|  | Gran Total | $ 4,800.00 |

Así como otras leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada.
Muy agradecida por su atención a esta reclamación.

Atentamente,

*Irma Colón Vega*

RECEIVED & FILED
2020 FEB 11 PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.