> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Vega, Irma | 139162 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 $4,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Vega, Irma | 139162 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 $4,800.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000504

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Vega, Irma | 140270 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Vega, Irma | 140270 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Vega, Irma | 143397 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Vega, Irma | 143397 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000895

## DECLARACIÓN JURADA

1. Yo, IRMA COLON TORRES T/C/C IRMA VEGA T/C/C IRMA COLON VEGA, bajo juramento declaro:

2. Que mi nombre es el anteriormente expresado, soy mayor de edad, casada, empleada y vecina de Juana Díaz, Puerto Rico. Que mi número de seguro social es XXX-XX-0432.

3. Que presto la presente declaración jurada para que las entidades pertinentes tomen conocimiento de los siguientes hechos.

4. Que en mi Certificado de Nacimiento aparezco como IRMA COLON TORRES.

5. Que en el seguro social aparezco como IRMA VEGA.

6. Que en mi licencia de conducir aparezco como IRMA COLON VEGA.

7. Que IRMA COLON TORRES, IRMA VEGA y IRMA COLON VEGA son la misma persona.

8. Que VEGA es el apellido de mi esposo, ALBERTO VEGA ZAYAS.

9. Que he sido instruida de lo que constituye mentir bajo juramento y su penalidad.

10. Que todo lo antes expresado es la verdad y nada más que la verdad por constarme su certeza de propio y personal conocimiento.

En Ponce, Puerto Rico, a 2 de diciembre de 2010.

_____
Declarante

AFF. NÚM. 28,225

Jurado y suscrito ante mí por IRMA COLON TORRES T/C/C IRMA VEGA T/C/C IRMA COLON VEGA de las circunstancias personales antes expresadas y a quien por no conocer personalmente identifico mediante TARJETA ELECTORAL 1089482 que contiene foto y firma y me fue mostrada voluntariamente.

En Ponce, Puerto Rico, a 2 de diciembre de 2010.

NOTARIO PUBLICO

Re: Colón Vega, Irma

Celular: (787) 638-9366
Dirección: PO Box 800868
Coto Laurel P.R. 00780-0868
Núm. de Reclamación: 139162-143397-140270
Fecha de presentación: 8/7/2018
Deudor: Commonwealth of Puerto Rico

Por este medio le estoy añadiendo a mi reclamación número 139162-143397-140270 presentada el 7 de agosto de 2018 lo siguiente:

1- Evidencia de que trabajé para Puerto Rico Telephone Co. desde el 5 de diciembre de 1988 hasta 31 diciembre de 2010. (ver copia de evidencia adjunta.) Retiro efectivo 1-1-2011

2- El monto de dinero de mi reclamación es de $ 48800.00.

Favor de enmendar mi reclamación con los cambios aquí indicados.

Muchas Gracias
Irma Colón Vega
_____
Irma Colón Vega
Fecha



**PuertoRico Telephone Company**
**TELEFONICA**

### VICEPRESIDENCIA DE RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y RECORDS
DIVISION DE RECORDS

### CERTIFICACION DE EMPLEO

| | |
|---|---|
| **Nombre del Empleado:** | IRMA VEGA |
| **Número de Seguro Social:** | ⸺-⸺-0432 |
| **Puesto:** | OFICINISTA GENERAL ORD. SERVICIO |
| **Fecha de Ingreso:** | 5 DE DICIEMBRE DE 1988 |
| **Departamento:** | SERV. ALAMBRICOS LOCAL |
| **Salario:** | $10.95 POR HORA |
| **Status del Empleo:** | REGULAR |
| **Bono de Navidad:** | EL 8% (SUJETO A CAMBIO) DE LOS SALARIOS DEVENGADOS EN UN PERIODO DE 12 MESES SEGUN ESTABLECIDO POR LEY. |

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a 02 de agosto de 2000.

*Ivette Cortés por:*
**CARMEN LUZ QUIÑONES**
GERENTE
SISTEMAS DE INFORMACION
DE PERSONAL Y RECORDS

gch



P.O. Box 360998, San Juan, P.R. 00936-0998

22 de julio de 1993

VERIFICACION DE EMPLEO

A petición del solicitante nombrado a continuación procedemos a certificarles la siguiente información relacionada con su empleo.

NOMBRE: __Irma Vega__

NUM. DE EMP. __9672__   NUM. SEG. SOCIAL __ ___-0432__

FECHA DE EMPLEO: __5 de diciembre de 1988__

POSICION: __Operadora de Tráfico III__

SALARIO: $ __6.15__         __X__ POR HORA

                             ____ ANUAL

ES EMPLEADO:

   PROBATORIO  _____        JORNADA COMPLETA __X__

   REGULAR     __X__         JORNADA MEDIA    _____

   TEMPORERO   _____

Bono de navidad es igual al 8% de los salarios devengados en un período de doce meses.

*Sonia Reyes*
SONIA REYES ROSA
GERENTE
DIVISION RECORDS
& ESTADISTICAS

INFORMACION AUTORIZADA POR EL SOLICITANTE

**PRT**
Puerto Rico Telephone

# CERTIFICACION

Yo, _Irma Vega Colon_, certifico que he sido orientado sobre los beneficios de pensión y he entendido la orientación recibida. Se me entregó copia de mi solicitud de retiro efectivo a __01-01-2011__, la que debo entregar a mi Supervisor inmediato el(la) Sr.(a) _Heyan Ortiz_. Además, he recibido copia del formulario de orientación de retiro para empleados unionados. Entiendo que las cantidades de los beneficios de pensión y "Lump Sum Plan" son estimadas y están sujetas a revisión.

_____   _12/14/2010_
FIRMA DEL EMPLEADO                FECHA

_____   _12/14/2010_
ORIENTACIÓN OFRECIDA POR          FECHA



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### IRMA VEGA
### XXX-XX-0432

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 05 de diciembre de 1988.
- Trabajó como empleada regular hasta el 01 de enero de 2011.
- A la fecha de su baja devengaba un salario por hora de $19.10.

Esta certificación tiene sello oficial a relieve que confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 03 de febrero de 2020.

Abigail Alejandro González
Oficial de Compensación
Compensación y Récords