Irma Colón Vega
PO Box 800868
Coto Laurel P.R.
00780-0868

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
FEB 10, 20
AMOUNT
$1.40
R2305K134134-8

RECEIVED & FILED
2020 FEB 11 PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767