ARACELIS QUIÑONES VICENTE
CALLE 8 # 705 BARRIO OBRERO
SAN JUAN, PUERTO RICO 00915



7019 2280 0000 9071 9795



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00915
FEB 10, 20
AMOUNT
$7.80
R2304E107168-06

RECEIVED & FILED
2020 FEB 11  PM 4:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767