# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| NILDA VEGA BURGOS<br>URB. VISTA ALEGRE<br>315 CALLE ORQUIDEA<br>VILLLABA, P.R. 00766<br>TEL. (787)-709-0605<br>EMAIL: nildavega.nv49@gmail.com | PROMESA<br>Título III<br>Núm. 17 BK 3283-LTS<br>No. De Reclamación **162410** |

**RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DEL 12 DE JULIO DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2008.**

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra del Departamento de Educación del Estado Libre Asociado de Puerto Rico por servicios prestados.

Durante su gobernación, el Honorable Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico por la cantidad de $100.00 mensuales. Por lo tanto este aumento nunca se pagó.

Durante el término de esa ley a partir del año 1980 hasta el año 2001, yo era empleada del Departamento de Educación del Gobierno de Puerto Rico. De acuerdo a mis cálculos, el periodo comprende de (21) años a $1,200.00 por años de servicios, lo que representa la cantidad de $25,200.00 a los cual tengo derecho.

*Nilda Vega Burgos*
Nilda Vega Burgos

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

-3920

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Nilda Vega Burgos | 35613 | F |

**Tipo de Renta:**

| | | | | | Fecha de Nacimiento | | |
|---|---|---|---|---|---|---|---|
| a- | Años de Servicio y Edad | | c- Incapacidad | | | | |
| | Opcional ( ) | | Ocupacional ( ) | | Año | Mes | Día |
| | Obligatorio ( ) | | No Ocupacional ( ) | | **Fecha de Retiro** | | |
| b- | Edad ( ) | | d- Diferida ( ) | | 2001 | julio | 27 |
| | | | | | Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 Años | — Meses | 19 Días | 29 Años | 11 Meses | 3 Sem. | 2 Días | $ 35,193.31 | 2001 Año | julio Mes | 28 Día |

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Provisionales
Fecha 10/dic/01
Iniciales

---

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,879.96 ....... 1,014.47

X 018%  X  29 años, 11 meses, 3 semanas y 2 días

(Por ciento)           (Tiempo Acreditado)

menos ajuste 5%
50.72

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____  963.75

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ 446.22 | 5 | $ | $ |

446.22

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,409.97 |
|---|---|
| Renta Anual Vitalicia | 16,919.64 |

| Computado: Carlos J. Serrano | 30/11/01 Fecha | Cotejado: Hugo E. Aponte | 30/11/01 Fecha |
|---|---|---|---|
| Recomendado: Gloria E. Navas Pérez Directora Area Servicios de Retiro | 10/DIC/01 Fecha | Aprobado: 12/12/01 Fecha | Irma A. Giménez Secretaria Ejecutiva |



# CERTIFICADO VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

NILDA VEGA BURGOS

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE __31 de septiembre__ DE 19__87__.

DADO EN SAN JUAN DE PUERTO RICO EL __22 de junio__ DE 19__88__.

Número 1273

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

- A continuación le desgloso la cantidad adeudada por años de servicios. Favor refiérase a los anejos.

### ANEJO A Desglose de años de servicios

$1,200.00 del año escolar que comprende de 1980-1981

$1,200.00 del año escolar que comprende de 1981-1982

$1,200.00 del año escolar que comprende de 1982-1983

$1,200.00 del año escolar que comprende de 1983-1984

$1,200.00 del año escolar que comprende de 1984-1985

$1,200.00 del año escolar que comprende de 1985-1986

$1,200.00 del año escolar que comprende de 1986-1987

$1,200.00 del año escolar que comprende de 1987-1988

$1,200.00 del año escolar que comprende de 1988-1989

$1,200.00 del año escolar que comprende de 1989-1990

$1,200.00 del año escolar que comprende de 1990-1991

$1,200.00 del año escolar que comprende de 1991-1992

$1,200.00 del año escolar que comprende de 1992-1993

$1,200.00 del año escolar que comprende de 1993-1994

$1,200.00 del año escolar que comprende de 1994-1995

$1,200.00 del año escolar que comprende de 1995-1996

$1,200.00 del año escolar que comprende de 1996-1997

$1,200.00 del año escolar que comprende de 1997-1998

$1,200.00 del año escolar que comprende de 1998-1999

$1,200.00 del año escolar que comprende de 1999-2000

$1,200.00 del año escolar que comprende de 2000-2001

Total Adeudado: $ 25,200.00

*Nilda Vega Burgos* (firma)
Nilda Vega Burgos

| Estado Libre Asociado de Puerto Rico | | Grupo de Pago: | SM -Quincenal | # Cheque: | 07433206 |
|---|---|---|---|---|---|
| 080 - DEPT DE EDUCACION-MAESTROS | | Desde: | 04/20/01 | | |
| | | Hasta: | 05/03/01 | Fecha: | 04/27/01 |

