Número de Evidencia de Reclamación: 
Reclamante: Soto González, Sonia

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $18,000.00

Número de Evidencia de Reclamación: ~~50936~~
Reclamante: Soto González, Sonia

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
Desde 1983 - 2016    08-1983    12-20-16

3(c). Últimos cuatro dígitos de su número de seguro social: 6922

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
N/A

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
N/A

4(c). Número de caso: N/A

4(d). Título, epígrafe, o nombre del caso:
N/A

2

Número de Evidencia de Reclamación: 57938
Reclamante: Soto Gonzalez, Sonia

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____N/A_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____N/A_____

3