**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Soto Gonzalez, Sonia | 59936 | 6/28/18 | Commonwealth of Puerto Rico | $18,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Soto Gonzalez, Sonia | 59936 | 6/28/18 | Commonwealth of Puerto Rico | $18,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved
OMB No. 0938-0787

# REQUEST FOR EMPLOYMENT INFORMATION

## SECTION A: To be completed by individual signing up for Medicare Part B (Medical Insurance)

1. Employer's Name: Departamento de Educación de Puerto Rico
2. Date: 12/20/2016
3. Employer's Address: Carretera 4119 Centro Gubernamental 3er piso
City: Camuy
State:
Zip Code:
4. Applicant's Name: Sonia Soto González
5. Applicant's Social Security Number: ___-_7-6922
6. Employee's Name:
7. Employee's Social Security Number: ___-__-____

## SECTION B: To be completed by Employers

### For Employer Group Health Plans ONLY:

1. Is (or was) the applicant covered under an employer group health plan? ☒ Yes ☐ No
2. If yes, give the date the applicant's coverage began. (mm/yyyy): 08/1983
3. Has the coverage ended? ☐ Yes ☐ No
4. If yes, give the date the coverage ended. (mm/yyyy): __/____
5. When did the employee work for your company?
   From: (mm/yyyy) 08/1983
   To: (mm/yyyy) 12/2016
   Still Employed: (mm/yyyy) __/____
6. If you're a large group health plan and the applicant is disabled, please list the timeframe (all months) that your group health plan was primary payer.
   From: (mm/yyyy) __/____
   To: (mm/yyyy) __/____

### For Hours Bank Arrangements ONLY:

1. Is (or was) the applicant covered under an Hours Bank Arrangement? ☐ Yes ☐ No
2. If yes, does the applicant have hours remaining in reserve? ☐ Yes ☐ No
3. Date reserve hours ended or will be used? (mm/yyyy): __/____

### All Employers:

Signature of Company Official: [signature]
Date Signed: 22/12/2016
Title of Company Official: [signature]
Phone Number: (787) 878-0556

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0938-0787. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, MD 21244-1850.

Form CMS-L564 (CMS-R-297) (09/16)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

1 de mayo de 2014

SRA. MATILDE PEDRAZA
SECCIÓN NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: SONIA SOTO GONZÁLEZ

El participante de referencia ha radicado una Solicitud de Retiro por Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Gobierno de Puerto Rico.

[X] Años de Servicio    [ ] Edad    [ ] Diferida    [ ] Suplementaria

Al **28 de febrero de 2014**, fecha de su última aportación recibida

[X] cualifica   [ ] no cualifica   para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD ACTUAL |
|---|---|---|---|---|
| 30 | 1 | 1 | ½ | 63 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de pagar se le acreditara tiempo adicional
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica:

Cualificará para una pensión del 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio, cualificará para una pensión al 1.8% del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Sistema de Retiro para Maestros u otras instituciones gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen Ferrá Tirado
Principal Oficial Ejecutivo
de Beneficios y Servicios

/isc
c.  PROF SONIA SOTO GONZÁLEZ
    33 CALLE MUÑOZ RIVERA
    LARES, PR 00669

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882
www.srm.pr.gov



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

23 de marzo de 2017

SONIA SOTO GONZALEZ  XXX-XX-6922  Solicitud No: 913749
URB ALTAMIRA                          Radicada en: 06 feb 2017
BUZON 13
LARES, PR 00669

Señor(a): Soto Gonzalez    CASO: 1151

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 31 de diciembre de 2016 y su renta mensual será de $2,846.25. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005..

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,


Ivonne L. Ortiz Valladares
Area de Servicios de Retiro



235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

FORMA 409 Rev. 2000

## DEPARTAMENTO DE EDUCACIÓN
### Secretaría Auxiliar de Recursos Humanos
## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | SOTO GONZALEZ SONIA | |
| 2. Número de Seguro Social | -6922 | |
| 3. Lugar y Fecha de Nacimiento | LARES | |
| 4. Sexo | F | |
| 5. Estado Civil | | |
| 6. Preparación Académica | MA | |
| 7. Experiencia | | |
| 8. Status Empleado (Contrato) | PERMANENTE | PROBATORIO |
| 9. Sueldo Bruto | | |
| 10. Número del Puesto | R-02210 | R-62462 |
| 11. Categoría del Puesto | DIR. ESCUELA ELEMENTAL | SUPERINTENDENTE AUXILIAR |
| 12. Nivel del Puesto (Directivo) | I | III |
| 13. Fondo | ESTATAL | ESTATAL |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | | 1-JUNIO-2004 |
| 16. Acción y Duración | | REASIGNACION PERMANENTE |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | LARES | LARES |
| 23. Escuela | S.U. JOSEFINA LINARES | OFICINA DEL SUPERINTENDENTES |

24. Dirección Postal y Residencial
calle 33 Muñoz Rivera
Lares PR 00669

25. Teléfono Residencial
897-2737

26. En caso de otorgación de status probatorio o permanente
Deseo: _____ Afiliarme   _____ No afiliarme a la organización sindical que representa a la unidad apropiada, a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).

