Sonia Soto Gonzalez
13 Urbanizacion Altamira
Lares, P.R. 00669-2901





Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 11 PM 4:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR