RECEIVED & FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO 2020 FEB 10 PM 4:21

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | | |
|---|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | * * * | PROMESA Title III |
| as representative of | * * | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al, | * * * | (Jointly Administered) This filing relates to the |
| Debtors | * | Commonwealth, HTA, and ERS |

********************************

MOTION OBJECTING DISMISSAL OF CLAIM AS DEFECTIVE

TO THE HONORABLE COURT:

COMES NOW, Claimant Luis A. Cruz-Aguayo by and of his own right and most respectfully shows and prays:

1. Not being an attorney, claimant timely filed, by and of his own right, claim as to his pension from the Commonwealth as a retiree of the Retirement System for Teachers, both as to the pension and the portion of medical plan awarded by his years of service.

2. When claim was filed, he was advised by officials of the Puerto Rico Teachers Association to leave the amount is blank, due to the fact that at the time, he did not have the official monthly amounts he was to receive.

3. That a Motion has been filed praying this Honorable Court to dismiss claims to be classified as defective, being

claimant's filing included, for the only reason that the original
filing did not have a monetary amount and was left blank.

4. From the date of filing to the present date, claimant has been notified of the official amounts to be received from the ERS, which adds up to the amounts of $426,338.64 in pension payments and $31,500.00 as part of the Commonwealth's duty to contribute to the payment of health benefits, for a total of $457,838.64. (Documents attached).

5. Claimant prays his original filing be ammended to include the monetary amounts stated in the preceeding paragraph.

6. Claimant most respectfully prays that his original filing be ammended and that his claim is not dismissed as defective.

WHEREFORE, Claimant, Lui A. Cruz-Aguayo, most respectfully prays that this Honorable Court Orders as prayed in this motion.

RESPECTFULLY SUBMITTED.

In Caguas for San Juan, Puerto Rico, this the 7th day of February, 2020.

*Luis A. Cruz Aguayo*
LUIS A. CRUZ-AGUAYO
CLAIMANT PRO SE
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRÓN
CAGUAS, P.R.   00727-2353

NOTICE OF SERVICE:

I, LUIS A. CRUZ-AGUAYO do hereby make notice that I have sent copy of the foregoing Motion to Clerk U.S. District of Puerto Rico, Room 150 Federal Building, San Juan , P.R. 00918-1767; Proskaer Rose LLP, Eleven Times Square, New York, New York, 10036-8299; and Paul Hastings LLP, 200 Park Avenue, New York, New York, 10166.

*Luis A. Cruz Aguayo*
Luis A. Cruz-Aguayo