**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2019 |
| Hasta: | 10/15/2019 |

Business Unit: PUERT
Aviso #: 3842868
Fecha Aviso: 10/15/2019

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,545.00 | 16,072.29 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 845.91 | 1,545.00 | 16,172.29 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 442.70 |
| Total: | 23.30 | 442.70 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 900.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 16,172.29 | 0.00 | 442.70 | 15,729.59 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3842868 | 822.61 |
| Total: | 822.61 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/15/2019

Aviso No.
3842868

Cant. Deposito: $822.61

TRAY 98 SQ 22135••••••••••••••••••••SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposit |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2019 |
| Hasta: | 10/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4094490 |
| Fecha Aviso: | 10/30/2019 |

**LUIS A CRUZ AGUAYO**
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Corriente Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,635.00 | 16,918.20 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 845.91 | 1,635.00 | 17,018.20 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 466.00 |
| Total: | 23.30 | 466.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 1,000.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Bruto | Impuestos | Deducciones | Paga Neta |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 17,018.20 | 0.00 | 466.00 | 16,552.20 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4094490 | 822.61 |
| Total: | 822.61 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/30/2019

Aviso No.
4094490

Cant. Deposito: $822.61

TRAY 98 SQ 22135**************SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 10/01/2019 | Aviso #: 3842868 |
| Hasta: | 10/15/2019 | Fecha Aviso: 10/15/2019 |

| | | |
|---|---|---|
| LUIS A CRUZ AGUAYO | # Empleado: XXXXX2498 | DATA IMP: Federal PR |
| VALLE TOLIMA | Dept: 592110-Por Merito Ley 44 | Estado Civil: Single Married |
| M13 CALLE ROBERTO RIVERA NEGRON | Lugar: PENSIONADOS LEY 44 02700 | Concesiones: 0 39 +999 |
| CAGUAS PR 00727-2353 | Titulo: Pensionado | Pct. Adcl.: |
| SS: XXX-XX-2498 | Sueldo: $1,691.82 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS | IMPUESTOS

| Descripcion | Sueldo | Horas | Ingresos (Corriente) | Horas | Ingresos (Acumulado) | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,545.00 | 16,072.29 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| **Total:** | | | 845.91 | 1,545.00 | 16,172.29 | **Total:** | 0.00 | 0.00 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SC-AMER FAM LIFE ASS CO | 23.30 | 442.70 | SM-MCS Advantage | 0.00 | 900.00 |
| **Total:** | 0.00 | 0.00 | **Total:** | 23.30 | 442.70 | * Tributable | | |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | |
|---|---|---|---|
| Corriente: 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: 16,172.29 | 0.00 | 442.70 | 15,729.59 |

### PTO HORAS ACUM | DISTRIBUCION PAGA NETA

| | | |
|---|---|---|
| Balance Inicial: 0.0 | Aviso #3842868 | 822.61 |
| + Acumulado: | | |
| - Utilizado: | **Total:** | 822.61 |
| - Donada: | | |
| + Ajustes: | | |
| Balance Final: 0.0 | | |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/15/2019

Aviso No.
3842868

Cant. Deposito: $822.61

TRAY 98 SQ 22135••••••••••••••••••SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposit |
|---|---|---|
| Checking | | $822.61 |
| **Total:** | | $822.61 |

**NO-NEGOCIABLE**

## Gobierno de Puerto Rico
### 592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2019 |
| Hasta: | 10/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4094490 |
| Fecha Aviso: | 10/30/2019 |

**LUIS A CRUZ AGUAYO**
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,635.00 | 16,918.20 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 845.91 | 1,635.00 | 17,018.20 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 466.00 |
| **Total:** | 23.30 | 466.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 1,000.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 845.91 |
| Acumulado: | 17,018.20 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 23.30 |
| | 466.00 |

### PAGA NETA

| | |
|---|---|
| | 822.61 |
| | 16,552.20 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4094490 | 822.61 |
| Total: | 822.61 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/30/2019

Aviso No.
4094490

Cant. Deposito:  $822.61

### DISTRIBUCIÓN DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| **Total:** | | $822.61 |

TRAY 98 SQ 22135**************SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2019 |
| Hasta: | 10/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3842868 |
| Fecha Aviso: | 10/15/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,545.00 | 16,072.29 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 845.91 | 1,545.00 | 16,172.29 |

