Luis A. Cruz Aguayo
Roberto Rivera Negron MT-13
Calle 70 Irma Casa 5 ARQ 727

Secretaria de Distrito de los EV.
Tribunal de Distrito Federal Building
150 Carlos Chardon Room 150
San Juan P.R. 00 918-1767

RECEIVED & FILED
2020 FEB 10 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.




7018 0680 0002 0751 1901

U.S. POSTAGE PAID
FCM LG ENV
GURABO, PR
00778
FEB 07, 20
AMOUNT
$7.80
R2305K136692-04

CERTIFIED MAIL