10 de febrero 2020

Nombre: Sra Clemencia Ramos Ávila
Fecha Nacimiento: 1947
Edad: 72 años. Mi # de Seguro Social
# de reclamación: 160623.
Dirección: Barrio Cacao- Sector Roberto
Clemente, Quebradillas,
Puerto Rico, 00678.
P.O. Box 989 Apartado de Correo
Preparación Académica:
- Grado Asociado en Terapia física
- Bachillerato en Educación con concentración en Educación Especial
- Maestría en Educación Especial
Años de experiencia 33 años.
No tengo correo electrónico y no puedo pagar un abogado pues no cuento con el dinero para pagarlo. Además aún tengo algunos daños en las puertas y ventanas de mi hogar causados por el huracán María. Mi reclamo es de $5,600.00. Envío una copia de certificación de años de experiencia de trabajo dada por la Región Educativa de Arecibo.
Mi reclamo es al Estado Libre Asociado de Puerto Rico (ELA) y al sistema de Retiro de empleado de Puerto Rico (Sr

ya que durante el tiempo que trabajé no recibí los aumentos que me correspondían por Ley.

Reclamo: 1- La Ley 89, llamada El Romeraso, creada por el gobernador Sr. Romero Barceló.

2. Ley 96, la cual fue creada por la gobernadora Sra. Silo María Calderón, también dio aumento de sueldo.

3- Por el Costo de vida, ley 1801, la vida en Pueto Rico todo es bien caro y los sueldos y el dinero de retiro que se recibe es bajo para los gasto que se tienen.

Deseo que se revise mi caso y mi petición, la información personal mía, estaba en los expedientes de la Regiones Educativas de Arecibo y San Juan.

Me pueden llamar al teléfono 787-585-3685, si desean más información.

Agradeceré se revise mi petición formulada.

Gracias mil y que Dios les bendiga.