

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
OFICINA REGIONAL EDUCATIVA ARECIBO

*Oficina Regional Educativa*
*Centro gubernamental de Arecibo*

## Certificación de Empleo

Certifico que la señora Clemencia Ramos Avila seguro social # xxx-xx-8641, se desempeñó como maestra de Educación Especial en la escuela Pedro Albizu Campos del municipio de Quebradillas. La señora Ramos laboró para esta agencia desde el 18 de noviembre de 1976 hasta el 29 de mayo de 2009.

Cualquier tachadura o borrón invalida esta certificación dada a petición de la señora Ramos, hoy 30 de enero de 2020.

Atentamente,

Marisol Cruz Monroig
Directora Recursos Humanos, Interina

Información validada por:

Myrna Santiago González
Técnico Recursos Humanos

*Sello Oficial*

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico 00612-4623

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.