Sra. Clemencia Revere Avril
Apartado P.O Box 989
Quebradillas, Puerto Rico
00678







Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918 1767

RECEIVED & FILED
2020 FEB 11 PM 4:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR