February 10, 2020

Regards! I worked in the Department of Education of Puerto Rico from August 1983 to December 2015. I worked as a Secondary Spanish teacher in different schools of the Mayagüez Educational Region; also as Coordinator and Facilitator of the Spanish Program, Director of the Mayagüez District Summer Camp and Assistant Superintendent in the Cabo Rojo District.

I understand that I qualify for Promise Law. If I need additional information, I am willing to provide it.

Cordially,

Dr. Rosario C. Davis Pérez

745 Augusto Perea Street

Guanajibo Homes

Mayaguez, Puerto Rico 00682

787-384-4779



10 de febrero de 2020

Saludos! Laboré en el Departamento de Educación de Puerto Rico desde agosto de 1983 hasta diciembre de 2015. Me desempeñe como maestra de Español Secundario en diferentes escuelas de la Región Educativa de Mayagüez; además como Coordinadora y Facilitadora del Programa de Español, Directora Campamento de Verano Distrito de Mayagüez y Superintendente Auxiliar en el Distrito De Cabo Rojo.

Entiendo que cualifico para Ley Promesa. De necesitar información adicional, estoy en la mejor disposición de brindarla.

Cordialmente,

*[signature]*

Dra. Rosario C. Davis Pérez

745 calle Augusto Perea

Guanajibo Homes

Mayagüez, Puerto Rico 00682

Tel,(787)-384-4779

31 de enero de 2020

Saludos! Debido a que me encontraba de vacaciones recibí tarde los documentos de la reclamación. La fecha que me indique vence el plazo es el 14 de enero de 2020, y yo regresé el 12 de enero. Luego, los Temblores, ya que resido en Mayagüez, en la costa frente al mar, tengo que desalojar, no pude enviar a tiempo los documentos requeridos. Solicité los mismos a SISTEMA DE RETIRO PARA MAESTROS.

Pero les anejo una certificación de varios años que les puede servir en lo que me llega la solicitada.

Cordialmente,

Prof. Rosario C. Davis Pérez, Ph.D.

Tel. 787-384-4779

rosariodavis@hotmail.com