Sra. Rosario Oliveri
745 Augusto Peña
Guanajibo Homes
Mayagüez, P.R. 00682



U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00682
FEB 10, 20
AMOUNT
$4.75
R2304Y122255-08

Clerk Office
United States District Court
Room 150 Federal Bldg.
San Juan, PR 00918-1767

CERTIFIED MAIL

2020 FEB 11 PM 4:28
RECEIVED & FILED