**TRIBUNAL DE DISTRITOS DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO
17 BK 3283-LTS
CENTÉSIMA QUINTAGESIMA SÉPTIMA OBJECIÓN
GLOBAL
#168416**

6 de febrero de 2020

Manuel Martínez Millán
Dirección: HC 06 BOX 4014
          Carr #1 Klm 120.5
          Ponce PR 00731
Teléfono: 843-3133

Reciba un cordial saludo.

Yo, **MANUEL MARTINEZ MILLAN**, entiendo que fui despedido injustamente y sin la debida compensación.

Cordialmente;

*[signature]*
**MANUEL MARTINEZ MILLAN**

RECEIVED & FILED 2020 FEB 11 PM 4:31