Manuel Martinez Millan
HC 06 Box 4014
Ponce PR, 00731



Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767