10 de febrero de 2020



A quién pueda interesar:

Yo, Francisca Cardona Luque, maestra retirada, estoy enviando esta carta para indicar lo que contiene este caso de reclamación adelante, por la naturaleza del impago durante los años correspondientes a la ley 89, ley 96 y ley 164. Trabajé durante 33 años y en ese periodo hubo unos aumentos, los cuales no recibí. Estoy reclamando los aumentos a los cuales tengo derecho.

Mis números de reclamación son: 127666, 109703, 127984

De necesitar alguna evidencia, favor comunicarse conmigo al número telefónico (787)209-8700.

Gracias por su atención.

Sinceramente,

Francisca Cardona Luque