Francisca Cardona Luque
PO Box 194
Aguas Buenas, PR 00703

RECEIVED & FILED
2020 FEB 11 PM 4: 40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767