10 de febrero de 2020.

Centigésima octava alegación global relacionada con Primer Clerk.

A la fecha de 6/28/2018, con el número de caso 17BK 03283-LTS, número de reclamación 161743 Distrito Federal de Estados Unidos para El Estado Libre Asociado de Puerto Rico.

Por este medio yo Rosa A. Zavala Martínez, con dirección postal en calle 29 LC-10 Urb. Villa del Rey Caguas, P.R. 00727, número de teléfono 787-949-5354 y correo electrónico zavalarosa23@gmail.com; estoy redactando ésta carta con el interés de indicarles que continúen con éste caso de reclamación por la naturaleza de sin pago, durante los años correspondientes a las leyes 89, 96, 164 y 180 y cualquier pago de ajuste salarial que no se me acreditó.

Durante 17 años trabajé en la agencia del Departamento de Educación de Puerto Rico, como maestra desde septiembre de 1997 hasta julio de 2014 donde me acogí al retiro permanente.

Cordialmente,

Rosa A. Zavala Martínez

10894