Rosa A. Zavala Martinez
Urb. Villa del Rey
Calle 29 3L C10  Caguas, P.R. 00727




RECEIVED & FILED
2020 FEB 11 PM 3:32
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
FEB 10, 20
AMOUNT
$0.00
R2304H109474-7

Secrería (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767