6 febrero 20

A quien pueda interesar:

Yo Maria M. Torres Rod, pedí una Certificación al Departamento en el cual trabajaba el mismo pues llego firmada por la supervisora que la envio así que espero eso no sea problema para que lo entren a sistema gracias por su atención

RECEIVED & FILED 2020 FEB 11 PM 4:31 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN