Maria M. Torres Roc[...]
HC 02 Box 4414
Villalba P.R. 00766



Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan P.R. 00918-1767