10 de febrero de 2020

Centigesima octava alegación global relacionada con Primer Clerk.

A la fecha de 6/28/2018, con el número de caso 17 BK 03283-LTS, número de reclamación 128957 Distrito Federal de Estados Unidos para El Estado Libre Asociado de Puerto Rico.

Por este medio yo Santos Caballer Viñas, con dirección postal en calle 29 LC-10 Urb. Villa del Rey Caguas, P.R. 00727, número de teléfono 787-518-0929 y correo electrónico zavalarosa23@gmail.com; estoy redactando ésta carta, con el interés de indicarles que continúen con éste caso de reclamación por la naturaleza de sin pago, durante los años correspondientes a la ley número 89 de 12 de julio de 1979 y cualquier pago de ajuste salarial que no se me acreditó.

Pertenezco al "Segundo Romerazo" tercera lista #127, demanda hecha por el Lic. William J. Riefkohl.

Durante 18 años trabajé para la agencia de Policía de Puerto Rico, como policía estatal desde 13 de julio de 1976 hasta octubre de 1994 donde me acogí al retiro permanente.

Cordialmente,
Santos Caballer Viñas