Santos Caballer Viñas
Urb. Villa del Rey 5<sup>ta</sup> secc.
Calle 29 LC-10 Caguas P.R.
00727

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
FEB 10, 20
AMOUNT
$0.00
R2304H109474-7

UNITED STATES
POSTAL SERVICE®

1000          00918

Secretaría (Clerk's office)
Tribunal de Distrito de los
Estados Unidos Room 150 Federal
Building San Juan, P.R. 00918-1767

00918&9999