**ANEXO C**
**Notificación**

Nombre: Lucila Bristol López  #SS: xxx-xx-3511
# Claim: 145767
Dirección: Urb. Vives #18 Calle-A
             Guayama, PR 00784
Teléfono: 939-351-6617
Trabajé: Departamento De Educación
Fechas: Desde 1976 Hasta 2015
Retiro: 2015     Puesto: Ofic Deck III

Reclamación:
① Ley 89 Romero so
② Ley de Escala Salarial - Pasos
③ Ley 96 - Gob. Sila Calderón
④ Ley 34

Activo trabajando establecen aumentos salariales a los empleados públicos Del gobierno. No me pagaron y tenía derecho. Nunca me dieron los pasos.

Fecha: 8 de Febrero 2020

Espero pronta atención.
                                Gracias
                                Lucila Bristol López

Adjunto envío: talonarios, Certificación

RECEIVED & FILED CLERK'S OFFICE FEB 11 2020 US DISTRICT COURT SAN JUAN, PR