**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| BRISTOL LOPEZ, LUCILA | 145767 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| BRISTOL LOPEZ, LUCILA | 145767 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000383

8102028
8102824810

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**DEPARTAMENTO DE EDUCACIÓN**

Región – Distrito: Caguas Guayama
Escuela: Rafael Lopez Landron



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A: BRISTOL LOPEZ, LUCILA

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que BRISTOL LOPEZ, LUCILA cuyo número de empleado es 36872, y que ocupa el puesto *OFICINISTA MECANOGRAFO II*, tiene una fecha de ingreso al servicio público de 8/30/1976 con una antigüedad total de 32 años 7 meses 0 días (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

*[firma]*

Carlos Chardón
Secretario



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

4 de agosto de 2015

Sra. Lucila Bristol López
Oficinista Dactilógrafo II
Departamento de Educación
Guayama, Puerto Rico

Estimada señora Bristol:

Por este medio acepto su carta de renuncia efectiva el 30 de agosto 2015, para acogerse a los beneficios de jubilación por edad y años de servicios a la plaza #K-01384 de Oficinista Dactilógrafo II del distrito escolar de Guayama, le doy el visto bueno para que inicie los trámites correspondientes a dicha gestión.

Le agradezco su entrega y dedicación para con nuestros niños y el sistema educativo, que Dios la bendiga y le acompañe siempre en todo lo que emprenda en su vida.

Gracias sin otro particular quedo a sus órdenes.

Atentamente,

Nicolasa Cora Suárez
Ayudante Especial del Secretario

| 081 DEPT DE EDUCACION-CLASIFICADOS | Grupo de Pago: Sic-Quincenal | Aviso #: 7922987 |
|---|---|---|
| Ave. Teniente Cesar Gonzalez Esquina Calaf HATO REY, PR 00919 | Desde: 08/01/2015 Hasta: 08/15/2015 | Fecha Aviso: 08/14/2015 |

| LUCILA BRISTOL LOPEZ URB VIVES 18 CALLE A GUAYAMA, PR 00784-0000 SS: XXX-XX-3511 | # Empleado: XXXXX3511 Dept: 8102126-GUAYAMA-CAGUAS Lugar: OFICINA SUPERINTENDENTE Titulo: DEPARTAMENTO DE EDUCACION Sueldo: $1,920.00 Monthly | DATA IMP: Federal PR Estado Civil: Married Married Concesiones: 0 0 Pct. Adcl.: Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 960.00 | 1,215.00 | 14,400.00 | |
| Total: | | 960.00 | 1,215.00 | 14,400.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.92 | 208.80 |
| Fed OASDI/Disability - EE | 59.52 | 892.80 |
| PR Withholding | 0.74 | 14.46 |
| Total: | 74.18 | 1,116.06 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 96.00 | 1,390.56 |
| Total: | 96.00 | 1,390.56 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.25 | 33.75 |
| AE-Asoc Emp ELA-Prest Regular | 182.92 | 2,463.40 |
| SM-First Medical Health Plan | 12.75 | 191.25 |
| CO-COOP GUAYAMA | 10.00 | 150.00 |
| RC-Pres Pers Ret Cen-E Clasif | 95.32 | 1,429.80 |
| AE-Seguro por Muerte Asoc ELA | 4.35 | 65.25 |
| OS-UNION PASO/ SPT Y SPU | 13.64 | 204.60 |
| Ahorros-AEELA | 28.80 | 432.00 |
| RC-Ser No Coti Ret-Anterior | 0.00 | 217.09 |
| Total: | 350.03 | 5,187.14 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 137.04 | 1,479.60 |
| FSED Disability Plan | 16.32 | 244.80 |
| SM-First Medical Health Plan | 0.00 | 1,050.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 960.00 | 0.00 | 74.18 | 446.03 | 439.79 |
| Acumulado: | 14,400.00 | 0.00 | 1,116.06 | 6,577.70 | 6,706.24 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #7922987 | 439.79 |
|---|---|
| Total: | 439.79 |

MENSAJE:

*Ya Deposito* (handwritten)

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
08/14/2015

Aviso No.
7922987

Cant. Deposito: $439.79

A la Cuenta(s) De

LUCILA BRISTOL LOPEZ
URB VIVES
18 CALLE A
GUAYAMA, PR 00784-0000
Localizacion: OFICINA SUPERINTENDENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 439.79 |
| Total: | | 439.79 |

## NO-NEGOCIABLE

| Estado Libre Asociado de Puerto Rico | | | | | | Grupo de Pago: | SM Quincenal | | Business Unit: PUERT |
|---|---|---|---|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | | | | | Desde: | 02/16/2017 | | Aviso #: 6406364 |
| | | | | | | Hasta: | 02/28/2017 | | Fecha Aviso: 02/28/2017 |

| LUCILA BRISTOL LOPEZ | # Empleado: | P583963511 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB VIVES | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Single | Single |
| 18 CALLE A | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 |
| GUAYAMA PR 00784-5920 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-3511 | Sueldo: | $1,350.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 675.00 | 315.00 | 2,700.00 | | | |
| Total: | | | 675.00 | 315.00 | 2,700.00 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Asoc Emp ELA-Prest Regular | 69.73 | 278.92 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 95.33 | 381.32 | | | |
| | | | RC-Prestamo SNC | 178.37 | 713.48 | | | |
| | | | Ahorros-AEELA | 20.25 | 81.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 363.68 | 1,454.72 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 675.00 | | 0.00 | 363.68 | 311.32 |
| Acumulado: | 2,700.00 | | 0.00 | 1,454.72 | 1,245.28 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | Aviso #6406364 | 311.32 |
|---|---|---|---|
| + Acumulado: | | | |
| - Utilizado: | | Total: | 311.32 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:


Retired

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

Estado Libre Asociado de Puerto Rico   Fecha   Aviso No.
530 - RETIRO CENTRAL PENSIONADOS   02/28/2017   6406364

Cant. Deposito: ___$311.32___

TRAY 31 SQ 7522**********SCH 5-DIGIT 00714   7522 2 AV 0.373
LUCILA BRISTOL LOPEZ
URB VIVES
18 CALLE A
GUAYAMA PR 00784-5920

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 607092699 | $311.32 |
| Total: | | $311.32 |

## NO-NEGOCIABLE