Sra. Lucila Bristol Lopez
Urb-Vives #18 Calle-A
Guayama, PR 00784

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan PR 00918

00918-170546