Reclamante: Cereida Colón Torres

Número de Procedimiento: 17-BK-3283 – LTS

Números de Reclamación: 98552, 130154, 96854

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde diciembre 1984 hasta mayo 2008 como Profesional Servicio Alimentos en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

|   | #Reclamación | Cantidad Adeudada |
|---|---|---|
| 1. Ley 89 - julio de 1995 – Romerazo | 98552 | $ 15,600.00 |
| 2. Ley 109 – junio, 2008 - Escala salarial – Paso | 130154 | $ |
| 3. Ley 96 – julio 2002 – Aumento de sueldo | 96854 | $ 7,200.00 |
| 4. Ley 164 – julio 2003 – Aumento de sueldo | 96854 | $ 6,000.00 |
|   | Gran Total | $ 28,800.00 |

Así como otras leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada. Muy agradecida por su atención a esta reclamación.

Atentamente,

*Cereida Colón Torres*

RECEIVED 2020 FEB 11 PM 4:32

REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Cereida Colón Torres

Dirección: P.O. Box 792
Juana Díaz, Puerto Rico 00795

Teléfono: (787)-677-5417
(787)-837-4325

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo

   #49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

   #94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

   Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

   Ley 89 Romerazo – Efectiva en 1 de julio de 1996

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el ⸺ de ⸺, de ⸺ hasta el ⸺ de ⸺ de ⸺ (⸺ años) de labor como ⸺.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Certificación de Años de Servicio en el Departamento de Educación del Estado Libre Asociado de Puerto Rico

Certificación aprobando Pensión por Edad del Sistema de Retiro de los Empleados del Gobierno y la Judicatura del Estado Libre Asociado de Puerto Rico

Diploma de Escuela Superior (Curso General y Curso Comercial)

Formulario (DE-16) - Descripción del Puesto - Tareas del Puesto

Certificado de Participación en el Curso: Decisiones Seguras en el Manejo de Alimentos... Combate a BAC

Carta de Renuncia (Retiro por Edad)

Aceptación de Renuncia (Retiro por Edad)

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

*Cereida Colón Torres*

Cereida Colón Torres
Teléfono - (787)-677-5417
(787)-837-4325

2