**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| COLON TORRES, CEREIDA | 98552 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $15,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| COLON TORRES, CEREIDA | 98552 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $15,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000642

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Torres, Cereida | 96854 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $13,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Torres, Cereida | 96854 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $13,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Torres, Cereida | 130154 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Torres, Cereida | 130154 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que **Cereida Colón Torres,** con seguro social XXX-**XX-4242**, ocupó el puesto de **Prof. Servicios de Alimentos I** en el **Distrito Escolar Santa Isabel**. Comenzó a prestar servicios el **9 de diciembre de 1984** hasta el **30 de mayo de 2008**. Devengó un salario de **$1,675.00** mensuales.

El **17 de noviembre de 1987** la empleada comenzó a cotizar para el retiro.

Certificación dada en San Juan, Puerto Rico, hoy, el **6 de febrero de 2020** según solicitada por la/el empleada(o).

*Marieliz Arroyo Figueroa*
Supervisora Archivo No Docente

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 • SAN JUAN PR 00940-2003

2 de diciembre de 2008

CEREIDA COLON TORRES
PO BOX 792
JUANA DIAZ PR 00795

Estimado (a) señor (a) **COLON**:

Deseamos informarle que su solicitud de pensión por **EDAD** ha sido aprobada efectiva el **31 DE MAYO DE 2008**. La pensión que le corresponde de acuerdo con la legislación vigente es de **$477.70** mensuales, comenzará a recibir sus pagos a partir de la **PRIMERA QUINCENA DE NOVIEMBRE DE 2008**. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por años de servicio y edad o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Le informamos que usted se acogió al Plan Coordinado y su pensión será reajustada al usted adquirir la condición de plenamente asegurado bajo la Ley Federal del Seguro Social. De usted interesar cambiar al Plan de Completa Suplementación deberá solicitarlo en nuestras oficinas.

Si necesita información adicional al respecto, puede solicitar la misma en nuestras oficinas o comunicarse libre de costo, a través de TELERETIRO AL 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Harold González Rosado
Administrador

Daniel Rodríguez Cotto
Director
Area de Servicios al Pensionado

**mrm**

ESTADO · LIBRE · ASOCIADO · DE · PUERTO · RICO

DEPARTAMENTO · DE · INSTRUCCION · PUBLICA

# DIPLOMA · DE · ESCUELA · SUPERIOR

CERTIFICAMOS · QUE

*Cereida Colón Torres*

HA · APROBADO · EL · CURSO *Ponce* DE *General* EN · LA · ESCUELA · SUPERIOR

ESTE · DIPLOMA EN · TESTIMONIO · DE · LO · CUAL · LE · OTORGAMOS

SAN · JUAN · PUERTO · RICO 31 DE julio DE · 19 6 3

*Carmen Cole*
DIRECTOR · ESCOLAR

*María R. Carbonell Valdés*
DIRECTOR · DE · LA · ESCUELA

SECRETARIO · DE · INSTRUCCION PUBLICA

SUPERINTENDENTE · DE · ESCUELAS

ESTADO·LIBRE·ASOCIADO·DE·PUERTO·RICO

DEPARTAMENTO·DE·INSTRUCCION·PUBLICA

# DIPLOMA·DE·ESCUELA·SUPERIOR

CERTIFICAMOS·QUE

**Cecilia Colón Torres**

HA·APROBADO·EL·CURSO **Comercial** EN·TESTIMONIO·DE·LO·CUAL·LE·OTORGAMOS

DE Juana Díaz ESTE·DIPLOMA EN·LA·ESCUELA·SUPERIOR

SAN·JUAN·PUERTO·RICO 29 DE mayo DE 1964



DIRECTOR·ESCOLAR

DIRECTOR·DE·LA·ESCUELA

SECRETARIO·DE·INSTRUCCION·PUBLICA

SUPERINTENDENTE·DE·ESCUELAS

EV/MML

**Departamento de Educación**
P.O. Box 190759 San Juan, Puerto Rico 00919-0759

## DESCRIPCIÓN DEL PUESTO (DE-16)

NO ESCRIBA EN ESTE ESPACIO

| 1. DEPARTAMENTO | 4 APELLIDO PATERNO | MATERNO O DEL ESPOSO | NOMBRE |
|---|---|---|---|
| EDUCACIÓN | COLÓN | TORRES | CEREIDA |

