Cereida Colón Torres
P.O. B...
Juana Díaz, Puerto Rico
00795





Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767