United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

<u>One Hundred Forty-Eighth</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 149907

Name and Address:
Hilda L. Vega Colón
Bo. Guavate Bz. 22619
Cayey, P.R. 00736

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____

Cantidad Reclamada _____

Ley 96 de Sila Calderón

Años Reclamados (8) y 5 meses 2002-2010

Cantidad Reclamada $ 9,600.00

Adjunto evidencia en réplica a la información solicitada:

1. Certificación del Departamento de Educación
2. Certificación de pensión vitalicia del Sistema de Retiro de maestros
3. Informe de pensión mensual Junta de Retiro de maestros

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Hilda L. Vega Colón

Firma: Hilda L. Vega Colón      Fecha: feb. 2020