United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS



*One Hundred Forty-Eighth* OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 161805

Name and Address:

Hilda L. Vega Colón
Bo. Guavate Bz. 22619
Cayey, P.R. 00736

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  (26) 1984-2010

Cantidad Reclamada  $31,200.00

Ley 9  _____

Años Reclamados  _____

Cantidad Reclamada  _____

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación del Departamento de Educación
2. Certificación de pensión vitalicia del Sistema de Retiro de maestros
3. Informe de pensión mensual - Junta de Retiro de maestros

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Hilda L. Vega Colón

Firma: Hilda L. Vega Colón     Fecha: feb. 2020