

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

4 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | HILDA L. VEGA COLON |
| Seguro Social | : | |
| Categoría | : | MA EDUC NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | GURABO_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 21 de diciembre de 2010 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 29 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Hilda L. Vega Colon**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 22 de diciembre de 2010 |
| Tiempo Cotizado para Pensión | 28 años, 9 meses, 1 sem, 4 días |
| Pensión mensual Inicial | $1,401.38 |
| Pensión Mensual Actual | $1,401.38 |

Esta certificación se expide hoy, **4 de febrero de 2020** en **San Juan, Puerto Rico**.

**Edgardo Negron Ramirez**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

VEGA COLON, HILDA L
BO GUAVATE
SECT LOS NIEVES BOX 22619
CAYEY PR 00736

Certifico que VEGA COLON, HILDA L recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,401.38 equivalente a $16,816.56 anual. Luego de las deducciones recibe la cantidad de $1,401.38 mensual, equivalente a $16,816.56 anual.

Esta certificación se expide hoy 4 de febrero de 2020.



Número de Certificación: SRM03P2000701

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414    📠 787.759.2883    www.srm.pr.gov