06 de Febrero 2020.

Secretaria
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

A quien pueda interesar:

En calidad ponente he propuesto que se reevalúe mi reclamo #138333 bajo estos dos epígrafes;

Oposición a la objeción global y la determinación de su parte bajo reclamo #132271 de la JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO en representación del ESTADO LIBRE ASOCIADO DE PUERTO RICO.

Este reclamo es sobre la deuda pendiente del sistema de RETIRO en donde exijo la liquidación de la misma por la prestación de mis servicios. Por lo cuanto deseo que se cumpla con el porciento justo y preciso estipulado para esta servidora; monto de 35,000.00.

La razón principal para la oposición es por contar con la evidencia empírica en mi poder como el documento de retiro provisto por el departamento entre otros. Mis servicios brindados al ESTADO LIBRE ASOCIADO con el Departamento de Educación me dan derecho a este reclamo genuino y veraz.

Mis datos personales son;
Nombre completo:
Irene Rodrigue Rodriguez

Direccion Postal:
Bo. Plena HC-2 Box 5840
Salinas, PR 00751-0814

Telefono:
939-401-4386
Correo Electronico:
r0dziris2@gmail.com

Respetuosamente;

*[signature: Irene Rodriguez Rodriguez]*