**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

28 de marzo de 2019

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

IRENE RODRIGUEZ IRENE
HC 1 BOX 5840
SALINAS, PR 00751

Seguro Social: XXX-XX-  *I.R.R*

A base de la información en nuestros registros, al 28 de marzo de 2019 usted posee:

Fecha de Nacimiento:  *I.R.R.*    Género: Femenino
Fecha de Ingreso al Servicio Público: 30 de septiembre de 1998
Fecha de Comienzo de Cotización: 30 de septiembre de 1998

*Pensión 65 años*    *1-Julio 2017*

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | | Ley 106  *4012* | |
|---|---|---|---|---|---|
| Años Acreditados: | 13.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 1.67 |
| Aportaciones: | 17,924.77 | Aportaciones: | 8,222.65 | Aportaciones: | 3,017.57 |
| Intereses: | 3,176.44 | Intereses: | 662.50 | Intereses: | 0.00 |
| Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Total Aportaciones: | 21,256.43 | Total Aportaciones: | 8,885.15 | Total Aportaciones: | 3,017.57 |
| SNC Pagado: | 155.22 | | | | |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | 324.74 | Beneficio: | 53.84 | Beneficio: | 0.00 |

*mensual aproximado*    *mensual*

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Linea del Portal de Internet de ASR: http://www.asr.gobierno.pr.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,


Unidad de Estado de Cuenta
Área de Participantes


RETIRO