

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

06 de febrero de 2018

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

DIANA VAZQUEZ TORRES                                    Seguro Social: XXX-XX   DUT

PO BOX 814

SALINAS, PR 00751

A base de la información en nuestros registros, al 06 de febrero de 2018 usted posee:

**Fecha de Nacimiento:**                    DUT                    **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 03 de enero de 2000**

**Fecha de Comienzo de Cotización: 03 de enero de 2000**

| Ley R2000 al 30 de junio de 2013 | | |
|---|---|---|
| Años Acreditados: | 19.06 | |
| Aportaciones: | | $17,679.58 |
| Intereses: | | $1,706.54 |
| Gastos Teneduría: | | ($73.95) |
| Total Aportaciones: | | $19,386.12 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio:     DUT | | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Años Acreditados: | 24.01 |
| Aportaciones: | $28,857.77 |
| Intereses: | $4,568.11 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $33,425.88 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,                                                        777-1500

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545

