29 de enero de 2020

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| | |
| As representative of | (Jointly Administered) |
| | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | **This filing relates to the Commonwealth, HTA, and ERS** |
| Debtors. | |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

**Sandra M. Colón Santiago**
Cond. Mundo Feliz
Apt. 1810
Carolina, Puerto Rico 00979
Teléfono: 939-640-7587
Correo Electrónico: sandracs_13@hotmail.com

RECEIVED & FILED
2020 FEB 11 PM 4: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.