SANDRA M. COLON SANTIAGO
COND. MUNDO FELIZ
APT. 1810
CAROLINA PR 00979



HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 FEB 11 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR