Nadiezhda Irizarry Cuadrado
Calle 11 Q-3
Alturas de Interamericana
Trujillo Alto, PR 00976

7019 0140 0000 6229 7664

NEOPOST
02/08/2020
US POSTAGE $007.70⁰

ZIP 00976
041M11462882

RECEIVED & FILED
2020 FEB 11 PM 4:33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan, Puerto Rico 00918-1767