10 febrero de 2020

Saludos:

Mi nombre es Istven Ramos Pomales y resido en Naguabo, P.R. Mi número de seguro social es _____. Estudié en la Universidad Interamericana de Puerto Rico desde el 1980 hasta el 1983, donde obtuve un bachillerato de Maestro de Matemáticas Secundaria. Comencé a trabajar para el Departamento de Educación en el año 1984 en calidad de maestro de matemáticas en el pueblo de Naguabo donde se me otorgó la permanencia y trabajé por 33 años. Durante mis años de experiencia se ofrecieron unos aumentos de sueldo, el Romerazo, Hernández Colón, etc. y no me fueron adjudicados y los estoy solicitando por derecho. Adjunto copia de una Certificación de Maestro de Matemática Secundario Vitalicio y copia del Sistema de Retiro de Maestros Pensionados donde indica la información con todo lo relacionado con la pensión que me fué otorgada como evidencia. Cualquier información adicional me pueden contactar al 787-225-4481 y mi correo electrónico es istvenramos@gmail.com.

Gracias.

Istven Ramos Pomales
Tel. 787-255-4481

RECEIVED & FILED 2020 FEB 11 PM 4:33 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 12/16/2019 | | Aviso #: | 5328670 |
| | | | Hasta: | 12/31/2019 | | Fecha Aviso: | 12/30/2019 |
| ISTVEN E RAMOS POMALES | | | # Empleado: | XXXXX5504 | | DATA IMP: | Federal | PR |
| PO BOX 683 | | | Dept: | 592230-Anos y Servicios Ley160/2013 | | Estado Civil: | Married | Married |
| NAGUABO PR 00718-0683 | | | Lugar: | Anos y Servicios Ley160/2013 | | Concesiones: | 0 | 39+99 |
| | | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX-5504 | | | Sueldo: | $2,283.75 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

|  | | Corriente | | Acumulado | | 
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,141.88 | 1,957.50 | 27,405.12 |
| Total: | | | 1,141.88 | 1,957.50 | 27,405.12 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 120.00 | 3,233.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 |
| Ahorros-AEELA | 34.26 | 822.24 |
| Total: | 162.76 | 4,259.24 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,141.88 | 0.00 | 162.76 | 979.12 |
| Acumulado: | 27,405.12 | 0.00 | 4,259.24 | 23,145.88 |

### PTO HORAS ACUM
- Balance Inicial: 0.0
- Acumulado:
- Utilizado:
- Donada:
- Ajustes:
- Balance Final: 0.0

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5328670 | 979.12 |
| Total: | 979.12 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5328670

Cant. Deposito: ___$979.12___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 5303 | $979.12 |
| Total: | | $979.12 |

TRAY 135 SQ 30691**************SCH 5-DIGIT 00791    30691 2 AV 0.383
ISTVEN E RAMOS POMALES
PO BOX 683
NAGUABO PR 00718-0683

# NO-NEGOCIABLE

# Certificado Vitalicio

## El Secretario de Educación

Por la presente confiere a

ISTVEN ERICK RAMOS POMALES

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRO DE ESCUELA SECUNDARIA

( Matemáticas )

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el  28 de mayo  de 19 93 .

Dado en San Juan de Puerto Rico, el  1 de junio  de 19 93 .

Secretario de Educación

Número 3210

Steven E. Ramos Pomales
Apartado 683
Aguada P.R. 00718

Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

7015 3430 0000 9637 3025