10 febrero de 2020

Saludos:

Mi nombre es Wilma Enid Cruz Torres y resido en la Urbanización Mansiones del Caribe 344, Calle Topacio, Humacao, Puerto Rico 00791. Mi número de seguro social es ¨¨

Estudié en la Universidad de Puerto Rico desde el año 1973 hasta el año1977, donde obtuve un bachillerato de Maestra de Inglés del Nivel Secundario. Comencé a trabajar para el Departamento de Educación en el año 1977 en calidad de maestra de inglés en el pueblo de Yabucoa donde se me otorgó la permanencia y trabajé por 17 años consecutivos en diferentes escuelas. En el año 1994 me trasladé al Distrito Escolar de Humacao donde trabajé como Maestra de Inglés de Nivel Secundario hasta alcanzar mi jubilación en el año 2009. Me retiré con 32 años de experiencia y 56 años de edad.

Durante mis años de experiencia se ofrecieron unos aumentos de sueldo, el Romerazo, Hernández Colón, etc. y no me fueron adjudicados y los estoy solicitando por derecho. Adjunto copia de una Certificación con el número de Certificado de Maestra de Inglés SecundarioVitalicio(#1144) y copia del Sistema de Retiro de Maestros Pensionados donde indica la información relacionada con todo lo relacionado con la pensión que me fué otorgada como evidencia. Cualquier información adicional me pueden contactar al 787-983-0226 y mi correo eléctronico es wilmae_ cruz@hotmail.com

Gracias.

*Wilma E. Cruz Torres*

Wilma E. Cruz Torres
wilmae_ cruz@hotmail.com
Tel. 787-983-0226

RECEIVED & FILED 2020 FEB 11 PM 4:33 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 12/16/2019
Hasta: 12/31/2019

Business Unit: PUERT
Aviso #: 5319088
Fecha Aviso: 12/30/2019

WILMA E CRUZ TORRES
MANS DEL CARIBE
344 CALLE TOPACIO
HUMACAO PR 00791-5232
SS: XXX-XX-1989

# Empleado: XXXXX1989
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: AÑOS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,203.41 Monthly

DATA IMP:     Federal    PR
Estado Civil: Married    Married
Concesiones:  0          39 -99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,101.71 | 1,957.50 | 26,441.04 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,101.71 | 1,957.50 | 26,741.04 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 31.50 | 726.00 |
| CO-COOP MAESTRO PR | 136.71 | 3,281.04 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 84.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 |
| Ahorros-AEELA | 33.05 | 793.20 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 533.44 |
| Total: | 213.26 | 5,621.68 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1,200.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,101.71 | 0.00 | 213.26 | 888.45 |
| Acumulado: | 26,741.04 | 0.00 | 5,621.68 | 21,119.36 |

### PTO HORAS ACUM
- Balance Inicial: 0.0
- Acumulado:
- Utilizado:
- Donada:
- Ajustes:
- Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Aviso #5319088    888.45
Total: 888.45

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 12/30/2019

Aviso No. 5319088

Cant. Deposito: $888.45

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $888.45 |
| Total: | | $888.45 |

TRAY 139 SQ 31815**************SCH 5-DIGIT 00791    31815 1 AV 0.383
WILMA E CRUZ TORRES
MANS DEL CARIBE
344 CALLE TOPACIO
HUMACAO PR 00791-5232

**NO-NEGOCIABLE**



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

DEPARTAMENTO DE EDUCATION

# CERTIFICACION

Certifico que WILMA E. CRUZ TORRES seguro social XXX-XX-1989, posee el siguiente certificado.

MAESTRA DE EDUCACION SECUNDARIA INGLES VITALICIO, Número 1144, desde el día 22 de julio de 1983.

Certifico hoy 25 de septiembre de 2014, a petición de la solicitante.

*José E. Báez Bisonó*
José E. Báez Bisonó
Oficial de Certificaciones Docentes.

P.O. Box 190759

San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2465



El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas politicas o religiosas, edad o impedimento en sus actividades, servicios educativos y oprtunidades de empleo.

Wilma E. Cruz Torres
Urb. Mansiones del Caribe 344
Calle Topacio D-34
Humacao, P.R. 00791

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

CERTIFIED MAIL

7015 3430 0000 9637 3001

7015 3430 0000 9637 3001