11 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | Sonia Rivera Hernández |
| Dirección: | P.O Box 9991 |
| | Cidra, PR 00739 |
| Teléfono: | 787-944-3811 |
| Correo Electrónico: | sriverah84@gmail.com |
| Numero de reclamación: | 141910 |

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo 111

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS

como representante de

Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de puerto rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra17 BK 3283-LTS) (últimos cuatro dígitos del numero federal de contribuyente:3481)
2. La corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del numero federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ÄCT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del numero federal de contribuyente:3808)

4. El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del numero federal de contribuyente: 9686);
5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi reclamación 141910 por las siguientes leyes: Ley 164 (escala salarial), Ley 9 (Quinquenio) y Ley 89 (Romeraso), por la cual considero tengo derecho de acuerdo a mis años de servicio en el Departamento de la Familia como empleada de carrera regular desde el 27 de agosto de 1984, hasta el presente.

Le incluyo certificación empleo.

Gracias,

Sonia Rivera Hernandez