

Secretariado

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Sonia Rivera Hernández**, Número de Seguro Social, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socioeconómico en la **Oficina Local de Cayey**.

La señora **Rivera** ofrece servicios como **Técnica de Asistencia Social y Familiar III**. Comenzó en la agencia el **27 de agosto de 1984**. La empleada devenga un salario bruto de $2,292.00 mensual.

Certifico hoy, **5 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373