Reclamante: Carmen L. Colón Torres

Número de Procedimiento: 17 BK 3283-LTS

Números de Reclamación: 50178, 86673, 97757

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde mayo 1973 hasta Sept. 2006 como Oficinista Duct. III en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

|  | #Reclamación | Cantidad Adeudada |
|---|---|---|
| 1. Ley 89 – julio de 1995 – Romerazo | 50178 | $ 13,200.00 |
| 2. Ley 109 – junio, 2008 - Escala salarial – Paso | 86673 | $ |
| 3. Ley 96 – julio 2002 – Aumento de sueldo | 97757 | $ 4,800.00 |
| 4. Ley 164 – julio 2003 – Aumento de sueldo | 97757 | $ 3,600.00 |
|  | Gran Total | $ 21,600.00 |

Así como otras leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada. Muy agradecida por su atención a esta reclamación.

Atentamente,

Carmen L. Colón Torres

## RÉPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Carmen L. Colón Torres

Dirección: P. O. Box 792
Juana Díaz, Puerto Rico 00795

Teléfono: (787)- 934-7956

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo

    #49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

    #94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

    #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

        Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

    Ley 89 Romerazo – Efectiva en 1 de julio de 1996

    Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el . de . . . , de . . . hasta el . . de . . . de . . . ( . años) de labor como .

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Cerficación de años de servicio en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.
Certificación aprobando Pensión por Mérito del Sistema de Retiro de los Empleados del Gobierno y la Judicatura del Estado Libre Asociado de Puerto Rico.
Carta de Renuncia por Mérito
Solicitud para Acogerse al Programa de Retiro Incentivado
Aceptación de Renuncia por Mérito

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

Carmen L. Colón Torres
Carmen L. Colón Torres
Teléfono - (787)-934-7956

2