| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Torres, Carmen L. | 86673 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Torres, Carmen L. | 86673 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000072

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| COLON TORRES, CARMEN L. | 97757 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $8,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| COLON TORRES, CARMEN L. | 97757 | 6/26/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $8,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| COLON TORRES, CARMEN L. | 50178 | 6/14/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $13,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| COLON TORRES, CARMEN L. | 50178 | 6/14/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $13,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Carmen L. Colón Torres,** seguro social **XXX-XX-1330,** ocupó un puesto **Regular** de **Oficinista Mecanógrafo III** en el Distrito Escolar de Santa Isabel. Prestó servicios desde el **1 de mayo de 1972** hasta el **29 de septiembre de 2006** y devengó un salario de **$1,590.00** mensuales.

Dada en San Juan, Puerto Rico, el 6 de febrero de 2020, según solicitada por la empleada.

Marieliz D. Arroyo Figueroa
Supervisora



P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



*Estado Libre Asociado de Puerto Rico*
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 • SAN JUAN, PR 00940-2003

8 de septiembre de 2006

CARMEN L COLON TORRES
PO BOX 792
JUANA DIAZ PR 00795

Estimado (a) señor (a) COLON:

Deseamos informarle que su solicitud de pensión por **MERITO** ha sido aprobada efectiva el **30 SEPTIEMBRE 2006**. La pensión que le corresponde de acuerdo con la legislación vigente es de **$1,164.27** mensuales. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por años de servicio y edad o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Le informamos que usted se acogió al Plan Coordinado y su pensión será reajustada al usted adquirir la condición de plenamente asegurado bajo la Ley Federal del Seguro Social. De usted interesar cambiar al Plan de Completa Suplementación deberá solicitarlo en nuestras oficinas.

Si necesita información adicional al respecto, puede solicitar la misma en nuestras oficinas o comunicarse libre de costo, a través de TELERETIRO AL 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Juan A. Cancel Alegría
Administrador

Daniel Rodríguez Cotto
Director
Area de Servicios al Pensionado

ifr

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACION
Escuela de la Comunidad Juanita Rivera
Juana Díaz, Puerto Rico

12 de junio de 2006

Sra. Enid López González
Directora
Escuela de la Comunidad Juanita Rivera
Juana Díaz, Puerto Rico

Estimada señora López:

Por la presente solicito se acepte mi renuncia de la plaza de Oficinista Mecanógrafo III que ocupo con carácter permanente en la escuela que usted dirige. La misma será efectiva el 29 de septiembre de 2006.

Motiva esta petición de renuncia las razones expuestas a continuación:
    Mérito
    RETIRO POR AÑOS DE SERVICIO Y EDAD    .

Atentamente,

*[firma]*
Carmen L. Colón Torres

Vo. Bo.: *[firma]*
Enid López González
Directora

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACION
Escuela de la Comunidad Juanita Rivera
Juana Díaz, Puerto Rico

12 de __junio__ de 2006

Sra. Carmen L. Colón Torres
Oficinista Mecanógrafo III
Juana Díaz, Puerto Rico

Estimada señora Colón:

Por la presente se le acepta la RENUNCIA de su plaza de __Oficinista Mecanógrafo III__, para ser efectiva el día 29 de septiembre de 2006.

Permítanos expresar a usted a nombre del Departamento de Educación gratitud por los servicios prestados al sistema escolar, y desearle toda clase de éxito en sus nuevas actividades.

Atentamente,

Enid López González
Directora



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACION
Secretaría Auxiliar de Recursos Humanos

### SOLICITUD PARA ACOGERSE AL PROGRAMA DE RETIRO INCENTIVADO
(PRI)

Para acogerse al PRI, el empleado debe cumplir con todos los requisitos para la pensión bajo la Ley 447 del 15 de mayo de 1951, según enmendada.

| Nombre: Colón Torres, Carmen L. | Fecha tentativa de retiro: 30 de septiembre de 2006 |
|---|---|
| Apellido Paterno, Materno, Nombre | dd/mm/año |
| P. O. Box 792 | Seguro Social: |
| Juana Díaz, Puerto Rico | Fecha de Nacimiento: 19 de marzo de 1951 |
| 00795 | Edad: 55 Años — Teléfono: Cel. - (787)934-7956 |
| Dirección Postal | Fecha de ingreso a Retiro: 1ro. de mayo de 1972 |

**Fecha seleccionada para recibir el incentivo económico**

[ ] Mes que recibirá la Pensión    [XX] Enero de 2007

Años acreditados: **34 Años**     Años sin acreditar:

**Tipo de Pensión**

| Edad y Años de Servicios | Mérito* |
|---|---|
| [ ] 10 años de servicios y 58 años de edad | [XXX] 30 años de servicios acreditados y 55 de edad |
| [ ] 10 años de servicios y 58 años de edad (Para empleados que ingresaron después del 1 de abril de 1990.) | [ ] 30 años servicio sin edad |

*Empleados que ingresaron a Retiro antes del 1 de abril de 1990

**Incentivo de tres(3) meses de sueldo será de aplicación a:**
1. Empleados que al 30 de septiembre de 2006, hayan cumplido 30 años o más de servicios acreditados y cincuenta y cinco (55) años de edad.

**Incentivo de cuatro (4) meses de sueldo será de aplicación a:**
1. Empleados que al 30 de septiembre de 2006, hayan completado diez (10) o más años de servicios acreditados y 58 años o más de edad; si ingresaron en o antes del 1 de abril de 1990.
2. Empleados que al 30 de septiembre de 2006 hayan completados diez (10) o más años de servicios acreditados y 65 años o más de edad; si ingresaron despuués del 1 de abril 1990.
3. Empleados que hayan completado 30 años de servicios acreditados, sin requisito de edad.

Fecha acogido al PRI: **8 de junio de 2006**     Firma del participante: *Carmen L. Colón Torres*

La decisión de acogerse al Programa de Retiro Incentivado es final, firme e irrevocable. La fecha límite para participar es el 15 de junio de 2006