Carmen
P.O. Box
Juana Díaz, Puerto Rico
00795

RECEIVED & FILED

2020 FEB 11 PM 4:

CLERK'S OFFICE

SAN JUAN P



1000



00918



U.S. POSTAGE P
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 10, 20
AMOUNT

**$1.40**

R2305K135197-0

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767