10 de febrero de 2020

A quien corresponda:

Mi nombre es. Yolanda Alverio Meléndez. Mi número de seguro social es xxx-xx-5755. Estudié en la Universidad de Puerto Rico, donde obtuve un bachillerato de Maestra de nivel elemental. Trabajé para el Departamento de Educación en calidad de maestra de español en el nivel secundario donde obtuve mi permanencia. Trabajé por 30 años consecutivos en diferentes escuelas y niveles y me retiré de maestro del sistema público el 31 de mayo de 2013 del puesto R17332. Durante mis años de experiencia se ofrecieron unos aumentos de sueldo, el Romerazo, Hernández Colón, etc. y a mi entender; (sin deseo de solicitar lo que no me corresponde) no me fueron adjudicados y los estoy solicitando por derecho aunque entiendo que en términos de cantidades puede variar. Adjunto copia de una Certificación con el número de Certificado de Maestra de Español Secundario Vitalicio y copia del Sistema de Retiro de Maestros Pensionados donde indica la información relacionada con todo lo relacionado con la pensión que me fue otorgada como evidencia. Me gustaría, de ser necesario, indicaran si hay documentos específicos que ustedes necesiten ya que en ese sentido no sé qué necesitan. Gracias por el interés prestado.

Cualquier información adicional me pueden contactar al 787-242-6276 y mi correo electrónico es yolyalverio@hotmail.com Gracias.

Cordialmente,

Yolanda Alverio Meléndez

Tel. 787- 242-6276