*Estado Libre Asociado de Puerto Rico*
*Departamento de Educación*
*Oficina Regional Educativa*
*Humacao, Puerto Rico*

---

Oficina Recursos Humanos Docente

## CERTIFICACIÓN

La Prof. Yolanda Alverio Meléndez, Número de Segur Social REDACTED5755, posee Certificado Regular de:



*Categoría*

Maestra Español Nivel Secundario
#.1915
Vitalicio
Efectivo 01/24/1992

Esta información se recopiló a través del Sistema de Datos del Área de Recursos Humanos. Se expide esta certificación a petición de la Prof. Alverio, Dada en Humacao, Puerto Rico, el 19 de febrero de 2010.

José Luis Cruz Arroyo
Director
Región Educativa Humacao

SELLO OFICIAL

P.O. Box 9340 Humacao, Puerto Rico 00792 Teléfono (787) 852-0010 FAX (787) 850-2670

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades.



**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

ESCUELA ACREDITADA DE LA COMUNIDAD
SU AGAPITO LOPEZ FLORES
DISTRITO ESCOLAR DE LAS PIEDRAS


Oficina Directora

17 de diciembre de 2012

Sra. Yolanda Alverio Meléndez
Maestra de Español 8vo y 9no
Nivel Intermedio

Sra Alverio:

Gracias por los servicios ofrecidos a nuestra escuela durante el tiempo que estuvo colaborando. Aceptamos su renuncia efectiva el 31 de mayo de 2013 con número de puesto R17332 en la plaza de maestro de Español de 8vo y 9no.

Gracias por sus servicios.

Cordialmente,

Zugeilys Ortiz Beltrán
Directora Escolar



URB. VERDE MAR CALLE 6 FINAL APARTADO 911 PUNTA SANTIAGO PR 00741   TEL. 852-6494  FAX 850-0263
Departamento de Educación no discrimina por razón de raza, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos oportunidades de empleo.

| Formulario Form **480.7C** Rev. 07.18 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO Departamento de Hacienda - Department of the Treasury DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES | F1493221376 |
|---|---|---|

**Original**

| AÑO CONTRIBUTIVO: **2018** TAXABLE YEAR: | FECHA Y HORA SOMETIDA DATE AND TIME SUBMITTED: 23-ene-2019 08:26 p.m. | Número de Confirmación de Radicación Electrónica Electronic Filing Confirmation Number |
|---|---|---|

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm de Identificación Patronal - Employer Identification Number **66-0433481-592** | Núm. de Seguro Social - Social Security No. | Núm. de Identificación Patronal - Employer Identification No. **66-0433481** |
| Nombre-Name **SISTEMA DE RETIRO MAESTRO PENS** | Nombre-Name **YOLANDA ALVERIO MELENDEZ** | Nombre del Plan - Name of Plan **SISTEMA DE RETIRO MAESTRO PENS** |
| Dirección-Address **10 PASEO COVADONGA SAN JUAN PR 00901-2613** | Dirección-Address **PO BOX 10006 HUMACAO 007910000** | Nombre de quien auspicia el plan - Plan sponsor's name **SISTEMA DE RETIRO MAESTRO PENS** Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día/Day **27** Mes/Month **7** Año/Year **2013** |

Marque el encasillado correspondiente: - Check the corresponding box:

| Forma de Distribución: - Form of Distribution: | | | Tipo de Plan o Anualidad: - Plan or Annuity Type: | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Total / Lump Sum | ☐ Parcial / Partial | ☒ Pagos Periódicos / Periodic Payments | ☒ Gubernamental / Governmental | ☐ Privado Calificado / Qualified Private | ☐ No Calificado / Non Qualified | ☐ Anualidad Fija / Fixed Annuity | ☐ Anualidad Variable / Variable Annuity |

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | 0.00 | 16. Cantidad Distribuida / Amount Distributed | 24,645.12 |
| 2. Distribución Vía Transferencia / Rollover Distribution | 0.00 | 17. Cantidad Tributable / Taxable Amount | 24,345.12 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 65,249.47 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | 0.00 | 20. Ingresos Exentos / Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | 0.00 | 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 | A. Exentas / Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | 0.00 | B. Tributables / Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| | | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 | E. Total (Suma líneas 20A a la 20D) / Total (Add lines 20A through 20D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 | 22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 | 23. Código de Distribución / Distribution Code | **A** ☐ |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | 0.00 | Razones para el Cambio / Reasons for the Change | |

| Número de Cuenta Bancaria Bank Account Number | Número de Control Control Number **180032734** | Número de Control de la Declaración Informativa Original Control Number of Original Informative Return **000000000** |
|---|---|---|

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS
ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.