Yolanda Alverio Melendez
Urb. Jardin Central
Calle Providencia #53
Humacao, P.R. 00791

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

CERTIFIED MAIL

7015 3430 0000 9637 2967

U.S. POSTAGE PAID
FCM LETTER
PUNTA SANTIAGO, PR
00741
FEB 10, 20
AMOUNT
$4.10
R2307M152684-02