ASR-PA-004
04/2632

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
ESTACIÓN MINILLAS P O BOX 42003 SAN JUAN P R 00940

## HOJA DE SERVICIO

### SECCIÓN I. DATOS RELACIONADO CON EL PARTICIPANTE

1. Apellido Paterno, Materno, Nombre e Inicial: DIAZ SANTOS RAFAEL
2. Núm. Seguro Social: R.D.S
3. Fecha de nacimiento: R.D.S
4. Sistema de Retiro al que pertenece:
   - ● Retiro Definido (Ley Núm. 447)
     - Tipo de Plan Acogido: ☐ Completa Suplementación  ☑ Coordinado
   - ○ Programa de Cuentas de Ahorro para el Retiro (Ley Núm. 305)
     1. Aportación al Programa: ☐ 8.275%  ☐ 9.0%  ☐ 9.50%  ☐ 10.00%
     2. Alternativa de Inversión: ☐ Ingreso Fijo  ☐ Cartera de Inversión del Sistema
        ☐ Combinación  Ingreso Fijo _____ porciento  Cartera _____ porciento
   3. Fecha del primer descuento Retiro: 3 OCT. 83
   4. Fecha del último descuento: 15 junio 2013

### SECCIÓN II. DATOS RELACIONADOS CON LA AGENCIA QUE PRESTÓ SERVICIOS

5. Nombre de la Agencia: Administración Desarrollo Socioeconómico de la Familia
6. Código: 127
7. Dirección Postal: P. O. Box 8000, San Juan, Puerto Rico 00910-0800
   Mayra I. Pérez/mpr
8. Dirección Física: Capitol Office Building, #800 Pda. 11 Miramar, Santurce, P.R.
9. Núm. de Teléfono: (787) 289-7600 ext. 2438
10. Núm. de Fax: (787) 289-7602

### SECCIÓN III. DETALLE DE LOS SERVICIOS PRESTADOS

| 11. Clasificación del Puesto | 12. Status del Empleado | 13. Períodos de Servicio Desde Día/Mes/Año | 13. Períodos de Servicio Hasta Día/Mes/Año | 14. Sueldo Mensual | 15. Sueldo Diferencial | 16. Horas Trabajadas | 17. Salario por Hora | 18. Total Sueldos Devengados | 19. Aportación Mensual Retiro |
|---|---|---|---|---|---|---|---|---|---|
| CONSERJE I | REGULAR | 03/10/83 | 31/03/84 | $ 385.00 | | | | $ 2,285.18 | $ 102.83 |
| | | 01/04/84 | 14/04/86 | $ 442.00 | | | | $ 10,814.22 | $ 486.64 |
| | | 15/04/86 | 31/03/88 | $ 545.00 | | | | $ 12,825.72 | $ 577.16 |
| | | 01/04/88 | 02/10/88 | $ 585.00 | | | | $ 3,547.74 | $ 165.84 |
| | | 03/10/88 | 31/03/90 | $ 607.00 | | | | $ 10,886.82 | $ 528.33 |
| | | 01/04/90 | 30/06/90 | $ 607.00 | | | | $ 1,821.00 | $ 109.41 |
| | | 01/07/90 | 15/01/91 | $ 657.00 | | | | $ 4,259.85 | $ 269.96 |
| | | 16/01/91 | 31/03/91 | LICENCIA SIN SUELDO | | | | $ - | $ - |
| | | 01/04/91 | 31/03/93 | $ 657.00 | | | | $ 15,768.00 | $ 974.64 |
| | | 01/04/93 | 16/12/93 | $ 659.00 | | | | $ 5,612.16 | $ 354.39 |
| | | 17/12/93 | 31/03/94 | $ 683.00 | | | | $ 2,379.45 | $ 155.65 |

20. Observaciones:

### SECCIÓN IV. CERTIFICACIÓN

21. CERTIFICO que la información aquí provista es cierta y correcta
    - Nombre del Director de Recursos Humanos o su Representante Autorizado: MAYRA I. PEREZ ROMAN
    - Firma: [signature]
    - Puesto que ocupa: Coordindora Asuntos de Retiro
    - Fecha (Día/Mes/Año): 17 abril 2013

Conservación: Igual al expediente cúal forma parte.

CERTIFICO QUE ESTA COPIA ES FIEL Y EXACTA DE SU ORIGINAL

**ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
ESTACIÓN MINILLAS P O BOX 42003 SAN JUAN P R 00940

## HOJA DE SERVICIO

### SECCIÓN I. DATOS RELACIONADO CON EL PARTICIPANTE

1. Apellido Paterno, Materno, Nombre e Inicial: **DIAZ SANTOS RAFAEL**
2. Núm. Seguro Social: R.D.S
3. Fecha de nacimiento: R.D.S
4. Sistema de Retiro al que pertenece:
   - ● Retiro Definido (Ley Núm. 447)
     Tipo de Plan Acogido ☐ Completa Suplementación  ☑ Coordinado
   - ○ Programa de Cuentas de Ahorro para el Retiro (Ley Núm. 305)
     1. Aportación al Programa ☐ 8.275% ☐ 9.0% ☐ 9.50% ☐ 10.00%
     2. Alternativa de Inversió ☐ Ingreso Fijo ☐ Cartera de Inversión del Sistema
        ☐ Combinación Ingreso Fijo _____ porciento Cartera _____ porciento
   - 3. Fecha del primer descuento Retiro: **3 OCT. 83**
   - 4. Fecha del último descuento: **15 junio 2013**

