6 de febrero de 2020

Honorable Jueza Z. Taylor:

 Con relación a mi caso, deseo informarle que soy empleado público retirado desde el 2018. En mi ponencia, en la cual solicito una compensación, lo hago basado en lo siguiente: Para el año 2013 entró en vigor la ley promesa, mientras yo continuaba laborando para el Departamento de Educación. En ese momento firmé con ellos (Departamento de Educación) para que luego de 30 de años de servicio, la cantidad monetaria de mi pensión fuese el 75% de mi salario mensual, en base al sueldo trabajado hasta ese momento. Esa cantidad debía ser: $1,455.00 mensuales.

 Para el año 2018, me retiro con una pensión del 40% ya teniendo los 30 años de servicio. No siendo esto lo previamente acordado, lo cual debía ser un 75%. Basados en mi salario de $1,920.00 el 40% de esto es $674.00 mensuales.

 En el año 2013 los empleados públicos se retiraban con una pensión de un 75% y una ayuda de plan médico. En comparación al 2018, año en el que yo me retiro, la diferencia es un 35% menos y sin ayuda de plan médico.

 Mi entrada de capital se ha visto reducida en un 35% menos, lo cual, en dólares se refiere a $676.00 menos en mi pensión, sin ayuda para plan médico. Todo esto ocurre entre el gobierno de Puerto Rico (ELA) y la ley promesa.

 A los pensionados del 2013 y años anteriores según acordado con el gobierno de Puerto Rico y la junta de control fiscal (PROMESA), era que se les quitase un 10% de su retiro. Por ejemplo, un pensionado con una cantidad de $1440.00, recibiría $1,296.00 mensuales.

 Para el 2013 yo tenía 24 años, 8 meses de servicio en el Departamento de Educación, por lo cual no me pude retirar.

 Humildemente le expreso que la negociación entre la Junta de Control Fiscal y el gobierno de Puerto Rico, fue una no justa para nosotros los empleados públicos, y que de pagar $144.00 a la deuda del país, estoy pagando de mi pensión $676.00 mensuales, lo cual es una diferencia de $532.00 mensuales menos para poder costear mis gastos. Añadiendo a esto que no recibo ninguna ayuda para plan médico.

 Debido a esta situación el gobierno de Puerto Rico y la junta de control fiscal, me han colocado en una situación precaria con relación a mi pensión. Esto porque con los $674.00 que recibo, debo costear $240.00 de plan médico, ya que no cualifico para Reforma, los aumentos tanto en energía eléctrica, como en la autoridad de acueductos y alcantarillados, el IVU de todo lo que consuma con el dinero restante. Sin contar los aumentos que se aproximan. Con esa cantidad de dinero es imposible poder costear todos mis gastos mensuales.

Muy respetuosamente y debido a lo anteriormente expuesto en esta carta, le solicito la compensación. Esto me ayudaría en mi actual situación económica y estaría a la par con los demás pensionados del país.

Agradecido por tomar cartas en el asunto,

*[firma]*
Carlos Rodríguez Rivera

*Carlos Rodríguez Rivera*
*AA-20 C/ Almendro*
*Urb Los Colobos Park*
*Carolina P.R. 00985*