10 de febrero de 2020

Tribunal de Distrito de los Estados Unidos
Honorable Juez L. Taylor Swain

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 11 PM 2:04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Muy respetuosamente yo Tomás Díaz García con # de Seguro Social y con la dirección postal Calle Consumel #466 Embalse San José P.R. 00923 me dirijo a usted en relación a mi caso número de reclamación **120084** para el Commonwealth of Puerto Rico para solicitar mi compensación por mis años de servicio al Departamento de Educación, donde comencé a trabajar para septiembre de 1992 hasta la actualidad, tengo 28 años en el sistema.

Durante años no se han recibido aumentos salariales ni pasos esto es desde el 2013, reclamo que hago a este Sistema de Gobierno y al Estado Libre Asociado de Puerto Rico, esto fueron leyes que a su vez se enmendaron para no cumplir con lo estipulado incluyendo también el bono de navidad que al pasar de los años lo han ido reduciendo hasta llegar a unos $560.00 cuando originalmente eran $960.00 porque el dinero designado para esto y para los aumentos y pasos fueron desviados o hicieron malversación de fondos a lo que hoy día el sueldo recibido no da abasto para poder cumplir con las responsabilidadesdel diario vivir. Debido a lo anteriormente expuesto en esta carta es que solicito mi compensación.

Agradecido por tomar cartas en el asunto,

*Tomás Díaz García*
Tomás Díaz García