INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 11 PM 2:04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

10 de febrero de 2020

Tribunal de Distrito de los Estados Unidos
Honorable Juez L. Taylor Swain

Yo Madeline Fernández Cordero con número de Seguro Social            cuya dirección postal es Coop. Villa Kennedy Edif. 8 Apt.180 San Juan P.R. 00915 muy respetuosamente me dirijo a usted en relación a mis casos número de reclamación **162293** para el Commonwealth of Puerto Rico y el número de reclamación **131808** para Employees Retirement System of the Goverment of the Commonwealth of Puerto rico para solicitar mis compensaciones por mis años de servicio al Departamento de Educación y asegurar mi Retiro, en el cúal comencé a trabajar para el año 1992 hasta la actualidad. Para el año 2013 entró en vigor la Ley Promesa donde se les quitaría el 10% a los retirados, situación que eventualmente me afectará y actualmente está afectando al pueblo ya que al paso de los años ese acuerdo hecho por el Gobierno de P.R. y la Junta de Control Fiscal (PROMESA)se ha ido quebrantando. Inicialmente yo firmé con el Departamento de Educación para una pensión de un 75%, ya para cuando finalice mis años de servicio no se sabe si tendré un retiro seguro, hasta la fecha tengo 28 años en el sistema y no lo encuentro justo. De eso se trata de hacernos justicia y velar por nuestros derechos todo va en aumento excepto los salarios haciendo el pueblo pagar por errores o malversación de fondos por parte del Gobierno de Puerto Rico.

En esta misma fecha para el 2013 dejamos de recibir aumentos salariales y pasos, esto es otro reclamo que hago al Sistema de Gobierno Estado Libre Asociado de Puerto Rico, estos fueron ofrecimientos que se hicieron Ley, leyes que al mismo tiempo se enmendaron para no cumplir con lo estipulado incluyendo también el bono de navidad porque los fondos designados fueron desviados a lo que hoy día el sueldo recibido de $1,862.00 mensual no da abasto para poder cumplir con las responsabilidades que como ciudadana me competen, para también dejar en manos del gobierno mi retiro, mis años de servicio, mi futuro. Debido a lo anteriormente expuesto en esta carta es que solicito mis compensaciones, mi Retiro con el Gobierno es incierto. Adjunto documentos que podrian sustentar mis reclamos. Correo electrónico fernandezmadeline71@yahoo.com.

Agradecida por tomar cartas en el asunto,

Madeline Fernández Cordero