

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

03 de febrero de 2020

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

MADELINE FERNANDEZ CORDERO
BO OBRERO
605 CALLE HAYDEE REXACH
SAN JUAN, PR 00915

Seguro Social: XXX-XX-2

A base de la información en nuestros registros, al 03 de febrero de 2020 usted posee:

Fecha de Nacimiento: 23 de octubre de 1971                            Género: Femenino
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 16.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 8,895.60 | Aportaciones: | 4,846.12 |
| | | Intereses: | 716.99 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| Servicio No Cotizado | | | | | |
| Pagado: | 250.40 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 27,281.92 | Total Aportaciones: | 9,612.59 | Total Aportaciones: | 4,846.12 |
| Beneficio: | 437.68 | Beneficio: | 44.23 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| 081 DEPT DE EDUCACION-CLASIFICADOS | Grupo de Pago: SM-Quincenal | Aviso #: 8463305 |
|---|---|---|
| Ave. Teniente Cesar Gonzalez , Esquina Calaf | Desde: 04/16/2014 | Fecha Aviso: 04/30/2014 |
| HATO REY, PR 00919 | Hasta: 04/30/2014 | |

| MADELINE FERNANDEZ CORDERO | # Empleado: XXXX | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| CALLE SANTA ELENA | Dept: 810614U-SAN JUAN-SAN JUAN (III,IV,V) | Estado Civil: | | Head of Household |
| 2386 CANTERA | Lugar: HAYDEE REXACH | Concesiones: | 0 | 0 |
| SANTURCE, PR 00915-0000 | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-2785 | Sueldo: $1,862.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 931.00 | 645.00 | 7,388.00 | Fed FICA Med Hospital Ins / EE | 13.50 | 114.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 474.20 | Fed OASDI/Disability - EE | 57.73 | 487.46 |
| | | | | | | PR Withholding | 8.54 | 96.53 |
| Total: | | | 931.00 | 645.00 | 7,862.20 | Total: | 79.77 | 697.99 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 93.10 | 738.80 | SI-Seg Incap. Obligatorio | 2.18 | 17.44 | SM-Asoc Maestros de PR | 150.00 | 300.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 55.61 | 444.88 | GPR Retiro Hibrido | 86.35 | 685.24 |
| | | | SM-Asoc Maestros de PR | 17.50 | 70.00 | FSED Disability Plan | 15.83 | 133.68 |
| | | | OS-UNION PASO/ SPT Y SPU | 13.64 | 108.22 | | | |
| | | | Ahorros-AEELA | 27.93 | 221.64 | | | |
| Total: | 93.10 | 738.80 | Total: | 116.86 | 862.18 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 931.00 | 0.00 | 79.77 | 209.96 | 641.27 |
| Acumulado: | 7,862.20 | 0.00 | 697.99 | 1,600.98 | 5,563.23 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #8463305 | 641.27 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 641.27 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE: ' ABRAZA A TUS HIJOS(AS) TODOS LOS DIAS.EXPRESALES AMOR: LINEA DEPTO DE LA FAMILIA: 1-888-359-7777'

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
04/30/2014

Aviso No.
8463305

Cant. Deposito: $641.27

A la
Cuenta(s) De

MADELINE FERNANDEZ CORDERO
CALLE SANTA ELENA
2386 CANTERA
SANTURCE, PR 00915-0000
Localizacion: HAYDEE REXACH

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 641.27 |
| Total: | | 641.27 |

