3 de febrero de 2020

Argentina Sanabria Marty

Giralda # 64 Urb. Sultana

Mayagüez Puerto Rico, 00680

    Respetuosamente me dirijo al Tribunal de Distrito de los Estados Unidos, en Puerto Rico, para presentar mi petición para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, a través de Prime Clerk, con el número de procedimiento #154026, en la Centésima Trigésima Sexta Objeción Global, Anexo A: Defectuosas, por un monto de $13,200.

    Serví al Departamento de Educación como Maestra y Directora de escuela por cincuenta y un años, durante los cuales surgió la Ley #89, del 12 de julio de 1979, bajo la gobernación del honorable Carlos Romero Barceló, que establecía un aumento de salario a los empleados de gobierno. Para esa fecha me encontraba activa y dando mis servicios y este aumento no me fue otorgado. El incumplimiento de esta ley afectó severamente mi pensión a la hora de acogerme a mi retiro.

    Por tanto solicito al honorable Tribunal, no declare a lugar la objeción Global de los deudores, en relación a este reclamo.

    Adjunto evidencia justificativa a mi replica antes expuesta.

Anejos

a. Hoja con el número de reclamación
b. Certificación por años de servicio y retiro del Departamento de Educación
c. Certificación del Sistema de Retiro de Maestros
d. Hoja explicativa de por qué no sometí la evidencia requerida a mí reclamo para la fecha límite del 26 de noviembre de 2019.

Atentamente,

*Argentina Sanabria Marty*
Argentina Sanabria Marty

3 de febrero de 2020

Argentina Sanabria Marty

Giralda #64 Urb. Sultana

Mayagüez, Puerto Rico 00680

Teléfono: 787-832-0152

Email: awibonrio@hotmail.com

Carta explicativa

     La reclamación #154026, por el monto de $13,200 corresponde a la Ley #89 del 12 de julio de 1979. La misma no fue sometida con las evidencias requeridas en la fecha límite del 26 de noviembre de 2019, porque no recibí, o llegó a mis manos el manual correspondiente al mismo. No fue hasta que en una comunicación con uno de los representantes de Prime Clerk en busca de orientación, que se me informó que este reclamo no había sido atendido.

     Para atender este incumplimiento involuntario, estoy sometiéndolo a esta fecha.

Atentamente,

*[firma]*

Argentina Sanabria Marty