| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Sanabria Marty, Argentina | 154026 | 7/6/18 | Commonwealth of Puerto Rico | $13,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Sanabria Marty, Argentina | 154026 | 7/6/18 | Commonwealth of Puerto Rico | $13,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

3 de febrero de 2020

## CERTIFICACION DE EMPLEO

Según el Sistema de Recursos Humanos certifico que la Sra. Argentina Sanabria Marty, con Número de Seguro Social xxx-xx-6541 trabajo para el Departamento de Educación en calidad de Directora Escolar desde el 8 de noviembre de 1962 hasta el 31 de diciembre de 2013.

Certificación emitida a petición de la empleada.

Certifico Correcto:

Lucía Otero Vázquez
Oficinista Mecanógrafo III





Centro Gubernamental
Calle Nenadich # 50  Suite #303
Mayagüez, Puerto Rico 00680

Notificación de política pública: El Departamento de Educación de Puerto Rico no discrimina por razón de raza, color, sexo, nacimiento, origen Nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios y oportunidad de empleo.

**Sistema de Retiro para Maestros**
**Área de Servicios de Retiro**

# INFORME RENTA ANUAL VITALICIA

Rec. GIFT 12-abril-11
Fecha Radicación: 25-jun-13
Fecha Vencimiento: 10-may-14

Núm. de Caso: 2328

**SANABRIA MARTY ARGENTINA**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: ___
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento: 8-mar-1942
Categoría y Pueblo: DIRECTOR IV - MAYAGÜEZ
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal:
URB SULTANA
64 CALLE GIRALDA
MAYAGÜEZ PR 00680

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

Edad al Retirarse: 71 años, 9 meses, 23 días
Servicios Acreditados: 51 años, 1 mes, 0 sem, 4 días
Costo Anualidad: $110,551.72
Renta Mensual: $2,808.75
Renta Anual: $33,705.00

Fecha de Renuncia: 31-dic-13
Último Día de Pago: 31-dic-13
Fecha Efectividad Pensión: 1-ene-14
Cierre de Nómina: 13-may-14
Fecha Primer Pago Pensión: 30-May-14
Importe: $2,808.75
Pago Global Retroactivo: Desde 1-ene-14 Hasta 15-may-14
Importe Total: $12,639.38

## DESGLOSE DE DESCUENTOS

|  | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $12,639.38 | $2,808.75 |

Menos Descuentos:
| Préstamos: | Clave | Descuento | Descuento |
|---|---|---|---|
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $12,639.38 | $2,808.75 |

Bonos:
☐ Bono Verano (PBV) ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

ÁREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
MAY 13 2014
MARIANELA GONZALEZ MARTINEZ

C-6/2014

Certifico que la información aquí provista es cierta, correcta y completa.

Nombre del Empleado: DULCE M. FIGUEROA ACEVEDO
Firma: [signature]
Fecha: 1-may-2014

Nombre Supervisor: NORMA I. PEÑA AGOSTO
Firma: [signature]
Fecha: [signature]

## PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) ÁREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

ÁREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
MAY 05 2014
Nombre/Firma: [signature]

Aprobado por:
Nombre Director(a) o Representante Autorizado: Gretchen L. Ferrá Tirado
Firma: [signature]
Fecha: 05/00/2014

## USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes: May ☐ 1ra ☑ 2da
Nombre Empleado: Viviana Marrero
Firma: [signature]
Fecha: 7/15/14

Nómina Pago Global Mes: Mayo ☐ 1ra ☐ 2da
Nombre Empleado: [signature]
Firma: [signature]
Fecha: 12/05/2014

Nombre Supervisor: Jorge L. Serrano Cruz
Firma: [signature]
Fecha: [signature]

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.



# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Argentina Sanabria Marty**, con número de seguro social que termina en **6541**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de enero de 2014 |
| Tiempo Cotizado para Pensión | 51 años, 1 meses, 0 sem, 4 días |
| Pensión mensual Inicial | $ 2,808.75 |
| Pensión Mensual Actual | $ 2,808.75 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro