


7019 0700 0001 8181 9460

RECEIVED & FILED
2020 FEB 12 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria de (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767