TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTP RICO

IN RE COMMONWEALTH OF PUERTO RICO, CASE NO. 17 – BK 3283 – LTS

| | |
|---|---|
| NORMA I. TORRES COLON | PROMESA |
| HC – 01 BOX 4028 | TITULO III |
| VILLABA P.R. 0766 | NUM. 17 BK 3283 – LTS |
| TEL. 787 – 214 – 1159 | NO. DE RECLAMACION 98107 |
| ntorres3199@gmail.com | |

REPLICA A LA CENTESIMA CUARTO OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIACIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIALDE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

EN JUNIO DE 2018, SE SOMETIO EL FORMULARIO OFICIAL 410 MODIFICADO RECLAMANDO SALARIOS IMPAGOS EN MI EMPLEO COMO MAESTRA EN EL DEPARTAMENTO DE EDUCACION DE PUERTO RICO POR SERVICIOS PRESTADOS Y QUE NO FUERON PAGADOS.

DURANTE LA GOBERNACION, EL HON. GOBERNADOR CARLOS ROMERO BARCELO APROBO UNA LEY (LEY 89 DEL 12 DE JULIO 1979) QUE CONCEDIA AUMENTO A LOS MAESTROS DEL DEPARTAMENTO DE EDUCACION (D ) DEL GOBIERNO DE PUERTO RICO DE $ 100.00 MENSUALES.

ESTE AUMENTO NUNCA SE PAGO.

DURANTE MI TERMINO DE ESA LEY 1998 – 2006 YO ERA EMPLEADA DEL DE. DE ACUERDO CON MIS CALCULOS EL PERIODO COPRENDE UN PERIODO DE 8 AÑOS A 1,200.00 POR AÑO, LO QUE REPRESENTA $9,600.00 A LOS QUE TENGO DERECHO.

SE ESTIMA LA SIGUIENTE CANTIDAD ADEUDADA :

| | |
|---|---|
| $1,200.00 DEL AÑO ESCOLAR 1998 – 1999 | $1,200.00 DEL AÑO ESCOLAR 2002 - 2003 |
| $1,200.00 DEL AÑO ESCOLAR 1999 – 2000 | $1,200.00 DEL AÑO ESCOLAR 2003 - 2004 |
| $1,200.00 DEL AÑO ESCOLAR 2000 – 2001 | $1,200.00 DEL AÑO ESCOLAR 2004 - 2005 |
| $1,200. 00 DEL AÑO ESCOLAR 2001 – 2002 | $1,200.00 DEL AÑO ESCOLAR 2005 - 2006 |

Norma I. Torres Colón