# DEPARTAMENTO DE EDUCACIÓN
## Department of Education

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
#### Commonwealth of Puerto Rico

# Certificado Vitalicio
*Life Certificate*

**El Secretario de Educación por la presente confiere a**
*The Secretary of Education hereby issues to*

## NORMA I. TORRES COLON

**el presente Certificado que lo faculta para ejercer como**
*this Certificate that entitles the holder to perform as*

### MAESTRO(A) DE ESCUELA ELEMENTAL
### ELEMENTARY SCHOOL TEACHER

**en las escuelas públicas o privadas de Puerto Rico.**
*in the School System of Puerto Rico.*

Expedido el     06 de agosto     de 2014
Issued on       August 06        20 14

Dado en San Juan de Puerto Rico, el     06 de agosto     de 2014
Given at San Juan, Puerto Rico on       August 06        2014

Número de Certificado: 1011661
Certificate Number: 1011661

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 05627674 |
| --- | --- | --- | --- |
| Desde: | 12/07/00 | | |
| Hasta: | 12/20/00 | Fecha: | 12/28/00 |

NORMA I TORRES COLON
EL PINO
HC 01 BOX 4028
VILLALBA PR 00766
SS:

| # Empleado: | |
| --- | --- |
| Dept: | 8005075-Ponce Villalba |
| Oficina: | Hatillo |
| Titulo: | M.Elemental |
| Sueldo: | $1,500.00 Monthly |

| DATA IMP: | Federal | PR |
| --- | --- | --- |
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
| --- | --- | --- | --- | --- | --- |
| Pago de Salarios Regulares | | | 750.00 | 1452.00 | 17,609.98 |
| Bono de Navidad | | | 0.00 | | 500.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Fed FICA - MHI | 10.87 | 262.59 |
| PR Withholdng | 41.08 | 1,030.68 |

| Total: | | | 750.00 | 1452.00 | 5,000.00 | Total: | 51.95 | 1,293.27 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| GPR Plan de Retiro de Maestro | 67.50 | 1,494.90 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| AS FED MAESTROS AFT | 12.00 | 120.00 |
| RM-Ser No Coti-Ret Ma-Anterior | 0.00 | 70.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-Plan Medico ASES | 40.00 | 240.00 |
| GPR Plan de Retiro de Maestro | 63.75 | 1,496.84 |
| FSED Disability Plan | 12.75 | 307.86 |

| Total: | 67.50 | 1,494.90 | Total: | 12.00 | 190.50 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| Corriente: | 750.00 | | 51.95 | 79.50 | 618.55 |
| Acumulado: | 5,000.00 | | 1,293.27 | 1,685.40 | 15,131.31 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #05627674 | 618.55 |
| Total: | 618.55 |

MENSAJE: "FELICIDADES Y PROSPERO 2001 A LOS SERVIDORES PUBLICOS Y FAMILIARES", PEDRO ROSSELLO

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)



U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 29 2018

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/27/2018
Proof of Claim No.: 98107

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

Norma I. Torres
HC-01 Box 4028
Villalba, PR 00766