Norma I. Torres Colón
HC-01 Box 4028
Villalba P.R. 00746






RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Avenida Chardon
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 12 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.