

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 12 PM 12: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

United State District Court For The Distict of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 17 B K 3283 -LTS

*No se me ofrecio numeracion* —OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC

Proof of Claim : 1) 143112  2) 108645  3) ~~118575~~ 162901

Name and Address: Milton Acosta Vincenty
c/Nicolas Aguayo 1223 Urb el Comandante
S.J P.R 00924

Reclama al Gobierno del Estado Libre Asoiado de Puerto Rico ; al Gobierno de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984 -- Romerazo

Años Reclamados  30 años con 7 meses

Cantidad Reclamada  $ 35,562

página 2

Ley 91 del año 3% costo de vida

Años reclamados 2013 al 2019  3 años

Cantidad Reclamada 6,201

Ley 96

12 años reclamados

$14,400 Cantidad reclamada

Caso: Ralf Cruz Benitez

    Civil num. K D P 2005 –0150

    Cantidad Reclamada $30.000

Adjunto evidencia en réplica a la información solicitada;

1. Certificación de Retiro para Maestros
2. Informe Renta Anual Vitalicia
3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición según corresponda a mis derechos por las leyes anteriormente Especificadas.

Nombre: Milton Acosta Vincenty

Firma: Milton Acosta Vincenty    Fecha: 12/feb/2020

tel 787-518-8547