# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

30 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MILTON ACOSTA VICENTY |
| Seguro Social | : | [signature] |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | SAN JUAN III_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2013 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 7 meses, 2 semans y 3.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/10/1981. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Milton Acosta Vicenty**, con número de seguro social que termina en: *m.a*

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2013 |
| Tiempo Cotizado para la Pensión | 30 años, 5 mes, 2 sem., 0 días |
| Pensión Mensual Inicial | $2,047.50 |
| Pensión Mensual Actual | $2,047.50 |

Esta certificación se expide hoy, **10 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 22-jul-13
Fecha Vencimiento: 11-mar-14

Núm de Caso: 1691

## INFORME RENTA ANUAL VITALICIA

**Apellido Paterno, Materno, Nombre e Inicial:** ACOSTA VICENTY, MILTON
**Seguro Social:** [redacted]
**Sexo:** ☑ Masculino
**Fecha Nacimiento:** [blank]
**Categoría y Pueblo:** MA. EDUC. FISICA - SAN JUAN
**Retiro Ley Núm.:** Ley 91 del 2004

**Dirección Postal:** URB EL COMANDANTE
1223 CALLE NICOLAS AGUAYO
SAN JUAN PR 00924

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 58 Años 4 Meses 3 Días | 30 Años 5 Meses 2 Sem 0 Días | $ 67,167.82 | Mensual $ 2,047.50 / Anual $ 24,570.00 |

**Fecha de Renuncia:** 20-dic-13
**Último Día de Pago:** 20-dic-13
**Fecha Efectividad Pensión:** 21-dic-13
**Cierre de Nómina:** 12-mar-14
**Fecha Primer Pago Pensión:** 31-Mar-14
**Importe:** $ 2,047.50
**Pago Global Retroactivo Desde:** 21-dic-13 **Hasta:** 15-mar-14 **Importe Total:** $ 5,845.28

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 5,845.28 | $ 2,047.50 |
| Menos Descuentos: Préstamos: | Clave | Descuento | Descuento |
| Personal (PP) | 47-000 | 1,010.65 | 404.25 |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 4,834.63 | $ 1,643.25 |

**Bonos:**
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

**Nombre del Empleado:** FELIX J. CEPEDA ORTIZ   **Fecha:** 7-mar-2014
**Nombre Supervisor:** NORMA I. PEÑA AGOSTO

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☐ Exactitud
☐ Legalidad
☐ Firmas
☐ Otros

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS
MAR 07 2014

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: GRETCHEN FERRA TIRADO
Fecha: 3/10/2014

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

**Ingreso a Nómina Mes:** Mar  ☐ 1ra ☑ 2da
**Nombre Empleado:** Viviana Carden   Fecha: 1/13/14

**Nómina Pago Global Mes:** Mar ☐ Off Cycle ☑ Pay Line 2da
**Nombre Empleado:** alice Gomez   Fecha: 1/03/2014

**Nombre Supervisor:** Jorge L. Serrano Cruz

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.