11 de febrero de 2020

*Estado Libre Asociado de Puerto Rico*

*Caso 17 BK 03283 LTS # Reclamación 143562*

Certifico la siguiente información personal:

| | | |
|---|---|---|
| Nombre | : | Lillian Soto-Salgado |
| Dirección residencial | : | Calle 78 Bloque 92-4, Sierra Bayamón, Bayamón, Puerto Rico 00961 |
| Dirección postal | : | Calle 78 Bloque 92-4, Sierra Bayamón, Bayamón, Puerto Rico 00961 |
| Teléfono | : | (787) 614-3999 / (787) 269-4220 |
| Email | : | lilliansoto1951@gmail.com |

_____
Lillian Soto-Salgado

11 de febrero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Señores: Estado Libre Asociado de Puerto Rico
Caso 17 BK 03283-LTS # Reclamación 143562

Por este medio deseo informar y confirmar que trabajé en el Departamento de Educación de Puerto Rico en donde ocupé una plaza de maestra desde el año escolar 1974-1975 hasta diciembre del año escolar 2006-2007.

Estaba activa cuando se aprobaron $100.00 mensuales en cada una de la Leyes expuestas en la reclamación. Estos aumentos aprobados y no recibidos afectaron mi pensión por concepto de retiro. Adjunto evidencia.

Atentamente,

Lillian Soto Salgado

Anejos