| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SOTO SALGADO, LILLIAM S. | 143563 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SOTO SALGADO, LILLIAM S. | 143563 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 494 MMLID: 539177 SVC: 147th Omni
SOTO SALGADO, LILLIAM S.
SIERRA BAYAMON
92 4 CALLE 78
BAYAMON, PR 00961

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

1381

| | | |
|---|---|---|
| **LILLIAN SOTO SALGADO** | Núm. Reclamación 41882 | Sexo F |

**Tipo de Renta:**
a- Años de Servicio y edad
   Opcional     ( X )
   Obligatorio  ( )
b. Edad         ( )
c- Incapacidad
   Ocupacional      ( )
   No Ocupacional   ( )
d- Diferida          ( )

**Fecha de Nacimiento**
1951  8  9
Año   Mes  Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 55  4  12 | 30  2  -  1 | $54,861.75 | 2006  12  20 |
| Años  Meses  Días | Años  Meses  Sem.  Días | | Año  Mes  Día |

**Fecha de Efectividad**
2006  12  21
Año   Mes  Día

Retiro Ley Núm. 91DEL2004

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,838.00       $2,128.50

.75 x 30 años
(Por ciento)   (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio     Edad     Incapacidad Física     Diferido
$_____     $_____     $_____     $_____
Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $2,128.50 |
|---|---|
| Renta Anual Vitalicia | $25,542.00 |

Computado: Conln J. Serrano Ayala 23/2/07
Annie Rivera       Fecha

Cotejado: Ivonne L Ortiz Valladares  2/23/07
                                    Fecha

Recomendado: Irma García Hernández
Directora Area Servicios de Retiro   Fecha

Aprobado: Dinelia Oyola Morales
Subdirectora Ejecutiva   Fecha

Stamp: OFICINA DE ... DOCUMENTOS PREINT... 26 FEB 2007 JOSÉ REYES DÁVILA

Fecha: 2/23/2007
jbm

Nombre: LILLIAN SOTO SALGADO

Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem | Días | |
| 1974-75 | | | | | $640.00 | | | | | | |
| al | 26 | 8 | - | 1 | | | | | | | |
| 2002-03 | | | | | $2,513.00 | | | | | | |
| 2003-04 | 1 | | | | $2,663.00 | 12m | | | | | |
| 2004-05 | 1 | | | | $2,813.00 | 12m | | | | | |
| 2005-06 | 1 | | | | $2,913.00 | 12m | | | | | |
| 2006-07 | | 3 | 3 | 4 | $2,913.00 | 6m | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| subtotal | 30 | - | - | - | | | | | | | |
| 2006-07 | | 2 | | 1 | $2,913.00 | 6m | | | | | |
| TOTAL | 30 | 2 | - | 1 | | | | | | | |

Desglose primer pago:                                                          $ _____
   Renta Mensual
     Deducciones:
       Asociación de Maestros           $ _____
       Préstamo_____                  _____
       Otras                                              _____
         Total de Deducciones
         Importe del Cheque                                         $ _____

Observaciones:

                    Año Escolar
    Hasta 1917-18_____          9 meses
    Desde 1918-19 hasta 1940-41_____    10 meses
    En el 1941-42_____          11 meses
    Desde 1942-43 en adelante_____      12 meses

Fecha: 2/23/2007

jbm

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

30 de octubre de 2006

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**Prof: Lilliam Soto Salgado**
**Seguro Social:**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[ X ]  **Años de Servicio y Edad**       [ ] Edad        [ ] Diferida       [ ]Suplementaria
Al **25 de septiembre de 2006**, ( fecha en que piensa renunciar), **(fecha de su última aportación recibida)**
[ X ] cualifica [ ] no cualifica,  para acogerse a la jubilación, y tienen el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 30 | 9 | 2 | - | 55 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
   [  ] Reconocimiento de Tiempo
   [  ] Diferencia en Por Ciento por Transferencia Recibida
   [  ] Reembolso de Cuotas
   [X ] No aplica

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 porciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.  Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.

Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Anna García Hernández
Directora
Area Servicios de Retiro

Giovanni Mercado Reyes
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: Lilliam Soto Salgado
     SIERRA BAYAMON
     BL 92 4 CALLE 78
     BAYAMON PR 00961