U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
FEB 11, 20
AMOUNT
$0.85
R2303S103077-27

00918

1000

Lillian Soto-Salgado
Calle 25 BB #62-4
Lusua Bayamon
Bayamon, PR 00961

Secretaria (Clerk's Ofic)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 FEB 12 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED
NOT FIT MACHINABLE