3 de febrero de 2020

Elma Bonilla Ríos

HC 4 box 42436

Aguadilla. Puerto Rico 00603

Teléfono: 787-505-7558

Email: boni_1951@gmail.com



    Respetuosamente me dirijo al Tribunal de Distrito de los Estados Unidos, en Puerto Rico, para presentar mi petición, para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, a través de Prime Clerk, con el número de procedimiento # 157466, en la Centésima Trigésima Sexta Objeción Global, Anexo A: Defectuosas por un monto de $8,400.

    Serví al Departamento de Educación por treinta años como educadora, durante los cuales surgió la Ley #410 del 8 de 0ctubre del 2000, bajo la gobernación del honorable Pedro Roselló González que determinaba un aumento de sueldo a los empleados públicos. Para esa fecha me encontraba activa, dando servicio, y este aumento al que tenía derecho no me fue otorgado. El incumplimiento de esta ley afectó severamente mi pensión a la hora de acogerme a mi retiro.

    Por tanto suplico al honorable Tribunal no declare a lugar la Objeción Global en relación a este reclamo.

    Adjunto evidencia justificativa a esta réplica antes expuesta.

Anejos:

    a. Hoja con el Número de Reclamación
    b. Certificación por años de servicios y retiro del Departamento de Educación
    c. Certificación del Sistema de Retiro de Maestros

Atentamente,

Elma Bonilla Ríos