**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Bonilla Rios, Elma | 157466 | 7/5/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Bonilla Rios, Elma | 157466 | 7/5/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

29 de enero de 2020

## CERTIFICACION DE EMPLEO

Según el Sistema de Recursos Humanos certifico que la Sra. Elma Bonilla Ríos, con Número de Seguro Social xxx-xx-2002 trabajo para el Departamento de Educación en calidad de Maestra de Educación Especial desde el 8 de septiembre de 1977 hasta el 28 de septiembre de 2007.

Certificación emitida a petición de la empleada.

Certifico Correcto:

Lucía Otero Vázquez
Oficinista Mecanógrafo III



Centro Gubernamental
Calle Nenadich # 50  Suite #303
Mayagüez, Puerto Rico 00680

Notificación de política pública:  El Departamento de Educación de Puerto Rico no discrimina por razón de raza, color, sexo, nacimiento, origen Nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios y oportunidad de empleo.

| Núm. Solicitud **44323** | | Estado Libre Asociado de Puerto Rico Sistema de Retiro para Maestros | | Fecha Radicación **2-ago-07** |
|---|---|---|---|---|
| Núm. de Caso **1406-A** | | **INFORME RENTA ANUAL VITALICIA** | | Fecha Vencimiento **1-dic-2007** |

Bonilla Rios Elma
**Apellido Paterno, Materno, Nombre e Inicial**          Seguro Social          Sexo ☑ Femenino  ☐ Masculino

5-jul-1951          Educ. Especial · Mayaguez
**Fecha Nacimiento**          **Categoría y Pueblo**          Ley 91 del 2004  **Retiro Ley Núm.**

Dirección Postal   Apartado 2668          Dirección Física
                   Mayaguez, P.R 00681          (SI es diferente a la postal)

Tipo de Renta (Pensión)   ☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
                          ☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| **56** | **2** | **24** | **30** | **0** | **0** | **0** | $ 49,918.47 | Mensual $ 1,860.32 | Anual $ 22,323.84 |
| Años | Meses | Días | Años | Meses | Sem | Días | | | |

Fecha de Renuncia   28-sep-07          Último Día de Pago   28-sep-07
Fecha Efectividad Pensión   29-sep-07          Cierre de Nómina   27-nov-07
Primer Pago Pensión   Mes   dic   ☑ 1ra ☐ 2da   Importe $   1,860.32
Pago Global Retroactivo   Desde   29-sep-07   Hasta   30-nov-07   Importe Total $ 3,844.66

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 3,844.66 | $ 1,860.32 |
| Menos Descuentos: | | | |
| Préstamos: | Clave | Descuento | Descuento |
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | | |
| Finanzas | | | |
| | | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 3,844.66 | $ 1,860.32 |
| Bonos: | | | |

☐ Bono Verano (PBV)          ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

| Eduardo Muñiz Olivo | | 13-11-07 |
|---|---|---|
| Nombre del Empleado | Firma | Fecha |
| Norma I. Peña Agosto | | 14/11/07 |
| Nombre Supervisor | Firma | Fecha |

### PREINTERVENCION DE DOCUMENTOS / USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
NOV 1 4 2007
NOMBRE:
FIRMA: B Ledoux
Brendally Ledoux Mirabal

Aprobado por:   Wanda Santiago López
**Nombre Director(a) o Representante Autorizado**
Firma          7.4/h/07   Fecha

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina   Mes   12   ☑ 1ra ☐ 2da          Nómina Pago Global   Mes   enero   ☐ 1ra ☐ 2da
Nombre del Empleado   Wanda Rodriguez Mirabal          Nombre del Empleado
Firma          Fecha   7/14/07          Firma          Fecha   5-JAN 2008

Juan Agosto Castro
**Nombre Supervisor**          Firma          Fecha

Conservación: Seis años o una Intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.          Modelo SC-1515 Rev. 07-sept-07

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Elma Bonilla Rios**, con número de seguro social que termina en **2002**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **29  de septiembre de 2007** |
| **Tiempo Cotizado para Pensión** | **30  años, 0 meses, 0  sem, 0  días** |
| **Pensión mensual Inicial** | **$ 1,860.32** |
| **Pensión Mensual Actual** | **$ 1,860.32** |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo Negron Ramirez**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6310    www.srm.pr.gov