Elma B[...]
HC-4 [...]
Aguadilla, P.R. 00603

CERTIFIED MAIL

7019 0700 0001 8181 9507

U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
FEB 11, 20
AMOUNT
$7.60
R2304E104763-06

RECEIVED & FILED
2020 FEB 12 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Secretaria (Clear's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767