United State District Court For The Distict of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educacion

No. 17 B K 3283 -LTS

__138__ ----------OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF

THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING

INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC

Proof of Claim: 116287 / 112364

Name and Address: Amparo Figueroa Carrion
El Remanso Elderly apt. 314
#1247 Carr. 860 Km 1.1 Carolina, P.R. 00987

Reclama al Gobierno del Estado Libre Asoiado de Puerto Rico; al Gobierno de Puerto

Rico y, al Departamento de Educacion de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados __15__

Cantidad Reclamada __$18,000.00__

Ley 91 del año 3% costo de vida        Ley 96

Años reclamados __5__                  __10 años reclamados__

Cantidad Reclamada __$914.81__         __$12,000.00 cantidad reclamada__

Caso: Ralf Cruz Benitez

    Civil num. K D P 2005-0150

    Cantidad Reclamada __$43,000.00__

Adjunto evidencia en réplica a la información solicitada;

1. Certificación Retiro Para Maestros
2. Informe Renta Anual Vitalicia
3. Certificación Departamento Educación
4. Informe de Nombramientos y Cambios

Solicito la adjudicación de mi petición según corresponda a mis derechos por las leyes anteriormente Especificadas.

Nombre __Amparo Figueroa Carrión__

Firma __Amparo Figueroa Carrión__        Fecha __11 febrero 2020__

Email amparofigueroacarrion@gmail.com
tel. 787-907-2754