

# DEPARTAMENTO DE EDUCACIÓN
### Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:  
Número del Cambio: 7963

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | AMPARO FIGUEROA CARRION | |
| 2. Seguro Social | | |
| 3. Número de Puesto | T93230 | |
| 4. Cifra de Cuenta | E1120 - 11100 - 66480 - 1006 - 001 - 2009 | |
| 5. Cifra de Cuenta SIFDE | | |
| 6. Status | TRANSITORIO | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | M.PRINCIPIOS EDUC. EN TECNOLOGIA 9981 | |
| 9. Sueldo | $ 2,500.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | PETRA ROMAN VIGO 66480 | |
| 12. Programa | Educación Ocupacional -Técnica | |
| 13. Ubicación | CAROLINA I 100 | |
| 14. Acción y Duración | RENUNCIA POR JUBILACION | |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | 29/MAYO/2009 | |
| 17. Último Día de Pago | 23/JUNIO/2009 08:01 AM | |
| 18. Fecha de Efectividad | 28/JULIO/2009 | |

19. Comentarios y Explicaciones

DEJA SIN EFECTO TERMINACION DE CONTRATO EF. 16 JUNIO 2009
TIEMPO AUTORIZADO SIN PAGA DEL 23 JUNIO/09 A LAS 8:02 AL 28 JULIO/09 A LAS 3:00 - SE ACOGE A LOS BENEFICIOS DE LA LEY 91 DEL 29 MARZO 2004 - PAGO GLOBAL ENF. 4-2-27 DEL 4 AL 10 AGOSTO 2009 A LAS 10:27 AM

20. Firma del Jefe de Agencia o Representante Autorizado

Lic Brenda A. Virella Crespo

Fecha de Preparado: 09/SEPTIEMBRE/2009
Preparado Por: DQR

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | AMPARO FIGUEROA CARRION |
| Seguro Social | : | |
| Categoría | : | M. PRINCIPIOS EDUC. EN TECNOLOGIA (ARTES IND.) |
| Distrito Escolar | : | CAROLINA I_ |
| Sueldo Mensual | : | $2,650.00 |
| Status | : | TRANSITORIO PROVISIONAL |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2009 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 15 años, 7 meses, 1 semana y .50 día. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/23/1976. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Amparo Figueroa Carrión**, con número de seguro social que termina er

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2009 |
| Tiempo Cotizado para la Pensión | 13 años, 11 mes, 0 sem., 1.5 días |
| Pensión mensual Inicial | $609.87 |
| Pensión Mensual Actual | $609.87 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: **5-may-09**
Fecha Vencimiento: **23-oct-09**

Núm de Caso: **0916**

## INFORME RENTA ANUAL VITALICIA

**FIGUEROA CARRION AMPARO**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año)

Categoría y Pueblo: **PRINCIPIOS EDUC. EN TECN.-CAROLINA**

Retiro Ley Núm.: **Ley 91 del 2004**

Dirección Postal: RR 10 BOX 10133 B
SAN JUAN PR 00926

Tipo de Renta (Pensión):
☐ Años de Servicio y Edad    ☑ Edad    ☐ Diferida
☐ Incapacidad Ocupacional    ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 60 | 7 | 5 | 13 | 11 | 0 | 1.5 | $ 29,111.61 | Mensual $ 609.87 | Anual $ 7,318.44 |
| Años | Meses | Días | Años | Meses | Sem | Días | | | |

Fecha de Renuncia: 28-jul-09
Último Día de Pago: 23-jun-09
Fecha Efectividad Pensión: 29-jul-09
Cierre de Nómina: 27-oct-09
Fecha Primer Pago Pensión: 15-Nov-09
Importe: $ 609.87
Pago Global Retroactivo: Desde 29-jul-09 Hasta 31-oct-09 Importe Total $ 1,888.62

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 1,888.62 | $ 609.87 |
| Menos Descuentos: | | | |
| Préstamos: | Clave | Descuento | Descuento |
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | - | - |
| Aport. Individual 9% (Clave 26-004) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 1,888.62 | $ 609.87 |

PAGADO

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ALFONSO MARTINEZ SANCHEZ — Nombre del Empleado — Firma — 14-oct-2009
NORMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — Fecha

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
OCT 16 2009
NOMBRE:
FIRMA: Bledoux

Aprobado por:
IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma — Fecha (Mes-Día-Año)

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes 11  ☑ 1ra ☐ 2da
Nómina Pago Global  Mes NOV  ☐ 1ra ☑ 2da  ☐ Off Cycle  ☑ Pay Line

Nombre Empleado — Firma — Fecha (Mes-Día-Año)
Nombre Empleado — Firma — Fecha (Mes-Día-Año)

Juan Agosto Castro — Nombre Supervisor — Firma — 12-Noviembre 2009 Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.