10 de febrero de 2020

Radicación y notificación de replica

*Claim* **#67421**
*Número de Procedimiento:* **17 BK 3283-LTS**
*Nombre de Deudor:* **Commonwealth of Puerto Rico**
*Título de Objeción global:* **Nonagésima séptima objeción global**
S.S.  xxx-xx-5255
De:  Marta I. Chamorro Ostolaza

Atención:        **Tribunal de Distrito de los Estados Unidos**
                #150 Chardon Avenue
                Federal Building
                San Juan, PR  00918

Honorable Tribunal y Junta de Supervisión:

Yo, Marta I. Chamorro Ostolaza, habiendo sido maestra del Departamento de Educación de Puerto Rico, de agosto de 1985 a julio del 2015; presento una radicación, notificación y reclamo de beneficios que no fueron adjudicados según la Ley 158 del 18 de julio de 1999 "Ley de la Carrera Magisterial"[1] y Ley 208 del 2002[2].  La ley 158, especifica en su artículo 2.09 (pág. 5), al igual que en la ley 208, artículo 2.09 (pág.6); los incentivos por nivel aplicables a los miembros de la carrera magisterial según sometan su plan de mejoramiento y sea aprobado los mismos, lo cual pude completar exitosamente (Nivel III etapa 5).

Habiendo alcanzado el nivel III de mi carrera magisterial, los incentivos económicos es el 25% de mi salario base no otorgado para este nivel etapa 5 según el artículo 2.05 ley 158 (pág. 4) y el 2.09 de la Ley 208 (pág. 6).  Así se evidencia en el informe adjunto de cambio de personal docente[3] línea 13, la aprobación de la fase o nivel II conducente al nivel III el cual posteriormente logré completar al terminar mi grado de maestría en la Caribbean University[4] en junio de 2005, sometiendo y aprobándose el plan de mejoramiento concerniente al mismo.  Incluyo, además, copia del informe de cambio de personal docente del 5 de junio de 2006[5] que refleja el grado de maestría y el sueldo base de $2,605.00.

Según la ley y el articulo 2.09 Y 2 ya mencionados; el aumento basado en mi salario base de $2,605.00 de un 25%, es de $651.00 mensuales, el cual se desglosa de la siguiente manera:

        a. Junio a diciembre 2005 - $651.00 por siete (7) meses =     $ 4,557.00
        b. Enero a diciembre 2006 a 2014 por nueve (9) años=           70,308.00
        c. Enero a julio 2015 $651.00 por siete (7) meses=              4,557.00
        d. Total estimado adeudado (a+b+c)=                           $79,422.00

La reclamación total pendiente de pago según la ley 158 nivel III etapa III, no otorgado es de setenta y nueve mil cuatrocientos veintidós ($79.422.00).  Les agradezco su atención a la misma, Dios está al control: Romanos 8:28.

Dios les bendiga;

Marta I. Chamorro Ostolaza

---
[1] Ley 158 "Ley de la Carrera Magisterial
[2] Ley 208 del año 2002 "Enmiendas a la ley de Carrera Magisterial"
[3] Copia Informe de cambio de personal docente 1ro de septiembre de 2003
[4] Copia diploma de Maestría, título obtenido en la Caribbean University
[5] Copia Informe de cambio de personal docente 5 de junio de 2006