IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Chamorro Ostolaza, Marta I. | 67421 | 6/28/2018 | Commonwealth of Puerto Rico | $5,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Chamorro Ostolaza, Marta I. | 67421 | 6/28/2018 | Commonwealth of Puerto Rico | $5,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

## "Ley de la Carrera Magisterial"

Ley Núm. 158 de 18 de julio de 1999, según enmendada

(Contiene enmiendas incorporadas por las siguientes leyes:
Ley Núm. 208 de 28 de agosto de 2002)

Para establecer la "Ley de la Carrera Magisterial"; disponer sobre el sistema de rangos magisteriales; establecer procedimientos para ascensos y revisión de salarios; y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua.

### EXPOSICIÓN DE MOTIVOS

El lugar educativo para el desarrollo del proceso de enseñanza-aprendizaje por excelencia es la escuela. Educar es guiar a la vida al educando. El logro de la excelencia académica es la meta de todo sistema educativo. Esta efectividad reflejada en la escuela, es indicativo del sistema para el estudiante alcance los objetivos de cada nivel y domine los conocimientos necesarios para el próximo nivel de enseñanza.

La excelencia se refleja en la habilidad del sistema educativo para que cada estudiante sobrepase los objetivos de su nivel demostrando un aprendizaje independiente más allá del currículo asignado. El reto de la excelencia educativa es convertir el núcleo escolar en una escuela cada vez más efectiva.

La capacidad para que la escuela sea efectiva reside en gran medida con los recursos humanos con los cuales cuenta.

Es muy importante elevar el nivel de excelencia de la labor que realiza el maestro y otro personal educativo, así como lograr que su gestión sea flexible, responsable y autónoma.

El maestro desempeña un rol esencial en el sistema educativo y en la sociedad como agente de cambio constructivo. Dispone que la autonomía de la escuela es el medio necesario para la eficiencia del sistema. Es por ello, que el desarrollo profesional de los maestros y sus carreras magisteriales son componentes críticos y significativos del esfuerzo del gobierno en mejorar la calidad educativa y aprovechamiento de sus estudiantes. Con ello se garantiza una mejor calidad de vida. La forma en que se integra el desarrollo profesional a la productividad es muy importante, así como el efecto positivo que la docencia tiene en el aprendizaje del estudiante.

Nuestra sociedad requiere la búsqueda de la excelencia en la educación. A estos fines, se singulariza la necesidad de mejorar la calidad de la enseñanza, con maestros más motivados y mejor preparados, como el criterio más importante para mejorar la educación.

Esta Ley concibe al magisterio en función de la dinámica del conocimiento y ubica al maestro dentro de una escuela con autonomía donde se le reconoce capacidad para participar en los procesos decisionales de la misma y decidir sobre asuntos que le incumben como profesional.

La Ley hace hincapié en la necesidad de renovar continuamente el conocimiento del maestro, de perfeccionar sus destrezas a través de estudios y práctica docente y, sobre todo, de mantener los mejores maestros en el salón de clases.

---

La Constitución de Puerto Rico consagra el derecho de toda persona a una educación que propenda al pleno desarrollo de su personalidad y al fortalecimiento del respeto de los derechos y las libertades fundamentales del hombre. Lograr este propósito requiere maestros bien capacitados y, sobre todo, comprometidos con su profesión y con el desarrollo intelectual y emocional de sus estudiantes.

### CAPITULO I. — DISPOSICIONES GENERALES

**Artículo 1.01. — Título. (18 L.P.R.A. § 310 nota)**

Esta Ley se conocerá como "Ley de la Carrera Magisterial".

**Artículo 1.02. — Declaración de Propósitos. (18 L.P.R.A. § 310 nota)**

Las Exposiciones de Motivos de la Ley Núm. 158 de 18 de julio de 1999 y de esta Ley forman parte del texto normativo y constituyen su declaración de propósitos.

**Artículo 1.03. — Miembros de la Carrera Magisterial. (18 L.P.R.A. § 311)**

Serán miembros de la Carrera Magisterial los maestros del salón de clases, los maestros bibliotecarios, los orientadores escolares, los trabajadores sociales escolares, los maestros especialistas en tecnología instruccional, los coordinadores industriales y los coordinadores de programas vocacionales, que:
1. Posean certificados regulares de maestro en la categoría en que se desempeñen,
2. Tengan status permanente, y,
3. Estén trabajando como maestros de salón de clases, maestros bibliotecarios, orientadores escolares, trabajadores sociales escolares, maestros especialistas en tecnología instruccional, coordinadores de programas vocacionales y coordinadores industriales y estén realizando las funciones inherentes en la categoría de puesto para el cual se les expidió el certificado regular.

**Artículo 1.04. — Exclusiones. (18 L.P.R.A. § 311 a)**

Estarán excluidos de la Carrera Magisterial los maestros con status probatorio, transitorio elegible y provisional.

**Artículo 1.05. — El Reglamento de la Carrera Magisterial. (18 L.P.R.A. § 311b)**

El Secretario promulgará un Reglamento de la Carrera Magisterial, complementario de esta Ley, armonizando sus disposiciones con ésta.

Anejo 1

## CAPITULO II. — CLASIFICACIONES MAGISTERIALES

**Artículo 2.01.** — **Finalidad de la Clasificación y Nivel Magisterial. (18 L.P.R.A. § 313)**

Las clasificaciones y niveles establecen un orden en la jerarquía según su preparación académica y años de experiencia.

**Artículo 2.02.** — **Denominación de las Clasificaciones y Niveles Magisteriales. (18 L.P.R.A. § 313a)**

Las clasificaciones y niveles magisteriales tendrán las siguientes denominaciones:
1. Maestro de Salón de Clases
2. Maestro Bibliotecario
3. Orientador Escolar
4. Trabajador Social Escolar
5. Maestro Especialista en Tecnología Instruccional
6. Coordinador Industrial
7. Coordinador de Programas Vocacionales
En todas las clasificaciones anteriores existirán los niveles del I al IV, cuyos ocupantes cumplirán con todos los requisitos dispuestos en esta Ley y en la Ley de su profesión particular, si alguna.

**Artículo 2.03.** — **Nivel I en cada Clasificación. (18 L.P.R.A. § 313b)**

El Nivel I en cada clasificación se otorgará al miembro de la Carrera Magisterial que:
(a) Obtenga la permanencia en el Sistema de Educación Pública, conforme a la Ley Núm. 312 de 15 de mayo de 1938, según enmendada,
(b) Radique Solicitud de Activación al amparo de esta Ley.
(c) Radique y se apruebe el Plan de Mejoramiento Profesional.

**Artículo 2.04.** — **Nivel II en cada Clasificación. (18 L.P.R.A. § 313c)**

El Nivel II en cada clasificación se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:
(a) Dieciocho (18) créditos académicos en nivel subgraduado en áreas de estudios relacionados con las categorías de puestos incluidos en esta Ley, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.
(b) Doscientas (200) horas contacto en actividades de educación continuada, desde que se le reconoció el Nivel I.
(c) Diez (10) años de experiencia docente en el Sistema de Educación Pública.
(d) Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:
   1. Siete (7) años de experiencia docente en el Sistema de  Educación Pública.

   2. Dieciocho (18) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría del puesto en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.
   3. Doscientas (200) horas-contacto en actividades de educación continuada desde que se le reconoció el Nivel I.
   4. Evaluaciones satisfactorias de su desempeño docente
El reconocimiento de la clasificación será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

**Artículo 2.05.** — **Nivel III en cada Clasificación. (18 L.P.R.A. § 313d)**

El Nivel III en cada clasificación se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:
(a) Maestría en la categoría en que se desempeña.
(b) Siete (7) años de experiencia docente en el Sistema de Educación Pública.
(c) Doscientas (200) horas-contacto en actividades de educación continuada desde que  se le reconoció el nivel que ocupa al momento de solicitar el ascenso.
(d) Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:
   1. Cuarenta y cinco (45) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.
   2. Cien (100) horas contacto en actividades de educación continuada desde que se reconoció el nivel que ocupa al momento de solicitar el ascenso.
   3. Siete (7) años de experiencia docente en el Sistema de Educación Pública.
   4. Evaluaciones satisfactorias de su desempeño docente.
El reconocimiento del nivel será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.
Se les reconocerá el incentivo correspondiente al Nivel II a aquellos miembros de la Carrera Magisterial que asciendan del Nivel I al Nivel II y cumplan con todos los requisitos de éste Artículo.

