Marta I.
P.O. Box 1703
Guayama, PR 00785


CERTIFIED MAIL
7019 1640 0002 1435 7552




U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 11, 20
AMOUNT
$8.00
R2304E105464-43

RECEIVED & FILED
2020 FEB 12 PM 5:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan, P.R. 00918-1767