Radicación de replica ( objection)

PROMESA TITULO III **No. 17 03283**

Numero de reclamación: 144395

*Alba N. Ramos Rey*

Nombre: ALBA N. RAMOS REY

Dirección Postal: QUINTAS DE VILLAMAR CALLE AZAFRAN T-15 DORADO PR, 00646

Dirección Residencial: QUINTAS DE VILLAMAR CALLE AZAFRAN T-15 DORADO PR 00646

Núm. de contacto:

Tel (787) 638-2494      Cel. (787) 638-2494

Correo electrónico:   albaramos911@gmail.com

Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 ( Información del caso)**

Razón para la objeción:

El gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer y segundo grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado ( Adm. De los Sistemas de Retiro)
2. Certificación de aportaciones ( Adm. De los Sistemas de Retiro)
3. Certificación de empleo ( Departamento de La Familia)
4. Copia listado de objeción Global- Anexo A

    (Donde se incluye información sobre la reclamación)

# Prime Clerk
*A Division of Duff & Phelps*

CLOSE

## Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

### Creditor Data Details - Claim # 144395

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| RAMOS REY, ALBA N | Commonwealth of Puerto Rico | 144395 |
| | Date Filed | Schedule Number |
| 144395 | 06/28/2018 | 1024550 |

advanced

« ‹ Page 1 of 1 » ›  Show 20  Viewing 1 of 1

## Claim Amounts

| 1024550 | 144395 | 06/28/2018 | | RAMOS REY, ALBA N | | Commonwealth of Puerto Rico | | $0.00 |
|---|---|---|---|---|---|---|---|---|
| Claim Nature | | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | | Claim Status |
| General Unsecured | | Undetermined | C U | Unliquidated | U | $0.00 | | Asserted |
| Priority | | | | | | | | |
| Secured | | | | | | | | |
| 503(b)(9) Admin Priority | | | | | | | | |
| Admin Priority | | | | | | | | |
| Total | | $0.00 | | $0.00 | | $0.00 | | |

« ‹ Page 1 of 1 » ›  Show 20  Viewing 1 of 1

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

terms of use   privacy notice   team

© 2019 Prime Clerk. All rights reserved.
Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

24 de enero de 2020

### CERTIFICACION

Certifico que **Alba N. Ramos Rey**, seguro social **XXX-XX-XXX**, es empleada del Departamento de la Familia desde el **1 de enero de 2002**. Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Regional de Bayamón.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

30 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

ALBA N RAMOS REY
QUINTAS DE VILLAMAR
T-15 CALLE AZAFRAN
DORADO, PR 00646

Seguro Social: XXX-XX-⋮

A base de la información en nuestros registros, al 30 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 01 de enero de 2001
Fecha de Comienzo de Cotización: 01 de enero de 2001

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 10.02 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 12,301.00 | Aportaciones: | 6,688.69 |
| | | Intereses: | 5,787.19 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 22,336.32 | | |
| Tiempo: | 0.00 | Intereses: | 1,457.85 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 41,882.36 | **Total Aportaciones:** | 6,688.69 |
| **Beneficio:** | 0.00 | **Beneficio:** | 202.65 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • www.retiro.pr.gov

*Número de reclamación 144395*
*Alba N Ramos*

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

*Indeterminado. El monto de la reclamación está sujeto a los computos que realice la agencia. La información dependerá de los cálculos de la administración.*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de la familia - Administración de familias y Niños**

3(b). Identifique las fechas de su empleo con relación a su reclamación: _____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. **Departamento de la familia - ADFAN**

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: **Tribunal de Primera Instancia - Sala de San Juan**

4(c). Número de caso: **KAC 2009 08.09**

4(d). Título, epígrafe, o nombre del caso: **Francisco Beltrán y otros vs Departamento de la familia**

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
Pendionte de Resolucion

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
No existe resolucion