IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ibánez Santos, Magdalena | 88198 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ibánez Santos, Magdalena | 88198 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

## C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MAGDALENA IBANEZ SANTOS |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | COROZAL |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por el periodo de 31 año, 8 meses, 3 semanas y 3 días. |

Candida R. Quico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Magdalena Ibáñez Santos**, con número de seguro social que termina en **0125**.

| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
|---|---|
| Tiempo Cotizado para la Pensión | 31 años, 6 mes, 3 sem., 1.5 días |
| Pensión Mensual Inicial | $1,409.97 |
| Pensión Mensual Actual | $1,452.27 |

Esta certificación se expide hoy, **6 de febrero de 2020** en **San Juan, Puerto Rico**.

*[signature]*

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 12/16/2019 | Aviso #: | 5302777 |
| | | Hasta: | 12/31/2019 | Fecha Aviso: | 12/30/2019 |

| MAGDALENA IBANEZ SANTOS | # Empleado: | XXXXX0125 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 1586 | Dept: | 592110-Por Merito Ley 44 | Estado Civil: | Single | Single |
| COROZAL PR 00783-1586 | Lugar: | PENSIONADOS LEY 44 02700 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Invalido | Pct. Adcl.: | | |
| SS: XXX-XX-0125 | Sueldo: | $1,452.27 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --------------- Corriente --------------- | | ------ Acumulado ------ | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.937046 | 81.25 | 726.13 | 1,950.00 | 17,427.12 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | 81.25 | 726.13 | 1,950.00 | 17,727.12 | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 1,283.52 | SM-TRIPLE-S ADVANTAGE | 100.00 | 1,200.00 |
| | | | AS-ASOC PENSIONADOS | 1.00 | 24.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 54.48 | 1,307.52 | * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 726.13 | 0.00 | 54.48 | 671.65 |
| Acumulado: | 17,727.12 | 0.00 | 1,307.52 | 16,419.60 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5302777 | 671.65 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 671.65 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico                    Fecha                          Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS        12/30/2019                     5302777

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 100018993 | $671.65 |

Cant. Deposito: $671.65

| | |
|---|---|
| Total: | $671.65 |

TRAY 155 SQ 35188******************SCH 5-DIGIT 00949   35188 2 AV 0.383
MAGDALENA IBANEZ SANTOS
PO BOX 1586
COROZAL PR 00783-1586

## NO-NEGOCIABLE

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

JUNTA DE RETIRO PARA MAESTROS

INFORME RENTA ANUAL VITALICIA

**Nombre:** Magdalena Ibáñez Santos
**Núm. Reclamación:** 33301
**Sexo:** F

**Tipo de Renta:**
- a- Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

**Fecha de Nacimiento:** 1947 mayo 14
**Fecha de Retiro:** 2001 jul 27

**Edad al Retirarse:** 54 Años, 2 Meses, 14 Días
**Servicios Acreditados:** 31 Años, 6 Meses, 3 Sem., 1½ Días
**Costo Anualidad:** $ 36,546.98
**Fecha de Efectividad:** 2001 jul 28

**Retiro Ley Núm.** 44 **de** 2000

Oficina de Finanzas
Documentos, Preintervenidos
Fecha _____
Iniciales _____

**Cómputo de la Renta Anual:**     tres     1,221.97
a- Sueldo promedio mensual más alto durante ~~cinco~~ años consecutivos a 1,879.96

X  65 %  X  30 años
(Por ciento)       (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____
  - ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.
  - ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 188.00 | | $ | $ | 188.00 |

Diferencia Mínimo o Renta Sistema Retiro
**Renta Mensual Vitalicia**     1,409.97
**Renta Anual Vitalicia**     16,919.64

**Computado:** Celia Rodríguez    Fecha: 3 Dic 2001
**Recomendado:** Gloria E. Navas Pérez, Directora Area Servicios de Retiro    Fecha: 10-Dic-01
**Cotejado:** Hugo E. Aponte    Fecha: Dic. 01
**Aprobado:** Irma A. Giménez López, Secretaria Ejecutiva    Fecha: 12/12/01

LP