From: Magdalena Ibañez
P.O Box 1586
Corozal, P.R. 00783

To: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918.