Radicación de replica {objection}
PROMESA TITULO III **No.17 03283**
Número de reclamación: 155203

Nombre: MIRIAM RAMOS VAZQUEZ
Dirección Postal: Apartado 1230 Toa Alta PR. 00954
Dirección residencial: Barrio Quebrada Arenas carretera 159 KM 20.0 Toa Alta PR. 00954

Números de Contacto:
  Teléfono Celular {787} 900- 5218   Teléfono {787} 232-2565
  Correo electrónico: mramosvazquez@hotmail.es

Epigrafe:Re: Financial Oversight and Management Board Of Puerto Rico
  Ver anejo 1 {Información del caso}

Razón para la Objeción

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario minimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario minimo federal y recibiendo el pago rettroactivo correspondiente.

Ver anejos

1-Estado de Cuenta Estimado Administración de los Sistems De Retiro}
2-Certtificación de empleo {Departamento de la Familia}
3-Copia listado de Objeción Global –Anejo A