Nelly Castro Colón

2236 Paraná
Rio Canas
Ponce, Puerto Rico 00728
(787)427-6939

Tribunal de Distrito de los Estados Unidos, #150 Chardon Avenue, Federal Building, San Juan, PR 00918, Deudor: Commonwealth of Puerto Rico , nmero de procedimiento 17BK3283-LTS, Objeción: Ley Promesa Title III de la centésima quincuagésima quinta objeción global del Estado Libre Asociado de Puerto Rico. Número de reclamación: 111292

    Por medio de la presente, yo, Sra. Nelly Castro Colón, hago la siguiente reclamación, que el 27 de julio del 1998 se firmó la Ley 180, Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico. Bajo esta nueva Ley tengo derecho a un aumento de salario. El cual nunca fue recibido. No obstante se tiene conocimiento que este dinero fue recibido y no fue utilizado en el objetivo principal.

    Solicito que se me pague el aumento salarial a que tengo derecho desde julio 1998 hasta diciembre 1998. Este aumento es de $25.00 por mes. El total adeudado sería de aproximadamente, $25.00 X 5 meses = $125.00

Es por las razones antes expuestas que solicito de la manera más atenta que mi caso sea valorado para recibir el salario mínimo prescrito bajo las disposiciones de esta Ley.

Atentamente,

*Nelly Castro Colón*

Sra. Nelly Castro Colón