| | | |
|---|---|---|
| Formulario 499 R-2/W-2 PR 05.97 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY **COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT** | INFORMACION PARA CONTRIBUCION SOBRE INGRESOS - INCOME TAX INFORMATION | INFORMACION PARA EL SEGURO SOCIAL FEDERAL SOCIAL SECURITY INFORMATION |

**Nombre- First Name**
NELLY

**3. Núm. Seguro Social / Social Security No** — 601

**8. Sueldos - Wages** — 22,093.75

**17. Subtotales-cada 41 / Subtotals-every 41** — ☐

**Apellido(s)-Surname(s)**
CASTRO DE MATOS

**4. Estado Civil-Civil Status**
Soltero / Single ☐   Casado / Married ☐

**9. Comisiones-Commissions** — .00

**18. Total Sueldos Seg. Soc. / Soc. Sec. Wages** — .00

**Dirección Postal del Empleado-Employee's Mailing Address**

**5. Núm. Seguro Social Cónyuge / Spouse's Social Security No.**

**10. Concesiones-Allowances** — .00

**19. Seguro Social Retenido / Soc. Sec. Tax Withheld** — .00

**6. Núm. de Cuenta Patronal / Employer's Account No. (EIN)** — 66-0433-01

**11. Propinas-Tips** — .00

**20. Total Sueldos y Pro.Medicare / Medicare Wages and Tips** — .00

**Nombre y Dirección del Patrono / Name and Address of Employer**
INSTRUCCION -- MAEST
111-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-000092
ESC.DE LA COMUN
PONCE V   0000

**7. Costo de Pensión o Anualidad / Cost of Pension or Annuity** — .00

**12. Total=8+9+10+11** — 22,093.75

**21. Contrib.Medicare Retenida / Medicare Tax Withheld** — .00

**13. Gastos Reembolsados / Reimbursed Expenses** — .00

**22. Propinas (Seguro Social) / Soc. Security Tips** — .00

Copia C para Récords del Empleado
Copy C for Employee's Records

**14. Cont. Retenida -Tax Withheld** — 1,602.09

**23. Seguro Social no Retenido en Propinas-Uncollected Soc. Sec. Tax on Tips** — .00

**15. Fondo de Retiro / Retirement Fund** — 1,821.25

**7 1993102**

**Año: / Year: 1997**

**16. Aportaciones a Planes Cualific. / Contributions to CODA PLANS** — .00

**24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips** — .00

Instrucciones al dorso de Copia D-For instructions see back of Copy D

| Formulario Form **499R-2/W-2PR** Rev. 05.98 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL FEDERAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name NELLY | 3. Núm. Seguro Social Social Security No. 1301 | 8. Sueldos - Wages 23,610.00 | 17. Subtotales-cada 41 Subtotals-every 41 ☐ |
| Apellido(s)-Surname(s) CASTRO DE MATOS | 4. Estado Civil-Civil Status Soltero ☐ Casado ☐ Single Married | 9. Comisiones-Commissions .00 | 18. Total Sueldos Seguro Social Social Security Wages .00 |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones-Allowances .00 | 19. Seguro Social Retenido Social Security Tax Withheld .00 |
| | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) 66-0433481 | 11. Propinas-Tips .00 | 20. Total Sueldos y Pro. Medicare Medicare Wages and Tips .00 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address INSTRUCCION -- MAEST 80 111-001-09-092**000092 ESC.DE LA COMUN PONCE V 0000 | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity .00 | 12. Total = 8 + 9 + 10 + 11 23,610.00 | 21. Contrib. Medicare Retenida Medicare Tax Withheld .00 |
| | Copia C para Récords del Empleado Copy C for Employee's Records Año: **1998** Year: | 13. Gastos Reembolsados Reimbursed Expenses .00 | 22. Propinas Seguro Social Social Security Tips .00 |
| | | 14. Cont. Retenida -Tax Withheld 1,704.17 | 23. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips .00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 15. Fondo de Retiro Retirement Fund 1,512.00 | |
| Número de Serie - Serial Number 8 2146255 | | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS .00 | 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips .00 |
| Instrucciones al dorso - Instructions on back | | | |

## Withholding Statement 1

**Formulario Form 499R-2/W-2PR Rev. 05.99**
**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre-First Name | NELLY |
| Apellido(s)-Surname(s) | CASTRO DE MATOS |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | EDUC NOM ESP 99 406509 |
| 3. Núm. Seg. Social/Social Sec. No. | (illegible) 1 |
| 6. Núm. de Ident. Patronal / Employer's Ident. No. (EIN) | 66-0433481 |
| Número de Serie - Serial Number | 9 2715110 |
| Año/Year | 1999 |
| 8. Sueldos - Wages | 11145.00 |
| 12. Total = 8 + 9 + 10 + 11 | 11145.00 |
| 14. Cont. Retenida - Tax Withheld | 820.41 |
| 15. Fondo de Retiro / Retirement Fund | .00 |

## Withholding Statement 2

**Formulario Form 499R-2/W-2PR Rev. 05.99**
**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre-First Name | NELLY |
| Apellido(s)-Surname(s) | CASTRO COLON |
| Dirección Postal del Empleado | PO BOX 7646, PONCE PR 00732 |
| 2. Nombre y Dirección Postal del Patrono | JUNTA RETIRO MAESTROS PR 592 EDIF. CAPITAL CENTER T. N. BOX 235 AVE. ARTERIAL HOSTOS SAN JUAN PR 00919 L-552000600 |
| 3. Núm. Seg. Social/Social Sec. No. | .01 |
| 6. Núm. de Ident. Patronal (EIN) | 66-0433481 |
| 7. Costo de Pensión o Anualidad | 33,825.00 |
| Número de Serie - Serial Number | 92668048 |
| Año/Year | 1999 |
| 8. Sueldos - Wages | 16,828.92 |
| 9. Comisiones | .00 |
| 10. Concesiones-Allowances | .00 |
| 11. Propinas-Tips | .00 |
| 12. Total = 8 + 9 + 10 + 11 | 16,828.92 |
| 13. Gastos Reembolsados | .00 |
| 14. Cont. Retenida - Tax Withheld | .00 |
| 15. Fondo de Retiro | .00 |