Nelly Castro Colón
2236 Calle Paraná Río Cañas
Ponce, P.R. 00728

7019 2970 0002 2160 1582



U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
FEB 11, 20
AMOUNT
$4.75
R2304E106847-04

FIRST CLASS

RECEIVED & FILED
2020 FEB 12 PM 5:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767