Promesa Title III
No. 17 BK 3283-LTS

The Financial Oversight and Management Board for Puerto Rico

RECEIVED & FILED
2020 FEB 12 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Mi nombre es Fernando Roldán Burgos. Trabajé con el cuerpo de Bomberos de P.R. des 1987. Actualmente estoy retirado. El Cuerpo de Bomberos de P.R. representado por el Sindicato de Bomberos de P.R. (al cual yo pertenecía) radicó una demanda contra el Gobierno de P.R. ya que bajo la gobernación del Hon. Carlos Romero Barceló firmó una Ley en un aumento salarial a Bomberos y otras Agencias.

Mejor conocida como el Romerazo) Esta demanda se ganó en el Tribunal de P.R.

El abogado que representaba a un grupo específico de apellido (Ricof) en el cual yo estaba incluido) murió y el Juez de ese caso asignó tres abogados para tres grupos en el Cuerpo de Bomberos. El que representó fue el Lcdo. Vilá el cual, no completó su trabajo. Por tal razón algunos recibieron su paga y otros NO, en lo cual me incluyo. Sería conveniente realicen una investigación al respecto Esperando, su pronta atención a lo aquí explicado y esperando su más pronta contestación.

Queda cordialmente

Fernando Roldán Burgos
S. Soc         -1416

c/c

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Abogado de la Junta de Supervisión
(Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, NY 10036-8299
A/A Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
(Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz