Fernando Roldán Burgos
Apdo 294
00664

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 0140 0000 8687 0379

U.S. POSTAGE PAID
FCM LETTER
JAYUYA, PR
00664
FEB 10, 20
AMOUNT
**$6.95**
R2305K131161-04

1000
00918

RECEIVED & FILED
2020 FEB 12  PM 5:
K'S OFFICE
DICT. COURT
JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767