7 de febrero de 2020

Secretaría (Clerk's Office)  
Tribunal de Distrito de los Estados Unidos  
Room 150 Federal Building  
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión Fiscal  
(Counsel for the Oversight Board)  
Eleven Times Square  
Nueva York, Nueva York 10036-8299  
A/A: Martin JU. Bienenstock  
Brian S. Rosen

Abogado del Comité de Acreedores  
(Counsel for the Creditor's Committee)  
Paul Hasting LLP  
200 Park Avenue  
Nueva York, Nueva York 10166  
A/A: Luc A. Despins  
James Bliss  
James Worthington  
G. Alexander Bongartz

**REPLICA PERSONAL**  
**RECLAMACION 27681**

Recientemente recibí comunicación en la que se indica que "no respondí a los envíos". Acompaño copia de los siguientes documentos que evidencian el envío de mi reclamación a tiempo de ser solicitados:

- ✓ "Proof of Claim", firmado por mi persona en 05/11/2018.
- ✓ Estado de Cuenta Estimado de Sistemas de Retiro del Estado Libre Asociado de Puerto Rico de 19 de abril de 2018.
- ✓ Certificación de Descuento Aportación Individual de los Sistemas de Retiro de 9 de mayo de 2018. [esta no aplica para la reclamación; pero se incluyó]
- ✓ Recibo de pago de correo certificado de 05/23/2018 por $6.70
- ✓ PS Form 3811, (tarjeta verde de correo certificado) que indica la dirección a la que se tramitaron los documentos y que fueron recibido en May/29/2018 por un tal R. Bernier.

Por motivos de situación de salud de mi madre que ameritan toda mi atención no pude responder a la fecha indicada en el documento enviado, además que no entendía el asunto. Hace unas semanas llamé a sus oficinas para orientarme sobre el proceso. De conformidad con la orientación se incluyen los documentos antes mencionados que, alegadamente, no fueron recibidos. Solicito que, se acojan los mismos, ya que desde el 20 de enero de 1998 he estado aportando al Sistema de Retiro y cumplí con el envío a tiempo.

Cualquier información adicional, se pueden comunicar con mi persona a los teléfonos y dirección abajo indicados.

Atentamente,

Enid Y. Correa Maldonado

Guayaney 90 Ste. 1  
Manatí, PR 00674  
(787) 203-6354