12 de febrero de 2020

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Saludos Cordiales.

Sirva la presente para informarles que luego de haber evaluado mi solicitud cuyo número de Reclamación es (143461) al Estado Libre Asociado de Puerto Rico estoy sometiendo la réplica en todas sus partes: (a). Datos del Contacto, (b).Epigrafé, (c). Motivo para oponerse a la Objeción global, y (d). Documentación justificativa.

Agradeciendo su ayuda al respecto.

Cordialmente,

*[firma]*
Lourdes S. García Feliciano
Núm. Reclamación 143461

Objeción Global

1. Datos de contacto:
    Lourdes S. García Feliciano
    Calle 13 Núm. 136 Urb. La Arboleda
    Salinas, Puerto Rico 00751
    787-381-9146
    lourdessheila@yahoo.com

    Número de Reclamación- 143461

2. Epígrafe

    Tribunal de Distrito de los Estados Unidos
    para el Distrito de Puerto Rico

    En asunto de:
    Junta de Supervisión y Administración
    Financiera para Puerto Rico

    Como representante de:
    Estado Libre Asociado de Puerto Rico
    y otros,   Deudores

    Núm. 17 BK3283-LTS

    Promesa, Título III

3. Motivo para oponerse a la Objeción global.

    Desde el año 1986 comencé a trabajar en el Departamento de Educación como Oficinista Mecanografo II actualmente llevó trabajando 34 años de servicios. Para el año 2002 la gobernadora en turno era la Hon. Sila Maria Calderón y otorgó la Ley Núm 96 del año 2002 donde concede un aumento salarial de ($100.00) cien dólares a los empleados públicos del gobierno de Puerto Rico. Desde entonces dicho aumento de sueldo nunca se ha reflejado en mi sueldo.

    En la incumbencia de los gobernadores Hon. Carlos Romero Barceló (Ley de Romerazo) y el Hon. Pedro Roselló otorgaron aumento salariales los cuales nunca se reflejaron en mi sueldo durante dichos años,