Lourdes S. García Feliciano
Calle 13 Núm. 36 Urb. La Arboleda
Salinas, Puerto Rico 00751



7019 1120 0000 5952 9894



2020 FEB 12 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767



