10 de febrero de 2020

Junta de Supervisión y Administración

Financiera Para Puerto Rico

Estado Libre Asociado de Puerto Rico

A quien pueda interesar:

Por este medio hago constar que ejercí como educador-maestro y luego como Director de escuela bajo el Departamento de Educación de Puerto Rico en el tiempo que comprendió desde 6 de agosto de 1966 hasta el 31 de diciembre de 1996. Esto comprende treinta (30 años) de trabajo. A partir de dicha fecha enero 1997 me acogí a la jubilación.

Espero que la información provista sirva al propósito aplicable para con las leyes #89 y #401 respectivamente.

Siempre a sus órdenes,

Freddie Justiano Nuñez

HC-01 BOX 2281

Las Marías, P.R. 00670

(787) 462-9324

*Me adudan*
*Ley 89 → $24,000.00*
*Ley 401 → 7,000.00*
*Total adeudado $31,000.00*

Siempre a sus órdenes,

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| [X] | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| [ ] | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| [ ] | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| [ ] | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| [ ] | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   Freddie Justiniano Nuñez
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

31 de enero de 2020

### CERTIFICACION DE EMPLEO

Según el Sistema de Recursos Humanos certifico que el Sr. Freddie Justiniano Núñez, con Número de Seguro Social xxx-xx-7400 trabajo para el Departamento de Educación en calidad de Director de Escuelas desde el 4 de agosto de 1969 al 8 de enero de 1997.

Certificación emitida a petición del empleado.

Certifico Correcto:

*[firma]*

Lucía Otero Vázquez
Oficinista Mecanógrafo III





Centro Gubernamental
Calle Nenadich # 50 Suite #303
Mayagüez, Puerto Rico 00680

Notificación de política pública: El Departamento de Educación de Puerto Rico no discrimina por razón de raza, color, sexo, nacimiento, origen Nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios y oportunidad de empleo.

**FREDDIE JUSTINIANO NUNEZ**
HC 1 BOX 2281
LAS MARIAS PR 00670-9421
SS: XXX-XX-7400

Aviso #: 1943020
Fecha: 06/30/2019
DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 19+99
Pct. Adcl.:
Cant. Adcl.:

# Empleado: XXXXX7400
Dept:
Lugar: Ley 218/51:032
Titulo: Pensionado
Sueldo: $1,346.09 Monthly

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.283631 | 81.25 | 673.05 | 975.00 | 8,076.60 |
| Total: | | 81.25 | 673.05 | 975.00 | 8,076.60 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 12.00 |
| Total: | 1.00 | 12.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 600.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 673.05 | 0.00 | 1.00 | 672.05 |
| Acumulado: | 8,076.60 | 0.00 | 12.00 | 8,064.60 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1943020 | 672.05 |
| Total: | 672.05 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 06/28/2019

Aviso No. 1943020

Cant. Deposito: $672.05

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $672.05 |
| Total: | | $672.05 |

TRAY 54 SQ 13202**********SCH 5-DIGIT 00680    13202 2 AV 0.383
FREDDIE JUSTINIANO NUNEZ
HC 1 BOX 2281
LAS MARIAS PR 00670-9421

**NO-NEGOCIABLE**

**592 - SISTEMA DE RETIRO MAESTRO-PENS**

| | | | | | Desde: 06/01/2019 | | Aviso #: 1691098 |
|---|---|---|---|---|---|---|---|
| | | | | | Hasta: 06/15/2019 | | Fecha Aviso 06/14/2019 |

| FREDDIE JUSTINIANO NUNEZ | # Empleado: XXXXX7400 | | | DATA IMP: | Federal | PR |
| HC 1 BOX 2281 | Dept: | 592060-Anos de Serv:032 | | Estado Civil: | Married | Married |
| LAS MARIAS PR 00670-9421 | Lugar: | Ley 218/51:032 | | Concesiones: | 0 | 19+99 |
| | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX-7400 | Sueldo: | $1,346.09 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.283631 | 81.25 | 673.05 | 893.75 | 7,403.55 | | | |
| Total: | | 81.25 | 673.05 | 893.75 | 7,403.55 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AS-ASOC PENSIONADOS | 1.00 | 11.00 | SM-MMM LEY 117 | 0.00 | 500.00 |
| Total: | 0.00 | 0.00 | Total: | 1.00 | 11.00 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 673.05 | 0.00 | 1.00 | 672.05 |
| Acumulado: | 7,403.55 | 0.00 | 11.00 | 7,392.55 |

| LTC HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1691098 | 672.05 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 672.05 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

---

**Gobierno de Puerto Rico**  
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

Fecha  
06/14/2019

Aviso No.  
1691098

Cant. Deposito: $672.05

TRAY 54 SQ 13202**********SCH 5-DIGIT 00680  13202 2 AV 0.383  
FREDDIE JUSTINIANO NUNEZ  
HC 1 BOX 2281  
LAS MARIAS PR 00670-9421

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 575012935 | $672.05 |
| Total: | | $672.05 |

## NO-NEGOCIABLE

Freddie Justiano
HC-01 Box 2281
Las Marías, P.R. 00670

Secretaria Clerk office
Tribunal de distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767