

RECEIVED & FILED
2020 FEB 12 PM 5:08
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

00918-170625