# United State District Court
## For The District Of Puerto Rico

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BORD FOR PUERTO RICO | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| As representative of | |
| THE COMMONWEAL OF PUERTO RICO, et. al. | This filing relates to the<br>Commonwealth, HTA, and<br>ERS. |
| Debtors.1 | |

## REPLICA

Datos: Ernesto Colón Rodríguez
HC 3 Box 9526
Villalba, PR. 00766
Tel: 939-264-8600
     787-322-6644



1) No tiene correo electronico.
2) jmrosariofelix@gmail.com
3) Ernesto Coón Rodríguez

**(iii)  Motivo para oponerse a la Objeció Global:**

El demandante empezó a trabajar en el Municipio de Villalba desde febrero de 1976, como empleado de irregular, siete horas y media (7 ½), como chofer en el Departamento de Obras Públicas. Luego en el año 1980, le dieron la permanencia, pero sin retiro. En el 1996 surgió el retiro obligatorio y lo pagó hasta el año 2011, cuando tuvo un accidente en el trabajo a causa de una caida de un camión.

En el 2011 fue al Seguro Social y se lo aprobaron, aunque no estaba trabajando decidió renunciar en el año 2014.

Ahí hizo gestiones para el Retiro, pero las gestiones fueron infructuosas.

En este caso se dice que la reclamación es deficiente.

Pero para nosotros la reclamacón no es deficiente, por el contrario viable, porque el apelante trabajó 38 años consecutivos para el Municipio de Villalba (ELA) hasta el año 2014. Es cierto que empezó en el 1996, a pagar a retiro, fue empleado permanente desde el 1980 (que son 34 años aproximadamente).

*Página -2-*

Él no pago el retiro porque no se lo descontaron. Por tanto, pago retiro 18 años, por lo que cualifica para una pensión diferida.

El caso se estaba viendo en el Sistema de Retiro y no se culminó porque intervino La Ley III de Promesa.

Entendemos que en este caso existe más evidencia que en la de otros casos.

Él se retiró porque tuvo un accidente, se dió un golpe en el hombro izquierdo y le dió una trombosis en la pierna izquierda, por lo cual lo incapacitaron. En adición tiene otras condiciones, las cuales le incapacitan como: hipertensión, tiene dos discos herniados, padece de ansiedad, etc.

Se aneja copias evidenciando las condiciones de salud y copia de certificación del Municipio de Villalba.

**POR TODO LO CUAL**, le solicitamos que reconsidere y le concedan la pensión merecida por su trabajo.

Respetuosamente Sometido.

**CERTIFICO:** Haber enviado copia fiel y exacta de este escrito a la Administración del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Oficina de Asuntos Legales, Apartado 42003, Estación Minillas San Juan, PR. 00940-2003.

En Juana Díaz, Puerto Rico, a 11 de febrero de 2020.

Jesús Manuel Rosario Félix, *JD,LL.M*
RUA Número 7171
Apartado 1564
Juana Díaz, PR. 00795
Urb. Carrión Maduro
Calle 4, No. 34
Juana Díaz, Puerto Rico
Tel: 787-837-1846 / 787-260-8426
Cel: 787-376-6321
E-mail: *jmrosariofelix@gmail.com*



ESTADO LIBRE ASOCIADO
DE PUERTO RICO
CIUDAD AUTONOMA DE VILLALBA

HON. LUIS JAVIER HERNANDEZ ORTIZ

PO BOX 1506
Villalba, PR 00766

TEL

FAX

EMAIL

*Oficina de Recursos Humanos*
*Ciudad Autónoma de Villalba*
municipiodevillalba@yahoo.com

Sra. Claritza Cruz Rodríguez
Sub Directora

## CERTIFICACIÓN

Mediante la presente certifico que el (la) **Sr. (a) ERNESTO COLON RODRIGUEZ** con número de seguro social XXX-XX-**5346** comenzó a cotizar para los Sistemas de Retiro desde el 1 de julio de 1997 hasta el 30 de junio de 2010.

Para información adicional, favor de comunicarse con nuestra oficina al **(787) 847-3050/2500 ext. 235 ó 246.**

PARA QUE ASI CONSTE, firmo hoy 2 de julio de 2014.

