9 de febrero de 2020

Junta de Supervisión y
Administración Financiera para Puerto Rico
Estado Libre Asociado de Puerto Rico

Distinguidos Señores:

Por este medio le estoy enviando la réplica donde incluyo evidencia de reclamación de pago del deudor, el Estado Libre Asociado de Puerto Rico.

Trabajé para el Departamento de Departamento de Educación desde el 14 de marzo de 1976 hasta el 28 de mayo 2004.

Adjunto algunos documentos de respaldo con el formulario de reclamación.

Fecha de reclamación: 7/6/2008 2018
           Núm. Caso: 17BK 03283-LTS
           Deudor: Commonwealth of Puerto Rico
           # Claim: 158933

Cordialmente:

Ricardo H. Torres Morales
*** ** 9536
P.O. Box 2159
Mayagüez, PR
00681-2159