

Mr. Ricardo Torres
PO Box 2159
Mayaguez, PR 00681



RECEIVED & FILED
2020 FEB 12  PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria - Clerk's Office.
Tribunal de Distrito de los Estados Unidos.
Room 150 Federal Building.
San Juan. Puerto Rico. 00918-1767.



SAN JUAN P&DC 009
TUE 11 FEB 2020 PM