10 de febrero de 2020

Junta de Supervisión y Administración
Financiera Para Puerto Rico
Estado Libre Asociado de Puerto Rico

Distinguidos Señores:

Por este medio yo Blanca E. Avilés Méndez le estoy enviando la réplica donde hago constar evidencia de la reclamación de pago del deudor Estado Libre Asociado de Puerto Rico. Trabajé para el Departamento de Educación en el período del 5 de agosto de 1968 hasta el 28 de julio de 2005.

Adjunto algunos de los documentos de respaldo con el formulario de la reclamación. Gracias por la atención que puedan prestar a este asunto.

Siempre a sus órdenes,

*Blanca E. Avilés Méndez*
Blanca E. Avilés Méndez

HC-01 BOX 2281

Las Marías, Puerto Rico 00670

(787) 462-9324

Me adeudan:
Ley 89 → $24,000.00
Ley 401 → 7000.00
Total adeudado $31,000.00

P.D.

Ley #89

Ley #401

Fill in the information to identify the case (select only one debtor per claim form):
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| [X] | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| [ ] | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| [ ] | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| [ ] | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| [ ] | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED & FILED
2020 FEB 12 PM 5:08
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
¿Quién es el acreedor actual?

Blanca E. Aviles
Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410     Proof of Claim     page 1



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

31 de enero de 2020

## CERTIFICACION DE EMPLEO

Según el Sistema de Recursos Humanos certifico que la Sra. Blanca Avilés Méndez, con Número de Seguro Social xxx-xx-9832 trabajo para el Departamento de Educación en calidad de Maestra de Matemáticas desde el 14 de agosto al 28 de julio de 2005.

Certificación emitida a petición de la empleada.

Certifico Correcto:

*Lucía Otero Vázquez*
Lucía Otero Vázquez
Oficinista Mecanógrafo III



Centro Gubernamental
Calle Nenadich # 50  Suite #303
Mayagüez, Puerto Rico 00680

Notificación de política pública: El Departamento de Educación de Puerto Rico no discrimina por razón de raza, color, sexo, nacimiento, origen Nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios y oportunidad de empleo.

Estado Libre Asociado de Puerto Rico
Departamento de Educación
Oficina Regional de Mayagüez

## JUBILACION PERSONAL DOCENTE

1- Certificación de la Junta Retiro de Maestros
2- Informe de Cambio (409) No lleva firma del maestro
   Se prepara en la escuela y solo firma el Director
3- Carta de Renuncia (Original y 2 copias)
4- Carta de Aceptación de Renuncia (Original y 2 copias) (el día 1ro Mayo-05) (Estilo Carta.)
5- Informes de ausencias al día (Cómputo de Paga)
6- Conversión de Plan Médico
7- *Certificación de Deuda CRIM
8- *Radicación de Planillas (últimos 5 años) Requiere Sello $5.00
                                            Colecturía
9- *Certificación de Asume (dos del empleado) + una del esposo(a)
10- *Certificación de Deuda de Hacienda — (Colecturia)
11- Recibo Laptop  Sr. Andujar  ofc 130
12- Tramitar Documentos de AEELA (de pertenecer)
13- Certificación de Deuda de AEELA (Aunque no sea socio)  15 Dias Antes Fecha Retiro
                                                            I Asume.

*Estos documentos de ambos si casados y lo más cercano a su fecha
 de Retiro. (No Más de 30 días de emitidos)

Personal de Contacto: Sra Ana B. Palermo      832-6880 Ext 2282

**aeela**
ASOCIACION DE EMPLEADOS DEL ELA

La cuenta del socio que se indica a continuación refleja el siguiente balance tentativo sujeto a revisión final:

Nombre del socio: AVILES MENDEZ BLANCA E

Agencia : DEPARTAMENTO DE EDUCACION

Seguro Social :

Balance deuda a : JULIO de 2005

Balance deuda aplicando Ahorros y Dividendos: $188.09

Para que así conste, firmo la presente, hoy 11 de julio de 2005, en San Juan, Puerto Rico.

LESLIE A. PEREZ NEGRON
Gerente
Sucursal de Mayaguez
Teléfono: (787) 641-4075.

La sección 31 de la Ley Núm. 133 de 28 de junio de 1966, según enmendada, establece que: "Todo crédito, depósito o sobrante por cualquier concepto en el Gobierno Estatal, o una dependencia o instrumentalidad de éste, a favor de un asociado que habiendo cesado en su puesto estuviere en deuda con la Asociación, que no esté gravado en el sistema de retiro correspondiente será retenido por el Secretario de Hacienda de Puerto Rico o el funcionario competente y transferido a los fondos de la Asociación para solventar parcial o totalmente la deuda pendiente con la misma".

AEELA - 196

ZAEELA-INFOCOBR2 P1

| DEJO DE ACUMULAR   0 DIAS 0.00 HRS | PAGAR   40 DIAS 0.00 HRS |
| --- | --- |
| VACACIONES REGULARES POR AUSENCIAS DESCONTABLES | VACACIONES REGULARES |

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: AVI

| | |
| --- | --- |
| AVILES MENDES, BLANCA E | |
| NOMBRE | SEGURO SOCIAL |
| 041 - LAS MARIAS/CONSUMO | 15 - BA |
| DISTRITO/ESCUELA | PREPARACION |
| REGULAR (01) | 32-00-00-0.0 |
| STATUS | ANTES   DESPUES EXPERIENCIA (A-M-S-D) |
| 9971 - MAESTRO ELEMENTAL | RZ1761 |
| CATEGORIA - CLASE | NUMERO DE PUESTO |
| $ 1,900.00 | PAGO DE VACACIONES |
| SUELDO | 05 JUNIO DE 2000 |
| ESTATAL (11100) | |
| FONDO | CAUSA DEL CESE |
| ULTIMO DIA DE TRABAJO | ULTIMO DIA DE PAGO |
| E1110-11100-0810000-1008-00100-2000- | |
| CIFRA DE CUENTA | |

APROBADO POR EL SECRETARIO DE EDUCACION.

FIRMA        FECHA

PARA USO DE LA DIVISION DE NOMINAS
(CESE)
TIPO 5
(RECORD D).        PROXIMO MES





ESCUELA DE LA COMUNIDAD CONSUMO
LAS MARIAS, PUERTO RICO

Presenta este certificado a

Sra. Blanca E. Aviles Mendez

por el esfuerzo y dedicación demostrado a nuestros niños en el desempeño de la hermosa labor de la enseñanza.

FELIZ DIA DEL MAESTRO

Dado hoy 6 de mayo de 1999.

CARMEN R. BEAUCHAMP NIEVES

Blanca [illegible]
HC-01 Box 2281
Las Marías, P.R. 00670

RECEIVED & FILED
2020 FEB 12 PM 5:08
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7013 2630 0000 3801 5146

Secretaria (clerk office)
Tribunal de distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1764

U.S. POSTAGE PAID
LAS MARIAS, PR
00670
FEB 11 20
AMOUNT
$4.25
R2305K132906-10