9 de febrero de 2020

Junta de Supervisión y
Administración Financiera para Puerto Rico
Estado Libre Asociado de Puerto Rico

Distinguidos Señores:

Por este medio le estoy enviando la réplica donde incluyo evidencia de reclamación de pago del deudor, el Estado Libre Asociado de Puerto Rico.

Trabajé para el Departamento de Educación desde el 5 de agosto de 1968 hasta el 29 de mayo de 2009.

Adjunto algunos documentos de respaldo con el formulario de reclamación.

Fecha de reclamación: 7/6/2008 (2018)
    Núm. Caso: 17BK 03283-LTS
    Deudor: Commonwealth of Puerto Rico
    # Claim: 160754

Fecha de reclamación: 7/6/2018
    Núm. Caso: 17BK 03283-LTS
    Deudor: Commonwealth of Puerto Rico
    # Claim: 161963

Cordialmente:

Milagros Avilés Méndez
*** ** 1641
P.O. Box 2159
Mayagüez, PR
00681-2159