Milagros Aviles Mendez.
P.O. Box 2159.
Mayaguez. P.R. 00681-2159.



Secretaria- Clerk's Office.
Tribunal de Distrito de los Estados Unidos.
Room 150 Federal Building.
San Juan- Puerto Rico. 00918-1767-



RECEIVED & FILED
2020 FEB 12 PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR