RECEIVED
2020 FEB 12 PM 5:07
CLERK'S
DISTRICT
SAN JUAN

Febrero 7, 2020.

Nombre: Luis A. Velázquez Fuentes
Dirección: Calle Canarias O O
#50 Urb. Palmas del Turabo
Caguas Puerto Rico 00727.
Teléfono: (787) 453-3775
Correo Electrónico: LVelazquez1231@
g mail.com
número de Reclamación 140310

Secretaria (Clerk's office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

c/c Abogado de la Junta de Supervisión
(Counsel for the Oversight Board)
ProsKauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-
8299
A/A Martin J. Bienenstock
Brian S. Rosen

Abogado del Cómite de Acreedores
(Counsel for the Creditors Committee)
Paul Hastings LLP.
200 Park Avenue Nueva York, Nueva
York, 10166
A/A Luc A'. Despins
     James Bliss
     James Worthington
     Alexander Bongartz

Solicito por este medio consideración
a la reclamación: 140310 con el
propósito de reclamar mis derechos
como servidor público del Gobierno
de Puerto Rico el cual comenze a
trabajar en el mismo desde 21 de septiembre
de 1987 hasta el 31 de enero de 2018.
Adjunto envío carta Certificación
de Años de Servicio.
     Solicito compensación o
recuperación, contrareclamos
de dinero adeudado a mi
persona.. Solicito el monto
de dinero indefinido que tengo
derecho como servidor de Puerto
Rico

Solicito que se me pague la
Ley 89 "Retribución de Uniforme"
del 1979-99, Ley 158 Carrera
Magisterial, Ley de Retiros
Empleados Públicos, Ley Asociación
Empleados del AELA, Asociación
de Maestros Retirados, Ley Romerazo
Ley 96 Sila Calderón y toda ley
que aplique según lo establecido
al Gobierno de Puerto Rico.
Espero su contestación al respecto.

Gracias anticipadas,
Luis A. Velázquez Fuentes
Calle Canarias #50
Urb. Palmas del Turato
Caguas Puerto Rico 00727
Tel (787) 453-3775
LVelazquez1231@
gmail.com
Reclamación # 140310