**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

Recursos Humanos ORE Caguas

# CERTIFICACIÓN

Certifico que el Prof. Luis A. Velázquez, seguro social -5486, ocupó con status permanente el puesto R14004 Trabajador Social Escolar, adscrito a la Escuela Superior Urbana de Aguas Buenas, Municipio de Aguas Buenas.

Laboró para la Agencia desde el 21 de septiembre de 1987 hasta el 31 de enero de 2018, fecha en que acogió a la jubilación por años de servicios.

Devengó un salario bruto de $ 2,867.50 mensuales.

Cualquier información puede comunicarse al teléfono 787-743-1234 Ext. 4440.

Dado hoy 6 de febrero de 2020, en Caguas, Puerto Rico.

Certifico correcto:

**María M. Aponte Santos**
Directora
Área de Recursos Humanos

P.O. Box 398
Caguas, Puerto Rico 00726
Tel: (787) 743-1234

DEPARTAMENTO DE EDUCACION
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.