Luis A. Velázquez Fuentes
Calle Canavas #50
Urb. Palmas del Turabo
Caguas P.R. 00727

SAN JUAN P&DC 009
TUE 11 FEB 2020 PM

FOREVER USA

Secretaria (Clerk's Office)
Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

RECEIVED & FILED
2020 FEB 12  PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.