9 de febrero de 2020

Junta de Supervisión y
Administración Financiera para Puerto Rico
Estado Libre Asociado de Puerto Rico

Distinguidos Señores:

Por este medio le estoy enviando la réplica donde incluyo
evidencia de reclamación de pago del deudor, el Estado Libre
Asociado de Puerto Rico.

Trabajé para el Departamento de Reclamación y Deportes desde
el 11 de diciembre de 2003 hasta el 6 de noviembre de 2009.

Adjunto algunos documentos de respaldo con el formulario de
reclamación.

Fecha de reclamación:        7/6/2018
                Núm.  Caso:  17BK 03283 - LTS
                Deudor:  Commonwealth of Puerto Rico
                # Claim:  134536

Cordialmente:

Ricardo Torres Avilés
*** ** 3383
P.O. Box 2159
Mayagüez, PR
00681-2159