UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 437542

EPOC ID: 170328300452187

| | Debtor | Case No. | Petition Date: |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D -- Obligaciones Comerciales como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1  Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

    ¿Quién es el acreedor actual?

    _RICARDO TORRES AVILES_
    Name of the current creditor (the person or entity to be paid for this claim)
    Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

    Other names the creditor used with the debtor
    Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410        Proof of Claim        170328300452187        page 1

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?  ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No  ☐ Yes. From whom?  Sí. ¿De quién? _____ | |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

RICARDO TORRES AVILES
BOX 2159
MAYAGUEZ, PR 00681

963

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: Ricardo Torres Aviles
Number / Número: P.O. Box   Street / Calle: 2159
City / Ciudad: Mayaguez P.R.   State / Estado:    ZIP Code / Código postal: 00681-2159
Contact phone / Teléfono de contacto: 787-645-5279

Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Recreación y Deportes

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410                                    Proof of Claim                                    page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _8,400.00_ | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Aumento de sueldo no pagados, Ley 89 y Ley 401_ | |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>   Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:**  $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>   Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ | |

Modified Official Form 410          Proof of Claim          page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>   Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received     $ _____<br>   by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>   Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el: _____ (MM/DD/YYYY) / (DD/MM/AAAA)

☑ Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name    Ricardo _____ Torres
        First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   P.O. Box   2159
                      Number / Número    Street / Calle

                      Mayaguez                             P.R.    00681-2159
                      City / Ciudad                        State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-645-5279    Email / Correo electrónico _____

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Aviles, Ricardo | 134536 | 7/6/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Aviles, Ricardo | 134536 | 7/6/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 674 MMLID: 2087301 SVC: 147th Omni
Torres Aviles, Ricardo
P.O. Box 1104
Mayaguez, PR 00681



*Departamento de Recreación y Deportes*



27 de octubre de 2003

Ricardo Torres Avilés
Box 2159
Mayaguez, PR 00681

**AVISO DE CERTIFICACION DE ELEGIBLES**

Estimado (a) Sr. (a) Torres

Su nombre ha sido certificado para competir por un puesto vacante de **Facilitador de Recreación y Deportes I** en CECADER.

Favor de comparecer a entrevista para dicho puesto con el Sr. William Balaguer, Director Regional, el **13 de noviembre de 2003 a las 9:00 a.m**. en el Departamento de Recreación y Deportes (Añasco), ubicado en el Balneario Tres Hermanos Carretara 402, Sector Playa.

Para aclarar cualquier particular relacionado con este asunto debe comunicarse a la Sección de Reclutamiento al 721-2800 exts. 1455, 1614 ó 1631.

Cordialmente,

Manuel Rivera Márquez, Director
Div. de Adm. de Recursos Humanos
y Relaciones Laborales

MJM/mds

Estado Libre Asociado de Puerto Rico



## Oficina del Secretario

11 de diciembre de 2003

Ricardo Torres Avilés
Facilitador de Recreación y Deportes I
Región Noroeste-Añasco

Jorge L. Rosario Noriega
Secretario

**Nuevo nombramiento en el Servicio de Carrera**

Nos place informarle que efectivo al 11 de diciembre de 2003, fue nombrado por Certificación de Elegibles en el puesto 08701617 en el servicio de carrera clasificado como Facilitador de Recreación y Deportes I.

El puesto está adscrito a la Secretaría Auxiliar de Infraestructura Física, Región Noroeste. Devengará un sueldo de $943.00 mensuales.

Estará en período probatorio hasta el 10 de diciembre de 2004, si sus ejecutorias, hábitos y actitudes son satisfactorios pasará a ocupar el puesto con status regular.

Le felicitamos y le exhortamos a realizar el trabajo de excelencia que nuestro pueblo requiere en beneficio del deporte y la recreación como lo ha hecho hasta el presente.

MRO/mc

DEPARTAMENTO
DE RECREACIÓN
Y DEPORTES

## Departamento de Recreación y Deportes

25 de septiembre de 2009

RICARDO TORRES AVILES

Estimado(a) RICARDO TORRES AVILES:

De conformidad con las disposiciones de la Ley Núm. 7 de 9 de marzo de 2009, conocida como "Ley Especial Declarando Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico" (en adelante Ley 7), y al orden de antigüedad establecido por la Junta de Reestructuración y Estabilización Fiscal (JREF), le informo que efectivo el 6 de noviembre de 2009 queda cesante del puesto clasificado Coordinador(a) Regional de Actividades I.

Nuestra Oficina de Recursos Humanos tramitará la liquidación de sus balances de licencias de vacaciones, enfermedad y tiempo extraordinario acumulado, según aplique, sujeto al cumplimiento del procedimiento establecido, lo cual incluirá la entrega de la propiedad asignada y verificación negativa de deuda en el gobierno, entre otros. Podrá además solicitar aquellos beneficios de retiro según dispuesto por la ley que regula su retiro, su reglamento y/o el plan correspondiente. Usted será además, elegible para recibir:

- ✓ El pago de la prima de cobertura médica del plan médico provisto por Triple-S Salud (se adjunta sus detalles) por un término ininterrumpido de seis (6) meses o hasta que usted sea elegible para cobertura de seguro de salud en otro empleo, lo que ocurra primero. Deberá solicitar el formulario de inscripción en nuestro Departamento de Recursos Humanos y devolverlo una vez completado;

- ✓ Acogerse a una de las opciones contenidas en el Programa de Alternativas para Empleados Públicos, según definido en la Ley Núm. 7;

- ✓ Estará incluido en un registro de reingreso y contratación de empleados cesanteados por un término de un (1) año, a partir de la fecha de su cesantía.

