Ricardo Torres Aviles
P.O. Box 2159-
Mayaguez. P.R. 00681-2159-





U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00682
FEB 11, 20
AMOUNT
**$1.40**
R2305M147972-11

UNITED STATES
POSTAL SERVICE®

1000     00918

SECRETARIA- CLERK's OFFICE-
Tribunal de Distrito de los Estados Unidos-
Room 150- FEDERAL Building-
San Juan- Puerto Rico- 00918-1767-

RECEIVED & FILED
2020 FEB 12 PM 5: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



SAN JUAN P&DC 009
TUE 11 FEB 2020 PM