Mayra Cardona
PO Box 3582
Aguadilla PR 00605

RECEIVED & FILED
2020 FEB 12 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
28 JAN 2020 PM 1 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (PR 00918-1767

00918