10 de febrero de 2020

Señores,

De acuerdo a la octogésima 4ta objeción global no sustantiva del estado de Puerto Rico, conforme al Artículo 3 de la ley Promesa, de procedimiento de quiebra 17BK 3566 RTS (Sistema de Retiro de empleados de Gobierno de PR - SRE # de procedimiento de quiebra 17BK4780.

Mi caso es el # 17BK 0366 - RTS que corresponde a mi # de empleada del gobierno de PR.

Soy la Sra. Gloria Caballer Vera (#17BK 03566-RT) con dirección postal HC 50 BOX 20900 San Lorenzo PR 00754. Mi número de teléfono 787 - 612 - 2313 y correo electrónico:
berry C 1950 @ gmail. com.

Durante 28 años trabajé como maestra en el Departamento de Educación de PR (1972 - 2001)

Según las leyes # 89, #96 y #164 no recibí los aumentos aprobados. Adjunto Colario para propósito de confirmación del caso.

(Firma: Gloria Caballer Vera)

RECEIVED & FILED
2020 FEB 12 PM 5: 05
U.S. DISTRICT COURT
SAN JUAN, PR