SAN JUAN PR 009
10 FEB 2020 PM 2 L FOREVER USA
Barn Swallow

To: United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1 ?

00918-241250

Mrs. Gloria Caballer
HC 50 Box 30900
San Lorenzo, PR 00754

RECEIVED & FILED
2020 FEB 12 PM 5:05
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

