**ANEXO C**
Notificación

Tribunal de Distrito de los Estados Unidos
Abogados de la Junta de Supervisión
Abogados del Comité de Acreedores

Claim Num: 167161

vs.

Yolanda I. Correa Fonseca

Al Honorable Tribunal:

Respetuosamente por este medio alego:

1. Que fui empleada del Sistema Público desde el 12 de noviembre de 1993 hasta el 18 de enero de 2018.

2. Que mi reclamo corresponde a aumentos salariales no otorgados bajo la Ley 96 de Sila Ma. Calderón y pasos por años de servicio.

Ante lo expuesto, suplico tomen en consideración mi reclamación.

Para que así conste firmo hoy 10 de febrero de 2020 en Vega Baja, PR

Yolanda I. Correa Fonseca
Calle Sánchez López C-68
Vega Baja, PR 00693
(787) 994-9918

Anejo

cc: Tribunal de Distrito de Estados Unidos
    Abogados de la Junta de Supervisión
    Abogados del Comité de Acreedores