IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Correa Fonseca, Yolanda I. | 167161 | 9/12/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Correa Fonseca, Yolanda I. | 167161 | 9/12/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos
Division de Personal No Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente 21439  
Número del Cambio: 2593

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | YOLANDA I CORREA FONSECA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | C32986 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2018-SCHOOLWIDE18 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 73494 - 01F - 2018 - SCHOOLWIDE18A - 73494 - 01F - 1110 | |
| 6. Estatus | REGULAR | |
| 7. Escala de Retribución | 02 | |
| 8. Clasificación y Número de Clase | OFICINISTA MECANOGRAFO I 11401 (7.30) | |
| 9. Sueldo | $1,911.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | CENTRO DE ADIESTRAMIENTO 73494 | |
| 12. Programa | | |
| 13. Ubicación | VEGA ALTA 118 | |
| 14. Acción y Duración | RENUNCIA POR TRANSICION VOLUTARIA | |
| 15. Aportación a Retiro | 10.0% | |
| 16. Último Día de Trabajo | 18/ENERO/2018 | |
| 17. Último Día de Pago | 18/ENERO/2018 04:00 AM | |
| 18. Fecha de Efectividad | 18/ENERO/2018 | |

19. Comentarios y Explicaciones
PAGO GLOBAL: 16 DIAS 6 HORAS 18 MINUTOS VAC. 16 DIAS 6 HORAS 18 MINUTOS DESDE 19 DE ENERO DE 2018 A LAS 8:00 A.M. HASTA 12 DE FEBRERO DE 2018 A LAS 3:18 P.M.

20. Firma del Jefe de Agencia o Representante Autorizado
Director de Recursos Humanos

Fecha de Preparado: 09/FEBRERO/2018

Preparado Por: J.J.

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX (787)759-
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



8111073
8107373494

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

Región – Distrito: Morovis Vega Baja
Escuela: Centro Adiestramiento Voc.



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A: CORREA FONSECA, YOLANDA I

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que CORREA FONSECA, YOLANDA I cuyo número de empleado es 59244, y que ocupa el puesto *OFICINISTA MECANOGRAFO I*, tiene una fecha de ingreso al servicio público de *11/12/1993* con una antigüedad total de *15 años 5 meses 1 días* (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

*[firma]*

Carlos Chardón
Secretario

OCAP-11, Rev. 9/87

1ra. COPIA

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | | Estado Libre Asociado de Puerto Rico OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL Apartado 8476, Estación Fernández Juncos Santurce, Puerto Rico 00910 | 2. Certificación Número |
|---|---|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | | 3. Fecha de la Certificación |
| 94 | 222 | 081 | 29 | 755-075 | 14 | 1120-01-000073-0767 | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 25 de enero/94 |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado:
CORREA        FONSECA        YOLANDA I.
(Apellido Paterno)   (Apellido Materno)   (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social

6. Sexo  ☐ M  ☒ F

7. Número del Seguro Social

8. Dirección del empleado
DEPT. EDUCACION

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
CAP.IECIA PROY 09-14 DIST. VEGA BAJA

10. Título de Clasificación del Puesto
OFIC.DACT. I

11. Número de Clase
0030

12. Número del Puesto
P-01740

13. Clase de nombramiento
☐ Regular   ☐ Probatorio   ☒ Transitorio  en duración fija
☐ En el Servicio de Confianza ____
(indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $ 659.0
Diferencial ____
Total $ n/c

15. Fecha de efectividad del Nombramiento
12 de noviembre de 1993

16. Fecha en que expira el período probatorio o el nombramiento
trans.en ó antes 31 dic/93

17. Anterior Incumbente
Zaida Febo

18. Título de Clasificación del Puesto

19. Firma de la autoridad nominadora o su representante autorizado:
Héctor Arroyo, Director     Div.Pers.Clasf     25 enero/94
ahr    Firma              Título              Fecha

20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, _____ SS. Núm. _____ de _____ (Edad) (Soltero o Casado), _____ (Nombre del cargo o empleo), y
(Nombre del Funcionario o Empleado)

vecino de _____ (Pueblo) juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bién y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

(Fecha)                                    (Firma del Empleado o Funcionario)

Declaración Jurada Núm. _____

Suscrito y jurado ante mí por _____, de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante _____,

En _____, Puerto Rico, hoy _____ de _____ del año _____.

Firma, Sello y Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

PARA USO EXCLUSIVO DE OCAP

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|

J. 9-09-06-121—900 B—H—Ago 90—IGPR.