Yolanda I. Correa Fonseca
C68 Calle Sánchez López
Vega Baja PR 00693

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 12 PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.