8 de febrero de 2020

Sra. Margarita Rosario Rivera
Urb. Palacios de Versalles
1844 Ave. Palacios de Versalles
Toa Alta, P.R. 00953-6005

correo electrónico:
marosario1047@gmail.com

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO
En el asunto de
JUNTA DE SUPERVISIÓN y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros, deudores

TITULO PARA OBJECIÓN: NOTIFICACIÓN
DE LA CENTÉSIMA CUADRAGÉSIMA SEXTA
OBJECIÓN GLOBAL PROMESA, Título III
Núm. de caso: 17 BK 03283-LTS
Núm. de reclamación: 140046

Motivo para oponerme a la objeción global:
Mediante los documentos adjunto se prueba
que durante los años 1980-1989 estuve
activa como maestra del Estado Libre Asociado

Entiendo que tengo derecho a los aumentos establecidos bajo la ley EL ROMERAZO de los años 1980-1989 y/o los aumentos después del año 1990 hasta el año 2001 cuando me retiré.

Adjunto documentos de:
Gobierno de Puerto Rico
Sistema de Retiro para Maestros

Muchas gracias por su atención,
Muy respetuosamente,

Margarita Rosario Rivera

Sra. MARGARITA ROSARIO RIVERA

P.D.
Los aumentos para los años 1980-1989 de la ley EL Romerazo a razón de $100.00 mensual, equivale a: $12,000.