Modelo SC-1515 (IRM)
16-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Margarita Rosario Rivera | 34937 | F |

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional ( )
   Obligatoria ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
b— Edad ( )
d— Diferida ( )*

Fecha de Nacimiento: 1947 enero 10
Fecha de Retiro: 2001 mayo 31

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|
| 54 Años  4 Meses  21 Días | 27 Años  11 Meses  3 Sem.  1½ Días | $ 34,125.41 | 2001 junio 01 |

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos P...
Fecha
Iniciales

Cómputo de la Renta Anual:     tres
a— Sueldo promedio mensual más alto durante ~~cinco~~ años consecutivos a $ 1,886.38

X  .018 %  X  27 años, 11 meses, 3 semanas y 1 día
(Por ciento)              (Tiempo Acreditado)

950.03
menos ajuste
5 %
47.50

902.53

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

512.25

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia          1,414.78

Renta Anual Vitalicia            16,977.36

Computado por: Celia Rodríguez     14 agosto 2001 Fecha

Cotejado: Hugo E. Aponte           17/8/01 Fecha

Recomendado: Gloria E. Navas Pérez   17/8/01 Fecha
Directora Area Servicios de Retiro

Aprobado: 21/8/01 Fecha   Irma A. Giménez López
Secretaria Ejecutiva

Ip HA/agb

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Margarita Rosario Rivera**, con número de seguro social que termina en 0345.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | 1 de junio de 2001 |
| **Tiempo Cotizado para la Pensión** | 27 años, 11 mes, 3 sem., 1.1/2 días |
| **Pensión mensual Inicial** | $1,414.78 |
| **Pensión Mensual Actual** | $1,457.22 |

Esta certificación se expide hoy, 5 **de febrero de 2020** en **San Juan, Puerto Rico.**

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.764.6910    www.srm.pr.gov