Sra. Margarita Rosario Rivera
1344 Ave. Palacios de Versalles
Bq Alta, P.R. 00953-6005

RECEIVED & FILED

2020 FEB 12 PM 5: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
11 FEB 2020 PM 11