Elsie Carlo Soto
P.O. Box 1510
Aguadilla PR 00605
RECEIVED & FILED
2020 FEB 12 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767