Quebradillas, P.R.
8 Febrero 2020

U.S. District Court
for the District of Puerto Rico
Court's Clerk's Office

RECEIVED & FILED
2020 FEB 12 PM 5:06

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

A quién pueda interesar:

En respuesta a diferentes comunicaciones recibidas, en los documentos SRF 389-39 Promesa III No. 17BK32833 LTS y el documento SRF 38154 Promesa III No. 17BK 3283-LTS; incluyo la siguiente información.

Mi nombre - Hilda L. Soberal Pérez
Teléfono - 787-895-4682
Dirección - 25005, Carr. 437 - Quebradillas, P.R. 00678

Nombre del Tribunal - Commonwealth of P.R.
U.S. District Court
Fort the District of P.R.

Todo esto con el propósito de objetar la decisión tomada a favor de los deudores Promesa Tittle III No. 17Bk-32283-LTS. Se solicita se cumpla con las reclamaciones, en la demanda por los reclamantes a base de las reinvenciones salariales, laborales y servicios prestados. Todo esto relacionadas al incumplimiento de las siguientes leyes:

- Ley 1801- aumento del 3% por costo de vida — $3,084.00
    Cantidad reclamada
- Ley 96- de junio de 2002 aplicada en julio 2002  $20,400.00
    Cantidad reclamada $
- Ley 164- del 22 de junio 2003 aplicada a enero 2004 $16,800.00
    Cantidad reclamada $

Además incluyo los números de reclamación asignados:

43794
43794

Espero haber sometido la información solicitada

Cordialmente

Hilda L. Soberal Pérez