Hilda L. Sabernal Rios
25005 Carr. 113
Quebradillas, P.R., 00678

Case:17-03283-LTS Doc#:10948-1 Filed:02/12/20 Entered:02/13/20 15:28:59 Desc: Envelope Page 1 of 1

SAN JUAN PR 009
07 FEB 2020 PM 2 L

2020 FEB 12 PM 5:06
RECEIVED & FILED

Clerk's Office
United States District Court
Room 150 Federal Building - Chardon Ave
San Juan, Puerto Rico - 00918
1767