FROM:                                    7-FEBRERO-2020
    CARLOS R. IRIZARRY LUGO
    1131  CALLE  ALBIZIA
    URB. LOS  CAOBOS
    PONCE, PUERTO  RICO    00716

TELEFONO = (787)-377-0838
RECLAMACION = # 4191
FECHA RECLAMACION = 22-MARZO 2018
CANTIDAD RECLAMADA= $ 10,000 ó MÁS

TO:
SECRETARIA - (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE Los ESTADOS UNIDOS
ROOM 150  FEDERAL BUILDING
SAN JUAN - PUERTO RICO   00918-1767

RECEIVED & FILED
2020 FEB 12  PM 5: 05

1 - DE - 2

INGRESE A LA POLICIA DE PUERTO RICO EN SEPTIEMBRE DEL 1971; Y ME RETIRE EN SEPTIEMBRE DEL 2001, COMPLETANDO 30 AÑOS DE SERVICIO.

QUE EN LOS 30 AÑOS DE SERVICIO, NO SE ME HICIERON LOS AJUSTES DE SUELDO QUE POR LEY ME CORRESPONDIAN.

EN EL AÑO 2000, SOLICITE SE ME HICIERA LA REVICION DE SUELDO Y AJUSTE. EN LA CUAL SE ME ADJUDICO PARTE DEL AJUSTE DE SUELDO Y PARTE DEL PAGO DEL MISMO. NUNCA ME FUE ADJUDICADO EL PAGO TOTAL DE DICHA RECLAMACION.

EN LA OFICINA DE PERSONAL DE LA POLICIA DE PUERTO RICO TIENEN LAS EVIDENCIAS Y EL EXPEDIENTE SOBRE DICHA RECLAMACION.

ME OPONGO A QUE SE DE LUGAR, A LA OBJECION GLOBAL Y A TODO LO RADICADO EN DICHAS CAUSAS.

CARLOS R. IRIZARRY LUGO

2 - DE - 2