CARLOS R. [illegible]
1131 CALLE ALBIZIA
URB. LOS CAOBOS
PONCE, P.R. 00716

RECEIVED & FILED
2020 FEB 12 PM 5:05
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

SECRETARIA — (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, P.R. 00918-1767