PRESS FIRMLY TO SEAL




U.S. POSTAGE PAID
PM 1-Day
NAGUABO, PR
00718
FEB 11, 20
AMOUNT
**$7.75**
R2305K131168-08

1005    00918



**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**

EXPECTED DELIVERY DAY: 02/12/20

USPS TRACKING® NUMBER

9505 5103 4891 0042 2301 02

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

\* Domestic only



Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**FROM:** Amarilis Miranda Torres
P.O. Box 1036
Naguabo, P.R. 00718



RECEIVED & FILED
2020 FEB 12 PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TO:** Secretaria
(Office Clerk)

Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767