**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| NAVARRO ROMERO, LUZ D. | 127886 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| NAVARRO ROMERO, LUZ D. | 127886 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000503

***CUST PR 1845 SRF 38939 PackID: 503 MMLID: 2061828 SVC: 142nd Omni
NAVARRO ROMERO, LUZ  D.
C-12 D URB EXT JARD. ARROYO
ARROYO, PR 00714

SRF 38939

Hearing Date: **March 4, 2020, at 9:30AM (Atlantic Standard Time)**
Response Deadline: <mark>February 18, 2020 at 4:00PM</mark> (Atlantic Standard Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

**ONE HUNDRED FORTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE)
OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON
UNSPECIFIED PUERTO RICO STATUTES**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 12/16/2018 | Aviso #: 8766719 |
| Hasta: | 12/31/2018 | Fecha Aviso: 12/28/2018 |

**LUZ NAVARRO ROMERO**
JARD DE ARROYO
C12 CALLE D
ARROYO PR 00714-2128
SS: XXX-XX-1086

| | | | | |
|---|---|---|---|---|
| # Empleado: | | DATA IMP: | Federal | PR |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Single | Single |
| Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 |
| Titulo: | Pensionado | Pct. Adcl.: | | |
| Sueldo: | $1,278.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 639.00 | 1,957.50 | 15,336.00 | |
| Bono Navidad Pensionados | | 0.00 | | 200.00 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |
| Total: | | 639.00 | 1,957.50 | 15,636.00 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 13.70 | 328.80 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 1,334.64 |
| AS-ASOC PENSIONADOS | 1.00 | 24.00 |
| Total: | 70.31 | 1,687.44 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 1,000.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 639.00 | 0.00 | 70.31 | 568.69 |
| Acumulado: | 15,636.00 | 0.00 | 1,687.44 | 13,848.56 |

## PTO HORAS / ACUM

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8766719 | 568.69 |
| Total: | 568.69 |

---

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

---

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
12/28/2018

Aviso No.
8766719

Cant. Deposito: ___$568.69___

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $568.69 |
| Total: | | $568.69 |

TRAY 21 SQ 5050***************SCH 5-DIGIT 00714   5050 2 AV 0.383
LUZ NAVARRO ROMERO
JARD DE ARROYO
C12 CALLE D
ARROYO PR 00714-2128

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
**530 - RETIRO CENTRAL PENSIONADOS**

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2018 |
| Hasta: | 12/15/2018 |

| | |
|---|---|
| Business Unit: PIJERT | |
| Aviso #: | 8584116 |
| Fecha Aviso: | 12/14/2018 |

**LUZ NAVARRO ROMERO**
JARD DE ARROYO
C12 CALLE D
ARROYO PR 00714-2128
SS: XXX-XX-1086

| | |
|---|---|
| # Empleado: | |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,278.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 639.00 | 1,875.00 | 14,697.00 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 639.00 | 1,875.00 | 14,997.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 13.70 | 315.10 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 1,279.03 |
| AS-ASOC PENSIONADOS | 1.00 | 23.00 |
| Total: | 70.31 | 1,617.13 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 0.00 | 900.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 639.00 | 0.00 | 70.31 | 568.69 |
| Acumulado: | 14,997.00 | 0.00 | 1,617.13 | 13,279.87 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Descripcion | |
|---|---|
| Aviso #8584116 | 568.69 |
| Total: | 568.69 |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

**Gobierno de Puerto Rico**
**530 - RETIRO CENTRAL PENSIONADOS**

**Fecha**
**12/14/2018**

**Aviso No.**
**8584116**

Cant. Deposito: ___$568.69___

TRAY 21 SQ 5050**************SCH 5-DIGIT 00714    5050 2 AV 0.383
LUZ NAVARRO ROMERO
JARD DE ARROYO
C12 CALLE D
ARROYO PR 00714-2128

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $568.69 |
| Total: | | $568.69 |

**NO-NEGOCIABLE**