Luz D. Mediano Rivera
Urb. Jardines de Arroyo
Calle D - C - 12
Arroyo, Puerto Rico 00714

SAN JUAN PR 009
11 FEB 2020 PM 1 L
FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 FEB 12 PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767