| | | | | |
|---|---|---|---|---|
| (i) | Datos del Contacto: | | Aníbal Miranda Martínez | CLAIM # 144449 |
| | Dirección | : | P.O. Box 1036, Naguabo, PR 00718 | |
| | Teléfono | : | 787-309-8964, 787-502-2866 | |
| | Dirección email | : | anibalmiranda58@yahoo.com | |

(ii) Epígrafe : JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,
Como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros,
Deudores
PROMESA, TITULO III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)
La presente radicación guarda relación con el ELA, la ACT y el SRE
NOTIFICACION DE LA CENTESIMA CUADRAGESIMA PRIMERA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

(iii) Motivos para oponerse a la Objeción Global:

Desde el año 1984 formé parte de la fuerza laboral del Estado Libre Asociado de Puerto Rico. Estuve ubicado en el Hogar Juvenil de Humacao adscrito para aquel entonces al Departamento de Servicios Sociales. Ocupé un puesto de Oficial Servicios Juveniles I hasta el 30 de septiembre de 1989, fecha en que renuncié; desconociendo que la Agencia me había absorbido como empleado regular efectivo al 1 de julio de 1989, según las disposiciones de la Ley Núm. 56 del 16 de agosto de 1989.

Para el año 1991, regresé a la agencia adscrita al Departamento de Corrección y Rehabilitación – Administración de Instituciones Juveniles. Comencé a cotizar en el año 1996, ocupando un puesto permanente de Asistente de Instituciones Juveniles I hasta el 31 de octubre de 2012, fecha en la que me acogí al Retiro Temprano Ley 70. (Se incluye evidencia de talonarios de pago, Certificaciones de Empleo de la Agencia, Informe de Cambio – OCAP-15 y Estado de Cuenta Estimado de la Administración de Sistemas de Retiro).

Entiendo que durante esos años se dieron aumentos y reclasificaciones que debían reflejar un impactó en el salario, que no se reflejó. De acuerdo a la *"Ley de Retribución Uniforme" [Ley 89 de 12 de julio de 1979 – Disposiciones Generales, Inciso (2) Aumentos de sueldo por años de servicio: "A partir del primero de julio de 1979, aquellos empleados en el servicio de carrera con status regular o probatorio en agencias de la Administración Central y en agencias consideradas administradores individuales que no hayan recibido ninguna clase de aumentos de sueldo excepto los otorgados por disposiciones de ley durante un período de cinco (5) años de servicios recibirán un aumento de sueldo equivalente a un tipo o paso de la escala correspondiente....Cualquier autoridad nominadora podrá denegar el aludido aumento de sueldo a cualquier empleado si a su juicio los servicios del empleado durante el período de cinco (5) años correspondientes no hubiesen sido satisfactorios. En este caso la autoridad nominadora habrá de informarle por escrito al empleado las razones por las cuales no se le concede el referido aumento y, además, su derecho de apelación ante la Junta de Apelaciones del Sistema de Administración de Personal."*

Se incluye Desglose de sueldos devengados desde el 1996 hasta el 2012 con evidencia de algunos talonarios. No obstante, no estoy seguro de que se hayan adjudicado los aumentos correspondientes a:

- ✓ Ley 89 de Retribución Uniforme
- ✓ Ley 96 Para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno - LEY NUM. 96 DE 1 DE JULIO DE 2002.
- ✓ Ley 164 sobre el AUMENTO DE SUELDO A LOS EMPLEADOS PÚBLICOS EN VIRTUD DE LA LEY NúM. 164 DE 22 DE JULIO DE 2003

A tales efectos, a mi entender no se me adjudicó los aumentos que hace referencia dicha ley, (a partir del 1996, fecha en que comencé a cotizar). Por otro lado, tampoco fui notificado que no cualificara para dichos aumentos por no haber realizado una labor satisfactoria. Estoy sometiendo la presente Objeción Global al núm. de Reclamación 144449 por la cantidad de $25,000 (cantidad estimada).

*[signature]*

Aníbal Miranda Martínez
Claim # 144449

### Desglose de sueldos devengados durante los años 1996 a 2012

| Año | | | | Sueldo devengado | Observaciones |
|---|---|---|---|---|---|
| Mes | Desde | Mes | Hasta | | |
| Enero | 1996 | Diciembre | 1999 | $1,059 | Se incluye copia de Talonario enero 1996. (Sin cambio en sueldo 4 años) |
| Enero | 2000 | Diciembre | 2001 | $1,415 | Se incluye copia de Talonario de enero 2000. (Sin cambio en sueldo durante 2 años). |
| Enero | 2002 | Junio | 2002 | $1,515 | |
| Julio | 2002 | Diciembre | 2003 | $1,615 | |
| Enero | 2004 | Mayo | 2004 | $1,715 | |
| Junio | 2004 | Septiembre | 2004 | $1,802 | |
| Octubre | 2004 | Julio | 2007 | $1,952 | |
| Agosto | 2007 | Julio | 2008 | $2,052 | |
| Agosto | 2008 | Octubre | 2012 | $2,177 | |