This envelope is made from post-consumer waste. Please recycle again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



U.S. POSTAGE PAID
PM 1-Day
NAGUABO, PR
00718
FEB 11, 20
AMOUNT
**$7.75**
R2305K131168-08

1005          00918



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

EXPECTED DELIVERY DAY: 02/12/20

USPS TRACKING® NUMBER

9505 5103 4891 0042 2301 19

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



**FROM:** Anibal Miranda Martinez
P.O. Box 1036
Naguabo  P.R. 00718

**TO:** Secretaria (Office Clerk)
Tribunal de Distrito de Los
Estados Unido
Room 150 Federal Building
San Juan, P.R. 00918-
1767

To schedule free
Package Pickup,
scan the QR code.



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

RECEIVED & FILED
2020 FEB 12 PM
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.