Feb. 18, 2020

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Miranda Martinez, Anibal | 141491 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Miranda Martinez, Anibal | 141491 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| ANIBAL MIRANDA MARTINEZ | | 31 0196 | 360716 | 571721733 |

| DEDUCCIONES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPECIFICAS | | | | | MISCELANEAS | | | | | | |
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS | SEGURO | | | | | | |
| 5246 | 8101 | | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 5246 | 8101 | | | | | | | | | | |
| 105900 | 105900 | 105900 | 105900 | | | 46200 | | 1347 | | 46353 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | | | | | | |

**VEASE CLAVES AL DORSO**

**Gobierno de Puerto Rico**
072 - Adm. Instituciones Juveniles

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/00 |
| Hasta: | 01/15/00 |

# Cheque: 02094882
Fecha: 01/14/00

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO PR 00718
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 072020-Albergue |
| Oficina: | Centro de Detención Humacao |
| Titulo: | Oficial Serv. Juveniles 1 |
| Sueldo: | $1,415.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19+99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | 34.73 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 511.58 | 52.50 | 511.58 |
| Pago de Dias Feriados | 8.707692 | 22.50 | 195.92 | 22.50 | 195.92 |
| Total: | | 22.50 | 707.50 | 75.00 | 707.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.26 | 10.26 |
| Fed OASDI/Dis | 43.87 | 43.87 |
| PR Withholdng | 34.73 | 34.73 |
| Total: | 88.86 | 88.86 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 58.55 | 58.55 |
| Total: | 58.55 | 58.55 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-FUPO | 7.50 | 7.50 |
| GPR Plan de Ahorros | 21.23 | 21.23 |
| Total: | 28.73 | 28.73 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 65.62 | 65.62 |
| FSED Disability Plan | 23.70 | 23.70 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 707.50 | 88.86 | 87.28 | 531.36 |
| Acumulado: | 707.50 | 88.86 | 87.28 | 531.36 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02094882 | 531.36 |
| Total: | 531.36 |

**MENSAJE:**

R 3297825

**Estado Libre Asociado de Puerto Rico**
072 - Adm. Instituciones Juveniles

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/02 |
| Hasta: | 06/30/02 |

# Cheque: 04456375
Fecha: 06/28/02

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO PR 00718
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 072020-Albergue |
| Oficina: | Centro de Detenci n Humacao |
| Titulo: | Oficial Serv. Juveniles 1 |
| Sueldo: | $1,515.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married, claiming 1/2 of |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 757.50 | 967.50 | 9,090.00 |
| Total: | | | 757.50 | 967.50 | 9,090.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.99 | 131.81 |
| Fed OASDI/Dis | 46.96 | 563.58 |
| PR Withholdng | 45.68 | 548.16 |
| Total: | 103.63 | 1,243.55 |

### APORTACIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 62.68 | 752.16 |
| Total: | 62.68 | 752.16 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-FUPO | 8.75 | 105.00 |
| GPR Plan de Ahorros | 22.73 | 272.76 |
| Total: | 31.48 | 377.76 |

### BENEFICIOS / APORTACIONES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 60.00 | 360.00 |
| GPR Plan de Retiro | 70.26 | 843.12 |
| FSED Disability Plan | 25.38 | 304.56 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 757.50 | 103.63 | 94.16 | 559.71 |
| Acumulado: | 9,090.00 | 1,243.55 | 1,129.92 | 6,716.53 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04456375 | 559.71 |
| Total: | 559.71 |

211   MENSAJE: "UNETE A LA CAMPANA BENEFICA DE EMPLEADOS PUBLICOS. LLENA LA BOLETA DE DESCUENTO DE NOMINA, AHORA".

R 3428102

**Estado Libre Asociado de Puerto Rico**
072 - Adm. Instituciones Juveniles

| Grupo de Pago: | SM -Quincenal | # Cheque: | 04735992 |
|---|---|---|---|
| Desde: | 07/01/02 | | |
| Hasta: | 07/15/02 | Fecha: | 07/12/02 |

