

**PRIORITY MAIL**

U.S. POSTAGE PAID
PM 1-Day
NAGUABO, PR
00718
FEB 11, 20
AMOUNT
$7.75
R2305K131168-08

EXPECTED DELIVERY DAY: 02/12/20

USPS TRACKING® NUMBER
9505 5103 4891 0042 2301 19

FROM: Anibal Miranda Martinez
P.O. Box 1036
Naguabo PR. 00718

TO:
Secretaria (Offcce Clerk(s))
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, PR. 00918-1767

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.*
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

2020 FEB 12 PM
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P

RECEIVED & FILED

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.