**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

**PARTIAL JOINDER OF U.S. BANK TRUST NATIONAL ASSOCIATION TO THE URGENT MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY TO ADJOURN HEARING ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY AND EXTEND DEADLINE FOR REPLIES IN SUPPORT OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

U.S. Bank Trust National Association, as Trustee ("U.S. Bank" or the "Trustee") for the PRIFA Special Tax Revenue Bonds Series 2005A, 2005B, Refunding Series 2005C and Series 2006 (collectively, the PRIFA Rum Tax Bonds") hereby submits this joinder (this "Joinder") and states that it supports the *Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guaranty Corporation, and Financial Guaranty Insurance Company to Adjourn Hearing on Motions for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Relief from the Automatic Stay and Extend Deadline for Replies in Support of Motions for Relief from the Automatic Stay* [Dkt. No. 10841] solely as it relates to the PRIFA Rum Tax Bonds and the *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* [ECF No. 10602] (the "PRIFA Lift-Stay Motion").

[*Remainder of page left intentionally blank*]

Dated: February 13, 2020

By: /s/ *Iris J. Cabrera-Gómez*

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Robin E. Keller, Esq.
Ronald J. Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

*Counsel to U.S. Bank Trust National Association*

## CERTIFICATE OF SERVICE

    I, Iris J. Cabrera-Gomez, hereby certify that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

                                                    By: */s/ Iris J. Cabrera-Gómez*