**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| COLLAZO MORINGLANE, MYRNA G. | 130429 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| COLLAZO MORINGLANE, MYRNA G. | 130429 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Hearing Date: March 4, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: February 18, 2020 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
> TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

**ONE HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).



**ADSEF**
ADMINISTRACION DE DESAROLLO
SOCIOECONOMICO DE LA FAMILIA

4 de diciembre de 2008

Sa. Myrna G. Collazo De Cabán
P O BOX 54
Arroyo, Puerto Rico 00714

Estimada señora Collazo:

Acepto su renuncia al puesto de Técnico de Asistencia Social y Familiar III, adscrito a la Administración de Desarrollo Socioeconómico de la Familia, efectiva al 31 de agosto de 2008, para que pueda acogerse a los beneficios de Jubilación que ofrece la Administración de los Sistemas de Retiro.

Le agradezco, en nombre del pueblo de Puerto Rico, su dedicación al servicio público y le deseo que esta nueva etapa de su vida sea fructífera y llena de satisfacciones para usted, luego de los esfuerzos rendidos en beneficio de nuestra clientela.

Cordialmente,

Idalia Colón Rondón, M.T.S.
Administradora

CMT/AL/JG/agt

PO Box 8000, San Juan, PR 00910-0800 • Tel. (787) 289-7600 • Fax (787) 289-1199



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
SECRETARIADO
ADFAN • ADSEF • ASUME • ACUDEN

ado Libre Asociado de Puerto Rico
- Retiro Central Pensionados

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/01/2008 |
| Hasta: | 09/15/2008 |
| # Cheque: | 02874848 |
| Fecha: | 09/15/2008 |

RNA COLLAZO DE CABAN
OX 54
OYO PR 00714

| | |
|---|---|
| # Empleado: | |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Oficina: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,494.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| ripcion | Sueldo (Corriente) | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| de Salarios Regulares | | | 747.00 | 82.50 | 747.00 |
| | | | 747.00 | 82.50 | 747.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 34.79 | 34.79 |
| Total: | 34.79 | 34.79 |

**DEDUCCIONES**

| ripcion | Corriente | Acumulado |
|---|---|---|
| : | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| iente: | 747.00 | 34.79 | 0.00 | 712.21 |
| nulado: | 747.00 | 34.79 | 0.00 | 712.21 |

| HORAS | ACUM |
|---|---|
| nce Inicial: | 0.0 |
| cumulado: | |
| ilizado: | |
| nada: | |
| ustes: | |
| nce Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Cheque #02874848 | 712.21 |
| Total: | 712.21 |

ISAJE:

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

lelo SC 784.2
0/24/05

**DEPARTAMENTO DE HACIENDA**
Edificio Intendente Ramirez
San Juan PR 00902-4140

**Estado Libre Asociado de Puerto Rico**
530 - Retiro Central Pensionados

**Cheque No.**
**02874848**

**Fecha: 09/15/2008** **Importe:** **$712.21 *********

uese
len De

**** SETECIENTOS DOCE CON 21/100 DOLARES****

MYRNA COLLAZO DE CABAN
PO BOX 54
ARROYO PR 00714

Localizacion: Ley 447 de 15 de mayo de 1951

Secretario de Hacienda

No es valido seis meses despues de su emision

VOID