RECEIVED & FILED
2020 FEB 12 PM 5: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Wilma G. Collazo
P.O. Box 34
(Wing?) Puerto Rico 00714

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
11 FEB 2020 PM 1 L

Barn Swallow