IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283(LTS)<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Comes now, Sarah M. Gilbert, (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-l(b) of the Local Bankruptcy Rules as well as this Court's *Tenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 8027 of Case No. 17-03283 (LTS)) (the "CMP Order"),* hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of party-in-interest Santander Securities LLC.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

NYACTIVE-18557243.1

Applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Crowell & Moring LLP, with offices at:

> Address: 590 Madison Avenue, 20th Floor, New York, NY 10022
> E-mail: Sgilbert@crowell.com
> Phone: 212-895-4226
> Fax: 212-223-4134

2. Applicant will sign all pleadings with the name "Sarah M. Gilbert." Applicant has been retained as a member of the above-named firm by Santander Securities LLC to appear on its behalf in the above captioned cases now pending before the United States District Court for the District of Puerto Rico, and without waiving any of its affirmative defenses, including insufficient process, insufficient service of process or lack of jurisdiction.

3. Since 2008, applicant has been and presently is a member in good standing of the bar of New York, where applicant regularly practices law. Applicant's bar license number is 46416154.

4. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date |
| --- | --- |
| SDNY | May 9, 2017 |
| EDNY | Dec. 18, 2017 |

5. Applicant is a member in good standing of the bars of the courts listed in paragraph 5 of this Application.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

2

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

8. Applicant has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before any court or jurisdiction, while facing a disciplinary complaint.

9. During the past three (3) years, applicant has not filed for *pro hac vice* admission in the U.S. District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

>Roberto C. Quiñones-Rivera, Esq
>MCCONNELL VALDÉS LLC
>270 Muñoz Rivera Avenue, Suite 7
>San Juan, Puerto Rico 00918
>Telephone: 787-250-2631
>Facsimile: 787-759-9225
>E-mail: rcq@mcvpr.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico.

Date: February 13, 2020.

 Sarah M. Gilbert
**Name of Applicant**

*s/ Sarah M. Gilbert*
**Signature of Applicant**

NYACTIVE-18557243.1

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: February 13, 2020

<u>Roberto C Quinones-Rivera</u>
**Name of Local Counsel**

<u>s/ *Roberto C Quinones-Rivera*</u>
**Signature of Local Counsel**

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of February, 2020

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**MCCONNELL VALDÉS LLC**
Attorneys for Santander Securities LLC
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
Telephone: 787-250-5619
Facsimile: 787-759-9225

By: <u>*s/Roberto Quiñones Rivera*</u>
Roberto C. Quiñones-Rivera, Esq
USDC-PR Bar No. 211512
Email: rcq@mcvpr.com

4

NYACTIVE-18557243.1