```
Court Name: District Court
Division: 1
Receipt Number: PRX100069721
Cashier ID: vdiaz
Transaction Date: 02/13/2020
Payer Name: QUINONES-RIVERA,ROBERTO
----------------------------------
PRO HOC VICE
 For: QUINONES-RIVERA,ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: QUINONES-RIVERA,ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
----------------------------------
PAPER CHECK CONVERSION
 Remitter: CROWELL MORING
 Check/Money Order Num: 803934
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: CROWELL MORING
 Check/Money Order Num: 803935
 Amt Tendered:  $300.00
----------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-BK-3283(LTS) PHV OF SARAH M.
GILBERT AND DANIEL L. ZELENKO THRU
QUINONES-RIVERA,ROBERTO
```