# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors. [1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On February 10, 2020, at my direction and under my supervision, employees of Prime Clerk the following documents to be served via email on the Go Bond Claimants Email Service List attached hereto as **Exhibit A**:

- Motion of Official Committee of Unsecured Creditors for Order (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors (Docket No. 10638), (B) Approving Form of Notice and (C) Granting Related Relief [Docket No. 10754]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notice of Hearing on Motion of Official Committee of Unsecured Creditors for Order (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638], (B) Approving Form of Notice and (C) Granting Related Relief [Docket No. 10755]

Dated: February 13, 2020

Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 13, 2020, by Nora Hafez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 39715

**Exhibit A**

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| 1950carolallen@gmail.com |
| 1natacp@aol.com |
| 1stocks@comcast.net |
| 3blackett@cox.net |
| 414tc12fd@gmail.com |
| 48wulf@gmail.com |
| 787fishing@gmail.com |
| 787fishing@gmail.com |
| aahartbutle@aol.com |
| abelevy48@gmail.com |
| acfpinehurst@gmail.com |
| acrabiNowitz@aol.com |
| adagreen@att.net |
| adalberto@southernpathology.com |
| adalberto@southernpathology.com |
| adalberto@southernpathology.com |
| adam.p.novick@gmail.com |
| adefabbio714@yahoo.com |
| adevore@windstream.net |
| adiaz117@gmail.com |
| adipietra@gmail.com |
| adriencoblentz@yahoo.com |
| aduncaninmotion@gmail.com |
| aedavid13@outlook.com |
| aedavid13@outlook.com |
| aeszambecki@hallrich.net |
| afdollar@aol.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

## Exhibit A

### Go Bond Claimants Email Service List
### Served via email

| Email |
|---|
| afriedma8@verizon.net |
| agoodman@stoeverglass.com |
| aha@mit.edu |
| ahcallihan@comcast.net |
| Ajjacoby7@gmail.com |
| akawalsky@canyonpartners.com; corpactions@canyonpartners.com |
| akawalsky@canyonpartners.com;Corp Actionscorpactions@canyonpartners.com |
| alanaudit2@aol.com |
| alanp4507@gmail.com |
| alanrkross@gregkross.com |
| alauk@verizon.net |
| albertoaponte@yahoo.com |
| alexander.hagerty@gmail.com |
| aliciaperez15@outlook.com |
| allan.herzog@wellsfargoadvisors.com |
| allen@accordintl.com |
| altonjy_200@msn.com |
| am82799@gmail.com |
| amartin@aimino-dennen.com |
| amarxe@gmail.com |
| amezquerro41@gmail.com |
| amnattcpa@gmail.com |
| amolinaiturrondo@gmail.com |
| ampatti47@yahoo.com |
| analuzm@aol.com |
| anamdeltoro@gmail.com |

## Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| anamdeltoro@gmail.com |
| anayruperto@gmail.com |
| angelmalave@yahoo.com |
| annalan50@gmail.com |
| annettelosa@aol.com |
| anniastrom@jerizone.net |
| anntasias@gmail.com, anntasias@broker-sd.com |
| anthony.bavaro@brookfield.com |
| anymara@gmail.com |
| aortiz@credicentrocoop.com |
| ardl102@aol.com |
| ardsrinn@cox.net |
| arecibo56@yahoo.com |
| arthursail@stny.rr.com |
| arvincrawford@hotmail.com |
| asebe1@uky.edu |
| asenciovelez@aim.com |
| asticco2003@yahoo.com |
| atomaset62@gmail.com |
| atoni2001@verizon.net |
| avallepr@gmail.com |
| avno@aol.com |
| awkoksa@gmail.com |
| awood3843@gmail.com |
| b2g2island@me.com |
| bader@everestkc.net |
| baelyn@mayerbuilthomes.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| bannetts4@sbcglobal.net |
| bansam@aol.com |
| barBankruptcyayC@aol.com |
| barbara.papandrea2@gmail.com |
| barbaradaniels@netzero.net |
| barbarafields49@gmail.com |
| barbjimgraham@cox.net |
| barbtuck_apple@att.net |
| barnescon@yahoo.com |
| barnesserv@gmail.com |
| barryr0148@yahoo.com |
| batistay@ascpr.biz |
| bberkson@aol.com |
| bbr17@att.net |
| bbr17@att.net |
| bcarswe@verizon.net.com |
| bcvassey@yahoo.com |
| bdscherer@yahoo.com |
| beau@orionoutdoor.com |
| becca.j.braun@gmail.com |
| bendersons@comcast.net |
| benjopink@gmail.com |
| berngrad@msn.com |
| berniethebear@gmail.com |
| bett15@optonline.net |
| beverly.hochheimer@gmail.com |
| bevfinley@mindspring.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| bevfinley@mindspring.com |
| bevfinley@mindspring.com |
| bfkdlk@aol.com |
| bhgreiner@gmail.com |
| bhyomy@gmail.com |
| billjneteric@tds.net |
| billpupcheryl@gmail.com |
| billyfeet@gmail.com |
| Biminifish@yahoo.com |
| biomed@optonline.net |
| bjloss@sbcglobal.net |
| blace2@verizon.net |
| blace2@verizon.net |
| blace2@verizon.net |
| blace2@verizon.net |
| blevins000@gmail.com |
| blevins000@gmail.com |
| blira@americanportfolios.com |
| bluffspop@aol.com |
| BMJRCohen@aol.com |
| BMJRCohen@aol.com |
| bmtalley22@frontier.com |
| bnc3776733@msn.com |
| bobbieherman50@hotmail.com |
| bobby@landmarkco.net |
| bobsann@aol.com |
| bobwelsch@yahoo.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| boots42135@aol.com |
| bpedretti@securevest.com |
| bpinkpig@gmail.com |
| bpm1@me.com |
| bradelman@netzero.com |
| brianrwright@yahoo.com |
| bristolpottery@aol.com |
| bruce.bitler@gmail.com |
| bruce.edger@gmail.com |
| bruce.james@att.net |
| bryangt@auburn.edu |
| brynaringle@gmail.com |
| brysonw@cafc.uscourts.gov |
| bsofree13@gmail.com |
| btb.Rogers@gmail.com |
| buddyc1998@gmail.com |
| bulette@juNo.com |
| burnj634@aol.com |
| butternut@hotmail.com |
| cabak@ucolick.org |
| cabarcelo@aol.com |
| cabearison@comcast.net |
| cabledental@yahoo.com |
| carcoop59@yahoo.com |
| cardaci123@comcast.net |
| cardan94@live.com |
| carlakauffman@verizon.net |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|---|
| carlirma@verizon.net |
| Carlos.suarez@gmail.com |
| carlosflores385@hotmail.com |
| carlossolaaponte@gmail.com |
| carmena@hotmail.com |
| carol.matula29@gmail.com |
| carol.matula29@gmail.com |
| caroldreichel@gmail.com |
| carolkline1948@gmail.com |
| carylhk@yahoo.com |
| casaesther@yahoo.com |
| casaesther@yahoo.com |
| casaesther@yahoo.com |
| cashiNoff@gmail.com |
| cassa303@aol.com |
| catsmlm@gmail.com |
| cbett7533@sbcglobal.net |
| cbmedina1@hotmail.com |
| cceelag@yahoo.com |
| ccoda_Rissick@sbcglobal.net |
| CD80601@hotmail.com |
| cdesplanches@dyrealty.com |
| cdplindsey@aol.com |
| celicangas@hotmail.com |
| chacha56@comcast.net |
| charles@nusbaumcpa.com |
| charlesmanske@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| charlesmuhando@yahoo.com |
| charlie@attorneyrutherford.com |
| charlie281838@aol.com |
| chas2reg@gmail.com |
| chasdale1@gmail.com |
| chasgems@isroff.com |
| chevalierlinda@att.net |
| chevalierlinda@att.net |
| chewf@aol.com |
| chintashah523@yahoo.com |
| chinwala@optonline.net |
| chinwala@optonline.net |
| chrucf2@gmail.com |
| chunshahab@yahoo.com |
| ciciliad@yahoo.com |
| cindyconklin2017@gmail.com |
| cjh118@msn.coh |
| cklenfner@gmail.com |
| ckurt27@comcast.net |
| clarivettsanchez@hotmail.com |
| claudioaliff@hotmail.com |
| cmdistrib@earthlink.net |
| cmm7777@yahoo.com |
| cmreyes1712@yahoo.com |
| cncohen37@gmail.com |
| cnunberg@gmail.com |
| codbrand@aol.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| coffeedroid@outlook.com |
| cohen.bern@gmail.com |
| collinsp@twcny.rr.com |
| connieleedesigns@gmail.com |
| corporateactions@icBankruptcyfs.com |
| corporateactions@icBankruptcyfs.com |
| correacosta@yahoo.com |
| cpshaman@cox.net |
| craftyshsparks@charter.net |
| cressajkr@gmail.com |
| crohan1@optonline.net |
| crosario@cooprincon.com |
| cschecker@cox.net |
| ctesteves18@gmail.com |
| currunchumphrey@aol.com |
| cushmankk@gmail.com |
| cwadew@gmail.com |
| cwf1955@verizon.net |
| cwohltman@comcast.net |
| dalsml@yahoo.com |
| dan.prazil@gmail.com |
| dangerous1938@aol.com |
| daniel.reinhardt@troutman.com |
| dannycpalaw@bellsouth.net |
| david.shaw@secondbridgecapital.com |
| davidbackens@hotmail.com |
| david-hildes@yahoo.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| davilawaldemaa@yahoo.com |
| dbarranco@ambac.com |
| dberrong@cfl.rr.com |
| dbhgordon198@gmail.com |
| dbird70152@aol.com |
| dbrown@whittet-higgins.com |
| dbshimk@gmail.com |
| dcflamme@comcast.net |
| dcmedin1@hotmail.com |
| dcmedin1@hotmail.com |
| dcomroe@comcast.net |
| dcomroe@comcast.net |
| dean28@comcast.net |
| deb299@bellsouth.net |
| deendeb@yahoo.com |
| deeochito@gmail.com |
| dellasalla@bizzipartners.com |
| den4cis@gmail.com |
| denicola@msn.com |
| denise.taraboletti@yahoo.com |
| dennyia70@gmail.com |
| dennyorsu@a0l.com |
| depgalv@aol.com |
| Derek.Donnelly@fgic.com |
| desireerr@yahoo.com |
| desutter@stevensequip.com |
| dglin803@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| dgoodman@autonomycapital.com |
| dgoodman@autonomycapital.com |
| dgoodman@autonomycapital.com |
| dgoodman@autonomycapital.com |
| dgraham217@aol.com |
| dhaase7439@aol.com |
| dhaase7439@aol.com |
| dianajirau@gmail.com |
| dianesipies@gmail.com |
| diazmartiri@gmail.com |
| djcoil@verizon.net |
| djslabs@delhi.net |
| dkes65@aol.com |
| dkholm@comcast.net |
| dkurre@verizon.net |
| dmartin@abogar.com |
| dmartinitz1@cox.net |
| dmchristensen@sbcglobal.net |
| dmill0958@aol.com |
| dmoskind@aol.com |
| dmurray@gmail.com |
| dnnwalzer@embarqmail.com |
| dnsny175@aol.com |
| dnv77@yahoo.com |
| docbell13@gmail.com |
| dogcatdoc609@aol.com |
| don@drane-cpas.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|---|
| donaldd@commbell.com |
| donaldd@commbell.com |
| donmcd6@outlook.com |
| donnacinelli@gmail.com |
| donnaseveridt@cox.net |
| donviering@aol.com |
| dorabarkley1@comcast.net |
| doug_malin@hotmail.com |
| douglas.sayer@colliers.com |
| dowens62@comcast.net |
| dpace7277@gmail.com |
| dpced@yaho.com |
| dpickarts@mac.com |
| dpktt@njetscapr.net |
| dplmm723@aol.com |
| dprblanchard@hotmail.com |
| drchan45@gmail.com |
| drchittemma@hotmail.com |
| drdanschwartz@bellsouth.net |
| drfredjwinter5@gmail.com |
| drichards111@gmail.com |
| drillsgt78@aol.com |
| drjapp@abbnebraska.com |
| drmigueldejesus@gmail.com |
| drmwr@mac.com |
| drmyronfinkel@gmail.com |
| Drogato@hotmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| drprlit3283@gmail.com |
| dsmithkc5@aol.com |
| dtalley79@frontier.com |
| dwasyl732@gmail.com |
| dwsbonds@gmail.com |
| dziakde@yahoo.com |
| eadams@rpa.net |
| eadams@rpa.net |
| ealexand@bu.edu |
| earl@eselaw.com |
| earlbiggs@gmail.com |
| earlm@elmhurst.edu |
| earltricel@gmail.com |
| ebryer@hotmail.com |
| ecaron@jhancock.com |
| ecFOXY@aol.com |
| ecmiller39@yahoo.com |
| ecweber@rwlink.com |
| edbarbour@gmail.com |
| edfschultzjr@gmail.com |
| edmls@comcast.net |
| edmundoharding@aol.com |
| edrand3@gmail.com |
| edsizxelk@yahoo.com |
| edward_nolan@ML.com |
| efarah@cmfs.us |
| efaul9@gmail.com |

