INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 13 AM 10: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

## Radicacion de replica (objection)

## PROMESA TITULO III **No. 17   03283**

## Numero de reclamación: 152030

Nombre:   NILSA E. RODRIGUEZ TORRES

Dirección Postal: QTA REAL 9202, CALLE REY DAVID, TOA BAJA PR, 00949-2128

Dirección Residencial: QUINTA REAL EDIFICIO 9 APT. 202 CALLE REY DAVID, TOA BAJA PR, 00949

Núm. De contacto:

> Tel. (787) 616-8331          Cel. (787) 616-8331

Correo electrónico:  nilsarodriguez@ymail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

**Ver anejo 1 (Información del caso)**

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer y segundo grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos

1. **Estado de cuenta estimado (Adm. De los Sistemas de Retiro)**
2. **Certificación de aportaciones (Adm. De los Sistemas de Retiro)**
3. **Certificación de empleo (Departamento de la Familia)**
4. **Copia listado de objeción Global – Anexo A**

> **(Donde se incluye información sobre la reclamación)**

5. **Otros: Cualquier otra evidencia que tengas**