| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RODRIGUEZ TORRES, NILSA E. | 152030 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RODRIGUEZ TORRES, NILSA E. | 152030 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000643

Nú... declaración 152030

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - [x] Empleo actual o anterior en el gobierno de Puerto Rico
   - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

Desconozco, porque está sujeto a los cálculos que realice la Agencia, de los salarios para igualar el salario mínimo federal.

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de la Familia - ADFAN_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _Desde 21 enero 1999 al presente_ _ACR_

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento de la Familia - ADFAN_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Tribunal de Primera Instancia Sala de San Juan_

4(c). Número de caso: _KAC 2009-0809_

4(d). Título, epígrafe, o nombre del caso: _Francisco Beltrán y otros vs Departamento de la Familia; ARV y ATJ_

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
___pendiente de resolución___

4(f). ¿Tiene usted una sentencia impaga? Sí / _No_ (Marque una)
 De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

Case:17-03283-LTS Doc#:10966-1 Filed:02/13/20 Entered:02/14/20 10:06:31 Desc:
Exhibit Page 4 of 8



**DEPARTAMENTO DE LA FAMILIA**
**GOBIERNO DE PUERTO RICO**

24 de enero de 2020

## CERTIFICACION

Certifico que **Nilsa E. Rodríguez Torres**, seguro social **XXX-XX-XXXX** es empleada del Departamento de la Familia desde el **21 de enero de 1999**. Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Regional de Bayamón.

Certifico la misma a petición de la empleada.

*Ivelisse Rodríguez Reyes*
Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

Edificio Paseo del Parque, Esq. Balances, Centro de Gobierno, Bayamón, PR  00960
Oficina Recursos Humanos, (787) 269-2222, Ext. 6474

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

24 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

NILSA RODRIGUEZ TORRES
QUINTA REAL
9202 CALLE REY DAVID
TOA BAJA, PR 00949 2128

Seguro Social: XXX-XX- *NER*

A base de la información en nuestros registros, al 24 de enero de 2020 usted posee:

**Fecha de Nacimiento:** *NER*   **Género: Femenino**
**Fecha de Ingreso al Servicio Público:** 15 de agosto de 2000
**Fecha de Comienzo de Cotización:** 15 de agosto de 2000

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 19.06 | Tiempo Trabajado: | 23.06 |
| Aportaciones: | $29,633.12 | Aportaciones: | $60,194.01 |
| Intereses: | $17,373.84 | Intereses: | $10,526.67 |
| Gastos Teneduría: | ($73.95) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $47,006.96 | Total Aportaciones: | $70,720.68 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: NILSA RODRIGUEZ TORRES**  Seguro Social: XXX-XX- *QeR*
QUINTA REAL
9202 CALLE REY DAVID
TOA BAJA, PR 00949

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 23.06 |
| Balance de Aportaciones: | $70,794.63 |

Esta certificación fue emitida el 24 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020012446628642

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO

YO, _Nilsa Enid Rodríguez Torres_, [X] empleado(a); [ ] retirado(a), con dirección residencial: _Cond Quinta Real Edif. 9 apt 202 calle Rey David Toa Baja PR_ y dirección postal de ser diferente _Qta. Real 9202 calle Rey David Toa Baja PR 00949-2128_ correo electrónico: _nilsarodriguez_ @ _ymail.com_ teléfono: _787-___-____, y _787-616-8331_ [celular] y persona contacto: _Judith Rodríguez_, teléfono: _787 943-8130_. declaro que soy acreedor en el caso: **FRANCISCO BELTRAN Y OTROS v Depto. FAMILIA; ARV y AIJ, núm. K AC 2009-0809**, radicado ante el Tribunal de Primera Instancia, Sala de San Juan, por reclamación de salarios. Trabajo o trabaje en: SECRETARIADO___; ADSEF _X_; ADFAN___; ACUDEN___; ASUME___; ARV___; AIJ___.

Por la presente designo a la Lcda. Ivonne González Morales, P O Box 9021828, San Juan, Puerto Rico 00902-1828, teléfono: 787-724-5323 o 787-410-0119, lvonnegm@prw.net, y Lcda. Milagros Acevedo Colon, Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, teléfono: 787-422-7622, maclegaljc@gmail.com, para que me representen en el caso **The Financial Oversight and Management Board for Puerto Rico, el at. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS** ante el Tribunal de Quiebras de Puerto Rico y realice gestiones para levantar la paralización de mi caso, para que se adjudique en los méritos y realizar determinaciones y roles que sean necesarias para cobrar y distribuir cualquier suma de dinero que me pueda corresponder en el caso. A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al síndico del Título III a pagar directamente a mi abogada, Ivonne González Morales, el 25% de todo pago que reciba en el caso **No. 17BK 3283- LTS**. De igual modo, acuerdo pagar todos los gastos, costas y peritos en que se incurra en la tramitación del caso **No. 17BK 3283- LTS**, dentro del término de 30 días contados a partir del recibo de requerimiento del pago.

CERTIFICO que he recibido orientación relacionada a la presente autorización y que he tenido oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos, por lo que firmo de forma libre y voluntaria.

_[signature]_                                       _30 enero 2020_
Firma                                                Fecha

## AGREEMENT FOR REPRESENTATION AND TO SERVE AS ADMINISTRATIVE AGENT

I, _____ [ ] employee; [ ] retired, and mailing adreess, at _____; telephone(s):_____ and e-mail_____@_____; herein states that I am a claimant in civil case IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case Number 17BK 3283-LTS. I work [ed] at: SECRETARIADO___; ADSEF___; ADFAN___; ACUDEN___; ASUME___; ARV___; AIJ___.

I hereby declared that I am a plaintiff in the case **FRANCISCO BELTRAN Y OTROS v DEPTO. FAMILIA; ARV y AIJ num K AC 2009-0809** filed at the Superior Court of San Juan, PR, due to the Commonwealth's violation of wage laws and regulations and that said case is at present under consideration of the Puerto Rico Court Supreme Court.

To represent me in the Bankruptcy case and to perform any role and determinations that would be necessary to lift the stay so the case proceed to its resolution and if favorable, collect and distribute any money that might be due to me in the case, I hereby appoint Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, tel.: 787-410-0119, ivonnegm@prw.net, and Lcda. Milagros Acevedo Colón, Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, telephone: 787-422-7622, maclegaljc@gmail.com,

Also, I herein ratify the legal service contract subscribed by me and expressly authorize the Title III Trustee to pay directly 25% from the payments that I might receive in case No. 17BK 3283-LTS to my attorney Ivonne González Morales. I also agree to pay the expenses, costs and fees that will be incurred in the case **No. 17BK 3283- LTS**, as they become due and within 30 days of receiving the payment request.

I certify that I have received an Explanatory Memorandum from my attorney, that I was guided on its document content and have had the opportunity to study and discuss it; I declare my agreement with the terms expressed and sign this authorization freely and voluntarily.

_____                              _____
Date                                                  Signed