INTAKE DROP BOX
RECEIVED & FILED

FEB 13 AM 10: 56

CLERK'S OFFICE
US DISTRICT COURT

Radicación de Replica {Objection}
PROMESA TITULO III **No.17 BK 03283-LTS**
Número de Reclamación: **78824**
Número de Libro: **NANOGÉSIMA SÉPTIMA OBJECIÓN GLOBAL**

EPIGRAFE: **Tribunal de Distrito de los Estados Unidos, para el Distrito de Puerto Rico**

DEUDOR: **ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Nombre: Emily Colón Lozada
Dirección Postal: HC-71 Box 3150 Naranjito, PR 00719
Dirección Residencial: carretera 811 km 3 Interior, Barrio Cedro Abajo,Naranjito PR

Números de Contacto: (787)486-4772 (Esposo)
Teléfono Celular: (787)612-6824
Correo Electrónico: carmilet12@gmail.com

Motivo para la Objeción:

El Gobierno Del Estado Libre Asociado de Puerto Rico le debe un ajuste al salario federal a los empleados gubernamentales. Al Departamento de la Familia; agencia para la cual yo laboro, le deben ajuste salarial a los empleados desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario minimo federal y recibiendo el pago retroactivo correspondiente. Yo estoy en la Demanda #4; Francisco Beltrán y Otros VS Departamento de la Familia.

No había podido radicar este escrito junto con los documentos solicitados en el tiempo requerido debido a que luego del terremoto estuvimos fuera de nuestra area de trabajo y no tenia la facilidad para buscar los documentos.