Radicación de réplica (Objection)

PROMESA TITULO III NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 163688

| | |
|---|---|
| Nombre: | Sandra González Cuevas |
| Dirección Postal: | PO Box 1226 |
| | Vega Alta, P.R. 00692 |
| Dirección Residencial: | Calle Faisán Parc. 113C |
| | Bo. Carmelita |
| | Vega Baja, P.R. 00693 |
| Número de Contacto: | (787) 975-2408 |
| Teléfono Celular: | (787) 975-2408 (el mismo) |
| Correo Electrónico: | sandyvel3008@yahoo.com |
| Epigrafe: | Re: Financial Oversight and management Board of Puerto Rico |

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajustó nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón, se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Empleo
3. Copia Listado de objeción Global – Anejo A