Radicación de réplica (Objection)

PROMESA TITULO II NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 17619



Nombre: **MARIA DEL CARMEN RIVERA SANTOS**

Dirección Postal: **HC 72 BOX 3661, NARANJITO, PR 00719**

Dirección Residencial: **CARR. 809 5.3 BO. CEDRO ARRIBA, NARANJITO**

Numero de Contacto:

Teléfono Celular: 787-433-9528   Teléfono: 939-640-3539

Correo Electrónico: maryrivets@gmail.com

Epígrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Empleo