*Claim: 17619*

*Reclamante:* María del C. Rivera Santos

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Aún no tengo la información, todo depende de los cálculos que la Administración de Familias y Niños del Departamento de la Familia.

*Reclamante*:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Administración de Familias y Niños, Departamento de la Familia

3(b). Identifique las fechas de su empleo con relación a su reclamación:
3 | abril 1995

3(c). Últimos cuatro dígitos de su número de seguro social: ____ n/k ____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☑ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de la Familia (Administración Familias y Niños)

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Tribunal de Primera Instancia de San Juan

4(c). Número de caso: ARU y AIJ KAC-2009-0809

4(d). Título, epígrafe, o nombre del caso:
Francisco Beltrán Cintrón y Otros
v/s
Departamento de la Familia

Claim:   1768

Reclamante: Maria del C. Rivera Santos

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de Resolucion

4(f).  ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Claim:

Reclamante: Maria del C. Rivera Santos

3



DEPARTAMENTO DE LA
FAMILIA
GOBIERNO DE PUERTO RICO

5 de febrero de 2020

## CERTIFICACION

Certifico que **María del C. Rivera Santos**, seguro social **XXX-XX-**_UPR_, es empleada del Departamento de la Familia desde el **3 de abril de 1995**.  Actualmente ocupa un puesto regular de **Técnico de Sistemas de Oficina I** en la Oficina Regional de Bayamón.

Certifico la información a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

05 de febrero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

MARIA C RIVERA SANTOS
HC 72 BOX 3661

Seguro Social: XXX-XX*UPS*

NARANJITO, PR 00719

A base de la información en nuestros registros,  al 05 de febrero de 2020 usted posee:

Fecha de Nacimiento: *UPS*

Género: Femenino

Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 10,054.60 | Aportaciones: | 5,470.72 |
| | | Intereses: | 811.50 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 164.43 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **29,798.71** | **Total Aportaciones:** | **10,866.10** | **Total Aportaciones:** | **5,470.72** |
| **Beneficio:** | **510.51** | **Beneficio:** | **55.32** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

