**EXHIBIT B**

| | |
|---|---|
| **From:** | Hughes, John |
| **To:** | pfriedman@omm.com; suhland@omm.com; McKeen, Elizabeth L.; Hammack, Scott; Firestein, Michael A.; Rappaport, Lary Alan; tmungovan@proskauer.com |
| **Cc:** | Sosland, Martin - EXT; Jason.Callen@butlersnow.com; Howard.Hawkins@cwt.com; Mark.Ellenberg@cwt.com; Bill.Natbony@cwt.com; casey.servais@cwt.com; Rappoport, Gaspard; DiBlasi, Kelly; Morgan, Gabriel; Silbert, Gregory; Collins, Reed; Mintz, Douglas S.; Nayuan Zouairabani Trinidad; Miller, Atara; Mainland, Grant |
| **Subject:** | RE: PR: Meet and Confer re: Discovery on Lift Stay Motions |
| **Date:** | Wednesday, February 5, 2020 12:02:24 PM |
| **Attachments:** | CCDA Informal Lift Stay Requests (4828-9618-4243-5).docx<br>PRIFA Informal Lift Stay Requests (4848-2648-2611-3).docx<br>HTA Informal Lift Stay Requests (4849-9458-2451-4).docx |

All,

Please find attached informal document requests that we'd like to discuss with you on our meet-and-confer at 5 p.m. today.

Best,
John

John J. Hughes, III | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5127 | M: +1 917.520.7190
jhughes2@milbank.com | milbank.com

-----Original Appointment-----
**From:** Hughes, John
**Sent:** Monday, February 3, 2020 1:42 PM
**To:** Hughes, John; pfriedman@omm.com; suhland@omm.com; Firestein, Michael A.; Rappaport, Lary Alan; tmungovan@proskauer.com; Mintz, Douglas S.; Howard.Hawkins@cwt.com; Mark.Ellenberg@cwt.com; Bill.Natbony@cwt.com; casey.servais@cwt.com; Rappoport, Gaspard; DiBlasi, Kelly; Morgan, Gabriel; Silbert, Gregory; Collins, Reed; Sosland, Martin - EXT; Jason.Callen@butlersnow.com; Miller, Atara; Mainland, Grant
**Cc:** McKeen, Elizabeth L.; Nayuan Zouairabani Trinidad; Hammack, Scott
**Subject:** PR: Meet and Confer re: Discovery on Lift Stay Motions
**When:** Wednesday, February 5, 2020 5:00 PM-6:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Teleconference +1 (855) 831 4332 Code: 2581958#

To join, click: https://meet.loopup.com/7QBEQk4

Or, if you are offline, dial in:
  Guest Dial-in Code: 2581958#
  International/ US Toll Free: +1 (855) 831 4332
  US Toll: +1 (312) 233 2579

====================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message

is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.