# **EXHIBIT C**

Draft of February 5, 2020
DRAFT — FOR DISCUSSION PURPOSES
FRE 408 / SUBJECT TO MEDIATION PRIVILEGE

# MOVANTS' INFORMAL DOCUMENT REQUESTS RELATED TO HTA[1]

**REQUEST NO. 1**

Documents sufficient to show each transfer and/or deposit of the Pledged Revenues to the Commonwealth or HTA, and each subsequent Transfer thereof, from January 1, 2015 to the present, including (a) the date of the Transfer, (b) the transferor, (c) the transferee, (d) the amount of the Transfer, (e) the account number and (f) all account holders or beneficiaries, and (g) all transmittal information associated with the transfer, including, without limitation, all Fedwire or ACH transaction fields, memo lines, accompanying memoranda, beneficiary information, addenda information, or other remittance or reference information.

**REQUEST NO. 2**

Documents sufficient to show each transfer and/or deposit of funds from the Commonwealth to HTA, and each subsequent Transfer thereof, from January 1, 2015 to the present, including (a) the date of the Transfer, (b) the transferor, (c) the transferee, (d) the amount of the Transfer, (e) the account number and (f) all account holders or beneficiaries, and (g) all transmittal information associated with the transfer, including, without limitation, all Fedwire or ACH transaction fields, memo lines, accompanying memoranda, beneficiary information, addenda information, or other remittance or reference information.

**REQUEST NO. 3**

Documents sufficient to show the total amount of Pledged Revenues presently held by HTA, or the Commonwealth or its instrumentalities, including, without limitation, information sufficient to identify the particular account(s) where such funds are retained; each account holder, financial institution, and beneficiary; and the cash balance of the accounts.

**REQUEST NO. 4**

Documents, communications, or Agreements (including, without limitation, drafts thereof) to which the Commonwealth and/or HTA is a party relating to the Pledged Revenues, the flow of funds for HTA bonds, and/or the use of Pledged Revenues.

**REQUEST NO. 5**

All reports provided by HTA to the Legislature and Governor of Puerto Rico pursuant to the Enabling Act.

---

[1] Terms not defined herein have the same meaning as in the HTA Lift Stay Motion (Case No. 17-3283, ECF No. 10,102).

- 1 -

Case:17-03283-LTS Doc#:10944-2 Filed:02/14/20 Entered:02/14/20 02:53:49 Desc:
Exhibit C Page 3 of 3

Draft of February 5, 2020<br>
DRAFT — FOR DISCUSSION PURPOSES<br>
FRE 408 / SUBJECT TO MEDIATION PRIVILEGE

**REQUEST NO. 6**

Documents sufficient to show the total amount of money held by HTA, including (a) where the fund is held, (b) information sufficient to identify and distinguish each particular account, (c) all account holders, (d) all account signatories, and (e) and any entity or individual with authority over the account.

**REQUEST NO. 7**

Direction letters or other documents to or from any bank and/or the Secretary of the Treasury regarding the flow of funds and/or use of the Pledged Revenues.

**REQUEST NO. 8**

Documents sufficient to show the terms, scope, and effects of purported restrictions placed on HTA-related funds, including but not limited to those funds described as "restricted" in the Commonwealth's "Summary of Cash Restriction Analysis" dated Oct. 2, 2019.

**REQUEST NO. 9**

Documents sufficient to show the amount of Pledged Revenues collected in each Fiscal Year from Fiscal Year 2016 to the present, including the amount of Pledged Revenues collected to date in the current Fiscal Year.