## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | |
| | : | |
| *In re* | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | |
| | : | Title III |
| as representative of | : | |
| | : | |
| | : | Case No. 17-BK-3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtor.[1] | : | |
| | : | |
| ------------------------------------------------------------ x | : | |
| | : | |
| *In re* | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | |
| | : | |
| | : | Case No. 17-04780-LTS |
| PUERTO RICO ELECTRIC POWER | : | |
| AUTHORITY (PREPA), | : | (Jointly Administered) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------ x | : | |
| CORTLAND CAPITAL MARKET SERVICES | : | |
| LLC, as successor administrative agent for lenders | : | |
| under that certain Credit Agreement, dated as of | : | PROMESA |
| May 4, 2012, among PREPA, Scotiabank, and the | : | Title III |
| lenders party thereto, and SOLA LTD, SOLUS | : | |
| OPPORTUNITIES FUND 5 LP, ULTRA | : | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | | |
|---|---|---|
| MASTER LTD, and ULTRA NB LLC, | : | Adversary Proc. No. 19-00396-LTS |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA), PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY (AAFAF), U.S. BANK NATIONAL ASSOCIATION, as successor Trustee under the trust agreement, as amended and supplemented, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, SYNCORA GUARANTEE INC. and AD HOC GROUP OF PREPA BONDHOLDERS, | : | |
| | : | |
|     Defendants. | : | |

-----------------------------------------------------------------  x

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN URGENT MOTION OF FUEL LINE LENDERS AND UNION ENTITIES TO ADJOURN MARCH 4, 2020 HEARING ON BONDHOLDERS' AND GOVERNMENT PARTIES' MOTIONS TO DISMISS IN ADVERSARY PROCEEDINGS**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee")[2] hereby submits this joinder in response to the urgent motion of the Fuel Line Lenders[3] to adjourn the hearing scheduled for March 4, 2020 on the Bondholders' and Government Parties' Motions to Dismiss the Amended Complaints in the Fuel Line and SREAEE Adversary Proceedings [Docket No. 1905 in Case No. 17-4780] (the "Motion to Adjourn").  In support of its joinder, the Committee respectfully states as follows:

1. The Committee has both objected to the 9019 Motion and intervened in the Fuel Line Adversary Proceeding.  On December 6, 2019, the Committee filed a partial joinder in the Fuel Line Lenders' opposition to the Defendants' motions to dismiss the adversary proceeding.

2. The Committee agrees with the Fuel Line Lenders that it would be inefficient for the Court to hold a hearing on the motions to dismiss on March 4, 2020, given that the Government Parties are presently seeking to adjourn the 9019 Hearing until at least June 2020.  Accordingly, the Committee joins in the Fuel Line Lenders' request to adjourn the March 4 hearing and respectfully requests that the Motion to Adjourn be granted.

Dated: New York, New York
February 14, 2020

/s/ Luc A. Despins
PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166

---

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[3] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion to Adjourn (as defined below).

Telephone: (212)318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors (other than COFINA and PBA)*

- and -

*/s/ Juan J. Casillas Ayala*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors (other than COFINA and PBA)*