Radicación de réplica (Objection)

PROMESA TITULO II NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION:



Nombre: **Luz E. Calderón Rivera**

Dirección Postal: **Urb. Los Dominicos calle san Alfonso L-213 Bayamón P.R. 00957**

Dirección Residencial: **Urb. Los Dominicos calle san Alfonso L-213 Bayamón P.R. 00957**

Numero de Contacto:

    Teléfono Celular: 787-642-5745  Teléfono: 787-248-9244

Correo Electrónico: lcalderon866@live.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico


Razón para la Objeción:


El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.


Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Empleo
3. Copia Listado de objeción Global – Anejo A