Radicación de réplica (Objection)

PROMESA TITULO III NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 23633

Nombre: Evelyn Ramírez Lozano

Dirección Postal: San Patricio Apartments Apt 1602 Ave San Patricio Guaynabo 00968

Dirección Residencial: San Patricio Apartments Apt 1602 Ave. San Patricio Guaynabo PR 00968.

Número de Contacto: 787.210.3161

Correo Electrónico: Evelyn.ramirez@familia.pr.gov

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Aportaciones
3. Certificación de Empleo Departamento de la Familia
4. Copia Listado de objeción Global – Anexo A