Radicación de Replica {Objection}
PROMESA TITULO III **No.17 BK 03283-LTS**
Número de Reclamación: **41103**
Número de Libro: **CENTESIMA SEXTA OBJECION GLOBAL**

EPIGRAFE: **Tribunal de Distrito de los Estados Unidos, para el Distrito de Puerto Rico**

DEUDOR: **ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Nombre: ROSA I. SANTANA MARCANO
Dirección Postal: CALLE VOLCAN #8 HATO TEJAS, BAYAMON P.R. 00961
Dirección Residencial: CALLE VOLCAN #8 HATO TEJAS, BAYAMON P.R. 00961

Números de Contacto: (787)370-6764 (HIJO), (787)317-7871 (MADRE)
Teléfono Celular: (787)237-8184
Correo Electrónico: pablito.pink@yahoo.com

Motivo para la Objeción:

El Gobierno Del Estado Libre Asociado de Puerto Rico debe un ajuste al salario federal a los empleados gubernamentales. Al Departamento de la Familia que es la agencia para la cual yo laboro a los empleados le deben ajuste salarial desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario minimo federal y recibiendo el pago retroactivo correspondiente. Yo estoy en la Demanda #4 Francisco Beltrán y Otros V Departamento de la Familia.

No había podido radicar este escrito junto con los documentos en el tiempo requerido debido a que luego del terremoto no tenia la facilidad para buscar los documenros, ya que estuvimos fuera de nuestra area de trabajo.