Radicación de réplica (Objection)

PROMESA TITULO III NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 111653

Nombre: Annette Soto Rodríguez

Dirección Postal: RR 3 Box 9695 Toa Alta PR 00953

Dirección Residencial: Calle 16 #249 Barrio Galateo Sector Villa Josco Toa Alta PR 00953

Número de Contacto: 787.923.3907

Correo Electrónico: annettesotorodriguez@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Certificación de Empleo Departamento de la Familia