Radicación de réplica {objeción}
**PROMESA TITULO III No.17 BK 03283**
Número de reclamación: 131576

Nombre: Maria de L. Sala Ramirez
Dirección Postal: Calle Timoteo I 32 Urbanización San Pedro Toa Baja P.R. 00949
Dirección residencial: La Misma

Números de Contacto: 787- 597-2585
  Teléfono Celular {  Teléfono 787-597-2584
  Correo electrónico: lourdes.sala@familia.pr.gov / lourdesala2670@gmail.com

Epigrafe: Re: Financial Oversight and Management Board Of Puerto Rico
  Ver anejo 1 {Información del caso}

Razón para la Objeción

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario minimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario minimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos

1-Estado de Cuenta Estimado  Administración de los Sistema De Retiro}
2-Certtificación de empleo {Departamento de la Familia}
3-Copia listado de Objeción Global –Anejo A