

13 de Febrero del 2020

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
SAN JUAN PUERTO RICO
COMMONWEALTH OF PUERTO RICO

*Lucila Cora Huertas*

LUCILA CORA HUERTAS
HC 1 BOX 4542
ARROYO PR 00714

# RECL. ~~159796~~
159776

Distinguidos Señores;

Solicito los pagos de la Ley 89 del 1979, bajo la administración de Carlos Romero Barcelo y de la ex-gobernadora, Sila María Calderon, Ley 96 del 2000-2004. Para la fecha del 28 de Mayo del 2004, radique mi retiro, y segun mis cálculos el dinero que me adeudan tiene un monto de $18,000.00 hasta el 2004.

Solicito una evaluación de este caso y espero una pronta respuesta. Cualquier información al respecto pueden comunicarse al 787-453-2542