Radicación de réplica (Objection)

PROMESA TITULO II NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 149389

Nombre: Jose E. Alvarez Principe

Dirección Postal: VIA Rexville dd-55A Parc Vans Coy Bayamon PR 00959

Dirección Residencial: VIA Rexville dd-55A Parc Vans Coy Bayamon PR

Numero de Contacto:

Teléfono Celular: 787-485-7955   Teléfono: 787-269-2022

Correo Electrónico: squiqueprin@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Razon para la Objeccion:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Empleo
3. Copia Listado de objeción Global – Anejo A