JOSE E A/VERD PRINCIPE

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   Aun no tengo la información, todo depende de los calculos que la Adm. Familias y Niños del Departamento de la familia determine

JOSE ENRIQUE 149389.
PRINCIPE

*Número de Evidencia de Reclamación:*
*Reclamante:* 14989

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Adm. familias y Niños - Departamento de la familia

3(b). Identifique las fechas de su empleo con relación a su reclamación:
20 enero 2000

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
Administracion de familias y Niños Departamento de la familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Tribunal de Primera Instancia de San Juan

4(c). Número de caso: 149389

4(d). Título, epígrafe, o nombre del caso:
Francisco Beltran Cintron y Departamento de la familia

JOSE SUAREZ 149389
PRINCIPE

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de resolucion_

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

12 de febrero de 2020

## CERTIFICACION

Certifico que **José E. Alvarez Príncipe**, seguro social **XXX-XX-2473** es empleado del Departamento de la Familia desde el **21 de enero de 2000.** Actualmente ocupa un puesto regular de **Técnico de Servicios a la Familia I** en la Oficina Regional de Bayamón.

Certifico la información a petición del empleado.

*[firma]*
Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

12 de febrero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

JOSE ALVAREZ PRINCIPE
VIA REXVILLE DD 55A
BO BUENA VISTA
BAYAMON, PR 00959

Seguro Social: XXX-XX-2473

A base de la información en nuestros registros, al 12 de febrero de 2020 usted posee:

**Fecha de Nacimiento:** 04 de febrero de 1965              **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 09 de agosto de 2000
**Fecha de Comienzo de Cotización:** 09 de agosto de 2000

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 12.02 | | Tiempo Trabajado: 16.02 | |
| Aportaciones: | | $20,326.23 | Aportaciones: | $31,765.91 |
| Intereses: | | $1,847.83 | Intereses: | $5,232.43 |
| Gastos Teneduría: | | ($73.95) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $22,174.06 | Total Aportaciones: | $36,998.34 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JOSE ALVAREZ PRINCIPE**               Seguro Social: XXX-XX-2473
VIA REXVILLE DD 55A
BO BUENA VISTA
BAYAMON, PR 00959

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 16.02 |
| Balance de Aportaciones: | $37,072.29 |

Esta certificación fue emitida el 12 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020021247087833

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov


RETIRO
GOBIERNO DE PUERTO RICO

 Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### JOSE E ALVAREZ PRINCIPE (372124)

| | |
|---|---|
| Agencia: | **ADMINISTRACION DE FAMILIAS Y NIÑOS** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **09-AGO-2000** |
| Años en Servicio: | 28.04 |
| Sueldo Bruto: | $2,921.00 |
| Sueldo Neto: | $2,193.22 |
| Balance Aportaciones*: | $59,172.40 |
| Aportaciones Ley 106 **: | $5,507.00 |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940



https://retiro.pr.gov/sel/App/informacion-general.aspx

12/02/2020