INTAKE DROP BOX
RECEIVED & FILED

United State District Court For The Distict of Puerto Rico

2020 FEB 13 AM 11: 38

Room 150 Federal Building

San Juan , Puerto Rico   00918- 1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Debtors : Estado  Libre   Asociado  de  Puerto Rico

Gobierno  de  Puerto  Rico

Departamento  de  Educacion

No.  17 B K   3283 -LTS

*no se me ofrece numero* ----OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF

THE  COMMONWEALF  OF  PUERTO  RICO ,  IN  DEFICIENT  CLAIMS  ASSEITING

INTEREST  BASED  UPON  UNSPECIFIED  PUERTO  RICO  STATUS .

DOC

Proof  of  Claim :  161362

Name  and  Address :  Evelyn  Acosta  Vincenty
P. O. Box  1051
Vqs,  P. R.   00765

~clama  al  Gobierno  del  Estado  Libre  Asoiado  de  Puerto Rico ; al  Gobierno  de  Puerto

~l  Departamento  de  Educacion  de  Puerto Rico.

- Romerazo

22
26, 400

página 2

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 13 AM 11: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Ley 91 del año 3% costo de vida

Años reclamados ___2006 – 2019___

Cantidad Reclamada ___5,409___

*ley 86*    ___12 años___

Cantidad Reclamada ___14,400___

Caso : Ralf Cruz Benitez

    Civil num. K D P 2005 –0150

    Cantidad  Reclamada _____

Adjunto   evidencia en réplica  a la información solicitada ;

1. Certificación de Retiro para maestros
2. Informe Renta Anual Vitalicia
3. Certificación del Departamento de Educación

Solicito la  adjudicación de mi petición según corresponda a mis  derechos  por  las  leyes
anteriormente  Especificadas.

Nombre ___Evelyn Acosta Vincenty___

Firma ___Evelyn Acosta Vincenty___    Fecha ___13 febrero 2020___