Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

9%  $216.45

INTAKE DROP BOX
RECEIVED & FILED

**EVELYN ACOSTA VINCENTY**

Núm. Reclamación 41782

Sexo F

Fecha de Nacimiento
Año    Mes    Día

Tipo de Renta:
a- Años de Servicio y edad
   Opcional      (X)
   Obligatorio   ( )
b. Edad         ( )

c- Incapacidad
   Ocupacional        ( )
   No Ocupacional    ( )
d- Diferida           ( )

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Retiro | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 10 | 21 | 30 | 3 | 2 | 4 ½ | $48,247.69 | 2006 | 12 | 20 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Fecha de Efectividad
2006    12    21
Año    Mes    Día

Retiro Ley Núm. 91DEL2004

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,405.00

$1,803.75

.75% X 30 AÑOS
(Por ciento)    (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de_____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años
    de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y
    menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

   Años de Servicio    Edad    Incapacidad Física    Diferido
   $_____    $_____    $_____    $_____

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
16 ENE 2007
JOSÉ REYES DÁVILA

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia    $1,803.75

Renta Anual Vitalicia    $21,645.00

Computado
Brendally Ledoux    12-1-07    Fecha

Cotejado
Ivonne L. Ortiz Valladares    1/12/07    Fecha

Recomendado:
Irma García Hernández    12/1/07    Fecha
Directora Area Servicios de Retiro

Aprobado:
_____    Fecha
Dinelia Ovola Morales
Subdirectora Ejecutiva

Fecha: 1/12/2007

amf

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

2020 FEB 13 AM 11:39

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Evelyn Acosta Vicenty**, con número de seguro social que termina en ~~287~~.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2006 |
| Tiempo Cotizado para la Pensión | 30 años, 3 mes, 2 sem., 4.5 días |
| Pensión Mensual Inicial | $1,803.75 |
| Pensión Mensual Actual | $1,803.50 |

Esta certificación se expide hoy, **10 de febrero de 2020** en **San Juan**, Puerto Rico.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | EVELYN ACOSTA VINCENTY |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION - NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | FAJARDO |
| Sueldo Mensual | : | $2,480.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2006 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.