| NILDA VEGA BURGOS | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 01 BOX 3025 | Dept: | 8005075-Ponce Villalba | Estado Civil: | Single | Head of Household |
| VILLALBA PR 007669701 | Oficina: | Aurea Ginestre | Concesiones: | 0 | 1 |
| | Titulo: | M.Elemental | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,005.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,002.50 | 504.00 | 8,020.00 |
| Pago Retroactivo Regular | | | 0.00 | | 25.00 |
| **Total:** | | | 1,002.50 | 504.00 | 8,045.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 59.00 | 508.45 |
| **Total:** | 59.00 | 508.45 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 90.23 | 724.09 |
| **Total:** | 90.23 | 724.09 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 19.26 | 154.08 |
| SM-First Medical Health Plan | 12.00 | 96.00 |
| CO-COOP FED MAESTRO | 10.00 | 80.00 |
| SC-GENERAL ACCIDENT LIFE | 12.38 | 74.28 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 14.00 |
| AS FED MAESTROS AFT | 8.00 | 64.00 |
| GPR Plan de Ahorros | 30.08 | 241.39 |
| SC-NATIONAL LIFE INS. | 0.00 | 19.12 |
| SC-UNIVERSAL LIFE INS. CO | 0.00 | 27.00 |
| **Total:** | 93.47 | 769.87 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 160.00 |
| GPR Plan de Retiro de Maestro | 85.21 | 683.81 |
| FSED Disability Plan | 17.04 | 136.75 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NET

| | | | PAGA NET |
|---|---|---|---|
| Corriente: | 1,002.50 | 59.00 | 183.70 | 759.80 |
| Acumulado: | 8,045.00 | 508.45 | 1,493.96 | 6,042.59 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #07433206 | 759.80 |
| + Acumulado: | | | | |
| - Utilizado: | | | **Total:** | 759.80 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

INF... ELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| | | 31 12 82 | 045414 | 78182944 |

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORRO | SEGURO | | | | | | |
| | | 27 | | | | 06 | 5600 | 07 | 3202 | 81 | 1100 |
| MES CORRIENTE | | | | | | | | | | | |
| | | 124 | | 6500 | 2280 | | | | | | |
| | | | | | 76000 | 23700 | 28524 | | | 23776 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Ser No Coti-Ret Ma-Nunca | 84.60 | 1,585.80 | SM-First Medical Health Plan | 0.00 | 381.50 |
| | | | AE-Seguro por Muerte Asoc ELA | 1.75 | 12.25 | | | |
| Total: | 0.00 | 0.00 | Total: | 86.35 | 1,598.05 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | | DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|---|---|---|---|
| Corriente: | 704.98 | | 0.00 | | 86.35 | 618.63 |
| Acumulado: | 12,496.52 | | 0.01 | | 1,598.05 | 10,843.96 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #04636946 | 618.63 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 618.63 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE: PRUEBAS GRATIS PARA MUJERES, NO CUALIFIQUEN PARA REFORMA DE SALUD Y NO TENGAN PLAN MEDICO. 274-5640

---

**Estado Libre Asociado de Puerto Rico**
592 - Junta Retiro Maestros Pensiona

| Grupo de Pago: | SM -Quincenal | # Cheque: | 04636946 |
|---|---|---|---|
| Desde: | 07/01/02 | | |
| Hasta: | 07/15/02 | Fecha: | 07/12/02 |

| NILDA VEGA BURGOS | | # Empleado: | | DATA IMP: | Federal | PR | |
|---|---|---|---|---|---|---|---|
| URB VISTA ALEGRE | | Dept: | 592110-Por Merito Ley 44 | Estado Civil: | Single | Married | |
| 315 CALLE ORQUIDEA | | Oficina: | PENSIONADOS LEY 44  02700 | Concesiones: | 0 | 39 +99 | |
| VILLALBA PR 00766 | | Titulo: | Pensionado | Pct. Adcl.: | | | |
| SS: | | Sueldo: | $1,409.97 Monthly | Cant. Adcl.: | | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | --- Corriente --- | | --- Acumulado --- | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.676738 | 81.25 | 704.98 | 1056.25 | 12,396.52 | PR Withholdng | 0.00 | 0.01 |
| Pensionados - Bono Verano | | | 0.00 | | 100.00 | | | |
| Total: | | 81.25 | 704.98 | 1056.25 | 12,496.52 | Total: | 0.00 | 0.01 |






Nilda Vega Burgos
Urb. Vista Alegre
315 Calle Orquidea
Villalba, P.R. 00766

7018 2290 0000 2774 0982

CERTIFIED MAIL

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 11 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.