_____   _____
Firma del empleado              Fecha

27. Observaciones:

28. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_____   _____
Firma del empleado              Fecha

29. Deseo: _____ Acogerme   _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____   _____
Firma del empleado              Fecha

30. Recomendado
_____   _____
Director de Escuela              Fecha

31. Recomendado
_____   _____
Director de Escuela              Fecha

32. Aprobado: Por el Secretario de Educación o su Representante
_____   _____
Firma                                  Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Docente
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**SONIA SOTO GONZALEZ**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**SUPERINTENDENTE DE ESCUELAS**
**SUPERINTENDENT OF SCHOOL**

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico

Expedido desde 27 de febrero de 2016 hasta 27 de febrero de 20 22
Issued on February 27, 2016 and valid until February 27, 20 22

Dado en San Juan de Puerto Rico, el 10 mayo de 20 16
Given at San Juan, Puerto Rico on May 10, 20 16

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 1031705
Certificate Number: 1031705

FORM. 409 Rev. 2000

## DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

### Informe de Cambio - Personal Docente

Pagarle _____ días por vacaci[ones] regulares

Descontarle _____ días p[or] ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | SONIA SOTO GONZALEZ | |
| 2. Número de Seguro Social | -6922 | |
| 3. Lugar y Fecha de Nacimiento | LARES | |
| 4. Sexo | F | |
| 5. Estado Civil | C | |
| 6. Preparación Académica | MAESTRIA | |
| 7. Experiencia | 21 AÑOS | |
| 8. Status Empleado (Contrato) | PERMENENTE | PERMANENTE |
| 9. Sueldo Bruto | 2,920.00 | |
| 10. Número del Puesto | R02211 | R02210 |
| 11. Categoría del Puesto | DIRECTOR SEGUNDA UNIDAD III | DIRECTORA ELEMENTAL 1 |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | | 4 DE AGOSTO DE 2003 |
| 16. Acción y Duración | | REASIGNACION PERMANENTE |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | ELEMENTAL E INTERMEDIA | ELEMENTAL E INTERMEDIA |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | LARES | LARES |
| 23. Escuela | S. U. IGNACIO DICUPE GONZALEZ | S. U. JOSEFINA LINARES |

24. Dirección Postal y Residencial: URB. ALTAMIRA CALLE 5 E-2 LARES PR 00669

25. Teléfono Residencial: 897-2737

26. En caso de otorgación de status probatorio o permanente
Deseo: ____ Afiliarme ____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).

Firma del empleado _____ Fecha _____

27. Observaciones:

28. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

Firma del empleado: [signed] Sonia Soto Gonzalez

29. Deseo: ____ Acogerme ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado _____ Fecha _____

30. Recomendado [signed] Director de Escuela Fecha

31. Recomendado [signed] Director de Escuela Fecha

32. Aprobado: Por el Secretario de Educación o su Representante [signed]

Firma _____ Fecha _____

Si el nombramiento es con status transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Distrito Escolar Camuy

7 de noviembre de 2016

Profa. Sonia Soto González
Superintendente Auxiliar AT
Distrito Escolar de Camuy

Estimada profesora Soto:

Acuso recibo de su comunicación del 4 de noviembre de 2016 en la cual presenta su renuncia en el puesto F00009 de Superintendente Auxiliar AT del Distrito Escolar de Camuy. En la misma indica que se acogerá a los beneficios de retiro por años de servicio y edad efectivo al 31 de diciembre de 2016.

Acepto su renuncia y aprovecho la oportunidad para darle las gracias por el servicio prestado y desearle éxito en la nueva etapa de su vida que está próxima a comenzar.

Atentamente,

Maribel Lliteras Batista
Ayudante Especial III
Distrito Escolar de Camuy

MLLB/mrm

El Departamento de Educación no discrimina por razón de raza, color, género, orientación sexual, nacimiento, origen nacional, condición social, ideas políticas, religiosas, edad o impedimentos en sus actividades, servicios y oportunidades de empleo.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Sistema de Retiro para Maestros

30 de enero de 2017

SONIA SOTO GONZALEZ
13 URB. ALTAMIRA
LARES, PR 00669

Estimada profesora González:

A petición de usted, le informamos que tiene una solicitud de retiro en trámite con fecha del 31 de diciembre de 2016. Su pensión mensual aproximada es de $2,846.25.