### IMPUESTOS

| Descripcion | Corriente | Acumula |
|---|---|---|
| Total: | 0.00 | 0.0 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 442.70 |
| Total: | 23.30 | 442.70 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulad |
|---|---|---|
| SM-MCS Advantage | 0.00 | 900.0 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NET

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Net |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.6 |
| Acumulado: | 16,172.29 | 0.00 | 442.70 | 15,729.5 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3842868 | 822.6 |
| Total: | 822.6 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/15/2019

Aviso No.
3842868

Cant. Deposito: ___$822.61___

TRAY 98 SQ 22135••••••••••••••••SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposit |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2019 |
| Hasta: | 10/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4094490 |
| Fecha Aviso: | 10/30/2019 |

**LUIS A CRUZ AGUAYO**
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,635.00 | 16,918.20 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | **845.91** | **1,635.00** | **17,018.20** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 466.00 |
| **Total:** | **23.30** | **466.00** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 1,000.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 17,018.20 | 0.00 | 466.00 | 16,552.20 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4094490 | 822.61 |
| Total: | 822.61 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/30/2019

Aviso No.
4094490

Cant. Deposito: $822.61

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

TRAY 98 SQ 22135************SCH 5-DIGIT 00727   22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2019 |
| Hasta: | 11/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4386896 |
| Fecha Aviso: | 11/15/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39+999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,717.50 | 17,764.11 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | **845.91** | **1,717.50** | **17,864.11** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 489.30 |
| **Total:** | **23.30** | **489.30** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,000.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 17,864.11 | 0.00 | 489.30 | 17,374.81 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4386896 | 822.61 |
| **Total:** | **822.61** |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 11/15/2019

Aviso No. 4386896

Cant. Deposito: ___$822.61___

TRAY 98 SQ 22135**************SCH 5-DIGIT 00727  22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| **Total:** | | **$822.61** |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/02/2019 |
| Hasta: | 12/02/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4814734 |
| Fecha Aviso: | 11/27/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Bono Navidad Pensionados | | 200.00 | | | 200.00 |
| Pago de Salarios Regulares | | 0.00 | | 1,792.50 | 18,610.02 |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | | 100.00 |
| Total: | | 200.00 | | 1,792.50 | 18,910.02 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 0.00 | 512.60 |
| Total: | 0.00 | 512.60 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,100.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 200.00 |
| Acumulado: | 18,910.02 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 0.00 |
| | 512.60 |

### PAGA NETA

| | |
|---|---|
| | 200.00 |
| | 18,397.42 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4814734 | 200.00 |
| Total: | 200.00 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/27/2019

Aviso No.
4814734

Cant. Deposito:   $200.00

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

TRAY 98 SQ 22135••••••••••••••••SCH 5-DIGIT 00727     22135 2 AV 0.383

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $200.00 |
| Total: | | $200.00 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/02/2019 |
| Hasta: | 12/02/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4814734 |
| Fecha Aviso: | 11/27/2019 |

**LUIS A CRUZ AGUAYO**
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 ; 999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono Navidad Pensionados | | | 200.00 | | 200.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,792.50 | 18,610.02 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 200.00 | 1,792.50 | 18,910.02 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 0.00 | 512.60 |
| Total: | 0.00 | 512.60 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 200.00 | 0.00 | 0.00 | 200.00 |
| Acumulado: | 18,910.02 | 0.00 | 512.60 | 18,397.42 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| ± Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4814734 | 200.00 |
| Total: | 200.00 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/27/2019

Aviso No.
4814734

Cant. Deposito: ___$200.00___

TRAY 98 SQ 22135••••••••••••••••••••SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $200.00 |
| Total: | | $200.00 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2019 |
| Hasta: | 11/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4386896 |
| Fecha Aviso: | 11/15/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 845 91 | | 1,717.50 | 17,764.11 |
| BONO MEDICINA- PENSIONADOS | | 0 00 | | | 100.00 |
| Total: | | 845 91 | | 1,717.50 | 17,864.11 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 489.30 |
| Total: | 23.30 | 489.30 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,000.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 845.91 | 17,864.11 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 23.30 | 489.30 |
| Paga Neta | 822.61 | 17,374.81 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Aviso #4386896 | 822.61 |
| Total: | 822.61 |