| 2. PROGRAMA | 5. NÚMERO DE SEGURO SOCIAL | 5a. NÚMERO DE PUESTO |
|---|---|---|
| SERVICIO DE ALIMENTOS AL ESTUDIANTE | | C07375 |

| 3. SITIO DONDE TRABAJA | 6. TÍTULO DE CLASIFICACIÓN DEL PUESTO |
|---|---|
| ESCUELA DR. PEDRO ALBIZU CAMPOS | PROFESIONAL DE SERVICIOS DE ALIMENTOS I |

| 3a. UBICACIÓN | 7. TÍTULO FUNCIONAL DEL PUESTO |
|---|---|
| DISTRITO ESCOLAR DE JUANA DÍAZ | |

7a. Detalle el trabajo que usted realiza en el orden de importancia de las distintas tareas, empezando con la más importante. Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto. **ESTA ES LA PARTE MÁS IMPORTANTE DEL FORMULARIO.** Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Si este espacio no es suficiente para describir sus deberes, adhiera hojas adicionales.

| TIEMPO | TAREAS DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | BAJO LA SUPERVISIÓN DEL JEFE INMEDIATO, EL EMPLEADO REALIZA LAS SIGUIENTES FUNCIONES: | |
| | 1. Prepara, confecciona y sirve los alimentos en el desayuno, almuerzo y/o merienda de acuerdo al menú diario establecido. | |
| | 2. Prepara y confecciona dietas especiales de acuerdo a instrucciones prescritas por un especialista de salud. | |
| | 3. Friega, esteriliza e higieniza el equipo, cubiertos, bandejas y utensilios utilizados en la confección y servicios de alimentos. | |
| | 4. Mantiene la cocina y el comedor en las mejores condiciones de higiene y limpieza. | |
| | 5. Pesa y mide los alimentos a ser confeccionados para cumplir con los patrones de alimentación establecidos por grado y edad. | |
| | 6. Brinda sus servicios en el comedor hasta completar su horario de trabajo rotando las tareas de acuerdo a la necesidad del servicio determinado por el Profesional de Servicios de Alimentos II o Supervisor del Distrito. | |
| | 7. Trabaja turnos rotativos de ser requerido en casos de desastres. | |
| | 8. Recoge y pesa los sobrantes y desperdicios de alimentos, para determinar si las cantidades servidas fueron las correctas. | |
| | 9. Asiste a reuniones o cursos de adiestramiento que se ofrecen a los empleados de la Autoridad Escolar de Alimentos. | |
| | 10. En ausencia del Profesional de Servicio de Alimentos II, realiza el conteo de raciones servidas durante los diferentes servicios. | |
| | 11. Realiza otras tareas afines requeridas | |

8. NOMBRE Y TITULO DE CLASIFICACIÓN DEL SUPERVISOR INMEDIATO
GEORGINA SANTIAGO MARTÍNEZ , DIRECTOR DE ESCUELA

9. SI USTED SUPERVISA MENOS DE SEIS EMPLEADO, MENCIONE LOS NOMBRES Y TITULOS DE CLASIFICACIÓN. SI USTED NO SUPERVISA A NADIE ESCRIBA "NINGUNO".

| NUMERO DEL PUESTO | TITULO DE CLASIFICACIÓN DEL PUESTO | TOTAL DE PUESTO |
|---|---|---|
| | | |

10. ¿QUE MAQUINAS USA USTED REGULARMENTE EN SU TRABAJO? INDIQUE EL POR CIENTO DEL TIEMPO EMPLEADO EN EL MANEJO DE CADA MAQUINA.

| | % | |
|---|---|---|
| | % | % |
| | | % |

1. INDIQUE EN QUE FORMA RECIBE USTED INSTRUCCIONES RESPECTO A SU TRABAJO, MARCANDO EL ENCASILLADO CORRESPONDIENTE.

Recibo Instrucciones Generales [x]

Recibo Instrucciones Detalladas [ ]

Puedo Usar Mi Propio Criterio, Sujeto A Revisión [ ]

12. INDIQUE EN QUE FORMA ES REVISADO SU TRABAJO, MARCANDO EL ENCASILLADO CORRESPONDIENTE.

La Revisión Es Superficial [x]

La Revisión Es Minuciosa [ ]

La Revisión Se Limita A Unos Aspectos [ ] Indique Cuales _____

CERTIFICACIÓN: CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

5-12-003
FECHA

Cereida Celiz Jours
FIRMA DEL EMPLEADO

INFORMACIÓN DEL SUPERVISOR INMEDIATO

13. LA INFORMACIÓN DEL EMPLEADO ES CIERTA Y EXACTA, CON LAS SIGUIENTES EXCEPCIONES O ADICIONES: (DÉLE ATENCIÓN ESPECIAL A LOS APARTADOS 11 Y 12)

CIERTA Y EXACTA

14. ¿CUALES CONSIDERA USTED LOS DEBERES MÁS IMPORTANTES DE ÉSTE PUESTO?