### SECCIÓN II. DATOS RELACIONADOS CON LA AGENCIA QUE PRESTÓ SERVICIOS

5. Nombre de la Agencia: Administración Desarrollo Socioeconómico de la Familia
6. Código: 127
7. Dirección Postal: P. O. Box 8000, San Juan, Puerto Rico 00910-0800
   Mayra I. Pérez/mpr
8. Dirección Física: Capitol Office Building, #800 Pda. 11 Miramar, Santurce, P.R.
9. Núm. de Teléfono: (787) 289-7600 ext. 2438
10. Núm. de Fax: (787) 289-7602

### SECCIÓN III. DETALLE DE LOS SERVICIOS PRESTADOS

| 11. Clasificación del Puesto | 12. Status del Empleado | 13. Períodos de Servicio Desde Día/Mes/Año | 13. Períodos de Servicio Hasta Día/Mes/Año | 14. Sueldo Mensual | 15. Sueldo Diferencial | 16. Horas Trabajadas | 17. Salario por Hora | 18. Total Sueldos Devengados | 19. Aportación Mensual Retiro |
|---|---|---|---|---|---|---|---|---|---|
| CONSERJE I | REGULAR | 03/10/83 | 31/03/84 | $ 385.00 | | | | $ 2,285.18 | $ 102.83 |
| | | 01/04/84 | 14/04/86 | $ 442.00 | | | | $ 10,814.22 | $ 486.64 |
| | | 15/04/86 | 31/03/88 | $ 545.00 | | | | $ 12,825.72 | $ 577.16 |
| | | 01/04/88 | 02/10/88 | $ 585.00 | | | | $ 3,547.74 | $ 165.84 |
| | | 03/10/88 | 31/03/90 | $ 607.00 | | | | $ 10,886.82 | $ 528.33 |
| | | 01/04/90 | 30/06/90 | $ 607.00 | | | | $ 1,821.00 | $ 109.41 |
| | | 01/07/90 | 15/01/91 | $ 657.00 | | | | $ 4,259.85 | $ 269.96 |
| | | 16/01/91 | 31/03/91 | LICENCIA SIN SUELDO | | | | $ - | $ - |
| | | 01/04/91 | 31/03/93 | $ 657.00 | | | | $ 15,768.00 | $ 974.64 |
| | | 01/04/93 | 16/12/93 | $ 659.00 | | | | $ 5,612.16 | $ 354.39 |
| | | 17/12/93 | 31/03/94 | $ 683.00 | | | | $ 2,379.45 | $ 155.65 |

20. Observaciones:

### SECCIÓN IV. CERTIFICACIÓN

21. CERTIFICO que la información aquí provista es cierta y correcta
    Nombre del Director de Recursos Humanos o su Representante Autorizado: **MAYRA I. PEREZ ROMAN**
    Firma: *[signature]*
    Puesto que ocupa: Coordindora Asuntos de Retiro
    Fecha (Día/Mes/Año): **17 abril 2013**

Conservación: Igual al expediente cuál forma parte.

CERTIFICO QUE ESTA COPIA ES FIEL Y EXACTA DE SU ORIGINAL

ASR-PA-004 "Cont"
Rev. ene./08

| SECCIÓN III. DETALLE DE LOS SERVICIOS PRESTADOS | | Continuación | Nombre del participante | | RAFAEL DIAZ SANTOS | | | S.S. | 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 |
|---|---|---|---|---|---|---|---|---|---|
| 12. Clasificación del Puesto | 13. Estatus del Empleado | 14. Periodos de Servicio | | 15. Sueldo Mensual | 16. Sueldo Diferencial | 17. Horas Trabajadas | 18. Salario por Hora | 19. Total Sueldos Devengados | 20. Aportación Mensual Retiro |
| | | Desde Día/Mes/Año | Hasta Día/Mes/Año | | | | | | |
| | | 01/04/94 | 30/04/94 | $ 691.00 | | | | $ 691.00 | $ 43.43 |
| | | 01/05/94 | 30/06/94 | 744.00 | | | | 1,488.00 | 95.62 |
| | | 01/07/94 | 31/08/95 | 859.00 | | | | 12,026.00 | 802.62 |
| AUXILIAR DE SERVICIOS GENERALES | | 01/09/95 | 28/02/96 | 859.00 | | | | 5,154.00 | 343.98 |
| OFICINISTA II | | 01/03/96 | 30/09/99 | 925.00 | | | | 39,775.00 | 2,711.58 |
| | | 01/10/99 | 15/12/99 | 985.00 | | | | 2,446.55 | 174.75 |
| | | 16/12/99 | 31/12/99 | 1,026.00 | | | | 529.60 | 43.82 |
| | | 01/01/00 | 31/12/00 | 1,126.00 | | | | 13,512.00 | 953.04 |
| | | 01/01/01 | 30/06/02 | 1,226.00 | | | | 9,808.00 | 701.60 |
| | | 01/07/02 | 30/06/03 | 1,326.00 | | | | 15,912.00 | 1,151.64 |
| | | 01/07/03 | 30/06/04 | 1,476.00 | | | | 17,712.00 | 1,300.68 |
| | | 01/07/04 | 30/06/06 | $ 1,626.00 | | | | $ 39,024.00 | $ 2,899.20 |
| | | 01/07/06 | 31/12/07 | 1,726.00 | | | | 31,068.00 | 2,323.26 |
| | | 01/01/08 | 30/06/08 | 1,826.00 | | | | 10,956.00 | 824.10 |
| | | 01/07/08 | 30/06/12 | 1,926.00 | | | | 92,448.00 | 6,989.76 |
| | | 01/07/12 | 15/06/13 | 2,135.00 | | | | 24,552.55 | 1,880.46 |
| | | 15/06/13 | JUBILACION | | | | | | |

Conservación: Igual al expediente del cúal forma parte.

CERTIFICO QUE ESTA
COPIA ES FIEL Y EXACTA
DE SU ORIGINAL