## NO-NEGOCIABLE

**081 DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2015 |
| Hasta: | 10/15/2015 |

Aviso #: 8945507
Fecha Aviso: 10/15/2015

| | |
|---|---|
| MADELINE FERNANDEZ CORDERO | |
| CALLE SANTA ELENA | |
| 2386 CANTERA | |
| SANTURCE, PR 00915-0000 | |
| SS: XXX-XX-2785 | |

| | |
|---|---|
| # Empleado: | XXXXX 5 |
| Dept: | 8106140-SAN JUAN-SAN JUAN (III,IV,V) |
| Lugar: | HAYDEE REXACH |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,862.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 931.00 | 1,545.00 | | 17,689.00 |
| Total: | | 931.00 | 1,545.00 | | 17,689.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.50 | 256.49 |
| Fed OASDI/Disability - EE | 57.72 | 1,096.72 |
| PR Withholding | 8.54 | 162.26 |
| Total: | 79.76 | 1,515.47 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 93.10 | 1,768.90 |
| Total: | 93.10 | 1,768.90 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.18 | 41.42 |
| AE-Asoc Emp ELA-Prest Regular | 69.60 | 1,322.40 |
| SC-AMER FAM LIFE ASS CO | 5.95 | 113.05 |
| OS-UNION PASO/ SPT Y SPU | 13.64 | 259.16 |
| Ahorros-AEELA | 27.93 | 530.67 |
| Total: | 119.30 | 2,266.70 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 132.90 | 1,966.50 |
| FSED Disability Plan | 15.83 | 300.77 |
| SM-Asoc Maestros de PR | 0.00 | 1,296.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 931.00 | 0.00 | 79.76 | 212.40 | 638.84 |
| Acumulado: | 17,689.00 | 0.00 | 1,515.47 | 4,035.60 | 12,137.93 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8945507 | 638.84 |
| Total: | 638.84 |

**MENSAJE:**

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
10/15/2015

Aviso No.
8945507

**Cant. Deposito:** $638.84

**A la Cuenta(s) De**

MADELINE FERNANDEZ CORDERO
CALLE SANTA ELENA
2386 CANTERA
SANTURCE, PR 00915-0000
Localizacion: HAYDEE REXACH

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 638.84 |
| Total: | | 638.84 |

# NO-NEGOCIABLE

| Dept de Educacion-Clasificados<br>Ave. Teniente Cesar Gonzalez, Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: S14 Quincenal<br>Desde: 12/09/2016<br>Hasta: 12/09/2016 | Aviso #: 4814939<br>Fecha Aviso: 12/09/2016 |

| MADELINE FERNANDEZ CORDERO<br>CALLE SANTA ELENA<br>2386 CANTERA<br>SANTURCE, PR 00915-0000<br>SS: XXX-XX-2785 | # Empleado: XXXXX<br>Dept: 8106140-SAN JUAN-SAN JUAN (III,IV,V)<br>Lugar: HAYDEE REXACH<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $1,862.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Head of Household<br>Concesiones: 0   0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 600.00 | | 600.00 |
| Pago de Salarios Regulares | | 0.00 | 0.00 | 1,875.00 | 21,413.00 |
| Total: | | 600.00 | | 1,875.00 | 22,013.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 8.70 | 319.19 |
| Fed OASDI/Disability - EE | 37.20 | 1,364.81 |
| PR Withholding | 0.00 | 196.42 |
| Total: | 45.90 | 1,880.42 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 0.00 | 2,141.30 |
| Total: | 0.00 | 2,141.30 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 50.14 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,355.15 |
| SM-Asoc Maestros de PR | 0.00 | 172.50 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 136.85 |
| OS-UNION PASO/ SPT Y SPU | 0.00 | 313.72 |
| Ahorros-AEELA | 0.00 | 642.39 |
| Total: | 0.00 | 3,670.75 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 10.20 | 374.29 |
| SM-Asoc Maestros de PR | 0.00 | 1,650.00 |
| GPR Retiro Hibrido | 0.00 | 3,184.74 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 600.00 | 0.00 | 45.90 | 0.00 | 554.10 |
| Acumulado: | 22,013.00 | 0.00 | 1,880.42 | 5,812.05 | 14,320.53 |

| Vacacion | Horas | Enfermedad | Horas | Remun Comp | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #4814939 | 554.10 |
|---|---|
| Total: | 554.10 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept de Educacion-Clasificados**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/09/2016