**Artículo 2.06.** — **El Nivel IV en cada Clasificación. (18 L.P.R.A. § 313d-1)**

El Nivel IV se otorgará al miembro de la Carrera Magisterial  que apruebe los siguientes requisitos:
(a) Doctorado en la categoría en que se desempeña.
(b) Doscientas (200) horas- contacto en actividades de educación continuada desde que se le reconoció el Nivel III.
(c) Cien (100) horas de adiestramientos al personal docente de la escuela o del Sistema o que invierta cien (100) horas en un proyecto especial en beneficio del Sistema de Educación Pública.
(d) Diez (10) años de experiencia docente en el Sistema.
(e) Evaluaciones satisfactorias de su desempeño docente.
   O en su lugar, los siguientes requisitos:

1. Cuarenta y cinco (45) créditos académicos conducentes al grado de doctor en áreas de estudios relacionadas con la categoría en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.
2. Trescientas (300) horas contacto en actividades de educación continuada desde que se le reconoció el Nivel III.
3. Cien (100) horas de adiestramientos al personal docente de la escuela o del Sistema o cien (100) horas en el desarrollo de un proyecto especial en beneficio del Sistema.
4. Diez (10) años de experiencia docente en el Sistema.
5. Evaluaciones satisfactorias de su desempeño docente.

El reconocimiento de la clasificación y nivel será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

**Artículo 2.07. — Sustitución de Horas de Educación Continuada con Créditos Académicos.** (18 L.P.R.A. § 313e)

Las horas de participación en programas de educación continuada podrán sustituirse con créditos académicos en cursos de las disciplinas relacionadas con la especialidad del miembro de la Carrera Magisterial. A tal propósito, catorce (14) horas de participación en programas de educación continua equivaldrán a un (1) crédito académico. Los estudios formales, sin embargo, no se podrán sustituir por experiencias en programas de educación continuada.

**Artículo 2.08. — Requisitos Indispensables para Ascensos.** (18 L.P.R.A. § 313f)

En los procedimientos relacionados con ascensos en nivel no se podrá dispensar ni se podrá obviar ninguno de los requisitos establecidos en este Capítulo, excepto lo dispuesto en el artículo 6.03.

**Artículo 2.09. — Incentivos por nivel.** (18 L.P.R.A. § 313g)

Los incentivos por nivel para los miembros de la Carrera Magisterial serán los siguientes:
1. Para el Nivel I en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un siete (7) por ciento de su salario básico.
2. Para el Nivel II en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un nueve (9) por ciento de su salario básico.
3. Para el Nivel III en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un veinticinco (25) por ciento de su salario básico.
4. Para el Nivel IV en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un cuarenta (40) por ciento de su salario básico.

**Artículo 2.10. — Revisión de Niveles.** (18 L.P.R.A. § 313h)

A propósito de estimular el cumplimiento con los Planes de Mejoramiento Profesional, el Secretario autorizará uno o más adelantos como incentivo para la conclusión de cada etapa de los mismos.

A tal efecto, un miembro de la Carrera Magisterial podrá recibir uno o más adelantos durante la vigencia de su Plan de Mejoramiento Profesional, pudiendo recibir el importe consolidado correspondiente a más de una etapa si concluyese éstas en un mismo año o si las reclamase a la vez. Cada uno de los adelantos por etapa equivaldrá, en el caso de un miembro que se prepara para el Nivel II, a uno punto ocho (1.8) por ciento del salario básico dispuesto. En el caso de un miembro que se prepara para el Nivel III, a un cinco (5) por ciento del salario básico dispuesto. En el caso de un miembro que se prepara para el Nivel IV los adelantos por etapa equivaldrán a un ocho (8) por ciento del salario básico.

**Artículo 2.11. — Procedimiento para la Revisión de Nivel en la Clasificación.** (18 L.P.R.A. § 313i)

El procedimiento relacionado con revisiones de nivel en la clasificación al amparo del Artículo anterior será el siguiente:
1. Los miembros de la Carrera Magisterial solicitarán la revisión de su nivel en la clasificación en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial que emita al efecto. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, el cual será expedido por el Director de su escuela, así como con documentos que acrediten que el solicitante ha concluido satisfactoriamente la etapa del Plan en que basa su reclamo. Las solicitudes de revisión se radicarán en la oficina del Director.
2. El Director constituirá un Comité de Evaluación de los Planes de Mejoramiento Profesional conjuntamente con un representante del Consejo Escolar, un facilitador docente para la clasificación particular y el delegado de la unión. Este Comité analizará las solicitudes sin entrar en consideraciones no relacionadas con el contenido de los Planes de Mejoramiento Profesional de los solicitantes. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está calificado. Los Directores informarán sobre tal determinación a los solicitantes.
3. El Secretario revisará los informes de los Directores y el Comité, y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.
4. Las determinaciones del Secretario serán revisables a través de los procedimientos de quejas agravios y arbitraje establecidos en la Ley Núm. 45 de 25 de febrero de 1998, conocida como "Ley de Relaciones del Trabajo para Servicio Público de Puerto Rico" y en el convenio colectivo entre el Departamento de Educación y el representante exclusivo de los empleados afectados.

**Artículo 2.12. — Entrada de Personal Docente Externo.** (18 L.P.R.A. § 313j)

El Secretario podrá autorizar la entrada a la Carrera Magisterial a toda persona que cumpla con los requisitos del Capítulo II de esta Ley; disponiéndose que las personas así nombradas entrarán al Sistema en la clasificación y nivel que le corresponda, de acuerdo a su preparación, experiencia docente, horas contacto en actividades de educación continuada y evaluaciones satisfactorias de su desempeño.

"Ley de la Carrera Magisterial" [158-1999, según enmendada]

## CAPITULO III. — PROCEDIMIENTO DE ASCENSO

**Artículo 3.01. — Naturaleza del Ascenso. (18 L.P.R.A. § 314)**

Los ascensos en niveles constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera Magisterial que cumplen con su Plan de Mejoramiento Profesional. Ningún funcionario, Consejo o Comité del Departamento o de una escuela podrá negarse a reconocer la clasificación y nivel que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de Mejoramiento Profesional si en su desempeño todas sus evaluaciones fuesen satisfactorias.

**Artículo 3.02. — Reconocimiento de Clasificaciones y Niveles Magisteriales. (18 L.P.R.A. § 314a)**

El reconocimiento de clasificaciones y niveles en la Carrera Magisterial constituye una facultad indelegable del Secretario.

**Artículo 3.03. — El Derecho a Ascenso. (18 L.P.R.A. § 314b)**

Tendrán derecho a ascenso en nivel los miembros de la Carrera Magisterial que demuestren, mediante la presentación de documentos fehacientes, que:
1. Han concluido satisfactoriamente sus Planes de Mejoramiento Profesional;
2. Han obtenido evaluaciones satisfactorias, de manera consistente, de su desempeño docente en donde se demuestra que poseen las destrezas profesionales enumeradas en el Artículo 2.01 de esta Ley.
Los años de servicio por sí solos no califican a ningún miembro de la Carrera Magisterial para ascenso en nivel.

**Artículo 3.04. — Solicitud de Reconocimiento de Nivel. (18 L.P.R.A. § 314c)**

El procedimiento relacionado con el ascenso en nivel al amparo del artículo anterior será el siguiente:
1. Los miembros de la Carrera Magisterial solicitarán el ascenso en nivel en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, y con documentos fehacientes que acrediten que el solicitante ha concluido el mismo satisfactoriamente. Las solicitudes de reconocimiento de nivel se radicarán en la oficina del Director.
2. Los Directores y el Comité analizarán las solicitudes sin entrar en consideraciones no relacionadas con lo dispuesto en el Artículo 4.03 de esta Ley. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está calificado para el nivel cuyo reconocimiento solicita. Los Directores informarán a los solicitantes sobre las recomendaciones que en cada caso se someterán al Secretario.

---

"Ley de la Carrera Magisterial" [19-1999, según enmendada]

3. El Secretario revisará los Informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.
4. Las determinaciones finales del Secretario serán revisables a través de los procedimientos de quejas agravios y arbitraje establecidos en la Ley Núm. 45 de 25 de febrero 1998, conocida como "Ley de Relaciones del Trabajo para Servicios Público de Puerto Rico" y en el convenio colectivo entre el Departamento de Educación y el representante exclusivo de los empleados afectados.

## CAPITULO IV. — PLANES DE MEJORAMIENTO PROFESIONAL

**Artículo 4.01. — Planes de Mejoramiento Profesional. (18 L.P.R.A. § 315)**

Los Planes de Mejoramiento Profesional son programas de acción de cinco (5) años diseñados por los miembros de la Carrera Magisterial con el fin de dirigir sus esfuerzos a los objetivos que ellos mismos se han propuesto.