Certificada por:

*[signature]*

Sra. Claritza Cruz Rodríguez
Sub Directora
Oficina de Recursos Humanos
Municipio Autónomo de Villalba

"Villalba, una ciudad que avanza."

**Patient's Name:** Ernesto Colón Rodríguez
**Age:** 59
**Date:** 7-12-13
**Requested by Dr:** C.O. left eye pain.
**Allergies:** NKDA Allergic to: No Know Drug allergy.

**DIAGNOSIS**
1. Hypertension
2. Dislipidemia
3. Anxiety
4. Obesity Class I
5. DVT left lower ext provoked

6. ASA 325 x 1
7. Daflonex XL x 1
8. Hydrochlorothiazide 25 x 1
9. Zocor 20 x 1
10. Metropol 25 x 1

Losartan 50 x 1
Clonazepam 1g x 2
Ability 5mg x 1
Ultracet x 1
Temazepam 30 x 1
Doxepin 25

**Laboratories:**
**Comments:**
**EKG:** WNL COMMENTS:
**CXR:** WNL COMMENTS:

**PHYSICAL EXAM**
T: 37  H: 5'8  W: 213  32.4 K/m  BP: 130/70  RP:

**COMMENTS:** Gen: AAOx3
HEENT: moist oral muc
Lng: Clear to auscult
Heart: rrr, No murmur
Abd: B+ soft/dep
Ext: No edema, extrem,
PVD / good pulses

**RECOMMENDATIONS**
1. work up. labs
2. Art/Venous dupplex study
3.

J.E.G.M.
#16881
DM- 16815-3
FG 0534734
NPI 1154503066

[Handwritten notes, rotated 180°:]

From Hp.
- dolon la scrony
- Prostate a Scrot
  Swell (—)
  GICE (—).
- Hospitalis: Couldup
  DVT Left leu-
  arch wifi up
  to.

To M. Hp:
- daughter,
  duplen.
  Father ½ Co.

Vacc:
  Influenzz
  Pneu—

Inspected etc.
(offspring 3)

Soo itp: Monitch

Slp Hx:
  left shoulder
  rotater cuff
  repair.

Panaku
ocean
1–2 bem on

Toxic Habit:



## DR. RAMON E. NEGRON RIVERA, M.D.
MEDICINA GENERAL, CIRUGIA MENOR
VILLALBA, P.R.

847-7398 · 10:50

**EVALUACION MEDICA INICIAL:**

Fecha Primera Visita: Sept. 26/02

| Nombre Completo: Ernesto Colón Rodríguez | Teléfono: trab. 847-3910 | Número de Récord: 14546 |

| Núm. S.S.: | Ocupación: Chofer | Sexo: X M ( ) F | Edad: 49 | Fecha de Nac. Día 1 Mes 11 Año 52 | Lugar de Nac.: Villalba |

Dirección Residencial: Bo. Caonillas Abajo (Cuin Verde)

Dirección Postal: Apt. 595 Villalba

Tipo de Plan: DCt

Nombre y Dirección de Familiar más cercano: Ramón Colón — Bo. Caonillas abajo

En caso de emergencia notifique a: Tomasita Pérez — (esposa)

Dirección: same

## HISTORIAL MEDICO

Queja Principal:

Historial Enfermedad Presente:

SOCIAL
- SMOKER: No
- DRUG: No
- ALCOHOL: Social

FAMILY

INMUNIZATIONS
- A) Adult & Geriatric
- B) Child — At day

VISION POR SISTEMA:
No hay alergia
No hay desmayo

| Récord de Adulto | | | | | Nombre: | |
|---|---|---|---|---|---|---|
| Parte 3: Examen Físico | | | | | Número de Récord: | |

Peso: 222   Estatura: _____
Temperatura: 36.5   BP: 132/90   HR: 108/m
R.R. 20

| | N | A | NE | COMENTARIOS |
|---|---|---|---|---|
| Apariencia general, nutrición | | | | |
| Piel | | | | |
| Cabeza | | | | |
| Oídos, audición | | | | |
| Nariz, boca, faringe | | | | |
| Dientes, encías | | | | |
| Cuello, tiroides | | | | |
| Glándulas linfáticas | | | | |
| Pecho, mamas | | | | |
| Corazón: ritmo, PMI, soplo | | | | |
| Pulmones | | | | |
| Abdomen, bazo, hígado | | | | |
| Genitalia externa, hernia | | | | |
| Rectal y/o pélvico | | | | |
| Esqueleto: espalda | | | | |
| Extremidades: Articulaciones, pulsos | | | | |
| Neurológico: sensorio, orientación | | | | |
| Pares craneales, cerebelo | | | | |
| Coordinación muscular: gruesa, fina | | | | |
| Reflejos: profundos, superficiales | | | | |