De usted estar en desacuerdo con esta determinación tendrá derecho a solicitar revisión de la misma ante la Comisión Apelativa del Sistema de Administración de Recursos Humanos (CASARH), dentro del término de treinta (30) días a partir del recibo de esta notificación. Si usted es un empleado unionado, tendrá derecho a solicitar revisión dentro del mismo término de treinta (30) días, ante la Comisión de Relaciones del Trabajo del Servicio Público, según dispuesto en el Convenio Colectivo.

Para información sobre los beneficios del Programa de Alternativas para Empleados Públicos bajo la Ley 7, favor de llamar al 1-800-981-9108.

Le agradecemos los servicios prestados.

Atentamente,

Henry E. Neumann Zayas
Secretario

Estado Libre Asociado de Puerto Rico



*Departamento de Recreación y Deportes*

A Quien Pueda Interesar:

Certifico que el **Sr. Ricardo Torres Avilés**, seguro social ............, fue empleado de este Departamento.

Al señor Torres se le efectuó pago por concepto de Bono de Navidad 2009 según se detalla a continuación:

```
Bono Bruto----------------   $1,000.00
Seguro Social -----------      $76.50
Contribuciones----------       $80.00
Bono Neto----------------     $843.50
```

Al señor Torres se le efectuó pago por concepto de Tiempo Compensatorio según se detalla a continuación:

```
Tiempo Compensatorio Bruto----   $902.13
Seguro Social-------------------------  $69.01
Contribuciones-----------------------  $72.17
Paga Neta----------------------------- $760.95
```

Dada en San Juan de Puerto Rico, hoy **7 de julio de 2010**.

Certifico Correcto,

Ramón L. Robles Sanabria
Auxiliar Administrativo IV

PO Box 9023207 San Juan PR 00902-3207    •    Tel. (787) 721-2800

Estado Libre Asociado de Puerto Rico



## Departamento de Recreación y Deportes

1 de septiembre de 2004

Torres Avilés, Ricardo
Región Nor-Este
División de Servicios Recreativos y Deportivos

Estimado(a) compañero(a):

Los nuevos **Planes de Clasificación de Puestos y Retribución** entran en vigor hoy **1ro de septiembre de 2004**. Esta acción en términos retributivos tendrá el efecto de un ajuste a su sueldo actual, si aplica, de acuerdo a la nueva escala salarial que corresponda.

Como resultado de la implantación de los referidos planes su puesto fue asignado a la siguiente clasificación y sueldo:

       **Clasificación** : Coordinador Regional de Actividades I
       **Sueldo** : $ 1,536.00

De no estar conforme con ésta determinación, deberá someter por escrito su planteamiento a la Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales dentro de los **próximos quince (15) días laborables, a partir del recibo de esta comunicación**. Debe especificar cuál es su reclamación y el remedio solicitado para la misma. Nuestra oficina referirá su reclamo al Comité Revisor para llevar a cabo el estudio y análisis correspondiente.

En este proceso nos hemos dado a la tarea de que el resultado del estudio y la implantación de los nuevos planes, vaya a tono con los principios de justicia y equidad que rigen nuestra administración.

Cordialmente,

Jorge L. Rosario Noriega
Secretario

PO Box 9023207 San Juan PR 00902-3207     Tel. (787) 721-2800

Estado Libre Asociado de Puerto Rico
**Departamento de Recreación y Deportes**
División de Administración de Recursos Humanos y
Relaciones Laborales

## INFORME DE CAMBIO ESPECIAL 2005 - 1502

Se adoptan nuevos planes de clasificación de puestos y de retribución para los servicios de Confianza y de Carrera gerencial y unionado, conforme a las disposiciones del articulo 6, sección 6.2, inciso 5 y del articulo 8, sección 8.2, incisos 1 y 2 de la ley Núm. 184 de 3 de agosto de 2004, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico". Simultáneamente se implanta la nueva Estructura de Organización del Departamento, aprobada por la Oficina de Gerencia y Presupuesto, conforme a lo dispuesto en el Articulo 4 de la ley Núm. 8 de 8 de enero de 2004, "Ley Orgánica del Departamento de Recreación y Deportes". Estas acciones son efectivos al **1 de septiembre de 2004.**

| Nombre Empleado | Categoría / Status |
|---|---|
| Torres Avilés, Ricardo | Probatorio |
| **Seguro Social** | **Número de Puesto** |
|  | 08701617 |

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| Programa | Recreación y Deportes | Dirección y Administración General |
| Sec. / Oficina / Región | Secretaria Auxiliar de Recreación y Deportes | Región Nor-Este |
| División / Comisión | Región Nor-Este | División de Servicios Recreativos y Deportivos |
| Sección |  |  |
| Ubicación Física |  |  |
| Clasificación del Puesto | Facilitador de Recreación y Deportes I | Coordinador Regional de Actividades I |
| Sueldo | $1,218.00 | $1,536.00 |
| Diferencial | $0.00 | $0.00 |
| Escala / Mínimo y Máximo | 9    $938.00    $1,267.00 | 10-U    $1,536.00    $2,636.00 |
| Condición Sindical | Incluido | Unionado |
| Cifra de Cuenta | E-1110-111-0870000-1157-001 |  |

Observaciones: _____

_Manuel Rivera Márquez_
**Firma de la Autoridad Nominadora
o su Representante Autorizado**

1 de septiembre de 2004
**Fecha**