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO, PR 00718
SS:

| # Empleado: | |
|---|---|
| Dept: | U72020-Albergue |
| Oficina: | Centro de Detención Humacao |
| Titulo: | Oficial Serv. Juveniles 1 |
| Sueldo: | $1,615.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married, claiming 1/2 of |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 807.50 | 1050.00 | 9,897.50 |
| Total: | | | 807.50 | 1050.00 | 9,897.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 11.70 | 143.51 |
| Fed OASDI/Dis | 50.07 | 613.65 |
| PR Withholdng | 52.68 | 600.84 |
| Total: | 114.45 | 1,358.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 66.82 | 818.98 |
| Total: | 66.82 | 818.98 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-FUPO | 8.75 | 113.75 |
| GPR Plan de Ahorros | 24.23 | 296.99 |
| Total: | 32.98 | 410.74 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.90 | 918.02 |
| FSED Disability Plan | 27.05 | 331.61 |
| SM-First Medical Health Plan | 0.00 | 360.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 807.50 | 114.45 | 99.80 | 593.25 |
| Acumulado: | 9,897.50 | 1,358.00 | 1,229.72 | 7,309.78 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #04735992 | 593.25 |
|---|---|
| Total: | 593.25 |

MENSAJE: "SERVIDOR PUBLICO: A PARTIR DE ESTA QUINCENA CUENTAS CON UN AUMENTO SALARIAL DE $100.00 MENSUALES."

**Adm. Instituciones Juveniles**
Calle Bolivia #60, Esquina Chile
Hato Rey, PR 00910

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2004 |
| Hasta: | 01/15/2004 |

| | |
|---|---|
| Aviso #: | 6012203 |
| Fecha Aviso: | 01/15/2004 |

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO, PR 00718
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 072020-Albergue |
| Lugar: | Centro de Detención Humacao |
| Titulo: | Oficial Serv. Juveniles 1 |
| Sueldo: | $1,715.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married, claiming 1/2 of |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 857.50 | 82.50 | 857.50 |
| Total: | | | 857.50 | 82.50 | 857.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.43 | 12.43 |
| Fed OASDI/Disability - EE | 53.17 | 53.17 |
| PR Withholding | 59.68 | 59.68 |
| Total: | 125.28 | 125.28 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 70.96 | 70.96 |
| Total: | 70.96 | 70.96 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-FUPO | 10.00 | 10.00 |
| GPR Plan de Ahorros | 25.73 | 25.73 |
| Total: | 35.73 | 35.73 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 79.53 | 79.53 |
| FSED Disability Plan | 28.73 | 28.73 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 857.50 | 0.00 | 125.28 | 106.69 | 625.53 |
| Acumulado: | 857.50 | 0.00 | 125.28 | 106.69 | 625.53 |

### PTO HORAS ACUM.

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6012203 | 625.53 |
| Total: | 625.53 |

MENSAJE:

**Adm. Instituciones Juveniles**
Calle Bolivia #60
Esquina Chile
Hato Rey, PR 00910

Fecha
01/15/2004

Aviso No.
6012203

**Cant. Deposito:** $625.53

A la
Cuenta(s) De

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO, PR 00718
Localizacion: Centro de Detención Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $625.53 |
| Total: | | $625.53 |

## NO-NEGOCIABLE

**Adm. Instituciones Juveniles**
Calle Bolivia #60 , Esquina Chile
Hato Rey, PR 00910

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2004 |
| Hasta: | 06/15/2004 |

| | |
|---|---|
| Aviso #: | 6928714 |
| Fecha Aviso: | 06/15/2004 |

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO, PR 00718
SS:

| | |
|---|---|
| # Empleado | |
| Dept: | 072020-Albergue |
| Lugar: | Centro de Detención Humacao |
| Titulo: | Oficial Serv. Juveniles I |
| Sueldo: | $1,802.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married, claiming 1/2 of |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 2 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 901.00 | 892.50 | 9,476.00 | |
| Total: | | 901.00 | 892.50 | 9,476.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.06 | 137.40 |
| Fed OASDI/Disability - EE | 55.86 | 587.51 |
| PR Withholding | 62.85 | 659.65 |
| Total: | 131.77 | 1,384.56 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.56 | 784.16 |
| Total: | 74.56 | 784.16 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Ahorros | 27.03 | 284.33 |
| AS-FUPO | 0.00 | 40.00 |
| Total: | 27.03 | 324.33 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 83.57 | 878.87 |
| FSED Disability Plan | 30.18 | 317.48 |
| SM-First Medical Health Plan | 0.00 | 400.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED. / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed. | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 901.00 | 0.00 | 131.77 | 101.59 | 667.64 |
| Acumulado: | 9,476.00 | 0.00 | 1,384.56 | 1,108.49 | 6,982.95 |