## Exhibit A

### Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| efdaylily@comcast.net |
| efengya@hvc.rr.com |
| efengya@hvc.rr.com |
| efmamnap@optimum.net |
| eg@gmholdings.com |
| eg@gmholdings.com |
| eg@gmholdings.com |
| egraff0424@aol.com |
| ehymowitz@queenscp.org |
| eiipr@yahoo.com |
| eileenmariestrong@gmail.com |
| ejackpatt@yahoo.com |
| ekberel@twc.com |
| eklitnick@msn.com |
| ekuko@carebe.net |
| elaine3916@hotmail.com |
| elbateresa1@gmail.com |
| eleanorperlmanlcsw@gmail.com |
| elenatappitemas@gmail.com |
| elizabetrogers23@comcast.net |
| elliecag@verizon.net |
| elrtorres@hotmail.com |
| elrtorres@hotmail.com |
| emaclenn@comcast.net |
| emaclenn@comcast.net |
| emclaman@verizon.net |
| emcoffey@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| emel1ne@netzero.net |
| emel1ne@netzero.net |
| emeraldjohn@att.net |
| emone@Constellationcapital.com |
| enbaris@yahoo.com |
| encodypr@gmail.com |
| eolivari@comcast.net |
| eph28@cox.net |
| epifaniovidalcruz@yahoo.com |
| eplaza@pharmabioserv.com |
| erixson.gomez@zenogandia.coop |
| ernesttornincasa@yahoo.com |
| esyeary80@gmail.com |
| etarmin@aol.com |
| ethelpujo1537@hotmail.com |
| etj3@verizon.com |
| etudesmusic@gmail.com |
| ev119atpdx@gmail.com |
| eva@curviNo.com |
| evargas@newenergypr.com; evargasvelasquez55@gmail.com |
| everett005@centrytel.net |
| evieva1@gmail.com |
| fairwarrior@cox.net |
| FALEsq@icloud.com |
| fall.creek@earthlink.net |
| farbmans@yahoo.com |
| fatbast235@hotmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| faynake@verizon.net |
| faynate@verizon.net |
| fdearmas@ciacpr.com |
| feldman_lois@bellsouth.net |
| fermanjohn@gmail.com |
| ffigueroa@coopsanjose.com |
| ffrf@pachell.net |
| finleyg@gmail.com |
| fkmoss@gmail.com |
| FloydTanzer@gmail.com |
| FloydTanzer@gmail.com |
| FloydTanzer@gmail.com |
| FloydTanzer@gmail.com |
| FloydTanzer@gmail.com |
| FloydTanzer@gmail.com |
| fmdusza@comcast.net |
| fondalk@hotmail.com |
| fondalk@hotmail.com |
| footeNoter@aol.com |
| fpagano934@yahoo.com |
| fppaterno@aol.com |
| frank.hochheimer@juNo.com |
| Frank.Neal.pr@gmail.com |
| frank_westfall@hotmail.com |
| frankjgrady@gmail.com |
| fred@sfpadvisors.com |
| freddie.hernandez55@yahoo.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| freddym1950@yahoo.com |
| friedaorenstein@gmail.com |
| frnbsdn@gmail.com |
| froehlra@hotmail.com |
| froehlra@hotmail.com |
| frombarbarapoole@yahoo.com |
| ftriguero@refricentro.com |
| g.yuff@vuff-associates.com |
| g0nefish1ng@outlook.com |
| g0nefishing@outlook.com |
| gacman1@verizon.net |
| gadient5@msn.com |
| galaxylopez9999@gmail.com |
| galbraithjason@yahoo.com |
| gandmdowns@gmail.com |
| Gary.Saunders@mbia.com |
| garykoocher@hotmail.com |
| GayNor701@aol.com |
| gbartfeld01@gmail.com |
| Gbmirandar@gmail.com |
| general@saperston.com |
| geozy331@yahoo.com |
| geraldhorowitz1346@gmail.com |
| geridimasi@gmail.com |
| ggarabian@aol.com |
| gisbertmanskopf@yahoo.com |
| gjmirandar@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|-------|
| gjmirandar@gmail.com |
| gkirhoffer@gmail.com |
| gknachtigal@yahoo.com |
| gladlarose@hotmail.com |
| glassmander@aol.com |
| glassmander@aol.com |
| glick50@cableone.net |
| globe.properties@att.net |
| globe.properties@att.net |
| globe.properties@att.net |
| globe-properties@att.net |
| gloev@optonline.net |
| gloryglory363@hotmail.com |
| gmciplaw@aol.com |
| gmciplaw@aol.com |
| godlovesronald@yahoo.com |
| goldkest@gmail.com |
| goldyab@aol.com |
| gonzalezrosariorufo@gmail.com |
| gonzalezrosariorufo@gmail.com |
| gooch8@comcast.net |
| grandpa-jer@yahoo.com |
| grannybird2628@att.net |
| grbmrb@bellsouth.net |
| greghanley@aol.com |
| gregni2@gmail.com |
| grekory@grekory.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| guiltry@ca.rr.com |
| gus9800@aol.com |
| guypetrillo@optonline.net |
| habodallahvazquez@gmail.com |
| haiia@cox.net |
| hallthompson@msn.com |
| hberkson1@aol.com |
| hcclopper@comcast.net |
| hdraughn44ptri@rr.com |
| hdsesqz@aol.com |
| heavenshillfarm@yahoo.com |
| heavenshillfarm@yahoo.com |
| hecbarr@suddenlink.net |
| hecbarr@suddenlink.net |
| helconin2@gmail.com |
| hellenzweig@yahoo.com |
| Heritage52@msn.com |
| higunther13@yahoo.com |
| higunther13@yahoo.com |
| hipcs@galiardi.com |
| hjesse01@yahoo.com |
| HMG115@gmail.com |
| hmrochlin@gmail.com |
| homedical4715@yahoo.com |
| homedical4715@yahoo.com |
| Howard.haft@gmail.com |
| howardseh@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| hperler@verizon.net |
| hugo-again@msn.com |
| humberto7aleman@gmail.com |
| hwestabrook@yahoo.com |
| hybidz@yahoo.com |
| ialto@earthlink.net |
| ibishepa@att.net |
| I-dhein@sbcglobal.net |
| idlewood@centurytel.net |
| idlewood@centurytel.net |
| iec54@aol.com |
| ihurvitz@yahoo.com |
| ijmo1220@niu.edu |
| imarwall@comcast.net |
| info@elliottam.com |
| info@lapuertorriguena.com |
| ipblatt@yahoo.com |
| iralevy@fast-email.com |
| irk46@yahoo.com |
| isabelllonmpartzano@gmail.com |
| isabelllonmpartzano@gmail.com |
| israelrind@gmail.com |
| itenberg@atlanticbb.net |
| ivan.adorNo58@yahoo.com |
| ivebuoNo@yahoo.com |
| ivonnelaborde@hotmail.com |
| izzy406@aol.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| J.Borg12321@aol.com |
| j.coleman@westernimplemont.com |
| J.winslow@cableone.net |
| J_Jerrard@yahoo.com |
| jackdelong1933@gmail.com |
| jackik82@atmc.net |
| jacquescisco@aol.com |
| jahawi73@gmail.com |
| james.defrancojr@yahoo.com |
| jamescannilla1@gmail.com |
| jamescolgate@aol.com |
| Jameslyons027@gmail.com |
| jamesoncole@gmail.com |
| jamessellsbonds@gmail.com |
| jande2577@verizon.net |
| jandgwp@gmail.com |
| janlamb19@live.com |
| janvalentine@aol.com |
| Jaslegal@hotmail.com |
| Jason.Abbruzzese@ozm.com |
| Jason.Abbruzzese@ozm.com |
| javier.gonzalez@ubs.com |
| javier.gonzalez@ubs.com |
| javier.gonzalez@ubs.com |
| javier.gonzalez@ubs.com |
| javier.gonzalez@ubs.com |