Cordialmente,

Orlando Vélez Ortiz
Gerente
Centro de Servicios de Arecibo

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882



| 081 Dept de Educacion-Clasificados | | Grupo de Pago: | SM -Quincenal | Aviso #: | 4552267 |
|---|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez , Esquina Calaf | | Desde: | 11/16/2016 | Fecha Aviso: | 11/30/2016 |
| HATO REY, PR 00919 | | Hasta: | 11/30/2016 | | |

| SONIA SOTO GONZALEZ | # Empleado: XXXXX6922 | DATA IMP: Federal PR |
|---|---|---|
| PO BOX 208 | Dept: 8101116-ARECIBO-CAMUY | Estado Civil: Claiming no personal exem |
| LARES, PR 00669-0208 | Lugar: OFICINA SUPERINTENDENTE | Concesiones: 0 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: 3 |
| SS: XXX-XX-6922 | Sueldo: $3,795.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS / IMPUESTOS

| | | ----- Corriente ----- | | ----- Acumulado ----- | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,897.50 | 1,792.50 | 41,745.00 | PR Withholding | 98.82 | 2,174.04 |
| Total: | | | 1,897.50 | 1,792.50 | 41,745.00 | Total: | 98.82 | 2,174.04 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 170.78 | 3,757.16 | RM-Prest Pers De Cuota-Ret Mae | 106.95 | 2,352.90 | SM-First Medical Health Plan | 100.00 | 1,100.00 |
| | | | SM-First Medical Health Plan | 40.00 | 880.00 | GPR Plan de Retiro de Maestro | 279.88 | 5,872.72 |
| | | | DM-FONDOS UNIDOS | 1.00 | 22.00 | FSED Disability Plan | 32.26 | 709.72 |
| | | | SC-WASHINGTON NAT INS CO | 43.05 | 947.10 | | | |
| | | | AS-ORG DIR Y ADM ESC PR | 10.00 | 220.00 | | | |
| | | | Ahorros-AEELA | 56.93 | 1,252.46 | | | |
| Total: | 170.78 | 3,757.16 | Total: | 257.93 | 5,674.46 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. RET / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado | | | |
|---|---|---|---|---|---|
| Corriente: | 1,897.50 | 0.00 | 98.82 | 428.71 | 1,369.97 |
| Acumulado: | 41,745.00 | 0.00 | 2,174.04 | 9,431.62 | 30,139.34 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #4552267 | 1,369.97 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 1,369.97 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept de Educacion-Clasificados
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
11/30/2016

Aviso No.
4552267

Cant. Deposito:   $1,369.97

A la
Cuenta(s) De

SONIA SOTO GONZALEZ
PO BOX 208
LARES, PR 00669-0208

Localizacion: OFICINA SUPERINTENDENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,369.97 |
| Total: | | 1,369.97 |

## NO-NEGOCIABLE

| 081 Dept de Educacion-Clasificados<br>Ave. Teniente Cesar Gonzalez . Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: Mensual<br>Desde: 11/01/2016<br>Hasta: 11/15/2016 | Aviso: 4286535<br>Fecha Aviso: 11/15/2016 |
|---|---|---|---|
| SONIA SOTO GONZALEZ<br>PO BOX 208<br>LARES, PR 00669-0208<br><br>SS: XXX-XX-6922 | # Empleado: XXXXX6922<br>Dept: 8101116-ARECIBO-CAMUY<br>Lugar: OFICINA SUPERINTENDENTE<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $3,795.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 3<br>Cant. Adcl.: |

### HORAS E INGRESOS

| | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,897.50 | 1,710.00 | | 39,847.50 | PR Withholding | 98.82 | 2,075.22 |
| Total: | | 1,897.50 | 1,710.00 | | 39,847.50 | Total: | 98.82 | 2,075.22 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 170.78 | 3,586.38 | RM-Prest Pers De Cuota-Ret Mae | 106.95 | 2,245.95 | GPR Plan de Retiro de Maestro | 279.88 | 5,592.84 |
| | | | SM-First Medical Health Plan | 40.00 | 840.00 | FSED Disability Plan | 32.26 | 677.46 |
| | | | DM-FONDOS UNIDOS | 1.00 | 21.00 | SM-First Medical Health Plan | 0.00 | 1,000.00 |
| | | | SC-WASHINGTON NAT INS CO | 43.05 | 904.05 | | | |
| | | | AS-ORG DIR Y ADM ESC PR | 10.00 | 210.00 | | | |
| | | | Ahorros-AEELA | 56.93 | 1,195.53 | | | |
| Total: | 170.78 | 3,586.38 | Total: | 257.93 | 5,416.53 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUTADO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: 1,897.50 | 0.00 | 98.82 | 428.71 | 1,369.97 |
| Acumulado: 39,847.50 | 0.00 | 2,075.22 | 9,002.91 | 28,769.37 |

| Vacaciones | | Enfermedad | | Tiempo Comp. | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| | Horas | | Horas | | Horas | Aviso #4286535 | 1,369.97 |
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 1,369.97 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| Dept de Educacion-Clasificados<br>Ave. Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Fecha<br>11/15/2016 | Aviso No.<br>4286535 |
|---|---|---|

Cant. Deposito: $1,369.97

A la
Cuenta(s) De

SONIA SOTO GONZALEZ
PO BOX 208
LARES, PR 00669-0208

Localizacion: OFICINA SUPERINTENDENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,369.97 |
| Total: | | 1,369.97 |

## NO-NEGOCIABLE