MENSAJE:

õ¡

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2019

Aviso No.
4386896

Cant. Deposito: $822.61

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

TRAY 98 SQ 22135**********SCH 5-DIGIT 00727   22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2019 |
| Hasta: | 11/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4386896 |
| Fecha Aviso: | 11/15/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,717.50 | 17,764.11 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 845.91 | 1,717.50 | 17,864.11 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 489.30 |
| Total: | 23.30 | 489.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,000.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 17,864.11 | 0.00 | 489.30 | 17,374.81 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4386896 | 822.61 |
| Total: | 822.61 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2019

Aviso No.
4386896

Cant. Deposito: $822.61

TRAY 98 SQ 22135**************SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/02/2019 |
| Hasta: | 12/02/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4814734 |
| Fecha Aviso: | 11/27/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX XX 2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39+999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Bono Navidad Pensionados | | | 200.00 | | 200.00 |
| Pago de Salarios Regulares | | 0.00 | | 1,792.50 | 18,610.02 |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | | 100.00 |
| **Total:** | | | **200.00** | **1,792.50** | **18,910.02** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 0.00 | 512.60 |
| **Total:** | **0.00** | **512.60** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 200.00 | 0.00 | 0.00 | 200.00 |
| Acumulado: | 18,910.02 | 0.00 | 512.60 | 18,397.42 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4814734 | 200.00 |
| **Total:** | **200.00** |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/27/2019

Aviso No.
4814734

Cant. Deposito: $200.00

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $200.00 |
| **Total:** | | **$200.00** |

TRAY 98 SQ 22:35**************SCH 5-DIGIT 00727     22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5048338 |
| Fecha Aviso: | 12/13/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,867.50 | 19,455.93 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 845.91 | 1,867.50 | 19,755.93 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 535.90 |
| Total: | 23.30 | 535.90 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 19,755.93 | 0.00 | 535.90 | 19,220.03 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5048338 | 822.61 |
| Total: | 822.61 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/13/2019

Aviso No.
5048338

Cant. Deposito:  $822.61

TRAY 98 SQ 22135*****************SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: 11/16/2019 | | Aviso #: 4589024 |
| | Hasta: 11/30/2019 | | Fecha Aviso: 11/29/2019 |

| LUIS A CRUZ AGUAYO | # Empleado: XXXXX2498 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| VALLE TOLIMA | Dept: 592110-Por Merito Ley 44 | Estado Civil: | Single | Married |
| M13 CALLE ROBERTO RIVERA NEGRON | Lugar: PENSIONADOS LEY 44 02700 | Concesiones: | 0 | 39 -999 |
| CAGUAS PR 00727-2353 | Titulo: Pensionado | Pct. Adel.: | | |
| SS: XXX-XX-2498 | Sueldo: $1,691.82 Monthly | Cant. Adel.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 845.91 | 1,792.50 | 18,610.02 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 845.91 | 1,792.50 | 18,910.02 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SC-AMER FAM LIFE ASS CO | 23.30 | 512.60 | SM-MCS Advantage | 100.00 | 1,100.00 |
| Total: | 0.00 | 0.00 | Total: | 23.30 | 512.60 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 18,910.02 | 0.00 | 512.60 | 18,397.42 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4589024 | 822.61 |
| - Acumulado: | | | | |
| - Utilizado: | | | Total: | 822.61 |
| - Donada: | | | | |
| - Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
11/29/2019

Aviso No.  
4589024

Cant. Deposito: $822.61

LUIS A CRUZ AGUAYO  
VALLE TOLIMA  
M13 CALLE ROBERTO RIVERA NEGRON  
CAGUAS PR 00727-2353

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $822.61 |
| Total: | | $822.61 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5048338 |
| Fecha Aviso: | 12/13/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,867.50 | 19,455.93 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 845.91 | 1,867.50 | 19,755.93 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 535.90 |
| Total: | 23.30 | 535.90 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,100.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 19,755.93 | 0.00 | 535.90 | 19,220.03 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5048338 | 822.61 |
| Total: | 822.61 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/13/2019