TODOS

15. ¿INCLUYE ESTE PUESTO MECANOGRAFIA? __x__ NO _____ SI     EN CASO AFIRMATIVO INDIQUE POR CIENTO DEL TIEMPO _____%

¿INCLUYE ESTE PUESTO TAQUIGRAFIA? __x__ NO _____ SI     EN CASO AFIRMATIVO INDIQUE POR CIENTO DEL TIEMPO _____%

16. INDIQUE LOS REQUISITOS MINIMOS QUE DEBE POSEER LA PERSONA QUE OCUPE ESTE PUESTO. TENGA EN MENTE LOS REQUISITOS DEL PUESTO Y NO LAS CUALIDADES DE LA PERSONA QUE LO HA DE OCUPAR.

| | REQUISITOS MINIMOS | REQUISITOS ESPECIALES |
|---|---|---|
| INSTRUCCION GENERAL | Noveno grado | |
| INSTRUCCION ESPECIAL | | |
| DURACION Y CLASE DE EXPERIENCIA | | |
| LICENCIAS O CERTIFICADOS | Certificado de salud vigente, expedido por el Departamento de Salud | |
| CONOCIMIENTOS, HABILIDADES, REQUISITOS FISICOS U OTROS FACTORES ESPECIALES. | Conocimiento de las prácticas de saneamiento e higiene aplicables a su área de trabajo. | |

6/mayo/03
FECHA

Georgina Santiago
FIRMA DEL SUPERVISOR INMEDIATO

INFORMACION DEL JEFE DE LA OFICINA

17. LA INFORMACIÓN DEL EMPLEADO Y DEL JEFE INMEDIATO ES CIERTA Y EXACTA, CON LAS SIGUIENTES EXCEPCIONES O ADICIONES.

CERTIFICACIÓN: CERTIFICO QUE HE LEIDO LA INFORMACIÓN CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

Lizzette Pillich Otero
Secretaria Auxiliar Área de Recursos Humanos

31 de enero de 2003
FECHA

FIRMA DEL JEFE DE LA AGENCIA

* Universidad de Puerto Rico ** Recinto de Mayagüez ** Colegio de Ciencias Agrícolas ** Servicio de Extensión Agrícola *



# Certificado

otorgado a

## Cereida Colón Torres

Por su participación en el Curso Corto

Decisiones Seguras en el Manejo de Alimentos... Combate a BAC

Dado hoy, 9 de junio de 2006, en el municipio de Juana Díaz, Puerto Rico.

Prof. Rossana Figueroa Torres
Economista del Hogar

4 de febrero de 2008

Sra. Georgina Santiago
Directora Escolar
Escuela Dr. Pedro Albizu Campos

Estimada señora Santiago:

La presente es para informarle que presento mi renuncia efectivo el 30 de mayo de 2008 por motivo de jubilación. Mi seguro social es _____ la plaza es de comedores jornada de siete horas. Espero terminar el tiempo que me queda con ustedes. Gracias por la oportunidad que me han brindado.

Respetuosamente,

*[signature]*
Cereida Colón Torres

Teléfono: (787) 260-0406
Fax: (787) 837-6771
e-mail: escuelapacjd@yahoo.com



ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
DISTRITO ESCOLAR DE JUANA DIAZ
ESCUELA DE LA COMUNIDAD
DR. PEDRO ALBIZU CAMPOS

4 de febrero de 2008

Sra. Cereida Colón Torres
Empleada de Comedor
Jornada 7 horas

Estimada señora Colón Torres:

Aceptamos su renuncia efectiva el 30 de mayo de 2008. Agradecemos la participación que como empleada de comedores ha brindado al servicio de nuestros estudiantes. Que Dios te bendiga.

Atentamente,

Georgina Santiago Martínez
**Directora**