Aviso No.
4814939

Cant. Deposito: $554.10

A la
Cuenta(s) De

MADELINE FERNANDEZ CORDERO
CALLE SANTA ELENA
2386 CANTERA
SANTURCE, PR 00915-0000
Localizacion: HAYDEE REXACH

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 554.10 |
| Total: | | 554.10 |

# NO-NEGOCIABLE

| | | | | | | |
|---|---|---|---|---|---|---|
| 081 Dept de Educacion-Clasificados | | | Grupo de Pago: SM-Quincenal | | Aviso #: | 5861453 |
| Ave. Teniente Cesar Gonzalez, Esquina Calaf | | | Desde: | 01/16/2017 | Fecha Aviso: | 01/30/2017 |
| HATO REY, PR 00919 | | | Hasta: | 01/31/2017 | | |

| | | | | |
|---|---|---|---|---|
| MADELINE FERNANDEZ CORDERO | # Empleado: | XXXXX | DATA IMP: Federal | PR |
| CALLE SANTA ELENA | Dept: | 8106140-SAN JUAN-SAN JUAN (III,IV,V) | Estado Civil: | Head of Household |
| 2386 CANTERA | Lugar: | HAYDEE REXACH | Concesiones: 0 | 0 |
| SANTURCE, PR 00915-0000 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | |
| SS: XXX-XX-2785 | Sueldo: | $1,862.00 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 931.00 | 165.00 | | 1,862.00 | |
| **Total:** | **931.00** | **165.00** | | **1,862.00** | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.50 | 27.00 |
| Fed OASDI/Disability - EE | 57.72 | 115.44 |
| PR Withholding | 8.54 | 17.08 |
| **Total:** | **79.76** | **159.52** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 93.10 | 186.20 |
| **Total:** | **93.10** | **186.20** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.18 | 4.36 |
| AE-Asoc Emp ELA-Prest Regular | 110.45 | 220.90 |
| SM-Asoc Maestros de PR | 10.00 | 20.00 |
| SC-AMER FAM LIFE ASS CO | 5.95 | 11.90 |
| OS-UNION PASO/ SPT Y SPU | 13.64 | 27.28 |
| Ahorros-AEELA | 27.93 | 55.86 |
| **Total:** | **170.15** | **340.30** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 150.00 | 150.00 |
| GPR Retiro Hibrido | 144.54 | 289.08 |
| FSED Disability Plan | 15.83 | 31.66 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 931.00 | 0.00 | 79.76 | 263.25 | 587.99 |
| Acumulado: | 1,862.00 | 0.00 | 159.52 | 526.50 | 1,175.98 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5861453 | 587.99 |
| **Total:** | **587.99** |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

Dept de Educacion-Clasificados  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
01/30/2017

Aviso No.  
5861453

**Cant. Deposito:** $587.99

A la  
Cuenta(s) De

MADELINE FERNANDEZ CORDERO  
CALLE SANTA ELENA  
2386 CANTERA  
SANTURCE, PR 00915-0000  
Localizacion: HAYDEE REXACH

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 587.99 |
| **Total:** | | **587.99** |

## NO-NEGOCIABLE

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Fernandez Cordero, Madeline | 131808 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $200,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Fernandez Cordero, Madeline | 131808 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $200,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000945

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Fernandez Cordero, Madeline | 162293 | 6/29/2018 | Commonwealth of Puerto Rico | $21,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Fernandez Cordero, Madeline | 162293 | 6/29/2018 | Commonwealth of Puerto Rico | $21,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000730

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Fernandez Cordero, Madeline | 162293 | 6/29/2018 | Commonwealth of Puerto Rico | $21,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Fernandez Cordero, Madeline | 162293 | 6/29/2018 | Commonwealth of Puerto Rico | $21,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000730