**Artículo 4.02. — Contenido de los Planes. (18 L.P.R.A. § 315a)**

Los planes combinarán los siguientes elementos:
1. Estudios formales con crédito académico en instituciones universitarias acreditadas o reconocidas en Puerto Rico en áreas relacionadas con la especialidad;
2. Horas de participación en actividades de educación continuada organizadas por el Departamento, aprobadas por éste o por el Comité de Evaluación Continuada;
3. Práctica supervisada en el área de su especialidad, y;
4. Actividades académicas y no académicas, de valor para la escuela, los estudiantes y la comunidad, como el desarrollo de proyectos de investigación, la organización de actividades estudiantiles, la prestación de servicios de orientación a los alumnos y a sus padres, el ofrecimiento de adiestramientos al personal docente de la escuela y la atención de estudiantes con problemas de rezago o de estudiantes de alto rendimiento académico.

**Artículo 4.03. — Preparación de los Planes. (18 L.P.R.A. § 315b)**

A la fecha de su ingreso a la Carrera Magisterial, lo mismo que al alcanzar un nuevo nivel, el miembro de la Carrera Magisterial preparará, en coordinación con el Director de su escuela, un Plan de Mejoramiento Profesional con el fin de capacitarse para el siguiente nivel.

**Artículo 4.04. — Estructura de los Planes. (18 L.P.R.A. § 315c)**

Los planes se dividirán en cinco etapas. Para cada etapa, el miembro de la Carrera Magisterial precisará las metas y los objetivos específicos que se propone alcanzar en relación con la aprobación de créditos académicos en instituciones universitarias, horas de participación en cursillos y programas de educación continua y la organización de actividades como las que valida el Artículo 4.02 de esta Ley.

**Artículo 4.05. — Radicación de los Planes y Confidencialidad de los Mismos. (18 L.P.R.A. § 315d)**

Los planes se radicarán en la oficina del Director, que será su custodio, y tendrán el carácter de documentos confidenciales mientras los miembros de la Carrera Magisterial no inicien el proceso correspondiente al reconocimiento de nivel pautado en el Capítulo III, o reclamen revisiones de su nivel al amparo del Artículo 2.10 de esta Ley.

**Artículo 4.06. — Enmiendas a los Planes. (18 L.P.R.A. § 315e)**

Los miembros de la Carrera Magisterial, en coordinación con los Directores, podrán enmendar sus Planes de Mejoramiento Profesional. También podrán anejarles documentos o escritos que sean pertinentes en cualquier momento que lo estimen necesario.

**Artículo 4.07. — Cumplimiento de los Planes de Mejoramiento Profesional. (18 L.P.R.A. § 315f)**

El desarrollo de los Planes de Mejoramiento Profesional será de la exclusiva responsabilidad de los miembros de la Carrera Magisterial. No obstante, los Directores harán los ajustes administrativos necesarios para facilitar su cumplimiento sin restarle horas de atención a los estudiantes.

**Artículo 4.08. — Condición para Ascenso en Nivel. (18 L.P.R.A. § 315g)**

No serán elegibles para ascenso en nivel ni para revisión de niveles, los miembros de la Carrera Magisterial que no hubiesen cumplido con su Plan de Mejoramiento Profesional.

## CAPÍTULO V. — EDUCACION CONTINUADA

**Artículo 5.01. — Programa de Educación Continuada. (18 L.P.R.A. § 316)**

Los programas de educación continua consistirán de cursos, seminarios, conferencias, talleres y actividades educativas con crédito académico u horas contacto. Serán impartidos o aprobados por el Departamento y darán la oportunidad de examinar temas y problemas de la educación o de desarrollar y perfeccionar destrezas profesionales de las respectivas responsabilidades de los miembros de la Carrera Magisterial.

**Artículo 5.02. — Programas de Educación Continuada del Departamento. (18 L.P.R.A. § 316a)**

El Departamento planificará, organizará e impartirá, directamente o a través de universidades u otras instituciones educativas, programas de educación continuada dirigidos a satisfacer

---

necesidades del Sistema de Educación Pública. La estructuración de estos programas se hará en estrecha colaboración con los componentes del Sistema.

**Artículo 5.03. — Formulación del Programa de Educación Continuada. (18 L.P.R.A. § 316b)**

El Secretario cuidará que los programas de educación continuada:
1. Respondan a las necesidades de las escuelas y sus componentes.
2. Se programen en días y horas convenientes.
3. Se celebren en lugares accesibles.
4. Se anuncien con tiempo suficiente.

**Artículo 5.04. — Comités de Educación Continuada. (18 L.P.R.A. § 316c)**

Cada escuela del Sistema de Educación Pública tendrá un Comité de Educación Continuada. El Comité consistirá de dos (2) miembros de la Carrera Magisterial designados por el Director, además de éste, quien será su Presidente.

**Artículo 5.05. — Funciones del Comité de Educación Continuada. (18 L.P.R.A. § 316d)**

El Comité de Educación Continuada de la escuela realizará las siguientes funciones:
1. Identificará las necesidades específicas de la escuela en lo referente a adiestramientos de corta duración.
2. Colaborará en la divulgación y promoción de las actividades de educación continua en su escuela.
3. Organizará conferencias y actividades profesionales para analizar temas tratados en los programas de educación continuada.

**Artículo 5.06. — Informes de los Comités de Educación Continuada. (18 L.P.R.A. § 316e)**

Los informes semestrales de los Comités al Secretario constituirán la base para formular los Programas de Educación Continuada. Dichos informes se someterán en la fecha que indique el Secretario.

**Artículo 5.07. — Ofrecimientos de Universidades. (18 L.P.R.A. § 316f)**

El Secretario coordinará y promoverá conjuntamente con el Presidente de la Universidad de Puerto Rico y los Presidentes de otras instituciones universitarias y educativas, en y fuera de Puerto Rico, el ofrecimiento de programas de estudios post graduados por la Universidad de Puerto Rico y otras universidades o instituciones educativas, en y fuera de Puerto Rico, con el propósito de satisfacer las necesidades del Sistema de Educación Pública y, en particular, las de los miembros de la Carrera Magisterial. También, promoverán la organización de actividades de desarrollo profesional del magisterio. Gestionará además, la formalización de acuerdos entre instituciones universitarias y educativas del país y además de otros países; así como del establecimiento de sistemas de convalidación de créditos por horas de participación en programas de educación continuada impartidos por las instituciones universitarias y educativas.

**Artículo 5.08. — Desarrollo Profesional Continuo. (18 L.P.R.A. § 316g)**

Los Planes de Mejoramiento Profesional constituirán esfuerzos sistemáticos para renovar y desarrollar las destrezas de los miembros de la Carrera Magisterial. A ese fin, el Departamento proveerá tiempo en el calendario escolar para que cada miembro de la Carrera Magisterial desarrolle su propio Plan de Mejoramiento Profesional.

**Artículo 5.09. — Otras Actividades de Educación Continuada. (18 L.P.R.A. § 316h)**

Todo miembro de la Carrera Magisterial obtendrá, de ser necesario, autorización para asistir a actividades de educación continuada ofrecidas por organizaciones profesionales u otras entidades. En todo caso deberá ser notificado al Comité de Educación Continuada a fin de asegurar que le sean acreditadas las horas correspondientes.

## CAPITULO VI. — EVALUACION DE LOS MIEMBROS DE LA CARRERA MAGISTERIAL

**Artículo 6.01. — El Sistema de Evaluación. (18 L.P.R.A. § 317)**

El sistema de evaluación de miembro de la Carrera Magisterial se establecerá con el fin de alentar el desarrollo de aptitudes y destrezas profesionales con arreglo a lo previsto en esta Ley. El Secretario de Educación establecerá los procedimientos para evaluar a los miembros de la Carrera Magisterial.

**Artículo 6.02. — Evaluación de los miembros de la Carrera Magisterial. (18 L.P.R.A. § 317f)**

El Secretario establecerá en el Reglamento de la Carrera Magisterial los procedimientos para evaluar a los miembros de la misma. En el caso de los maestros de la sala de clases, se evaluará su labor mediante el análisis de los Planes de Mejoramiento Profesional, de entrevistas periódicas con los evaluados, de visitas a su salón y mediante el análisis del desempeño académico de sus estudiantes. En cuanto a los demás miembros de la Carrera Magisterial se evaluará su labor mediante el análisis de los Planes de Mejoramiento Profesional, de entrevistas periódicas con los evaluados, de visitas a sus centros de trabajo y mediante la evaluación de informes sometidos de labor realizada. Todos los miembros deben demostrar que poseen las destrezas profesionales propias de su clasificación. Las evaluaciones de sus directores podrán ser revisadas a través de los procedimientos de quejas agravios y arbitraje establecidos en la Ley Núm. 45 del 25 de febrero de 1998 conocida como "Ley de Relaciones del Trabajo para Servicio Público de Puerto Rico" y en el convenio colectivo entre el Departamento de Educación y el representante exclusivo de los empleados afectado.

**Artículo 6.03. — Areas de Dificil Reclutamiento. (18 L.P.R.A. § 317g)**

El Secretario podrá establecer por Reglamento incentivos para atraer o mantener en la Carrera Magisterial a aquellos candidatos o miembros con especialidades de dificil reclutamiento.