N - Normal    A - Anormal    NE - No Evaluado

IMPRESION: DIAGNOSTICA Y/O PROBLEMAS IDENTIFICADOS

1. _____   4. _____
2. _____   5. _____
3. _____   6. _____

PLAN DE ACCION:
Laboratorio, Rayos X, Consultas:

Medicamentos o Instrucciones:

Fecha: _____   Médico Examinador: _____



## DR. RAMON E. NEGRON RIVERA, M.D.
MEDICINA GENERAL, CIRUGIA MENOR
VILLALBA, P.R.

EVALUACION MEDICA INICIAL:

Fecha Primera Visita: Marzo 7-14

Nombre Completo: Ernesto Colón Rodríguez
Teléfono: 939-244-8553
Número de Récord: 14516

Núm. S.S.: — 
Ocupación: No Incapacitado
Sexo: (X) M ( ) F
Edad: 61
Fecha de Nac. Día 1 Mes 11 Año 52
Lugar de Nac.: Villalba PR

Dirección Residencial: Bo/ Caonillas Abajo Villalba, P.R.

Dirección Postal: H003 9526 Villalba, P.R.
Tipo de Plan: Humana Gold Plus

Nombre y Dirección de Familiar más cercano:

En caso de emergencia notifique a: Tomasita Perez Cardona

Dirección: La misma

## HISTORIAL MEDICO

Queja Principal:

Historial Enfermedad Presente:

SOCIAL
SMOKER
DRUG
ALCOHOL

FAMILY

INMUNIZATIONS
A) Adult & Geriatric
B) Child

VISION POR SISTEMA:

| Récord de Adulto | Abril 25-13 - 9:52 AM | | | | Nombre: Ernesto Colón Rodriguez |
|---|---|---|---|---|---|
| Parte 3: Examen Físico | | | | | Número de Récord: 14516 |

| Peso: 217 # | Estatura: 5'8" | N | A | NE | COMENTARIOS |
|---|---|---|---|---|---|
| Temperatura: 37°C | BP: 130/90  HR: 66ku.  BMI 34 | | | | R.R. |

| | N | A | NE | COMENTARIOS |
|---|---|---|---|---|
| Apariencia general, nutrición | | | | |
| Piel | | | | |
| Cabeza | | | | |
| Oídos, audición | | | | |
| Nariz, boca, faringe | | | | |
| Dientes, encías | | | | |
| Cuello, tiroides | | | | |
| Glándulas linfáticas | | | | |
| Pecho, mamas | | | | |
| Corazón: ritmo, PMI, soplo | | | | |
| Pulmones | | | | |
| Abdomen, bazo, hígado | | | | |
| Genitalia externa, hernia | | | | |
| Rectal y/o pélvico | | | | |
| Esqueleto: espalda | | | | |
| Extremidades: Articulaciones, pulsos | | | | |
| Neurológico: sensorio, orientación | | | | |
| Pares craneales, cerebelo | | | | |
| Coordinación muscular: gruesa, fina | | | | |
| Reflejos: profundos, superficiales | | | | |

N - Normal    A - Anormal    NE - No Evaluado

IMPRESION: DIAGNOSTICA Y/O PROBLEMAS IDENTIFICADOS

1. _[illegible]_
2. _[illegible]_
3. _____
4. _____
5. _____
6. _____

PLAN DE ACCION:

Laboratorio, Rayos X, Consultas: _[illegible]_

Medicamentos e Instrucciones: _[illegible signature]_

Fecha: _____    Médico Examinador: _[signature]_

Jesús Manuel Rosado Félix
Apartado 1564
Juana Díaz, P.R. 00795



RECEIVED & FILED
2020 FEB 12 PM 5:11
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Est
Room 150 Federal Building
San Juan, Puerto Rico 00918-17



CERTIFIED MAIL
7018 1830 0001 2253 6102