### FTC HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #6928714 | 667.64 |
|---|---|
| Total: | 667.64 |

**MENSAJE:**

**Adm. Instituciones Juveniles**
Calle Bolivia #60
Esquina Chile
Hato Rey, PR 00910

Fecha
06/15/2004

Aviso No.
6928714

Cant. Deposito: $667.64

A la
Cuenta(s) De

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO, PR 00718
Localizacion: Centro de Detención Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $667.64 |
| Total: | | $667.64 |

## NO-NEGOCIABLE

**Adm. Instituciones Juveniles**
Calle Bolivia #60 , Esquina Chile
Hato Rey, PR 00910

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 7825081 |
| Desde: | 10/01/2004 | |
| Hasta: | 10/15/2004 | Fecha Aviso: 10/14/2004 |

| ANIBAL MIRANDA MARTINEZ | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO BRAZO SECO | Dept: | 072020-Albergue | Estado Civil: | Married | Married, claiming 1/2 of |
| APT 1036 | Lugar: | Centro de Detenci n Humacao | Concesiones: | 0 | |
| NAGUABO, PR 00718 | Titulo: | Oficial Serv. Juveniles I | Pct. Adcl.: | | 2 |
| SS: | Sueldo: | $1,952.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 976.00 | 1,552.50 | 16,759.00 | Fed FICA Med Hospital Ins / EE | 14.16 | 243.01 |
| | | | | | | Fed OASDI/Disability - EE | 60.51 | 1,039.06 |
| | | | | | | PR Withholding | 77.81 | 1,177.41 |
| Total: | | | 976.00 | 1,552.50 | 16,759.00 | Total: | 152.48 | 2,459.48 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 80.76 | 1,386.84 | GPR Plan de Ahorros | 29.28 | 502.82 | GPR Plan de Retiro | 90.52 | 1,554.38 |
| | | | AS-FUPO | 0.00 | 40.00 | FSED Disability Plan | 32.70 | 561.44 |
| | | | | | | SM-First Medical Health Plan | 0.00 | 720.00 |
| Total: | 80.76 | 1,386.84 | Total: | 29.28 | 542.82 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: 976.00 | 0.00 | 152.48 | 110.04 | 713.48 |
| Acumulado: 16,759.00 | 0.00 | 2,459.48 | 1,929.66 | 12,369.86 |

### FTE HORAS ACUM / DISTRIBUCION PAGA NETA

| | | |
|---|---|---|
| Balance Inicial: 0.0 | Aviso #7825081 | 713.48 |
| + Ganada: | | |
| + Compra: | | |
| - Usada: | Total: | 713.48 |
| - Donada: | | |
| + Ajustes: | | |
| Balance Final: 0.0 | | |

**MENSAJE:**

---

**Adm. Instituciones Juveniles**
Calle Bolivia #60
Esquina Chile
Hato Rey, PR 00910

Fecha
10/14/2004

Aviso No.
7825081

**Cant. Deposito:** $713.48

A la
Cuenta(s) De

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO, PR 00718
Localizacion: Centro de Detenci n Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $713.48 |
| Total: | | $713.48 |

# NO-NEGOCIABLE

| Adm. Instituciones Juveniles | | | |
|---|---|---|---|
| Calle Bolivia #60 , Esquina Chile | | Grupo de Pago: SM -Quincenal | Aviso #: 6449778 |
| Hato Rey, PR 00910 | | Desde: 08/01/2007 | Fecha Aviso: 08/15/2007 |
| | | Hasta: 08/15/2007 | |

| ANIBAL MIRANDA MARTINEZ | # Empleado | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO BRAZO SECO | Dept: | 072020-Albergue | Estado Civil: | Married | Married, claiming 1/2 of |
| APT 1036 | Lugar: | Centro de Detencin Humacao | Concesiones: | 0 | |
| NAGUABO, PR 00718 | Titulo: | Oficial Serv. Juveniles 1 | Pct. Adcl.: | | 2 |
| SS: | Sueldo: | $2,052.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,026.00 | 1,222.50 | 14,690.00 |
| Total: | | | 1,026.00 | 1,222.50 | 14,690.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 14.88 | 213.01 |
| Fed OASDI/Disability - EE | 63.61 | 910.78 |
| PR Withholding | 76.76 | 976.40 |
| Total: | 155.25 | 2,100.19 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 84.90 | 1,215.54 |
| Total: | 84.90 | 1,215.54 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-FED OFICIALES CUSTODIA PR | 14.84 | 178.08 |
| GPR Plan de Ahorros | 30.78 | 440.70 |
| Total: | 45.62 | 618.78 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 95.16 | 1,362.44 |
| FSED Disability Plan | 34.37 | 492.17 |
| SM-Preferred Health | 0.00 | 700.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,026.00 | 0.00 | 155.25 | 130.52 | 740.23 |
| Acumulado: | 14,690.00 | 0.00 | 2,100.19 | 1,834.32 | 10,755.49 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #6449778 | 740.23 |
|---|---|
| Total: | 740.23 |