| javier.gonzalez@ubs.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| jayjustin54@yahoo.com |
| jbake@pobox.com |
| jbbib@verizon.net |
| jbbib@verizon.net |
| jblloyd@verizon.net |
| jboatscaribbean@yahoo.com |
| jcajensen@hotmail.com |
| jclisicich@ameritach.net |
| jdc730@aol.com |
| jdholt77@yahoo.com |
| jdye@itwebs.com |
| jean.foschetti@gmail.com |
| jeanann.pepin@gmail.com |
| jeanatteberry@ms.com |
| jeannemunro5@gmail.com |
| jeantikieat@yahoo.com |
| jeastham10@yahoo.com |
| jeberly@searleco.com |
| jedwong@yahoo.com |
| jeelke@yahoo.com |
| jefco@jecohen.Biz |
| jeff.eppinger@gmail.com |
| jeff.g.nicholson@gmail.com |
| Jeff.Lerner@ustechinc.com |
| jeff004@comcast.net |
| jeff004@comcast.net |
| jeff004@comcast.net |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| jeffmayper@gmail.com |
| jeffostroff@comast.net |
| jefmoores@gmail.com |
| jehauptman@yahoo.com |
| jeroldow@sbcglobal.net |
| jeroldow@sbcglobal.net |
| jerpat@gmail.com |
| jerry.pisecki@gmail.com |
| jerrydzx@hotmail.com |
| jfemenias@grekory.com |
| jfgordo@comcast.net |
| jfmonk@juno.com |
| jforeman3@verizon.net |
| Jfornari@TRANSACTIS.COM |
| jfrancoll67@gmail.com |
| jhenseler@new.rr.com |
| jhjprk@usa.com |
| jhorne@ibscapital.com |
| jhorne@ibscapital.com |
| jhorne@ibscapital.com |
| jhspr51@hotmail.com |
| jhussian@concast.net |
| jhydock1941@yahoo.com |
| Jim@jfleggett.com |
| jim@jjlindsey.com |
| jimanne1935@att.net |
| jimanne1935@att.net |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| jimfriarz@aol.com |
| jimtanghe@comcast.net |
| jjalloca2@hotmail.com |
| jjamestrong1@bellsouth.net |
| jjblipow1@gmail.com |
| jjbroussard@comcast.net |
| jjdfeliciaNo53@hotmail.com |
| jjkhhi@gmail.com |
| jjluicci@hotmail.com |
| jklasky@gmail.com |
| jknies1@frontier.com |
| jknop6870@aol.com |
| jlmanwill@gmail.com |
| jlpeters@gmail.com |
| JLR3248@gmail.com |
| jmarrero@larcoop.com |
| jmason1@stny.rr.com |
| jnlipsig@gmail.com |
| jnvent@aol.com |
| joecopake@gmail.com |
| joegabai1@gmail.com |
| joekaufman6@sbcglobal.net |
| joeoz3751@yahoo.com |
| john.bergman999@gmail.com |
| john.cole@prodigy.net |
| john.hover@gmail.com |
| John.wotring83@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| john@exchangeplaceadvisors.com |
| johnandchick@yahoo.com |
| johnbatemaNo2016@yahoo.com |
| johncjackson10@gmail.com |
| johneblanco@gmail.com |
| johnkatz27@gmail.com |
| johnsonandpam@gmail.com |
| johnt@sio.midco.net |
| johntrainmd@gmail.com |
| Jonathan.st.marytnl@gmail.com |
| jonathanfish22@hotmail.com |
| jose.lluch@gmail.com |
| josebonnin@icloud.com |
| josemocasio@hotmail.commelendezgladys9@gmail.com |
| josephbotticello@comast.net |
| josephwemshaman@aol.com |
| joshnovick@gmail.com |
| joycebrown413@gmail.com |
| joymck@cox.com |
| jp.pluntz@yahoo.com |
| jpbundy81@yahoo.com |
| jpeiescojop@aol.com |
| jperry12nyc@me.com |
| jpgunner71@hotmail.com |
| jpsala_pr@yahoo.com |
| jrdoots71@yahoo.com |
| jrwoodruff@lanset.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|---|
| jsgod@comcast.net |
| jshakin@retina7.com |
| jshakin@retina7.com |
| jsibenac@tampabay.rr.com |
| jsiegelmd@aol.com |
| jsjg823@aol.com |
| jtattrombadore@diverep.com |
| jthever@aol.com |
| juanohisola15@gmail.com |
| judgeirv@aol.com |
| judimross25@hotmail.com |
| judy@harrigan-bodick.com |
| judyba80@gmail.com |
| juniorrmorales@gmail.com |
| jup69@aol.com |
| jus_rain68@yahoo.com |
| justjan201@gmail.com |
| jwtrowski@att.net |
| k.a.ralph@gmail.com |
| k.dunks@yahoo.com |
| k123@gmail.com |
| kadiaz21@yahoo.com |
| kanapac84@yahoo.com |
| karen.m.braun@gmail.com |
| kargarlaw@cox.net |
| kargarlaw@coxnet |
| karl145@aol.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| katherinestockton@sbcglobal.net |
| kathyhday@gmail.com |
| kathyO4563@aol.com |
| kdiis56@aol.com |
| kdlapolt@gmail.com |
| kdpanke@bellsouth.net |
| keanelll53@gmail.com |
| kenboydia@aol.com |
| kencogliaNo@yahoo.com |
| kendick61@hotmail.com |
| kenmcginty@hotmail.com |
| kenygreen1955@gmail.com |
| Kermit_Perez@yahoo.com |
| kevin29white@gmail.com |
| kewstan@aol.com |
| kmaxwell@aol.com |
| kmeshbesh@aol.com |
| kmwight@yahoo.com |
| knightofselene160@gmail.com |
| kNotquite2A@verizon.net |
| Kockangel1331@gmail.com |
| kpro35.kp@gmail.com |
| ksandbox@aol.com |
| KSRINGMD@aol.com |
| Kullas@sbcglobal.net |
| kurt.mayr@morganlewis.com |
| kurt@gebauer.net |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| kushner1949@gmail.com |
| kvurbanski@gmail.com |
| lab@labramirez.com |
| lalawrence@mac.com |
| lamac818@gmail.com |
| Lantico_nyo@hotmail.com |
| larrylemon73@gmail.com |
| larrysolomon34@sbcglobal.net |
| larryszostak@gmail.com |
| larryszostak@gmail.com |
| laubco@cof.net |
| laurencemarkham@verizon.net |
| lawtonw@oclinc.org |
| lazarusb@roadrunner.com |
| lbaergaduprey@yahoo.com |
| lbeilby@gmail.com |
| lbelcher1@gmail.com |
| lbsq70@gmail.com |
| ldowling@aurelius-capital.com; ops@aurelius-capital.com. |
| ldowling@aurelius-capital.com; ops@aurelius-capital.com. |
| leehandley3277@aol.com |
| leewinthrop@ymail.com |
| leggg1712@hotmail.com |
| leggg1712@hotmail.com |
| leinbinder@charter.net |
| leisureworldjack@gmail.com |
| leisureworldjack@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| lennesus@gmail.com |
| leoteel@optonline.net |
| lespedell@gmail.com |
| lewsue914@gmail.com |
| lgjordan25@gmail.com |
| lgjordan25@gmail.com |
| lhanna1@gmail.com |
| liamobarrett@gmail.com |
| lightingrbello@gmail.com |
| lindanowacek@hotmail.com |
| lindapilln.j.@yahoo.com |
| lindeNo552@yahoo.com |
| linrosin48@gmail.com |
| liones@wisdirect.com |
| liuxt8@gmail.com |
| liuxt8@gmail.com |
| liza@castleslaw.com |
| liza@castleslaw.com |
| lizettesola@gmail.com |
| ljdoan@yahoo.com |
| ljez@comcast.net |
| ljnancy@dwx.com |
| ljones@wisdirect.com |
| ljones@wisdirect.com |
| ljones@wisdirect.com |
| lmeadva@yahoo.com |
| lmeadva@yahoo.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| lmonta8851@aol.com |