Aviso No.
5048338

Cant. Deposito: $822.61

TRAY 98 SQ 22135**********SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 11/16/2019 | Aviso #: | 4589024 |
| | | Hasta: | 11/30/2019 | Fecha Aviso: | 11/29/2019 |

| LUIS A CRUZ AGUAYO | # Empleado: | XXXXX2498 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| VALLE TOLIMA | Dept: | 592110-Por Merito Ley 44 | Estado Civil: | Single | Married |
| M13 CALLE ROBERTO RIVERA NEGRON | Lugar: | PENSIONADOS LEY 44  02700 | Concesiones: | 0 | 39 -999 |
| CAGUAS PR 00727-2353 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-2498 | Sueldo: | $1,691.82 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS / IMPUESTOS

|  | | -------- Corriente -------- | | ----- Acumulado ----- | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 845.91 | 1,792.50 | 18,610.02 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 845.91 | 1,792.50 | 18,910.02 | Total: | 0.00 | 0.00 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SC-AMER FAM LIFE ASS CO | 23.30 | 512.60 | SM-MCS Advantage | 100.00 | 1,100.00 |
| Total: | 0.00 | 0.00 | Total: | 23.30 | 512.60 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 18,910.02 | 0.00 | 512.60 | 18,397.42 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4589024 | 822.61 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 822.61 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
11/29/2019

Aviso No.  
4589024

Cant. Deposito: ___$822.61___

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $822.61 |
| Total: | | $822.61 |

TRAY 98 SQ 22135*****************SCH 5-DIGIT 00727   22135 2 AV 0.383  
LUIS A CRUZ AGUAYO  
VALLE TOLIMA  
M13 CALLE ROBERTO RIVERA NEGRON  
CAGUAS PR 00727-2353

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5048338 |
| Fecha Aviso: | 12/13/2019 |

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353
SS: XXX-XX-2498

| | |
|---|---|
| # Empleado: | XXXXX2498 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,691.82 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Married |
| Concesiones: | 0 | 39 +999 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 845.91 | 1,867.50 | 19,455.93 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 845.91 | | 1,867.50 | 19,755.93 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 23.30 | 535.90 |
| Total: | 23.30 | 535.90 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 1,100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 19,755.93 | 0.00 | 535.90 | 19,220.03 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5048338 | 822.61 |
| Total: | 822.61 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  12/13/2019

Aviso No.  5048338

Cant. Deposito: __$822.61__

LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

TRAY 98 SQ 22135*******************SCH 5-DIGIT 00727    22135 2 AV 0.383

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $822.61 |
| Total: | | $822.61 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 11/16/2019 | Aviso #: | 4589024 |
| | | Hasta: | 11/30/2019 | Fecha Aviso: | 11/29/2019 |

| LUIS A CRUZ AGUAYO | # Empleado: | XXXXX2498 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| VALLE TOLIMA | Dept: | 592110-Por Merito Ley 44 | Estado Civil: | Single | Married |
| M13 CALLE ROBERTO RIVERA NEGRON | Lugar: | PENSIONADOS LEY 44 02700 | Concesiones: | 0 | 39 +999 |
| CAGUAS PR 00727-2353 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-2498 | Sueldo: | $1,691.82 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 845.91 | 1,792.50 | 18,610.02 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 845.91 | 1,792.50 | 18,910.02 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SC-AMER FAM LIFE ASS CO | 23.30 | 512.60 | SM-MCS Advantage | 100.00 | 1,100.00 |
| Total: | 0.00 | 0.00 | Total: | 23.30 | 512.60 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 845.91 | 0.00 | 23.30 | 822.61 |
| Acumulado: | 18,910.02 | 0.00 | 512.60 | 18,397.42 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4589024 | 822.61 |
| - Acumulado: | | | | |
| - Utilizado: | | | Total: | 822.61 |
| - Donada: | | | | |
| - Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/29/2019

Aviso No.
4589024

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $822.61 |
| Total: | | $822.61 |

Cant. Deposito: $822.61

TRAY 98 SQ 22135**************SCH 5-DIGIT 00727    22135 2 AV 0.383
LUIS A CRUZ AGUAYO
VALLE TOLIMA
M13 CALLE ROBERTO RIVERA NEGRON
CAGUAS PR 00727-2353

# NO-NEGOCIABLE