## CAPITULO VII. — DEFINICION DE TERMINOS

**Artículo 7.01. — Definiciones. (18 L.P.R.A. § 310)**

A los efectos de esta Ley, los términos que se definen a continuación tendrán el significado que se indica.

1. **Carrera Magisterial** - Sistema de niveles para promover el mejoramiento profesional del maestro de salón de clases, del maestro bibliotecario, del orientado escolar, del trabajador social escolar, del maestro especialista en tecnología instruccional, del coordinador industrial y del coordinador de programas vocacionales, a través de estudios formales, actividades profesionales, práctica docente y clasificaciones y niveles que definen funciones y jerarquias en el Sistema de Educación Pública.
2. **Departamento** - El Departamento de Educación de Puerto Rico.
3. **Director** - El Director de Escuela.
4. **Educación Continuada** - Conjunto de actividades educativas, con crédito académico u horas contacto.
5. **Estudios formales** - Estudios universitarios conducentes a un grado académico.
6. **Evaluación** - Proceso para ponderar el conocimiento adquirido, las capacidades y destrezas profesionales de los miembros de la Carrera Magisterial.
7. **Miembro de la Carrera Magisterial** - Se refiere al maestro del salón de clase, al maestro bibliotecario, orientador escolar, trabajador social escolar, maestro especialista en tecnología instruccional, coordinador de programas vocacionales y coordinador industrial.
8. **Mejoramiento Profesional** - El desarrollo y perfeccionamiento de las destrezas docentes por medio del estudio formal, la práctica docente y experiencias en programas de educación continua.
9. **Nivel** - Lugar que ocupa un miembro de la Carrera Magisterial en su profesión, entre I y IV.
10. **Organizaciones Profesionales** - Todas aquellas que surjan del curriculo de los Programas Académicos y todas aquellas bonafide que agrupan a Profesionales de la Educación para fines de su mejoramiento profesional.
11. **Plan de Mejoramiento Profesional o Plan** - Programa de cinco (5) años formulado con el fin de ampliar su conocimiento y promover el desarrollo de destrezas profesionales a través de estudios formales, de programas de educación continua y de práctica docente.
12. **Reconocimiento de Clasificación y Nivel Magisterial** - Proceso mediante el cual se reconoce que un miembro de la Carrera Magisterial ha cumplido su Plan de Mejoramiento Profesional y ha alcanzado un nuevo nivel.
13. **Secretario** - El Secretario de Educación.
14. **Sistema** - El Sistema de Educación Pública de Puerto Rico.

## CAPITULO VIII. — DISPOSICIONES PROVISIONALES

**Artículo 8.01. — Reconocimiento de Clasificaciones y Niveles Iniciales. (18 L.P.R.A. § 318)**

Los orientadores escolares, trabajadores sociales escolares, maestros especialistas en tecnología instruccional, coordinadores de programas vocacionales y coordinadores industriales que estuviesen laborando en el Sistema a la fecha de vigencia de esta Ley podrán reclamar, dentro del año siguiente, la clasificación y nivel magisterial que les corresponda según las normas que con carácter provisional establece este Artículo.

A ese efecto se le reconocerá la ubicación de:

**Nivel I** - los funcionarios con permanencia; con no menos de dos (2) años de experiencia en el Sistema.

**Nivel II** - los funcionarios con permanencia; con más de dos (2) años y menos de trece (13) años de experiencia en el Sistema que tengan un grado de maestría otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico; o con más de dos (2) años y menos de ocho (8) años de experiencia en el Sistema que tengan un grado de doctorado otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

**Nivel III** - los funcionarios con permanencia, con no menos de trece (13) años de experiencia en el Sistema y que tengan un grado de maestría otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico; o con no menos de ocho (8) años de experiencia en el Sistema y que tengan un grado de doctorado otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

**Nivel IV** - los funcionarios con permanencia, con no menos de quince (15) años de experiencia en el Sistema y que tengan un grado de doctor otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

**Artículo 8.02. — Reconocimiento de los rangos existentes. (18 L.P.R.A. § 318a)**

Todo maestro y maestro bibliotecario, que voluntariamente y en virtud de la Ley 158 de 18 de julio de 1999, haya ingresado o sea miembro de la Carrera Magisterial al momento de vigencia de esta Ley y esté clasificado como:
1. Maestro Auxiliar, será denominado Maestro I o Maestro Bibliotecario I.
2. Maestro Asociado, será denominado Maestro III o Maestro Bibliotecario III.
3. Maestro, será denominado Maestro o Maestro Bibliotecario IV.

**Artículo 8.03. — Consideración de ascenso de los miembros existentes. (18 L.P.R.A. § 318b)**

Todo maestro y maestro bibliotecario, que voluntariamente y en virtud de la Ley 158 de 18 de julio de 1999, haya ingresado o sea miembro de la Carrera Magisterial al momento de vigencia de esta Ley y desee se considerado para otro nivel diferente al que le corresponde en virtud del Artículo 8.02 de esta Ley, deberá cumplir con los requisitos inherentes al nivel para el cual solicita ascenso.

## CAPITULO IX. — DISPOSICIONES FINALES

**Artículo 9.01. — Protección de Derechos. (18 L.P.R.A. § 319)**

Ninguna disposición de esta Ley modifica, revoca, altera o invalida derechos adquiridos por el personal docente del Departamento de Educación Pública.

**Artículo 9.02. — Vigencia de Reglamentos Existentes. (18 L.P.R.A. § 310 nota)**

Las normas administrativas y reglamentarias en vigor que no sean incompatibles con las disposiciones de esta Ley continuarán vigentes hasta que sean derogadas o enmendadas.

**Artículo 9.03. — No Aplicabilidad de Leyes. (18 L.P.R.A. § 310 nota)**

Las disposiciones de la Ley Núm. 34 de 13 de junio de 1966, según enmendada, no serán de aplicación a los miembros de la Carrera Magisterial.

**Artículo 9.04. — Separabilidad. (18 L.P.R.A. § 310 nota)**

Si cualquier parte de esta Ley fuese declarada inconstitucional por un Tribunal competente las demás disposiciones quedarán en vigor y efecto.

**Artículo 9.05. — Asignación de Fondos. (18 L.P.R.A. § 310 nota)**

A partir del año fiscal 2000-01 los fondos para implantar esta Ley se consignarán anualmente en el Presupuesto de Gastos correspondientes al Departamento de Educación.

**Artículo 9.06. — Vigencia. (18 L.P.R.A. § 310 nota)**

Esta Ley comenzará a regir inmediatamente después de su aprobación, con excepción de las disposiciones relacionadas con los incentivos correspondientes a los niveles los cuales entrarán en vigor a partir del 1ro. de julio de 2003.

Toda persona que no pertenezca a la Carrera Magisterial, cuya clasificación esté incluida en el Artículo 2.02 y desee participar de la Carrera Magisterial, tendrá un año, a partir de la vigencia de esta Ley, para solicitar su ingreso a la misma.



## Puerto Rico

---

## Ley Núm. 208 del año 2002

---

(P. de la C. 2560), 2002, Ley 208

**Para enmendar el Capítulo I; derogar el Capítulo II y enmendar y renumerar los capítulos III, IV, V, VI, VII, VIII, IX y X de la Ley Núm. 158 de 1999: Ley de la Carrera Magisterial**
**LEY NUM. 208 DE 28 DE AGOSTO DE 2002**

Para enmendar el Capítulo I; derogar el Capítulo II; enmendar y renumerar los Capítulos III, IV, V, VI, VII, VIII, IX y X de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, conocida como Ley de la Carrera Magisterial, a fin de atemperar sus disposiciones con las disposiciones de la Ley Núm. 149 de 15 de julio de 1999, según enmendada, Ley Orgánica del Departamento de Educación de Puerto Rico, y con la Ley Núm. 45 de 25 de febrero de 1998, Ley de Relaciones del Trabajo para el Servicio Público de Puerto Rico; para disponer sobre el sistema de clasificaciones; establecer procedimientos para ascensos y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua, y para incluir a los Orientadores Escolares, Trabajadores Sociales escolares, los Coordinadores de Programas Vocacionales y Coordinadores Industriales y a los Maestros Especialistas en Tecnología Instruccional en la Ley de Carrera Magisterial.

### EXPOSICION DE MOTIVOS

La Ley Núm. 158 de 18 de julio de 1999, "Ley de la Carrera Magisterial", se aprobó con el fin de propiciar la excelencia en los servicios educativos públicos del Estado Libre Asociado de Puerto Rico, y así darle plena vigencia al mandato constitucional que consagra el derecho de toda persona a una educación que propenda al pleno desarrollo de su personalidad y al fortalecimiento de los derechos y libertades fundamentales. La mayoría de los sectores concernidos con el sistema de educación pública en Puerto Rico coincidieron en que los propósitos que perseguía esta legislación eran loables. No obstante, el transcurso del tiempo ha demostrado que es necesario aprobar enmiendas sustantivas a esta pieza legislativa.