MENSAJE:

Adm. Instituciones Juveniles  
Calle Bolivia #60  
Esquina Chile  
Hato Rey, PR 00910

Fecha  
08/15/2007

Aviso No.  
6449778

Cant. Deposito: $740.23

A la  
Cuenta(s) De

ANIBAL MIRANDA MARTINEZ  
BO BRAZO SECO  
APT 1036  
NAGUABO, PR 00718  
Localizacion: Centro de Detencin Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $740.23 |
| Total: | | $740.23 |

## NO-NEGOCIABLE

**Adm. Instituciones Juveniles**
Calle Bolivia #60 , Esquina Chile
Hato Rey, PR 00910

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 0612318 |
| Desde: | 07/16/2008 | Fecha Aviso: 07/30/2008 |
| Hasta: | 07/31/2008 | |

| | | | | |
|---|---|---|---|---|
| ANIBAL MIRANDA MARTINEZ | # Empleado: | | DATA IMP: | Federal PR |
| BO BRAZO SECO | Dept: | 072020-Albergue | Estado Civil: | Married  Married, claiming 1/2 of |
| APT 1036 | Lugar: | Centro de Detenci n Humacao | Concesiones: 0 | |
| NAGUABO, PR 00718 | Titulo: | Oficial Serv. Juveniles 1 | Pct. Adcl.: | 2 |
| SS: | Sueldo: | $2,177.00 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,088.50 | 1,147.50 | 14,426.50 |
| Total: | | | 1,088.50 | 1,147.50 | 14,426.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.78 | 209.18 |
| Fed OASDI/Disability - EE | 67.48 | 894.44 |
| PR Withholding | 73.64 | 904.72 |
| Total: | 156.90 | 2,008.34 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 90.07 | 1,193.77 |
| Total: | 90.07 | 1,193.77 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-FED OFICIALES CUSTODIA PR | 14.84 | 207.76 |
| Ahorros-AEELA | 32.66 | 432.80 |
| Total: | 47.50 | 640.56 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 700.00 |
| GPR Plan de Retiro | 100.96 | 1,338.04 |
| FSED Disability Plan | 36.46 | 483.27 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,088.50 | 0.00 | 156.90 | 137.57 | 794.03 |
| Acumulado: | 14,426.50 | 0.00 | 2,008.34 | 1,834.33 | 10,583.83 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0612318 | 794.03 |
| Total: | 794.03 |

**MENSAJE:**

---

**Adm. Instituciones Juveniles**
Calle Bolivia #60
Esquina Chile
Hato Rey, PR 00910

Fecha
07/30/2008

Aviso No.
612318

**Cant. Deposito:** $794.03

**A la Cuenta(s) De**

ANIBAL MIRANDA MARTINEZ
BO BRAZO SECO
APT 1036
NAGUABO, PR 00718
Localizacion: Centro de Detenci n Humacao

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $794.03 |
| Total: | | $794.03 |

## NO-NEGOCIABLE



*Gobierno de Puerto Rico*
**ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
ESTACION MINILLAS PO BOX 42003 SAN JUAN, PR 00940-2203

# ESTADO DE CUENTA ESTIMADO

23 de septiembre de 2011

**Agencia: 246 - ADMINISTRACION INSTITUCIONES JUVENILES**

MIRANDA MARTINEZ ANIBAL                                **Seguro Social: XXX-XX-8265**

., PR          00924

A base de la información en nuestros records, al 23 de septiembre de 2011 usted ha completado:

**Balance de Aportaciones : $25,059.77**
**Años de Servicio: 15.00**

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión. En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Linea del Portal de Internet de ASR: http://www.asr.gobierno.pr.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

*Yamilet Amador*

Yamilet Amador Cruz
Unidad de Estado de Cuenta
Área de Participantes