| lmt38@columbia.edu |
| ln2143@aol.com |
| lnjbatt8@att.net |
| logan7darrell@charter.net |
| loisandcharlie@yahoo.com |
| loisg99@gmail.com |
| loishecklin@yahoo.com |
| loisross40@gmail.com |
| lolalove9@aol.com |
| lopezsullivan@hotmail.com |
| lorarosner3@hotmail.com |
| loubent@aol.com |
| louisa2120@yahoo.com |
| loxley3@gmail.com |
| LSBEHLER@gmail.com |
| lsg1@brighthouse.com |
| lsmarden@cox.net |
| lsticco60@gmail.com |
| lucilariverabaez@gmail.com |
| luckyme4@optonline.net |
| lucy@zianet.com |
| lugocarlos88@yahoo.com |
| lugocarmennu1947@gmail.com |
| lukinphysics@yahoo.com |
| lumak90@aol.com |
| lweiner@weinerllc.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| m_jsos@verizon.net |
| maba1510@aol.com |
| mabelbrown12@gmail.com |
| mabelbrown12@gmail.com |
| mabludni@westnet.com |
| mabludni@westnet.com |
| machelle.rae@gmail.com |
| machines10576@gmail.com |
| madeleinecarrero@gmail.com |
| mamojj@msn.com |
| mannystern3@gmail.com |
| mannysteth3@gmail.com |
| manueldy@att.net |
| maqaly.acosto.nazario@gmail.com |
| marcaport@aol.com |
| marchbanks.linda@gmail.com |
| marclsiditsky@gmail.com |
| margie.marmorato@gmail.com |
| maribel.hernandezgarcia@gmail.com |
| marinjoluis@yahoo.com |
| mariteragonza@gmail.com |
| maritzamaldonado96@yahoo.com |
| mark@interplanpr.com |
| mark_eidlin@ml.com |
| markhull@cox.net |
| markjmohr@icloud.com |
| marksc141@aol.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| MarkSullivan@RCN.com |
| marleneggregory@gmail.com |
| marshallequip@aol.com |
| martapujals@yahoo.com |
| marthadebaja@hotmail.com |
| martin.wissing@lpl.com |
| martinadler217@gmail.com |
| martino_e@att.net |
| mary.j.frank.civemail.mi |
| marylintx@gmail.com |
| marynell@cp-tel.net |
| massryfinancial@gmail.com |
| matt.olian@gmail.com |
| matt_bakale@yahoo.com |
| mauricemandal@yahoo.com |
| maw120@aol.com |
| maw120@aol.com |
| mayyar29@gmail.com |
| mbatten2@gmail.comjbatten2@gmail.com |
| mbolick57@gmail.com |
| mbowhay@jorneyconsulting.net |
| mbrook6@gmail.com |
| mcc_hjk@hotmail.com |
| mclong64@hotmail.com |
| mcroft@hargray.com |
| mcturka@hargray.com |
| mdasilva0412@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| mdeangelus@gmail.com |
| mejudy50@yahoo.com |
| meleisenb@gmail.com |
| melfeder@aol.com |
| melissa@candsmanagement.com |
| melur100@yahoo.com |
| mendelsonsherry@gmail.com |
| mendelsonsherry@gmail.com |
| mendelsonsherry@gmail.com |
| menema51@gmail.com |
| menema51@gmail.com |
| merrygvt@gmail.com |
| mess1964@yahoo.com |
| mevicens@yahoo.com |
| mfgeo@hotmail.com |
| mfieldsdds@aol.com |
| mfieldsdds@aol.com |
| mfreed1956@aol.com |
| mfrizzo46@gmail.com |
| mhfarms9@yahoo.com |
| mhimmel766@gmail.com |
| mhjjr@att.net |
| mhoey@sonic.net |
| mhummel766@gmail.com |
| micah@adkcapital.comnat@adkcapital.com |
| michael.zaretsky.47@gmai.com |
| michael@simonholdingsinc.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| michaelsb60@yahoo.com |
| miguelfabre@gmail.com |
| miles113@aol.com |
| miller.rj.1@gmail.com |
| mint410@verizon.net |
| miriamgillies@aol.com |
| miriamoflh@aol.com |
| mizchirp@gmail.com |
| mjcharmoy@gmail.com |
| mkidd61085@aol.com |
| mktwiz13@optonline.net |
| mktwiz13@optonline.net |
| mlapayover@gmail.com |
| mlewek8@aol.com |
| mloubriel@hotmail.com |
| mmasters@masterscapital.com |
| mmeath44@hotmail.com |
| mmmsec2@aol.com |
| mmpacini@comcast.net |
| mmuscolino@tpg.com |
| moisessuarez30@hotmail.com |
| moisessuarez30@hotmail.com |
| mojicagenaro26@gmail.com |
| moneerhindi@msn.com |
| monikafrench2015@gmail.com |
| montes_30@hotmail.com |
| moolm046@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| morace.john@gmail.com |
| moralesr@vegacoop.com |
| movie257@gmail.com |
| mramos@bufetemrsz.com |
| mrdusky@dusky.com |
| mreisman1505@gmail.com |
| mrfa47@aol.com |
| mrfnuwave@aol.com |
| mrivera9511@gmail.com |
| mrjk20005@yahoo.com |
| mrjk20005@yahoo.com |
| mschachne@earthlink.net |
| mscham@verizon.net |
| mscham@verizon.net |
| mslotn6481@aol.com |
| mslotn6481@aol.com |
| msmock@centurylink.net |
| msrm7337@yahoo.com |
| mulero_e@yahoo.com |
| murphybrosauto@gmail.com |
| murraysonia407@gmail.com |
| mwinningham@suddenlink.net |
| mycharwink@gmail.com |
| mymorrie@twc.com |
| myobob@gmail.com |
| myra@commdist.com |
| nadan14@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| nancibeil21@icloud.com |
| nbenyo@comcast.net |
| Nealyx2@cox.net |
| neetanshah@att.net |
| Neggie_30@yahoo.com |
| nelinrusse@gmail.com |
| nelinrusse@gmail.com |
| nevin.olson@mail.com |
| ninaotr2@aol.com |
| njacklin11@verizon.net |
| njacobs@fergusonshamamian.com |
| No1dds@aol.com |
| noelwise@noelwise.com |
| nonnijoy1@aol.com |
| noreen@nwr-law.com |
| noreen@nwr-law.com |
| noreen@nwr-law.com |
| noreen@nwr-law.com |
| noreen@nwr-law.com |
| noreen@nwr-law.com |
| norma21225@mail.com |
| Normandyz19@gmail.com |
| norris.sd@gmail.com |
| northst408@optonline.net |
| novicksl@hotmail.com |
| nprosen@optonline.net |
| nscholnick@rentfurniture.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| nsepr@yahoo.com |
| nsmarrow@optonline.net |
| ntemplet@gmail.com |
| nunez@valencoop.com dirfinanzas@valencoop.com |
| odieoil21@gmail.com |
| odoan@harlaNonline.net |
| onnecjs@optonline.net |
| operations@bridgecapital.com |
| operations@brigadecapital.com |
| operations@brigadecapital.com          anthony.bavaro@brookfield.com corpactions@canyonpartners.com akawalsky@canyonpartners.com sgibbons@dkpartners.com          Jason.Abbruzzese@ozm.com rposner@warlander.com |
| operations@metacapital.com |
| operations@metacapital.com |
| operations@metacapital.com |
| operations@stonelionlp.com |
| orlandomarini@gmail.com |
| pamelamatsil@gmail.com |
| parl51@comcast.net |
| PARoeming@gmail.com |
| participantion3283@gmail.com |
| patamaria54@gmail.com |
| patc135@yahoo.com |
| pathctr@maryrutan.org |
| pathctr@maryrutan.org |