Se hace imperativo atemperar las disposiciones de esta Ley a las disposiciones de la Ley Núm. 149 de 15 de julio de 1999, según enmendada, conocida como "Ley Orgánica del Departamento de Educación de Puerto Rico", y de la Ley Núm. 45 de 25 de febrero de 1998, "Ley de Relaciones del Trabajo para el Servicio Público de Puerto Rico".

Lamentablemente, la Ley de la Carrera Magisterial no tomó en consideración al personal docente que en esta Ley se incluye. Para subsanar esta falta, se incluyen ahora, además de los maestros y maestros bibliotecarios a los orientadores escolares, trabajadores sociales escolares, coordinadores de programas vocacionales, coordinadores industriales y el especialista en tecnología instruccional que posean certificados docentes expedidos conforme a la ley.

Por otra parte, varias de las disposiciones de la Ley de la Carrera Magisterial resultan conflictivas con los términos del Convenio Colectivo vigente acordado al amparo de la Ley de Relaciones del Trabajo para el Servicio Público de Puerto Rico.

El concepto de la Ley de la Carrera Magisterial no debe interferir con el libre juego de fuerzas de la negociación colectiva vigente. Dicho concepto está predicado en la noción de que el nivel de desarrollo que

aspiramos para el magisterio y el personal de apoyo a la docencia requieren estímulos económicos o incentivos que complementen la negociación de salarios.

Además, consultas con los grupos de profesionales de la educación demuestran que se hacen necesarias ciertas enmiendas para reflejar mejor la realidad del desarrollo profesional y la experiencia de los maestros. No se promueven los propósitos legislativos cuando el resultado del estatuto, en la práctica, fue desalentar a profesionales docentes con considerable experiencia en el Sistema.

El propósito de este proyecto es, pues, subsanar las anteriores situaciones, hacer mayor justicia a los miembros de la carrera magisterial y atender sus preocupaciones, de manera que se cumplan con mayor efectividad los propósitos de la Ley de la Carrera Magisterial.

### DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

Artículo 1.-Se enmienda el Capítulo I de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, para que se lea como sigue:

#### "CAPITULO I

#### DISPOSICIONES GENERALES

Artículo 1.01.-Título

Esta Ley se conocerá como "Ley de la Carrera Magisterial".

Artículo 1.02.-Declaración de Propósitos

Las Exposiciones de Motivos de la Ley Núm. 158 de 18 de julio de 1999 y de esta Ley forman parte del texto normativo y constituyen su declaración de propósitos.

Artículo 1.03.- Miembros de la Carrera Magisterial

Serán miembros de la Carrera Magisterial los maestros del salón de clases, los maestros bibliotecarios, los orientadores escolares, los trabajadores sociales escolares, los maestros especialistas en tecnología instruccional, los coordinadores industriales y los coordinadores de programas vocacionales, que:

1. Posean certificados regulares de maestro en la categoría en que se desempeñen,

2. Tengan status permanente, y,

3. Estén trabajando como maestros de salón de clases, maestros bibliotecarios, orientadores escolares, trabajadores sociales escolares, maestros especialistas en tecnología instruccional, coordinadores de programas vocacionales y coordinadores industriales y estén realizando las funciones inherentes en la categoría de puesto para el cual se les expidió el certificado regular.

Artículo 1.04.-Exclusiones

Estarán excluidos de la Carrera Magisterial los maestros con status probatorio, transitorio elegible y provisional.

Artículo 1.05.-El Reglamento de la Carrera Magisterial

Anejo 2

El Secretario promulgará un Reglamento de la Carrera Magisterial, complementario de esta Ley, armonizando sus disposiciones con ésta."

**Artículo 2.**-Se deroga el Capítulo II de la Ley Núm. 158 de 18 de julio de 1999, según enmendada.

**Artículo 3.**-Se enmienda el Capítulo III y se renumera como Capítulo II de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, para que se lea como sigue:

## "CAPITULO II.

### CLASIFICACIONES MAGISTERIALES

Artículo 2.01.-Finalidad de la Clasificación y Nivel Magisterial

Las clasificaciones y niveles establecen un orden en la jerarquía según su preparación académica y años de experiencia.

Artículo 2.02.-Denominación de las Clasificaciones y Niveles Magisteriales
Las clasificaciones y niveles magisteriales tendrán las siguientes denominaciones:

1. Maestro de Salón de Clases

2. Maestro Bibliotecario

3. Orientador Escolar

4. Trabajador Social Escolar

5. Maestro Especialista en Tecnología Instruccional

6. Coordinador Industrial

7. Coordinador de Programas Vocacionales

En todas las clasificaciones anteriores existirán los niveles del I al IV, cuyos ocupantes cumplirán con todos los requisitos dispuestos en esta Ley y en la Ley de su profesión particular, si alguna.

Artículo 2.03.-Nivel I en cada Clasificación

El Nivel I en cada clasificación se otorgará al miembro de la Carrera Magisterial que:

    (a) Obtenga la permanencia en el Sistema de Educación Pública, conforme a la Ley Núm. 312 de 15 de mayo de 1938, según enmendada.

    (b) Radique Solicitud de Activación al amparo de esta Ley.

    (c) Radique y se apruebe el Plan de Mejoramiento Profesional.

Artículo 2.04.-Nivel II en cada Clasificación

El Nivel II en cada clasificación se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:

    (a) Dieciocho (18) créditos académicos en nivel subgraduado en áreas de estudios relacionados con las categorías de puestos incluidos en esta Ley, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

    (b) Doscientas (200) horas contacto en actividades de educación continuada, desde que se le reconoció el Nivel I.

    (c) Diez (10) años de experiencia docente en el Sistema de Educación Pública.

    (d) Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:

        1. Siete (7) años de experiencia docente en el Sistema de Educación Pública.

        2. Dieciocho (18) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría del puesto en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

        3. Doscientas (200) horas-contacto en actividades de educación continuada desde que se le reconoció el Nivel I.

        4. Evaluaciones satisfactorias de su desempeño docente

El reconocimiento de la clasificación será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

Artículo 2.05.-Nivel III en cada Clasificación

El Nivel III en cada clasificación se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:

    (a) Maestría en la categoría en que se desempeña.

    (b) Siete (7) años de experiencia docente en el Sistema de Educación Pública.

    (c) Doscientas (200) horas-contacto en actividades de educación continuada desde que se le reconoció el nivel que ocupa al momento de solicitar el ascenso.

    (d) Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:

        1. Cuarenta y cinco (45) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

        2. Cien (100) horas contacto en actividades de educación continuada desde que se reconoció el nivel que ocupa al momento de solicitar el ascenso.

        3. Siete (7) años de experiencia docente en el Sistema de Educación Pública.

        4. Evaluaciones satisfactorias de su desempeño docente.

El reconocimiento del nivel será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

Se les reconocerá el incentivo correspondiente al Nivel II a aquellos miembros de la Carrera Magisterial que asciendan del Nivel I al Nivel III y cumplan con todos los requisitos de éste Artículo.

Artículo 2.06.-El Nivel IV en cada Clasificación

El Nivel IV se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:

(a)   Doctorado en la categoría en que se desempeña.

(b)   Doscientas (200) horas- contacto en actividades de educación continuada desde que se le reconoció el Nivel III.

(c)   Cien (100) horas de adiestramientos al personal docente de la escuela o del Sistema o que invierta cien (100) horas en un proyecto especial en beneficio del Sistema de Educación Pública.

(d)   Diez (10) años de experiencia docente en el Sistema.

(e)   Evaluaciones satisfactorias de su desempeño docente.

O en su lugar, los siguientes requisitos:

1.   Cuarenta y cinco (45) créditos académicos conducentes al grado de doctor en áreas de estudios relacionadas con la categoría en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

2.   Trescientas (300) horas contacto en actividades de educación continuada desde que se le reconoció el Nivel III.

3.   Cien (100) horas de adiestramientos al personal docente de la escuela o del Sistema o cien (100) horas en el desarrollo de un proyecto especial en beneficio del Sistema.

4.   Diez (10) años de experiencia docente en el Sistema.

5.   Evaluaciones satisfactorias de su desempeño docente.

El reconocimiento de la clasificación y nivel será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

Artículo 2.07.-Sustitución de Horas de Educación Continuada con Créditos Académicos.

Las horas de participación en programas de educación continuada podrán sustituirse con créditos académicos en cursos de las disciplinas relacionadas con la especialidad del miembro de la Carrera Magisterial. A tal propósito, catorce (14) horas de participación en programas de educación continua equivaldrán a un (1) crédito académico. Los estudios formales, sin embargo, no se podrán sustituir por experiencias en programas de educación continuada.