## Exhibit A

### Go Bond Claimants Email Service List
#### Served via email

| Email |
| --- |
| patrick.gallagher@kirkland.com |
| pattyyoung@comcast.net |
| paul.viditch@magna.com |
| paul_labo@hotmail.com |
| paularr@preferwest.com |
| paulcecere@gmail.com |
| pauldeglerd@aol.com |
| paulherbert204@gmail.com |
| paulpuschak@gmail.com |
| pbmarrow@optonline.net |
| pbradydan@rcn.com |
| PCOLLOTTA@hotmail.com |
| pcrespo@aeela.com |
| pdsheeler@gmail.com |
| peedee@hughes.net |
| pegorschd@gmail.com |
| peter38brown@gmail.com |
| peterandlilly@yahoo.com |
| peterbon12@gmail.com |
| peterchein@gmail.com |
| peterchein@gmail.com , Anne.Farley@gmail.com |
| pfine@cwi.rr.com |
| pfohl1234@optmline.net |
| pgi855@bellsouth.net |
| pgutfleish88@gmail.com |
| photoartist.now@gmail.com |
| phyikra39@yahoo.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| pinchotere@gmail.com |
| pinchotere@gmail.com |
| pjdevo@icloud.com |
| pjdevo@icloud.com |
| pjmarco@aol.com |
| Pkhcommander@sbcglobal.net |
| plarsson2@mac.com |
| plcb@coqui.net |
| pmfantle@gmail.com |
| pmil60@live.com |
| pointharbor@aol.com |
| potluri@reed.com |
| powersdj1019@gmail.com |
| pprerickson@comcast.net |
| prathermother@yahoo.com |
| principle1@aol.com |
| profhoch@aol.com |
| psss10@aol.com |
| psss10@aol.com |
| pxshanbvich@gmail.com |
| qlohhh@gmail.com |
| qpservice@aol.com |
| quiNonesjosef@yahoo.com |
| qyan@yahoo.com |
| r.galofaro@musickpeeler.com |
| r.galofaro@musickpeeler.com |
| r_calcaterra@yahoo.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| r3k4@att.net |
| raa@abcmcorp.com |
| raamlo@frontier.net |
| raamlo@frontiernet.net |
| rabbik1@yahoo.com |
| radamesruiz241@gmail.com |
| raedougan@gmail.com |
| rafaelq5048@hotmail.com |
| rafaocasio@me.com |
| raisine@comcast.net |
| ramatula0112@gmail.com |
| ramosrobbie@yahoo.com |
| ramrd123@aol.com |
| rand95@msn.com |
| rarenaer@verizon.net |
| raul.bonnin@yahoo.com |
| ray.vigano@verizon.net |
| rbelcher666@gmail.com |
| rberke44@gmail.com |
| rcafaro53@gmail.com |
| rcarerasmd211@gmail.com |
| rcarrosan@yahoo.com |
| rclink53@gmail.com |
| rcolon@medias11-11.com |
| rcolon@medias11-11.com |
| rcpocoNo1@aol.com |
| rcuculich@pinnacle-llc.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|-------|
| rdarula@wi.rr.com |
| rdegaeto@yahoo.com |
| re.mantell@verizon.net |
| realbetsy@comcast.net |
| rebel41@optonline.net |
| rebruem@gmail.com,  marybruemmer@gmail.com |
| red309dog@gmail.com |
| red309dog@gmail.com |
| redrider@comporium.net |
| reedrp@q.com |
| referidos@crescacorporation.com |
| rened@peakin.com |
| renitaditomas@hotmail.com |
| rere1013@aol.com |
| resolis@sbcglobal.net |
| rfaberbondlit@gmail.com |
| rfeit@nyc.rr.com |
| rfeit@nyc.rr.com |
| rfsignals@aol.com |
| RG1QNY@optonline.net |
| RG1QNY@optonline.net |
| rgaliardo37@yahoo.com |
| rgarcia@caporra.coop |
| rgentle2@verizon.net |
| rgi2nnoni49@gmail.com |
| rhbmd@aol.com |
| rheiser868@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| rhod.harrison@outlook.com |
| rhuffman@fundamental.com |
| rhuffman@fundamental.com |
| rhuffman@fundamental.com |
| rich.katz@torquepointllc.comMcantor4@mac.com |
| richardcandella@yahoo.com |
| richardhisey@aol.com |
| richie41551@aol.com |
| richmancentral@aol.com |
| Rickaevans005@gmail.com |
| rickaevansdds@aol.com |
| RickHuss@awfic.com |
| rickyd1954@att.net |
| ritaesselman@msn.com |
| rivera.iri38@gmail.com |
| rkjones2@cox.net |
| rlevine@att.net |
| rmenendezmorales@gmail.com |
| rmesser@nj.rr.com |
| rmpcla@aol.com |
| roann@umich.edu |
| rob.sheehan@jordanoelectric.com |
| robb269@gmail.com |
| robert.C.Huberty@gmail.com |
| robert.fennell@frontier.com |
| robert.fennell@netzero.com |
| robert.hirst@sbcglobal.net |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| robert1rsn@gmail.com |
| robert430@gmail.com |
| robinneil1979@centurylink.net |
| robt_stan@yahoo.com |
| rociobadillo1@gmail.com |
| roland4061@gmail.com |
| romboughbot@comcast.net |
| ronaldjachimak@yahoo.com |
| ronarothman@yahoo.com |
| ronelleJ@aol.com |
| ronlinde@lakes.com |
| rorloff@pair.com |
| rosemarie_annapolis@verizon.net |
| rosenason@comcast.net |
| rosezaretsky@gmail.com |
| rosobird@aol.com |
| rossyasgur@yahoo.com |
| rossyasgur@yahoo.com |
| rp_bates@hotmail.com |
| rpbalgley@gmail.com |
| rpm72@optonline.Net |
| rposner@warlander.com |
| rramirez@labramirez.com |
| rrH210@comcast.net |
| rslopez73@att.net |
| rsturner1974@gmail.com |
| ruanellie@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| rudidravdin34@msn.com |
| Russo@midcanyon.com |
| rvmicci@yahoo.com |
| rwargent@yahoo.com |
| rwjpa@msn.com |
| rxv6@psu.edu |
| ryanequipment@aol.com |
| s.loyack@yahoo.com |
| sackindavid@gmail.com |
| sailing19@charter.net |
| salighter@comcast.net |
| salighter@comcast.net |
| sallison41@ymail.com |
| sallyahuberts@centurylink.net |
| sallyahuberts@centurylink.net |
| sallykatt@cableone.com |
| sallyklinck@aol.com |
| sallyweisleder@me.com |
| salsparacio2@yahoo.com |
| samsolomonassoc@sbcglobal.net |
| sanditennis@gmail.com |
| sandrachangro@icloud.com |
| sandy26kay@hotmail.com |
| sandyandron@comcast.net |
| sarge_1954@yahoo.com |
| sasesjs@gmail.com |
| sashaz.shogan@gmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| sbangert@lvcta.com |
| sbasem@optonline.net |
| sbrzoh@yahoo.com |
| sbudnetz@yahoo.com |
| scandelario.de@gmail.com |
| scandelario.de@gmail.com |
| scapes101@mac.com |
| scartwright@swencart.com |
| scb1447@aol.com |
| schers@verizon.net |
| schiffer5@hotmail.com |
| schilero786@aol.com |
| scilor7379@aol.com |
| scott.dawson1956@gmail.com |
| scottdsimmons@comcast.net |
| Scullingjohn@aol.com |
| scully1421@yahoo.com |
| scully1421@yahoo.com |
| scullys@juNo.com |
| segurosmelvin@yahoo.com |
| serota44@aol.com |
| sfitzgerald@terraNovacorp.com |
| sgibbons@dkpartners.com |
| sgibbons@dkpartners.com |
| sglassmanflorida@aol.com |
| sgordon4@aol.com |
| sheas@cfl.rr.com |