Artículo 2.08.-Requisitos Indispensables para Ascensos

En los procedimientos relacionados con ascensos en nivel no se podrá dispensar ni se podrá obviar ninguno de los requisitos establecidos en este Capítulo, excepto lo dispuesto en el artículo 6.03.

Artículo 2.09.-Incentivos por nivel.

Los incentivos por nivel para los miembros de la Carrera Magisterial serán los siguientes:

1.   Para el Nivel I en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un siete (7) por ciento de su salario básico.

2.   Para el Nivel II en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un nueve (9) por ciento de su salario básico.

3.   Para el Nivel III en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un veinticinco (25) por ciento de su salario básico.

4.   Para el Nivel IV en cada clasificación se concederá a la persona en el momento en que adquiera el mismo, un cuarenta (40) por ciento de su salario básico.

Artículo 2.10.-Revisión de Niveles

A propósito de estimular el cumplimiento con los Planes de Mejoramiento Profesional, el Secretario autorizará uno o más adelantos como incentivo para la conclusión de cada etapa de los mismos.

A tal efecto, un miembro de la Carrera Magisterial podrá recibir uno o más adelantos durante la vigencia de su Plan de Mejoramiento Profesional, pudiendo recibir el importe consolidado correspondiente a más de una etapa si concluyesen éstas en un mismo año o si las reclamase a la vez. Cada uno de los adelantos por etapa equivaldrá, en el caso de un miembro que se prepara para el Nivel II, a uno punto ocho (1.8) por ciento del salario básico dispuesto. En el caso de un miembro que se prepara para el Nivel III, a un cinco (5) por ciento del salario básico dispuesto. En el caso de un miembro que se prepara para el Nivel IV los adelantos por etapa equivaldrán a un ocho (8) por ciento del salario básico.

Artículo 2.11.-Procedimiento para la Revisión de Nivel en la Clasificación.

El procedimiento relacionado con revisiones de nivel en la clasificación al amparo del Artículo anterior será el siguiente:

1.   Los miembros de la Carrera Magisterial solicitarán la revisión de su nivel en la clasificación en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial que emita al efecto. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, el cual será expedido por el Director de su escuela, así como con documentos que acrediten que el solicitante ha concluido satisfactoriamente la etapa del Plan en que basa su reclamo. Las solicitudes de revisión se radicarán en la oficina del Director.

2.   El Director constituirá un Comité de Evaluación de los Planes de Mejoramiento Profesional conjuntamente con un representante del Consejo Escolar, un facilitador docente para la clasificación particular y el delegado de la unión. Este Comité analizará las solicitudes sin entrar en consideraciones no relacionadas con el contenido de los Planes de Mejoramiento Profesional de los solicitantes. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus

11/2/2020                     Leyes de Puerto Rico de 2002 en LexJuris

recomendaciones indicando si el candidato está o no está calificado. Los Directores informarán sobre tal determinación a los solicitantes.

3. El Secretario revisará los informes de los Directores y el Comité, y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.

4. Las determinaciones del Secretario serán revisables a través de los procedimientos de quejas agravios y arbitraje establecidos en la Ley Núm. 45 de 25 de febrero de 1998, conocida como "Ley de Relaciones del Trabajo para Servicio Público de Puerto Rico" y en el convenio colectivo entre el Departamento de Educación y el representante exclusivo de los empleados afectados.

Artículo 2.12.-Entrada de Personal Docente Externo

El Secretario podrá autorizar la entrada a la Carrera Magisterial a toda persona que cumpla con los requisitos del Capítulo II de esta Ley; disponiéndose que las personas así nombradas entrarán al Sistema en la clasificación y nivel que le corresponda, de acuerdo a su preparación, experiencia docente, horas contacto en actividades de educación continuada y evaluaciones satisfactorias de su desempeño."

Artículo 4.-Se enmienda el Capítulo IV y se renumera como Capítulo III de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, para que se lea como sigue:

"CAPITULO III

PROCEDIMIENTO DE ASCENSO

Artículo 3.01.-Naturaleza del Ascenso

Los ascensos en niveles constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera Magisterial que cumplen con su Plan de Mejoramiento Profesional. Ningún funcionario, Consejo o Comité del Departamento o de una escuela podrá negarse a reconocer la clasificación y nivel que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de Mejoramiento Profesional si en su desempeño todas sus evaluaciones fuesen satisfactorias.

Artículo 3.02.-Reconocimiento de Clasificaciones y Niveles Magisteriales

El reconocimiento de clasificaciones y niveles en la Carrera Magisterial constituye una facultad indelegable del Secretario.

Artículo 3.03.-El Derecho a Ascenso

Tendrán derecho a ascenso en nivel los miembros de la Carrera Magisterial que demuestren, mediante la presentación de documentos fehacientes, que:

1. Han concluido satisfactoriamente sus Planes de Mejoramiento Profesional;

2. Han obtenido evaluaciones satisfactorias, de manera consistente, de su desempeño docente en donde se demuestra que poseen las destrezas profesionales enumeradas en el Artículo 2.01 de esta Ley.

11/2/2020                     Leyes de Puerto Rico de 2002 en LexJuris

Los años de servicio por sí solos no califican a ningún miembro de la Carrera Magisterial para ascenso en nivel.

Artículo 3.04.-Solicitud de Reconocimiento de Nivel

El procedimiento relacionado con el ascenso en nivel al amparo del artículo anterior será el siguiente:

1. Los miembros de la Carrera Magisterial solicitarán el ascenso en nivel en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, y con documentos fehacientes que acrediten que el solicitante ha concluido el mismo satisfactoriamente. Las solicitudes de reconocimiento de nivel se radicarán en la oficina del Director.

2. Los Directores y el Comité analizarán las solicitudes sin entrar en consideraciones no relacionadas con lo dispuesto en el Artículo 4.03 de esta Ley. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está calificado para el nivel cuyo reconocimiento solicita. Los Directores informarán a los solicitantes sobre las recomendaciones que en cada caso se someterán al Secretario.

3. El Secretario revisará los Informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.

4. Las determinaciones finales del Secretario serán revisables a través de los procedimientos de quejas agravios y arbitraje establecidos en la Ley Núm. 45 de 25 de febrero 1998, conocida como "Ley de Relaciones del Trabajo para Servicios Público de Puerto Rico" y en el convenio colectivo entre el Departamento de Educación y el representante exclusivo de los empleados afectados.

[Artículo 5.-Se enmienda el Capítulo V y se renumera como Capítulo IV de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, para que se lea como sigue:]

"CAPITULO IV

PLANES DE MEJORAMIENTO PROFESIONAL

Artículo 4.01.-Planes de Mejoramiento Profesional

Los Planes de Mejoramiento Profesional son programas de acción de cinco (5) años diseñados por los miembros de la Carrera Magisterial con el fin de dirigir sus esfuerzos a los objetivos que ellos mismos se han propuesto.

Artículo 4.02.-Contenido de los Planes

Los planes combinarán los siguientes elementos:

1.  Estudios formales con crédito académico en instituciones universitarias acreditadas o reconocidas en Puerto Rico en áreas relacionadas con la especialidad;

2.  Horas de participación en actividades de educación continuada organizadas por el Departamento, aprobadas por éste o por el Comité de Evaluación Continuada;

3.  Práctica supervisada en el área de su especialidad, y;

4.  Actividades académicas y no académicas, de valor para la escuela, los estudiantes y la comunidad, como el desarrollo de proyectos de investigación, la organización de actividades estudiantiles, la prestación de servicios de orientación a los alumnos y a sus padres, el ofrecimiento de adiestramientos al personal docente de la escuela y la atención de estudiantes con problemas de rezago o de estudiantes de alto rendimiento académico.

Artículo 4.03.-Preparación de los Planes

A la fecha de su ingreso a la Carrera Magisterial, lo mismo que al alcanzar un nuevo nivel, el miembro de la Carrera Magisterial preparará, en coordinación con el Director de su escuela, un Plan de Mejoramiento Profesional con el fin de capacitarse para el siguiente nivel.

Artículo 4.04.-Estructura de los Planes

Los planes se dividirán en cinco etapas. Para cada etapa, el miembro de la Carrera Magisterial precisará las metas y los objetivos específicos que se propone alcanzar en relación con la aprobación de créditos académicos en instituciones universitarias, horas de participación en cursillos y programas de educación continua y la organización de actividades como las que valida el Artículo 4.02 de esta Ley.

Artículo 4.05.-Radicación de los Planes y Confidencialidad de los Mismos

Los planes se radicarán en la oficina del Director, que será su custodio, y tendrán el carácter de documentos confidenciales mientras los miembros de la Carrera Magisterial no inicien el proceso correspondiente al reconocimiento de nivel pautado en el Capítulo III, o reclamen revisiones de su nivel al amparo del Artículo 2.10 de esta Ley.