## Exhibit A

### Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| sheila.binkley@sbcglobal.net |
| sheilakwolf@gmail.com |
| sherrilortolani@gmail.com |
| sheryl.manning@comcast.net |
| Shirley_Antonucci@yahoo.com |
| SHMORGEBRO@AOL.com |
| sidkeith@hotmail.com |
| signshopnj@gmail.com |
| silverfox7146@gmail.com |
| simpson@ala.net |
| singasong23@aol.com |
| sitlers@ptd.net |
| sjaacob@yahoo.com |
| sjbawb@optimum.net |
| sjlander@aol.com |
| sjmjg@comcast.net |
| Sjpollis@yahoo.com |
| sk.bracken |
| skidell10@gmail.com |
| slewis52@yahoo.com |
| slewis52@yahoo.com |
| smartinich@sbcglobal.net |
| smco59@gmail.com |
| smcorin99@gmail.com |
| smellyrus@aol.com |
| smhanna@bellsouth.net |
| smiranda@floridacoop.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| snrisa8@aol.com |
| solarheroak@gmail.com |
| soniaeacosta@gmail.com |
| sonnyclark@aol.com |
| sorgate@bektel.com |
| spatel@arborlodging.com |
| spinserv1@aol.com |
| spltr4@aol.com |
| spousespy@gmail.com |
| sqirizarry@gmail.com |
| srfernam@caribe.net |
| ssa1211@aol.com |
| sschro8693@aol.com |
| ssotda@yahoo.com |
| sspector@kirschenbaumesq.com |
| sspector@kirschenbaumesq.com |
| sstoeber@nc.rr.com |
| Stacymiller@optonline.net |
| stambaughhj@stifel.com |
| stambaughhj@stifel.com |
| stanwing@bellsouth.net |
| starkisdmon@gmail.com |
| statements@greenlightCapital.com |
| statements@greenlightCapital.com |
| statements@greenlightCapital.com |
| statements@greenlightCapital.com |
| statements@greenlightCapital.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| statements@greenlightCapital.com |
| Steiner07@comcast.net |
| stephen.j.sussman@gmail.com |
| Stephenfal@aol.com |
| steve.adelman@yahoo.com |
| steve.ziffer@gmail.com |
| steve@roseresearch.com |
| stevenb2376@gmail.com |
| stngryvette65@gmail.com |
| stockmanwr@gmail.com |
| stu3b@optimum.net |
| sue.caster@gmail.com |
| SueLor@optonline.net |
| sunking72s@aol.com |
| sunking72s@aol.com |
| supergyzmo@yahoo.com |
| surenvjain@gmail.com |
| susanandpaul954@hotmail.com |
| susandcrane@gmail.com |
| susanglinski@gmail.com |
| susanmccormackcfa@gmail.com |
| susansteinberg54@verizon.net |
| susansteinberg54@verizon.net |
| susansteinberg54@verizon.net |
| susantanowitz@yahoo.com |
| susheelkirpalani@quinnemanuel.com |
| swanhensley@gmail.com |