Artículo 4.06.-Enmiendas a los Planes

Los miembros de la Carrera Magisterial, en coordinación con los Directores, podrán enmendar sus Planes de Mejoramiento Profesional. También podrán anejarles documentos o escritos que sean pertinentes en cualquier momento que lo estimen necesario.

Artículo 4.07.-Cumplimiento de los Planes de Mejoramiento Profesional

El desarrollo de los Planes de Mejoramiento Profesional será de la exclusiva responsabilidad de los miembros de la Carrera Magisterial. No obstante, los Directores harán los ajustes administrativos necesarios para facilitar su cumplimiento sin restarle horas de atención a los estudiantes.

Artículo 4.08.-Condición para Ascenso en Nivel

No serán elegibles para ascenso en nivel ni para revisión de niveles, los miembros de la Carrera Magisterial que no hubiesen cumplido con su Plan de Mejoramiento Profesional."

Artículo 6.-Se enmienda el Capítulo VI y se renumera como Capítulo V de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, para que se lea como sigue:

"CAPITULO V

EDUCACION CONTINUADA

Artículo 5.01.-Programa de Educación Continuada

Los programas de educación continua consistirán de cursos, seminarios, conferencias, talleres y actividades educativas con crédito académico u horas contacto. Serán impartidos o aprobados por el Departamento y darán la oportunidad de examinar temas y problemas de la educación o de desarrollar y perfeccionar destrezas profesionales de las respectivas responsabilidades de los miembros de la Carrera Magisterial.

Artículo 5.02.-Programas de Educación Continuada del Departamento

El Departamento planificará, organizará e impartirá, directamente o a través de universidades u otras instituciones educativas, programas de educación continuada dirigidos a satisfacer necesidades del Sistema de Educación Pública. La estructuración de estos programas se hará en estrecha colaboración con los componentes del Sistema.

Artículo 5.03.-Formulación del Programa de Educación Continuada

El Secretario cuidará que los programas de educación continuada:

1.  Respondan a las necesidades de las escuelas y sus componentes.

2.  Se programen en días y horas convenientes.

3.  Se celebren en lugares accesibles.

4.  Se anuncien con tiempo suficiente.

Artículo 5.04.-Comités de Educación Continuada

Cada escuela del Sistema de Educación Pública tendrá un Comité de Educación Continuada. El Comité consistirá de dos (2) miembros de la Carrera Magisterial designados por el Director, además de éste, quien será su Presidente.

Artículo 5.05.-Funciones del Comité de Educación Continuada

El Comité de Educación Continuada de la escuela realizará las siguientes funciones:

1.  Identificará las necesidades específicas de la escuela en lo referente a adiestramientos de corta duración.

2.  Colaborará en la divulgación y promoción de las actividades de educación continua en su escuela.

3.  Organizará conferencias y actividades profesionales para analizar temas tratados en los programas de educación continuada.

Artículo 5.06.-Informes de los Comités de Educación Continuada

Los informes semestrales de los Comités al Secretario constituirán la base para formular los Programas de Educación Continuada. Dichos informes se someterán en la fecha que indique el Secretario.

### Artículo 5.07.-Ofrecimientos de Universidades

El Secretario coordinará y promoverá conjuntamente con el Presidente de la Universidad de Puerto Rico y los Presidentes de otras instituciones universitarias y educativas, en y fuera de Puerto Rico, el ofrecimiento de programas de estudios post graduados por la Universidad de Puerto Rico y otras universidades o instituciones educativas, en y fuera de Puerto Rico, con el propósito de satisfacer las necesidades del Sistema de Educación Pública y, en particular, las de los miembros de la Carrera Magisterial. También, promoverán la organización de actividades de desarrollo profesional del magisterio. Gestionará además, la formalización de acuerdos entre instituciones universitarias y educativas del país y además de otros países; así como del establecimiento de sistemas de convalidación de créditos por horas de participación en programas de educación continuada impartidos por las instituciones universitarias y educativas.

### Artículo 5.08.-Desarrollo Profesional Continuo

Los Planes de Mejoramiento Profesional constituirán esfuerzos sistemáticos para renovar y desarrollar las destrezas de los miembros de la Carrera Magisterial. A ese fin, el Departamento proveerá tiempo en el calendario escolar para que cada miembro de la Carrera Magisterial desarrolle su propio Plan de Mejoramiento Profesional.

### Artículo 5.09.-Otras Actividades de Educación Continuada

Todo miembro de la Carrera Magisterial obtendrá, de ser necesario, autorización para asistir a actividades de educación continuada ofrecidas por organizaciones profesionales u otras entidades. En todo caso deberá ser notificado al Comité de Educación Continuada a fin de asegurar que le sean acreditadas las horas correspondientes."

Artículo 7.-Se enmienda el Capítulo VII y se renumera como Capítulo VI de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, para que se lea como sigue:

### "CAPITULO VI

### EVALUACION DE LOS MIEMBROS DE LA CARRERA MAGISTERIAL

### Artículo 6.01-El Sistema de Evaluación

El sistema de evaluación de miembro de la Carrera Magisterial se establecerá con el fin de alentar el desarrollo de aptitudes y destrezas profesionales con arreglo a lo previsto en esta Ley. El Secretario de Educación establecerá los procedimientos para evaluar a los miembros de la Carrera Magisterial.

### Artículo 6.02.-Evaluación de los miembros de la Carrera Magisterial

El Secretario establecerá en el Reglamento de la Carrera Magisterial los procedimientos para evaluar a los miembros de la misma. En el caso de los maestros de la sala de clases, se evaluará su labor mediante el análisis de los Planes de Mejoramiento Profesional, de entrevistas periódicas con los evaluados, de visitas a su salón y mediante el análisis del desempeño académico de sus estudiantes. En cuanto a los demás miembros de la Carrera Magisterial se evaluará su labor mediante el análisis de los Planes de Mejoramiento Profesional, de entrevistas periódicas con los evaluados, de visitas a sus centros de trabajo y mediante la evaluación de informes sometidos de labor realizada. Todos los miembros deben demostrar que poseen las destrezas profesionales propias de su clasificación. Las evaluaciones de sus

directores podrán ser revisadas a través de los procedimientos de quejas agravios y arbitraje establecidos en la Ley Núm. 45 del 25 de febrero de 1998 conocida como "Ley de Relaciones del Trabajo para Servicio Público de Puerto Rico y en el convenio colectivo entre el Departamento de Educación y el representante exclusivo de los empleados afectado.

### Artículo 6.03.-Areas de Dificil Reclutamiento

El Secretario podrá establecer por Reglamento incentivos para atraer o mantener en la Carrera Magisterial a aquellos candidatos o miembros con especialidades de difícil reclutamiento."

Artículo 8.-Se enmienda el Capítulo VIII y se renumera como Capítulo VII de la Ley Núm. 158 de 18 de julio de 1999, según enmendada para que se lea como sigue:

### "CAPITULO VII

### DEFINICION DE TERMINOS

### Artículo 7.01.-Definiciones

A los efectos de esta Ley, los términos que se definen a continuación tendrán el significado que se indica.

1. Carrera Magisterial - Sistema de niveles para promover el mejoramiento profesional del maestro de salón de clases, del maestro bibliotecario, del orientado escolar, del trabajador social escolar, del maestro especialista en tecnología instruccional, del coordinador industrial y del coordinador de programas vocacionales, a través de estudios formales, actividades profesionales, práctica docente y clasificaciones y niveles que definen funciones y jerarquías en el Sistema de Educación Pública.

2. Departamento - El Departamento de Educación de Puerto Rico.

3. Director - El Director de Escuela.

4. Educación Continuada - Conjunto de actividades educativas, con crédito académico u horas contacto.

5. Estudios formales - Estudios universitarios conducentes a un grado académico.

6. Evaluación - Proceso para ponderar el conocimiento adquirido, las capacidades y destrezas profesionales de los miembros de la Carrera Magisterial.

7. Miembro de la Carrera Magisterial - Se refiere al maestro del salón de clase, al maestro bibliotecario, orientador escolar, trabajador social escolar, maestro especialista en tecnología instruccional, coordinador de programas vocacionales y coordinador industrial.

8. Mejoramiento Profesional - El desarrollo y perfeccionamiento de las destrezas docentes por medio del estudio formal, la práctica docente y experiencias en programas de educación continua.

9. Nivel - Lugar que ocupa un miembro de la Carrera Magisterial en su profesión, entre I y IV.

10.    Organizaciones Profesionales- Todas aquellas que surjan del curriculo de los Programas Académicos y todas aquellas bonafide que agrupan a Profesionales de la Educación para fines de su mejoramiento profesional.