## Exhibit A
### Go Bond Claimants Email Service List
Served via email

| Email |
| --- |
| swilliamsbsw@aol.com |
| swiroin2011@gmail.com |
| sxbendr6@aol.com |
| syddarg@gmail.com |
| syddarg@gmail.com |
| sylvia_deutsch@comcast.net |
| sylviablumen5@gmail.com |
| taejokim@gmail.com |
| taiannma@yahoo.com |
| tanzerira@optonline.net |
| tanzerira@optonline.net |
| taringail@hotmail.com |
| tayas46@gmail.com |
| tboland@bostontrust.com |
| tbow53@gmail.com |
| tcarroll@fmsbonds.com |
| tchinkle73@gmail.com |
| tcorrea@calppsc.com |
| Telephone: (718) 631-8343 |
| telu@bajar.co.uk |
| telwyn@aol.com |
| tengcharles@yahoo.com |
| terrig@comcast.net |
| terry.gennawey@gmail.comPgennawey@gmail.com |
| terryl927@yahoo.com |
| tgdieterich@earthlink.net |
| thebeachgirls@aol.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|-------|
| thefranks1@bellsouth.net |
| therealgolfgal@gmail.com |
| theresapatella@aol.com |
| thetannys@gmail.com |
| thmccamy@gmail.com |
| thomasfeltgen@gmail.com |
| tiffanyteng5@gmail.com |
| tiger_7582000@yahoo.com |
| tim_j_sampson@hotmail.com |
| timjonlyons@gmail.com |
| timwade@verizon.net |
| tmday66@hotmail.com |
| tmorca@morcabuilders.com |
| toddmalkoff@gmail.com |
| tompat63@aol.com |
| tomvogan45@gmail.com |
| tonyasmin@aol.com ,                        roslemin1@aol.com |
| TONYD62@VERIZON.NET |
| tonymartinarch@hotmail.com |
| tonymartinarch@hotmail.com |
| toughy382@gmail.com |
| triciasiny@yahoo.com |
| triciasiny@yahoo.com |
| trout1@plbb.les |
| trowt1@plbb.us |
| trudyfrohlich@gmail.com |
| tsommer@nextfinancial.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|---|
| twillis@ofiglobal.com |
| tworkman@agltd.com |
| uconnhusky13@comcast.net |
| ulatulathree@aol.com |
| ulisesbarros@gmail.com |
| usarmypilot@yahoo.com |
| valdim8@aol.com |
| vandeusn@netzero.com |
| vdelaneyborderland@comcast.net |
| vetterw@gmail.com |
| Viviennetlee@aol.com |
| vleon@cooplarpiedras.com |
| vmbranch@rcn.com |
| vmoliterNo@sc.rr.com |
| vphiefer@aol.com |
| vphiefer@aol.com |
| vphlefcv@aol.com |
| wabeno59@yahoo.com |
| walterjfleckpe@att.net |
| walterjfleckpe@att.net |
| wandamconde@outlook.com |
| warren.min@gmail.com |
| waterlilylady@aol.com |
| wbr25734@gvtc.com |
| weberdesai@gmail.com |
| weener@wnllp.com |
| west.first.llc@hotmail.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|---|
| westercamptjw@hotmail.com |
| wfaley@aol.com |
| wfaley@aol.com |
| whelpley@cutco.com |
| will2280lee@gmail.com |
| willacather42@gmail.com |
| william.troy@willtroy.com |
| willybruce@bellsouth.net |
| wilsontire@gmail.com |
| wiser@optonline.net |
| wjwarne@msn.com |
| wjwarne@msn.com |
| wlansford@wi.rr.com |
| wlovenduski@gmail.com |
| wmay@laglen.com |
| wmccpa112253@pm.me |
| wmmiller01@yahoo.com |
| woodman1950@aol.com |
| woodman1950@aol.com |
| woodyj59@gmail.com |
| wprobst67@gmail.com |
| wschimel@yahoo.com |
| wshang@yahoo.com |
| wtboyd46@comcast.net |
| wtswench@yahoo.com |
| wtucker9@comcast.net |
| wtucker9@comcast.net |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| wtucker9@comcast.net |
| wvjeduffy@yahoo.com |
| wwood21500@aol.com |
| xfixer@juNo.com |
| ybv@mac.com |
| ycina1950@yahoo.com |
| ycortezf25@gmail.com |
| ymoadel@aol.com |
| yshekhar2@yahoo.com |
| zack05@gmail.com |
| zahunt1@gmail.com |
| zdcg@verizon.net |
| zdcg@verizon.net |
| zdcg@verizon.net |
| zdcg@verizon.net |
| zelly@frontier.com |
| Zgarriga@southernpathology.com |
| Zreinedwa@yahoo.com |
| acaton@kramerlevin.com, boneill@kramerlevin.com, dbuckley@kramerlevin.com |
| arosenberg@paulweiss.com; kzeituni@paulweiss.com; mstancil@robbinsrussell.com; dburke@robbinsrussell.com |
| arosenberg@paulweiss.com; kzeituni@paulweiss.com; mstancil@robbinsrussell.com; dburke@robbinsrussell.com |
| arosenberg@paulweiss.com; kzeituni@paulweiss.com; mstancil@robbinsrussell.com; dburke@robbinsrussell.com |
| asanchez@sanchezpenalaw.com |
| Casey.servais@cwt.com |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
|---|
| ccuprill@cuprill.com |
| ccuprill@cuprill.com |
| ccuprill@cuprill.com |
| ccuprill@cuprill.com |
| ccuprill@cuprill.com |
| charlie@attorneyrutherford.com |
| csteege@jenner.com ; rgordon@jenner.com ; iraiford@jenner.com |
| David.Landesman@UBS.com |
| dennis@ahern-ahern.com |
| dgooding@choate.com<br>softedal@choate.com |
| dmintz@orrick.com |
| donald.bernstein@davispolk.com; brian.resnick@davispolk.com;<br>santonet@amrclaw.com; jramirez@amrclaw.com |
| donald.bernstein@davispolk.com; brian.resnick@davispolk.com;<br>santonet@amrclaw.com; jramirez@amrclaw.com |
| donald.bernstein@davispolk.com; brian.resnick@davispolk.com;<br>santonet@amrclaw.com; jramirez@amrclaw.com |
| donald.bernstein@davispolk.com; brian.resnick@davispolk.com;<br>santonet@amrclaw.com; jramirez@amrclaw.com |
| donald.bernstein@davispolk.com;<br>brian.resnick@davispolk.com<br><br>**PR Counsel Email:**<br>santonet@amrclaw.com;<br>jramirez@amrclaw.com |
| donald.bernstein@davispolk.com;brian.resnick@davispolk.com;<br>santonet@amrclaw.com; jramirez@amrclaw.com |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

## Exhibit A

### Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| dstickler@msm-law.com |
| ealmeida@almeidadavila.com |
| ealmeida@almeidadavila.com |
| ealmeida@almeidadavila.com |
| ealmeida@almeidadavila.com |
| ealmeida@almeidadavila.com |
| ealmeida@almeidadavila.com |
| eliaslaureano@gmail.com |
| emunozPSC@gmail.com |
| glee@mofo.com |
| jeff.bjork@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com |
| jeff.bjork@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com |
| jeff.bjork@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com |
| jeff.bjork@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com |
| kurt.mayr@bracewell.com |
| kurt.mayr@bracewell.com |
| kurt.mayr@bracewell.com |
| liza@castlelaw.com |
| Loredanafal@aol.com |
| Marcia.Goldstein@weil.com;  Gabriel.Morgan@weil.com |
| mevicens@yahoo.com |
| mhawkins@ofiemail.com |
| navarrosanj@aol.com |
| nroblesdiaz@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| nroblesdiaz@gmail.com |
| nroblesdiaz@gmail.com |
| nroblesdiaz@gmail.com |
| nroblesdiaz@gmail.com |
| nroblesdiaz@gmail.com |
| nzt@mcvpr.com |
| pacolaw1@yahoo.com |
| pacolaw1@yahoo.com |
| pacolaw1@yahoo.com |
| phyllis@eselaw.com |
| pqcolaw1@yahoo.com |
| rcamara@ferraiuoli.com , scolon@ferraiuoli.com, ddunne@milbanl.com, aleblanc@milbank.com,gmainland@milbank.com |
| santilawoffice@yahoo.com |
| susheelkirpalani@quinnemanuel.com |
| vero@ferraiuoli.pr |
| micah@adkcapital.com; nat@adkcapital.com |
| ldowling@aurelius-capital.com; ops@aurelius-capital.com. |
| mbatten2@gmail.com; jbatten2@gmail.com |
| rich.katz@torquepointllc.com; Mcantor4@mac.com |
| akawalsky@canyonpartners.com; corpactions@canyonpartners.com |
| akawalsky@canyonpartners.com; corpactions@canyonpartners.com |
| nunez@valencoop.com; dirfinanzas@valencoop.com |
| Derek.Donnelly@fgic.com |
| terry.gennawey@gmail.com; Pgennawey@gmail.com |
| ecaron@jhancock.com; |

Exhibit A

Go Bond Claimants Email Service List

Served via email

| Email |
| --- |
| ldowling@aurelius-capital.com; ops@aurelius-capital.com. |
| Shirley_Antonucci@yahoo.com |
| josemocasio@hotmail.com; melendezgladys9@gmail.com |