11.    Plan de Mejoramiento Profesional o Plan- Programa de cinco (5) años formulado con el fin de ampliar su conocimiento y promover el desarrollo de destrezas profesionales a través de estudios formales, de programas de educación continua y de práctica docente.

12.    Reconocimiento de Clasificación y Nivel Magisterial - Proceso mediante el cual se reconoce que un miembro de la Carrera Magisterial ha cumplido su Plan de Mejoramiento Profesional y ha alcanzado un nuevo nivel.

13.    Secretario - El Secretario de Educación.

14.    Sistema - El Sistema de Educación Pública de Puerto Rico."

Artículo 9.-Se enmienda el Capítulo IX y se renumera como Capítulo VIII de la Ley Núm. 158 de 18 de julio de 1999, lea como sigue:

"CAPITULO VIII

DISPOSICIONES PROVISIONALES

Artículo 8.01.-Reconocimiento de Clasificaciones y Niveles Iniciales

Los orientadores escolares, trabajadores sociales escolares, maestros especialistas en tecnología instruccional, coordinadores de programas vocacionales y coordinadores industriales que estuviesen laborando en el Sistema a la fecha de vigencia de esta Ley podrán reclamar, dentro del año siguiente, la clasificación y nivel magisterial que les corresponda según las normas que con carácter provisional establece este Artículo.

A ese efecto se le reconocerá la ubicación de:

Nivel I - los funcionarios con permanencia; con no menos de dos (2) años de experiencia en el Sistema.

Nivel II - los funcionarios con permanencia; con más de dos (2) años y menos de trece (13) años de experiencia en el Sistema que tengan un grado de maestría otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico; o con más de dos (2) años y menos de ocho (8) años de experiencia en el Sistema que tengan un grado de doctorado otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

Nivel III - los funcionarios con permanencia, con no menos de trece (13) años de experiencia en el Sistema y que tengan un grado de maestría otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico; o con no menos de ocho (8) años de experiencia en el Sistema y que tengan un grado de doctorado otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

Nivel IV - los funcionarios con permanencia, con no menos de quince (15) años de experiencia en el Sistema y que tengan un grado de doctor otorgado por una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

Artículo 8.02.-Reconocimiento de los rangos existentes.

Todo maestro y maestro bibliotecario, que voluntariamente y en virtud de la Ley 158 de 18 de julio de 1999, haya ingresado o sea miembro de la Carrera Magisterial al momento de vigencia de esta

Ley y esté clasificado como:

1.    Maestro Auxiliar, será denominado Maestro I o Maestro Bibliotecario I.

2.    Maestro Asociado, será denominado Maestro III o Maestro Bibliotecario III.

3.    Maestro, será denominado Maestro o Maestro Bibliotecario IV.

Artículo 8.03.-Consideración de ascenso de los miembros existentes.

Todo maestro y maestro bibliotecario, que voluntariamente y en virtud de la Ley 158 de 18 de julio de 1999, haya ingresado o sea miembro de la Carrera Magisterial al momento de vigencia de esta Ley y desee se considerado para otro nivel diferente al que le corresponde en virtud del Artículo 8.02 de esta Ley, deberá cumplir con los requisitos inherentes al nivel para el cual solicita ascenso."

Artículo 10.-Se enmienda el Capitulo X y se renumera como Capítulo IX de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, para que se lea como sigue:

"CAPITULO IX

DISPOSICIONES FINALES

Artículo 9.01.-Protección de Derechos

Ninguna disposición de esta Ley modifica, revoca, altera o invalida derechos adquiridos por el personal docente del Departamento de Educación Pública.

Artículo 9.02.-Vigencia de Reglamentos Existentes

Las normas administrativas y reglamentarias en vigor que no sean incompatibles con las disposiciones de esta Ley continuarán vigentes hasta que sean derogadas o enmendadas.

Artículo 9.03.-No Aplicabilidad de Leyes

Las disposiciones de la Ley Núm. 34 de 13 de junio de 1966, según enmendada, no serán de aplicación a los miembros de la Carrera Magisterial.

Artículo 9.04.-Separabilidad

Si cualquier parte de esta Ley fuese declarada inconstitucional por un Tribunal competente las demás disposiciones quedarán en vigor y efecto.

Artículo 9.05.-Asignación de Fondos

A partir del año fiscal 2000-01 los fondos para implantar esta Ley se consignarán anualmente en el Presupuesto de Gastos correspondientes al Departamento de Educación.

Artículo 9.06.-Vigencia

Esta Ley comenzará a regir inmediatamente después de su aprobación, con excepción de las disposiciones relacionadas con los incentivos correspondientes a los niveles los cuales entrarán en vigor a partir del 1ro. de julio de 2003.

11/2/2020

Leyes de Puerto Rico de 2002 en LexJuris

Toda persona que no pertenezca a la Carrera Magisterial, cuya clasificación esté incluida en el Artículo 2.02 y desee participar de la Carrera Magisterial, tendrá un año, a partir de la vigencia de esta Ley, para solicitar su ingreso a la misma.

Nota Importante: Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores a esta.

Presione Aquí para regresar al Menú anterior y seleccionar otra ley.

## ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

## LexJuris de Puerto Rico siempre está bajo construcción.

| Home| Leyes y Jurisprudencia| Información| Agencias | Profesionales | Biografías | Historia | Pueblos de Puerto Rico| Servicios Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| Ordenanzas | Revista Jurídica |

© 1996-2002 LexJuris de Puerto Rico - Derechos Reservados

www.lexjuris.com/lexlex/Leyes2002/lexl2002208.htm

15/15

FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

SECRETARIA AUXILIAR

INFORME DE CAMBIO - PERSONAL DOCENTE

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO: CHAMORRO OSTOLAZA, MARTA: | | |
| 2. NUM. SEGURO SOCIAL : | | |
| 3. ESTATUS EMPLEADO | : PERMANENTE - 01 | |
| 4. SUELDO | : $ 2,205.00 | : $ 2,355.00 |
| 5. NUM. DE PUESTO | : F03340 | |
| 6. CATEGORIA | : MAESTRO ELEMENTAL -9971 | |
| 7. NIVEL | : NIVEL II | |
| 8. FONDO | : FEDERAL | |
| 9. CIFRA DE CUENTA | : E1110-22200-0810000-0000-08100-2004-CM0400001-24 | |
| 10. FECHA EFECTIVIDAD | : | : 01/SEPTIEMBRE/2003 |
| 11. DISTRITO | : GUAYAMA -028 | |
| 12. ESCUELA | : BARTOLO CAUSSADE GONZALEZ -24385 | |

13. OBSERVACIONES:

APROBACION DE 2 FASE(S) CONDUCENTE AL NIVEL III.
MODIFICACION EN SALARIO POR APLICACION DE LA LEY
NUMERO 158 DE 18 DE JULIO DE 1999 (CARRERA
MAGISTERIAL), SEGUN ENMENDADA.

14. APROBADO POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

_____          _____
              FIRMA                                    FECHA

Anejo 4

# Caribbean University

Bayamón, Puerto Rico

The Trustees of the University by virtue of the authority
vested in them and upon recommendation of the Faculty
have confered upon

## Marta J. Chamorro Ostolaza

the degree of

## Master of Arts in Education

together with all the rights, privileges and honors pertaining to that degree
and the Trustees grant this Diploma as evidence thereof.
Given at the Caribbean University at Bayamón, Puerto Rico,
this month of June, two thousand five.

Chairman of the Board of Trustees

President of the University

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR 9 DIAS 0.00 HRS          PAGAR 40 DIAS 0.00 HRS
VACACIONES REGULARES                      VACACIONES REGULARES - JULIO
DIF ACUM CONT NO ACUMTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: CHA

NOMBRE: COTTOLAYA, MARTA I

NUMERO:                                   SEGURO SOCIAL

AGENCIA  031/PARTIDO CAUCE/DE GONZALEZ    23 - MA

DISTRITO JUDICIAL                         PREPARACION

ESCUELA (012) -                                            17-0-0-0.0

TIPO I                                    ANTES        DESPUES
                                          EXPERIENCIA (A-M-S-D)

MAESTRO NIVEL ELEMENTAL (4-6) -9950       F03840

CATEGORIA - CLASE                         NUMERO DE PUESTO

  TIEMPO                                  05/JUNIO/2006

SUELDO ANTES DEL CAMBIO                   PAGO DE VACACIONES

FEDERAL (012)

DIAS                                      CAUSA DEL CASE

ULTIMO DIA DE TRABAJO                     ULTIMO DIA DE PAGO

1115-012108-161.000-0010-0100-2006-81S010A04A1000A

          CIFRA DE CUENTA

1301  TORQUES

APROBADO POR EL SECRETARIO DE EDUCACION.

                    FIRMA                 FECHA

PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                       (CESE)
(RECORD 5) _____ , PROXIMO MES _____